# EXHIBIT 31

Contents lists available at ScienceDirect

Environmental Modelling and Software

journal homepage: www.elsevier.com/locate/envsoft

# Modeling migration of organic pollutants in groundwater — Review of available software

Damian Pietrzak

*AGH University of Science and Technology, Mickiewicza 30 Av., 30-059, Kraków, Poland*

ARTICLE INFO

*Keywords:*
Groundwater
Models
Organic pollutants
Simulation
Software
Transport parameters

ABSTRACT

The presence of organic pollutants e.g. contaminants of emerging concern (CECs) in aquatic environments has been of great concern worldwide for years. Increasing numbers of different types of CECs detected in the aquatic environment requires action to a detailed understanding of the distribution and transport of these compounds in groundwater, to guarantee safe drinking water for people in the future and sustainable development of the environment. Nowadays, progress in software permits the simulation of organic pollutant transport in the soil-water system using advanced mathematical models. Those models can be applied both to simulate contaminant transport or to calculate values of transport parameters by inversion. This article summarizes the results of literature research regarding the available software for modeling the migration of organic pollutants in groundwater. They were detailed described in terms of their operation, applications, usefulness, advantages, and limitations, along with an indication of the most useful in this subject.

## 1. Introduction

The presence of organic pollutants in aquatic environments, usually found at trace concentrations (i.e. between ng/L and μg/L or even lower, known as micropollutants), has been of great concern worldwide for years, especially in connection with the quality of the soil-groundwater environment. Among the microorganic pollutants, there are those referred to as contaminants of emerging concern (CECs). CECs are defined as substances that have been detected in the environment, but which are currently not included in routine monitoring programs at European Union (EU) level and whose fate, behavior, and (eco)toxicological effects are not well understood (EU NORMAN network).

Increasing numbers of different types of CECs e.g. pesticides, pharmaceuticals, personal care products, industrial or endocrine disrupting compounds, have been identified and investigated in aqueous environments over recent decades (Gogoi et al., 2018; Lapworth et al., 2019; Morrissey et al., 2015; Nham et al., 2015; Pietrzak et al., 2019b; Sousa et al., 2019). Since groundwater is widely used for drinking water supply, it contamination can be a major source of human uptake of organic pollutants. Therefore, it is important to have a detailed understanding of the distribution and transport of these compounds in groundwater, to guarantee safe drinking water for people in the future, which is the main goal of European Union Drinking Water Directive (EC, 2020).

The entry pathways of CECs to the aquatic environment are diverse. Within urban areas, CECs are mainly introduced into the water cycle via sewage systems, especially through discharge from wastewater treatment plants (WWTPs) (Banzhaf and Hebig, 2016; Burke et al., 2014). Although techniques exist for removing organic micropollutants during wastewater treatment standard WWTPs do not usually completely remove all of them. Accordingly, such substances are still continuously released into the aquatic environment and their concentrations are increasing rather than decreasing (Münze et al., 2017). CECs can also enter aquatic environments from livestock farming, agricultural activity, landfill sites, wastewater irrigation of fields, leaking sewers, and on-site water treatment units and septic systems (Banzhaf and Hebig, 2016; Kmiecik et al., 2020; Pietrzak et al., 2020).

Because it is usually not feasible to carry out experimental investigations over sufficiently long distances and/or time periods, the fate of contaminants is tested on a laboratory scale using, for example, batch or column experiments (Leiva et al., 2017; Okońska and Pietrewicz, 2018; Pietrzak et al., 2019a; Zakari et al., 2016b). The laboratory tests can be further used as an efficient method to provide input data for analytical and numerical modeling of CECs (reactive tracers). A mathematical model describes the physical processes and boundaries of a groundwater system using one or more governing equations, while an analytical model makes simplifying assumptions to enable the solution of a given problem. A numerical model divides space and/or time into discrete pieces. Features of the governing equations and boundary

*E-mail address:* pietrzak@agh.edu.pl.

https://doi.org/10.1016/j.envsoft.2021.105145
Accepted 15 July 2021
Available online 21 July 2021
1364-8152/© 2021 The Author(s). Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

conditions (e.g. aquifer geometry, hydrogeological properties or sources of solute) can be specified as varying over space and time (Kumar, 2015; Seyf-Laye et al., 2012). In general, the first kind of boundary conditions (Dirichlet) are constant head or constant concentration conditions, the second kind (Neumann) is a constant flow or constant mass flux conditions, while the third kind (Robbin or Chauchy) is leaky conditions (Karatzas, 2017).

Advances in software and hardware now permit the simulation of organic pollutant transport in the soil-water system using advanced mathematical and numerical models. Those models are often also used to predict solute concentrations before management strategies are implemented.

Nowadays broad application of modeling in environmental sciences is observed. Trends analysis of keyphrases for 2016–2019, using SciVal (a web-based analytics solution provided by Scopus), showed that in the Environmental Sciences research area, modeling ("model" and "modeling" keyphrase) is now a hot topic with the most relevance (Fig. 1).

The computer simulation methods require, apart from defining boundary conditions, knowledge of flow and transport parameters (Kania et al., 2006; Witczak et al, 2007, 2013). Unfortunately, it is generally difficult to obtain reliable values for transport parameters (such as the pore-water velocity, the retardation factor, the dispersion coefficient, and/or degradation or production parameters), and model predictions depend mainly upon the quality and uncertainty of the input data (Zuber et al., 2011). Therefore, there is a necessity to test prediction results through among others field monitoring or combining laboratory and modeling data to eliminate or reduce modeling errors.

Groundwater modeling sometimes requires the use of a number of different software types, which are further referred to as software environments. These include: (1) a single model code that solves the equations for groundwater flow and/or solute transport, sometimes called simulation software or the computational engine (e.g. MT3DMS, HYDRUS-1D), (2) single-family of codes (e.g. MODFLOW), and (3) platforms (graphical user interface – GUI) that facilitates the preparation of data files for the model code, runs the model code and allows visualization and analysis of results (e.g. GMS, Visual and Processing Modflow, Groundwater Vistas, STANMOD).

This paper is a systematic review of available software for modeling the migration of organic pollutants from CECs group in groundwater. Both commercial and free license software were taken into account. The paper aimed to analyze almost 140 scientific papers/report documents/chapters of books/manuals etc. published between 1983 and 2019, in terms of selected software operation, applications, usefulness, advantages, and limitations to indicate the most popular (according to the number of publications) or useful for organic pollutants migration modeling.

## 2. Methods

An exhaustive literature search was conducted using the available sources of scientific research (Web of Science, Science Direct, and Scopus), in three steps. The first step was to review existing software that can be used for modeling transport of organic pollutants from CECs group in porous media, taking into account the combinations of keywords such as: "software", "migration modeling", "transport", "organic pollutants", "pharmaceuticals", "pesticides", "personal care products", "PFAS", and "endocrine-disrupting compounds". Additionally, the "References" sections of each article were searched for relevant publications that might not have been detected in the initial search. The first search was restricted to articles published during 1990–2019 and resulted in more than 500 scientific papers. Because a large number of computer software environments for modeling transport of organic pollutants or groundwater flow in porous media, using different analytical or numerical solutions were found, only the most well-known and the most commonly used were selected: MODFLOW/MT3D individually and incorporated in Processing MODFLOW, Visual MODFLOW, GMS, Groundwater Vistas, FEFLOW, HYDRUS-1D, HYDRUS 2D/3D, PHREEQC, The Geochemist's Workbench, PHAST (which are using numerical solutions), and CXTFIT individually and incorporated in STANMOD (which are using analytical solutions).

The second step was to find examples of software applications for modeling the transport of organic pollutants (from CECs group) in groundwater. From the literature review already found, only articles that were relevant to mentioned above software environments were selected and then a second literature review was carried out using the previously used keywords accompanied successively by the names of the software environment. This search, restricted to articles published during 2000–2019, yielded more than 200 additional articles. The articles that did not make explicit reference to the modeling of organic pollutants migration and those focused on other pollutants or programs were discarded. Again, the "References" sections of each article were searched for relevant publications.

In the third step source publications, report documents, or chapters of books from all available years were searched in which selected software environments were first presented or introduced by their authors to find their descriptions i.e. user interface, pre- and post-processing solutions, methods of data interpolation, different available features, and finally the possibility of their use in general. Additional information was also searched for in the latest manuals and on the websites of the individual program distributors, if available. Finally, the above sources were also checked for various types of user support i.e. documentation,




**Fig. 1.** Results of keyphrase analysis of SciVal for Environmental Sciences (miscellaneous) research area (the font size stands for the relevance of keyphrase — the larger the size, the more relevant keyphrase).


Case 7:23-cv-00897-RJ Document 397-32 Filed 06/04/25 Page 3 of 15

discussion forum, online tutorials, courses, blogs, videos, etc.

Finally, 100 scientific papers published between 2000 and 2019 (Steps 1 and 2) and 37 scientific papers/report documents/chapters of books/manuals published between 1983 and 2017 (Step 3) were selected to be included in this review (Fig. 2). They contain information on software environments, that can be applied for modeling migration of organic pollutants in groundwater, with examples of their application. All papers were analyzed in terms of selected software operation, applications, usefulness, advantages, and limitations to indicate the most useful in this subject.

## 3. Software environments for modeling migration of organic pollutants in groundwater

Software environments for evaluating organic pollutants transport in porous media can be divided into two groups: (1) programs to calculate values of transport parameters, and (2) programs to simulate contaminant transport.

### 3.1. Software environments calculating transport parameters

The first group contains programs to calculate values of transport parameters, solving a direct or inverse problem based on prescribed parameters (direct) or observed laboratory or field data obtained from solute displacement experiments (inverse).

According to the miscible displacement theory, the movement of a solute in porous media occurs as a result of the combined effects of convection and diffusion. The convection-dispersion equation (CDE) is the basic equation used in this mechanistic model. The one-dimensional CDE model assuming steady state flow, linear adsorption, first-order degradation, and zero-order production, is given by the following equation (Parker and Vangenuchten, 1984; Toride et al., 1995):

$$R\frac{\delta C}{\delta t}=D\frac{\delta^2 C}{\delta x^2}-v\frac{\delta C}{\delta x}-\mu c+\gamma(x) \quad (1)$$

where $C$ is the solute concentration in the liquid phase (M/L), $t$ is the time (T), $D$ is the hydrodynamic dispersion coefficient ($L^2T$), $x$ is the spatial coordinate in the direction of flow (L), $\upsilon$ is the average pore-water velocity (L/T), $\mu$ is the first-order decay coefficient for degradation of the solute (1/T), $\gamma$ is a zero-order production term ($M/L^3$ T), and $R$ (dimensionless) is the solute retardation factor, which represents the effect of the sorption process on solute transport and is defined as:

$$R=1+\frac{\rho K_d}{\theta} \quad (2)$$

where $\rho$ is the soil bulk density ($M/L^3$), $K_d$ is the distribution coefficient for adsorption ($L^3/M$), described by a linear isotherm, and $\theta$ is the volumetric water content ($L^3/L^3$).

Assuming $R=1$ for non-reactive solutes such as $Cl^-$, equilibrium CDE is used to estimate hydraulic transport parameters such as pore-water velocity ($\upsilon$) and dispersion coefficients ($D$, $D_L$, $\alpha_L$) (parameter symbols are defined in Table 2). For reactive solutes ($R>0$, e.g. organic pollutants) other parameters can be estimated: retardation factor, dispersion coefficients ($D$, $D_L$, $\alpha_L$), sorption coefficients ($K_d$, $K_F$) and degradation or production parameters ($\lambda$, $\beta$, $\omega$).

The most commonly used (according to the number of selected publications) software environments for organic pollutants migration modeling in groundwater are CXTFIT, HYDRUS-1D, PHREEQC (which are a single model code), STANMOD, and The Geochemist's Workbench (which are GUIs).

Basic information on these software environments including the current version, authors, website, where they can be download or purchase, main advantages (i.e. user supports) and limitations are summarized in Table 1. The references to source publications, in which software was first presented or introduced by their authors were also included. Other details on selected software and the examples of their application in organic pollutants migration modeling are described below and in Table 2.

#### 3.1.1. CXTFIT

CXTFIT (Toride et al., 1995) is the computer software frequently used to estimate transport parameters in several analytical models for solute transport during steady one-dimensional flow. This model permits the simulation under equilibrium and non-equilibrium conditions by fitting mathematical solutions of theoretical transport models based upon the convection–dispersion equation (CDE – Eq. (1)) to the observed laboratory (column experiments) or field data (inverse modeling). The inverse problem is solved by minimizing the objective function, which consists of the sum of squared differences between observed and fitted concentrations (Simunek et al., 1999b). The model may also be used to simulate solute concentrations as a function of time and/or leaching depth (forward modeling).

The original FORTRAN version of CXTFIT was designed by Parker and Vangenuchten (1984). Toride et al. (1995) added solutions for first-order decay and zero-order production and developed a




**Fig. 2.** Scientific papers on the modeling migration of organic pollutants in groundwater using different software selected in steps 1 and 2.



Case 7:23-cv-00897-RJ Document 397-32 Filed 06/04/25 Page 4 of 15

**Table 1**
Basic information on studied software environments to calculate values of transport parameters.

| Software | Authors | Website | Advantages and *limitations* | References |
|---|---|---|---|---|
| CXTFIT (Version 2.1) | J. C. Parker, M. Th. van Genuchten, N. Toride, F. J. Leij | https://cxtfit.github.io/ | public domain, tutorials, FAQ | Parker and Vangenuchten (1984); Toride et al. (1995) |
| STANMOD (Version 2.08) | J. Simunek,M.Th. van Genuchten, M. Sejna, N. Toride, F. J. Leij | https://www.pc-progress.com/en/Default.aspx?stanmod | public domain, technical support, discussion forum | Simunek et al., 1999a,b |
| The Geochemist's Workbench (Version 14) | C. M., Bethke,M. K. Lee, J. Biesiadecki | https://www.gwb.com/ | *commercial distribution* (*expensive*), documentation, forum, online tutorials, courses, free student edition, academic discount | Bethke (1994); Bethke et al. (2017a), 2017b |
| HYDRUS-1D (Version 4.17) | J. Simunek, M. Sejna, M.Th. van Genuchten | https://www.pc-progress.com/en/Default.aspx?hydrus-1d | public domain, tutorials, discussion forum, FAQ, courses | Simunek et al. (2005) |
| PHREEQC (Version 3) | D. L. Parkhurst,C.A.J. Appelo | https://www.usgs.gov/software/phreeqc-version-3 | public domain, documentation, forum, FAQ | Parkhurst and Appelo (2013) |

user-friendly interface. Then, Nützmann et al. (2005) implemented Visual CXTFIT in Microsoft Excel with a similar input/output structure and functions. The current version CXTFIT/Excel 2.1 (Tang et al., 2010) provides flexibility, sensitivity and uncertainty analysis functions to improve transport parameter estimation and to facilitate model discrimination for multi-tracer experiments on structured soils.

CXTFIT is the most popular computer software for transport parameters estimations of organic pollutants such as pharmaceuticals (Fan et al., 2011; Hebig et al., 2017; Müller et al., 2013; Unold et al., 2009), pesticides (Kamra et al., 2001; Marín-Benito et al., 2013; Montoya et al., 2006), and others (Bertelkamp et al., 2014) (Table 2).

### 3.1.2. STANMOD

STANMOD (**ST**udio of **AN**alytical **MOD**els) (Simunek et al., 1999a,b) is a computer software package for evaluating solute transport in porous media using analytical solutions of the convection-dispersion solute transport equation (Eq. (1)), under an easy-to-use Windows graphical user interface.

STANMOD includes the following models: CXTFIT, CFITM, CFITIM, SCREEN, CHAIN, 3DADE, and N3DADE, which can be divided into four groups: (1) simple applications, (2) stochastic simulations, (3) research applications, and (4) parameter estimation (Feinstein and Guo, 2004). Models for simple application (3DADE, CFITM, CHAIN, SCREEN) use conventional inputs to perform deterministic calculations of solute movements according to the standard CDE with equilibrium partitioning. The 3DADE code (Leij and Bradford, 1994) is for evaluating analytical solutions for two- and three-dimensional equilibrium solute transport problems assuming equilibrium conditions. The CFITM code (van Genuchten, 1980) can be applied for predicting or analyzing measured solute breakthrough data (concentration curves versus time) in terms of the one-dimensional CDE, while the CHAIN (van Genuchten, 1985) is for analyzing the convective-dispersive transport of solutes involved in sequential first-order decay reactions. Finally, the behavior assessment model SCREEN (Jury et al., 1983) is to describe the fate and transport of soil-applied organic chemicals. A modified and updated version of the CXTFIT code (Toride et al., 1995) (stochastic simulations group) allows predictions and analyses of equilibrium and nonequilibrium transport in time and/or space, including probabilistic analyses of solute transport using stream tube models. Among the research application group, the CFITIM code (van Genuchten, 1981) can be used to analyze column effluent data, permitting both physical or chemical nonequilibrium transport. More advanced code that considers nonequilibrium transport is N3DADE (Leij and Toride, 1997), which provide solutions for one-dimensional advection and two- or three-dimensional dispersion under conditions of nonequilibrium partitioning.

STANMOD can be used for either forward (all codes) or inverse (CFITM, CFITIM, CXTFIT, and 3DADE) modeling problems in solute transport. By forward modeling, solute concentrations can be predicted for a prescribed set of transport parameters, while by inverse analyses selected transport parameters can be estimated from observed concentration distributions versus time and/or distance. Parameter estimation in STANMOD is accomplished using a Marquardt-Levenberg type weighted nonlinear least-squares optimization approach that minimizes the objective function (van Genuchten et al., 2012).

STANMOD is in the public domain and can be downloaded freely. The software is supported by a discussion forum where users can submit questions or suggestions about the models. All projects included within STANMOD can also be downloaded separately from the website.

STANMOD has been widely used to estimate transport parameters of pesticides (Leiva et al., 2017; Nir et al., 2012; Rodríguez-Liébana et al., 2018), and pharmaceuticals (Srinivasan and Sarmah, 2014) during steady one-dimensional flow (Table 2).

### 3.1.3. HYDRUS-1D

HYDRUS-1D (Simunek et al., 2005) is a free Windows-based modeling environment for simulating water, heat, and solute movement in one-dimensional variably saturated media. The software package consists of the HYDRUS computer program, and the HYDRUS1D interactive graphics-based user interface. This software tool numerically solves the Richards' equation for variably-saturated (unsaturated, partially saturated, or fully saturated) water flow and advection-dispersion type equations for heat and solute transport.

The heat transport equation takes into account transport due to conduction and advection with flowing water, while the flow equation incorporates a sink term to account for water uptake by plant roots, as well as dual-porosity type flow with a fraction of water content being mobile, and fraction immobile.

The solute transport equations consider advective-dispersive transport in the liquid phase and diffusion in the gaseous phase, including among others linear equilibrium or nonlinear nonequilibrium reactions between the liquid and gaseous phases, as well as the solid and liquid phases, zero-order production, and two first-order degradation reactions. In addition, physical nonequilibrium solute transport can be accounted for by assuming a two-region, dual-porosity type formulation that partitions the liquid phase into mobile and immobile regions. For inverse estimation of selected soil hydraulic, solute transport, and reaction parameters from measured transient, steady-state flow and/or transport data, Levenberg-Marquardt type parameter estimation technique is implemented. The procedure permits to estimate several unknown parameters from observed water contents, pressure heads, concentrations, and/or instantaneous or cumulative boundary fluxes (Simunek et al., 2005).

The free HYDRUS-1D software package is also commonly used for the determination of transport parameter mostly of pharmaceuticals (Martínez-Hernández et al., 2017; Teijón et al., 2014), and other organic pollutants such as pesticides (Celestino Ladu and Zhang, 2011; Leiva et al., 2017) and phenols (Zakari et al., 2016b) (Table 2).

**Table 2**
Transport parameters of organic pollutants estimated by CXTFIT, HYDRUS-1d, and STANMOD.

| Program | Organic pollutant | Parameters | References |
|---|---|---|---|
| CXTFIT | 14 organic micropollutants | R, μ | Bertelkamp et al. (2014) |
| | 20 organic micropollutants | R, μ | Bertelkamp et al. (2015) |
| | 17β-estradiol, testosterone | D | Casey et al. (2008) |
| | Atrazine | $\nu$, D, λ, β, ω | Montoya et al. (2006) |
| | Atrazine | R, D | Prado et al. (2014) |
| | Atrazine, isoproturon | R, D, β, ω | Kamra et al. (2001) |
| | Atrazine, malathion | $\nu$, D, R | Abdel-Nasser et al. (2011) |
| | Bezafibrate, ibuprofen, naproxen | $\nu$, D, λ, R, μ | Siemens et al. (2010) |
| | Caffeine, carbamazepine, gemfibrozil, ibuprofen, naproxen, sulfamethoxazole | $\nu$, D, R, β | Hebig et al. (2017) |
| | Carbamazepine | $\nu$, D, R, β, ω* | Arye et al. (2011) |
| | Carbamazepine, diclofenac, ibuprofen, propyphenazone | $\nu$, $D_L$, R, μ | Scheytt et al. (2006) |
| | Carbamazepine, diclofenac, ibuprofen, sulfamethoxazole | $\nu$, D, $\alpha_L$ | Banzhaf et al. (2012) |
| | Carbamazepine, primidone, sulfamethoxazole | $\nu$, D, R, μ | Müller et al. (2013) |
| | Carbamazepine, naproxen, triclosan | R, μ | Durán-Álvarez et al. (2015) |
| | Diazinon, linuron, myclobutanil | R, D, β*, ω* | Marín-Benito et al. (2013) |
| | Fenarimol, thiacloprid | D, β, ω, R | Rodríguez-Liébana et al. (2014) |
| | Imidacloprid | R, D | Selim et al. (2010) |
| | Natural and synthetic progestins | $\nu$, D, R, ω* | Yang et al. (2020) |
| | Sulfadiazine | V, θ, λ | Unold et al. (2009) |
| | Sulfamethazine | λ | Fan et al. (2011) |
| | Trichloroethene, tetrachloroethene | R | Kret et al. (2015) |
| HYDRUS – 1 D | 17β-estradiol and metabolite estrone | λ, $K_f$, n, μ, ω | Casey et al. (2005), 2003 |
| | 17β-estradiol, testosterone | λ, ω*, $\theta_m$ | Sangsupan et al. (2006) |
| | Acetaminophen, caffeine, carbamazepine, sulfamethoxazole, naproxen | $K_F$, $\mu_w$, $\alpha_k$ | Martínez-Hernández et al. (2017) |
| | Atrazine | $K_d$, $D_L$ | Celestino Ladu and Zhang (2011) |
| | Atrazine, caffeine, carbamazepine, O-desmethylvenlafaxine, simazine, venlafaxine | $K_d$, D, ω* | Sopilniak et al. (2018) |
| | Atrazine, estrone, 17β-estradiol, lindane, N-nitrosodimethylamine, nonylphenol, octylphenol | λ, $K_d$ | Mohanty et al. (2006) |
| | Bisphenol-A | $K_d$, F | Zakari et al. (2016b) |
| | Bentazone, isoproturon, linuron, metalaxyl | θ, λ, $K_f$, n, μ | De Wilde et al. (2009) |
| | Ciprofloxacin, ibuprofen, tetracycline | $K_d$ | Xing et al. (2016) |
| | DMP, DEP, DBP, DiBP | $K_f$, n, $\alpha_k$ | Zakari et al. (2016a) |
| | DMP, DEP, DBP, DiBP | $K_d$, D, $k_1$ | Liu et al. (2013) |
| | Imidacloprid | R, β, ω | Leiva et al. (2017) |
| | Naproxen | λ, $K_d$, P, D, R, β, ω** | Teijón et al. (2014) |
| | Sulfadimethoxine, sulfamethazine, sulfamethoxazole | θ, λ, $K_d$, μ, $t_{1/2}$, rec | Strauss et al. (2011) |
| | Testosterone | λ, $K_f$, n, μ, ω | Casey et al. (2004) |
| STANMOD | Antipyrine, atenolol, carbamazepine, caffeine, diclofenac, ketoprofen, sulfamethoxazole | $\nu$, D, R, μ | Kiecak et al. (2020) |
| | Bromacil, sulfentrazone | R, D | Schaffer et al. (2015) |
| | Bromacil, sulfentrazone | R, $D_M$, ω* | Nir et al. (2012) |
| | Chlorophenols, polychlorinated diphenyl ethers, polychlorinated dibenzofurans, polychlorinated dibenzo-p-dioxins | $\nu$, λ | Persson et al. (2008) |
| | Dimethoate | D, R, β, ω* | Peña et al. (2011) |
| | Imidacloprid | P, R, β, ω* | Leiva et al. (2017) |
| | Phenanthrene, pentachlorophenol | V, D | Liu et al. (2019) |
| | Sulfamethoxazole, sulfachloropyridazine, sulfamethazine | $\nu$, λ, R, D | Srinivasan and Sarmah (2014) |
| | Thiacloprid | R, β, ω, μ | Rodríguez-Liébana et al. (2018) |

Where: $\alpha_k$ — first-order kinetic sorption rate (1/T), $\alpha_L$ — longitudinal dispersion constant (L), β — non-equilibrium dimensionless parameter (–), β* — coefficient of partition between the equilibrium and non-equilibrium phases (–), λ — dispersivity (L), μ — the first-order decay coefficient for degradation of the solute (1/T), $\mu_w$ — first-order kinetic removal rate (1/T), θ — volumetric water content ($L^3/L^3$), $\theta_m$ — immobile fraction ($L^3/L^3$), ω — non-equilibrium dimensionless parameter (the ratio of hydrodynamic residence time to the characteristic time scale for sorption; –), ω* — mass transfer coefficient between the equilibrium and non-equilibrium phases (–), ω** — Damkohler number (–), γ — a zero-order production term ($M/L^3$ T), D — dispersion coefficient ($L^2$/T), $D_L$ — longitudinal dispersion coefficient ($L^2$/T), $D_M$ — the diffusion coefficient ($L^2$/T), $k_1$ — first-order sorption rate coefficient (1/T), $k_{decay}$ — the decay rate (1/T), $K_d$ — partition coefficients Henry's sorption isotherms ($L^3$/M), $K_f$ — partition coefficients Freundlich's sorption isotherms ($L^3$/M), n — degree of Freundlich isotherm's nonlinearity (–), P — Pecklet number (–), R — retardation factor (–), rec — relative mass recoveries (–), $t_{1/2}$ — half-life time (T), $\nu$— pore-water velocity (L/T), V — Darcy velocity (L/T).

Besides CXTFIT/STANMOD and HYDRUS-1D, other codes/software can be found in the literature, which are used to determine the migration parameters of organic substances and are not included in this review, such as CXTANNEAL (Li et al., 1999), INVERTS (McGrail, 2001), ReacTran R-package (Soetaert and Meysman, 2012), CapSim (Shen et al., 2018), CATHY (Gatel et al., 2019), SensAn_Test_Kol, Descriptors, Id_Test_Kol (Okońska et al., 2019a, 2019b).

### 3.1.4. PHREEQC

PHREEQC (pH, **re**dox, **eq**uilibrium, **C**++ programming language) (Parkhurst and Appelo, 2013) is a computer program written in the C and C++ programming languages for simulating chemical reactions and transport processes in natural or polluted water, in laboratory experiments or industrial processes. The program is based on the equilibrium chemistry of aqueous solutions interacting with minerals, gases, solid solutions, exchangers, and sorption surfaces.

PHREEQC implements several types of aqueous models: two ion-association aqueous models (the Lawrence Livermore National Laboratory model and WATEQ4F), a Pitzer model and the specific ion interaction theory aqueous model. Using any of these aqueous models, PHREEQC has capabilities for speciation and saturation-index calculations, batch-reaction, and one-dimensional (1D) transport calculations


Case 7:23-cv-00897-RJ Document 397-32 Filed 06/04/25 Page 6 of 15

(diffusion, advection, and dispersion) with reversible and irreversible reactions. This one-dimensional transport includes aqueous, mineral, gas, solid-solution, surface-complexation, ion-exchange equilibria, and specified mole transfers of reactants, kinetically controlled reactions, mixing of solutions, and pressure and temperature changes. Finally, PHREEQC is also used for inverse modeling, finding sets of mineral and gas mole transfer rates that account for differences in composition between waters within specified compositional uncertainty limits.

PHREEQC evolved from the Fortran program PHREEQE (Parkhurst et al, 1980). Current version 3 of PHREEQC extends the previous version with new features based on experience gained while simulating the results from laboratory experiments and field investigations. Furthermore, the code has been generalized into a computer object (IPhreeqc) to facilitate its use by other software programs, such as COMSOL Multiphysics (Wissmeier and Barry, 2011), that need to calculate chemical reactions or the distribution of chemicals in various phases.

PHREEQC is available as freeware from the U.S. Geological Survey and is supported by a discussion forum. Its numerous options and capabilities make PHREEQC useful for simulations that may solve many practical problems in hydrogeochemistry (Dobrzyński, 2009; Tomaszewska et al., 2018; Wątor et al., 2020). However, in studies on organic pollutants migration, PHREEQC is mostly used only to determine major hydrochemical processes controlling water quality and the occurrence of pharmaceuticals (Greskowiak et al., 2006; Jiang et al., 2013; Morel et al., 2014; Wanda et al., 2017; Xu et al., 2017), pesticides (Kingsbury, 2008; Paradelo et al., 2014), endocrine disrupting compounds (Patterson et al., 2010), dissolved chlorinated solvents (Carniato et al., 2012), and phenols (Espinoza et al., 2007) in groundwater, by calculating saturation indices (SIs), ion activity products, aqueous speciation, and theoretical $CO_2$ partial pressure in water. Some authors also used PHREEQC to model sorption behavior of organic micropollutants (Burke et al, 2011, 2013; Grivé et al., 2013; Yan et al., 2012), but the program is more commonly used in studies on metal pollutants migration (Chen et al., 2018; Dobrzyński, 2006; Li et al., 2018; Reyes-lo et al., 2014; Yu et al., 2018).

#### 3.1.5. The Geochemist's Workbench

The Geochemist's Workbench (GWB) (Bethke, 1994) is a set of software tools for geochemical modeling. GWB, designed for personal computers running MS Windows, is distributed in four packages: Essentials, Standard, Professional, and Advanced Professional. These packages contain tools for balancing reactions, calculating activity diagrams, computing speciation in aqueous solutions, plotting the results of these calculations, and storing the related data. The packages also include programs for modeling reaction processes, modeling reactive transport in one and two dimensions, and plotting modeling results, as well as for constructing phase diagrams. Finally, GWB Advanced Professional extends the package to include message passing interface (MPI) versions of the reactive transport models for use on computing clusters, the ChemPlugin self-linking software object adapted for cluster computers, and other specialized codes (Bethke et al., 2015).

The original GWB package was written in 1991 by Craig Bethke with the assistance of Ming-Kuo Lee and Jeffrey Biesiadecki of the Hydrogeology Program in the Department of Geology, the University of Illinois at Urbana-Champaign. GWB is presently developed and supported by Aqueous Solutions LLC, and commercially distributed. Current version 14 of GWB is supported by extensive documentation, a discussion forum, and online tutorials. GWB set the standard especially in geochemical modeling of heavy metals (Carrillo-Chávez et al., 2014; Kossoff et al., 2011; Magu et al., 2016; Mohajerin et al., 2014; Root et al., 2009; Tabelin et al., 2012). In CECs migration studies, GWB similar to PHREEQC is used for calculating saturation indices (SIs), ion activity products, aqueous speciation, for example, Sena et al. (2012) used GWB to perform a benchmark analysis of the simulation of aerobic benzene degradation in a shallow and oxidizing aquifer, while Nariyan et al. (2017), make use of GWB during investigations on the removal of pharmaceuticals from the water with an electrocoagulation process.

Besides PHREEQC and GWB, there are many other speciation models for metals and metalloids such as MINTEQA2, MINEQL+, Visual MINTEQ, WHAM, ECOSAT, WATEQF, ALCHEMI, CHESS or EQ (3)/6.

### 3.2. Software environments simulating contaminant transport

The second group of software environments for contaminant transport modeling represents programs linking hydrogeochemical modeling with hydrodynamic modeling to simulate single/multi component transport such as MODFLOW/MT3D (a single family of codes), and GUIs – Processing/Visual MODFLOW, GMS, Groundwater Vistas, FEFLOW, HYDRUS 2D/3D, and PHAST.

Basic information on these software environments is summarized in Table 3, while other details and examples of selected software applications in organic pollutants migration modeling are described below.

Simulation of contaminant transport by hydrodynamic modeling can be divided into two processes: (1) development of groundwater flow model, and (2) application of that model for a specific purpose e.g. contaminant transport. Groundwater models are usually developed in the following sequence: model objectives, hydrogeological characterization, model conceptualization, model design and construction (input parameters), model calibration and sensitivity analysis, model testing, predictive simulation, and final reporting and interpretation (Kumar, 2012; Pianosi et al., 2016; Seyf-Laye et al., 2012) (Fig. 3). Each step requires a specific approach and often extensive work because this affects the final correctness of the model and the quality of the results.

#### 3.2.1. HYDRUS 2D/3D

HYDRUS 2D/3D (Simunek et al., 2006) is a software package for simulating water, heat, and solute movement in two- and three-dimensional variably saturated media. The software package consists of several computational programs and the interactive graphics-based user interface HYDRUS. The program numerically solves the Richards equation for saturated-unsaturated water flow and convection-dispersion type equations for heat and solute transport:

$$\frac{\partial \theta}{\partial t} = \frac{\partial}{\partial x_i}\left[K\left(K_{ij}^A \frac{\partial h}{\partial x_j} + K_{iz}^A\right)\right] - S \quad (3)$$

where $h$ is the pressure head (L), $S$ is a sink term (1/T), $x_i$ ($i = 1,2$) are the spatial coordinates (L), $t$ is time (T), $K_{ij}^A$ are components of a dimensionless anisotropy tensor $K^A$, and $K$ is the unsaturated hydraulic conductivity function (L/T) given by:

$$K(h,x,z) = K_s(x,z)\ K_r(h,x,z) \quad (4)$$

where $K_s$ the saturated hydraulic conductivity *and* $K_r$ is the relative hydraulic conductivity (L/T).

The flow equation incorporates a sink term to account for water uptake by plant roots. The heat transport equation considers movement by conduction as well as convection with flowing water. The governing convection-dispersion solute transport equations include provisions for nonlinear nonequilibrium reactions between the solid and liquid phases and linear equilibrium reactions between the liquid and gaseous phases. Hence, both adsorbed and volatile solutes such as pesticides can be considered.

The solute transport equations also incorporate the effects of zero-order production, first-order degradation independent of other solutes, and first-order decay/production reactions that provide the required coupling between the solutes involved in the sequential first-order chain. The transport models also account for convection and dispersion in the liquid phase, as well as for diffusion in the gas phase, thus permitting to simulate solute transport simultaneously in both the liquid and gaseous phases.

The original version of HYDRUS-2D software package (Simunek et al., 1999a) distributed by the International Groundwater Modeling


Case 7:23-cv-00897-RJ Document 397-32 Filed 06/04/25 Page 7 of 15

**Table 3**
Basic information on studied software environments to simulate contaminants transport.

| Software | Authors | Website | Advantages and *limitations* | References |
|---|---|---|---|---|
| FEFLOW | Hans-Jörg G. Diersch | https://www.mikepowered bydhi.com/products/feflow | *commercial distribution* (free trial), courses | Trefry and Muffels (2007) |
| GMS (Version 10.4) | S. J. Owen, N. L. Jones, J. P. Holland | https://www.aquaveo.com/software/gms-groundwater-modeling-system-introduction | *commercial distribution* (free Community Edition - grid size to 5000 cells and 3 stress periods), GMS Learning Center, forum, blog, videos | Owen et al. (1996) |
| Groundwater Vistas (Version 8) | J. O. Rumbaugh, D. B. Rumbaugh | https://www.groundwatermodels.com/ESI_Software.php | *commercial distribution*, manuals, seminars, webinars, technical supports | Rumbaugh and Rumbaugh (2020) |
| HYDRUS 2D/3D (Version 3.02) | J. Simunek, R. van Genuchten | https://www.pc-progress.com/en/Default.aspx?hydrus-3d | *commercial distribution*, manuals, tutorials, courses, discussion forum, FAQ | Simunek et al. (2006) |
| MODFLOW 6 | J. D. Hughes, Ch. D. Langevin, E. R. Banta | https://www.usgs.gov/software/modflow-6-usgs-modular-hydrologic-model | public domain, user manual | Langevin et al. (2017) |
| Processing MODFLOW (Version 10.0.23) | W. H. Chiang, W. Kinzelbach | https://www.simcore.com/wp/processing-modflow-x/ | *commercial distribution* (free version up to 3 layers, 5000 cells, 2000 cells in a layer, and 3 stress periods), user guide | Chiang and Kinzelbach (1998) |
| Visual MODFLOW Flex | N. Guiguer, T. Franz, B. Cleary | https://www.waterloohydrogeologic.com/visual-modflow-flex/ | *commercial distribution (expensive*, 7-day trial, academic discount), manuals, tutorials, FAQ | Waterloo Hydrogeologic (2015) |
| PHAST (Version 2.0) | D. L. Parkhurst, K. L. Kipp, Scott R. Charlton | https://www.usgs.gov/software/phast-a-computer-program-simulating-groundwater-flow-solute-transport-and-multicomponent | public domain, discussion forum, *not appropriate for unsaturated-zone flow, multiphase flow, or density-dependent flow* | Parkhurst et al. (2010) |




**Fig. 3.** Groundwater modeling process (adopted and modified from Kumar, 2015).

Center was fully replaced with the 'HYDRUS (2D/3D)' software package. Current version 3 of the HYDRUS 2D/3D computer software package (Simunek et al., 2018) is commercially distributed in five editions (levels), enabling two-dimensional applications for simple (rectangular) and general 2D geometries (2D-Lite and 2D-Standard editions), and three-dimensional applications for simple (hexahedral), layered and general 3D geometries (3D-Lite, 3D-Standard, 3D-Professional editions). For customers available are also specialized add-on modules – several modules that were recently developed for simulating the movement of water, heat, and solutes in the subsurface, e.g. Wetland-2D, HYPAR, Slope Classic etc.

An important advantage of the HYDRUS models is that they are not limited to any particular spatial or temporal scale. HYDRUS (2D/3D) can be used for transport domains ranging from <1 m wide to transects of several tens or hundreds of meters wide and for both laboratory and field-scale applications. However, the use of HYDRUS for very large 3D domains such as entire catchments is not recommended, because the highly nonlinear Richards equation requires relatively fine spatial discretization. Otherwise, there may be a significant strain on the available computing resources (Simunek, 2008; Simunek et al., 2016).

The types of applications of HYDRUS 2D/3D are very broad, ranging between agricultural problems evaluating different irrigation schemes, and the effects of plants on the soil water balance and groundwater recharge, to many environmental applications simulating the transport of different solutes and particle-like substances as well as evaluating the effects of land use and environmental changes. However, only a few


Case 7:23-cv-00897-RJ Document 397-32 Filed 06/04/25 Page 8 of 15

**Table 4**
Selected applications of studied software environments in the simulation of organic contaminant transport

| Program | Code | Organic pollutant | References |
|---|---|---|---|
| GMS | MODFLOW, MT3DMS, MODPATH | Acrylonitrile | Şengör and Ünlü (2013) |
| | MODFLOW, MT3DMS, PEST | Azoxystrobin, DDT, glyphosate, imidacloprid | Welch et al. (2019) |
| | MT3D | Carbamazepine | Dvory et al. (2018) |
| MODFLOW | MT3D | 1,3,5-naphthalene trisulfonate, 1,3,6-naphthalene trisulfonate, iopamidol, triglyme | Hamann et al. (2016) |
| | MT3D | 1.5 NDSA, AMDOPH, AOI, AOX, carbamazepine, clindamycin, diclofenac, EDTA, MTBE, phenazone, primidone, sulfamethoxazole, | Henzler et al. (2014) |
| | MT3D, PATH3D | Atrazine | Levy et al. (1998) |
| | MT3D | Atrazine, bentazone, mecoprop, MCPA, simazine | Gaus and Casteele (2004) |
| | MT3D | Caffeine, carbamazepine | Dvory et al. (2018) |
| | MT3DMS | Bezafibrate, carbamazepine, cetirizine, clofibric acid, diazepam, diclofenac, gemfibrozil, ibuprofen, iohexol, iomeprol, iopamidol, iopromide, naproxen, phenazone, primidone, sulfamethoxazol | Nham et al. (2015) |
| | MT3DMS | Meprobamate, pyrithyldione, primidone, phenobarbital, phenylethylmalonamide | Nham et al. (2016) |
| | MT3D | Pesticides | Cho et al. (2010) |
| | MT3DMS | PFOA | Shin et al. (2011) |
| Processing and Visual MODFLOW | MT3D | 28 organic micropollutants | Schaffer et al. (2015) |
| | MT3DMS, PMPATH | Ametryn, atrazine, carbofuran, diuron, propalnil | Jaramillo et al. (2019) |
| | MT3DMS | Chlorobenzene | Duarte, 2008 |
| | MT3DMS | Human pharmaceuticals | Müller et al. (2011) |
| | MT3D | Lindane | Sharma et al. (2015) |
| | MT3DMS | Para-toluenesulfonamide | Meffe et al. (2014) |
| Groundwater Vistas | MT3D, MODPATH | Surface active substances | Spalvins et al. (2017) |
| | N/D | N -Nitrosamines | Drewes et al. (2006) |
| | MODPATH | Chlorinated solvents | Bozzano et al. (2007) |
| | MT3D | TCE | Spalvins et al. (2001) |
| FEFLOW | n.a. | 37 trace organic compounds | Sanz-Prat et al. (2020) |
| | | Bentazon, metalaxsyl, metribuzin, MCPA | Kværner et al. (2014) |
| | | Bisphenol A, carbamazepine, galaxolide, t-nonylphenol, tonalide | Reinstorf et al. (2009) |
| | | Carbamazepine, diphenhydramine, sulfamethoxazole, trimethoprim, tris(2-chloroethyl)phosphate (TCEP) | Regnery et al. (2017) |
| | | Hexachlorocyclohexane | Wycisk et al. (2013) |
| | | Pesticides | Akbar et al. (2011) |
| HYDRUS 2D/3D | n.a. | 2,4-D, atrazine, terbuthylazine | Close et al. (2003) |
| | | Atrazine, picloram, simazine | Pang et al. (2000) |
| | | Atrazine, malathion | Abdel-Nasser et al. (2011) |
| | | Bentazone | Boivin et al. (2006) |
| | | Hexazinone, procymidone, picloram, triclopyr | Dann et al. (2006) |

authors made use of HYDRUS 2D/3D in studies on organic pollutants (Table 4).

Abdel-Nasser et al. (2011) used HYDRUS-2D to solve numerically the water and contaminant (atrazine and malathion) transport equation subjected to initial and boundary conditions, while Boivin et al. (2006) simulate with flow and transport processes of bentazone herbicide at three field sites. HYDRUS-2D was also applied to simulate pesticide (hexazinone, procymidone, picloram, and triclopyr) leaching at a field trial (Dann et al., 2006) to simulate water movement and transport of picloram, atrazine, and simazine (Pang et al., 2000), and 2,4-D, atrazine, and terbuthylazine pesticides (Close et al., 2003) in the soil-water system.

### 3.2.2. *MODFLOW programs*

**MODFLOW** (McDonald and Harbaugh, 1988) is a popular open-source groundwater flow model distributed by the U.S. Geological Survey. To this day, numerous MODFLOW versions based on the MODFLOW core version have been developed, due to growing interest in surface and groundwater interactions, local refinement with nested and unstructured grids, karst groundwater flow, solute transport, and salt-water intrusion. MODFLOW variants contain newer, specialized, or advanced versions for use by experienced modelers (MODFLOW-NWT, MODFLOW-USG, GSFLOW, and GWM), MODFLOW-based particle tracking and solute transport (MOODPATH, MT3D-USGS, and SEAWAT), parameter estimation and uncertainty analysis (PEST++), as well as MODFLOW utilities, post processors, and graphical user interfaces (FloPy, GRIDGEN, GW_Chart, ModelMuse, ModelViews, and ZONEBUDGET). However, although these versions are often based on the MODFLOW core, there are often incompatibilities that restrict their use with other MODFLOW versions.

**MODFLOW 6** is an object-oriented program and underlying framework developed to provide a platform for supporting multiple models and multiple types of models within the same simulation (Hughes et al., 2017). MODFLOW 6 contains two types of hydrologic models, the Groundwater Flow (GWF) Model and the Groundwater Transport (GWT) Model (Langevin et al., 2017). The GWT Model simulates three-dimensional transport of a single solute species in flowing groundwater, while the GWF Model is based on a generalized control-volume finite-difference (CVFD) approach in which a cell can be hydraulically connected to any number of surrounding cells. The new groundwater flow formulation, the XT3D option, extends the capabilities of MODFLOW by enabling the simulation of fully three-dimensional anisotropy on regular or irregular grids in a way that properly takes into account the full, three-dimensional hydraulic conductivity tensor (Langevin et al., 2019).

MODFLOW 6 is the sixth core version of MODFLOW to be released by the USGS (previous core versions were released in 1984, 1988, 1996, 2000, and 2005). The last core version MODFLOW-2005 is still actively


Case 7:23-cv-00897-RJ Document 397-32 Filed 06/04/25 Page 9 of 15

maintained and supported. MODFLOW 6 is freely distributed and can be copied, modified, distributed, and used, even for commercial purposes, without special permission.

MODFLOW code designed for groundwater flow modeling in combination with MT3D/MT3DMS (Zheng and Wang, 1990, 1999), MT3D-USGS (Bedekar et al., 2016), RT3D (Clement, 1999), and MODPATH (Pollock, 2016) is crucial in organic contaminants transport.

MT3D/MT3DMS is a package used to simulate the transport of single/multi-species pollutants. There is also an updated version of the MT3DMS code released by U.S. Geological Survey and named MT3D-USGS, which includes new transport modeling capabilities to accommodate flow terms calculated by MODFLOW packages that were previously unsupported by MT3DMS and to provide greater flexibility in the simulation of solute transport and reactive solute transport. Other new capabilities include unsaturated-zone transport and transport within streams and lakes, including a solute exchange with connected groundwater (Bedekar et al., 2016). RT3D can be used to simulate the transport of reactive pollutants where only sorption (by partitioning coefficient) and degradation (by decay coefficient) processes can occur, and there is no dissolution reaction. Finally, MODPATH is a standard package for forward and backward particle tracking (Pollock, 2016; Waterloo Hydrogeologic, 2015).

MODFLOW and MT3D/MT3DMS models are commonly used to simulate groundwater flow, fate and transport of organic pollutants (Table 4). Cho et al. (2010) simulated groundwater and pesticide movement with MODFLOW and MT3D in the saturated zone, during surface water and groundwater interaction modeling. To simulate caffeine and carbamazepine transport in the vadose zone and groundwater, Dvory et al. (2018) used a modified version of the MODFLOW-MT3D model. Groundwater fluxes calculated by MODFLOW were used by Shin et al. (2011) as input to the MT3DMS model to calculate the advective transport of PFOA. Nham et al. (2016) provided a model-based (MODFLOW-MT3DMS) characterization of the long-term transport behavior of five psychoactive compounds (meprobamate, pyrithyldione, primidone, phenobarbital, and phenylethylmalonamide) introduced into groundwater via sewage irrigation. MODFLOW-MT3D was also used to model the fate of emerging organic micropollutants during riverbank filtration (Hamann et al., 2016; Henzler et al., 2014), and during soil aquifer treatment (Nham et al., 2015). Levy et al. (1998) combined MODFLOW and PATH3D to assess bedrock-aquifer susceptibility to contamination and MT3D to investigate the potential impact of long-term atrazine use on aquifer water quality Finally, Gaus and Casteele (2004) used MODFLOW-MT3D solute transport model as a risk assessment tool for five pesticides (atrazine, simazine, bentazone, mecoprop, and MCPA) contaminating a Quaternary phreatic aquifer.

For MODFLOW and other related codes, several hosting platforms (GUI) are available such as Processing and Visual Modflow, GMS and Groundwater Vistas (Langevin and Bean, 2005; which is not included in this review).

**Processing Modflow** (Chiang and Kinzelbach, 1998) was originally developed to support the first official release of MODFLOW (McDonald and Harbaugh, 1988). The newest X version of Processing Modflow (PMX) is the result of the rewrite efforts. The supported model codes have been consolidated and the modeling process has been streamlined with the ability to display model data and results at the same time. Processing Modflow X comes with the supported models/codes and a map-based user interface that can display online basemaps and shapefiles along with the grids and results of multiple models. The interface enables users to construct, calibrate, and run models as well as visualize results (Chiang, 2020).

Processing Modflow X is commercially distributed, however, there is a limited free version, allowing only to create models up to 3 layers, 5000 cells, 2000 cells in a layer, and 3 stress periods.

**Visual MODFLOW** is the most complete modeling environment for practical applications in three-dimensional groundwater flow and contaminant transport simulation. This fully-integrated package combines powerful analytical tools with a logical menu structure. Easy-to-use graphical tools allow among others graphic design of the model's grid, its properties and boundary conditions, visualization of the input parameters of the model in 2D and 3D space, groundwater flow analysis, flow line determination and pollution transport simulation, as well as automatic (WinPEST) or manual model calibration (Waterloo Hydrogeologic, 2015).

Originally released in 1994, Visual MODFLOW was the first commercially available graphical interface for the open source MODFLOW groundwater modeling engine. In 2012, a newer.NET version of the software was rebranded as Visual MODFLOW Flex. The latest version 6.1 of Visual MODFLOW Flex is a popular and commonly used hydrogeology modeling program commercially distributed in three levels of program functionality: Basic, Professional, and Premium. It provides the user with the opportunity to choose between conceptual modeling (creating a real three-dimensional model based on available GIS data and well/borehole data) and classic numerical modeling, which allows to manually define the parameters of a numerical computational grid.

Based on literature research, Processing and Visual MODFLOW are rather rarely used in modeling the migration of organic pollutants in groundwater (Table 4). Meffe et al. (2014) used Processing MODFLOW to determine the fate of para-toluenesulfonamide (p-TSA) in groundwater under anoxic conditions. In turn, Visual MODFLOW was applied to modeling an accidental spill of chlorobenzene, using a 3D model (Duarte, 2008). Sharma et al. (2015) used Visual MODFLOW-MT3D for modeling lindane transport in groundwater. Finally, Müller et al. (2011) simulate using platform Visual MODFLOW the groundwater flow processes at bank filtration sites in general and calculate the predicted environmental concentration of pharmaceuticals.

Processing and Visual MODFLOW could be also used to develop results from column experiments. Jaramillo et al. (2019) choose the data from the column experiments to feed a pesticide transport model run in a transient state with the code MT3DMS, which was based on a steady-state groundwater flow model development. In studies of Schaffer et al. (2015), the breakthrough curves of 28 organic micropollutants were evaluated with MODFLOW, coupled with the solute transport model MT3D and implemented in the Processing MODFLOW. Marciniak et al. (2006) used Visual MODFLOW to obtain solute transport parameters from column experiments such as $\alpha_L$, $K_d$, R.

### *3.2.3. GMS*

GMS (**G**roundwater **M**odeling **S**ystem) (Owen et al., 1996) is a software platform designed for groundwater modeling. The program provides tools throughout all aspects of the modeling process, some of which include geometric characterization of earth masses, geostatistical analysis, finite element, and finite difference mesh generation, model input for specific flow and transport analysis engines as well as complete three-dimensional visualization of results. The entire GMS system consists of a graphical user interface (the GMS program) and several analysis codes (MODFLOW, MT3DMS, RT3D, PHT3D, etc.) (Owen et al., 1996). GMS can be fully integrated with ArcGIS, allowing for a seamless transfer in creating conceptual models and producing final figures of modeling results.

Current version 10.3 of GMS is developed by Aquaveo, and is commercially distributed in four editions – Community (free), MODFLOW, MODFLOW Pro, and Premium.

Only a few studies were found about using GMS software in the modeling of emerging pollutants migrations such as pharmaceuticals (Dvory et al., 2018), nitriles (Şengör and Ünlü, 2013), and pesticides (Welch et al., 2019) (Table 4).

### *3.2.4. Groundwater Vistas*

Groundwater Vistas (GV) (Rumbaugh and Rumbaugh, 2020) is a sophisticated Windows-based graphical user interface for 3-D groundwater flow and transport modeling. It combines an advanced water model design system with comprehensive graphical analytical tools.



Case 7:23-cv-00897-RJ Document 397-32 Filed 06/04/25 Page 10 of 15

This groundwater flow modeling tool enables pre- and post-process data processing for MODFLOW and other related codes such as MODPATH, MT3D, RT3D, and PEST (the model-independent calibration software) (Langevin and Bean, 2005). GV allows to interactively design generic finite-difference groundwater flow and contaminant transport models in aquifer systems. A finite-difference model is constructed by dividing the model domain into square or rectangular regions (blocks or cells). Head, drawdown, and concentration are computed at discrete points within the model called nodes, while the network of cells and nodes is called the grid or mesh. There are two main types of finite-difference techniques, known as block-centered and mesh-centered. GV has an automatic calibration procedure which makes it easy to calibrate an aquifer once the target cells with known heads have been identified (Rumbaugh and Rumbaugh, 2020).

Groundwater Vistas has been under development by Environmental Simulations Incorporation (ESI) for over 25 years. Current version 8 of GV from 2020 is commercially distributed in four editions – Standard, Advance, Professional, and Premium on ESI website.

Groundwater Vistas is mostly used for aquifer characterization and groundwater flow modeling (Ahmed, 2009; Kiptum et al., 2017; Lowry and Anderson, 2006; Miljević et al., 2012; Ofomola et al., 2016), as well as a support in optimization processes connected among others with hydraulic barriers, wells pumping and changing of groundwater table (Abdelrhem et al., 2008; Rashid et al., 2015; Remonti and Mori, 2016). Only a few studies were found about using GV software in the modeling of emerging pollutants migrations (Table 4). Bozzano et al. (2007) used GV with MODPATH code for flow numerical simulation of an aquifer contaminated by chlorinated solvents in Rho (Italy). The software was also applied to simulate fate and transport of N-Nitrosamines (Drewes et al., 2006), transport of TCE in contaminated groundwater in the Bernau area of Germany, using MT3D code (Spalvins et al., 2001), and finally to simulate with MT3D and MODPATH codes transport of surface active substances in a contaminated aquifer at the Incukalns District of Latvia (Spalvins et al., 2017).

### 3.2.5. FEFLOW

FEFLOW (Trefry and Muffels, 2007) is an advanced **F**inite **E**lement subsurface **FLOW** and transport modeling system with an extensive list of functionalities, including variably saturated flow, variable fluid density mass and heat transport, and multi-species reactive transport. FEFLOW uses finite element solution techniques to handle a broad variety of physical processes for subsurface flow and transport modeling. It can be efficiently used to describe the spatial and temporal distribution and reactions of groundwater contaminants, to model geothermal processes, to estimate the duration and travel times of chemical species in aquifers, to plan and design remediation strategies and interception techniques, and to assist in designing alternatives and effective monitoring schemes.

The program has been under development since 1979 by the Institute for Water Resources Planning and Systems Research Inc. (WASY GmbH) of Berlin, Germany, which has recently become a part of DHI Group (Trefry and Muffels, 2007). Current version 7.3 of FEFLOW is commercially distributed in three licenses – Demo, Essentials, and Professional.

Regnery et al. (2017) used FEFLOW for 2D simulation of the fate and transport of contaminants in a variably saturated synthetic aquifer, and for the simulation of breakthrough curves of carbamazepine, sulfamethoxazole, trimethoprim, tris(2-chloroethyl) phosphate (TCEP), and diphenhydramine (Table 4). To quantify the fluxes of pharmaceuticals including endocrine disruptors, and fragrances in the environment (surface and groundwater), Reinstorf et al. (2009) applied FEFLOW coupled with hydrodynamic river model HEC-RAS. FEFLOW was also used as a part of studies for analyzing the reactive transport behavior of 37 trace organic compounds during field-scale bank filtration (Sanz-Prat et al., 2020), for assessing the influence of agricultural activities on pesticides in a shallow aquifer in south-eastern Norway (Kværner et al., 2014). FEFLOW can be applied in environmental protection studies as well, e.g. for spatial modeling of groundwater vulnerability to pesticide contamination (Akbar et al., 2011), wellhead protection areas (Lo Russo and Taddia, 2012), and remediation of e.g. a large soil aquifer treatment site for domestic wastewater (Rona et al., 2018).

### 3.2.6. PHAST

PHAST (**PH**REEQC **A**nd H**ST**3D) (Parkhurst et al., 2010) is a program for simulating multicomponent, reactive solute transport in three-dimensional saturated groundwater flow systems. PHAST has also the capabilities to model a wide range of equilibrium and kinetic geochemical reactions. The flow and transport calculations are based on a modified version of HST3D that is restricted to constant fluid density and constant temperature. The geochemical reactions are simulated with the geochemical model PHREEQC, which is embedded in PHAST.

Three data-input files are needed in PHAST: flow and transport calculation data, chemical-reaction calculation data, and the thermodynamic database (Parkhurst et al., 2010).

PHAST is applicable to the study of natural and contaminated groundwater systems at a variety of scales ranging from laboratory experiments to local and regional field scales. It can be used in studies of migration of nutrients, radionuclides, inorganic (Carniato et al., 2012; Huo et al., 2014; Malmström et al., 2006) and organic contaminants (Zhang et al., 2010); in projects such as aquifer storage and recovery or engineered remediation; and in investigations of the natural rock/water interactions in aquifers. However, PHAST is not appropriate for unsaturated-zone flow, multiphase flow, or density-dependent flow (Parkhurst et al., 2010). PHAST is available as freeware from the U.S. Geological Survey and is supported by a discussion forum, tutorials, and training courses.

Many other software or codes are available for modeling of groundwater flow and contaminant transport, which are publicly accessible or commercially distributed. They are revised by e.g. (Karatzas, 2017; Kumar, 2012; Pianosi et al., 2016; Piggott, 1999; Zdechlik, 2016). However, their usage in the modeling of organic pollutant transport is rather scarce.

## 4. Conclusions

A large number of computer programs exist for modeling the migration of organic pollutants in porous media, using different analytical or numerical solutions. In general, they can be divided into two groups: software environments calculating values of transport parameters, and software environments linking hydrogeochemical modeling with hydrodynamic modeling to simulate single/multi-component transport. Among the first group CXTFIT, HYDRUS-1D and STANMOD are the most commonly used to obtain contaminants migration parameters such as pore-water velocity, retardation factor, sorption coefficients, and degradation or production parameters. Unfortunately, it is generally difficult to obtain reliable values of such parameters, because model predictions depend mainly upon the quality and uncertainty of the input data. Therefore, there is a necessity to combine laboratory and modeling data to verify the correctness of the received transport parameters. In the second group, programs from the MODFLOW/MT3D family, HYDRUS 2D/3D, and FEFLOW are the most popular in 2D/3D simulation of groundwater flow and transport of organic pollutants. Although these models may be used as predictive tools, they should be viewed as estimates, dependent upon the quality and uncertainty of the input data. For this reason, testing of model predictions through e.g. field monitoring is crucial for eliminating or reducing modeling errors. Although it is easy to identify the more or less popular software, it is hard to say which one is good or best, because, the choice of the most suitable software depends on a wide range of different factors. Beyond suitable software, there is primarily the science and art of modeling, and the references listed in this paper can be evaluated by readers to see how problems have been approached.


Case 7:23-cv-00897-RJ Document 397-32 Filed 06/04/25 Page 11 of 15

## Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

## References


Abdel-Nasser, G., Al-Turki, A.M., Al-Wabel, M.I., El-Saeid, M.H., 2011. Behavior of atrazine and malathion pesticides in soil: simulation of transport process using numerical and analytical models. Res. J. Environ. Sci. 5, 221–235.

Abdelrhem, I.M., Rashid, K., Ismail, A., 2008. Integrated groundwater management for great Man-Made river project in Libya. Eur. J. Sci. Res. 22, 562–569.

Ahmed, A.A., 2009. Using lithologic modeling techniques for aquifer characterization and groundwater flow modeling of the Sohag area, Egypt. Hydrogeol. J. 17, 1189–1201. https://doi.org/10.1007/s10040-009-0461-z.

Akbar, T.A., Lin, H., DeGroote, J., 2011. Development and evaluation of GIS-based ArcPRZM-3 system for spatial modeling of groundwater vulnerability to pesticide contamination. Comput. Geosci. 37, 822–830. https://doi.org/10.1016/j.cageo.2011.01.011.

Arye, G., Dror, I., Berkowitz, B., 2011. Fate and transport of carbamazepine in soil aquifer treatment (SAT) infiltration basin soils. Chemosphere 82, 244–252. https://doi.org/10.1016/j.chemosphere.2010.09.062.

Banzhaf, S., Hebig, K.H., 2016. Use of column experiments to investigate the fate of organic micropollutants - a review. Hydrol. Earth Syst. Sci. 20, 3719–3737. https://doi.org/10.5194/hess-20-3719-2016.

Banzhaf, S., Nödler, K., Licha, T., Krein, A., Scheytt, T., 2012. Redox-sensitivity and mobility of selected pharmaceutical compounds in a low flow column experiment. Sci. Total Environ. 438, 113–121. https://doi.org/10.1016/j.scitotenv.2012.08.041.

Bedekar, V., Morway, E., Langevin, C., Tonkin, M., 2016. MT3D-USGS Version 1: A U.S. Geological Survey Release of MT3DMS Updated with New and Expanded Transport Capabilities for Use with MODFLOW: U.S. Geological Survey Techniques and Methods 6-A53 [Report], vol. 84. U.S. Geol. Surv. Reston, Virginia. https://doi.org/10.3133/tm6A53.

Bertelkamp, C., Reungoat, J., Cornelissen, E.R., Singhal, N., Reynisson, J., Cabo, A.J., van der Hoek, J.P., Verliefde, A.R.D., 2014. Sorption and biodegradation of organic micropollutants during river bank filtration: a laboratory column study. Water Res. 52, 231–241. https://doi.org/10.1016/j.watres.2013.10.068.

Bertelkamp, C., Schoutteten, K., Vanhaecke, L., Vanden Bussche, J., Callewaert, C., Boon, N., Singhal, N., van der Hoek, J.P., Verliefde, A.R.D., 2015. A laboratory-scale column study comparing organic micropollutant removal and microbial diversity for two soil types. Sci. Total Environ. 536, 632–638. https://doi.org/10.1016/j.scitotenv.2015.07.056.

Bethke, C.M., 1994. The Geochemist's Workbench, Version 2.0, A User's Guide to Run, Act2, Tact, React, and Gtplot. Hydrogeol. Program. Univ. Illinois, Urbana-Champaign.

Bethke, C.M., Farrell, B., Sharifi, M., 2017a. The Geochemist's Workbench Release 14: Reaction Modeling Guide. Aqueous Solut. LLC, Champaign, p. 151.

Bethke, C.M., Farrell, B., Sharifi, M., 2017b. The Geochemist's Workbench Release 14: Reactive Transport Modeling Guide. Aqueous Solut. LLC, Champaign, p. 185.

Bethke, C.M., Farrell, B., Sharifi, M., 2015. The Geochemist's Workbench Release 14: Essentials Guide. Aqueous Solut. LLC, Champaign, p. 116.

Boivin, A., Simunek, J., Schiavon, M., Van Genuchten, M.T., 2006. Comparison of pesticide transport processes in three tile-drained field soils using HYDRUS-2D. Vadose Zo. J. 5, 838–849. https://doi.org/10.2136/vzj2005.0089.

Bozzano, F., Petitta, M., Del Bon, A., Nardoni, F., Pacioni, E., 2007. Conceptual model and flow numerical simulation of aquifer contaminated by chlorinated solvents in Rho (MI). Ital. J. Eng. Geol. Environ. 1, 9. https://doi.org/10.4408/IJEGE.2007-01.S-15.

Burke, V., Greskowiak, J., Asmuß, T., Bremermann, R., Taute, T., Massmann, G., 2014. Temperature dependent redox zonation and attenuation of wastewater-derived organic micropollutants in the hyporheic zone. Sci. Total Environ. 482–483, 53–61. https://doi.org/10.1016/j.scitotenv.2014.02.098.

Burke, V., Richter, D., Greskowiak, J., Mehrtens, A., Schulz, L., Massmann, G., 2011. Occurrence of antibiotics in surface and groundwater of a drinking water catchment area in Germany. Water Environ. Res. 88, 652–659. https://doi.org/10.2175/106143016X14609975746604.

Burke, V., Treumann, S., Duennbier, U., Greskowiak, J., Massmann, G., 2013. Sorption behavior of 20 wastewater originated micropollutants in groundwater — column experiments with pharmaceutical residues and industrial agents. J. Contam. Hydrol. 154, 29–41. https://doi.org/10.1016/j.jconhyd.2013.08.001.

Carniato, L., Schoups, G., Seuntjens, P., Van Nooten, T., Simons, Q., Bastiaens, L., 2012. Predicting longevity of iron permeable reactive barriers using multiple iron deactivation models. J. Contam. Hydrol. 142– 143, 93–108. https://doi.org/10.1016/j.jconhyd.2012.08.012.

Carrillo-Chávez, A., Salas-Megchún, E., Levresse, G., Muñoz-Torres, C., Pérez-Arvizu, O., Gerke, T., 2014. Geochemistry and mineralogy of mine-waste material from a "skarn-type" deposit in central Mexico: modeling geochemical controls of metals in the surface environment. J. Geochem. Explor. 144, 28–36. https://doi.org/10.1016/j.gexplo.2014.03.017.

Casey, F.X., Simunek, J., Lee, J., Larsen, G.L., Hakk, H., 2005. Sorption, mobility, and transformation of estrogenic hormones in natural soil. J. Environ. Qual. 34, 1372–1379. https://doi.org/10.2134/jeq2004.0290.

Casey, F.X.M., Hakk, H., Šimůnek, J., Larsen, G.L., 2004. Fate and transport of testosterone in agricultural soils. Environ. Sci. Technol. 38, 790–798. https://doi.org/10.1021/es034822i.

Casey, F.X.M., Larsen, G.L., Hakk, H., Šimůnek, J., 2003. Fate and transport of 17β-estradiol in soil-water systems. Environ. Sci. Technol. 37, 2400–2409. https://doi.org/10.1021/es026153z.

Casey, F.X.M., Oduor, P.G., Hakk, H., Larsen, G.L., DeSutter, T.M., 2008. Transport of 17β-estradiol and testosterone in a field lysimeter. Soil Sci. 173, 456–467. https://doi.org/10.1097/SSL.0b013e318178e71f.

Celestino Ladu, J.L., Zhang, D.R., 2011. Modeling atrazine transport in soil columns with HYDRUS-1D. Water Sci. Eng. 4, 258–269. https://doi.org/10.3882/j.issn.1674-2370.2011.03.003.

Chen, M., Lu, G., Wu, J., Yang, C., Niu, X., Tao, X., Shi, Z., Yi, X., Zhi, D., 2018. Migration and fate of metallic elements in a waste mud impoundment and a ff ected river downstream: a case study in Dabaoshan Mine , South China. Ecotoxicol. Environ. Saf. 164, 474–483. https://doi.org/10.1016/j.ecoenv.2018.08.063.

Chiang, E., 2020. Ser guide for processing Modflow version 10 — a graphical user interface for MODFLOW, MODPATH, MT3D, PEST, SEAWAT, and ZoneBudget. Simcore Softw 1–270.

Chiang, W.H., Kinzelbach, W., 1998. Processing Modflow: A Simulation System for Modeling Groundwater Flow and Pollution. Softw. Instr. book, Hamburg-Zurich.

Cho, J., Mostaghimi, S., Kang, M.S., 2010. Development and application of a modeling approach for surface water and groundwater interaction. Agric. Water Manag. 97, 123–130. https://doi.org/10.1016/j.agwat.2009.08.018.

Clement, T.P., 1999. A Modular Computer Code for Simulating Reactive Multi-Species Transport in 3-dimensional Groundwater Systems. No. PNNL-11720; EW4010. Pacific Northwest Natl. Lab., Richland, WA.

Close, M.E., Pang, L., Magesan, G.N., Lee, R., Green, S.R., 2003. Field study of pesticide leaching in an allophanic soil in New Zealand. 2: comparison of simulations from four leaching models. Soil Res. 41, 825–846.

Dann, R.L., Close, M.E., Lee, R., Pang, L., 2006. Impact of data quality and model complexity on prediction of pesticide leaching. J. Environ. Qual. 35, 628–640. https://doi.org/10.2134/jeq2005.0257.

De Wilde, T., Spanoghe, P., Mertens, J., Sniegowksi, K., Ryckeboer, J., Jaeken, P., Springael, D., 2009. Characterizing pesticide sorption and degradation in micro scale biopurification systems using column displacement experiments. Environ. Pollut. 157, 1373–1381. https://doi.org/10.1016/j.envpol.2008.11.032.

Dobrzyński, D., 2009. Geochemistry and age of groundwater in a hydrochemically diversified aquifer (Permo-Carboniferous, the Intra Sudetic Synclinorium, SW Poland) derived from geochemical modelling and isotopic studies. Acta Geol. Pol. 59, 371–411.

Dobrzyński, D., 2006. Silicon and aluminium in groundwater of the Kłodzko Region (the Sudetes, SW Poland) - partial geochemical equilibrium with secondary solid phases. Geol. Q. 50, 369–382.

Drewes, J.E., Hoppe, C., Jennings, T., 2006. Fate and transport of N -Nitrosamines under conditions simulating full-scale groundwater recharge operations. Water Environ. Res. 78, 2466–2473. https://doi.org/10.2175/106143006x115408.

Duarte, J.G., 2008. Chlorobenzene Compounds Depletion in Different Groundwater Contamination Scenarios 1–16.

Durán-Álvarez, J.C., Prado, B., González, D., Sánchez, Y., Jiménez-Cisneros, B., 2015. Environmental fate of naproxen, carbamazepine and triclosan in wastewater, surface water and wastewater irrigated soil - results of laboratory scale experiments. Sci. Total Environ. 538, 350–362. https://doi.org/10.1016/j.scitotenv.2015.08.028.

Dvory, N.Z., Livshitz, Y., Kuznetsov, M., Adar, E., Gasser, G., Pankratov, I., Lev, O., Yakirevich, A., 2018. Caffeine vs. carbamazepine as indicators of wastewater pollution in a karst aquifer. Hydrol. Earth Syst. Sci. 22, 6371–6381. https://doi.org/10.5194/hess-22-6371-2018.

Ec, 2020. Directive (EU) 2020/2184 of the European Parliament and of the Council of 16 December 2020 on the quality of water intended for human consumption. Off. J. Eur. Communities 1–62.

Espinoza, L.A.T., Neamt, M., Frimmel, F.H., 2007. The effect of nitrate, Fe (III) and bicarbonate on the degradation of bisphenol A by simulated solar UV-irradiation. Water Res. 41, 4479–4487. https://doi.org/10.1016/j.watres.2007.06.060.

Fan, Z., Casey, F.X.M., Hakk, H., Larsen, G.L., Khan, E., 2011. Sorption, fate, and mobility of sulfonamides in soils. Water, Air, Soil Pollut. 218, 49–61. https://doi.org/10.1007/s11270-010-0623-6.

Feinstein, D.T., Guo, W., 2004. STANMOD: a suite of windows-based programs for evaluating solute transport. Ground Water. https://doi.org/10.1111/j.1745-6584.2004.tb02615.x.

Gatel, L., Lauvernet, C., Carluer, N., Weill, S., Tournebize, J., Paniconi, C., 2019. Global evaluation and sensitivity analysis of a physically based flow and reactive transport model on a laboratory experiment. Environ. Model. Software 113, 73–83. https://doi.org/10.1016/j.envsoft.2018.12.006.

Gaus, I., Casteele, K. Vande, 2004. Assessing the contamination risk of five pesticides in a phreatic aquifer based on microcosm experiments and transport modelling at Sint-Jansteen (Zeeland, The Netherlands). Geol. en Mijnbouw/Netherlands J. Geosci. 83, 101–112. https://doi.org/10.1017/S0016774600020072.

Gogoi, A., Mazumder, P., Tyagi, V.K., Tushara Chaminda, G.G., An, A.K., Kumar, M., 2018. Occurrence and fate of emerging contaminants in water environment: a review. Groundw. Sustain. Dev. 6, 169–180. https://doi.org/10.1016/j.gsd.2017.12.009.

Greskowiak, J., Prommer, H., Massmann, G., Nützmann, G., 2006. Modeling seasonal redox dynamics and the corresponding fate of the pharmaceutical residue phenazone during artificial recharge of groundwater. Environ. Sci. Technol. 40, 6615–6621.

Grivé, M., García, D., Domènech, C., Richard, L., Rojo, I., Martínez, X., Rovira, M., 2013. A quantitative speciation model for the adsorption of organic pollutants on activated

carbon Martínez. Water Sci. Technol. 68, 1370–1376. https://doi.org/10.2166/wst.2013.383.
Hamann, E., Stuyfzand, P.J., Greskowiak, J., Timmer, H., Massmann, G., 2016. The fate of organic micropollutants during long-term/long-distance river bank filtration. Sci. Total Environ. 545 (546), 629–640. https://doi.org/10.1016/j.scitotenv.2015.12.057.
Hebig, K.H., Groza, L.G., Sabourin, M.J., Scheytt, T.J., Ptacek, C.J., 2017. Transport behavior of the pharmaceutical compounds carbamazepine, sulfamethoxazole, gemfibrozil, ibuprofen, and naproxen, and the lifestyle drug caffeine, in saturated laboratory columns. Sci. Total Environ. 590–591, 708–719. https://doi.org/10.1016/j.scitotenv.2017.03.031.
Henzler, A.F., Greskowiak, J., Massmann, G., 2014. Modeling the fate of organic micropollutants during river bank filtration (Berlin, Germany). J. Contam. Hydrol. 156, 78–92. https://doi.org/10.1016/j.jconhyd.2013.10.005.
Hughes, J.D., Langevin, C.D., Banta, E.R., 2017. Documentation for the MODFLOW 6 Framework: U.S. Geological Survey Techniques and Methods 6-A55. U.S. Geol. Surv., Reston, Virginia.
Huo, J.X., Song, H.Z., Wu, Z.W., 2014. Multi-component reactive transport in heterogeneous media and its decoupling solution. J. Contam. Hydrol. 166, 11–22. https://doi.org/10.1016/j.jconhyd.2014.07.009.
Jaramillo, M., Grischek, T., Boernick, H., Velez, J.I., 2019. Evaluation of riverbank filtration in the removal of pesticides: an approximation using column experiments and contaminant transport modeling. Clean Technol. Environ. Policy 21, 179–199. https://doi.org/10.1007/s10098-018-1627-y.
Jiang, W., Chang, P., Wang, Y., Tsai, Y., Jean, J., Li, Z., Krukowski, K., 2013. Removal of ciprofloxacin from water by birnessite. J. Hazard Mater. 250–251, 362–369. https://doi.org/10.1016/j.jhazmat.2013.02.015.
Jury, W.A., Spencer, W.F., Farmer, W.J., 1983. Behavior assessment model for trace organics in soil: I . Model description 1. J. Environ. Qual. 12.
Kamra, S.K., Lennartz, B., Van Genuchten, M.T., Widmoser, P., 2001. Evaluating non-equilibrium solute transport in small soil columns. J. Contam. Hydrol. 48, 189–212. https://doi.org/10.1016/S0169-7722(00)00156-X.
Kania, J., Rozanski, K., Witczak, S., Zuber, A., 2006. On conceptual and numerical modeling of flow and transport in groundwater with the aid of tracers: a case study. In: Soil and Water Pollution Monitoring, Protection and Remediation. Proceedings of the NATO Advanced Research Workshop on Viable Methods of Soil and Water Pollution Monitoring, Protection and Remediation, Krakow. NATO Science Series: IV: Earth and Environmen, pp. 199–208. https://doi.org/10.1007/978-1-4020-4728-2_13.
Karatzas, G.P., 2017. Developments on modeling of groundwater flow and contaminant transport. Water Resour. Manag. 31, 3235–3244. https://doi.org/10.1007/s11269-017-1729-z.
Kiecak, A., Breuer, F., Stumpp, C., 2020. Column experiments on sorption coefficients and biodegradation rates of selected pharmaceuticals in three aquifer sediments. Water 12, 14. https://doi.org/10.3390/w12010014.
Kingsbury, J.A., 2008. Relation between flow and temporal variations of nitrate and pesticides in two karst springs in Northern Alabama 1. AWRA J. Am. Water Resour. Assoc. 44, 478–488. https://doi.org/10.1111/j.1752-1688.2008.00176.x.
Kiptum, C.K., Mbaka, P., Mwangi, J.K., 2017. Application of groundwater Vistas in modelling groundwater flow in Keiyo Highlands. Africa Environ. Rev. 2, 33–45.
Kmiecik, E., Styszko, K., Wątor, K., Dwornik, M., Tomaszewska, B., 2020. BPA – an endocrine disrupting compound in water used for drinking purposes,a snapshot from South Poland. Geol. Geophys. Environ. 46, 5. https://doi.org/10.7494/geol.2020.46.1.5.
Kossoff, D., Hudson-Edwards, K.A., Dubbin, W.E., Alfredsson, M.A., 2011. Incongruent weathering of Cd and Zn from mine tailings: a column leaching study. Chem. Geol. 281, 52–71. https://doi.org/10.1016/j.chemgeo.2010.11.028.
Kret, E., Kiecak, A., Malina, G., Nijenhuis, I., Postawa, A., 2015. Identification of TCE and PCE sorption and biodegradation parameters in a sandy aquifer for fate and transport modelling: batch and column studies. Environ. Sci. Pollut. Res. 22, 9877–9888. https://doi.org/10.1007/s11356-015-4156-9.
Kumar, C.P., 2015. Modelling of groundwater flow and data requirements. Int. J. Mod. Sci. Eng. Technol. 2, 18–27.
Kumar, C.P., 2012. Groundwater modelling software – capabilities and limitations. IOSR J. Environ. Sci. Toxicol. Food Technol. 1, 46–57. https://doi.org/10.9790/2402-0124657.
Kværner, J., Eklo, O.M., Solbakken, E., Solberg, I., Sorknes, S., 2014. An integrated approach for assessing influence of agricultural activities on pesticides in a shallow aquifer in south-eastern Norway. Sci. Total Environ. 499, 520–532. https://doi.org/10.1016/j.scitotenv.2014.06.044.
Langevin, C.D., Bean, D.M., 2005. Ground Water Vistas: a graphical user interface for the MODFLOW family of ground water flow and transport models. Ground Water 43, 165–168. https://doi.org/10.1111/j.1745-6584.2005.0016.x.
Langevin, C.D., Hughes, J.D., Banta, E.R., Niswonger, R.G., Panday, S., Provost, A.M., 2017. Documentation for the MODFLOW 6, Groundwater Flow Model: Techniques and Methods 6-A55. U.S. Geol. Surv. Reston, Virginia, p. 197. https://doi.org/10.3133/tm6A55.
Langevin, C.D., Hughes, J.D., Banta, E.R., Provost, A.M., Niswonger, R.G., Panday, S., 2019. MODFLOW 6 Modular Hydrologic Model Version 6.1.0: U.S. Geological Survey Software Release. https://doi.org/10.5066/F76Q1VQV, 12 December 2019.
Lapworth, D.J., Lopez, B., Laabs, V., Kozel, R., Wolter, R., Ward, R., Vargas Amelin, E., Besien, T., Claessens, J., Delloye, F., Ferretti, E., Grath, J., 2019. Developing a groundwater watch list for substances of emerging concern: a European perspective. Environ. Res. Lett. 14 https://doi.org/10.1088/1748-9326/aaf4d7.
Leij, F.J., Bradford, S.A., 1994. 3DADE: A Computer Program for Evaluating Three-Dimensional Equilibrium Solute Transport in Porous Media. Res. Rep. No. 134. U. S. Salin. Lab. USDA, ARS, Riverside, CA.
Leij, F.J., Toride, N., 1997. N3DADE: A Computer Program for Evaluating Nonequilibrium Three- Dimensional Equilibrium Solute Transport in Porous Media. Res. Rep. No. 143. U. S. Salin. Lab. USDA, ARS, Riverside, CA.
Leiva, J.A., Nkedi-Kizza, P., Morgan, K.T., Kadyampakeni, D.M., 2017. Imidacloprid transport and sorption nonequilibrium in single and multilayered columns of Immokalee fine sand. PLoS One 12, e0183767. https://doi.org/10.1371/journal.pone.0183767.
Levy, J., Chesters, G., Gustafson, D.P., Read, H.W., 1998. Assessing aquifer susceptibility to and severity of atrazine contamination at a field site in south-central Wisconsin, USA. Hydrogeol. J. 6, 483–499. https://doi.org/10.1007/s100400050170.
Li, L., Barry, D.A., Morris, J., Stagnitti, F., 1999. CXTANNEAL: an improved program for estimating solute transport parameters. Environ. Model. Software 14, 607–611. https://doi.org/10.1016/S1364-8152(98)00093-0.
Li, X., Puhakka, E., Ikonen, J., Söderlund, M., Lindberg, A., Holgersson, S., Martin, A., Siitari-Kauppi, M., 2018. Sorption of Se species on mineral surfaces, part I: batch sorption and multi- site modelling. Appl. Geochem. 95, 147–157. https://doi.org/10.1016/j.apgeochem.2018.05.024.
Liu, F., Xu, B., He, Y., Brookes, P.C., Xu, J., 2019. Co-transport of phenanthrene and pentachlorophenol by natural soil nanoparticles through saturated sand columns. Environ. Pollut. 249, 406–413. https://doi.org/10.1016/j.envpol.2019.03.052.
Liu, H., Zhang, D., Li, M., Tong, L., Feng, L., 2013. Competitive adsorption and transport of phthalate esters in the clay layer of JiangHan plain, China. Chemosphere 92, 1542–1549. https://doi.org/10.1016/j.chemosphere.2013.04.026.
Lo Russo, S., Taddia, G., 2012. Aquifer vulnerability assessment and wellhead protection areas to prevent groundwater contamination in agricultural areas: an integrated approach. J. Water Resour. Protect. 4, 674–685. https://doi.org/10.4236/jwarp.2012.48078.
Lowry, C.S., Anderson, M.P., 2006. An assessment of aquifer storage recovery using ground water flow models. Ground Water 44, 661–667. https://doi.org/10.1111/j.1745-6584.2006.00237.x.
Magu, M.M., Govender, P.P., Ngila, J.C., 2016. Geochemical modelling and speciation studies of metal pollutants present in selected water systems in South Africa. Phys. Chem. Earth 92, 44–51. https://doi.org/10.1016/j.pce.2015.08.001.
Malmström, M.E., Docampo Cabaleiro, E., Regenspurg, S., 2006. Modelling Ni(II) sorption in granitic groundwater. Geochem. Cosmochim. Acta 70, A387. https://doi.org/10.1016/j.gca.2006.06.782.
Marciniak, M., Małoszewski, P., Okońska, M., 2006. Wpływ efektu skali eksperymentu kolumnowego na identyfikację parametrów migracji znaczników metodą rozwiązań analitycznych i modelowania numerycznego. Geologos 10, 167–187.
Marín-Benito, J.M., Brown, C.D., Herrero-Hernández, E., Arienzo, M., Sánchez-Martín, M.J., Rodríguez-Cruz, M.S., 2013. Use of raw or incubated organic wastes as amendments in reducing pesticide leaching through soil columns. Sci. Total Environ. 463–464, 589–599. https://doi.org/10.1016/j.scitotenv.2013.06.051.
Martínez-Hernández, V., Meffe, R., Kohfahl, C., de Bustamante, I., 2017. Investigating natural attenuation of pharmaceuticals through unsaturated column tests. Chemosphere 177, 292–302. https://doi.org/10.1016/j.chemosphere.2017.03.021.
McDonald, M.G., Harbaugh, A.W., 1988. A modular three-dimensional finite-difference ground-water flow model. US Geol. Surv.
McGrail, B.P., 2001. Inverse reactive transport simulator (INVERTS): an inverse model for contaminant transport with nonlinear adsorption and source terms. Environ. Model. Software 16, 711–723. https://doi.org/10.1016/S1364-8152(01)00035-4.
Meffe, R., Kohfahl, C., Hamann, E., Greskowiak, J., Massmann, G., Dünnbier, U., Pekdeger, A., 2014. Fate of para-toluenesulfonamide (p-TSA ) in groundwater under anoxic conditions: modelling results from a field site in Berlin (Germany ). Environ. Sci. Pollut. Res. 21, 568–583. https://doi.org/10.1007/s11356-013-1902-8.
Miljević, N., Boreli-Zdravković, D., Obradović, V., Golobočanin, D., Mayer, B., 2012. Evaluation of the origin of nitrate influencing the Ključ groundwater source, Serbia. Water Sci. Technol. 66, 472–478. https://doi.org/10.2166/wst.2012.179.
Mohajerin, T.J., Neal, A.W., Telfeyan, K., Sasihharan, S.M., Ford, S., Yang, N., Chevis, D. A., Grimm, D.A., Datta, S., White, C.D., Johannesson, K.H., 2014. Geochemistry of tungsten and arsenic in aquifer systems: a comparative study of groundwaters from West Bengal, India, and Nevada, USA. Water. Air. Soil Pollut. 225 https://doi.org/10.1007/s11270-013-1792-x.
Mohanty, S.K., Snehota, M., Ray, C., 2006. Transport of selected contaminants in recycled water through a Hawaii soil. In: Proc. World Environ. Water Resour. Congr. 2006 Examining Conflu. Environ. Water Concerns, pp. 1–10. https://doi.org/10.1061/40856(200)132.
Montoya, J.C., Costa, J.L., Liedl, R., Bedmar, F., Daniel, P., 2006. Effects of soil type and tillage practice on atrazine transport through intact soil cores. Geoderma 137, 161–173. https://doi.org/10.1016/j.geoderma.2006.08.007.
Morel, M., Spadini, L., Brimo, K., Martins, J.M.F., 2014. Speciation study in the sulfamethoxazole – copper – pH – soil system: implications for retention prediction. Sci. Total Environ. 481, 266–273. https://doi.org/10.1016/j.scitotenv.2014.02.040.
Morrissey, C.A., Mineau, P., Devries, J.H., Sanchez-Bayo, F., Liess, M., Cavallaro, M.C., Liber, K., 2015. Neonicotinoid contamination of global surface waters and associated risk to aquatic invertebrates: a review. Environ. Int. 74, 291–303. https://doi.org/10.1016/j.envint.2014.10.024.
Müller, B., Scheytt, T., Grützmacher, G., 2013. Transport of primidone, carbamazepine, and sulfamethoxazole in thermally treated sediments-laboratory column experiments. J. Soils Sediments 13, 953–965. https://doi.org/10.1007/s11368-013-0671-9.
Müller, B., Scheytt, T., Zippel, M., Hannappel, S., Klein-Goedicke, J., Duscher, K., 2011. A new approach to calculate EMEA's predicted environmental concentration for

human pharmaceuticals in groundwater at bank filtration sites. Water, Air, Soil Pollut. 217, 67–82. https://doi.org/10.1007/s11270-010-0568-9.
Münze, R., Hannemann, C., Orlinskiy, P., Gunold, R., Paschke, A., Foit, K., Becker, J., Kaske, O., Paulsson, E., Peterson, M., Jernstedt, H., Kreuger, J., Schüürmann, G., Liess, M., 2017. Pesticides from wastewater treatment plant effluents affect invertebrate communities. Sci. Total Environ. 599–600, 387–399. https://doi.org/10.1016/j.scitotenv.2017.03.008.
Nariyan, E., Aghababaei, A., Sillanpää, M., 2017. Removal of pharmaceutical from water with an electrocoagulation process; effect of various parameters and studies of isotherm and kinetic. Separ. Purif. Technol. 188, 266–281. https://doi.org/10.1016/j.seppur.2017.07.031.
Nham, H.T.T., Greskowiak, J., Hamann, E., Meffe, R., Hass, U., Massmann, G., 2016. Long-term transport behavior of psychoactive compounds in sewage-affected groundwater. Grundwasser 21, 321–332. https://doi.org/10.1007/s00767-016-0336-x.
Nham, H.T.T., Greskowiak, J., Nödler, K., Rahman, M.A., Spachos, T., Rusteberg, B., Massmann, G., Sauter, M., Licha, T., 2015. Modeling the transport behavior of 16 emerging organic contaminants during soil aquifer treatment. Sci. Total Environ. 514, 450–458. https://doi.org/10.1016/j.scitotenv.2015.01.096.
Nir, S., Zadaka-amir, D., Kartaginer, A., Gonen, Y., 2012. Simulation of adsorption and flow of pollutants in a column filter: application to micelle–montmorillonite mixtures with sand. Appl. Clay Sci. 67 (68), 134–140. https://doi.org/10.1016/j.clay.2011.09.017.
Nützmann, G., Holzbecher, E., Wiese, B., Licht, E., Knappe, A., 2005. Visual CXTFIT - a user friendly simulation tool for modelling one-dimensional transport, sorption and degradation processes during bank filtration. In: Proceedings of the Fifth International Symposium on Management of Aquifer Recharge ISMAR5, Berlin, Germany, pp. 409–414.
Ofomola, M.O., Ako, B.D., Adelusi, A.O., 2016. Flow direction and velocity determination of dumpsite-induced groundwater contamination in part of Delta State, Nigeria. Arab. J. Geosci. 9 https://doi.org/10.1007/s12517-016-2405-y.
Okońska, M., Kaczmarek, M., Marciniak, M., 2019a. The pulse descriptors in sensitivity studies of hybrid sorption column transport models. J. Porous Media 22, 647–662. https://doi.org/10.1615/JPorMedia.2019028916.
Okońska, M., Marciniak, M., Kaczmarek, M., 2019b. The pulse descriptors in sensitivity studies of no-sorption and single-sorption column transport models. J. Porous Media 22, 563–582. https://doi.org/10.1615/JPorMedia.2019028916.
Okońska, M., Pietrewicz, K., 2018. Identification of a mathematical model and parameter estimation of erythromycin migration in two different porous media, based on column tests. Geol. Croat. 71, 47–53. https://doi.org/10.4154/gc.2018.05.
Owen, S.J., Jones, N.L., Holland, J.P., 1996. A comprehensive modeling environment for the simulation of groundwater flow and transport. Eng. Comput. 12, 235–242. https://doi.org/10.1007/BF01198737.
Pang, L., Close, M.E., Watt, J.P.C., Vincent, K.W., 2000. Simulation of picloram, atrazine, and simazine leaching through two New Zealand soils and into groundwater using HYDRUS-2D. J. Contam. Hydrol. 44, 19–46.
Paradelo, M., Soto-Gómez, D., Pérez-Rodríguez, P., Pose-Juan, E., López-Periago, J.E., 2014. Predicting release and transport of pesticides from a granular formulation during unsaturated diffusion in porous media. J. Contam. Hydrol. 158, 14–22. https://doi.org/10.1016/j.jconhyd.2013.10.009.
Parker, J.C., Vangenuchten, M.T., 1984. Determining transport parameters from laboratory and field tracer experiments. Virginia Agric. Exp. Stn. Bull. 1–96.
Parkhurst, D.L., Thorstenson, D.C., Plummer, L.N., 1980. PHREEQE—A Computer Program for Geochemical Calculations: U.S. Geological Survey Water-Resources Investigations Report 80–96, 195 p. (Revised and reprinted August, 1990).
Parkhurst, D., Kipp, K., Charlton, S., 2010. PHAST Version 2 - a program for simulating groundwater flow, solute transport, and multicomponent geochemical reactions. Model. Tech. B. 6, 1–181.
Parkhurst, D.L., Appelo, C.a.J., 2013. Description of input and examples for PHREEQC version 3 — a computer program for speciation, batch-reaction, one-dimensional transport, and inverse geochemical calculations. No. 6-A43. US Geol. Surv. 1–497.
Patterson, B.M., Shackleton, M., Furness, A.J., Pearce, J., Descourvieres, C., Linge, K.L., Busetti, F., Spadek, T., 2010. Fate of nine recycled water trace organic contaminants and metal( loid )s during managed aquifer recharge into a anaerobic aquifer: column studies. Water Res. 44, 1471–1481. https://doi.org/10.1016/j.watres.2009.10.044.
Peña, A., Palma, R., Mingorance, M.D., 2011. Transport of dimethoate through a Mediterranean soil under flowing surfactant solutions and treated wastewater. Colloids Surfaces A Physicochem. Eng. Asp. 384, 507–512. https://doi.org/10.1016/j.colsurfa.2011.05.024.
Persson, Y., Hemström, K., Öberg, L., Tysklind, M., Enell, A., 2008. Use of a column leaching test to study the mobility of chlorinated HOCs from a contaminated soil and the distribution of compounds between soluble and colloid phases. Chemosphere 71, 1035–1042. https://doi.org/10.1016/j.chemosphere.2007.12.008.
Pianosi, F., Beven, K., Freer, J., Hall, J.W., Rougier, J., Stephenson, D.B., Wagener, T., 2016. Sensitivity analysis of environmental models: a systematic review with practical workflow. Environ. Model. Software 79, 214–232. https://doi.org/10.1016/j.envsoft.2016.02.008.
Pietrzak, D., Kania, J., Kmiecik, E., Malina, G., Wątor, K., 2020. Fate of selected neonicotinoid insecticides in soil–water systems: current state of the art and knowledge gaps. Chemosphere 255, 126981. https://doi.org/10.1016/j.chemosphere.2020.126981.
Pietrzak, D., Kania, J., Kmiecik, E., Wątor, K., 2019a. Identification of transport parameters of chlorides in different soils on the basis of column studies. Geologos 25, 225–229. https://doi.org/10.2478/logos-2019-0024.
Pietrzak, D., Kania, J., Malina, G., Kmiecik, E., Wątor, K., 2019b. Pesticides from the EU first and second watch lists in the water environment. Clean - Soil, Air, Water 47. https://doi.org/10.1002/clen.201800376.
Piggott, A.R., 1999. Publicly accessible software for groundwater modelling and analysis. Comput. Geosci. 25, 341–346. https://doi.org/10.1016/S0098-3004(98)00137-X.
Pollock, D.W., 2016. User guide for MODPATH Version 7 - a particle-tracking model for MODFLOW. U.S. Geol. Surv. 35.
Prado, B., Fuentes, M., Verhulst, N., Govaerts, B., De León, F., Zamora, O., 2014. Fate of atrazine in a soil under different agronomic management practices. J. Environ. Sci. Health Part B Pestic. Food Contam. Agric. Wastes 49, 844–855. https://doi.org/10.1080/03601234.2014.938555.
Rashid, H., Al-Shukri, H., Mahdi, H., 2015. Optimal management of groundwater pumping of the cache critical groundwater area. Arkansas. Appl. Water Sci. 5, 209–219. https://doi.org/10.1007/s13201-014-0173-y.
Regnery, J., Lee, J., Drumheller, Z.W., Drewes, J.E., Illangasekare, T.H., Kitanidis, P.K., McCray, J.E., Smits, K.M., 2017. Trace organic chemical attenuation during managed aquifer recharge: insights from a variably saturated 2D tank experiment. J. Hydrol. 548, 641–651. https://doi.org/10.1016/j.jhydrol.2017.03.038.
Reinstorf, F., Leschik, S., Musolff, A., Osenbrück, K., Strauch, G., Möder, M., Schirmer, M., 2009. Quantification of large-scale urban mass fluxes of xenobiotics and of the river-groundwater interaction in the city of Halle, Germany. Phys. Chem. Earth 34, 574–579. https://doi.org/10.1016/j.pce.2009.04.001.
Remonti, M., Mori, P., 2016. The stochastic approach in groundwater modeling for the optimization of hydraulic barriers. Remediation 26, 109–120. https://doi.org/10.1002/rem.21462.
Reyes-lo, J.A., Lo, D.L., Belmonte-jime, S., 2014. Geochemical processes controlling the groundwater transport of contaminants released by a dump in an arid region of Mexico. Environ. Earth Sci. 71, 609–621. https://doi.org/10.1007/s12665-013-2456-2.
Rodríguez-Liébana, J.A., Mingorance, M.D., Pena, A., 2014. Pesticide mobility and leachate toxicity in two abandoned mine soils. Effect of organic amendments. Sci. Total Environ. 497–498, 561–569. https://doi.org/10.1016/j.scitotenv.2014.08.010.
Rodríguez-Liébana, J.A., Mingorance, M.D., Peña, A., 2018. Thiacloprid adsorption and leaching in soil: effect of the composition of irrigation solutions. Sci. Total Environ. 610–611, 367–376. https://doi.org/10.1016/j.scitotenv.2017.08.028.
Rona, M., Lev, O., Gvirtzman, H., 2018. Optimal remediation scheme for a wastewater recharge site: contaminants fate and transport model. Groundwater 56, 871–880. https://doi.org/10.1111/gwat.12628.
Root, R.A., Vlassopoulos, D., Rivera, N.A., Rafferty, M.T., Andrews, C., O'Day, P.A., 2009. Speciation and natural attenuation of arsenic and iron in a tidally influenced shallow aquifer. Geochem. Cosmochim. Acta 73, 5528–5553. https://doi.org/10.1016/j.gca.2009.06.025.
Rumbaugh, D.B., Rumbaugh, J.O., 2020. Guide to using groundwater Vistas version 8. Environ. Simulations Inc. 262.
Sangsupan, H.A., Radcliffe, D.E., Hartel, P.G., Jenkins, M.B., Vencill, W.K., Cabrera, M.L., 2006. Sorption and transport of 17β-estradiol and testosterone in Undisturbed soil columns. J. Environ. Qual. 35, 2261–2272. https://doi.org/10.2134/jeq2005.0401.
Sanz-Prat, A., Greskowiak, J., Burke, V., Rivera Villarreyes, C.A., Krause, J., Monninkhoff, B., Sperlich, A., Schimmelpfennig, S., Duennbier, U., Massmann, G., 2020. A model-based analysis of the reactive transport behaviour of 37 trace organic compounds during field-scale bank filtration. Water Res. 173, 115523. https://doi.org/10.1016/j.watres.2020.115523.
Schaffer, M., Kröger, K.F., Nödler, K., Ayora, C., Carrera, J., Hernández, M., Licha, T., 2015. Influence of a compost layer on the attenuation of 28 selected organic micropollutants under realistic soil aquifer treatment conditions: insights from a large scale column experiment. Water Res. 74, 110–121. https://doi.org/10.1016/j.watres.2015.02.010.
Scheytt, T.J., Mersmann, P., Heberer, T., 2006. Mobility of pharmaceuticals carbamazepine, diclofenac, ibuprofen, and propyphenazone in miscible-displacement experiments. J. Contam. Hydrol. 83, 53–69. https://doi.org/10.1016/j.jconhyd.2005.11.002.
Selim, H.M., Jeong, C.Y., Elbana, T.A., 2010. Transport of imidacloprid in soils: miscible displacement experiments. Soil Sci. 175, 375–381. https://doi.org/10.1097/SS.0b013e3181ebc9a2.
Sena, C., Molinero, J., Ajima, S., Todaka, N., 2012. Modelling microbial degradation coupled to reactive transport in groundwater: a benchmark analysis. Math. Geosci. 44, 209–226. https://doi.org/10.1007/s11004-011-9375-0.
Şengör, S.S., Ünlü, K., 2013. Modeling contaminant transport and remediation at an acrylonitrile spill site in Turkey. J. Contam. Hydrol. 150, 77–92. https://doi.org/10.1016/j.jconhyd.2013.02.010.
Seyf-Laye, A.S.M., Mingzhu, L., Djanéyé-Bouindjou, G., Fei, L., Lyutsiya, K., Moctar, B.L., Honghan, C., 2012. Groundwater flow and contaminant transport modeling applications in urban area: scopes and limitations. Environ. Sci. Pollut. Res. 19, 1981–1993. https://doi.org/10.1007/s11356-012-0744-0.
Sharma, M.K., Jain, C.K., Rao, G.T., 2015. Modelling of lindane transport in groundwater of metropolitan city Vadodara , Gujarat , India. Environ. Monit. Assess. 187, 295. https://doi.org/10.1007/s10661-015-4522-6.
Shen, X., Lampert, D., Ogle, S., Reible, D., 2018. A software tool for simulating contaminant transport and remedial effectiveness in sediment environments. Environ. Model. Software 109, 104–113. https://doi.org/10.1016/j.envsoft.2018.08.014.
Shin, H.M., Vieira, V.M., Ryan, P.B., Detwiler, R., Sanders, B., Steenland, K., Bartell, S.M., 2011. Environmental fate and transport modeling for perfluorooctanoic acid emitted from the Washington works facility in West Virginia. Environ. Sci. Technol. 45, 1435–1442. https://doi.org/10.1021/es102769t.

Siemens, J., Huschek, G., Walshe, G., Siebe, C., Kasteel, R., Wulf, S., Clemens, J., Kaupenjohann, M., 2010. Transport of pharmaceuticals in columns of a wastewater-irrigated Mexican clay soil. J. Environ. Qual. 39, 1201–1210. https://doi.org/10.2134/jeq2009.0105.

Simunek, J., 2008. Simulating nonequilibrium movement of water, solutes and particles using HYDRUS - a review of recent applications. Soil Water Res. 3, S42–S51. https://doi.org/10.17221/1200-SWR.

Simunek, J., Sejna, M., van Genuchten, M.T., 2018. New features of version 3 of the HYDRUS (2D/3D) computer software package. J. Hydrol. Hydromechanics 66, 133–142. https://doi.org/10.1515/johh-2017-0050.

Simunek, J., Sejna, M., van Genuchten, M.T., 1999a. The Hydrus-2D Software Package for Simulating Two-Dimensional Movement of Water, Heat, and Multiple Solutes in Variably Saturated Media. IGWMC - TPS - 53, Int. Gr. Water Model. Center, Color. Sch. Mines, Golden, Color, pp. 1–251, Version 2.0.

Simunek, J., van Genuchten, M.T., Sejna, M., 2016. Recent developments and applications of the HYDRUS computer software packages. Vadose Zo. J. 15, 1–25. https://doi.org/10.2136/vzj2016.04.0033.

Simunek, J., Van Genuchten, M.T., Sejna, M., 2006. The HYDRUS Software Package for Simulating the Two- and Three-Dimensional Movement of Water, Heat, and Multiple Solutes in Variably-Saturated Media. Technical Manual, Version 1.0. PC Progress, Prague, Czech Republic.

Simunek, J., Van Genuchten, M.T., Sejna, M., 2005. The HYDRUS- 1D Software Package for Simulating the One-Dimensional Movement of Water, Heat, and Multiple Solutes in Variably-Saturated Media. Department of Environmental Sciences, University of California Riverside, Riverside, California.

Simunek, J., van Genuchten, M.T., Sejna, M., Toride, N., Leij, F.J., 1999b. The STANMOD computer software for evaluating solute transport in porous media using analytical solutions of convection-dispersion equation. Agriculture 20.

Soetaert, K., Meysman, F., 2012. Reactive transport in aquatic ecosystems: rapid model prototyping in the open source software R. Environ. Model. Software 32, 49–60. https://doi.org/10.1016/j.envsoft.2011.08.011.

Sopilniak, A., Elkayam, R., Rossin, A.V., Lev, O., 2018. Emerging organic pollutants in the vadose zone of a soil aquifer treatment system: pore water extraction using positive displacement. Chemosphere 190, 383–392. https://doi.org/10.1016/j.chemosphere.2017.10.010.

Sousa, J.C.G., Ribeiro, A.R., Barbosa, M.O., Ribeiro, C., Tiritan, M.E., Pereira, M.F.R., Silva, A.M.T., 2019. Monitoring of the 17 EU watch list contaminants of emerging concern in the ave and the Sousa rivers. Sci. Total Environ. 649, 1083–1095. https://doi.org/10.1016/j.scitotenv.2018.08.309.

Spalvins, A., Lace, I., Krauklis, K., Sorokina, T., Wallner, H., 2017. Prospects for remediation of contaminated groundwater at the Incukalns District of Latvia. Int. Multidiscip. Sci. GeoConference SGEM 17, 517–526. https://doi.org/10.5593/sgem2017/31/S12.065.

Spalvins, A., Slangens, J., Janbickis, R., Lace, I., 2001. Modelling of groundwater flow dynamics and contaminant transport processes for the Bernau area, Germany. Sci. Proc. Riga Tech. Univ. Ser. Comput. Sci. Bound. F. Probl. Comput. Simul. 7, 143–153.

Srinivasan, P., Sarmah, A.K., 2014. Assessing the sorption and leaching behaviour of three sulfonamides in pasture soils through batch and column studies. Sci. Total Environ. 493, 535–543. https://doi.org/10.1016/j.scitotenv.2014.06.034.

Strauss, C., Harter, T., Radke, M., 2011. Effects of pH and manure on transport of sulfonamide antibiotics in soil. J. Environ. Qual. 40, 1652. https://doi.org/10.2134/jeq2010.0535.

Tabelin, C.B., Igarashi, T., Takahashi, R., 2012. Mobilization and speciation of arsenic from hydrothermally altered rock in laboratory column experiments under ambient conditions. Appl. Geochem. 27, 326–342. https://doi.org/10.1016/j.apgeochem.2011.10.007.

Tang, G., Mayes, M.A., Parker, J.C., Jardine, P.M., 2010. CXTFIT/Excel-A modular adaptable code for parameter estimation, sensitivity analysis and uncertainty analysis for laboratory or field tracer experiments. Comput. Geosci. 36, 1200–1209. https://doi.org/10.1016/j.cageo.2010.01.013.

Teijón, G., Candela, L., Šimůnek, J., Tamoh, K., Valdes-Abellán, J., 2014. Fate and transport of naproxen in a sandy aquifer material: saturated column studies and model evaluation. Soil Sediment Contam. 23, 736–750. https://doi.org/10.1080/15320383.2014.869194.

Tomaszewska, B., Kmiecik, E., Wątor, K., Tyszer, M., 2018. Use of numerical modelling in the prediction of membrane scaling. Reaction between antiscalants and feedwater. Desalination 427, 27–34. https://doi.org/10.1016/j.desal.2017.11.004.

Toride, N., Leij, F.J., Van Genuchten, M.T., 1995. The CXTFIT code for estimating transport parameters from laboratory or field tracer experiments. Res. Rep. No. 137, 1–138.

Trefry, M.G., Muffels, C., 2007. FEFLOW: a finite-element ground water flow and transport modeling tool. Groundwater 45, 525–528. https://doi.org/10.1111/j.1745-6584.2007.00358.x.

Unold, M., Kasteel, R., Groeneweg, J., Vereecken, H., 2009. Transport and transformation of sulfadiazine in soil columns packed with a silty loam and a loamy sand. J. Contam. Hydrol. 103, 38–47. https://doi.org/10.1016/j.jconhyd.2008.09.002.

van Genuchten, M.T., 1985. Convective-dispersive transport of solutes involved in sequential first-order decay reactions. Comput. Geosci. 11, 129–147.

van Genuchten, M.T., 1981. Non-equilibrium Transport Parameters from Miscible Displacement Experiments. Res. Rep. No. 119. U. S. Salin. Lab. USDA, ARS, Riverside, CA.

van Genuchten, M.T., 1980. Determining Transport Parameters from Solute Displacement Experiments. Research Report No. 118. U. S. Salinity Laboratory, USDA, ARS, Riverside, CA.

van Genuchten, M.T., Simunek, J., Leij, F.J., Toride, N., Sejna, M., 2012. STANMOD: model use, calibration, and validation. Trans. ASABE 55 (4 55), 1353–1366.

Wanda, E.M.M., Mamba, B.B., Msagati, T.A.M., 2017. Hydrochemical modelling of water quality in terms of emerging micropollutants in Mpumalanga, Gauteng and North West Provinces. Phys. Chem. Earth 100, 143–157. https://doi.org/10.1016/j.pce.2016.12.004.

Waterloo Hydrogeologic, 2015. Visual MODFLOW 2011.1 User's Manual: for Professional Applications in Three-Dimensional Groundwater Flow and Contaminant Transport Modeling. Waterloo Hydrogeol. Ink, Waterloo, ON, Canada.

Wątor, K., Dobrzyński, D., Sugimori, K., Kmiecik, E., 2020. Redox potential research in the field of balneochemistry: case study on equilibrium approach to bioactive elements in therapeutic waters. Int. J. Biometeorol. 64, 815–826. https://doi.org/10.1007/s00484-020-01871-7.

Welch, E.M., Dulai, H., El-Kadi, A., Shuler, C.K., 2019. Submarine groundwater discharge and stream Baseflow sustain pesticide and nutrient fluxes in Faga'alu Bay, American Samoa. Front. Environ. Sci. 7 https://doi.org/10.3389/fenvs.2019.00162.

Wissmeier, L., Barry, D.A., 2011. Simulation tool for variably saturated flow with comprehensive geochemical reactions in two- and three-dimensional domains. Environ. Model. Software 26, 210–218. https://doi.org/10.1016/j.envsoft.2010.07.005.

Witczak, S., Kania, J., Kmiecik, E., 2013. Guidebook on Selected Physical and Chemical Indicators of Groundwater Contamination and Methods of Their Determination. Biblioteka Monitoringu Środowiska, Warszawa (in Polish).

Witczak, S., Szklarczyk, T., Kmiecik, E., Szczepańska, J., Zuber, A., Różański, K., Duliński, M., 2007. Hydrodynamic modelling, environmental tracers and hydrochemistry of a confined sandy aquifer (Kedzierzyn-Glubczyce Subtrough, SW Poland). Geol. Q. 51, 1–16.

Wycisk, P., Stollberg, R., Neumann, C., Gossel, W., Weiss, H., Weber, R., 2013. Integrated methodology for assessing the HCH groundwater pollution at the multi-source contaminated mega-site Bitterfeld/Wolfen. Environ. Sci. Pollut. Res. 20, 1907–1917. https://doi.org/10.1007/s11356-012-0963-4.

Xing, Y., Chen, Xijuan, Chen, Xin, Zhuang, J., 2016. Colloid-mediated transport of pharmaceutical and personal care products through porous media. Sci. Rep. 6, 1–10. https://doi.org/10.1038/srep35407.

Xu, J., Marsac, R., Wei, C., Wu, F., Boily, J., Hanna, K., 2017. Co-binding of pharmaceutical compounds at mineral surfaces: mechanistic modeling of binding and co-binding of nalidixic acid and niflumic acid at goethite surfaces Co-binding of pharmaceutical compounds at mineral surfaces: mechanistic modeling of bindi. Environ. Sci. Technol. 51, 11617–11624. https://doi.org/10.1021/acs.est.7b02900.

Yan, W., Hu, S., Jing, C., 2012. Enrofloxacin sorption on smectite clays: effects of pH, cations, and humic acid. J. Colloid Interface Sci. 372, 141–147. https://doi.org/10.1016/j.jcis.2012.01.016.

Yang, X., Lin, H., Dai, X., Zhang, Z., Gong, B., Hu, Z., Jiang, X., Li, Y., 2020. Sorption, transport, and transformation of natural and synthetic progestins in soil-water systems. J. Hazard Mater. 384, 121482. https://doi.org/10.1016/j.jhazmat.2019.121482.

Yu, Q., Wang, Y., Xie, X., Currell, M., 2018. Reactive transport model for predicting arsenic transport in groundwater system in Datong Basin. J. Geochem. Explor. 190, 245–252. https://doi.org/10.1016/j.gexplo.2018.03.008.

Zakari, S., Liu, H., Li, Y.X., He, X., Tong, L., 2016a. Transport and sorption behavior of individual phthalate esters in sandy aquifer: column experiments. Environ. Sci. Pollut. Res. 23, 15749–15756. https://doi.org/10.1007/s11356-016-6660-y.

Zakari, S., Liu, H., Tong, L., Wang, Y., Liu, J., 2016b. Transport of bisphenol-A in sandy aquifer sediment: column experiment. Chemosphere 144, 1807–1814. https://doi.org/10.1016/j.chemosphere.2015.10.081.

Zdechlik, R., 2016. A review of applications for numerical groundwater flow modeling. Int. Multidiscip. Sci. GeoConference SGEM Surv. Geol. Min. Ecol. Manag. 3, 11–18.

Zhang, W., Lin, X., Su, X., 2010. Transport and fate modeling of nitrobenzene in groundwater after the Songhua River pollution accident Transport and fate modeling of nitrobenzene in groundwater after the Songhua River pollution accident. J. Environ. Manag. 91, 2378–2384. https://doi.org/10.1016/j.jenvman.2010.06.025.

Zheng, C., Wang, P., 1999. MT3DMS: a Modular Three-Dimensional Multispecies Transport Model for Simulation of Advection, Dispersion, and Chemical Reactions of Contaminants in Groundwater Systems; Documentation and User's Guide, vol. 239.

Zheng, C., Wang, P.P., 1990. MT3D: A Modular Three-Dimensional Transport Model for Simulation of Advection, Dispersion and Chemical Reactions of Contaminants in Groundwater Systems. https://doi.org/10.1002/0470848944.hsa260.

Zuber, A., Różański, K., Kania, J., Purtschert, R., 2011. On some methodological problems in the use of environmental tracers to estimate hydrogeologic parameters and to calibrate flow and transport models. Hydrogeol. J. 19, 53–69. https://doi.org/10.1007/s10040-010-0655-4.