# EXHIBIT 32

# Modular 3-D Transport model

## Contact

CESER@epa.gov
email: CESER@epa.gov

## Citation:

## Description:

MT3D was first developed by Chunmiao Zheng in 1990 at S.S. Papadopulos & Associates, Inc. with partial support from the U.S. Environmental Protection Agency (USEPA). Starting in 1990, MT3D was released as a pubic domain code from the USEPA. Commercial versions with enhanced capabilities were also made available from S.S. Papadopulos & Associates, Inc. and its distributors.

MT3D is based on a modular structure to permit simulation of transport components independently or jointly. MT3D interfaces directly with the U.S. Geological Survey finite-difference groundwater flow model, MODFLOW, for the head solution, and supports all the hydrologic and discretization features of MODFLOW. MT3D has been widely accepted by practitioners and researchers alike and applied in numerous field-scale modeling studies in the United States and throughout the world. The MT3D code has a comprehensive set of solution options, including the method of characteristics (MOC), the modified method of characteristics (MMOC), a hybrid of these two methods (HMOC), and the standard finite-difference method (FDM).

## Record Details:

**Record Type:**MODEL
**Product Published Date:**10/30/2003
**Record Last Revised:**07/11/2011
**Record ID:** 74916

Show Additional Record Data

LAST UPDATED ON JUNE 02, 2025