# EXHIBIT 34

Transp Porous Med (2007) 67:353–374
DOI 10.1007/s11242-006-9029-8

ORIGINAL PAPER

# Density-driven transport of volatile organic compounds and its impact on contaminated groundwater plume evolution

**Wonyong Jang · Mustafa M. Aral**

Received: 28 March 2006 / Accepted: 29 May 2006 / Published online: 30 August 2006
© Springer Science+Business Media B.V. 2006

**Abstract** Density-driven advection of gas phase due to vaporization of chlorinated volatile organic compounds (VOCs) has a significant effect on fate and transport of contaminants. In this study, we investigated the effects of density-driven advection, infiltration, and permeability on contaminant plume evolution and natural attenuation of VOCs in the subsurface system. To analyze these effects, multiphase flow and contaminant transport processes were simulated using a three-dimensional Galerkin-finite-element-based model. Trichloroethylene (TCE) is selected as a target contaminant. Density-driven advection of gas phase elevated the potential of groundwater pollution in the saturated zone by accelerating downward migration of vaporized contaminant in the unsaturated zone. The advection contributed to increased removal rates of non-aqueous phase liquid (NAPL) TCE source and reduced dissolved TCE plume development in the downstream area. Infiltration reduced the velocity of the density-driven advection and its influence zone, but raised TCE transfer from the unsaturated to the saturated zone. The variation in soil permeability showed greater impact on contaminant migration within water phase in the saturated zone than within gas phase in the unsaturated zone. Temporal variations of TCE mass within two-dimensional (2D) and three-dimensional (3D) domains under several modeling conditions were compared. These results are important in evaluation of natural attenuation processes, and should be considered to effectively design monitored natural attenuation as a remedial option.

**Keywords** Density-driven transport · Natural attenuation · Groundwater contamination · Multiphase flow · Trichloroethylene · Remediation

W. Jang (✉)· M. M. Aral
Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA 30332, USA
e-mail: wyjang@gatech.edu


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 2 of 23

## 1 Introduction

Soil and groundwater contamination is often initiated by an accidental spill or leakage of volatile organic compounds (VOCs) as a non-aqueous phase liquid (NAPL). While NAPL VOCs migrate through porous soil media, some fraction of them will be retained in soil pore spaces due to surface tension effects (Falta et al. 1989). As trapped NAPL VOCs volatilize into soil gas and dissolve into water phase, they become a long-lasting contaminant source, contributing to soil and groundwater contamination. Such contamination may cause ecological and human health risk since it represents a potential pathway to terrestrial and aquatic habitats. To clean up VOC-contaminated sites, various remedial approaches, such as pump-and-treat operations, air sparging, bioremediation, and monitored natural attenuation (MNA), have been implemented. Natural attenuation refers to the reduction of contaminant concentrations in subsurface environments over time without human-induced active remedial operations. Natural attenuation processes includes advection, dispersion, dilution, sorption, and biotic and abiotic transformations to reduce contaminant concentrations over time (Wiedemeier 1998; Rifai et al. 2000). In evaluating the applicability of MNA, existing as well as future exposure pathways of contaminants due to potential contaminant spreading should be well identified. These analysis requires more thorough understanding of contaminant fate and transport processes under natural conditions (Wiedemeier 1998; Grandel and Dahmke 2004).

Fate and transport of contaminants in gas and water phases occur as a result of advection, diffusion, partitioning, and biological transformations. Gas flow in the subsurface can be generated by a variety of factors such as gaseous density-gradients, barometric pressure changes, and vapor extraction/injection (Mendoza and Frind 1990a; Auer et al. 1996; Thomson et al. 1997; Rathfelder et al. 2000). Gas flow induced by density-gradients of gas is identified as density-driven advection of gas phase, which is generally associated with high concentrations of vaporized VOCs near contaminant sources. The advection plays an important role in spreading dense VOCs such as trichloroethylene (TCE) and tetrachloroethylene in the subsurface (Mendoza and Frind 1990a; Falta et al. 1989), and this in turn may become one of the key parameters in evaluating the effectiveness of MNA. Several experimental studies were carried out to investigate density-driven transport of VOCs in porous soil media and its effects on groundwater contamination (Conant et al. 1996; Altevogt et al. 2003; Jellali et al. 2003). Through TCE-transport experiments, Lenhard et al. (1995) demonstrated that density-driven advective flow of gas phase was significant in the downward movement of TCE gas-plume.

Numerical studies on advective gas flow through porous media have been conducted by several researchers (Metcalfe and Farquhar 1987; Falta et al. 1989; Mendoza and Frind 1990a). Using a two-dimensional model, Mendoza and Frind (1990a, b) examined the effect of density-driven advection of gas phase on contaminant transport in the unsaturated zone. Sleep and Sykes (1989) investigated movements of water and gas as a multiphase flow in simulating contaminant transport in a two-dimensional domain. In their study, gas density depended only on contaminant concentrations. Mendoza and McAlary (1990) investigated the transport of vaporized TCE and groundwater contamination due to dissolution of vaporized TCE. They handled the unsaturated zone and the saturated zone as separate domains. Thus, direct mass transfer of TCE at the interface between the two zones was not achieved. Using one- and two-dimensional models, Thomson et al. (1997) examined the effect


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 3 of 23

of several processes on transport of dissolved and vaporized VOCs. These processes included groundwater-table fluctuation, gas density, infiltration, and temperature but excluded sorption and potential biological transformation. These previous numerical studies have demonstrated the importance of density-driven advection of gas phase on VOCs transport. However, the effect of density-driven transport on groundwater contamination and natural attenuation was not fully investigated due to contaminant-transport modeling works under limited conditions such as single gas phase flow without considering groundwater flow and use of separated domains for the unsaturated and saturated zones. Furthermore, the potential of density-driven advection of gas phase on contaminant behaviors in the subsurface has not been evaluated in a three-dimensional domain.

The objective of this study is to investigate the effect of density-driven advection of gas mixtures containing VOCs on contaminant plume development and natural attenuation in the subsurface. Effects of infiltration and soil permeability are also considered to examine the change in the density-driven advection and natural attenuation of TCE, which is assumed to be non-biodegradable herein. By numerically analyzing temporal and spatial migration of TCE in water and gas phases, we examined its release into the atmosphere and its transfer from the unsaturated zone into the saturated zone in two- and three-dimensional domains. Atmospheric release of contaminants and groundwater contamination in the saturated zone can be used as key factors that may decide the efficiency of MNA. Nonlinear coupled multiphase flow equations and advective-dispersive contaminant transport equations were developed and solved using Galerkin finite-element method. Both the unsaturated and saturated zones were considered within single continuous domain to accurately evaluate mass transfer between phases and between the two zones.

## 2 Governing equations

The migration of contaminants in subsurface systems can be expressed in terms of three fundamental equations: (1) flow equations for multiple phases; (2) momentum equation; and (3) contaminant transport equations. These equations are coupled in terms of pressures, saturation levels, and/or contaminant concentrations. In this study, a subsurface system consists of two mobile phases (water and gas) and two immobile phases (NAPL and soil). To express non-equilibrium mass transfer processes for dissolution, volatilization, and partitioning of contaminants, first-order relationships are used.

### 2.1 Multiphase flow equations

From mass conservation equation and Darcy's law, the governing equation of multiphase flow can be given as (Sleep and Sykes 1989; Bear and Bachmat 1990; Thomson et al. 1997)

$$\frac{\partial\left(\phi s_{\mathrm{f}}\rho_{\mathrm{f}}\right)}{\partial t}=\nabla\cdot\left[\frac{\rho_{\mathrm{f}}k_{\mathrm{m}}k_{\mathrm{rf}}}{\mu_{\mathrm{f}}}\left(\nabla P_{\mathrm{f}}+\rho_{\mathrm{f}}g\nabla z\right)\right]+I_{\mathrm{f}}, \tag{1}$$

where subscript f represents mobile fluids (g: gas and w: water), $\phi$ is porosity, $s$ is fluid saturation, $\rho$ is fluid density ($\mathrm{ML}^{-3}$), $\mu$ is dynamic viscosity ($\mathrm{ML}^{-1}\mathrm{T}^{-1}$), $k_{\mathrm{r}}$ is relative permeability, $k_{\mathrm{m}}$ is intrinsic permeability tensor ($\mathrm{L}^2$), $P$ is fluid pressure ($\mathrm{ML}^{-1}\mathrm{T}^{-2}$),


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 4 of 23

$g$ is the gravitational constant ($LT^{-2}$), $z$ is elevation (L), and $I$ indicates a sink/source term for gas phase due to partitioning processes ($ML^{-3}T^{-1}$). The sum of saturation of water, gas, and NAPL phases is,

$$s_w + s_g + s_n = 1, \tag{2}$$

where $s_n$ is NAPL saturation that can be non-zero only in its source zone. For two-mobile-phase (gas–water) system, the relationship between effective water saturation and gas–water capillary pressure is given as (Parker et al. 1987),

$$s_{we} = \frac{s_w - s_m}{1 - s_m} = \left[1 + \left(\alpha_{gw}\psi_{cgw}\right)^n\right]^{-m}, \quad \psi_{cgw} > 0, \tag{3}$$

$$s_{we} = 1.0 \quad \psi_{cgw} \leq 0, \tag{4}$$

where $s_{we}$ is effective water-phase saturation, $s_m$ is irreducible water saturation, $\alpha_{gw}$ and $n$ are empirical parameters, $m$ is given by $(1 - 1/n)$, $\psi_{cgw} = \psi_g - \psi_w$ is an gas–water capillary pressure head $(L)$, and $\psi_f = P_f/\rho_w g$ is water-equivalent pressure head of each phase $(L)$. Relative permeabilities of water and gas phases can be written in terms of effective water saturation (Parker et al. 1987; van Genuchten 1980),

$$k_{rw} = s_{we}^{1/2}\left[1 - \left(1 - s_{we}^{1/m}\right)^m\right]^2, \tag{5}$$

$$k_{rg} = (1 - s_{we})^{1/2}\left(1 - s_{we}^{1/m}\right)^{2m}, \tag{6}$$

where $k_{rw}$ and $k_{rg}$ are relative permeabilities of water and gas phases, respectively.

For water phase, both saturation and pressure vary in the unsaturated zone, and the effect of dissolved contaminants on water density is neglected herein. For gas phase containing vapors of multi-species, its density can be defined as a function of gas pressure and contaminant concentration (Thomson et al. 1997):

$$\rho_g(P_g, C) = \rho_{air} + \gamma_g\psi_g + \sum_{i=1}^{N} C_g^i\left(1 - \frac{\rho_{air}}{\rho_v^i}\right), \tag{7}$$

where $\rho_{air}$ is pure air density ($ML^{-3}$), $\gamma_g$ is gas compressibility ($T^2L^{-2}$), $N$ is the number of contaminants, superscript $i$ is a contaminant index, $\rho_v$ is density of pure vapor of a contaminant ($ML^{-3}$), and $C_g$ is contaminant concentration in gas phase ($ML^{-3}$). Volatilization of NAPL and gas–water partitioning of multispecies can be significant sources or sinks for gas phase (Sleep and Sykes 1989). By applying first-order relationships for mass transfer processes, we obtain

$$I_g = \sum_{i=1}^{N} \phi s_g\left[\lambda_V^i\left(C_{ge}^i - C_g^i\right) + \lambda_H^i\left(HC_w^i - C_g^i\right)\right], \tag{8}$$

where $\lambda_V$ and $\lambda_H$ are first-order mass transfer coefficients ($T^{-1}$) for NAPL/gas and water/gas, respectively, $C_{ge}$ is maximum contaminant concentration in gas phase, $C_w$ is contaminant concentration in water phase, and $H$ is a dimensionless Henry's law coefficient. Viscosity of low-pressure multicomponent gas mixture was estimated by Wilke's semi-empirical method (Reid et al. 1987) herein. The change in saturation of immobile NAPL occurs as a result of vaporization and dissolution, and can be expressed using first-order relationships:


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 5 of 23

$$\frac{\partial}{\partial t}\left(\rho_{\mathrm{n}}\phi s_{\mathrm{n}}\right)=\sum_{i=1}^{N}\left[-\phi s_{\mathrm{w}}\lambda_{\mathrm{D}}^{i}\left(C_{\mathrm{we}}^{i}-C_{\mathrm{w}}^{i}\right)-\phi s_{\mathrm{g}}\lambda_{\mathrm{V}}^{i}\left(C_{\mathrm{ge}}^{i}-C_{\mathrm{g}}^{i}\right)\right], \tag{9}$$

where $\rho_{\mathrm{n}}$ is NAPL density ($\mathrm{ML}^{-3}$), $\lambda_{\mathrm{D}}$ is a first-order coefficient for dissolution of contaminants ($\mathrm{T}^{-1}$), and $C_{\mathrm{we}}$ is maximum contaminant concentration in water phase ($\mathrm{ML}^{-3}$).

## 2.2 Contaminant transport equations

The equation for advective-dispersive transport of $i$th species in mobile phases will be written as,

$$\frac{\partial\left(\phi s_{\mathrm{f}}C_{\mathrm{f}}^{i}\right)}{\partial t}=\nabla\left(\phi s_{\mathrm{f}}D_{\mathrm{f}}^{i}\nabla C_{\mathrm{f}}^{i}\right)-\nabla(q_{\mathrm{f}}C_{\mathrm{f}}^{i})+I_{\mathrm{f}}^{i}, \tag{10}$$

where superscript $i$ and subscript f represent indexes of contaminants and fluid phases, respectively; $D$ and $q$ are a dispersion tensor ($\mathrm{L}^2\mathrm{T}^{-1}$) and Darcy flux ($\mathrm{LT}^{-1}$), respectively; and, $I$ indicates inter-phase mass transfer of contaminants ($\mathrm{ML}^{-3}\mathrm{T}^{-1}$). Darcy velocity for each fluid flow through porous media can be written as,

$$q_{\mathrm{f}}=-\frac{k_{\mathrm{m}}k_{\mathrm{rf}}}{\mu_{\mathrm{f}}}\rho_{\mathrm{w}}g\left(\nabla\psi_{\mathrm{f}}+\frac{\rho_{\mathrm{f}}}{\rho_{\mathrm{w}}}\nabla z\right). \tag{11}$$

The dispersion tensor of $i$th species, $D_{\mathrm{f}}^{i}$, can be defined by (Bear 1972)

$$D_{\mathrm{f},mn}^{i}=\alpha_{\mathrm{T}}\left|v_{\mathrm{f}}\right|\delta_{mn}+(\alpha_{\mathrm{L}}-\alpha_{\mathrm{T}})\frac{v_{\mathrm{f},m}v_{\mathrm{f},n}}{|v_{n}|}+\tau_{\mathrm{f}}D_{\mathrm{f}}^{*i}\delta_{mn},\quad m,n=x,y,z \tag{12}$$

where $\alpha_{\mathrm{L}}$ and $\alpha_{\mathrm{T}}$ are longitudinal and transversal dispersivities of soil media ($L$), respectively, $v_{\mathrm{f}}=q_{\mathrm{f}}/\phi s_{\mathrm{f}}$ is pore velocity ($\mathrm{LT}^{-1}$), $\tau$ is tortuosity, $D^{*}$ is a molecular diffusion coefficient, and $\delta_{mn}$ is Kronecker delta. The tortuosity can be estimated using an empirical equation developed by Millington and Quirk (1961):

$$\tau_{\mathrm{f}}=(\phi s_{\mathrm{f}})^{7/3}/\phi^{2}. \tag{13}$$

By applying first-order relationships to dissolution, volatilization, and water–gas partitioning processes of contaminants, mass transfer terms for water, and gas phases in Eq. 12 can be written as,

$$I_{\mathrm{w}}^{i}=\phi s_{\mathrm{w}}\lambda_{\mathrm{D}}^{i}\left(C_{\mathrm{we}}^{i}-C_{\mathrm{w}}^{i}\right)+\phi s_{\mathrm{g}}\lambda_{\mathrm{H}}^{i}\left(C_{\mathrm{g}}^{i}-H^{i}C_{\mathrm{w}}^{i}\right), \tag{14}$$

$$I_{\mathrm{g}}^{i}=\phi s_{\mathrm{g}}\lambda_{\mathrm{V}}^{i}\left(C_{\mathrm{ge}}^{i}-C_{\mathrm{g}}^{i}\right)-\phi s_{\mathrm{g}}\lambda_{\mathrm{H}}^{i}\left(C_{\mathrm{g}}^{i}-H^{i}C_{\mathrm{w}}^{i}\right). \tag{15}$$

Sorption of dissolved contaminants on soil particles retards transport of contaminants, and sorption capacity depends on physical and chemical properties of soil media. Due to hydrophobic effects of VOCs, sorption of dissolved VOCs onto soil particles is much faster than partitioning process between gas and water phases. Thus, for this case, linear sorption equilibrium can be used. As the surface of soil particles is covered preferentially by water, sorption of dissolved contaminants onto soil surface is considered while direct sorption of vaporized contaminants onto dry soil surface is excluded in this study.


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 6 of 23

## 3 Numerical methods

A 3D Galerkin-finite-element-based numerical model, TechFlowMP, developed by the authors (Jang and Aral 2005), was used to solve multiphase flow and contaminant transport equations shown above. In solving flow equations in Eq. 1, a modified Picard method (Celia et al. 1990) was used to overcome mass-balance errors. The method is applicable to both the unsaturated and saturated zones and has been successfully applied by Rathfelder and Abriola (1994) and Lehmann and Ackerer (1998). Flow velocities of gas and water phases, shown in Eq. 11, play an important role in density-driven contaminant transport (Yeh 1981; Diersch and Kolditz 2002). To improve accuracy and overcome discontinuity problems in calculating flow velocities, we used a method for globally continuous Darcy velocity, which was proposed by Yeh (1981). The time derivatives in flow and transport equations are approximated by a finite difference technique. This technique commonly uses the $\varepsilon$-family of approximation. All simulations in this study used fully implicit method ($\varepsilon = 1$) for flow equations and semi-implicit Crank–Nicolson technique ($\varepsilon = 0.5$) for transport equations. Mass lumping of time-derivative mass matrices is used to improve the stability of the solution of nonlinear flow equations (Celia et al. 1990; Frind 1982; Rathfelder and Abriola 1994).

To reduce numerical difficulty due to the coupling and non-linearity in multiphase flow and transport equations, a sequentially-iterative scheme is used. This iterative scheme solves a set of decoupled system equations (Diersch and Kolditz 2002): The equations are consecutively solved, and the solution procedures are repeated until all solutions are converged below specified tolerance levels. Convergence criteria for solutions used herein are (Lehmann and Ackerer 1998)

$$\max \left|\psi^{t+1,m+1} - \psi^{t+1,m}\right| \leq \varepsilon_{\mathrm{a},\psi} + \varepsilon_{\mathrm{r},\psi} \left|\psi^{t+1,m+1}\right| \quad \text{for flow equations,} \tag{16}$$

$$\max \left|C^{t+1,m+1} - C^{t+1,m}\right| \leq \varepsilon_{\mathrm{a},C} + \varepsilon_{\mathrm{a},C} \left|C^{t+1,m+1}\right| \quad \text{for transport equations,} \tag{17}$$

where $\varepsilon_{\mathrm{a}}$ and $\varepsilon_{\mathrm{r}}$ are absolute and relative errors, respectively.

The length of time steps was automatically adjusted by the number of iterations done for flow and transport equations at the previous time step. Since nonlinear transport equations do not have discrete criteria for accuracy and stability (Mendoza and Frind 1990a), Peclet ($Pe$) and Courant ($Cr$) numbers proposed by Daus et al. (1985) are implemented herein: $Pe = v\Delta l/D \leq 2$ and $Cr = v\Delta t/\Delta l \leq Pe/2$ where $v = q/\phi$ is an averaged pore velocity, $D$ is a dispersion coefficient, and $\Delta l$ is a grid spacing or a characteristic element length. We checked these two dimensionless numbers during simulations, and adjusted time steps and/or grid spacing to follow the criteria ($Pe \leq 2$ and $Cr \leq Pe/2$). Mass-balance calculation was conducted to determine temporal changes in contaminant mass within each phase and to verify mass conservation during simulations (Huyakorn and Pinder 1983).

## 4 Application of density-driven transport of a contaminant in a two-dimensional domain

A 2D unconfined sandy aquifer with dimensions of (200 m $\times$16 m) in $(x, y)$ directions was used to simulate the behavior and natural attenuation of TCE in the domain


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 7 of 23




**Fig. 1** A schematic diagram of a modeling domain

(Fig. 1). The NAPL TCE is introduced to the unsaturated zone and resides in pore spaces as an immobilized contaminant source.

In Fig. 1, TCE residual is set to NAPL saturation of 5% at the source zone. Initial concentrations of TCE in gas, water, and solid phases are set to zero within the domain. As boundary conditions at the ground surface, infiltration (30 cm/year) for water phase and constant atmospheric pressure for gas phase are applied. For contaminant transport in gas phase, the ground surface is set to a stagnant boundary layer of 0.3 m thickness. The parameters of a soil medium used here are given in Table 1, and properties for TCE are given in Table 2. Groundwater table elevation ranges from 8.5 m on the left boundary to 7.75 m on the right. First-order rate coefficients for dissolution, water-gas partitioning, and volatilization are 1.0 $d^{-1}$. The domain grid consists of 16,884 nodes and 8,200 elements, which was discretized with uniform grid spacing of 1 m in $x$-direction and variable grid spacing of 0.125–0.5 m in $z$-direction. The run time was up to 300 days with the length of time steps ranging between initial 1 h and 2 days, which was adjusted according to an automatic time-stepping scheme. In order to investigate the effects of density-driven advection of gas phase, infiltration, and permeability on contaminant plume evolution and natural attenuation in a two-dimensional subsurface system, six scenarios were studied as shown in Table 3.

**Table 1** Simulation parameters

| | Parameters | Values |
|---|---|---|
| Porous medium | Porosity, $\phi$ | 0.35 |
| | Residual water saturation, $s_m$ | 0 |
| | Bulk density, $\rho_b$ | 1600 $kg/m^3$ |
| | Temperature, $T$ | 15°C |
| | Longitudinal dispersivity, $\alpha_L$ | 1.0 m |
| | Transverse dispersivity, $\alpha_T$ | 0.01 m |
| | Soil organic content, $f_{oc}$ | $2.5 \times 10^{-5}$ |
| | Parameters for the unsaturated zone | |
| | $n$ | 2.0 |
| | $\alpha_{gw}$ | 5.0 $m^{-1}$ |


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 8 of 23

**Table 2** Properties of TCE at 15°C

| Parameters | Values |
|---|---|
| Molecular weight | 131.39 |
| Vapor density, kg/m$^3$ | 5.56 |
| Vapor dynamic viscosity, *Pa s* | $9.38 \times 10^{-6}$ |
| Henry constant, dimensionless | 0.227 |
| Molecular diffusion in air, m$^2$/s | $7.87 \times 10^{-6}$ |
| Molecular diffusion in water, m$^2$/s | $8.206 \times 10^{-10}$ |
| Sorption coefficient, $K_{oc}$, L/kg | 100 |
| Vapor pressure, mmHg | 41.27 |
| Maximum $C_g$, kg/m$^3$ | 0.302 |
| Maximum $C_w$, kg/m$^3$ | 1.33 |

**Table 3** Scenarios used in simulations

| Case no. | Transport mechanism in gas phase | Infiltration | Permeability (m$^2$) |
|---|---|---|---|
| 1 | Diffusion-only | No | $1.0 \times 10^{-10}$ |
| 2 | Density-driven advection + Dispersion | No | $1.0 \times 10^{-10}$ |
| 3 | Diffusion-only | Yes | $1.0 \times 10^{-10}$ |
| 4 | Density-driven advection + Dispersion | Yes | $1.0 \times 10^{-10}$ |
| 5 | Density-driven advection + Dispersion | Yes | $7.07 \times 10^{-11}$ |
| 6 | Density-driven advection + Dispersion | Yes | $5.0 \times 10^{-11}$ |

### 4.1 Effect of density-driven transport of trichloroethylene

In Fig. 2 for cases 1 and 2, the effects of two transport mechanisms (diffusion-only transport and density-driven transport in gas phase) on TCE plume development in a variably saturated zone are illustrated. Under no infiltration, water flow in the unsaturated zone is negligible. For case 1, since the change in soil gas density due to TCE evaporation is ignored, TCE transport in the unsaturated zone occurs mostly by molecular diffusion due to concentration gradients of TCE within each phase. In fact, TCE diffusivity in gas phase is by 3-orders higher than that in water phase. For this case, TCE diffusion in gas phase becomes a dominant mechanism to spread TCE in the unsaturated zone. For case 2, the density of soil gas mixture containing saturated TCE vapor is about 1.5 times that of pure air, which becomes a driving-force of gas flow, and the viscosity of the gas mixture is about 7% less than that of air.

In Figs. 2a–d, the development of TCE plumes near the source in the unsaturated zone ($x = 15$–$90$ m) mostly results from TCE transport in gas phase. At first, TCE at the source vaporizes into gas phase, and vaporized TCE is transported within gas phase. At the same time, vaporized TCE is partitioned into water phase, generating dissolved TCE. Direct dissolution of TCE from the source also occurs, but this has little influence on migration of TCE plume in the unsaturated zone. In relatively high-concentration zone ($\geq$10 mg/L), case 2 has greater lateral and vertical migration of TCE than case 1. In Fig. 2b, vaporized TCE concentration contours ($\geq$100 mg/L) show a downward trend that is mainly generated by density-driven flow of gas. For case 2, high-concentration zones are located above the groundwater table, which will accelerate TCE transfer into the groundwater in the saturated zone.


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 9 of 23




**Fig. 2** TCE concentration profiles for cases 1 and 2 and Darcy velocities of gas and water phases at case 2 at 200 days

In Fig. 2e, velocity profiles of density-driven gas flow in case 2 show significant downward and lateral gas flow near the source. Maximum gas flow is observed at the source zone, in which high-density-gradients are expected, and the magnitude of gas velocities reduces with distance from the source. The dissipation of gas velocities means the decreased density effect at lower contaminant concentrations in a gas mixture (Mendoza and Frind 1990b). At low concentrations of TCE, gas density effects diminish, and diffusion in gas phase becomes a dominant transport mechanism.

In downstream zones ($x > 90$ m in Figs. 2a, b), long extended plumes of vaporized TCE come from contaminated groundwater in the saturated zone: After dissolved TCE in the saturated zone migrated along with the groundwater flow from the high-concentration zone to the downstream areas, the TCE is partitioned into gas phase in the unsaturated zone. In Fig. 2, groundwater flow in the saturated zone, as a primary mechanism for migration of dissolved TCE, contributes to the expansion of TCE


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 10 of 23

plume in the saturated zone as well as into the unsaturated zone in the downstream area. In multiphase flows of gas and water, as each phase constantly interacts with the other in terms of fluid flow and mass transfer, pollution of one phase will result in pollution of the other phase.

In Fig. 2, cases 1 and 2 show different spreading patterns of TCE in downstream areas with relatively low concentrations (TCE $\leq$1 mg/L) and upstream areas (near the source) with high concentrations (TCE $\geq$100 mg/L). In the upstream areas, the development of dissolved and vaporized TCE plumes is greater in case 2 than in case 1, however, in the downstream areas, case 1 shows more extended spread of TCE than case 2 does. These phenomena result from density-driven advection of gas phase, shown in Fig. 2e. For case 2, the advection of gas phase not only contributes to the spreading of vaporized TCE near the source zone but also accelerates the release of vaporized TCE into the atmosphere in the downstream areas. Atmospheric release of vaporized TCE due to the outgoing gas flow accelerates mass transfer of dissolved TCE in the saturated zone into gas phase, and helps reduce the development of dissolved TCE plume in the saturated zone. Loss of contaminant mass to the atmosphere plays an import role in reducing the spreading of contaminant plumes in the subsurface (Mendoza and Frind 1990b; Jellali et al. 2003). The results shown in Fig. 2 indicate that density-driven advection of gas phase contributes to natural attenuation of TCE in the downstream.

To investigate fate of TCE in the domain, mass-balance calculations were carried out, which showed very good accuracy for all simulations conducted here. Accumulated mass-balance errors up to 300 days and mass-balance errors at every time step were less than 1.7 and 0.03%, respectively. The evolution of TCE mass in gas or water phases is given in Figs. 3a, b, which show mobilized TCE mass (the sum of dissolved and vaporized TCE from the source) is much greater for case 2 than for case 1. At 200 days, vaporized TCE mass for case 2 in gas phase is approximately twice that of case 1. In Figs. 3a, b, vaporized TCE mass in the unsaturated zone shows sharp increases at an initial stage (up to approximately 50 days in case 1 and 100 days in case 2), and then vaporized TCE mass seems to approach stabilized conditions over time. Dissolved TCE mass in the saturated zone, however, shows steady increases after a lag time of around 40 days, which is transport time of TCE from the source to the saturated zone. The TCE mass transported in the saturated zone is much greater in density-driven transport of TCE (case 2) than in diffusion-only transport (case 1). This implies that the former has greater potential for groundwater pollution than the latter. As shown earlier in Fig. 2, however, we need to note that the development of low concentration of dissolved TCE plume ($\leq$10 mg/L) at downstream areas is greater in case 1 than case 2. In Fig. 3c, total atmospheric release of TCE in case 2 at 200 days is higher by about 4.5% of initial TCE mass than that in case 1. In Fig. 3d, temporal mass reduction of NAPL TCE at the source is also faster in case 2 than in case 1. It is due to density-driven advective flow of gas phase near the source that introduce air from the atmosphere into the source zone, generating high-driving-force for TCE evaporation (the difference between $C_g$ and $C_{ge}$) in case 2.

### 4.2 Effect of infiltration on trichloroethylene transport

In cases 3 and 4, uniform infiltration of 30 cm/yr increased water saturation in the unsaturated zone to about 10% at depths $z = 11$–16 m. As shown in Fig. 4f, infiltration raised downward and lateral velocities of groundwater in the domain. The lateral


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 11 of 23




**Fig. 3** Fate of TCE: (**a**) case 1 and (**b**) case 2, (**c**) TCE release to the atmosphere, and (**d**) TCE mass reduction at the source

groundwater velocity in the saturated zone in case 4 increased to $3.98 \times 10^{-6}$ m/s from $3.84 \times 10^{-6}$ m/s in case 2. In the unsaturated zone, an increase in water saturation implies a reduction in gas saturation and also a decrease in relative permeability of gas phase according to the saturation-relative permeability relationship in Eq. 7. Thus infiltration in cases 3 and 4 resulted in a decrease in the strength of density-driven advection of gas phase around the source. Maximum Darcy velocities of gas phase at cases 2 and 4 are $3.24 \times 10^{-6}$ and $3.18 \times 10^{-6}$ m/s at 200 days, respectively, corresponding to approximately 2% reduction in gas velocity due to infiltration.

In Fig. 4, the effects of infiltration on contaminant plume development under density-driven advection of gas phase are illustrated by comparing concentration profiles of cases 2 and 4. Even though the infiltration reduced the strength of density-driven advection of gas phase, overall spreading of TCE in water and gas phases under the infiltration was slightly raised: the plume of 1 mg/L dissolved TCE propagated up to $x = 183$ m in case 4 while the plume did up to $x = 179$ m in case 2. The infiltration also accelerated the spreading of high-concentration TCE plumes ($C_g^{TCE} \geq 200$ and


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 12 of 23




**Fig. 4** TCE concentrations for cases 2 and 4 at 250 days and Darcy velocities of gas and water phases for case 4 at 200 days

$C_w^{TCE} \geq 1000\,\text{mg/L}$) in the unsaturated zone, generating wider high-concentration regions above the groundwater table in case 4 than in case 2. This may increase the potential of groundwater contamination in the saturated zone. The downwards mass flux of dissolved TCE from the unsaturated zone to the saturated zone will be greater at high-concentration regions on the groundwater table than at low-concentration regions because of contaminant concentration gradients.

Infiltration can have an impact on the distribution of contaminants in each phase due to two main reasons. First, an increase in water saturation in the unsaturated zone yields an increase in water capacity that is capable of containing contaminants. Second, infiltration accelerates groundwater flow in the subsurface system. In Fig. 3(b) for case 2, vaporized TCE mass is more than 1% greater than dissolved TCE mass in the unsaturated zone at 200 days. In Fig. 5a for case 4, however, the difference in mass percentages between vaporized TCE and dissolved TCE in the unsaturated


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 13 of 23




**Fig. 5** (**a**) Distribution of TCE for case 4 and (**b**) mass transfer rates of dissolved TCE from the unsaturated zone to the saturated zone for four cases

zone becomes less than 0.4% at 200 days because of an increase in dissolved TCE mass in the unsaturated zone under infiltration. For case 4, total dissolved TCE mass in the domain exceeds vaporized TCE mass at 100 days (Fig. 5a) while, for case 2, the former is less than the latter during the simulation period (Fig. 3b). In case 4, the difference between dissolved and vaporized TCE masses becomes large with time. These variations in TCE distribution suggest that water recharge at the ground surface will accelerate groundwater pollution in the subsurface, producing an adverse effect on natural attenuation at contaminated sites.

Mass transfer of TCE to the saturated zone is compared to evaluate the potential of groundwater pollution for cases 1, 2, 3, and 4 in Fig. 5b. Both density-driven advection in cases 2 and 4 and infiltration in cases 3 and 4 contributed to the increase in the TCE transfer. Since one process (density-driven advection or infiltration) is additionally considered in cases 2 and 3, compared to case 1, its effect on the TCE transfer can be relatively easily identified. In case 4, however, since the density-driven advection and infiltration are complicatedly interlinked in TCE transport, their effects on the TCE transfer are inseparable. Thus, the difference in TCE fluxes between cases can be used to approximately evaluate the impact of each process on groundwater pollution in the saturated zone. In Fig. 5b, the effect of infiltration, indicated by dashed arrows, is represented by the differences in TCE transfer rates between cases 1 and 3 and the differences between cases 2 and 4; The effect of the density-driven advection, indicated by solid arrows, is expressed by the differences of TCE transfer rates between cases 1 and 2 and the differences between cases 3 and 4. The effect of the density-driven advection on the TCE transfer rates is greater than that of the infiltration under simulation conditions used here. For example, density-driven transport in gas phase raised the TCE transfer by approximately 204%, from 2.8 g/d in case 3 to 5.7 g/d in case 4, at 150 days while infiltration raised TCE transfer to the saturated zone by approximately 39%, from 4.1 g/d in case 2 to 5.7 g/d in case 4. These results suggest that density-driven transport of TCE has greater potential on groundwater pollution than infiltration under conditions applied to cases 1 through 4. Of course, the effect of each process will vary according to contaminant properties (e.g. vapor density) and


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 14 of 23




**Fig. 6** Darcy velocity profiles of gas phase at 300 days: (**a**) case 4, (**b**) case 5, and (**c**) case 6

hydrogeological conditions including infiltration rates; the higher molecular-weight contaminant will create the stronger driving-force for gas flow in the subsurface system. The location of contaminant sources in the unsaturated zone will be also an important factor to determine contaminant fluxes to the saturated zone. In Fig. 5b, daily mass transfer rates of TCE for cases 2 and 4 increase sharply until around 130 and 180 days, respectively, and reach maximum values. The sharp increment in mass transfer rates implies that contaminant plume spreading by density-driven advection of gas phase is highly activated. As contaminant plumes spread out over time, the local difference in vaporized TCE concentration decreases, resulting in the reduction in a driving-force for further plume development in the unsaturated zone. Thus, mass transfer rates remain somewhat stabilized while NAPL TCE source constantly supplies vaporized and dissolved contaminant into the subsurface domain. After a period of time, the TCE transfer for cases 2 and 4 will reduce due to significant reduction in NAPL TCE source.

### 4.3 Effect of permeability on trichloroethylene transport

Soil permeability plays an important role in determining density-driven transport in gas phase (Mendoza and Frind 1990b). The effect of soil permeability on contaminant plume development in multiphase systems and natural attenuation of TCE is examined through simulations of cases 4, 5, and 6. A reduction in soil permeability implies a decrease in both groundwater velocity and density-driven advection of gas phase, and these will result in slow development of contaminant plumes. Maximum Darcy velocities of gas phase are approximately $3.14 \times 10^{-6}$, $2.39 \times 10^{-6}$, and $1.8 \times 10^{-6}$ m/s for cases 4, 5, and 6, respectively, in Fig. 6. These velocities are proportional to the permeabilities of the cases. The size of influence zones of the density-driven advection, illustrated by gas flow velocity greater than $1 \times 10^{-10}$ m/s, also decreases with the reduction in soil permeability.

In Fig. 7, the size of contaminated regions is also proportional to the magnitude of permeability for cases 4, 5, and 6; the largest permeability in case 4 shows the widest spreading of dissolved and vaporized TCE plumes. Vaporized TCE plume development toward the upstream from the source is primarily due to density-driven


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 15 of 23




**Fig. 7** Concentration contours of vaporized and dissolved TCE at 300 days

advection of gas phase. However, TCE plume development towards the downstream occurs due to density-driven gas flow and groundwater flow, whose direction in the saturated zone is from the left to right in the domain.

The effect of permeability on contaminant plume spreading is greater in downstream from the source than in upstream: Vaporized and dissolved TCE concentration profiles for cases 4, 5, and 6 demonstrate significant difference in the downstream area. Considering the fact that vaporized TCE plume in the downstream (>100 m distance) mostly comes from contaminated groundwater, TCE plume contours in Fig. 7 suggest that soil permeability has greater influence on contaminated groundwater spreading in the saturated zone than on density-driven transport in gas phase. The density-driven advection is a dominant mechanism to speed up TCE transport from the source into the saturated zone within local areas around a contaminant source, and groundwater flow becomes a key transport carrier for TCE spreading into far downstream areas. In Fig. 7, case 6 shows the least spreading of TCE plume in the unsaturated zone, but TCE transfer in the saturated zone can be a potential for groundwater pollution.




**Fig. 8** Fate of TCE for case 4, 5, and 6: (**a**) daily TCE transfer rates to the groundwater in the saturated zone, (**b**) total TCE ratio transferred in the saturated zone, (**c**) total TCE ratio transferred to the atmosphere, and (**d**) temporal reduction in NAPL TCE mass

Mendoza and Frind (1990a) reported that, even though small portion of TCE in the source is transported to saturated-zone-groundwater, dissolved TCE concentration in the groundwater can easily exceed its drinking water standard. In this study, regardless of the magnitude of soil permeability, relatively high concentrations of dissolved TCE in the saturated zone were predicted in simulations.

Temporal TCE transfer to the saturated-zone-groundwater and to the atmosphere is shown in Fig. 8. Among simulations for the three different permeabilities, the highest permeability of case 4 provides the greatest mobility to water and gas, generating the highest mass transfer rate of TCE to the saturated-zone-groundwater and to the atmosphere. In Figs. 8a, b, daily TCE transfer rates from the unsaturated zone to the saturated zone are about 5.8, 4.6, and 3.6 g/day for cases 4, 5, and 6, respectively at 250 days, and total TCE mass transferred into the saturated zone up to 250 days reaches approximately 1.76, 1.29, and 0.94% of initial TCE mass in the domain for cases 4, 5, and 6, respectively. The ratio of 1.76% for case 4 corresponds to about


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 17 of 23

6% of total mobilized TCE. In Fig. 8a, soil permeability has influence on determining daily TCE transfer rates, but the three flux curves show similar patterns regardless its magnitude. The location of a contaminant source is an important factor to determine its fate and distribution (Jellali et al. 2003). In this study, a dominant portion of mobilized TCE is released into the atmosphere. In case 4 at 250 days, cumulative mass of TCE released to the atmosphere is more than ten times greater than that transferred into the saturated zone in Fig. 8. The atmospheric loss of TCE reaches around 21, 19, and 17% of initial TCE mass in the domain for cases 4, 5, and 6, respectively, at 250 days. The 17% of initial TCE mass for case 6 corresponds to 71% of total TCE mass removed from the source. In Fig. 8d, temporal reduction in TCE mass at the source is given, which is due to evaporation and dissolution of TCE as NAPL. The higher permeability produces the higher gas flow through the source zone and the greater refresh rate of gas phase at the interface between gas and TCE as NAPL within the source, so these accelerate the evaporation of NAPL TCE according to a theory of forced-convection mass transfer given by Bird et al. (1960). This resulted in the fastest reduction in NAPL TCE mass for case 4 in Fig. 8d. The simulation results of cases 4, 5, and 6 suggest that, in terms of VOCs removal from the subsurface by natural attenuation processes, high permeability could be a positive factor by contributing to increasing atmospheric loss of TCE, which may reduce natural remedial time. However, high-permeability could be a negative factor since it allows high-VOCs transfer into the groundwater in the saturated zone. Considering the factor that TCE mass transfer to the groundwater in the unsaturated zone in case 4 is almost twice of that in case 6 (Fig. 8b) while atmospheric release of TCE in case 4 is only 2% greater than that in case 6 (Fig. 8c), generally density-driven advection of gas phase due to dense VOCs will have negative impacts in MNA.

## 5 Application of density-driven transport of a contaminant in a three-dimensional domain

Density-driven advection of gas phase in a three-dimensional domain is needed for more realistic scenarios. The 2D domain shown in Fig. 1 is extended to a 3D domain with dimensions (200 m × 50 m × 16 m) in $(x, y, z)$ directions, respectively (Fig. 9). The NAPL as TCE is also introduced to the unsaturated zone as an immobilized contaminant source (5 m × 5 m × 2 m) in $(x, y, z)$ directions, respectively. Initial saturation of NAPL TCE is 5% at the source. The same initial and boundary conditions as used in Sect. 4 are applied herein. For gas phase, no flow condition is applied to all boundaries except ground surface boundary. Intrinsic permeability for soil medium is $1.0 \times 10^{-10}$ m$^2$, and other properties of soil media used here are given in Tables 1 and 2. The 3D domain grid was discretized with a variable mesh similar to 2D cases, and time steps were also the same.

### 5.1 Trichloroethylene transport in the three-dimensional domain

As TCE source zone in the 3D domain is finite in $y$-direction, TCE migration in $y$-direction is additionally considered as well as its migration in $x$- and $z$-directions. In Fig. 10a, vaporized TCE plume with 0.1 mg/L concentration above the groundwater table spread out up to 26 m in $y$-direction, $x = 22$ m in the upstream, and $x = 120$ m in the downstream. The TCE plume spreading along $x$-direction in the 3D domain


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 18 of 23




**Fig. 9** A schematic diagram of a 3D domain

is much less than that in the 2D domain for case 4 (up to $x = 190$ m for 0.1 mg/L vaporized TCE in Fig. 7a). In Fig. 10b, dissolved TCE plume with 1 mg/L concentration in the saturated zone reached up to 20 m in $y$-direction and about $x = 163$ m in the downstream. Dissolved TCE plume development in the 3D domain is also much less than that for case 4 in the 2D domain; In case 4, dissolved TCE plume with 1 mg/L concentration exceeded 200 m in $x$-direction during the same period. These reductions in TCE spreading along $x$-direction in the 3D domain, compared to TCE spreading in the 2D domain, results from contaminant transport in $y$-direction in the 3D domain. In a 3D domain with a finite source, density-driven advection of gas phase is accounted in all directions, its strength in any single direction is reduced. Mendoza and Frind (1990b) pointed out that density-driven contaminant transport in a 2D cross-sectional domain with Cartesian coordinates is greater than that in axisymmetric or 3D Cartesian-coordinate domains during a given simulation period. High concentration profiles of dissolved and vaporized TCE on $x$–$z$ plane at $y = 0$ m in Figs. 10a, b show graphically similar patterns as those shown in Figs. 7a, d, respectively, even though the degree of TCE plume migration within each phase is much different in the 2D and 3D domains.

In Fig. 11a, TCE mass in water phase exceeds TCE mass in gas phase around 90 days. This agrees with TCE mass profiles for case 4 seen in Fig. 5a. Dissolved TCE mass in the unsaturated zone becomes greater than vaporized TCE mass after 120 days in the 3D domain while the former was always less than the latter for case 4 during a given simulation period. This means that TCE mass in high-water-content zone near the groundwater table increased in the 3D simulation, compared to case 4 as a 2D simulation. It will be due to higher freedom of gas movement in a 3D domain than in a cross-sectional 2D domain; in a 3D domain, downwards TCE migration due to the density-driven advection of gas phase is facilitated since, it can happen in three directions. At 250 days in Fig. 11a, the portions of dissolved and vaporized TCE mass in the domain are approximately 2.8 and 2%, respectively. Among dissolved TCE in the 3D domain, its 80% is in the unsaturated zone and the rest 20% is in the saturated zone while, in case 4, 66% of dissolved TCE in the domain was in the unsaturated zone and the other 35% was in the saturated zone. This suggests that the potential


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 19 of 23




**Fig. 10** Concentration profiles of TCE in a 3D domain at 300 days




**Fig. 11** Fate of TCE: (**a**) TCE in each phase and (**b**) Temporal variation of TCE mass

of saturated-zone-groundwater contamination due to density-driven advection of gas phase may be less in a 3D domain than in a 2D domain.

In Fig. 11b, TCE release into the atmosphere shows nearly linear increase with time while residual NAPL TCE decreases almost linearly. Atmospheric TCE release in the 3D simulation reaches 15.6% of initial TCE mass at 300 days, which is equal to about 58% of mobilized TCE mass. That value (58%) is smaller than the atmospheric release of TCE among mobilized TCE at case 4, 71%. This results from the reduction in gas flow that escapes to the atmosphere through the ground surface near the source zone. Mendoza and Frind (1990b) showed that, in a density-driven contaminant transport simulation, advective gas flow toward the atmosphere is more pronounced in a cross-sectional 2D Cartesian domain than in a 3D domain. In this

study, even though atmospheric TCE loss in the 3D domain is less than that in the 2D domain, the atmospheric loss highly contributed to reducing mobilized TCE in the subsurface system.

## 6 Conclusions

Numerical solutions obtained in this study demonstrated that evaporation of chlorinated VOCs such as TCE locally generates gas flow due to density-gradient around the source. The simulation results showed that density-driven advection of gas played important roles in (1) accelerating the spreading of vaporized contaminant plumes in the unsaturated zone near the source; (2) increasing TCE transport from the unsaturated zone to the saturated zone below the source, which results in high-dissolved TCE plume in the saturated zone below the source; (3) reducing dissolved TCE plume development in the downstream saturated zone due to gas flow, escaping to the atmosphere, which accelerated atmospheric release of TCE vaporized from the contaminated groundwater in the downstream saturated zone; and, (4) speeding up the reduction in NAPL TCE mass at the source. The first and second roles would cause negative impacts in implementing MNA. The third one would produce a positive impact on natural attenuation of contaminants. The fourth one suggests that density-driven advection of gas phase would reduce a life of NAPL contaminant source. Infiltration applied in this study decreased lateral and vertical velocities of density-driven advection of gas phase in the unsaturated zone, however, it raised overall potential of groundwater contamination in the saturated zone by facilitating downward movement of contaminated groundwater in the unsaturated zone near the source and by increasing lateral groundwater velocity in the saturated zone. Under subsurface conditions assigned in this study, low infiltration was favorable in MNA.

The simulation results for different soil permeabilities indicated that the reduction in permeability contributed to natural attenuation of a contaminant by decreasing its plume development in gas and water phases. As soil permeability became smaller, the effect of the density-driven advection of gas phase on contaminant spreading reduced and a temporal reduction of NAPL TCE mass became lower. However, even under the lowest permeability used in this study, density-driven advection of gas phase played an important role in transporting TCE from the source to the saturated zone. This would be one of the key factors to determine the applicability of MNA at contaminated sites since dissolved TCE concentrations should remain below a maximum allowable concentration at the sites for MNA. The higher permeability may lead to faster reduction in contaminant sources, but can put negative impacts on natural attenuation by causing the faster transfer of a contaminant into the saturated zone. Density-driven advection of gas phase can have three-directional movement within subsurface space, whose volume is proportional to the second power of a distance from a source in the 3D domain used in this study, compared to its two-directional movement within a constant cross-sectional area in the 2D domain. Due to higher freedom and larger unsaturated space for gas movement in the 3D domain than in the 2D domain, the ratio of TCE mass in the unsaturated zone to mobilized TCE mass was higher in a 3D simulation than in 2D simulations.

The simulation results regarding fate of TCE, could be used to analyze the reduction of the contaminant in the subsurface as a natural attenuation process in the future and to predict groundwater contamination and an approximate remedial time


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 21 of 23

for MNA. Temporal and spatial distributions of the contaminant could be used in evaluating human health and ecological risk assessment for the contaminant within water and gas phases under MNA at contaminated sites. At contaminated sites with NAPL VOCs in the unsaturated zone, field investigations to measure the concentrations and distributions of contaminants should be conducted carefully around the groundwater table, where high concentrations of dissolved VOCs would be observed. Unless vaporized contaminants on the ground surface cause environmental problems such as human heath risk, atmospheric release of contaminants should be facilitated to prompt contaminant removal from the subsurface system and to reduce contaminant transfer into the saturated zone; To enhance natural attenuation processes by atmospheric loss of contaminants, open ground surface for free gas exchange between the atmosphere and the subsurface and minimization of infiltration could be implemented at contaminated sites. This study focused on physical factors including density-driven advection among natural attenuation processes in the subsurface. In considering MNA as a remedial approach, many site-specific factors for physical, chemical, biological, and geological conditions should be taken into account.

**Acknowledgements** The authors would like to thank High-Performance Computing Group, Office of Information Technology at Georgia institute of Technology for providing us high performance computing systems that were used to run simulations for this study. We also appreciate two anonymous reviewers for constructive comments that greatly improved the paper.

## References

Altevogt, A.S., Rolston, D.E., Venterea, R.T.: Density and pressure effects on the transport of gas phase chemicals in unsaturated porous media. Water Resour. Res. **39**, 1061, doi:10.1029/2002WR001338 (2003)

Auer, L.H., Rosenberg, N.D., Birdsell, K.H., Whitney, E.M.: The effects of barometric pumping on contaminant transport. J. Contam. Hydrol. **24**, 145–166 (1996)

Bear, J.: Dynamics of Fluids in Porous Media, vol. xvii, p. 764 Environmental science series. American Elsevier, New York (1972)

Bear, J., Bachmat, Y.: Introduction to Modeling of Transport Phenomena in Porous Media. Theory and Applications of Transport in Porous Media, vol. 4, xxiv, p. 553. Kluwer Academic Publishers, Boston (1990)

Bird, R.B., Stewart, W.E., Lightfoot, E.N.: Transport Phenomena, p. 780. Wiley, New York (1960)

Celia, M.A., Bouloutas, E.T., Zarba, R.L.: A general mass-conservative numerical-solution for the unsaturated flow equation. Water Resour. Res. **26**, 1483–1496 (1990)

Conant, B.H., Gillham, R.W., Mendoza, C.A.: Vapor transport of trichloroethylene in the unsaturated zone: field and numerical modeling investigations. Water Resour. Res. **32**, 9–22 (1996)

Daus, A.D., Frind, E.O., Sudicky, E.A.: Comparative error analysis in finite-element formulations of the advection-dispersion equation. Adv. Water Resour. **8**, 86–95 (1985)

Diersch, H.J.G., Kolditz, O.: Variable-density flow and transport in porous media: approaches and challenges. Adv. Water Resour. **25**, 899–944 (2002)

Falta, R.W., Javandel, I., Pruess, K., Witherspoon, P.A.: Density-driven flow of gas in the unsaturated zone due to the evaporation of volatile organic-compounds. Water Resour. Res. **25**, 2159–2169 (1989)

Frind, E.O.: Simulation of long-term transient density-dependent transport in groundwater. Adv. Water Resour. **5**, 73–88 (1982)

Grandel, S., Dahmke, A.: Monitored natural attenuation of chlorinated solvents: assessment of potential and limitations. Biodegradation **15**, 371–386 (2004)

Huyakorn, P.S., Pinder, G.F.: Computational Methods in Subsurface Flow, vol. xiii, p. 473. Academic Press, New York (1983)

Jang, W., Aral, M. M.: Three-dimensional Multiphase Flow and Multi-species Transport Model, TechFlow$^{MP}$, Report MESL-02-05, Civil & Environmental Engineering, Georgia Institute of Tech., Atlanta, GA (2005)


Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 22 of 23

Jellali, S., Benremita, H., Muntzer, P., Razakarisoa, O., Schafer, G.: A large-scale experiment on mass transfer of trichloroethylene from the unsaturated zone of a sandy aquifer to its interfaces. J. Contam. Hydrol. **60**, 31–53 (2003)

Lehmann, F., Ackerer, P.H.: Comparison of iterative methods for improved solutions of the fluid flow equation in partially saturated porous media. Transp. Porous Media **31**, 275–292 (1998)

Lenhard, R.J., Oostrom, M., Simmons, C.S., White, M.D.: Investigation of density-dependent gas advection of trichloroethylene-experiment and a model validation exercise. J. Contam. Hydrol. **19**, 47–67 (1995)

Mendoza, C.A., Frind, E.O.: Advective-dispersive transport of dense organic vapors in the unsaturated zone.1. model development. Water Resour. Res. **26**, 379–387 (1990a)

Mendoza, C.A., Frind, E.O.: Advective-dispersive transport of dense organic vapors in the unsaturated zone. 2. sensitivity analysis. Water Resour. Res. **26**, 388–398 (1990b)

Mendoza, C.A., Mcalary, T.A.: Modeling of groundwater contamination caused by organic-solvent vapors. Ground Water **28**, 199–206 (1990)

Metcalfe, D.E., Farquhar, G.J.: Modeling gas migration through unsaturated soils from waste-disposal sites. Water Air Soil Pollut **32**, 247–259 (1987)

Millington, R.J., Quirk, J.P.: Permeability of porous solids. Trans. Faraday Soc. **57**, 1200–1207 (1961)

Parker, J.C., Lenhard, R.J., Kuppusamy, T.: A parametric model for constitutive properties governing multiphase flow in porous-media. Water Resour. Res. **23**, 618–624 (1987)

Rathfelder, K., Abriola, L.M.: Mass conservative numerical-solutions of the head-based richards equation. Water Resour. Res. **30**, 2579–2586 (1994)

Rathfelder, K.M., Lang, J.R., Abriola, L.M.: A numerical model (MISER) for the simulation of coupled physical, chemical and biological processes in soil vapor extraction and bioventing systems. J. Contam. Hydrol. **43**, 239–270 (2000)

Reid, R.C., Prausnitz, J.M., Poling, B.E.: The Properties of Gases and Liquids, vol. x, p. 741. McGraw-Hill, New York (1987)

Rifai, H.S., Newell, C.J., Gonzales, J.R., Wilson, J.T.: Modeling natural attenuation of fuels with BIOPLUME III. J. Environ. Eng.-ASCE, **126**, 428–438 (2000)

Sleep, B.E., Sykes, J.F.: Modeling the transport of volatile organics in variably saturated media. Water Resour. Res. **25**, 81–92 (1989)

Thomson, N.R., Sykes, J.F., Van Vliet, D.: A numerical investigation into factors affecting gas and aqueous phase plumes in the subsurface. J. Contamin. Hydrol. **28**, 39–70 (1997)

van Genuchten, M.T.: A closed-form equation for predicting the hydraulic conductivity of unsaturated soils. Soil Sci. Soc. Am. J. **44**, 892–898 (1980)

Wiedemeier, T.H.: Technical Protocol for Evaluating Natural Attenuation of Chlorinated Solvents in Ground Water, p. 154. Office of Research and Development, Cincinnati, Ohio (1998)

Yeh, G.T.: On the computation of darcian velocity and mass balance in the finite-element modeling of groundwater-flow. Water Resour. Res. **17**, 1529–1534 (1981)



Case 7:23-cv-00897-RJ Document 397-35 Filed 06/04/25 Page 23 of 23