# EXHIBIT 35

Transp Porous Med (2008) 72:207–226
DOI 10.1007/s11242-007-9145-0

# Effect of biotransformation on multispecies plume evolution and natural attenuation

**Wonyong Jang · Mustafa M. Aral**

Received: 20 July 2006 / Accepted: 17 May 2007 / Published online: 22 June 2007
© Springer Science+Business Media B.V. 2007

**Abstract** Biological transformation of volatile organic compounds is one of the key factors that influence contaminant-plume evolution and thus natural attenuation. In this study we investigate the effect of biological transformation on the transport of contaminants in the aqueous and gaseous phases. The analysis includes the study of the effect of density-driven advection of contaminants in the gaseous phase on multiphase and multispecies flow, fate and transport modeling in the subsurface. Trichloroethylene (TCE) and its two byproducts, dichloroethylene and vinyl chloride, are analyzed as the target contaminants. Our results indicate that density-driven advection of the gaseous phase, which is initiated by evaporation of TCE as a nonaqueous phase liquid, increases the downward and also the lateral migration of TCE within the unsaturated zone. This process also influences the location of high-concentration zones of the byproducts of TCE in the unsaturated and the saturated zones. Biotransformation of TCE contributes to the reduction of dissolved TCE plume development as expected. The daughter byproducts, which are introduced into the subsurface system, show distinct transport patterns as they are affected by their independent degradation kinetics and density-driven advection. These observations, which are based on our simulation results for biotransformation and transport of TCE and its byproducts, are useful in evaluating the natural attenuation processes, its potential health hazards and also the evaluation of potential plume development at contaminated sites.

**Keywords** Biotransformation · Natural attenuation · Density-driven advection · Multiphase flow · Trichloroethylene · Volatile organic compounds

## 1 Introduction

Volatile organic compounds (VOCs) such as trichloroethylene (TCE) are among the contaminants that are commonly found in contaminated sites. Once VOCs enter into the

W. Jang (✉) · M. M. Aral
Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA 30332, USA
e-mail: wyjang@gatech.edu



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 2 of 21
CL_PLG-EXPERT_ARAL_0000001777

subsurface, they will spread out through the soil under the influence of complicated processes such as advection, dispersion, partitioning, and biological transformations. Density-driven advection of the gaseous phase, which is generated by the increase in gas density due to evaporation of dense nonaqueous phase liquid (NAPL) contaminants, plays an important role in the transport of VOCs in the unsaturated zone (Falta et al. 1989; Jang and Aral 2006; Mendoza and Frind 1990; Sleep and Sykes 1989; Thomson et al. 1997). By contrast, in the saturated zone, groundwater flow is the major transport mechanism for dissolved contaminants.

Volatile organic compounds released into the subsurface may come in contact with indigenous microorganisms, which can biologically transform these compounds under aerobic or anaerobic conditions. Biotransformation of a contaminant reduces its concentration, but it also introduces new toxic chemicals into the subsurface system (Lorah and Olsen 1999). For example, under anaerobic conditions, which are often observed in contaminated sites, TCE can be transformed to dichloroethylenes (DCEs) and vinyl chloride (VC) by reductive dehalogenation processes (Semprini et al. 1995; Vogel and McCarty 1985; Witt et al. 2002). DCEs is more toxic than TCE, and VC is known to be a carcinogenic intermediate (Montgomery 2000). At TCE-contaminated sites, DCEs and VC have been detected in both unsaturated and saturated zones and in both aqueous and gaseous phases due to biodegradation and partitioning processes (Borch et al. 2003; Dyer 2003). Since the physicochemical properties of DCEs and VC, such as density, vapor pressure, and solubility, differ from those of TCE, the transport patterns of the three substances in the subsurface may also differ. Under aerobic conditions, TCE, cDCE, and VC can be biologically degraded through cometabolic processes instead of dehalogenation, and VC is most easily cometabolized among the three compounds (Davis et al. 2002; van Htlckama Vlieg and Janssen 2001). Bioprocesses associated with these contaminants also depend on other characteristics of subsurface environments. Dehalogenation of the contaminants can be achieved when microorganisms and carbon/energy sources for their growth are present (Wiedemeier 1998). The availability of oxygen plays a key role in determining the specific biological process a contaminant undergoes, i.e. either dehalogenation or aerobic cometabolism. Biological degradation of VOCs can contribute to natural attenuation, which refers to the reduction of contaminant concentrations in subsurface environments over time by advection, dispersion, dilution, sorption, and biotic and abiotic transformations without human-induced operations (Rifai et al. 2000; Wiedemeier 1998).

Biological transformation kinetics of contaminants is very complicated and site-specific (Murphy and Ginn 2000; Murphy et al. 1997; Yu et al. 2005). In numerical applications, Michaelis–Menten and first-order relationships are often used to describe dechlorination kinetics of chlorinated hydrocarbons (Clement et al. 2000; Dinicola 2002; Haston and McCarty 1999; Pavlostathis and Prytula 2000). Wiedemeier (1998) and Schmidt et al. (1985) suggested that a first-order relationship is reasonable for most natural attenuation modeling and for biodegradation of pollutants at low concentrations in the groundwater. In experimental studies of tetracholoethylene and TCE, Haston and McCarty (1999) reported that Michaelis–Menten kinetics is the best approach in modeling biological reduction of chlorinated aliphatic hydrocarbons. Biodegradation of VOCs can play a key role in determining the applicability of monitored natural attenuation (MNA) as a remedial option (Grandel and Dahmke 2004). Considering the MNA option, in order to reduce human health hazards the bioreaction kinetics should be carefully considered in modeling the fate and transport of the contaminants that exist in the subsurface system.

Numerical study of fate and transport of bioreactive contaminants has been conducted by many researchers. Using a two-dimensional transport model identified as BIOMOC with Monod kinetics for biodegradation processes, Essaid et al. (1995) predicted biodegradation of contaminants, including benzene and toluene at a site contaminated with crude-oil.



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 3 of 21

CL_PLG-EXPERT_ARAL_0000001778

Celement et al. (2000) used a three-dimensional transport model, RT3D, in analyzing the transport and biotransformation of chlorinated compounds via first-order sequential dechlorination processes within a saturated zone at a site on a military base. Rifai et al. (2000) investigated the impact of anaerobic processes on natural attenuation of VOCs in the groundwater using a two-dimensional finite difference model, BIOPLUME III. Fang et al. (2003) used BIOGEOCHEM to simulate both microbiological and chemical reactions of multicomponent species in the groundwater.

Biological processes involving VOCs can occur in both saturated and unsaturated zones. Due to bio-processes in the unsaturated zone, the parent and daughter contaminants tend to coexist within the aqueous and gaseous phases (Borch et al. 2003). However, most published studies on transport modeling of bioreactive contaminants have been conducted in fully saturated zones (Clement et al. 2000; Fang et al. 2003; Schaerlaekens et al. 1999). Biological processes that may occur in the unsaturated zone have not been considered in sufficient detail in fate and transport modeling, even though these processes can play an important role in the generation and migration of toxic intermediates. In a review of available public-domain models for natural attenuation, Karapanagioti et al. (2003) pointed out that only a few models considered the effects of gas advection in the unsaturated zone in transport modeling, and none of these models accounted for both gas advection and biological processes at the same time. Since the unsaturated and saturated zones and the atmosphere are connected, gas advection and biological processes in both zones are essential in analyzing the behavior of the parent and potential daughter contaminants while evaluating the natural attenuation alternative taking into account complicated subsurface processes including advection, dilution, biodegradation, and atmospheric loss. This study is designed to contribute to our understanding of contaminant fate and transport processes through modeling in two important areas: one is to consider biological activity in the unsaturated and saturated zones, as opposed to published bioreactive contaminant transport studies (Clement et al. 2000; Fang et al. 2003; Schaerlaekens et al. 1999) limited to the saturated zone, and the other is to take account of the effect of the density-driven advection of contaminants on subsurface contamination in both zones as opposed to previous studies (Falta et al., 1989; Mendoza and Frind, 1990) where the density-driven advection was only considered in the unsaturated zone. These biological and physical processes are interlinked and are integrated in this study in analyzing the fluid flow and contaminant fate and transport within a domain covering both the unsaturated and saturated zones.

The purpose of this study is to investigate the effect of biological transformations of chlorinated VOCs on fate and transport and natural attenuation under the effect of density-driven advection of the gaseous phase in a variably saturated zone. TCE is selected as a primary contaminant in the form of NAPL. The subsurface domain defined here is assumed to be anaerobic, which is often observed at contaminated sites (Semprini et al. 1995). Thus sequential dehalogenation of TCE is only associated with the biological processes, that is biotransformation of TCE to DCEs, and then to VC. Among the three DCE isomers produced by dechlorination of TCE, *cis*-1,2-DCE (cDCE) is the most common (Wiedemeier 1998). Therefore, cDCE has been often used as a representative among DCE isomers in sequential-bioreaction modeling (Clement et al. 2000) as used in this study. Michaelis–Menten and first-order relationships are implemented to describe the bioreaction kinetics of the three contaminants. Further, for the biological processes to occur, we have assumed that indigenous microorganisms and the required carbon sources are present in the subsurface system. In this study we focus on the impact of the use of these two kinetic processes on the evolution of the plumes and the residual masses of TCE, cDCE, and VC under a multiphase, multispecies flow and transport environment. For this purpose fully coupled, nonlinear, multiphase flow and



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 4 of 21

CL_PLG-EXPERT_ARAL_0000001779

multi-species transport equations in the variably saturated zones are formulated and solved using the Galerkin finite element technique.

## 2 Governing equations and numerical methods

In the presence of an immobile NAPL phase trapped in soil pore spaces, analysis of groundwater flow and density-driven advection of the gaseous phase can be modeled as a multiphase flow in the subsurface system (Jang 2005). Multiphase flow and contaminant transport equations are coupled in terms of pressures, saturation levels, and/or contaminant concentrations.

***Multiphase flow equation***: The governing equation for multiphase flow can be written as (Bear and Bachmat 1990; Sleep and Sykes 1989; Thomson et al. 1997)

$$\frac{\partial\left(\phi s_f \rho_f\right)}{\partial t} = \nabla\cdot\left[\frac{\rho_f k_m k_{rf}}{\mu_f}\left(\nabla P_f + \rho_f g \nabla z\right)\right] + I_f; \quad \mathrm{f = g, w} \tag{1}$$

where the subscript f represents the mobile fluids (g: gas and w: water), $\phi$ is the porosity, $s$ is fluid saturation, $\rho$ is fluid density ($\mathrm{ML^{-3}}$), $\mu$ is the dynamic viscosity ($\mathrm{ML^{-1}\,T^{-1}}$), $k_r$ is relative permeability, $k_m$ is the intrinsic permeability tensor ($\mathrm{L^2}$), $P$ is the fluid pressure ($\mathrm{ML^{-1}\,T^{-2}}$), $g$ is the gravitational constant ($\mathrm{LT^{-2}}$), $z$ is elevation (L), and $I_f$ indicates a sink/source term for the gaseous phase due to the partitioning processes of contaminants between phases ($\mathrm{ML^{-3}\,T^{-1}}$). For a two-mobile-phase (gas–water) system, the relative permeabilities of the aqueous and gaseous phases can be written in terms of effective water saturation (Parker et al. 1987; van Genuchten 1980), these details are given in Jang and Aral (2006). For the gaseous phase containing vapors of the degraded multi-species, the vapor density can be estimated from the gas pressure and the contaminant concentration (Jang and Aral 2006). Volatilization of NAPL and gas–water partitioning of multispecies can be a significant source or sink for the gaseous phase (Sleep and Sykes 1989). Applying a first-order relationship for mass transfer processes, we obtain

$$I_g = \sum_{i=1}^{N} \phi s_g \left[\lambda_V^i \left(C_{ge}^i - C_g^i\right) + \lambda_H^i \left(HC_w^i - C_g^i\right)\right] \tag{2}$$

where $\lambda_V$ and $\lambda_H$ are the first-order mass transfer coefficients ($\mathrm{T^{-1}}$) for NAPL/gas and water/gas phase, respectively, $C_{ge}$ is the maximum contaminant concentration in the gaseous phase, $C_w$ is the contaminant concentration in the aqueous phase, and $H$ is a dimensionless Henry's law coefficient. Viscosity of the low-pressure multicomponent gaseous mixture was estimated by Wilke's semi-empirical method (Reid et al. 1987). The change in the saturation of the immobile NAPL phase occurs as a result of vaporization and dissolution, and can be expressed using the first-order relationships:

$$\frac{\partial}{\partial t}\left(\rho_n \phi s_n\right) = \sum_{i=1}^{N}\left[-\phi s_w \lambda_D^i \left(C_{we}^i - C_w^i\right) - \phi s_g \lambda_V^i \left(C_{ge}^i - C_g^i\right)\right] \tag{3}$$

where $\rho_n$ is the NAPL density ($\mathrm{ML^{-3}}$), $\lambda_D$ is a first-order coefficient for dissolution of contaminants ($\mathrm{T^{-1}}$), and $C_{we}$ is the maximum contaminant concentration in the aqueous phase ($\mathrm{ML^{-3}}$).



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 5 of 21
CL_PLG-EXPERT_ARAL_0000001780

***Contaminant fate and transport equation***: The equation for advective-dispersive transport of multiple species contaminants in the aqueous and gaseous phases can be written as,

$$\frac{\partial\left(\phi s_f C_f^i\right)}{\partial t} = \nabla\left(\phi s_f D_f^i \nabla C_f^i\right) - \nabla(q_f C_f^i) + I_{\mathrm{f,MT}}^i + I_{\mathrm{f,BT}}^i \quad (4)$$

where the superscript $i$ and the subscript f represent indexes for contaminants and fluid phases, respectively; $D$ and $q$ are the dispersion tensor ($\mathrm{L^2\,T^{-1}}$) and Darcy flux ($\mathrm{LT^{-1}}$), respectively; and, $I_{MT}$ and $I_{BT}$ indicate inter-phase mass transfer of contaminants and biotransformation ($\mathrm{ML^{-3}\,T^{-1}}$), respectively. The formulations for the dispersion tensor of a species and the tortuosity are given in Jang and Aral (2006). By applying first-order relationships in describing the dissolution, volatilization, and water-gas partitioning processes for contaminants, the mass transfer terms for the aqueous and the gaseous phases can be written as,

$$I_{w,MT}^i = \phi s_w \lambda_D^i \left(C_{we}^i - C_w^i\right) + \phi s_g \lambda_H^i \left(C_g^i - H^i C_w^i\right) \quad (5)$$

$$I_{g,MT}^i = \phi s_g \lambda_V^i \left(C_{ge}^i - C_g^i\right) - \phi s_g \lambda_H^i \left(C_g^i - H^i C_w^i\right) \quad (6)$$

Since the surface of soil particles is covered preferentially by water, linear sorption of dissolved contaminants onto soil surface is considered while direct sorption of vaporized contaminants onto dry soil surface is excluded in this study. In sequential bioreactions of target compounds in the aqueous phase, the reduction in a parent compound by biotransformation implies an increase in its daughter compound mass. In terms of the daughter compounds, biotransformation processes can be written as follows: For first-order kinetics,

$$I_{w,BT}^i = \phi s_w \lambda_B^{i-1} C_w^{i-1} - \phi s_w \lambda_B^i C_w^i \quad (7)$$

and for Michaelis–Menten kinetics,

$$I_{w,BT}^i = \phi s_w \frac{k_B^{i-1} C_w^{i-1}}{K_S^{i-1} + C_w^{i-1}} - \phi s_w \frac{k_B^i C_w^i}{K_S^i + C_w^i} \quad (8)$$

where the superscript $i-1$ and $i$ represent the parent and daughter compounds, respectively, $\lambda_B$ is a first-order biological transformation coefficient ($\mathrm{T^{-1}}$), $k_B$ is a maximum bioreaction rate ($\mathrm{ML^{-3}\,L^{-1}}$), and $K_S$ is a half-saturation constant for a bioreaction ($\mathrm{ML^{-3}}$). In this study, biological reactions are considered to occur only in the aqueous phase because most microorganisms for biological reactions exist only in aqueous phase, and bioreaction coefficients are assumed to be constant during each simulation within a modeling period and domain. Here biological processes on the NAPL-water phases, as reported in the literature (Asconcabrera and Lebeault 1995; Marcoux et al. 2000), are regarded as bioactivities in aqueous phase.

***Numerical methods***: A three-dimensional numerical model, TechFlowMP (Jang 2005; Jang and Aral 2005), is used to solve the multiphase flow and contaminant transport equations. In solving the flow equations, a modified Picard method (Celia et al. 1990) is implemented to overcome the mass balance errors (Jang and Aral 2006). Flow velocities of the gaseous phase and also the aqueous phase play an important role in the density-driven contaminant transport (Diersch and Kolditz 2002). When flow velocities are estimated locally at every element, discontinuity problems in the velocities arise (Yeh 1981). To improve accuracy and overcome the discontinuity problems, Yeh (1981) proposed a method for globally continuous Darcy velocity, which uses a finite element technique to obtain the velocity.



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 6 of 21

CL_PLG-EXPERT_ARAL_0000001781




**Fig. 1** A schematic diagram of the modeling domain

The method has been used to successfully solve transport problems in a variably saturated zone (Srivastava and Yeh 1992; Yeh et al. 1993), and is also applied herein. Time derivatives in the flow and transport equations are approximated by full implicit and semi-implicit Crank–Nicolson techniques, respectively, and mass lumping of the time-derivative mass matrices is used to improve the stability of the solution of nonlinear equations (Celia et al. 1990; Frind 1982). To reduce the numerical difficulty due to the coupling and the non-linearity in the multiphase flow and transport equations, a sequentially iterative scheme is used (Jang and Aral 2006). Mass balance calculations are conducted to determine the temporal changes in the contaminant mass within each phase.

## 3 Application to fate and transport of biologically reactive contaminants

A two-dimensional unconfined aquifer with the dimensions of $200\,\mathrm{m} \times 16\,\mathrm{m}$ in $(x, y)$ directions is used to simulate the migration of multispecies (TCE, cDCE, and VC) contaminants undergoing biological transformations. Initial and boundary conditions used for the flow and transport equations are shown in Fig. 1. TCE residual is set to its NAPL saturation of 5% at a distance $x = 50$–$54$ m and elevation $z = 13$–$15$ m at $t = 0$ days. Initial concentrations of TCE, cDCE, and VC in the gaseous, aqueous, and soil phases in the domain are zero. At the ground surface, an infiltration rate of 30 cm/year is used for the aqueous phase, and a constant atmospheric pressure for the gaseous phase is specified.

For contaminant transport in the gaseous phase, a diffusive flux of contaminants from the ground surface to the atmosphere is assumed to occur via a stagnant boundary layer of 0.3 m thickness, which also accounts for vegetation and plant covers on the ground surface (Mendoza and Frind 1990). Within a stagnant boundary layer, a linear approximation of contaminant dispersion is implemented. The parameters of the soil and properties of TCE, cDCE, and VC used here are given in Tables 1 and 2, respectively. Soil organic content, which plays an important role in retarding the migration of contaminants, may vary with depth, but a uniform value of 0.5% is used within the domain herein. Biological transformations of contaminants are defined in terms of first-order relations and by Michaelis–Menten kinetics, whose coefficients are given in Tables 3 and 4, respectively. For the processes of dissolution, water–gas partitioning, and volatilization of contaminants, we use first-order relations with a rate coefficient of $1.0\,\mathrm{d}^{-1}$ for all simulations conducted herein. The domain grid, consisting of 8,190 nodes and 3,952 elements, is discretized with variable grid spacing of 1–2 m in $x$-direction and 0.25–0.5 m in $z$-direction. All simulations are carried out up to 400 days with



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 7 of 21

CL_PLG-EXPERT_ARAL_0000001782

**Table 1** Properties of soil matrix

| Parameters | Values |
|---|---|
| Intrinsic permeability, $k$ | $1.0 \times 10^{-10}\,m^2$ |
| Porosity, $\phi$ | 0.35 |
| Residual water saturation, $s_m$ | 0 |
| Bulk density, $\rho_b$ | $1{,}600\,kg/m^3$ |
| Longitudinal dispersivity, $\alpha_L$ | 1.0 m |
| Transverse dispersivity, $\alpha_T$ | 0.01 m |
| Soil organic content, $f_{oc}$ | 0.0005 |
| Parameters for the unsaturated zone | |
| $n$ | 2 |
| $\alpha_{gw}$ | $5.0\,m^{-1}$ |

**Table 2** Properties of three target contaminants at 15°C

| Parameters | TCE | cDCE | VC |
|---|---|---|---|
| [a]Molecular weight | 131.39 | 96.94 | 62.50 |
| [b]Vapor density, $kg/m^3$ | 5.56 | 4.10 | 2.64 |
| [c]Vapor dynamic viscosity, $Pa\,s \times 10^6$ | 9.38 | 9.29 | 9.27 |
| [d]Henry constant, dimensionless | 0.227 | 0.097 | 0.756 |
| [e]Molecular diffusion in air, $m^2/s \times 10^6$ | 7.87 | 8.84 | 10.42 |
| [f]Molecular diffusion in water, $m^2/s \times 10^{10}$ | 8.206 | 8.711 | 10.65 |
| [g]Sorption coefficient, $K_{oc}$, L/g | 0.1 | 0.049 | 0.003 |
| [h]Vapor pressure, mmHg | 41.27 | 129.2 | 2136.30 |
| [i]Maximum $C_g$, $kg/m^3$ | 0.302 | 0.697 | 7.434 |
| [j]Maximum $C_w$, $kg/m^3$ | 1.33 | 7.19 | 9.83 |

[a] Montgomery (2000); [b] Calculated by the ideal gas law; [c] Calculated by Thodos and co-workers' equation (Perry et al. 1984) based on data from Reid et al. (1987); [d] Calculated from regression data (Gossett 1987); [e] Calculated from the Fuller, Schettler, and Giddings relation (Perry et al. 1984); [f] Calculated by the Wilke–Chang method (Perry et al. 1984); [g] Values from Mackay et al. (1992); [h] Calculated using regression equation (1) on page 657 (Reid et al. 1987); [i] Calculated from vapor pressure by the ideal gas law; and [j] Calculated from Henry law constant

time steps ranging from 1 to 24 h, which are adjusted according to an automatic time-stepping scheme while checking stability of the solution.

### 3.1 Fate and transport and biotransformation of contaminants with first-order kinetics

Based on published data for TCE, cDCE, and VC, two sets of first-order biotransformation cases are considered to simulate the effects of bioreaction on the transport of contaminants in the subsurface (Table 3). The biodegradation rate of each species in Case F-1 is higher than that in Case F-2 (here F stands for first-order biodegradation cases). The biodegradation rates for both cases are calculated from field data (Clement et al. 2000; Suna et al. 2001). In addition, to examine the impact of TCE biotransformation on its transport, a no-bioreaction



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 8 of 21
CL_PLG-EXPERT_ARAL_0000001783

**Table 3** Biotransformation scenarios for first-order kinetics

| First-order coefficient, day$^{-1}$ | TCE | cDCE | VC |
|---|---|---|---|
| Case F-1 | $3.0 \times 10^{-3}$ | $2.5 \times 10^{-3}$ | $3.8 \times 10^{-3}$ |
| Case F-2 | $1.1 \times 10^{-4}$ | $1.6 \times 10^{-4}$ | $1.0 \times 10^{-4}$ |

Data from Suna et al. (2001) and Data from Clement et al. (2000)

**Table 4** Biotransformation scenarios for Michaelis–Menten kinetics

| Scenarios | TCE | | cDCE | | VC | |
|---|---|---|---|---|---|---|
| | $k_B^d$ ($\mu$M/d) | $K_s$ ($\mu$M) | $k_B^d$ ($\mu$M/d) | $K_s$ ($\mu$M) | $k_B^d$ ($\mu$M/d) | $K_s$ ($\mu$M) |
| Case M-1[a] | 0.62 | 2.8 | 0.11 | 1.9 | 0.012 | 602 |
| Case M-2[b] | 0.008 | 1.4 | 0.00185 | 3.3 | 0.0017 | 2.6 |
| Case M-3[c] | 0.36 | 0.54 | 0.36 | 0.54 | 0.36 | 290 |

[a] Data from Yu et al. (2005); [b] Data from Haston and McCarty (1999); [c] Data from Fennell and Gossett (1998); [d]$k_B$ is calculated with a biomass concentration of 5 $\mu$g/l.

case, which can happen if no indigenous microorganisms are present and/or no energy source is available for microorganisms at contaminated areas (Wiedemeier 1998), is simulated.

The evolution of dissolved and vaporized TCE plumes under no-bioreaction and first-order-bioreaction conditions are shown in Fig. 2. In the unsaturated zone, evaporation of TCE as a NAPL increases the density of the gas mixture at the source zone and this in turn generates the density-driven advection of the gaseous phase. The downward and lateral velocity profiles of the gaseous phase are illustrated in Fig. 2e. The gas advection plays a major role in the migration of the vaporized TCE in the unsaturated zone near the source, and the partitioning of vaporized TCE produces dissolved TCE plumes near the groundwater table. These result in high-concentration zones of TCE in the gaseous and aqueous phases above the groundwater table (Jang and Aral 2006). The development of the dissolved TCE plume in the saturated zone is mostly due to groundwater flow. Biotransformation of dissolved TCE, which reduces the dissolved TCE mass in the aqueous phase, contributes to the decrease in development of dissolved TCE plume. The downstream spreading of the dissolved TCE plume ($\geq$0.1 mg/l) for Case F-1 reaches up to $x = 188$ m, less than $x = 194$ m for no-bioreaction case. Due to TCE partitioning between the aqueous and gaseous phases, natural attenuation by biotransformation of dissolved TCE is also detected in the gaseous phase. For high-concentration regions of TCE ($\geq$200 and 1,000 mg/l for the gaseous and the aqueous phases, respectively), TCE plume development in Case F-1 (Fig. 2b and d) is also much less than that of no-bioreaction case (Fig. 2a and c) in both phases.

As shown in Fig. 3 for Cases F-1 and F-2, high-concentration zones of cDCE are located just above the groundwater table. The two regions of the highest concentration of cDCE are observed on the left- and the right-side positions from a zone on the groundwater table directly below the TCE source. The occurrence of the two regions is due to several coupled factors including density-driven advection of the gaseous phase, atmospheric loss and bioreaction. As seen in Fig. 2e, the advection of gas leads to downward movement of the contaminants from the source, and then this plume splits in two directions (left and right) just above the groundwater table. While TCE in the gaseous phase migrates through high water content



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 9 of 21
CL_PLG-EXPERT_ARAL_0000001784




**Fig. 2** TCE plumes and Darcy velocity of gaseous phase at $t = 300$ days

regions above the groundwater table, vaporized TCE partitions into the aqueous phase and then some portion of dissolved TCE dehalogenates into cDCE. The two-directional gas flow will contribute to the transport of the generated cDCE to the left- or the right-side. The release of cDCE to the atmosphere decreases its concentration near the ground surface. When a contaminant source is located near the ground surface, atmospheric loss of the contaminant plays an important role in reducing contaminant mass in the subsurface system (Jang and Aral 2006), albeit this may yield a health hazard which should be controlled. In addition, infiltration at the ground surface enhances the downward migration of dissolved cDCE in the unsaturated zone, and the air inlet from the surface above the source may also contribute to the dilution of cDCE concentration near the source. In the unsaturated zone, as some portion of generated cDCE vaporizes into the gaseous phase, it will also cause a change in the density of the gas mixture, which can become a driving force for density-driven advection of the gaseous phase. Due to the partitioning processes, patterns of high-concentration regions of vaporized cDCE (Fig. 3b) are similar with those of dissolved cDCE as shown in Fig. 3a. Cases F-1 and F-2 show similar trends in terms of concentration profiles of dissolved and vaporized cDCE, however, cDCE concentrations for the two cases show a distinct difference according to the magnitude of bioreaction coefficients. The comparison of cDCE concentrations in Cases F-1 and F-2 in each phase indicates that the higher biotransformation rate of TCE results in higher



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 10 of 21

CL_PLG-EXPERT_ARAL_0000001785




**Fig. 3** Concentration profiles of cDCE at Cases F-1 and F-2 at $t = 300$ days




**Fig. 4** Concentration profiles of VC at Case F-1 at $t = 300$ days

concentrations and a widening of the plume development of its daughter contaminant cDCE in both the gaseous and aqueous phases.

In this study, VC is generated by biotransformation of cDCE in the aqueous phase, and this can partition into gaseous and soil phases. In Fig. 4, high-concentration zones of dissolved VC ($\geq 2$ mg/l) are detected in the down-gradient saturated zone (at $x = 65$–$125$ m) while high-concentration zones of vaporized VC ($\geq 0.5$ mg/l) corresponds roughly to those of vaporized cDCE ($\geq 4$ mg/l), as shown in Fig. 3b. The concentration profiles of dissolved VC may mostly result from the distribution profiles of dissolved cDCE and this is a characteristic of the sequential biotransformations. First, due to high-concentration plumes of dissolved



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 11 of 21

CL_PLG-EXPERT_ARAL_0000001786




**Fig. 5** Temporal mass profiles of TCE, cDCE, and VC in the domain: (**a**) TCE mass in the aqueous, gaseous, and soil phases, (**b**) TCE mass as NAPL at the source, (**c**) total cDCE mass, and (**d**) total VC mass in the domain

cDCE located near the groundwater table, cDCE as a parent contaminant of VC can be easily transferred into the saturated zone. Second, since VC is generated after cDCE is produced and accumulated, a time lag between the appearances of cDCE and VC may contribute to the downstream movement of the high-concentration zones of the dissolved VC. For Case F-1, even though the concentration of dissolved VC is much lower than that of dissolved cDCE, the former exceed its drinking water standard of the USA (Maximum contaminant level of VC: 0.002 mg/l), which is listed on the National Primary Drinking Water Regulations (EPA 2000). For Case F-2, dissolved VC concentrations were less than 0.01 mg/l in the domain.

In Figs. 2–4 for Case F-1, relatively high-concentration zones of TCE, cDCE, and VC in the aqueous phase appear at different locations, and each contaminant in each phase has distinct contaminant-plume shapes and concentration distributions. These concentration distribution profiles could be an important factor in designing remedial systems at contaminated sites.

Temporal mass evolution of contaminants in the domain is estimated through mass balance computations. In Fig. 5, biotransformation of TCE contributes to: (i) lowering the temporal increase of mobilized TCE in Fig. 5a: TCE masses in the aqueous, gaseous, and soil phases are 8.75, 7.66, and 8.72 kg for no-bioreaction, F-1, and F-2 cases at 350 days, respectively; and, (ii) the reduction of TCE as NAPL at the source in Fig. 5b: TCE mass as NAPL shows nearly linear reduction over time. At 350 days, TCE as NAPL at the source has reduced to 59.8 and 59.3% of its initial mass for the no-bioreaction and F-1 cases, respectively, which suggests that roughly 0.5% reduction of the initial mass is due to biotransformation of TCE. Temporal mass profiles of cDCE in the domain depend on both its generation rates from TCE and its degradation rates into VC. For the Case F-1, cDCE mass increases almost linearly from approximately $t = 80$ days as shown in Fig. 5c. The difference in the rates of biotransformation



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 12 of 21

CL_PLG-EXPERT_ARAL_0000001787




**Fig. 6** Fate of TCE, cDCE, and VC for Case F-1

between Cases F-1 and F-2 produces a significant difference in the temporal variations of cDCE mass in the domain. At $t = 350$ days, total cDCE in the domain are 0.83 and 0.04 kg for Cases F-1 and F-2 respectively, and VC masses are approximately 59.5 and 0.23 g for Cases F-1 and F-2, respectively. These values imply that VC masses correspond to approximately 7.2 and 5.8% of cDCE masses for Cases F-1 and F-2, respectively. Temporal mass profiles of cDCE and VC for Case F-1 indicate that the time lag of VC in reaching approximate-linear increase in contaminant mass is almost twice of that of cDCE. That may be due to the sequential biotransformation applied herein, under which the generation of VC comes after that of cDCE.

The fate of TCE, cDCE, and VC are investigated to identify the loss and distribution of contaminants in the subsurface system (Fig. 6). Since the TCE source is close to the ground surface, TCE release to the atmosphere dominates the fate of mobilized TCE that is dissolved or vaporized directly from the NAPL source. At $t = 400$ days, the release of TCE to the atmosphere is approximately 33% of initial TCE mass (Fig. 6a) while the adsorbed, dissolved, and biotransformed TCE are about 4.5, 4.5, 3.4, and 3.6% of initial TCE mass, respectively (Fig. 6b). As TCE mass in the aqueous phase increases with time, its biotransformation also increases, implying that the role of contaminant biotransformation in determining the fate of contaminants increases with time as dissolved TCE mass increases. Therefore, for long-term simulations of TCE transport in subsurface systems, its biotransformation should be taken into consideration. The portion of the total biotransformed mass will depend on various parameters including the contaminant concentration, the microorganism population, and the energy source. In this study, the portion of biodegraded TCE exceeds that of TCE in the gaseous phase at about $t = 385$ days. TCE mass in the gaseous phase reaches almost stabilized conditions after $t = 200$ days. This may imply a dynamic equilibrium condition, in which TCE mass vaporized from the source is approximately equal to the sum of vaporized



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 13 of 21
CL_PLG-EXPERT_ARAL_0000001788

TCE mass for atmospheric loss and mass transfer into the aqueous phase. TCE on soil is due to sorption, which plays an important role in determining the fate of TCE. The sorption retards the development of the TCE plume.

In Fig. 6c, the largest portion of cDCE generated within the simulation period is observed in the aqueous phase. The portions of cDCE for biodegradation and atmospheric release increase with time and reach up to 16 and 28% at 400 days, respectively. For VC in Fig. 6d, its ratio of biotransformed mass to the total mass of generated VC also increases with time and is about 15% at $t = 400$ days. Since $t = 200$ days, VC released to the atmosphere slightly exceeds the dissolved VC mass in the systems. For cDCE and VC, their atmospheric losses have a significant impact on the fate of the contaminants even though they are generated in the aqueous phase and VC is mostly produced around the groundwater table. This suggests that contaminant release to the atmosphere should be included in modeling fate and transport of VOCs, as long as contaminant plumes are connected to a ground surface through the unsaturated zone. Temporal profiles of cDCE and VC for biotransformation and the atmospheric release shown in Fig. 6c and d are beneficial to natural attenuation, which will cause contaminant reduction in the subsurface system. Relative portions of cDCE and VC in the gaseous phase decrease with time. As shown in Fig. 6d, the occurrence of a relatively high portion of VC in the gaseous phase before 150 days may be due to its high vapor pressure, which contributes to the partitioning of the newly produced VC into the gaseous phase at the early stage of VC generation. Sorbed cDCE is more than 10% of total cDCE mass while, due to a very small $K_{oc}$ of VC, that of VC is minimal during the simulation period.

### 3.2 Fate and transport and biotransformation of contaminants with Michaelis–Menten kinetics

Michaelis–Menten kinetics is often used to represent sequential dechlorination of chlorinated hydrocarbons, and is more complicated than a first-order relationship. First-order coefficients for biotransformations of chlorinated VOCs have been estimated through laboratory and field studies by several investigators (An et al. 2004; Clement et al. 2000; Suarez and Rifai 1999). However, coefficients of the Michaelis–Menten kinetics for chlorinated VOCs have been estimated mainly through laboratory work under well controlled conditions (Cupples et al. 2004; Yu et al. 2005). Biomass concentration in Michaelis–Menten kinetics may vary according to the growth or decay of microorganisms, resulting in the variation of overall biotransformation rates of contaminants at a contaminated site. Due to lack of field data for these coefficients, however, published laboratory data are used herein for sequential biotransformations of TCE, cDCE, and VC under uniform biomass concentration of 5 $\mu$g/l in contaminated areas (Table 4). Among the three cases given in Table 4, Case M-2 (here M stands for the Michaelis–Menten cases) shows the lowest biodegradability. For TCE under $K_s \ll C_w^{\text{TCE}}$, its bioactivity in Case M-1 is greater than that in Case M-3, but for cDCE and VC the latter case has greater biodegradation rates than the former case. In this section, the effect of the Michaelis–Menten kinetics biotransformations of multispecies on their fate and transport are examined through simulations for the three cases identified in Table 4.

Concentration profiles of TCE, cDCE, and VC for Case M-1 are illustrated in Fig. 7. For case M-1, using the Michaelis–Menten kinetics, under low concentrations of dissolved TCE ($\leq$1 mg/l), the plume development in the downstream direction (Fig. 7a) is much less than that for Case F-1 when a first-order kinetics is used (Fig. 2d). Under high concentrations of dissolved TCE ($\geq$1,000 mg/l), however, the former is greater than the latter. These results are due to the characteristic of the Michaelis–Menten kinetics that reflects the change in a biodegradation rate as a function of contaminant concentrations. For $K_s \gg C_w^{\text{TCE}}$, the



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 14 of 21

CL_PLG-EXPERT_ARAL_0000001789




**Fig. 7** Concentration profiles of TCE, cDCE, and VC at $t = 300$ days, Case M-1

biodegradation rate of TCE for Case M-1 corresponds to about $0.22\,d^{-1}$ as a first-order coefficient, which is much larger than the rate of $0.003\,d^{-1}$ for Case F-1, but, for $K_s \ll C_w^{TCE}$, for example for $C_w^{TCE} = 1,000$ mg/l, the biodegradation rate of TCE for Case M-1 becomes approximately 0.08 mg/l day, which is much smaller than the rate of 3.0 mg/l day ($=\lambda_B \times C_w^{TCE}$) for Case F-1. A similar phenomenon can also be observed in the development and migration of TCE in the gaseous phase as shown in Fig. 7d. Based on the profiles of TCE plumes in the aqueous and gaseous phases for Cases M-1 and F-1 shown in Figs. 7 and 2, respectively, we may conclude that the reduction in contaminant mass for Case M-1 is achieved in relatively low concentration regions while the reduction for Case F-1 occurs in high concentration regions near the contaminant source.

Since the biotransformation of TCE implies the generation of cDCE, spatial variations in TCE biotransformation rates will have an influence on the evolution of cDCE plumes in the



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 15 of 21

CL_PLG-EXPERT_ARAL_0000001790




**Fig. 8** Concentration profiles of cDCE and VC at $t = 300$ days, Case M-3

subsurface system. The concentration profiles of dissolved cDCE also show a distinct difference between Cases M-1 and F-1. The high-concentration zones (cDCE ≥8 mg/l) in Case M-1 have moved to far downstream regions near the front of dissolved cDCE plume (Fig. 7b) while its highest-concentration zones at Case F-1 are located on the groundwater table near the source (Fig. 3a). The difference in these results is due to different cDCE-generation patterns under first-order and Michaelis–Menten kinetics within the zones containing high concentrations of dissolved TCE. For First-order kinetics, the generation of a daughter contaminant is linearly proportional to the concentration of a parent contaminant, thus TCE concentration will play a major role in determining the regions of peak cDCE concentration. However, for Michaelis–Menten kinetics, if $K_s \ll C_w^{\mathrm{TCE}}$, the kinetics become zero-order, and thus the generation of cDCE is nearly independent of TCE concentration. For example, in Case M-1, the difference in the generation rates of cDCE under 10 and 100 mg/l of dissolved TCE is less than 5%. This implies that the generation of cDCE in the relatively high-concentration zones (≥10 mg/l) in Fig. 7b will be almost the same. Under such circumstances, the concentration distribution of TCE, the spreading of cDCE by groundwater advection and dispersion, and the biodegradation of cDCE become important factors in determining cDCE plume evolution. In those aspects, the groundwater flow in the saturated zone may contribute to the movement of high-cDCE concentration zones (≥8 mg/l) in the downstream direction for Case M-1.

In Fig. 7c, the high-concentration zones of dissolved VC (≥1 mg/l) appear in the downstream saturated zone at $x = 120$–170 m, and its concentration in the domain is much lower than the concentrations of TCE and cDCE in the aqueous phase. In terms of contaminant migration, however, among plumes with dissolved-contaminant concentration of 0.1 mg/l, VC shows the fastest spreading in the downstream direction in the saturated zone, followed by cDCE and then by TCE. That results from the least retardation of VC among the three contaminants, which is caused by contaminant sorption by the soil. In applying MNA, we need to note that in some cases, such as Case M-1, daughter contaminants can more easily spread out in the subsurface than parent contaminants, resulting in an increase of the area of polluted regions by the daughter contaminants even though the daughter contaminants show lower concentration than the parent ones. Transfer of cDCE and VC from the aqueous to the gaseous phase generates vaporized contaminant plumes in the unsaturated zone. In the gaseous phase, peak-concentration zones of cDCE and VC for Case M-1 appear at two-split locations similar to those for Case F-1 as shown in Figs. 3b and 4b.

Generation of cDCE and VC depends on the concentrations and bioreaction parameters of both their parents and themselves in a complicated manner. In Fig. 8 for Case M-3, VC in the aqueous phase shows higher concentrations than cDCE, and the plume development of



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 16 of 21

CL_PLG-EXPERT_ARAL_0000001791




**Fig. 9** Temporal mass variations of TCE, cDCE, and VC in the domain

the dissolved VC in the downstream direction is greater than that of dissolved cDCE. This phenomenon is a result of low bioreactivity of VC due to its higher half-saturation coefficient when compared to that of cDCE as given in Table 4. For $K_s^{cDCE} \gg C_w^{cDCE}$ and $K_s^{VC} \gg C_w^{VC}$, the biotransformation coefficients of cDCE and VC correspond to approximately 0.67 and $0.0012\,d^{-1}$ as first-order coefficients, respectively. Under such conditions, in which the production of VC from cDCE is greater than the biodegradation of VC, VC will be accumulated in the domain, resulting in an increase in VC concentration. This can occur due to competition for electrons or inhibition (Murray and Richardson 1993; Vogel and McCarty 1985; Wiedemeier 1998). During reductive dechlorination processes of multiple chlorinated hydrocarbons such as TCE, DCEs, and VC, due to competition for electron donors, VC is least susceptible to this process since it is the least oxidized one among these compounds. So the rate of the dechlorination reaction decreases with the decrease in the degree of chlorination of compounds. Under such anaerobic environmental conditions, VC will be accumulated in multispecies-mixed plumes (Murray and Richardson 1993), and as far as the remedial plans are concerned, this implies that one has to carefully analyze the VC behavior in the subsurface system. Downstream from the VC plume, however, the geochemical environment can be more oxidized than that in the upstream region near the source due to less oxygen consumption at low contaminant concentration near the plume front (Witt et al. 2002). More oxidized conditions can cause aerobic biodegradation of TCE, cDCE, and VC. Under such conditions, the reduction of VC will be faster than that of TCE and cDCE (Davis et al. 2002), resulting in the reduction in VC concentration in the downstream.

Temporal evolutions in TCE, cDCE and VC mass in the domain are shown in Fig. 9. Biotransformation with Michaelis–Menten kinetics contributed to reducing the temporal increment in TCE mass in the aqueous, gaseous, and soil phases. Among the three cases for Michaelis–Menten kinetics shown in Fig. 9a, Case M-1 shows the greatest impact on the mass reduction, in which the reduction by TCE biodegradation is approximately 0.75% of the initial TCE mass at $t = 400$ days. This value is less than 2% reduction of the initial TCE mass for Case F-1 at 400 days. Based on simulation results given in Figs. 2, 5, 7, and 8, we might conclude that, in terms of the reduction in the downstream spreading of dissolved TCE plumes ($\geq$0.1,mg/l), biotransformation of TCE is more pronounced in Case M-1 than in Case F-1, however, in terms of total mass reduction of TCE, the biotransformation is less pronounced in Case M-1 than in Case F-1, especially due to high TCE biodegradation near the source in Case F-1. In Fig. 9b and c, for Case M-1, cDCE mass is much larger than VC mass, however, for Case M-3, the latter is larger than the former, which agrees with concentration profiles of cDCE and VC given in Fig. 8. The temporal increase in VC mass within the domain for Case M-3 is about 54% larger than that for Case F-1. In planning



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 17 of 21

CL_PLG-EXPERT_ARAL_0000001792

remediation strategies at polluted sites, our concerns may vary according to issues associated with concentration values, total mass, distribution, and health risks. With regard to the total contaminant mass of byproducts, we may more focus on cDCE for Case M-1 and on VC for Case M-3.

## 4 Conclusions

In this study we investigated contaminant-plume evolution and natural attenuation under biotransformation of chlorinated compounds and density-driven advection of the gaseous phase in a subsurface system covering both the unsaturated and saturated zones. Numerical solutions obtained herein showed that: (i) Biotransformation of dissolved TCE reduced its spreading in both the aqueous and gaseous phases and introduced new contaminants, cDCE and VC, into the system. The degree of the reduction depended on bioreaction kinetics and biodegradation activity of TCE. For two of three Michaelis–Menten kinetics cases tested here, biotransformation of TCE contributed to a decrease of the spreading of the TCE plume with relatively low concentrations in the aqueous and gaseous phases while for the first-order-kinetics cases, Case F-1, produced the reduction in contaminant mass within high concentration regions; (ii) Sequential biological processes generated a time lag between the appearances of cDCE, and VC in the system. Density-driven advection of the gaseous phase and biodegradation kinetics influenced the distribution of those compounds; (iii) Biodegradation activities of compounds, which are expressed by bioreaction coefficients herein, played key roles in determining concentrations of daughter compounds. Especially, the concentrations of cDCE and VC were determined by the difference between generation and degradation rates; and (iv) Atmospheric release and biotransformation of contaminants contributed to natural attenuation at the site. Atmospheric loss of TCE was a dominant mechanism to reduce the contaminants in the domain, and a large portion of daughter contaminants were also released into the atmosphere. This may imply health hazards at natural attenuation sites which must be addressed. Biotransformation reduced concentrations of mobilized TCE and also accelerated the reduction of TCE as NAPL at the source. Thus, biological transformations of chlorinated VOCs may need to be included in the long-term simulations to accurately predict the fate of the contaminants and to effectively design MNA as a remedial option.

The simulation results obtained herein can be used to evaluate groundwater contamination and to analyze the reduction of chlorinated VOCs in the subsurface as an outcome of natural attenuation, as well as to estimate an approximate remedial time for MNA. Under different biotransformation kinetics, the comparison of concentration distributions and mass profiles of the contaminants can help to enhance our understanding on the effect of possible biological processes on subsurface contamination and to design optimal remediation and groundwater conservation strategies. Temporal and spatial distributions of parent and daughter contaminants can be used in assessing potential human health risk due to the toxicity of the contaminants generated in the MNA. We need to note that, as demonstrated here, daughter contaminants can be more toxic and more mobile than the parent contaminants. The behavior of chlorinated VOCs in this study suggested that, at contaminated sites with a VOC source as NAPL in the unsaturated zone, field investigations for contaminants should be carefully conducted in the unsaturated and saturated zones around the groundwater table, where high concentrations of the contaminants were observed. High concentrations of the daughter contaminants might appear at different locations and different depths than the parent contaminants, and this should be considered in designing monitoring networks for MNA. This study focused on the behavior of a source contaminant and toxic intermediates



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 18 of 21

CL_PLG-EXPERT_ARAL_0000001793

under physical and biological conditions including groundwater flow, density-driven gas flow, and sequential biodegradation. In contaminated sites, the physical, chemical, biological, and geological conditions determining subsurface contamination will be more complicated. Microorganism populations can vary with time and location, and these variations may change overall biodegradation of organic contaminants. Thus these site-specific factors should be integrated in characterizing the contaminant migration and in evaluating the efficiency of the MNA.

**Acknowledgements** The authors would like to thank three anonymous reviewers for helpful suggestions and comments.

## References

An, Y.J., Kampbell, D.H., Weaver, J.W., Wilson, J.T., Jeong, S.W.: Natural attenuation of trichloroethene and its degradation products at a lake-shore site. Environ. Pollut. **130**(3), 325–335 (2004)

Asconcabrera, M.A., Lebeault, J.M.: Interfacial area effects of a biphasic aqueous-organic system on growth kinetic of xenobiotic-degrading microorganisms. Appl. Microbiol. Biotechnol. **43**(6), 1136–1141 (1995)

Bear, J., Bachmat, Y.: Introduction to modeling of transport phenomena in porous media. Theory and applications of transport in porous media, vol. 4, xxiv, 553 pp Kluwer Academic Publishers, Dordrecht, Boston (1990)

Borch, T., Ambus, P., Laturnus, F., Svensmark, B., Gron, C.: Biodegradation of chlorinated solvents in a water unsaturated topsoil. Chemosphere **51**(2), 143–152 (2003)

Celia, M.A., Bouloutas, E.T., Zarba, R.L.: A general mass-conservative numerical-solution for the unsaturated flow equation. Water Resour. Res. **26**(7), 1483–1496 (1990)

Clement, T.P., Johnson, C.D., Sun, Y.W., Klecka, G.M., Bartlett, C.: Natural attenuation of chlorinated ethene compounds: model development and field-scale application at the Dover site. J. Contam. Hydrol. **42**(2–4), 113–140 (2000)

Cupples, A.M., Spormann, A.M., McCarty, P.L.: Comparative evaluation of chloroethene dechlorination to ethene by Dehalococcoides-like microorganisms. Environ. Sci. Technol. **38**(18), 4768–4774 (2004)

Davis, J.W. et al.: Natural attenuation of chlorinated solvents at Area 6, Dover Air Force Base: characterization of microbial community structure. J. Contam. Hydrol. **57**(1–2), 41–59 (2002)

Diersch, H.J.G., Kolditz, O.: Variable-density flow and transport in porous media: approaches and challenges. Adv. Water Res. **25**, 899–944 (2002)

Dinicola, R.S.: Natural attenuation of chlorinated volatile organic compounds in ground water at Operable Unit 1, Naval Undersea Warfare Center, Division Keyport, Washington. Water-resources investigations report; 02–4119. U.S., Information Services distributor, Tacoma, Wash., Denver, Colo., ix, 118 pp (2002)

Dyer, M.: Field investigation into the biodegradation of TCE and BTEX at a former metal plating works. Eng. Geol. **70**, 321–329 (2003)

EPA: National water quality inventory: 1998, Report to Congress, Ground water and drinking water chapter, EPA 816-R-00-013, United States. Environmental Protection Agency (EPA). Office of Water, Washington, D.C. U.S.A. (2000)

Essaid, H.I. et al.: Simulation of aerobic and anaerobic biodegradation processes at a crude oil spill site. Water Resour. Res. **31**(12), 3309–3327 (1995)

Falta, R.W., Javandel, I., Pruess, K., Witherspoon, P.A.: Density-driven flow of gas in the unsaturated zone due to the evaporation of volatile organic-compounds. Water Resour. Res. **25**(10), 2159–2169 (1989)

Fang, Y.L., Yeh, G.T., Burgos, W.D.: A general paradigm to model reaction-based biogeochemical processes in batch systems. Water Resour. Res. **39**(4):1083–1108 (2003)

Fennell, D.E., Gossett, J.M.: Modeling the production of and competition for hydrogen in a dechlorinating culture. Environ. Sci. Technol. **32**(16), 2450–2460 (1998)

Frind, E.O.: Simulation of long-term transient density-dependent transport in groundwater. Adv. Water Res. **5**(2), 73–88 (1982)

Gossett, J.M.: Measurement of Henrys law constants for C1 and C2 chlorinated hydrocarbons. Environ. Sci. Technol. **21**(2), 202–208 (1987)

Grandel, S., Dahmke, A.: Monitored natural attenuation of chlorinated solvents: assessment of potential and limitations. Biodegradation **15**(6), 371–386 (2004)



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 19 of 21

CL_PLG-EXPERT_ARAL_0000001794

Haston, Z.C., McCarty, P.L.: Chlorinated ethene half-velocity coefficients (K-s) for reductive dehalogenation. Environ. Sci. Technol. **33**(2), 223–226 (1999)

Jang, W.: Unsteady multiphase flow modeling of in-situ air sparging system in a variably saturated subsurface environment. Ph.D. Thesis, Georgia Institute of Technology, Atlanta, GA, 345 pp (2005)

Jang, W., Aral, M.M.: Three-dimensional Multiphase Flow and Multi-species Transport Model, TechFlow $^{MP}$. Report No. MESL-02–05, Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA (2005)

Jang, W., Aral, M.M.: Density-driven transport of volatile organic compounds and its impact on contaminated groundwater plume evolution. Transport Porous Media. **67**(3), 353–374 (2007)

Karapanagioti, H.K., Gaganis, P., Burganos, V.N.: Modeling attenuation of volatile organic mixtures in the unsaturated zone: codes and usage. Environ. Modell. Software **18**(4), 329–337 (2003)

Lorah, M.M., Olsen, L.D.: Natural attenuation of chlorinated volatile organic compounds in a freshwater tidal wetland: Field evidence of anaerobic biodegradation. Water Resour. Res. **35**(12), 3811–3827 (1999)

Mackay, D., Shiu, W.Y., Ma, K.C.: Illustrated Handbook of Physical-Chemical Properties and Environmental Fate for Organic Chemicals. Lewis Publishers, Boca Raton (1992)

Marcoux, J. et al.: Optimization of high-molecular-weight polycyclic aromatic hydrocarbons' degradation in a two-liquid-phase bioreactor. J. Appl. Microbiol. **88**(4), 655–662 (2000)

Mendoza, C.A., Frind, E.O.: Advective-dispersive transport of dense organic vapors in the unsaturated zone.1. model development. Water Resour. Res. **26**(3), 379–387 (1990)

Montgomery, J.H.: Groundwater chemicals desk reference, vol. xxxv. CRC Lewis Publishers, Boca Raton, 1345 pp (2000)

Murphy, E.M., Ginn, T.R.: Modeling microbial processes in porous media. Hydrogeol. J. **8**(1), 142–158 (2000)

Murphy, E.M. et al.: The influence of physical heterogeneity on microbial degradation and distribution in porous media. Water Resour. Res. **33**(5), 1087–1103 (1997)

Murray, W.D., Richardson, M.: Progress toward the biological treatment of C(1) and C(2) halogenated hydrocarbons. Crit. Rev. Environ. Sci. Technol. **23**(3), 195–217 (1993)

Parker, J.C., Lenhard, R.J., Kuppusamy, T.: A parametric model for constitutive properties governing multiphase flow in porous-media. Water Resour. Res. **23**(4), 618–624 (1987)

Pavlostathis, S.G., Prytula, M.T.: Kinetics of the sequential microbial reductive dechlorination of hexachlorobenzene. Environ. Sci. Technol. **34**(18), 4001–4009 (2000)

Perry, R.H., Green, D.W., Maloney, J.O.: Perry's Chemical Engineers' Handbook. McGraw-Hill, New York (1984)

Reid, R.C., Prausnitz, J.M., Poling, B.E. : The Properties of Gases and Liquids. pp. 741 Vol. x, McGraw-Hill, New York (1987)

Rifai, H.S., Newell, C.J., Gonzales, J.R., Wilson, J.T.: Modeling natural attenuation of fuels with BIOPLUME III. J. Environ. Eng.-ASCE **126**(5), 428–438 (2000)

Schaerlaekens, J., Mallants, D., Simunek, J., van Genuchten, M.T., Feyen, J.: Numerical simulation of transport and sequential biodegradation of chlorinated aliphatic hydrocarbons using CHAIN_2D. Hydrol. Processes **13**(17), 2847–2859 (1999)

Schmidt, S.K., Simkins, S., Alexander, M.: Models for the kinetics of biodegradation of organic-compounds not supporting growth. Appl. Environ. Microbiol. **50**(2), 323–331 (1985)

Semprini, L., Kitanidis, P.K., Kampbell, D.H., Wilson, J.T.: Anaerobic transformation of chlorinated aliphatic-hydrocarbons in a sand aquifer based on spatial chemical-distributions. Water Resour. Res. **31**(4), 1051–1062 (1995)

Sleep, B.E., Sykes, J.F.: Modeling the transport of volatile organics in variably saturated media. Water Resour. Res. **25**(1), 81–92 (1989)

Srivastava, R., Yeh, T.C.J.: A 3-dimensional numerical-model for water-flow and transport of chemically reactive solute through porous-media under variably saturated conditions. Adv. Water Res. **15**(5), 275–287 (1992)

Suarez, M.P., Rifai, H.S.: Biodegradation rates for fuel hydrocarbons and chlorinated solvents in groundwater. Bioremed. J. **3**(4), 337–362 (1999)

Suna, Y., Petersen, J.N., Bearc, J.: Successive identification of biodegradation rates for multiple sequentially reactive contaminants in groundwater. J. Contam. Hydrol. **51**, 83–95 (2001)

Thomson, N.R., Sykes, J.F., Van Vliet, D.: A numerical investigation into factors affecting gas and aqueous phase plumes in the subsurface. J. Contam. Hydrol. **28**, 39–70 (1997)

van Genuchten, M.T.: A closed-form equation for predicting the hydraulic conductivity of unsaturated soils. Soil Sci. Soc. Am. J. **44**(5), 892–898 (1980)

van Htlckama Vlieg, J.E.T., Janssen, D.B.: Formation and detoxification of reactive intermediates in the metabolism of chlorinated ethenes. J. Biotechnol. **85**(2), 81–102 (2001)



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 20 of 21

CL_PLG-EXPERT_ARAL_0000001795

Vogel, T.M., McCarty, P.L.: Biotransformation of tetrachloroethylene to trichloroethylene, dichloroethylene, vinyl-chloride, and carbon-dioxide under methanogenic conditions. Appl. Environ. Microbiol. **49**, 1080–1083 (1985)

Wiedemeier, T.H.: Technical protocol for evaluating natural attenuation of chlorinated solvents in ground water. National Risk Management Research Laboratory Office of Research and Development, Cincinnati, Ohio, xiv, 78, 154 pp (1998)

Witt, M.E. et al.: Natural attenuation of chlorinated solvents at Area 6, Dover Air Force Base: groundwater biogeochemistry. J. Contam. Hydrol. **57**(1–2), 61–80 (2002)

Yeh, G.T.: On the computation of Darcian velocity and mass balance in the finite-element modeling of groundwater-flow. Water Resour. Res. **17**(5), 1529–1534 (1981)

Yeh, T.C.J., Srivastava, R., Guzman, A., Harter, T.: A numerical-model for water-flow and chemical-transport in variably saturated porous-media. Ground Water **31**(4), 634–644 (1993)

Yu, S.H., Dolan, M.E., Semprini, L.: Kinetics and inhibition of reductive dechlorination of chlorinated ethylenes by two different mixed cultures. Environ. Sci. Technol. **39**(1), 195–205 (2005)



Case 7:23-cv-00897-RJ Document 397-36 Filed 06/04/25 Page 21 of 21

CL_PLG-EXPERT_ARAL_0000001796