# EXHIBIT 36

Transp Porous Med (2009) 76:99–119
DOI 10.1007/s11242-008-9238-4

# Multiphase Flow Fields in In-situ Air Sparging and its Effect on Remediation

**Wonyong Jang · Mustafa M. Aral**

Received: 4 August 2006 / Accepted: 24 April 2008 / Published online: 20 May 2008
© Springer Science+Business Media B.V. 2008

**Abstract** In-situ air sparging (IAS) is used for the clean-up of soil and groundwater that are contaminated with volatile organic compounds in relatively permeable subsurface environments. In this study, we investigated the secondary groundwater and gas flow fields that develop in the vicinity of single and multiple air sparging wells. The purpose is to evaluate their effects on contaminant plume migration and thus, remediation. Governing equations describing multiphase flow and contaminant transport in a three-dimensional domain were formulated and solved using the Galerkin finite element technique. Trichloroethylene was selected as a target contaminant. The increase in air injection contributed to an increase in the size of the IAS cone of influence and the gas saturation levels within the cone. This reduced the groundwater velocity within the cone and increased the zone of detour of groundwater around the air sparging wells. This outcome was quantified and compared under several IAS operations. Different soil permeability characteristics also affected the groundwater and gas flow patterns, and this impacted the remedial performance of the IAS system. Under high ambient groundwater velocity, an air sparging system that uses a single injection well caused the detour of contaminant plumes around injection wells, regardless of air injection rates, and failed to meet the remedial goal specified here. This system was successful for relatively low ambient groundwater velocity environments used here. An IAS system with multiple injection wells was effective in capturing and remediating the detoured contaminant plume, and showed superior performance when compared to a single injection well IAS system. Using IAS simulation, we also analyzed the impact of injection rates on site remediation using single or multiple wells. Design criteria that are based on the results of this study would be useful in enhancing the performance of the IAS systems.

**Keywords** Air sparging · Numerical modeling · Multiphase flow · Soil vapor extraction · Remediation · Contaminant transport · Trichloroethylene

W. Jang (✉) · M. M. Aral
Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA 30332, USA
e-mail: wyjang@gatech.edu



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 2 of 22

CL_PLG-EXPERT_ARAL_0000001797

## 1 Introduction

In-situ air sparging (IAS) is a cost-effective remedial technology that is used for the removal of dissolved volatile organic compounds (VOCs) in groundwater and VOCs as nonaqueous phase liquid (NAPL) both above and below the groundwater table (Thomson and Johnson 2000; Unger et al. 1995; Waduge et al. 2004). An IAS system injects clean, pressurized air into the subsurface below the water table. The air rises through porous media under the effect of buoyancy and capillary forces. As the injected air contacts the contaminated groundwater or NAPL, VOCs will be partitioned from the water phase into the air phase. Once the air, now containing the contaminants, rises to the unsaturated zone, it is withdrawn by a soil vapor extraction (SVE) system. Contaminant removal by IAS relies primarily on volatilization, dissolution, and biodegradation of contaminants (Braida and Ong 2000; Roosevelt and Corapcioglu 1998; Unger et al. 1995). IAS is mostly used for contaminants with high Henry's law constants, which include benzene, xylene, toluene, and trichloroethylene (TCE). IAS works best in uniform coarse-grained soils, such as sand and gravel and can enhance the aerobic biodegradation of VOCs in the subsurface by transferring oxygen to the groundwater (Kirtland et al. 2001).

IAS with SVE has been successfully applied to many sites contaminated with gasoline and chlorinated solvents (Bass et al. 2000). Field applications of the IAS technology are growing more rapidly than the theoretical and design knowledge associated with this technique, and mathematical models of air sparging are in the early stages of development (McCray 2000). Published air-sparging models became available from the early to mid-1990s. The first conceptualizations of air flow during air sparging were of bubbles rising in the saturated zone. It is now generally accepted that airflow occurs in discrete air channels for most porous media, including gravel or well-sorted coarse sands (Elder and Benson 1999; Ji et al. 1993; Reddy and Adams 2001). Air channeling is ubiquitous at the pore scale and occurs at various scales during IAS (Clayton 1999). At macroscopic scales, air channels may be closely spaced relative to the representative elementary volume of a typical model, and air–water flow can be assumed to be a continuum within relatively homogeneous porous media (McCray 2000). Air–water flow as a continuum, is used in multiphase flow models, in which groundwater and gas phases are regarded as a continuum in a porous medium, and each fluid phase has its own flow pathway based on its saturation level.

Numerical analysis of multiphase flow systems have significantly contributed to the theoretical aspects of IAS (McCray 2000). Mohtar et al. (1994) developed a two-dimensional steady-state model, "SPARG," which was used to predict the capillary pressure distribution during air sparging. Using a three-dimensional multiphase flow model developed by Huyakorn et al. (1994) and Panday et al. (1994) depicted the distribution of steady-state gas pressure in the vicinity of an sparging well and the profile of air velocity along a vertical cross-section and a horizontal plane. Transient air flows in a homogenous axially symmetric porous medium were simulated by van Dijke et al. (1995), who showed that injected air induced groundwater table mounding and the dynamic movements of air and water were stabilized within two hours. The groundwater table mounding was also reported by Lundegard and Anderson (1996). In IAS modeling, using CompFlow model, Unger et al. (1995) investigated the controlling mechanisms in removing TCE as dense NAPL above and below the groundwater table, and showed the importance of good contact between injected air and contaminant plume.

In IAS system, injected air causes dynamic movement of groundwater and air by displacing water in the soil matrix. The lateral and upward movement of the air phase are important factors in determining the radius of influence and the degree of contact between the injected



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 3 of 22

CL_PLG-EXPERT_ARAL_0000001798

air and the contaminated groundwater, which controls the efficiency of IAS system (McCray 2000). Bass et al. (2000) pointed out several difficulties in IAS applications, such as the design of the density of the sparging wells and the contact time between the contaminant plume and the air phase. Numerical modeling can be a valuable tool in predicting the complex processes involved in the fluid flow and contaminant transport patterns, and the nonequilibrium reactions. The outcome of IAS modeling may lead to the design of more efficient IAS systems and in solving problems that may occur during an IAS application (Benner et al. 2002). Published numerical studies on IAS point toward several important processes associated with IAS including air movement and mass transfer between phases (McCray and Falta 1996; Mei et al. 2002; Unger et al. 1995; van Dijke et al. 1995). However, dynamic flow of gas and water and its impact on contaminant migration and removal in a three-dimensional subsurface environment have not been studied in sufficient detail, the understanding of which is essential to determine the applicability of the IAS and to the design of an optimal operation of an IAS system at a contaminated site. The gas flow in the subsurface highly depends on soil permeability and heterogeneity (Chen et al. 1996; McCray 2000; Peterson and Murray 2003). The heterogeneity plays an important role in determining preferential paths of air flow (Ji et al. 1993; Reddy and Adams 2001). In this study, since we are not working with field data, the soil medium was assumed to be homogeneous but anisotropic. The purpose is to examine the dynamic interactions between gas and water phases for different soil permeabilities, ranging from $10^{-10}$ to $10^{-13}\,\mathrm{m^2/s}$, and evaluate the effectiveness of the IAS based on design parameters, such as air injection rates, well spacing and radius of influence formation.

Thus, the objective of this study is to investigate the flow of gas and groundwater and transport of contaminants in the vicinity of an air sparing zone to evaluate the effect of air-sparging rates on gas distribution, contaminant migration pathways, and remediation efficiency, and evaluate the design alternatives for an effective IAS operation. For this purpose, multiphase flow patterns for several IAS operations are examined in terms of saturation levels and fluid velocity profiles of each phase in a three-dimensional domain. Nonlinear coupled multiphase flow equations and advective–dispersive contaminant transport equations were formulated and solved using the Galerkin finite-element method. TCE is selected as the target contaminant in water and gas phases, and its nonequilibrium mass transfer between phases was expressed using a first-order relationship. Single- or multiple-sparging well systems were used in three different soil-permeability environments.

## 2 Governing Equations and Numerical Methods

Multiphase flow equation is complex and highly nonlinear because of capillary pressure and relative permeability relationships incorporated into the equation, which is coupled with the contaminant transport equation in terms of pressures, saturation levels, and/or contaminant concentrations.

### 2.1 Multiphase Flow Equation

From mass balance equations and Darcy's law, the governing equation of multiphase flow can be given as (Bear 1972; Jang and Aral 2006):

$$\frac{\partial\left(\phi s_{\mathrm{f}}\rho_{\mathrm{f}}\right)}{\partial t}=\nabla\cdot\left[\frac{\rho_{\mathrm{f}}k_{\mathrm{m}}k_{\mathrm{rf}}}{\mu_{\mathrm{f}}}\left(\nabla P_{\mathrm{f}}+\rho_{\mathrm{f}}g\nabla z\right)\right]+Q_{\mathrm{f}};\quad \mathrm{f}=\mathrm{w,g} \tag{1}$$



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 4 of 22

CL_PLG-EXPERT_ARAL_0000001799

where subscript f represents mobile fluids (g: gas and w: water), $\phi$ is porosity, $s$ is fluid saturation, $\rho$ is fluid density ($ML^{-3}$), $\mu$ is dynamic viscosity ($ML^{-1}T^{-1}$), $k_r$ is relative permeability, $k_m$ is intrinsic permeability tensor ($L^2$), $P$ is fluid pressure ($ML^{-1}T^{-2}$), $g$ is the gravitational constant ($LT^{-2}$), $z$ is elevation (L), and $Q$ indicates a sink/source term ($ML^{-3}T^{-1}$). For gas–water system, the relative permeabilities of water and gas phases can be written in terms of effective water saturation using the capillary pressure–saturation–relative permeability relationships (Parker et al. 1987; van Genuchten 1980),

$$k_{rw} = s_{we}^{1/2}\left[1 - \left(1 - s_{we}^{1/m}\right)^m\right]^2 \quad \text{for water phase} \tag{2}$$

$$k_{rg} = (1 - s_{we})^{1/2}\left(1 - s_{we}^{1/m}\right)^{2m} \quad \text{for gas phase} \tag{3}$$

with

$$s_{we} = \frac{s_w - s_m}{1 - s_m} = \begin{cases} \left[1 + \left(\alpha_{gw}\psi_{cgw}\right)^n\right]^{-m} & \psi_{cgw} > 0 \\ 1.0 & \psi_{cgw} \le 0 \end{cases} \tag{4}$$

where $s_{we}$, $s_w$, and $s_m$ are the effective, actual, and residual water-phase saturation, respectively; $\alpha_{gw}$ and $n$ are empirical parameters; $m = 1 - 1/n$; $\psi_{cgw}$ is a gas–water capillary pressure head (L); and, is the water-equivalent pressure head of each phase (L). For the water phase, both saturation and pressure vary in the unsaturated zone, and, for gas phase, gas density is mostly controlled by gas pressure (Thomson and Johnson 2000):

$$\rho_g(P_g, C) = \rho_{air} + \gamma_g\psi_g \tag{5}$$

where $\rho_{air}$ is pure air density ($ML^{-3}$) under atmospheric pressure and $\gamma_g$ is the gas compressibility ($T^2L^{-2}$).

## 2.2 Contaminant Fate and Transport Equation

The equation for advective–dispersive transport of a contaminant in the water and gas phases can be written as (Jang and Aral 2006):

$$\frac{\partial(\phi s_f C_f)}{\partial t} = \nabla(\phi s_f D_f \nabla C_f) - \nabla(q_f C_f) + I_f + C_f^* Q_f'; \quad f = w, g \tag{6}$$

where $D$ and $q$ are the dispersion tensor ($L^2T^{-1}$) and Darcy flux ($LT^{-1}$), respectively; $I$ indicates inter-phase mass transfer of a contaminant ($ML^{-3}T^{-1}$); $C^*$ is the specified concentrations of contaminants at a source/sink [$ML^{-3}$]; and $Q'$ is the strength of the source/sink [$T^{-1}$]. Darcy velocity for each fluid flow through porous media can be written as:

$$q_f = -\frac{k_m k_{rf}}{\mu_f}\rho_w g\left(\nabla\psi_f + \frac{\rho_f}{\rho_w}\nabla z\right) \tag{7}$$

The correct form of dispersion coefficients for an anisotropic soil medium requires five independent dispersivities (Bear and Bachmat 1986), which is hard to obtain in field application. As an alternative form, the modified formulations of dispersion coefficients for anisotropic systems, suggested by Burnett and Frind (1987), could be used and was applied in this study, which include a longitudinal dispersivity, a horizontal transverse dispersivity, and a vertical transverse dispersivity. The tortuosity can be estimated using an empirical equation developed by Millington and Quirk (1961). By applying first-order relationships to water–gas



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 5 of 22

CL_PLG-EXPERT_ARAL_0000001800

partitioning processes for a contaminant, mass transfer terms for water and gas phases can be written as:

$$I_w = -I_g = \phi s_g \lambda_H \left(C_g - HC_w\right) \quad (8)$$

where $\lambda_H$ is a first-order mass transfer coefficient ($T^{-1}$) between the water and gas phases, $C_w$ is the contaminant concentration in the water phase ($ML^{-3}$), and $H$ is the dimensionless Henry's law coefficient. Under IAS operations, the velocity of the gas phase relative to the water phase is variable within the influence zone of IAS. Under these conditions, the mass transfer coefficient of a contaminant between phases may depend on the relative velocity between the phases. In the range of superficial gas velocities up to 0.04 m/s, the mean mass transfer coefficient of TCE between water and gas phases is suggested as follows (Hecht et al. 1995):

$$\lambda_H = 0.45 q_{gas} \quad (9)$$

where $q_{gas}$ denotes superficial gas velocities of the gas phase ($LT^{-1}$) and corresponds to Darcy velocity of the gas phase in the porous medium. Due to hydrophobic effects of VOCs, sorption of dissolved VOCs onto soil particles is much faster than the partitioning processes between the gas and water phases. Thus for this case, linear sorption equilibrium model can be used.

### 2.3 Numerical Method

The set of partial differential equations given in Eqs. 1 and 6 were solved using a three-dimensional Galerkin finite element model, TechFlowMP (Jang and Aral 2005), which uses a three-dimensional isoparameteric rectangular prism element. Picard linearization scheme was also employed in solving the nonlinear flow equations. Flow velocities of gas and water phases, shown in Eq. 7, play an important role in determining the migration of contaminants within each phase (Jang and Aral 2006). In order to improve the accuracy and overcome discontinuity problems in calculating flow velocities, a method for globally continuous Darcy velocity, proposed by Yeh (1981), is implemented. The time derivatives in the flow and transport equations are approximated by a finite difference technique. All simulations in this study used fully implicit time integration method for flow equations and semi-implicit Crank–Nicolson technique for transport equations. Mass lumping of time-derivative mass matrices was also used to improve the stability of the solution of nonlinear flow equations (Frind 1982). To reduce the numerical difficulty due to the coupling and non-linearity in multiphase flow and transport equations, a sequentially-iterative scheme is applied. This iterative scheme solves a set of decoupled system equations (Diersch and Kolditz 2002; Jang and Aral 2006): The equations are consecutively solved, and the solution procedures are repeated until all solutions are converged below a specified tolerance level. Convergence criteria used here are (Lehmann and Ackerer 1998):

$$\max\left|\psi^{t+1,i+1} - \psi^{t+1,i}\right| \le \varepsilon_{a,\psi} + \varepsilon_{r,\psi}\left|\psi^{t+1,i+1}\right| \quad \text{for flow equations} \quad (10)$$

$$\max\left|C^{t+1,i+1} - C^{t+1,i}\right| \le \varepsilon_{a,C} + \varepsilon_{r,C}\left|C^{t+1,i+1}\right| \quad \text{for transport equations} \quad (11)$$

where superscripts $t$ and $i$ indicate time and iteration indexes, respectively; $\varepsilon_a$ and $\varepsilon_r$ are absolute and relative errors, respectively: $\varepsilon_{a,\psi} = \varepsilon_{r,\psi} = 10^{-3}$ and $\varepsilon_{a,C} = \varepsilon_{r,C} = 10^{-5}$ were used here. The length of time steps was automatically adjusted by the number of iterations



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 6 of 22

CL_PLG-EXPERT_ARAL_0000001801

done for flow and transport equations at the previous time step. Since nonlinear transport equations do not have discrete criteria for accuracy and stability (Mendoza and Frind 1990), Peclet (*Pe*) and Courant (*Cr*) numbers proposed by Daus et al. (1985) are implemented as approximate guides: $Pe = v\Delta l/D \leq 2$ and $Cr = v\Delta t/\Delta l \leq Pe/2$ where $v = q/\phi$ is an averaged pore velocity, $D$ is a dispersion coefficient, and $\Delta l$ is a grid spacing or a characteristic element length. Mass balance calculations, as described by Huyakorn and Pinder (1983), were conducted to determine temporal contaminant removal in the domain.

## 3 Application of IAS Systems

Three-dimensional unconfined aquifer with three different dimensions in $y$-direction and different hydraulic properties were used to investigate multiphase flow and contaminant transport and removal by IAS. Selected solution domains are: 40 m and 15 m in $x$- and $z$-directions, respectively, and 20, 30, and 42 m in $y$-direction. A domain with a length of 20 m in $y$-direction is shown in Fig. 1. The dimension of a modeling domain was chosen according to the size of the radius of influence (ROI) of an IAS system. An IAS system used here consists of vertical injection and extraction wells, which are installed at the same location on the $x$–$y$ plane at different elevations in $z$-direction. In the domain, groundwater flows from the left to right in positive $x$-direction. The elevation of the groundwater table ranges from 9.65 m at the left-hand side boundary ($x = 0$ m) to 9.5 m at the right-hand side boundary ($x = 40$ m).

The soil media parameters and the properties for TCE are given in Tables 1 and 2, respectively. In order to set up the initial conditions for a contaminated zone, a contaminant transport simulation was conducted under the conditions that a TCE source is present at the groundwater table. Initial dissolved and vaporized TCE concentration profiles in the domain are given in Fig. 2. Initially, TCE is present within the gas, water, and soil solid phases in the unsaturated and saturated zones. IAS systems are applied to clean up this contaminated zone. For groundwater flow, the boundaries of the saturated zone at the left- and right-hand side boundaries (on $y$–$z$ planes at $x = 0$ and 40 m) in Fig. 1 are set to constant hydraulic head representing groundwater flow in increasing $x$-direction, and the other boundaries are set to no flow condition. For gas flow, all boundaries are assigned as no flow condition with the exception of a constant atmospheric pressure at the ground surface. For contaminant transport in the gas phase, the ground surface is set to a stagnant boundary layer of 0.3 m thickness, and, for contaminant transport in water phase, the boundary of the saturated zone at the




**Fig. 1** Three-dimensional model domain with injection and extraction wells



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 7 of 22

CL_PLG-EXPERT_ARAL_0000001802

**Table 1** Properties of soil media

| Parameters | Values |
|---|---|
| Intrinsic permeability, $k_{xx} = k_{yy}$ | $1.0 \times 10^{-10} - 1.0 \times 10^{-12}\,m^2$ |
| Intrinsic permeability, $k_{zz}$ | $5.0 \times 10^{-11} - 5.0 \times 10^{-13}\,m^2$ |
| Anisotropy ratio (permeability) | 2 |
| Porosity, $\phi$ | 0.35 |
| Residual water saturation, $s_m$ | 0.01 |
| Bulk density, $\rho_b$ | 1,600 kg/m$^3$ |
| Temperature, $T$ | 15°C |
| Longitudinal dispersivity | 1.0 m |
| Horizontal transverse dispersivity | 0.1 m |
| Vertical transverse dispersivity | 0.1 m |
| Soil organic content | 0.0005 |
| Parameters for the unsaturated zone | 3 |
| $n$ | 2 m$^{-1}$ |
| $\alpha_{gw}$ | |

**Table 2** Properties of TCE at 15°C

| Parameters | Values |
|---|---|
| Molecular weight | 131.39 |
| Vapor density, kg/m$^3$ | 5.56 |
| Vapor dynamic viscosity, Pa s | $9.38 \times 10^{-6}$ |
| Henry constant, dimensionless | 0.227 |
| Molecular diffusion in air, m$^2$/s | $7.87 \times 10^{-6}$ |
| Molecular diffusion in water, m$^2$/s | $8.21 \times 10^{-10}$ |
| Sorption coefficient, $K_{oc}$, L/kg | 100 |
| Vapor pressure, mmHg | 41.27 |
| Maximum $C_g$, kg/m$^3$ | 0.302 |
| Maximum $C_w$, kg/m$^3$ | 1.33 |

right-hand side boundary (on $y$–$z$ plane at $x = 40$ m) is set to a free exit condition (Frind 1988). For groundwater flow, since each upstream and downstream boundary conditions are the same for all cases considered here, the lower permeability yields the slower background groundwater velocity, and vice versa, according to Eq. 7.

In this study, the primary injection/extraction wells for gas phase are located at the middle of the domain in $y$-direction (at $y = 0$ m), and additional injection/extraction wells are installed at the mirror locations across the $x$–$z$ plane at $y = 0$ m. Since soil media in the domain is homogeneous and anisotropy is in $z$-direction, gas injection/extraction rates, the initial contaminant distribution, and the groundwater flow are set to be symmetric across the $x$–$z$ plane at $y = 0$ m. Based on this symmetry, multiphase flow and TCE behavior under IAS operations would be also symmetric across the plane. Thus, half of the domain in $y$-direction ($y \geq 0$ m) was used for numerical simulations in this study. The numerical solution domain range can be given as $x = 0$–40 m, $y = 0$–10/0–15/0–21 m, and $z = 0$–15 m, which was discretized with a variable grid spacing of 0.5–1 m in $x$-, $y$-, and $z$-directions.

All simulations for IAS operations were carried out up to 60–1,500 days with initial time step of 1 s. Since the highest concentration zone was located on $x$–$z$ plane at $y = 0$ m and $x$–$y$ plane at $z = 9$ m, concentration contours of dissolved TCE are presented on these two planes. Concentration profiles of the contaminant on other planes in all directions were also evaluated, but these are not given here. In this study, a target concentration of 0.001 g/l for TCE was selected as the clean-up goal.



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 8 of 22

CL_PLG-EXPERT_ARAL_0000001803




**Fig. 2** Initial concentration distributions of TCE

**Table 3** Scenarios for an IAS system with single injection well

| Air injection rate, $Q_{\text{inj}}$ ($m^3$/h) | Horizontal permeability of soil matrix ($k_{xx} = k_{yy}$)* | | |
|---|---|---|---|
| | $10^{-10}$ $m^2$ | $10^{-11}$ $m^2$ | $10^{-12}$ $m^2$ |
| 5 | L-1 | M-1 | S-1 |
| 10 | L-2 | M-2 | S-2 |
| 30 | L-3 | M-3 | S-3 |
| 50 | L-4 | M-4 | S-4 |
| 60 | L-5 | – | – |

*Anisotropy ratio for permeability ( $k_{xx}/k_{zz}$) = 2

### 3.1 Multiphase Flow and Contaminant Removal using Single Injection Well

Air injection rate is one of the more important factors that affect the performance of the IAS system. During pilot-scale IAS experiments, several injection rates are usually tested to find the optimal rates (Lee et al. 2002; Marley et al. 1992). For an IAS system with two wells (one for injection and one for extraction), a set of scenarios with different injection rates for three distinct permeability conditions were simulated as listed in Table 3. Typically, extraction rates in the unsaturated zone are much greater than the injection rates to provide extraction capacities enough to capture the injected air. In the scenarios discussed here, extraction rates are twice the injection rates, and well screens are located at $x = 25.25$ m, $y = 0$ m, and $z = 2$–3 m for an injection well and $z = 11$–12 m for an extraction well.

The distribution of gas saturation is an outcome of complicated relationships of relevant parameters, such as air injection rates and hydrogeological condition of the subsurface system. In Fig. 3, the distributions of gas saturation for the IAS system show roughly parabolic shapes of air plumes, and the larger air-injection rate contributes to the increase in both the size of the air plume and gas saturation levels in the vicinity of the sparging well. For example, gas saturation levels around the sparging well are approximately 30% and more than 50% for Cases L-2 and L-5, respectively. These gas-saturation distributions can be used to estimate the cone of influence of IAS system, which delineates a mixing zone where injected air contacts with the groundwater. In this study, the influence cone of the IAS system (or the distribution of gas saturation) was not exactly axi-symmetric due to the effect of groundwater flow in the positive $x$-direction. The flow expanded ROI by $<0.3$ m to the downstream from the sparging point.



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 9 of 22
CL_PLG-EXPERT_ARAL_0000001804




**Fig. 3** Air saturation profiles under two air-injection rates ($Q_{\text{inj}} = 10$ and $60\,\text{m}^3$/h for Cases L-2 and L-5, respectively) at single injection well

Since contaminant removal in an IAS system primarily depends on mass transfer of contaminants from the water phase to the gas phase, the size of the mixing zone should be large enough to cover the target contaminant plume. Our attention will be on gas saturation at a zone through which contaminant plumes might pass in the saturated zone: In Fig. 2, contaminant plumes are located approximately at $y = 0$–$4$ m and $z = 5$–$9.6$ m on $y$–$z$ planes, and, in Fig. 3, gas saturation of these plume regions range from 0 to 0.24 m for Case L-2 and from 0.01 to 0.46 m for Case L-5.

ROI can be defined as the maximum radius from an injection well to a location at which remedial effects due to injected air are observed, or as a radius from an injection well to a location at which the change in gas pressure due to air sparging is detected. ROI, one of the key factors in designing an IAS system, can be estimated as a pre-selected gas saturation level, gas pressure, or gas-species concentration based on the contaminated-site conditions (Lee et al. 2002). The most common method to estimate ROI is to use the gas-phase saturation profiles in field applications (McCray and Falta 1996).

As seen in Fig. 3, ROI varies with depth due to the change in the distributions of gas saturation over elevation. In this study, since air plume is almost fully expanded at $z = 9$ m before the injected air reaches the unsaturated zone, ROI at $z = 9$ m was selected as a representative value for each IAS case after gas flow is stabilized (after about 2 h for each simulation). The ROI results of IAS scenarios, given in Table 3, are presented in Fig. 4. The ratio of ROI to the depth of air injection point from the groundwater table is given in Fig. 4, which will be useful to compare the relative lengths of ROI and the depth, and visualize the cone of influence of the IAS system considered in this study. In Fig. 4, the lower soil permeability yields



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 10 of 22

CL_PLG-EXPERT_ARAL_0000001805




**Fig. 4** Radius of influence on the $x$–$y$ plane at $z = 9$ m

larger ROI at the same air injection rate and the effect of air injection rate on ROI becomes greater as soil permeability decreases. When air injection rate increases from 5 to 30 $m^3$/h, the increment increase in ROI of $s_g$=1% are approximately 1.2 and 4.1 m for $k_{xx} = 10^{-10}$ and $10^{-11}$ $m^2$, respectively. We also need to note that the decrease in soil permeability results in the reduction of the difference between ROIs for different gas saturation levels at a given air injection rate in Fig. 4. As contaminant concentrations in the groundwater vary over time and location, it is difficult to predict the exact remedial performance of each gas saturation level. However, the values of ROI at different soil permeabilities and injection rates, shown in Fig. 4, can be used to predict the approximate effective remediation zones based on minimum gas saturation levels that could be obtained through pilot-scale field or laboratory experiments for contaminated sites.

In IAS system, injected gas constantly interacts with the groundwater while both fluids flow through porous media, and gas flow patterns can be estimated from the relationships between groundwater and gas pressures. In Fig. 5, Darcy velocity profiles for gas flow are presented. Around the injection screen, gas flow shows some lateral, downward movement, but overall, its upward movement is dominant in the initial saturated zone. After air is released at very high velocities from injection points, as air plumes expand with its upward movement, air velocity reduces. The increase in air injection rates contribute to increasing gas flow velocities within the cone of influence of the IAS system. In Fig. 5, gas velocities within the cone of influence of the IAS system increase as the location approaches an injection well on $y$–$z$ plane at $x = 25$ m: For example, on the plane $x = 25$ and $z = 9$ m, Darcy velocities of gas phase at $y = 0$ and 4 m are approximately 0.54 and 0.1 cm/s, respectively, implying that, according Eq. 9, mass transfer capacity at the former location will have more than five times that of the latter one.

The flow pathways and velocity profiles of the groundwater on horizontal and vertical planes are given in Fig. 6. Within the cone influence of IAS system, which is roughly delineated by $s_g = 1\%$ in Fig. 6, air sparging reduced and diverted groundwater flow around the injection well. The reduction in the groundwater velocities was proportional to air injection rates and local gas saturation levels. For Case L-2, at three different elevations $z = 3$, 5, and 9 m of the injection well location ($x = 25$ and $y = 0$ m on $x$–$z$ plane in Fig. 6a), groundwater



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 11 of 22
CL_PLG-EXPERT_ARAL_0000001806




**Fig. 5** Darcy velocity of gas at an air injection rate of 60 m$^3$/h for Case L-5. A dashed line indicates gas saturation level of 0.01




**Fig. 6** Darcy velocities of groundwater at air injection rates of 10 and 60 m$^3$/h for Cases L-2 and L-5, respectively. Dashed lines indicate a gas saturation level of 0.01

flow velocities were approximately 13, 38, and 50% of the background groundwater velocity ($3.9 \times 10^{-6}$ m/s) far upstream from the injection well, respectively. Due to the reduction in the groundwater velocity within the IAS influence zone, some portion of the groundwater detoured laterally, as shown on $x$–$y$ plane at $z = 9$ m, and vertically below the air injection points. The detour was more serious in Case L-5 than in Case L-2: i.e., the higher gas saturation induced by greater injection rate resulted in the larger diversion of the groundwater. As pointed out by Nyer and Suthersan (1993), these lateral and vertical detours could accelerate the spreading of dissolved contaminants or uncontrolled movement of the contaminants. The vertical detour of the groundwater should be carefully taken into account in determining the depth of air-injection points, which should be deep enough from the lowest level of contaminant plumes.

The variation in groundwater velocities along $y$-direction at $x = 25$ and $z = 9$ m is presented in Fig. 7a. The groundwater velocity decreases considerably at the center of the IAS zone ($y = 0$ m) due to high gas saturation at the center while the groundwater flow is accelerated at the perimeter of the IAS zone due to the detour of groundwater around the air sparging well. The reduction ratio of groundwater within the IAS zones became larger with the decrease in soil permeability, resulting in accelerating the detour of groundwater around



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 12 of 22
CL_PLG-EXPERT_ARAL_0000001807




**Fig. 7** Groundwater velocity variation and detour: (**a**) The ratio of groundwater velocity along $y$-axis at $x = 25$ and $z = 9$ m within IAS zone to background groundwater velocity. (**b**) The ratio of groundwater flow rate entering into IAS zones with $s_g \geq 0.01$ under IAS to background groundwater flow rate passing the zones under no IAS

IAS influence zone. In Fig. 7a, groundwater velocity approaches to its background velocity as the distance from sparging well increases.

The detour of groundwater around air sparging wells prevented contaminated groundwater from entering into the IAS cone influence, and lowered the mixing ratio that is a ratio of the contaminated groundwater volume to the injected air volume. Based on groundwater velocities with/without IAS in the modeling domain, the overall influx ratio of groundwater flow (OIR) entering IAS cones with $s_g \geq 0.01$ under IAS to the background groundwater flow without IAS was calculated and presented in Fig. 7b. The reduction in OIR implies the increase of groundwater detours: For $k_{xx} = 10^{-10}$ m$^2$ and $Q_{inj} = 5$ m$^3$/h, OIR was about 68%, indicating that 32% of groundwater flow detours beyond the gas saturation zone of 0.01 under IAS. The rise in soil permeability had negative impact on mixing between the injected air and contaminated groundwater. For air injection rates used here, OIRs ranged approximately 45–68% and 24–49% for $k_{xx} = 10^{-10}$ and $10^{-11}$ m$^2$, respectively.

Dissolved TCE plume in the saturated zone expands out in all directions by advection and dispersion along with the groundwater flow, and its spread can be accelerated due to the diverted groundwater flow around the injection wells. Initially, dissolved TCE plume with its concentration ≥0.001 g/l, shown in Fig. 2, were located within $y = 0$–4 m on $x$–$y$ plane, which are inside the ROI of 1% gas saturation for Cases L-2 (ROI = 4.05 m) and L-5 (ROI = 5.3 m) in $y$-direction. In terms of contaminant removal, effective ROI, which refers here to maximum ROI within which successful remediation is guaranteed, could be evaluated from spatial contaminant concentration profiles around the injection wells over time. Among temporal values of effective ROI during remediation periods, its minimum value can be selected as a representative effective ROI of an injection well, which can be used in designing the IAS system.

In Fig. 8, temporal concentration profiles of dissolved TCE on the $x$–$y$ plane at $z = 9$ m and $x$–$z$ plane at $y = 0$ m are given, which contain the highest-concentration distribution of dissolved TCE among horizontal and vertical planes in the domain. IAS operations applied here decreased the concentration of dissolved TCE over time. The temporal reduction in



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 13 of 22

CL_PLG-EXPERT_ARAL_0000001808




**Fig. 8** The evolution of dissolved TCE plumes at Cases L-2, L-5, and M-3. Dashed lines indicate a gas saturation level of 0.1

the size and concentration of TCE plumes varied according to air injection rates and soil permeabilities. The higher air injection resulted in greater TCE-concentration reduction. In Fig. 8a, b, the concentration reduction on both $x$–$y$ and $x$–$z$ planes is greater in Case L-5 than in Case L-2 even though both cases cause the detour of dissolved TCE plumes.

For Case L-2 in Fig. 8a, some contaminated plumes with TCE $\geq$0.001 g/l passed through a central zone of influence of IAS ($z = 8$–$9.5$ m on $x$–$z$ plane at $y = 0$ m), in which gas saturation ranged between 10% and 20% as shown in Fig. 3a. For Case L-5, however, dissolved TCE plumes that passed through the central zone were successfully remediated. For the scenarios with $k_{xx} = 10^{-10}$ m$^2$ in Table 3, no dissolved TCE ($\geq$0.001 g/l) passes through the air sparging zone on $x$–$z$ plane at $y = 0$ m when $s_g > 0.2$ at the central zone. This implies that, if an IAS system with single-injection well is used under the conditions specified here including the initial subsurface contamination (Fig. 2) and $k_{xx} = 10^{-10}$ m$^2$, gas saturation of more than 20% should be provided in the central zone, through which the highest TCE concentration plume passes. This is necessary to successfully remediate the contaminant plume in that zone. The required gas saturation will vary according to site-specific conditions, such as subsurface contamination and groundwater velocity at the site.



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 14 of 22

CL_PLG-EXPERT_ARAL_0000001809

IAS operation of Case L-2 contributed to the removal of dissolved TCE, but was not enough to grantee effective ROI, in which dissolved TCE maintains less than the target concentration (0.001 TCE g/l) within the cone of influence of IAS (Fig. 8a). For Case L-5 in Fig. 8b, however, a remediation zone is observed. The point $M$ can be used as a measure of an effective ROI. The ROI for Case L-5 is approximately 3.5 m on $x$–$y$ plane at $z = 9$ m, which corresponds to 17% gas saturation. This gas saturation at point $M$ could be also used as an indicator to delineate the boundary of a practical remediation zone of each air sparging well.

In Fig. 8a, b, the detour of contaminant plumes for Case L-2 around the boundary of $s_g = 0.1$ is a combined result of an initial contaminant distribution beyond the boundary in $y$-direction and advective–dispersive spreading of TCE due to the detoured groundwater flow, while, in Case L-5, the contaminant plume detour is mostly caused by the latter. The contaminant spreading in $y$-direction on the $x$–$y$ plane at $z = 9$ m was greater in Case L-5 than in Case L-2, which would be due to the higher reduction in groundwater velocity within the IAS influence zone at the higher air-injection rate. For all L-series cases with $k_{xx} = 10^{-10}$ m$^2$ listed in Table 3, the higher air injection rate reduced and retarded the detour of contaminated groundwater plume around the IAS influence zone, but the detour occurred in the all cases.

In Fig. 8c, due to a lower background groundwater velocity ($3.9 \times 10^{-7}$ m/s) for Case M-3 than that for L-series cases, the operation time of IAS is much longer than Cases L-2 and L-5. The temporal reduction in dissolved TCE concentration in Case M-3 was also very slower than that in Cases L-2 and L-5. This suggests that the lower groundwater velocity requires longer operation time of IAS in cleaning up the contaminated groundwater. The spreading of dissolved TCE in $y$-direction in Case M-3 is greater than the outcome observed in Cases L-2 and L-5 in Fig. 8. However, the operation of Case M-3 was successful in remediating the contaminated groundwater below the target TCE concentration without the detour problem of TCE plumes that are observed in Cases L-2 and L-5.

Initial TCE mass in gas phase within the unsaturated zone was quickly removed by vapor extraction after IAS started in the domain, and the concentration of TCE in the gas phase remained very low (<0.001 g/l) in the domain during the simulation period, thus its concentration profiles are not presented herein. However, total mass of the vaporized TCE was included in calculating the efficiency of IAS systems.

As shown in Fig. 9, the overall removal efficiency of TCE increased with the increase in air injection rate, and the lower soil permeability yielded the longer remediation time due to slower groundwater velocity. Under $k_{xx} = 10^{-10}$ m$^2$, the removal efficiencies of TCE in the domain for Cases L-1, L-2, L-3, L-4, and L-5 were about 70, 80, 89, 91, and 91.9% at 60 days, respectively. While, for $k_{xx} = 10^{-11}$ m$^2$, the efficiencies for Cases M-1, M-2, and M-3 were 90, 92, and 98%, respectively at 400 days. The lower soil permeability made the final removal of TCE higher at the same air injection rate even though a distinct difference in IAS operation time occurred. The time difference came from the difference in groundwater velocity and the distance between the initial contaminant plume and the boundary of IAS influence zone.

For L-series cases in Fig. 9a, the increases in air injection from 5 to 10 m$^3$/h and from 10 to 30 m$^3$/h increased the TCE removal efficiencies by 10 and 9%, respectively. However, an increase in air injection from 30 to 60 m$^3$/h generated an increase of <3% in TCE removal efficiency. This outcome implies that, for a contaminated site with $k_{xx} = 10^{-10}$ m$^2$ as used here, the continuous increase in air injection rates at one injection well may have a limit in increasing TCE removal efficiency. This limit is due to the failure of one-injection well systems in capturing and cleaning up the detoured contaminated groundwater plumes as shown on $x$–$y$ plane at $z = 9$ m in Fig. 8a, b. Therefore, to remediate the detoured contaminated groundwater



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 15 of 22

CL_PLG-EXPERT_ARAL_0000001810




**Fig. 9** Removal of TCE by IAS operations with one vertical injection well: (**a**) L-series cases, (**b**) M-series cases, and (**c**) S-series cases

**Table 4** Scenarios for an IAS system with multiple injection wells

| Case No. | Flow rates ($m^3$/hr/well) | | Screen locations of injection (Inj.)/extraction (Ext.) wells |
|---|---|---|---|
| | Injection | Extraction | |
| N-1 | 10 | 15 | Inj. well 1: $x = 25.25$, $y = 0$, $z = 2$–3 m |
| | | | Ext. well 1: $x = 25.25$, $y = 0$, $z = 11$–12 m |
| N-2 | 30 | 45 | Inj. well 2 & 3: $x = 24.25$, $y = +5/-5$, $z = 2$–3 m |
| | | | Ext. well 2 & 3:$x = 24.25$, $y = +5/-5$, $z = 11$–12 m |

plumes on that plane, multiple air-injection wells will be an option. In addition, the overall removal efficiency profiles in Fig. 9a indicate that an air injection rate more than 30 $m^3$/h does not have a significant effect in increasing the efficiency for $k_{xx} = 10^{-10}$ $m^2$. Thus, air injection rates more than 30 $m^3$/h will be excessive for one vertical injection well in L-series cases.

## 3.2 Application of IAS with Multiple Injection Wells

A multiple-injection-well system was considered to avoid the detour of contaminant plumes seen in Fig. 8a, b. Two scenarios for IAS with three injection and three extraction wells for $k_{xx} = k_{yy} = 10^{-10}$ and $k_{zz} = 5 \times 10^{-11}$ $m^2$ were set and simulated (Table 4). In the multiple-injection-well systems, the second and third wells (Well No. 2 and 3) will support the first well (Well No. 1). The first well is located at the middle of the TCE plume at $y = 0$ m, and the second and third wells are located at $y = +5$ and $-5$ m, respectively, to capture the contaminant plumes that are not covered by the first well. In order to facilitate the capture of the detoured plumes, the second and third wells are located 1 m upstream ($x = 24.25$ m) the location of the first well ($x = 25.25$ m). The distance between the first and second wells is about 5.1 m. From simulation results discussed in Sect. 3.1, air injection rates per well were limited up to 30 $m^3$/h.

The distributions of gas saturation for Case N-1 are given in Fig. 10, which are useful to identify the variation of gas saturation over depth at the overlapped regions. The IAS influence zone with gas saturation of 0.1 reaches up to 6.8 m in $y$-direction on $x$–$y$ plane in Fig. 10. In cross-sectional gas saturation profiles on $y$–$z$ plane, the overlap of influence zones of two injection wells (Injection well No. 1 and No. 2) happens in the middle of the distance between the wells. The overlapped regions are located at approximately $y = 1$–5 m



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 16 of 22
CL_PLG-EXPERT_ARAL_0000001811




**Fig. 10** Gas saturation profiles for Case N-1

on $y$–$z$ plane $x = 24.5$ m. The vertical profiles of overlapped gas saturation at $z = 5$–$9.5$ m in the middle of the distance between two wells are at approximately 10–17% for Case N-1 on $y$–$z$ plane $x = 24.5$ m in Fig. 10. The overlapped regions draw our attention since the regions are expected to be the pathway of the detoured contaminant plumes as shown in Fig. 7. Even though total air injection rate of Case N-1 is half that of Case L-5, the former case produces wider and more uniform gas distribution than the latter case. Permeable air-barrier (with $s_g \geq 0.1$ on $y$–$z$ plane at $x = 25$ m) for remediation of dissolved TCE plumes covers approximately $y = 0$–$6$ m and $z = 5$–$9.6$ m for Case N-1 (Fig. 10) and $y = 0$–$3.5$ m and $z = 6$–$9.6$ m for Case L-5 (Fig. 3b).

The remedial effectiveness of Cases N-1 and N-2 can be evaluated based on the removal and the spreading of TCE plume in the domain. Concentration profiles of dissolved TCE over time for the two cases are presented in Fig. 11. In both cases, as additional wells (Well No 2) were installed near the outer boundary of the TCE plume, the influence zones of the wells fully covered the plume spread region in the $y$-direction, and the dissolved TCE plume in the $x$–$y$ plane at $z = 9$ m were successfully captured and remediated by the IAS system using multiple injection wells. Overall, the multiple-injection-well IAS system successfully cleaned up the contaminant plume below the target concentration of TCE 0.001 g/l. As seen in Fig. 11, the larger injection rate made the system more secure and yielded the faster reduction in TCE concentration. At same time levels, the dimensions of the dissolved TCE plumes for Case N-2 are smaller than those for Case N-1, and the advance (penetration) of TCE plumes into the IAS influence zone in the increasing $x$-direction is also less in Case N-2 than in Case N-1. However, in terms of lateral spreading of TCE plume into $y$-direction on $x$–$y$ plane and its downward spreading on $x$–$z$ plane, Cases N-1 and N-2 showed negligible difference. This suggests that Well no. 2 and 3 for Case N-2 were effective in confining the spreading of the dissolved TCE plume, and faster contaminant removal in Case N-2 than in Case N-1 contributed to the reduction in the plume evolution for soil conditions used here.

Cases L-2 (Fig. 8a) and N-1 (Fig. 11a), which have the same air injection rate of 10 $m^3$/h at the center well ($y = 0$ m), show distinct difference in the evolution of TCE plumes on



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 17 of 22

CL_PLG-EXPERT_ARAL_0000001812




**Fig. 11** Concentration profiles of dissolved TCE at IAS with multiple injection wells: (**a**) Case N-1 and (**b**) Case N-2. Dashed lines indicate a gas saturation level of 0.1

$x$–$z$ plane at $y = 0$ m due to presence of additional wells in the latter case. In Fig. 8(A2) for Case L-2 at 20 days, some portion of TCE plume ($C_w \geq 0.001$ g/l) passed through the middle of IAS influence zone on $x$–$z$ plane at $y = 0$ m. However, this passage did not occur in Fig. 11(A2) for Case N-1. Total air injection rate for Case N-1 is less than that for Case



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 18 of 22

CL_PLG-EXPERT_ARAL_0000001813

**Fig. 12** Removal of TCE by IAS systems with multiple injection wells




L-5. However, contaminant plume evolution in Fig. 11a demonstrates that the former case has superior performance on TCE removal than the latter case. In Cases N-1 and N-2, the synergetic effect of multiple injection wells on remediation, which is derived from well-distributed remedial loadings per injected air volume, helped to reduce the air injection rates at each well of the IAS system, and also increased overall contaminant removal rate.

For Cases N-1 and N-2, IAS systems with multiple injection wells appear to be effective in cleaning up the contaminated groundwater, and the overall removal efficiency for the two cases is given in Fig. 12. The efficiency of TCE removal reaches up to 96 and 97.2% for Cases N-1 and N-2 at 60 days, respectively. Even though the total injection rate of Case N-1 ($30\,m^3/h$) is half that of Case L-5 ($60\,m^3/h$ for single injection well), the removal efficiency of the former case (96%) was greater than that of the latter case (91.9%). This implies that, for the subsurface conditions with $k_{xx} = k_{yy} = 10^{-10}$ and $k_{zz} = 5 \times 10^{-11}\,m^2$, as used here, multiple sparging wells are more effective than one sparging well in capturing contaminant plume and cleaning up the contaminated groundwater.

At contaminated sites, the design and operation of IAS systems with multiple wells will be determined based on multiple factors such as hydrogeological conditions of the site, spatial distributions of contaminants, physicochemical properties of contaminants, and remedial goals. Especially, when the velocity of the groundwater flow or the concentration of contaminants increases, remedial burden imposed to each well will rise. For such conditions, high flow rates or more injection wells may be required when considering the effect of air injection rates on TCE-plume evolutions as shown in Fig. 11.

Remediation time required to successfully complete the remedial operations at contaminated sites is one of the important factors to consider in selecting the remedial technique and its design characteristics. In Figs. 9 and 12, IAS operations under the same soil permeability show different mass reduction profiles with time based on a variation of air injection rates. However, the time it takes to reach nearly stabilized values of mass reduction mostly depends on the soil permeability as demonstrated in this study. For the conditions considered here, the remediation time periods are approximately 40, 350, and more than 1,500 days for L/N-series, M-series, and S-series cases, respectively. The elapsed times reported here (or

IAS operation periods) refer to a travel time of contaminant plume from its initial location to the cone of influence of IAS, then into the downstream beyond the cone even though this time could vary due to the reduction in groundwater velocity within and around the cone. Thus, the background groundwater velocity, which mainly determines the migration rate of a contaminant plume, should be carefully considered in deciding the distance between air-injection wells and the contaminant-plume front.

## 4 Conclusions

A series of IAS scenarios were used to investigate multiphase flow, contaminant removal, and contaminant migration in the vicinity of the IAS system. The operational characteristics of IAS systems were evaluated in terms of temporal, spatial profiles of gas saturation and contaminant concentration and the overall reduction of contaminant mass at the site.

For the subsurface conditions used here, air sparging generated a nearly axisymmetric IAS cone of influence, in which the contact between contaminant plume and injected air occurs. The increase in air injection rate contributed to the increase in both the ROI of IAS system and the gas saturation level within the cone, but this had negative impact on the groundwater flow causing the reduction in groundwater velocity and the diversion of groundwater flow around the IAS wells. Soil permeability and air injection rate had significant influence on the variation of ROI, the reduction of groundwater velocity, and the detour of groundwater. In this study these impacts were quantitatively analyzed.

In this study, we have demonstrated that the efficiency of IAS operations using one vertical injection well depends on the magnitude of the soil permeability (or groundwater velocity). The IAS operations were successful in remediating contaminated groundwater below specified residual TCE concentration for soil permeability of $k_{xx} \leq 10^{-11}\,\mathrm{m}^2$. The operations under high permeability ($k_{xx} = 10^{-10}\,\mathrm{m}^2$) caused the diversion of the untreated contaminant plume around the air injection well. This suggests that groundwater flow velocity and contaminant spreading should be taken into account in designing the IAS systems when one injection well is used, and these systems will be ineffective for high permeability and high groundwater velocity environments. A multiple-injection-well IAS system tested here was more effective than the single-injection-well IAS system in reducing the contaminant spreading and in distributing the remedial loads of injected air, resulting in a better performance for the subsurface conditions used here.

In particular, the following generalized criteria could be used in the preliminary design of IAS systems at TCE contaminated sites:

- For sites with low soil permeability ($k_{xx} \leq 10^{-11}\,\mathrm{m}^2$), air injection rates of the IAS system should also be lower, and the distance between contaminant plume and the air injection well should be small to reduce the remediation time. For these sites, air injection rates greater than $30\,\mathrm{m}^3/\mathrm{h}$ per well will be excessive and will reduce the effectiveness of the IAS system.
- For high permeability sites ($k_{xx} \geq 10^{-10}\,\mathrm{m}^2$), a multiple injection IAS system is required. This is necessary in order to prevent the detouring of the contaminant plume around the injection well. In these applications, air injection rate of each well needs to be greater than $10\,\mathrm{m}^3/\mathrm{h}$ for effective remediation.
- For effective remediation, at a minimum, 20% gas saturation should be provided at the center of the TCE plume, where the initial TCE concentration corresponds to 65% of TCE solubility, and 10% of gas saturation is needed at the outer boundary of the plume (about 0.1% of TCE solubility).



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 20 of 22

CL_PLG-EXPERT_ARAL_0000001815

- TCE removal efficiency of an IAS system depends on soil permeability and the associated injection rates as discussed in this study for L-, M-, S- and N-series conditions. Within these ranges, if effective (80%) removal condition is not achieved for the remediation periods arrived at in this study, then there may be other site specific conditions that need to be addressed.

In this study, we have focused on the effect of permeability, groundwater flow and air injection rates on the performance of IAS operations for anisotropic soil conditions. In addition to these parameters, other site-specific factors, such as soil heterogeneity and biological processes may also become important factors affecting IAS operations. When IAS operations are used to remediate large contaminated aquifer domains, soil heterogeneity may play an important role as it can cause preferential gas-flow pathways. Biological processes could contribute to contaminant degradation through natural attenuation as well. These effects are not considered in this study. However, the outcome of this study, including the analysis of flow of gas and groundwater, the ROI, the contaminant transport conditions for various IAS operations in three-different anisotropic subsurface environments, will be useful to enhance our understanding of IAS systems and the complex processes that occur in the vicinity of these systems for small contaminant plume domains. The observations provided in this study will help our understanding of the design of IAS systems in contaminated sites.

## References

Bass, D.H., Hastings, N.A., Brown, R.A.: Performance of air sparging systems: A review of case studies. J. Hazard. Mater. **72**(2–3), 101–119 (2000)

Bear, J.: Dynamics of Fluids in Porous Media. American Elsevier, New York (1972)

Bear, J., Bachmat, Y.: Macroscopic modeling of transport phenomena in porous-media .2. Applications to mass, momentum and energy-transport. Transp. Porous Media **1**(3), 241–269 (1986)

Benner, M.L., Mohtar, R.H., Lee, L.S.: Factors affecting air sparging remediation systems using field data and numerical simulations. J. Hazard. Mater. **95**(3), 305–329 (2002)

Braida, W., Ong, S.K.: Influence of porous media and airflow rate on the fate of NAPLs under air sparging. Transp. Porous Media **38**(1–2), 29–42 (2000)

Burnett, R.D., Frind, E.O.: Simulation of contaminant transport in 3 dimensions. 2. Dimensionality effects. Water Resour. Res. **23**(4), 695–705 (1987)

Chen, M.R., Hinkley, R.E., Killough, J.E.: Computed tomography imaging of air sparging in porous media. Water Resour. Res. **32**(10), 3013–3024 (1996)

Clayton, W.S.: Effects of pore scale dead-end air fingers on relative permeabilities for air sparging in soils. Water Resour. Res. **35**(10), 2909–2919 (1999)

Daus, A.D., Frind, E.O., Sudicky, E.A.: Comparative error analysis in finite-element formulations of the advection-dispersion equation. Adv. Water Resour. **8**(2), 86–95 (1985)

Diersch, H.J.G., Kolditz, O.: Variable-density flow and transport in porous media: approaches and challenges. Adv. Water Resour. **25**(8–12), 899–944 (2002)

Elder, C.R., Benson, C.H.: Air channel formation, size, spacing, and tortuosity during air sparging. Ground Water Monitor. Remediat. **19**(3), 171–181 (1999)

Frind, E.O.: Simulation of long-term transient density-dependent transport in groundwater. Adv. Water Resour. **5**(2), 73–88 (1982)

Frind, E.O.: Solution of the advection-dispersion equation with free exit boundary. Numerical Methods Partial Differential Eqn. **4**, 301–313 (1988)

Hecht, V., Brebbermann, D., Bremer, P., Deckwer, W.D.: Cometabolic degradation of trichloroethylene in a bubble-column bioscrubber. Biotechnol. Bioeng. **47**(4), 461–469 (1995)

Huyakorn, P.S., Panday, S., Wu, Y.S.: A 3-dimensional multiphase flow model for assessing NAPL contamination in porous and fractured media. 1. Formulation. J. Contam. Hydrol. **16**(2), 109–130 (1994)

Huyakorn, P.S., Pinder, G.F.: Computational Methods in Subsurface Flow. Academic Press, New York (1983)

Jang, W., Aral, M.M.: Three-dimensional Multiphase Flow and Multi-species Transport Model, TechFlowMP, Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA, pp. 94 (2005)



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 21 of 22

CL_PLG-EXPERT_ARAL_0000001816

Jang, W., Aral, M.M. : Density-driven transport of volatile organic compounds and its impact on contaminated groundwater plume evolution. Transp. Porous Media **67**, 353–374 doi: 10.1007/s11242-006-9029-8 (2006)

Ji, W., Dahmani, A., Ahlfeld, D.P., Lin, J.D., Hill, E.: Laboratory study of air sparging - air-flow visualization. Ground Water Monitor. Remediat. **13**(4), 115–126 (1993)

Kirtland, B.C., Aelion, C.M., Widdowson, M.A.: Long-term AS/SVE for petroleum removal in low-permeability Piedmont saprolite. J. Environ. Eng.-ASCE. **127**(2), 134–144 (2001)

Lee, C.H., Lee, J.Y., Jang, W.Y., Jeon, Y.H., Lee, K.K.: Evaluation of air injection and extraction tests at a petroleum contaminated site, Korea. Water Air Soil Pollut. **135**(1–4), 65–91 (2002)

Lehmann, F., Ackerer, P.H.: Comparison of iterative methods for improved solutions of the fluid flow equation in partially saturated porous media. Transp. Porous Media **31**(3), 275–292 (1998)

Lundegard, P.D., Andersen, G.: Multiphase numerical simulation of air sparging performance. Ground Water **34**(3), 451–460 (1996)

Marley, M.C., Hazebrouck, D.J., Walsh, M.T.: The application of insitu air sparging as an innovative soils and ground-water remediation technology. Ground Water Monitor. Remediat. **12**(2), 137–145 (1992)

McCray, J.E.: Mathematical modeling of air sparging for subsurface remediation: state of the art. J. Hazard. Mater. **72**(2–3), 237–263 (2000)

McCray, J.E., Falta, R.W.: Defining the air sparging radius of influence for groundwater remediation. J. Contam. Hydrol. **24**(1), 25–52 (1996)

Mei, C.C., Cheng, Z., Ng, C.O.: A model for flow induced by steady air venting and air sparging. Appl. Math. Modell. **26**(7), 727–750 (2002)

Mendoza, C.A., Frind, E.O.: Advective-dispersive transport of dense organic vapors in the unsaturated zone. 1. Model development. Water Resour. Res. **26**(3), 379–387 (1990)

Millington, R.J., Quirk, J.P.: Permeability of porous solids. Trans. Faraday Soc. **57**, 1200–1207 (1961)

Mohtar, R.H., Wallace, R.B., Segerlind, L.J.: Finite element simulation of oil spill cleanup using air sparging. In: Peter, A. (ed.) Computational Methods in Water Resource, X(2). Boston (1994)

Nyer, E.K., Suthersan, S.S.: Air sparging—Savior of ground-water remediations or just blowing bubbles in the bath tub. Ground Water Monitor. Remediat. **13**(4), 87–91 (1993)

Panday, S., Wu, Y.S., Huyakorn, P.S., Springer, E.P.: A 3-dimensional multiphase flow model for assessing NAPL contamination in porous and fractured media. 2. Porous-medium simulation examples. J. Contam. Hydrol. **16**(2), 131–156 (1994)

Parker, J.C., Lenhard, R.J., Kuppusamy, T.: A parametric model for constitutive properties governing multiphase flow in porous-media. Water Resour. Res. **23**(4), 618–624 (1987)

Peterson, J.W., Murray, K.S.: Grain-size heterogeneity and subsurface stratification in air sparging of dissolved-phase contamination: Laboratory experiments-field implications. Environ. Eng. Geosci. **9**(1), 71–82 (2003)

Reddy, K.R., Adams, J.A.: Effects of soil heterogeneity on airflow patterns and hydrocarbon removal during in situ air sparging. J. Geotech. Geoenviron. Eng. **127**(3), 234–247 (2001)

Roosevelt, S.E., Corapcioglu, M.Y.: Air bubble migration in a granular porous medium: Experimental studies. Water Resour. Res. **34**(5), 1131–1142 (1998)

Thomson, N.R., Johnson, R.L.: Air distribution during in situ air sparging: An overview of mathematical modeling. J. Hazard. Mater. **72**(2–3), 265–282 (2000)

Unger, A.J.A., Sudicky, E.A., Forsyth, P.A.: Mechanisms controlling vacuum extraction coupled with air sparging for remediation of heterogeneous formations contaminated by dense nonaqueous phase liquids. Water Resour. Res. **31**(8), 1913–1925 (1995)

van Dijke, M.I.J., van der Zee, S.E.A.T.M., van Duijn, C.J.: Multiphase flow modeling of air sparging. Adv. Water Resour. **18**(6), 319–333 (1995)

van Genuchten, M.T.: A closed-form equation for predicting the hydraulic conductivity of unsaturated soils. Soil Sci. Soc. Am. J. **44**(5), 892–898 (1980)

Waduge, W.A.P., Soga, K., Kawabata, J.: Effect of NAPL entrapment conditions on air sparging remediation efficiency. J. Hazard. Mater. **110**(1–3), 173–183 (2004)

Yeh, G.T.: On the computation of Darcian velocity and mass balance in the finite-element modeling of groundwater-flow. Water Resour. Res. **17**(5), 1529–1534 (1981)



Case 7:23-cv-00897-RJ Document 397-37 Filed 06/04/25 Page 22 of 22

CL_PLG-EXPERT_ARAL_0000001817