# EXHIBIT 37

# Groundwater Quantity and Quality Management



Edited by
Mustafa M. Aral and Stewart W. Taylor

ASCE

EWRI ENVIRONMENTAL & WATER RESOURCES INSTITUTE

Case 7:23-cv-00897-RJ Document 397-38 Filed 06/04/25 Page 2 of 55

CL_PLG-EXPERT_ARAL_0000001818

# GROUNDWATER QUANTITY AND QUALITY MANAGEMENT

SPONSORED BY
Groundwater Management Technical Committee
of the Groundwater Council of EWRI

Environmental and Water Resources Institute (EWRI)
of the American Society of Civil Engineers

EDITED BY
Mustafa M. Aral
Stewart W. Taylor

Published by the American Society of Civil Engineers



CL_PLG-EXPERT_ARAL_0000001819

Cataloging-in-Publication Data on file with the Library of Congress.

American Society of Civil Engineers
1801 Alexander Bell Drive
Reston, Virginia, 20191-4400

www.pubs.asce.org

Any statements expressed in these materials are those of the individual authors and do not necessarily represent the views of ASCE, which takes no responsibility for any statement made herein. No reference made in this publication to any specific method, product, process, or service constitutes or implies an endorsement, recommendation, or warranty thereof by ASCE. The materials are for general information only and do not represent a standard of ASCE, nor are they intended as a reference in purchase specifications, contracts, regulations, statutes, or any other legal document. ASCE makes no representation or warranty of any kind, whether express or implied, concerning the accuracy, completeness, suitability, or utility of any information, apparatus, product, or process discussed in this publication, and assumes no liability therefore. This information should not be used without first securing competent advice with respect to its suitability for any general or specific application. Anyone utilizing this information assumes all liability arising from such use, including but not limited to infringement of any patent or patents.

ASCE and American Society of Civil Engineers—Registered in U.S. Patent and Trademark Office.

*Photocopies and permissions.* Permission to photocopy or reproduce material from ASCE publications can be obtained by sending an e-mail to permissions@asce.org or by locating a title in ASCE's online database (http://cedb.asce.org) and using the "Permission to Reuse" link. *Bulk reprints.* Information regarding reprints of 100 or more copies is available at http://www.asce.org/reprints.

Copyright © 2011 by the American Society of Civil Engineers.
All Rights Reserved.
ISBN 978-0-7844-1176-6
Manufactured in the United States of America.

## Table of Contents


**Acknowledgments** ....................................................................... **vii**

**Contributors** ....................................................................... **viii**

**1. Introduction** ....................................................................... **1**
*Stewart W. Taylor*

**1.1** Groundwater Management 1
**1.2** Purpose, Scope, and Organization of Book 3
**1.3** Future Trends 6
**1.4** References 8

**2. Groundwater Hydrology** ....................................................... **10**
*George F. Pinder*

**2.1** Hydrologic Cycle 10
**2.2** The Near Surface Environment 10
**2.3** Physics of Flow through Porous Media 11
**2.4** References 35

**3. Groundwater Quality: Fate and Transport of Contaminants** ......... **36**
*Mohammad N. Almasri and Jagath J. Kaluarachchi*

**3.1** Introduction 36
**3.2** Transport Processes 44
**3.3** Chemical Reactions, Retardation and Decay of Solutes 51
**3.4** Mathematical Model of Contaminant Transport 60
**3.5** Analytical Solutions to the Mass Transport Equation 62
**3.6** Numerical Solutions to the Mass Transport Equation 65
**3.7** Demonstration Example 66
**3.8** On the Use of Artificial Neural Networks in the Analysis of Nitrate Distribution in Groundwater 67
**3.9** References 80

**4. Review of Analytical Methods of Modeling Contaminant Fate and Transport** ....................................................... **85**
*Venkataraman Srinivasan and T. Prabhakar Clement*

**4.1** Introduction 85
**4.2** Single Species Transport 85

**4.3** Multi-species Reactive Transport in One-Dimensional Systems 89
**4.4** Multi-species Transport in Multi-dimensional Systems 112
**4.5** Conclusions 115
**4.6** References 116

**5. Physical and Chemical Characterization of Groundwater Systems … 119**
*Randall W. Gentry*

**5.1** Introduction 119
**5.2** Reconnaissance-Level Investigations 122
**5.3** Geophysical Investigations 123
**5.4** Test Drilling and Well Installation 125
**5.5** Water Quality Characterization 128
**5.6** Characterization Guidance and Specifications 131
**5.7** References 132

**6. Quantitative Analysis of Groundwater Systems ..……………...…….. 137**
*David Ahlfeld*

**6.1** Use of Models in Groundwater Management 137
**6.2** Constructing Site-Specific Simulation Models 138
**6.3** Optimization Methods for Groundwater Management 151
**6.4** References 154

**7. Model Calibration and Parameter Structure Identification in Characterization of Groundwater Systems ………………...…….. 159**
*Frank T.-C. Tsai and William W.-G. Yeh*

**7.1** Introduction 159
**7.2** Parameterization of Heterogeneity 163
**7.3** Parameter Structure Identification 172
**7.4** Interpolation Point Selection 177
**7.5** Model Selection 180
**7.6** Bayesian Model Averaging 184
**7.7** Experimental Design 191
**7.8** Summary and Conclusions 193
**7.9** References 194

**8. Development of Groundwater Resources …………………………… 203**
*Zhuping Sheng, Jiang Li, Phillip J. King, and William Miller*

**8.1** Introduction 203
**8.2** Aquifer Yield and Groundwater Availability 203
**8.3** Effects of Groundwater Development 228
**8.4** Regional Scale Development of Groundwater 239
**8.5** Conjunctive Use of Surface Water and Groundwater 250



Case 7:23-cv-00897-RJ Document 397-38 Filed 06/04/25 Page 6 of 55

CL_PLG-EXPERT_ARAL_0000001822

**8.6** Coastal Aquifer Development 271
**8.7** Development of Brackish Groundwater 278
**8.8** References 284

**9. Subsurface and Surface Water Flow Interactions ………………….... 295**
*Mohamed M. Hantush, Latif Kalin, and Rao S. Govindaraju*

**9.1** Introduction 295
**9.2** Subsurface Flow in Near Stream Environments 296
**9.3** Surface-Subsurface Interactions at the Hillslope Scale 352
**9.4** Watershed Scale Groundwater and Surface Water Interactions 360
**9.5** References 380

**10. Density Dependent Flows, Saltwater Intrusion and Management ….. 394**
*Bithin Datta and Anirban Dhar*

**10.1** Introduction 394
**10.2** Density-Dependent Governing Equations 399
**10.3** Saltwater Intrusion and Management 404
**10.4** Summary and Future Directions 420
**10.5** References 423

**11. In-Situ Air Sparging and Thermally-Enhanced Venting in Groundwater Remediation ……………………….……….. 430**
*Wonyong Jang and Mustafa M. Aral*

**11.1** Introduction 430
**11.2** In-Situ Air Sparging 431
**11.3** Thermally-Enhanced Venting 454
**11.4** Conclusions 464
**11.5** References 465

**12. Source Control and Chemical Remediation of Contaminated Groundwater Sites ……………..…………………………………… 475**
*Natalie L. Cápiro and Kurt D. Pennell*

**12.1** Introduction 475
**12.2** Non-Aqueous Phase Liquid (NAPL) Source Zones 476
**12.3** Hydraulic Controls and Pump-and-Treat Systems 482
**12.4** Physical and Reactive Barriers 486
**12.5** *In-Situ* Chemical Oxidation 490
**12.6** Surfactant Enhanced Aquifer Remediation (SEAR) 493
**12.7** Cosolvent Flushing 500
**12.8** Thermal Treatment 502
**12.9** Effectiveness of Source Zone Treatment Technologies 505
**12.10** Combined *In Situ* Remediation Strategies 508



Case 7:23-cv-00897-RJ Document 397-38 Filed 06/04/25 Page 7 of 55

CL_PLG-EXPERT_ARAL_0000001823

**12.11** Summary and Conclusions 510
**12.12** References 511

**13.** **Bioremediation of Contaminated Groundwater Systems ……..……... 522**
*T. Prabhakar Clement*

**13.1** Introduction 522
**13.2** Classification of Bioremediation Methods 524
**13.3** Biochemical Principles of Bioremediation 526
**13.4** Fundamentals of Petroleum and Chlorinated Solvent Biodegradation Processes 529
**13.5** Design of Bioremediation Systems 536
**13.6** Assessment of Bioclogging Effects during Remediation 542
**13.7** Monitored Natural Attenuation 543
**13.8** Numerical Modeling of Bioremediation Systems 546
**13.9** References 553

**14.** **Closure on Groundwater Quantity and Quality Management …...... 560**
*Mustafa M. Aral*

**14.1** Introduction 560
**14.2** Environmental Management Paradigms 560
**14.3** Groundwater and Health Effects Management 562
**14.4** Integration of Scientific Fields and Educational Programs 563
**14.5** Purpose and Goals 565
**14.6** References 566

**Index ………………………………..…………………………………..569**



Case 7:23-cv-00897-RJ Document 397-38 Filed 06/04/25 Page 8 of 55

CL_PLG-EXPERT_ARAL_0000001824

# Acknowledgments

The book on Groundwater Quantity and Quality Management is the end product of an effort which required some time to complete and the organizational contribution of two individuals. The second editor is the one who initiated the idea long time ago and the first editor is the one who gave it a final push for successful completion of the project. Both editors express their deep appreciation to all authors who enthusiastically embraced the idea of the preparation of this book and who spend much time, effort, and resources to write their contributions. However, this book not only reflects the collective efforts and dedication of all these individual contributors, but it also reflects the contributions of thousands of people who have long been engaged in the development and application of groundwater management technologies both in the field, on paper and also on computers. Without the efforts of these broader contributors we would not have the information base we have summarized in this book. We all owe a debt of gratitude to all these people for their unselfish work and devotion to the advancement of the science and technology of groundwater quantity and quality management for the benefit of the society. On behalf of all the authors of this book, the editors dedicate this book to these scientists and technology specialists who laid the groundwork which we rely on and routinely use today.

Finally, the editors' families are acknowledged for their unwavering support of this project.

***Mustafa M. Aral***
***Stewart W. Taylor***
**June 2010**



Case 7:23-cv-00897-RJ Document 397-38 Filed 06/04/25 Page 9 of 55

CL_PLG-EXPERT_ARAL_0000001825

# Contributors


| | |
|---|---|
| **David Ahlfeld** | *University of Massachusetts, USA.* |
| **Mohammad N. Almasri** | *An-Najah National University, Palestine.* |
| **Mustafa M. Aral** | *Georgia Institute of Technology, USA.* |
| **Natalie L. Cápiro** | *Tufts University, USA.* |
| **T. Prabhakar Clement** | *Auburn University, USA.* |
| **Bithin Datta** | *Indian Institute of Technology, India.* |
| **Anirban Dhar** | *Indian Institute of Technology, India.* |
| **Randall W. Gentry** | *University of Tennessee, USA.* |
| **Rao S. Govindaraju** | *Purdue University, USA.* |
| **Mohamed M. Hantush** | *Environmental Protection Agency, USA.* |
| **Latif Kalin** | *Auburn University, USA.* |
| **Wonyong Jang** | *Georgia Institute of Technology, USA.* |
| **Jagath J. Kaluarachchi** | *Utah State University, USA.* |
| **Phillip J. King** | *New Mexico State University, USA.* |
| **Jiang Li** | *Morgan State University, USA.* |
| **William Miller** | *William J. Miller Engineers, Inc., USA.* |
| **Kurt D. Pennell** | *Tufts University, USA.* |
| **George F. Pinder** | *University of Vermont, USA.* |
| **Zhuping Sheng** | *Texas A&M University, USA.* |
| **Venkataraman Srinivasan** | *University of Illinois, USA.* |
| **Stewart W. Taylor** | *Bechtel Corporation, USA.* |
| **Frank T.-C. Tsai** | *Louisiana State University, USA.* |
| **William W.-G. Yeh** | *University of California Los Angeles, USA.* |




Case 7:23-cv-00897-RJ Document 397-38 Filed 06/04/25 Page 10 of 55

CL_PLG-EXPERT_ARAL_0000001826

**CHAPTER 11**

# IN-SITU AIR SPARGING AND THERMALLY-ENHANCED VENTING IN GROUNDWATER REMEDIATION

**Wonyong Jang and Mustafa M. Aral**
Multimedia Environmental Simulations Laboratory
School of Civil and Environmental Engineering
Georgia Institute of Technology, Atlanta, GA 30332

## 11.1 Introduction

The development of remedial technologies for contaminated sites has been driven by increased environmental awareness and national hazardous waste cleanup programs managed by the U. S. Environmental Protection Agency (U.S. EPA). The programs are regulated by the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA or Superfund), Resource Conversation and Recovery Act (RCRA), Oil Pollution Act (OPA), and Underground Storage Tank (UST) program. Under these programs, a variety of remediation technologies have been used or recommended for the cleanup of contaminated sites. These remediation technologies include groundwater pump-and-treatment, soil vapor extraction (SVE), bioventing, chemical and biological treatment, bioremediation, in-situ air sparging (IAS), thermally-enhanced venting (TEV), and monitored natural attenuation.

IAS is a cost-effective remedial technology applied to remove volatile organic carbons (VOCs) dissolved in the groundwater and to remove nonaqueous-phase-liquid contaminants (NAPLs) from above and below the water table (Kirtland and Aelion 2000; Unger et al. 1995). IAS has gained broad attention because it appears simple to implement, and has been used at many sites contaminated by chlorinated solvents and petroleum hydrocarbons (Bass et al. 2000).

TEV applies heated, humid air to the contaminated zone in order to enhance removal or recovery of less-volatile residual hydrocarbon contaminants such as naphthalene and dodecane in the unsaturated zone. As heat energy is introduced into the ground, the physicochemical properties of fluids and VOCs change under nonisothermal conditions. For example, the vapor pressure of semi-volatile organic compound (or the maximum concentration in the gas phase) can increase by three- or five-fold with a temperature increase of 20-30°C (Kaluarachchi and Islam 1995). Thermal energy plays an important role in increasing remediation efficiency and in reducing remediation time of the contaminated unsaturated zone.



Case 7:23-cv-00897-RJ Document 397-38 Filed 06/04/25 Page 11 of 55

CL_PLG-EXPERT_ARAL_0000002256

### 11.2 In-Situ Air Sparging

IAS uses clean, pressurized air to remediate VOC-contaminated groundwater and to remove NAPL contaminants trapped within the saturated and unsaturated zones (Jang and Aral 2006; Thomson and Johnson 2000). As illustrated in Figure 11.1, IAS injects clean air below the water table. As the air rises through the saturated zone due to buoyancy and capillary forces, it contacts aqueous phase and NAPL contaminants, which diffuse into the air due to the concentration gradient and are then carried out into the unsaturated zone above the water table (Roosevelt and Corapcioglu 1998). In the unsaturated zone, the air containing the contaminants is usually withdrawn by SVE wells, and the contaminants are treated by post-treatment units. As IAS supplies oxygen into the contaminated zone, it can enhance the aerobic biodegradation of organic contaminants in the subsurface (Aelion et al. 1997; Kirtland et al. 2001). Aerobic biodegradation of organic compounds is verified and evaluated by monitoring the concentration variation of $CO_2$, $O_2$ and contaminants over time in the subsurface (Aelion et al. 1997; Hinchee and Arthur 1991; Lee et al. 2002; Wood et al. 1993).

IAS can provide permeable barriers to contaminant plume migration, where remedial activities occur. Contaminant removal by IAS commonly relies on two primary mechanisms, volatilization and biodegradation of contaminants as described above. IAS is readily applicable for contaminants with relatively high volatility, such as benzene, xylene, toluene, and tricholorethene (TCE) (U.S.EPA 2004). IAS works best in uniform coarse-grained soils, such as sand and gravel, and it is effective when intrinsic permeability is greater than or equal to $10^{-9}$ $cm^2$ (Sellers 1999; U.S.EPA 2004).




**Figure 11.1:** A schematic of an in-situ air sparging operation.

In IAS, air injection causes the dynamic movement of the groundwater and injected air by displacing water with air in the soil matrix. The lateral and upward movements of the injected air are important factors in determining the radius of influence (ROI) and the degree of contact between the air and contaminated groundwater, which controls the remedial performance of IAS (McCray 2000). Before a full-scale IAS system is installed, pilot tests for IAS should be performed to obtain field data about the feasibility of IAS, the ROI, and mechanical requirements, such as pressure and flow rates. Based on case studies of IAS, Bass et al. (2000) identified several difficulties in IAS application, which include the layout and density of sparging wells, rebound of contaminant concentrations after treatment, and remediation times.

### 11.2.1 Applicability of Air Sparging System

The applicability and performance of IAS are determined by a variety of factors, such as contaminant properties, geological and hydrogeologic conditions, and contaminant distribution (Wilson 1995). Contaminant properties include vapor pressure, solubility, and biodegradability. Geological and hydrogeologic conditions include aquifer depth, soil texture, porosity, permeability, heterogeneity, and stratigraphy. Contaminant distribution includes the horizontal and vertical extent of contamination, contaminant concentrations, and the nature of the contamination (e.g., dissolved phase versus NAPL).

#### *11.2.1.1 Target Contaminants*

Air sparging is applicable for the treatment of volatile/less volatile and/or tightly sorbed chemicals that cannot be remediated using vapor extraction alone (Miller 1996). Target contaminants for IAS include various fuels (e.g., gasoline, diesel, jet fuel) and fuel components such as benzene, toluene, ethylbenzene, and xylenes (BTEX); oils and greases; and chlorinated solvents (e.g., tetrachloroethene, trichloroethene, dichloroethenes, etc.). Methyl *tert*-butyl ether (MTBE), another fuel-related contaminant, has been used as a gasoline additive since the late 1970s as an octane enhancer and/or as a component of oxyfuel. MTBE is a volatile, flammable and colorless liquid that dissolves rather easily in water. Its use was highly increased by the implementation of the Clean Air Act Amendments of 1990, which require the use of oxygenates, such as MTBE and ethanol, for gasoline in areas with unhealthy levels of air pollution to reduce harmful emissions from motor vehicles. Due to the wide use of MTBE, it has been frequently detected in contaminated groundwater (Johnson et al. 2000).

An extensive review of IAS case studies is given by Bass et al. (2000). Table 11.1 lists the chemical properties of target compounds and describes representative case studies. The application of air sparging results in the treatment of groundwater contaminated by various volatile and semi-volatile organic compounds, the removal of immobile contaminant sources having NAPLs, and the creation of a barrier to dissolved contaminant plume migration(Heron et al. 2002; Johnson et al. 1999; NFESC 2001). If mobile light or dense NAPLs (i.e., LNAPL or DNAPL) are present

at a particular site, air sparging operations may spread the NAPL beyond current contamination zones.

Volatilization is the primary mechanism for contaminant mass removal during air sparging; thus, the vapor pressure of contaminants is a key factor in determining the applicability of the technology. Contaminants with a high Henry's law constant are generally good candidates for IAS remediation. The Henry's law constant can be approximated by the ratio of a compound's vapor pressure to its aqueous solubility. Compounds with a relatively low Henry's law constant will take more time and incur higher operational costs due to the extended duration and air sparging flow rates needed to volatilize contaminant mass from the subsurface.

**Table 11.1:** List of some target contaminant properties for use in air sparging technology.

| Chemical(s) | Vapor pressure* (mm Hg at 15°C) | Henry's law constant* (atm $m^3$/mol, 25°C) | Application cases |
|---|---|---|---|
| Benzene | 58.38 | $5.55\times10^{-3}$ | (Benner et al. 2000; Kirtland and Aelion 2000; Lundegard and Labrecque 1995) |
| Toluene | 16.48 | $6.35\times10^{-3}$ | |
| m-xylene | 4.59 | $6.78\times10^{-3}$ | |
| o-xylene | 3.55 | $4.19\times10^{-3}$ | |
| p-xylene | 4.82 | $6.15\times10^{-3}$ | |
| Ethyl benzene | 5.26 | $8.14\times10^{-3}$ | |
| Tetrachloroethene (PCE) | 10.59 | $2.69\times10^{-3}$ | (Brown et al. 1999; Rabideau et al. 1999) |
| Trichloroethene (TCE) | 45.13 | $1.16\times10^{-3}$ | |
| *cis*-1,2-dichloroethene | 129.3 | $7.36\times10^{-3}$ | |
| *trans*-1,2-dichloroethene | 218.5 | $6.70\times10^{-3}$ | |
| 1,1-dichloroethene | 406.7 | $2.28\times10^{-3}$ | |
| Vinyl chloride (VC) | 2179 | $2.24\times10^{-3}$ | |
| Methyl-tert-butyl ether (MTBE) | 161.2 | $5.41\times10^{-4}$ | (CWA 2006; Lin and Cheng 2007) |
| Total petroleum hydrocarbons (TPH) | A mixture of petroleum-related chemicals. | | (Aelion and Kirtland 2000; Aelion et al. 1997) |

*Data from Yaws (1999).

#### *11.2.1.2 Site Geological Conditions*

The successful application of IAS technology depends on the ability of the IAS system to effectively deliver injected air to the treatment area and the ability of the subsurface materials to effectively transmit the air (Miller 1996). IAS is best suited to sites with relatively coarse-grained (moderate to high permeability) homogeneous soils and medium to shallow aquifer depths at less than 50 ft below ground surface (Miller 1996; NFESC 2001). Fine-grained, low permeability soils limit the migration of the injected air in the subsurface. In homogeneous soil media, high permeability soils allow the upward transmission of air, while low permeability soils retard the upward movement of injected air (Jang and Aral 2009). Site geological conditions such as stratification, heterogeneity, and anisotropy can prevent uniform airflow

through soil media, thus reducing the effectiveness of air sparging. For IAS applications, good characterization of the geology in the area where an IAS system is to be installed is critical. The subsurface geology should be evaluated by collecting at least one continuous soil core from ground surface to the bottom of the contaminated aquifer in the area where air sparging is being considered (NFESC 2001). A hydrogeologist should evaluate the soil core to determine soil types and to identify the depth and location of distinct soil layers that may influence airflow.

#### *11.2.1.3 Oxygen Supply and Biodegradation*

Biodegradation of VOCs is one of major processes that naturally reduce VOC levels at contaminated sites (Lovley 1997). Within petroleum-contaminated zones, oxygen is depleted due to oxygen consumption by biotic and abiotic oxidation reactions. Oxygen can be supplied into the subsurface by oxygen-containing groundwater flow and air influx (soil breathing) into the ground without any human-induced activities (Andreoni and Gianfreda 2007; Jang and Aral 2007b; Lovley 1997); however, the oxygen supplied is usually much less than the oxygen consumed through aerobic biodegradation of organic compounds by indigenous microorganisms, which quickly depletes the dissolved oxygen within contaminated zones. This leads to low oxygen levels in the subsurface; thus, anaerobic conditions are often prevalent within and near the margins of groundwater plumes associated with contaminated sites. Under such situations, air sparging can become a significant source of oxygen (Jang and Aral 2009). As oxygen in the injected air dissolves into the groundwater, IAS can increase dissolved oxygen (DO) concentrations in the contaminated groundwater, which can then stimulate the growth of microorganisms and increase the aerobic biodegradation of organic contaminants. Aerobic biodegradation usually requires DO concentrations greater than 1 to 2 mg/L, while anaerobic bacteria generally cannot function at DO levels greater than 0.5 mg/L (Canada 2008; Wiedemeier 1998).

A variety of indigenous organisms exist in the soil, and many of them have the ability to biodegrade hydrocarbons under various environmental conditions. The microorganisms include bacteria, fungi, and protozoans, which utilize hydrocarbons as sources of energy and nutrients for cell growth (Reisinger 1995). The population of microorganisms changes based on the availability of nutrients, electron donors (e.g., petroleum hydrocarbons) and electron acceptors (e.g., oxygen, nitrate, sulfate), and changes in pH. Of the consortium of indigenous organisms, dominance depends on their adaptability to the environment they reside in. Hydrocarbons can biodegrade under either aerobic or anaerobic conditions. Aerobic biodegradation uses oxygen as the electron acceptor, while anaerobic biodegradation uses alternate electron acceptors, such as nitrate or sulfate (Reisinger 1995). For hydrocarbon oxidation under anaerobic conditions, nitrate, manganese (IV), iron (III), sulfate, and carbonate can be used as terminal electron acceptors in the order of reduction potentials (Lovley 1997; Wiedemeier 1998). BTEX, MTBE, and polycyclic aromatic hydrocarbons (PAHs) are biodegradable under aerobic conditions (Andreoni and Gianfreda 2007; Kane et al. 2001; Kirtland and Aelion 2000). Kirtland et al. (2001) showed that IAS with SVE accelerates the aerobic biodegradation of BTEX and petroleum

hydrocarbons. MTBE is less biodegradable than benzene; thus, the effectiveness IAS on accelerating MTBE biodegradation is less than that for benzene (U.S.EPA 1998). Table 11.2 gives the stoichiometric relationships for aerobic and anaerobic bioreactions for various common organic compounds. Generally, the aerobic bioreaction of petroleum hydrocarbons is more rapid and efficient than the anaerobic bioreaction due to the lower free-energy requirement for initiation and higher energy production under the aerobic bioreaction (Cookson 1995).

Chlorinated ethenes (CEs), such as PCE and TCE, are among the most frequently detected VOCs at contaminated sites. Biodegradation of CEs depends on many physicochemical and biological parameters such as oxygen concentrations, availability of carbon sources, and indigenous microorganisms. The pathways for CEs biodegradation are typically divided into three main groups: dehalogenation, cometabolism, and oxidation under anaerobic or aerobic conditions (Figure 11.2). Under anaerobic conditions, PCE can be biologically transformed by sequential reductive dehalogenation as follows: PCE → TCE → dichloroethene (DCE) → vinyl chloride (VC) → ethene (Jang and Aral 2007a; Jang and Aral 2008a; Lawrence 2007; Vogel and McCarty 1985). Because PCE byproducts TCE, DCE and VC are toxic, dehalogenation of PCE results in the introduction of new contaminants into the subsurface. Under aerobic conditions, however, CEs can be biologically degraded via cometabolic processes, which usually do not generate harmful byproducts.

**Table 11.2:** Stoichiometric relationships for bioreactions of VOCs.

| *Aerobic bioreaction* |
|---|
| *Benzene oxidation/respiration*: $C_6H_6 + 7.5O_2 \rightarrow 6CO_2 + 3H_2O$ |
| *Toluene oxidation/respiration*: $C_6H_5CH_3 + 9O_2 \rightarrow 7CO_2 + 4H_2O$ |
| *Ethylbenzene oxidation/respiration*: $C_6H_5C_2H_5 + 10.5O_2 \rightarrow 8CO_2 + 5H_2O$ |
| *m-Xylene oxidation/respiration*: $C_6H_4(CH_3)_2 + 10.5O_2 \rightarrow 8CO_2 + 5H_2O$ |
| *PCE aerobic cometabolism*: $C_2Cl_4 + O_2 + 2H_2O \rightarrow 2CO_2 + 4H^+ + 4Cl^-$ |
| *TCE aerobic cometabolism*: $C_2HCl_3 + 1.5O_2 + H_2O \rightarrow 2CO_2 + 3H^+ + 3Cl^-$ |
| *DCE oxidation/respiration*: $C_2H_2Cl_2 + 2O_2 \rightarrow 2CO_2 + 2H^+ + 2Cl^-$ |
| *VC oxidation/respiration*: $C_2H_3Cl + 2.5O_2 \rightarrow 2CO_2 + H_2O + H^+ + Cl^-$ |
| *Anaerobic bioreaction* |
| *Benzene oxidation/denitrification*: $C_6H_6 + 6NO_3^- + 6H^+ \rightarrow 6CO_2 + 6H_2O + 3N_2$ |
| *Benzene oxidation/iron reduction*: $C_6H_6 + 30Fe(OH)_3 + 60H^+ \rightarrow 6CO_2 + 30Fe_3^{2+} + 78H_2O$ |
| *Benzene oxidation/sulfate reduction*: $C_6H_6 + 3.75SO_4^{2-} + 7.5H^+ \rightarrow 6CO_2 + 3.75H_2S + 3H_2O$ |
| *Benzene oxidation/methanogenesis*: $C_6H_6 + 4.5H_2O \rightarrow 2.25CO_2 + 3.75CH_4$ |
| *Toluene oxidation/denitrification*: $C_6H_5CH_3 + 7.2NO_3^- + 7.2H^+ \rightarrow 7CO_2 + 7.6H_2O + 3.6N_2$ |

The aerobic and anaerobic biotransformation of CEs has been reported at many contaminated sites (Clement et al. 2000; Hinchee et al. 1995; Lenczewski et al. 2003). For example, field investigations at PCE-contaminated sites showed the appearance of TCE, DCE, and VC in the groundwater (Maslia et al. 2007). At TCE-contaminated sites, DCE and VC were also detected within both water and gas phases in the unsaturated zone as well as within the water in the saturated zone. These occurrences are due to anaerobic biotransformation and partitioning processes of the contaminants (Lorah and Olsen 1999; Wiedemeier 1998). In addition to anaerobic bioreactions of CEs, aerobic bioreactions of DCE and VC have been also documented at contaminated sites, especially at the aerobic fringe of contaminant plumes (Clement et al. 2000; Hinchee et al. 1995; Lenczewski et al. 2003; Verce et al. 2002). It is important to note that the anaerobic and aerobic bioreactions of CEs, coexisting at contaminated sites, generate totally different byproducts (e.g., toxic vs. benign byproducts in Figure 11.2), resulting in distinct environmental effects. Thus, a well-defined classification of target sites into co-existent aerobic or anaerobic regions is very important in accurately predicting the fate and transport of parent and daughter contaminants (Jang and Aral 2007b; Jang and Aral 2008b).

The subsurface is highly heterogeneous in terms of hydrogeological, physical, chemical, and biological conditions. Considering the heterogeneities, such as rate-limited dispersion of oxygen through porous media and locally distinct utilization of oxygen, one can expect the development of three-types of bioreaction blocks: pure aerobic block, pure anaerobic block, and aerobic-anaerobic-mixed block (Jang and Aral 2007b). The last block refers to a representative subsurface element in which both aerobic and anaerobic bioreactions occur simultaneously.




**Figure 11.2:** Anaerobic and aerobic biological degradations of chlorinated ethenes (van Hylckama Vlieg and Janssen 2001).

**11.2.2 Theoretical, Experimental, and Numerical Approaches to IAS**

Typically, airflow through porous media in the saturated zone occurs in the form of bubbles and/or discrete air channels that form in well-sorted, coarse-grained sediments. Many laboratory experiments have been conducted to determine airflow patterns for various air injection rates and porous media characteristics (Chen et al. 1996; Ji et al. 1993; Peterson et al. 1999; Reddy and Adams 2001; Roosevelt and Corapcioglu 1998). Ji et al. (1993) showed that an increase in air injection rate expands the size of overall air plume and increases the number of continuous air channels (i.e., a higher density of air channels in the saturated zone). They reported, however, that the size of each channel was almost independent of air injection rates. Peterson et al. (1999) conducted similar laboratory experiments to observe airflow and the zone of IAS influence as a function of grain size. They reported that airflow in discrete channels (i.e., channeled flow) was dominant for smaller grain sizes (average diameter < 1.3 mm), while air-bubbly flow was pervasive for larger grain sizes (average diameter ≥ 1.84 mm). Peterson et al. (1999) suggested that, in terms of a grain size, aquifers having sediments with diameters in the 2-3 mm range would be optimal for air sparging because the zone of influence for IAS is maximized under these conditions.

For the movement of distinct air bubbles through water-saturated porous media, Corapcioglu et al. (2004) theoretically estimated the rise velocity of air bubbles based on macroscopic balance equations for forces acting on the bubbles, accounting for inertia, gravity, buoyancy, surface tension, and drag. The theoretical velocity estimates showed good agreement with laboratory-measured velocities observed by Roosevelt and Corapcioglu (1998). Air channeling is ubiquitous at the pore scale and occurs at various scales during IAS (Clayton 1999). Heterogeneities of capillarity and relative permeability appear to determine the formation of air channels at macroscopic and larger scales (Ahlfeld et al. 1994; Ji et al. 1993). At smaller scales, air channels may be closely spaced relative to the representative elementary volume of a typical model, and air-water flow can be assumed to be a continuum within relatively homogeneous porous media (McCray 2000). Air-water flow as a continuum has been applied for multiphase flow models.

The use of IAS technology is growing more rapidly than the theoretical and design knowledge associated with the technique, and mathematical models of air sparging are in the early stages of development (McCray 2000). Published air-sparging models became available in the early to mid-1990s. (McCray 2000) conducted an extensive review of the mathematical modeling of air sparging. In this review, air-sparging models were divided into two main groups: compartmentalized, lumped-parameter models and multiphase fluid-flow models. The former approach considers multiple, separate compartments (or blocks) for fluid flows and biological-physical-chemical processes. The compartments are linked in terms of mass transfer between them. The multiphase flow approach assumes that the water and gas phases are continuums. Such an assumption is often used to describe the simultaneous flow of water and air that occurs during IAS (Jang and Aral 2009). Numerical modeling of IAS is a

valuable tool in predicting complex processes regarding fluid flow, contaminant transport, and nonequilibrium reactions and in solving problems occurring during IAS (Benner et al. 2002). Understanding the dynamic behavior of gas and water is essential to determine the feasibility of IAS and to design effective IAS systems.

#### *11.2.2.1 Compartmentalized, Lumped-Parameter Model*

In compartmentalized models for air sparging, porous media phases and contaminated/uncontaminated zones can be divided into multiple compartments (Rabideau et al. 1999; McCray 2000). The multiphase environment associated with IAS applications includes gas, water, soil, and NAPL phases that can be represented as compartments in which contaminants can be present in each (Rabideau and Blayden 1998) (Figure 11.3). The compartments are regarded as completely mixed reactors. The mass transfer between the compartments is expressed by equilibrium and/or nonequilibrium processes, such as dissolution, vaporization, and sorption. In order to consider the rate-limiting mechanism of contaminant diffusion, Rabideau et al. (1999) used two compartments to represent a "clean zone" and a "dirty zone" instead of aqueous and solid phases. The "clean" zone is in contact with air channels (i.e., gas phase compartment). Thus, contaminants in this zone are quickly removed by mass transfer into the gas phase and bioreactions. The contaminants in the "dirty" zone can be removed by relatively-limited contaminant diffusion from the "dirty" zone into the "clean" zone. Generally, the primary purpose of compartment models is to address the mass-transfer limiting diffusion of dissolved contaminants, and/or nonequilibrium interphase mass transfer between the air-water or NAPL-water phases (McCray 2000).

In compartmental models, the gas compartment is usually used to represent air channels in porous media. Compartmental models are useful to address the effect of air channeling on contaminant removal (Figure 11.3). Wilson (1992) used a well-mixed, two-compartment model (e.g., a water compartment and a reaction compartment between water and gas) to develop simple analytical air-sparging models that were used to estimate the removal of a dissolved contaminant under steady and unsteady conditions. Local equilibrium between water and gas phases was assumed in the analytical models. Wilson et al. (1994) developed a numerical model to simulate VOC transport into sparged air by dispersion and air-induced circulation of the water in the vicinity of a sparging well. Air was assumed to flow through discrete, persistent channels in the aquifer. By simplifying the air-sparging system into a few compartments and considering discrete fluid flows without considering the interaction between fluids, the compartmentalized, lumped-parameter models allow representation of many complex mass-transfer processes in a bulk volume of porous media. However, these models cannot describe the dynamic behavior of injected air and groundwater, the temporal- and spatial-distribution of the air, and the physicochemical processes that are associated with this dynamic behavior (Jang and Aral 2009; McCray 2000).




*NAPL = Nonaqueous phase liquid; †Biorxn= Aerobic and anaerobic Bioreactions.

**Figure 11.3:** A diagram of reactions and mass transfer between water, gas, and soil compartments.

The contaminant mass balance equations for gas, water, and NAPL phases can be written based on mass conservation in the subsurface system. Interphase mass transfer, dissolution, and vaporization of VOCs are often expressed by first-order kinetics (Rabideau and Blayden 1998). For the gas phase, the partitioning between gas and water and the vaporization from a NAPL source as well as influx and exflux of contaminants for a representative matrix element can be given as

$$V_G \frac{dC_G}{dt} = Q_G\left(C_G^{in} - C_G\right) + K_G A\left(HC_W - C_G\right) + V_G \lambda_V \left(C_G^{\max} - C_G\right) \qquad (11.1)$$

where subscripts $G$ and $W$ indicate the gas and water phases, respectively; $V_G$ is the volume of the gas phase [$L^3$]; $C_G$ and $C_W$ are the contaminant concentrations in the gas and water phases [$ML^{-3}$]; $Q_G$ is the flow of the gas [$L^3T^{-1}$]; $C_G^{in}$ is the vaporized contaminant concentration in the gas coming into the compartment [$ML^{-3}$]; $K_G$ is the gas-water mass transfer coefficient [$LT^{-1}$]; $A$ is the interfacial area between gas and water phases [$L^2$]; $H$ is the dimensionless Henry's constant; $\lambda_V$ is the vaporization rate of the NAPL contaminant [$T^{-1}$]; and $C_G^{\max}$ is the maximum contaminant concentration in the gas phase [$ML^{-3}$]. For the water phase, the contaminant mass balance equation can be expressed as

$$V_W \frac{dC_W}{dt} = Q_W\left(C_W^{in} - C_W\right) - K_G A\left(HC_W - C_G\right) + V_W \lambda_D \left(C_W^{\max} - C_W\right) \qquad (11.2)$$

where $V_W$ is the volume of the water phase [$L^3$]; $Q_W$ is the flow of the water [$L^3T^{-1}$]; $C_W^{in}$ is the dissolved contaminant concentration in the water coming into the

compartment [$ML^{-3}$]; $\lambda_D$ is the dissolution rate of the NAPL contaminant [$T^{-1}$]; and $C_W^{\max}$ is the maximum contaminant concentration in the water phase [$ML^{-3}$]. The contaminant mass balance equation for the solid phase is

$$V_S \rho_S \frac{dC_S}{dt} = V_S \rho_S \lambda_S \left( K_S C_W - C_S \right) \tag{11.3}$$

where $\rho_S$ is the bulk density of soil media [$ML^{-3}$]; $\lambda_S$ is the first-order non-equilibrium sorption rate coefficient [$T^{-1}$]; $C_S$ is the contaminant concentration on the soil media [$M_{contaminant}/M_{soil}$]; and $K_S$ is the sorption coefficient under an equilibrium state [$L/M_{soil}$]. The dissolution and evaporation of a NAPL contaminant, which is trapped in pore spaces, result in its mass reduction. The NAPL-contaminant reduction can be expressed by

$$\rho_N \frac{dV_N}{dt} = -V_W \lambda_D \left( C_W^{\max} - C_W \right) - V_G \lambda_V \left( C_G^{\max} - C_G \right) \tag{11.4}$$

where subscript $N$ indicates the NAPL phase; $\rho_N$ is the density of the NAPL [$ML^{-3}$]; and $V_N$ is the volume of the NAPL [$L^3$].

#### *11.2.2.2 Multiphase Flow Model*

When multiple immiscible fluids flow through porous media, the interfacial tension between the fluids is nonzero, and a distinct interface separates the fluids within each pore (Bear 1972). The existence of fluid interfaces makes multiphase flow problems much more difficult to analyze and model than single-phase flow such as the groundwater flow in the saturated zone (Celia et al. 1995). The ability of an interface to carry a nonzero stress is quantified by the interfacial tension for the fluid-fluid pair, and the pressure difference across an interface between two fluids is called the capillary pressure. For gas-water systems, the capillary pressure, $P_c$, can be written as

$$P_c = P_g - P_w \tag{11.5}$$

where $P_g$ and $P_w$ are gas and water pressures [$ML^{-1}T^{-2}$], respectively.

A major difficulty in modeling multiphase flow arises from the constitutive relationships governing multiphase fluid movement (Parker et al. 1987). The relationships are expressed as functional relationships of capillary pressures ($P_c$), saturations ($s$), and relative permeabilities ($k_r$) of coexisting phases. The relationships and their dependence on porous media and fluid characteristics have been widely studied (Ataie-Ashtiani et al. 2002; Brooks and Corey 1964; Demond and Roberts 1991; Miller et al. 1998; Mualem 1976; Parker et al. 1987; Stone 1970; van Genuchten 1980). Capillary pressure-saturation equations such as the Brooks and Corey equation (Brooks and Corey 1964) and van Genuchten equation (van Genuchten 1980) are widely used to describe the relationship between capillary

pressure and effective saturation of a wetting fluid for multiphase flow (Leij et al. 1997). In air-water systems, the contact angle between the water-air interface and the solid phase is less than 90°; water is therefore the wetting fluid, which will preferentially wet the solid, and air then becomes the nonwetting fluid (Bear 1972).

In multiphase flow, each fluid is regarded as a continuum in the porous medium, and each fluid has its own flow pattern according to its saturation level. The permeability of each fluid within a porous medium is affected by the presence of the other phase. Darcy's law, originally describing the flow of a single-phase fluid completely saturating a porous medium, can be extended to describe multiphase flow (Bear 1972). Under the extension of Darcy's law, the permeability of each fluid is called an effective permeability. The ratio of the effective permeability of each fluid to the permeability of a single-phase fluid is defined as relative permeability. Relative permeability is generally expressed as a function of fluid saturation. In water-gas systems, the relative permeabilities of water and gas phases can be written using the van Genuchten model (van Genuchten 1980) as follows:

$$k_{rw} = s_{we}^{1/2}\left[1-\left(1-s_{we}^{1/m}\right)^m\right]^2 \tag{11.6}$$

$$k_{rg} = c_k\left(1-s_{we}\right)^{1/2}\left(1-s_{we}^{1/m}\right)^{2m} \tag{11.7}$$

with

$$s_{we} = \frac{s_w - s_{wr}}{1 - s_{wr}} = \begin{cases} \left[1+\left(\alpha P_c\right)^n\right]^{-m} & P_c > 0 \\ 1 & P_c \le 0 \end{cases} \tag{11.8}$$

where $k_{rw}$ and $k_{rg}$ are the relative permeabilities of water and gas phases, respectively; $c_k$ is the Klinkenberg factor, which accounts for the air slippage in air-water flow systems (Bear 1972); $s_{we}$, $s_w$, and $s_{wr}$ are the effective, actual, and irreducible water saturations, respectively; and $\alpha$, $n$, and $m$ are the empirical parameters of the capillary pressure-saturation curve. Parker et al. (1987) extended the van Genuchten model to three fluid phases and suggested closed-form expressions for capillary pressure-saturation ($P_c - s$) and saturation-relative permeability ($s - k_r$) relationships in two- and three-phase porous media systems.

$P_c - s$ and $s - k_r$ relationships may be different depending on whether the porous medium is undergoing wetting or drying (Bear 1972). The phenomenon is called hysteresis, and is produced by pore scale effects associated with the difference in the contact angle between fluids and a solid, and nonwetting fluid entrapment during saturation path reversals (Lenhard et al. 1989). Typically, the relationships are highly nonlinear, and experimental measurement is often a difficult task. Ataie-Ashtiani et al. (2002)reported that the task can be more difficult in the presence of microheterogeneities that generate complex functional dependencies in the $P_c - s - k_r$ relationships. In both environmental remediation and petroleum reservoir engineering, nonhysteretic $P_c - s$ and $s - k_r$ relationships are usually accepted in multiphase flow

modeling because the relationships are less computationally demanding and require fewer data (Miller et al. 1998).

Multiphase flow equations are complex and highly nonlinear because of the capillary pressure and relative permeability relationships incorporated into the equations. Most modeling of multiphase flows is based on numerical methods (Marulanda et al. 2000; McCray and Falta 1996; McCray and Falta 1997; Mei et al. 2002; Mohtar et al. 1994; van Dijke et al. 1995). A few investigators have developed analytical solutions (van Dijke et al. 1995; Philip 1998; van Dijke and van der Zee 1998). Due to the nonlinearity of the multiphase flow equations, analytical solutions are based on simplifying assumptions, such as steady-state air flow, incompressible air, constant air velocity, and stagnant water; relationships for relative permeability or capillary pressure have also been simplified to obtain solutions. van Dijke et al. (1995) developed an analytical solution to estimate air saturation levels and the ROI of IAS under steady-state conditions with a point source injection. The analytical solution showed good agreement with IAS simulation results. The analytical solution is a steady boundary-layer solution that neglects air flow due to vertical capillary pressure gradients. Philip (1998) presented a full air-flow solution that allows downward flow below an air-sparging point. The solution was given in terms of the dimensionless Kirchhoff potential and Stokes stream function. The former increases monotonically with capillary pressure and air saturation, and the latter maps the pattern of air flow.

The governing equation for multiphase flow can be derived by combining the mass conservation equation and Darcy's law (Bear 1972; Jang and Aral 2009) as

$$\frac{\partial\left(\phi s_f \rho_f\right)}{\partial t} = \nabla \cdot \left[\frac{\rho_f k_m k_{rf}}{\mu_f}\left(\nabla P_f + \rho_f g \nabla z\right)\right] + Q_f^* \qquad (11.9)$$

where subscript $f$ represents the mobile fluids; $\phi$ is the porosity; $s$ is the fluid saturation; $\rho$ is the fluid density [$ML^{-3}$]; $\mu$ is the dynamic viscosity [$ML^{-1}T^{-1}$]; $k_r$ is the relative permeability; $k_m$ is the intrinsic permeability tensor for soil media [$L^2$]; $P$ is the fluid pressure [$ML^{-1}T^{-2}$]; $g$ is the gravitational acceleration [$LT^{-2}$], $z$ is the elevation [L]; and $Q_f$ represent the strength of sources/sinks of mass [$ML^{-3}T^{-1}$]. For gas-water systems, the flow equations are coupled by capillary pressure term, $P_c$, as defined in Equation (11.5) (Parker and Lenhard 1987; Thomson et al. 1997). If a NAPL is present and is considered as an immobile residual, a change in NAPL saturation occurs only due to vaporization and/or dissolution. Also, if the saturation level of an immobile NAPL is small relative to that of water or gas and the pressures of gas and water phases are independent of the pressure of immobile NAPL, the presence of NAPL can be disregarded in solving water and gas flow equations (Sleep and Sykes 1989; Thomson et al. 1997).

The equation for the advective-dispersive transport of a contaminant in the water and gas phases can be written as (Jang and Aral 2009)



CL_PLG-EXPERT_ARAL_0000002268

$$\frac{\partial\left(\phi s_f C_f\right)}{\partial t} = \nabla\left(\phi s_f D_f \nabla C_f\right) - \nabla(q_f C_f) + I_f + C_f^* Q_f^{'} \quad ; f = w, g \qquad (11.10)$$

where $D$ and $q$ are the dispersion tensor [$L^2T^{-1}$] and Darcy flux [$LT^{-1}$], respectively; $I$ indicates the interphase mass transfer of a contaminant [$ML^{-3}T^{-1}$]; $C^*$ is the specified concentrations of contaminants at a source/sink [$ML^{-3}$]; and $Q^{'}$ is the strength of the source/sink [$T^{-1}$]. The Darcy velocity for each fluid can be written as

$$q_f = -\frac{k_m k_{rf}}{\mu_f}\left(\nabla P_f + \rho_f g \nabla z\right) \qquad (11.11)$$

Numerical analyses of multiphase flow have contributed significantly to the understanding of the theoretical aspects of IAS and to the design of IAS system (McCray 2000). Mohtar et al. (1994) developed a two-dimensional, steady-state model, SPARG, to simulate air sparging in porous media. The model, based on finite element method, was used to predict the distribution of capillary pressure during air sparging. Using a three-dimensional multiphase flow model developed by Huyakorn et al. (1994), Panday et al. (1994) depicted the distribution of steady-state gas pressure in the vicinity of a sparging well and the profiles of air velocity along a vertical cross-section and a horizontal plane. Transient air flows in a homogenous axially-symmetric porous medium were simulated by van Dijke et al. (1995), who developed dimensionless flow equations for water and gas based on the mixed form of Richard's equation. Their simulation results show that injected air induces water table mounding at the injection well, and that dynamic movements of air and water stabilized within 2 hours, leading to nearly steady-state air flow under conditions of hydrostatic water pressure. The phenomenon of water table mounding was also reported by Lundegard and Andersen (1996).

Using SVE with in conjunction with IAS, Unger et al. (1995) investigated the mechanisms controlling the removal of TCE as a DNAPL above and below the water table. At early times, TCE in the unsaturated zone was removed by rapid mass transfer from the NAPL to the gas phase. At later times, TCE removal was controlled by mass transfer between the NAPL and water phases in the saturated zone. For combined IAS-SVE applications, nonequilibrium effects can be associated with diffusion- and dispersion-limited mass transfer of VOCs between phases. A first-order mass transfer equation has been frequently used to represent nonequilibrium mass transfer of VOCs in porous media (Braida and Ong 2000; Sleep and Sykes 1989). In IAS modeling, Unger et al. (1995) used the CompFlow model developed by Forsyth and Shao (1991), and employed two horizontal sparging wells to improve the contact between the injected air and the DNAPL. The importance of contact time was also highlighted by Bass et al. (2000), who reviewed many field and experimental cases and provided predictive indicators for successful application of IAS. Benner et al. (2000) used the BIOVENTING$^{plus}$ model to simulate IAS for sandy soils and shallow groundwater contaminated with LNAPL. Toluene, ethylbenzene, and xylene were the dominant LNAPL constituents. Mei et al. (2002) used a pseudo-transient

method to investigate steady-state air flow by air venting and sparging in an axisymmetric domain. They noted that the compressibility of gas has significant effects on determining capillary pressure, the vertical velocity of gas, and ROI within some regions. Jang and Aral (2009) examined the remedial performance of IAS systems while investigating the flows of groundwater and injected air under different air injection rates. Their study better explained the phenomenon of groundwater and contaminant plume diversion around the IAS influence zones and the change in the ROI of IAS as a function of air injection rate.

### 11.2.3 Flows of Groundwater and Injected Air under IAS

Air flow in IAS plays a key role in determining the effectiveness of contaminant removal. Typically, a uniform distribution of air flow is expected in homogeneous soil media, while preferential air flow can be generated easily in heterogeneous media. In an IAS system, the injected gas interacts continuously with the groundwater while both fluid phases are subject to porous media flow. The gas flow pattern can be estimated from the relationships between the water and gas phase pressures. Ji et al. (1993) reported that a parabolic distribution of air flow can be obtained in homogeneous media, and an increase in air injection rates leads to an increase in the size of air sparging influence zone. Numerical approaches have been used to study the distribution of air flow (Jang and Aral 2009; Thomson and Johnson 2000; van Dijke et al. 1995). Air distribution in IAS depends on air injection rate and soil permeability in homogeneous soils. Air flow and gas saturation levels under IAS using a vertical injection well, developed by Jang and Aral (2009) using TechFlowMP code, are illustrated in Figure 11.4. In Figure 11.4(a), gas flow shows some lateral, downward movement around the injection screen, but overall, its upward movement is predominant within the air sparging zone. After air is introduced at the injection point, the size of the air plume increases and the air velocity decreases with its upward movement.

The distribution of gas saturation is determined by a variety parameters, such as air injection rate and soil permeability. In Figure 11.4(b), the distribution of gas saturation for an IAS system shows parabolic-shaped air plumes. Gas-saturation distributions can be used to estimate the zone of influence of IAS systems, which delineates a mixing zone where the injected air contacts with the groundwater. Because contaminant removal by IAS depends primarily on mass transfer of contaminants from the water phase to the gas phase, the size of the mixing zone should be large enough to span the width of the target contaminant plume.




**Figure 11.4:** Flow and saturation of gas phase under *in-situ* air sparging ($Q$ = 60 $m^3$/hr).

Air sparging reduces and diverts groundwater flow around an air-injection well within the zone influence of an IAS system, as seen in Figure 11.5. This figure presents the flow pathways and velocity profiles of groundwater in the horizontal and vertical planes. The reduction in the groundwater velocity is proportional to local gas saturation levels; the higher gas saturation induced by the greater injection rate results in greater diversion of the groundwater(Jang and Aral 2009). As pointed out by Nyer and Suthersan (1993), the lateral and vertical diversions around the air injection zone can result in the uncontrolled spreading of dissolved contaminants. The vertical diversion of groundwater should be taken into account in determining the depth of air-injection points, which should be sufficiently deep to allow remediation of the entire vertical extent of the contaminant plume.




**Figure 11.5:** Groundwater flow on vertical and horizontal cross-sections under in-situ air sparging.

An IAS system with multiple injection wells can be implemented to expand the size of the IAS influence zone and also to provide a uniform distribution of injected air, which can improve the contact of the injected air and the contaminated groundwater. The distribution of gas saturation using two air injection wells is given in Figure 11.6. The IAS influence zone with a gas saturation of 0.1 extends up to 6.8 m in *y*-direction in the *x-y* plane in Figure 11.6(a). The gas saturation profile in the *x-z* plane indicates that influence zones of the two injection wells overlap, as shown in Figure 11.6(b). This region is important because gas saturation levels are low, thereby creating a pathway for a diverted contaminant plume. Even though the total air injection rate of this multi-injection-well system is half that of the one-injection-well system, shown in Figure 11.4, the former case produces wider and more uniform gas distribution than the latter case.




**Figure 11.6:** Gas saturations in the vertical and horizontal planes for a total in-situ air sparging rate of $Q$ = 30 $m^3$/hr. Soil permeability $k_{xx} = k_{yy} = 10^{-10}$ $m^2$ and $k_{zz} = 5\times10^{-11}$ $m^2$. The first and second injection wells are at (25.25 m, 0 m, 2.5 m) and (24.25 m, 6 m, 2.5 m) in (x, y, z), respectively.

### 11.2.4 Contaminant Transport

Normally, the size and shape of a contaminant plume is determined by the processes of advection and dispersion as well as physical, chemical, and biological processes. Under conditions of IAS wherein the presence of a gas phase locally reduces the water phase permeability, dissolved phase contaminants can be retarded by the reduced groundwater flow within the IAS influence zone as well as diverted around the IAS injection wells. Especially, the diversion of flow around air sparging wells prevents contaminated groundwater from entering the IAS zone of influence and interferes with the mixing of contaminated groundwater with the injected air, reducing the effectiveness of the remedial process.

In IAS operations, the reduction in the size and concentration of contaminant plumes will vary according to the air injection rate, with higher air injection rates resulting in the greater concentration reduction. To better understand how IAS affects contaminant transport, Jang and Aral (2009) simulated dissolved-phase TCE concentrations under IAS operations using one and two air injection wells. Results are illustrated in Figure 11.7. In Figure 11.7(a), a portion of the contaminant plume is diverted around the IAS zone of influence when using one air injection well; thus, a portion of the plume is untreated and migrates downstream beyond the zone of influence. In Figure 11.7(b), a second injection well (Injection well 2) is installed near the outer boundary of the TCE plume. In this case, the zone of influence created by the two wells fully envelops the contaminant plume in the *y*-direction, and the dissolved-phase contamination is successfully captured and remediated by the IAS system. Rather than using one injection well with a high injection rate, multiple

injection wells with well-distributed injection rates are more effective in expanding the IAS zone of influence and intercepting contaminant plumes (Jang and Aral 2009). IAS using multiple injection wells helps to more uniformly distribute the contaminant loading per injected air volume, reduce the air injection rate at each well, and increase the overall remedial performance of the IAS system.




**Figure 11.7:** Contaminant transport under IAS operations using (a) one injection well, and (b) multiple injection wells. Total air injection $Q = 30\ m^3/hr$. Results from Jang and Aral (2009) using TechFlowMP code.

The design and operation of IAS systems with multiple injection wells is based on multiple factors, such as hydrogeologic parameters, spatial contaminant distributions, physicochemical properties of contaminants, and remedial goals. Especially, when the velocity of the groundwater flow or the concentration of contaminants is high, the contaminant loadings on each well will be high. Under such conditions, high flow rates or more injection wells may be required.

### 11.2.5 Radius of Influence

The ROI of an air sparging well is one of the most important parameters in the design of IAS systems, and is generally defined as the maximum radius from an injection well to the location at which remedial effects due to the injected air are observed, or as the radius from an injection well to a location at which the change in gas pressure due to air sparging is detected. The ROI can be estimated as a pre-selected gas saturation level, gas pressure, or gas-species concentration based on contaminated site conditions (Jang and Aral 2009; Lee et al. 2002). The most common method to estimate the ROI in field applications is to use the gas-phase saturation profiles (McCray and Falta 1996, 1997). In IAS simulations using the T2VOC code, Falta et al. (1995) showed that the anisotropy of the soil matrix has great importance in determining the ROI, and that the heterogeneities of the soil media also play an important role in determining airflow pathways. For example, horizontal, disk-shaped lenses of low permeability soil (such as a clay lens) contribute to the lateral

movement of air injected below the lens. The effect of low-permeable layers has been demonstrated through experiments (Ji et al. 1993) and numerical studies (McCray and Falta 1996; van Dijke and van der Zee 1998). Philip (1998) and Mei et al. (2002) showed that the ROI in a fine-grained soil was larger than that in a coarse-grained soil because of stronger capillarity in the finer soil. Through air injection and extraction tests at a contaminated site, Lee et al. (2002) evaluated the ROI using two indicators: the variation of gas-phase pressure, and the propagation of DO concentrations in the groundwater. In their study, a pressure-based ROI was estimated to be the distance at which the gas-phase pressure was greater than or equal to 2.5 mm $H_2O$ (U.S.ACE 1995), while an oxygen-based ROI was established to be the distance where dissolved oxygen concentrations were greater than or equal to 5% (U.S.EPA 1995). The pressure-based ROI was of similar magnitude as the oxygen-based ROI.

As seen in Figure 11.4(b), gas-saturation-based ROI varies with depth due to the change in the distributions of gas saturation with elevation. In Figure 11.4(b), the gas plume is nearly fully expanded at around $z$ = 9 m before the injected air reaches the unsaturated zone, and thus the ROI at $z$ = 9 m can be selected as a representative ROI value for a specific IAS operational condition. ROIs estimated under different IAS operational conditions (e.g., different air injection rates) are presented in Figure 11.8. The ratio of the ROI to the depth of the air injection point from the water table can be used to compare the zone of influence of IAS under different conditions. In Figure 11.8, the lower soil permeability yields a larger ROI at the same air injection rate, and the effect of air injection rate on ROI becomes greater as soil permeability decreases. The estimated ROIs at different soil permeabilities and injection rates can be used to estimate the effective remediation zones based on a certain level of gas saturation that could be obtained through pilot-scale field or laboratory experiments. However, because contaminant concentrations in the groundwater vary over time and location, it is difficult to predict the exact remedial performance of a specific gas saturation level.

### 11.2.6 Field Application of IAS Systems

The feasibility of air sparging technology at a particular site can be evaluated based on site characteristics and technical difficulties in implementation, remedial effectiveness, cost, and regulatory requirements (NFESC 2001; U.S.EPA 1991). The practical aspects of implementing IAS technology to remediate a particular contaminated site are discussed below.




**Figure 11.8:** Radius of influence as a function of air injection rate at a gas saturation = 0.1, elevation of $z$ = 9 m, and air injection rate of $Q$ = 30 $m^3$/hr at a single injection well.

### *11.2.6.1 Subsurface Site Characterization*

The site investigation and field data collection effort is a fundamental step for designing a remedial strategy for a contaminated site. Field data are critical in selecting the most appropriate remedial technique at a given site. Site investigation includes gathering information on the site history, geology, hydrogeology, nature and extent of contamination, geochemical and biological conditions, and potential hazards to human health and the environment. Table 11.3 summarizes the site characteristics that should be acquired for a particular contaminated site.

### *11.2.6.1 Air Sparging System Effectiveness and Feasibility*

The effectiveness of IAS at a contaminated site should be evaluated based on site-specific data obtained through site characterization. The following categories can be used in evaluating the expected effectiveness of IAS for site remediation.
***Contaminants of concern***: IAS is typically effective at removing dissolved VOCs, and has the potential for treating NAPLs at low saturations. Section 11.2.1 discusses the characteristics of contaminants that are well-suited to IAS remediation. As contaminant removal by IAS is based primarily on vaporization and biodegradation, the contaminants of concern should be readily vaporized by the air sparging process. Contaminant mass reduction by aerobic biodegradation can also be expected when indigenous microbes as well as nutrients for microbial growth are present. If mobile NAPL is present at a site, it should be removed from the subsurface before implementing IAS operations. However, if NAPL is trapped in soil pore spaces and is immobile, IAS is an effective approach to remove NAPL from the subsurface

**Table 11.3: Site characteristics/parameters needed to evaluate contaminated sites*.**

| Group | Characteristic/parameter | Comments |
|---|---|---|
| Site history | Site investigation/use records<br>Chemical inventory records<br>Contaminant release records | - Collect historical characterization data.<br>- Identify potential contaminants due to previous site uses. |
| Site geology and hydrogeology | Subsurface geology<br>Soil properties/stratification<br>Groundwater depth and flow<br>Hydraulic properties of subsurface materials<br>Groundwater recharge and discharge<br>Aquifer thickness | - Collect data within the target treatment area through field investigation. Includes collecting and analyzing soil cores, installing wells for groundwater and soil gas, performing aquifer tests, and monitoring groundwater elevations.<br>- Conduct continuous groundwater monitoring to establish elevation and flow velocity and direction. |
| Contaminant | Contaminant sources and types<br>Contaminants of concern<br>Contaminant properties and concentration/distribution<br>Volume of contaminated soil and groundwater<br>Presence of NAPL | - Identify the extent of site contamination. Includes determining the horizontal and vertical distribution of contaminants (locations and phases), and locating zones having the highest contaminant concentrations.<br>- Predict the migration of contaminants. |
| Physical, chemical, and biological conditions and processes | Dissolved oxygen (DO)<br>Redox potential<br>pH<br>Temperature<br>Nitrate, Fe(II), and Methane<br>Microorganisms | - Collect data to predict the potential of chemical-biological reactions of contaminants. Includes characterizing the horizontal and vertical variation of these parameters within and around the contaminated zones. These parameters are optional at most air sparging sites. |
| Human health and the environment | Groundwater pumping wells<br>Potential receptors of groundwater contamination and vapor migration<br>Exposure pathways | - Identify human and environmental receptors, and resources that could be impacted by the contamination and remedial processes.<br>- Evaluate the public acceptance of remedial processes. |

*Modified from (NFESC 2001)

***Geology and hydrogeology***: IAS is applicable to relatively permeable soil media (e.g., sandy soils). IAS may not be suitable at sites with low permeability soils with high clay and silt contents and hydraulic conductivities less than $1{\times}10^{-5}$ m/s (NFESC 2001). If the soil is homogeneous, the airflow distribution for vertical air injection wells will be the shape of an axisymmetric cone. However, if the soil is stratified and heterogeneous, preferential airflow pathways will develop, which may limit the contact between the injected air and contaminated groundwater, reducing the effectiveness of IAS. Thus, sites comprised of stratified and/or heterogeneous media

require more detailed site characterization to identify the depth, location, and thickness of low permeable soil layers. Contaminants that accumulate on top of the low permeability lenses may be difficult to remove because the upward movement of injected air may be diverted around the lens. This means there would be no mixing of the contaminant and injected air. Thus, the presence and extents of low permeability lenses should be identified through site characterization. The stratification and heterogeneity of the subsurface also impacts groundwater flow. The groundwater flow direction and velocity are also important factors in determining the location and layout of air sparging wells.

***Geochemical and biological reactions***: The air injected during the IAS process can enhance the aerobic biodegradation of contaminants (Aelion and Kirtland 2000; Aelion et al. 1997; Bass et al. 2000; Kirtland et al. 2001; Lee et al. 2000; Travis and Rosenberg 1997), and the injection of additional nutrients can further accelerate biodegradation and biological growth(Blount et al. 2002; Brockman et al. 1995; Pfiffner et al. 1997). Brockman et al. (1995) investigated the effect of nutrients (nitrogen and phosphorus in gas phase) on in-situ bioremediation of a TCE-contaminated site through a staged experiment. In the first stage, only air was injected as a control experiment. In the second stage, 1-4% methane (by volume) was injected with the air. In the last stage, 4% methane with additional nitrous oxide (0.07% by volume) and triethyl phosphate (0.007% by volume) were injected. As compared to the control experiment, the methane injection in the second stage showed a rapid and large increase in the density of methanotrophic microorganisms. In the third stage, the addition of nitrogen and phosphorus increased the rate of TCE biodegradation by approximately three orders of magnitude.

#### *11.2.6.1 System Design and Construction*

IAS is typically used in conjunction with SVE, which removes the VOCs introduced into the gas phase of the unsaturated zone from the air sparging process (Johnson et al. 1993; Nyer and Suthersan 1993). In SVE pneumatic pressure gradients induced by vacuum pumps create a gas flow in the subsurface. IAS with SVE has been successfully applied to many sites contaminated with gasoline and chlorinated solvents (Aelion et al. 1997; Brockman et al. 1995; Hughes and Dacyk 1998; Kerfoot et al. 1998; Kirtland et al. 2001; Murray et al. 2000; Rabideau et al. 1999). Bass et al. (2000) summarized 44 air sparging cases, consisting of 8 sites for chlorinated solvents such as PCE and TCE, and 39 sites for petroleum hydrocarbons.

***Air injection and soil vapor extraction system***: An IAS system with SVE consists of primary air injection units and SVE units. The injection system includes an air compressor, a pressure vessel, an air filter, piping, values, a controller, and injection wells. The extraction system has a vacuum blower, a flow controller, a knockout tank, and extraction wells. A treatment unit for extracted soil vapor may be required at some sites. The capacity of the air compressor should be at least 20 cubic feet per minute (cfm) (34 $m^3$/hr) at pressure of 10 to 15 pounds per square inch (gage) (psig) above the calculated hydrostatic pressure at the top of the screened interval of air

injection wells (NFESC 2001). In addition to air injection rates, the spacing of injection wells is very important to successful subsurface remediation. The recommended spacing is about 15 to 20 ft (4.5 to 6.1 m), with spacing not to exceed 30 ft (9.1 m) for successful IAS performance (Bass et al. 2000; Lesson et al. 2001; NFESC 2001). An example of the gas saturation distribution with about 5 m of injection well spacing is shown in Figure 11.6. The screen interval of vertical injection wells should be about 1 to 2 ft long, and the recommended depth of the screen is around 5 ft below the bottom of the contaminated zone (Lesson et al. 2001; NFESC 2001). Vertical injection wells are relatively easy to install with less cost, whereas horizontal injection wells installation cost are typically more expensive. Horizontal injection wells have the advantage of being able to generate long, relatively uniform influence zones in homogeneous soil media. However, the use of horizontal wells in heterogeneous soil media can cause the airflow distribution to be non-uniform. Under such conditions, it is very difficult to control aeration rates along the horizontal screen interval.

***Monitoring network***: An IAS system requires a monitoring network to measure the variation in the groundwater level, groundwater quality, and soil gas. The monitoring network consists of groundwater monitoring wells and multilevel monitoring points (NFESC 2001). Groundwater monitoring wells are typically 4-inch-diameter PVC with a relatively large screened intervals. Multilevel monitoring points (MMPs) are used for groundwater and soil vapor measurement, and are very important in identifying contaminant movement with depth. The screen interval of MMPs should be relatively small. MMPs should be installed in both the saturated and unsaturated zone. For more detailed information, refer to (NFESC 2001).

#### *11.2.6.2 System Operation and Optimization*

IAS systems can be operated in either continuous or pulsed modes. In the continuous mode, air is injected continuously via injection wells, while, in the pulsed mode, air is injected intermittently. The duration and frequency of air injection depend on site characteristics, such as hydraulic conductivity and groundwater velocity, as well as the concentration and distribution of contaminants in the subsurface. An advantage of pulsed IAS operation is that during periods of no air injection, the water saturation within an air sparging influence zone will increase as the gas phase is displaced by water below the water table, thus, facilitating the inflow of the dissolved-phase contaminant plume into the air sparging influence zone and enhancing the contaminant removal during the next cycle of air injection. The reduced operation time associated with the pulsed mode can also result in lower operation costs.

During IAS operations, remedial performance should be evaluated periodically, and the movement of contaminant plumes should be monitored. Especially, the diversion the plume around the IAS influence zone should be minimized through the adjustment of operation parameters, such as air injection flow rate, frequency, and duration. The optimization of IAS operations should be based on IAS performance, including the temporal variation of VOC concentration in the extracted soil vapor,

cumulative contaminant removal, and air injection rate. The remedial efficiency and total contaminant mass removed can be estimated as follows:

$$r_{eff} = \frac{CQ_{Extraction}}{Q_{Injection}} \tag{11.12}$$

where $r_{eff}$ is the contaminant mass removed per unit volume of injected air [$ML^{-3}$ air]; $C$ is the concentration of a contaminant in an extracted gas [$ML^{-3}$]; and $Q_{Extraction}$ and $Q_{Injection}$ are the volumetric flow rates of extracted soil gas and injected air [$L^3T^{-1}$], respectively. The total contaminant mass removed can be calculated as

$$M_{removed} = \sum_{i=1}^{n} CQ_{Extraction} \cdot \Delta t_i \tag{11.13}$$

where $M_{removed}$ is the total mass of a contaminant removed [M] for a period of time ($\sum \Delta t$); $n$ is total number of time intervals; and $\Delta t$ is the time interval for the measurement of extraction gas flow rates and contaminant concentrations in the extracted gas [T].

#### *11.2.6.2 System Shutdown and Long-term Monitoring*

An IAS operation may be terminated when cleanup goals are achieved or the operation is no longer effective in removing contaminant mass from the subsurface. In order to determine when it is appropriate to cease IAS operations, temporal variations of contaminant concentrations in the groundwater and extracted vapors must be evaluated. The rate of contaminant mass reduction will vary based site characteristics. If IAS operations reduce contaminant concentrations sufficiently to meet the remedial goals established for the site, a long-term monitoring plan should be implemented to confirm that the site has been successfully remediated. During the long-term monitoring period, further reduction in contaminant concentrations may occur due to natural processes in the subsurface. However, if IAS operations fail to achieve the cleanup goals, other remedial options or different a IAS application strategy would need to be considered. After successfully demonstrating attainment of cleanup goals through long-term monitoring work, the site should be closed based on a site closure plan.

### 11.3 Thermally-Enhanced Venting

Thermally-enhanced venting (TEV) is a heat-based, in-situ remedial technique used to enhance the removal or recovery of less-volatile residual hydrocarbon contaminants, such as naphthalene and dodecane, in the unsaturated zone. TEV applies heated air or steam instead of air at ambient conditions, used by normal venting, to cleanup the contaminated unsaturated zone. In addition to heated air and steam, electrical resistance heating, radio frequency heating, and thermal conduction can be implemented to introduce heat to the subsurface (U.S.EPA 2009). As heat

energy is introduced into the ground, many physicochemical properties of fluids and contaminants change under nonisothermal conditions. A temperature increase of 20-30°C can increase in the maximum gas-phase concentration (or vapor pressure) of a less-volatile contaminant by three- to five-fold (Kaluarachchi and Islam 1995). The introduction of heated air into the contaminated zone increases the temperature of the local subsurface and this in turn increases the vaporization rates of residual NAPL contaminants. Therefore, TEV is a suitable method for enhancing the removal of medium- and less-volatile NAPLs in the unsaturated zone. Thermal energy plays an important role in increasing remediation efficiency and reducing remediation time. The application of soil heating can increase contaminant vapor pressure, contaminant diffusivity, the air-phase soil permeability through drying, and VOCs' vaporization, and can decrease NAPL viscosity which improves mobility. A schematic of a TEV system is shown in Figure 11.9.




**Figure 11.9:** A schematic of a thermally-enhanced venting system.

### 11.3.1 Vapor Pressure of VOCs and Heat Sources of TEV

The physicochemical and thermal properties of VOCs depend on temperature. Especially, the vapor pressure of VOCs is significantly influenced by temperature. Figure 11.10 illustrates the relationship between vapor pressure and temperature for commonly-encountered VOCs.



CL_PLG-EXPERT_ARAL_0000002281




**Figure 11.10:** The variation of vapor pressure with temperature for common VOCs.

The addition of heat to the unsaturated zone can be accomplished by injection of hot gases (steam or heated air) or direct application of electrical heat energy into the ground (Davis 1997; FRTR 2009; U.S.EPA 2009). These methods are described in more detail below.

***11.3.1.1 Injection of Hot Air or Steam***

The introduction of hot air or steam below or near the contaminated zone can be used to heat contaminated soil and enhance the vaporization of VOCs. Islam and Kaluarachchi (1995) reported that the injection of hot air significantly increases the recovery of medium- to low-volatile compounds such as *n*-dodecane, naphthalene, and *n*-hexylbenzene. Fotinich et al. (1999) examined the effect of hot air on the removal of diesel fuel at two different flow rates and inlet temperatures (60 and 90°C) in a soil venting system. Their column experiments showed that a constant supply of hot air leads to a steady increase in temperature without any significant temperature drops due to the evaporation of diesel components. The increase in temperature from 60 to 90°C reduced the cleanup time by a factor of 4.5, while a threefold increase in air flow rate reduced the cleanup time by a factor of 3.8.

Field application of hot air for the purpose of unsaturated zone remediation is limited by the very low heat capacity of air (approximately 1 kJ/kg-°C). The heat capacity of steam is approximately four times that of air, and the heat of water evaporation is more than 2000 kJ/kg-°C. Thus, steam is more effective than air in transferring heat to the unsaturated zone (Davis 1997).

Steam injection has been applied extensively in removing NAPL contaminants in the variably saturated zone (Falta et al. 1992; Gudbjerg et al. 2004; Kaslusky and Udell

2002; Schmidt et al. 2002). Steam injection can enhance the release of contaminants from the soil matrix by decreasing viscosity and accelerating volatilization, and also by destroying some contaminants (U.S.EPA 2009). However, due to the condensation of steam (vaporized water), steam injection can leave behind residual water saturation, and dissolved contaminants may remain at high concentrations in the residual water (Kaluarachchi and Islam 1995; Davis 1997). Under such a situation, hot air can be injected to dry the soil and remove the dissolved contaminants. Steam injection may also cause the downward migration of DNAPL to a location below the steam zone (She and Sleep 1999). This downward migration occurs when the DNAPL that is volatilized by the steam zone condenses and accumulates in the cooler soils at the edge of the heated region. To avoid migration, the injection of a mixture of steam and air instead of pure steam has been proposed to remove DNAPL with the air being injected at the edge (Kaslusky and Udell 2002; Schmidt et al. 2002). The condensation of steam can also reduce the gas-phase permeability of the porous media (Kaluarachchi and Islam 1995). With deeper subsurface applications, hot air or steam should be introduced at relatively high pressure through injection wells.

***11.3.1.2 Electrical Resistance Heating***

In electrical resistance heating, an electric current is applied to the ground through arrays of electrodes. Resistance to the flow of electrical current through the soil generates temperatures greater than 100$^{o}$C (U.S.EPA 2009), enhancing the vaporization of VOCs. Generally, the arrays of electrodes are installed around a central neutral electrode located in the contaminated region, creating a concentrated flow of electrical current toward the neutral electrode. For example, six-phase soil heating (SPSH) is a typical electrical resistance heating method that uses low-frequency electricity delivered to six electrodes in a circular array to heat soils.

Based on experimental studies using one-dimensional columns, Lingineni and Dhir (1992) reported that thermal venting using a resistance heater is highly effective when the thermal front (the location that soil temperature increases mainly due to heat conduction) move faster than the evaporation fronts (the location of minimum temperature due to volatilization). The rate of the thermal front movement depends mostly on the ratio of the energy contents of air and soil and air flow rate, while the rate of evaporation front movement depends on the residual saturation level, air flow rate, and volatility of contaminants.

Electrical heating has been proven effective in sandy media, and it also has a greater potential than steam to be effective in less permeable media such as clays and fine-grained sediments (Davis 1997; U.S.EPA 2009). The application of electrical resistance heating to less permeable soils can increase the permeability of the soils due to soil fractures generated while drying. Gauglitz et al. (1994) conducted field tests of SPSH with venting to remove TCE and PCE in clay soils. In their tests, electrical resistive heating effectively heated a clay zone to about 100$^{o}$C. As the venting removed the vaporized soil water, air permeability increased. During heating, off-gas concentrations of TCE and PCE showed little change, but comparison of

contaminant concentrations in soil samples between pre- and post-tests indicated substantial contaminant mass reduction. Through two-dimensional laboratory experiments, Heron et al. (1998) showed that resistive heating and SVE are very effective in removing dissolved TCE. In a review of rate-limited mechanisms, they pointed out that the major effect of heating on TCE removal was the increase in the volatility of TCE.

#### *11.3.1.2 Radio Frequency/Electromagnetic Heating*

The application of electromagnetic energy to the soil is an effective means of supplying the thermal energy required to heat soil at contaminated sites. Heating at power frequency (60 Hz power) is generally appropriate when the target soil temperature is less than the in-situ steam temperature (Vermeulen and McGee 2000). The rate of heating can be increased by raising the power frequency.

### 11.3.2 Heat Transport through Porous Media

A TEV system involves a variety of parameters because of the change in physical and chemical properties with temperature. The applicability and performance of TEV systems can be predicted on the basis of site-specific hydrogeological data and contaminant properties. To design an optimal TEV system, an understanding of thermal energy transport through porous media as well as fluid flow and contaminant transport in a nonisothermal subsurface environment is required. Because the fluid flow and contaminant transport aspects were addressed earlier for IAS, heat transport through porous media will be the focus of this section.

The transport of heat energy in the subsurface occurs by conductive and convective heat fluxes. During the TEV process, the conductive heat transport in the subsurface depends in a complex fashion on properties of the soil matrix (solid, water, gas, and NAPL), while convective heat transport occurs mainly by gas phase flow. The heat energy transport equations can be developed to describe temperature variations due to the injection of heated air, water vaporization and condensation, and contaminant vaporization. In numerical studies of TEV, heat energy transport is usually analyzed under the assumption of local thermal equilibrium between all phases and parallel heat conduction. The governing equation for thermal energy transport can be written as (Jang and Aral 2005)

$$\begin{aligned} &\frac{\partial}{\partial t}\left[S_h\left(T-T_{ref}\right)+\phi s_s\rho_v h_v+\phi s_g\rho_o h_o\right]+ \\ &+\nabla\cdot q_g\left[\rho_g\left(T-T_{ref}\right)+\rho_v h_v+\rho_o h_o\right]+\nabla\cdot\left[\phi s_g D_v\nabla\left(\rho_v h_v\right)+\phi s_g D_o\nabla\left(\rho_o h_o\right)\right] \\ &-\nabla\cdot\left(K_A\nabla T\right)+Q_S=0 \end{aligned} \quad (11.14)$$

where $S_h$ is the overall heat capacity [J/m$^3$ °K]; $T$ is the ambient temperature [°K]; $T_{ref}$ is the reference temperature; $h_f$ is the specific enthalpy of phases (subscript $s$ = solid soil, $w$ = liquid water, $n$ = NAPL, $g$ = air in gas, $v$ = water vapor, and $o$ = organic

chemical vapor) [J/kg]; $s$ is the saturation of phases; $\rho_v$ and $\rho_o$ are the densities of water vapor and organic vapor [kg/m$^3$], respectively; $q_g$ is the Darcy velocity of gas phase [m/s]; $K_A$ is the overall thermal conductivity [W/m °K]; $\phi$ is the porosity; and $Q_S$ is the heat source/sink per unit volume due to heated air injection/extraction [J/m$^3$ s]. In multiphase systems, the volume-averaged overall heat capacity under thermodynamic equilibrium can be estimated as follows (Bear 1972; Kaluarachchi and Islam 1995; Kaviany 1995; Nield and Bejan 1999):

$$S_h = (1-\phi)\rho_s c_s + \phi \sum_{f=w,g,n} s_f \rho_f c_f \tag{11.15}$$

where $\rho$ and $c$ are the density [kg/m$^3$] and heat capacity [J/m$^3$ °K] of each phase, respectively; and subscript $f$ indicates solid soil ($s$), water ($w$), gas ($g$), and NAPL ($n$) phases. The overall thermal conductivity depends on several parameters, such as the soil grain thermal conductivity, water thermal conductivity, gas thermal conductivity, NAPL thermal conductivity, porosity, saturation of phases, and geometry of media (Nield and Bejan 1999). The overall conductivity, $K_A$, can be obtained as a weighted arithmetic mean of the conductivities of phases by adopting a simple parallel conduction model as follows (Bear 1972; Nield and Bejan 1999):

$$K_A = (1-\phi)K_s + \phi \sum_{f=w,g,n} s_f K_f \tag{11.16}$$

where $K_f$ is the heat conductivity of each phase [W/m °K]. The parallel method has been commonly used in nonisothermal subsurface simulations (Adenekan et al. 1993; Falta et al. 1992; Kaluarachchi and Islam 1995). Typically, the overall thermal conductivity is dominated by thermal conductivity of soil or rock, followed by that of liquids. Gas has the least effect on the overall conductivity, and the effect is negligible because the thermal conductivity of a liquid is 10 to 100 times larger than that of a gas (Adenekan et al. 1993).

### 11.3.3 Mathematical Modeling of TEV

Numerical modeling of multiphase flow, contaminant transport, and heat transport through porous media can be used to improve our understanding of the TEV process. Jang and Aral (2005) investigated the effects of TEV operations on the removal of a TCE as a NAPL and the transport of thermal energy in the contaminated unsaturated zone through numerical analysis using the TechFlowMP code (Jang and Aral 2005). In their study, a two-dimensional unsaturated domain shown in Figure 11.11 is used, which represents a contaminated region containing NAPL between injection and extraction wells. In Figure 11.11, the heated humidified air is injected into the unsaturated zone at the bottom of the domain, and the contaminated gas (the mixture of air, water vapor, and vaporized contaminant) is withdrawn from the top. While the heated air travels from the bottom to the top, the NAPL contaminant partitions into gas phase, and then the contaminant in gas phase is extracted from the subsurface. TCE, as an immobilized NAPL contaminant source in the pore space, is located in the unsaturated zone between 1 m $\le x \le$ 3 m and 1 m $\le z \le$ 2 m as shown in Figure 11.11.

The initial temperature of the domain is 10 $^{o}$C. The heated air at constant temperature of 80 $^{o}$C and a relative humidity of 50 % is injected from the bottom of the domain.




**Figure 11.11:** A two-dimensional domain for TEV modeling.

In TEV simulations, a set of nonlinear equations for gas flow, liquid water and NAPL saturations, chemical transport, and heat transport are solved sequentially and iterated until the solutions of all equations converge within specified criteria. The modeling results, including the gas phase Darcy velocity, temperature distributions, and NAPL saturations are given in Figure 11.12. The presence of an immobile NAPL contaminant at the contaminated zone lowers the effective saturation of the mobile fluid, the gas phase in this case, and thus decreases the relative permeability of the fluid. The reduction in the relative permeability of the mobile fluid can cause the fluid to be diverted around the low permeability zone (Frind et al. 1999; Jang and Aral 2009). As seen in Figure 11.12(a), the NAPL TCE source reduces the velocity of the gas phase within the source zone, resulting in a portion of gas bypassing the source zone, while the velocity outside the source zone increases. The magnitude of the bypassing decreases with time as the TEV operation removes the NAPL TCE.

The injection of the heated air raises the soil temperature in the domain as shown in Figure 11.12(b). The soil temperature within the source zone is lower than that outside the source zone at the same *z*-axis elevation, which is due to the evaporation of the NAPL TCE within the source zone. TCE vaporization utilizes a portion of thermal energy delivered to the source zone by the injected air; thus, the temperature increases within the source zone at a slower rate than outside the source zone. The temporal increase in soil temperature along line A-A' is shown in Figure 11.12(c). The increase in soil temperature plays an important role in enhancing the vaporization of TCE within the contaminant source zone. The TCE vaporization results in the reduction of NAPL saturation in the source zone with time, which is illustrated in Figure 11.12(d). The reduction in TCE NAPL saturation starts from the lower edge of

Case 7:23-cv-00897-RJ Document 397-38 Filed 06/04/25 Page 41 of 55

CL_PLG-EXPERT_ARAL_0000002286

the source zone ($z$ = 1 m) because TCE evaporation is the greatest at that point, and the increase in soil temperature by heat transport occurs along with gas flow in the increasing $z$-direction.

In TEV applications at contaminated sites, the temperature of the injected air is an important factor for heat transfer in soil matrix and contaminant removal. Increasing the relative humidity and flow rate of the injected air will proportionally increase the heat capacity and the total thermal energy supplied to the domain, respectively.




**Figure 11.12:** (a) Darcy velocity of gas phase at $t$ = 2 hrs, (b) temperature distribution at $t$ = 2 hrs, (c) temporal variation in soil temperature along line A-A', and (d) temporal reduction in TCE NAPL saturation along line A-A'.

### 11.3.4 Field Application Cases of TEV

In field applications of TEV, a combination of technologies, such as steam-air injection, electrical resistance heating, electromagnetic heating, and SVE, can be used to optimize remediation performance (LaChance et al. 2009; LLNL 1993; U.S.ACE 1999; U.S.DoE 2003; U.S.EPA 2003c; U.S.EPA 2003d; WSRC 2001). Table 11.4 summarizes a number of TEV projects.

**Table 11.4**: Summary of TEV projects.

| Site (reference) | Contaminants/Media | Description |
|---|---|---|
| A.G. Communications Systems Site: Full scale system (U.S.EPA 2003d) | - TCE, cis-1,2-DCE, xylene and benzene<br><br>- Media treated: soil and groundwater in the saturated and unsaturated zone. | - Steam-enhanced extraction using shallow vapor extraction wells, shallow and deep steam injection wells, vacuum-enhanced groundwater/vapor extraction wells, and deep groundwater extraction wells.<br>- Steam supplied by a 294 kilowatt boiler at a pressure 3-7 psi.<br>- Soil temperature: 84 to 140°F.<br>- Removal: a total of 33,000 pounds of hydrocarbons.<br>- Cost: $4.9 million. |
| Young-Rainy Star Center (U.S.DoE 2003) | TCE, cis-1,2-DCE, VC, methylene chloride, toluene, and NAPL.<br><br>-Media treated: soil and groundwater. | - Steam-enhanced extraction and electro-thermal dynamic stripping process.<br>- Temperature: greater than 84°C at a depth of 14-35 ft below ground surface.<br>- Removal: an estimated 3,000 lbs of VOCs.<br>- Cost: $3.8 million |
| Poleline Road Disposal Area: Pilot scale (U.S.ACE 1999) | 1,1,2,2-PCA, TCE, and PCE<br><br>-Media treated: soil and groundwater. | - SVE enhanced by six-phase soil heating.<br>- Electrical power delivered to the soil by steel electrodes inserted vertically in a circular array.<br>- Use of SPSH with SVE systems allowed more rapid treatment in colder environments (Alaska).<br>- Treatment: 7,150 tons of solvent-contaminated soil.<br>- Cost: $0.97 million |
| Lawrence Livermore National Laboratory Gasoline spill site: Field demonstration-Commercial scale (LLNL 1993) | Fuel hydrocarbons in gasoline: BTEX<br><br>-Media treated: soil and groundwater | - Dynamic underground stripping: Combination of three technologies: steam injection-vacuum extraction, electrical heating of less permeable soils, and underground imaging to delineate heated areas.<br>- Treatment: 100,000 cubic yards contaminated soil; over 7,600 gallons of gasoline removed.<br>- Cost: $10.4 million |
| Savannah River Site 321-M Solvent Storage Tank Area (WSRC 2001) | NAPL PCE and TCE (NAPL: 90% PCE and 10% TCE). | - Dynamic underground stripping-hydrous pyrolysis oxidation: steam-injection well clusters, dual-phase groundwater/vapor extraction well, vadose zone SVE wells, steam and air injection.<br>- Maximum design pressure of 40-60 psig at 143-152 °C for vadose zones.<br>-Treatment: Total volume of 52,000 cubic yards. |

Case 7:23-cv-00897-RJ Document 397-38 Filed 06/04/25 Page 43 of 55

CL_PLG-EXPERT_ARAL_0000002288

Steam injection is the preferred method for heating the soil matrix (Baker and Heron 2009), and has been applied to many contaminated sites, including the A.G. Communications Systems site (AGCS), Savannah River Site 321-M, and the Young-Rainy Star Center site (U.S.DoE 2003; U.S.EPA 2003d; WSRC 2001). The AGCS site, located near Chicago, Illinois operated as a telecommunications manufacturing facility for over 40 years (U.S.EPA 2003d). The soil and groundwater at the site was contaminated with chlorinated solvents, including TCE and *cis*-1,2- DCE, and components of mineral spirits, including xylene and benzene. The source of the contamination was identified as an area in the vicinity of the former tank farm and beneath the manufacturing facility. The geologic strata at the site consists of three till layers overlying dolomite bedrock: Valparaiso Till consisting of a fine- to medium-grained sand layer at 36-38 ft below ground surface (bgs); a dense, over-consolidated, well-sorted laminated silt at 38-48 ft bgs; and Lemont Drift consisting of a thick, coarse-grained sand and gravel layer at 48-65 ft bgs. The depth of groundwater is about 38-40 ft bgs. A steam-enhanced extraction (SEE) system was pilot-tested at the site from January through July 1994. Full-scale SEE operations were performed from September 1995 to November 1999, which covered an area of about 250,000 $ft^2$ to a depth of about 50 ft at the AGCS site. The system included 65 steam injection wells (39 shallow wells screened to a depth of 35 ft bgs and 26 deep wells screened to a depth of 46 ft bgs), 186 shallow vapor extraction wells, 76 combination groundwater/vapor extraction wells, and two vapor extraction units operated at 150 to 250 scfm. Steam was supplied at pressures ranging from 3 to 7 psi; during operation, soil temperatures ranged from 84 $^oF$ to 140 $^oF$, and groundwater temperatures ranged from 68 $^oF$ to 165 $^oF$. The average groundwater concentration for TCE was reduced from approximately 20,000 μg/L to less than 1,000 μg/L over the period from September 1995 to September 1997. TCE and *cis*-1,2-DCE concentrations were reduced by more than 90% at individual wells during December 1995 to October 1997. The SEE system at the AGCS site removed more than 33,000 lbs of hydrocarbons from soil vapor and groundwater through November 1999 (U.S.EPA 2003d).

Electrical resistive heating has been used to remediate a variety of contaminated sites. Examples include the Charleston Naval Complex, North Charleston, South Carolina (NFESC 2007); the Poleline Road Disposal Area, Fort Richardson, Alaska (U.S.EPA 2003b); the Avery Dennison Site, Waukegan, Illinois (U.S.EPA 2003a); and Launch Complex 34, Cape Canaveral Air Station (CCAS), Florida (Battelle 2008). A site investigation at the CCAS site identified a large TCE NAPL source at Launch Complex 34, which was used as a launch site for Saturn rockets from 1960 to 1968 (Battelle 2008). Historical activities at the site included discharging wastes generated from rocket engine and cleaning operations into discharge pits. TCE was detected in the Upper Sand Unit (from ground surface to approximately 20 to 26 ft bgs), the Middle Fine-Grained Unit (thickness of 10-15 ft), Lower Sand Unit (thickness of 15-20 ft), and the Lower Clay Unit with thickness of 1.5-3 ft. The estimated mass of NAPL TCE was approximately 10,490 kg, based on a threshold TCE concentration of about 300 mg/kg in the soil. Electrical resistive heating was implemented to remove TCE DNAPL, and a field demonstration was performed from August 18, 1999 to July

12, 2000, with the post-demonstration assessment performed from August to December 2000. The electrical resistive heating system used 13 electrodes (each having two conductive intervals located at 25-30 ft bgs and 38-45 ft bgs) and 12 SVE wells with 2-ft screens to depths of 4-6 ft bgs. A total of 1.7 million kW-hrs of energy was applied to the subsurface through the electrodes. This field demonstration resulted in TCE mass reductions of 90% and 97% in the soil and NAPL, respectively. Resistive heating was found to be more efficient in the deeper portion of the aquifer, with less heating observed in the shallow portion. The greatest change in TCE NAPL mass was observed in the Lower Sand Unit, followed by the Middle Fine-Grained Unit. The Upper Sand Unit showed the least removal.

A conductive heating technique was implemented at a Confidential Chemical Manufacturing Facility (CCMF), Portland, Indiana (U.S.EPA 2003c). The CCMF site has been used since 1886, first as a lumber yard, and then for wheel manufacturing. From 1937 to the mid-1970's, the site was used to manufacture hard rubber products for automobiles and then to manufacture plastic exterior automobile parts. The two most heavily contaminated areas at the site were designated as GP-31 and GP-28. The GP-31 site covered an area of 150 ft by 50 ft to a depth of 18 ft and was contaminated with TCE (up to 79 mg/kg) and PCE (up to 3,500 mg/kg) present as DNAPL. The GP-28 site covered an area of 30 ft by 20 ft to a depth of 11 ft and was contaminated with 1,1-DCE at a maximum concentration of 0.65 mg/kg. For in-situ conductive heating, 130 and 18 heater/vacuum wells were installed at the GP-31 and GP-28 sites, respectively. The heater/vacuum wells were 4.5 inches in diameter and operated at 1,400 $^{o}$F to 1,600 $^{o}$F for heating, and soil gas was extracted using a vacuum. The maximum soil temperature in the treatment area at a depth of 13 ft was 212 $^{o}$F to 500 $^{o}$F. The TEV operation at the CCMF site lowered PCE and TCE concentrations at both sites below the cleanup goals, which were 8 mg/kg for PCE and 25 mg/kg for TCE (U.S.EPA 2003c).

## 11.4 Conclusions

IAS and TEV technologies are discussed in this chapter. Both technologies have advantages and limitations. For example, the advantages of IAS include relatively simple implementation, relatively short cleanup times, and the ability to use low cost (direct-push) wells. Its application is widely recognized by engineering and regulatory communities as an effective remediation technology for VOC removal. However, IAS limitations include the potential for migration of VOC vapors to human and/or ecological receptors at potential levels of concern, and the tendency for groundwater flow to be diverted around the treatment area due to air injection into the saturated zone and associated reductions in water phase permeability. For TEV, its primary advantage is its ability to enhance the removal of semi- or low-volatile NAPL contaminants through the addition of thermal energy into the subsurface. Its primary disadvantage is the additional cost associated with supplying this thermal energy.

As both IAS and TEV are in-situ remedial technologies, the contaminated soil and groundwater are treated without being excavated/withdrawn and transported, resulting in significant cost savings. However, a high degree of heterogeneity in soil and aquifer systems may make it difficult to treat contaminated sites to uniform levels. The field application of IAS and TEV requires consideration of a variety of site-specific characteristics regarding hydrology, geology, and physical-chemical-biological subsurface conditions. In addition, regulatory issues (e.g., permits for well installation, air pollution control devices, and underground injection control permits) and public acceptance of remedial technologies and operations should be taken into consideration when applying IAS and TEV.

### 11.5 References

Adenekan, A. E., Patzek, T. W., and Pruess, K. (1993). "Modeling of multiphase transport of multicomponent organic contaminants and heat in the subsurface - Numerical-model formulation." *Water Resources Research*, 29(11), 3727-3740.

Aelion, C. M., and Kirtland, B. C. (2000). "Physical versus biological hydrocarbon removal during air sparging and soil vapor extraction." *Environmental Science & Technology*, 34(15), 3167-3173.

Aelion, C. M., Kirtland, B. C., and Stone, P. A. (1997). "Radiocarbon assessment of aerobic petroleum bioremediation in the vadose zone and groundwater at an AS/SVE site." *Environmental Science & Technology*, 31(12), 3363-3370.

Ahlfeld, D. P., Dahmani, A., and Ji, W. (1994). "A Conceptual-Model of Field Behavior of Air Sparging and Its Implications for Application." *Ground Water Monitoring and Remediation*, 14(4), 132-139.

Andreoni, V., and Gianfreda, L. (2007). "Bioremediation and monitoring of aromatic-polluted habitats." *Applied Microbiology and Biotechnology*, 76(2), 287-308.

Ataie-Ashtiani, B., Hassanizadeh, S. M., and Celia, M. A. (2002). "Effects of heterogeneities on capillary pressure-saturation-relative permeability relationships." *Journal of Contaminant Hydrology*, 56(3-4), 175-192.

Baker, R. S., and Heron, G. (2009). "In-Situ Delivery of Heat by Thermal Conduction and Steam Injection for Improved DNAPL Remediation." *http://www.terratherm.com/resources/TechPapers/Terratherm%20Delivery%20of%20Heat%20Paper%20-%20Monterey.pdf*.

Bass, D. H., Hastings, N. A., and Brown, R. A. (2000). "Performance of air sparging systems: A review of case studies." *Journal of Hazardous Materials*, 72(2-3), 101-119.

Battelle. (2008). "Demonstration of Resistive Heating Treatment of DNAPL Source Zone at Launch Complex 34 in Cape Canaveral Air Force Station, Florida: Final Innovative Technology Evaluation Report, EPA/540/R-08/004." Battelle, Columbus, OH.

Bear, J. (1972). *Dynamics of Fluids in Porous Media*, American Elsevier, New York.

Benner, M. L., Mohtar, R. H., and Lee, L. S. (2002). "Factors affecting air sparging remediation systems using field data and numerical simulations." *Journal of Hazardous Materials*, 95(3), 305-329.



CL_PLG-EXPERT_ARAL_0000002291

Benner, M. L., Stanford, S. M., Lee, L. S., and Mohtar, R. H. (2000). "Field and numerical analysis of in-situ air sparging: a case study." *Journal of Hazardous Materials*, 72(2-3), 217-236.

Blount, G. C., Caldwell, C. C., Cardoso-Neto, J. E., Conner, K. R., Jannik, G. T., Jr., C. E. M., Noffsinger, D. C., and Ross, J. A. (2002). "The Use of Natural Systems to Remediate Groundwater: Department of Energy Experience at the Savannah River Site." *Remediation*, 12(3), 43-61.

Braida, W., and Ong, S. K. (2000). "Influence of porous media and airflow rate on the fate of NAPLs under air sparging." *Transport in Porous Media*, 38(1-2), 29-42.

Brockman, F. J., Payne, W., Workman, D. J., Soong, A., Manley, S., and Hazen, T. C. (1995). "Effect of Gaseous Nitrogen and Phosphorus Injection on in-Situ Bioremediation of a Trichloroethylene-Contaminated Site." *Journal of Hazardous Materials*, 41(2-3), 287-298.

Brooks, R. H., and Corey, A. T. (1964). "Hydraulic Properties of Porous Media." *Hydrology Paper 3., 27 pp., Colorado State University, Fort Collins, Co.*

Brown, R., Herman, C., and Henry, E. (1999). "The use of aeration in environmental clean-ups." *Haztech International '91 conference proceedings, Pittsburgh, Pennsylvania.*, 1-42.

Canada, E. (2008). "Tabs on Contaminated Sites, Contaminated Sites Program - Federal Sites." *http://www.on.ec.gc.ca/pollution/ecnpd/tabs/tab21-e.html*.

Celia, M. A., Reeves, P. C., and Ferrand, L. A. (1995). "Recent Advances in Pore Scale Models for Multiphase Flow in Porous-Media." *Reviews of Geophysics*, 33, 1049-1057.

Chen, M. R., Hinkley, R. E., and Killough, J. E. (1996). "Computed tomography imaging of air sparging in porous media." *Water Resources Research*, 32(10), 3013-3024.

Clayton, W. S. (1999). "Effects of pore scale dead-end air fingers on relative permeabilities for air sparging in soils." *Water Resources Research*, 35(10), 2909-2919.

Clement, T. P., Johnson, C. D., Sun, Y. W., Klecka, G. M., and Bartlett, C. (2000). "Natural attenuation of chlorinated ethene compounds: model development and field-scale application at the Dover site." *Journal of Contaminant Hydrology*, 42(2-4), 113-140.

Cookson, J. T. (1995). *Bioremediation engineering : design and application*, McGraw-Hill, New York.

Corapcioglu, M. Y., Cihan, A., and Drazenovic, M. (2004). "Rise velocity of an air bubble in porous media: Theoretical studies." *Water Resources Research*, 40(4), doi:10.1029/2003WR002618.

CWA. (2006). "Removal of MTBE from Drinking Water Using Air Stripping: Case Studies." National Water Research Institute, California Water Agencies (CWA).

Davis, E. L. (1997). "How heat can enhance in-situ soil and aquifer remediation: Importnat chemical properties and guidance on choosing the appropriate technique, Ground Water Issue EPA/540/S-97/502." U.S. Environmental Protection Agency.

Demond, A. H., and Roberts, P. V. (1991). "Effect of Interfacial Forces on 2-Phase Capillary Pressure-Saturation Relationships." *Water Resources Research*, 27(3), 423-437.

Falta, R. W., Pruess, K., and Finsterle, S. (1995). "T2VOC User's Guide, Lawrence Berkeley Lab. Rep. LBL-36400 UC-400, Berkeley, CA."

Falta, R. W., Pruess, K., Javandel, I., and Witherspoon, P. A. (1992). "Numerical modeling of steam injection for the removal of nonaqueous phase liquids from the subsurface. 1. Numerical formulation." *Water Resources Research*, 28(2), 433-449.

Forsyth, P. A., and Shao, B. Y. (1991). "Numerical-Simulation of Gas Venting for Napl Site Remediation." *Advances in Water Resources*, 14(6), 354-367.

Fotinich, A., Dhir, V. K., and Lingineni, S. (1999). "Remediation of simulated soils contaminated with diesel." *Journal of Environmental Engineering-ASCE*, 125(1), 36-46.

Frind, E. O., Molson, J. W., Schirmer, M., and Guiguer, N. (1999). "Dissolution and mass transfer of multiple organics under field conditions: The Borden emplaced source." *Water Resources Research*, 35(3), 683-694.

FRTR. (2009). "Remediation Technologies Screening Matrix and Reference Guide, Version 4.0." U.S. Army Environmental Center, *http://www.frtr.gov/matrix2/top_page.html*.

Gauglitz, P. A., Roberts, J. S., Bergsman, T. M., Carley, S. M., Heath, W. O., Miller, M. C., Moss, R. W., Schalla, R., Schlender, M. H., Jarosch, T. R., Eddy-Dilek, C. A., and Looney, B. B. (1994). "Field test of six phase soil heating at the Savannah river site." Thirty-third Hanford symposium on health and the environment, G. W. Gee and N. R. Wing, eds., November 7-11, 1994, Richland, Washington.

Gudbjerg, J., Sonnenborg, T. O., and Jensen, K. H. (2004). "Remediation of NAPL below the water table by steam-induced heat conduction." *Journal of Contaminant Hydrology*, 72(1-4), 207-225.

Heron, G., Gierke, J. S., Faulkner, B., Mravik, S., Wood, L., and Enfield, C. G. (2002). "Pulsed air sparging in aquifers contaminated with dense nonaqueous phase liquids." *Ground Water Monitoring and Remediation*, 22(4), 73-82.

Heron, G., Van Zutphen, M., Christensen, T. H., and Enfield, C. G. (1998). "Soil heating for enhanced remediation of chlorinated solvents: A laboratory study on resistive heating and vapor extraction in a silty, low-permeable soil contaminated with trichloroethylene." *Environmental Science & Technology*, 32(10), 1474-1481.

Hinchee, R. E., and Arthur, M. (1991). "Bench Scale Studies of the Soil Aeration Process for Bioremediation of Petroleum-Hydrocarbons." *Applied Biochemistry and Biotechnology*, 28-9, 901-906.

Hinchee, R. E., Wilson, J. T., and Downey, D. C. (1995). *Intrinsic bioremediation*, Battelle Press, Columbus.

Hughes, W. D., and Dacyk, P. I. (1998). "Air sparging of chlorinated volatile organic compounds in a layered geologic setting." *International Conference on Remediation of Chlorinated Recalcitrant Compounds, Monterey California, May 18-21, 1998*, 279-284.

Huyakorn, P. S., Panday, S., and Wu, Y. S. (1994). "A 3-dimensional multiphase flow model for assessing NAPL contamination in porous and fractured media .1. Formulation." *Journal of Contaminant Hydrology*, 16(2), 109-130.

Islam, K. M. M., and Kaluarachchi, J. J. (1995). "Thermal venting to recover less-volatile hydrocarbons from the unsaturated zone. 2. Model applications." *Journal of Contaminant Hydrology*, 17(4), 313-331.

Jang, W., and Aral, M. M. (2005). "Three-dimensional Multiphase Flow and Multi-species Transport Model, TechFlowMP." *Report No. MESL-02-05*, Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA.

Jang, W., and Aral, M. M. (2006). "Modeling of Multiphase Flow and Contaminant Removal under In-situ Air Sparging." Air & Waste Management Association's 99th Annual Conference & Exhibition, New Orleans, LA.

Jang, W., and Aral, M. M. (2007a). "Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical reconstruction and present-day conditions—Chapter G: Simulation of three-dimensional multispecies, multiphase mass transport of tetrachloroethylene (PCE) and associated degradation by-products." Agency of Toxic Substances and Disease Registry, Atlanta, GA.

Jang, W., and Aral, M. M. (2007b). "Modeling of co-existing anaerobic-aerobic biotransformations of chlorinated ethenes in the subsurface." The Third International Conference on Environmental Science and Technology 2007, American Academy of Science, Houston, TX.

Jang, W., and Aral, M. M. (2008a). "Effect of biotransformation on multispecies plume evolution and natural attenuation." *Transport in Porous Media*, 72(2), 207-226.

Jang, W., and Aral, M. M. (2008b). "The effect of oxygen transport on biotransformation of trichloroethylene in the subsurface." *World Environmental & Water Resources Congress 2008*, Honolulu, Hawaii.

Jang, W., and Aral, M. M. (2009). "Multiphase Flow Fields in In-situ Air Sparging and its Effect on Remediation." *Transport in Porous Media*, 76(1), 99-119.

Ji, W., Dahmani, A., Ahlfeld, D. P., Lin, J. D., and Hill, E. (1993). "Laboratory study of air sparging - air-flow visualization." *Ground Water Monitoring and Remediation*, 13(4), 115-126.

Johnson, P. C., Das, A., and Bruce, C. (1999). "Effect of flow rate changes and pulsing on the treatment of source zones by in situ air sparging." *Environmental Science & Technology*, 33(10), 1726-1731.

Johnson, R., Pankow, J., Bender, D., Price, C., and Zogorski, J. (2000). "MTBE - To what extent will past releases contaminate community water supply wells?" *Environmental Science & Technology*, 34(9), 210A-+.

Johnson, R. L., Johnson, P. C., Mcwhorter, D. B., Hinchee, R. E., and Goodman, I. (1993). "An Overview of in-Situ Air Sparging." *Ground Water Monitoring and Remediation*, 13(4), 127-135.

Kaluarachchi, J. J., and Islam, K. M. M. (1995). "Thermal venting to recover less-volatile hydrocarbons from the unsaturated zone. 1. Theory." *Journal of Contaminant Hydrology*, 17(4), 293-311.

Kane, S. R., Beller, H. R., Legler, T. C., Koester, C. J., Pinkart, H. C., Halden, R. U., and Happel, A. M. (2001). "Aerobic biodegradation of methyl tert-butyl ether by aquifer bacteria from leaking underground storage tank sites." *Applied and Environmental Microbiology*, 67(12), 5824-5829.

Kaslusky, S. F., and Udell, K. S. (2002). "A theoretical model of air and steam co-injection to prevent the downward migration of DNAPLs during steam-enhanced extraction." *Journal of Contaminant Hydrology*, 55(3-4), 213-232.

Kaviany, M. (1995). *Principles of heat transfer in porous media*, Springer-Verlag, New York.

Kerfoot, W. B., Schouten, C. J. J. M., and Engen-Beukeboom, V. C. M. v. (1998). "Kinetic analysis of pilot test results of the C-SPARGE Process." *International Conference on Remediation of Chlorinated Recalcitrant Compounds, Monterey California, May 18-21, 1998*, 271-277.

Kirtland, B. C., and Aelion, C. M. (2000). "Petroleum mass removal from low permeability sediment using air sparging/soil vapor extraction: impact of continuous or pulsed operation." *Journal of Contaminant Hydrology*, 41(3-4), 367-383.

Kirtland, B. C., Aelion, C. M., and Widdowson, M. A. (2001). "Long-term AS/SVE for petroleum removal in low-permeability Piedmont saprolite." *Journal of Environmental Engineering-ASCE*, 127(2), 134-144.

LaChance, J., Baker, R. S., Galligan, J. P., and Bierschenk, J. M. (2009). "Application of "Thermal Conductive Heating/In-Situ Thermal Desorption (ISTD)" to the Remediation of Chlorinated Volatile Organic Compounds in Saturated and Unsaturated Settings." *http://www.terratherm.com/resources/TechPapers/TerraTherm%20CVOC%20Paper%20Monterey.pdf*.

Lawrence, S. J. (2007). "Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical reconstruction and present-day conditions—Chapter D: Properties of Degradation Pathways of Common Organic Compounds in Groundwater. Agency of Toxic Substances and Disease Registry, Atlanta, GA."

Lee, C. H., Jang, W. Y., Jeon, Y. H., Lee, J., and Lee, K. K. (2000). "Study on air permeability and radius of influence in soil vapor extraction and bioventing." *Korean Society of Groundwater Environment*, 7(1), 24-31.

Lee, C. H., Lee, J. Y., Jang, W. Y., Jeon, Y. H., and Lee, K. K. (2002). "Evaluation of air injection and extraction tests at a petroleum contaminated site, Korea." *Water Air and Soil Pollution*, 135(1-4), 65-91.

Leij, F. J., Russell, W. B., and Lesch, S. M. (1997). "Closed-form expressions for water retention and conductivity data." *Ground Water*, 35(5), 848-858.

Lenczewski, M., Jardine, P., McKay, L., and Layton, A. (2003). "Natural attenuation of trichloroethylene in fractured shale bedrock." *Journal of Contaminant Hydrology*, 64(3-4), 151-168.



CL_PLG-EXPERT_ARAL_0000002295

Lenhard, R. J., Parker, J. C., and Kaluarachchi, J. J. (1989). "A Model for Hysteretic Constitutive Relations Governing Multiphase Flow .3. Refinements and Numerical Simulations." *Water Resources Research*, 25(7), 1727-1736.

Lesson, A., Johnson, P. C., Johnson, R. L., Hinchee, R. E., and McWhorter, D. B. (2001). "Air sparging Design Paradigm." Prepared for Battelle, Columbus, OH.

Lin, C.-W., and Cheng, Y.-W. (2007). "Biodegradation kinetics of benzene, methyl tert-butyl ether, and toluene as a substrate under various substrate concentrations." *Journal of Chemical Technology & Biotechnology*, 82(1), 51-57.

Lingineni, S., and Dhir, V. K. (1992). "Modeling of soil venting processes to remediate unsaturated soils." *Journal of Environmental Engineering-ASCE*, 118(1), 135-152.

LLNL. (1993). "Dynamic Underground Stripping Demonstration at DOE's Lawrence Livermore National Laboratory, Gasoline Spill Site, Livermore, California." Lawrence Livermore National Laboratory.

Lorah, M. M., and Olsen, L. D. (1999). "Natural attenuation of chlorinated volatile organic compounds in a freshwater tidal wetland: Field evidence of anaerobic biodegradation." *Water Resources Research*, 35(12), 3811-3827.

Lovley, D. R. (1997). "Potential for anaerobic bioremediation of BTEX in petroleum-contaminated aquifers." *Journal of Industrial Microbiology & Biotechnology*, 18(2-3), 75-81.

Lundegard, P. D., and Andersen, G. (1996). "Multiphase numerical simulation of air sparging performance." *Ground Water*, 34(3), 451-460.

Lundegard, P. D., and Labrecque, D. (1995). "Air Sparging in a Sandy Aquifer (Florence, Oregon, USA) - Actual and Apparent Radius of Influence." *Journal of Contaminant Hydrology*, 19(1), 1-27.

Marulanda, C., Culligan, P. J., and Germaine, J. T. (2000). "Centrifuge modeling of air sparging -- a study of air flow through saturated porous media." *Journal of Hazardous Materials*, 72(2-3), 179-215.

Maslia, M. L., Sautner, J. B., Faye, R. E., Suárez-Soto, R. J., Aral, M. M., Grayman, W. M., Jang, W., Wang, J., Bove, F. J., Ruckart, P. Z., Valenzuela, C., Green, J. W. J., and Krueger, A. L. (2007). "Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical reconstruction and present-day conditions—Executive Summary." Agency of Toxic Substances and Disease Registry, Atlanta, GA.

McCray, J. E. (2000). "Mathematical modeling of air sparging for subsurface remediation: state of the art." *Journal of Hazardous Materials*, 72(2-3), 237-263.

McCray, J. E., and Falta, R. W. (1996). "Defining the air sparging radius of influence for groundwater remediation." *Journal of Contaminant Hydrology*, 24(1), 25-52.

McCray, J. E., and Falta, R. W. (1997). "Numerical simulation of air sparging for remediation of NAPL contamination." *Ground Water*, 35(1), 99-110.

Mei, C. C., Cheng, Z., and Ng, C. O. (2002). "A model for flow induced by steady air venting and air sparging." *Applied Mathematical Modelling*, 26(7), 727-750.

Miller, C. T., Christakos, G., Imhoff, P. T., McBride, J. F., Pedit, J. A., and Trangenstein, J. A. (1998). "Multiphase flow and transport modeling in

heterogeneous porous media: challenges and approaches." *Advances in Water Resources*, 21(2), 77-120.
Miller, R. R. (1996). "Technology Overview Report: Air Sparging." Ground-Water Remediation Technologies Analysis Center.
Mohtar, R. H., Wallace, R. B., and Segerlind, L. J. (1994). "Finite Element Simulation of Oil Spill Cleanup Using Air Sparging." Computational Methods in Water Resource, A. Peter, ed., Kluwer Academic, Boston, 967-974.
Mualem, Y. (1976). "New Model for Predicting Hydraulic Conductivity of Unsaturated Porous-Media." *Water Resources Research*, 12(3), 513-522.
Murray, W. A., Lunardini Jr., R. C., Ullo Jr., F. J., and Davidson, M. E. (2000). "Site 5 air sparging pilot test, Naval Air Station Cecil Field, Jacksonville, Florida." *Journal of Hazardous Materials*, 72(2-3), 121-145.
NFESC. (2001). "Air Sparging Guidance Document." Naval Facilities Engineering Command (NFESC), Technical Report TR-2193-ENV.
NFESC. (2007). "Cost and Performance Review of Electrical Resistance Heating (ERH) for Source Treatment: Final Report, TR-2279-ENV." Naval Facilities Engineering Service Center (NFESE).
Nield, D. A., and Bejan, A. (1999). *Convection in Porous Media*, Springer, New York.
Nyer, E. K., and Suthersan, S. S. (1993). "Air sparging - Savior of ground-water remediations or just blowing bubbles in the bath tub." *Ground Water Monitoring and Remediation*, 13(4), 87-91.
Panday, S., Wu, Y. S., Huyakorn, P. S., and Springer, E. P. (1994). "A 3-dimensional multiphase flow model for assessing NAPL contamination in porous and fractured media. 2. Porous-medium simulation examples." *Journal of Contaminant Hydrology*, 16(2), 131-156.
Parker, J. C., and Lenhard, R. J. (1987). "A Model for Hysteretic Constitutive Relations Governing Multiphase Flow .1. Saturation-Pressure Relations." *Water Resources Research*, 23(12), 2187-2196.
Parker, J. C., Lenhard, R. J., and Kuppusamy, T. (1987). "A parametric model for constitutive properties governing multiphase flow in porous-media." *Water Resources Research*, 23(4), 618-624.
Peterson, J. W., Lepczyk, P. A., and Lake, K. L. (1999). "Effect of sediment size on area of influence during groundwater remediation by air sparging: a laboratory approach." *Environmental Geology*, 38(1), 1-6.
Pfiffner, S. M., Palumbo, A. V., Phelps, T. J., and Hazen, T. C. (1997). "Effects of nutrient dosing on subsurface methanotrophic populations and trichloroethylene degradation." *Journal of Industrial Microbiology & Biotechnology*, 18(2-3), 204-212.
Philip, J. R. (1998). "Full and boundary-layer solutions of the steady air sparging problem." *Journal of Contaminant Hydrology*, 33(3-4), 337-345.
Rabideau, A. J., and Blayden, J. M. (1998). "Analytical model for contaminant mass removal by air sparging." *Ground Water Monitoring and Remediation*, 18(4), 120-130.
Rabideau, A. J., Blayden, J. M., and Ganguly, C. (1999). "Field performance of air sparging system for removing TCE from groundwater." *Environmental Science & Technology*, 33(1), 157-162.

Reddy, K. R., and Adams, J. A. (2001). "Effects of soil heterogeneity on airflow patterns and hydrocarbon removal during in situ air sparging." *Journal of Geotechnical and Geoenvironmental Engineering*, 127(3), 234-247.
Reisinger, H. J. (1995). "Hydrocarbon Bioremediation- An Overview." Applied bioremediation of petroleum hydrocarbons, R. E. Hinchee, J. A. Kittel, and H. J. Reisinger, eds., Battelle Press, Columbus, xiii, 534.
Roosevelt, S. E., and Corapcioglu, M. Y. (1998). "Air bubble migration in a granular porous medium: Experimental studies." *Water Resources Research*, 34(5), 1131-1142.
Schmidt, R., Gudbjerg, J., Sonnenborg, T. O., and Jensen, K. H. (2002). "Removal of NAPLs from the unsaturated zone using steam: prevention of downward migration by injecting mixtures of steam and air." *Journal of Contaminant Hydrology*, 55(3-4), 233-260.
Sellers, K. (1999). *Fundamentals of hazardous waste site remediation*, Lewis Publishers, Boca Raton.
She, H. Y., and Sleep, B. E. (1999). "Removal of perchloroethylene from a layered soil system by steam flushing." *Ground Water Monitoring and Remediation*, 19(2), 70-77.
Sleep, B. E., and Sykes, J. F. (1989). "Modeling the Transport of Volatile Organics in Variably Saturated Media." *Water Resources Research*, 25(1), 81-92.
Stone, H. L. (1970). "Probability Model for Estimating 3-Phase Relative Permeability." *Journal of Petroleum Technology*, 22, 214-&.
Thomson, N. R., and Johnson, R. L. (2000). "Air distribution during in situ air sparging: An overview of mathematical modeling." *Journal of Hazardous Materials*, 72(2-3), 265-282.
Thomson, N. R., Sykes, J. F., and Van Vliet, D. (1997). "A numerical investigation into factors affecting gas and aqueous phase plumes in the subsurface." *Journal of Contaminant Hydrology*, 28(1-2), 39-70.
Travis, B. J., and Rosenberg, N. D. (1997). "Modeling in situ bioremediation of TCE at Savannah River: Effects of product toxicity and microbial interactions on TCE degradation." *Environmental Science & Technology*, 31(11), 3093-3102.
U.S.ACE. (1995). "Soil Vapor Extraction and Bioventing, EM 1110-1-4001." U.S. Army Corps of Engineers (U.S. ACE), Department of Army, Washington, DC.
U.S.ACE. (1999). "Soil Vapor Extraction Enhanced by Six-Phase Soil Heating at Poleline Road Disposal Area, OU-B, Ft. Richardson, Alaska." U.S. Army Corps of Engineers.
U.S.DoE. (2003). "Steam Enhanced Extraction and Electro-Thermal Dynamic Stripping Process (ET-DSP) at the Young-Rainy Star Center (formerly Pinellas) Northeast Area A, Largo, Florida, GJO–2003–482–TAC." U.S. Department of Energy (U.S. DoE).
U.S.EPA. (1991). "Site Characterization for Subsurface Remediation, EPA/625/4-91/026." U.S. Environmental Protection Agency (U.S. EPA).
U.S.EPA. (1995). "Bioventing Principles and Practices: Bioventing Desing, EPA/540/R-95/534a, 80pp." Office of Research and Development, U.S. Environmental Protection Agency (U.S. EPA), Washington, DC.

U.S.EPA. (1998). "MTBE Fact Sheet #2: Remediation Of MTBE Contaminated Soil And Groundwater, EPA 510-F-97-015." U.S. Environmental Protection Agency (U.S. EPA).

U.S.EPA. (2003a). "Cost and Performance Report: Electrical Resistive Heating at the Avery Dennison Site Waukegan, Illinois." U.S. Environmental Protection Agency (U.S. EPA), Washington, DC.

U.S.EPA. (2003b). "Electrical Resistive Heating at the Poleline Road Disposal Area, Arrays 4, 5, and 6 Fort Richardson, Alaska: Cost and Performance Report." U.S. Environmental Protection Agency (U.S. EPA), Washington, DC.

U.S.EPA. (2003c). "In Situ Conductive Heating at the Confidential Chemical Manufacturing Facility Portland, IN: Cost and Performance Report." U.S. Environmental Protection Agency (U.S. EPA), Washington, DC.

U.S.EPA. (2003d). "Steam Enhanced Extraction at the A.G. Communications Systems Site Northlake, Illinois." U.S. Environmental Protection Agency (U.S. EPA).

U.S.EPA. (2004). "How to Evaluate Alternative Cleanup Technologies for Underground Storage Tank Sites: A Guide for Corrective Action Plan Reviewers. (EPA 510-B-94-003; EPA 510-B-95-007; and EPA 510-R-04-002)." U.S. Environmental Protection Agency (U.S. EPA), Washington, DC., Washington, D.C. U.S.A.

U.S.EPA. (2009). "Technology Focus: In Situ Thermal Treatment." U.S. Environmental Protection Agency (U.S. EPA), Washington, DC., *http://www.cluin.org/techfocus/default.focus/sec/Thermal%5FTreatment%3A%5FIn%5FSitu/cat/Overview/*.

Unger, A. J. A., Sudicky, E. A., and Forsyth, P. A. (1995). "Mechanisms controlling vacuum extraction coupled with air sparging for remediation of heterogeneous formations contaminated by dense nonaqueous phase liquids." *Water Resources Research*, 31(8), 1913-1925.

van Dijke, M. I. J., and van der Zee, S. E. A. T. M. (1998). "Modeling of air sparging in a layered soil: Numerical and analytical approximations." *Water Resources Research*, 34(3), 341-353.

van Dijke, M. I. J., van der Zee, S. E. A. T. M., and van Duijn, C. J. (1995). "Multiphase flow modeling of air sparging." *Advances in Water Resources*, 18(6), 319-333.

van Genuchten, M. T. (1980). "A closed-form equation for predicting the hydraulic conductivity of unsaturated soils." *Soil Science Society of America Journal*, 44(5), 892-898.

van Hylckama Vlieg, J. E. T., and Janssen, D. B. (2001). "Formation and detoxification of reactive intermediates in the metabolism of chlorinated ethenes." *Journal of Biotechnology*, 85(2), 81-102.

Verce, M. F., Gunsch, C. K., Danko, A. S., and Freedman, D. L. (2002). "Cometabolism of cis-1,2-dichloroethene by aerobic cultures grown on vinyl chloride as the primary substrate." *Environmental Science & Technology*, 36(10), 2171-2177.

Vermeulen, F., and McGee, B. (2000). "In situ electromagnetic heating for hydrocarbon recovery and environmental remediation." *Journal of Canadian Petroleum Technology*, 39(8), 24-28.

Vogel, T. M., and McCarty, P. L. (1985). "Biotransformation of Tetrachloroethylene to Trichloroethylene, Dichloroethylene, Vinyl-Chloride, and Carbon-Dioxide under Methanogenic Conditions." *Applied and Environmental Microbiology*, 49(5), 1080-1083.

Wiedemeier, T. H. (1998). "Technical protocol for evaluating natural attenuation of chlorinated solvents in ground water." National Risk Management Research Laboratory Office of Research and Development, Cincinnati, Ohio.

Wilson, D. J. (1992). "Groundwater Cleanup by Insitu Sparging .2. Modeling of Dissolved Volatile Organic-Compound Removal." *Separation Science and Technology*, 27(13), 1675-1690.

Wilson, D. J. (1995). *Modeling of in situ techniques for treatment of contaminated soils : soil vapor extraction, sparging, and bioventing*, Technomic, Lancaster, Pa.

Wilson, D. J., Gomezlahoz, C., and Rodriguezmaroto, J. M. (1994). "Groundwater Cleanup by in-Situ Sparging .8. Effect of Air Channeling on Dissolved Volatile Organic-Compounds Removal Efficiency." *Separation Science and Technology*, 29(18), 2387-2418.

Wood, B. D., Keller, C. K., and Johnstone, D. L. (1993). "Insitu Measurement of Microbial Activity and Controls on Microbial CO2 Production in the Unsaturated Zone." *Water Resources Research*, 29(3), 647-659.

WSRC. (2001). "Dynamic Underground Stripping-Hydrous Pyrolysis Oxidation at the Savannah River Site 321-M Solvent Storage Tank Area, Aiken, Georgia." Westinghouse Savannah River Company.

Yaws, C. L. (1999). *Chemical Properties Handbook: Physical, thermodynamic, environmental, transport, safety, and health related properties for organic and inorganic chemicals*, McGraw-Hill, New York.



CL_PLG-EXPERT_ARAL_0000002300