# EXHIBIT 38

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

# THREE-DIMENSIONAL MULTIPHASE FLOW AND MULTISPECIES TRANSPORT MODEL TechFlow$^{MP}$

by

**Wonyong Jang and Mustafa M. Aral**



**Multimedia Environmental Simulation Laboratory**

**School of Civil and Environmental Engineering**
**Georgia Institute of Technology**
**Atlanta, Georgia 30332**

**MESL-02-05** **September 2005**

Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 2 of 106
CLJA_WATERMODELING_01-0000773782

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

# THREE-DIMENSIONAL MULTIPHASE FLOW AND MULTISPECIES TRANSPORT MODEL TechFlow$^{MP}$

**by**

**Wonyong Jang and Mustafa M. Aral**

**Multimedia Environmental Simulation Laboratory**

**School of Civil and Environmental Engineering**
**Georgia Institute of Technology**
**Atlanta, Georgia 30332**

The work on which this report is based was supported by the School of Civil and Environmental Engineering, Georgia Institute of Technology. The project was administered through the Multimedia Environmental Simulations Laboratory of the School of Civil and Environmental Engineering, Georgia Institute of Technology.

**MESL-02-05** **September 2005**

Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 3 of 106

CLJA_WATERMODELING_01-0000773783

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## Authors

Mr. Wonyong Jang is a graduate student in the Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology. Dr. Mustafa M. Aral is a Professor and the Director of Multimedia Environmental Simulations Laboratory in the School of Civil and Environmental Engineering, Georgia Institute of Technology.

## Acknowledgements

This report is based on the work conducted in the Multimedia Environmental Simulations Laboratory at the School of Civil and Environmental Engineering, Georgia Institute of Technology.

**Wonyong Jang and Mustafa M. Aral**

**Three-dimensional Multiphase Flow and Multispecies Transport Model, TechFlow^MP**
**Research Report No.:** MESL-02-05; September 2005, 94p.

**Keywords –** Multiphase flow, multiphase transport, groundwater, multi-species transport, numerical methods, simulation.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 4 of 106

CLJA_WATERMODELING_01-0000773784

# TABLE OF CONTENTS


**TABLE OF CONTENTS** ..... iv

**LIST OF TABLES** ..... vi

**LIST OF FIGURES** ..... vii

**LIST OF NOTATIONS** ..... x

**Abstract** ..... 1

**I. Introduction** ..... 2

**II. Mathematical model** ..... 4

2.1. Governing Equations ..... 4
2.1.1. Multiphase Flow Equations ..... 4
2.1.2. NAPL Equation ..... 7
2.1.3. Mass Continuity Equation ..... 8
2.1.4. Heat Energy Transport Equation ..... 11

2.2. Numerical Solution ..... 13

**III. Model Verification** ..... 15

3.1. Infiltration into a Homogeneous Soil Column ..... 15

3.2. Advective-dispersive Transport of Chlorinated Solvent Vapor in the Unsaturated Zone ..... 16
3.3. Reactive Multispecies Transport in a Three-dimensional Uniform Flow Field ..... 19

3.3. Reactive Multispecies Transport in a Three-dimensional Uniform Flow Field ..... 19

3.4. Air Sparging in a Homogenous Axially Symmetric Porous Medium ..... 23

3.5. Thermal-Enhanced Venting (TEV) in a One-dimensional Soil Column ..... 26

**IV. Applications** ..... 28

4.1. Density-driven Transport of a Conservative Contaminant in a Two-dimensional Domain ..... 28

4.2. Transport of Biologically Reactive Contaminants ..... 34

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

4.3. Density-driven Transport of a Conservative Contaminant in a Three-dimensional Domain ....... 44

4.4. In-situ Air Sparging ....... 48
4.4.1. Modeling Domain and Parameters ....... 48
4.4.2. Multiphase Flow and Contaminant Removal under IAS with One Vertical Injection Well ....... 52
4.4.3. TCE Removal by IAS Systems with Multiple Vertical Wells ....... 63
4.4.4. Multiphase Flow and Contaminant Removal by IAS Systems with One Horizontal Well ....... 66

4.5. Thermal-Enhanced Venting ....... 71

**V. Summary** ....... 80

**Appendix A. TechFlow$^{MP}$ Model Structure and User's Manual** ....... 81

A.1. Model Structure ....... 81
A.2. User's Manual ....... 83
A.3. Sample Files ....... 86

**Appendix B. A THREE-DIMENSIONAL ISOPARAMETERIC RECTANGULAR PRISM ELEMENT AND A LINEAR INTERPOLATION FUNCTION** ....... 90

**REFERENCES** ....... 92



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 6 of 106

CLJA_WATERMODELING_01-0000773786

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

# LIST OF TABLES

**Table 3.1.** Properties of a soil medium, a contaminant, and air for simulation ................17

**Table 3.2.** Soil and fluid properties for air sparging ........................................................24

**Table 4.1.** Simulation parameters.......................................................................................29

**Table 4.2.** Properties of TCE at 15°C .................................................................................29

**Table 4.3.** Properties of three contaminants at 15°C..........................................................34

**Table 4.4.** Biotransformation scenarios for first-order relationships ................................35

**Table 4.5.** Properties of soil, water, and air.........................................................................50

**Table 4.6.** Scenarios for IAS with one vertical injection well ..........................................52

**Table 4.7.** Scenarios for IAS systems with six vertical wells ..........................................63

**Table 4.8.** Scenarios for IAS with one horizontal well .....................................................66

**Table 4.9.** Regression equations for viscosity of gas species............................................72

**Table 4.10.** Regression equations for thermal properties..................................................73

**Table 4.11.** Scenarios for TEV applications ......................................................................74



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 7 of 106

CLJA_WATERMODELING_01-0000773787

# LIST OF FIGURES

**Figure 3.1.** Diagram for infiltration into a homogenous medium column........................15

**Figure 3.2.** Temporal variations of water pressures and water saturation levels. .............16

**Figure 3.3.** A simulation domain, a source zone, and boundary conditions .....................17

**Figure 3.4.** Concentration profiles and Darcy velocity at 4 days.....................................18

**Figure 3.5.** Schematic of a three-dimensional domain for transport of three reactive contaminants..........................................................................................................21

**Figure 3.6.** Concentration of three species on *x-y* plane at $z = 0$ and *x-z* plane at $y = 0$ at $t = 100$ days. ..........................................................................................222

**Figure 3.7.** A schematic of a model domain for air sparging.........................................233

**Figure 3.8.** Air saturation contour plots at (a) t=8.2 minutes and (b) t=1.71 hours ........255

**Figure 3.9.** A comparison of temperature profiles between experimental data and simulation results..................................................................................................277

**Figure 4.1.** A schematic diagram of a modeling domain and site conditions .................288

**Figure 4.2.** Vaporized TCE concentration profiles in gas and water phases for Cases 1 (diffusion-only transport) and 2 (density-driven transport) and Darcy velocities of gas and water phases at Case 2. ..............................................................31

**Figure 4.3.** TCE distributions in the system..................................................................333

**Figure 4.4.** TCE concentration in gas and water phases (No-bioreaction and Case F-1) and Darcy velocity of gas and water phases for Case F-1 at t=300 days..............366

**Figure 4.5.** Biotransformation of TCE and production of cDCE..................................377

**Figure 4.6.** DCE concentration in water and gas phases for three cases.........................399

**Figure 4.7.** Biotransformed cDCE mass and production of VC. ....................................40

**Figure 4.8.** VC concentration in water and gas phases for Cases F-1, F-2, and F-3 at t=300 days ...........................................................................................................422

**Figure 4.9.** Distribution of TCE, cDCE, and VC in the domain for Case F-1 ..................43

**Figure 4.10.** A schematic diagram of a modeling domain and site conditions in a 3D domain ...............................................................................................................444

**Figure 4.11.** Transport of dissolved TCE in the 3D domain. The unit of concentrations is g/L. ....466

**Figure 4.12.** Transport of vaporized TCE in the 3D domain. The unit of concentration is g/L. ....477

**Figure 4.13.** Schematic of in situ air sparging ....50

**Figure 4.14.** Initial concentration profiles of dissolved TCE and vaporized TCE....51

**Figure 4.15.** Air saturation under two air injection rates ($Q$ = 10 and 60 $m^3$/hr) at one vertical well. ....533

**Figure 4.16.** Air volumes stored in air sparging zones and radius of influence at $z$ = 9 m. ....555

**Figure 4.17.** Darcy velocity of gas phase at two air injection rates (10 and 60 $m^3$/hr) for Case V-2 and V-5. ....577

Fi**gure 4.18.** Darcy velocity of the groundwater at two air injection rates (10 and 60 $m^3$/hr) for Case V-2 and V-5. ....588

**Figure 4.19.** Dissolved TCE concentrations (g/L) at Cases V-2 and V-5....61

F**igure 4.20.** Removal of TCE by IAS operations with one vertical injection well ....622

**Figure 4.21.** Concentration profiles of dissolved TCE (g/L) at IAS with multiple injection wells: (A) Case MV-1 and (B) Case MV-2....644

**Figure 4.22.** Removal of TCE by IAS with multiple vertical injection wells....655

**Figure 4.23.** Air saturation under air injection through one horizontal well ....677

**Figure 4.24.** Darcy velocities of gas and groundwater at Case H-2....688

**Figure 4.25.** Concentration profiles of dissolved TCE (g/L) for (A) Case H-1 and (B) Case H-2. ....70

**Figure 4.26.** Removal of TCE by air sparging through one horizontal well....71

**Figure 4.27.** A model domain for TEV modeling....722

**Figure 4.28.** Temperature profiles over time during TEV on A-A′ line (at $x$=2 m) ....766

**Figure 4.29.** The changes in TCE NAPL saturation over time on A-A′ line (at $x$=2 m) ..78

**Figure 4.30.** Reduction of NAPL saturation over time by TEV at two different flow rates ....799

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**Figure A.1.** Three main classes of TechFlow$^{MP}$ model ............................................822

**Figure A.2.** Running procedures of TechFlow$^{MP}$ model............................................822

**Figure A.3.** Dialog for initial mesh generation. .......................................................83

**Figure A.4.** Generated mesh. ...........................................................................833

**Figure A.5.** Picked elements and a element dialog ...................................................83

**Figure A.6.** A dialog to list picked element properties ..............................................844

**Figure A.7**. Picked nodes and a node dialog...........................................................84

**Figure A.8.** A dialog to list picked node properties ..................................................84

**Figure A.9.** Picked nodes and a boundary dialog ......................................................84

**Figure A.10.** A dialog for picked boundary properties ..............................................85

**Figure A.11.** A mesh-saving dialog .......................................................................85

**Figure A.12.** Run dialog.......................................................................................85

**Figure A.13.** A result-saving-list dialog..................................................................85

**Figure A.14.** Simulation-control dialog ...................................................................866

F**igure A.15.** The end of a simulation.....................................................................86

**Figure A.16.** Sample mesh file...............................................................................877

**Figure A.17.** Sample run-configuration file..............................................................889

**Figure B.1.** Rectangular prism element ...................................................................90



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 10 of 106

CLJA_WATERMODELING_01-0000773790

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

# LIST OF NOTATIONS

| | |
|---|---|
| $a_i$ | An auxiliary variable |
| $a_{io}$ | Initial conditions of species *i* concentration [ $ML^{-3}$ ] |
| $a_{ib}$ | Boundary conditions of species *i* concentration [ $ML^{-3}$ ] |
| $b$ | Specified dispersive flux of contaminants on boundaries [ $ML^{-2}T^{-1}$ ] |
| $c$ | Specific heat capacity for each component [ $J/kg/K$ ] |
| $C$ | Contaminant concentrations [ $ML^{-3}$ ] |
| $Cr$ | Courant number |
| $D$ | Dispersion tensor [ $L^2T^{-1}$ ] |
| DCE | Dichloroethylene |
| $f_g$ | Gas pressure head gradient |
| $f_w$ | Water pressure head gradient |
| $g$ | Gravitational constant [ $LT^{-2}$ ] |
| $h_{Lat}$ | Specific enthalpies of vaporization [ $J/kg$ ] |
| $h_f$ | Specific enthalpy of phases [ $J/kg$ ] |
| $H$ | Dimensionless Henry's law coefficient |
| $I_g$ | Mass transfer of contaminants between phases [ $ML^{-3}T^{-1}$ ] |
| $J$ | Flux in gas phase [ $ML^{-2}T^{-1}$ ] |
| $k$ | Maximum specific rate of substrate degradation [$M_{substrate}\ M^{-1}_{cell}\ T^{-1}$] |
| $k_i$ | Pseudo-first-order reaction coefficient of $i^{th}$ chemical [$T^{-1}$] |
| $k_B$ | Maximum bioreaction rate [ $ML^{-3}T^{-1}$ ] |
| $k_m$ | Intrinsic permeability tensor for soil media [ $L^2$ ] |
| $k_r$ | Relative permeability |
| $K$ | Thermal conductivity [ $W/m/K$ ] |
| $K_D$ | Sorption coefficient [ $L^3M_{soil}^{-1}$ ] |
| $K_S$ | Half-saturation constant for the substrate of the bioreaction [ $ML^{-3}$ ] |
| $m$ | Empirical parameters for van Genuchten equation |
| $M$ | Molecular weight of a chemical component |
| $M_g$ | Averaged molecular weight of a gas mixture |
| $n$ | Empirical parameters for van Genuchten equation |
| $n$ | Total number of chemical species |
| $\vec{n}$ | Unit vector normal to a boundary [ $L$ ] |
| $N$ | Total number of contaminants |
| $N_g$ | Dimensionless gravity number of gas phase |
| $P_c$ | Capillary pressure [ $ML^{-1}T^{-2}$ ] |
| $P$ | Phase pressure [ $ML^{-1}T^{-2}$ ] |



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 11 of 106

CLJA_WATERMODELING_01-0000773791

| | |
|---|---|
| $Pe$ | Grid Peclet number |
| $q$ | Darcy flux $[LT^{-1}]$ |
| $Q$ | Strength of sources/sinks $[T^{-1}]$ |
| $Q_g$ | Air injection rate $[L^3T^{-1}]$ |
| $Q_S$ | Heat source/sink per unit volume due to heated air injection/extraction $[J/m^3/s]$ |
| $r$ | Radius $[L]$ |
| $s$ | Saturation degree |
| $S$ | Substrate concentration $[ML^{-3}]$ |
| $S_s$ | Specific volumetric storativity $[L^{-1}]$ |
| $S_h$ | Overall heat capacity $[J/m^3/K]$ |
| $t$ | Time $[T]$ |
| T | Temperature $[K]$ |
| TCE | Trichloroethylene |
| $v$ | Pore velocity of fluid $[LT^{-1}]$ |
| VC | Vinyl chloride |
| $x$, $y$, z | Directions in a Cartesian coordinate system |
| $x_i$ | Fractional molar concentration of $i^{th}$ species |
| $y_i$ | Stoicheometric yield factor |
| $\alpha$ | Empirical parameter for van Genuchten equation $[L^{-1}]$ |
| $\alpha_L$ | Longitudinal dispersivity of soil media |
| $\alpha_T$ | Transversal dispersivity of soil media |
| $\beta_w$ | Compressibility of water under an isothermal condition $[LT^2M^{-1}]$ |
| $\gamma_g$ | Compressibility of gas phase $[T^2L^{-2}]$ |
| $\delta$ | Kronecker delta |
| $\delta_g$ | Thickness of a stagnant boundary layer of gas phase at the ground surface |
| $\delta_w$ | Thickness of the groundwater table boundary layer |
| $\varepsilon_a$ | Absolute error |
| $\varepsilon_r$ | Relative error |
| $\lambda$ | Fitted parameter for Brook-Corey equation |
| $\lambda$ | First-order coefficient of mass transfer $[T^{-1}]$ |
| $\mu$ | Dynamic viscosity $[ML^{-1}T^{-1}]$ |
| $\rho$ | Density $[ML^{-3}]$ |
| $\tau$ | Tortuosity of porous media |
| $\phi$ | Porosity |
| $\psi$ | Water-equivalent pressure head $[L]$ |



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 12 of 106

CLJA_WATERMODELING_01-0000773792

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

# Three-dimensional Multiphase Flow and Multispecies Transport Model, TechFlow$^{MP}$

Wonyong Jang and Mustafa M. Aral
Multimedia Environmental Simulation Laboratory
School of Civil and Environmental Engineering
Georgia Institute of Technology
Atlanta, Georgia USA

## ABSTRACT

Soil and groundwater contamination by volatile organic compounds (VOCs) has become a major environmental issue. In order to preserve groundwater resources from VOCs-related contamination and to clean up sites contaminated with VOCs, their behaviors in subsurface systems should be well predicted and understood. The coupled equations for flow of water, gas, and NAPL phases and transport of multispecies and heat energy were formulated, and, to solve those equations, a three-dimensional numerical model, called TechFlow$^{MP}$, was developed. TechFlow$^{MP}$ model has been verified and validated using analytical solutions and experimental data published in the literature. To investigate the fate and transport of VOCs in the subsurface, the model was used in conducting numerical analysis on the following topics: (i) multiphase flow and contaminant transport in subsurface environments; (ii) biological transformations of contaminants; (iii) in-situ air sparging (IAS); and, thermal-enhanced venting (TEV). In the numerical studies, TechFlow$^{MP}$ model successfully simulated the migrations of contaminants between phases and between the unsaturated/saturated zones, the dynamic movements of gas phase in the saturated zone, and remedial processes under IAS and TEV.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 13 of 106
CLJA_WATERMODELING_01-0000773793

# I. INTRODUCTION

Volatile organic compounds (VOCs), such as solvents and hydrocarbon fuels, are among major chemicals found in many contaminated sites. Subsurface contamination of VOCs is usually caused by spills, leakage from transport and storage facilities, or release from uncontrolled hazardous landfills [*Dinicola, et al.*, 2002; *Lorah*, 1997; *Wu and Schaum*, 2001]. Typically, VOCs are released as a non-aqueous phase liquid (NAPL) into the ground. Due to capillary forces in pore space, when VOCs migrate in the form of NAPL through porous media, they leave behind an immobilized residual suspended in soil pore structures. Through partitioning processes such as dissolution, vaporization, and adsorption onto soil particles, the residual NAPL becomes a long-lasting source of soil and groundwater contamination [*Mendoza and Frind*, 1990a; *Thomson, et al.*, 1997].

VOCs have drawn our concern because of their toxicity at low concentrations. Among VOCs, trichloroethylene (TCE) widely used as a solvent in industry is one of the most frequently detected contaminants in the groundwater [Wu and Schaum, 2001]. TCE has been found in at least 861 sites of the 1,428 hazardous waste sites that make up the National Priorities List and are targeted for long-term federal clean-up [ATSDR, 1997]. Based on available Federal and State surveys, ATSDR [1997] estimated that between 9 % and 34 % of the drinking water supply sources tested in the U.S. may have some TCE contamination.

In the subsurface near contaminant source zones, VOCs often exist in multiple phases (water, gas, and NAPL). These phases have distinct flow patterns, generating multiphase flow. Multiphase flow means a simultaneous flow of two or more immiscible fluids. Transport of VOCs in a multiphase flow occurs as a result of complex mechanical, chemical, and biological processes such as advection, diffusion, sorption, and biological transformations [*Thomson, et al.*, 1997]. Density-driven advection of gas, which is generated by high concentration of dense VOCs like TCE near source zones, has a significant effect on spreading contaminants [Mendoza and Frind, 1990a]. Biological transformations of VOCs can introduce toxic daughter contaminants into groundwater systems. For an instance, under anaerobic conditions, the dehalogenation of TCE produces intermediates such as dichloroethylenes (DCEs) and vinyl chloride (VC) [*Vogel, et al.*, 1987]. DCEs are more toxic than TCE, and VC is known as human carcinogen [Montgomery, 2000].

The understanding of the processes that influence fate and transport of contaminants in groundwater systems and proper modeling of these processes is essential to evaluate the effectiveness of recommended clean-up processes. In turn these models can be effectively used in management decisions that may prevent soil and groundwater from pollution or they may be used in designing remedial systems.

In-situ air sparging (IAS) is a cost-effective remedial technology applied to remove VOCs dissolved in the groundwater and NAPL both above and below the groundwater table [*Kirtland and Aelion*, 2000; *Unger, et al.*, 1995]. Before a full-scale air sparging system is installed, sparging pilot tests should be performed to obtain field data about feasibility of IAS, radius of influence, and mechanical requirements such as pressure and

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

flow rates. Numerical modeling is a valuable tool in predicting complex processes regarding fluid flow, contaminant transport, and nonequilibrium reactions and in solving problems occurring during IAS [*Benner, et al.*, 2002]. Especially, the understanding of dynamic behavior of gas and water fluids is essential to determine the applicability of IAS and to design IAS system under certain hydrogeologic situations.

Thermal-enhanced venting (TEV) is a remedial technique used to enhance removal or recovery of less-volatile residual hydrocarbon contaminants such as naphthalene and dodecane in the unsaturated zone. TEV applies heated air to the contaminated zone while soil venting uses ambient air. As heat energy is introduced into the ground, many physicochemical properties of fluids and VOCs are changed under nonisothermal environments. Thermal energy plays important roles in increasing remediation efficiency and in reducing remediation time of the contaminated unsaturated zone.

For numerical studies conduced in this study, the governing equations for flow of water, gas, and NAPL phases and transport of multispecies and heat energy in porous media were developed and solved using Galerkin finite element method. A three-dimensional numerical model, called TechFlow$^{MP}$ model, has been developed.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 15 of 106

CLJA_WATERMODELING_01-0000773795

# II. MATHEMATICAL MODEL

## 2.1. Governing Equations

Contaminant transport in a multiphase flow can be expressed in terms of three fundamental equations: (i) flow equations for gas and water phases; (ii) momentum equation; and, (iii) contaminant transport equations. These equations are highly coupled in terms of capillary pressures, saturation levels, and contaminant concentrations.

### 2.1.1. Multiphase Flow Equations

From mass conservation equation and Darcy's law, the governing equation of a multiphase flow can be derived [*Sleep and Sykes*, 1989; *Thomson, et al.*, 1997]

$$\frac{\partial(\phi s_f \rho_f)}{\partial t} = \nabla \cdot \left[ \frac{\rho_f k_m k_{rf}}{\mu_f} (\nabla P_f + \rho_f g \nabla z) \right] + Q_f' \tag{2.1}$$

where subscript *f* represents mobile fluids, $\phi$ is porosity, $s$ is fluid saturation, $\rho$ is fluid density ($ML^{-3}$), $\mu$ is dynamic viscosity ($ML^{-1}T^{-1}$), $k_r$ is relative permeability, $k_m$ is intrinsic permeability tensor for soil media ($L^2$), $P$ is fluid pressure ($ML^{-1}T^{-2}$), $g$ is the gravitational constant ($LT^{-2}$), $z$ is elevation ($L$), and $Q_f'$ represents the strength of sources/sinks of mass ($ML^{-3}T^{-1}$). Flow equations are linked by capillary pressures at an interface between phases:

$$P_{cgw} = P_g - P_w \tag{2.2}$$

$$P_{cnw} = P_n - P_w \tag{2.3}$$

where $P_{cgw}$, $P_{cnw}$, $P_g$, $P_w$, $P_n$ are gas-water capillary pressure, NAPL-water capillary pressure, gas pressure, water pressure, and NAPL pressure ($ML^{-1}T^{-2}$), respectively. The sum of saturation of three phases (water, gas, and NAPL) is,

$$s_w + s_g + s_n = 1. \tag{2.4}$$

For two mobile phases (i.e. gas and water phases), relative permeability of each phase can be written in terms of effective water pressure using van Genuchten model [*Parker, et al.*, 1987; *van Genuchten*, 1980],

$$k_{rw} = s_{we}^{1/2} \left[ 1 - \left( 1 - s_{we}^{1/m} \right)^m \right]^2 \tag{2.5}$$

$$k_{rg} = \left( 1 - s_{we} \right)^{1/2} \left( 1 - s_{we}^{1/m} \right)^{2m} \tag{2.6}$$

with



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 16 of 106

CLJA_WATERMODELING_01-0000773796

$$\frac{s_w - s_m}{1 - s_m} = s_{we} = \left[1 + \left(\alpha_{gw}\psi_{cgw}\right)^n\right]^{-m} \qquad \psi_{cgw} > 0 \tag{2.7}$$

$$s_{we} = 1.0 \qquad \psi_{cgw} \le 0 \tag{2.8}$$

where $k_{rw}$ and $k_{rg}$ are relative permeabilities of water and gas phases, respectively, $s_{we}$ is effective water-phase saturation, $s_m$ is irreducible water saturation, $\alpha_{gw}$ and $n$ are empirical parameters, $m$ is given by $1-1/n$, $\psi_{cgw} = \psi_g - \psi_w$ is an gas-water capillary pressure head ($L$), and $\psi_f = P_f / \rho_w g$ is water-equivalent pressure head of each phase ($L$).

**Water Flow Equation:**

Since both saturation and pressure of water phase vary with depth in the unsaturated zone, from Equation (2.1), water flow equation for a variably saturated zone can be expanded as follows [Bear and Bachmat, 1990; Diersch and Perrochet, 1999]:

$$s_w S_s \frac{\partial \psi_w}{\partial t} + \phi \frac{\partial s_w}{\partial t} = \nabla \cdot \left[\frac{\rho_w k_m k_{rw} g}{\mu_w}\left(\nabla \psi_w + \nabla z\right)\right] + Q_w \tag{2.9}$$

where subscript $w$ represents water phase, $S_s = [(1-\phi)\alpha + \phi\beta_w]\rho_w g$ is a specific volumetric storativity ($L^{-1}$), $\psi_w = P_w / \rho_w g$ is water-equivalent pressure head of water phase ($L$), $\beta_w = (1/\rho_w)(d\rho_w / dP_w)$ is the compressibility of water under an isothermal condition ($LT^2M^{-1}$), $\alpha = (1/V_t)(dV_t / dP_w)$ is soil matrix compressibility ($LT^2M^{-1}$), $V_t$ is a bulk volume of porous media element ($L^3$), and $Q_w = Q_w^{'} / \rho_w$ is the strength of sources/sinks of water phase ($L^{-1}$).

Boundary conditions (B.C.) for Equation (2.9) are written as

Dirichlet (type 1) B.C. $\qquad \psi_w = \psi_{w\Gamma} \qquad$ (2.10)

Newman (type 2) B.C. $\qquad \frac{\partial \psi_w}{\partial \vec{n}} = f_w \qquad$ (2.11)

where $\psi_{w\Gamma}$ is water pressure head on a boundary ($L$), $f_w$ is a value of water pressure head gradient, and $\vec{n}$ is a unit vector normal to a boundary ($L$).

**Gas Flow Equation:**

From Equation (2.1), as density and saturation of gas phase vary in the unsaturated zone, gas flow equation can be written as follows:



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 17 of 106

$$\phi s_g \frac{\partial \rho_g}{\partial t} + \phi \rho_g \frac{\partial s_g}{\partial t} = \nabla \cdot \left[ \frac{\rho_g k_m k_{rg}}{\mu_g} \rho_w g \left( \nabla \psi_g + \frac{\rho_g}{\rho_w} \nabla z \right) \right] + I_g + Q_g \tag{2.12}$$

where subscript $g$ represents gas phase, $\psi_g = P_g / \rho_w g$ is water-equivalent pressure head of gas phase ($L$), and $I_g$ indicates mass transfer of contaminants due to partitioning processes of contaminants between phases ($ML^{-3}T^{-1}$).

Under an isothermal condition, the density of a gas mixture in Equation (2.12) is a function of gas pressure and concentration of contaminants. The density of a gas mixture containing vapors of multi-species can be expressed as [*Thomson, et al.*, 1997]:

$$\rho_g(P_g, C) = \rho_{air} + \gamma_g \psi_g + \sum_{i=1}^{N} C_g^i \left( 1 - \frac{\rho_{air}}{\rho_v^i} \right) \tag{2.13}$$

where $\rho_{air}$ is pure air density ($ML^{-3}$), $N$ is the number of contaminants, $\gamma_g$ is the compressibility of gas phase ($T^2L^{-2}$), $\rho_v^i$ is density of pure vapor of $i^{\text{th}}$ contaminant ($ML^{-3}$), $C_g^i$ is the concentration of $i^{\text{th}}$ contaminant in the gas phase ($ML^{-3}$). Assuming that a gas mixture obey the ideal gas law, the compressibility, $\gamma_g$, can be determined by,

$$\gamma_g = \frac{d\rho_g}{d\psi_g} = \frac{M_g}{RT} \tag{2.14}$$

where $M_g$ is an averaged molecular weight of the gas mixture. Substituting Equations (2.13) and (2.14) into the time derivative of gas density at the first term on the left-hand side of Equation (2.12) yields

$$\frac{\partial \rho_g}{\partial t} = \frac{M_g}{RT} \frac{\partial \psi_g}{\partial t} + \sum_{i=1}^{N} \left( 1 - \frac{\rho_{air}}{\rho_v^i} \right) \frac{\partial C_g^i}{\partial t} \tag{2.15}$$

Volatilization of immobile NAPL and gas-water partitioning of multispecies can be significant sources and sinks, and should be considered. By applying a first-order relationship for the mass transfer processes, we obtains

$$I_g = \sum_{i=1}^{N} \phi s_g \left[ \lambda_V^i \left( C_{ge}^i - C_g^i \right) + \lambda_H^i \left( HC_w^i - C_g^i \right) \right] \tag{2.16}$$

where $\lambda_V^i$ and $\lambda_H^i$ are the first-order mass transfer coefficients ($T^{-1}$) of $i^{\text{th}}$ contaminant for NAPL/gas and water/gas, respectively, $C_{ge}^i$ is the maximum concentration of $i^{\text{th}}$ contaminant in gas phase, $C_w^i$ is the concentration of $i^{\text{th}}$ contaminant in water phase, and $H$ is a dimensionless Henry's law coefficient. Viscosity of low-pressure multicomponent gas mixture is estimated by Wilke's semi-empirical method [*Reid, et al.*, 1987],

$$\mu_g = \sum_{i=1}^{N} \frac{x_i \mu_i}{\sum_{j=1}^{N} x_j \Phi_{ij}} \tag{2.17}$$

with

$$\Phi_{ij} = \frac{1}{\sqrt{8}} \left(1 + \frac{M_i}{M_j}\right)^{-1/2} \left[1 + \left(\frac{\mu_i}{\mu_j}\right)^{1/2} \left(\frac{M_j}{M_i}\right)^{1/4}\right]^2 \tag{2.18}$$

where $\mu_g$, $\mu_i$, and $\mu_j$ are viscosities of gas mixture and pure vapors of $i^{\text{th}}$ and $j^{\text{th}}$ species, respectively, $x_i$ is a fractional molar concentration of $i^{\text{th}}$ species, and $M_i$ and $M_i$ are molecular weights of $i^{\text{th}}$ and $j^{\text{th}}$ species, respectively.

Boundary conditions for Equation (2.12) are:

$$\text{Dirichlet (type I) B.C.} \quad \psi_g = \psi_{g\Gamma} \tag{2.19}$$

$$\text{Newman (type II) B.C.} \quad \frac{\partial \psi_g}{\partial \vec{n}} = f_g \tag{2.20}$$

where $\psi_{g\Gamma}$ and $f_g$ are a gas pressure head and a gas-pressure-head gradient in a boundary, respectively, and $\vec{n}$ is a unit vector normal to a boundary.

### 2.1.2. NAPL Equation

The change in saturation of immobile NAPL occurs as a result of its vaporization into gas phase and/or dissolution into water phase, and the change can be expressed using first-order relationships as follows:

$$\frac{\partial}{\partial t}(\rho_n \phi s_n) = \sum_{i=1}^{N} \left[ -\phi s_w \lambda_D^i \left(C_{we}^i - C_w^i\right) - \phi s_g \lambda_V^i \left(C_{ge}^i - C_g^i\right)\right] \tag{2.21}$$

where $\rho_n$ is NAPL density ($ML^{-3}$), $\lambda_D^i$ is a first-order coefficient for dissolution of $i^{\text{th}}$ contaminant ($T^{-1}$), and $C_{we}^i$ is the maximum concentration (solubility) of $i^{\text{th}}$ contaminant in water phase ($ML^{-3}$).



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 19 of 106

CLJA_WATERMODELING_01-0000773799

### 2.1.3. Mass Continuity Equation

The equation for advective-dispersive transport of $i^{\text{th}}$ species in mobile phases (water ($w$) and gas ($g$)) will be written as

$$\frac{\partial\left(\phi s_f C_f^i\right)}{\partial t} = \nabla\left(\phi s_f D_f^i \nabla C_f^i\right) - \nabla(q_f C_f^i) + I_f^i + Q_f C_f^{*i} \tag{2.22}$$

where superscript $i$ and subscript $f$ represent indexes of contaminants and fluid phases, respectively; $C$ is a concentration of contaminants ($ML^{-3}$); $D$ and $q$ are a dispersion tensor ($L^2T^{-1}$) and Darcy flux ($LT^{-1}$), respectively; $I$ indicates inter-phase mass transfers and biological reactions of contaminants ($ML^{-3}T^{-1}$); $C^*$ is specified concentrations of contaminants at a source/sink; and, $Q$ is a strength of sources/sinks ($T^{-1}$). Darcy velocity for each fluid flow through porous media, estimated by Darcy's law, can be written as

$$q_f = -\frac{k_m k_{rf}}{\mu_f}\rho_w g\left(\nabla\psi_f + \frac{\rho_f}{\rho_w}\nabla z\right) \tag{2.23}$$

The dispersion tensor of $i^{\text{th}}$ species in mobile phase $f$, $D_f^i$, is defined by [Bear, 1972]

$$D_{f,mn}^i = \alpha_T\left|v_f\right|\delta_{mn} + (\alpha_L - \alpha_T)\frac{v_{f,m}v_{f,n}}{\left|v_n\right|} + \tau_f D_f^{*i}\delta_{mn} \qquad m,n = x,y,z \tag{2.24}$$

where $\alpha_L$ and $\alpha_T$ are longitudinal and transversal dispersivity of soil media, respectively, $v_f = q_f / \phi s_f$ is pore velocity of a specified phase, $\tau$ is tortuosity, $D^*$ is a molecular diffusion coefficient, and $\delta_{mn}$ is the Kronecker delta. The empirical equation for the tortuosity of fluids, developed by Millington and Quirk [1961], can be used in porous media,

$$\tau_f = (\phi s_f)^{7/3} / \phi^2 \tag{2.25}$$

By applying a first-order relationship to dissolution, volatilization and water-gas partitioning processes of contaminants in porous media, mass transfers for water and gas phases can be written as,

$$\left[\phi s_w \frac{dC_w^i}{dt}\right]_{MassTransfer} = \phi s_w \lambda_D^i\left(C_{we}^i - C_w^i\right) + \phi s_g \lambda_H^i\left(C_g^i - H^i C_w^i\right) \tag{2.26}$$

$$\left[\phi s_g \frac{dC_g^i}{dt}\right]_{MassTransfer} = \phi s_g \lambda_V^i\left(C_{ge}^i - C_g^i\right) - \phi s_g \lambda_H^i\left(C_g^i - H^i C_w^i\right) \tag{2.27}$$

where superscript $i$ represents an index of contaminants.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 20 of 106

CLJA_WATERMODELING_01-0000773800

Biological transformations of organic compounds depend on properties of chemical compounds and various parameters of subsurface environments, and biotransformation processes are very complicated and site-specific. To simplify the kinetics of biotransformation of chlorinated compounds, Michaelis-Menton model [*Haston and McCarty*, 1999; *Pavlostathis and Prytula*, 2000; *Yu, et al.*, 2005] or a first-order relationship [*Clement, et al.*, 2000; *Dinicola, et al.*, 2002; *Schmidt, et al.*, 1985] have been often used, and are also implemented herein to express sequential bioreactions of contaminants. In sequential bioreactions of compounds in water phase, the reduction in a parent compound through a biotransformation means the increase in its daughter compound. In terms of the daughter compound, biotransformation processes can be written as follows:

For a first-order relationship,

$$\left[\phi s_w \frac{\partial C_w^i}{\partial t}\right]_{biorxn} = \phi s_w \lambda_B^{i-1} C_w^{i-1} - \phi s_w \lambda_B^i C_w^i \qquad (2.28)$$

or for Michaelis-Menton model,

$$\left[\phi s_w \frac{\partial C_w^i}{\partial t}\right]_{biorxn} = \phi s_w \frac{k_B^{i-1} C_w^{i-1}}{K_S^{i-1} + C_w^{i-1}} - \phi s_w \frac{k_B^i C_w^i}{K_S^i + C_w^i} \qquad (2.29)$$

where superscript *i*-1 and *i* represent parent and daughter compounds, respectively, $\lambda_B$ is a first-order biological transformation coefficient ($T^{-1}$), $k_B$ is a maximum bioreaction rate ($ML^{-3}T^{-1}$), and $K_S$ is a half-saturation constant for a bioreaction ($ML^{-3}$). In this study, biological reactions are considered to be occurred only in water phase because most microorganisms for biological reactions exist in water phase.

Sorption of dissolved contaminants on soil particles retards the transport of contaminants, and the sorption capacity depends on physical and chemical properties of soil media. Under sorption equilibrium status, the change in the concentration of a sorbed contaminant onto soil particles is directly proportional to that of the dissolved contaminant. The relationship is expressed as

$$\left[\frac{\partial(\rho_b C_s^i)}{\partial t}\right]_{sorption} = -\rho_b K_D^i \frac{\partial C_w^i}{\partial t} \qquad (2.30)$$

where superscript *i* represents a target compound, $C_s^i$ is the concentration of sorbed contaminant in soil phase ($M_{compound} M_{soil}^{-1}$), $\rho_b$ is a bulk density of the soil phase ($M_{soil} L^{-3}$), $K_D^i$ is a sorption coefficient ($L^3 M_{soil}^{-1}$). As all surface of soil particles are covered preferentially by water, sorption of dissolved contaminants onto solid soil phase is considered while direct sorption of vaporized contaminants onto dry soil surface is



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 21 of 106

CLJA_WATERMODELING_01-0000773801

excluded in this study. From Equations (2.26) through (2.30), the inter-phase mass transfer, $I_f^i$, for water ($w$) and gas ($g$) phases in Equation (2.22) will be written as

$$I_w^i = \left[\phi\, s_w \frac{dC_w^i}{dt}\right]_M + \left[\phi s_w \frac{\partial C_w^i}{\partial t}\right]_{biorxn} + \left[\frac{\partial\left(\rho_b C_s^i\right)}{\partial t}\right]_{sorption} \tag{2.31}$$

$$I_g^i = \left[\phi\, s_g \frac{dC_g^i}{dt}\right]_M \tag{2.32}$$

Four types of boundary conditions can be considered for contaminant transport equations: (i) Dirichlet (type I) conditions are

$$C_w^i = C_{wo}^i \tag{2.33}$$

$$C_g^i = C_{go}^i \tag{2.34}$$

where $C_{wo}$ and $C_{go}$ are specified values of contaminant concentrations in water and gas phases on boundaries, respectively.

(ii) Neuman (type II) conditions are

$$\phi s_w D_w^i \frac{\partial C_w^i}{\partial n} = b_{wo}^i \tag{2.35}$$

$$\phi s_g D_g^i \frac{\partial C_g^i}{\partial n} = b_{go}^i \tag{2.36}$$

where $b_{wo}$ and $b_{go}$ are specified dispersive fluxes of contaminants in water and gas phases on boundaries, respectively.

(iii) Cauchy (type III) conditions are

$$\left(-\phi s_w D_w^i \nabla C_w^i + q_w C_w^i\right)\vec{n} = q_{wn} C_{wo}^i \tag{2.37}$$

$$\left(-\phi s_g D_g^i \nabla C_g^i + q_g C_g^i\right)\vec{n} = q_{gn} C_{go}^i \tag{2.38}$$

where $q_{wn}$ and $q_{gn}$ are Darcy fluxes of water and gas on boundaries, respectively, and $\vec{n}$ is unit vectors normal to the boundaries.

(iv) Free exit boundary can be used in cases that contaminants reach an exit boundary, in which boundary values can not be specified [*Frind*, 1988]. In the boundary, the natural boundary term, $\phi s_w D_w \partial C_w / \partial n$, containing unknown boundary values, will remain unchanged.

For contaminant transport in gas phase, the ground surface can be treated as a stagnant boundary layer due to vegetation and surface roughness. The flux across the boundary layer can be represented as [*Mendoza and Mcalary*, 1990; *Thibodeaux*, 1981]

$$b_{go} = \frac{D_g^i}{\delta_g}(C_{gs}^i - C_{atm}^i) \tag{2.39}$$

where $b_{go}$ is a contaminant flux, $\delta_g$ is the thickness of a stagnant boundary layer of gas phase at the ground surface, $C_{gs}$ is a contaminant concentration in soil gas phase at the ground surface, and $C_{atm}$ is a contaminant concentration at the top of the layer. The $C_{atm}$ is usually set to zero for the atmosphere. This approach can be applied to a groundwater table boundary, which is usually assumed to be impermeable to gas phase. A contaminant flux across the layer of the table boundary can be expressed as [Mendoza and Frind, 1990a; Mendoza and Mcalary, 1990]

$$b_{wo} = \frac{D_w^*}{\delta_w}(C_{wt}^i - C_{wb}^i) \tag{2.40}$$

where $b_{wo}$ is a contaminant flux across a groundwater table boundary, $D_w^*$ is an effective aqueous dispersion coefficient, $\delta_w$ is the thickness of the groundwater table boundary layer, and $C_{wt}$ and $C_{wb}$ are contaminant concentrations in water phase at the top and bottom of the boundary layer, respectively.

### 2.1.4. Heat Energy Transport Equation

In the subsurface, heat energy transport occurs by conductive and convective heat fluxes. Conductive heat flux in soil matrix depends in a complex fashion on properties of multiple phases (solid, water, gas, and NAPL), and convective heat flux is generated mainly by gas phase flow. In this study, heat energy transport is analyzed under the assumption of local thermal equilibrium between all phases and parallel heat conduction. The governing equation for the conservation of heat energy can be written as [*Glascoe, et al.*, 1999]

$$\begin{aligned}
&(1-\phi)\frac{\partial}{\partial t}(\rho_s h_s) + \frac{\partial}{\partial t}\left(\sum_{f=w,g,n}\phi s_f \rho_f h_f\right) + \frac{\partial}{\partial t}(\phi s_g \rho_v h_v) + \frac{\partial}{\partial t}(\phi s_g \rho_o h_o) \\
&+ \nabla\cdot(q_g \rho_g h_g) + \nabla\cdot(J_v h_v) + \nabla\cdot(J_o h_o) \\
&- \nabla\cdot(K_A \nabla T) + Q_S = 0
\end{aligned} \tag{2.41}$$

where $h_f$ is specific enthalpy of phases (subscript $s$ = solid soil, $w$ = liquid water, $n$ = NAPL, $g$ = air in gas, $v$ = water vapor, and $o$ = organic chemical vapor) ($J/kg$); $s$ is



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 23 of 106

CLJA_WATERMODELING_01-0000773803

saturation of phases; $\rho_v$ and $\rho_o$ are densities of water vapor (water vapor concentration in gas phase) and organic vapor (contaminant concentration in gas phase) ($kg/m^3$), respectively; $q_g$ are Darcy velocity of gas phase ($m/s$); $J_v$ and $J_o$ are the flux of water vapor and organic vapor in gas phase ($kg/m^2/s$), respectively; $K_A$ is an overall thermal conductivity ($W/m/K$); $T$ is absolute temperature (*K*); and, $Q_S$ is heat source/sink per unit volume due to heated air injection/extraction ($J/m^3/s$).

Specific enthalpies can be expressed as linear functions of temperature and the respective specific heat capacities [*Glascoe, et al.*, 1999]:

$$h_s = c_s\left(T - T_{ref}\right) \quad (2.42a)$$
$$h_w = c_w\left(T - T_{ref}\right) \quad (2.42b)$$
$$h_g = c_g\left(T - T_{ref}\right) \quad (2.42c)$$
$$h_n = c_n\left(T - T_{ref}\right) \quad (2.42d)$$
$$h_v = h_{Lat,water} + c_v\left(T - T_{ref}\right) \quad (2.42e)$$
$$h_o = h_{Lat,organic} + c_o\left(T - T_{ref}\right) \quad (2.42f)$$

where $c$ is specific heat capacity ($J/kg/K$) for each component; $h_{Lat,water}$ and $h_{Lat,organic}$ are specific enthalpies of vaporization of water and an organic chemical, respectively; and, $T_{ref}$ is a reference absolute temperature. Since enthalpy is a relative quantity, $T_{ref}$ can be any temperature (e.g., 0 $^{o}$C) as long as the temperature value is used consistently in all heat calculations.

Mass flux of two components (water vapor and organic vapor) in gas phase can be represented by advection and dispersion. The flux terms in Equation (2.41) will be expressed as,

$$J_v = q_g \rho_v - \theta_g D_v \nabla \rho_v \quad (2.43a)$$
$$J_o = q_g \rho_o - \theta_g D_o \nabla \rho_o \quad (2.43b)$$

where $D_v$ and $D_o$ are dispersion coefficients for water vapor and organic vapor in gas phase, respectively.

Combining Equations (2.41) through (2.43) yields the following heat transport equation:

$$\begin{aligned} &\frac{\partial}{\partial t}\left[S_h\left(T - T_{ref}\right) + \phi s_g \rho_v h_v + \phi s_g \rho_o h_o\right] + \\ &+ \nabla \cdot q_g\left[\rho_g\left(T - T_{ref}\right) + \rho_v h_v + \rho_o h_o\right] + \nabla \cdot \left[\phi s_g D_v \nabla\left(\rho_v h_v\right) + \phi s_g D_o \nabla\left(\rho_o h_o\right)\right] \\ &- \nabla \cdot \left(K_A \nabla T\right) + Q_S = 0 \end{aligned} \quad (2.44)$$



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 24 of 106

CLJA_WATERMODELING_01-0000773804

where $S_h$ is an overall heat capacity ($J/m^3/K$). In multiphase systems, volume-averaged overall heat capacity under thermodynamic equilibrium can be estimated as follows [Bear, 1972; Kaluarachchi and Islam, 1995; Kaviany, 1995; Nield and Bejan, 1999]:

$$S_h = (1-\phi)\rho_s c_s + \phi \sum_{f=w,g,n} s_f \rho_f c_f \tag{2.45}$$

In TEV systems, since gas flows are derived by injection and extraction pressures, advective transport of water vapor and organic vapor in gas phase would be much greater than dispersive transport of these components. Thus, the heat transport terms for dispersion (the terms in the third square bracket in Equation (2.44)) may be neglected and are not considered in this study.

The overall (effective) thermal conductivity, $K_A$, in Equation (2.44) depends on several parameters, such as soil-grain thermal conductivity, a water thermal conductivity, a gas thermal conductivity, a NAPL thermal conductivity, porosity, saturation of phases, and geometry of media [Nield and Bejan, 1999]. One of the methods to calculate overall thermal conductivity of porous media is a simple parallel conduction model. In the model, heat conduction in a soil matrix (including solid and fluid phases) is assumed to occur in parallel, and overall conductivity, $K_A$, is obtained as a weighted arithmetic mean of the conductivities of phases as follows [Bear, 1972; Nield and Bejan, 1999].

$$K_A = (1-\phi)K_s + \phi \sum_{f=w,g,n} s_f K_f \tag{2.46}$$

where $K_f$ is heat conductivity of each phase ($W/m/K$), and subscript *f* indicates solid soil (*s*), water (*w*), gas (*g*), and NAPL (*n*) phases. The parallel method has been commonly used in nonisothermal subsurface simulations [*Adenekan, et al.*, 1993; *Falta, et al.*, 1992; *Kaluarachchi and Islam*, 1995]. In Equation (2.46), overall thermal conductivity is dominated by thermal conductivity of soil (rock), followed by that of liquids. Gas has a least effect on the overall conductivity, and the effect is negligible; thermal conductivity of a liquid is 10-100 times larger than that of a gas [*Adenekan, et al.*, 1993]. Since the contribution of radiation on heat transport is very small in the subsurface [Kaluarachchi and Islam, 1995], the effect of radiation is ignored. Although heat may be regained by condensation of contaminant vapor, it is not considered here.

## 2.2. Numerical Solution

Using Galerkin finite-element technique [Huyakorn and Pinder, 1983], a three-dimensional numerical model, TechFlow$^{MP}$, was developed to solve coupled equations for multiphase flow and multispecies transport [*Jang*, 2005]. The model uses three-dimensional isoparametric rectangular prism element and a linear interpolation function, which are described in detail in Appendix B.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 25 of 106

CLJA_WATERMODELING_01-0000773805

In solving the flow and transport equations in this study, a modified Picard method introduced by Celia et al. [1990] was used to obtain accurate mass conservative solutions. Thus, pressure heads of gas and water phases are selected as primary variables. Flow velocities of gas and water phases, shown in Eq. (2.23), were estimated using the globally continuous velocity approximation method proposed by Yeh [1981]. Time derivatives in flow and transport equations are approximated by a finite difference technique with the ε-family of approximation [*Reddy*, 1993]. Mass lumping of time-derivative mass matrices can be implemented to improve the stability of the solution of nonlinear flow equations. To solve a set of coupled system equations, a sequentially-iterative scheme was used. Convergence criteria for modified Picard scheme are [*Lehmann and Ackerer*, 1998]

$$\max\left|\psi^{t+1,m+1} - \psi^{t+1,m}\right| \leq \varepsilon_{a,\psi} + \varepsilon_{r,\psi}\left|\psi^{t+1,m+1}\right| \quad \text{for flow equations} \tag{2.47}$$

$$\max\left|C^{t+1,m+1} - C^{t+1,m}\right| \leq \varepsilon_{a,C} + \varepsilon_{a,C}\left|C^{t+1,m+1}\right| \quad \text{for transport equations} \tag{2.48}$$

where $\varepsilon_a$ and $\varepsilon_r$ are absolute and relative errors, respectively.

TechFlow$^{MP}$ model conducts mass balance calculation to determine the fate and transport of contaminant mass in each phase and to verify mass conservation during simulations. The calculation scheme was well described by Huyakorn and Pinder [1983].

# III. MODEL VERIFICATION

## 3.1. Infiltration into a Homogeneous Soil Column

Water infiltration into a homogeneous medium having very low initial content of water is simulated in this problem. The infiltration occurs due to constant water pressure head at the top of a soil column. The problem has been widely tested in previous works [*Lehmann and Ackerer*, 1998]. The profile of a soil column are as follows (Figure 3.1): the length of column = 30 cm; the intrinsic permeability of soil medium = $9.35247\times10^{-12}$ $m^2$, which is equivalent to hydraulic conductivity = $9.22\times10^{-5}$ m/s with $\rho_w = 998.2$ kg/m$^3$ ($20^oC$), $g = 9.807$ m/s$^2$, and $\mu_w = 993\times10^{-6}$ kg/m s; $\phi$= 0.368; the residual saturation of water $s_m$ = 0.277; and $n$ = 2 and $\alpha_{gw}$ = 3.35 m$^{-1}$, which are used to estimate relative permeability and saturation of water phase. The initial and boundary conditions are: initial water-equivalent pressure head $\psi_{wo} = -10\,m$, constant pressure head $\psi_w = -0.75\,m$ at the top of the column, and $\psi_w = -10\,m$ at the bottom as boundary conditions. Constant atmospheric pressure head $\psi_g = 0$ m and a specific volumetric storativity $S_s = 0$ were set throughout the column. A uniform mesh was used where $\Delta z = 0.25$ cm. The simulation time is 6 hours with various time-steps being used in time integration, $dt$ =10-40 sec. The convergence criteria, $\varepsilon_{a,\psi}$ and $\varepsilon_{r,\psi}$, were $10^{-5}$.




**Figure 3.1.** Diagram for infiltration into a homogenous medium column

The simulation results are presented in Figure 3.2 (a) and (b) as profiles of water pressure head and water saturation with depth, respectively. In Figure 3.2 (a), the results of water pressure head of this study at t = 6 hrs show very good agreement with the Philip semianalytical solution and other numerical results given by Lehmann and Ackerer [1998].



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 27 of 106

CLJA_WATERMODELING_01-0000773807




**Figure 3.2.** Temporal variations of water pressures and water saturation levels. (a) The changes in water pressure head distribution and (b) water saturation level with time. The * in (a) indicates previous results given by Lehmann and Ackerer [1998].

## 3.2. Advective-dispersive Transport of Chlorinated Solvent Vapor in the Unsaturated Zone

Mendoza and Frind [1990b] examined the effect of the density-driven advection of gas phase in a two-dimensional unsaturated zone. In this problem, flow of gas phase and transport of a conservative volatile organic compound are simulated in a cross-sectional plane, shown in Figure 3.3.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 28 of 106

CLJA_WATERMODELING_01-0000773808




**Figure 3.3.** A simulation domain, a source zone, and boundary conditions

To illustrate the effect of the advective transport in gas phase, high porosity, $\phi = 0.4$, and intrinsic permeability, $k = 1 \times 10^{-10}\,\mathrm{m}^2$, which favor density-driven advective transport, are used (Table 3.1). The properties of the soil medium correspond to those of coarse sand. The medium has uniform water saturation level of 20 % with a vertically 30-cm linear transition zone from $z$ = 0.3 m to 0 m. It is assumed that water-phase is motionless with constant water-saturation levels and that local equilibrium of contaminant partitioning is achieved between water and gas phases. At the source zone, the concentration of a target contaminant, which has a molecular weight of 3.5 times that of air, is 1.0 g/L. A variable mesh grid is used in the idealization of the problem domain, which has five spaces of 20 cm, four spaces of 5 cm, and 84 spaces of 20 cm grid in $x$-direction and uniform grid spacing of 10 cm in $z$-direction. Since TechFlow$^{MP}$ of this study uses three-dimensional Cartesian coordinates, a layer of 10 cm thickness in $y$-direction was used to emulate a two-dimensional plane. The solution domain consists of 2790 rectangular prism elements and 5828 nodes. The run time is 4 days with a 0.1-1 hour-long time steps.

**Table 3.1.** Properties of a soil medium, a contaminant, and air for simulation[1)]

| ***Parameters*** | ***Values*** |
|---|---|
| ***Soil medium*** | |
| Permeability, $k_m$ | $1.0\times10^{-10}$ m$^2$ |
| Porosity, $\phi$ | 40 % |
| Water saturation, $s_w$[2)] | 20 % |
| Residual water saturation, $s_m$ | 20 % |
| Pore-size index, $\lambda$ | 1.65 g/cm$^3$ |
| Longitudinal dispersivity, $\alpha_L$ | 0.15 m |
| Transverse dispersivity, $\alpha_T$ | 0.0075 m |
| Temperature, $T$ | 20 °C |
| ***Generic VOC*** | |
| Molecular weight, $M_C$ | 100.625 g/mol |
| Molecular diffusion coefficient, $D^*$ | $9.0\times10^{-6}$ m$^2$/s |
| Vapor viscosity, $\mu_C$ | $1.0\times10^{-5}$ Pa s |
| Henry's constant, $H$ | 0.17 |

[1)] Values are given by Mendoza and Frind [1990b].
[2)] Thirty-cm linear transition to full saturation at top of capillary fringe.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 29 of 106

In Figure 3.4, the contaminant plumes for two cases are shown: diffusion-only transport and advection-dispersion transport. Values of concentration in Figure 3.4 (a) and (b) are 0.001, 0.01, and 0.1 to 1.0 at intervals of 0.1. The results of this study agree well with those given by Mendoza and Frind [1990b], and show distinct effect of density-dependent transport of the contaminant: the plume development of contaminated gas is much larger at density-dependent transport than at diffusion-only transport. Near the source zone, advective flows are generated by the increase in density of gas mixture, and the magnitude of gas velocity depends on contaminant concentration gradients (Figure 3.4 (c)).




**Figure 3.4.** Concentration profiles and Darcy velocity at 4 days: (a) contaminant transport by diffusion only, (b) contaminant transport by diffusion, mechanical dispersion, and density-driven advection, and (c) Darcy velocity distribution in the case of the density-driven transport in gas phase



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 30 of 106

CLJA_WATERMODELING_01-0000773810

### 3.3. Reactive Multispecies Transport in a Three-dimensional Uniform Flow Field

A sequential reaction chain of multiple species, degraded with a first-order relationship, can be expressed as [*Sun, et al.*, 1999]

$$C_1 \xrightarrow{k_1} \cdots C_{i-1} \xrightarrow{k_{i-1}} C_i \xrightarrow{k_i} \cdots \xrightarrow{k_{n-1}} C_n \qquad (3.1)$$

where subscript $i$ indicates a species, $C_i$ and $C_{i-1}$ are concentrations of target species and its parent species ($ML^{-3}$), respectively; $k_i$ and $k_{i-1}$ are first-order reaction coefficients of target species and its parent species ($T^{-1}$), respectively; and, $n$ is the total number of species.

Transport equation of reactive contaminants with irreversible sequential first-order reactions in a three-dimensional uniform flow field can be expressed [*Sun, et al.*, 1999]

$$\frac{\partial C_i}{\partial t} - D_x \frac{\partial^2 C_i}{\partial x^2} - D_y \frac{\partial^2 C_i}{\partial y^2} - D_z \frac{\partial^2 C_i}{\partial z^2} + v \frac{\partial C_i}{\partial x} = y_i k_{i-1} C_{i-1} - k_i C_i,\ i = 1,2,\ldots,n \qquad (3.2)$$

where $D_x$, $D_y$, and $D_z$ are the dispersion coefficients ($L^2T^{-1}$) in *x*-, *y*-, and *z*-direction, respectively, $v$ is a constant groundwater flow velocity ($LT^{-1}$) in *x*-direction, $y_i$ is a stoicheometric yield factor that describes the production of target species from its parent species. The values of $C_{i-1}$ and $k_{i-1}$ are assumed to be zero at $i = 1$. To develop an analytical solution of Equation (3.2), Sun et al. [1999] defined an auxiliary variable, $a_i$, for species 2 to $n$:

$$a_i = C_i + \sum_{j=1}^{i-1} \prod_{l=j}^{i-1} \frac{y_{l+1} k_l}{k_l - k_i} C_j,\ i = 2,3,\ldots,n \qquad (3.3)$$

Differentiating Equation (3.3) with respect to time and substituting it into Equation (3.2) yield new transport equations in terms of the auxiliary variable, $a_i$, for species 2 to $n$:

$$\frac{\partial a_i}{\partial t} - D_x \frac{\partial^2 a_i}{\partial x^2} - D_y \frac{\partial^2 a_i}{\partial y^2} - D_z \frac{\partial^2 a_i}{\partial z^2} + v \frac{\partial a_i}{\partial x} = -k_i a_i,\ i = 2,3,\ldots,n \qquad (3.4)$$

with

$$a_{io} = C_{io} + \sum_{j=1}^{i-1} \prod_{l=j}^{i-1} \frac{y_{l+1} k_l}{k_l - k_i} C_{jo} \qquad (3.5)$$

where $a_{io}$ and $a_{ib}$ are initial and boundary conditions of species $i$ in the transformed system, respectively. Equation (3.4) is in the same form as single reactive contaminant



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 31 of 106

with a first-order relationship, so any previously-derived analytical solution for single-species transport in a three-dimensional uniform flow can be applied to Equation (3.4) [*Sun, et al.*, 1999]. After obtaining the $a_i$ solution of Equation (3.5) by the analytical solution, the concentration of target species *i* in the untransformed Equation (3.2) will be calculated by [*Sun, et al.*, 1999]

$$C_i = a_i - \sum_{j=1}^{i-1} \prod_{l=j}^{i-1} \frac{y_{l+1} k_l}{k_l - k_i} C_j \text{ , } i = 2,3,\ldots,n \tag{3.6}$$

Analytical solutions for transport of reactive single-species in a three-dimensional uniform flow were developed by Domenico [1987], Wexler [1992], and Park and Zhan [2001]. Wexler [1992] derived the following solution for contaminant transport with a first-order reaction in a three-dimensional domain with infinite width and height as:

$$\begin{aligned} C(x,y,z,t) = {} & \frac{C_o x \exp\left(\frac{vx}{2D_x}\right)}{8\sqrt{\pi D_x}} \int_0^t \tau^{-\frac{3}{2}} \exp\left[-\left(\frac{v^2}{4D_x} + k\right)\tau - \frac{x^2}{4D_x \tau}\right] \\ & \bullet \left\{ erfc\left[\frac{Y_1 - y}{2\sqrt{D_y \tau}}\right] - erfc\left[\frac{Y_2 - y}{2\sqrt{D_y \tau}}\right]\right\} \bullet \left\{ erfc\left[\frac{Z_1 - z}{2\sqrt{D_z \tau}}\right] - erfc\left[\frac{Z_2 - z}{2\sqrt{D_z \tau}}\right]\right\} d\tau \end{aligned} \tag{3.7}$$

with:

Initial condition (I.C.):

$$C = 0 \text{ , } 0 < x < \infty \text{ , } -\infty < y < +\infty \text{ , and } -\infty < z < +\infty \text{ at t=0} \tag{3.8}$$

Boundary conditions (B.C.):

$$C = C_o \text{ , } x = 0 \text{ , } Y_1 < y < Y_2 \text{ , and } Z_1 < z < Z_2 \tag{3.9a}$$

$$C = 0 \text{ , } x = 0 \text{ , } y < Y_1 \text{ or } y > Y_2 \text{ , and } z < Z_1 \text{ or } z > Z_2 \tag{3.9b}$$

$$\frac{\partial C}{\partial x} = 0 \text{ , } x = \infty \tag{3.9c}$$

$$\frac{\partial C}{\partial y} = 0 \text{ , } y = \pm\infty \tag{3.9d}$$

$$\frac{\partial C}{\partial z} = 0 \text{ , } z = \pm\infty \tag{3.9e}$$

where $Y_1$ and $Y_2$ are the lower and upper limits of a contaminant source zone in *y*-direction, respectively, $Z_1$ and $Z_2$ are the lower and upper limits of the zone in *z*-direction, respectively, and $\tau$ is a dummy variable of integration for time integral.

To demonstrate the transport of sequentially reactive contaminants in a three-dimensional domain, we set up the following problem (Figure 3.5): the size of domain is (40 m × 24m × 24 m) in ($x$, $y$, $z$) directions, $v = 0.2$ m/d, $D_x = 0.3$ m$^2$/d, $D_y = 0.3\,D_x$, $D_z = 0.1D_x$, $k_1 = 0.05$ d$^{-1}$, $k_2 = 0.02$ d$^{-1}$, and $k_3 = 0.01$ d$^{-1}$.




**Figure 3.5.** Schematic of a three-dimensional domain for transport of three reactive contaminants

Initial and boundary conditions are:

I.C.

$$C_i(x, y, z, t = 0) = 0\,,\ i = 1,\ 2,\ 3 \tag{3.10}$$

B.C.

All boundaries are no flux (type II) condition,

$$\frac{\partial C_i}{\partial x} = \frac{\partial C_i}{\partial y} = \frac{\partial C_i}{\partial z} = 0,\ i = 1,\ 2,\ 3 \tag{3.11}$$

except the followings:

$$\text{Type I. } C_1 = 1 \text{ at } x = 0,\ -0.5 \le y \le 0.5,\ -0.5 \le z \le 0.5,\ t > 0. \tag{3.12a}$$
$$\text{Type I. } C_2 = 0 \text{ at } x = 0,\ y = all,\ z = all,\ t > 0 \tag{3.12b}$$
$$\text{Type I. } C_3 = 0 \text{ at } x = 0,\ y = all,\ z = all,\ t > 0 \tag{3.12c}$$

The domain consists of 45,056 rectangular prism elements and 49,005 nodes. The discretization of the domain are: In $x$-direction, $\Delta x = 0.25$ at $x = 0$-1 m, $\Delta x = 0.5$ at $x = 1$-2



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 33 of 106

CLJA_WATERMODELING_01-0000773813

m, $\Delta x$ = 1.0 at $x$ = 2-40 m; and, in $y$- and $z$-direction, $\Delta y$ and $\Delta z$ = 0.25 at $y$ and $z$= 0-±1 m, $\Delta y$ and $\Delta z$ = 0.5 at $y$ and $z$ = ±1-±2 m, and $\Delta y$ and $\Delta z$ = 1.0 at $y$ and $z$ = ±2-±12 m.

In Figure 3.6, comparisons of the concentration profiles of analytical solutions, which are calculated by MAPLE 7.0 program, and numerical results of this study at time 100 days are given. The profiles are illustrated at two planes: $x$-$y$ plane at $z$ = 0 and $x$-$z$ plane at $y$ = 0. The greater dispersion coefficient in $y$-direction than in $z$-direction causes the development of the wider contaminant plume on $x$-$y$ plane than on $y$-$z$ plane. Due to biotransformations of species 1, the byproducts (species 2 and 3) may be more important than species 1 down-gradient from the source: for example, at a point (30 m, 0, 0), the concentrations of species 2 and 3 are higher than those of species 1. The numerical results show very good agreement with the analytical results.




**Figure 3.6.** Concentration of three species on $x$-$y$ plane at $z$ = 0 and $x$-$z$ plane at $y$ = 0 at $t$ = 100 days: analytical solutions (solid lines) and dashed lines (numerical results of this study).



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 34 of 106

CLJA_WATERMODELING_01-0000773814

### 3.4. Air Sparging in a Homogenous Axially Symmetric Porous Medium

van Dijke et al. [1995] investigated multiphase flow in air sparging operations in a two-dimensional axially symmetric domain. In this application, the axi-symmetric domain is converted to a three-dimensional domain for TechFlow$^{MP}$ that uses Cartesian coordinates (Figure 3.7). In the study conducted by van Dijke et al. [1995], water and air were considered as two immiscible incompressible continuous phases because gas compressibility is expected to play a minor role under steady-state conditions in which continuous channels to the vadose zone exist. van Dijke et al. [1995] used the mixed from of the Richards equations for both water and air to describe an interactive movement of the two fluids in a porous medium. Simulation results are presented in terms of the changes in gas saturation levels and air volume that is stored in the domain.

The properties of a soil medium and fluids (water and gas) are given in Table 3.2. van Genuchten models are used to express $P_c - s - k_r$ relationships between water and gas phases.




**Figure 3.7.** A schematic of a model domain for air sparging

van Dijke et al. [1995] used linear triangular finite elements in two dimensions to discretize a two-dimensional axially symmetric domain, however, in this study, the domain shown in Figure 3.7 is discretized using rectangular prism elements. In general, the use of a Cartesian coordinate is more complicated than that of a two-dimensional radial coordinate system, but the former coordinate system can readily employed in more complex groundwater flow in subsurface systems, while the latter coordinate system can be used under restricted groundwater conditions such as no groundwater movement. In this problem, water in the saturated zone is assumed to be initially stationary without



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 35 of 106

CLJA_WATERMODELING_01-0000773815

water flow in or out of the domain. In Figure 3.7, the domain idealization grid consists of 36,005 elements and 42,528 nodes, and is discretized with variable sizes of meshes: In $x$-direction, $\Delta x$ = 0.02-0.24 m (the width of an element is 1.08 times the width of the previous element) at $x$ = 0.05 to 3.1 m, $\Delta x$ = 0.13 m at $x$ = 3.1 to 3.37 m, and $\Delta x$ = 0.14 m at $x$ = 3.37 to 3.65 m; in $y$- direction, $\Delta y$ = 0.013 m at $y$ = 0 to 0.013 m, $\Delta y$ = 0.006 m at $y$ = 0.013 to 0.025 m, $\Delta y$ = 0.008 m at $y$ = 0.025 to 0.125 m, and $\Delta y$ = 0.013 m at $y$ = 0.125 to 0.25 m; and, in $z$- direction, $\Delta z$=0.05 m at $z$= -3.5 to -5.5 m, and $\Delta z$=0.1 m at $z$= +1.5 to -3.5 and -5.5 to -6 m. The simulation ran up to two hours with time steps ranging from 0.01 to 15 seconds.

**Table 3.2.** Soil and fluid properties for air sparging

| **Parameter** | **Values*** |
|---|---|
| Permeability | $5.3\times10^{-11}$ m$^2$ |
| Porosity | 0.39 |
| Residual water saturation | 0.01 |
| Coefficients for $P_c - s - k_r$ relationships | |
| $n$ | 3 |
| $\alpha_{gw}$ | 2 m$^{-1}$ |
| $\rho_{gas}$ | 1.24 kg/m$^3$ |
| $\mu_{gas}$ | $1.77\times10^{-5}$ Pa s |
| $\rho_{water}$ | 1000 kg/m$^3$ |
| $\mu_{water}$ | $1.30\times10^{-3}$ Pa s |
| *Values were given by van Dijke et al. [1995] | |

In terms of air saturation contour plots in Figure 3.8, the results of this study are compared to the gas saturation profiles given by van Dijke et al. [1995]. Since gas saturation is determined by capillary pressure between water and gas phases, the gas saturation distribution implies the profiles of gas pressure above the hydrostatic pressure of water phase.

In IAS, the degree of gas saturation has important meanings: (i) Gas saturation level is one of the key factors in determining remedial performance of IAS. Gas saturation should be greater than zero to remediate polluted groundwater by mass transfer of contaminants from water phase to gas phase; and, (ii) the degree of gas saturation determines the relative permeability of soil matrix, which has a significant impact on Darcy velocity of gas flow below the initial groundwater table.

The gas saturation distributions at t = 8.2 min and 1.71 hrs are given in Figure 3.8 (a) and (b), respectively. The air-saturation contours of two studies (the results of this study and the published data of van Dijke et al. [1995]) show better agreement at the more stabilized gas flow phase (t=1.71 hrs) in Figure 3.8 (b) as opposed to an initial stage (t=8.2 min) in Figure 3.8 (a). In Figure 3.8 (b), the results of the two studies show the different profiles of gas saturation of 0.04 and 0.08 at $-1 \le z \le 0$ m (near the groundwater table).Except that difference, in Figure 3.8 (b), the difference between gas saturation profiles of the two studies is greater in the vicinity of the injection points than at locations



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 36 of 106

away for the points: i.e. the difference is greater at approximately $z \leq -3\,\text{m}$ than at $-3 \leq z \leq -1\,\text{m}$. That may be due to the difference in mesh discretization methods and coordinate systems used in this study and van Dijke et al.'s study [1995]. As discussed earlier, a Cartesian coordinate system is used in this study while a two-dimensional radial coordinate system is used in the study of van Dijke et al. [1995]. Rectangular prism elements in a Cartesian coordinate system used here might have difficulty in describing the vicinity of gas injection/extraction wells in circular-arc-shape column domains like the domain shown in Figure 3.7 unless highly dense grid meshes are used in the domain.

Overall, the results of this study show good agreement with the data published by van Dijke et al. [1995]. Based on the results of this study for IAS, we can expect that, in Cartesian coordinate systems, TechFlow$^{MP}$ model can be used to accurately simulate gas saturation distributions below the groundwater table under IAS. The accurate calculation of gas saturation profiles implies that TechFlow$^{MP}$ model is capable to simulate the multiphase flow (interactive movement of gas phase and groundwater) below the groundwater table under IAS operations.




**Figure 3.8.** Air saturation contour plots at (a) t=8.2 minutes and (b) t=1.71 hours for the results of this study (dashed lines) and numerical output done by van Dijke et al. [1995] (solid lines). A radius indicates the distance from $z$-axis to a data point on $x$-$y$ plane.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 37 of 106

CLJA_WATERMODELING_01-0000773817

### 3.5. Thermal-Enhanced Venting (TEV) in a One-dimensional Soil Column

For TEV, Lingineni and Dhir [1992] conducted one-dimensional column experiments to investigate the effect of heat application on the removal of ethanol in a glass bead-filled column. The experiment column is vertically 60-cm long with a square cross section with a width of 18 cm. Heat was supplied directly to soil media and incoming air by a resistance heater. Two cases of soil venting experiments were carried out: air injection at ambient conditions (Case I) and air injection with a heat source (Case II). In the experiments, temperature variations were measured through the column. The published temperature profiles of the two cases are used to verify TechFlow$^{MP}$ model developed in this study.

The initial temperature and residual saturation of ethyl alcohol in the column were 23 $^{o}$C and 13 %, respectively. In Case I, air at ambient conditions was injected at a flow rate of 234 L/min. In Case II, a resistance heater with a heat input of 130 W was installed at the inlet of the column in order to heat porous media in the column and air injected at a flow rate of 140 L/min.

In this study, in order to simulate the experiments of Lingineni and Dhir [1992], an one-dimensional domain with 60-cm length is used, which is discretized with a uniform mesh size of 1 cm. Parameters used here are: porosity $\phi$ = 0.4, a first order coefficient for ethanol evaporation $\lambda_v$= 13 $s^{-1}$, thermal conductivity of a medium in the column = 1.4 W/m/K, and heat storage capacity of the medium = 2.3×10$^{6}$ J/m$^{3}$/K. Enthalpy of ethanol evaporation $h_{ethanol}$ is calculated using the following regression equation given by Yaws [1999]:

$$h_{ethanol} = 1.984 \times 10^3 (1 - T / 516.25)^{0.079} \qquad (3.13)$$

In the simulations, the equations for gas flow, ethanol saturation, contaminant transport in gas phase, and heat energy transport are solved. The run time is up to 1500 sec with a constant time step of 1 sec. Local thermal equilibrium is assumed throughout the experimental column.

In Cases I, latent heat of ethanol evaporation in the column is absorbed from the injected air and the packed media in the column: Under no heat source (no heater), thermal energy of the injected air and the packed media at an ambient temperature is consumed by ethanol evaporation. So, the vaporization of ethanol results in temperature drops of the injected air and porous media in the column. In Figure 3.9, the measured temperature profiles of the injected air (or the packed media) in the column are given: At 1500 sec, the measured maximum temperature drop of the injected air is approximately 32 $^{o}$C. Simulation results of this study for Case I are compared with the published experimental data of Lingineni and Dhir [1992] in Figure 3.9(a). Lingineni and Dhir [1992] stated that the location of the lowest temperature in the column at each time step indicates the evaporation front of ethanol. The lowest-temperature location in the column moves from the inlet (distance=0 m) towards the exit (distance = 0.6 m) over time.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 38 of 106

In Case II, thermal energy is provided by a resistance heater at the inlet of the column, and the energy is transported through conduction and convection processes. The propagation of heat energy due to convection mostly depends on gas flow, and, since heat propagation by conduction in the column is very slow, the heating of the packed medium downstream of the inlet region is primary due to thermal energy delivered by heated gas [Lingineni and Dhir, 1992]. The convective heat transfer of gas phase also helps raise the temperature at ethanol-evaporation fronts. The lowest temperature of about -1 $^{o}$C in Figure 6.4 (Case II) is higher than the lowest temperature of approximately -9 $^{o}$C in Figure 6.3 (Case I). In Figure 3.9(b) for Case II, the simulation results of this study show good agreement with the experiment data of Lingineni and Dhir [1992]. In Case II, due to heat supply by a resistant heater, the temperature in the inlet of the column reaches more than 80 $^{o}$C. The temperature drops due to ethanol evaporation in the column are much smaller in Case II than in Case I.

Overall, the simulation results of this study show good agreement with the experimental data around the evaporation fronts, especially, downstream from the evaporation fronts.




**Figure 3.9.** A comparison of temperature profiles between experimental data and simulation results:
(a) for Case I (Air injection experiments without a heat source), $Q$=234 L/min; and,
(b) for Case II (Air injection experiments with a heat source), $Q$=140 L/min.

# IV. APPLICATIONS

## 4.1. Density-driven Transport of a Conservative Contaminant in a Two-dimensional Domain

A two-dimensional unconfined sandy aquifer with dimensions of (200 m × 16 m) in (*x, y*) directions was used to simulate the density-driven transport of TCE. The domain extends from the ground surface to the fully saturated aquifer (Figure 4.1). TCE in the form of NAPL is introduced to the unsaturated zone and resides in pore spaces as an immobilized contaminant source. From the immobile source, TCE will vaporize into soil gas and dissolve into water phase, then will migrate along with the flow of gas and water phases. In this section, TCE is assumed to be conservative to examine solely the density-driven transport of TCE.




**Figure 4.1.** A schematic diagram of a modeling domain and site conditions

In Figure 4.1, an immobile TCE residual is set to its NAPL saturation of 5 % at distance $x$ = 50-54 m and elevation $z$ = 13-15 m. Initial concentrations of TCE in gas, water, and solid phases, are set to zero within the domain. As boundary conditions at the ground surface, the recharge for infiltration is 30 cm per year for water phase, and constant atmospheric pressure is applied for gas phase. For contaminant transport in gas phase, the ground surface is set to a stagnant boundary layer of 0.3 m thickness. The parameters of a soil medium, water, and gas phases used here are given in Table 4.1, and properties for TCE are listed in Table 4.2. The water table elevation ranges from 8.5 m on the left boundary to 7.75 m on the right. First-order rate coefficients for dissolution, water-gas partitioning, and volatilization ($\lambda_D$, $\lambda_H$, and $\lambda_V$) are 1.0 $d^{-1}$, which were used by Thomson et al. [1997]. The model domain grid consists of 16,884 nodes and 8,200 elements. The run time is up to 300 days with the length of time steps ranging between initial 1 hour and 2 days, which was adjusted according to an automatic time-stepping scheme.

**Table 4.1.** Simulation parameters

| Parameters | Values |
|---|---|
| ***Porous medium*** | |
| Permeability*, $k$ | $1.0 \times 10^{-10}$ m$^2$ |
| Porosity, $\phi$ | 0.35 |
| Residual water saturation, $s_m$ | 0. |
| Bulk density, $\rho_b$ | 1600 kg/m$^3$ |
| Temperature, $T$ | 15 °C |
| Longitudinal dispersivity, $\alpha_L$ | 1.0 m |
| Transverse dispersivity, $\alpha_T$ | 0.01 m |
| Soil organic content, $f_{oc}$ | $2.5\times10^{-5}$ |
| Parameters for the unsaturated zone | |
| n | 2.0 |
| $\alpha_{gw}$ | 5.0 m$^{-1}$ |
| ***Water*** | |
| Water molecular weight, $M_w$ | 18 |
| Water density, $\rho_w$ | 997.3 kg/m$^3$ |
| Water dynamic viscosity, $\mu_w$ | $1.0\times10^{-3}$ Pa s |
| ***Air*** | |
| Molecular weight, $M_{air}$ | 28.75 |
| Density, $\rho_{air}$ | 1.23 kg/m$^3$ |
| Viscosity, $\mu_{air}$ | $1.8\times10^{-5}$ Pa s |
| * Three values of soil permeability are used for six different scenarios | |

**Table 4.2.** Properties of TCE at 15°C

| Parameters | Values |
|---|---|
| Molecular weight | 131.39 |
| Vapor density, kg/m$^3$ | 5.56 |
| Vapor dynamic viscosity, Pa s | $9.38\times10^{-6}$ |
| Henry constant, dimensionless | 0.227 |
| Molecular diffusion in air, m$^2$/s | $7.87\times10^{-6}$ |
| Molecular diffusion in water, m$^2$/s | $8.206\times10^{-10}$ |
| Sorption coefficient, $K_{oc}$, L/kg | 100 |
| Vapor pressure, mmHg | 41.27 |
| max. $C_g$, kg/m$^3$ | 0.302 |
| max. $C_w$, kg/m$^3$ | 1.33 |

In order to investigate the effects of the density-driven advection in gas phase, infiltration, and permeability on contaminant transports in gas and water phases, two scenarios (Case 1 for Diffusion-only transport and Case 2 for Density-driven transport) are studied.

Through Case 1 and 2 simulations, the effects of two transport mechanisms (diffusion-only transport and density-driven transport) on TCE plume developments within water and gas phases in a variably saturated zone are compared in Figure 4.2. In relatively high concentration zone (>10 mg/L) near the source, Case 2 has greater lateral and vertical migration of TCE than Case 1 does. In Figure 4.2 (b), TCE concentration contours (≥100

mg/L) show downward curvatures that are mainly generated by density-driven flow of gas. In Case 2, wide high-concentration zones are located above the groundwater table, which may accelerate TCE transfer into the groundwater.

In Figure 4.2 (e), velocity profiles of gas flow show the direction and magnitude of gas flow derived by the density increase of gas phase in Case 2. The velocity profiles shows significant vertical and horizontal gas flow near the source, which accelerates TCE transfer to the groundwater in the saturated zone.

Near the source in the unsaturated zone (e.g., approximately $x$ = 15-90 m in Figure 4.2 (b)), diffusion and/or density-driven advection of gas phase is the main driving force to spread TCE in the unsaturated zone. The development of TCE plumes in gas and water phases will happen mostly as follows: At first, TCE at the source vaporizes into gas phase, and the vaporized TCE is transported within gas phase. At the same time, the vaporized TCE is partitioned into water phase, generating dissolved TCE. Direct dissolution of TCE from the source also occurs, but this showed little influence on migration of the TCE plume in the unsaturated zone.

In far down-gradient zones (e.g., approximately $x$ > 90 m in Figure 4.2 (b)), long extended plumes of vaporized TCE may come from contaminated groundwater in the saturated zone: After dissolved TCE in the saturates zone migrated along with the groundwater flow from the high concentration zone (almost directly below the sources) to the down-gradient zones, the TCE is partitioned into gas phase in the unsaturated zone. In the saturated zone, the groundwater flow, shown in Figure 4.2 (f), is a primary mechanism for migration of TCE. The spreading of dissolved TCE in the domain is presented in Figures 4.2 (c) and (d) for Case 1 and 2, respectively. The groundwater flow in the saturated zone contributes to the expansion of TCE plume in the saturated zone as well as into the unsaturated zone in the down-gradient area.

In Figure 4.2, Cases 1 and 2 show different spreading patterns of TCE between down-gradient areas with relatively low concentrations (TCE ≤ approximately 1 mg/L) and up-gradient areas with high concentrations (TCE > approximately 100 mg/L): At the up-gradient areas, the development of dissolved and vaporized TCE plumes is greater in Case 2 than in Case 1, however, at the down-gradient areas, Case 1 shows larger spreading of TCE in the down gradient area than Case 2 does. These phenomena in TCE spreading in gas and water phases result from the density-driven advection of gas phase, shown in Figure 4.2 (e). In Case 2, the advection of gas phase not only contributes to the spreading of vaporized TCE near the source but also accelerates the release of vaporized TCE into the atmosphere in the down-gradient areas. As shown in velocity profiles at $x$ > 100 m in Figure 4.2 (e), the outgoing gas flow to the ground surface will help decrease TCE concentration in the unsaturated zone by prompting the release of vaporized TCE into the atmosphere. The release of vaporized TCE accelerates mass transfer of dissolved TCE in the saturated zone into gas phase, and helps to retard the development of dissolved TCE plume in the saturated zone.




**Figure 4.2.** Vaporized TCE concentration profiles in gas and water phases for Cases 1 (diffusion-only transport) and 2 (density-driven transport); and, Darcy velocities of gas and water phases at Case 2.

To investigate fate of TCE in the domain, we carried out mass balance calculations every time steps. The mass balance calculations showed good accuracy for the simulations: The accumulated mass-balance error up to 300 days and the mass-balance error at every time step was less than 1.7 % and 0.03 %, respectively.

In Figure 4.3, the evolution of TCE mass in gas or water phase and release of TCE to the atmosphere are illustrated. Figure 4.3 (a) and (b) shows that mobilized TCE mass (dissolved or vaporized TCE from the source) is much greater at Case 2 than at Case 1: At 200 days, vaporized TCE mass of Case 2 in gas phase is approximate twice that of Case 1. In Figure 4.3 (a) and (b), vaporized TCE mass in the unsaturated zone shows sharp increases at an initial stage (up to approximately 50 days in Case 1 and 100 days in Case 2), and over time TCE spread seems to approach stabilized conditions. Dissolved TCE mass in the saturated zone, however, shows steady increases after a period of lag time, around 40 days, which is the transport time for TCE from the source area to the saturated zone. TCE mass transported into the groundwater in the saturated zone is much greater in the density-driven transport of TCE (Figure 4.3 (b)) than in diffusion-only transport (Figure 4.3 (a)). This implies that the former has greater potential of groundwater pollution than the latter has.

For the two cases, daily release rate and total TCE mass that is released to the atmosphere are given in Figure 4.3 (c) and (d), respectively. Case 2 also shows higher daily and total release rates than Case 1 does. It is noted that the greater mass of mobilized TCE (vaporized TCE + dissolved TCE at the source) will result in the greater mass reduction of TCE at the source.

From Cases 1 and 2, we may conclude that the density-driven advection of gas phase becomes a strong driving force to transfer TCE from NAPL phase to other phases (gas, water, and solid soil) as well as to the atmosphere.




**Figure 4.3.** TCE distributions in the system: (a) Case 1 (diffusion-only transport) and (b) Case 2 (density-driven transport), and TCE release to the atmosphere: (c) daily release rate and (d) total released mass of TCE

## 4.2. Transport of Biologically Reactive Contaminants

The two-dimensional unconfined sandy aquifer, shown in Figure 4.1, is used to simulate transport of multi-species with biological transformations. In this section, reductive dechlorination of TCE under anaerobic conditions is used to examine biological transformations of VOCs and transport of parent and daughter contaminants in groundwater systems. The dechlorination of TCE produces three DCE isomers. As cis-1,2-DCE (cDCE) is the most common byproduct among the isomers, cDCE is employed to express the sequential biological processes of the dechlorination of TCE (TCE→cDCE→VC) in subsurface environments. Density-driven advection of gas phase due to multispecies (TCE, DCEs, and VC) in the variably saturated zone is also considered at all simulations.

For flow equations, the same initial and boundary conditions used in section 4.1 are applied here (Figure 4.1). For transport equations, the same boundary conditions used for TCE in section 4.1 are employed here for TCE, cDCE, and VC. Initial concentrations of TCE, cDCE, and VC in gas, water, and solid phases, are set to zero within the domain.

The properties of three contaminants (TCE, cDCE, and VC) used herein are given in Table 4.3. Estimated retardation coefficients of TCE and cDCE due to sorption are approximately 1.2 and 1.1, respectively. The retardation coefficient of dissolved VC is nearly 1.0, implying that its retardation effect is negligible. Biological transformations of multispecies (TCE, cDCE, and VC) are expressed by first-order relations. However, dissolution, water-gas partitioning, and volatilization for the species are represented by first-order relationships, and their rate coefficients ($\lambda_D$, $\lambda_H$, and $\lambda_V$) are set to 1.0 d$^{-1}$. The conversion coefficients for TCE to cDCE and cDCE to VC are $Y_{DCE/TCE} = 0.738$ and $Y_{VC/DCE} = 0.645$, respectively. All simulations were carried out up to 400 days with variable time steps ranging from 1 to 24 hours, which were adjusted according to an automatic time-stepping scheme.

**Table 4.3.** Properties of three contaminants at 15°C

| Parameters | TCE | cDCE | VC |
|---|---|---|---|
| Molecular weight | 131.39 | 96.94 | 62.50 |
| Vapor density, kg/m$^3$ | 5.56 | 4.10 | 2.64 |
| Vapor dynamic viscosity, Pa s × 10$^6$ | 9.38 | 9.29 | 9.27 |
| Henry constant, dimensionless | 0.227 | 0.097 | 0.756 |
| Molecular diffusion in air, m$^2$/s × 10$^6$ | 7.87 | 8.84 | 10.42 |
| Molecular diffusion in water, m$^2$/s × 10$^{10}$ | 8.206 | 8.711 | 10.65 |
| Sorption coefficient, $K_{oc}$, L/g | 0.1 | 0.049 | 0.003 |
| Vapor pressure, mmHg | 41.27 | 129.2 | 2136.30 |
| max. $C_g$, kg/m$^3$ | 0.302 | 0.697 | 7.434 |
| max. $C_w$, kg/m$^3$ | 1.33 | 7.19 | 9.83 |

Biotransformation rates of TCE, cDCE and VC, depend on various environmental factors such as population of microorganism, temperature, reduction potential, and contaminant concentration. Biotransformation rates of each species are an important factor in



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 46 of 106

CLJA_WATERMODELING_01-0000773826

determining the generation of daughter contaminants and the development of contaminated plume for parent and daughter contaminants.

For first-order relationships of biotransformations of TCE, cDCE, and VC, three cases with different reaction coefficients are defined to simulate the bioreaction effect of multispecies transport of contaminants in the system (Table 4.4). Among the cases, Case F-1 has the highest biodegradation coefficients for TCE, cDCE, and VC, which are reported by Suna et al. [2001], and Case F-3 has the lowest reaction coefficients, which were calculated from field monitoring data by Clement et al. [2000]. The coefficients for Case F-2 are set to be approximately half of the coefficients for Case F-1. In addition, a no-bioreaction case is simulated to show TCE transport without any biotransformation.

Transport of TCE in gas and water phases is shown in Figure 4.4. As discussed in section 4.1, TCE transport in the unsaturated zone near the source occurs mainly due to density-driven advection.

**Table 4.4.** Biotransformation scenarios for first-order relationships

| **First-order coefficient, day$^{-1}$** | **TCE** | **cDCE** | **VC** |
|---|---|---|---|
| Case F-1* | $3.0\times10^{-3}$ | $2.5\times10^{-3}$ | $3.8\times10^{-3}$ |
| Case F-2 | $1.5\times10^{-3}$ | $1.25\times10^{-3}$ | $1.9\times10^{-3}$ |
| Case F-3** | $1.1\times10^{-4}$ | $1.6\times10^{-4}$ | $1.0\times10^{-4}$ |

*data from Suna et al. [2001]
**data from Clement et al. [2000]

Biotransformation of dissolved TCE implies the reduction in dissolved TCE mass in water phase and in the domain (Figure 4.4). In terms of TCE mass, the greater reaction coefficient causes the faster mass reduction, retarding the development of TCE plume in the system. Graphically, the difference in the size of the high concentration zone of dissolved TCE (≥ 1000 mg/L) between no-bioreaction case and Case F-1 is small, and the difference in the front of dissolved TCE plume (0.1 mg/L) between the two cases is less than 5 m down-gradient in Figure 4.4.

The profiles of daily biotransformed TCE mass and produced DCE mass are shown in Figure 4.5. Biotransformed TCE mass continuously increases over time even though the temporal increment of the TCE mass decreases. The increase in biotransformed TCE mass results from the increase in total mass of dissolved TCE in the system. Daily biotransformed TCE mass is proportional to the magnitude of first-order rate coefficients for biotransformation of TCE: At 400 days, the biotransformed TCE mass for Cases F-1, F-2, and F-3 is approximately 8.56, 4.78, and 0.39 g/day, which correspond to 0.3, 0.15, and 0.011 % of dissolved TCE mass, respectively.




**Figure 4.4.** TCE concentration in gas and water phases (No-bioreaction and Case F-1) and Darcy velocity of gas and water phases for Case F-1 at t=300 days




**Figure 4.5.** Biotransformation of TCE and production of cDCE.
(a) Daily biotransformed TCE mass; and,
(b) Total cDCE mass generated over time for three cases: Case F-1, F-2, and F-3.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 49 of 106

CLJA_WATERMODELING_01-0000773829

For three cases (Case F-1, F-2, and F-3), the concentration profiles of cDCE, which is generated from dissolved TCE are given in Figure 4.6. For all three cases, the high concentration zones of cDCE are located just above the groundwater table. Two zones of the highest concentration of cDCE are observed on left-side and right-side positions from the zone directly below the TCE source. The two zones are generated by three main factors: the density-driven transport in gas phase, the release of cDCE to the atmosphere, and the downward groundwater flow in the unsaturated zone. As discussed in section 4.1, due to high density of gas mixture containing vaporized TCE around the source ($x$ = 50-55m and $z$ = 13-15 m), the flow of contaminated gas moves downward from the source, and then the flow splits into two directions (into left or right) just above the groundwater table. While TCE vapor in gas phase migrates in high water content area above the groundwater table, vaporized TCE partitions into water phase and then some portion of the dissolved TCE will be degraded into cDCE. The two-directional gas flow will contribute in transporting the generated cDCE into left- or right-side. The downward movement of water will enhance the downward migration of dissolved cDCE in the unsaturated zone and its transport to the saturated zone. The air inlet from the ground surface above the source may contribute to the dilution of cDCE concentration near the source.

While cDCE in water phase moves downward in the unsaturated zone, some portion of dissolved cDCE will vaporize into gas phase, which may also cause the change in the density of gas mixture. The highest concentration zones of vaporized cDCE agree with those of dissolved cDCE in Figure 4.6.

For the three cases (Case F-1, F-2, and F-3) the concentration distribution of dissolved and vaporized cDCE shows similar trends for three phases. The values of cDCE concentrations, however, shows distinct difference according to the magnitude of bioreaction coefficients: For Case F-1, the highest biotransformation rate of TCE results in the highest concentration profiles of its daughter contaminant cDCE and the widest plume development in both gas and water phases.

In Figure 4.7, daily biotransformation rates of cDCE and total mass of VC produced by the biotransformation are given. The bioreaction coefficients of both TCE and cDCE play an important role in determining VC production: Since the concentration of cDCE depends on the biotransformation coefficient for TCE and the concentration of cDCE is linked with the generation of VC, the VC production depends on the biotransformation of both TCE and cDCE. Relative difference in total VC production between Cases F-1 and F-2 becomes larger than that in total cDCE production between the two cases: For example, at t=400 days, total cDCE production of Case F-1 is less than two times that of Case F-2, however, total VC production of Case F-1 is greater than three times that of Case F-2.




**Figure 4.6.** DCE concentration in water and gas phases for three cases: Case F-1, F-2, and F-3 at t=300 days




**Figure 4.7.** Biotransformed cDCE mass and production of VC.
(a) Daily biotransformed cDCE mass; and,
(b) Total VC mass generated over time for three cases: Case F-1, F-2, and F-3

VC is generated by biotransformation of cDCE in water phase, and it partitions into gas phase. The concentration distribution of VC in water and gas phases is given in Figure 4.8. The highest concentration zones of dissolved VC are detected in the down gradient saturated zone while the highest concentration zones of vaporized VC corresponds roughly to those of vaporized cDCE shown in Figure 4.6.

The concentration profiles of dissolved VC reflect the concentration profiles of dissolved cDCE and characteristics of sequential biotransformations: since VC is generated mostly around the groundwater table, the VC will be easily transferred to the saturated zone, and then will migrate in the relatively fast ground water flow. Since VC is generated after its parent contaminant cDCE is produced and accumulated, a time lag between the appearances of cDCE and VC may contribute to the down gradient movement of the high concentration zones of dissolved VC in Figure 4.8. The concentration of dissolved VC (Figure 4.8) is much lower than that of dissolved cDCE (Figure 4.6).

The distribution of contaminants depends on various factors such as physical and chemical properties of substances and environmental conditions. For Case F-1, the evolution of mass distribution of TCE, cDCE, and VC is illustrated in Figure 4.9. Dissolved TCE in the saturated zone increases almost linearly after a period of time lag, which is the travel time for TCE to reach the saturated zone from the source. After about 150 days, dissolved TCE mass is greater than vaporized TCE mass in the domain.

The distribution of cDCE, which is generated by the biotransformation of dissolved TCE, is given in Figure 4.9 (b). Total dissolved cDCE mass is much greater than total vaporized cDCE mass. This distribution of cDCE in water or gas phases is related with the generation of cDCE only in water phase and chemical properties of cDCE. As TCE transfers into the groundwater in the saturated zone, dissolved cDCE mass in the saturated zone increases faster than that in the unsaturated zone from about 150 days, and, after 350 days, dissolved cDCE mass in the saturated zone exceeds that in the unsaturated zone.

In Figure 4.9 (c), the distribution of VC is shown: Dissolved VC in the saturated zone has sharp increase after 150 days, and becomes a dominant portion of VC distribution. The factor that dissolved VC in the saturated zone is much greater than that in the unsaturated zone is related to one that the existence of the highest concentration zone of dissolved VC in the saturated zone seen in Figure 4.8. In the unsaturated zone, due to high vapor pressure of VC, its mass in gas phase is greater than dissolved VC.




**Figure 4.8.** VC concentration in water and gas phases for Cases F-1, F-2, and F-3 at t=300 days




**Figure 4.9.** Distribution of TCE, cDCE, and VC in the domain for Case F-1

### 4.3. Density-driven Transport of a Conservative Contaminant in a Three-dimensional Domain

The density-driven advection of gas phase in a three-dimensional domain is needed for simulations in more realistic scenarios. The two-dimensional (2D) domain shown in Figure 4.1 is extended to a three dimensional (3D) domain as a rectangular prism with dimensions (200 m x 50 m x 16 m) in (*x, y, z*) directions, respectively (Figure 4.10). Similarly as mentioned in section 4.1, TCE in the form of NAPL is introduced to the unsaturated zone and resides in pore spaces as an immobilized contaminant source (5 m × 5 m × 2 m).




**Figure 4.10.** A schematic diagram of a modeling domain and site conditions in a 3D domain

At the source, the saturation of an immobile TCE residual is 5 %. Initial concentrations of TCE in gas, water, and solid phases are set to zero within the domain. Same initial and boundary conditions used in section 4.1 are applied here: As boundary conditions at the ground surface, the recharge for infiltration is 30 cm per year for water phase, and constant atmospheric pressure is applied for gas phase. For gas phase, no flow condition is applied to all boundaries except the boundary for the ground surface. Intrinsic permeability for soil medium is $1.0 \times 10^{-10}$ $m^2$, and other properties of a soil medium, water, and gas phases used here are given in Table 4.1.

The model domain grid consists of 19,880 nodes and 17,290 elements, which was discretized as follows: In $x$-direction, $\Delta x = 2.5$ m at $x = 0$-150 m and $\Delta x = 5$ m at $x = 150$-200 m; In $y$-direction, $\Delta y = 2.5$ m at $y = 0$-15 m and $\Delta y = 5$ m at $y = 15$-50 m; and, In $z$-direction, $\Delta z = 1$ m at $z = 0$-7 m and $z = 9$-15 m, and $\Delta z = 0.5$ m at $z = 7$-9 m and $z = 15$-16 m. The run time was up to 300 days with the length of time steps ranging between



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 56 of 106

CLJA_WATERMODELING_01-0000773836

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

initial 1 hour and 2 days, which is adjusted according to an automatic time-stepping scheme.

Transport of dissolved and vaporized TCE in the variably saturated 3D domain considering a density-driven advection in gas phase is illustrated in Figures 4.11 and 4.12, respectively. As seen in Figure 4.10, when a contaminant source in a 3D domain is finite in *y*-direction, the contaminant migration in *y*-direction is additionally considered as well as its migration in *x*- and *z*-direction. The contaminant transport in *y*-direction reduced the transport of TCE in *x*-direction. In Figure 4.11 (b) for the 3D domain, the front of the dissolved TCE plume with a concentration of 1 mg/L reached around 170 m in *x*-direction at 300 days while, for the 2D domain, the dissolved TCE plume migrated more than 200 m in the *x*-direction during the same period. Since the density-driven advection is accounted into all directions, its strength in any single direction is reduced. However, the effect of density-driven advection in gas phase on TCE transport is observed near the source. At high concentration areas, dissolved and vaporized TCE concentration profiles on *x*-*z* plane at $y = 0$ m in Figures 4.11 and 4.12 show graphically similar patterns as seen in Figure 4.2.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 57 of 106

CLJA_WATERMODELING_01-0000773837




**Figure 4.11.** Transport of dissolved TCE in the 3D domain.
The unit of concentrations is g/L.




**Figure 4.12.** Transport of vaporized TCE in the 3D domain.
The unit of concentration is g/L.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## 4.4. In-situ Air Sparging

In situ air sparging (IAS) is an effective remediation technique to clean up soil and groundwater contaminated with volatile organic compounds (VOC) in relatively permeable subsurface environments. In this section, multiphase flow in subsurface systems and contaminant removal by IAS application are investigated.

### 4.4.1. Modeling Domain and Parameters

IAS is simulated in a three-dimensional unconfined aquifer. As IAS is commonly combined with SVE, IAS systems in this study consist of injection and extraction wells. In this application two types of wells (Vertical and horizontal wells) are used. For vertical well systems, single and multiple wells are employed for injection/extraction units, and, for horizontal well systems, single well is used for injection and extraction. Thus, an IAS system has at least two wells (one injection well and one extraction well). In this application, to reduce the computational burden of IAS modeling in a three-dimensional domain, we have used two three-dimensional domains to represent the modeled region. For IAS with two wells, a smaller domain is used with dimensions of (40m × 20m × 15m) in ($x$,$y$,$z$) directions respectively. For IAS with six wells, a larger domain is used with dimensions of (40m × 30m × 15m) in ($x$,$y$,$z$) directions respectively. The large domain is shown in Figure 4.13, which includes vertical and horizontal wells for gas injection/extraction. The parameters of a soil medium, water, and gas as used in this application are given in Table 4.5.

In IAS modeling, trichloroethylene (TCE) is a target contaminant. To set up initial conditions for a contaminated zone, a contaminant transport simulation was conducted under the conditions that a TCE source is present at the groundwater table. Initial dissolved and vaporized TCE concentration profiles in the domain are given in Figure 4.14, and these profiles are used through all simulations for IAS systems in this chapter. Initially TCE is present with gas, water, and soil solid phases in the unsaturated and saturated zones. The properties for TCE are already given in Table 4.2.

For flow equations of gas phase, all boundaries are assigned as no flow condition except that a constant atmospheric pressure is applied at the ground surface. For water flow equations, the boundaries of the saturated zone at the left- and right-hand side boundaries (on $y$-$z$ planes at $x$=0 and 40 m) in Figure 4.13 are set to constant hydraulic head representing groundwater flow in increasing x-direction, and the other boundaries are set to no flow condition. For contaminant transport in gas phase, the ground surface is set to a stagnant boundary layer of 0.3 m thickness, and, for contaminant transport in water phase, the boundary of the saturated zone at the right-hand side boundary (on $y$-$z$ plane and at $x$=40 m) is set to a free exit condition. The elevation of the groundwater table ranges from 9.65 m at the left-hand side boundary ($x$=0 m) to 9.5 m at the right-hand side boundary ($x$=40 m).

Under IAS operations, air injection derives dynamic movement of gas phase, and the velocity of gas phase relative to water phase is variable within the influence zone of IAS. Under such conditions, mass transfer characteristic of chemical species between gas and



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 60 of 106

CLJA_WATERMODELING_01-0000773840

water phase may depend on the relative velocity between the two phases [*Hecht, et al.*, 1995; *Jang and Aral*, 2003]. Hecht et al. [1995] investigated volume-related mass transfer coefficients for TCE in a column experiment for cometabolic degradation of TCE. In the range of superficial gas velocities up to 0.04 m/s, the mean mass transfer coefficient of TCE between water and gas phases is suggested as follows [*Hecht, et al.*, 1995]:

$$k_{TCE} = 0.45 q_{gas} \tag{4.1}$$

where $q_{gas}$ denotes superficial gas velocities of gas phase (m/s) and corresponds to Darcy velocity of gas phase in a porous medium.

In IAS model of this study, gas injection/extraction wells are located at the middle of $y$-direction (at $y$ = 0 m) in the smaller and larger domains mentioned earlier, and, in the larger domain, additional injection/extraction wells are installed at the mirror locations across the $x$-$z$ plane at $y$ = 0 m. Since soil media in the domain are homogeneous and the locations and injection/extraction rates at wells are set to be symmetric across the $x$-$z$ plane at $y$ = 0 m, the smaller and larger domains including IAS systems with injection/ extraction wells will be symmetric across the $x$-$z$ plane at $y$ = 0 m. Thus, the half of each domain in $y$-direction ($y \geq 0$ m) is used in numerical simulations in this study. For all flow and transport equations, no flux symmetry boundary condition is assigned to the $x$-$z$ plane at $y$ = 0 m, which becomes a boundary because the half of total domains is used for IAS modeling.

All simulations for IAS operations were carried out up to 60 days with variable time steps ranging from 1 sec to 2 hrs. Mass balance calculations were done every time step to trace the removal efficiency of contaminants. Since the highest concentration zones are located on $x$-$z$ plane at $y$ = 0 m and $x$-$y$ plane at $z$ = 9 m, concentration contour plots of dissolved TCE are presented on these two planes herein. Concentration profiles of the contaminant on other planes in $x$-, $y$-, and $z$-directions are also checked but are not presented here. In this study, a target concentration of dissolved TCE is selected as 0.001 g/L in cleaning up the contaminated groundwater by the IAS system.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 61 of 106

CLJA_WATERMODELING_01-0000773841




**Figure 4.13.** Schematic of in situ air sparging

**Table 4.5.** Properties of soil, water, and air

| Parameters | Values |
|---|---|
| ***Porous medium*** | |
| Permeability, $k_{xx}=k_{yy}$ | $1.0\times10^{-10}$ m$^2$ |
| Permeability, $k_{zz}$ | $5.0\times10^{-11}$ m$^2$ |
| Porosity, $\phi$ | 0.35 |
| Residual water saturation, $s_m$ | 0.01 |
| Bulk density, $\rho_b$ | 1600 kg/m$^3$ |
| Temperature, $T$ | 15 °C |
| Longitudinal dispersivity, $\alpha_L$ | 1.0 m |
| Transverse dispersivity, $\alpha_T$ | 0.1 m |
| Soil organic content, $f_{oc}$ | 0.0005 |
| Parameters for the unsaturated zone | |
| n | 3 |
| $\alpha_{gw}$ | 2 m$^{-1}$ |
| ***Water*** | |
| Water molecular weight, $M_w$ | 18 |
| Water density, $\rho_w$ | 997.3 kg/m$^3$ |
| Water dynamic viscosity, $\mu_w$ | $1.0\times10^{-3}$ Pa s |
| ***Air*** | |
| Molecular weight, $M_{air}$ | 28.75 |
| Density, $\rho_{air}$ | 1.23 kg/m$^3$ |
| Viscosity, $\mu_{air}$ | $1.8\times10^{-5}$ Pa s |




**Figure 4.14.** Initial concentration profiles of dissolved TCE (a, b, c, and d) and vaporized TCE (e).



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 63 of 106

CLJA_WATERMODELING_01-0000773843

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

### 4.4.2. Multiphase Flow and Contaminant Removal under IAS with One Vertical Injection Well

Injection flow rates of IAS are highly variable and site-specific. In this study, for IAS systems with two vertical wells (one for injection and one for extraction), five scenarios with different flow rates have been simulated to investigate the effect of flow rates on flow of air and water phase and removal efficiency of TCE. Flow rates for each scenario are shown in Table 4.6.

**Table 4.6.** Scenarios for IAS with one vertical injection well

| Case No. | Flow rates ($m^3$/hr) | | Well screen location |
|---|---|---|---|
| | Injection | Extraction | |
| V-1 | 5 | 10 | Injection well: $x$=25-25.5, $y$=0, $z$=2-3 m<br>Extraction well: $x$=25-25.5, $y$=0, $z$=11-12 m |
| V-2 | 10 | 20 | |
| V-3 | 30 | 60 | |
| V-4 | 50 | 100 | |
| V-5 | 60 | 120 | |

Injection rates are one of the important factors in determining the performance of IAS. These rates have influence on the following parameters: (i) gas saturation levels in the saturated zone; (ii) the radius of influence (ROI) of injection well; (iii) flow of groundwater and gas; and, (iv) mass transfer of dissolved contaminants into gas phase.

In Figure 4.15, the distributions of gas saturation in IAS at two different injection flow rates (10 $m^3$/hr for Case V-2 and 60 $m^3$/hr for Case V-5) are given. Based on these distributions, the cone of IAS influence, which implies a mixing zone where injected air contacts with the groundwater, can be estimated. In Figure 4.15, the increase in air injection rate at one well from 10 to 60 $m^3$/hr results in the expansion of IAS influence zone and the increase in gas saturation levels in the vicinity of sparging wells. Considering the distribution of dissolved TCE in Figure 4.14, the expansion of IAS influence zone in Figure 4.15 implies the injection well can cover wider contaminant plumes. The increase in gas saturation in soil matrix implies the increase in relative permeability of gas phase and inversely the reduction in that of water phase. Regarding contaminant removal, the increase in gas saturation will raise the vaporization of dissolved contaminants since the increase in vaporized contaminants is linearly proportional to gas saturation as seen in Equation (4.1). On the contrary, the increase in gas saturation below the groundwater table can generate unfavorable situations on contaminant removal: Due to the increase in gas saturation, the velocity of groundwater flow will decrease, and thus contaminated groundwater plumes may have difficulty entering the mixing zones generated by IAS and some portion of the plumes may be diverted around the mixing zones (Figure 4.18).



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 64 of 106

CLJA_WATERMODELING_01-0000773844

(a) Air injection rate $Q = 10\ m^3/hr$




(b) Air injection rate $Q = 60\ m^3/hr$




**Figure 4.15.** Air saturation under two air injection rates ($Q = 10$ and $60\ m^3/hr$) at one vertical well.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 65 of 106

As seen in Figure 4.15, as the increase in injection rates expands the size of IAS influence zone and raises gas saturation levels around the injection points, the injection-rate increase will result in raising the volume of air displaced soil pore water below the groundwater table. In Figure 4.16 (a), temporal variations in gas volume stored in the sparging zones are presented for five different injection flow rates listed in Table 4.6. Regardless of air injection rates, the nearly-linear sharp increase in air volume stored in the sparging zones occurs for approximately 15 minutes after the start of injection, and then the air volume reaches a stabilized maximum values. The maximum air volume proportionally increases with air injection rates.

Radius of influence (ROI) can be defined as a maximum radius from an injection well to a location at which remedial effects due to injected air at the well are observed or as a radius from an injection well to a location at which the change in gas pressure in the subsurface due to air sparging is detected. In this study, ROI is used to indicate the maximum radius within which remedial processes happen due to injected air. The most common method to estimate ROI is to use gas-phase saturation profiles.

ROI for the five cases listed in Table 4.6 is presented in Figure 4.16 (b). ROI and injection rates are non-dimensionalized using two dimensionless variables (Dimensionless radius and gravity number for gas phase) introduced by van Dijke et al. [1995] in air sparging modeling. The dimensionless radius ($r'$) is:

$$r' = \frac{r}{H_c} \tag{4.2}$$

where $r$ is a radius (a distance from an injection well to a certain location), and $H_c$ is the depth of injection screen center as a characteristic length. The dimensionless gravity number of gas phase ($N_g$), which implies the importance of gravity forces (or buoyancy forces) relative to viscous forces, is:

$$N_g = \frac{k_m \Delta\rho\, g}{\mu_g \left(Q_g / A\right)} \tag{4.3}$$

where $k_m$ is an intrinsic permeability of soil porous media, $\Delta\rho = \rho_w - \rho_g$, $Q_g$ is an air injection rate, and $A$ is total surface areas of air injection screens. In this study, the lateral intrinsic permeability shown in Table 4.5 is used for $k_m$ in Equation (4.3).

Using the distributions of gas saturation on the $x$-$y$ plane at $z$ = 9 m below the groundwater table (for example, gas saturation profiles at the plane in Figure 4.15), the ROI shown in Figure 4.16 (b) is estimated as a maximum radius of each gas saturation level (0.1, 1, 5, and 10 %). ROI may have different values according to depth ($z$-values below the groundwater table) because the distributions of gas saturation on the $x$-$z$ plane at $y$ = 0 m show parabolic shapes. In this study, since air plumes are fully expanded at $z$ = 9 m (approximately 0.5 m below the groundwater table), the ROI at $z$ = 9 m is selected a representative value for each injection well after gas flow is stabilized (after 2 hours for each simulation).



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 66 of 106

(a) Air volume changes

(b) Radius of influence




**Figure 4.16.** Air volumes stored in air sparging zones and radius of influence at $z = 9$ m.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 67 of 106

CLJA_WATERMODELING_01-0000773847

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

Gas flow patterns at two different injection rates are given in Figure 4.17. In IAS, injected gas constantly interacts with the groundwater as a multiphase flow while both fluids flow through porous soil media, and gas flow patterns are determined by the relationships of groundwater and gas pressures. In Figure 4.17, around the injection points, gas flow shows some lateral movement, but overall, its upward movement is dominant below the initial groundwater table. The increase in air injection rates leads to raise gas saturation around the injection points and to increase gas flow velocities in the cone of IAS influence. In Figure 4.17, Darcy velocities of gas phase at a point of ($x$ = 25, $y$ = 0, $z$ = 9 m) for Cases V-2 and V-5 are 0.15 and 0.54 cm/s, respectively. In Figure 5.10, gas velocities within the cone of IAS influence increase as a location approaches an injection well on $y$-$z$ planes at $z$=25 m: For example, on the $y$-$z$ plane at $z$ = 25 m in Figure 4.17 (b), Darcy velocities of gas phase at $y$=0 and 4 m are approximately 0.54 and 0.1 cm/s, respectively.

In Figure 5.10, extraction rates are twice injection rates to provide extraction capacities enough to capture all injected air. For both Cases V-2 and V-5, gas flows by vapor extraction in the unsaturated zone appear to cover ROI of injection wells.

Using TechFlow$^{MP}$ model developed in this study, the changes in flow path and velocity of the groundwater due to air sparging are investigated in the three-dimensional domain shown in Figure 4.13. In Figure 4.18, after injected air flow is stabilized, the groundwater flow patterns in the domain are given.

Regarding the groundwater flow, one of the most important things in IAS is the mixing between injected air and contaminated groundwater. In IAS, contaminated groundwater should enter into the cone of IAS influence to contact with injected air. If the cone of IAS influence (or ROI) is smaller than contaminant plumes or contaminated groundwater plumes diverts around the IAS influence zones, remedial actions by IAS may be not sufficient to meet a remediation goal. In Figure 4.18, the change in the groundwater flow velocity within the zone of IAS influence depends on air injection rates. For Cases V-2 and V-5, the groundwater velocities show significant reduction within the cone of IAS influence compared to the background groundwater velocity near $x$=0 m. These reductions in the groundwater velocities within the IAS influence zone for Cases V-2 and V-5 are proportional to gas saturation levels.

In Figure 4.18, as the groundwater flow velocity highly reduces in the vicinity of air injection points, some portion of the groundwater detours below the air injection points. This detour is more serious in Case V-5 than in Case V-2: i.e., the greater injection rate results in the larger diversion of the groundwater. The lateral detour of the groundwater flow also occurs on $x$-$y$ plane at $z$=9 m. These lateral and vertical detours may result in accelerating the spreading of dissolved contaminants or uncontrolled movement of the contaminants.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 68 of 106

CLJA_WATERMODELING_01-0000773848

(a) Darcy velocity of gas phase at air injection rate, 10 $m^3$/hr




(b) Darcy velocity of gas phase at air injection rate, 60 $m^3$/hr




**Figure 4.17.** Darcy velocity of gas phase at two air injection rates (10 and 60 $m^3$/hr) for Case V-2 and V-5. Dashed lines indicate gas saturation level of 0.01.

(a) Darcy velocity of groundwater at air injection rate, 10 $m^3$/hr




(b) Darcy velocity of groundwater at air injection rate, 60 $m^3$/hr




**Figure 4.18.** Darcy velocity of the groundwater at two air injection rates (10 and 60 $m^3$/hr) for Case V-2 and V-5. Dashed lines indicate a gas saturation level of 0.01.

In Figure 4.19, temporal concentration profiles of dissolved TCE on the *x-y* plane at *z*=9 m and the *x-z* plane at *y*=0 m are given because these two planes contain the highest concentration profiles of dissolved TCE. Since the concentration of vaporized TCE in gas phase is very small (less than 0.001 g/L) through the domain, its concentration profiles are not presented in this chapter. However, total mass of vaporized TCE is considered in calculating the efficiency of IAS systems, discussed later.

Contaminant concentrations in aqueous phase can be non-dimensionalized as follows:

$$C' = \frac{C_w}{C_{w,\max}} \qquad (4.3)$$

where $C'$ is a dimensionless contaminant concentration, $C_w$ is a dissolved contaminant concentration (g/L), and $C_{w,\max}$ is a maximum concentration (or solubility) of a contaminant as a characteristic concentration (g/L). In this study, the $C_{w,\max}$ for TCE is 1.33 g/L. The remedial target concentration of TCE (0.001 g/L) corresponds to a dimensionless concentration $C' = 0.00075$. Since dimensionless concentrations of TCE (or dissolved TCE concentrations) vary over time and location due to transport processes including advection, dispersion, and partitioning, the effective ROI (or $r'$) mentioned above are complicatedly coupled with gas flow and contaminant transport processes. The effective ROI (or $r'$) also changes over time. Therefore, it is difficult to define a specified relationship between $C'$ and effective ROI (or $r'$). Instead, among temporal values of effective ROI during remedial periods, its minimum value can be selected as a representative effective ROI of an injection well, which may be used in designing IAS systems.

In Figure 4.19, for both Cases V-2 and V-5, the concentration of dissolved TCE decreases over time due to the operation of IAS systems. At 20 days for Case V-2, some dissolved TCE plumes with the concentration of 0.001 g/L ($C' = 0.00075$) on *x-z* plane at *y*=0 m pass through the zone of IAS influence shown in Figure 4.15 (a). In a zone (*x*=25 m and *z*=8-9.5 m on the *x-z* plane in Figure 4.19 (A3)) through which the TCE plumes pass, gas saturation levels for Case V-2 are between 10 and 20 % as shown in Figure 4.15 (a). In that zone, gas saturation levels for Case V-5 are between 30 and 40 % as shown in Figure 4.15 (b), and gas saturation levels for Case V-3 are from 20 and 30 % (Figures for Case V-3 are not presented here). In Cases V-3 (*Q*=30 $m^3$/hr and $1/N_g = 0.31$) and V-5 (*Q*=60 $m^3$/hr and $1/N_g = 0.61$), the concentration reductions of dissolved TCE on *x-z* plane at *y*=0 m are higher than in Case V-2, and, in Cases V-3 and V-5, no dissolved TCE with the concentration of 0.001 g/L ($C' = 0.00075$) passes through the air sparging zone on the plane. These imply that, if single injection well is used in this study, gas saturation of more than 20 % should be provided in the zone (*x*=25 m and *z*=8-9.5 m on *x-z* plane at *y*=0 m), through which the highest-concentration TCE plumes pass, to clean up the contaminant plumes below the target concentration of 0.001 g/L ($C' = 0.00075$) on *x-z* plane at *y*=0 m.

In Case V-2, due to the detour of the groundwater on *x-y* plane at $z$ = 9 m, the concentration contour of 0.001 TCE g/L ($C' = 0.00075$) exceeds the ROI of 1 % gas saturation (4.05 m and $r' = 0.57$) in *y*-direction at 5 days in Figure 4.19 (A1). At 20 and 30 days, some contaminant plumes migrate over the IAS influence zone.

In Case V-5, the concentration contour of 0.001 TCE g/L ($C' = 0.00075$) exceeds the ROI of 1 % gas saturation (5.3 m and $r' = 0.75$) in *y*-direction at 10 days in Figure 4.19 (B2). In Figure 4.19 (B3) and (B4), some portion of dissolved TCE plumes on *x-y* plane at $z$=9 m bypasses the IAS influence zone. The detour of dissolved TCE plumes around the IAS influence zone on *x-y* plane at $z$=9 m occurred for all five cases listed in Table 4.6.

In Figure 4.19 (B3), while contaminant plumes move around the injection well, some portion of the plumes are remediated to below 0.001 TCE g/L ($C' = 0.00075$) level within some high gas saturation zones near the injection well. The point M, which indicates the limit of those high gas saturation zones, is located at 4 m in *y*-direction ($r' = 0.57$) and corresponds to approximately 10 % gas saturation limit shown in Figure 5.8 (b). The 10 % gas saturation at point M implies that, if gas saturation of up to 10 % is provided beyond point M in the increasing *y*-direction, the detoured contaminant plumes that have not completely remediated on *x-y* plane at $z$=9 m will be successfully treated below the target TCE concentration (0.001 g/L or $C' = 0.00075$).

In Figure 4.20, the overall removal efficiency rises with the increase in air injection rates. The removal efficiencies of TCE in the domain for Cases V-1 (injection rate 5 $m^3$/hr), V-2 (10 $m^3$/hr), V-3 (30 $m^3$/hr), V-4 (50 $m^3$/hr), and V-5 (60 $m^3$/hr) are about 70, 80, 89, 91, and 91.9 % at 60 days. The increases in air injection from 5 to 10 $m^3$/hr and from 10 to 30 $m^3$/hr raise TCE removal efficiencies by 10 and 9 %, respectively. However, the increase in air injection from 30 to 60 $m^3$/hr generates the increase of less than 3 % in TCE removal efficiency. These implies that, in this study, the continuous increase in air injection rates at one injection well shown in Table 4.6 may have a limit in raising TCE removal efficiency. That limit may be due to the failure of one-injection well systems in capturing and cleaning up the detoured contaminated groundwater plumes on *x-y* plane at $z$=9 m shown in Figure 4.18. Therefore, to remediate the detoured contaminated groundwater plumes on that plane, multiple vertical wells or horizontal wells should be used.




**Figure 4.19.** Dissolved TCE concentrations (g/L) at Cases V-2 and V-5



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 73 of 106




**Figure 4.20.** Removal of TCE by IAS operations with one vertical injection well



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 74 of 106

CLJA_WATERMODELING_01-0000773854

### 4.4.3. TCE Removal by IAS Systems with Multiple Vertical Wells

In Figure 4.19, IAS systems with one vertical injection well missed some portion of dissolved TCE plumes on *x-y* plane at *z*=9 m. Thus, multiple-injection-well systems will be one of the options to capture and clean up the missed contaminant plumes on the x-y plane. As listed in Table 4.7, two scenarios for IAS with three injection and three extraction wells are set. In the multiple-well systems, the second and third wells (Well No. 2 and 3) will support the first well (Well No. 1).

**Table 4.7.** Scenarios for IAS systems with six vertical wells

| Case No. | Flow rates ($m^3$/hr) | | Screen locations of injection (Inj.)/extraction (Ext.) wells |
|---|---|---|---|
| | Injection | Extraction | |
| MV-1 | 10 | 15 | Inj. well 1: *x*=25-25.5, *y*=0, *z*=2-3 m<br>Ext. well 1: *x*=25-25.5, *y*=0, *z*=11-12 m<br>Inj. well 2 & 3: *x*=24-24.5, *y*=+5/-5, *z*=2-3 m<br>Ext. well 2 & 3: *x*=24-24.5, *y*=+5/-5, *z*=11-12 m |
| MV-2 | 30 | 45 | |

Concentration profiles of dissolved TCE over time for Cases MV-1 and MV-2 are presented in Figure 4.21. In the both cases, dissolved TCE plumes on x-y plane at z=9 m are captured and remediated by IAS with multiple wells. Overall, in Figure 4.21, multiple-well IAS systems successfully clean up TCE plumes below the target concentration of dissolved TCE 0.001 g/L (or $C' = 0.00075$). In a comparison of concentration profiles of Cases MV-1 and MV-2 over time, the concentrations of dissolved TCE in the domain are lower in the latter case than in the former case. The advance (penetration) of contaminant plumes into the IAS influence zones in the groundwater flow direction is also greater in Case MV-1 than in Case MV-2. As expected, the larger injection rate contributes to the faster reduction in TCE concentration.

Overall removal efficiency of TCE in Cases MV-1 and MV-2 is given in Figure 4.22. In this study, IAS systems with multiple injection wells appear to be effective in cleaning up the contaminated groundwater in the modeling domain. The removal efficiencies of Cases MV-1 and MV-2 reach up to 96 and 97.2 % at 60 days, respectively. Even though total injection rate (30 $m^3$/hr) of Case MV-1 is half the injection rate (60 $m^3$/hr) of Case V-5 (for one injection well), the removal efficiency of the former case (96 %) is greater than that of the latter case (91.9 %). This implies that, under the contamination situations used here, well dispatched multiple sparging wells can be more effective than one sparging well in capturing a contaminant plume and cleaning up contaminated groundwater.




**Figure 4.21.** Concentration profiles of dissolved TCE (g/L) at IAS with multiple injection wells: (A) Case MV-1 and (B) Case MV-2



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 76 of 106

CLJA_WATERMODELING_01-0000773856




**Figure 4.22.** Removal of TCE by IAS with multiple vertical injection wells: Case MV-1 and MV-2



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 77 of 106

CLJA_WATERMODELING_01-0000773857

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

### 4.4.4. Multiphase Flow and Contaminant Removal by IAS Systems with One Horizontal Well

In IAS systems, horizontal wells are selected because these are expected to produce uniform gas distribution in the saturated zone and yield good contact between injected air and a contaminant plume. A horizontal well can be extended laterally to cover wide contaminant plumes. To examine the flow of gas and groundwater and the removal efficiency of TCE by IAS systems with one horizontal well, three scenarios are set as listed in Table 4.8.

**Table 4.8.** Scenarios for IAS with one horizontal well

| Case No. | Flow rates ($m^3$/hr) | | Well screen location |
|---|---|---|---|
| | Injection | Extraction | |
| H-1 | 20 | 40 | Injection well: $x$=25-25.5, $y$=-5-+5, $z$=2.5-3 m Extraction well: $x$=25-25.5, $y$=-5-+5, $z$=11.5-12 m |
| H-2 | 60 | 120 | |
| H-3 | 100 | 200 | |

The profiles of stabilized gas saturation for Cases H-1 and H-2 are given in Figure 4.23. On x-z plane (at y=0 m), the gas distribution profiles show parabolic shapes, and on x-y plane (at z=9 m) the gas distribution contours appear along with horizontal wells. In both Cases H-1 and H-2, gas saturation on y-z plane (at x=25 m) distributes more widely than that in the vertical-well air injection cases. That wide distributions in horizontal-well IAS will would be good to cover contaminant plumes uniformly. On y-z plane (at x=25 m), gas saturation levels become higher as gas injection rates increase: Case H-1 shows gas saturation of around 10 % in the region containing the groundwater with high dissolved TCE concentration (y=0-5 m and z=5-9.5 m), and Case H-2 has that of around 20 % in the region. Since air injection through a horizontal well occurs over a wider screen area than that through a vertical well, gas saturation in the vicinity of air sparging points is lower at Case H-2 (Figure 4.23 (b)) than at Case V-5 (Figure 4.15 (b)) at the same injection rate of 60 $m^3$/hr. The lower gas saturation will help to reduce the diversion of the groundwater flow around air injection points. The comparison in gas saturation between Case V-5 (vertical injection) and Case H-2 (horizontal injection demonstrates that, under a homogeneous soil conditions used here, the horizontal air injection can provide more uniform and wider mixing zone, in which injected air contacts with the groundwater, than the vertical air injection.

Flow and Darcy velocity of gas phase and groundwater are shown in Figure 4.24. Darcy velocity of gas phase around the horizontal injection well for Case H-2 is much less than that around a vertical injection well for Case V-5 under the same injection rate of 60 $m^3$/hr: For Case H-2, the maximum velocity is approximately 0.7 cm/s while for Case V-5 the velocity is about 4 cm/s. Within IAS influence zones, the reduction of groundwater velocity is also less in Case H-2 than in Case V-5. So, the movement of contaminant plumes will be faster in Case H-2 than in Case V-5 when the plumes pass through the middle of IAS influence zones.





CLJA_WATERMODELING_01-0000773858




**Figure 4.23.** Air saturation under air injection through one horizontal well: Cases H-1 and H-2




**Figure 4.24.** Darcy velocities of gas and groundwater at Case H-2.
Dashed lines indicate a gas saturation level of 0.01.

In the application of IAS with a horizontal well, our attentions are on (i) whether the influence zone of a horizontal injection well covers all contaminant plumes and (ii) whether air injection rates are enough to clean up the plumes.

For Cases H-1 and H-2, the variations in dissolved TCE concentration are given in Figure 4.25. The migration of contaminant plumes shown on x-y plane (at z=9 m) demonstrate that the influence zones in the two cases cover all contaminated plumes: No contaminant plume detours the influence zones of horizontal IAS wells. In Case H-1, however, some contaminant plumes with dissolved TCE concentration of 0.001 mg/L pass through the sparging zones at 20 and 30 days. At Case H-2, dissolved TCE plume is successfully removed to below its target concentration of 0.001 g/L (or $C' = 0.00075$) by IAS

operation. In Figure 4.25 (A2) and (A3) for Case H-1, the passage of some contaminant plumes through the air sparging zone occurs at relatively high concentration regions (dissolved TCE concentration $\geq 0.01$ g/L or $C' = 0.0075$) among TCE plumes shown in Figure 4.14. This indicates that, in Case H-1, gas saturation of 10-20 % in the approximate main remedial-reaction zones of $y$=0-4 m and $z$=6-9.5 m at $x$=25 m is not sufficient to clean up highly polluted groundwater plumes (approximately dissolved TCE concentration $\geq 0.01$ g/L or $C' = 0.0075$) passing the zones below the target concentration of 0.001 TCE g/L (or $C' = 0.00075$). In Case H-2, however, the contaminant loads passing the main reaction zones are successfully removed under gas saturation of 20-30 % in the zones.

Overall removal efficiency of TCE by one-horizontal-injection-well systems is given in Figure 4.26. The efficiencies for Cases H-1, H-2, and H-3 are approximately 93.9, 96.6, and 97 % at 60 days, respectively. The efficiency in Case H-2 is much higher than that obtained by air sparging through one vertical well (Case V-5). The efficiency of 96.6 % in Case H-2 (injection 60 $m^3$/hr) is a little higher than that of 96.0 % in Case MV-1 (total injection 30 $m^3$/hr for three wells). The efficiency of 97 % in Case H-3 (injection 100 $m^3$/hr) is similar to the efficiency of 97.2 in Case MV-2 (total injection 90 $m^3$/hr for three wells). In this study, the efficiency results of IAS systems with horizontal wells or multiple injection wells suggest that the IAS systems can be good options to remediate TCE plumes shown in Figure 4.14 below a target concentration of 0.001 g/L dissolved TCE (or $C' = 0.00075$).




**Figure 4.25.** Concentration profiles of dissolved TCE (g/L) for (A) Case H-1 and (B) Case H-2.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 82 of 106

CLJA_WATERMODELING_01-0000773862




**Figure 4.26.** Removal of TCE by air sparging through one horizontal well

## 4.5. Thermal-Enhanced Venting

A two-dimensional unsaturated domain shown in Figure 4.27 is used in TEV modeling of this study to investigate the effect of TEV on NAPL contaminant removal and the transport of thermal energy in subsurface environments. In Figure 4.27, heated humid air is injected into the unsaturated zone at the bottom (the inlet) of the domain, and contaminated gas (the mixture of air, water vapor, and vaporized TCE) is withdrawn from the top (the exit) by vapor extraction systems. While heated air travels from the inlet to the exit, a contaminant partitioned from a NAPL phase into gas phase is removed out of subsurface systems.

In Figure 4.27, TCE, as an immobilized NAPL contaminant source in pore spaces, is located at $x$ = 1-3 m and $z$ = 1-2 m in the unsaturated zone. The initial saturation of TCE residual is 10 %.

In Figure 4.27, boundary conditions for gas flow equation are as follows: specified pressure-head gradient conditions (type II) are assigned at the bottom and the top boundaries for injection and extraction wells ($z$=0 and 3 m, respectively), and no flux condition is given at the left- and right-hand side boundaries ($x$=0 and 4 m). For contaminant transport in gas phase, initial and boundary conditions are: an initial TCE concentration in gas phase is zero within the domain; the injected air contains no TCE; and, zero-dispersive flux (type II) on all boundaries. For heat transport, initial



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 83 of 106

temperature of the domain is 10 °C. Since heated air at constant temperature of 80 °C is injected into the domain, total heat-energy flux (Cauchy or type III) is used at the inlet boundary ($z$ = 0 m), and a specified heat-energy flux (type II) is used at the outlet boundary ($z$ = 3 m). These heat boundary conditions were also used by Kaluarachchi and Islam [1995].




**Figure 4.27.** A model domain for TEV modeling

The properties of a soil medium in the domain are: intrinsic permeability $k$ = 5.0×10$^{-11}$ m$^2$, porosity $\phi$ = 0.35, bulk density of soil matrix = 1600 kg/m$^3$, residual water saturation $s_m = 0$, longitudinal dispersivity $\alpha_L = 0.1$, transverse dispersivity $\alpha_T = 0.001$, coefficients for $P_c - s - k_r$ relationships of van Genuchten model $n = 2$, and $\alpha_{gw} = 3$ m$^{-1}$. The molecular diffusion coefficients of TCE and water vapor in gas phase are 7.87×10$^{-6}$ and 2.33×10$^{-5}$ m$^2$/s, respectively. The first-order mass transfer coefficients for vaporization of TCE and water are 0.01 and 0.001 s$^{-1}$, respectively. The temperature-dependent properties of TCE and air in gas phase are estimated using regression equations listed in Table 4.9. Thermal conductivity of soil particles is 0.48 W/m/K, and the regression equations for other thermal properties used herein are presented in Table 4.10. The criteria $\varepsilon_a$ and $\varepsilon_r$ are 10$^{-3}$ for flow and heat transport equations and 10$^{-4}$ for transport equations for TCE and water vapor in gas phase.

**Table 4.9.** Regression equations for viscosity of gas species

| Property | Estimating equations |
|---|---|
| $\mu_{air,gas}$ (micropoise)* | $\mu_{air,gas} = 50.153 + 4.8062\times10^{-1}T - 1.0967\times10^{-4}T^2$ |
| $\mu_{TCE,gas}$ (micropoise)** | $\mu_{TCE,gas} = -23.621 + 4.2164\times10^{-1}T - 6.8948\times10^{-5}T^2$ |
| $\mu_{gas\ mixture}$ | Wilke's semi-empirical method*** |
| *From Yaws and Braker [2001]; **From Yaws [1999]; ***From Reid et al. [1987] | |

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**Table 4.10.** Regression equations for thermal properties

| Thermal property | Regression equations |
|---|---|
| Thermal conductivity of water*, W/m/K | $K_{water,liquid} = -0.2758 + 4.612\times10^{-3}T - 5.5391\times10^{-6}T^2$ |
| Thermal conductivity of air*, W/m/K | $K_{air,gas} = 0.00512 + 7.2342\times10^{-5}T - 9.2207\times10^{-9}T^2$ |
| Thermal conductivity of NAPL (TCE)*, W/m/K | $K_{TCE,Liquid} = 10^{-2.1042+1.4428\times(1-T/571)\wedge(2/7)}$ |
| Specific heat capacity of water*, J/mol/K | $c_{water,liquid} = 92.053 - 3.9953\times10^{-2}T - 2.1103\times10^{-4}T^2 + 5.3469\times10^{-7}T^3$ |
| Specific heat capacity of air**, J/mol/K | $c_{air,gas} = \left\{0.2896\times10^{-5} + 0.0939\times10^{-5}\left[\frac{3.012\times10^{-3}}{T}/\sinh\left(\frac{3.012\times10^{-3}}{T}\right)\right]^2 + 0.0758\times10^{-5}\left[\frac{1484}{T}/\cosh\left(\frac{1484}{T}\right)\right]^2\right\}\div1000$ |
| Specific heat capacity of water vapor**, J/mol/K | $c_{water,gas} = \left\{0.3336\times10^{-5} + 0.2679\times10^{-5}\left[\frac{2.6105\times10^{-3}}{T}/\sinh\left(\frac{2.6105\times10^{-3}}{T}\right)\right]^2 + 0.089\times10^{-5}\left[\frac{1169}{T}/\cosh\left(\frac{1169}{T}\right)\right]^2\right\}\div1000$ |
| Specific heat capacity of soil*** | $c_{soil} = 0.48(1-\phi)[1 + 0.0006111(T-298)]$ |
| Specific heat capacity of NAPL (TCE)*, J/mol/K | $c_{TCE,liquid} = 58.916 + 0.4725T - 1.4035\times10^{-3}T^2 + 1.8353\times10^{-6}T^3$ |
| Latent heat of vaporization of water*, kJ/mol | $h_{Lat,water} = 52.053(1 - T/647.13)^{0.321}$ |
| Latent heat of vaporization of TCE (NAPL)*, kJ/mol | $h_{Lat,TCE} = 46.915(1 - T/571)^{0.396}$ |

*From Yaws [1999]
**From Perry et al.[1984]
***From Hart and Couvillion [1986]

Run time is up to 30 hours with variable time steps of 2-6 seconds. Mass balance calculations for TCE mass are performed to determine the removal of TCE by TEV systems and TCE distribution in the domain. For all simulations of TEV, accumulated mass balance errors for TCE were less than 0.5 % during simulation periods. Peclet ($Pe$) and Courant ($Cr$) numbers were less than 2 and 1, respectively.

To evaluate the performance of TEV in removing TCE in NAPL, eight application cases are investigated as shown in Table 4.11: Two cases of soil venting at ambient conditions and six cases of TEV with different humidity and flow rates. The water vapor concentration in injected humid air of each case is approximately 6.4 g/m$^3$ at 50 % relative humidity and 15 $^o$C and 48.7, 121.6, and 218.9 g/m$^3$ at 20, 50, and 90 % relative humidity at 80 $^o$C, respectively.

**Table 4.11.** Scenarios for TEV applications

| Type | Case No. | Injected air temperature ($^o$C) | Relative humidity (%) | Flow rate (m$^3$/hr) |
|---|---|---|---|---|
| Normal venting | N-1 | 15 | 50 | 12.6 |
| | N-2 | 15 | 50 | 21.0 |
| Thermal-enhanced venting (TEV) | TA-1 | 80 | 20 | 12.6 |
| | TA-2 | 80 | 50 | 12.6 |
| | TA-3 | 80 | 90 | 12.6 |
| | TB-1 | 80 | 20 | 21.0 |
| | TB-2 | 80 | 50 | 21.0 |
| | TB-3 | 80 | 90 | 21.0 |

The flow rates of 12.6 and 21.0 m$^3$/hr correspond to three and five pore volumes in the domain per hour, respectively, which are approximately $8.75\times10^{-3}$ and $1.46\times10^{-2}$ m/s as Darcy velocities of gas phase, respectively.

Due to nearly unidirectional gas flow (from the bottom to the top in $z$-direction) in the domain shown in Figure 4.27, soil temperature rise and TCE NAPL saturation reduction occur mostly along with the increasing z-direction. Thus, we will focus on the variations in soil temperature and NAPL saturation in $z$-direction. To support our analysis on heat transport and TCE removal (NAPL saturation reduction), simulation results (profiles of temperature and NAPL saturation) on A-A′ line (at $x$=2 m) in Figure 4.27 will be presented. In calculating overall TCE removal, all TCE mass in the domain is considered.

Since the temperature of injected air (15 or 80 $^o$C) is higher than initial temperature of the domain (10 $^o$C), the injected air contributes to raise soil temperature in the domain. The degree of temperature rise depends on injected-air temperature, injection flow rate ($Q$), and relative humidity (RH). For instance, in Figure 4.28, soil temperatures at the inlet of the domain ($z$=0 m) at 3 hrs are 61, 73, and 75 $^o$C for Cases TA-1 (RH=20 %, $Q$=12.6 m$^3$/hr), TA-2 (RH=50 %, $Q$=12.6 m$^3$/hr), and TB-1 (RH=20 %, $Q$=21 m$^3$/hr), respectively.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

In Figure 4.28, the evaporation of TCE at the source zone ($z$=1-2 m) causes to decrease soil temperature at the zone. In Figure 4.28 (a1) for Case N-1, minimum soil temperature within the source zone drops over time. The locations of the lowest temperature move downstream with time until the end of the source zone ($z$ = 2 m): For example, the locations are at 1.2, 1.4, and 2.0 m in $z$-direction (at $x$=2) for 3, 9, and 15 hours, respectively even though the locations are not noticeable in Figure 4.28 (a1).

In normal venting cases listed in Table 4.11, since the temperature of injected air (15 $^{o}$C) is higher than the initial soil temperature (10 $^{o}$C), the increase in an injection rate results in more heat supply to the contaminated zone. In Figure 4.28 (a1) and (b1), at t = 21 hrs, soil temperature at the beginning of the contaminated zone ($z$ = 1 m) is higher in Case N-2 ($Q$=21.0 m$^3$/hr) than in Case N-1 ($Q$=12.6 m$^3$/hr): The temperatures for the former and latter cases are 13.6 and 8.7 $^{o}$C, respectively. At that time, the soil temperature at the end of the contaminated zone ($z$ = 2 m) is approximately 1.1 and 1.5 $^{o}$C in Cases N-1 and N-2, respectively.

In TEV cases listed in Table 4.11, heated air (80 $^{o}$C) at different relative humidity is supplied to enhance TCE evaporation. Relative humidity is defined as the ratio of actual water vapor density to saturated water vapor density at a specified temperature. The increase in relative humidity implies the increase in specific heat capacity of injected humid air. The higher relative humidity in injected gas derives the higher soil temperature in the contaminated zone. For example, in Figure 4.28 (a2)-(a4) at t = 9 hrs, soil temperature at $z$ = 1 m is 27.4, 56.7, and 76.5 $^{o}$C for Cases TA-1 (RH=20 %), TA-2 (RH=50 %), and TA-3 (RH=90 %), respectively.

Based on temperature profiles shown in Figure 4.28, we may compare relative impacts of flow rates and relative humidity on soil temperature rise. In this study, the temperature increment due to the injection rate increase (from 12.6 to 21 m$^3$/hr) at each relative humidity (RH=20, 50, or 90 %) are greater than that due to the increase in relative humidity (RH=20 to 50 % or RH=50 to 90 %) at the injection rate 12.6 m$^3$/hr.

Temporal saturation changes of TCE NAPL at the source zone (z=1-2 m on A-A′) are given in Figure 4.29. The reduction in the saturation of TCE NAPL starts from the beginning points of the source zone (z=1 m) because mass transfer rates at the points are highest within the source zone and the increase in soil temperature by heat transport occurs along with gas flow (in increasing z-direction).



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 87 of 106

CLJA_WATERMODELING_01-0000773867




**Figure 4.28.** Temperature profiles over time during TEV on A-A′ line (at *x*=2 m)



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 88 of 106

CLJA_WATERMODELING_01-0000773868

In Figure 4.29, compared to the normal venting, TEV (the application of heated air) improves the reduction in TCE NAPL saturation: In Case TA-1 ($Q$=12.6 $m^3$/hr and RH=20 %), all TCE at $z$=1 m is removed at 12 hrs while at that time TCE NAPL saturation at $z$=1 m in Case N-1 ($Q$=12.6 $m^3$/hr) is approximately 0.37. At normal venting, the increase in injection rates contributes the reduction of TCE NAPL saturation: At 12 hrs, the saturation (at $z$=1 m) in Case N-2 ($Q$=21 $m^3$/hr) is about 0.33.

In TEV modeling of this study, the higher flow rate produces the greater increase in soil temperature as already seen in Figure 4.28 and the greater reduction in TCE NAPL saturation in Figure 4.29. For example, in Figure 4.29 (a2) for Case TA-1 ($Q$=12.6 $m^3$/hr) at 6 hrs, TCE NAPL saturations at $z$ = 1 and 2 m are 0.062 and 0.078, and, in Figure 4.28 (a2), the corresponding soil temperatures are 17.0 and 7.5 $^oC$, respectively. In Figure 4.29 (b2) for Case TB-1 ($Q$=21.0 $m^3$/hr) at 6 hrs, NAPL saturations at $z$ = 1 and 2 m reduce to 0.048 and 0.074, respectively, and the corresponding temperatures (in Figure 4.28 (b2)) are 30.5 to 9.5 $^oC$, respectively.

The increase in relative humidity of injected air is not directly related with the variation of TCE NAPL saturation even though water condensation may change gas saturation levels. However, since the relative humidity increase produces soil temperature rise that determines the increment of TCE vapor pressures (Figure 4.28), the relative humidity of injected air is an important factor to determine TCE removal (or the reduction in TCE NAPL saturation). The increase in relative humidity of injected air prompts the reduction in TCE NAPL saturation at the source zone.

In Figure 4.29, for $Q$=21 $m^3$/hr, NAPL saturation at $z$=2 m, 6 hrs in Case TB-3 is smaller than Cases TB-2 and TB-1: The saturation levels are 0.053, 0.075, and 0.074, respectively. That may be due to strong heat transport in Case TB-3: At 6 hrs, all TCE NAPL up to $z$=1.6 m are removed (Figure 4.29 (b4)).

The temporal reduction of TCE mass in the domain is illustrated in Figure 4.30. The increases in relative humidity of injected air and/or injection rate of air reduce remediation times required to remove all NAPL at the source zone. At an injection rate of 12.6 $m^3$/hr (Figure 4.30 (a)), the required operation times are 32, 20, 14, and 11 hours for Cases N-1, TA-1, TA-2, and TA-3, respectively. Under that flow rate, TEV reduces the times by 38 and 66 % in Case TA-1 and TA-3, respectively compared to Case N-1. At an injection rate of 21.0 $m^3$/hr (Figure 4.30 (b)), the required operation times are 27, 14, 9.5, and 7 hours for Cases N-2, TB-1, TB-2, and TB-3, respectively: The operation times reduced by 48 and 74 % for Case TB-1 and TB-2, respectively compared to Case N-2. In this study, the application of heat energy reduces operation times by at least 12 hours compared to the normal venting cases. Under the conditions used herein, the overall reduction profiles of TCE NAPL mass suggest that the application of thermal energy is effective in enhancing a remedial performance of TCE in the domain.




**Figure 4.29.** The changes in TCE NAPL saturation over time on A-A′ line (at $x$=2 m)



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 90 of 106

Among the simulation cases considered in this study, Cases TA-2 ($Q$=12.6 $m^3$/hr and RH=50 %) and TB-1 ($Q$=21.0 $m^3$/hr and RH=20 %) show similar performances in terms of a removal efficiency of TCE and a operation time required to remove all TCE in the domain (Figure 4.30): For the two cases, maximum differences in the removal efficiency and operation times to achieve each efficiency level are less than 5 % and 0.5 hour through simulation periods, respectively. Since the two cases produce nearly same results, either can be selected to remove TCE NAPL in this TEV modeling.




**Figure 4.30.** Reduction of NAPL saturation over time by TEV at two different flow rates

## V. SUMMARY

A three-dimensional numerical model, identified as TechFlow$^{MP}$, was developed. The code for TechFlow$^{MP}$ is written in object-oriented programming technique. The model has been verified and validated using analytical solutions and experimental data published in the literature. In this study, TechFlow$^{MP}$ model is used successfully to conduct several numerical modeling exercises: (i) Density-driven transport in a multiphase flow; (ii) Transport of reactive multispecies; (iii) Dynamic movement of gas and water phase in a multiphase flow; and, (iv) Transport of heat energy in the subsurface.

As TechFlow$^{MP}$ model supports the unsaturated/saturated zones, multiple phase flows, and reactive multi-contaminant transport, the model can be used to carry out a variety of numerical simulations required in subsurface environments, such as natural attenuation of contaminants and remediation processes for contaminated soil and groundwater.

# APPENDIX A. TECHFLOW$^{MP}$ MODEL STRUCTURE AND USER'S MANUAL

## A.1. Model Structure

TechFlow$^{MP}$ model consists of six main computational groups (Water flow, gas flow, NAPL, contaminant transport in water phase, and contaminant transport in gas phase) and supplemental processes including mesh generation, and input and output functions. All codes for these functions are written in object-oriented language C/C++. The mesh generation can be done through a graphical user interface (GUI) supplied by the model under Microsoft Windows environments. TechFlow$^{MP}$ model supports multiple platforms such as Microsoft Windows, Linux, UNIX, and high performance computing (HPC). Main files and class names of TechFlow$^{MP}$ codes are given in Table A.1.

**Table A.1.** List of classes and file names

| Class | File name | Description |
|---|---|---|
| CWaterFlowEq | WaterFlowEq.h, *.cpp | Solving water flow equation |
| CGasFlowEq | GasFlowEq.h, *.cpp | Solving gas flow equation |
| CNaplFlowEq | NaplFlowEq.h, *.cpp | Solving nonaqueous phase liquid flow equation |
| CTransportInWtr | TransportInWtr.h, *.cpp | Solving contaminant transport equation for water phase |
| CTransportInGas | TransportInGas.h, *.cpp | Solving contaminant transport equation for gas phase |
| CHeatTransport | HeatTransport.h, *.cpp | Solving heat transport equation |
| CFluidVelocity | FluidVelocity.h, *.cpp | Computing fluid velocity of gas and water phases (Globally continuous Darcy's velocity) |
| CMaterialBal | MaterialBal.h, *.cpp | Computing material balance in gas and water phases |
| COpenAndSaveFile | OpenAndSaveFile.h, *.cpp | Opening or saving mesh files |
| CSaveResultToFile | SaveResultToFile.h, *.cpp | Saving simulation results to files |
| FemRunControlVariable | FemRunControlVariable.h | Program-running-related Parameters |
| CModelElement ELEMENT, NODE, BOUNDARY | ModelElement.h, *.cpp | Mesh data and grid information |

Three main object classes and solution procedures for TechFlow$^{MP}$ model are given in Figures A.1 and A.2, respectively.




**Figure A.1.** Three main classes of TechFlow$^{MP}$ model




**Figure A.2.** Running procedures of TechFlow$^{MP}$ model

## A.2. User's Manual

To conduct simulations, the user needs to complete the following steps: (a) Mesh generation; (b) Assign properties of elements and nodes; (c) Set boundary conditions; (d) Configure a running-configuration file; (e) Run a simulation.

<u>Step 1. Mesh generation</u>

A window dialog as GUI for initial mesh generation is given in Figure A.3.
Total number of elements in (x, y, z) directions (Element box in Figure A.3), distance in each direction (Distance box in Figure A.3), origin, and total contaminant number (Contamin. box in Figure A.3) can be assigned in the dialog. The grid will be uniformly discretized as a default.




Figure A.3. Dialog for initial mesh generation.

The generated mesh is shown in Figure A.4. The mesh can be modified using two dialogs shown in Figure A.4. The dialogs provide several functions including picking objects (element, node, or boundary), zooming, moving, rotating, drawing reference objects. The picking-objects function is used to assign properties of elements.



Figure A.4. Generated mesh.

<u>Step 2. Assign properties of elements</u>

Select target elements. The picked elements will turn into green (Figure A.5). Using the List-button in the picking dialog, we can open a dialog for list of picked objects (Figure A.6). Press the soil button in that dialog, then the "Element dialog" in Figure A.5 will pop up. In the element dialog, the properties of each element will be assigned. Press the Apply button to save input values and to close the Element dialog (Figure A.5).



Figure A.5. Picked elements and a element dialog

The properties of picked elements can be verified using the dialog shown in Figure A.6. Press OK button to close the dialog.




Figure A.6. A dialog to list picked element properties

Step 3. Assign properties of nodes

Select target nodes. The picked nodes will turn into green (Figure A.7). Using the List-button in the picking dialog, we can open a dialog for list of picked nodes (Figure A.8). Press the Node button in that dialog, then the "Node dialog" in Figure A.7 will pop up. In the node dialog, values of each node (e.g., initial pressure head, chemical concentration, and temperature) can be assigned. Press the Apply button to save the values and to close the Node dialog (Figure A.7).




Figure A.7. Picked nodes and a node dialog

In Figure A.8, nodal data are given. The data include Cartesian coordinate values, initial/constant pressure head data for gas, water, and NAPL, and contaminant concentrations.




Figure A.8. A dialog to list picked node properties

Step 4. Assign properties of boundary

Select target boundaries. The picked boundaries will turn into green (Figure A.9). Press the List-button (Figure A.9), and press Boundary button in Figure A.10. Boundary dialog in Figure A.9 will pop up. In that dialog, values of each boundary (e.g., boundary types and values) can be assigned. Press the Apply button to save the values and to close Boundary dialog (Figure A.9).




Figure A.9. Picked nodes and a boundary dialog

In Figure A.10, boundary data are given. The data include boundary types and values for gas, water, and NAPL, heat, and contaminants.




Figure A.10. A dialog for picked boundary properties

Step 5. Save a mesh

Press the save button in the tool bar in Figure A.11, opening a Save-As dialog. A mesh file has a extension of "ias". To open a existing mesh file, use the file open button in the tool bar in Figure A.3.




Figure A.11. A mesh-saving dialog

Step 6. Set a running method

Press the Run button (Red circle) in Figure A.12, popping up a Run-method dialog. A user can input running parameters including run times, time steps, iteration number, error tolerance level, target phases, phase property options, and output-saving options.




Figure A.12. Run dialog

Step 7. Make a result-saving list

To make an output-saving list, Press List button (Blue circle) in Figure A.12. The dialog in Figure A.13 will open in which a user can define output items (e.g., saturation levels, pressure, velocity, and/or concentration) and locations (points, lines, planes, or all nodes/elements). To import an existing run-method file, use the Import-Run-config-file button (Yellow circle) in Figure A.12.
Press OK when done, opening a Simulation-control dialog.




Figure A.13. A result-saving-list dialog

| | |
|---|---|
| Step 8. Start a simulation<br><br>Press OK in Figure A.12, opening a Simulation-control dialog in Figure A.14. It is ready to start a simulation. The simulation-control dialog is used to start, pause, resume, and finish the simulations. The time-step length and iteration numbers can be modified.<br><br>The saved mesh is opened, so the dialog shows the file name at the top of the dialog (Red rectangle). | <br>Figure A.14. Simulation-control dialog |
| Step 9. Finish a simulation<br><br>When the simulation is completed, a notice dialog shown in Figure A.15 will open. | <br>Figure A.15. The end of a simulation. |

## A.3. Sample Files

Sample mesh and running-configuration files are given in Figures A.16 and A.17, respectively.

```
20050815
# [1] Basic information for Grid (Size)
5.00000e+000   2.00000e+000   1.00000e+000   12      5       3
0.00000e+000 0.00000e+000 0.00000e+000
# [2] Total numbers of Nodes/Elements/Boundary(ies)
312   180       222
# [3] System Phases:[0]=water, [1]=gas, [2]=napl, and [3]=Heat; Total # of contaminants
1      0 0       0         1
# [4] Node information
0      0.00000e+000     -2.50000e+000  -1.00000e+000  5.00000e-001   1       1
         9.00000e+000   0       0.00000e+000   9.0000000e+000 0.0000000e+000 0
         0.0000000e+000 0.0000000e+000
1      0.00000e+000     -2.08333e+000  -1.00000e+000  5.00000e-001   2       0
         8.99167e+000   0       0.00000e+000   8.9916667e+000 0.0000000e+000 0
         0.0000000e+000 0.0000000e+000
...
310    2.00000e+000     2.08333e+000   1.00000e+000   -5.00000e-001  2       0
         9.90833e+000   0       0.00000e+000   9.9083333e+000 0.0000000e+000 0
         0.0000000e+000 0.0000000e+000
311    2.00000e+000     2.50000e+000   1.00000e+000   -5.00000e-001  1       1
         9.90000e+000   0       0.00000e+000   9.9000000e+000 0.0000000e+000 0
         0.0000000e+000 0.0000000e+000
# [5] Element information
0      0         0       1       79      78      13      14      92      91      1.00000e+000
         1.00000e-002   4.00000e-001   1.00000e+000   5.30000e-011   5.30000e-011
         5.30000e-011   2.00000e+000   0.00000e+000   0.00000e+000   3.00000e+000
         1.00000e-002   0.00000e+000   1.60000e+003   1.00000e-008   1.00000e+000    0
         0       0       0       0       0.00000e+000   0.00000e+000   0.00000e+000    0
         1.00000e+000
1      0         1       2       80      79      14      15      93      92      1.00000e+000
         1.00000e-002   4.00000e-001   1.00000e+000   5.30000e-011   5.30000e-011
         5.30000e-011   2.00000e+000   0.00000e+000   0.00000e+000   3.00000e+000
         1.00000e-002   0.00000e+000   1.60000e+003   1.00000e-008   1.00000e+000    0
         0       0       0       0       0.00000e+000   0.00000e+000   0.00000e+000    0
         1.00000e+000
....
178    2         218     219     297     296     231     232     310     309     1.00000e+000
         1.00000e-002   4.00000e-001   1.00000e+000   5.30000e-011   5.30000e-011
         5.30000e-011   2.00000e+000   0.00000e+000   0.00000e+000   3.00000e+000
         1.00000e-002   0.00000e+000   1.60000e+003   1.00000e-008   1.00000e+000    0
         0       0       0       0       0.00000e+000   0.00000e+000   0.00000e+000    0
         1.00000e+000
179    2         219     220     298     297     232     233     311     310     1.00000e+000
         1.00000e-002   4.00000e-001   1.00000e+000   5.30000e-011   5.30000e-011
         5.30000e-011   2.00000e+000   0.00000e+000   0.00000e+000   3.00000e+000
         1.00000e-002   0.00000e+000   1.60000e+003   1.00000e-008   1.00000e+000    0
         0       0       0       0       0.00000e+000   0.00000e+000   0.00000e+000    0
         1.00000e+000
# [6] Boundary information
0      0 0       1       14      13      0       6       -999    0.00000e+000   -999
         0.0000000e+000
1      0 1       2       15      14      1       6       -999    0.00000e+000   -999
         0.0000000e+000
...
220    2 231     232     310     309     178     4       -999    0.00000e+000   -999
         0.0000000e+000
221    2 232     233     311     310     179     4       -999    0.00000e+000   -999
         0.0000000e+000
# [7] Groundwater Drainage Package
0
```

**Figure A.16.** Sample mesh file.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 99 of 106

CLJA_WATERMODELING_01-0000773879

```
#//////////////////////////////////////////////////////////////////////////////
# Version : v. 4.2.3
# Date    : 8/30/2005
#//////////////////////////////////////////////////////////////////////////////

# Jang's Problem : Groundwater flow simulation
# Solving only a groundwater flow equation.

#
# Line 1. mainRunControl.systemPhase;
#    1st. System Type(1=Natural migration, 2=Air sparging, 3=Thermal venting);
#    2nd. solve Flow Eqns (1=yes, 0=no; solFLeqn);
#    3rd. solve Darcy velocity eqn. (1=yes, 0=no)
#    4th. solve Transport Eqns (1=yes, 0=no; solTPeqn);
#    5th. solve Heat transport eqn. (1=yes, 0=no; 1= nonisoT = nonisothermal condition)
#    6th. nonLinearMode(1=Modified Picard, 2=General Picard)
1       1       0       0       0       2

# Line 2. Phase = Water / Gas / Napl  (1=present, 0=None)
1       0       0

# Line 3(6 variables)
# Mobility: Water / Gas / Napl/ wtrDiffusionOnly / gasDiffusionOnly
# wtrDiffusionOnly : 0=Advection + Diffusion 1= Diffusion Only (No Advection)
1       0       0       0       0

# Line 4. Unit : sec;  (int) 1 = Auto time stepping, 0 = No; Alpha for time-derivative
(0.5 = Crank-Nicolson method).
#   runStartTime; runEndTime; deltaT; deltaTMax; autoTimeStepSW(int); alpha4TimeDev
0.      3600.          10.            60.            1       0.5

# Line 5: All integer
#    maxWaterIteration;  maxGasIteration;  maxNaplIteration;  maxIteration  (Multiphase
iteration = Outer iteration); maxHeatIteration
25      25      25      25      25

# Line 6: Error Tolerance Level of Water/Gas/Napl phase/ Multiphase(Outer iteration) =
All     double     (wtrErrorTL;     gasErrorTL;     nplErrorTL;     ConcentrationErrorTL;
TemperatureErrorTL)
1.0e-3  1.0e-3  1.0e-3  1.0e-4  1.0e-3

# Line 7:
#       moistureCapacityOption = 1;   // 1= Analytical eq., 2= Chord slope method.
#       saveResult_OnOff   = 1;   // 1= True (Save results to files)
#       unSteadyState      = 1;   // 1= Unsteady state
#       sparseMatSolverSW = 1;   // 1= use Sparse matrix solver, 0 = ordinary LU solver.
#       upStreamWeighting       = 0;   // 1= use UpSteream Weighting
1       1       1       1       0

# Line 8: // Constant(=0) or Variable(=1)
#       wtrDensityOptn;  wtrViscstyOptn;  wtrMoleWtOptn;  wtrRetardOptn  3=Local  Equil.;
wtrTotstyOptn;
0       0       0       0       0

# Line 9: Gas property options
#  gasDensityOptn;    //  Constant(=0)  or  1=Density  vs.  Pr.;  2=Density  vs.  Conc.;
3.=Mendoza & Frind; 4=f(C,P) multispecies
# gasViscstyOptn;  // Constant(=0) or Variable(=1);3=f(C) single; 4=f(C) multiple
# gasMoleWtOptn;   // The molecular weight of Gas are Constant(=0) or Variable(=1)
# gasRetardOptn     = 1;   // Constant(=0) or Variable: 1 = Eq. 1
# gasTotstyOptn     = 1;   // Constant(=0) or Variable: 1 = Eq. 1
0       0       0       0       0
```

**Figure A.17.** Sample run-configuration file.



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 100 of 106

CLJA_WATERMODELING_01-0000773880

```
# Line 10:
#       nplDensityOptn    = 0;   // Constant(=0) or Variable(=1)
#       nplViscstyOptn    = 0;   // Constant(=0) or Variable(=1)
#       nplMoleWtOptn     = 0;   // Constant(=0) or Variable(=1)
#
0       0       0

# Line 11: Partitioning and Reactions..............(integer, ON-Off switch)
#       non-equilibrium Mass transfer:(1)Water(W)-Gas(G); (2) W-Napl(N); (3) G-N;
#       (4) Bioreaction in water phase; (5) Bioreaction Type:1=1st order, 2=Monod,
3=Monod with inhibition
#       ;(6) BioRxn No (coefficients)
#       1=Yes, 0=No
#       w/g            w/n            g/n            bioRxn  bioType bioNo
0              0              0              0              0              0

# Line 12:
#       lump4FlowEq           = 1;  // Mass Lumping for Flow equation (0=No, 1=Yes)
#       lump4TransEq   = 1;  // Mass Lumping for Transport equation (0=No, 1=Yes)
#       BousAppx              = 1;  // 0=Complex, 1=Simple assumption
1       1       1

# Line 13:
#       dtToSaveOutput = 0.;   // (double) Interval time to save output files (Unit:
sec/hr/day by fileNameUnit)
#       dtToSaveMesh   = 0.;  // (double) Interval time to save *.ias file (mesh file)
(Unit: sec/hr/day by fileNameUnit)
#       fileNameUnit   = 1.(every sec), 3600.(every Hours), 86400. (every days) : File
name unit (Not less than 1.).
600.    1200.          1.

# Line 14. Specified output time (Saving times for data : max number=7)
# Total Number(int), (double) 1st, 2nd, 3rd (Unit: Unit: sec/hr/day by fileNameUnit).
Do NOT include the final-run time.
2       1000.   2000.

# Line 15: Output saving options.............
#       TotalSavingItems = 1; (int)
2

# Line 16:
#       // List Ouput items ////////////////
#       // target  1= Ele.Sat; 2 = Node Pr.; 3 = Node Conc.; 4=Node Sat.; 5=Ele. Vel.;
6=Node Vel.; 7=Temperature
#       // pattern 0= all Nodes, 1=All X, 2= All Y, 3=All Z, 4=XY plane, 5=XZ plane,
6=YZ plane, 7=Points
#       List[].target; [].pattern; [].x; [].y; [].z
2       0       0.  0.  0.
2       5       0.  0.  0.
```

**Figure A.17.** Sample run-configuration file (continued).



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 101 of 106

CLJA_WATERMODELING_01-0000773881

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

# APPENDIX B. A THREE-DIMENSIONAL ISOPARAMETERIC RECTANGULAR PRISM ELEMENT AND A LINEAR INTERPOLATION FUNCTION

A rectangular prism element (Eight-node-linear element, Rectangular parallelopiped element, Trilinear hexahedral element (or brick) shown in Figure B.1 is a basic element for three-dimensional domains and is used in TechFlow$^{MP}$ model. In a natural coordinate system (ξ,η,ζ), a shape function (basis function) for a rectangular prism element with eight nodes can be written as follows [Hinton and Owen, 1979; Hughes, 1987; Zienkiewicz and Taylor, 1989]:

$$w_i = \frac{1}{8}(1+\xi_i\xi)(1+\eta_i\eta)(1+\zeta_i\zeta) \quad \text{(B.1)}$$

where $\xi_i$, $\eta_i$, $\zeta_i = \pm 1$.




**Figure B.1.** Rectangular prism element



Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 102 of 106

CLJA_WATERMODELING_01-0000773882

The element has faces $\xi = \pm 1$, $\eta = \pm 1$ and $\zeta = \pm 1$ as shown in the Figure B.1. Local coordinates of eight nodes are given in Table B.1.

**Table B.1** Local coordinates of eight nodes.

| Local node number | $\xi_i$ | $\eta_i$ | $\zeta_i$ |
|---|---|---|---|
| 1 | -1 | -1 | 1 |
| 2 | 1 | -1 | 1 |
| 3 | 1 | -1 | -1 |
| 4 | -1 | -1 | -1 |
| 5 | -1 | 1 | 1 |
| 6 | 1 | 1 | 1 |
| 7 | 1 | 1 | -1 |
| 8 | -1 | 1 | -1 |

Each basis function (shape function) has a value of 1 at its own node, and 0 at the other eight nodes. A property of the basis functions for an element is that

$$\sum w_i(\xi,\eta,\zeta) = \sum_{i=1}^{8} w_i(\xi,\eta,\zeta) = 1 \quad \text{every where within the element.} \tag{B.2}$$

and

$$w_i(\xi_j,\eta_j,\zeta_j) = \begin{cases} 1 & if\ i = j \\ 0 & if\ i \neq j \end{cases} \tag{B.3}$$

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## REFERENCES


Adenekan, A. E., et al. (1993), Modeling of Multiphase Transport of Multicomponent Organic Contaminants and Heat in the Subsurface - Numerical-Model Formulation, *Water Resour Res*, *29*, 3727-3740.

ATSDR (1997), *Toxicological profile for trichloroethylene, United States. Agency for Toxic Substances and Disease Registry (ATSDR)*, 1 v. (various pagings) pp., Atlanta, Ga., U.S.

Bear, J. (1972), *Dynamics of fluids in porous media*, xvii, 764 pp., American Elsevier, New York.

Bear, J., and Y. Bachmat (1990), *Introduction to modeling of transport phenomena in porous media*, xxiv, 553 pp., Kluwer Academic Publishers, Dordrecht; Boston.

Benner, M. L., et al. (2002), Factors affecting air sparging remediation systems using field data and numerical simulations, *J Hazard Mater*, *95*, 305-329.

Celia, M. A., et al. (1990), A General Mass-Conservative Numerical-Solution for the Unsaturated Flow Equation, *Water Resour Res*, *26*, 1483-1496.

Clement, T. P., et al. (2000), Natural attenuation of chlorinated ethene compounds: model development and field-scale application at the Dover site, *J Contam Hydrol*, *42*, 113-140.

Diersch, H. J. G., and P. Perrochet (1999), On the primary variable switching technique for simulating unsaturated-saturated flows, *Adv Water Resour*, *23*, 271-301.

Dinicola, R. S., et al. (2002), *Natural attenuation of chlorinated volatile organic compounds in ground water at Operable Unit 1, Naval Undersea Warfare Center, Division Keyport, Washington*, ix, 118 pp., U.S., Information Services distributor, Tacoma, Wash., Denver, Colo.

Domenico, P. A. (1987), An Analytical Model for Multidimensional Transport of a Decaying Contaminant Species, *Journal of Hydrology*, *91*, 49-58.

Falta, R. W., et al. (1992), Numerical Modeling of Steam Injection for the Removal of Nonaqueous Phase Liquids from the Subsurface.1. Numerical Formulation, *Water Resour Res*, *28*, 433-449.

Frind, E. O. (1988), Solution of the Advection-Dispersion equation with free exit Boundary, *Numerical methods for partial differential equations*, *4*, 301-313.

Glascoe, L. G., et al. (1999), Modeling the influence of heat/moisture exchange during bioventing, *J Environ Eng-Asce*, *125*, 1093-1102.

Hart, D. P., and R. Couvillion (1986), *Earth-coupled heat transfer*, 192 pp., National Water Well Association, Dublin, OH.

Haston, Z. C., and P. L. McCarty (1999), Chlorinated ethene half-velocity coefficients (K-s) for reductive dehalogenation, *Environ Sci Technol*, *33*, 223-226.

Hecht, V., et al. (1995), Cometabolic Degradation of Trichloroethylene in a Bubble-Column Bioscrubber, *Biotechnol Bioeng*, *47*, 461-469.

Hinton, E., and D. R. J. Owen (1979), *An introduction to finite element computations*, x, 385 p. pp., Pineridge Press, Swansea [Wales].

Hughes, T. J. R. (1987), *The finite element method: linear static and dynamic finite element analysis*, xxvii, 803 p. pp., Prentice-Hall, Englewood Cliffs, N.J.

Huyakorn, P. S., and G. F. Pinder (1983), *Computational methods in subsurface flow*, xiii, 473 pp., Academic Press, New York.




Case 7:23-cv-00897-RJ Document 397-39 Filed 06/04/25 Page 104 of 106

CLJA_WATERMODELING_01-0000773884

Jang, W. (2005), Unsteady Multiphase Flow Modeling of In-Situ Air Sparging System in a Variably Saturated Subsurface Environment, Ph.D. Thesis, 319 pp, Georgia Institute of Technology, Atlanta.

Jang, W., and M. M. Aral (2003), Concentration Evolution of Gas Species within a Collapsing Bubble in a Liquid Medium, *Environmental Fluid Mechanics*, *3*, 173-193.

Kaluarachchi, J. J., and K. M. M. Islam (1995), Thermal Venting to Recover Less-Volatile Hydrocarbons from the Unsaturated Zone.1. Theory, *J Contam Hydrol*, *17*, 293-311.

Kaviany, M. (1995), *Principles of heat transfer in porous media*, 2nd ed., xxii, 708 p. pp., Springer-Verlag, New York.

Kirtland, B. C., and C. M. Aelion (2000), Petroleum mass removal from low permeability sediment using air sparging/soil vapor extraction: impact of continuous or pulsed operation, *J Contam Hydrol*, *41*, 367-383.

Lehmann, F., and P. H. Ackerer (1998), Comparison of iterative methods for improved solutions of the fluid flow equation in partially saturated porous media, *Transport Porous Med*, *31*, 275-292.

Lingineni, S., and V. K. Dhir (1992), Modeling of Soil Venting Processes to Remediate Unsaturated Soils, *J Environ Eng-Asce*, *118*, 135-152.

Lorah, M. M. (1997), *Natural attenuation of chlorinated volatile organic compounds in a freshwater tidal wetland, Aberdeen Proving Ground, Maryland*, x, 95 pp., U.S., Branch of Information Services distributor, Baltimore, Md., Denver, CO.

Mendoza, C. A., and E. O. Frind (1990a), Advective-Dispersive Transport of Dense Organic Vapors in the Unsaturated Zone.1. Model Development, *Water Resour Res*, *26*, 379-387.

Mendoza, C. A., and E. O. Frind (1990b), Advective-Dispersive Transport of Dense Organic Vapors in the Unsaturated Zone. 2. Sensitivity Analysis, *Water Resour Res*, *26*, 388-398.

Mendoza, C. A., and T. A. Mcalary (1990), Modeling of Groundwater Contamination Caused by Organic-Solvent Vapors, *Ground Water*, *28*, 199-206.

Millington, R. J., and J. P. Quirk (1961), Permeability of porous solids, *Transactions of the Faraday Society*, *57*, 1200-1207.

Montgomery, J. H. (2000), *Groundwater chemicals desk reference*, 3rd ed., xxxv, 1345 pp., CRC Lewis Publishers, Boca Raton.

Nield, D. A., and A. Bejan (1999), *Convection in porous media*, 2nd ed., xxi, 546 pp., Springer, New York.

Park, E., and H. B. Zhan (2001), Analytical solutions of contaminant transport from finite one-, two-, and three-dimensional sources in a finite-thickness aquifer, *J Contam Hydrol*, *53*, 41-61.

Parker, J. C., et al. (1987), A Parametric Model for Constitutive Properties Governing Multiphase Flow in Porous-Media, *Water Resour Res*, *23*, 618-624.

Pavlostathis, S. G., and M. T. Prytula (2000), Kinetics of the sequential microbial reductive dechlorination of hexachlorobenzene, *Environ Sci Technol*, *34*, 4001-4009.

Perry, R. H., et al. (1984), *Perry's Chemical engineers' handbook*, 6th ed., McGraw-Hill, New York.

Reddy, J. N. (1993), *An introduction to the finite element method*, xiii, 495 pp., McGraw-Hill, New York.

Reid, R. C., et al. (1987), *The properties of gases and liquids*, 4th ed., x, 741 pp., McGraw-Hill, New York.

Schmidt, S. K., et al. (1985), Models for the Kinetics of Biodegradation of Organic-Compounds Not Supporting Growth, *Appl Environ Microb*, *50*, 323-331.

Sleep, B. E., and J. F. Sykes (1989), Modeling the Transport of Volatile Organics in Variably Saturated Media, *Water Resour Res*, *25*, 81-92.

Sun, Y., et al. (1999), Analytical solutions for multiple species reactive transport in multiple dimensions, *J Contam Hydrol*, *35*, 429-440.

Suna, Y., et al. (2001), Successive identification of biodegradation rates for multiple sequentially reactive contaminants in groundwater, *J Contam Hydrol*, *51*, 83-95.

Thibodeaux, L. J. (1981), Estimating the Air Emissions of Chemicals from Hazardous-Waste Landfills, *J Hazard Mater*, *4*, 235-244.

Thomson, N. R., et al. (1997), A numerical investigation into factors affecting gas and aqueous phase plumes in the subsurface, *J Contam Hydrol*, *28*, 39-70.

Unger, A. J. A., et al. (1995), Mechanisms Controlling Vacuum Extraction Coupled with Air Sparging for Remediation of Heterogeneous Formations Contaminated by Dense Nonaqueous Phase Liquids, *Water Resour Res*, *31*, 1913-1925.

van Dijke, M. I. J., et al. (1995), Multiphase Flow Modeling of Air Sparging, *Adv Water Resour*, *18*, 319-333.

van Genuchten, M. T. (1980), A Closed-Form Equation for Predicting the Hydraulic Conductivity of Unsaturated Soils, *Soil Sci Soc Am J*, *44*, 892-898.

Vogel, T. M., et al. (1987), Transformations of Halogenated Aliphatic-Compounds, *Environ Sci Technol*, *21*, 722-736.

Wexler, E. J. (1992), *Analytical solution for one-, two-, and three-dimensional solute transport in ground-water systems with uniform flow supplemental report: source codes for computer programs and sample data sets*, [3], 3 leaves pp., Geological Survey (U.S.), Denver, CO.

Wu, C., and J. Schaum (2001), Sources, emission, and exposure for trichloroethylene (TCE) and related chemicals, edited, National Center for Environmental Assessment--Washington Office Office of Research and Development U.S. Environmental Protection Agency, Washington, DC.

Yaws, C. L. (1999), *Chemical properties handbook: physical, thermodynamic, environmental, transport, safety, and health related properties for organic and inorganic chemicals*, vii, 779 pp., McGraw-Hill, New York.

Yaws, C. L., and W. Braker (2001), *Matheson gas data book*, 7th ed., vi, 982 pp., Matheson Tri-Gas, Parsippany, NJ.

Yeh, G. T. (1981), On the Computation of Darcian Velocity and Mass Balance in the Finite-Element Modeling of Groundwater-Flow, *Water Resour Res*, *17*, 1529-1534.

Yu, S. H., et al. (2005), Kinetics and inhibition of reductive dechlorination of chlorinated ethylenes by two different mixed cultures, *Environ Sci Technol*, *39*, 195-205.

Zienkiewicz, O. C., and R. L. Taylor (1989), *The finite element method*, 4th ed., v. pp., McGraw-Hill, London; New York.