**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Civil Action No.: 7:23-CV-897**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES. | ) |
| | ) |
| | ) |

**TABLE OF EXHIBITS**
**IN SUPPORT OF PLAINTIFFS' LEADERSHIP GROUP'S MEMORANDUM OF LAW**
**IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF**
**DR. RODNEY KYLE LONGLEY**

**Ex. 1** – December 7, 2024 Expert Report of Dr. Kyle Longley

**Ex. 2** – December 9, 2024 Expert Report of Jay L. Brigham, Ph.D

**Ex. 3** – January 13, 2025 Rebuttal Report of Dr. Kyle Longley

**Ex. 4** – February 7, 2025 Expert Report of Jay L. Brigham, Ph.D

**Ex. 5** – February 7, 2025 Expert Report of Ari Kelman, Ph.D,

**Ex. 6** – March 17, 2025 Dr. Kyle Longley Response to Dr. Brigham and Dr. Kelman Reports dated 2/7/25

**Ex. 7** – March 27, 2025 Deposition of Jay L. Brigham, Ph.D, transcript excerpts

**Ex. 8** – April 3, 2025 Deposition of Rodney Kyle Longley, Ph.D, transcript excerpts

**Ex. 9** – April 8, 2025 Deposition of Ari Kelman, Ph.D, transcript excerpts

**Ex. 10** – Kyle Longley CV

**Ex. 11** – Kyle Longley Invoices

**Ex. 12** – Declaration of Mike Partain

**Ex. 13** – March 27, 2025 Deposition of Jay L. Brigham, Ph.D, Exhibit 12

**Ex. 14** – *Novartis Pharms. Corp. & Novartis AG v. Breckenridge Pharm. Inc*., Civ. A. Nos. 14-1043, 14-1196, 14-1289 (D. Del. Aug. 18, 2016)

1

**Ex. 15** – *Vifor Fresenius Med. Care Renal Pharma Ltd. v. Teva Pharms. USA, Inc.,* No. 1:20-cv-911-MN (D. Del. May 16, 2022)

**Ex. 16** - *United States v. Weed*, No. 1:04-cr-00103-REB-MEH (D. Colo. March 30, 2007)

**Ex. 17** - *City of Bangor v. Citizen Commc'ns Co.,* No. 1:02-cv-00183-GZS (D. Maine Sept. 7, 2005)