# EXHIBIT 10

## Kyle Longley

Executive Director of the Society for Military History
Henry Salvatori Professor of American Values and Traditions
Director of War, Diplomacy and Society Program
Professor of History
Chapman University
One University Drive
Orange, CA 92866

24536 Acadia Drive
Corona, CA 92883
kylelongley63@gmail.com
480.516.5475 (cell)
longley@chapman.edu

## EDUCATION

UNIVERSITY OF KENTUCKY
    Ph.D. in History, August 1993
TEXAS TECH UNIVERSITY
    M.A. in History and Comparative Literature, August 1989
ANGELO STATE UNIVERSITY
    B.A. in History and Mathematics, *summa cum laude*, May 1987

## GRADUATE PREPARATION

Dissertation Director: Dr. George Herring

Doctoral Fields, Examination in March 1991
    Modern Asia
    U.S. Foreign Relations
    20th Century America
    Modern Latin America
Outside Fields: Political Science and Anthropology
Language: Spanish

## TEACHING AND EDUCATIONAL EXPERIENCE

SOCIETY FOR MILITARY HISTORY, March 2023-present
    Executive Director
CHAPMAN UNIVERSITY, July 2020-present
    Henry Salvatori Professor of American Values and Traditions (August 2022-present)
    Director of the War, Diplomacy, and Society Program (July 2020-July 2024)
    Professor of History (2020-present)
ARIZONA STATE UNIVERSITY, 1995-2020
    Full Professor (2004-2020)
    Snell Family Dean's Distinguished Professor (2003-2020)
    Associate Professor (1998-2004)

1


EXHIBIT 2
WIT: Longley
DATE: 4/3/2025
Pamela Cotten, CSR, RDR

Assistant Professor (1995-1998)
Professor in the School of Historical, Philosophical, and Religious Studies (1995-2020)
Professor in the School of Politics and Global Studies (2008-2020)
Affiliate:
Barrett, The Honors College
Center for Law and Global Affairs, Sandra Day O'Connor Law School
Center on the Study of the Future of War
School of Transborder, Chicana/o and Latina/o Studies
Center for Religion and Conflict
LYNDON B. JOHNSON LIBRARY
Director, July 2018-April 2019
THE UNIVERSITY OF TEXAS, Faculty Associate in the Robert S. Strauss Center (2011-present)
THE CITADEL, visiting assistant professor of history (1994-1995)
CENTRE COLLEGE, visiting assistant professor of history (1993-1994)
UNIVERSITY OF KENTUCKY, instructor and teaching assistant (1989-1993)
TEXAS TECH UNIVERSITY, academic advisor for women's athletics (1988-1989), teaching assistant (1987-1988)

## PUBLICATIONS

BOOKS:

*In Harm's Way: A History of the U.S. Military* (with Gene Smith and David Coffey). New York: Oxford University Press, February 2019.

*LBJ's 1968: Power, Politics, and the Presidency in America's Year of Upheaval.* New York: Cambridge University Press, February 2018.

*The Enduring Legacy: Leadership and National Security Affairs during the Presidency of Ronald Reagan* [co-editor and contributor with Brad Coleman (VMI), University Press of Kentucky, June 2017.

*The Morenci Marines: A Tale of a Small Town America and the Vietnam War*. Lawrence: University of Kansas Press, November 2013, 351 pp. [Electronic and Paperback version, Spring 2015]
    -Winner, Best Book in Arizona History, 2014, from the Arizona/New Mexico Book Co-op Committee
    -Winner, Southwest Book Award, 2015, from the Arizona Historical Society & Pima County Historical Society

*Grunts: The American Combat Soldier in Vietnam.* New York: Routledge, October 2008. 285 pp. [2nd edition, Fall 2016, 6th Reprint, May 2014]
    -Selection of the Military History Book Club, September 2009
    -Required Reading for Incoming Students at the United States Military Academy

*Deconstructing Reagan: Conservative Mythology and America's Fortieth President*, editor and contributor. New York: Routledge, 2006. 171 pp.

*Senator Albert A. Gore Sr.: Tennessee Maverick* [foreword by Vice President Al Gore]. Baton Rouge: Louisiana State University Press, 2004, 350 pp.

*In the Eagle's Shadow: A History of Latin America and the United States.* Malden, MA: Wiley-

2

Blackwell, 2002. 340 pp. [second edition April 2009]
>    -Recommended reading by the U.S. State Department and U.S. Southern
>    Command

*The Sparrow and the Hawk: Costa Rica and the United States during the Rise of José Figueres, 1942-1957*. Tuscaloosa: University of Alabama Press, 1997. 239 pp. [Reprint and Electronic Version 2014]
>    -Winner of the A. B. Thomas Book Prize for outstanding book published in 1997
>    from the Southeastern Council on Latin American Studies

*Applied Number Sense*. Midland: L&L Publishing, 1983. 116 pp.

ONGOING RESEARCH

*The Forever Soldiers: Americans at War in Afghanistan and Iraq* (In editing stage at University of North Carolina Press for publication in Spring 2025).

*Days in the Life: LBJ* (Under contract with Cambridge University Press for submission in January 2025)

*Making Hell on Earth: The Burn Pits and Their Impact on People and the Environment* (research project begun Spring 2024).

ESSAYS IN COLLECTED VOLUMES

"The Obsession: The Reagan Administration and Central America," in Brad Coleman and Kyle Longley, *The Enduring Legacy: Leadership and National Security Affairs during the Presidency of Ronald Reagan* (Lexington: University Press of Kentucky, 2017): 211-38.

"U.S. Troops as an Instrument in Foreign Policy in Cold War Latin America: The Case Studies of the Dominican Republic (1965) and Grenada (1983)" in Christos Frentzos and Antonio Thompson, eds., *The Routledge Handbook of U.S. Diplomatic and Military History, 1865-Present* (New York: Routledge Press, 2013): 258-278.

"The Congress and the Vietnam War: Senate 'Doves" and Their Impact on the War" in David Anderson and Jon Ernst, eds., *The War That Never Ends: New Perspectives on the Vietnam War* (Lexington: University of Kentucky Press, 2007): 289-310.

"The 'Reluctant' Volunteer: The Origins of Senator Albert A. Gore's Opposition to the Vietnam War," in Randall Woods', *The New Anti-Imperialists: Senate and House Opposition to the Vietnam War* (New York: Cambridge University Press, 2003): 204-36.

"When Nationalism Confronted Hegemony: The U.S. Challenge to the Cuban Revolution, 1959-1962," in Jonathan M. Nielson's, *Paths Not Taken: Speculations on American Foreign Policy and Diplomacy, Ideals, Interests and Power* (Westport: Praeger Publishers, 2000): 109-30.

ARTICLES

"Costa Rica and the Environment: The 'Switzerland of the Americas'?" *Discurso* (Southeastern Council on Latin American Studies) 10 December 2020, https://discursorevista.com/f/costa-rica-the-environment-the-"switzerland-of-the-americas"?blogcategory=Policy

"The Vietnam War by Ken Burns and Lynn Novick: A Review," *Diplomatic History* (June 2018): 396-400.

"Between Sorrow and Pride: Memory of the Morenci Nine and the Vietnam War in Small Town

Case 7:23-cv-00897-RJ    Document 398-11    Filed 06/04/25    Page 4 of 28

America," *Pacific Historical Review* (February 2013): 1-30.

"Domestic Politics with Global Consequences: International Implications of Anti-Immigrant Fervor in Arizona SB1070," *Review of Faith and International Affairs* (March 2011): 32-43.

"Target Number One: Foreign Relations and the Tennessee Senate Race of 1970," *Diplomatic History* (September 2004): 529-47.

"White Knight for Civil Rights?: Senator Albert A. Gore Sr. and the Civil Rights Movement," *Tennessee Historical Quarterly* (Fall 1998): 114-130.

"Internationalizing the Teaching of American Foreign Relations: Incorporating the Foreign Perspective into the Classroom," AHA *Perspectives* (November 1996): 23-26, 30.

"Resistance and Accommodation: The United States and the Nationalism of José Figueres, 1953-1957," *Diplomatic History* 18 (Winter 1994): 1-28.

"Peaceful Costa Rica, the First Latin American Battleground of the Cold War: The United States and the Costa Rican Revolution of 1948," *The Americas* L (October 1993): 149-75.

"Resisting Domination: The Relationship Between the United States and José Figueres," *South Eastern Latin Americanist* 36 (Winter 1993): 6-18.

ENCYCLOPEDIAS

Senior Editor, *The Oxford Encyclopedia of Latin America*, Oxford University Press, 2018-present.

Associate Editor, *Encyclopedia of United States-Latin American Relations*, three volumes, Thomas Leonard, ed., Washington, D.C.: Congressional Quarterly Press, 2012).
Winner of a *Choice* Outstanding Academic Title, January 2013.

ENCYCLOPEDIA ARTICLES

"Al Gore," in Donald Critchlow and Phil Vandermeer, eds., *The Encyclopedia of Modern American Politics*. New York: Oxford University Press, 2012.

"The Rio Conference, 1947," in Thomas Leonard, ed., *Encyclopedia of United States-Latin American Relations*. Washington, D.C.: Congressional Quarterly Press, 2012.

"The Bogotá Conference, 1948," in Thomas Leonard, ed., *Encyclopedia of United States-Latin American Relations*. Washington, D.C.: Congressional Quarterly Press, 2012.

"Bill Clinton," in Thomas Leonard, ed., *Encyclopedia of United States-Latin American Relations*. Washington, D.C.: Congressional Quarterly Press, 2012.

"The Baltimore Affair," in Thomas Leonard, ed., *Encyclopedia of United States-Latin American Relations*. Washington, D.C.: Congressional Quarterly Press, 2012.

"José Figueres," in Thomas Leonard, ed., *Encyclopedia of United States-Latin American Relations*. Washington, D.C.: Congressional Quarterly Press, 2012.

"Nicaraguan-Costa Rican Border Battle, 1948," in Thomas Leonard, ed., *Encyclopedia of United States-Latin American Relations*. Washington, D.C.: Congressional Quarterly Press, 2012.

J. William Fulbright, in Thomas Leonard, ed., *Encyclopedia of United States-Latin American Relations*. Washington, D.C.: Congressional Quarterly Press, 2012

"Act of Bogotá," in Thomas Leonard, ed., *Encyclopedia of United States-Latin American Relations*. Washington, D.C.: Congressional Quarterly Press, 2012.

"Panama Canal," in Stanley I. Kutler, ed., *Dictionary of American History*. New York: Charles

Scribner's Sons, 2002.

"contras," in Stanley I. Kutler, ed., *Dictionary of American History*. New York: Charles Scribner's Sons, 2002.

"U.S.-Latin American Relations," in Stanley I. Kutler, ed., *Dictionary of American History*. New York: Charles Scribner's Sons, 2002.

"U.S.-Cuban Relations," in Stanley I. Kutler, ed., *Dictionary of American History*. New York: Charles Scribner's Sons, 2002.

Contributor of forty entries to *The Cold War: A Complete Guide*, Thomas Parish, ed., New York: Holt, 1996.

COMPUTER MATERIALS

"The Age of Imperialism and World War I," U.S. Department of Education project for the Phoenix Union High School system instructor development. (January 2003).

"The United States in the Cold War," U.S. Department of Education project for the Phoenix Union High School system instructor development. (February 2003).

Online Study Guide for George Herring's *America's Longest War* for McGraw-Hill, http://www.mhhe.com/herring (November 2002)

"The United States and Nicaragua during the Sandinista/Contra War," course pack developed for Bell and Howell subsidiary Xanedu, http://www.xanedu.com/coursepacks/ (August 2001)

BOOK AND JOURNAL REVIEWS:

Vanessa Walker, *Principles in Power: Latin America and the Politics of U.S. Human Rights*, Society for Historians of American Foreign Relations, *Passport*, September 2021.

John Lindsay-Poland, *Plan Colombia: U.S. Ally Atrocities and Community Activism* for the *American Historical Review*. Fall 2019.

Greg Daddis, *Withdrawal: Reassessing America's Final Years in Vietnam* for *Diplomatic History*, March 2018.

Jeffrey A. Engel, When the World Seemed New: George H. W. Bush and the End of the Cold War for H-DIPLO, March 2018.

Russell Crandall, *The Salvador Option: The United States and El Salvador* for H-DIPLO, January 2018.

Beth Bailey and Richard Immerman, eds., *Understanding the Wars in Iraq and Afghanistan* for *Diplomatic History*, Fall 2016.

Malcolm Byrne, *Iran-Contra: Reagan's Scandal and the Unchecked Abuse of Presidential Power* for H-DIPLO, November 2015.

Sandra Scanlon, *The Pro-War Movement: Domestic Support for the Vietnam War and the Making of Modern American Conservatism*, forthcoming in *The Register of the Kentucky Historical Society*, Spring 2016.

Linda Tamura, *Nisei Soldiers Break Their Silence: Coming Home to Hood* in *Pacific Historical Review,* January 2014.

Andrew Wiest, *The Boys of '67: Charlie Company's War in Vietnam*, *Michigan War Studies Review*, September 2013, http://www.miwsr.com/2013-076.aspx

Introduction of Terry Anderson's *Bush's Wars* for H-DIPLO 5 April 2012, http://www.h-net.org/~diplo/roundtables/PDF/Roundtable-XIII-22.pdf

Review of Greg Grandin and Gilbert Joseph, eds., *A Century of Revolution: Insurgent and*

Case 7:23-cv-00897-RJ    Document 398-11    Filed 06/04/25    Page 6 of 28

*Counterinsurgent Violence During Latin America's Long Cold War*, 14 May 2012, http://www.h-net.org/~diplo/roundtables/PDF/Roundtable-XIII-27.pdf

Review of Jeremy Kuzmarov, *The Myth of the Addicted Army: Vietnam and the Modern War on Drugs in Diplomatic History* (March 2011): 399-402.

Review of Campbell Craig and Frederik Logevall, *America's Cold War: The Politics of Insecurity* in Society of Historians of American Foreign Relations <u>Perspectives</u> (Summer 2010): 21-23.

Introduction of Bradley Lynn Coleman, *Colombia and the United States: The Making of an Inter-American Alliance, 1939-1960*, 4 March 2010, http://www.h-net.org/~diplo/roundtables/PDF/Roundtable-XI-17.pdf

Review of James Mann, *The Rebellion of Ronald Reagan: A History of the End of the Cold War* for H-DIPLO, 6 November 2009, http://www.h-net.org/~diplo/roundtables/PDF/Roundtable-XI-5.pdf.

Review of Jeremy Kuzmarov, "Modernizing Repression: Police Training, Political Violence, and Nation-Building in the 'American Century,'" *Diplomatic History* (April 2009) on H-DIPLO (9 June 2009) https://exchange.asu.edu/exchweb/bin/redir.asp?URL=http://www.h-net.org/~diplo/reviews/PDF/AR233.pdf

Review of Don Bohning, *The Castro Obsession: U.S. Covert Operations Against Cuba, 1959-1961* in *Cuban Studies* volume 39 (2007), 124-26.

Review of Robert D. Johnson, *Congress and the Cold War* and David Barrett, *The CIA and Congress: The Untold Story from Truman to Kennedy* in *Diplomatic History* (September 2007).

Review of Melvin Small, *At the Water's Edge: American Politics and the Vietnam War* in *The Register of the Kentucky Historical Society* (Winter 2006): 200-201.

Review of Gretchen Murphy, *Hemispheric Imaginings: The Monroe Doctrine and Narratives of U.S. Empire* in the *American Historical Review* (December 2006): 1510-1511.

Review of Lewis L. Gould, *The Most Exclusive Club: A History of the Modern United States Senate* in *The Register of the Kentucky Historical Society* (Autumn 2006): 766-777.

Review of Alan McPherson, *Yankee No!: Anti-Americanism in U.S.-Latin American Relations* in the *American Historical Review* (Winter 2004): 539-40.

Review of Lara Putnam, *The Company They Kept: Migrants and the Politics of Gender in Caribbean Costa Rica, 1870-1960* in *Hispanic American Historical Review* (February 2004): 167-68.

Review of Joseph A. Palmero, *In His Own Right: The Political Odyssey of Senator Robert F. Kennedy* in *The Register of the Kentucky Historical Society* (Summer 2002): 415-16.

Review of Eric Roorda, *The Dictator Next Door: The Good Neighbor Policy and the Trujillo Regime in the Dominican Republic, 1930-1945* and G. Pope Atkins and Larman C. Wilson, *The Dominican Republic and the United States: From Imperialism to Transnationalism* in *Diplomatic History* (Summer 2000).

Review of Deborah J. Yashar, *Demanding Democracy: Reform and Reaction in Costa Rica and Guatemala, 1870s-1950s* in *The Americas* (July 1998): 171-72.

Review of Jean Grugel, *Politics and Development in the Caribbean Basin: Central America and the Caribbean in the New World Order*, in the *Journal of American History* (June 1996): 293-94.

6

Review of Paul Coe Clark, Jr., *The United States and Somoza, 1933-1956: A Revisionist Look* in the *South Eastern Latin Americanist* 37 (Spring 1994): 56-57.

Review of Samuel Z. Stone, *The Heritage of the Conquistadors: Ruling Classes in Central America from Conquest to the Sandinistas* in *Mesoamérica* 14 (December 1993): 325-27.

Review of Thomas D. Schoonover, *The United States in Central America, 1860-1911: Episodes of Social Imperialism and Imperial Rivalry in the World System* in the *South Eastern Latin Americanist* 37 (Summer 1993): 57-58.


COMMUNITY SERVICE MATERIALS

"The History Behind Attacks on the Military Records of Politicians Like Tim Walz," *Time*, 29 August 2024.

"Presidents on the Election Sidelines: Like Job Biden, Lyndon B. Johnson Took Himself Out of a Reelection Race but Struggled With His Role," *The Dispatch*, 19 August 2024.

"History Shows What Biden Needs to Do at the DNC to Help Harris Win," *Time*, 19 August 2024.

"The History Behind Why a BYU Volleyball Game Went Viral," *Washington Post*, 16 September 2022.

"Learning From Past Blunders Is Crucial for New Army Program," *Washington Post*, 11 August 2022.

"The 1950s Congressman Whose Career Explains the Texas GOP's Extremism," *Washington Post*, 7 July 2022.

"The Last Twenty 20 Years Have Remade the Nature of Military Service: Here's How," *Washington Post*, 11 November 2021.

"The Olympics Have Long Been an Arena for the Fight Between Racism and Equality," *Washington Post*, 23 July 2021.

"The U.S. War on Drugs Helped Unleash the Violence in Colombia Today," *Washington Post*, 8 June 2021.

"Our Politics Is No Uglier or Dysfunctional Than in the Past," *Washington Post*, 14 May 2021.

"Lyndon Johnson's Vision for Voting Rights Offers a Vision for Protecting Them," *Washington Post*, 8 April 2021.

"Harassing the Biden Bus Could Backfire on the Republicans: In a Close Election, the Backlash Against Boorish Behavior Can Make an Impact," *Washington Post*, 2 November 2020.

"The Real Meaning of Memorial Day: Families That Endure the Loss of Service Members Deserve a Day of Collective Remembrance," *Washington Post*, 24 May 2020.

"What Democrats Need to Know to Win Latinos: To Avoid a Disappointing 2020 Turnout, the Party Needs to Understand the Nuances of the Latino Electorate," *New York Times*, 20 November 2019 [with Arnold Garcia].

"What Happens When You Kill the Messenger in Nicaragua," *Statfor Worldview*, 23 October 2019.

"Historians on Trump: We've Never Seen Anything Like This," *CNN*, 4 October 2019 [with Lisa Cobbs, Ken Osgood, Jeremi Suri].

"Why Donald Trump Is Just Following in Ronald Reagan's Footsteps on Race," *Washington Post*, 4 August 2019.

"Anti-Americanism, Venezuelan Style," *Statfor Worldview,* 16 July 2019.

"Why It's Wrong to Attack Joe Biden on Civil Rights, *Washington Post*, 1 July 2019.

"President Johnson's Private vs. Public Reaction to Martin Luther King's Assassination," *Newsweek*, 3 April 2018.

"Lyndon Johnson's Trip Around the World," *New York Times*, 2 January 2018.

"Even in the 1960s, the NRA Dominated Gun Control Debates," *Washington Post*, 5 October 2017.

"In Handling North Korea, Restraint Is Donald Trump's Only Option," *Washington Post* 28 August 2017.

"The Heavy Price of War," *New York Times*, 12 August 2017.

"The Grunts War," *New York Times*, 17 February 2017.

"LBJ and the Days of America on Fire," *San Antonio Express News*, 27 September 2016.

"Morenci Paid Heavy Price in the Vietnam War," *Arizona Republic*, 30 August 2016."

"Empty Chairs at a Vietnam War Conference," *Austin American Statesman*, 26 April 2016.

"Lying Our Way Into War? We've Done It Before," *Arizona Republic*, 10 August 2014.

"Can Women Be Brave in Combat? You Bet," *Arizona Republic*, 25 May 2014.

"Always Faithful: The Morenci Nine and the Vietnam War," *Arizona Veterans Magazine*, Spring 2014.

"Remembering the Meaning of Veterans Day," *Eastern Arizona Courier*, 4 November 2013.

"Another View of Veteran's Day," *Austin American Statesman*, 8 November 2013.

"The College Trap," *Austin American Statesman*, 23 August 2013.

"Mr. Obama, Tear Down That Wall: The Border Fence and Its Effect on U.S. Relations with Latin America," *Austin American Statesman*, 22 July 2013.

"While We Were Sleeping: The United States Ignores the Backyard China Is Cultivating," *Austin American-Statesman*, 6 July 2013.

"The Future Builds on the Past," *Austin American-Statesman*, 19 May 2013.

"Reflecting on the Effort to Bring the Vietnam Memorial to Fruition," *Austin American-Statesman*, 10 November 2012.

"Leroy Cisneros: Just One Vietnam War Hero to Honor," *Arizona Republic*, 8 April 2012.

"Americans Can No Longer Ignore Role in Ongoing Mexican Drug War," *Austin American-Statesman*, 11 September 2011.

"ASU Professor Was Model for Excellence in Teaching: In Honor of Professor Dempsey Watkins," *San Angelo Standard-Times*, 19 November 2010 [with Arnold Garcia].

"When Bias Dictates Law," *Austin American Statesman*, 27 April 2010.

"Morenci 9 Leave Local Legacy from Vietnam," Contributing Writer, *The Copper Era* (Morenci/Clifton Arizona), 28 February 2007.

"In Courting Old Enemies in Iraq, the U.S. Is Flirting with Disaster," *Austin American-Statesman*, 9 June 2004.

"The Parenting of a True-Blue Populist," *Los Angeles Times*, 1 September 2002.

"The United States and the Muslim World," in *The September 11 Reader* for the Arizona Humanities Council, February 2002.

"Bush Must Avoid Endless Warfare as Ratings Crutch," *Arizona Republic*, 1 March 2002.

8

EDITOR OF THE SERIES, "Global History," Harlan-Davidson, 2002-2012.
Paul Dosal (University of South Florida), *Cuba Libre: A Brief History of Cuba* (April, 2006).
Jurgen Buchenau (University of North Carolina-Charlotte), *The Crucible of Blood: A Brief History of the Mexican Nation* (April 2008)

DOCUMENTARY CONSULTING
Mylene Moreno, "On Two Fronts: Latinos and the Vietnam War, Souvenir Pictures (Los Angeles)
James Mirabello, "La Lucha: The Struggle" Spark Media (Washington D.C.)

## PROFESSIONAL ACTIVITIES/UNIVERSITY SERVICE/COMMUNITY SERVICE

UNIVERSITY SERVICE:

**Chapman University**

University Faculty Personnel Committee, August 2020-2023
Director, War, Diplomacy, and Society Program, 2020-2024

**Arizona State University**

Associate Director, School of Historical, Philosophical, and Religious Studies (SHPRS), April 2012-May 2014
Head of the History Faculty, April 2013-May 2014
Member of Provost Committee on International Student Assimilation, 2014-present
Member of Provost Taskforce on Redesign of the Online Program, 2013-present
Director of Graduate Studies, History Unit, 2012-2013.
History Unit, Chair, History Unit Seven-Year Review, August 2010-2011.
History Unit, Chair of Personnel and Advisory Committee, August 2011-August 2012.
History Unit, Member, Personnel and Advisory Committee, August 2010-2012.
Dean of College of Liberal Arts and Sciences Committee on Excellence, August 2008-August 2011.
Dean's Fellow, College of Liberal Arts and Sciences, 2009-2010.
Member of Graduate College Committee on Diversity Fellowships, August 2009-August 2011.
Academic Senate Committee on Rules and Bylaws Unification for Arizona State University Campuses, August 2008-2011.
President's Committee on Ten Year Review of Arizona State University Athletic Department for NCAA, August 2008-June 2009.
Member of the Intercollegiate Athletic Board, August 2008-2012.
Member of Provost's Task Force on Issues of Graduation and Retention, August 2007-present
Member of Dean of College of Liberal Arts and Sciences Committee on Retention, July 2007-2011.
Member of the Executive Committee, Dean of College of Liberal Arts and Sciences, September

2007-August 2011.

Chair of Department of History, Personnel and Advisory Committee, August 2007-August 2008

Director of Graduate Studies, 2004-2006.

Chair, Department of History, Carnegie Initiative on the Doctorate, 2003-2005.

Director of Undergraduate Studies, 2000-2003.

Chair of the Department of History Seven Year Review Committee, 2002-2003.

Host of Discovery Tour for the Department of History, 2002.

Discovery Tour Leader for Incoming Undergraduates in CLAS, Fall 2000-2001.

Member of Department of History Preparing Future Faculty Committee, 1999-present.

Chair of Department of History Undergraduate Curriculum Committee, 1999-2001.

Member of Department of History Graduate Admissions Committee, 1999-2005.

Member of the Department of History Personnel Advisory Committee, 1997.

Member of the Department of History Committee on Undergraduate Teaching, 1996-2000.

President, History Graduate Student Association, 1990-1992, University of Kentucky.

Member of Symposium Committee on "Perspectives on the Chinese Democracy Movement of 1989,"
University of Kentucky, (1989-1990).

Graduate Representative on Department of History Speaker Selection Committee, University of
Kentucky, (1989-1991).

Member of Dean of Arts and Sciences Committee on Sexual Harassment, Texas Tech    University,
(1988-1989).

President, Phi Alpha Theta, Texas Tech University (1988-1989).

President, Phi Alpha Theta, Angelo State University (1986-1987).


PROFESSIONAL SERVICE:

Council Member, Society for Historians of American Foreign Relations, 2019-2022.

Program Committee, American Historical Association, 2014-2016.

Robert Ferrell Book Prize Committee, Society for Historians of American Foreign Relations,
August 2012 –2013.

Organization of American History Distinguished Lecturer Board, 2004-2011.

President, Pacific Coast Branch of the American Historical Association, August 2011-August    2012
(3000 members).

Program Chair, Pacific Coast Branch of the American Historical Association, 2010 Meeting.

Organizer and host for "Breaking Down the Walls: Increasing Discourse and Exchanging
Ideas," 2010.

Program Committee, Pacific Coast Branch-American Historical Association, June 2007-August 2008.

Member, Frederick Jackson Turner Book Prize Committee, Organization of American Historians,
2005-2006.

Member of Program Committee for the Conference on Inter-American Relations, 2002.

Chair, A.B. Thomas Book Prize, South Eastern Council on Latin American Studies, 1998-2004.

Organizer and host of the Third Conference on Inter-American Relations, Arizona State University,
February 1998.

Member of Program Committee for the Southern Historical Association meeting in November 1997.

Member of Program Committee for the Conference on Inter-American Relations in September 1996.

Member of the Society for Historians of American Foreign Relations, the American Historical
Association, the Southern Historical Association, the Organization of American History, and

10

the South Eastern Council on Latin American Studies.

COMMUNITY SERVICE:
Consultant and analyst on politics and foreign affairs:
> *New York Times*
> *Newsweek*
> *Washington Post*
> *Los Angeles Times*
> *Associated Press*
> *Arizona Republic*
> *Nashville Tennessean*
> *Boston Globe*
> *ABC News*
> *Austin-American Statesman*
> *San Antonio Express News*
> *JiJi Press*
> *Jornol do Brazil*
> *Slate*
> *Time*
> *Philadelphia Inquirer*
> *CNN*

Speakers Bureau, Phoenix Committee on Foreign Relations, 2006-2011.

Member of Phoenix Committee on Foreign Relations, 2004-present.

Arizona Humanities Council, Speaker's Bureau Participant, 2004-2012.

Professional Consultant, Asylum Consultants and Expert Services, 2002-present.

Political Consultant to Craig Columbus, Congressional Candidate for the 5th Congressional District, 2002.

Executive Board Member of Leadership for America's Children and Families Political Action Committee, 2002-2010.

Advisor to the Mission to the Americas Hurricane Relief Efforts for Central America, 1998-2000.

## HONORS AND AWARDS

The Organization of American Historians, Distinguished Lecturer Designation, 2003-2010.

The Snell Family Dean's Distinguished Professorship, October 2003-present.

Angelo State University Distinguished Alumnus, 2005.

Lyndon B. Johnson Foundation Grant, April 2001.

Arizona State University, College of Liberal Arts and Sciences, Research Award, September 1999.

A.B. Thomas Book Award for outstanding book published in 1997 on Latin American Studies by the Southeastern Council on Latin American Studies, March 1998.

Arizona State University, College of Liberal Arts and Sciences Travel Grant, May 1997.

Franklin D. Roosevelt Foundation travel grant, November 1996.

Arizona State University, College of Liberal Arts and Sciences Research Grant, October 1996.

Moody Fellowship, Lyndon B. Johnson Foundation, October 1995.

Arizona State University, Faculty Development Grant, October 1995.

11

The Citadel Development Foundation Grant, December 1994.

Franklin D. Roosevelt Foundation Travel Grant, April 1992.

A. D. Kirwan Scholarship for outstanding graduate student in history, University of Kentucky, April 1992.

Harry S. Truman Foundation Travel Grant, January 1992.

W. Stull Holt Fellowship, Society for Historians of American Foreign Relations, 1991-1992.

University of Kentucky Graduate Council Dissertation Year Fellowship, 1991-1992.

David Vigness Scholarship for outstanding student in Latin American history, Texas Tech University, 1988.

Carr Scholarship for outstanding student-athlete, Angelo State University, 1987.

West Texas Historical Association Scholarship for outstanding student in history, Angelo State University, 1987.

Carr Academic Scholarship, Angelo State University, 1983-1987.

Fasken Foundation Academic Scholarship, 1983-1987

## TEACHING HONORS AND AWARDS

Professor of the Year Finalist, 2010.

Zebulon Pearce Teaching Award for Outstanding Teacher in the Humanities, 2008.

Arizona State University President's Professor nominee, 2008.

Arizona State University Professor of the Year nominee, 2008.

Associated Students of Arizona State University Centennial Professor for outstanding teacher, 2003-2004.

ASU Habitat for Humanity, "Making the World a Cooler Place to Live" Teaching Award, Fall 2001

Mentor Appreciation Award, Preparing Future Faculty Program, August 2001.

Kappa Alpha Fraternity, National Teacher of the Year Award, Summer 2001.

College of Liberal Arts and Sciences, Outstanding Teacher Award Nominee, 2001, 2002

Arizona State University, College of Liberal Arts and Sciences, Grant for Improving Undergraduate Education, September 1998, September 1999.

## TEACHING

COURSES TAUGHT

Centre College

HIS 14B [U.S. history, 1865-present]
HIS 40A [Modern Latin America]
HIS 47A [U.S. foreign relations, 1775-1920]
HIS 47B [U.S. foreign relations, 1920-present]

The Citadel

HIS 103 [Western Civilization, beginning to 1660]

12

HIS 104 [Western Civilization, 1660-present]
HIS 410 [U.S. Foreign Policy since 1945]
HIS 489 [History of the Vietnam War]
HIS 498 [History of Central America]

Arizona State University

HIS 111 [United States History, 1865-present]
HST 204/POS 191/REL 200/ENG101 [War, Culture, and Memory, Learning Community, lead
    faculty]
HIS 300 [The United States and World War II]
HIS 300 [American Interventions in the Third World]
HIS 306 [Undergraduate Research Seminar on 1980s in Historical Perspective]
HIS 314 [The American Cinema during the Cold War]
HST 340 [American Military History]
HON 394 [The Vietnam War]
HON 394 [America as a Global Superpower]
HON 394 [America's Guerrilla Wars]
HON 394 [Biography in the "American Century"]
HON 394 [The Wars of the Modern Middle East]
POS 394 [America as a Global Superpower]
POS 394 [America's Guerrilla Wars]
HIS 415 [U.S. Foreign Relations, 1775-1920]
HIS 416 [U.S. Foreign Relations, 1920-present]
HIS 464 [U.S.-Latin American Relations]
HIS 475 [The American Experience in Vietnam]
HIS 494/ENG 494 [American Literature and the Holocaust]
HIS 498 [The United States and World War II]
HIS 498 [The United States in the Cold War]
HST 498 [The American Experience in Vietnam]
HST 590 [The Social Constructions of Masculinity and Their Impact on U.S. Foreign Relations]
HST 591 [Twentieth Century America]
HST 591 [The United States and the World]
HST 598 [U.S. Military History]
HIS 598 [Twentieth Century U.S. Foreign Relations]
HIS 598 [U.S. History, 1865-1920]
HIS 598 [U.S. History, 1920-present]
HST 598 [The South in a Modern Era: A Region in Flux]
POS 598 [Qualitative Methods in U.S. International Relations]

President's Community Enrichment Program, "Adventures in Learning"

AIL 101 [The Most Dangerous Place in the World? A History of U.S.-Latin American Relations]
AIL 101 [America's Longest War: The American Experience in Vietnam]
AIL 101 [Distant Chords of Memory: War, Culture, and Memory in the United States]

13

AIL 101 [A Crucible of Blood: The History of Mexico]
AIL 101 [Lands of Jungles and Mountains: A History of Latin America]
AIL 101 [The Closest of Neighbors, Often the Most Distant of Friends: U.S.-Mexican Relations]
AIL 101 [An Eagle Circling the World: America as a Global Superpower]
AIL 101 [In Search of Monsters to Destroy: U.S. Military Interventionism in the World]
AIL 101 [American History A to Z: From John Adams to Peter Zenger (and a lot in between), 1620-1900]
AIL 101 [American History A to Z: From the Atomic Bomb to Emilio Zapata (and a lot in between), 1900-2013]
AIL 101 [The American Way of War]
AIL 101 [Immigration in the Modern World]

Chapman University

HIST 296 Historiography: Americans at War
HIST 252 War and Film
HIST 337 World War II on the International Level
HIST 500 Core Readings in War and Society
HIST 510A War and Popular Culture
HIST 510B Presidents at War
HIST 510C The American Way of War
HIST 520 Methodology in the Writing of International Relations

## DIRECTOR OF RESEARCH AT UNDERGRADUATE AND GRADUATE LEVEL

### CHAPMAN UNIVERSITY

Director:

Jonathan Banks
Michael MacInnes
Jillian Bass
Christen Kadkhodia
Francesca Lichauco
Nick Durrell
Dane Hanson
Devin Clarke
Justin Reid
Doug Morrow
Kyle Missbach
Brian Corteville
Jim McCain
Grayson Jones

14

Committee Member:

Bo Kent
Joseph Dickinson
Winston Andrus
Gregory Falcon
Randy Felder

## ARIZONA STATE UNIVERSITY

SUN ANGEL UNDERGRADUATE RESEARCH AWARDS

Brittany Shumate, "Toward a Colorblind Society?: The Reagan Administration and the Renewal of the Voting Rights Act," 2002.
Erika Neff, "Religion and Foreign Policy: The Origins of Jimmy Carter's Human Rights Policy," 1997.

UNDERGRADUATE HONORS THESES

Chiara Hommel, "A Morning in Vietnam: The Lives of the Nurses Who Served," May 2018 [director]
Megan Manning, "J.D. Manning: The Life of a World War II Draftee," May 2018 [director]
Caroline Fish, "A Ghost Set in Stone: The Memorialization of Nathan Bedford Forrest in Tennessee," May 2016 [director]
Kathryn Rodriguez, "Comparing the Scars of War: Comparative Oral Histories of Vietnam and Iraq Veterans," May 2013 [director]
Natalie Paasch, "Tears in the Desert: Life in the Japanese Internment Camps at Poston and Gila Bend, Arizona," May 2013 [director]
Kelly Roberson, "Terrorism to the South: The Argentine Bombings of the 1990s and Their Immediate and Long Term Effects," April 2013 [director]
Seth Pate, "A Chinese Move Toward Democracy?: Its Impact on U.S. Foreign Relations," April 2008 [director]
Breanna Gormley, "Battling Neighbors: The United States Response to the Honduran-El Salvadoran 'Soccer War,'" April 2008 [director]
Erika Neff, "A Man Ahead of His Times: The Religious and Philosophical Origins of Jimmy Carter's Human Rights Policy," May 1998 [director]
Margaret Barney-O'Neill, "Food Will Win the World: Herbert Hoover and American Food Relief to Poland, 1917-1921," May 1997 [director]

M.A. THESES

Christopher Dean, "The Court Martial of Littleton Waller: A Study in the Atrocity in War in Early Twentieth Century America," July 2009 [director]
Major Timothy Cochran (US Army), "Creating the Many Flag's Campaign: The United States and South Korea and the Decision to Commit ROK Troops into South Vietnam, 1964-

15

1965," July 2004 [director]

Brad Krones, "But the Smoke Brought Action: Patrick Hurley and the China Policy," June 2003 [director]

Jeffrey Lindberg, "Advice and Dissent: Senator Wayne Morse and United States Foreign Relations, 1945-1964," August 1998 [director]

Laura Spannagel, "Popular Culture as Political Protest: Reagan and the Central American Crisis," August 1997 [director]

Eugenie Heebe, "American Foreign Relations During the Cold War: Historiographical and Research Analyses," December 1997 [director]

PH.D. DISSERTATIONS

Completed:

Sabrina Thomas, "The Value of Dust: The Amerasian Issue in American Politics and Diplomacy, 1975-1991," March 2015 [director]

Jean-Marie Stevens, "'They Fought as Bravely as Any American Fighting Men': Conservative Republicans and the Attempt to Save American Exceptionalism from the Loss in Vietnam, 1975-1991," October 2014 [director]

Jon Flashnick, "'Blood is Thicker than Water: Anglo-American Rapprochement in the Mid-Nineteenth Century, 1823-1872," May 2014 [director], instructor Glendale Community College.

Blake Jones, "The Prophet from Plains?: The Religious Origins of President Jimmy Carter's Worldview," April 2013 [director], Assistant Professor, Ohio Valley University
     Winner of the Michael Steiner Award for best dissertation, ASU SHPRS, May 2013

Brock Ruggles, "Political Punk and the Radical Tradition in Music: The USA, 1979-1991" [director].

Penny Moon, "'We Have Got to Lead Them in the Ways of Peace:' The Catholic Peace Fellowship in the Vietnam Era," June 2001 [director], Assistant Professor, Bethel College

PH.D. QUALIFYING COMMITTEE

Completed:

Sabrina Thomas, winner of Graduate College Diversity Fellowship [Modern U.S. foreign relations, chair]

Carlos López, winner of Graduate College Diversity Fellowship [Modern U.S. military history, chair]

Jon Flashnick [Modern U.S. foreign relations, chair]

Jean Marie Stevens [Modern U.S. foreign relations, chair]

Brock Ruggles [Modern United States, chair]

Mark Ashurst-McGee [Modern United States, chair]

Penny Moon [Modern United States, chair]

Joan Miller [Modern U.S. military history, chair]

Blake Jones [Modern U.S. foreign relations, chair]

16

James Holeman [Modern U.S. foreign relations, chair]

**MEMBER OF A COMMITTEE**

UNDERGRADUATE HONORS THESES

Anthony Ricci, "The Snowden Effect: Examining the Legal, Policy, and Political Implications of the Revelations about the NSA Bulk Collection Metadata Program," April 2014 [David Gartner, O'Connor School of Law, director]

Lindsay Hughes, "Democracy to Communism and Back: The Rhetorical Debate on Central America during the 1980s," December 2006 [Shel Simon, Department of Political Science, director]

Adam Michael, "An Analysis of the Political Maneuvering of Two Congress of Vienna Delegates, Prince Klemens Metternich of Austria and Lord Robert Castlereagh of Great Britain," May 2001 [Victoria Thompson, director]

Ron Von Burg, "Revolutionary War Diaries and the American Military Experience," May 1997 [Susan Gray, director]

MA THESES

Completed:

Ted Martens, "Cross Border Partnership and Tourism Management of International Parks: A Case Study of La Amistad," [Timothy Dallen, Department of Recreation Management and Tourism, director]

Eric Nedergaard, "Refusing the Line: The Legacy of the Civil War and the Black Cadets at West Point," July 2003 [Brooks Simpson, director]

Fred Amis, "A Tale of Two Dams: Environmentalism in Nebraska," June 2001 [Phil Vandermeer, director]

Bruce Mehren, "Delayed Conquest: Nicaragua and the Mosquito Shore, 1502-1894," May 1999 [Lew Tambs, director]

James Frusetta, "The United States Balkan Legations and the Macedonia Question, 1919-1941" [Stephen Batalden, director]

Joy Margheim, "U.S.-Mexican Copyright Relations in the Twentieth Century," December 1996 [Beth Luey, director]

PH.D. DISSERTATIONS

Completed:

James Labar, "The Salt River Project: How Projects Shape the Essence of Organization" [Jann Warren Findley, director]

Brian D'Haeseleer (American University), "From Jungles to the Mountains: The American Counterinsurgency Experience in El Salvador, 1979-1992," [Max Friedman, director]

Aaron Moulton (University of Arkansas), "The Transnational 'Cold' War in the Greater

17

Caribbean Basin: Revolutionary Exiles, Presidents, Counterrevolutionary Exiles, Dictators, and the United States, 1944-1954" [Randall Woods, director]

Roger Meade, "Discoveries and Collisions: The Atom, Los Alamos, and the Marshall Islands," April 2014 [Phil Vandermeer, director]

Benjamin Hruska, "Baptized by Saltwater": Acts of Remembrance and Commemoration Surrounding the *USS Block Islands, CVE-21 & CVE-106*," April 2012 [Victoria Thompson, director]

Jill Horohoe, "The First Ladies of the Early 20th Century: Studies in Femininity in the Progressive Era," May 2010 [Gayle Gullett, director]

Michael Casavantes, "Polishing The Jewel: The Role Of The Arizona Republic In The Growth And Development Of Phoenix: 1920-1974" [Phil Vandermeer, director]

Jay Precht, "'The Lost Tribe Wanders No More': A History of the Coushatta Tribe of Louisiana" May 2006 [Peter Iverson, director]

Matthew Makley, "'These Will be Strong': A History of the Washoe People" May 2006 [Peter Iverson, director]

Jason Gart, "Under the Radar: The Rise of the Electronics and Aerospace Industries in Cold War Arizona, 1945-1968," June 2006 [Noel Stowe, director]

Stephen Sloan, "Negotiating a Senate of Place in the Modern Salt River Valley: Urbanites in the Desert," August 2003 [Noel Stowe, director]

Rob Robinson, "Vice and Tourism on the U.S.-Mexico Border: A Comparison of Three Communities in the Era of U.S. Prohibition," July 2002 [Arturo Rosales, director]

Daniel D'Oney, 'The Cruelest Lies Are Often Told in Silence': The Houma Tribe Between 1699 and 2000" May 2002 [Peter Iverson, chair]

Bruce Zachary, "A Nascent Federalism: Federal Urban Relations, Public Housing in Phoenix, Arizona and San Diego, California, 1933-1949," July 2001 [Brad Luckingham, director]

Matt McCoy, "Desert Metropolis: Image Building and the Growth of Phoenix, 1940-1965," August 2000 [Brad Luckingham, director]

Jakko Puisto, "'This Is My Reservation, I Belong Here:' The Salish Kootenai Struggle Against Termination," August 2000 [Peter Iverson, director]

Patrick Lukens-Espinoza, "Mexico, Mexican Americans and the FDR Administration's Racial Classification Policy: Public Policy in Place of Diplomacy," December 1999 [Arturo Rosales, director]

Russell Smith, "Edward Grigg, British Conservatism, and the Empire," August 1998 [Roger Adelson, director]

PH.D. QUALIFYING COMMITTEE

Completed:

Jakko Puisto, [Modern United States, Peter Iverson, chair]
Rob Robinson [Modern United States, Arturo Rosales, chair]
Russell Smith, [Modern United States, Roger Adelson, chair]
Mara Rutten [Modern United States, Peter Iverson, chair]
Doug Seefeldt [Modern United States, Peter Iverson, chair]
Jaime Ruiz [Modern United States, Arturo Rosales, chair]

18

Bruce Zachary [Modern United States, Brad Luckingham, chair]
Matthew McCoy [Modern United States, Brad Luckingham, chair]
Jeff Shepherd [Modern United States, Peter Iverson, chair]
Sam Schmeding [Modern United States, Robert Trennert and Steve Pyne, chairs]
Stephen Sloan [Modern United States, Peter Iverson and Noel Stowe, chairs]
Mark Ashurst-McGee [Modern United States, chair]
Laurie Arnold [Modern United States, Peter Iverson, chair]
Scott Scratton [Modern United States, Noel Stowe, chair]
James Labar, [Modern United States, Noel Stowe, chair]
Alton Carroll [Modern United States, Peter Iverson, chair]
Jay Precht [Modern United States, Peter Iverson, chair]
Matthew Makley [Modern United States, Peter Iverson, chair]
Judy Comer-Schultz [Modern United States, Noel Stowe, chair]
Eric Nedergarrd [Modern United States, Brooks Simpson, chair]
Darby Moore [Modern United States, Noel Stowe, chair]
Susan Lenox [Modern United States, Phil Vandermeer, chair]
Jill Horohoe [Modern United States, Noel Stowe, chair]

## TEACHING MENTOR FOR GRADUATE STUDENTS/PREPARING FUTURE FACULTY PROGRAM

Jaime Aguila [1996-1998]
Lisa Dyea [1996-1998]
Adam Sowards [1998]
Elizabeth Carney [1998]
Penny Moon [1997-2000]
Sam Schmeding [1999-2000]
Paul Heitter [1997-1998]
Greg Lewis [1997-1998]
Timothy Braatz [1997-1998]
Stephen Sloan [1998-2000]
Bruce Zachary [1998-2000]
Bruce Petersen [1998-1999]
Matt McCoy [1998-2000]
Shawn England [2000]
Tim Cochran [2002-04]
Kara Carroll [2005-2007]
Jon Flashnick [2005-2007]
Jean-Marie Stevens [2007-2012]
Bonnie Thompson [2007-2009]
Blake Jones [2008-2013]
James Holeman [2008-present]
Sabrina Thomas [2009-present]

## RESEARCH PAPERS PRESENTED

19

"When the War Never Ends: Veterans and the Vietnam War," Austin Community College
History Symposium Featured Speaker, October 2019 (20 pages).

"The Forever Soldiers: Americans at War in Afghanistan and Iraq," Charles C. Griffin Memorial
Lecture, Vassar College, September 2019 (16 pages)

"Is This Treason: The October Surprise that Wasn't," Center for Presidential History and
Clements Center for Southwest Studies, Southern Methodist University, March 2019 (14 pages).

"As a Result, I Will Not Seek Re-election: The March 31, 1968 Speech," Robert Maxwell
Lecture, Stephen F. Austin University, Nacogdoches, Texas, February 2019 (16 pages).

"Is This Treason?: The October Surprise that Wasn't," University of Oklahoma, Norman,
Oklahoma, October 2018 (14 pages).

"The Election of 1968: The Short and Long-Term Consequences," Humanities Texas Fall
Workshop, Austin, Texas, October 2018 (15 pages)

"The Year of the Continuous Nightmare," National Endowment for the Humanities Summer
Seminar, Southern Methodist University, Dallas, Texas, June 2018, (20 pages)

"As a Result, I Will Not Seek Re-election: The March 31, 1968 Speech," Sivert O. and Marjorie
Allen Skotheim Memorial Lecture, Whitman College, Walla Walla, Washington, April
2018 (16 pages).

"An Obsession: The Reagan Administration and Central America," U.S. State Department, June
2017 (15 pages)

"The Mouse that Roared: Oscar Arias Versus the Reagan Administration Over Peace in Central
America," Clements Center Conference, University of Texas, Austin, Texas, January
2017 (22 pages).

"Coming Home: The Challenges of Contemporary Veterans in the Classroom," Roundtable
Discussant, American Historical Association Annual Meeting, Denver, Colorado, January
2016 (10 pages).

"Teaching U.S. History in the Global Context," Roundtable Discussant, American Historical
Association Annual Meeting, Denver Colorado, January 2016 (10 pages).

"The Morenci Marines: A Tale of Small Town Vietnam and the Vietnam War," Center for the
American West, University of Colorado, Boulder, Colorado, October 2016 (15 pages)

"The Morenci Marines: A Tale of Small Town Vietnam and the Vietnam War: Incorporating
the Story into the Secondary Classroom" Featured Speaker at the Arizona Council for
History Education, August 2016 (15 pages)

"The Past, Present, and Future of Cuba and Its Relationship with the United States, Fletcher
School of Law and Diplomacy, Tufts University, November 2015 (10 pages)

"The Morenci Marines: A Tale of Small Town America and the Vietnam War," The Helen
Devitt Jones Memorial Lecture, The Vietnam Center and Archive, Texas Tech
University, October 2015 (15 pages)

"An Obsession: The Reagan Administration and Central America, 1981-1989," John A. Adams
Center for Military History and Strategic Analysis, Virginia Military Institute, November
2014 (10 pages)

"Living Historical Memory: The Morenci Marines, Public and Living Histories," Institute for
Historical Studies, University of Texas-Austin, February 2014 (12 pages)

"Red, White, and Blue to the Corps, 1966: The Morenci Nine and the Decision to Join,"
McMullen Symposium, United States Naval Academy, September 2013 (10 pages).

"Between Sorrow and War: The Morenci Nine and the Memory of the Vietnam War in Small

Town America," Presidential Address for the Pacific Coast Branch of the American Historical Association, San Diego, California (17 pages)

"Roundtable on Terry Anderson's *Bush's Wars*," Pacific Coast Branch of the American Historical Association, Seattle, Washington, August 2011 (9 pages)

"Roundtable on Latin America and the Long Cold War," Pacific Coast Branch of the American Historical Association, Seattle, Washington, August 2011 (10 pages)

"Domestic Politics with Global Consequences: International Dimensions of Arizona SB 1070," Nyack College and National Association of Evangelicals, Washington, DC, November 2010.

"Macho Presidents: Masculinity and Constructions of the Self and Its Impact on Modern American Presidents," Pacific Coast Branch of the American Historical Association, Santa Clara, California, August 2010 (10 pages).

"War in the West: The Case of the Mining Towns during the Vietnam War," Pacific Coast Branch of the American Historical Association, Santa Clara, California, August 2010 (10 pages).

"Roundtable on George Herring's *From Colony to Superpower*," Society for Historians of American Foreign Relations, Madison, Wisconsin, June 2010 (12 pages)

"Big Daddy from the Perdenales: A Roundtable on the Legacy of Lyndon Johnson," Pacific Coast Branch of the American Historical Association, Albuquerque, New Mexico, August 2009 (8 pages).

"The Forgotten Neighbors: The History of the United States and Latin America," The Robert and Alma Wade Lecture, Kentucky Wesleyan University, April 2009 (22 pages)

"Grunts: The American Combat Soldier in Vietnam," University of Kentucky, April 2009 (15 pages)

"Grunts: The American Combat Soldier in Vietnam," Vanderbilt University, April 2009 (15 pages)

"Grunts: The American Combat Soldier in Vietnam," Baylor University, March 2009 (15 pages)

"Grunts: The American Combat Soldier in Vietnam," Texas Christian University, March 2009 (15 pages)

"Grunts: The American Combat Soldier in Vietnam," Texas A&M University, March 2009 (15 pages)

"Grunts: The American Combat Soldier in Vietnam," Library of Congress, November 2008 (15 pages)

"Views from the Beneath the Jungle Canopy: The American Grunts in Vietnam," Conference on the History of American Military Occupations, New York Military Affairs Symposium, October 2008 (12 pages)

"Uncle Sam's Banana Wars: The History of U.S. Military Occupation in Latin America in the 1920s and 1930s," Conference on the History of American Military Occupations, New York Military Affairs Symposium, October 2008 (20 pages)

"Grunts: The American Combat Soldier in Vietnam," Salztman Center for War and Peace Studies, Columbia University, October 2008 (15 pages)

"The American Combat Soldier in Vietnam," New Jersey Vietnam Veterans Memorial Foundation, October 2008 (10 pages)

"The Legacy of Ronald Reagan in the Modern World," Pacific Historical Association Branch of the American Historical Association, Pasadena, California, August 2008 (10 pages)

21

"Anti-Americanism in Latin America: Its Origins and Manifestations," U.S. Southern Command, Miami, Florida, August 2008 (11 pages)

"Latin America and the World," in "Space, Place and Latin America: A Roundtable on the Intersection of History and Geography in Inter-American Relations," Society for Historians of American Foreign Relations, Reston, Virginia, June 2007 (10 pages)

"The Current Condition of U.S.-Latin American Relations," Command Staff and Strategic Planning Department, United States Military Academy, West Point, New York, May 2007 (20 pages)

"Strategic Turning Points in Insurgencies: Case Studies in American History," Corps of Cadets, United States Military Academy, West Point, New York, May 2007 (15 pages)

"The Short, Sweet Dream of Clive Garcia, Jr. USMC of Morenci, Arizona," Arizona Historical Society Annual Meeting, Pinetop, Arizona, April 2007 (twelve pages)

"The Cowboy and the Caudillo: George W. Bush and Hugo Chavez in Contemporary U.S.-Venezuelan Relations," Roundtable Discussion Chair, Society for Historians of American Foreign Relations, Lawrence, Kansas, June 2006 (8 pages).

"Senator Albert Gore, Sr. and the Issue of Civil Rights," Southern Festival of Books (also carried by C-SPAN), November 2005 (12 pages).

"The Last Campaign: Senator Albert Gore and the 1970 Senate Race," National Press Club, December 2004 (10 pages).

"Senator Albert Gore, Sr.: Tennessee Maverick," Southern Festival of Books (also carried by C-SPAN), Memphis, Tennessee, October 2004 (11 pages).

"Red, White, and Blue to the Core: The Morenci 9 and the Decision to Join the Marine Corps, July 1966,"Arizona Historical Society Annual Meeting, Safford, Arizona, April 2004 (twelve pages).

"Latin America as Testing Ground: The United States in Latin America and Keys to Understanding Contemporary U.S. Foreign Relations," U.S. State Department, October 2003, Washington, D.C. (twenty pages).

"Target Number One: Albert Gore Versus the White House and the Impact of Foreign Policy Issues on the 1970 Senate Campaign," Tennessee Conference of Historians, September 2003, Nashville, Tennessee (eleven pages).

"In Search of a Hero: Conservative Mythology and the Creation of the Cult of Reagan," Pacific Coast Branch, American Historical Association, Tucson, Arizona, August 2002 (ten pages).

"The United States and Latin America," Arizona Book Fair, Phoenix, Arizona, April 2002. (six pages)

"The Muslim World and the United States," Series of seven lectures given throughout Arizona for the Arizona Humanities Council, Fall 2001-Spring 2002. (fifteen pages).

"A Tennessee Volunteer's Views on Cuba: Senator Albert Gore, Sr. and the Bay of Pigs," Southern Historical Association, Louisville, Kentucky, November 2000 (eleven pages).

"International Dimensions of the Costa Rican Civil War of 1948," Center for Latin American Studies, University of Kansas, April 1999 (fifteen pages).

"Liberal, Populist, Progressive: The Political Philosophy of Senator Albert A. Gore, Sr.," Vanderbilt University, November 1998 (twenty pages).

"White Knight for Civil Rights?: The Civil Rights Record of Senator Albert A. Gore, Sr.," Gore Center, Middle Tennessee State University, November 1997 (ten pages).

22

"The Last Populist?: The Political Career of Senator Albert A. Gore, Sr.," Vassar College, October 1997 (fifteen pages).

"A Small Town Boy in a Big World: The Foreign Policy Attitudes and Actions of Senator Albert A. Gore, Sr. during the Stormy 1960s," Society for Historians of American Foreign Relations, Washington D.C., June 1997 (eleven pages).

"Putting the Dove in the Cross Hairs: The U.S. Response to the Esquipulus II Accords," Society for Historians of American Foreign Relations, Boulder, Colorado, June 1996 (twelve pages).

"Geopolitical Weapons of the Weak: Responses of the Developing World to the United States," Society for Historians of American Foreign Relations, Annapolis, Maryland, June 1995 (twenty pages).

"The Switzerland of the Americas?: Images, Myths, and Stereotypes in U.S.-Costa Rican Relations," South Eastern Council on Latin American Studies, Chapel Hill, North Carolina, March 1995 (eleven pages).

"Internationalizing the Teaching of U.S. Foreign Relations: Incorporating the Foreign Perspective into the Classroom," Association of Writing Across the Curriculum, Charleston, South Carolina, February 1995 (ten pages).

"Operating Outside Normal Channels: The Creation of Ties Between the Partido Liberación Nacional of Costa Rica and the Vital Center Liberals in the United States," Council on Inter-American Relations, Jacksonville, Florida, August 1994 (fourteen pages).

"Resistance, Accommodation, and Subordination: Third World Responses to the United States in the Postwar Era," American Foreign Policy Center, Ruston, Louisiana, April 1994 (twenty pages).

"Caught Between Feuding Neighbors: The U.S. Response to the Somoza-Figueres Rivalry, 1948-1955" South Eastern Council on Latin American Studies, Lafayette, Louisiana, April 1994 (eleven pages).

"The U.S. Response to the Sian Captivity: Problems of the Understanding Complexities of Rural Societies," Society for Historians of American Foreign Relations, Charlottesville, Virginia, June 1993 (twelve pages).

"Resisting Domination: The United States and the Nationalism of José Figueres, 1953-1957," Society for Historians of American Foreign Relations, Hyde Park, New York, June 1992 (ten pages).

"Dependent Resistance: The History of U.S.-Costa Rican Relations," Ohio Valley Historical Conference, Richmond, Kentucky, October 1990 (eleven pages).

"U.S.-Costa Rican Relations during the Revolution of 1948: The Origins of the Containment Policy in Latin America," Society for Historians of American Foreign Relations, College Park, Maryland, August 1990 (twelve pages).

"The Costa Rican Revolution of 1948," Southwest Social Sciences Association, Houston, Texas, March 1988 (eleven pages)

Featured speaker at the Texas Math and Science Teachers state convention, Austin, Texas, 1984, San Antonio, Texas, April 1986.

## PUBLIC PRESENTATIONS SINCE 2001

"The Drive for Peace in the World," Orange County United Nations Council, October 2022.

"The New Politics of Latin America," Orange County World Affairs Council, July 2022.

"As a Result, I Will Not Seek Re-election: The March 31, 1968 Speech," Georgetown Public Library, January 2019.

"The LBJ Library in Historical Perspective," Longhorn Village, Austin, Texas, December 2018.

"LBJ's 1968: The Year of the Continuous Nightmare," Book People Bookstore, Austin, Texas, September 2018.

"LBJ and 1968: A Roundtable Discussion with Bill Moyers, Lynda Robb, and Tom Johnson," LBJ Library, Austin, Texas, June 2018.

"The Russians Tanks Are Rolling: The U.S. Response to the Warsaw Pact Invasion of Czechoslovakia in 1968," Association of Former Intelligence Officers, Arizona Chapter, December 2017.

"The Dirty Bastards Are Out to Embarrass Us: The Pueblo Crisis of 1968 and Understanding the North Koreans," Arizona Foreign Service Retirees Association, November 2017.

"The Lasting Statement: The 14 Points in Historical Perspective," Scottsdale Public Library, November 2017.

"The United States and World War I: Honoring the American Contribution in the Great War," Scottsdale Public Library, April 2017.

"Honoring Our Veterans: Commemorating the 50[th] Anniversary of the Vietnam War," Scottsdale Public Library, November 2016.

"The Ghosts of Isolationist Pasts: The Historical Origins of Isolationism in U.S. Foreign Policy," Wiseguises II, Scottsdale, Arizona, October 2016.

"The Terrible Year of 1968 and the Legacy of Vietnam on Society and the Presidency," Front and Center Radio Talk Show, September 2016.

"The Morenci Marines and the Legacy of Service," Sunday Sound Off, NBC Channel 12, Phoenix, Arizona, July 2016.

"The Morenci Marines: A Tale of Small Town America and the Vietnam War," Salem State University, November 2015.

"Greenlee County Vietnam Veterans and the Sacrifice and Service," American Legion Post, Clifton, Arizona, May 2015.

"Vietnam Veterans and the Welcome Homes," Arizona State University/Pat Tillman Center, Glendale, Arizona, February 2015.

"American Combat Soldiers in Vietnam: The Lasting Legacies," Veterans Heritage Hour Radio Show, Scottsdale, Arizona, February 2015.

"The Morenci Marines: A Tale of Small Town America and the Vietnam War," Safford Public Library Monthly Series, November 2014.

"Where Have All the Children Come From? Understanding the Origins of the Recent Central American Refugee Crisis, Wiseguises II, Scottsdale, Arizona, October 2014.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," Dale Center, University of Southern Mississippi, Gulfport, Mississippi, October 2014.

"Morenci Marines: A Tale of a Small Town and the Vietnam War," Clements Center for the Study of the Southwest, Southern Methodist University, Dallas, Texas, September 2014.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," Texas Christian University, Fort Worth, Texas, September 2014.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," Texas A&M International University, Laredo, Texas, April 2014.

24

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," University of
    Oklahoma, Norman, Oklahoma, April 2014.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," Oklahoma State
    University, Stillwater, Arizona, April 2014.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," United States Naval
    War College Eight Bells Symposium, Newport, Rhode Island, March 2014.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," Corps of Cadets,
    United States Military Academy, West Point, New York, March 2014.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," Tucson Festival of
    Books, Tucson, Arizona, March 2014.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," Burton Barr Public
    Library, Phoenix, Arizona, February 2014.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," Eastern Arizona
    University, Thatcher, Arizona, January 2014.

"The Marines of Morenci," Arizona Horizon Program, PBS Channel Eight, November 2013.

"The Morenci Marines: A Tale of a Small Town and the Vietnam War," SHPRS Community
    Forum, Phoenix Arizona, November 2013.

"Guatanamo Bay and the Politics of Human Rights and Foreign Policy," Public History
    Community Engagement Project, October 2013.

"All Politics Is Global: Foreign Policy in Past and Present Presidential Elections," School of
    Historical, Philosophical, and Religious Studies Community Forum, October 2012.

"The Morenci Nine and the Vietnam War," Mesa Rotary Club, October 2012.

"The International Dimensions of Arizona SB1070," Arizona Foothill Democrats Club, October
    2010.

"The Great Depression and New Deal," Arizona Academic Decathlon Coach's Conference,
    September 2010.

"Grunts: The American Combat Soldier in Vietnam," Carefree Lion's Club, March 2010.

"Grunts: The American Combat Soldier in Vietnam," Voice of America Radio, Washington,
    D.C., November 2008.

"The Veterans of Greenlee County and Their Impact on America and the World," Memorial Day
    Service, Veterans of Foreign Wars and Vietnam *Veteranos*, Clifton, Arizona, May 2007.

"The Mexican Revolution of 1910 in Modern Mexican History," International Baccalaureate
    Program, Westwood High School, Mesa, Arizona, April 2007.

"The Reagan Legacy: Conservative Mythology and Ronald Reagan," WORT Radio, Madison,
    Wisconsin, February 2007.

"Red Tide Rising?: The Rise of the Latin American Left and Its Impact on U.S.-Latin American
    Relations," The Phoenix Committee on Foreign Relations, Phoenix, Arizona, January
    2007.

"The Troop Surge in Iraq: President Bush's Speech and International Public Opinion," *The
    Arizona Republic* Forum, Phoenix, Arizona, January 2007.

"Red Tide Rising?: The Rise of the Latin American Left and Its Impact on U.S.-Latin American
    Relations," The Woodside Group, Cave Creek, Arizona, January 2007.

"Always Faithful: The Morenci 9, Small Town America, and the Vietnam War," Arizona
    Historical Society, Tucson, Arizona, November 2006.

"Grunts: The American Combat Soldier in Vietnam," Scottsdale Public Library, Arabian

25

Branch, November 2006.

""Always Faithful: The Morenci 9, Small Town America, and the Vietnam War," Daughters of the American Revolution, Mesa, Arizona, October 2006.

"Brazil: The Sleeping Giant?" World Affairs Council, Scottsdale, Arizona, April 2006.

"The Gadsden Purchase," Yuma Crossing State Historic Park, Yuma, Arizona, March 2006.

"Always Faithful: The Morenci 9, Small Town America, and the Vietnam War," Yuma Crossing State Historic Park, Yuma, Arizona, March 2006.

"The Closest of Neighbors, Often the Most Distant of Friends: The United States and Mexico," Maricopa Southeast Regional Library, Gilbert, Arizona, January 2006.

"As American as Cherry Pie: The History of American Dissent in U.S. Foreign Policy," the Woodside Group, Cave Creek, Arizona, January 2006.

"The History of Dissent in America," The Pat McMahon Show, KAZTV, Phoenix, Arizona, October 2005.

"The Vietnam War & Its Lasting Impact on the United States," Maricopa Country Library, Mustang Branch, Scottsdale, Arizona, May 2005.

"The Vietnam War in Historical Context," Kerr Cultural Center, Scottsdale, Arizona, April 2005.

"Senator Albert Gore, Al Gore, and the Current State of Affairs in America," The Charles Goyette Show, Air America Phoenix, KPHX, Phoenix, Arizona, March 2005.

"Senator Albert Gore, Sr.: Tennessee Maverick," The Book Club, WFGH Radio, Abingdon, Virginia, January 2005.

"In the Eagle's Shadow: The United States and Latin America," The Woodside Group, Cave Creek, Arizona, January 2005.

"Always Faithful: The Morenci 9, Small Town America, and the Vietnam War," John Wesley Powell Museum, Page, Arizona, December 2004.

"Always Faithful: The Morenci 9, Small Town America, and the Vietnam War," Northern Arizona University, Flagstaff, Arizona, December 2004.

"The Gadsden Purchase," Salazar-Ajo Library, Ajo, Arizona, November 2004.

"The Closest of Neighbors, Often the Most Distant of Friends: The United States and Mexico," Maricopa County Library, Foothills Branch Library, Glendale, Arizona, November 2004.

"Senator Albert Gore, Sr.: Tennessee Maverick," John Siegenthaler's "Word on Words," Nashville Public Television, Nashville, Tennessee, October 2004.

"Presidential Elections and American Foreign Policy," Tempe Public Library and the Arizona Humanities Council, Tempe, Arizona, October 2004.

"The United States and Mexico: The Challenges of Coexistence," International Press Club and Greater Phoenix Economic Council, Phoenix, Arizona, October 2004.

"The United States and Mexico: Shared Visions, Competing Interests," Foreign Press Association and the Greater Phoenix Chamber of Commerce," Phoenix, Arizona, October 2004.

"Always Faithful: The Morenci 9, Small Town America, and the Vietnam War," University of Arizona, Tucson, Arizona, April 2004.

"The Overthrow of Jean-Bertrand Aristide in Haiti," The Mike Newcomb Show, Air America Phoenix, KPHX, Phoenix, Arizona, March 2004.

"The Closest of Neighbors, Often the Most Distant of Friends: The United States and Mexico," Florence Community Library, Florence, Arizona, February 2004.

"In the Eagle's Shadow: The United States and Latin America," Tempe Historical Museum,

26

Tempe, Arizona, February 2004.

"Always Faithful: The Morenci 9, Small Town America, and the Vietnam War," Morenci High School, Morenci, Arizona, November 2003.

"Always Faithful: The Morenci 9, Small Town America, and the Vietnam War," Eastern Arizona College, Thatcher, Arizona, November 2003.

"Always Faithful: The Morenci 9, Small Town America, and the Vietnam War," Tempe Historical Museum, Tempe, Arizona, November 2003.

"The United States and the Muslim World," Phoenix Public Library, Phoenix, Arizona, December 2001.

"The United States and the Muslim World," Arizona State University Downtown Center, Phoenix, Arizona, November 2001.

"The United States and the Muslim World," Lake Havasu Public Library, Lake Havasu, Arizona, November 2001.

"The United States and the Muslim World," Tempe Public Library, Tempe, Arizona, October 2001.

"The United States and the Muslim World," Maricopa County Library, Glendale Branch, Glendale, Arizona, October 2001.


## PEOPLE WILLING TO PROVIDE LETTERS OF RECOMMENDATION:

Dr. Laura Belmonte
Dean of Liberal Arts and Human Sciences
Virginia Tech University
200 Stranger Street
Blacksburg, Virginia 24061
(918)906-2134
belmonte@vt.edu

Dr. Marisa Cianciarulo
Dean of the Dale E. Fowler School of Law
Doy and Dee Henly Chair in Law
Chapman University
One University Drive
Orange, California 92866

Dr. Chouki El-Hamel
Professor of History
Arizona State University
Box 874302
Tempe, Arizona 85287
Cell: (480)735-1441
Chouki@asu.edu

27