# EXHIBIT 11

# Invoice for Services



EXHIBIT 22
WIT: Longley
DATE: 4/3/2025
Pamela Cotten, CSR, RDR

Date 8/1/2024     Invoice # 1077

Kyle Longley
24536 Acadia Drive
Corona, CA 92883
Phone: (480)516-5475
Email: longley@chapman.edu; Kylelongley63@gmail.com

**Billed To:**

Bell Legal Group
219 Ridge Street
Georgetown, SC 29940

| Date: | Description of Services | Hours Worked | Rate |
|---|---|---|---|
| Monday, July 8, 2024 | Online research for case to create a bibliography | 2 hours | $700 |
| Wednesday, July 9, 2024 | More work on bibliography and research and preparation for meeting | 1 hour | $350 |
| Thursday, July 11, 2024 | Meeting with research legal group | 1 hour | $350 |
| Friday, July 12, 2024 | Secondary Reading and taking notes | 2 hours | $700 |
| Saturday, July 13, 2024 | Secondary Reading and taking notes | 2 hours | $700 |
| Monday, July 15, 2024 | Secondary Reading and taking notes | 2 hours | $700 |
| Tuesday, July 16, 2024 | Organizing Materials and emails gathering Information from previous researchers in the field | 1 hour | $350 |
| Friday, July 19, 2024 | Zoom meeting with former congressional staffer and Rand expert | 1 hour | $350 |
| Saturday, July 20, 2024 | Secondary Reading and taking notes | 2 hours | $700 |
| Sunday, July 21, 2024 | Secondary and Primary Document Reading and taking notes | 2 hours | $700 |
| Monday, July 22, 2024 | Organizing materials and reading and taking notes on secondary and primary sources | 2 hours | $700 |
| Tuesday, July 23, 2024 | Taking notes on primary sources | 2 hours | |
| Wednesday, July 24, 2024 | Reading theses and taking notes on Secondary sources | 2 hours | $700 |
| Thursday, July 25, 2024 | Reading theses and taking notes on Digital community archive | 2 hours | $700 |
| Friday, July 26, 2024 | Conversation with Chief Marine Corps Archivist, John Lyles Reading and taking notes on digital | .5 hours | $175 |

|  |  |  |  |
|---|---|---|---|
|  | archive project and theses | 1 hours | $350 |
| Sunday, July 28, 2024 | Reading government primary documents | 1.5 hours | $525 |
| Monday, July 29, 2024 | Reading government primary documents | 2 hours | $700 |
| Tuesday, July 30 | Reading and organizing new materials in recently obtained folder of materials | 1 hour | $350 |
| Totals |  | 30 hours | $10,500 |

Total to be Paid for July for July 2024:  $10,500

# Invoice for Services

Date 9/1/2024                                                      Invoice # 1079

Kyle Longley
24536 Acadia Drive
Corona, CA 92883
Phone: (480)516-5475
Email: longley@chapman.edu; Kylelongley63@gmail.com

**Billed To:**

Bell Legal Group
219 Ridge Street
Georgetown, SC 29940

| Date: | Description of Services | Hours Worked | Rate |
|---|---|---|---|
| Thursday, August 1, 2024 | Reading government and primary documents | 2 hours | $700 |
| Saturday, August 3, 2024 | Reading government and primary documents | 1 hours | $350 |
| Tuesday, August 6, 2024 | Reading *The Globe* | 2 hours | $700 |
| Sunday, August 11, 2024 | Review of finding aids for the archives | 1 hours | $350 |
| Monday, August 12, 2024 | Onboarding and collection of materials to Review with initial overview of early collections | 3 hours | $1050 |
| Tuesday, August 13, 2024 | Review of personal collections in Marine Corps Archive | 5 hours | $1750 |
| Wednesday, August 14, 2024 | Meeting with Leslie and Zack to review materials found | .75 hours | $262.50 |
|  | Review of personal collections in Marine Corps Archive | 5 hours | $1750 |
| Thursday, August 15, 2024 | Review of photographic collections in Marine Corps Archive | 3 hours | $1050 |
| Friday, August 16, 2024 | Mapping of Command Chronologies | 1 hours | $350 |
| Tuesday, August 20, 2024 | Corresponding with head of National Archives II unit and the Naval Historical and Heritage Archive. | .5 hours | $175 |
|  | Writing narrative from materials at the Marine Corps | .5 hours | $175 |
| Friday, August 23, 2024 | Meeting with leadership team | .75 hours | $262.50 |
| Sunday, August 25, 2024 | Reading and taking notes for deposition | 1 hour | $350 |
| Monday, August 26, 2024 | Reading journal articles and taking notes and working on documents provided for plaintiff | 1 hour | $350 |
| Tuesday, August 27, 2024 | Reading and taking notes on deposition | 1 hour | $350 |
| Wednesday, August 28, 2024 | Reading Command Chronologies | 1 hour | $350 |
|  | Reading *The Globe* | 1 hour | $350 |
| Thursday, August 29, 2024 | Reading and taking notes from deposition | 1 hour | $350 |
| Friday, August 30, 2024 | Meeting with leadership team | 1 hour | $350 |
|  | Oral History with plaintiff | .5 hour | $175 |
|  | Organizing and Transcribing oral history | .5 hour | $175 |
| Totals |  | 33.5 hours | $11725 |

Total to be Paid for August 2024:     $11,725

# Invoice for Services

Date 10/1/2024                Invoice # 1080

Kyle Longley
24536 Acadia Drive
Corona, CA 92883
Phone: (480)516-5475
Email: longley@chapman.edu; Kylelongley63@gmail.com

**Billed To:**

Bell Legal Group
219 Ridge Street
Georgetown, SC 29940

| Date: | Description of Services | Hours Worked | Rate |
|---|---|---|---|
| Sunday, September 1 | Transcribing notes from oral history and reading of *The Globe* | 1 hour | $350 |
| Wednesday, September 4 | Working on deposition and taking notes | 1 hour | $350 |
| Sunday, September 8 | Reading and researching materials from in preparation for tour | 1 hour | $350 |
| Monday, September 9 | Working on *The Globe*, November-December 1977 | 2 hours | $700 |
|  | Working on *Field and Hygiene and Sanitation Manual* | 1.5 hours | $525 |
| Tuesday, September 10 | Tour of base with Mike Partain and Jerry Ensminger | 5 hours | $1750 |
| Wednesday, September 11 | Reading and organizing command chronologies | 2 hours | $700 |
|  | Reading *The Globe* | 1 hour | $350 |
| Saturday, September 14 | Reading Command Chronologies | 1 hour | $350 |
| Tuesday, September 17 | Organizing notes on command chronologies and *The Globe* for meeting | 1 hour | $350 |
| Wednesday, September 18 | Meeting with leadership team | .75 hour | $262.50 |
| Thursday, September 19 | Working on research | 1.5 hours | $525 |
| Friday, September 20 | Research and organizing materials for submission | 1.0 hour | $350 |
| Saturday, September 21 | Working on *the Globe* and organizing materials for submission | 1.0 hour | $350 |
| Sunday, September 22 | Working on research for submission | 1.5 hours | $525 |
| Tuesday, September 24 | Work on *The Globe* and Command Chronologies | 1.0 hour | $350 |
| Thursday, September 26 | Meeting with team leaders | .5 hours | $175 |
| Friday, September 27 | Working on research for general narrative | 1.0 hour | $350 |
| Monday, September 30 | Research and writing report on life at Camp Lejeune | 1.0 hour | $350 |
| Totals |  | 25.75 hours | $9012.50 |

Total to be Paid for September 2024: $9,012.50

# Invoice for Services

Date 11/1/2024　　　　　　　　　　　　　　　　　　　　　　　　Invoice # 1081

Kyle Longley
24536 Acadia Drive
Corona, CA 92883
Phone: (480)516-5475
Email: longley@chapman.edu; Kylelongley63@gmail.com

**Billed To:**

Bell Legal Group
219 Ridge Street
Georgetown, SC 29940

| Date: | Description of Services | Hours Worked | Rate |
|---|---|---|---|
| Tuesday, October 1, 2024 | Transcribing notes from *The Globe* | 1.0 hour | $350 |
| Thursday, October 3, 2024 | Research on the narrative in existing materials | 1.0 hour | $350 |
| Sunday, October 6, 2024 | Research and writing on the narrative | 2 hours | $700 |
| Monday, October 7, 2024 | Research and writing on the narrative | 1.5 hours | $525 |
| Tuesday, October 8, 2024 | Research and writing on the narrative | 1.5 hours | $525 |
| Wednesday, October 9, 2024 | Research and writing on the narrative | 1.0 hour | $350 |
| Thursday, October 10, 2024 | Meeting with leadership team | .25 hours | $87.50 |
|  | Research and writing on the narrative | 1.5 hours | $525 |
| Friday, October 11, 2024 | Research and writing on the narrative | 1.5 hours | $525 |
| Saturday, October 12, 2024 | Research and writing on the narrative | 1.0 hour | $350 |
| Sunday, October 13, 2024 | Research and writing on the narrative | 1.0 hour | $350 |
| Monday, October 14, 2024 | Research and writing on the narrative | 1.5 hours | $525 |
| Tuesday, October 16, 2024 | Research and writing the narrative | 1.5 hours | $525 |
| Wednesday, October 17, 2024 | Research and writing the narrative | 1.0 hour | $350 |
| Thursday, October 18, 2024 | Research and writing the narrative | 1.0 hour | $350 |
| Friday, October 19, 2024 | Research and writing the narrative | 1.5 hours | $525 |
| Saturday, October 20, 2024 | Research and writing the narrative | 1.5 hours | $525 |
| Sunday, October 21, 2024 | Research and writing the narrative | 1.5 hours | $525 |
| Monday, October 22, 2024 | Research and writing the narrative | 1.0 hours | $525 |
| Tuesday, October 23, 2024 | Research and writing the narrative | 1.0 hour | $350 |
| Wednesday, October 24, 2024 | Research and writing narrative | 1.0 hour | $350 |
| Wednesday, October 30, 2024 | Online meeting with membership committee | .4 hours | $140 |
| Thursday, October 31, 2024 | Editing and writing the narrative | 1.0 hours | $350 |

Totals　　　　　　　　　　　　　　　　　　　　　　　　27.65 hours

Total to be Paid for October 2024:　　$9677.50

# Invoice for Services

Date 12/1/2024              Invoice # 1083

Kyle Longley
24536 Acadia Drive
Corona, CA 92883
Phone: (480)516-5475
Email: longley@chapman.edu; Kylelongley63@gmail.com

**Billed To:**

Bell Legal Group
219 Ridge Street
Georgetown, SC 29940

| Date: | Description of Services | Hours Worked | Rate |
|---|---|---|---|
| Sunday, November 3, 2024 | Writing on the narrative | 1.0 hour | $350 |
| Monday, November 4, 2024 | Meeting with Leadership Team | .5 hours | $175 |
|  | Research and writing on the narrative | 1.0 hour | $350 |
| Tuesday, November 5, 2024 | Research and writing on the narrative | 1.0 hour | $350 |
| Wednesday, November 6, 2024 | Research and writing on the narrative | 1.0 hour | $350 |
| Thursday, November 7, 2024 | Research on the narrative | 1.0 hour | $350 |
| Friday, November 8, 2024 | Writing the narrative | 1.0 hour | $350 |
| Saturday, November 9, 2024 | Research and writing the narrative | 1.0 hour | $350 |
| Sunday, November 10, 2024 | Research and writing the narrative | 1.0 hour | $350 |
| Monday, November 11, 2024 | Writing narrative | 1.0 hour | $350 |
| Wednesday, November 13, 2024 | Meeting with Leadership Team | .5 hours | $175 |
| Friday, November 15, 2024 | Writing narrative and collecting photos | 1.0 hours | $350 |
| Saturday, November 16, 2024 | Writing narrative | 1.0 hour | $350 |
| Monday, November 18, 2024 | Writing narrative and research | 1.0 hour | $350 |
| Wednesday, November 20, 2024 | Reviewing depositions and research | 1.0 hour | $350 |
|  | Meeting with leadership team | .5 hour | $175 |
| Friday, November 22, 2024 | Phone call with leadership team | .5 hour | $175 |
| Saturday, November 23, 2024 | Writing narrative and research | 2.0 hours | $700 |
| Sunday, November 24, 2024 | Writing the narrative and research | 3.0 hours | $1050 |
| Monday, November 25, 2024 | Writing the narrative and research | 3.0 hours | $1050 |
| Tuesday, November 26, 2024 | Writing the narrative and research | 2.0 hours | $700 |
| Wednesday, November 27, 2024 | Writing the narrative and research | 3.0 hours | $1050 |
| Friday, November 29, 2024 | Writing the narrative and research | 3.0 hours | $1050 |
| Saturday, November 30, 2024 | Writing the narrative and research | 3.0 hours | $1050 |
|  | Totals: | 34 hours | $11900 |

**Total to be Paid for November 2024:**      $11,900

# Invoice for Services

Date 1/1/2025            Invoice # 1086

Kyle Longley
24536 Acadia Drive
Corona, CA 92883
Phone: (480)516-5475
Email: longley@chapman.edu; Kylelongley63@gmail.com

**Billed To:**

Bell Legal Group
219 Ridge Street
Georgetown, SC 29940

| Date: | Description of Services | Hours Worked | Rate |
|---|---|---|---|
| Sunday, December 1, 2024 | Rewriting narrative and research | 4 hours | $1400 |
| Monday, December 2, 2024 | Rewriting narrative and research | 5 hours | $1750 |
| Tuesday, December 3, 2024 | Meeting with leadership team on | .5 hours | $175 |
|  | Rewriting narrative and research | 2 hours | $700 |
| Wednesday, December 4, 2024 | Meeting with leadership | .5 hours | $175 |
| Thursday, December 5, 2024 | Editing narrative and reviewing research | 1.5 hours | $525 |
| Sunday, December 8, 2024 | Reviewing materials, articles, and processing final edits | 1.5 hours | $525 |
| Thursday, December 19, 2024 | Reviewing government historian's report | 1 hour | $350 |
| Friday, December 20, 2024 | Reviewing government historian's report | 1 hour | $350 |
|  | Meeting with research team | 1 hour | $350 |
| Saturday, December 21, 2024 | Meeting with research team | 3.5 hours | $1225 |
| Sunday, December 22, 2024 | Research and writing on response | 1.0 hour | $350 |
| Monday, December 23, 2024 | Research and writing on response | 1.0 hour | $350 |
|  | Phone call to expert | .5 hours | $175 |
| Tuesday, December 24, 2024 | Research for report response | 1.0 hour | $350 |
| Thursday, December 26, 2024 | Research and writing on response | 1.5 hours | $525 |
| Friday, December 27, 2024 | Research and writing on response | 1.5 hours | $525 |
| Saturday, December 28, 2024 | Research and writing a response | 1.5 hours | $525 |
| Sunday, December 29, 2024 | Research and writing a response | 2.0 hours | $700 |
| Monday, December 30, 2024 | Meeting with research team | 1.0 hour | $350 |
|  | Research and writing a response | 1.0 hour | $350 |
| Tuesday, December 31, 2024 | Research and writing a response | 1.5 hours | $525 |
| Total for December 2024 |  | 35 hours | $12250 |

# Invoice for Services

                Date 2/1/2025                 Invoice # 1087

Kyle Longley
24536 Acadia Drive
Corona, CA 92883
Phone: (480)516-5475
Email: longley@chapman.edu; Kylelongley63@gmail.com

**Billed To:**

Bell Legal Group
219 Ridge Street
Georgetown, SC 29940

| Date: | Description of Services | Hours Worked | Rate |
|---|---|---|---|
| Wednesday, January 1, 2025 | Researching and writing the response | 2 hours | $700 |
| Thursday, January 2, 2025 | Research and writing the response | 2 hours | $700 |
| Friday, January 3, 2025 | Team meeting | .75 hours | $262.50 |
|  | Research and writing the response | 1.0 hour | $350 |
| Sunday, January 5, 2025 | Research and writing the response | 2.0 hours | $700 |
| Monday, January 6, 2025 | Research and writing the response | 2.5 hours | $875 |
| Tuesday, January 7, 2025 | Doing oral histories | 1.0 hours | $350 |
|  | Research and writing the response | 2.0 hours | $700 |
| Wednesday, January 8, 2025 | Research and writing the response | 2.0 hours | $700 |
| Thursday, January 9, 2025 | Research and writing a response | 1.5 hours | $525 |
| Friday, January 10, 2025 | Writing the response | 1.5 hours | $525 |
| Saturday, January 11, 2025 | Gathering materials for response | 1.0 hours | $350 |
| Sunday, January 12, 2025 | Gathering materials for response | 1.5 hours | $525 |
|  | Meeting with team | 1.25 hours | $437.50 |
| Monday, January 13, 2025 | Final editing of rebuttal | 1.0 hour | $350 |
| Total for January 2024 |  | 23 hours | $8150 |

# Invoice for Services

Date 3/1/2025				Invoice # 1090

Kyle Longley
24536 Acadia Drive
Corona, CA 92883
Phone: (480)516-5475
Email:  longley@chapman.edu; Kylelongley63@gmail.com

**Billed To:**

Bell Legal Group
219 Ridge Street
Georgetown, SC 29940

| Date: | Description of Services | Hours Worked | Rate |
|---|---|---|---|
| Wednesday, February 5, 2025 | phone call with leadership | .25 hour | $87.50 |
| Tuesday, February 11, 2025 | reading and analyzing government response | 1 hour | $350 |
| Wednesday, February 12, 2025 | analyzing government response and reporting | 1 hour | $350 |
| Thursday, February 20, 2025 | phone call with leadership | .75 hour | $262.50 |
| Friday, February 21, 2025 | research and writing on response to rebuttal | 2.0 hours | $700 |
| Saturday, February 22, 2025 | research and writing on response to rebuttal | .5 hour | $175 |
| Sunday, February 23, 2025 | research and writing on response to rebuttal | 2.0 hours | $700 |
| Monday, February 24, 2025 | research and writing  on response to rebuttal | 1.5 hours | $525 |
| Tuesday, February 25, 2025 | phone call with leadership | 1.5 hours | $525 |
| | Research and writing on response | 1.0 hour | $350 |
| Wednesday, February 26, 2025 | research and writing on rebuttal | 1.5 hours | $525 |
| | | | |
| Total for February 2025 | | 13.0 hours | $4550 |

Camp Lejeune, North Carolina Travel Invoice-Kyle Longley

Travel from Corona, CA to Camp Lejeune, North Carolina, Sunday, September 8 (left home at 8:30 AM)-Wednesday, September 11 (9 PM returned home)

| | | |
|---|---|---|
| Airfare | | $1114.94[1] |
| Hotel | | $550.31 |
| Rental Car | $235.13 | |
| Gas for Rental Car | $11.35 | $246.48 |
| Personal Car Parking at Ontario | $96 | |
| Mileage to and from the Ontario Airport (60 miles at $.67/mile) | $40.20 | $136.20 |
| Meals: | | |
| Lunch 9.8.24 | $8.58 | |
| Dinner 9.8.24 | $13.05 | |
| Lunch 9.9.24 | $11.45 | |
| Breakfast 9.10.24 | $16.39 | |
| Lunch 9.10.24 | $15.40 | |
| Dinner 9.10.24 | $20.00 | |
| Lunch 9.11.24 | $17.99 | |
| | | $102.86 |
| Total Requested for Reimbursement: | | $2150.79 |

---

[1] This bill reflects being asked to change the flight twice to fit the schedule. I paid for a personal upgrade out of my own pocket for the final ticket. This was the last one charged for travel beyond that.

Marine Corps Archives (Quantico, VA) Travel Invoice-Kyle Longley

Travel from Corona, CA to Quantico, VA and Marine Corps Archives, Sunday, August 11 (left home at 8:45 AM)-Friday, August 17 (1:30 AM returned home)

| | | |
|---|---|---|
| Airfare | | $1087.96 |
| Hotel | | $1052.26[1] |
| Cabs and Lyft | | |
| Lyft to Ontario Airport (8/11/24) | $53.80 | |
| DCA-hotel (8/12/24) | $120 | |
| Lyft to Rental Car (8/12/24) | $15.94 | |
| Lyft to DCA from Stafford (8/16/24) | $80.40[2] | |
| Lyft Ontario Airport-home (8/17/24) | $61.93 | |
| | Subtotal: $332.07 | |
| Rental Car (including gas paid) | | $220.50 |
| Meals: | | |
| 8.11.24 [dinner] | $12 [Delta] | |
| 8.12.24 [dinner] | $31.38 [Umi] | |
| 8.13.24 [snack] | $3.69 [Courtyard Hotel: on hotel bill] | |
| 8.13.24 [snack] | $5.25 [Marine University Café] | |
| 8.13.24 [dinner] | $43.23 [Portofino][3] | |
| 8.14.24 [lunch] | $15.99 [Merge Café][4] | |
| 8.14.24 [snack] | $6.32 [Courtyard Hotel: on hotel bill] | |
| 8.15.24 [snack] | $3.85 [Marine University Café] | |
| 8.15.24 [dinner] | $34.86 [Olla Café & Bar] | |
| 8.16.24 [dinner] | $24.71 [Nature Table's Bistro] | |
| | Subtotal: $181.28 | |
| **Total Requested for Reimbursement:** | | **$2874.07** |

---

[1] The bill reflects a subtraction of food bought while at that hotel that has been added below under meals.

[2] I originally had a rental car at DCA scheduled ($480 for five days). However, my flight from Atlanta was delayed, and we arrived after midnight. I took a taxi to Stafford and then got a rental the next day that I used until Friday when I returned in a Lyft. The costs were actually less than the rental car would have been.

[3] I bought dinner for my colleague, and I have subtracted his costs. I had been instructed earlier that we would do federal per diem so I did not separate the bill (and in some areas lost the receipt).

[4] Another meal that I picked up the costs of a staffer at the Marine Corps Archive. Once more, I had been instructed to function as I normally do on a federal per diem.