# EXHIBIT 13



USED LIME — Willard R. Price (right), general foreman at the Hadnot Point Water Treatment Plant, points out various compound layers of calcium, iron, magnesium and lime deposits removed from a water treatment line to Stan A. Pehowic, a plant employee. Lime is used in the treatment process and filtered out of the water prior to the water leaving the plant. (USMC photo by SSgt. Arvei "J" Edward Hall)

# Water plant

Camp Lejeune Globe, June 1, 1978, Vol. 35, No. 22, p. 4.[1]

---

[1] https://www.dvidshub.net/publication/issues/59990



# Water plant

## Keeping nine million gallons flowing every day

By SSgt. Arvel "J" Edward Hall

Water, the transparent, odorless, tasteless fluid known to some as H2O and others as aquapura, flows through the underground pipe-vein network of the base water system at the rate of nine million gallons a day to meet the needs of the base.

That nine million gallons of water is some of the purest in the country according to Willard R. Price. He should know because he's the general foreman at the Hadnot Point Water Treatment Plant. Price has been employed there for the past 25 years, originally hired as a helper back in 1953. He says the pure water comes from approximately 100 deep wells on the base and is so pure when pumped from the ground it requires a minimum amount of treatment before it is used.

"There are eight water treatment plants located throughout the Camp Lejeune area, including the New River Air Station and Rifle Range plants," said Price.

*...that nine million gallons of water is some of the purest in the county...*

Las. year, the plants treated more than 3¼ billior gallons of water to be used by persons working and residing here (including the fire department). This works out to an average of over 63,000 gallons of water per person.

All the water treatment plants are staffed by civil service workers. Round-the-clock work crews labor seven days a week to insure water is continually available.

The work never stops, not even during electrical failures, because the plants are capable of pumping water independently by utilizing their own auxiliary power sources. The power source consists of gasoline engines mounted next to the water pumps. During an emergency, the engines are started to replace the electric engines as a power source to the pumps. These engines are checked weekly to see they are in satisfactory condition to handle an emergency anytime.

Iron, calcium and magnesium are removed by a special lime treatment and sand filtering process. This method reduces water hardness from 170 parts-per-million to 60 parts-per-million. The most noticeable visual difference in the water is the elimination of a red tint caused by excessive amounts of iron in the water. An example of excess iron in water can sometimes be found on porcelain where it appears as a rust-colored stain.

*...this works out to an average of over 63,000 gallons of water per person...*

Bacteria is eliminated by adding chlorine to the water.

While at the plant, water receives a chemical analysis every two hours to be sure water quality remains constant. Samples are also collected each week and taken to the Environmental Laboratory where a chemical and bacterial analysis is conducted by a chemist to insure all safety and sanitary standards are adhered to. In addition to this, the base also conforms to the current Federal Safe Drinking Water Act.

Water pumped into the Hadnot Point Water Treatment Plant is stored in a 750,000-gallon raw water reservoir. From there it is pumped through the plant where it is treated, analyzed and filtered into two clear water reservoirs; a two-million-gallon tank and a 750,000-gallon capacity tank. The ready-to-use-water in these two tanks will be used and replaced approximately 1½ times a day. From the clear water reservoirs it is pumped directly into the usable water system or into one of 16 water storage towers around the base to control water demand.

Satisfying the base water demand at the rate of nine million gallons a day is a lot of thirst quenching, but for the base water treatment plants, it's all in a day's work.



SKIMMING — George Milton, a water plant employee, removes foreign matter from a settling basin with a skimmer. This is done to prevent oil, twigs and other particles from blocking water filters. (USMC photo by SSgt. Arvel "J" Edward Hall)

JUST IN CASE — Auxiliary gasoline engines receive weekly checks by water plant employees at Camp Lejeune, N.C., George D. Milton oils one of the engines used to supply emergency power to water pumps. (USMC photo by SSgt. Arvel "J" Edward Hall)

Camp Lejeune Globe, June 1, 1978, Vol. 35, No. 22, p. 4.[2]

The work never stops, not even during electrical failures, because the plants are capable of pumping water independently by utilizing their own auxiliary power sources. The power source consists of gasoline engines mounted next to the water pumps. During an emergency, the engines are started to replace the electric engines as a power source to the pumps. These engines are checked weekly to see they are in satisfactory condition to handle an emergency anytime.

Camp Lejeune Globe, June 1, 1978, Vol. 35, No. 22, p. 4.[3]

[2] https://www.dvidshub.net/publication/issues/59990
[3] https://www.dvidshub.net/publication/issues/59990

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 3 of 57

the water.

While at the plant, water receives a chemical analysis every two hours to be sure water quality remains constant. Samples are also collected each week and taken to the Environmental Laboratory where a chemical and bacterial analysis is conducted by a chemist to insure all safety and sanitary standards are adhered to. In addition to this, the base also conforms to the current Federal Safe Drinking Water Act.

Water pumped into the Hadnot Point Water Treatment Plant is stored in a 750,000-gallon raw water reservoir. From there it is pumped through the plant where it is treated, analyzed and filtered into two clear water reservoirs; a two-million-gallon tank and a 750,000-gallon capacity tank. The ready-to-use-water in these two tanks will be used and replaced approximately 1½ times a day. From the clear water

Camp Lejeune Globe, June 1, 1978, Vol. 35, No. 22, p. 4.[4]

---

[4] https://www.dvidshub.net/publication/issues/59990

3



OLD GLORY goes up at Tarawa Terrace 1 Elementary School as the school chorus provides mood with the "Star Spangled Banner."

Camp Lejeune Globe, May 2, 1969, Vol. 25, No. 18, p. 4.[5]

---

[5] https://www.dvidshub.net/publication/issues/60911

# chools Set Open House During Education Week

Camp Lejeune dependent schools will open their doors to visiting parents, beginning Tuesday, November 13, in observance of American Education Week November 11-17.

Stone Street School, the Camp Junior-Senior High School and the Camp Geiger School will hold Open House throughout the week of November 13-16, while the Tarawa Terrace School will observe the occasion with Open House on Tuesday only. The School will feature in addition regular classes in the morning and a special afternoon education program.

Montford Point School Open House will be held on Tuesday and Wednesday, November 13-14, while the Brewster and Midway Park Schools will welcome parents in its classes on Wednesday and Thursday, November 15-16.

All the base dependent schools except the Camp Geiger School, which has no lunch facilities, have extended invitations for parents to lunch with their children. Parents are asked to notify school officials in advance as to whether they accept the invitations and if so, on what days, so schools may prepare additional food quantities in advance.

Schools aboard the base will be open on the days indicated as follows: Stone Street, hours 8:15 a.m. to 2 p. m. for lower grades, 2:30 p. m. for upper grades; Camp Junior High School grades: Camp Junior High School, 11:15 a. m. to 12:16 p. m.; Brewster School, 11 a.m. to 12:30 p. m.; Tarawa Terrace School, Midway Park School, 11:15 a. m. to 12:30 p. m. grades: Camp Junior High School, 8:30 a. m. to 3:09 p. m.; remaining elementary schools schedule same as Stone Street.

School lunch hours are as follows, in accordance with student class schedules: Stone Street, 10:30 a. m. to 12:15 p.m.; Brewster School, 11:15 a. m. to 12:30 p. m.; Tarawa Terrace School, Midway Park School, 11:15 a. m. to 12:30 p. m.

...house, Our house is the Old Issue Room.

## Bulletins

**ID CARDS**
Due to the indefinite extension of military personnel who would have been released before Feb. 28, 1963, the ID Cards of some dependents will expire in the immediate future.

It is, however, considered impractical at this time to issue new cards to dependents of personnel who are retained involuntarily.

No eligible dependent will be denied any privileges. Expired ID cards for dependents whose sponsors are still on active duty will be honored.

**FLU SHOTS**
Influenza vaccine is now available for all military dependents, six years old and over, in the Camp Lejeune area.

An innoculation team from the Base Dispensary, using a 'jet' innoculator, will be located at various housing areas as listed below.

Wed., Nov 14 — 2:30-4:00 p.m. Camp High School Cafeteria.

Mon., Nov. 19 — 2:30-3:00 p.m., Camp Geiger Community Center; 4:00-5:00 p.m., Midway Park Community Center.

Tues., Nov. 20 — 4:00-5:00 p.m., Tarawa Terrace Community Center.

Camp Lejeune Globe, Nov. 8, 1962, p. 3, available in archived digital collection online.[6]

**SPORTS BANQUET** — Lejeune High School will hold annual Fall Sports Banquet Nov. 22 at 6:30 p.m. at Lejeune High School. The banquet will be held for students participating in Football, Soccer, Tennis and Volleyball. Involved parents will be contacted.

**NEEDLECRAFT FAIR** — There will be a judged needlecraft fair at the Jack Amyette Recreation Center Nov. 15 from 10 a.m. to 6 p.m. and on Nov. 16 from 1 to 6 p.m. Categories are knitting, crocheting, canvaswork, tatting, embroidery, rug making and weaving. Entry fee is one dollar for up to three pieces and fifty cents for each additional piece. Ribbons and a Best of Show prize will be awarded.

Camp Lejeune Globe, Nov. 13, 1975, Vol. 31, No. 46, p. 6.[7]

---

[6] https://www.dvidshub.net/publication/issues/61597 (last accessed 3/7/25).

[7] https://www.dvidshub.net/publication/issues/60213

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 6 of 57



USMC photo by Sgt. Ralph Paulk

SHOPPING CENTER FIRE — A fire, estimated to have caused $11,000 worth of structural damage to the Tarawa Terrace Shopping Center Exchange outlet, was responsible for this debris on March 24. The fire was reported at approximately 4 a.m. and was brought under control 20 minutes later by Base firemen.

# Fire damages shopping center

### By 2ndLt. Debbie Harris

An early morning fire in the Tarawa Terrace shopping complex here March 24 resulted in an estimated $11,000 in structural damage and an additional $25,000 in inventory damage.

The fire, confined mainly to the exterior of the Marine Corps Exchange outlet, was reported by a housing resident just before 4 a.m. The blaze was under control in just 20 minutes, according to Hoskin S. Bass, Base fire chief. The 11 firemen who responded to the alarm were aided in fighting the fire by a heavy rain.

Other shops connected to the exchange outlet, including the snack bar, post office, bank and beauty salon, received minor smoke damage.

An investigation has concluded that the cause of the fire was a faulty power transformer in a canopy over the entrance to the exchange outlet.

Camp Lejeune Globe, March 29, 1979, Vol. 35, No. 13, p. 3.[8]

---

[8] https://www.dvidshub.net/publication/issues/59794

6



**SIT DOWN** — Five-year-old Erin Allen seems to be having trouble controlling her dog during a pet show April 27 at Tarawa Terrace I Elementary School here. Six kindergarten classes put on the pet show after completing studies on pets and their care.

USMC photo by PFC Steven Shaw

Camp Lejeune Globe, May 3, 1979, Vol. 35, No. 18, p. 8.[9]



## Worship Services
### Clip n' Save

**Protestant Chapel** — Sunday: Morning Worship at 9:15 a.m. and 11 a.m., Evening Service at 6 p.m.; Monday: Bible Study at 7:30 p.m.; Wednesday: Communion at 11:45 a.m.

**Courthouse Bay Chapel** — Sunday: Catholic Mass at 10 a.m., Protestant Worship at 11:15.

**Camp Geiger Chapel** — Sunday: Adult Bible Study at 9 a.m., Catholic Mass at 10 a.m., Protestant Worship at 11 a.m.

**Camp Johnson Chapel** — Sunday: Adult Bible Class at 8:45 a.m., Protestant Worship at 9:30 a.m.; Saturday: Catholic Mass at 5 p.m.

**Naval Hospital Chapel** — Sunday: Catholic Mass at 10 a.m., Protestant Worship at 11 a.m.; Weekdays: Catholic Mass at 11:45 a.m.

**Jewish Chapel** — Friday: Sabbath Service at 8 p.m.; Sunday: Serviceman's Breakfast at 9:30 a.m., Sunday School at 10:30 a.m.

**St. Nicholas Orthodox Chapel** — Sunday: Divine Liturgy at 10:30 a.m.

**St. Francis Xavier Chapel** — Saturday: Sacrament of Penance at 4 p.m., Mass at 5 p.m.; Sunday: Mass at 9 a.m., 11 a.m. and 5 p.m.; Weekdays: Mass at 11:45 a.m. and 4:45 p.m.; Wednesday: Prayer Group at 8 p.m.

**Midway Park (meets in Community Center)** — Sunday: Protestant Worship at 9:15 a.m.

**Base Sunday School** — Sunday: Stone Street Elementary School at 9:15 a.m.

**Stone Street Worship Service** — Sunday: Protestant Worship and Sunday School at 9:15 a.m.

**Tarawa Terrace Elementary School No. 2** — Sunday: Sunday School at 9:30 a.m., Protestant Worship at 11 a.m.

**French Creek Area** — Sunday: Protestant Services in Bldg. 312 at 11 a.m.

**Tarawa Terrace Community Center** — Sunday: Catholic Mass at noon.

**Christian Science** — Contact Chaplain Chris Langton, MWSG-27, Cherry Point, N.C., autovon 582-5844.

**Latter Day Saints (meets in conference room, Bldg. 37)** — Sunday: Priesthood Meeting at 11 a.m.

Camp Lejeune Globe, May 3, 1979, Vol. 35, No. 18, p. 8.[10]

---

[9] https://www.dvidshub.net/publication/issues/59789
[10] https://www.dvidshub.net/publication/issues/59789

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 8 of 57

Major General R. McC. Tompkins, base commanding general, recently paid a visit to Tarawa Terrace 1 Elementary School for morning colors.

The occasion was a program whose theme was to "promote a better understanding of the American way of life."

The school's chorus, under the direction of Mrs. Roberta Spicer, was featured as they sang the "Star Spangled Banner" unaccompanied during the flag raising.

They followed with "This Land Is Your Land" and "It's a Grand Old Flag."

The ceremony ended with the singing of the Marine Corps Hymn during which the students stood at attention.

Camp Lejeune Globe, May 2,1969, Vol. 25, No. 18, p. 4.[11]

---
[11] https://www.dvidshub.net/publication/issues/60911

## School Schedule

Camp Lejeune Dependents' School's summer session will begin June 9, and run through July 18.

P. Talmadge Lancaster, Superintendent, Camp Lejeune Dependents' Schools, announced recently that summer sessions will be held at Tarawa Terrace I Elementary School for students of grades one through six who reside at Marine Corps Air Station (MCAS), New River, Tarawa Terrace I and II, Knox Trailer Park, Midway Park, and Camp Geiger Trailer Park.

Students of these grades who reside at the Rifle Range, Courthouse Bay, Hospital Point, Paradise Point, and Berkeley Manor will attend classes at Berkeley Manor Elementary School.

Brewster Junior High School will host all junior and senior high school students, grades seven through twelve.

Transportation will be provided if necessary, and parents are reminded to adjust their leave accordingly.

Camp Lejeune Globe, May 2, 1969, Vol. 25, No. 18, p. 4.[12]

---

[12] https://www.dvidshub.net/publication/issues/60911

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 10 of 57

# Religious Services

PROTESTANT

Sunday

0800  Base Chapel, Episcopalian Service/Holy Communion
0830  Rifle Range, Stone Bay, Worship Service
0830  Correctional Custody
0900  Base Brig #1, Worship Service
0915  Naval Hospital, Worship Service
0915  Base Chapel, Worship Service
0915  Paradise Point, Sunday School, Stone Street School
0930  MCAS Chapel, Sunday School
0945   Tarawa Terrace, Sunday School, Tarawa Terrace Elementary School II.
1000    Camp Geiger, Worship Service and Holy Communion
1000  Base Brig #2, Worship Service
1000  Montford Point Sunday School
1045  Courthouse Bay, Worship Service, Bldg. BB 16
1100    Tarawa  Terrace,  Worship  Service,  Tarawa  Terrace Elementary School II.
1100  Midway Park Comm. Bldg. Worship Service
1100  MCAS Chapel, Worship Service
1100  Base Chapel, Worship Service
1100  Montford Point Chapel, Worship Service
1700  2d Marines, Bldg. $206, Worship Service
1800  Camp Geiger, Evening Worship Service
1830  Base Chapel, Bible Study
1900  MCAS Chapel, Worship Service
1915  Stone Street School: Youth Fellowship
1930  Base Chapel, Evening Fellowship

### ROMAN CATHOLIC MASSES AND CONFESSIONS

Saturday

1700-1800 Base Chapel – Confessions
1800-1900 Base Chapel – Mass
1900-2030 Base Chapel - Confessions

Sunday

0730  Camp Geiger – Mass
0730  Base Chapel – Mass
0830  MCAS Chapel – Mass
0830  Camp Geiger – Mass
0900  Base Chapel – Mass
0930  Montford Point – Mass (Confessions at 0900)
0930  Courthouse Bay – Mass (Confessions at 0900)
0930  MCAS Chapel – Mass
1015  Base Chapel – Mass
1100  Naval Hospital – Mass
1100  Stone Bay – Mass (Confessions at 1030)
1100  Base Chapel – Mass
1230  Midway Park – Mass (Confessions at 1200)
1700  Base Chapel – Mass

Sunday

1230 Base Chapel – Baptisms

Camp Lejeune Globe, May 2, 1969, Vol. 25, No. 18, p. 4.[13]

[13] https://www.dvidshub.net/publication/issues/60911



WINNERS — The Tarawa Terrace II Elementary School held it's annual Science Fair April 28 in the school auditorium. Selected were winners from each class and grade level. Over all winners are, (from left) Tina Pose, third place and the daughter of Staff Sergeant and Mrs. David Pose; Paul Zimmerman, second place, son of Major and Mrs. J.M. Zimmerman; Michelle Hamerla, fifth place and daughter of Staff Sergeant and Mrs. Donald Hamerla; Joey Strange, fourth place and son of Master Gunnery Sergeant and Mrs. J.R. Strange. Floyd Lewis, (kneeling) son of Lieutenant Colonel and Mrs. Floyd C. Lewis, took the top honors with his entry of how to purify water. (USMC photo by Cpl. Stephen M. Rogers)

Camp Lejeune Globe, May 1, 1980, Vol. 36, No. 18, p. 9.[14]

---

[14] https://www.dvidshub.net/publication/issues/59713

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 12 of 57

## TT and Geiger dependents clinics reopening

The Tarawa Terrace and Camp Geiger Dependents' Clinics are scheduled to reopen in order to reduce the number of dependent wives and children driving long distances to receive medical care at the Center Hospital at Camp Lejeune.

The Tarawa Terrace Community Clinic will be open to military dependents residing in Tarawa Terrace, Knox Trailer Park and Midway Park, Sept. 2. Operating hours are from 8 a.m. to 3:30 p.m. on an appointment basis.

Dependents living in the area west of New River and-or north of Highway 17 will be able to use the Camp Geiger Dependents Clinic beginning Sept. 22. This Clinic will provide medical care on a walk-in basis as well as by appointments.

## Combat Correspondents meeting scheduled

The William T. Perkins Memorial Chapter of the United States Marine Corps Combat Correspondents Association will hold its monthly meeting at the Driftwood Lounge, Lejeune Blvd., today at 7:30 p.m.

The association is composed of photographers, radio-television announcers and journalists, who have, or are serving on active duty in the Marine Corps. Those who work in the three fields, but do not have the job designation, are also eligible for an associate membership.

Bob Kinsman, president of the local "CCers," urges all members and those interested in joining the Combat Correspondents to attend the meeting.

## Library starts new hours

Beginning Sept. 1, Camp Lejeune's Base Library, will have new hours of operation. The new hours will be Monday - Friday, 10 a.m. to 9 p.m. and Saturdays, Sundays and Holidays from 2 to 6 p.m.

Camp Lejeune Globe, Aug. 21, 1975, Vol. 31, No. 34, p. 3.[15]

# *Tarawa Clinic reopens*

The Tarawa Terrace Community Clinic reopens Sept. 2. The Clinic was closed for the summer months due to the Medical Officer shortage, but more physicians are reporting for duty at Camp Lejeune and the TT Clinic can again be adequately staffed.

Eligible beneficiaries from Tarawa Terrace, Knox Trailer Park and Midway Park are the only persons authorized to use the Clinic.

Operating hours are Monday through Friday from 8 to 11:30 a.m. and from 1 to 3:30 p.m. The Clinic is closed Thursday afternoons.

An immunization clinic will be held every Tuesday and Wednesday from 8 to 10 p.m.

All visits are by appointment only and no walk-ins will be seen except in emergencies. For appointments call 451-1076 or 2162.

Camp Lejeune Globe, Aug. 21, 1975, Vol. 31, No. 34, p. 6.[16]

---

[15] https://www.dvidshub.net/publication/issues/64523
[16] https://www.dvidshub.net/publication/issues/64523

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 13 of 57

# Bookmobile schedule

**MONDAY AT**
**TARAWA TERRACE I**
11:45 - 12:15 Cape Gloucester Circle
12:20 - 1:05 Intersection of Matanikau St. &
E. Peleliu Drive
1:10 - 1:55 Tinian Road parking area
2:00 - 2:45 Water Treatment Plant on
Tarawa Blvd.
2:50 - 3:35 Talasea Place.

**TUESDAY AT**
**BERKLEY MANOR**
11:40 - 12:10 Intersection of Washington St.
& Michigan Ave.
12:15 - 12:45 Intersection of Colorado Ave.
& Florida Ave.
12:50 - 1:20 Maryland Ave. opposite water
tank
1:25 - 1:55 Near Berkley Manor Dump Sta-
tion, Bldg. No.612

2:00 - 2:30 Arizona St. near qtrs. No.5229
2:35 - 3:05 Vermont Court
3:10 - 3:50 Michigan Ave. near qtrs
No.5018
**WEDNESDAY AT COURTHOUSE**
**BAY AND RIFLE RANGE**
11:30 - 1:00 Mess Hall
1:05 - 1:30 Dependent housing area
2:30 - 3:30 Rifle Range
**THURSDAY AT KNOX**
**TRAILER PARK,**
**TT II, & MIDWAY PARK**
12:25 - 12:55 Knox Trailer Park, near mai
boxes
1:05 - 1:40 Agana Place, TT II
1:45 - 2:15 Rendova Place, TT II
2:30 - 3:05 Parking lot near qtrs. No. 1975
Midway Park
3:10 - 3:50 Butler Drive parking lot nea
qtrs. No. 622

Camp Lejeune Globe, Aug. 3, 1978, Vol. 35, No. 30, p. 8.[17]

[17] https://www.dvidshub.net/publication/issues/59979

13



**SCHOOL BUS SCHEDULE**
1975 - 1976

School buses will display "School Bus" signs and a specific bus number and will stop only at designated stops.
Parents should ensure that students are at stops at least five minutes early and that each child knows his bus number. Examine the schedule-route carefully.
Children missing a bus become the parent's responsibility. Additional transportation will not be provided. Conduct of children and responsibilities of parents, teachers, and bus operators are contained in Base Order P-4600.1C.
Students return to Quarters on the same number buses unless otherwise noted.
School will begin Aug. 26 and the official school hours for schools will be as follows:

Lejeune High School .......................... 8 a.m. - 2:30 p.m.
Brewster Junior High ......................... 9 a.m. - 3:30 p.m.
All elementary ............................... 8:30 a.m. - 3 p.m.
Kindergarten, Tarawa Terrace I
  First session .............................. 8:30 - 11:45 a.m.
  Second session ............................. 12:15 - 3:30 p.m.

Transportation will not be provided for students residing in Berkeley Manor except for kindergarten students.
Rifle Range, Courthouse Bay, and (NRMC) Hospital bus will service the following schools: Stone Street, Lejeune High, and Brewster School.

| STOPS | TIME | BUS |
|---|---|---|
| RR-43 | 6:55 a.m. | 1 |
| BB-35 | 7:18 a.m. | 1 |
| Quarters H-51 (NRMC) | 7:40 a.m. | 1 |
| Surgeons Row (NRMC) | 7:42 a.m. | 1 |

From : Paradise Point
To : Lejeune High School

| STOPS | TIME | BUS |
|---|---|---|
| 2700 Seth Williams Blvd. | 7:38 a.m. | 2,3 |
| 2514 St. Mary's Drive | 7:41 a.m. | 2,3 |
| 2221 St. Mary's Drive | 7:42 a.m. | 2,3 |
| 2314 St. Mary's Drive | 7:43 a.m. | 2,3 |
| 2222 St. Mary's Drive | 7:44 a.m. | 2,3 |
| 2118 St. Mary's Drive | 7:45 a.m. | 2,3 |
| 3200 Seth Williams Blvd. | 7:35 a.m. | 4,5 |
| 3100 Seth Williams Blvd. | 7:36 a.m. | 4,5 |
| 3000 Seth Williams Blvd. | 7:38 a.m. | 4,5 |

From : Tarawa Terrace I and II
To : Lejeune High School

| STOPS | TIME | BUS |
|---|---|---|
| 138 Tarawa Blvd. | 7:30 a.m. | 6,7 |
| 189 Tarawa Blvd. | 7:31 a.m. | 6,7 |
| 222 Tarawa Blvd. | 7:32 a.m. | 6,7 |
| 268 Tarawa Blvd. | 7:33 a.m. | 6,7 |
| 2447 Tarawa Blvd. | 7:34 a.m. | 7,8 |
| 2357 Tarawa Blvd. | 7:35 a.m. | 7,8 |
| 2137 Tarawa Blvd. | 7:36 a.m. | 7,8 |
| 2013 Tarawa Blvd. | 7:38 a.m. | 7,8 |

From : Midway Park
To : Lejeune High School

| STOP | TIME | BUS |
|---|---|---|
| Midway Park Theater | 7:42 a.m. | 6 |

From : Camp Knox
To : Lejeune High School

| STOP | TIME | BUS |
|---|---|---|
| Camp Knox Bus Shelter | 7:35 a.m. | 9 |

From : Paradise Point
To : Stone Street School

| STOPS | TIME | BUS |
|---|---|---|
| 2118 St. Mary's Drive | 8:03 a.m. | 2,3 |
| 2222 St. Mary's Drive | 8:04 a.m. | 2,3 |
| 2314 St. Mary's Drive | 8:05 a.m. | 2,3 |
| 2221 St. Mary's Drive | 8:06 a.m. | 2,3 |
| 2514 St. Mary's Drive | 8:07 a.m. | 2,3 |
| Sitter Service | 8:08 a.m. | 2,3 |
| 2700 Seth Williams Blvd. | 8:10 a.m. | 2,3 |

From : Camp Knox
To : Tarawa Terrace II School

| STOP | TIME | BUS |
|---|---|---|
| Camp Knox Bus Shelter | 8:10 a.m. | 4,5 |

+NOTE - Return to Quarters on Bus 8,9

From : Midway Park
To : Tarawa Terrace II School

| STOPS | TIME | BUS |
|---|---|---|
| Shopping Center | 8:03 a.m. | 7 |
| 1038 Butler Drive | 8:04 a.m. | 7 |
| 1048 Butler Drive | 8:05 a.m. | 7 |
| 1416 Butler Drive | 8:06 a.m. | 7 |
| 1226 Butler Drive | 8:07 a.m. | 7 |
| 1208 Butler Drive | 8:08 a.m. | 7 |
| 906 Butler Drive | 8:09 a.m. | 7 |
| 810 Butler Drive | 8:10 a.m. | 7 |
| 322 Butler Drive | 8:11 a.m. | 7 |
| 226 Butler Drive | 8:12 a.m. | 7 |
| 104 Butler Drive | 8:13 a.m. | 7 |

From : Berkeley Manor
To : Tarawa Terrace I School

| STOPS | TIME | BUS |
|---|---|---|
| 5720 Virginia St. | 11:45 a.m. | 4,5 |
| 5764 Florida Avenue | 11:46 a.m. | 4,5 |
| 5579 Florida Avenue | 11:47 a.m. | 4,5 |
| 5626 Oregon Street | 11:49 a.m. | 4,5 |
| 5181 Colorado Avenue | 11:51 a.m. | 4,5 |
| 5301 Michigan Street | 11:52 a.m. | 4,5 |

+NOTE — Return to Quarters on Bus 10 and 12

From : Midway Park
To : Tarawa Terrace I School

| STOPS | TIME | BUS |
|---|---|---|
| Midway Park Nursery | 11:50 a.m. | 10 |
| Shopping Center | 11:51 a.m. | 10 |
| 1038 Butler Drive | 11:52 a.m. | 10 |
| 1048 Butler Drive | 11:53 a.m. | 10 |
| 1416 Butler Drive | 11:54 a.m. | 10 |
| 1236 Butler Drive | 11:55 a.m. | 10 |
| 1208 Butler Drive | 11:56 a.m. | 10 |
| 906 Butler Drive | 11:57 a.m. | 10 |
| 810 Butler Drive | 11:58 a.m. | 10 |
| 322 Butler Drive | 11:59 a.m. | 10 |
| 226 Butler Drive | Noon | 10 |
| 104 Butler Drive | 12:01 p.m. | 10 |

From : Rifle Range, Courthouse Bay, NRMC (Hospital)
To : Tarawa Terrace I School

| STOPS | TIME | BUS |
|---|---|---|
| RR-43 (Rifle Range) | 11:00 a.m. | 1 |
| BB-35 (Courthouse Bay) | 11:20 a.m. | 1 |
| H-51 NRMC (Hospital) | 11:47 a.m. | 1 |
| Surgeons Row | 11:48 a.m. | 1 |

From : Camp Knox
To : Brewster School

| STOP | TIME | BUS |
|---|---|---|
| Camp Knox Bus Shelter | 8:30 a.m. | 9 |

From : Paradise Point
To : Tarawa Terrace I School

| STOPS | TIME |
|---|---|
| 3214 Cooper Street | 11:30 a.m. |
| 3300 Cooper Street | 11:30 a.m. |
| 3314 Cooper Street | 11:31 a.m. |
| 3433 Pender Street | 11:32 a.m. |
| 3400 Stone Street | 11:33 a.m. |
| 3161 Bevin Street | 11:34 a.m. |
| 3136 Eden Street | 11:35 a.m. |
| 3000 Seth Williams Blvd. | 11:36 a.m. |
| 3080 Cukela Street | 11:37 a.m. |
| 3060 Cukela Street | 11:38 a.m. |
| 2984 Cukela Street | 11:39 a.m. |
| 2725 Winston Road | 11:43 a.m. |
| 2514 St. Mary's Drive | 11:45 a.m. |
| 2314 St. Mary's Drive | 11:46 a.m. |
| 2222 St. Mary's Drive | 11:47 a.m. |
| 2118 St. Mary's Drive | 11:48 a.m. |

+NOTE — Return to Quarters on Bus 11

From : Camp Knox and Tarrawa Terrace II
To : Tarawa Terrace I School

| STOPS | TIME |
|---|---|
| Tarawa Terrace Shopping Nursery | 8:00 a.m. |
| 2447 Tarawa Blvd. | 8:02 a.m. |
| 2357 Tarawa Blvd. | 8:03 a.m. |
| 2137 Tarawa Blvd. | 8:04 a.m. |
| 2013 Tarawa Blvd. | 8:05 a.m. |
| Camp Knox Bus Shelter | 8:10 a.m. |

From : Paradise Point
To : Brewster School

| STOPS | TIME |
|---|---|
| 2700 Seth Williams Blvd. | 8:30 a.m. |
| 2514 St. Mary's Drive | 8:33 a.m. |
| 2221 St. Mary's Drive | 8:34 a.m. |
| 2314 St. Mary's Drive | 8:35 a.m. |
| 2222 St. Mary's Drive | 8:36 a.m. |
| 2118 St. Mary's Drive | 8:37 a.m. |
| 3300 Seth Williams Blvd. | 8:30 a.m. |
| 3100 Seth Williams Blvd. | 8:31 a.m. |
| 3000 Seth Williams Blvd. | 8:32 a.m. |

From : Tarawa Terrace I and II-Midway Park
To : Brewster School

| STOPS | TIME |
|---|---|
| 138 Tarawa Blvd. | 8:28 a.m. |
| 189 Tarawa Blvd. | 8:29 a.m. |
| 222 Tarawa Blvd. | 8:30 a.m. |
| 268 Tarawa Blvd. | 8:31 a.m. |
| 2447 Tarawa Blvd. | 8:32 a.m. |
| 2357 Tarawa Blvd. | 8:33 a.m. |
| 2137 Tarawa Blvd. | 8:34 a.m. |
| 2013 Tarawa Blvd. | 8:35 a.m. |
| Midway Park Theater | 8:37 a.m. |

Camp Lejeune Globe, Aug. 21, 1975, Vol. 31, No. 34, p. D.[18]

[18] https://www.dvidshub.net/publication/issues/64523

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 15 of 57

# Summer School Bus Schedule

**SUMMER SCHOOL BUS SCHEDULE**

Buses will stop only at scheduled stops. Summer School buses will be designated "SCHOOL BUS." Students should be at the scheduled stops five minutes prior to the time indicated.

**PARADISE POINT**

Berkeley Manor

| STOPS | TIME | BUS |
|---|---|---|
| USNH Qtrs H-51 | 0735 | 1 |
| Surgeons Row | 0734 | 1 |
| 3200 Seth Williams Dr. | 0742 | 1 |
| 3000 Seth Williams Dr. | 0743 | 1 |
| 2700 Seth Williams Dr. | 0745 | 1 |
| 2222 St. Mary's Dr. | 0735 | 2 |
| 2314 St. Mary's Dr. | 0736 | 2 |
| 2514 St. Mary's Dr. | 0737 | 2 |

**CAMP HIGH SCHOOL**

| STOPS | TIME | BUS |
|---|---|---|
| 2222 St. Mary's Dr. | 0735 | 2 |
| 2314 St. Mary's Dr. | 0736 | 2 |
| 2514 St. Mary's Dr. | 0737 | 2 |
| 2700 Seth Williams Dr. | 0740 | 2 |
| 3000 Seth Williams Dr. | 0743 | 2 |
| 3200 Seth Williams Dr. | 0744 | 2 |

**CAMP KNOX**

Tarawa Terrace School

| STOPS | TIME | BUS |
|---|---|---|
| Bus Shelter | 0750 | 7 |

Camp High School

| STOPS | TIME | BUS |
|---|---|---|
| Bus Shelter | 0737 | 8 |

Berkeley Manor School

| STOPS | TIME | BUS |
|---|---|---|
| Bus Shelter | 0737 | 8 |

**MIDWAY PARK**

Tarawa Terrace School

| STOPS | TIME | BUS |
|---|---|---|
| Midway Park Theater | 0735 | 7 |

**TARAWA TERRACE I AND II**

Tarawa Terrace School

| STOPS | TIME | BUS |
|---|---|---|
| 1200 Inchon St. | 0745 | 9 |
| 1314 Inchon St. | 0746 | 9 |
| 1424 Inchon St. | 0747 | 9 |

Berkeley Manor School

| STOPS | TIME | BUS |
|---|---|---|
| 136 Tarawa Blvd. | 0725 | 8 |
| 189 Tarawa Blvd. | 0726 | 8 |
| 222 Tarawa Blvd. | 0727 | 8 |
| 268 Tarawa Blvd. | 0728 | 8 |

| | | |
|---|---|---|
| 2447 Tarawa Blvd. | 0730 | 8 |
| 2357 Tarawa Blvd. | 0731 | 8 |
| 2137 Tarawa Blvd. | 0732 | 8 |
| 2013 Tarawa Blvd. | 0733 | 8 |

Camp High School

| STOPS | TIME | BUS |
|---|---|---|
| 136 Tarawa Blvd. | 0725 | 8 |
| 189 Tarawa Blvd. | 0726 | 8 |
| 222 Tarawa Blvd. | 0727 | 8 |
| 268 Tarawa Blvd. | 0728 | 8 |
| 2447 Tarawa Blvd. | 0730 | 8 |
| 2357 Tarawa Blvd. | 0731 | 8 |
| 2137 Tarawa Blvd. | 0732 | 8 |
| 2013 Tarawa Blvd. | 0733 | 8 |

**RIFLE RANGE**

Berkeley Manor School

| STOPS | TIME | BUS |
|---|---|---|
| RR-43 | 0707 | 11 |

**COURTHOUSE BAY**

Berkeley Manor School

| STOPS | TIME | BUS |
|---|---|---|
| BB-35 | 0730 | 11 |

**RETURN TO QUARTERS**

Students return to quarters on same numbered bus.

Camp Lejeune Globe, June 14, 1968, Vol. 24, No. 24.[19]

[19] https://www.dvidshub.net/publication/issues/61036

members of the Wives' Club of the Orient, July 29, 7-11 p.m. at the TT Community Center, Bldg.

Mr., Mrs., Miss, Ms., Mr., Mrs., Miss,

# School registration
## for Lejeune dependents

A new school year for Camp Lejeune dependents will begin this year on Aug. 28. Parents are reminded that school offices aboard the Base are being kept open during the summer months to accept student registration. Parents are encouraged to register their children as early as possible so that school officials can finalize equipment and supply orders.

Registration is being held through Aug. 18. Birth Certificates are required for kindergarteners and first graders unless the student went to kindergarten last year. Then, the kindergarten report card can be used.

Students entering kindergarten may register from 8 to 12 mornings and 1 to 3:30 afternoons, Monday through Friday, in the following areas:

DELALIO — For students from the Air Station and Geiger Trailer Park.

TARAWA TERRACE I — For students from all other areas.

Elementary school students in grades 1-6 may register through Aug. 18 from 8 to 12 mornings and 1 to 3:30 afternoons, Monday through Friday, at the following areas:

BERKELEY MANOR — For students from Berkeley Manor.

DELALIO — For students from the Air Station and Geiger Trailer Park.

STONE STREET — For students from Paradise Point, Knox Midway, Hospital Point and Courthouse Bay.

TARAWA TERRACE I — For students from Tarawa Terrace I and Midway Park.

TARAWA TERRACE II — For students from Tarawa Terrace II and Knox Trailer Park.

Students in grades 7 and 8 from all areas may register through Aug. 18 at BREWSTER JUNIOR HIGH SCHOOL from 8 to 12 mornings and 1 to 4 afternoons, Monday through Friday.

Students in grades 9-12 from all areas may register through Aug. 18 at Camp Lejeune High School from 8 to 12 mornings and 1 to 4 afternoons, Monday through Friday.

Provisions have also been announced for the physical examination of all pre-school children entering the Base schools. Pre-school children's physicals will be conducted at the Base Dispensary, Bldg. 15 in accordance with the following schedule:

| Date | Hour | Children Whose Surname Begins With |
|------|------|-----------------------------------|
| Aug. 7 | 12:30 p.m. | A-H |
| Aug. 8 | 12:30 p.m. | I-M |
| Aug. 9 | 12:30 p.m. | N-R |
| Aug. 10 | 12:30 p.m. | S-Z |
| Aug. 11 | 12:30 p.m. | Stragglers |

Children who have formerly attended school are not required to be examined nor is there sufficient medical staff to permit their routine physicals. Dependent children requiring college entrance or other types of physicals will have to make the necessary arrangements through the Naval Hospital. Football physicals are scheduled to be conducted at the Naval Hospital at 8 a.m. Saturday, Aug. 5 at Ward 1.

**Globe**      **July 20, 1972**

---

the 8 a.m. classes.

according to plan and the high

# Youth Activities bus service

Bus transportation for Youth Activities will be provided for the second session of the summer program as was for the first. The second session will be held from July 24 through August 17.

The following schedule lists the times that buses will stop at the stops indicated. All times are a.m. Students will return home on the same numbered bus they take to the sessions in the morning. Motor Transport officials advise students to be at bus stops five minutes prior to the scheduled pick up times. The buses will also only at scheduled stops, and the buses will be designated as 'ACTIVITIES'.

**BUS NO. 1**
Naval Hospital and Paradise Point to Stone St. School, Golf Course, Tennis Court, Marston Pavilion, Boat House, Area 2 Pool, Bowling Alley, Area 5 Pool and Hobby Shop.

NavHosp Qtrs M-31, 7:40; Surgeons Row, 7:41; 3200 Cooper St, 7:48; 3314 Cooper St., 7:49; 3432 Pender St., 7:50; 3400 Stone St., 7:51; 3161 Bevin St., 7:52; 3138 Eldon St., 7:53.

NOTE: All Junior students residing in the 3100, 3200, 3300 and 3400 blocks of Paradise Point will walk to Stone St. School, except those that have swimming the first class, who may ride buses 1, 2 and 3.

**BUS NO. 2**
Paradise Point to Golf Course, Tennis Court, Stone St. School, Marston Pavilion, Boat House, Area 2 Pool, Bowling Alley, Area 5 Pool and Hobby Shop.
2900 Seth Williams Blvd., 7:47; 2725 Winston Rd., 7:50.

**BUS NO. 3**
Paradise Point to Golf Course, Tennis Court, Stone St. School, Marston Pavilion, Boat House, Area 2 Pool, Bowling Alley, Area 5 Pool and Hobby Shop.
2514 St. Mary's Dr., 7:46; 2221 St. Mary's Dr., 7:47; 2314 St. Mary's Dr., 7:48; 2222 St. Mary's Dr., 7:49; 2138 St. Mary's Dr., 7:50.

**BUS NO. 4**
Berkeley Manor to Golf Course, Tennis Court, Stone St. School, Marston Pavilion, Boat House, Area 2 Pool, Bowling Alley, Area 5 Pool and Hobby Shop.
3721 Delaware Ave., 7:47; 5790 Delaware Ave., 7:47; 5819 Delaware Ave., 7:48; 5600 Delaware Ave., 7:49; 5619 Oregon St., 7:50.

**BUS NO. 5**
Berkeley Manor to Golf Course, Tennis Court, Stone St. School, Marston Pavilion, Boat House, Area 2 Pool, Bowling Alley, Area 5 Pool and Hobby Shop.
5527 Virginia St., 7:46; 5513 Maryland Ave., 7:47; 5580 Maryland



Ave., 7:48; 5641 Delaware Ave., 7:49; 5147 Delaware Ave., 7:50; 5229 Arizona St., 7:51.

**BUS NO. 6**
Berkeley Manor to Golf Course, Tennis Court, Stone St. School, Marston Pavilion, Boat House, Area 3 Pool, Bowling Alley, Area 5 Pool and Hobby Shop.
3726 Alabama Ave., 7:46; 5119 Alabama Ave., 7:47; 5113 Florida Ave., 7:48; 5065 Washington St., 7:49; 5051 Michigan St., 7:50.

**BUS NO. 7**
Tarawa Terrace I and II to Hobby Shop, Area 5 Pool, Bowling Alley, Area 2 Pool, Boat House, Marston Pavilion, Stone St. School, Tennis Courts and Golf Course.
136 Tarawa Blvd., 7:30; 189 Tarawa Blvd., 7:31; 223 Tarawa Blvd., 7:32; 258 Tarawa Blvd., 7:33; 347 Tarawa Blvd., 7:34; 2351 Tarawa Blvd., 7:35; 2137 Tarawa Blvd., 7:36; 2013 Tarawa Blvd., 7:37.

**BUS NO. 8**
Midway Park, Camp Knox to Golf Course, Tennis Courts, Stone St. School, Marston Pavilion, Boat House, Area 2 Pool, Bowling Alley, Area 5 Pool and Hobby Shop.
Camp Knox Bus Shelter, 7:35; Midway Park Theater, 7:55.

**BUS NO. 9**
Rifle Range, Courthouse Bay to Hobby Shop, Area 5 Pool, Bowling Alley, Area 2 Pool, Boat House, Marston Pavilion, Stone St. School, Tennis Court and Golf Course.
RR-43, 7:30; BB-35, 7:35.

Return to quarters transportation will be accomplished over reverse routes of buses commencing at 11:30.

**SHUTTLE SYSTEM**
For students having to transfer between classes, the following system will prevail. Senior students to take bus no. 3 will depart from the Stone St. School at 9:30 for the Area 5 Pool, Bowling Alley, Boat House, Marston Pavilion, Tennis Courts, and the Golf Course. Those students to take bus no. 3 will depart the Golf Course at 9:30 to the Tennis Courts, Marston Pavilion, Boat House, Bowling Alley, Area 5 Pool and the Hobby Shop. Junior students to take bus no. 3 will depart the Stone St. School at 9:30. Also, at 10:30 bus no. 3 will depart the Area 5 Pool to other classes. Bus no. 3 will depart the Area 2 Pool at 11:30 for other classes. This bus will also depart the Stone St. School at 10:30 for other classes.

# Lejeune offers wide range of Base housing



**FAMILY AFFAIR — A young Marine and his family look over one of the many housing units available for Camp Lejeune Marines and their dependents at one of the six housing developments. (USMC photo by Sgt. Ron Moser)**

**By PFC Rick Butker**

More than 15,000 people here utilize on-base housing. Military members and their families have a wide range of housing available to them.

The Housing Referral Office takes care of all on-base housing needs for Camp Lejeune and MCAS(H), New River. "We have 4,454 houses at Tarawa Terrace I and II, Midway Park, Berkeley Manor, Paradise Point, the Air Station, and mobile home lots at Knox Trailer Park available for servicemen qualifying for them," said Edna J. Rasnick, housing project manager. "The only requirement needed is a serviceman must have a dependent living with him.

"If a Marine meets this qualification, all he has to do is bring in a copy of his original orders, fill out an application and he'll be in line," said Rasnick.

According to Rasnick, the waiting period varies. "When someone calls and asks us how long they will have to wait for a house, we can't give them a definite time. There isn't an 'average' waiting period," she said. "There are 34 separate waiting lists and a number of factors determine which list you are put on."

The guidelines that determine housing needs are allocated by rank and the size of the family. "Officer's housing is divided into four grades, and enlisted housing into two," said Rasnick. In the enlisted ranks, privates up to corporals with less than two years service comprise one grade. Corporals with over two years to sergeants major makes up the second enlisted grade.

Each grade, enlisted and officer, has a certain number of houses for Marines in that grade.

Location of housing also is determined by rank and family size.

For example, Midway Park and Tarawa Terrace II are for lower grade enlisted Marines, while Tarawa Terrace I and Berkeley Manor are for higher grade Marines.

"When someone comes in the office," said Rasnick, "they fill out an application which tells us how many children they have, their ages and sex, preference of housing location, and other things. From this, we find the category which they fall under. For example, a sergeant might need a three-bedroom, two-bath house at the Air Station, so we

would put him on that specific list.

"We follow Department of Defense directives on things like bedroom requirements and rank breakdowns in all cases."

If someone wants something a little different than the housing office offers, their is one place they can go.

Knox Trailer Park is also controlled by the Housing Referral Office. It has no houses, only lots for mobile homes. It is available to any Marine who owns a mobile home. The only provision is he has a dependent living with him.

"It doesn't matter what rank he is, as long as he meets the other requirements," Rasnick added.

To the Marine reporting aboard Camp Lejeune, the rules and regulations at the Housing Referral Office might seem a bit confusing, and they might wonder how anything gets done through the maze of directives, charts, pay grades and other things. "It isn't that bad," Rasnick continued. "It only takes a short time to learn all the things necessary to qualify for housing. And then the only thing left is to wait."

So if a Marine needs and qualifies for housing, waiting list or no waiting list, he'll get it.

Camp Lejeune Globe, June 1, 1978, Vol. 35, No. 22, p. 9.[21]

---

[21] https://www.dvidshub.net/publication/issues/59990



'BREAK A LEG' — Maryrose Bezoenik gives encouragement to Stacy Roland (center), 4-year-old daughter of Staff Sergeant and Mrs. James Roland, and 5-year-old Lavern Wicker, daughter of Staff Sergeant and Mrs. Hence Wicker, before they performed for the dance revue May 24 at the Midway Park Community Center. Bezoenik has taught dancing here for four years. (USMC photo by LCpl. Denise L. Moreth)

Camp Lejeune Globe, June 1, 1978, Vol. 35, No. 22, p. 9.[22]

---

[22] https://www.dvidshub.net/publication/issues/59990

# Meanwhile...
# back at base

## Thanksgiving Day services

Thanksgiving services will be conducted at several places of worship here, Nov. 26 and 27.

There will be a Thanksgiving Eve communion service at the Protestant Chapel beginning at 7:30 p.m., Nov. 26. At the same time, services will be conducted at the Tarawa Terrace II Elementary School.

A Thanksgiving Day service will be held in the Catholic Chapel at 9 a.m., Nov. 27. Starting at 11:30 a.m., an Ecumenical Service will take place at the Naval Hospital.

## PTO will hold auction

An auction, sponsored by the PTO will be held at Stone St. Elementary School Nov. 22 at 4 p.m. The school will be open for browsing Nov. 21 between 2 and 4 p.m.

Anyone wanting to donate auctionable items, except clothing, should bring them to the school Nov. 21.

For further information call Susanne Willis at 353-7566.

Camp Lejeune Globe, Nov. 20, 1975, Vol. 31, No. 47, p. 3.[23]

---

[23] https://www.dvidshub.net/publication/issues/60212

19

# CINEMA

| | Today | Fri. | Sat. | Sun. | Mon. | Tues. | Wed. | Thurs. |
|---|---|---|---|---|---|---|---|---|
| MIDWAY PARK FAMILY THEATER 7 p.m. | N | O | P | Q | R | S | T | U |
| COURTHOUSE BAY 7 p.m. | M | N | O | P | Q | R | S | T |
| NAVAL HOSPITAL 7 p.m. | L | M | N | O | P | Q | R | S |
| RIFLE RANGE 7 p.m. | K | L | M | N | O | P | Q | R |
| MONTFORD POINT OUTDOOR 7 p.m. | J | K | L | M | N | O | P | Q |
| GEIGER INDOOR 7 p.m. | I | J | K | L | M | N | O | P |
| CAMP THEATER 7 p.m. | G | H | I | J | K | L | M | N |
| AIR STATION 7 p.m. | D | E | F | G | H | I | J | K |
| DRIVE-IN 7 p.m. | C | D | E | F | G | H | I | J |
| ONSLOW BEACH 7 p.m. | B | C | D | E | F | G | H | I |
| FRENCH CREEK OUTDOOR 7 p.m. | A | B | C | D | E | F | G | H |

+Note — There will be a double feature at the Camp Theater on Nov. 24. The Mysterious Island of Captain Nemo and Winterhawk will be playing beginning at 7 p.m. Also, Rollerball will be seen at the Camp Theater on the 25 and 26 Nov. replacing The Girl From Petrovka.

A — PAPER MOON (PG RT 103) Adventure story of a bright nine year old girl and the con man she adopts. Stars Ryan O'Neal and Tatum O'Neal.
B — YOU'LL LIKE MY MOTHER (PG RT 93) Drama about a Vietnam war widow who is pregnant and decides to visit her mother-in-law. Stars Patty Duke and Rosemary Murphy.
C — RETURN TO MACON COUNTY (PG RT 89) Two All-American youths meet a horrible fate when they enter Macon County. Stars Nick Nolte and Don Johnson.
D — THE LEGEND OF HELL HOUSE (PG RT 94) Four people venture into a haunted house to see if there is truly life after death. Stars Roddy McDowall.
E — DAY OF THE LOCUST (R RT 144) Studio life in Hollywood leads to the destruction of a variety of people during the depression. Stars Donald Sutherland.
F — INNOCENT BYSTANDERS (PG RT 111) John Craig becomes a decoy in an international double-crossing between three countries. Stars Stanley Baker.
G — BLACK CHRISTMAS (R RT 98) Christmas Eve turns into a night of horror as a series of mysterious deaths and disappearances occur. Stars Olivia Hussy.

H — KID BLUE (PG RT 100) A young cowboy decides to become an aristocrat whether they like it or not. Stars Dennis Hopper and Warren Oates.
I — CARBON COPY (PG RT 91) Childhood friends meet again but now one's a cop and the other a criminal. Stars Robert Hossler and Charles Aznavour.
J — WINTERHAWK (PG RT 89) Winterhawk seeks help from the white man to help cure a smallpox epidemic and ends up having his braves brutally beaten.
K — THE MYSTERIOUS ISLAND OF CAPTAIN NEMO (PG RT 97) Adventure story of a group of people marooned on a mysterious island. Stars Omar Sharif and Ambrose Bia.

L — ROLLERBALL (R RT 123) Furturistic portrait of a world's favorite sport where war, poverty and ignorance have been eliminated. Stars James Caan and John Houseman.
M — THE GIRL FROM PETROVKA (PG RT 103) Comedy drama about a correspondent who falls in love with a student in Russia. Stars Goldie Hawn and Hal Holbrook.
N — CLEOPATRA JONES AND THE CASINO OF GOLD (R RT 96) A crime fighting super-lady cracks a narcotics ring. Stars Tamara Dobson and Stella Stevens.
O — AMAZING GRACE (G RT 98) A retired porter decides its time for a change and decides to run for mayor. Stars Moms Mabley and Slappy White.
P — THE ASPHYX (PG RT 99) A scientist attempts to make himself and his family immortal. Stars Robert Stephens and Robert Powell.
Q — CONDUCT UNBECOMING (PG RT 107) Military drama of two officers, one who lives for the service and the other who wants a discharge. Stars Michael York and Richard Attenborough.
R — HOMEBODIES (PG RT 98) Six elderly resort to violence to keep from being evicted from their homes. Stars Peter Brocco and Francis Fuller.
S — SHAFT'S BIG SCORE (R RT 105) Shaft returns to the screen when a friend is killed and robbed of a quarter of a million dollars. Stars Richard Roundtree.
T — BLAZING SADDLES (R RT 93) A western satire that puts all of Mel Brooks comedy and talent on the screen. Stars Cleavon Little and Gene Wilder.
U — WHITE LINE FEVER (PG RT 90) An Air Force veteran starts a trucking business but runs into trouble when he lashes out against organized crime. Stars Jan Michael Vincent.

Camp Lejeune Globe, Nov. 20, 1975, Vol. 31, No. 47.[24]

[24] https://www.dvidshub.net/publication/issues/60212



**BLUE VELVET DREAM BAND PERFORMS — The Blue Velvet Dream Band will be entertaining at the SNCO Club on Nov. 21 from 9 p.m. to 1 a.m.**

Camp Lejeune Globe, Nov. 20, 1975, Vol. 31, No. 47.[25]

---

[25] https://www.dvidshub.net/publication/issues/60212



## Pearls of the Pacific

The Base Special Services will present the Hawaiian revue "Pearls of the Pacific" at 7:30 p.m. May 27, at the Base Theater. Featured in this live performance will be the dangerous and exciting Flaming Knife Dance of Samoa and, of course, the beautiful Hawaiian Hula Dancers. The show-stopper is the Fire Walk of Tahiti routine that has dazzled theater goers the world over. There will also be a movie, "The Onion Field", that will follow the performance. Admission for both the show and the movie will be $2 at the door.

Camp Lejeune Globe, May 1, 1980, Vol. 36, No. 18, p. 12.[26]

[26] https://www.dvidshub.net/publication/issues/59713



**COUNTRY MUSIC — Larry Anderson and** Hadnot Point from 9 p.m. to 1 a.m. June 22 The Country Travelers will appear at to provide country listening pleasure.

Camp Lejeune Globe, June 20, 1974, Vol. 30, No. 25.[27]

---

[27] https://www.dvidshub.net/publication/issues/60296



**Flouri**

**Opens**

The Marine
"finest,"      t
Non-comm
Officers,
night   witnes
Grand Opening
newly renovat
room  at  the
Point Club.
Music, danc
a feast-like he
hanced the gay
phere  of  the
Corps'  "fine.
NCO Club in tl
try."
Highlight of
ening was the
March'' led
Gen. J.O. But
his lady.
Following th
cutting cerem
Base   Com
BrigGen. E.B.
er, 2d Divisi
mander,  Col
Lean,  repres
of Force Tro
their  ladies

MajGen. J.O. Butcher prepares to cut the ribbon with the assistance of MGySgt. Clinard, club treasurer. Accompanying the general in the foreground are SgtMaj. and Mrs. Palma, Mrs. Butcher, BrigGen. and Mrs. Wheeler. In the rear are Col. MacLean, SgtMaj. and Mrs. Long.

Camp Lejeune Globe, June 21, 1968, Vol. 24, No. 25.[28]

---

[28] https://www.dvidshub.net/publication/issues/61034



A new addition to please the finest.

Camp Lejeune Globe, June 21, 1968, Vol. 24, No. 25.[29]

---

[29] https://www.dvidshub.net/publication/issues/61034



Newly rennovated ballroom prior to gala opening

Camp Lejeune Globe, June 21, 1968, Vol. 24, No. 25.[30]

---

[30] https://www.dvidshub.net/publication/issues/61034

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 27 of 57



Singer Denise Scott was one of the many entertainers during the festive evening.

Camp Lejeune Globe, June 21, 1968, Vol. 24, No. 25.[31]

---

[31] https://www.dvidshub.net/publication/issues/61034



GLOBE, FRIDAY, JUNE 14, 1968 11

TINA GLAVE joins with Jack Rogers and the Moderns in celebrating the grand opening of the all new Hadnot Point Staff Club. The celebrities will perform this Saturday and Sunday evenings. Reservations, may be made at the club. The charge will be $2.00 per person.

Camp Lejeune Globe, June 14, 1968, Vol. 24, No. 24, p. 11.[32]

# Charlie Albertson entertains at COM

**COM**

22 – Paradise Point - Happy Hour from 5 m. Special Buffet from 6:30 to 9 p.m. e Albertson entertains from 8:30 p.m. to .m. MCAS - Happy Hour from 4:30 to 6:30 eefeaters Buffet from 7 to 10 p.m. Spirals ain from 9 p.m. to 1 a.m.

23 – Paradise Point - Brunch served from to 1 p.m. The Hesitations perform from 9 1 a.m. MCAS - Dinner served from 7 to 10 lue Exit entertains from 9 p.m. to 1 a.m.

24 – Paradise Point - Brunch served from p.m. Shrimp-a-peel from 5:30 to 8 p.m.

26 – MCAS - Mongolian Barbeque from 6 m. The Spirals perform from 9 p.m. to 1

27 – Paradise Point - Beefeaters Buffet. xit entertains from 8 p.m. to midnight.

**SNCO CLUB**

21 – Steak night at Hadnot Point and free asting in the Dining Room at 7 p.m.

22 – Hadnot Point - Phase 1 entertains p.m. to 1 a.m. Courthouse Bay - The wners perform from 9 p.m. to 1 a.m. MCAS n Arrow entertains from 9 p.m. to 1 a.m.

23 – Hadnot Point - Band of Gold ns from 9 p.m. to 1 a.m. MCAS - Broken returns from 9 p.m. to 1 a.m.

24 – MCAS - The Spirals entertain from 8 midnight.

**NCO CLUB**

Aug. 22 – Freedom Express entertains from 8:30 p.m. to 12:30 a.m. at Hadnot Point

Aug. 23 – Harvest performs from 8:30 p.m. to 12:30 a.m. at Hadnot Point.

Aug. 24 – Super Grit entertains at Hadnot Point from 7:30 to 11:30 p.m.

Aug. 27 – Southeast entertains at Hadnot Point from 7:30 to 11:30 p.m.

**SERVICE CLUBS**

Aug. 24 – Central Area - Scavengers entertain from 6:30 to 10:30 p.m. Courthouse Bay - Sundowners perform from 6:30 to 10:30 p.m.

Aug. 25 – MCAS - Good Tymes entertain from 7 to 11 p.m.

Aug. 26 – Camp Geiger - 14 Carat Black performs from 6:30 to 10:30 p.m. Area 5 - Sundowners entertain from 6:30 to 10:30 p.m.

Aug. 27 – Rifle Range - Shauna performs from 6:30 to 10:30 p.m. Onslow Beach - Count Four entertains from 6:30 to 10:30 p.m. Camp Johnson - Sunrise performs from 5:30 to 9:30 p.m.

Aug. 28 – Area 1 - Misty entertains from 6:30 to 10:30 p.m. Area 2 - Sun Rise performs from 6:30 to 10:30 p.m.

**USO**

Aug. 22, 23, 24 – This week's free movies at the USO are HALLS OF MONTEZUMA and FIVE CARD STUD.

COUNTRY ENTERTAINMENT — Charlie Albertson performs at the COM Aug. 22.

Camp Lejeune Globe, Aug. 21, 1975, Vol. 31, No. 34, p. 5.[33]

[32] https://www.dvidshub.net/publication/issues/61036
[33] https://www.dvidshub.net/publication/issues/64523

# OWC holds sign-up coffee for members

NEW LIFE SINGERS — All junior and senior high school students are welcome to join the New Life Singers. A Welcoming Party is scheduled Aug. 24 from 5 to 8:30 p.m. at Marston Pavilion. The first practice will be held Aug. 31 at Stone Street School from 6 to 8 p.m. For further information call Lynda Christenson at 455-1778 or Pam Steffey at 353-6046.

OWC GROUP 1 COFFEE — The wives of Base Material (OWC Group 1) are holding a sign-up coffee on Aug. 28 from 10 a.m. to noon at the COM. A special presentation of paintings by Pam Ek is featured. Cost is $1.50. For reservations call Mrs. C.M. Day at 353-5941 by noon Aug. 25. Cancellations must be made no later than noon Aug. 26.

FALL DANCE CLASSES — New classes are now being formed in ballet, acrobatics and tap. The one hour classes will be held in the Tarawa Terrace and Midway Park Recreation Centers for 10 weeks for a registration fee of $10. Dependents ages six through teens are welcome to attend. Registration for the Tarawa Terrace classes will be held at the center on Aug. 23 and Sept. 6 from 10:30 a.m. to noon. For Midway Park classes, registration will be held from 1 to 2 p.m. on Aug. 23 and from 9 to 10 a.m. on Sept. 6. For further information, contact Mary Rose Bezonik at 353-0473.

SNCO WIVES CLUB MEETING — The SNCO Wives Club meeting will be held at the Hadnot Point SNCO Club Aug. 21 beginning at 7:30 p.m.

JOIN OWC GROUP II — The board and senior hostesses of OWC Group II invite the wives of all officers of Headquarters Battalion, 2d Marine Division, to a coffee held in the Lejeune Room of the COM. The coffee begins at 10 a.m. on Aug. 26 and cost is $1.50 for refreshments. For reservations call Barbara McGowan at 347-6238 by Aug. 22. Cancellations must be received by noon Aug. 25.

BATON CLASSES OFFERED — Fall classes in baton will begin Sept. 8 and will run to Dec. 9. All dependents are welcome for the 14 lessons in intermediate beginning classes. Cost is payable at registration held 23 and Sept. 6 from 10:30 a. noon at the Tarawa Te Annex. For further inform contact Debby Hardin at 35

JACKSONVIL COMMUNITY CHORUS — Jacksonville Community C welcomes new member attend their first practice the First Christian Chur Gum Branch Road Se beginning at 7:30 p.m. further information, call 5G

Camp Lejeune Globe, Aug. 21, 1975, Vol. 31, No. 34, p. 6.[34]



Camp Lejeune Globe, May 9, 1974, Vol. 30, No. 15.[35]

---

[34] https://www.dvidshub.net/publication/issues/64523
[35] https://www.dvidshub.net/publication/issues/60302

Goettge Memorial Field House -- Liversedge Field:



Liversedge Field in the overall Hadnot Point area:



Image from Maslia:



Hadnot Point water treatment plant service area and water-distribution system

The image above comes from Jason B Sautner, M. L. Maslia, C Valenzuela, J W Green, Field Testing of Water-Distribution Systems at US Marine Corps Base, Camp Lejeune, North Carolina, in Support of an Epidemiologic Study, 2004.



# Historical Pageant Set For Saturday

Liversedge Field is the place be this Saturday, Nov. 10. ne traditional cake cutting, a lorful pageant and a rededition of the colors, followed by championship midget league otball game, will be waiting.

Major General Berkeley will on the festivities by cutting is year's birthday cake at 10 n. There will be a brief cereny followed by the historical iform pageant and narration of

Marine Corps uniforms-past and present.

After the pageant, a color guard representing Marine Corps Base, 2d Marine Division, Force Troops and New River Air Facility will mass the colors for rededication by Father Frances Kelly, Base Chaplain.

The 2d Division Band will provide the background music throughout the festivities.

At 10:30 a.m., the Colts and the Redskins will battle it out for the Midget League football championship. These boys, dependents of Marine personnel here, are from 10 to 14 years old.

Force Troops Drum and Bugle Corps will be featured during the half-time pause of the game with drill and music.

The public is cordially invited to attend the entire morning's festivities and visitor passes

will be available at the main gate from 8:30 a.m. to 1 p.m.

At noon Friday, Nov. 9, the annual birthday dinner featuring command mess halls, Marine personnel are authorized to bring guests aboard for the feast.

charcoal broiled steak will be served in all operating quad—

Personnel drawing commuted rations will be charged $1, guests and dependents, $1.20; and children under 12, $.60 for the annual birthday dinner.

## Jacksonville Birthday Message

The Mayor, City Council, and all citizens of Jacksonville pause to add their tribute in these troubled times and extend their sincere congratulations to the

Camp Lejeune Globe, Nov. 8, 1962, p. 3, available in archived digital collection online.[36]

---

[36] https://www.dvidshub.net/publication/issues/61597 (last accessed 3/7/25).

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 33 of 57



Camp Lejeune Globe

VOL. 20 CAMP LEJEUNE, N. C., THURSDAY, JANUARY 30, 1964 NO. 5

LET'S HAVE SOME CAKE—A cake commemorating the 11,000th landing aboard the USS OKINAWA, LPH-3, was presented to WO-1 Joseph A. Rike by the ships baker as squadron pilots look on. WO Rike made the 11,000th landing during carrier qualifications off the coast of N. C. on Jan. 16. The cake was flown ashore in a UH34D helicopter by HMM-263's executive officer, Maj. A. R. Bousquet, cockpit of helicopter. (Photo by LCpl. W. C. Barker.)

# 2d Mar. Division Celebrates Its 23rd Birthday Tomorrow With Ceremonies

The 2d Marine Division celebrates its 23rd anniversary tomorrow with a parade and review scheduled to start on the Base Parade Ground at 10:30 a. m.

On its 23rd birthday the 2d Marine Division finds itself constantly training for combat, while striving for peace. This training is being carried on by other members of the Division even while their comrades pause here to commemorate their founding. From the snow-swept slopes of upstate New York, to the sunny tropic skies of Vieques and onto the foreign shores of the Mediterranean, Marines of the Division keep in constant combat condition.

The anniversary ceremonies on the parade field will be highlighted by the presentation of Unit Requalification Awards for Calendar Year 1963. The 10th Marines will receive the Regimental Trophy; 2d Bn., 10th Marines will be presented the Subordinate Battalion Trophy; Hq. Bn. will be awarded the Separate Battalion Trophy and H&S Co., 2d Recon. Bn., will be awarded the Subordinate Company/Battery Trophy.

Vice Admiral John S. McCain, Jr., USN, Commander Amphibious Forces Atlantic Fleet with headquarters at Norfolk, Va., will be the reviewing officer.

Tomorrow, following the colorful parade and review,

**The center section of today's GLOBE is a special supplement paying tribute to the officers and men of the 2d Marine Division on the occasion of the Division's 23d anniversary.**

there will be a special holiday dinner at all Division messhalls. Families and guests of Marines have been invited and will be charged the standard fee in accordance with existing regulations.

The citizens of Jacksonville and the surrounding area are cordially invited to witness the ceremonies on the Camp Lejeune Parade Ground. Vehicle passes will not be required

Spectators are urged to park their cars in either the Base Exchange parking area or at the Goettge Memorial Field House.

# HQMC Announces Drive To Retrain 'Over' MOSs

Headquarters Marine Corps has issued a new listing of MOSs which are overstaffed and understaffed and has ordered a new campaign to retrain men from overstrength skills.

To fill up the "short"

| | | | |
|---|---|---|---|
| 2171 | x | | x |
| 2211 | x | | |
| 2212 | | x | |
| 2213 | | x | x |
| 2210 | x | | |
| 2221 | x | | x |
| 2231 | x | | |
| 2336 | x | | x |

(See OVER MOS's, Page 8)

# High State Of Readiness To Be Maintained; CMC

"My principal target is to maintain the high state of readiness in which the Marine Corps finds itself today."

With this statement in the opening moments of radio interview in Japan, Gen. Wallace M. Greene, Corps Commandant, basically described the goal he has set for every Marine and for himself, as the 23rd Commandant of the Marine Corps.

Beginning his tenure as Commandant, Gen. Greens, started off on an 11-day whirlwind tour of Marine Corps units and instal-

conjunction with the Army and hydrofoil landing craft are being tested in cooperation with the Navy.

Gen. Greene does not favor the pro-pay program in that it is too difficult to administer fairly and squarely for all who may deserve it. He does feel however, that the recent pay increase is one step closer to adequate pay for servicemen. The Commandant believes that if the Marine Corps is to keep its highly qualified men, their pay will have to be fairly close

Camp Lejeune Globe, Jan. 30, 1964, p. 1.[37]

[37] https://www.dvidshub.net/publication/issues/61463

Case 7:23-cv-00897-RJ Document 398-14 Filed 06/04/25 Page 34 of 57

## Gridiron action begins
# It's that time of year again

Fall is here. And with the cooler temperatures and Howard Cosell on Monday night, the football leagues around Camp Lejeune prepare for gridiron action.

According to the information this sportsdesk has acquired, Divison will field both touch and tackle football leagues. Tackle leagues will also be formed in both Force Troops and Marine Corps Base. The local Youth Football League seems to be having a little problem getting off the ground according to Base Special Services, due to a lack of interest.

Already H&S Bn. from MCB has scrimmaged with a Force Troops team on W.T Hill Field. Both teams managed to score a few touchdowns, but many simple mistakes plagued both teams. Tackles were missed, interceptions were picked off and loose pigskins were abundant. In turn, coaches hollered and substituted freely. But this is what the game is all about. If you don't do the job you get replaced until you want that position back again. Just a few will give up the fight and turn in the pads but that's just the minority and the rest will stick it out.

To those who manage to stick out the long, bruising season, the rewards are yours. To the coaches who form unorganized masses into a well disciplined machine, good luck. And for all of you who look forward to an exciting season of football...wait no longer it's here.

Camp Lejeune Globe, Aug. 21, 1975, Vol. 31, No. 34, p. 7.[38]

# Serv Co. Leader In
# Intramural Action

Service Company, Marine Corps Base opened the 1964 Intra-Battalion Basketball season January 13th with a win over Headquarters Company 56-53 and has been steamrolling over company competition.

Camp Lejeune Globe, Jan. 30, 1964, p. 1.[39]

[38] https://www.dvidshub.net/publication/issues/64523
[39] https://www.dvidshub.net/publication/issues/61463

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 35 of 57

Camp Lejeune Globe, Jan. 30, 1964, p. 1.[40]

# What the word on physical fitness means

WASHINGTON, D.C. — With the issuance of a new Marine Corps Order on physical fitness, weight control and military appearance comes a set of definitions of words Marines will probably be hearing about more often in the future.

The definitions are clear and concise. So that all hands get a first hand chance to read and understand them without having to rely on someone's interpretation, here they are as contained in MCO 6100.3G:

Physical Fitness: "Physical fitness for a Marine means the maintenance of a healthy body, the endurance to withstand the stress of prolonged activity and adverse environment, the capacity to endure the discomforts that accompany fatigue and the maintenance of combat-effectiveness. Physical fitness as used in this order is a part of the individual Marine's professional qualifications, whereas medical qualifications relate to the determination with regard to the physical fitness of their Marines and this determination is then considered in the overall evaluation of the individual Marine's professional qualifications. Medical officers, on the other hand, determine the Marine's medical qualifications.

Stamina: "Stamina is a combination of muscular and cardiovascular endurance and is the most important aspect of fitness for Marines. Cardiovascular fitness should be the basis for all physical training from the standpoint of its contribution to the overall health and longevity of the individual. Muscular endurance, which is closely associated with cardiovascular endurance, is that physical characteristic which will allow prolonged activity without undue fatigue. For Marines, this represents the ability to march long distances with heavy loads or to work long hours and still maintain the reserve to carry on in an emergency."

Strength: "Strength is defined as the ability to manipulate weight or, for a Marine, his or her own body weight. A certain amount of body strength is necessary for appearance, confidence and load-carrying ability. It is essential that Marines be able to move themselves effectively and efficiently."

Maximum Allowable Weight Standards: These are the standards which set by height, the minimum and maximum weights for all Marines regardless of age. These standards are set in a chart for men and women.

Overweight: This condition exists when the Marine's weight exceeds the maximum allowable weight standards as found in the chart mentioned above. Marines who exceed the maximum allowable weight standards will be referred to the medical officer for physical evaluation to determine the cause and, if any, remedial action.

Military Appearance: "That appearance which is neat, trim, and presents the military image traditionally associated with the Marine Corps. The evaluation of a Marine's military appearance is the responsibility of his commanding officer. The medical officer's responsibility is to certify a Marine's health and ability to participate in a physical exercise program and-or to prescribe a diet, if required, to return the Marine to an acceptable military appearance."

20 Nov. 1975                                                    Globe                         5

Camp Lejeune Globe, Nov. 20, 1975, Vol. 31, No. 47, p. 5.[41]

---

[40] https://www.dvidshub.net/publication/issues/61463

[41] https://www.dvidshub.net/publication/issues/60212

35

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 36 of 57



# Lejeune boxers host six teams in tourney

### Photos by Sgt. Dan Haberer

**Toney Wilson**

**106 lb.**

**Inter-Service**

**Champ**

The Camp Lejeune Boxing Team will host six teams in a tournament, to be held here, at the Goettge Memorial Field House, this Friday and Saturday, at 7:30 p.m.

Teams to compete in this tournament are: High Point, N.C. AAU, Cincinnati, Ohio AAU, Plainfield, N.J. AAU, Wilmington, N.C. Police Dept., Norfolk, Va. Navy and the Army from Ft. Bragg.

Many of the Marines who will do battle for the Camp Lejeune team are well known in this area as well as nationally.

Little Toney Wilson will start things off for the Leathernecks in the 106 lb. class. Toney is defending Inter-Service champ as well as Silver medalist in the CISM games.

Jimmy James a well known, very experienced fighter does it up for us in the 112 lb. bout. Jimmy is a three time All-Marine champ, two time Inter-service champ, two time gold medalist in the CISM games, and was an alternate in the 1972 Olympics.

Toney Santana will be in the ring for the Marines in the 125 lb. class. This is Toney's first fight for the Corps, but is no stranger to the ring. He has won the crown of New York State Golden Gloves champ twice.

In the 132 lb. class Roger Stafford will be doing his thing for the Lejeune team. Stafford has been fighting in this area for over two years and has the crowns to prove it. Roger has won the All-Marine and Inter-Service Championship twice, the N.C. Golden Glove and AAU champ, as well as being nationally ranked fourth.

George Haynes is doing it up for the Marines in the 139 lb. class. George has been with the team for two years and is known for his fast hand. In his last outing against the New Jersey AAU team he showed knock out power as he put his man away early in the first round.

At 147 lbs. "Smoken" J.C. Wade will be there to give anybody a run for their money. Wade, an All-Marine champ and nationally ranked number eight, is a real power puncher, with lots of style.

A new face on the team is Tim Turner, at 156 lbs. This is Tim's first year on the Lejeune team.

Another new, Shelton Milner, is fighting in the 165 lb. class. Shelton has been boxing for three years, and recently won the 2d Marine Division and the FMFLant championships.

Last on the card is All-Marine Light Heavyweight Leon Spinks. Leon is two time defending National AAU champ, Silver medalist in the Pan American games, and his most recent fight last weekend in New York helped give the American team a 6-4 team victory over the Russians.

In all the Marines have another good team again this year and everyone should try and make a night of seeing them in action this weekend. The admission is free and open to the public.

**J.C. Wade**

**147 lb.**

**All-Marine**

**Champ**

**Roger Stafford**

**132 lb.**

**Inter-Service**

**Champ**

**Leon Spinks**

**178 lb.**

**National AAU**

**Champ**

Camp Lejeune Globe, Nov. 20, 1975, Vol. 31, No. 47, p. 7.[42]

---

[42] https://www.dvidshub.net/publication/issues/60212

# Time for flu shots again

The Naval Regional Medical Center here has scheduled Jan. 11-12 as dates for Camp Lejeune personnel to receive flu shots.

Shot clinics will be open from 8 a.m. to 3:45 p.m. on these dates at Goettge Memorial Field House. A dependents clinic will be conducted from 8 a.m. to 3:45 p.m. Jan. 5 for those not making it to the field house.

The shots are mandatory for active duty personnel and dependents must be 18 or older to receive them.

Camp Lejeune Globe, Jan. 5, 1978, Vol. 34, No. 1, p. 1.[43]



Camp Lejeune Globe, Nov. 13, 1975, Vol. 31, No. 46.[44]

[43] https://www.dvidshub.net/publication/issues/60039
[44] https://www.dvidshub.net/publication/issues/60213

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 38 of 57



**Entering the field**

Camp Lejeune Globe, Nov. 13, 1975, Vol. 31, No. 46.[45]

[45] https://www.dvidshub.net/publication/issues/60213

## Boxing news

The Camp Lejeune Boxing team will be the host of six boxing teams in a tournament to be held here, at the Goettge Memorial Field House Nov. 21 and 22.

Teams to compete in this tournament are; High Point, N.C AAU, Cincinnati, Ohio AAU, Plainfield, N.J. AAU, Wilmington N.C. Police Dept., Norfolk, Va. Navy, and the Army from F Bragg.

Admission is free for both days.

Camp Lejeune Globe, Nov. 13, 1975, Vol. 31, No. 46, p. 8.[46]

---

[46] https://www.dvidshub.net/publication/issues/60213



Photo by SSgt. Doyle Sanders

**PATRIOTIC SERVICE** — Personnel of the 2d Marine Division gathered at the Division Amphitheater Wednesday morning for 4th of July patriotic services. The services included posting of colors, hymns, scripture reading, litany of dedication to God and Country, benediction and the retiring of colors.

Camp Lejeune Globe, July 3, 1975, Vo. 31, No. 27, p. 2.[47]

---

[47] https://www.dvidshub.net/publication/issues/64518



BEHIND THE SCENES—Act. MSgt. Andrew Redder, Base Special Services, helps Act. SSgt. Michael Baker, 2nd Explosive Ordnance Disposal Plt., unload packaged fireworks in preparation for Camp Lejeune's first 4th of July pyrotechnic display. Three EOD men set off the colorful explosives in a roped-off area of the parade ground.

AN ESTIMATED 15,000—Several reports estimated that more than 15,000 turned out to witness the fireworks show. The parade ground bleachers, above, were filled to capacity some 45 minutes before the first rocket burst. Every piece of available real estate in sight of the parade ground was overflowing with spectators.

Camp Lejeune Globe, July 9, 1959, p. 6.[48]

[48] https://www.dvidshub.net/publication/issues/62007

41



REFRESHMENTS TOO—Two Camp Cafeteria mobile units were on hand to provide refreshments. Both did a booming business from an hour before show time to well after the last rocket went skyward.

Camp Lejeune Globe, July 9, 1959, p. 6.[49]

[49] https://www.dvidshub.net/publication/issues/62007

42

# 3/6 outruns Div. in cross-country

A two-event quarterly cross-country meet was held by Division last week with 3-6 emerging victorious over a field of 40 Division Marines.

The meet consisted of a 30-man platoon competition and a 7-man team match. Each event was run on a 2.7 mile course at Molly Pitcher Field behind the Staff NCO barracks.

In the 30-man platoon meet held June 21, 3-6 topped the field with a time of 18:05. Second was 2d Recon Bn. with a time of 18:20 while 2d Eng. Bn. ran a close third at 18:31. Rounding out the field of contenders was Hq. Bn. in fourth place clocked at 19:15. Second Service Bn. also ran, but was disqualified for having only a 29-man team.

Each unit was eligible to enter 35 men in the meet, with the finishing time of the 30th man across the line counting as the team time.

Leading the 7-man team competition was 3-6 with a total of 47 pts. In second place was 2d Eng. Bn. with 52 pts. while 2d Recon Bn. placed third with 76 pts. Fourth place was captured by Hq. Bn. with 81 pts. and 2d Service Bn. was fifth with 105 pts. In sixth and final place was 2d Motor Transport Bn. with 112 pts.

As the first five members of the 7-man team crossed the line, they were numbered according to the order in which they finished. The numbers were added and the team with the lowest total point count was declared the winner.

Outstanding individual honors of a team member went to A.J. LaPierre, 2d Eng. Bn., with a course time of 14:30. Fastest time recorded by anyone was 14:20 by Wayne R. Steele, 1-2, who entered the meet independently.

Camp Lejeune Globe, June 29, 1972, Vol. 28, No. 26, p. 8.[50]

|  | W | L |
|---|---|---|
| H&S Bn. | 10 | 0 |
| MCI-5 | 6 | 4 |
| ITR | 6 | 4 |
| MCSSS | 5 | 4 |
| Naval Hosp. | 3 | 5 |
| Base Mat. Bn. | 3 | 5 |
| RR Det | 0 | 9 |

Goettge Memorial Field House will be closed July 3, for the Navy Relief Rally. No noon leagues will play.

### DIVISION PLAY-OFFS ON TAP

Division intramural softball play-offs are scheduled to begin July 10. Top teams from the Western and Eastern Divisions will meet to decide the over-all championship.



HOME STRETCH — Division cross-country runners head into the final stretch of their 2.7 mile run through the woods adjacent to Molly Pitcher Field. 3-6 took both events in the meet held June 21-22. (Photo by LCpl. Barb Majewski)

[50] https://www.dvidshub.net/publication/issues/60727



(Staff Photo)

## Division Fitness Centers

## Using 'Universal Gyms'

It's called a "universal gym." That monster in the pictures, that is. It serves eight body-building functions, all of which may be operated simultaneously.

Division Special Services has installed one of these gyms in all Division fitness centers, to the tune of $2,500 each. They are located in the 2d, 6th, 8th and 10th Marines areas.

"We hope these new gyms will encourage more men to work out daily," said Lieutenant Philip Bellini, Division Recreation Officer. "Each unit replaces the weights presently in use, and is much easier to use."

Several exercises, previously limited to weights alone, can be performed on the universal gym. Marines can use each unit for curls, dips, as a lat machine, for military presses, hip flexing, pull-ups, and bench pressing.

The FSR Fitness Center, located in the Industrial Area, also has a unit for Force Troops personnel.

(Staff Photo)

Camp Lejeune Globe, July 18,1969, Vol. 25, No. 29, p. 9.[51]

[51] https://www.dvidshub.net/publication/issues/60898

44



AWARD WINNING BIRDS Lynn Franklin and Deborah Kilgore receive Certificates of Achievement from Gunnery Sergeant Charles R. Cunningham, commissioner of girl's softball, and Mrs. Ann Greer, president of the Camp Lejeune Girl's Activities Club at the Little League field in Tarawa Terrace. Both girls, members of the Woodpeckers, received the awards for participation in the girl's club activities. They were also cited as honorable mentions for the All Star Girls Softball Team. The presentations were made to honor the girls who will be leaving with their families for another Marine Corps Base. Teammates and rival bluebirds join in the congratulations. (Photo by LCpl. Don Abood.)

Camp Lejeune Globe, July 18,1969, Vol. 25, No. 29, p. 9.[52]

---

[52] https://www.dvidshub.net/publication/issues/60898



ABANDON SHIP — Marine reservists of Supply Co., 4th Service Bn., 4th Marine Division on two weeks Annual Training Duty begin their drown proofing qualification at Hadnot Point Pool. Some of these reservists qualified as first class swimmers by swimming another 100 yds. in 25 yd. segments of freestyle, sidestroke, breaststroke, and backstroke. Hosted by the 2nd Service Bn., 2nd Marine Division, the Supply Co. will complete their ATD this weekend returning to their training center in Washington, D.C. (Photo by Cpl. R.C. Reck)

Camp Lejeune Globe, July 20, 1972, p. 5.[53]

---

[53] https://www.dvidshub.net/publication/issues/60727



**'HURRAY' FOR HORTICULTURE** — Students enrolled in the Horticulture Class at Lejeune High School receive practical education while planting tulips at the Naval Hospital. Under the guidance of M.C. Jackson, class instructor, the students have applied their theme "Learning by doing" in various projects throughout Camp Lejeune as well as school grounds.

Camp Lejeune Globe, May 9, 1974, Vol. 30, No. 15, p. 5.[54]

---

[54] https://www.dvidshub.net/publication/issues/60302

# Expanded clinic services open to all

Retired military personnel and dependents here who need immediate treatment and evaluation of acute medical care problems can now utilize the Acute Care Clinic, located on Ward 5-A of the Naval Regional Medical Center.

The clinic is staffed by a physician, an assistant or nurse practicioner and two hospital corpsmen. Because of limited personnel, it is recommended that medical problems that can reasonably wait until the next workday be handled through the appointment systems of the Primary Care or Pediatrics clinics.

The clinic operates from 4:30 to 9 p.m., Monday through Friday and 8 a.m. to 9 p.m., Saturday, Sunday and holidays.

The clinic is not intended to be an extension of regular hours of either of these facilities.

Appointments for same-day acute care may be made by calling the appointment desk at 451-4505/4611 for patients age 12 and older, or the Pediatrics Clinic at 451-4303/4380 for children under 12.

Well-baby and routine pediatrics care can be obtained by calling the appointment desk during normal working hours.

Camp Lejeune Globe, April 26, 1979, Vol. 35, No. 17.[55]

[55] https://www.dvidshub.net/publication/issues/59790

# Naval Hospital Marks 26th Anniversary

By SGT. ANDY FIELDS

This week, the Naval Hospital celebrates more than a quarter-century of service to the World's M o s t Complete Amphibious Training Base— Camp Lejeune.

The hospital, presently commanded by Captain J.H. Sultor, U.S. Navy, was commissioned on May 1, 1943 at a construction cost of $7,500,000. On that date, patients were admitted as transfers from the then temporary Field Hospital, which up to that time had provided care for the sick and injured of the former Marine Barracks, New River.

The Naval Hospital, is a self-contained activity under the command and support control of the Bureau of Medicine and Surgery, Navy Department. Coordination control is exercised by the Commanding General, Marine Corps Base.

The mission of the hospital includes support for military personnel and dependents of Marine Corps Base, Force Troops, 2d Marine Division, Marine Corps Air Station, New River, and Marine Corps Air Station, Cherry Point, North Carolina. The hospital also cares for retired personnel.

The authorized operating bed capacity is 600. This can be expanded to care for as many as 1,117. The highest patient load during World War II was 2,087 and during the Korean Conflict the peak census was 1,865, including many Army patients. At present, average occupied beds, total 460.

Since commissioning, the hospital has admitted approximately 87,000 military patients and 77,-500 others. A total of more than 45,500 births have been recorded.

In March 1958, the hospital assumed responsibility for outpatient care of dependents; a mission previously assigned to the Base Dispensary. In order to provide this support, Wards 1 and 2 were converted into outpatient clinics. The clinics average approximately 10,000 patient visits per month.

Constructed to fill a war-time need, the hospital has added progressively to its initial medical capabilities. Services now available include general medicine, general surgery, orthopedic surgery, obstetrics, gynecology, pediatrics, opthalmology, urology, radiology, pathology, pharmacy, physical therapy, otorhinolaryngology, dentistry and neuropsychiatry.

The population supported includes more than 32,000 military, 36,000 dependents and some 400 retired personnel.

In addition, active support is furnished all civilian medical activities in the vicinity on a humanitarian basis. Although not a teaching hospital, it is fully accredited by the Joint Commission on Accreditation of Hospitals.





COOKS prepare some "medicine" — hot chow.

Camp Lejeune Globe, May 2,1969, Vol. 25, No. 18, p. 10.[56]

---

[56] https://www.dvidshub.net/publication/issues/60911

49



"THE SHARON SMALL SINGERS" help to bring a touch of Spring to the patients of Camp Lejeune's Naval Hospital. The vocal group, made up of members of the Officers' Wives Club, have entertained at the hospital before, and have also appeared at the USO in Jacksonville.

Camp Lejeune Globe, March 29, 1968, p. 4.[57]

---

[57] https://www.dvidshub.net/publication/issues/61050



**ROMPER ROOM** — The Navy Relief Children's Waiting Room, Ob-Gyn Clinic, Naval Reg
Medical Center, was officially opened June 30 in a ribbon-cutting ceremony. The waiting room w
used as a nursery for children of mothers attending the clinic.

Camp Lejeune Globe, July 3, 1975, Vo. 31, No. 27, p. 6.[58]

1.

---

[58] https://www.dvidshub.net/publication/issues/64518

Case 7:23-cv-00897-RJ    Document 398-14    Filed 06/04/25    Page 52 of 57



USMC photo by SSgt. James W. Gladkowski

A FRANTIC FIVE — Kathy Masters charges through a grocery isle April 4 at the Hadnot Point commissary here during her five-minute shopping spree. Masters, fourth prize winner in the March 30 drawing, checked out with three full carts of food valued at $341.93. The commissary had set aside $500 for her spree. She received the balance in cash.

Camp Lejeune Globe, April 12, 1979, Vol. 35, No. 15, p. 8.[59]

---

[59] https://www.dvidshub.net/publication/issues/59792

# Children, children, everywhere!!!

**Open Line:**

Children, children, children everywhere — especially in the Main Exchange. Most of them are there without being accompanied by a parent, or at least it seems so. Why must customers be constantly caught up in a game of "Cops and Robbers," attacked by a bundle of fury bounding from beneath racks of clothing or from some other unsuspecting place.

The Exchange is a place where all of us should be able to go and shop without having to constantly be on the lookout for someone else's children or becoming so frustrated that we leave the store with uncompleted shopping lists.

No, moms and dads, I love children and feel they need to be protected, especially when out in public places. They are your responsibility and you should not leave it up to others to look out for their safety and well-being while you yourself browse throughout the Exchange. If you do not intend to take care of your children while you are shopping then you should not bring them in the Exchange to run wild. Not only do they upset other patrons, they often destroy or mutilate property to such an extent it has to be surveyed.

Oh, I know you are not one to shy away from your respon- of paying for any damages done, but why shy away from the greater responsibility of controlling your children?

Just recently I was in the store and a lady brought a small child to the Manager's Office, stating the child had followed her to her car twice and she did not even know the child. The word was passed for someone to come pick the child up. Eventually an unconcerned mother arrived, spanked the child, sent it on its way to the Toy Department and she went to the Ladies Department. Parents, aren't you concerned what could happen to your child?

Camp Lejeune Globe, June 13, 1974, Vol. 30, No. 24.[60]

---

[60] https://www.dvidshub.net/publication/issues/60297

53

## Package store open longer

During the holidays, Nov. 24 through Dec. 31, the Consolidated Package Store at Hadnot Point (Bldg. 1401) will remain open from 10 a.m., until 9 p.m., Monday through Saturday. The hours at Tarawa Terrace will remain the same, 10 a.m. to 9 p.m. Monday through Saturday, and 1 p.m., to 6 p.m. on Sunday.

Camp Lejeune Globe, Nov. 20, 1975, Vol. 31, No. 47, p. 3.[61]

---

[61] https://www.dvidshub.net/publication/issues/60212

Longley's January 2025 report, p. 23 –



Large and Tall Standpipe at Building 1400 at Hadnot Point
The *Globe*, 4 December 1975

Cover photo:





## Leaking for the past year, fixed in the past few weeks

**Open line:**

Since we are suppose to be so energy conscious aboard Camp Lejeune, I was wondering who is responsible for that water main located beside the base fire station Bldg. 1400. This water main has been constantly leaking for the past year. I have noticed Marines filling up water buffalos etc. turn it off and it still leaks.

This seems to be a great waste of one of our natural resources. I can't begin to imagine how many gallons of water has been wasted during this period of time.

**SSgt. C.T. Frederick**

The Globe contacted the Base Maintenance Officer and found that several years ago, in order to enable various units aboard the base to fill their water buffalos, the water main near H.P. 1400 was tapped and a 1¼" standpipe, with valve, was installed.

Base Maintenance Department personnel replace this valve on an average of twice a year, due primarily to the fact that using units do not securely close this valve after filling their water buffalos. This causes the seat of the valve to become scored, necessitating replacement.

Readers are encouraged to submit additional suggestions and ways to conserve utilities.

Suggestions may be submitted to Col. C.D. Wood, Chairman of the Utilities Conservation Board or the Globe which will make sure they are considered.

**Editor**

Online here:  https://www.dvidshub.net/publication/issues/60210

From the Globe, August 10, 1972 –



WATER WORKS — The new Water Treatment Plant, well and distribution system here was recently accepted by the base and is now in full operation. The plant, located near the Main Gate off Holcomb Blvd., was built at a cost of $1.8 million.

B       Globe       August 10, 1972

From:  https://www.dvidshub.net/publication/issues/60724