IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES. | ) |
| | ) |
| | ) |

**TABLE OF EXHIBITS**
**IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANT UNITED STATES' MOTION TO EXCLUDE VAPOR INTRUSION EVIDENCE AND TESTIMONY**

**Ex. 1** – *SMD Software, Inc. v. Emove, Inc.,* No. 5:08-CV-403-FL, (E.D.N.C. Nov. 18, 2013)

**Ex. 2** – *Davis III v. Spicer*, No. 1:21-cv-00874-SRF, (D. Del. Feb. 17, 2023)

1