IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-897

|  |  |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES. | ) |
| | ) |
| | ) |

TABLE OF EXHIBITS
PLAINTIFFS' LEADERSHIP GROUP'S OPPOSITION TO UNITED STATES'
MOTION TO EXCLUDE EXPERT TESTOMY OF MUSTAFA ARAL

**Ex. 1** – October 23, 2024 Expert Report of Prof. Mustafa M. Aral

**Ex. 2** – March 18, 2025 Deposition of Alexandros Spiliotopoulos, Ph.D. transcript excerpts

1