# EXHIBIT 2

```
 1          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
 2                   SOUTHERN DIVISION
                    NO. 7:23-CV-897
 3

   IN RE:                              )
 4                                     )
   CAMP LEJEUNE WATER LITIGATION )
 5                                     )
                                       )
 6   This Document Relates to:         )
   ALL CASES                           )
 7   _____)

 8
 9             VIDEOTAPED DEPOSITION OF
10         ALEXANDROS SPILIOTOPOULOS, PH.D.,
11   a witness herein, called by the Plaintiffs for
     examination, taken by and before Ann Medis, RPR, CLR,
12   CSR-WA, and Notary Public in and for the Commonwealth
     of Pennsylvania, via Zoom Videoconference, at the
13   offices of Department of Justice Civil Litigation 1100
     L Street NW, Washington, DC  20005, on Tuesday,
14   March 18, 2025, commencing at 9:22 a.m.
15
16
17
18
19
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 400-3     Filed 06/04/25     Page 2 of 9

```
 1                  A P P E A R A N C E S
 2    On behalf of Plaintiff
 3              WEITZ & LUXENBERG, P.C.
              BY:  LAURA J. BAUGHMAN, ESQUIRE
 4                  DEVIN BOLTON, ESQUIRE
              700 Broadway
 5              New York, New York  10003
              212.558.5915
 6              lbaughman@weitzlux.com
              dbolton@weitzlux.com
 7
 8    On behalf of Defendant United States of America
 9              U.S. DEPARTMENT OF JUSTICE
              BY:  HAROON ANWAR, ESQUIRE
10                  KAILEY SILVERSTEIN, ESQUIRE
                  GIOVANNI ANTONUCCI, ESQUIRE
11              1100 L Street NW
              Washington, DC  20005
12              202.552.9843
              haroonanwar@usdoj.gov
13              silversteinkai@usdoj.gov
              antonuccigio@usdoj.gov
14
15    Also present via Zoom
16    Jeff Davis
      Allison O'Leary
17    Deanna Havai
      Leonard Konikow
18    Morris Maslia
      Remy Hennet
19
20
      April Carter, videographer
21
22
23
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 400-3     Filed 06/04/25     Page 3 of 9

1          Did I read that correctly?

2      A.   Yes.

3      Q.   So the ATSDR stated that its water

4  modeling results can be used in combination with

5  information from the mother on her water use to

6  estimate the level and duration of her exposure to

7  these contaminants; right?

8          MR. ANWAR:  Object to form.

9          THE WITNESS:  No.  It clearly says it

10  was to be used by the epidemiological study to

11  estimate the level and duration of exposures to

12  the mother.  But there are caveats with respect to

13  that.

14  BY MS. BAUGHMAN:

15      Q.   Is that a caveat right there?

16      A.   This is not the only quote in my

17  opinions regarding what that did.  This is just

18  one piece.  You cannot take it out of context.

19      Q.   Does this not say that the ATSDR's work,

20  the monthly mean concentrations can be used by the

21  epidemiological study to estimate the level and

22  duration of exposures to the mother?  It says

23  that; right?

24          MR. ANWAR:  Object to form.

25          THE WITNESS:  Even though that is said

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 400-3   Filed 06/04/25   Page 4 of 9

1    there, Mr. Maslia has also provided responses to

2    the expert panel, for example, with respect to how

3    the results of these analyses will be used or the

4    level of detail that would be required.  Then, in

5    fact, he said things like medium, high, medium,

6    low rather than actual values, detailed

7    concentrations.

8          So there is a caveat here with respect

9    to how that should be interpreted.

10          MS. BAUGHMAN:  I'm going to object as

11    nonresponsive.

12    BY MS. BAUGHMAN:

13      Q.    Let me ask you this:  Have you reviewed

14    the published epidemiology studies regarding Camp

15    Lejeune?

16      A.    I have not.

17      Q.    Do you know whether in any of the

18    published epidemiology studies they document that

19    the epidemiologist used the modeling in order to

20    calculate the level and duration of exposure to

21    contaminants?

22          MR. ANWAR:  Object to form.

23    BY MS. BAUGHMAN:

24      Q.    Do you know whether it says that in the

25    published studies?

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 400-3    Filed 06/04/25    Page 5 of 9

1        A.    No.    I have not read those studies.

2        Q.    Do you know if the ATSDR epidemiologists

3    actually used ATSDR modeling of the historical

4    concentration -- strike that.

5              Do you know if ATSDR epidemiologists had

6    used the mean monthly levels of contaminants

7    predicted by ATSDR's models to calculate the

8    cumulative exposure for any individuals who lived

9    at Camp Lejeune?

10             MR. ANWAR:  Object to form.

11             THE WITNESS:  I do not know that.  I'm

12   not familiar with the epidemiological studies at

13   Camp Lejeune.

14   BY MS. BAUGHMAN:

15       Q.    So if the modeling was sent to support

16   the epidemiology studies and the epidemiologists

17   used the modeling to calculate cumulative exposer

18   to individuals, you don't know that; right?

19             MR. ANWAR:  Object to form, foundation.

20             THE WITNESS:  My work here is only to

21   critique the quality of the modeling work and

22   outcome of that modeling.

23   BY MS. BAUGHMAN:

24       Q.    So you don't know whether ATSDR's work

25   was used for the purpose of making exposure

 1   assessments in individuals?  You don't know either

 2   way, do you?

 3            MR. ANWAR:  Object to form and

 4   foundation.

 5   BY MS. BAUGHMAN:

 6       Q.   By the ATSDR epidemiologists.  Do you

 7   know?

 8       A.   This is irrelevant to my opinions on

 9   this matter.

10            MS. BAUGHMAN:  I'm going to object as

11   nonresponsive.

12   BY MS. BAUGHMAN:

13       Q.   Page 23 of your report, you chose to put

14   in your report a statement about this work being

15   to support and epidemiologic study and not for

16   purpose of making exposure assessments in

17   individuals.  You included that in your report;

18   right?

19       A.   I included that in my report because it

20   provides context with respect to how this work was

21   done, what it was intended to do, what the

22   timeframe of that was and, therefore, support my

23   work in looking at whether the modeling work that

24   was done provided good results to rely on and

25   support such evaluations.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 400-3    Filed 06/04/25    Page 7 of 9

1      Q.   Can you tell me whether or not the ATSDR

2   epidemiologist used the ATSDR's mean monthly

3   concentrations from the modeling in order to make

4   exposure assessments in individuals?  Do you know

5   whether they did that?  Yes or no.

6           MR. ANWAR:  Object to form and

7   foundation.

8           THE WITNESS:  I do not know that, but

9   it's not relevant to work that I did and the

10   opinions that I provide.

11           MS. BAUGHMAN:  I'll object as

12   nonresponsive to everything after "I do not know

13   that."

14   BY MS. BAUGHMAN:

15      Q.   Did you do any research to determine how

16   ATSDR's modeling studies were used by the

17   epidemiologists?

18      A.   That was not my role in this case.

19      Q.   Your report at 25 on a similar subject

20   here, the last sentence on the first paragraph,

21   you've written, "ATSDR further acknowledged this

22   uncertainty by stating," quote, "'ATSDR's exposure

23   assessment cannot be used to determine whether you

24   or your family suffered any health effects as a

25   result of past exposures to contaminated water at

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ   Document 400-3   Filed 06/04/25   Page 8 of 9

 1   Camp Lejeune.'"

 2              You put that quote in your report;

 3   right?

 4        A.   Yes.

 5        Q.   And you're citing there two documents

 6   including ATSDR had Hadnot Point Chapter A; right?

 7        A.   Looks about right.

 8        Q.   Yes?

 9        A.   Yes.

10              (Spiliotopoulos Exhibit 9 was marked.)

11   BY MS. BAUGHMAN:

12        Q.   I'm handing you what's marked as

13   Exhibit 9 to your deposition, which is Chapter A,

14   Summary and Findings from Hadnot Point.  That's

15   the document that you cited there; correct?

16        A.   Yes.

17        Q.   Let's turn to the page you cited page

18   A182.  The very first sentence under the bolded

19   statement is your quote, right, what you quoted?

20   But you left out a word, didn't you?  What the

21   ATSDR wrote was "ATSDR's exposure estimates cannot

22   be used alone to determine whether you or your

23   family suffered any health effects as a result of

24   past exposure to TCE contaminated drinking water

25   at U.S. Military Base Camp Lejeune."  Right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 400-3    Filed 06/04/25    Page 9 of 9