# EXHIBIT 2

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

*File - Lab info prepared by E. Bilz*  2-26-85
11330

## CHRONOLOGY

| Date | Event |
|---|---|
| Summer 84 | NACIP sampled 22 wells identified as potential problems due to proximity. |
| 30 Nov 84 | Received results (ESE study). Well 602 positive for benzene. 602 was shut down and resampled. |
| 4 Dec 84 | Sampled Hadnot Point Water Plant (HP) raw and treated water, plus wells 601, 603, 608, 634, 637 and 642 because of their proximity to 602. |
| 6 Dec | Received test results (Table [1]). Wells 601, 602, 608, raw and treated water positive for Trichloroethylene (TCE), trans-1,2-Dichloroethylene (DCE), and Tetrachloroethylene (PCE). Wells 602 and 608 also showed other Volatile Organic Chemicals (VOCs). Wells 601 and 608 were shut down. |
| 10 Dec | Sampled HP treated water, plus Wells 601, 602, 608, 634, 637 and 642 |
| 13 Dec | Took Quality Control (QC) samples of 602, split three ways. |
| 13-19 Dec | Took daily samples of HP raw water. |
| 14 Dec | Received results of 10 Dec 84 sampling (Table [2]). Treated water levels dropped. Wells 634 and 637, previously showing nothing, showed significant levels of Methylene Chloride (MC). 634 and 637 were shut down. |
| 19 Dec | Took a distribution sample from HP. Location was FC-540, far point from plant. |
| 21 Dec | Received results of daily HP samples (Table [3]), plus JTCs QC sample and FC-540. The QC samples from JTC and Grainger (received later) confirmed the presence of TCE and DCE. |
| 16 Jan 85 | Sampled all operating wells for HP and Holcomb Blvd Water Plant (HB). 37 wells. |
| 23 Jan | Sampled all operating wells for Onslow Beach (OB), Court-house Bay (CHB), Camp Johnson (CJ) and Tarawa Terrace (TT) water plants. 21 wells. |
| 27 Jan | Base Chief of Staff detected gasoline smell in water in quarters, serviced by Holcomb Blvd plant and reservoir. |
| 27 Jan | Reservoir flushed initially. Later, drained reservoir, shut-down HB plant, scrubbed reservoir with high pressure hoses. Housing areas and mainside are now being served by HP. |
| 29 Jan | Sampled all operating wells for Marine Corps Air Station-New River (MCAS) and Rifle Range (RR). 25 wells. |
| | Sampled finished water at HB (plant still shut down). Sampled |

EXHIBIT 18

CLW 0000004546

 

|          |                                                                                                                                                                                              |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Chief of Staff quarters (now being served with HP).                                                                                                                                          |
| 31 Jan 85 | Received results of 29 Jan 85 sampling (Table [4]).                                                                                                                                         |
|          | Sampled finished water at HP distribution pump, HB reservoir, and points in Paradise Pt and Berkeley Manor housing areas (still served by HP).                                               |
| 1 Feb 85 | Samples delivered to State Laboratory. Analysis run on most samples (finished 4 Feb 85)                                                                                                      |
| 4 Feb    | Received results of 16 Jan 85 Well sampling (Table [5]). Wells 602, 608, and 645 were broken. Wells 634 and 651 show significant levels of TCE, DCE, PCE, and Vinyl Chloride. Wells 652 and 653 showed trace amounts of TCE. Well 651 was shut down. |
|          | Received results of 31 Jan 85 sampling (Table [6]).                                                                                                                                          |
|          | The following wells were sampled: 602, 608, 610, 654, 645, 649 and two samples at 651.                                                                                                       |
|          | Reactivated HB. Began flushing entire distribution systems served by both HB and HP.                                                                                                         |
| 5 Feb    | A treated sample from HP, HB, TT, CJ, MCAS was taken. Wells 203 and 191 at MCAS were resampled.                                                                                              |
| 6 Feb    | The 4 & 5 Feb 85 sampling were shipped to JTC.                                                                                                                                               |
| 7 Feb    | Sampled raw and finished water at both plants and two samples from HB distribution system.                                                                                                   |
|          | Received results of 23 Jan 85 Well sampling (Table [7]).                                                                                                                                     |
| 8 Feb    | Received results of 15 wells of the 29 Jan 85 sampling (Table [8]). Received results of 7 Feb 85 sampling (Table [9]).                                                                       |
|          | Received results of the duplicate sampling of 651 on 4 Feb 85, (Table [10]).                                                                                                                 |
| 12 Feb   | Resampled TT plant, TT-26, and TT New Well                                                                                                                                                   |
|          | Received results of HP and TT plant sampling on 5 Feb 85, (Table [10]).                                                                                                                      |
| 14 Feb   | Received results of TT resampling on 12 Feb 1985, (Table [12]).                                                                                                                              |
| 19 Feb   | Resampled TT plant, TT-26 and TT New Well, split two ways.                                                                                                                                   |
| 20 Feb   | Sampled treated water at OB, CHB, RR. Sampled Well M-168 at CJ. Resampled CHB new well. Shipped one TT set from 19 Feb 85 to State Lab. Shipped 20 Feb 85 samples to JTC.                    |

CLW

00000004547

 

21 Feb 85   Shipped other TT set from 19 Feb 85 to JTC.

Resampled HP and HB treated, BM-5400 and hydrant at MOQ 2204; and sampled Bldg 65 lab with Mike Bell from State.

22 Feb   Received results of 19 Feb 1985 sampling run by State Laboratory (Table [13]).

25 Feb   Received results of 19 Feb 85 sampling run by JTC (Table [13]).

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS




## Abbreviations for Following Tables

| | |
|---|---|
| Trans-1,2-Dichloroethylene | DCE |
| Tetrachloroethylene (Perchloroethylene) | PCE |
| Trichloroethylene | TCE |
| Benzene | B |
| 1,1-Dichloroethylene | 11D |
| Toluene | T |
| Vinyl Chloride | VC |
| Methylene Chloride | MC |
| None Detected | ND |

## Notes for Following Tables

1. Results from hard copy in LANTNAVFACENGCOM LTR of 8 Jan 1985 (Not from PHONCON) received NREAD 11 Feb 85.

2. Results from hard copy received 11 Feb 85 from State Laboratory.

3. Results from hard copy in LANTNAVFACENGCOM LTR of 12 Feb 85 (Not from PHONCON) received NREAD 15 Feb 85.

4. Results from hard copy in LANTNAVFACENGCOM LTR of 14 Feb 85 (Not from PHONCON) received NREAD 19 Feb 85.

5. Results from hard copy in LANTNAVFACENGCOM LTR of 19 Feb 85 (Not from PHONCON) received NREAD 21 Feb 85.

All results are reported in parts per billion (ppb)

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## TABLE [1]

LAB: JTC     Sampled: 4 Dec 84     Detection Limit: 10ppb

| Sample Point | DCE | PCE | TCE | B | 11D | T | VC | THM |
|---|---|---|---|---|---|---|---|---|
| HP Treated | 83 | 3.9 | 200 | ND | ND | ND | ND | P |
| HP Raw | 15 | ND | 46 | ↕ | ↕ | ↕ | ↕ | P |
| 601 | 88 | 5.0 | 210 | ND | ND | ND | ND | |
| 602 (11/30/84) | 630 | 24 | 1600 | 120 | 2.4 | 5.4 | 18 | |
| 603 | ND | ND | ND | ND | ND | ND | ND | |
| 608 | 5.4 | ↑ | 11.0 | 3.7 | ↑ | ↑ | ↑ | |
| 634 | ND | | ND | ND | | | | |
| 637 | ↑ | | | ↑ | | | | |
| 642 | ND | ND | ND | ND | ND | ND | ND | |

See Note 1.

## TABLE [2]

LAB: JTC     Sampled: 10 Dec 84     Detection Limit: 10ppb

| Sample Point | DCE | PCE | TCE | B | MC | THM |
|---|---|---|---|---|---|---|
| 601 | 99 | ND | 230 | ND | 10 | |
| 602 | 380 | ↑ | 540 | 720 | ND | |
| 603 | ND | | ND | ND | 7.0 | |
| 608 | 2.4 | | 13 | 4.0 | 14 | |
| 634 | 2.3 | | ND | ND | 130 | |
| 637 | ND | | ↑ | ↑ | 270 | |
| 642 | ND | | ND | ↕ | 38 | |
| HP Treated | 2.3 | ND | 2.3 | ND | ND | P |

See Note 1.

## TABLE [3]
### Hadnot Point Raw Water

LAB: JTC     Detection Limit: 10ppb

| Sample Point | DCE | PCE | TCE | MC | THM |
|---|---|---|---|---|---|
| 12/4/84 | 15 | ND | 46 | ND | P |
| 12/13/84 | ND | ↑ | ND | 54 | P |
| 12/14/84 | ↑ | | ↑ | ND | P |
| 12/15/84 | | | | ↑ | P |
| 12/16/84 | | | | | P |
| 12/17/84 | | | | | P |
| 12/18/84 | ↓ | | ↓ | ↓ | P |
| 12/19/84 | ND | ND | ND | ND | P |
| 12/19/84(FC540) | ND | ND | 1.2 | ND | P |

See Note 1.

CLW

0000004556

CLJA_WATERMODELING_09-0000424937

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## TABLE [4]

LAB: NC State          Sampled: 29 Jan 85          Detection Limit: 50ppt

| Sample Point | TCE | EDB(Ethylene dibromide) |
|---|---|---|
| HB Before Reservoir | 339.8 | ND |
| HB After Reservoir | 8.2 | |
| MOQ 2212 | 1040.9 | ND |
| Gas Sample | ND | |

See Note 2.

## Table [5]

LAB: JTC          Sampled: 16 January 1985          Detection Limit: 10ppb

| Well | DCE | TCE | PCE | VC | 11D |
|---|---|---|---|---|---|
| 601 | 8.8 | 26 | ND | ND | ND |
| 634 | 700 | 1300 | 10 | 6.8 | ND |
| 651 | 3400 | 3200 | 386 | 655 | 187 |
| 652 | ND | 9.0 | ND | ND | ND |
| 653 | ND | 5.5 | ND | ND | ND |

None Dectected:  603  632  642     Broken Samples:  602
                 606  633  643                      608
                 609  635  644                      645
                 611  636  646                      651
                 613  637  647
                 614  638  648
                 616  639(OLD)  650
                 620  639(NEW)  655
                 621  640  LCH 4007
                 627  641

See Note 3.

CLW
0000004551

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## TABLE [6]

### NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
### DIVISION OF HEALTH SERVICES
### OCCUPATIONAL HEALTH LABORATORY

COMPANY: Camp Lejeune Water System
ADDRESS: Camp Lejeune, Jacksonville, N.C.
SERVICE REQUESTED: VOLATILE ORGANIC ANALYSIS
SAMPLE TAKEN ON: 1/31/85
SAMPLE TAKEN BY: Betsy Betz
SUBMITTED TO LABORATORY: 2/1/85
SUBMITTED BY: Betsy Betz

DATE OF ANALYSIS: 2/1-4/85
ANALYSED BY: John L. NeaL

DATE REPORTED: 2/4/85

### RESULTS IN PPB (ug/liter)

| LOCATION | DICHLOROETHYLENE | TRICHLOROETHYLENE |
|---|---|---|
| Bldg 20 | 321.3 | 900.0 |
| Bldg 670 Bottom | 7.4 | 24.1 |
| MOQ 2212 Cold Water | 249.4 | 724.6 |
| Bldg 670 Top | 7.6 | 26.8 |
| MOQ 2212 Hot Water | 201.2 | 612.9 |
| Bldg 670 Middle | 7.8 | 25.8 |
| Tank SLCH 4004 | 107.5 | 318.3 |
| Hydrant MOQ 2204 | 307.6 | 839.7 |
| Hydrant Elev. Tank S-830 | 340.0 | 849.0 |
| Tank S-2323 | 159.0 | 407.1 |
| BM 5677 | 368.7 | 981.3 |
| BM 5531 | 335.0 | 905.5 |
| Bldg PP 2600 | 332.4 | 890.9 |
| Bldg 5400 | 406.6 | 1,148.4 |

COMMENTS:
    Also identified in all samples were chloroform, dichloromethane, and two (2) unidentified peaks possibly dibromomethane and bromoform. Total Trihalomethanes <<100.0 PPB.

REPORTED BY: *John L. Neal*

cc. Charles Rundgren, Water Supply Branch
    Mike Bell, ERO
    ✓Fred Hill, ERO
    Environmental Epidemiology

CLW
0000004552

## TABLE [7]
### Well Analysis by JTC

Sampled: 23 Jan 85

| System | Well | DCE | TCE | PCE | VC | THM |
|---|---|---|---|---|---|---|
| CHB | A-5 | ND | ND | ND | ND | P |
| TT | TT-26 | 92 | 57 | 158 | 27 | |
| TT | New | 11 | 5.8 | 132 | ND | |

None Detected:
| | | |
|---|---|---|
| BB-44 | M-142 | TT-25 |
| BB-220 | M-192 | TT-30 |
| BB-221 | M-267 | TT-31 |
| CHB New Well | M-628 | TT-52 |
| BA-164 | M-629 | TT-54 |
| BA-190 | M-630 | TT-67 |

See Note 4

## TABLE [8]
### Well Analysis by JTC

Sampled: 29 Jan 85

| Well | TCE |
|---|---|
| 4150 | 2.5 |

None Detected:
| | | |
|---|---|---|
| 100 | TC-1000 | 5001 |
| 190 | 1001 | 5009 |
| 201 | 1251 | 131 |
| 325 | 1253 | 4140 |
| 502 | 1254 | RR-45 |
| 504 | 1255 | RR-47 |
| 604 | 1256 | RR-97 |
| 700 | | |

See Note 5

CLW

00000004553

Case 7:23-cv-00897-RJ   Document 401-2   Filed 06/04/25   Page 9 of 13

CLJA_WATERMODELING_09-0000424940

 

TABLE [9]

### NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES
### DIVISION OF HEALTH SERVICES
### OCCUPATIONAL HEALTH LABORATORY

COMPANY: Camp Lejeune Water System
ADDRESS: Camp Lejeune, Onslow County
SAMPLE TAKEN ON: 02/07/85
SAMPE TAKEN BY: J. Fred Hill
SUBMITTED TO LABORATORY: 02/08/85
SUBMITTED BY: J. Fred Hill, E. Betz

DATE OF ANALYSIS: 02/08/85
ANALYSED BY: John L. Neal, Vicki Painter

DATE REPORTED: 02/08/85

#### RESULTS IN PPB (ug/L)

| LOCATION | trans 1,2-DCE | CHC13 | DCBM | TCE | DBCM |
|---|---|---|---|---|---|
| Bldg. 20 Res. Fin. Water | 5.3 | 10.3 | 6.3 | 16.8 | 3.4 |
| Bldg. 20 Filter Eff.#1 | <2.0 | 6.8 | 4.3 | <2.0 | 2.0 |
| Bldg. 20 Filter Eff.#2 | <2.0 | 9.1 | 5.7 | 3.4 | 3.4 |
| Bldg. 20 Influent | <2.0 | 5.0 | 4.0 | <2.0 | 1.5 |
| Bldg. 670 Res. Fin. Water | <2.0 | 14.84 | 8.3 | <2.0 | 3.6 |
| Bldg. 670 Filter Eff.#1 | <2.0 | 11.45 | 6.1 | <2.0 | 1.2 |
| Bldg. 670 Filter Eff.#2 | <2.0 | 10.03 | 5.8 | <2.0 | 1.2 |
| Bldg. 670 Influent | <2.0 | 8.1 | 4.9 | <2.0 | 1.7 |
| MOQ 2204 Hydr. Dis. Sys. | 9.0 | 23.92 | 10.74 | 32.4 | 4.5 |
| Bldg. 5400 Ber. Man. Sch. | 44.8 | 24.49 | 10.83 | 135.1 | 5.0 |

COMMENTS: trans 1,2-DCE is trans 1,2-dichloroethylene, CHC13 is Chloroform, DCBM is dichlorobromomethane, TCE is trichloroethylene, and DBCM is dibromochloromethane. Samples analysed by purge and trap method utilizing Hall detector in the halogen mode.

REPORTED BY: *John L. Neal* (signature)

cc. Charles Rundgren, Water Supply Branch
    Mike Bell, ERO
    J. Fred Hill, ERO
    Environmental Epidemiology

CLW
0000004554

 

## TABLE [10]

Duplicates of 651

Sampled: 4 Feb 1985    LAB: JTC

|     | #1    | #2    |
|-----|-------|-------|
| DCE | 7580  | 8070  |
| PCE | 400   | 397   |
| TCE | 18900 | 17600 |
| VC  | 168   | 179   |

## TABLE [11]

Sampled: 5 Feb 85    LAB: JTC

|    | TCE | DCE | PCE |
|----|-----|-----|-----|
| HP | 429 | 150 | ND  |
| TT | 12  | ND  | 215 |

## TABLE [12]

Sampled: 12 Feb 85    LAB: JTC

|            | PCE | TCE | DCE | B   |
|------------|-----|-----|-----|-----|
| TT-26      | 3.8 | ND  | ND  | ND  |
| TT New Well| 37  | 1.8 | 1.9 | 6.5 |
| TT Plant   | ND  | ND  | ND  | ND  |

See Note 5

## Table [13]

Sampled: 19 Feb 85

|         | TT-Treated |     | TT-New Well |     | TT-26  |     |
|---------|------------|-----|-------------|-----|--------|-----|
|         | State      | JTC | State       | JTC | State  | JTC |
| DCE     | ND         | ND  | Trace       | 13  | Trace  | 9.5 |
| PCE     | ND         |     | 26.17       | ND  | 55.17  | 64  |
| Benzene | NA         |     | ND          | 6.3 | ND     | ND  |
| TCE     | ND         | ND  | 53.53       | ND  | 3.91   | 4.1 |

NA=Not Analyzed

CLW

0 0 0 0 0 0 4 5 5 5

 

## Gas Chromatograph Summary

The pending orders with Perkin-Elmer were placed by P & C on 20 Feb 85. Perkin-Elmer promised delivery in three weeks (14 Mar 85). On 21 Feb 85 the Service Rep, who will install our GC, called. He stated that he would try to speed up the requisitions. He said as soon as the gas filters and driers came in to call him and make an appointment for installing GC (should not have to wait more than a week). As soon as we have an appointment for installation, then Perkin-Elmer will schedule the on-base training class.

### Running Samples

Standards are on order from EPA.

Quality Control Check samples for certification are on order from the State of North Carolina.

When all is set up, using one technician, Seven samples a day could be analyzed. That would be the maximum the lab could run. That is not including collection. Seven samples a day would be starting with analysis at 0800. A hour a sample is the analysis rate. Only one sample can be run at a time. At least one standard a day should be run, taking an hour for it.

CLW

00000004556

Case 7:23-cv-00897-RJ   Document 401-2   Filed 06/04/25   Page 12 of 13

CLJA_WATERMODELING_09-0000424943

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## Gas Chromatograph Status

Requirements for Installation

1. Ventilation - Completed by Base Maintenance on 7 Feb 85.

2. Gas Supplies
   Safety Rack for Gas Cylinders - Built by Base Maintenance on 14 Feb 85.
   Hole for Gas Lines - Finished by Base Maintenance on 19 Feb 85.
   Gas Cylinders - Received from National Welders by 20 Feb 85
   Gas Regulators - Received from National Welders by 20 Feb 85.
   Gas Filters 7 Drier - Ordered from Perkin-Elmer on 20 Feb 85 (Pending).

3. Electrical Supply - Installed by Base Maintenance on 13 Feb 85

Requirements for Operation

1. Flow Meter for regulating gas - Ordered from Perkin-Elmer on 20 Feb 85 (Pending).

2. Packed Columns, which are the sample reaction tubes that are specific for parameters - Ordered from Perkin-Elmer on 20 Feb 85 (Pending).

CLW
00000004557

CLJA_WATERMODELING_09-0000424944