1          UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2                SOUTHERN DIVISION
3
  IN RE: CAMP LEJEUNE              )
4  WATER LITIGATION,               )
                                   )
5                                  ) Case No.
                                   ) 7:23-CV-00897
6
7
8
9
10             VIDEO DEPOSITION OF
          DAVID SABATINI, PH.D, PE, BCEE
11
12
        TAKEN ON BEHALF OF THE UNITED STATES
13
14
            IN OKLAHOMA CITY, OKLAHOMA
15
16
        ON APRIL 11, 2025, AT 9:03 A.M.
17
18
19
20
21
22
        REPORTED BY:  LANA L. LEDFORD, CSR
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 1 of 446

```
1                  A P P E A R A N C E S
2   For the Plaintiffs:
3                    Laura J. Baughman
                     Devin Bolton (Via Zoom)
4                    WEITZ & LUXENBERG
                     700 Broadway
5                    New York, New York 10003
                     (212)558-5915
6                    lbaughman@weitzlux.com
7   For the Defendants:
8                    Alanna Horan
                     1100 L St
9                    Washington, KC 20005
                     alanna.r.horan@usdoj.gov
10
                     Allison O'Leary
11                   310 New Bern Avenue
                     Raleigh, North Carolina 27601
12                   allison.o'leary@usdoj.gov
13  ALSO PRESENT VIA ZOOM:
14                   Deanna Havai, Motley Rice
                     Giovanni Antonucci (DOJ)
15                   Haroon Anwar (DOJ)
                     Kailey Silverstein (DOJ)
16                   Dennis Reich
                     Morris Maslia, PE
17                   Remy Hennet, PE
                     Zina Bash, Keller Postman
18
19  VIDEOGRAPHER:   Stesha Ferguson
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 2 of 446

1            T A B L E   O F   C O N T E N T S

2                                                    PAGE

3     PLAINTIFFS' EXHIBITS . . . . . . . . . . . . .    3

4     GOVERNMENT EXHIBITS. . . . . . . . . . . . . .    4

5     STIPULATIONS . . . . . . . . . . . . . . . .    5

6     EXAMINATION BY MS. HORAN . . . . . . . . . .    6

7     EXAMINATION BY MS. BAUGHMAN. . . . . . . .    324

8     FURTHER EXAMINATION BY MS. HORAN . . . . . .  345

9     JURAT. . . . . . . . . . . . . . . . . . . .  353

10    CORRECTION SHEET . . . . . . . . . . . . . .  354

11    REPORTER'S CERTIFICATE . . . . . . . . . . .  355

12

13          P L A I N T I F F S'   E X H I B I T S

14    NO.   DESCRIPTION                            PAGE

15    1     Memorandum. . . . . . . . . . . . . . .  337

          CLJA_USMCGEN_0000003331-3333

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 3 of 446

```
 1        G O V E R N M E N T   E X H I B I T S
 2   NO.  DESCRIPTION                                   PAGE
 3   1    Email Chain . . . . . . . . . . . . . . . 16
          CL_PLG_EXPERT_SABATINI_0000002426-2442
 4
     2    Expert Rebuttal Report of David Sabatini. 27
 5        Ph.D, PE, BCEE, 1-14-25
 6   3    January 2025 Rebuttal-Expert Report of. . 28
          David Sabatini, D, PE, BCEE
 7
     4    Handwritten Notes . . . . . . . . . . . . 62
 8
     5    Hadnot Point Bldg #20 . . . . . . . . . 101
 9
     6    Color Photos. . . . . . . . . . . . . . 104
10
     7    Operator's Unit Direct Support Manual . 116
11
     8    EPA Unit 8 Drinking Water Tech Tips . . 173
12
     9    Volatilization From Water, Richard G. . 186
13        Thomas
14   10   ATSDR . . . . . . . . . . . . . . . . . 207
15   11   Rebuttal Response to: . . . . . . . . . 229
16   12   Expert Report of Morris L. Maslia, PE,. 241
          D.WRE, DEE, Fellow EWRI
17
     13   Transcript of Deposition of Ernest Hunt 291
18
     14   Camp Lejeune Justice Act Litigation . . 300
19        Rebuttal Report of Kyle Longley
20
21   Page 105, Line 23:    Testimony marked at the
                            request of Ms. Baughman
22
23
24
25
```

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 4 of 446

1                    S T I P U L A T I O N S

2              It is hereby stipulated and agreed by

3    and between the parties hereto, through their

4    respective attorneys, that the deposition of

5    DAVID SABATINI, PhD., PE, BCEE may be taken on

6    behalf of the UNITED STATES on APRIL 11, 2025, in

7    OKLAHOMA CITY, OKLAHOMA, by Lana L. Ledford,

8    Certified Shorthand Reporter for the State of

9    Oklahoma, pursuant to notice and Federal Rules of

10   Civil Procedure.

11                        *  *  *  *  *  *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 5 of 446

 1            THE VIDEOGRAPHER:  This is the

 2    videotaped deposition of David Sabatini.  Today's

 3    date is April 11, 2025, and we are on the record

 4    at 9:03 a.m.  Will counsel please state their

 5    appearances for the record.

 6            MS. BAUGHMAN:  Laura Baughman for the

 7    Plaintiffs.

 8            MS. HORAN:  Alanna Horan here on behalf

 9    of the United States, and I'm joined by my

10    colleague, Allison O'Leary.

11            MS. HORAN:  Good morning, Dr. Sabatini.

12            DR. SABATINI:  Good morning.

13            MS. HORAN:  I'm sorry.  I think we need

14    to do the oath first.

15            THE VIDEOGRAPHER:  The court reporter

16    will now swear the witness.

17            DAVID SABATINI, Ph.D, PE, BCEE,

18    of lawful age, being first duly sworn, deposes

19    and says in reply to the questions propounded as

20    follows:

21                    * * * * * * *

22                    EXAMINATION

23    BY MS. HORAN:

24        Q    Good morning, Dr. Sabatini.  Could you

25    please state your full name for the record?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 6 of 446

1      A    David Allen Sabatini.

2      Q    And what is your current address?

3      A    Current...

4      Q    Address.

5      A    Address.

6           1632 Crestmont, C-r-e-s-t-m-o-n-t,

7  Avenue, Norman, Oklahoma 73069.

8      Q    And do you currently have a work office

9  that you go to on a regular basis?

10     A    I'm an emeritus professor so I have an

11 office I go to several times a week.

12     Q    And where is that office?

13     A    It's at the University of Oklahoma.

14     Q    Have you been deposed before?

15     A    I was deposed once before about 40 years

16 ago on work that I did for the railroad.  But

17 that was a short hour-or-two-long deposition

18 about work that I had done.

19     Q    And I understand it was 40 years ago.

20 But to the best of your recollection, what was

21 that deposition about?

22     A    It was about railroad right-of-way, and

23 a farmer had built a dike to try and prevent

24 flooding onto his land which was encroaching upon

25 increased water levels on the railroad

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 7 of 446

1  right-of-way -- the railroad elevated tracks.  So
2  the concern was what they did would have damage
3  -- what the farmer had done would damage railroad
4  property.
5      Q    And were you in your capacity as an
6  expert in that case?
7      A    I was -- it was based on work I had done
8  for the railroad.  So I was testifying to work I
9  had done for the railroad.
10     Q    And you've only been deposed that one
11 time?
12     A    That's the only time.  Once.
13     Q    So as, I think you know, I represent the
14 United States in this matter.  And you understand
15 that you're obligated to tell the truth today?
16     A    Yes.
17     Q    A court reporter is taking down
18 everything that we say.  It's important that you
19 answer verbally.  For example, you must say "yes"
20 or "no" rather than nodding or shaking your head.
21          Does that work?
22     A    Yes.
23     Q    Off to a good start.
24          Please talk at a reasonable pace.  The
25 pace I'm speaking at is fine.  You seem to speak

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 8 of 446

1  at a very reasonable pace as well.  But just to
2  make sure that the court reporter can take down
3  everything we say.  Fair?
4      A    Fair.
5      Q    We'll do our best not to interrupt each
6  other just so the court reporter, again, can take
7  down all of our complete questions and your
8  complete answer.  So I just ask that you please
9  wait until I finish my question before you start
10  to answer, and I will do my best not to interrupt
11  you when you're speaking as well.
12          Is that fair?
13      A    Fair.
14      Q    Once the deposition is complete, you'll
15  be -- you'll be given the opportunity to read the
16  transcript of your testimony and make any
17  corrections, and then you'll be asked to sign it.
18          Do you understand that?
19      A    Understood.
20      Q    Only you are testifying today.  You must
21  answer to the best of your ability.  And I just
22  ask that you not ask other people for their help
23  in answering any questions today.
24          Fair?
25      A    Understood.

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 9 of 446

```
 1       Q    If you do not understand a question,
 2   please let me know and I'll do my best to clarify
 3   the question.   If you don't ask for
 4   clarification, I will assume that you understood
 5   the question.
 6            Is that fair?
 7       A    Fair.
 8       Q    Is there any reason why you're unable to
 9   give your most truthful and accurate testimony
10   today?
11       A    No.
12       Q    What did you do to prepare for your
13   deposition today?
14       A    I reviewed my expert rebuttal report and
15   associated reports.
16       Q    What do you mean by "associated
17   reports"?
18       A    I reviewed Hennet's expert report that I
19   was responding to.   And I reviewed the AH
20   Environmental report that was pivotal.   And I
21   reviewed the Nakasone paper that fed into the
22   losses over the weir and the spiractor.   And the
23   McKone paper and the shower experiment.
24       Q    So other than reviewing your expert
25   report, Dr. Hennet's report, the AH Environmental
```

Golkow Technologies,
877-370-3377                   A Veritext Division                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 10 of 446

1  report, the Nakasone study, and the McKone study,

2  did you review any other documents in preparation

3  for your deposition today?

4      A    Possibly, in general.  Just background

5  information.  But not specific -- not to my

6  recollection.  Oh, I reviewed Hennet's

7  deposition.  That would have been specific.

8      Q    Did you review any other depositions

9  beyond Dr. Hennet's?

10      A    That's not -- not to my recollection.

11      Q    Did you meet with anyone to prepare for

12  your deposition today?

13      A    I met with counsel yesterday to go over

14  being the first time as an expert, in

15  preparation.

16      Q    And for how long did you meet with

17  counsel yesterday?

18      A    We met for two or three hours in the

19  morning and then hour or two in the afternoon.

20      Q    Besides Ms. Baughman, who I believe --

21      A    Yes.

22      Q    -- may have been the counsel you were

23  with yesterday --

24      A    Yes.  Yes.

25      Q    -- was anyone else present for that

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 11 of 446

1  prep?

2      A    Not in person.

3      Q    Who joined you remotely?

4      A    Devin Bolton and Kevin Dean.

5      Q    Have you testified in court before?

6      A    No.

7      Q    And I believe you said this is your

8  first time serving as an expert witness in a

9  case?

10     A    Yes.  Correct.

11     Q    Have you read the complaint in this

12 case?

13     A    I'm sorry?  The...

14     Q    The complaint.

15     A    Yes.  Early on, I did, as I recall.  The

16 complaint.  What -- refresh my memory of the

17 complaint.

18     Q    Sure.

19          So a complaint is a document wherein the

20 Plaintiffs state what their allegations are.

21          Do you recall reading a document like

22 that at any point?

23     A    I think I may have, several years ago.

24     Q    And to the best of your understanding,

25 what are the Plaintiffs' allegations in this

```
1   case?
2           MS. BAUGHMAN:  Object to the form.
3           THE WITNESS:  Not remembering,
4   specifically, the document, I'd be hesitant to
5   speak to that.
6       Q   (BY MS. HORAN)  Sure.
7           So setting aside the complaint document,
8   just generally, what is your understanding of
9   what the Plaintiffs' claims are in this case?
10          MS. BAUGHMAN:  Object to the form.
11          THE WITNESS:  It's kind of an open-ended
12  question.  Can you be more specific?
13      Q   (BY MS. HORAN)  I'm just trying to
14  understand what -- what you believe the
15  Plaintiffs' allegations are.  It's not -- it's
16  just your understanding.
17      A   Okay.
18      Q   And it could come from any source kind
19  of.  You've -- sounds like you've been working on
20  this for -- for a while, based on your billing
21  records.  So really just generally, what your
22  understanding is.
23          MS. BAUGHMAN:  Same objection.
24          THE WITNESS:  The -- that there was
25  groundwater contamination that resulted in
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 13 of 446

1    drinking water contamination and that there was
2    exposure as a result.
3         Q    (BY MS. HORAN)  Do you personally know
4    anyone with a pending lawsuit or administrative
5    claim against the United States related to their
6    time at Camp Lejeune?
7         A    No.
8         Q    Do you know -- or strike that.
9              Have you ever spoken, in person or via
10   email, with a man named Ernest Hunt?
11        A    I'm sorry?  With...
12        Q    With a man named Ernest Hunt.
13        A    I've had no personal contact.
14        Q    Have you ever spoken, in person or via
15   email, with a man named Mark Cagiano?
16        A    No.
17        Q    Have you ever spoken, in person or via
18   email, or text message, phone, any of those, with
19   a man named Jerry Ensminger?
20        A    No.
21        Q    Have you ever spoken, in person or via
22   email, phone, any form of communication, with a
23   man named Mike Partain?
24        A    No.
25        Q    When were you retained in this matter?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 14 of 446

1          A    It was in April of -- two years ago.

2          Q    So April 2023?

3          A    '23.  Yes.

4          Q    And how did you -- or strike that.

5               You were retained by the Bell Legal

6     Group; is that right?

7          A    Yes.

8          Q    And do you recall if they contacted you

9     or if you contacted them?

10         A    They contacted me.

11         Q    Had you previously worked with anyone

12    from the Bell Legal Group?

13         A    No.

14         Q    Do you recall the name of the attorney

15    that called you?

16         A    Pat Telan.  T-e-l-a-n.

17         Q    Not exclusive to the Bell Legal Group,

18    but have you ever worked with any of the counsel

19    in this case before?

20         A    No.

21         Q    Giving your best estimate, roughly how

22    many hours have you spent working on this case?

23              MS. BAUGHMAN:  Objection to form.

24              THE WITNESS:  I'd have to refer to my

25    records.  I don't recall a specific -- a number.

1       Q   (BY MS. HORAN)  And you've been billing

2    hours since April of 2023.  Is that fair?

3       A   Yes.

4       Q   And your billing records would be the

5    best place to find out how many hours you've

6    worked on the case?

7       A   Yes.

8     (Government Exhibit 1 marked for identification)

9       Q   (BY MS. HORAN)  I'm marking as Exhibit

10   1.  This is a document with the Bates

11   CL_PLG-Expert_Sabatini_0000002426.  And it runs

12   through the Bates ending in 2443.

13          MS. BAUGHMAN:  So what she's reading is

14   just the number at the bottom.

15          THE WITNESS:  Okay.

16          MS. BAUGHMAN:  Okay.

17          THE WITNESS:  Okay.

18          MS. BAUGHMAN:  He doesn't know.  Just so

19   he understands.  Okay.

20      Q   (BY MS. HORAN)  And if you have any

21   questions like that, please feel free to ask

22   them.

23      A   Thank you.

24      Q   We want to make sure you're on the same

25   page as me.

1      A    Thank you.

2      Q    Dr. Sabatini, do you recognize these as

3  your billing records?

4      A    Yes.

5          MS. HORAN:  So I'll just put on the

6  record, I've looked and I've only been able to

7  find billing records for the calendar year 2024.

8  So we would just request the records from April

9  '23 to December '23, and then any from 2025.

10         MS. BAUGHMAN:  So to the best of my

11 knowledge, there aren't any from 2023.  You can

12 ask him, but I'm not aware of them.  And I don't

13 think they exist for 2025 yet.

14         THE WITNESS:  Yeah.  I've not --

15         MS. BAUGHMAN:  But you can ask him --

16         THE REPORTER:  Wait.  One at a time,

17 please.

18         MS. BAUGHMAN:  Yeah.  Remember, don't --

19 only --

20         THE WITNESS:  I'm sorry.

21         MS. BAUGHMAN:  -- one person at a time.

22         THE WITNESS:  I'm sorry.

23         MS. BAUGHMAN:  And you should only speak

24 when she asks you a question.  Okay?

25         THE WITNESS:  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 17 of 446

1          MS. BAUGHMAN:  All right.  Go ahead.

2          MS. HORAN:  Sure.

3     Q   (BY MS. HORAN)  I think -- did you bill

4  in 2023 calendar year?

5     A   From the best of my knowledge, yes.

6     Q   So there would be a record of that

7  billing that you did in 2023; correct?

8     A   That would be my understanding.

9          MS. HORAN:  Okay.  So we just request

10  those documents.

11     Q   (BY MS. HORAN)  And you have not billed

12  for 2025 yet?

13     A   No.

14     Q   Okay.  And since January, roughly how

15  many hours do you think you've worked on this

16  case?

17     A   I'd have to refer to my records.

18     Q   Sure.

19          Looking at your billing records, prior

20  to receiving the DOJ reports in December of 2024,

21  you had drafted and finalized an expert report.

22          Fair?

23          MS. BAUGHMAN:  Objection to form.

24          THE WITNESS:  I had worked on a

25  document.  Yes.

1       Q    (BY MS. HORAN)  And in your billing

2   records, you refer to that document as expert

3   report.  Fair?

4       A    In the billing.  Yes.

5       Q    And you did not file that expert report

6   in this case; correct?

7            MS. BAUGHMAN:  Objection to form.

8            THE WITNESS:  I'd have to defer to

9   counsel.

10      Q    (BY MS. HORAN)  You don't know one way

11  or the other whether that document was ever

12  filed?

13      A    To my knowledge, it --

14           MS. BAUGHMAN:  Objection to form.

15           What do you mean filed?  We don't file

16  expert reports.

17           MS. HORAN:  That's a fair correction.

18           MS. BAUGHMAN:  Okay.

19      Q    (BY MS. HORAN)  Do you know if that

20  document was ever provided to the United States?

21      A    No.  No.  I mean not to my knowledge.

22      Q    The first page of the Exhibit 1.

23      A    Okay.

24      Q    The second billing line is for January

25  9.

                    Golkow Technologies,
        877-370-3377          A Veritext Division        www.veritext.com
        Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 19 of 446

1          Do you see that?

2     A    Yes.

3     Q    And it's for .5 hours, and it says,

4    "Prep for 1/23 trip."

5     A    Yes.

6     Q    Where was that trip to?

7     A    The trip did not happen.

8     Q    Where was the trip anticipated to be?

9     A    The trip was --

10         MS. BAUGHMAN:  Wait.  Hold on.  I'm

11   going to object and just refer, for your sake,

12   and for Dr. Sabatini, to case management order

13   number 17 which says that communications between

14   expert and counsel are not discoverable.

15         So to the extent you need to answer any

16   question about why a trip didn't take place,

17   that's privileged --

18         THE WITNESS:  Okay.

19         MS. BAUGHMAN:  -- if it was a

20   communication with counsel.

21         Go ahead.

22         MS. HORAN:  Are you claiming privilege

23   over where the trip was to?

24         MS. BAUGHMAN:  Only if he has to rely on

25   communications with counsel to answer the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 20 of 446

1  questions.

2          MS. HORAN:  Okay.

3      Q   (BY MS. HORAN)  I'll ask you, Dr.

4  Sabatini, but please don't answer if you have to

5  rely on your communication with counsel to answer

6  it.

7      A   Okay.

8      Q   Where was the trip that you were

9  prepping for on January 9th to?

10     A   That would cause me to rely upon

11 communications from counsel.

12     Q   Okay.

13         MS. BAUGHMAN:  I might have said the

14 wrong CMO.  Just for the record, it's case

15 management order 17.  I don't -- I'm not sure if

16 that's what I said.  Just -- just to correct

17 that.  But go ahead.

18         MS. HORAN:  Sure.

19     Q   (BY MS. HORAN)  And Dr. Sabatini, we'll

20 go throughout the whole day.  So to the extent I

21 ask you a -- I might not know.

22     A   Uh-huh.

23     Q   So to the extent I ask you a question

24 and you have to rely on your communications with

25 counsel to answer it, that rule applies

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 21 of 446

1    throughout the whole day.

2        A    Thank you.

3        Q    Okay.  Could you please turn to the

4    document ending -- or the page ending in 2438?

5        A    2438.

6        Q    The last three entries on that page for

7    June.

8             Do you see those?

9        A    Yes.

10       Q    And the entry next to June 11th says,

11   "Consider additional calculations/analytical

12   solutions."

13            Do you see that?

14       A    Yes.

15       Q    And the June 25th entry says, "Sample

16   calculations-mass/concentrations-Tarawa Terrace."

17            Do you see that?

18       A    Yes.

19       Q    And the June 28th entry says, "Sample

20   calculations-HPIA/HPLF."

21            Do you see that?

22       A    Yes.

23       Q    HPIA.  What does that stand for?

24       A    Hadnot Point Industrial Area.

25       Q    And HPLF.  What does that stand for?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 22 of 446

1       A    Hadnot Point Land Fill.

2       Q    Could you turn to the last page, the

3    page ending in 43?

4       A    (Witness complies.)

5       Q    The last billing entry for December 31st

6    says, "Finalizing rebuttal report/Zoom call with

7    Morris Maslia."

8            Do you see that?

9       A    Yes.

10      Q    Did you finalize your rebuttal report on

11   December 31st or did you continue to work in --

12   work on it into January?

13      A    I -- as I recall, we had an extension

14   which allowed additional time.

15      Q    So you continued to work on it into

16   January.  Fair?

17      A    I don't recall specifically because I

18   was targeting the earlier completion date.  So I

19   don't recall.  I think -- believe I did do some

20   additional work.

21      Q    And the answer to that question would be

22   in your billing records.  Fair?

23      A    Yes.

24      Q    What is your practice with how often you

25   bill the attorneys?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 23 of 446

1          A    Initially, it was I sent monthly.  And

2     then at some point last year, Lori Mertz

3     recommended quarterly.  So I transitioned toward

4     quarterly billing towards the end of last year.

5          Q    And you haven't billed for Q1 of 2025

6     yet?

7          A    No.

8          Q    Do you anticipate doing that soon?

9          A    Probably sometime in the future.

10          MS. HORAN:  We would just request those

11     when they become available.

12          Q    (BY MS. HORAN)  The second half of the

13     last entry on Page 43 says, "Zoom call with

14     Morris Maslia."

15          When did you first meet Morris Maslia?

16          MS. BAUGHMAN:  Hold on one second.  Just

17     -- just to be clear.  So you know.  Okay?  Case

18     management order 17 says you don't talk about

19     your communications with --

20          THE WITNESS:  Right.

21          MS. BAUGHMAN:  -- other experts.  But

22     when you --

23          THE WITNESS:  When.  Time.

24          MS. BAUGHMAN:  You can answer that

25     question.  Okay?  Go ahead.

```
 1              THE WITNESS:  Okay.  Thank you.
 2          I've not met Morris Maslia in person.
 3     Q    (BY MS. HORAN)  When did you first speak
 4   with Morris Maslia?
 5     A    As I recall, there was a general
 6   information Zoom with --
 7              MS. BAUGHMAN:  Just when.
 8              THE WITNESS:  When.  When.  Thank you.
 9          In mid to late '23.
10     Q    (BY MS. HORAN)  And do you recall who
11   else was on that Zoom in end of 2023?
12     A    There were multiple people, but I don't
13   recall.  That was so long ago.
14     Q    And roughly how many times have you
15   spoken with Morris Maslia since then?
16     A    Two times.  At most, three.
17     Q    Besides Morris Maslia, to the best you
18   can recall, have you spoken with any other
19   Plaintiffs' experts?
20     A    Not that I recall.  I'm trying to think
21   through.  No.
22     Q    You don't recall ever speaking with a
23   man named Dr. Aral Mustafa?
24     A    No.
25     Q    Have you ever spoken with Dr. Konikow?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 25 of 446

A No. Well, not related to this case.
Q Had you previously worked with Dr. Konikow?
A Well, I was trying to -- I may have met him at a conference years ago.
Q Do you recall ever speaking with Jones or Davis?
A No.
Q Did you have any help in preparing your expert report? And again, I'm not asking about attorneys.
MS. BAUGHMAN: So not lawyers. Anyone else.
THE WITNESS: Say again?
MS. BAUGHMAN: Okay. She's asking you if you had help preparing your report, but she's not talking about any lawyers or anyone who's employed by a lawyer.
THE WITNESS: No.
Q (BY MS. HORAN) So no grad students or anything?
A No.
Q Okay. Did you write your expert report yourself?
A Yes.

```
 1        Q    Okay.  You can put Exhibit 1 to the
 2   side.
 3        A    (Witness complies.)
 4             MS. BAUGHMAN:  So we just keep, like, a
 5   stack because sometimes she might go back to
 6   these.  Okay.
 7             THE WITNESS:  Okay.
 8    (Government Exhibit 2 marked for identification)
 9        Q    (BY MS. HORAN)  I'm marking as Exhibit 2
10   -- this is a document with the title Expert
11   Rebuttal Report of David Sabatini Ph.D, PE, BCEE,
12   January 14, 2025.
13             Take as long as you'd like to flip
14   through it, but do you recognize this as your
15   written expert report that you submitted in this
16   case?
17        A    Yes.  At least the cover page certainly.
18   I assume the rest of the document.
19        Q    Do you want to flip through it just to
20   make sure it's all there?
21        A    Sure.  Let me...
22             MS. BAUGHMAN:  Do you want him to look
23   at every page or what do you want him to do?
24             MS. HORAN:  Just generally.
25             THE WITNESS:  Make sure there's -- this
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 27 of 446

1    looks -- it looks complete.  Yes.
2        Q    (BY MS. HORAN)  All right.  And this is
3    the report that you reviewed in preparation for
4    your deposition today?
5        A    Yes.
6        Q    Having reviewed your report in
7    preparation for today, are there any corrections
8    to the opinions you offered that you would like
9    to make?
10       A    No.
11       Q    You can set that to the side.
12       A    (Witness complies.)
13    (Government Exhibit 3 marked for identification)
14       Q    (BY MS. HORAN)  I'm marking as Exhibit 3
15    -- this is a document with the title January 2025
16    Rebuttal Expert Report of David Sabatini
17    Supplemental Amended Materials Considered List
18    dated April 9, 2025.
19           Dr. Sabatini, does -- do you recognize
20    this document?
21       A    Yes.
22       Q    Have you seen it before?
23       A    Yes.
24       Q    And you recognize this as your
25    supplemental materials considered list.  Fair?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 28 of 446

1      A    Yes.

2      Q    We -- does this include all of the

3   materials you reviewed as an expert?

4      A    To the best of my knowledge, yes.  I

5   mean, there were so many documents, but yes, this

6   -- yes.

7      Q    Is there anything you've reviewed since

8   April 9th that you would like to add to this list

9   today?

10     A    No.

11     Q    So the materials considered list that we

12  originally received in January went to Page 8,

13  and then everything from Page 9 onward was added

14  to the April 9, 2025 list.

15          Is that your understanding that there

16  was an update on April 9th?

17     A    That's my understanding.  Yes.

18     Q    So since filing your report in January

19  of 2025, you've since reviewed these 21 pages of

20  materials?  Is that fair?

21          MS. BAUGHMAN:  Objection to form.

22          THE WITNESS:  Yes.

23     Q    (BY MS. HORAN)  And when did you first

24  receive the information -- or strike that.

25          When did you first receive the documents

1   on Pages 9 through 30 of this list?

2       A   I don't recall.

3       Q   Did you review any of the materials on

4   Page 9 through 30 of your materials considered

5   list prior to submitting your rebuttal report in

6   January?

7           MS. BAUGHMAN:  Objection to form.

8           THE WITNESS:  I may have, but I don't

9   recall.

10      Q   (BY MS. HORAN)  Have you reviewed all of

11  the materials, all 30 pages of these materials?

12      A   To varying degrees, yes.

13      Q   The materials in -- listed on Page 9

14  through 30 are not directly cited in your

15  rebuttal report.

16          Is that fair?

17          MS. BAUGHMAN:  Objection to form.

18          THE WITNESS:  To the best of my

19  recollection.

20      Q   (BY MS. HORAN)  Could you turn to Page

21  11?  It starts on Page 11 at the very bottom.  Or

22  strike that.  It's actually on Page 12.

23          On Page 12 of your materials considered

24  list, you have a number of depositions listed.

25          Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 30 of 446

1          A     Yes.

2          Q     You mentioned that you reviewed Dr.

3   Hennet's deposition in preparation for today.

4   Looking at this list now, did you review any

5   other depositions in preparation for today?

6          A     I looked at the deposition of Ernest

7   Hunt and Mark Cagiano.

8          Q     Have you read all of the depositions

9   listed on Page 12?

10         A     To varying degrees.

11         Q     When you say "to varying degrees," what

12  -- what do you mean?

13         A     Some in detail and some just briefly.

14  Some were more pertinent than others.

15         Q     Have you attended any depositions in

16  this matter?

17               MS. BAUGHMAN:  Objection to form.

18               Do you mean in person or...

19         Q     (BY MS. HORAN)  No.  Remotely or in

20  person.  At all in any way.  Phone call.

21         A     Yes.

22         Q     Which ones have you attended remotely,

23  in person, or a phone call?

24         A     One.

25         Q     And which one was that?

1     A    Hennet.

2     Q    The materials you have listed on Page

3  9 --

4     A    I don't know if this is worth

5  commenting.  Some of these CLJs may have been in

6  my appendix.  I'm not sure.

7     Q    When you say appendix, Dr. Sabatini, are

8  you referring to the water buffalo Appendix A?

9     A    Yes.

10    Q    Now, that has its own materials

11 considered list.

12    A    Okay.

13    Q    Is that fair?  Or -- you're welcome to

14 look at your report next to you if you'd like.

15    A    Yes.

16    Q    So are those separate materials

17 considered lists or is this materials considered

18 list inclusive of all of your documents?

19         MS. BAUGHMAN:  If you know.

20         THE WITNESS:  Yeah, I -- I'm not clear.

21 I'm not sure.  Trying to be comprehensive.

22    Q    (BY MS. HORAN)  Sure.

23         Why did you provide a second materials

24 considered list with your Appendix A as opposed

25 to just one for the entire report?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 32 of 446

1          MS. BAUGHMAN:  Objection to form.

2          THE WITNESS:  I'm not sure.  Can you --

3     Q   (BY MS. HORAN)  Sure.

4     A   I'm not sure the question.

5     Q   Sure.

6          So your Appendix A has a materials

7  considered list -- and again, you're welcome to

8  look at it.

9     A   Yeah.

10    Q   Why did you decide to provide its own

11  materials considered list with your Appendix A --

12         MS. BAUGHMAN:  Objection to form.

13    Q   (BY MS. HORAN)  -- separate from the one

14  attached to your report?

15         MS. BAUGHMAN:  Objection to form.

16         Well, this wasn't attached to his

17  report.  Exhibit 3 was not attached to his

18  report.  So I'm going to object to that.

19         MS. HORAN:  Sure.

20    Q   (BY MS. HORAN)  So separate from the one

21  that was on April 9th, you have a materials

22  considered list affixed to your Appendix A.

23    A   Yeah.

24    Q   Is that fair?

25    A   These were pertinent to the report, and

1    my only --

2              MS. BAUGHMAN:  It's a reference list;

3    it's not a materials considered list.  So I'm

4    going to object to that.

5              THE WITNESS:  I guess the only thing I

6    was trying to comment, I didn't know if -- in an

7    effort to be comprehensive, if some of these

8    might have also been listed here.

9         Q    (BY MS. HORAN)  Okay.  So you're not

10   sure?

11        A    No.

12        Q    Okay.  Since submitting your expert

13   report in January of 2025, why did you decide to

14   review the documents in Pages 9 through 30?

15             MS. BAUGHMAN:  Object to the form.

16             THE WITNESS:  I don't recall.

17        Q    (BY MS. HORAN)  Okay.  You can set that

18   aside.

19        A    (Witness complies.)

20        Q    Could you turn to Exhibit B of -- of

21   Exhibit 2 which is your expert report?  I believe

22   it is your resumé.

23        A    My vitae?

24        Q    Yes.

25             Any changes since you've submitted this

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 34 of 446

1  vitae in December of 2024?

2      A   I believe not.  I don't think there's

3  any articles.  Book six is almost released.  But

4  I don't think it's yet released.  On Page 3.

5  Book six.  So that may have an April date on it.

6      Q   And that's Surfactant Formulation

7  Engineering Using HLD and NAC.

8      A   Yes.

9      Q   That book.

10      A   Yes.

11      Q   And you're a co-author on that book?

12      A   Yes.

13      Q   Other than that that book might have

14  been released by now, anything else that you can

15  think of?

16      A   Minor detail, but then a couple of the

17  chapters in that book will also -- dates will be

18  updated.

19      Q   Sure.

20      A   So co-edited, co-authored the book, and

21  then several chapters in the book.

22      Q   Sure.

23          Anything else?

24      A   No.

25      Q   Presently, your professional roles

Golkow Technologies,
877-370-3377                    A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 35 of 446

1  include the associate director of the Institute

2  for Applied Surfactant Research, you are an

3  adjunct professor at the University of Ethiopia,

4  and one university in Thailand.

5       A    Correct.

6       Q    And you are a partner at Surfactant

7  Associates.

8       A    Yes.

9       Q    Is that an accurate summary of your

10  present professional roles?

11      A    Yes.

12      Q    In this case are you contracted directly

13  and personally with the Plaintiffs' leadership

14  group or is it through an entity?

15           MS. BAUGHMAN:  Objection to form.

16           THE WITNESS:  I'm sorry.  Ask again.

17      Q    (BY MS. HORAN)  Sure.

18           So are you contract -- let me rephrase.

19           You have a role in a number of

20  organizations.  Is your contract to do work on

21  this case with one of those entities and then you

22  work on it or is it with -- directly with you?

23      A    Directly with me.

24      Q    And you received a bachelor's degree in

25  civil engineering from the University of Illinois

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 36 of 446

1    in 1981?

2         A    Correct.

3         Q    And you received a master's degree in

4    civil engineering from Memphis State in 1985?

5         A    Correct.

6         Q    And you received a Ph.D from Iowa State

7    University in 1989?

8         A    Correct.

9         Q    What is your Ph.D in?

10        A    It's in civil engineering.  With an

11   environmental emphasis.

12        Q    What does that mean?

13        A    Within civil engineering, there's

14   structural engineering, geotechnical engineering,

15   transportation engineering, and environmental

16   engineering.  So my specialty was in the

17   environmental engineering side of civil

18   engineering.

19        Q    You have a paper listed.  "Sorption and

20   transport of Atrazine Alachlor and Fluorescent

21   Dyes in Alluvial Aquifer Sands."

22             Was that your Ph.D thesis?

23        A    Yes.  Part of it.

24        Q    What was the other part?  If you could

25   identify it for us.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 37 of 446

1      A    I'd have to remember back at my papers,
2    but there was another paper that was published
3    out of my dis-- but it was same topic.
4      Q    Was it published around the same time?
5      A    Yes.
6      Q    After your Ph.D, you became an assistant
7    professor and then a full professor at the
8    University of Oklahoma?
9      A    Assistant, and then associate, and then
10   full.  Yes.
11     Q    And I believe you said now, you're a
12   professor emeritus?
13     A    Emeritus.  Yes.  No problem.
14     Q    Sorry about that.
15     A    No problem.
16     Q    And do you still teach classes?
17     A    Yes.
18     Q    What classes do you teach?
19     A    I teach a course on fundamentals of
20   water security, quantity, quality, and equity in
21   a changing climate.
22     Q    Anything else?
23     A    That's the only university course I
24   teach.  I teach a short course to industry.
25     Q    And what course is that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 38 of 446

1      A    It's fundamental and applied aspects of

2   surfactants.

3      Q    And you teach that to the industry you

4   said?

5      A    Yes.

6      Q    So what does that mean?

7      A    We go to industries that -- as associate

8   director of the Institute for Applied Surfactant

9   Research, we have industrial sponsors of our

10  institute and they ask us to come and teach a

11  two-and-a-half-day short course at their company.

12  And we'll go -- my colleague and I go and we team

13  teach -- trade off teaching -- for two and a half

14  days, this course to chemical companies.

15     Q    In either of those courses, the one to

16  students or the one to industry, do you talk

17  about Camp Lejeune?

18     A    Briefly in the water security, in one

19  lecture, I briefly mention that -- I talk about

20  superfund and show a map of the United States of

21  all the superfund sites.  And then I mention that

22  Camp Lejeune is one of those contaminated sites.

23     Q    Besides that one mention in terms of

24  superfund sites --

25     A    No.  That's all.

1       Q    No.

2            Is there a PowerPoint or anything you

3   put together for that class?

4       A    Yes.

5       Q    We would just request a copy of that

6   PowerPoint.

7       A    Okay.

8            MS. BAUGHMAN:  Well, we'll talk about

9   that later.  I don't -- you didn't -- I mean

10  there was no official request for that so I don't

11  think we'll be providing that.  But you can

12  follow up with me.  I didn't see a document

13  request for such a document.

14           MS. HORAN:  Sure.  We can deal with that

15  on the back end, but we just request it.

16           THE WITNESS:  Okay.

17      Q    (BY MS. HORAN)  And you as a professor

18  emeritus --

19           MS. BAUGHMAN:  Emeritus.

20      Q    (BY MS. HORAN)  Emeritus.

21           THE WITNESS:  Yeah.

22      Q    (BY MS. HORAN)  -- are you retired from

23  your role as a professor or do you -- is that

24  considered a retirement role or how does that

25  work?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 40 of 446

1          MS. BAUGHMAN:  Objection to -- objection
2    to the form.
3          THE WITNESS:  It's my -- I don't -- I
4    don't know how to say this.  Quazi retired.
5       Q   (BY MS. HORAN)  Quazi retired.
6          Do you still get a salary from the
7    University of Oklahoma?
8       A   When I teach a course, I do.  But not on
9    a monthly -- when I'm not teaching a course, I
10   don't.
11      Q   You're a professional engineer; correct?
12      A   Correct.
13      Q   And you've taken and passed both of the
14   professional engineer tests?
15      A   Yes.
16      Q   Have you ever failed a test to become a
17   professional engineer?
18      A   No.
19      Q   Your report has David Sabatini, Ph.D,
20   PE, BCEE on the front.
21          The PE stands for professional engineer?
22      A   Correct.
23      Q   What does the BCEE stand for?
24      A   It stands for board certified
25   environmental engineer.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 41 of 446

1      Q    And could you describe for me what that
2   licensing or certification is?
3      A    It's through the associate -- American
4   Association of Environmental Engineering and
5   Scientists.  And it's -- you can gain that
6   designation either by taking a written and an
7   oral exam -- or if you're considered a person of
8   eminence, your record can gain you that
9   recognition.
10     Q    And when did you receive that
11  recognition?
12     A    Oh, goodness.
13     Q    More than 20 years ago?  More than ten?
14     A    I'd say 15 to 20 years ago.  In that
15  range.  I'd have to look to my records.
16     Q    Sure.
17          And you would look at your resumé to
18  find that out?
19     A    Say again.
20     Q    Or where -- where would you look to find
21  that information out?
22     A    I guess I don't have it on my resumé.  I
23  think I do have my PE.  But anyway, I'm not sure.
24     Q    Other than your professional engineering
25  licensure and your BCEE certification or

Golkow Technologies,
877-370-3377                    A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 42 of 446

1    licensure, do you have any other licenses?
2        A    No.
3        Q    You've worked on projects regarding
4    cleanup at military bases; correct?
5        A    Correct.
6        Q    And which projects have you worked on?
7        A    Oh, there's a range.  Hill Air Force
8    Base.  Dover Air Force Base.  What's the one in
9    California?  Naval Air Station.  Those are --
10   there are several.  I'd have to look at my
11   records to remember.
12       Q    Where -- where would you look to
13   remember?
14       A    Should be in my...
15       Q    It should be in your resumé?
16       A    Yeah.
17       Q    Okay.  You mentioned Hill.  Could you
18   describe your role in that project?
19       A    The -- it was a research project to look
20   at developing advanced technologies for cleaning
21   up groundwater contamination.
22       Q    You mentioned Dover.  Could you
23   describe --
24       A    The same -- same type.  We developed a
25   technology in the laboratory and approved

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 43 of 446

1  successful so then we went to these field sites
2  to demonstrate.
3      Q    You said "we".  Who did you work with on
4  this project?
5      A    Well, colleagues at the University of
6  Oklahoma.
7      Q    Okay.  And you mentioned one in
8  California.
9      A    Yeah.
10     Q    What was your role in that?
11     A    Same.  Field demonstration.
12     Q    How did you become involved in the Hill
13 project?
14     A    We competed nationally for a large
15 research grant to take our technology from the
16 laboratory into the field.  It was funded by the
17 Environmental Protection Agency.
18     Q    Is that the same way you became involved
19 with the Dover project?  Or how did you become
20 involved there?
21     A    That was the same program funding.
22     Q    And is that the same with the California
23 project?
24     A    Yes.  That -- I'd have to look back at
25 my records.  But yes, the same general.  That may

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 44 of 446

1    have actually been our company.  We started a
2    company, Surbec Environmental, that was
3    implementing our technology.  That may have been
4    a Surbec project.
5         Q    And the "we" is your colleagues at the
6    University of Oklahoma still?
7         A    Yes.
8         Q    You mentioned receiving funding from the
9    EPA; correct?
10        A    Correct.
11        Q    Have you ever received funding or grants
12   from any other government agency?
13        A    Yes.  Department of Defense.  Department
14   of Energy.  As I recall.
15        Q    Did the grant you received from the
16   Department of Defense have anything to do with
17   groundwater?
18        A    Remediation.  Yes.
19        Q    And what was that grant related to?
20        A    I'd have to look back in my -- I'd have
21   to look -- same.  I don't recall the specific
22   details.  That's 30 years ago.  Twenty-five years
23   ago.
24        Q    Sure.
25             And then the -- do you recall what the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 45 of 446

1    grant funding from the Department of Energy was

2    for?

3         A    It's all related to the groundwater

4    remediation.

5         Q    Were you involved in the groundwater

6    contaminant cleanup at Camp Lejeune?

7         A    Say again.

8         Q    Were you involved in the groundwater

9    contaminant cleanup or remediation at Camp

10   Lejeune?

11        A    No.

12        Q    Did you ever compete for a grant to be

13   involved in the Camp Lejeune contaminant cleanup?

14        A    No.  Not to my knowledge.

15        Q    To the best of your memory, were you

16   ever asked to be involved in the contaminant

17   cleanup at Camp Lejeune?

18        A    No.

19        Q    Do you know anyone who was involved in

20   the contaminant cleanup at Camp Lejeune?

21        A    Not to my knowledge.

22        Q    Have you ever personally served in the

23   military?

24        A    No.

25        Q    Have you ever been to a military base?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 46 of 446

1      A    The bases that we described.

2      Q    So part of your work with Hill, Dover,

3  and the project in California was you going to

4  the base.

5      A    We were physically implementing the

6  technology at those sites.

7      Q    Other than your -- through your

8  professional work on Hill, Dover, and the

9  California base, can you recall ever visiting any

10  other military bases?

11      A    Tinker Air Force Base in Oklahoma City.

12  Military base in Germany where I taught a short

13  course, but that base was being closed.  That's

14  all I can remember.

15      Q    What was the course you taught in

16  Germany?

17      A    It was on groundwater contamination

18  remediation.

19      Q    And you said it was -- the base was

20  being closed?  Is that fair?

21      A    Say again.

22      Q    Did you say that the base was being

23  closed?

24      A    Yeah.  They were -- yes.

25      Q    Were you there to help them close the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 47 of 446

1    base?

2         A    No.  No.

3         Q    Why were you there?

4         A    As part of reverting their base back to

5    the home country, there was value added in terms

6    of buildings, but there was value detracted by

7    virtue of contamination.  And so the personnel

8    were gaining understanding of contamination

9    remediation to help understand that aspect of the

10   base reversal.

11        Q    Have you ever been to Camp Lejeune?

12        A    No.

13        Q    Do you have any training or hist- -- or

14   strike that.

15             Do you have any training or education in

16   history?

17        A    History?  No.

18        Q    Do you have any formal training or

19   education in historical military practices?

20        A    No.

21             MS. BAUGHMAN:  Wait.  Wait.  Did you

22   want to amend your answer?

23             THE WITNESS:  Well, I mean, I've taken

24   several -- I guess it's not training.  I've taken

25   several courses on Lincoln from history.  And I'm

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 48 of 446

1   writing a book on Lincoln and engineering.  So I
2   don't know if that constitutes the degree of --
3   and I guess I would say when we do research, we
4   -- it depends upon what you mean by history.
5   When we do research, we have to research the
6   history of what we're working on to be able to
7   build upon it.  So anyway.  That's -- I guess
8   that's what I wanted to say.
9        Q    (BY MS. HORAN)  Sure.
10           And your -- I believe you said your --
11   you've studied the Lincoln era and you're writing
12   a book on the Lincoln era.
13           Are there any other eras of history or
14   military history that you've spent more time
15   interested in?
16       A    In saying that Lincoln was an engineer,
17   one of my advisors on my book said, well, write
18   about the engineering presidents.  And three of
19   those were military academy graduates.  So I've
20   studied their time period and their history.  So
21   I don't know if that fits in to what you're
22   talking about or not.  But that would be Grant,
23   Eisenhower, and Carter.
24       Q    So have you spent any time studying or
25   received any education on historical military

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 49 of 446

1  practices from the 1950s to the 1980s?

2          MS. BAUGHMAN:  Object to the form.

3          THE WITNESS:  Well, Eisenhower is in

4  that period, but I guess I'd say no.

5      Q   (BY MS. HORAN)  Have you ever taught any

6  courses on history?

7      A   I've given seminars.  Not semester-long

8  courses, but I've given seminars on Lincoln.

9  Leadership Lincoln and engineering.  Lincoln's

10 faith journey.

11     Q   Other than seminars on Lincoln, have you

12 taught any other history seminars or courses?

13     A   I teach a Bible class at church which

14 gets into a lot of history.  But other than that,

15 I'd say no.

16     Q   Could you turn back to Exhibit 2 which

17 is your report?  Actually, I think you still have

18 it in front of you.

19     A   I'm sorry.  Which?

20     Q   Your report.  You've got it in front of

21 you.

22     A   Okay.  I thought you mentioned a page

23 number.

24     Q   I'm going to get there.  If you could

25 turn to Page 1 of Exhibit 2, the last sentence

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 50 of 446

1    reads, "My background and experience sufficiently
2    and uniquely qualify me to comment on the fate of
3    contaminants in Camp Lejeune water treatment
4    plants and distribution systems as well as the
5    ultimate delivery of contaminated drinking water
6    to marines and their family members."
7            Did I read that correct?
8        A    Correct.
9        Q    So you're not offering opinions in this
10   case on the fate and transport of contaminants in
11   the groundwater at Camp Lejeune.
12           Fair?
13       A    Correct.
14           MS. BAUGHMAN:  Object to the form.
15           THE WITNESS:  Correct.
16       Q    (BY MS. HORAN)  And you're not offering
17   opinions on the fate and transport of
18   contaminants through the soil at Camp Lejeune;
19   correct?
20           MS. BAUGHMAN:  Object to the form.
21           THE WITNESS:  Correct.
22       Q    (BY MS. HORAN)  You can set that exhibit
23   aside.
24       A    (Witness complies.)
25       Q    When was the first time you became aware

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 51 of 446

1   of the water modeling happening related to Camp

2   Lejeune?

3          A    After I was contacted about the case.

4          Q    So when this -- or strike that.

5               When the water modeling was happening in

6   the early 2000s, you were unaware of it.

7               Is that fair?

8          A    Correct.

9          Q    Have you read the ATSDR reports on water

10  modeling done at Camp Lejeune?

11         A    Yes.  Well, yes.  There are many, many,

12  many reports.  And I've read many of them.  The

13  ones focused on -- yes.

14         Q    Which -- to the best of your memory,

15  which ones have you read or what was the subject

16  matter of the reports that you've read?

17              MS. BAUGHMAN:  Objection.  Object to the

18  form.

19              THE WITNESS:  Certainly read the summary

20  reports for both, in detail.  And then some of

21  the other supporting ones.  I'd have to look back

22  to remember.

23         Q    (BY MS. HORAN)  And would all of the

24  reports that you've read relating to the ATSDR

25  water modeling be on your updated materials

 1   considered list?

 2        A    Yes.

 3        Q    I'm happy to have you look at that list.

 4   It should be next to you.

 5        A    This list?  (Indicating)

 6        Q    Yes.  So that's Exhibit 3 that you have

 7   in front of you now.  So could you identify which

 8   of the ATSDR reports you've read in detail?

 9            MS. BAUGHMAN:  So those are listed

10   throughout the documents.  You'll have to go page

11   by page and just look at -- because they're not

12   separated by these are the ATSDR.  So it's listed

13   by the -- the first author.

14            THE WITNESS:  So you're asking me just

15   to look through the list and try and recall.

16        Q    (BY MS. HORAN)  Sure.  Exactly.

17            MS. BAUGHMAN:  The question is, if he's

18   read them or reviewed them?

19            MS. HORAN:  Uh-huh.

20            MS. BAUGHMAN:  Okay.

21            MS. HORAN:  The question is whether --

22        Q    (BY MS. HORAN)  Which ATSDR reports,

23   sitting here today, do you recall reading in

24   detail?

25            MS. BAUGHMAN:  In detail.  Okay.  Object

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 53 of 446

1  to the form.

2          THE WITNESS:  There's so many of them

3  it's hard to remember which specific ones.

4      Q   (BY MS. HORAN)  Just what you can

5  remember, Dr. Sabatini.

6          MS. BAUGHMAN:  Take your time.

7          THE WITNESS:  Okay.  On Page 2.  I'm

8  really hard-pressed to remember just specifics,

9  but I do remember several.

10     Q   (BY MS. HORAN)  Well, perhaps --

11         MS. BAUGHMAN:  Wait.  Were you finished

12  answering?

13         THE WITNESS:  Yes.  I'm -- I might be

14  able to identify the few specifically, but I'm

15  not sure I'll be able to identify all that I've

16  reviewed.

17     Q   (BY MS. HORAN)  Sure.  If you could

18  identify the few specifically, that would be

19  great.

20     A   Okay.  I remember the Faye, et. al.

21  Faye on Page 2.

22     Q   All of those?

23     A   No, no.  I'm...

24     Q   Okay.

25     A   As I recall, the best of my recollection

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 54 of 446

1    -- I don't want to speculate.  I think F and C.

2    2007.  2008.  Really I think it's the...

3              Specifically, ATSDR you asked?

4         Q    Uh-huh.

5         A    I guess the -- Page 4.  There may have

6    been others that I'm missing.  Page 4, Maslia

7    2005 Expert Peer -- Peer Review Panel.  Maslia

8    2009 Expert Panel.  Maslia Chapter A, 2007.

9    Maybe Chapter I.  2013.  Chapter A.

10             So those -- just to highlight some.

11        Q    Sure.

12        A    Some of the ones.

13             And some I looked at in lesser details.

14   Those would be the ones I recall looking at in

15   detail.

16        Q    Sure.

17             And you mentioned also looking in detail

18   of the summaries of both Hadnot Point and Tarawa

19   Terrace?

20        A    I think those were the As.

21        Q    Sure.

22        A    As I recall.

23        Q    You can set that aside.

24        A    (Witness complies.)

25        Q    But again, if you ever need it during

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 55 of 446

1    the deposition, feel free to take a look at it.

2        A    Okay.  Thank you.

3        Q    Other than your opinion that the ATSDR

4    model indirectly accounts for VOC losses during

5    the water treatment storage and distribution, you

6    are not offering opinions on the ability of ATSDR

7    water model to determine historic contaminant

8    exposure levels in the water supply for

9    individuals; correct?

10           MS. BAUGHMAN:  Object to the form.

11           THE WITNESS:  There's a lot to that

12   statement.  Could you repeat that?

13       Q    (BY MS. HORAN)  Sure.

14           Other than your opinion that the ATSDR

15   model indirectly accounts for VOC losses, you're

16   not offering any opinions on the ability of

17   ATSDR's water model to determine historic

18   contaminant exposure leaves in the water supply

19   for individuals who lived at Camp Lejeune.

20           MS. BAUGHMAN:  Objection to form.

21           THE WITNESS:  I'm not sure if my second

22   opinion which says that they did use treated

23   water to calibrate their model may fall in to

24   what you're saying.

25       Q    (BY MS. HORAN)  Sure.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 56 of 446

1          So other than that opinion --

2      A    Other than my three opinions.

3      Q    Sure.  And only your second opinion

4  relates to the ATSDR model.  Is that fair?

5          MS. BAUGHMAN:  Objection to form.

6          THE WITNESS:  To the extent that it

7  demonstrates that treated water samples were used

8  in the -- in the analysis.

9      Q    (BY MS. HORAN)  Sure.

10     A    Correct.

11     Q    Your opinion 1 does not reference the

12  ATSDR water modeling; correct?

13     A    No.

14     Q    And your opinion 3 does not reference

15  the ATSDR modeling; correct?

16     A    Correct.

17     Q    So other than your second opinion which

18  references the ATSDR model, you're not offering

19  any other opinions on the ability of ATSDR's

20  water model to determine historic contaminant

21  exposure levels in the water supply for

22  individuals who lived or worked at Camp Lejeune.

23          Is that fair?

24          MS. BAUGHMAN:  Objection to form.

25          THE WITNESS:  Excluding the impact this

1    might have had, no.  I agree.

2         Q    (BY MS. HORAN)  We've been going about

3    an hour.  Would you like to take a short break?

4              MS. BAUGHMAN:  Just if you need it.  If

5    you're good to go, we can keep going.

6              THE WITNESS:  We can go a little bit

7    longer.

8         Q    (BY MS. HORAN)  Okay.  And I don't

9    remember if I said this at the beginning, but if

10   I didn't, if you ever need a break, happy to take

11   it whenever you would like it.

12        A    Thank you.

13        Q    I just ask that if the question is

14   pending, you just answer the question and then

15   we'll take the break.

16        A    Sounds good.

17        Q    Okay.  You've read the expert report of

18   Dr. Alex Spiliotopoulos; correct?

19        A    I glanced at it.

20        Q    And you haven't offered any opinions in

21   your report commenting on Dr. Spiliotopoulos --

22        A    Oh, his report.  I'm sorry.

23   (Simultaneous crosstalk)

24              THE REPORTER:  Wait.  Any opinions in

25   your report.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 58 of 446

1        MS. HORAN:  Commenting on Dr.
2    Spiliotopoulos's opinions.
3             THE WITNESS:  And I -- I should restate
4    what I said.  I was -- when you asked the
5    question, I was thinking his deposition.
6             No, I did read his report fully.
7        Q   (BY MS. HORAN)  And you haven't offered
8    any opinions in your report commenting on Dr.
9    Spiliotopoulos's opinions in his report; correct?
10       A   Correct.
11       Q   You can -- if you can open your report
12   again which is Exhibit 2.  And turn to Page 2.
13       A   (Witness complies.)
14       Q   The second paragraph says, to start, "My
15   methodology for assessing Dr. Hennet's expert
16   report opinions 2, 10, and 13..."
17            Do you see that?
18       A   Yes.
19       Q   So you've only assessed Dr. Hennet's
20   opinions 2, 10, and 13?
21       A   Correct.
22       Q   You did not assess Dr. Hennet's other
23   opinions; correct?
24       A   Correct.
25       Q   And you agree with Dr. Hennet that there

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 59 of 446

1    would be VOC losses during the storage

2    distribution -- strike that.

3         You agree with Dr. Hennet that there

4    would be VOC losses during the storage treatment

5    and distribution of water at Camp Lejeune;

6    correct?

7         MS. BAUGHMAN:  Objection to form.

8         THE WITNESS:  I agree that there was a

9    potential for losses.

10        Q   (BY MS. HORAN)  And your disagreement

11   with Dr. Hennet is in the amount of VOC losses at

12   the water treatment plants and its reservoirs.

13        Is that fair?

14        MS. BAUGHMAN:  Objection to form.

15        THE WITNESS:  In -- yes.

16        Q   (BY MS. HORAN)  And you agree with Dr.

17   Hennet that there would be VOC losses through the

18   use of water buffaloes.

19        Is that fair?

20        MS. BAUGHMAN:  Objection to form.

21        THE WITNESS:  The potential for losses.

22   Yes.

23        Q   (BY MS. HORAN)  You said, "The potential

24   for losses."  What do you mean by that?

25        A   The -- the potential is there.  It's a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 60 of 446

1  question of the magnitude of the losses.

2      Q    Sure.

3           So there would be losses.  And your

4  disagreement with Dr. Hennet is in how much of

5  the losses.

6      A    The degree --

7           MS. BAUGHMAN:  Objection to form.

8           THE WITNESS:  Yeah.  The degree.

9      Q    (BY MS. HORAN)  And as to water

10 buffaloes, your disagreement with Dr. Hennet

11 again is in the amount of losses through the

12 filling and use of the water buffaloes.

13          Fair?

14          MS. BAUGHMAN:  Objection to form.

15          THE WITNESS:  Correct.

16     Q    (BY MS. HORAN)  Throughout today, if I

17 refer to VOCs or contaminants of concern, then

18 I'm referring, collectively, to PCE, TCE,

19 Benzine, 12TDCE, and BC .

20          Do you understand that?

21     A    Yes.

22     Q    And if I'm referring to one of those

23 contaminants of concern, then I'll call it by

24 name.

25          Does that work for you?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 61 of 446

1      A    You'll refer to it as...

2      Q    If I'm referring to one of those

3   contaminants, I'll just use its name.

4           Is that fair?

5      A    Sounds good.

6    (Government Exhibit 4 marked for identification)

7      Q    (BY MS. HORAN)  I'm marking as Exhibit 4

8   -- this is a document with a Bates

9   CL_PLG-expert_Sabatini_0000002424.

10          Dr. Sabatini, have you seen these

11  before?

12     A    Yes.

13     Q    And what are they?

14     A    They are my notes.

15     Q    And what are they your notes from?

16     A    Notes from my conversation with Chris

17  Mattingly.

18     Q    And who is Chris Mattingly?

19     A    Chris Mattingly is the director of water

20  utilities for the City of Norman and formerly

21  operated the Norman Water Treatment Plant.

22     Q    Is Mr. Mattingly retired?

23     A    Say again.

24     Q    Is he retired?

25     A    No.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 62 of 446

1      Q    What is his role now?

2      A    He's currently -- he's currently the

3  Norman director of water utilities.

4      Q    And you met with Mr. Mattingly on

5  December 18, 2024.  Is that fair?

6      A    Correct.

7      Q    And did you write these notes in your

8  meeting with Mr. Mattingly or did you get home

9  and write them later in time?

10      A    Sometimes, I take notes, and then to

11  make them more presentable, I rewrite them.

12      Q    Is that what you did with these?

13      A    I don't -- I don't recall.  Likely.

14      Q    Did you meet with Mr. Mattingly in

15  person or was it via the phone?

16      A    It was on the phone.

17      Q    And why -- or strike that.

18           Did -- did you reach out to Mr.

19  Mattingly to talk to him?

20      A    Yes.

21      Q    And why -- what was the purpose of your

22  reaching out to Mr. Mattingly?

23      A    The main purpose was because of the

24  recarbonation basin operation.

25      Q    And what did you want to ask Mr.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 63 of 446

1    Mattingly about the recarbonation basin?

2         A    Relative to the operation of a

3    recarbonation basin, the $CO_2$ injection into the

4    recarbonation basin.

5         Q    So did you want to know how much $CO_2$ was

6    injected or what -- what was your -- finding out

7    how it worked?  What was your goal?

8         A    Hennet -- Hennet had suggested that

9    there be significant losses during recarbonation,

10   and as I recall, he used the analogy of air

11   stripping.  And I knew that air stripping has a

12   very high air-to-water ratio to promote air

13   stripping where as I know in recarbonation basin,

14   you're trying to dissolve all the carbon dioxide

15   into the water.

16              So I wanted to get a handle on kind of

17   that carbon dioxide-to-water ratio versus an

18   air-to-water ration in an air stripper.

19        Q    And is that -- the fifth bullet you

20   have --

21        A    Right.

22        Q    -- on this list is about the

23   recarbonation basin.

24        A    Correct.

25        Q    Is that the notes you have in reference

1    to your questions about recarbonation basin?

2        A    That was helpful information he

3    provided.

4        Q    Have you ever seen a recarbonation

5    basin --

6        A    Oh, yes.

7        Q    -- basin at a water treatment plant?

8        A    Yes.  Many.

9        Q    And where was that?

10       A    Oh.  Of the 30 some water treatment

11   plants I visited on many -- well, Norman, for

12   sure.  I'd have to go back through my memory bank

13   to remember the other ones.  But it's a common

14   process.  You add --

15            MS. BAUGHMAN:  Just -- just she asked

16   where.

17            THE WITNESS:  Yeah.  Yeah.  It's a

18   common process.

19       Q    (BY MS. HORAN)  You said you've been to

20   roughly 30 water treatment plants?

21       A    Around that.  I -- yes.

22       Q    Was that in your capacity as a professor

23   at the University of Oklahoma in your

24   professional --

25       A    Yes.

1    Q   Other than to talk about the
2  recarbonation basin, did you have any other
3  purpose in talking to Mr. Mattingly?
4    A   Yes.
5    Q   And what were those?
6    A   General operating conditions for basins
7  at the treatment plant.  But that was not guiding
8  me so much for Camp Lejeune.  That was just more
9  general background information.
10    Q   And what, to the best of your memory,
11  did you ask him?
12    A   I asked about operation of the raw
13  water, clear well, and water tower basins.
14    Q   And what did he tell you?
15    A   Just what's on the document.
16    Q   And that's bullet number 2 on your
17  notes?
18    A   Yes.
19    Q   And that reads "Asked about water" --
20  strike that.
21        The notes -- the second bullet reads,
22  "Asked about raw water, clear well, and water
23  towers-confirmed that they are all enclosed; not
24  open at the top with no forced air exchange."
25        Did I read that correctly?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 66 of 446

1      A    Correct.

2      Q    What did you mean when you wrote "no
3  forced air exchange"?

4      A    They were vented, but there was not
5  forced air going through the -- the vessels.

6      Q    And when you say "forced air", you mean
7  there was no fan or something like that?

8      A    Correct.

9      Q    But you did understand that they were
10 vented.

11     A    Yes.

12     Q    What made you believe that the
13 information you received from Mr. Mattingly would
14 be applicable to Camp Lejeune?

15     A    To get a handle on the recarbonation
16 basin as a contrast to Hennet's suggestion that
17 it was analogous to an air stripper.

18     Q    And why did you believe that what Chris
19 Mattingly had to say about a recarbonation would
20 be applicable to that at Camp Lejeune?

21     A    I didn't expect it would be directly
22 applicable, but I expected it to be order of
23 magnitude that it would -- where as an air
24 stripper has a very high air-to-water ratio, this
25 was much lower CO2-to-water ratio.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 67 of 446

1      Q    And the water ratio that Mr. Mattingly
2  told you about was 1 to 20 or less?
3      A    Right.
4      Q    Do you know if Mr. Mattingly has ever
5  been to Camp Lejeune?
6      A    No.  Not to my knowledge.
7      Q    Going back to your second bullet, why
8  did you ask Chris Mattingly about whether the
9  water towers were enclosed?
10      A    Just curious.  To confirm my
11  understanding.
12      Q    Your second bullet, going back to the no
13  forced air exchange, you would agree that a lack
14  of forced air exchange is consistent with tanks
15  with regular changes in water levels?
16          MS. BAUGHMAN:  Object to the form.
17          THE WITNESS:  Say that again.
18      Q    (BY MS. HORAN)  Sure.
19          You would agree that a lack of forced
20  air exchange is consistent with tanks with
21  regular changes in water levels?
22          MS. BAUGHMAN:  Object to the form.
23          THE WITNESS:  Ventilation allows the
24  water level to go up and down without changing
25  the pressure in the system.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 68 of 446

1      Q    (BY MS. HORAN)  And you agree that
2  vented tanks with regular change in water levels
3  will experience air exchange without force?
4            MS. BAUGHMAN:  Object to the form.
5            THE WITNESS:  To a degree.
6      Q    (BY MS. HORAN)  What do you mean when
7  you say "to a degree"?
8      A    The -- there would be -- as the water
9  level goes down, the air would enter to replace.
10  As the water level goes up, the air would escape.
11  But that's not complete exchange of the air.
12      Q    You would agree that a lack of forced
13  air exchange is consistent with a vented tank;
14  correct?
15            MS. BAUGHMAN:  Object to the form.
16            THE WITNESS:  Say that again.
17      Q    (BY MS. HORAN)  A lack of forced air
18  exchange is consistent with a vented tank.
19            MS. BAUGHMAN:  Object to the form.
20            THE WITNESS:  No, I would not.
21      Q    (BY MS. HORAN)  And why not?
22      A    Repeat -- repeat it one more time.
23      Q    Sure.
24            You would agree that a lack of forced
25  air exchange is consistent with a tank being

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 69 of 446

1   vented.

2        A    No.

3             MS. BAUGHMAN:   Object to the form.

4             THE WITNESS:    To me, forced air exchange

5   is what happens in an air stripper where you're

6   intentionally sweeping air through the system

7   continuously to encourage vent -- the

8   volatilization.  And that's not what's happening

9   when the water level goes up and down in a tank

10  with venting.

11       Q    (BY MS. HORAN)  But you would agree that

12  if a tank does not have forced air exchange, the

13  air -- as the water levels go up and down, there

14  has to be a way for the air to escape via --

15       A    Yes.

16       Q    -- a vent.

17            So you would agree that structurally, if

18  there's no forced air exchange, then it would be

19  consistent that the tank would have a vent.

20            MS. BAUGHMAN:   Object to the form

21       Q    (BY MS. HORAN)  Is that fair?

22            THE WITNESS:  No, I would not.

23            Forced air, to me, is you're -- you have

24  some kind of a fan or pump or something that's

25  forcing the air.  When the water level goes up

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 70 of 446

1  and down, that's just natural; that's not forced.

2  I would not agree with the terminology "forced

3  air exchange" to what happens as the water level

4  goes up and down in a reservoir.

5       Q  (BY MS. HORAN)  Sure.

6       And when you have a reservoir where the

7  water's going to go up and down in level, the air

8  has to escape somehow.

9       A  Correct.

10      Q  And the way for it to escape would be

11  through a vent.

12       Fair?

13      A  Last part again.

14      Q  The way for the water -- or strike that.

15       The way for the air to escape as the

16  water levels are rising and dropping throughout

17  time would be through a vent.

18      A  Correct.  But that's natural.  That's

19  not forced.  It happens naturally as the water

20  level goes up and down.  There's no energy put

21  into the system to force that to happen.

22      Q  And the water -- strike that.

23       And the air going through the vent as

24  the water level rises and drops is also natural.

25      A  That's what I'm saying.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 71 of 446

1          MS. BAUGHMAN:  Object to the form.

2          Yeah.

3          THE REPORTER:  I'm sorry.  Repeat.

4     That's what I'm...

5          THE WITNESS:  That's what I am saying

6     is, that's a natural.  That's not a forced.

7          Q   (BY MS. HORAN)  Sure.

8          I think I might have already asked you

9     this, but I can't remember.  Have you been to

10    Camp Lejeune?

11         A   No.

12         Q   So you wrote your rebuttal report

13    without inspecting the Hadnot Point or Holcomb

14    Boulevard water treatment systems.

15         Fair?

16         A   In -- correct.

17         Q   And you wrote your report without

18    examining any of the reservoirs or water tanks at

19    Camp Lejeune?

20         A   Any of the...

21         Q   Reservoirs or water tanks at Camp

22    Lejeune.

23         A   Correct.

24         Q   And you've never inspected any of the

25    spiractors at Camp Lejeune?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 72 of 446

1       A    Correct.

2       Q    Have you ever personally inspected a

3   water buffalo?

4       A    No.

5       Q    Have you ever seen a water buffalo in

6   person?

7       A    I likely have on my visits to military

8   bases to do the remediation research.

9       Q    As part of your work in this case, you

10  have not --

11      A    No.

12      Q    -- personally inspected a water buffalo?

13           MS. BAUGHMAN:  Try to wait until she

14  finishes her whole question before you answer.

15           THE WITNESS:  Thank you.

16           MS. BAUGHMAN:  The court reporter has a

17  hard --

18           THE WITNESS:  Sorry.

19           MS. BAUGHMAN:  -- time.  Okay.

20      Q    (BY MS. HORAN)  Do you have any memory

21  of ever observing the filling of a water buffalo

22  at any of the military bases where you may have

23  seen one?

24      A    No.

25      Q    Prior to submitting your rebuttal

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 73 of 446

1  report, had you ever taken any actions to visit

2  Camp Lejeune?

3        MS. BAUGHMAN:  Object to the form.

4        THE WITNESS:  Say that again.

5     Q  (BY MS. HORAN)  Sure.

6        Prior to submitting your rebuttal

7  report, had you ever taken any actions or asked

8  to visit Camp Lejeune?

9     A  No.

10    Q  So you did not think it was important to

11  go to Camp Lejeune in order to offer your

12  opinions in your rebuttal report.

13       Fair?

14       MS. BAUGHMAN:  Object to the form.

15       THE WITNESS:  I had the information at

16  hand that I needed.

17    Q  (BY MS. HORAN)  Sitting here today, do

18  you want to visit Camp Lejeune?

19    A  Say that again.

20    Q  Sitting here today, do you want to visit

21  Camp Lejeune?

22    A  Want to or need to?

23    Q  We'll start with want and then we can go

24  to need.

25    A  I always like to tour water treatment

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 74 of 446

1    plants.  I don't need to.

2         Q    You don't need to.

3              So there's no need for you to visit Camp

4    Lejeune for the opinions that you've offered in

5    this case?

6              MS. BAUGHMAN:  Object to the form.

7              THE WITNESS:  The only reason I would

8    want to is in response to Hennet's visit in

9    February.

10         Q    (BY MS. HORAN)  And what about Dr.

11    Hennet's visit in February would make you want to

12    go to Camp Lejeune?

13         A    Because he was rebutting my rebuttal

14    through his visit.  And so while I didn't need --

15    I had all the information I needed in the AH

16    documents to do my calculations.  Given that he

17    went on a rebuttal to my rebuttal trip, it would

18    be nice to have the same opportunity.

19         Q    And what information do you hope to gain

20    from that visit that you don't have today?

21              MS. BAUGHMAN:  Object to the form.

22              THE WITNESS:  We don't really know

23    exactly what Hennet did and who he talked to and

24    what he saw.  So it would be just to have that

25    same background information that he had.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 75 of 446

1    Q    (BY MS. HORAN)  Did anything from that
2  Dr. -- or strike that.
3         You attended Dr. Hennet's deposition;
4  correct?  And you've read it?
5    A    Right.  Correct.
6    Q    And you've received the photos that Dr.
7  Hennet took at that visit; correct?
8    A    Correct.
9    Q    And you've reviewed the photos of his
10  measurements that he took at Camp Lejeune?
11    A    Correct.  To my knowledge.  Correct.
12    Q    And so if I'm -- what, for your
13  calculations information, would you seek to get
14  at Camp Lejeune if you were to visit?
15         MS. BAUGHMAN:  Object to the form.
16         THE WITNESS:  Say that again.
17    Q    (BY MS. HORAN)  What -- for your
18  calculations and opinions, what specific
19  information would you seek to get from the visit
20  at Camp Lejeune?
21         MS. BAUGHMAN:  Object to the form.
22         THE WITNESS:  My calculations were based
23  upon AH's extensive study and I felt that I had
24  all the information I needed.  Nothing that I
25  have seen -- I -- I really don't know what Hennet

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 76 of 446

1    -- there wasn't report associated with his visit
2    so I don't know what all he did or what all it
3    meant.  So I don't really anticipate -- I don't
4    see that there would be any changes -- I don't --
5    I'm confident in my calculations as they stand
6    today.
7         Q    (BY MS. HORAN)  Your water treatment
8    plant opinions are related to Hadnot Point and
9    Tarawa Terrace.
10            Fair?
11        A    Say again.
12        Q    Your water treatment plant opinions are
13   related to Hadnot Point and Tarawa Terrace.
14            Fair?
15        A    Yes.  Correct.
16        Q    And you agree that the water going
17   through the water treatment plant at Holcomb
18   Boulevard was not contaminated with VOCs; right?
19            MS. BAUGHMAN:  Object to the form.
20            During what timeframe?
21            MS. HORAN:  Ever.
22            THE WITNESS:  Yeah, it's --
23            Laura, I -- please stick to form and
24   foundation.
25            THE WITNESS:  To the -- all the

Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 77 of 446

1    information I've seen suggests that's true.
2    That's correct.  Through the water treatment
3    plant.
4         Q    (BY MS. HORAN)  Yes.  That was the
5    question.
6         A    That's just different than the
7    distribution system.
8         Q    Yes.  The question was just related to
9    the water treatment plant.
10        A    Just wanted to clarify that.
11        Q    Yep.
12             And you agree that the wells that
13   supplied water to the water treatment plant at
14   Holcomb Boulevard were never determined to be
15   contaminated with VOCs.
16             MS. BAUGHMAN:  Objection.  Form and
17   foundation.
18             THE WITNESS:  That's outside the scope
19   of my report.
20        Q    (BY MS. HORAN)  So you have no opinion
21   on that sitting here today?
22        A    I'd have to review the documents to --
23   to make a statement on that.
24        Q    I'm about to switch topics.  Are you
25   still good or do you want to take a little break?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 78 of 446

1      A    We can go a little bit longer.

2      Q    Okay.

3           Your report uses Coke bottles to show

4    how Henry's Law works.

5           Do you recall that?

6      A    Yes.  It's a common teaching method I

7    use when I talk about volatilization in air

8    stripping.

9      Q    So you use the Coke analogy as a teacher

10   as well?

11     A    Students 20 years later remember it.

12     Q    And the general premise is that the Coke

13   and the head space in the Coke bottle reach an

14   equilibrium of carbon dioxide which is different

15   than that found outside the bottle because of the

16   bottle barrier between the inside of the bottle

17   and the outside of the bottle.

18     A    Correct.

19     Q    And if you leave the cap off the Coke,

20   the CO2 will reach equilibrium with the ambient

21   air and go flat; correct?

22     A    Correct.

23     Q    And the reason that a flat Coke doesn't

24   fizz is that the ratio of concentration of carbon

25   dioxide left in the Coke to the concentration of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 79 of 446

1    the carbon dioxide in the ambient air is equal to
2    Henry's constant for carbon dioxide.
3         Fair?
4    A    That's -- that equilibrium is achieved.
5    Correct.
6    Q    The cap of a Coke is similar to a vent
7    in that if you cut a vent into the side of the
8    bottle, it'll have the same effect as taking the
9    cap off.
10        MS. BAUGHMAN:  Object to the form.
11   Q   (BY MS. HORAN)  Is that fair?
12        MS. BAUGHMAN:  Object to the form.
13        THE WITNESS:  Say that again.
14   Q   (BY MS. HORAN)  Sure.
15        If you cut a vent in the side of a Coke
16   bottle, it would have the same impact as taking
17   the cap off.
18        MS. BAUGHMAN:  Object to the form.
19        THE WITNESS:  I disagree.
20   Q   (BY MS. HORAN)  And why is that?
21   A    Has to do with the area.  So if you put
22   a small hole in the Coke bottle, that's different
23   than taking the cap off.
24   Q    Sure.
25        But CO2 would still go through the small

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 80 of 446

1    hole or vent.  Is that fair?

2         A    To a lesser degree.  Much lesser degree.

3              And part of the -- part of the breakdown

4    -- well, part of -- the pressure of the $CO_2$ in

5    that head space is different from the VOC levels

6    in the area that we're talking about.

7         Q    Even with a small hole in a Coke bottle,

8    over time, will it eventually reach equilibrium

9    with the ambient air outside the bottle?

10        A    Over an extended time.

11        Q    And most people have probably

12   experienced that before when they've picked up a

13   can of Coke and it was flat.

14             Fair?

15             MS. BAUGHMAN:  Object to the form.

16             THE WITNESS:  I guess there's that rare

17   occasion.

18        Q    (BY MS. HORAN)  How much time does it

19   take for a Coke with a vent -- or strike that.

20             How much time would it take for a Coke

21   with the cap off to equilibrate and go flat?

22        A    I -- I couldn't say.

23        Q    And I think I understand this, but your

24   opinion is that it would be a shorter amount of

25   time than if it was just a pinhole in the side of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 81 of 446

1  the Coke bottle.

2      A    Yes.

3      Q    And if you had something in between a

4  pinhole and the whole cap off, that would fall

5  somewhere in between on the timeframe of how long

6  it would take to equilibrate.

7           MS. BAUGHMAN:  Object to the form.

8           THE WITNESS:  In general, I would agree.

9      Q    (BY MS. HORAN)  Another example you use

10 in your report is heat flow wherein heat flow is

11 lost from the home in proportion to the

12 temperature difference between the inside and

13 outside the home surface area and the insulation

14 in the home.

15           Do you remember that?

16     A    Yes.

17     Q    And the heat is lost due to diffusion?

18     A    Yes.

19     Q    And the water equivalent of this would

20 be a sealed bucket wherein the water is warmer

21 than the outside air?

22           MS. BAUGHMAN:  Object to the form.

23           THE WITNESS:  Say that again.

24     Q    (BY MS. HORAN)  The water equivalent to

25 the home example you have in your report would be

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 82 of 446

1  a sealed bucket wherein the water is warmer than
2  the outside air.
3            MS. BAUGHMAN:  Object to the form.
4            THE WITNESS:  In general.  Yes.
5       Q   (BY MS. HORAN)  Would you agree that in
6  a sealed bucket wherein the water is warmer than
7  the outside air, if the water was being mixed in
8  the bucket, then the heat loss is not fully
9  diffusion controlled?
10           MS. BAUGHMAN:  Object to the form.
11           THE WITNESS:  Say that again.
12      Q   (BY MS. HORAN)  Sure.
13           Would you agree that in a sealed bucket
14  wherein the water is warmer than the outside air,
15  if the water is being mixed in the bucket, then
16  the heat loss is not fully diffusion controlled?
17           MS. BAUGHMAN:  Object to the form.
18           THE WITNESS:  This is all very
19  speculative.  Depends upon lots of factors.
20      Q   (BY MS. HORAN)  What are the factors?
21      A   I'd need to know more about the
22  situation you're describing.
23      Q   What would you need to know?
24      A   Well, explain to me further the bucket.
25  Is it full of water?  Is it water and air?  Is --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 83 of 446

1    I need to know more details.

2         Q    So you would need to know the amount of

3    water in the bucket?

4         A    The amount and the -- I'd just need to

5    know the whole system.  I'd have to have a

6    schematic of volume of water, volume of air, what

7    kind of mixing, et cetera.

8         Q    So if it's a -- if everything is

9    controlled -- so it has the same amount of water

10   in it and the only difference is that it's being

11   mixed, would you then agree that the heat loss is

12   not fully diffusion controlled?

13             MS. BAUGHMAN:  Object to the form.

14             THE WITNESS:  Ultimately, it's

15   diffusion.  Mixing -- well, ultimately, it's

16   diffusion.

17        Q    (BY MS. HORAN)  Is there anything --

18   agree that it would be faster when mixing?

19             MS. BAUGHMAN:  Object to the form.

20             THE WITNESS:  Say again.

21        Q    (BY MS. HORAN)  Would you agree that the

22   diffusion would be faster when the water is being

23   mixed?

24        A    I wouldn't agree that diffusion would be

25   faster.  Diffusion's a molecular property.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 84 of 446

1      Q   Do you agree that the loss of heat would

2   be faster when the water is being mixed?

3           MS. BAUGHMAN:  Object to the form.

4           THE WITNESS:  It all -- it's all

5   speculative.  I can envision cases where it would

6   be and maybe other cases where -- I mean if it's

7   uniform temperature throughout, then mixing would

8   have little limited impact.

9      Q   (BY MS. HORAN)  And when you say

10  "uniform throughout", are you talking about the

11  water in the bucket or are you talking about the

12  temperature outside?

13     A   Water in the bucket.  Well, both

14  actually.

15     Q   Okay.  So you do not agree that if the

16  water in the bucket's being mixed, then the heat

17  loss would be faster than if the water was

18  stationary.

19          MS. BAUGHMAN:  Object to the form.

20          THE WITNESS:  I'd have to know the

21  situation again.  But diffusion is -- would be

22  independent -- the diffusion process itself would

23  be independent of the mixing.

24     Q   (BY MS. HORAN)  The rate of

25  diffusion-controlled volatilization losses for

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 85 of 446

1    immobile water body does not apply to flowing

2    mixing water; correct?

3            MS. BAUGHMAN:  Object to the form.

4            THE WITNESS:  Say that again.

5        Q   (BY MS. HORAN)  The rate of

6    diffusion-controlled volatilization losses for

7    immobile water body does not apply to flowing or

8    mixing water; correct?

9            MS. BAUGHMAN:  Object to the form.

10           THE WITNESS:  One more time.

11       Q   (BY MS. HORAN)  The rate of

12   diffusion-controlled volatilization losses for

13   immobile water body --

14       A   Immobile...

15       Q   An immobile water body does not apply to

16   flowing or mixing water; correct?

17           MS. BAUGHMAN:  Object to the form.

18           THE WITNESS:  For an im- -- I'm trying

19   to parse the nuances of the question.  For --

20           MS. BAUGHMAN:  I'm going to object to

21   the form.

22           THE WITNESS:  One more time.

23           MS. BAUGHMAN:  If you don't understand,

24   you can tell her that.

25           THE WITNESS:  Yeah.  It's -- well,

                          Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 86 of 446

1  there's nuances in the question.
2       Q   (BY MS. HORAN)   What are the nuances in
3  the question that are --
4       A   Clarify -- read it one more time.
5       Q   Sure.
6           The rate of diffusion-controlled
7  volatilization losses for immobile water body
8  does not apply to flowing mixing water; correct?
9       A   Immobile water body --
10      Q   Uh-huh.
11          MS. BAUGHMAN:   Mobile or immobile?
12      Q   (BY MS. HORAN)   Immobile.
13      A   Im- -- okay.   Immobile.
14          I'd have to disagree.
15      Q   So it's your opinion that the rate of
16 diffusion-controlled volatilization losses would
17 be the same for both immobile water bodies and
18 flowing or mixing water.
19          MS. BAUGHMAN:   Object to the form.
20          THE WITNESS:   Same two-film transfer
21 concept applies in both cases.   There are --
22 there are other nuances.
23      Q   (BY MS. HORAN)   And the rate would be
24 the same for both immobile water bodies and
25 flowing mixing water?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 87 of 446

 1              MS. BAUGHMAN:  Object to the form.
 2              THE WITNESS:  What do you mean by
 3      "rate"?
 4          Q   (BY MS. HORAN)  The rate of
 5      diffusion-controlled volatilization losses would
 6      be the same for both immobile water bodies and
 7      flowing, mixing water.
 8              Is that your opinion?
 9              MS. BAUGHMAN:  Same objection.
10              THE WITNESS:  That's a very broad
11      question.  It all comes down to interfacial area
12      and so that's what it's a function of.  So I
13      mean, if you're talking about a lake versus a
14      stream -- is that what you're getting at?
15          Q   (BY MS. HORAN)  I'm just asking about
16      the -- the baseline principle.
17              MS. BAUGHMAN:  Object to the form.
18              THE WITNESS:  I'd have to have more
19      details to answer the question.
20          Q   (BY MS. HORAN)  If the water mixes,
21      would it increase the facial area?
22              MS. BAUGHMAN:  Object to the form.
23              THE WITNESS:  Depends upon what you mean
24      by mixing.  If it's splashing, then that could
25      have an increase on the area.  It depends.

                            Golkow Technologies,
877-370-3377                A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 88 of 446

1      Q   (BY MS. HORAN)  What if there -- or
2  strike that.
3          You describe a two-film mass transfer
4  process in your report on Page 5.  This is
5  Exhibit 2.
6          Do you see what you've marked as
7  equation 3-3?
8      A   Yes.
9      Q   Would this equation 3-3 apply to the
10 rate of volatilization losses for a body of water
11 with mixing?
12     A   Yes.
13     Q   Would it, in your opinion, accurately
14 predict, or over predict, or under predict the
15 rate of volatilization losses for a body of water
16 with mixing?
17         MS. BAUGHMAN:  Object to the form.
18         THE WITNESS:  If you quantify all the
19 parameters correctly, it would be accurate.
20     Q   (BY MS. HORAN)  If you had a bucket of
21 water with TCE dissolved into it and you didn't
22 mix it, is it your opinion that the losses would
23 be diffusion controlled?
24         MS. BAUGHMAN:  Object to the form.
25         THE WITNESS:  Bucket of water with TCE

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 89 of 446

1    in it.

2         Q    (BY MS. HORAN)   Uh-huh.   But you're not

3    mixing it.

4         A    No mixing.   Well, it would be diffusion

5    and film transfer.

6         Q    Diffusion and film transfer would be the

7    two processes that would control the losses?

8         A    Correct.

9         Q    And assuming you have a spinning

10   propeller in the bottom of that, that mix the

11   water around, would volatilization be increased?

12        A    Would it be...

13        Q    Increased.

14             MS. BAUGHMAN:   Object to the form.

15             THE WITNESS:   It could be.

16        Q    (BY MS. HORAN)   And when you say it

17   could be, what would be the factors that would

18   increase it?

19        A    If the mixing keeps the concentration

20   more uniform throughout the system, then it would

21   help reduce diffusion limitations.

22        Q    Anything else?

23        A    (Shakes head.)

24        Q    Do you know how much water enters the

25   reservoir at Camp Lejeune per day?

1          MS. BAUGHMAN:  Object to the form.

2          THE WITNESS:  It's in the report.

3     Q    (BY MS. HORAN)  Oh.  Where was that?

4     A    How much water enters the...

5     Q    Reservoir at Camp Lejeune per day.

6          MS. BAUGHMAN:  Object to the form.

7          THE WITNESS:  Yeah.  That's all

8  documented in the AH -- the water treatment.  And

9  they have the -- that's information that's in the

10 report.

11    Q    In your expert report --

12    A    No.

13    Q    -- or in the AH Environmental?

14    A    AH Environmental.

15    Q    Okay.  And you relied upon what AH

16 Environmental put in their report about that?

17    A    Correct.

18    Q    And is it your understanding that AH

19 Environmental also says how much water exits the

20 reservoir at Camp Lejeune per day?

21    A    Say again.  That...

22    Q    That the AH Environmental report also

23 says how much water exits the reservoir at Camp

24 Lejeune per day.

25         MS. BAUGHMAN:  Objection to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 91 of 446

1          THE WITNESS:  Specifically, that's --
2     what goes in comes out.
3          Q    (BY MS. HORAN)  Can you describe the
4     process for how water moves through the Camp
5     Lejeune water treatment plant?
6          MS. BAUGHMAN:  Object to the form.
7          THE WITNESS:  Described in the
8     schematics.
9          Q    (BY MS. HORAN)  Which schematic are you
10    referencing?
11         A    For example, 3-1 in my report.  Page 3.
12         Q    So you agree that the water goes through
13    the raw water reservoir, into the spiractors,
14    into the recarbonation basin, through the gravity
15    filters, and then into the finished water
16    reservoir?
17         MS. BAUGHMAN:  Object to the form.
18         THE WITNESS:  Correct.
19         Q    (BY MS. HORAN)  And that's for the
20    Hadnot Point --
21         A    Right.
22         Q    -- water treatment plant; correct?
23         A    And the next figure's for -- and these
24    are just from -- well, from AH.  And I believe
25    Hennet had these in his as well.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 92 of 446

1      Q    Do you agree that the reservoir mixes
2  water?
3              MS. BAUGHMAN:   Object to the form.
4              THE WITNESS:   Say again.
5      Q    (BY MS. HORAN)   The reservoir mixes
6  water.
7              MS. BAUGHMAN:   Object to the form.
8              THE WITNESS:   No.
9      Q    (BY MS. HORAN)   And what's your basis
10 for not agreeing that the reservoir mixes water?
11             MS. BAUGHMAN:   Object to the form.
12             THE WITNESS:   Well, when you say "mixes
13 water," I mean, in a water treatment plant,
14 mixing has a propeller that man- -- forcefully
15 mixes the water.
16     Q    (BY MS. HORAN)   And it's your
17 understanding that Camp Lejeune does not
18 forcefully mix water in the reservoirs?
19     A    That's my understanding.
20     Q    And you would agree that there are VOC
21 losses at the spiractors at Camp Lejeune;
22 correct?
23             MS. BAUGHMAN:   Object to the form.
24             THE WITNESS:   Calculations indicate as
25 much.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 93 of 446

1    Q   (BY MS. HORAN)  And you would agree that
2  there are VOC losses at the sand filters at Camp
3  Lejeune?
4         MS. BAUGHMAN:  Object to the form.
5         THE WITNESS:  I'm sorry.  At the...
6    Q   (BY MS. HORAN)  The sand filters.
7         MS. BAUGHMAN:  Object to the form.
8         THE WITNESS:  I deem that to be
9  negligible, as did Hennet.
10   Q   (BY MS. HORAN)  So yes, but a small
11 amount?  Or --
12        MS. BAUGHMAN:  Object to the form.
13   Q   (BY MS. HORAN)  -- what do you mean when
14 you say "negligible"?
15   A   As possibility, but it's very minor.
16 Negligible.
17   Q   Would you agree that there are VOCs lost
18 in the treated water reservoirs?
19        MS. BAUGHMAN:  Object to the form.
20        THE WITNESS:  Possibility, but likely
21 very minor.
22   Q   (BY MS. HORAN)  Would you agree that
23 there are VOC losses in the water towers?
24        MS. BAUGHMAN:  Object to the form.
25        THE WITNESS:  Possibly, but very minor.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 94 of 446

1      Q    (BY MS. HORAN)  And when you say
2   "possibly," what -- what do you mean?
3      A    Any -- it's certainly possible that
4   there might be some minor losses.
5      Q    Would you mind if we take a break at
6   this point?
7      A    Sure.
8      Q    Thank you.
9           THE VIDEOGRAPHER:  We're off the record
10  at 10:47 a.m.
11     (Short break from 10:47 a.m. to 11:00 a.m.)
12          THE VIDEOGRAPHER:  We're back on the
13  record at 11:00 a.m.
14     Q    (BY MS. HORAN)  Welcome back, Dr.
15  Sabatini.
16     A    Thank you.
17     Q    You understand you're still under oath?
18          You're still under oath.
19     A    Thank you.  Yes.  Understood.
20     Q    Right before the break --
21     A    And is now a good time to --
22          MS. BAUGHMAN:  No.  You -- no.  Just
23  answer her questions.
24          THE WITNESS:  Okay.
25     Q    (BY MS. HORAN)  Right before the break,

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 95 of 446

1  you said -- or I think I understood.  I had asked
2  you if you would agree that the reservoir mixes
3  water, and you had referenced a mechanical
4  mixing.
5       Do you recall that?
6     A   When you -- when you -- yes, I do.
7     Q   Okay.  The water reservoirs at Camp
8  Lejeune, setting aside mechanical mixing, would
9  organically mix; correct?
10      MS. BAUGHMAN:  Object to the form.
11      THE WITNESS:  Depends upon what you mean
12  by "organically mix."
13     Q   (BY MS. HORAN)  Sure.
14      So as water is drawn into the reservoir,
15  it will -- the flow rates and the -- or the
16  changes in flow rates in the diffusion will move
17  the water around in the reservoir; correct?
18      MS. BAUGHMAN:  Object to the form.
19      THE WITNESS:  To a certain degree.
20     Q   (BY MS. HORAN)  And when water is pulled
21  out of the raw water reservoirs, or any of
22  reservoirs, it will again mix the water in the
23  reservoir; correct?
24      MS. BAUGHMAN:  Object to the form.
25      THE WITNESS:  To a very limited degree.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 96 of 446

1      Q   (BY MS. HORAN)  And why would that be
2  limited?
3      A   Because when we talk about reactor
4  design, there's a well-mix system where you have
5  widespread mixing.  What you're describing would
6  be more minor, localized mixing.
7      Q   Would it mix throughout the entire water
8  reservoir?  Or when you say limited local, what
9  did you mean?
10          MS. BAUGHMAN:  Object to the form.
11          THE WITNESS:  My vision would be if the
12  water enters, there might be a little bit of
13  mixing right there.  But that wouldn't
14  necessarily mix throughout the basin.  It would
15  be localized to the inlet.
16      Q   (BY MS. HORAN)  And is the same -- your
17  understanding or opinion the same for where water
18  is drawn out of the reservoir?
19          MS. BAUGHMAN:  Object to the form.
20          THE WITNESS:  To a lesser degree even.
21  That would be less even than at the inlet.
22  Typically, it's flowing out by gravity.
23      Q   (BY MS. HORAN)  And as that gravity
24  pulls the water out, would it mix around the
25  reservoir?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 97 of 446

 1              MS. BAUGHMAN:  Object to the form.

 2              THE WITNESS:  To a much lesser degree.

 3         Q    (BY MS. HORAN)  Other than the expert

 4    reports produced in this case and the AH

 5    Environmental report, do you recall relying on

 6    any other sources to learn about the structure of

 7    the water treatment plants at Tarawa Terrace or

 8    Hadnot Point?

 9              MS. BAUGHMAN:  Object to the form.

10              THE WITNESS:  And you mentioned -- the

11    two you mentioned were...

12         Q    (BY MS. HORAN)  Other expert reports or

13    the AH Environmental report.

14              MS. BAUGHMAN:  Object to the form.

15              THE WITNESS:  There were some CLWs that

16    provided some information.

17         Q    (BY MS. HORAN)  And what -- could you

18    describe what those documents either were or what

19    information was contained in them, to the best of

20    your recollection?

21              MS. BAUGHMAN:  Object to the form.

22              THE WITNESS:  Oh, I'd have to go back

23    and review my notes.  But well, some of it, I

24    guess, is in my report in terms of the

25    concentrations, pre-treatment and post-treatment

                        Golkow Technologies,
877-370-3377              A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 98 of 446

1  plant.  Some of that was from the CLW.  There was
2  information on water level variations in a
3  reservoir that was a CLW.
4       Q   (BY MS. HORAN)  So prior to submitting
5  your expert report, it was your understanding
6  that the water levels in the water reservoirs
7  would fluctuate?
8       A   Yes.
9           MS. BAUGHMAN:  Object to the form.
10          THE WITNESS:  Yes, I recognize there
11  would be some up and down.
12      Q   (BY MS. HORAN)  Do you recall if you
13  ever looked at any building schematics for the
14  water treatment plants?
15      A   Building schematics meaning?
16      Q   You're an engineer so I think I'll defer
17  to you on what you would consider a --
18      A   Well, I --
19      Q   -- building schematic.
20      A   Well, I looked at some schematics for
21  unit processes in the -- in the treatment system.
22  I didn't look at schematics for the fit building
23  that the processes were in.
24      Q   Do you recall looking at any design
25  plans?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 99 of 446

1      A    In -- in -- in general, I do.  Yes.  I
2   think even in -- seems like there's one
3   description of updating the plant.
4      Q    Other than updating the plant, do you
5   recall viewing any other design plans for the
6   water treatment plants --
7           MS. BAUGHMAN:  Object to the form.
8      Q    (BY MS. HORAN)  -- at Camp Lejeune?
9      A    I'd have to go back and look through my
10  notes.
11     Q    Could you turn to Page 3 of your report
12  which is Exhibit 2?
13     A    (Witness complies.)
14     Q    Figure 3-1 we already talked about, but
15  that's the Hadnot Point water treatment plant
16  schematic.
17     A    Yes.
18     Q    In the paragraph above, you say, "Not
19  shown in Figure 3-1 is the 300,000 gallon water
20  tower filled from the finished water reservoir."
21          Do you see that?
22     A    Yes.
23     Q    And what source did you rely upon in
24  reaching the conclusion that there was only one
25  water tower at Hadnot Point?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 100 of 446

1          MS. BAUGHMAN:  Object to the form.

2          THE WITNESS:  The AH Environmental.

3     Q    (BY MS. HORAN)  Sitting here, anything

4     besides the AH Environmental?

5     A    Say again.

6     Q    Sitting here today, do you recall

7     relying on anything other than the AH --

8     A    No.

9     Q    -- Environmental for that proposition?

10    A    No.

11    Q    Okay.  When you reviewed Dr. Hennet's

12    report, did you review the underlying documents

13    that he relied upon as well?

14         MS. BAUGHMAN:  Object to the form.

15         THE WITNESS:  There were -- yes.  Well,

16    I specifically remember several documents.

17     (Government Exhibit 5 marked for identification)

18         MS. HORAN:  I'm handing to the witness a

19    document that I'll mark as Government Exhibit 5,

20    and it's Bates number

21    CLJA_watermodeling_07-0000003171, and it runs

22    through the Bates ending in 3184.

23    Q    (BY MS. HORAN)  Dr. Sabatini, I'll give

24    you a minute to -- to page through it.  But have

25    you seen this document before?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 101 of 446

```
1        A    Parts of it look familiar.  Parts of it
2   look familiar.
3        Q    You see the first page, the Bates ending
4   in 171, says, "Hadnot Point Building Number 20 --
5        A    Yes.
6        Q    -- capacity 5MGD.  With 40 deep wells
7   lime softening plant."
8             Do you see that?
9        A    Yes.
10       Q    Do you have any reason to doubt that
11  this is an accurate schematic of the Hadnot Point
12  Water Treatment Plant?
13            MS. BAUGHMAN:  Objection.  Form and
14  foundation.
15            THE WITNESS:  I have no idea where this
16  came from.  So I'm -- it's hard for me to comment
17  on -- on -- ask the question again.
18       Q    (BY MS. HORAN)  Sure.
19            I was just wondering if you had any
20  reason to doubt its accuracy having looked at it.
21            MS. BAUGHMAN:  Objection.  Form and
22  foundation.
23            THE WITNESS:  Not knowing where it came
24  from, I'd have to know more details to...
25       Q    (BY MS. HORAN)  Do you see on the first
```

1   page there are five spiractors?

2       A    Yes.

3       Q    And do you see that there are five sand

4   filters?

5       A    Yes.

6       Q    And those numbers align with the numbers

7   included in Figure 3-1 of your report.  And

8   you're -- I'm happy to let you look through your

9   report as well.

10      A    Yes.

11           MS. BAUGHMAN:  Object to the form.

12           THE WITNESS:  Yes.

13      Q    (BY MS. HORAN)  Do you see that document

14  -- or Exhibit 5 has four elevated water storage

15  tanks?

16      A    Yes.

17      Q    Do you know how many elevated water

18  storage tanks Hadnot Point water distribution had

19  throughout time?

20      A    I relied upon the AH Environmental.

21      Q    You can set Exhibit 5 aside.

22      A    (Witness complies.)

23      Q    The Hadnot Point Water Treatment Plant

24  has an 800,000 water -- raw water reservoir.

25           Do you agree?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 103 of 446

1      A    That's my understanding.

2      Q    And you agree that that reservoir is

3  vented?

4      A    That would be the normal course.  Yes.

5           MS. HORAN:  I'm handing the witness what

6  I'll mark as Exhibit 6.  And this has Bates

7  number Hennet_USA_0000000010.  And Bates ending

8  in 25, 30, and 31.

9   (Government Exhibit 6 marked for identification)

10     Q    (BY MS. HORAN)  Dr. Sabatini, have you

11  seen these images before?

12          MS. BAUGHMAN:  Objection.  Form and

13  foundation.

14          THE WITNESS:  I'm -- they look similar

15  to something I've seen before.

16     Q    (BY MS. HORAN)  Could you turn to the

17  Bates ending in 31?

18          MS. BAUGHMAN:  Object to the form.

19          Counsel, to the extent these are the

20  pictures that Dr. Hennet took in February 2005

21  [sic] --

22          THE WITNESS:  '25.

23          MS. BAUGHMAN:  -- we've got a pending

24  motion to exclude those from the case.  So I'll

25  let you ask limited questions with the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 104 of 446

1   understanding that we may -- I would like the

2   court reporter to note that this may be separated

3   -- I would like it to be separated and marked

4   because we're going to move to exclude testimony

5   about this assuming our -- our motion is granted.

6   If our motion is granted.

7           Go ahead.

8           MS. HORAN:  Sure.

9           MS. BAUGHMAN:  Because we don't know the

10  foundation of this.  Dr. Hennet wasn't asked

11  questions about these.  There's no report about

12  them.

13          MS. O'LEARY:  Objections are limited to

14  form and foundation.

15          MS. BAUGHMAN:  I understand.

16          MS. O'LEARY:  We just said --

17          MS. BAUGHMAN:  Not if -- not if it has

18  to do with a motion pending before the court.

19  I'm allowed to explain the basis of that motion.

20          And by the way, you're not the lawyer.

21  She's the one who's supposed to be speaking here.

22  One lawyer.

23          Please mark this because we're going to

24  move to exclude testimony about this -- about

25  this exhibit.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 105 of 446

1           Go ahead.

2           MS. HORAN:  Okay.  Are you done?

3           MS. BAUGHMAN:  Done.

4           MS. HORAN:  Okay.

5      Q   (BY MS. HORAN)  Could you please turn to

6  the one ending in 31?  Do you see that?  Okay.

7           Do you see there are two vents in this

8  image?

9           MS. BAUGHMAN:  Objection.  Form and

10  foundation.

11           THE WITNESS:  Yes.

12      Q   (BY MS. HORAN)  Are those vents that

13  you've seen similar to other vents you've seen on

14  the top of a water reservoir?

15      A   In general, yes.

16      Q   And then could you turn to the Bates

17  ending in 30?

18      A   Which one?  30?

19      Q   Yeah.

20      A   (Witness complies.)

21      Q   And do you see a vent in the image?

22      A   Yes.

23      Q   And is that vent similar to the vents

24  you would have seen or expect to see on top of a

25  water reservoir?

```
 1       A    Same.  In general, yes.
 2       Q    Could you turn to Image 10 which is the
 3  first page.
 4       A    Number -- which number?
 5       Q    10.  It's the first page.
 6       A    10.
 7       Q    Yeah.
 8            And do you see a picture of a vent?
 9       A    Yes.
10            MS. BAUGHMAN:  Objection.  Form and
11  foundation.
12       Q    (BY MS. HORAN)  And is this a vent the
13  type you would expect to see on top of a water
14  treatment reservoir?
15            MS. BAUGHMAN:  Same objections.
16            THE WITNESS:  At times.
17       Q    (BY MS. HORAN)  And you can see some
18  measurements for the -- along the right side of
19  it.  Fair?
20            MS. BAUGHMAN:  Objection.  Form and
21  foundation.
22       Q    (BY MS. HORAN)  Do you see that?
23       A    Yes.
24       Q    Is that the size and shape that you
25  would expect to see of a vent atop a water
```

1   treatment reservoir?

2        A    It varies, but not atypical.

3        Q    And then could you turn to Page 25 which

4   is the second page in the document?

5        A    (Witness complies.)

6        Q    Is this also the -- or do you see a vent

7   in the image?

8             MS. BAUGHMAN:  Objection.  Form and

9   foundation.

10            THE WITNESS:  This one's a lot less

11  clear.  What it's showing.

12       Q    (BY MS. HORAN)  And why is this one less

13  clear what it's showing?

14            MS. BAUGHMAN:  Same objections.

15            THE WITNESS:  The others all seem to be

16  -- this one seems to...

17       Q    (BY MS. HORAN)  Ah.  So is this just a

18  different shaped vent?

19            MS. BAUGHMAN:  Objection.  Form and

20  foundation.

21       Q    (BY MS. HORAN)  Is that what you're

22  referencing?

23       A    I'm not sure what this one is.

24       Q    Have you ever seen a vent that looks

25  like the vent in Image 25?

1      A    I'm not sure what this is.

2      Q    Do you know one way or the other whether

3 this looks like a vent?

4           MS. BAUGHMAN:  Objection to form.

5           THE WITNESS:  I'd need to -- I'd need to

6 know more to comment on this one.

7      Q    (BY MS. HORAN)  What would you need to

8 know, Dr. Sabatini?

9      A    Where is it?  What is it?  What's it's

10 purpose?

11     Q    Does this structure in Image 25 look

12 like something that could vent a water treatment

13 reservoir?

14          MS. BAUGHMAN:  Objection.  Form and

15 foundation.

16          THE WITNESS:  Based on this picture, I

17 can't comment.

18     Q    (BY MS. HORAN)  Okay.  You can put those

19 aside.

20     A    (Witness complies.)

21     Q    I rent -- -- strike that.

22          A vented raw water reservoir will

23 maintain an atmospheric pressure; correct?

24          MS. BAUGHMAN:  Objection to form.

25          THE WITNESS:  In general, yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 109 of 446

1    Q   (BY MS. HORAN)  You would agree that the
2   VOCs in the water at a vented raw water reservoir
3   will dissipate to reach equilibrium with the VOCs
4   in the atmosphere at the ratio of Henry's
5   constant?
6        A   Say that one more time.
7        Q   Sure.
8            You would agree that the VOCs in the
9   water at a vented raw water reservoir will
10  dissipate to reach equilibrium with the VOCs in
11  the atmosphere at the ratio of Henry's constant?
12       A   I would not agree.
13       Q   And why not?
14       A   Because there's a kinetic aspect,
15  time-dependent aspect.  So given enough time, I
16  would agree.  Given enough time to reach
17  equilibrium.  But the kinetics determine how
18  close you're able to get to equilibrium in a
19  limited amount of time.
20       Q   Sure.
21           So the equilibrium would be attached to
22  the rate at which the air could flow through the
23  vents of the raw water reservoir.
24           MS. BAUGHMAN:  Objection to form.
25           THE WITNESS:  Say that again.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 110 of 446

1    Q    (BY MS. HORAN)  The time it would take
2  to reach equilibrium would be controlled in some
3  manner by the rate of flow of air through the
4  vents.
5         We can move on.
6    A    Say again.
7    Q    I'll withdraw the question.  We can move
8  on.
9         In your Coke analogy, having a vented
10 raw water reservoir is similar to having the cap
11 off of a Coke bottle; correct?
12   A    No.
13   Q    Why not?
14   A    What you just described would be saying
15 that the entire top of the reservoir was opened.
16   Q    So your disagreement of a vent -- of
17 comparing a vented raw water reservoir and the
18 cap of a Coke bottle is the difference in size?
19   A    Yeah, the -- the extent to which it's
20 opened to the atmosphere.
21   Q    Could you -- what -- strike that.
22        The -- would a vented raw water
23 reservoir be similar to having a straw in a Coke
24 bottle?
25        A    No.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 111 of 446

1     Q   And why not?

2     A   Well, for one thing, to have the straw

3  in the Coke bottle, you have the lid off.

4     Q   Oh, sure.  Okay.

5         So you -- you've sliced a perfectly

6  sized --

7     A   If you drilled a -- well...

8     Q   -- hole into the -- if you drilled a

9  hole into the cap bottle for a straw, would that

10  be sufficient?

11     A   That would -- a very small hole.

12     Q   Okay.  So having a vented raw water

13  reservoir is similar to having a Coke bottle with

14  a straw-sized hole drilled into the cap.

15         MS. BAUGHMAN:  Objection to the form.

16         THE WITNESS:  A very small hole in the

17  lid of the Coke bottle.  Just look at --

18     Q   (BY MS. HORAN)  You would agree that the

19  water towers are vented; correct?

20     A   Correct.

21     Q   And you agree that the water towers will

22  maintain atmospheric pressure?

23     A   Over time.  Correct.

24     Q   And you agree that the VOCs in the water

25  at the vented water towers will dissipate to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 112 of 446

1    reach equilibrium at the VOCs in the atmosphere
2    at a ratio of Henry's constant?
3              MS. BAUGHMAN:  Object to the form.
4              THE WITNESS:  No.
5              Refer back to the kinetic discussion
6    from before.
7        Q    (BY MS. HORAN)  So your disagreement is
8    in the speed at which it will occur?
9        A    (Nods head.)
10       Q    But it will occur; correct?
11             MS. BAUGHMAN:  Object to the form.
12       Q    (BY MS. HORAN)  Or I can -- let me
13   rephrase.
14       A    Given an --
15             MS. BAUGHMAN:  She wants to rephrase it
16   so let her do that.
17             THE WITNESS:  Okay.
18       Q    (BY MS. HORAN)  With sufficient time,
19   the VOCs in the water at the vented water tower
20   will dissipate to reach equilibrium with the VOCs
21   in the atmosphere at the ratio of Henry's
22   constant.
23             MS. BAUGHMAN:  Object to the form.
24             THE WITNESS:  I disagree because there's
25   not sufficient time.

1      Q   (BY MS. HORAN)  And if there were
2   sufficient time, would you agree?
3          MS. BAUGHMAN:  Object to the form.
4          THE WITNESS:  I'm tempted to go into
5   teaching mode here.
6      Q   (BY MS. HORAN)  Just answer the ques- --
7   if that --
8      A   No, it's not.
9      Q   Please, go ahead.
10     A   It's not the same.
11     Q   Okay.  So a vented water tower, even
12  with days, weeks --
13     A   It --
14         MS. BAUGHMAN:  Wait.  Let her finish.
15     Q   (BY MS. HORAN)  -- even with however
16  much time, would never equilibrate with the
17  atmosphere at Henry's constant.
18         MS. BAUGHMAN:  Object to the form.
19         THE WITNESS:  Depends upon how you
20  define "sufficient time."  Given an infinite
21  amount of time, yes.  Or not even infinite.  I
22  mean, given a dramatically larger time, yes.
23     Q   (BY MS. HORAN)  And a dramatically
24  larger time than what?
25     A   Than the detention time in the basins.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 114 of 446

1       Q    And I believe we got to a place where if

2    it's a Coke bottle with a hole drilled in the

3    top, then that would be similar to a vented water

4    tower.

5            Is that fair?

6            MS. BAUGHMAN:  Object to the form.

7            THE WITNESS:  Yes.  There's one caveat.

8    Where my Coke bottle analogy breaks down is the

9    carbon dioxide in the head space is pressurized.

10      Q    (BY MS. HORAN)  Uh-huh.

11      A    It's pressurized $CO_2$.  That's how you

12   get the carbonation into the water.  It's

13   pressurized.

14      Q    Uh-huh.

15      A    Where as the VOCs in the head space

16   above the water are not pressurized.  So that's a

17   difference between the -- that's the place where

18   the Coke bottle analogy breaks down to water

19   reservoirs.

20      Q    Sure.

21           And in the water towers, as the water

22   levels fluctuate throughout the day or week, the

23   air will naturally be pushed out or sucked in to

24   the water tower; correct?

25           MS. BAUGHMAN:  Object to the form.

 1          THE WITNESS:  Right.
 2      Q   (BY MS. HORAN)  And that's also
 3  different than a Coke bottle because once it's
 4  sealed, no more liquid goes in.
 5      A   Correct.  Although, in one of my
 6  analogies, I suggested Coke was flowing into and
 7  out of the Coke bottle.  But correct.
 8      Q   Do you know whether the water buffaloes
 9  used at Camp Lejeune from 1950 to 1987 had vents?
10      A   Are...
11      Q   Had vents.
12          MS. BAUGHMAN:  Object to the form.
13          THE WITNESS:  It depends upon what you
14  mean by vents.  They had filler caps and they had
15  manholes.  Not -- not vents, to my knowledge, of
16  the nature that -- I'm not sure.  I'm unclear.
17   (Government Exhibit 7 marked for identification)
18      Q   (BY MS. HORAN)  I'm marking as Exhibit 7
19  -- this is a document with the Bates
20  Brigham_USA_00000044016.  And it runs through the
21  Bates ending in 4038.
22          MS. BAUGHMAN:  Which number is this one?
23          MS. HORAN:  7.
24          THE WITNESS:  7.
25      Q   (BY MS. HORAN)  And I'll represent this

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 116 of 446

1   is a document that you -- it's on your materials
2   list.  But it's -- I did cut off -- it didn't
3   print off of the document so this is a shortened
4   version of it.
5           Have you seen this before, to the best
6   of your recollection?
7       A   Looks -- looks familiar.
8       Q   And you agree this is for the M107 water
9   buffaloes?
10      A   Say again.
11      Q   This is for the M107 water buffaloes?
12      A   I'm looking for that designation.
13      Q   If you turn to Page 4017.  The --
14      A   Oh, down there.  Seems to be for the
15  trailer.
16      Q   So is it trailer tank water one, one
17  half-ton two-wheel 400-gallon, and then it says
18  M107A1, M107A2, M107A2C.
19      A   Okay.
20      Q   Do you see that?
21      A   Yes.
22      Q   Okay.  Could you turn to the page ending
23  in 4031?
24      A   (Witness complies.)
25      Q   And do you see the top of the page, it

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 117 of 446

1    says C, the letter, M107 series water tank

2    trailer?

3         A    Yes.

4         Q    Okay.  And then a little bit further

5    down the page, there's a key and a chart.  And

6    the second thing listed is the component vent.

7         Do you see that?

8         A    Yes.

9         Q    And the description of the vent is

10   "allows air circulation in the tank".

11        Do you see that?

12        A    Yes.

13        Q    And do you see that that is keyed to

14   number 21?

15        A    Yes.

16        Q    And number 21 in the image points to the

17   water buffalo just in front of the manhole.

18        A    Yes.

19        Q    Okay.  Do you agree that the M107 water

20   buffalo series had vents?

21             MS. BAUGHMAN:  Object to the form.

22   Foundation.

23             THE WITNESS:  Based on this document,

24   that seems to be the suggestion.

25        Q    (BY MS. HORAN)  Did you consider, in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 118 of 446

1  your calculations, water buffaloes having any

2  vents?

3       A    Not a vent specific, but with the filler

4  pipe and the manhole acting as a venting basis.

5       Q    Would the manhole continue to vent the

6  water even after it's closed?

7       A    No.

8       Q    Would you -- do you know, one way or the

9  other, whether the vent in this image would allow

10  the water to continue to be vented even after the

11  manhole is closed?

12            MS. BAUGHMAN:  Objection.  Form and

13  foundation.

14            THE WITNESS:  Say again.

15       Q    (BY MS. HORAN)  Sure.

16            So the vent in this image that says

17  "allows air circulation in tank," do you know

18  whether that is, I guess, a permanent vent or

19  whether...

20       A    I'm -- I'm not sure.

21       Q    In your opinion -- in preparing your

22  opinions on water buffaloes, did you do any work

23  to determine whether any other models had vents

24  or when they were installed?

25            MS. BAUGHMAN:  Object to the form.

1            THE WITNESS:  We looked at the different
2      forms over time.  Not specifically looking for an
3      individual component, but looking at the overall
4      nature of the water buffaloes.
5            Q    (BY MS. HORAN)  And do you recall
6      looking at whether those components included a
7      vent?
8            MS. BAUGHMAN:  Object to the form.
9            THE WITNESS:  No.  Not that I recall.
10     I'd have to go back and look at my -- have to go
11     back and look at my materials.
12           Q    (BY MS. HORAN)  Sure.
13           A    Because a vent seems -- anyway.  Go
14     ahead.
15           Q    So turning -- turning to water flow.  So
16     the water flows in -- the water system at Camp
17     Lejeune flows from water towers into the
18     distribution system where it eventually ends up
19     in peoples' homes.
20           Is that fair?
21           A    Yeah.  That would be the -- correct.
22           Q    And then between the time that the water
23     leaves the tap and when it's ingested, there
24     would be some additional VOC losses.
25           Is that fair?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 120 of 446

1          MS. BAUGHMAN:  Objection.  Form and
2     foundation.
3          THE WITNESS:  That's hard to say.
4     There's that possibility, but it's hard to know
5     without more details.
6     Q    (BY MS. HORAN)  It would depend on the
7     time that the water is out of the tap and the way
8     the water's used.
9          Is that fair?
10    A    And the spray and the surface area and
11    time.
12    Q    And if the water is boiled when it's
13    exposed to the atmosphere, the losses will occur
14    faster than if it's left exposed to the
15    atmosphere at room temperature.
16         Is that fair?
17    A    Would typically be the case.
18    Q    And when the water is mixed, losses will
19    occur faster than if it's left exposed to the
20    atmosphere and not mixed.
21         Fair?
22         MS. BAUGHMAN:  Objection to form.
23    Foundation.
24         THE WITNESS:  In general, yes.
25    Q    (BY MS. HORAN)  And Henry's Law would

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 121 of 446

1    continue to govern equilibrium concentrations?

2         A    Say again.

3         Q    Henry's Law would continue to govern the

4    equilibrium concentrations?

5         A    Henry's Law governs the equilibrium

6    concentration.  But always have to remember

7    kinetics.

8         Q    Sure.

9              And because there are essentially no

10   VOCs in the atmosphere, Henry's Law dictates that

11   the water exposed to the atmosphere will lose

12   essentially all VOCs.

13             MS. BAUGHMAN:  Objection to form.

14             THE WITNESS:  Again, that's a

15   time-dependent question.

16        Q    (BY MS. HORAN)  And given sufficient

17   time, the answer is yes?

18             MS. BAUGHMAN:  Objection to form.

19             THE WITNESS:  And then the question is,

20   what is sufficient time?  So yes.  Given an

21   ultimate amount of time, that would be the case.

22        Q    (BY MS. HORAN)  You agree that the water

23   treatment plant will not add VOCs to the water.

24        A    It's -- it's hard to imagine how that

25   would be.  No, I agree that that's very, very,

Golkow Technologies,
877-370-3377                  A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 122 of 446

1    very unlikely.

2         Q   Have you ever been involved with a

3    project or experienced anything where a water

4    treatment plant added VOCs to the water?

5         A   No.

6         Q   I want to turn to the AH Environmental

7    report that is attached to your report.  So I'm

8    turning back to Exhibit 2.  And you have it

9    attached to your report as Exhibit D.

10             I think we've mostly been doing this,

11   but if I refer to the AH Environmental report,

12   you'll understand I mean Exhibit D of your

13   report; correct?

14        A   (Nods head.)

15        Q   Is that yes?

16        A   Correct.  Sorry.  Correct.

17        Q   When did you first read this report?

18        A   Oh, that would be probably -- roughly a

19   year ago.

20        Q   And I -- where did you -- strike that.

21             Did you find this on the Internet?

22        A   No.

23        Q   Was this provided to you?

24        A   Yes.

25        Q   Do you -- so this doesn't have any Bates

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 123 of 446

1    numbers on it.  Do you understand what Bates

2    numbers are?

3         A    I'm sorry?

4         Q    Do you -- so a Bates number.  Are you

5    familiar with that term?

6         A    I've become familiar with it.

7         Q    Fair enough.

8              In your AH Environmental report, the --

9    the one that you received did not have Bates --

10        A    No.

11        Q    -- numbers on it either?  This is --

12        A    Yeah, this is what I received.

13        Q    Okay.  I believe, earlier, you testified

14   to having spoken with Mr. Maslia a handful of

15   times.

16             Was counsel present for all of those

17   meetings?

18        A    Say again.

19        Q    When you spoke with Mr. Maslia --

20        A    Maslia.  Yes.

21        Q    -- was counsel present for those

22   meetings?

23        A    Yes.

24        Q    Could you turn to Page 1-1 of the AH

25   Environmental report?

1      A    (Witness complies.)

2      Q    Okay.  The final paragraph, first

3  sentence, reads, "AH Environmental Consultants,

4  Inc., AH, was retained by MCB Camp Lejeune under

5  contract number DACW5603R1013 to assist ATSDR in

6  obtaining information required for the modeling

7  efforts in the epidemiological study."

8           Did I read that correctly?

9      A    Yes.

10     Q    Do you agree with AH Environmental

11  Consultants that an estimation of VOC removal at

12  the water treatment plant would be important

13  information, even required, for the modeling

14  efforts of epidemiological studies at Camp

15  Lejeune?

16          MS. BAUGHMAN:  Objection.  Form and

17  foundation.

18          THE WITNESS:  Say that again.

19     Q    (BY MS. HORAN)  Sure.

20          Do you agree --

21          MS. BAUGHMAN:  Can you show him where it

22  says that?  I don't see where it says that in the

23  document.  Important and required information.

24          MS. HORAN:  Well, it says, "Obtaining

25  information required for the modeling efforts,"

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 125 of 446

1    in 1-1.  Do you see the first sentence in the
2    last paragraph, Laura?
3              MS. BAUGHMAN:  (Nods head.)
4              MS. HORAN:  Okay.  I'm going to ask my
5    question.
6         Q    (BY MS. HORAN)  Do you agree with AH
7    Environmental Consultants that an estimation of
8    VOC removal at the water treatment plant is
9    required information for the modeling efforts in
10   the epidemiological study at Camp Lejeune?
11             MS. BAUGHMAN:  Objection form; objection
12   foundation.
13             THE WITNESS:  I agree that that
14   statement's in the document.
15        Q    (BY MS. HORAN)  And do you personally
16   agree with that?
17             MS. BAUGHMAN:  Objection.  Form and
18   foundation.
19             THE WITNESS:  Depending upon the degree
20   of volatilization.
21        Q    (BY MS. HORAN)  Is it your understanding
22   that the purpose of the water modeling efforts at
23   Camp Lejeune were in support of epidemiological
24   studies?
25             MS. BAUGHMAN:  Objection.  Form,

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 126 of 446

2
the scope of my expertise or involvement.

Q (BY MS. HORAN) So you have no opinion on the purpose of the water modeling at Camp Lejeune?

A My understanding was it was related to potential exposures. But that's the extent of my understanding.

Q Exposures in the sense of epidemiological studies? Or individuals? Or what do you mean when you say "exposures"?

MS. BAUGHMAN: Objection. Form and foundation.

THE WITNESS: My involvement was focused on the water quality. So I wasn't involved in the specifics of what was going to happen beyond that.

Q (BY MS. HORAN) When you say your involvement was in the water quality, what do you mean by that?

A Well, what we're talking about. My expert report.

Q Oh, okay. And you don't intend to offer any opinion in court about that purpose of the

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 127 of 446

1    water modeling.

2         A    Say again.

3         Q    You don't intend to offer any opinion in

4    court on the purpose of the water modeling?

5         A    Not beyond what's in my expert report.

6         Q    Okay.  You can set that aside.  Or, I

7    guess, actually turn to Page 7.

8         A    7?

9         Q    Yeah.  Of your report.  Which is Exhibit

10   2.

11        A    (Witness complies.)

12        Q    So looking at your first opinion which

13   begins on Page 7, you opine that only minor VOC

14   losses occurred in these systems.

15             Do you see that?

16        A    Correct.

17        Q    And "these systems" refers to storage

18   treatment and distribution of water at Camp

19   Lejeune?

20        A    Correct.

21        Q    You underline the word "minor".

22             Do you see that?

23        A    Yes.

24        Q    Why?

25        A    Show its contrast to Hennet's

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 128 of 446

 1  substantial.

 2       Q    And you define minor as less than 6 to

 3  12 percent VOC loss.

 4            Is that fair?

 5            MS. BAUGHMAN:  Objection to form.

 6            THE WITNESS:  It's a relative term to

 7  substantial.  Yes.

 8       Q    (BY MS. HORAN)  You're not a

 9  toxicologist, are you?

10       A    No.  Say again.

11       Q    You're not a toxicologist?

12       A    No, I'm not.  No.

13       Q    And you're not a medical doctor?

14       A    No.

15       Q    So when you say that 6 to 12 percent VOC

16  loss is minor, you're not speaking about in terms

17  of someone's exposure.

18            Is that fair?

19            MS. BAUGHMAN:  Objection.  Form and

20  foundation.

21            THE WITNESS:  That's beyond the scope of

22  my efforts.

23       Q    (BY MS. HORAN)  You're not qualified to

24  make the assessment of 6 to 12 percent VOC loss

25  as minor, are you?

                    Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 129 of 446

Page 130

 1          MS. BAUGHMAN:  Objection to form.

 2          THE WITNESS:  Well, from a water

 3   chemistry perspective which is a focus of my

 4   work, I would consider that minor.  And that was

 5   the extent of my focus.

 6      Q    (BY MS. HORAN)  Sure.

 7          And you're not making the assessment

 8   that 6 to 12 percent VOC loss is minor in the

 9   context of someone's exposure; correct?

10      A    That's beyond my expertise and

11   involvement.

12      Q    And when you say 6 to 12 percent is

13   minor, how did you come to the determination that

14   that's minor?

15          MS. BAUGHMAN:  Objection to form.

16          THE WITNESS:  It was in response to

17   Hennet's substantial.  Suggestion that there was

18   substantial losses.  Also just -- well, I think

19   actually AH Environmental said negligible -- said

20   10 percent was negligible losses in their expert

21   review panel meeting.  So minor, in a way, is

22   more generously negligible.

23      Q    (BY MS. HORAN)  So are you repeating

24   someone else's characterization or --

25      A    Yes.

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 130 of 446

1          Q    -- is it your characterization as minor?

2          A    AH Environmental represented Pomm- --

3    Pommerenk or -- his name -- in the 2005 expert

4    panel -- was asked about losses.  And said 90

5    percent goes through, 10 percent losses, and

6    consider that negligible.

7          Q    So when you wrote "minor" in your

8    report, you were adopting what you believed to be

9    Mr. Pommerenk's characterization --

10              MS. BAUGHMAN:  Objection to form.

11         Q    (BY MS. HORAN)  -- or what an I --

12              MS. BAUGHMAN:  Objection to form.

13              THE WITNESS:  I wasn't adopting, no.  I

14   was saying, in a relative sense, these losses to

15   me seemed minor relative to Hennet, relative to

16   Pommerenk, et cetera.  I felt justified in

17   choosing the term minor.

18         Q    (BY MS. HORAN)  If you -- so you put in

19   your report -- and this is on Page 6.

20         A    6?

21         Q    6.  Yeah.  So just to go over it.

22              The last sentence of the first bullet

23   says, "Rather than 15 to 32 percent losses by Dr.

24   Hennet's calculations, I estimate less than 6 to

25   12 percent losses for the range of VOCs."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 131 of 446

 1              Do you see that sentence?

 2       A    Yes.

 3       Q    Page 14 of your report, Table 5.3, is

 4  your calculations for losses.

 5              Fair?

 6       A    Yes.

 7       Q    None of those numbers are less than 6.

 8       A    Well --

 9       Q    Fair?

10       A    None of the numbers listed in the table.

11              MS. BAUGHMAN:  I'm going to object to

12  the form.

13              THE WITNESS:  Granted, I rounded 6.3

14  down to 6 which is mathematically...

15       Q    (BY MS. HORAN)  Sure.

16              But none of your numbers come up as less

17  than 6.  Is that fair?

18              MS. BAUGHMAN:  Objection to the form.

19              THE WITNESS:  They do to the extent that

20  I say less than 1 percent in the storage tanks

21  and less than 1 in other losses.

22       Q    (BY MS. HORAN)  So when you were saying,

23  on Page 6, you estimate less than 6 to 12 percent

24  losses for the range of VOCs, you were breaking

25  that to include individual components of your

                      Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 132 of 446

1  overall calculation?

2         MS. BAUGHMAN:  Objection to form.

3         THE WITNESS:  Those individual

4  components are included in the 6.3 value.

5      Q   (BY MS. HORAN)  Sure.

6         I'm just -- I'm just wondering why you

7  included less than 6 if the lowest number I see

8  on your chart is --

9      A   Yeah.

10     Q   -- 6.3.

11        Is it just a typo?  I mean, I'm just --

12     A   It's -- you could -- from Table 5.3, I'm

13 saying the lowest value might have been less than

14 6.  6.3, 6.  So I was just carrying that forward

15 to my summary statement.

16     Q   Okay.  So you used less than 6 percent

17 because Table 5.3 for benzine says less than 6.3.

18     A   Correct.

19     Q   Okay.  As you've used it in your report,

20 how do you define raw water?

21     A   Water --

22        MS. BAUGHMAN:  Objection to form.

23        THE WITNESS:  Water -- generally, in the

24 water treatment industry, raw water is the water

25 coming into the water treatment plant.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 133 of 446

1      Q   (BY MS. HORAN)  So raw water as defined
2   in your report is pre-treatment.
3           Fair?
4      A   Yes.
5      Q   It's your opinion that assumptions that
6   Dr. Hennet made in his calculations are what led
7   to the overestimation of his VOC loss
8   calculations.
9           Is that fair?
10          MS. BAUGHMAN:  Objection to form.
11          THE WITNESS:  Say again.
12     Q   (BY MS. HORAN)  It's your opinion that
13  assumptions that Dr. Hennet -- I'll start again.
14          Is it your opinion that assumptions in
15  Dr. Hennet's calculations led to overestimation?
16     A   Assumptions of value that he assume --
17  values he assumed.
18     Q   On Page 7 of your report, Figure 5.1 --
19  I think you have it in front of you.  As to
20  Hadnot Point, you agree that VOCs would be lost
21  in the raw water storage reservoirs?
22          MS. BAUGHMAN:  Objection to form.
23          THE WITNESS:  Possibility for minor
24  losses.
25     Q   (BY MS. HORAN)  And in the schematic

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 134 of 446

1    which is Figure 5.1, there's losses at each stage

2    of Hadnot Point except for the supply wells and

3    the water distributions to your homes.

4             Is that fair?

5             MS. BAUGHMAN:  Objection to form.

6             THE WITNESS:  One more time.  I'm sorry.

7        Q    (BY MS. HORAN)  Sure.

8             Figure 5.1 on your report.

9        A    (Indicating.)

10       Q    Yep.

11            VOCs would be lost at each stage except

12   for the supply wells and the water distribution

13   in the houses, but every other stage shown in

14   that image would incur VOC losses.

15            Fair?

16            MS. BAUGHMAN:  Objection to form.

17            THE WITNESS:  Possibly.  It's a

18   possibility.  Minor losses.

19       Q    (BY MS. HORAN)  And when you say "a

20   possibility of minor losses," do your

21   calculations -- is it just you're disputing the

22   volume of losses or that they would happen at

23   all?

24            MS. BAUGHMAN:  Objection to form.

25            THE WITNESS:  Just calculations indicate

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 135 of 446

1  that the losses that are possible would be very
2  minor.
3        Q   (BY MS. HORAN)  And why would they only
4  be possible?
5        A   Say again.
6        Q   Why would the losses only be possible
7  based on your calculations?
8        A   Why would they only be possible?
9        Q   Right.
10           Wouldn't your calculations suggest that
11 they're probable?
12       A   Minor --
13           MS. BAUGHMAN:  Objection to form.
14           THE WITNESS:  Minor losses.
15       Q   (BY MS. HORAN)  Sure.
16           So there would be at least minor -- or
17 strike that.
18           It's your opinion that there would be at
19 least minor losses in all of the areas shown in
20 Figure 5.1 except supply wells and water
21 distribution.
22           MS. BAUGHMAN:  Objection to form.
23       Q   (BY MS. HORAN)  Is that fair?
24           THE WITNESS:  I'd say there's a
25 possibility of minor losses.  That doesn't mean

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 136 of 446

1  necessarily that there will be -- they may be
2  negligible.
3      Q   (BY MS. HORAN)  And even if they were
4  negligible, there would be some loss.
5          Fair?
6          MS. BAUGHMAN:  Objection to form.
7          THE WITNESS:  Yeah, if you consider neg-
8  -- I wouldn't necessarily consider negligible
9  losses some losses, but there might be minor
10 negligible losses.
11     Q   (BY MS. HORAN)  You've used the term
12 "negligible".  How do you determine what's
13 negligible in this field?
14     A   That's probably a relative term.  Well,
15 not relative.  I mean it's -- I would consider
16 less than 1 percent, for example, is negligible.
17     Q   And is that negligible in your --
18     A   Of course, I say that, and AH considered
19 -- referred to 10 percent loss as negligible.  So
20 it's hard to pin that down.  It depends.
21     Q   The negligible losses that you -- or
22 strike that.
23         When you say negligible losses, are you
24 saying negligible in your capacity as a
25 professional engineer or are you saying

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 137 of 446

1    negligible in the context of determining
2    someone's overall exposure as it relates to
3    health?
4        A    No.    Water -- drinking water treatment
5    perspective.
6        Q    Okay.  So you're not saying negligible
7    in the sense of how it might impact someone's
8    overall exposure as it determines --
9        A    That's beyond my -- (simultaneous
10   crosstalk)
11           THE REPORTER:  As it determines what?
12           MS. HORAN:  Any type of health issue.
13           THE WITNESS:  Sorry.
14           That's beyond my expertise to comment
15   on.
16       Q    (BY MS. HORAN)  Okay.  Could you turn to
17   the AH Environmental report on Page 5-1?
18       A    (Witness complies.)  Yes.
19       Q    Do you see the last paragraph?  The
20   second sentence reads, "The only significant VOC
21   removals must have occurred at the spiractor
22   effluent pipe where the falling water undergoes
23   some aeration."
24           Do you see that?
25       A    Yes.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 138 of 446

1      Q    Do you agree with AH Environmental that

2    significant VOC removals would occur at the

3    spiractor effluent pipe?

4           MS. BAUGHMAN:  Objection to form.

5           THE WITNESS:  "Significant's" a relative

6    term.  I read what they're saying is, the only

7    quantifiable losses unless they use the word

8    "significant".

9           So what do you mean when you say

10   "significant"?  So I think what they meant by

11   "significant" was later in the expert meeting,

12   they referred to these losses as minor

13   negligible.  But here, they're saying the

14   potential loss -- as I read what they're saying,

15   my interpretation is they're saying, of potential

16   losses, this was the one that was most evidenced.

17     Q    (BY MS. HORAN)  And do you agree that

18   there's -- the most evidenced losses would be at

19   the spiractor effluent pipe?

20     A    Yes.

21     Q    Okay.  And those numbers -- or strike

22   that.

23          The amount of losses at the VO -- strike

24   that.

25          The amount of VOC losses at the

1    spiractor effluent pipe would not be negligible.

2         Fair?

3         MS. BAUGHMAN:  Object to the form.

4         THE WITNESS:  Under these conditions.

5    Q    (BY MS. HORAN)  Is that yes?

6    A    Yes.  Not negligible.  Again, that term

7    negligible -- because again, in their 2005 expert

8    panel review, they referred to this level of

9    losses as minor negligible.  So it -- it's a

10   relative term.

11   Q    So turning back to your report on Page

12   7.

13   A    Okay.

14   Q    Looking at Figure 5.1.  Of the

15   structures identified in that schematic, the

16   structure with the most significant VOC losses

17   would be the spiractor.

18        Fair?

19        MS. BAUGHMAN:  Objection to form.

20        THE WITNESS:  Based on the analysis and

21   calculations, that would be fair.

22   Q    (BY MS. HORAN)  Okay.  Turning to your

23   opinion on spiractor which begins on Page 8 --

24   and you're, of course, welcome to reference your

25   report at any point during the deposition.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 140 of 446

1          A     Thank you.

2          Q     Your opinion on the percentage loss of

3   TCE and PCE differs from Dr. Hennet's in that you

4   find that the effluent fall height is 1 foot and

5   Dr. Hennet used 2 feet.

6              Is that fair?

7          A     That's correct.

8          Q     Other than the fall height, is there

9   anything about Dr. Hennet's opinion related to

10  VOC losses at spiractors that you disagree with?

11             MS. BAUGHMAN:  Objection to form.

12             THE WITNESS:  Not in terms of the

13  calculation, no.  I would qualify that by saying

14  I did comment that the spiractor water converges

15  in the center versus weir where it would be

16  flowing over the edge.  And so it's not a

17  difference with Dr. Hennet's calculation, but it

18  is a qualification to the method applied.

19         Q     (BY MS. HORAN)  Sure.

20             And on Page 9, in the paragraph -- the

21  last full paragraph, nine lines down.

22         A     Right.  Yeah.

23         Q     You say, "Thus, while I am not aware of

24  a better approach than Nakasone 1987 for making

25  this estimate, it is my opinion the estimated

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 141 of 446

1  values of VOC losses will be conservative higher

2  than actually experienced."

3      A    Correct.

4      Q    Did I read that correctly?

5      A    Correct.

6      Q    And so in materials of the weir that you

7  just described --

8      A    No.

9      Q    -- you're not aware of a better approach

10 for adding it to this calculation.

11     A    No.  Correct.

12     Q    So you and Dr. Hennet essentially agree

13 on the methodology for calculating spiractor

14 losses and you disagree about one input.

15          Is that fair?

16     A    Correct.

17     Q    And you conclude that AH Environmental

18 used 1 foot for the water drop in the spiractor

19 effluent pipe, and that's justified.

20          Is that fair?

21     A    Correct.

22     Q    You're not offering any independent

23 assessment of the effluent pipe fall height.

24     A    Correct.

25          MS. BAUGHMAN:  Objection to form.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 142 of 446

1          THE WITNESS:  Correct.

2      Q   (BY MS. HORAN)  Is there any information

3  besides the AH Environmental report that you

4  relied on in determining the fall height of 1

5  foot is more justified?

6      A   No.

7      Q   Did you review the photos in AH

8  Environmental's report and determine for yourself

9  that the fall height was 1 foot or did you rely

10  on AH Environmental's analysis?

11      A   I reviewed the figures and understood

12  the reasons for why they selected the 1-foot fall

13  height.

14      Q   AH Environmental determined the

15  spiractor effluent pipe diameter was 12 inches.

16          Do you agree?

17      A   That's the number that they used.

18  Correct.

19      Q   Do you know precisely how they made that

20  measurement?

21          MS. BAUGHMAN:  Objection to form.

22          THE WITNESS:  It's in -- what I know is

23  it's in their document.

24      Q   (BY MS. HORAN)  And sitting here today,

25  what's your understanding of how they made that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 143 of 446

1    measurement?

2           MS. BAUGHMAN:  Objection to form.

3    Foundation.

4           THE WITNESS:  They made it based upon a

5    flowing system where they were able to see the

6    constricted water down gradient reducing the fall

7    height, and they made an estimate based upon the

8    visual observation.  It's my understanding.  And

9    I think that's documented, and probably best to

10   actually go there.

11          I forget exactly where it is in the

12   report where they describe -- here it is.  Page

13   3-7.

14       Q   (BY MS. HORAN)  Uh-huh.

15       A   The fall height was estimated visually

16   based on recent photographs.  And then on -- so

17   you see that?

18       Q   I do.  Yes.  So --

19          MS. BAUGHMAN:  Were you finished?

20          THE WITNESS:  No.

21       Q   (BY MS. HORAN)  Oh.

22       A   I'm sorry.

23          So then if we go to Figure 4-1, Page

24   4-2.

25       Q   Uh-huh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 144 of 446

1          A     You see a Hadnot Point spiractor showing

2     the evidence of the downstream constriction

3     limiting the fall height versus --

4          Q     Sorry.  Where are you looking?

5          A     4- -- Figure 4-1.

6          Q     Yes.  Oh, you're saying this image shows

7     that to you.  You're not pointing to text in the

8     report.

9          A     No, no.

10          Q     Okay.

11          A     I'm sorry.  I'm looking at the figures.

12          Q     Okay.

13          A     And there -- well, in the text, they do

14     say they -- I've lost over where they say that.

15     But they picked 1 foot.  But the pictures they're

16     relying upon, 4-1, you can see that the water

17     isn't free flowing in like it is in 4-3.

18          Q     Uh-huh.

19          A     And so Holcomb Boulevard, they said they

20     did get the 2-foot drop fall height where as in

21     Hadnot Point, because of the downstream

22     constriction from the recarbonation basin, that

23     back -- what I'll call back water, water wasn't

24     able to flow freely out of this pipe because of

25     that.  And so we have the 1-foot drop.

1      Q   For Figure 4-1, do you know whether

2   gravity filters were being backwashed when this

3   photo was taken?

4      A   No.  That's 4-2.  They point out that

5   4-2 was after backwash filter went -- so that

6   clearly dem -- they were clearly demonstrating

7   the additional impact of the backwashing the

8   filters.  With that -- well, I'll leave it at

9   that.

10      Q   So I -- the -- I think -- so I

11   understand on 3-7, you pointed me to language

12   that says that the fall height was estimated

13   visually.  But I believe -- do you know how they

14   measured the pipe diameter?

15      A   No, I do not.

16      Q   Okay.  So we're at 12:05.  Do we want to

17   take a break for lunch?

18      A   I can go a little bit longer or --

19          MS. BAUGHMAN:  If you want to, we can.

20   It's up to you.

21          He's willing to go.

22          So you decide.

23          THE WITNESS:  Go another 15 minutes or

24   so.  Fifteen, 20 minutes.

25      Q   (BY MS. HORAN)  Sure.  We can keep

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 146 of 446

1    going.  Okay.

2         Okay.  So you agree that AH

3    Environmental did not measure the Hadnot Point

4    effluent fall height; they just visually

5    estimated it.  Fair?

6         MS. BAUGHMAN:  Objection to form.

7    Foundation.

8         THE WITNESS:  I would say that they made

9    a measurement based on a visual -- they made a

10   measurement based on a visual product.

11        Q    (BY MS. HORAN)  Sure.

12        They didn't measure it.  They made a

13   visual estimation.  Fair?

14        A    They didn't go out and measure it.  They

15   measured it from the picture which is a

16   measurement in and of itself.

17        Q    Sure.

18        But they didn't go into the field, as

19   far as you're aware, and measure it with a

20   measuring tape.  Fair?

21        A    Not to my knowledge.  But I'll add that

22   a measurement on an empty pipe is of less value

23   than a measurement on a flowing pipe.  Because an

24   empty pipe doesn't give you the indication of the

25   -- what we're seeing in Figure 4-1.  The

Golkow Technologies,
877-370-3377                A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 147 of 446

1  important value is how far does that water fall
2  before it hits bottom, the water.
3      Q    Uh-huh.
4      A    And that's the volatilization.  And so
5  just measuring the pipe -- measuring the fall
6  height, for example, from Figure 3-2, you have no
7  indication of where the water level is dropping
8  to in that pipe.  You don't have any idea of the
9  actual fall height.  All you know is what's the
10 dimension for an empty spiractor effluent pipe.
11          So for me, a visual measurement from a
12 picture, we're actually seeing the constricted
13 water decreasing the fall height is more valuable
14 than a measurement on an empty pipe where you
15 have no idea what it was like under operating
16 conditions.
17     Q    Do you know if AH Environmental
18 estimated based on image of a pipe being used or
19 an empty pipe?
20     A    Let's find their discussion.  Okay.
21 Just above Figure 4.4-1.  Okay.  So let's start
22 with only a small vortex.
23          Do you see that?
24     Q    Uh-huh.
25     A    Formed over the submerged effluent pipe

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 148 of 446

1    4-1 on one spiractor and they developed an nappe
2    after a backwash filter went back online.
3    Because of the downstream recarbonation basin at
4    that plant, available head does not appear to
5    allow fall height of greater than 1 foot.  And so
6    -- indicating that they were taking into account
7    the downstream recarbonation basin reducing the
8    fall height.  Then they go on to say, however, at
9    Holcomb Boulevard -- because there was no
10   recarbonation basin, water falls 2 feet.
11        Q    So based on 4.1, you determined that it
12   was reasonable for there to be a 1-foot fall
13   height at Hadnot Point based on this image?
14             MS. BAUGHMAN:  Objection to form.
15             THE WITNESS:  That confirmed in my mind
16   their decision to go with a 1-foot fall height
17   versus Figure 4-3 for Holcomb Boulevard where
18   there's no evidence of that back -- that
19   constriction reducing the fall height they said
20   there would be 2 feet.
21        Q    (BY MS. HORAN)  Okay.  And how they
22   determined the 1 foot, what image did you use
23   from AH Environmental besides -- or maybe there's
24   none.
25             Did you use any images besides 4.1 to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 149 of 446

1    confirm your belief that 1 foot was a reasonable

2    estimation?

3              MS. BAUGHMAN:  Objection to form.

4              THE WITNESS:  Figure 4.1 confirmed in my

5    mind why they chose a 1-foot fall height.  And I

6    know they were -- they had a longer term contract

7    at this site.  So I trusted that, being

8    professional engineers, they were taking

9    appropriate measures to make these

10   determinations.

11        Q    (BY MS. HORAN)  Could you turn to 3-8?

12        A    3-8?

13        Q    Yeah.

14        A    Yes.

15        Q    You see the image says Hadnot Point

16   Water Treatment Plant spiractor effluent pipe,

17   1941, 1942?

18        A    Correct.

19        Q    Is it your understanding that AH

20   Environmental is representing that this image was

21   taken in 1941 or '42?  Or what's your

22   understanding of that?

23             MS. BAUGHMAN:  I'm sorry.  Are you on

24   Page 3-8 or Figure 3-8?

25             MS. HORAN:  Page 3-8.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 150 of 446

1          THE WITNESS:  Page 3-8.

2          MS. BAUGHMAN:  Okay.  Thank you.

3          THE WITNESS:  Can you ask that again?

4      Q   (BY MS. HORAN)  Sure.

5          You see the figure says Hadnot Point

6   water treatment plant -- well, it says WTP --

7   spiractor effluent pipe 1941 to 1942?

8      A   (Nods head.)

9      Q   Is it your understanding that AH

10  Environmental is representing that this photo was

11  taken in 1941 or '42 or what -- what do they mean

12  by that?

13         Do you know?

14         MS. BAUGHMAN:  Objection.  Form and

15  foundation.

16         THE WITNESS:  I couldn't speak to that.

17     Q   (BY MS. HORAN)  Have you ever personally

18  measured a spiractor pipe?

19     A   No.

20     Q   Do you know if it's even possible to

21  measure the fall height of a spiractor while it's

22  in use?

23     A   Say that again.

24     Q   Is it even -- strike that.

25         Is it possible to measure the fall

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 151 of 446

1    height of a spiractor effluent pipe while the
2    spiractor is in use?
3         A    I mean I guess, theoretically, it would
4    be possible.  But if you look at the -- looking
5    for the schematic.  So if you look at Figure 3-1.
6         Q    Uh-huh.
7         A    On Page 3-7.
8         Q    Yep.
9         A    The effluent pipe is in the center of a
10   10-foot diameter reactor.  So that would make it
11   -- certainly would -- certainly be possible.
12        Q    And it's also in the middle of a 22-foot
13   drop.  Fair?
14        A    Correct.  Correct.
15        Q    So to measure an effluent pipe from a
16   spiractor, you have to figure out how to get some
17   type of measurement perched over a 22-foot drop
18   in the middle of a 10-foot wide metal container
19   of sorts.
20             Is that fair?
21        A    Well, let's look at Page 2-9.  Figure
22   2-4.
23        Q    Uh-huh.
24        A    I mean, if we're talking about the
25   realms of possibility.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 152 of 446

1      Q    How would you go about measuring a
2    spiractor effluent pipe while a spiractor is in
3    use, to determine the fall height?
4      A    Well, I might take a picture.
5      Q    All right.  You would take a picture?
6      A    I might.  I mean that...
7      Q    And from Image 2.4 -- or Figure 2.4 on
8    2-9 that you pointed us to, can you figure out
9    the fall height from this image?  Or what type of
10   image would you need?
11     A    No, no.  Not this picture itself.  Let
12   me -- the picture that they have here would be
13   one way to approach it.  The --
14           MS. BAUGHMAN:  You have to say what
15   "here" is.
16           THE WITNESS:  I'm sorry.  Figure 4-1.
17   Sorry.
18     Q    (BY MS. HORAN)  So if an image of --
19   like 4-1 was sent to you, you could figure out
20   the fall height based on this image alone?
21           MS. BAUGHMAN:  Objection to form.
22           THE WITNESS:  That would be -- that
23   would be one approach.  Probably be a safer
24   approach.  But you could potentially try to rig
25   up some kind of a -- I don't know.  Today, maybe

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 153 of 446

1    we'd use a drone.

2           MS. BAUGHMAN:  You have to explain what

3    you're looking at when you say that.

4           THE WITNESS:  Oh, I'm sorry.  Figure 2-4

5    Page 2-9.

6           If we're trying to get that, you could

7    rig up some kind of mechanism and try and figure

8    that out.

9       Q    (BY MS. HORAN)  What mechanism would you

10   rig up?

11      A    I'd have to think about it.

12      Q    Well, it might be a good time for lunch

13   then.

14      A    Okay.

15           MS. HORAN:  Can we go off the record,

16   please?

17           THE VIDEOGRAPHER:  Off the record.

18   12:16 p.m.

19      (Lunch break from 12:16 p.m. to 1:16 p.m.)

20           THE VIDEOGRAPHER:  We're back on the

21   record at 1:16 p.m.

22           MS. BAUGHMAN:  Okay.  I just want to put

23   on the record, before we start, that I stated,

24   off the record, a few minutes ago, that the

25   materials considered list -- that there's some

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 154 of 446

1  confusion about that in that the vast majority of
2  the documents that start at Page 9 of 30,
3  additional materials considered, are materials
4  that were provided well -- a year or more -- let
5  me see -- at least six months before Dr.
6  Sabatini's rebuttal report was prepared, and are
7  background materials not specifically relied upon
8  for the volatilization opinions or any opinion in
9  his rebuttal report, exception being the ones
10  that are -- didn't exist at the time which are
11  depositions, and another exception being a
12  document with the Bates stamp CLW0000005176
13  through 5182.  And --
14         MS. HORAN:  Could you read the title of
15  the document?  Because I think --
16         MS. BAUGHMAN:  Grainger Laboratories
17  Inc., Letter of August 10, 1982.  It's possible
18  this was disclosed earlier, but if not, then that
19  might be one that's new that hadn't been
20  disclosed before as something that Dr. Sabatini
21  is relying on that does relate to volatilization.
22         So in other words, we received -- the
23  reason I'm saying this is we received an email
24  from Adam Bain which I read during lunch that
25  complains about the new documents and the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 155 of 446

1   reliance list, and the point being that with the
2   exception of one document, and with the exception
3   of documents that didn't exist at the time that
4   the rebuttal report was submitted to the -- to
5   the government, there is only one new document.
6   Which I can give you a copy of now, if you want.
7   And the rest of this is pure background
8   information about Camp Lejeune not specifically
9   relied upon for his opinions.
10          Now, there could be -- I'll say one
11  caveat.  There could be an overlap in that
12  documents on Pages 1 through 8 may be duplicative
13  of documents from 9 through 30.  If it's in 1
14  through 8, what I've said does not apply.
15          MS. HORAN:  Okay.  Sure.  Yeah, could
16  you give us the copy of the document?  And I
17  believe you said, during the break, that there
18  were three.  Is it just the one --
19          MS. BAUGHMAN:  It's just the one.
20          MS. HORAN:  -- or were there three?
21          MS. BAUGHMAN:  It's just the one, but
22  the one has different parts to it, if that makes
23  sense.  Like --
24          MS. HORAN:  Well, I'll look at it.
25          MS. BAUGHMAN:  You'll see.  It's one.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 156 of 446

1          MS. HORAN:  Okay.

2      Q    (BY MS. HORAN)  Welcome back, Dr.

3   Sabatini.

4      A    Thank you.  Hope you had a good lunch.

5      Q    I hope you did as well.

6      A    Thank you.  Stella Nova.  One of my

7   family's favorites.

8      Q    Yeah.  Good for you.

9          Have -- you understand you're still

10  under oath to tell the truth?

11     A    Yes.

12     Q    Okay.  And when we left right before the

13  break, we were talking about how one could go

14  about measuring the spiractor fall pipe while the

15  spiractor is being used.  So while there's water

16  in it.  And I -- do you have any new or --

17  thoughts on how one would go about doing that?

18     A    Not beyond what we discussed before and

19  not -- not beyond that.  No.

20     Q    Okay.  And you've never measured a

21  spiractor while it's filled or unfilled.

22          Is that fair?

23     A    No.

24     Q    No, you have never done it?

25     A    I have not done that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 157 of 446

1    Q   Okay.  Did AHE or you measure the
2    relative elevation between the recarbonation
3    basin water level and the effluent pipe rim
4    level?
5        A   I can't speak for AH.  I assume that
6    they did a thorough analysis of all the systems
7    as they document at the beginning of their
8    report.  That they studied all basins and all
9    plans and schematics and everything.  So I can't
10   speak to what they did.  But I did not.
11       Q   Turning to your report which was marked
12   as Exhibit 2, if we turn to Page 9 -- I'll let
13   you get there.  Table 5.2.  In Table 5.2, you
14   compare AH Environmental and Dr. Hennet's loss
15   calculations.
16           Fair?
17       A   I compare AH Environmental's corrected
18   numbers based upon the transposed exponent that
19   Hennet noted.  So yes, it's AH's numbers versus
20   Hennet's numbers, but AH's corrected numbers.
21       Q   Thank you for that clarification.
22           And then you adopt AH's clarified
23   numbers for your own calculations.
24           Fair?
25       A   Adopt the 1-foot fall height which leads

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 158 of 446

1  to the same -- same numbers.

2      Q    Sure.

3           So you used the numbers in Table 5.2

4  that are attributed to AH Environmental for

5  your calculation --

6      A    Those are actually my -- sorry.  Pause

7  before I answer.

8           MS. BAUGHMAN:  Wait until she finishes,

9  and pause and answer.

10          THE WITNESS:  Count to three.  One, two,

11  three.

12          I -- I adopted my corrected -- the

13  number's actually my calculations based upon AH's

14  1-foot fall height.

15      Q    (BY MS. HORAN)  Okay.  And using a

16  2-foot -- as opposed to a 1-foot -- fall height

17  nearly doubles the losses; correct?

18      A    It has -- approaching that effect.

19      Q    Turning to -- back to the AH

20  Environmental report in Figure 5 -- 4.2 which is

21  on Page 4-3.

22      A    Okay.

23      Q    Do you see that Figure 4.2 shows a -- a

24  nappe?

25      A    Yes.

1      Q   And did you see Figure 4.3 right below
2   it has a more regular water sheet?
3              MS. BAUGHMAN:  Objection to form.
4              THE WITNESS:  Yes.  Non-constricted.
5      Q   (BY MS. HORAN)  And did you notice that
6   the Hadnot Point effluent pipe has a heavy crust
7   deposit compared to the none or less deposit on
8   the Holcomb Boulevard pipe?
9              MS. BAUGHMAN:  Objection to form.
10             THE WITNESS:  Ask again.
11     Q   (BY MS. HORAN)  Did you notice that the
12  -- there's a heavier crust deposit for the Hadnot
13  Point effluent pipe -- which is Figure 4.42 --
14  compared to the no or less deposit in the Holcomb
15  Boulevard pipe which is 4-3?
16             MS. BAUGHMAN:  Objection.  Form and
17  foundation.
18             THE WITNESS:  Yeah, I wouldn't be able
19  to make that discernment based upon this picture.
20     Q   (BY MS. HORAN)  Could a crust on a
21  effluent pipe be responsible for the nappe?
22             MS. BAUGHMAN:  Objection to form.
23             THE WITNESS:  I would refer back to
24  Figure 4-1.  Which doesn't have -- show the same
25  nappe.  And AH attributes the difference between

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 160 of 446

1    4-1 and 4-2 to the backwashing of the filters.

2         Q    (BY MS. HORAN)  So let's turn back to

3    that.  On 4-2, in the -- the text above it on

4    Page 4-2.

5         A    Oh, on Page 4-2.  I was on Figure 4-2.

6    Okay.

7         Q    Yep.

8              The text above it, there's a sentence

9    that reads, "Only a small vortex formed over the

10   submerged effluent pipe, Figure 4-1, on the one

11   spiractor, and then developed a nappe after a

12   backwash filter went back online, Figure 4-2."

13             Do you see that?

14        A    Yes.

15        Q    Okay.  Is it your understanding that for

16   Figure 4-1 was when the backwash water was being

17   filtered through the effluent pipe?

18        A    No.

19        Q    What is your understanding?

20        A    I know that when the backwash filter --

21   when a filter's being backwashed, more water is

22   forced through fewer systems.  And so that -- you

23   get a backup of water, a constriction, as they

24   described.  And so it's clear to me the

25   difference between 4-1 and 4-2 is the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 161 of 446

1  constriction due to the hydraulics of the filter
2  being backwashed resulting in the nappe, Figure
3  4-2.
4       Q   So it's your opinion that the nappe is
5  from the backwashed water --
6       A   That the --
7       Q   -- and the vortex is when there's no
8  backwash water.
9            MS. BAUGHMAN:  Objection to form.
10            THE WITNESS:  When -- in the absence of
11  the backwash constriction.
12       Q   (BY MS. HORAN)  So turning back to 4-2,
13  the language where it says -- the second half of
14  the sentence I previously read, "And then
15  developed a nappe after a backwashed filter went
16  back online."
17            Doesn't that suggest to you that the
18  nappe was formed after the backwashed filter was
19  back on?
20       A   Yeah, I don't understand that wording.
21  I would -- so Figure 4-1, the way I interpreted
22  it, was at the end of the backwash process, just
23  as they were putting it back online, that's when
24  they would have had the greatest impact of a
25  backwashed filter on the hydraulics.  And so that

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 162 of 446

1    -- that's when you'd get the maximum hydraulic
2    impact.  So from a hydraulics perspective, that's
3    how I would interpret that sentence.
4         Q    So why would there be more constriction
5    when there's not backwashing?
6              MS. BAUGHMAN:  Objection to form.
7              THE WITNESS:  Now, my comment would be
8    that there would be more constriction when there
9    was a filter being backwashed.
10        Q    (BY MS. HORAN)  And more constriction
11   would be the development of a vortex; correct?
12        A    No.  No.  You would have more -- it
13   would be harder for the water to go through the
14   pipe so you would get more backup of the water in
15   the pipe, and you'd have this scenario, 4-2,
16   versus the scenario in 4-1.
17        Q    When you say more "water in the pipe,"
18   do you mean the -- which part -- part of the pipe
19   are you referencing there?
20        A    The pipes flowing between the basins.
21        Q    So when the spiractor has more water in
22   it.  Or are you talking about the effluent pipe?
23        A    Right.  Because one filter's offline.
24   All the water's having to go through the other
25   filters creating a constriction and a build-up of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 163 of 446

1    water prior to that point.

2         Q    Okay.

3         A    For me, looking at this picture, Figure

4    4-1 to 4-3 tells, to me, a big story.  In that

5    obviously, you have less free fall of water in

6    the Hadnot Point effluent pipe than you have in

7    the Holcomb Boulevard.

8         Q    So just looking at the two, though, of

9    Hadnot Point, one has a -- Figure 1 is shown as

10   having a vortex in the description and Figure 4-2

11   is it shown as having a nappe in the -- in the

12   description.

13            Do you agree with that?

14        A    Yes.

15        Q    Okay.  And it's your opinion that when

16   the backwash filter is back online, there would

17   be a vortex and not a nappe.

18            MS. BAUGHMAN:  Objection to form.

19            THE WITNESS:  I couldn't speak to the

20   vortex -- to the nap.  But what I -- what is

21   clear to me is that there's less free fall in the

22   4-2 than the 4-1, and there's less free fall in

23   4-1 than in 4 -- Figure 4-3.

24        Q    (BY MS. HORAN)  Sure.

25            But what is your understanding of the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 164 of 446

1  process as it relates to the backwash filter,
2  whether it was on or off, or how it was being
3  used, for Figure 4-1?
4      A   My understanding is, at the end of the
5  backwash cycle, they have the greatest impact on
6  the effluent pipe from the spiractor.  And when
7  that backwash filter was brought back online, the
8  hydraulics changed back to the previous
9  condition.
10     Q   Why would you have less free fall when
11 the water is less backed up in the spiractor
12 effluent pipe?
13         MS. BAUGHMAN:  Objection to form.
14         THE WITNESS:  Say again.
15     Q   (BY MS. HORAN)  Why would you have less
16 free fall when the water is less backed up in the
17 spiractor effluent pipe?
18     A   No.  What I was saying, there would be
19 more water backed up.  And so the -- you would
20 have less free fall because there was more water
21 being backed up.
22     Q   And when there's -- is it your opinion
23 that Figure 4-1 shows more or less free fall than
24 Figure 4-2?
25     A   My impression would be more.  Just based

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 165 of 446

1    on visual observation.

2         Q    So just so I understood that correctly,

3    your opinion is that 4-1 shows more free fall

4    than Figure 4-2?  Or did I get that wrong?

5         A    That would be my visual observation.

6         Q    Okay.  Turning to Page 3-11 of the AH

7    Environmental report.

8              Dr. Sabatini, do you remember earlier

9    this morning, we talked about mixing in the

10   reservoirs?

11        A    (Nods head.)

12        Q    The first full paragraph on 3-11.  Do

13   you see it reads, "In a quiescent tank, e.g., raw

14   and finished water reservoirs, filter beds, and

15   spiractors, the water is assumed to be well

16   mixed, and the bulk concentration of a

17   contaminant is equal to the effluent

18   concentration and can be estimated from a

19   material balance.  VOC volatilization is a

20   first-order rate process and the remaining

21   fraction of a chemical can be expressed as

22   follows."  And then it has an equation.

23              Do you see that?

24        A    Yes.

25        Q    Do you see that AH Environmental assumed

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 166 of 446

1  that the reservoirs would be well mixed?

2      A   It depends upon what you mean by "well

3  mixed."  Certainly, the spiractor, I would agree,

4  was extremely well mixed because of all the flow

5  coming in.  The reservoirs -- as the water comes

6  into that reservoir, you have a certain amount of

7  energy that causes that flow to go into the

8  reservoir.  So you could get a degree of mixing

9  from that.  Which would be, I might choose to say

10 mix -- a degree of mixing as opposed to well

11 mixed.  To me, well mixed, from a reactor design

12 perspective, means you have some kind of a

13 turbine or something mixing the water to get it

14 well mixed.

15          So I can imagine that what they're

16 trying to say is that the water coming in creates

17 a degree of mixing.  But I probably wouldn't

18 choose to use the term "well mixed."

19     Q   And that's because you would only use

20 the term "well mixed" if there was some kind of

21 mechanical process involved?

22     A   Yes.  Mechanical or -- you can achieve

23 it in different ways, but not just water flowing

24 into a -- a basin.  And part of that assumption

25 makes the calculations easier.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 167 of 446

1      Q    Could you turn back to Figure 4-2?
2   Which is Page 4-3.
3      A    (Witness complies.)
4      Q    Would you agree that Figure 4-2 which
5   shows the development of a nappe, that the -- it
6   would imply -- or strike that.
7           Would you agree that Figure 4-2 which
8   shows a nappe -- a nappe would imply more surface
9   area for water-to-air contact?
10     A    Say that again.
11     Q    Sure.
12          Do you see 4-2 creates a nappe?
13     A    Yes.  I...
14     Q    Okay.  And would you agree that a nappe
15  will create more surface area for water-to-air
16  contact?
17     A    That's a hypothetical question.
18     Q    Why is that a hypothetical question, Dr.
19  Sabatini?
20     A    Well, visually, you may see more area
21  towards the top of the pipe, but there's less
22  free fall which has area associated with it as
23  well.  So it would be harder for me to
24  definitively say what the combined impact would
25  be.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 168 of 446

1      Q    I'm -- so I'm not asking about the

2    combined impact.  I'm just asking about the --

3    the nappe creation.

4      A    Well --

5      Q    At the top of the pipe, would that

6    create additional surface-to-air contact with

7    water?

8              MS. BAUGHMAN:  Objection to the form.

9              THE WITNESS:  I'd have to study that

10   more.

11     Q    (BY MS. HORAN)  You said you couldn't

12   make an overall assessment because the fall

13   height might be lower because the pipe would be

14   more full.

15             Why would a -- the creation of a nappe

16   mean that the pipe was more full?

17     A    I would --

18             MS. BAUGHMAN:  Objection to form.

19             THE WITNESS:  I would attribute that to

20   the -- again, to the downstream constriction

21   causing the -- causing that condition.

22     Q    (BY MS. HORAN)  Okay.  Turning next to

23   storage tanks, you agree with Dr. Hennet's use of

24   the approach laid out in Thomas, 1990 as opposed

25   to the approach used by AH Environmental;

1  correct?

2      A    The same that AH Environmental used and

3  Hennet used, yes.  I...

4      Q    And you --

5          MS. BAUGHMAN:  Well, I'm going to object

6  to the form and object as non-responsive.  I

7  don't think he heard the question.

8          THE WITNESS:  Oh, I'm sorry.

9          MS. BAUGHMAN:  Because he answered

10  something different from what you asked.

11          THE WITNESS:  Can you rephrase the

12  question?

13      Q    (BY MS. HORAN)  I thought you answered

14  it, but I will ask it again.

15          You agree with Dr. Hennet's use of the

16  more generalized approach laid out in Thomas,

17  1990 as opposed to the approach that was used by

18  AH Environmental; correct?

19          MS. BAUGHMAN:  Object to the form.

20          THE WITNESS:  Yeah, I'd have to go back

21  and refresh my memory on the terminology.

22      Q    (BY MS. HORAN)  Okay.  Could you turn to

23  Page 10 of your report?

24      A    (Witness complies.)

25      Q    The second paragraph suggests that --

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 170 of 446

1    A    Yeah.  That's what I --

2         MS. BAUGHMAN:  Wait.  Wait.  Wait.

3         THE WITNESS:  I'm sorry.

4         MS. BAUGHMAN:  Let her finish.

5         THE WITNESS:  Sure.  I'm sorry.

6    Q    (BY MS. HORAN)  -- suggests that AH

7    Environmental used the Southworth approach, and

8    you did not agree that that was the appropriate

9    approach.  You agreed rather with Dr. Hennet that

10   their more generalized approach was better.

11        Correct?

12   A    Yes.

13   Q    Okay.  On that same page, the first

14   sentence of the second full paragraph says, "The

15   approaches outlined in Thomas, 1990 are for

16   systems open to the atmosphere, e.g., a pond,

17   lake, or river.  In contrast, the Camp Lejeune

18   water treatment tanks, from raw water to clear

19   well to water towers, are covered.  They are not

20   open to the atmosphere."

21        Did I read that correctly?

22   A    That's correct.

23   Q    Is it your opinion -- or strike that.

24        Dr. Sabatini, you agree that the water

25   treatment tanks, from raw water to clear well to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 171 of 446

1  water towers, would experience air exchange
2  through venting?
3       A    As the water level goes up and down,
4  there would be atmospheric air.  As water level
5  goes down, then atmospheric air would replace
6  that amount of water that went down.  Yes.
7            So in terms of my terminology, what I
8  meant by open to the atmosphere was completely
9  open, like a lake, versus a cover that has small
10 inter -- or has intermittent vents that's not
11 completely open.
12      Q    But you would agree that the water
13 treatment tanks have some ability to interact
14 with the open atmosphere through these vents.
15           Fair?
16      A    There is a degree of interaction with
17 the atmosphere.
18      Q    Had you seen any photos of the treatment
19 tanks at Camp Lejeune prior to submitting your
20 expert report?
21      A    I relied upon the AH Environmental
22 documents.  I'm trying to remember if I had or
23 not.  I don't recall.
24      Q    How did you determine that the Camp
25 Lejeune water treatment tanks were not open to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 172 of 446

1  the atmosphere?

2      A    That was my impression from the

3  information I had at hand.

4      Q    Anything in particular?

5      A    Well, for one thing, I've never known

6  them to be open to the atmosphere.  That's just

7  allowing for surface contamination of your water.

8      Q    Do you know whether there are any drying

9  beds at Camp Lejeune?

10     A    I'm sorry.  Whether there are...

11     Q    Drying beds.

12     A    No, I don't.

13     Q    Prior to issuing your report, did you do

14  anything to try to find out whether there were

15  drying beds at Camp Lejeune?

16     A    That wasn't critical to my calculations.

17     Q    And why wasn't that critical to your

18  calculations?

19     A    It didn't bear in to the losses of

20  concern.

21          And I might just add to that.  I didn't

22  find such information in Hennet's report either.

23   (Government Exhibit 8 marked for identification)

24     Q    (BY MS. HORAN)  So I'm marking as

25  Government Exhibit 8 -- this is a document, EPA

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 173 of 446

1   Region 8 Drinking Water Tech Tips.

2        Dr. Sabatini, have you seen this

3   document before?

4     A   It doesn't look familiar.

5        MS. BAUGHMAN:  Do you have the date, by

6   the way?  It doesn't --

7        MS. HORAN:  No.  I don't have a date.

8        MS. BAUGHMAN:  Okay.

9     Q  (BY MS. HORAN)  Do you see the paragraph

10  at the top that starts "Finished water storage

11  sanitary protection"?

12       MS. BAUGHMAN:  I'm going to -- you can

13  take your time and read the document, if you've

14  never seen it before, before you answer

15  questions.

16       THE WITNESS:  (Reviews document.)

17       Okay.

18     Q  (BY MS. HORAN)  Do you see the paragraph

19  at the top of the document?  The first full

20  paragraph?  The second sentence reads -- or did

21  you have a chance to read that whole paragraph?

22    A  Yes.

23    Q  Do you disagree with anything in that

24  paragraph?

25       MS. BAUGHMAN:  Objection to form.

```
 1              THE WITNESS:  Not in my general -- do
 2     you have a specific question about the paragraph?
 3          Q    (BY MS. HORAN)  That was my question.
 4     When you read it, was there anything that you
 5     disagreed with?
 6              MS. BAUGHMAN:  Object to the form.
 7              You can carefully read the whole thing
 8     before you answer.
 9              MS. HORAN:  Laura, I'd like him to --
10              MS. BAUGHMAN:  He -- this is his first
11     deposition.
12              MS. HORAN:  I know.  And I --
13          Q    (BY MS. HORAN)  I'm not pushing you, Dr.
14     Sabatini --
15          A    Yeah.
16          Q    -- on any document all day.
17          A    Yeah, I just read it quickly --
18          Q    Sure.
19          A    -- not realizing you were...
20          Q    Yeah.  Take your time.
21          A    (Reviews document.)
22              Okay.  In this first reading, it all
23     seems appropriate.
24          Q    Okay.  Do you see the second sentence
25     reads, "The air pressure inside of a tank is
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 175 of 446

1    always trying to equalize with the air pressure

2    outside as the water level rises and falls in the

3    tank"?

4            Do you see that?

5       A    Yes.

6       Q    Do you agree with that?

7       A    Yes.

8       Q    Okay.  You can put that aside.

9       A    By the way, this reminds me back to the

10   water buffalo and the vent.

11      Q    Sure.

12      A    It would seem somewhat analogous.  You

13   have a small vent pipe on a big surface area

14   water tank to help equalize pressures.

15      Q    Sure.

16      A    In the same way that you have here.

17      Q    An air exchange would happen in the same

18   way.

19      A    Through the same way.

20      Q    Through the vent; correct?

21      A    Yeah.  In -- as water level rises and

22   falls.  Not forced ventilation.

23            Allergies.  I don't know if you can hear

24   it in my voice.  I can.

25      Q    If you need a break, let us know.

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 176 of 446

1      A    A lozenge.

2           MS. O'LEARY:  Just also, there's some

3      water if you'd like.

4           THE WITNESS:  Thank you.  Very kind.

5      Thank you.

6           MS. BAUGHMAN:  This is yours, too, if

7      you need it.

8      Q    (BY MS. HORAN)  You would agree that

9      fluctuation will occur every day in both the

10     water reservoirs and the towers; correct?

11          MS. BAUGHMAN:  Objection to form.

12          THE WITNESS:  Under normal course of

13     operation, you would expect that.  Although, that

14     one CLW showed there were days -- hours and days

15     where there were minimal fluctuation in a water

16     reservoir.

17     Q    (BY MS. HORAN)  What CLW are you

18     referencing?

19     A    Well, I don't have that with me right

20     now, but it was...

21     Q    Could you just describe the document, to

22     the best of your recollection?

23     A    Yeah.  It was a document that showed

24     every four-hour water elevations in a storage

25     tank over the course of, I think, seven or eight

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 177 of 446

1    days.  And so it showed the water level
2    fluctuations.  It varied from zero to 2 feet
3    maximum over the seven to eight days.  And the
4    average water fluctuation was 1 foot.
5         Q    And where did you first see that
6    document or -- strike that.
7              When did you first see that document?
8         A    I don't recall exactly.
9         Q    Do you recall if it was before or after
10   you submitted your expert report?
11        A    I believe before.  Yes.  I believe
12   before.
13        Q    Do you know if you cite that document in
14   your report?
15        A    Not sure if I did or not.  I don't see
16   it listed.
17        Q    So I guess based on this document, is it
18   your understanding that the fluctuation is, on
19   average, 1 foot per day in the Camp Lejeune
20   reservoirs?  Or did I misunderstand that?
21        A    In this one set of data that they
22   collected, that was the case.
23        Q    Do you recall when the data was from?
24        A    '85.
25        Q    '85?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 178 of 446

1      A    Yeah.  It's what I recall.

2      Q    And was the data from a reservoir or

3  water tower?  Both?

4      A    Reservoir is what I recall.  Yeah,

5  reservoir.

6      Q    How much fluctuation is there per day at

7  a Camp Lejeune water tower, if you know?

8      A    I don't recall.

9      Q    The -- I understand -- or strike that.

10          You're -- what you've told me today that

11  there -- it's your understanding that there's

12  1-foot fluctuations in the Camp Lejeune water

13  reservoirs.

14          How does that impact your opinions, as

15  to reservoirs, in your report?

16      A    In my analysis, I assumed that there

17  would be some fluctuation.  I guess that's the

18  answer.  I assumed.  So I took that into account.

19  There would be a certain level of water

20  fluctuation.

21      Q    Sure.

22          And would it matter if it was 1 foot or

23  2 feet of fluctuation for your opinion?

24      A    Not -- not -- no.

25      Q    So the amount of fluctuation is not a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 179 of 446

1    pertinent -- or the quantification of the amount

2    of fluctuation is not a pertinent factor, to your

3    opinion, as to reservoirs?

4        A    Not in that range that you just

5    mentioned.  Now, if the tank emptied and went

6    from empty to full, the magnitude of the

7    fluctuation could make a difference.  But the

8    other big difference is -- well, I'll stop there.

9    That answers your question.

10       Q    How about -- would -- would a 3-feet

11   fluctuation make an impact to your opinion?

12       A    I'd say no.  Because there's other

13   factors that go into it.

14       Q    A moment ago, you said, well, the other

15   big factor is, but I'll stop there.

16            What is the other big difference that

17   you were alluding to?

18            MS. BAUGHMAN:  Objection to form.

19            THE WITNESS:  The Thomas method, lake

20   opened to the atmosphere, you have air movement

21   over the surface.  And that increases the

22   volatilization rate where as in a covered tank,

23   even vented, you don't have air flowing over the

24   surface like you would in a -- in a lake.  And so

25   that's another factor that goes into the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 180 of 446

1    volatilization rate in the Thomas method.

2         Q    (BY MS. HORAN)   Sure.

3              Do you know how many times per day the

4    water levels change at Camp Lejeune in the

5    reservoirs?

6              MS. BAUGHMAN:   Objection to form.

7              THE WITNESS:   The CLW I referred to

8    provided some every-four-hour information, as I

9    recall, in the '85 timeframe.   It gives some

10   indication of that.

11        Q    (BY MS. HORAN)   Do you know how fast the

12   water is flowing in the reservoirs or in the

13   water tanks?

14        A    I don't know that number off the top of

15   my head.   It's something I could calculate, but I

16   don't know that number off the top of my head.

17        Q    Did you calculate it for your opinions?

18        A    No.

19        Q    And why not?

20        A    Because it's not part of the -- the

21   Thomas method takes detention time into

22   consideration.

23        Q    So instead of determining the flow rate,

24   you determined detention time?

25        A    That was what -- that's what feeds into

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 181 of 446

1    the...

2         Q    Do you know how much water flows through

3    a Camp Lejeune water reservoir per day?

4         A    I can refer to my report.  Or actually,

5    I guess AH Environmental.  So it's in the report.

6         Q    In the AH Environmental report?

7         A    Yes.

8         Q    We've talked about mixing in the

9    reservoirs.  Did you take mixing in the

10   reservoirs into account when you were doing your

11   calculations for the water reservoirs?

12            MS. BAUGHMAN:  Objection to form.

13   Foundation.

14            THE WITNESS:  The Thomas method assumes

15   completely mixed systems.  So to that -- yes, I

16   did.

17        Q    (BY MS. HORAN)  Could you identify

18   where, in your report, you address the reservoir

19   depth fluctuations?  Are they in your report?

20        A    No.

21        Q    No.  Okay.

22            The flow -- as the water flows through

23   the reservoirs and tanks, would it induce

24   turbulence in the water?

25        A    As it flows through the reservoir, no.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 182 of 446

1    There might be -- no.  As it flows through the
2    reservoir.
3        Q    How do you know there would be no
4    turbulence?
5        A    As the water enters the reservoir, there
6    may be a little splashing.  But just the nature
7    of the reservoir is such that you wouldn't --
8    from a hydraulics perspective, you wouldn't see
9    turbulence.
10       Q    You say, "The Nature of the reservoir."
11   What do you mean by that?
12       A    Just the tension time.  The dimensions
13   of the basin.  Just from a reactor engineering
14   perspective.
15       Q    Have you ever observed the water flow
16   through a water reservoir?
17       A    No.  I have not.  But I've done
18   hydraulic analyses of such basins.
19       Q    What do you mean by you've done
20   hydraulic analyses of such --
21       A    Well, that's part of hydraulic -- of
22   the --
23            MS. BAUGHMAN:  Wait.  Wait.  Let her
24   finish.
25            THE WITNESS:  Sorry.  Sorry.

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 183 of 446

1          MS. BAUGHMAN:  Go ahead and ask again.
2     I don't know if it's on the record.
3          Q    (BY MS. HORAN)  What do you mean by such
4     -- hydraulic analyses of such basins?
5          A    It's part of what you do in design of
6     treatment plants is, you do reactor engineering
7     analyses.  Hydraulic analyses.
8          Q    Have you ever designed a water treatment
9     plant?
10         A    Yes.  Based on -- I teach classes on
11    design of water treatment plants.
12         Q    And what class is that?
13         A    Physical chemical processes for water
14    treatment.
15         Q    Do you still teach that class today?
16         A    As an emeritus professor, I no longer
17    teach that class.  So I last taught it -- well, I
18    no longer teach that class.
19         Q    When did you last teach it, Dr.
20    Sabatini?
21         A    Just before I retired.  So three years
22    ago.
23         Q    And was that a class that you taught
24    every semester?
25         A    Say again.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 184 of 446

1      Q    Did you teach that every semester?

2      A    Every year.  Every year or every other

3  year.

4      Q    And other than teaching a class, have

5  you ever designed a water treatment plant that

6  was built?

7      A    Not as a practicing consulting engineer.

8  I've consulted with former students who were

9  designing water treatment plants.  But not

10  myself.  I understand all the basic principles.

11          MS. BAUGHMAN:  Would you mind if we take

12  a quick break?

13          MS. HORAN:  Not at all.

14          MS. BAUGHMAN:  Thank you.

15          MS. HORAN:  We can go off the record.

16          THE VIDEOGRAPHER:  Off the record.  1:59

17  p.m.

18      (Short break from 1:59 p.m. to 2:06 p.m.)

19          THE VIDEOGRAPHER:  We're back on the

20  record at 2:06 p.m.

21      Q    (BY MS. HORAN)  Dr. Sabatini, I believe

22  you mentioned that your water storage tank

23  calculations took into account some depth

24  fluctuations of the reservoirs.

25      A    Say again.  Some...

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 185 of 446

1    Q    Sure.

2         I believe you said earlier that your

3    calculations as -- under storage tanks took in

4    some reservoir depth fluctuations.

5    A    I assumed that that was the case when I

6    went through my calculations.

7    Q    And how did you take those into account

8    in your calculation?

9    A    I just assumed that that was the case

10   that -- that's implicit in the Thomas method, was

11   that there's air for volatilization to occur

12   into.

13   Q    I'm marking as Exhibit 9.  This is

14   Volatilization from Water, by Richard G. Thomas.

15    (Government Exhibit 9 marked for identification)

16   Q    (BY MS. HORAN)  Dr. Sabatini, do you

17   recognize this as the document you've been

18   referencing as Thomas today?

19   A    Yes.  Appears to be the same document.

20   Yes.

21   Q    Great.

22        So you've seen this before?

23   A    Yes.

24   Q    Okay.  Could you turn to 15-4?

25   A    Okay.  (Witness complies.)

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 186 of 446

 1        Q    The first full paragraph, the third

 2    sentence reads, "In the atmosphere, vertical

 3    diffusion is usually more rapid than in the water

 4    and chemicals are transported from the interface

 5    quickly."

 6             Do you see that?

 7        A    Yes.

 8        Q    Do you agree?

 9        A    I agree that molecules diffuse faster in

10    the air than in water.  Yes.

11        Q    So that means that once VOCs volatilize

12    out of the water, they'll diffuse upwards

13    quickly.  Fair?

14        A    Depends upon what you mean by quickly.

15    That's where the two-film transfer equation comes

16    in, in terms of mass transfer across that

17    interface.

18        Q    They'll diffuse more quickly than if

19    they were in the water.

20             Is that fair?

21        A    Yes.  They -- molecules diffuse more

22    quickly in air than in water.

23        Q    And that will cause the concentration

24    gradient at the water air surface to stay higher

25    than if the VOCs did not quickly diffuse upwards.

                    Golkow Technologies,
     877-370-3377        A Veritext Division        www.veritext.com
     Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 187 of 446

1          Fair?
2               MS. BAUGHMAN:  Objection to form.
3               THE WITNESS:  In the general principle,
4      yes.  That's fair.
5          Q   (BY MS. HORAN)  And that will cause the
6      rate of volatilization to be faster than it would
7      be if the VOCs did not quickly diffuse upwards;
8      correct?
9               MS. BAUGHMAN:  Objection to form.
10              THE WITNESS:  The questions seem to be
11     hitting on fairly fundamental concepts.  But yes.
12         Q   (BY MS. HORAN)  And because that
13     gradient is the delta C in the two-film mass
14     transfer equation in your report which is the
15     equation 3-3 I believe you just referenced, and
16     when the delta C increases, the rate of mass
17     transfer J will also increase; correct?
18         A   Say that again.  As the delta...
19         Q   Sure.  And if you would like to open
20     your report to look at the equation, that would
21     be fine, too.  It's equation 3-3 in your report.
22         A   Sure.  Yeah.  Thank you.  Very familiar
23     with that equation.
24         Q   Do you have it in front of you?
25         A   Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 188 of 446

1     Q    Okay.  Because the gradient is the delta

2    C in the two-film mass transfer equation in your

3    report which you have in front of you and when

4    delta C increases, the rate of mass transfer

5    which is J will also increase; correct?

6         A    Yes.  Correct.

7         Q    Okay.  Turning back to Exhibit 9 which

8    is the Thomas study, could you turn to Page

9    15-20?

10         A    (Witness complies.)

11         Q    You relied on table 15-3 to determine

12    that .0046 is the proper oxygen reaeration

13    coefficient for ponds; correct?

14         A    Yes.

15         Q    And you agree with Dr. Hennet that ponds

16    are the proper example to use.

17              MS. BAUGHMAN:  Objection to form.

18              THE WITNESS:  Yes.

19         Q    (BY MS. HORAN)  Was that yes?

20         A    Yes.

21         Q    How did you reach that determination?

22         A    Between the alternatives -- lake, river,

23    and pond -- pond is most appropriate.

24         Q    And why was the pond the most

25    appropriate?

1          A    More similar -- in this range of
2     options, it's more similar to the reservoir
3     situation.
4          Q    In what way?
5          A    Size.
6          Q    Anything besides size?
7          A    Size would be surface area.
8          Q    That's it?
9          A    Yes.
10         Q    Okay.  And you used the .0046 oxygen re
11    -- reaeration coefficient to reduce Dr. Hennet's
12    calculations of volatilization by about 58
13    percent.  Fair?
14              And again, you're welcome to look back
15    at your report.
16         A    Reduce them 2 -- 2.58 times his
17    estimates.  Yes.
18         Q    And you agree that Thomas, 1990, the
19    literature values for oxygen reaeration
20    coefficients for ponds is between .0046 and
21    .0096.
22              Do you see that?
23         A    Literature values?
24         Q    Yes.
25         A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 190 of 446

1      Q   So you use the lowest literature value
2   for ponds possible.  Fair?
3      A   Fair.
4      Q   And ponds don't have flowing water.  Is
5   that fair?
6      A   Generally, no.  They may.  But generally
7   not.
8      Q   And flower -- flowing water causes
9   greater reaeration; correct?
10      A   Correct.
11      Q   And that's why in Table 15-3, the values
12   for rivers are up to two orders of magnitudes
13   greater than ponds.  Fair?
14      A   Fair.
15      Q   And you agree that water storage tanks
16   do experience some water flow; correct?
17           MS. BAUGHMAN:  Objection to form.
18           THE WITNESS:  I would say more in the
19   mode of pond than river certainly.
20      Q   (BY MS. HORAN)  But they do experience
21   water flow.  Fair?
22           MS. BAUGHMAN:  Objection to form.
23           THE WITNESS:  Well, depends upon what
24   you mean by flow.  It's -- I mean there is some
25   minor movement across the -- the tank.  So yes.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 191 of 446

1      Q    (BY MS. HORAN)   Well, every day, a water

2    storage tank or reservoir has water coming in and

3    water going out.

4      A    That's true.

5      Q    Fair?

6      A    Correct.

7      Q    So every day, there's new water that

8    appears that flows through the system.   Fair?

9           MS. BAUGHMAN:   Objection to form.

10          THE WITNESS:   Fair.

11     Q    (BY MS. HORAN)   And ponds don't

12   necessarily have water that flows in and flows

13   out of them on a daily basis leading to

14   fluctuations.   Fair?

15          MS. BAUGHMAN:   Objection to the form.

16          THE WITNESS:   It depends.   To a lesser

17   degree than a river or lake certainly.

18     Q    (BY MS. HORAN)   And how would you

19   compare it to a water reservoir in terms of flow

20   between a pond and a water reservoir?

21     A    Probably comparable to more.   Probably

22   more.

23     Q    The water reservoir has more flow than a

24   pond?

25          A    Well, that's hard to say.   I need to

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 192 of 446

1    have more of the parameters.

2         Q    What parameters would you need?

3         A    Well, what particular pond?  What ponds

4    did they use for this study?  What were the

5    conditions in that pond?  So it would be hard for

6    me to make a general statement.

7         Q    Okay.  So sitting here today, you don't

8    have an opinion on whether a water reservoir

9    wherein water flows in and out every day has more

10   or less flow than a pond?

11        A    In general, I would agree, but I

12   wouldn't want to make that as an overall

13   conclusion in all cases.

14        Q    Sure.

15             So there may be exceptions.  But

16   generally, you agree.

17             MS. BAUGHMAN:  Objection to form.

18             THE WITNESS:  Sure.  I agree.

19             But I might add, back to your analogy to

20   the river, more than the flowing of the water,

21   it's the ripples and the surface area that's

22   associated with that that would have the impact.

23        Q    (BY MS. HORAN)  So you're saying it's

24   the ripples in a --

25        A    Ripples or waves or undulations that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 193 of 446

1    increase the surface area for mass transfer.

2         Q    Sure.

3              So can we call that turbulence at the

4    top?

5              MS. BAUGHMAN:  Objection to form.

6              THE WITNESS:  As a hydraulic person,

7    "turbulence" has a very --

8         Q    (BY MS. HORAN)  Okay.

9         A    -- specific meaning.

10        Q    Okay.

11        A    Laminar flow.  Turbulent flow.  So...

12        Q    Sure.

13             So what were the terms that you used?

14   Ripple?

15        A    I said ripples and waves surface area.

16        Q    Do you know whether water that flows

17   through a water reservoir or a water tank, as it

18   comes in and out throughout the day, would create

19   ripples or waves?

20        A    That would be extremely hard.  No, I

21   would -- I would say not.

22        Q    And why would you say no?

23        A    Just the nature of the flow system.

24        Q    And what about the nature of the flow

25   system leads you to say no?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 194 of 446

1      A    Just the -- well, laminar turbulent flow
2  conditions.  They'd be very much in the laminar
3  flow regime.
4      Q    And why is that?
5      A    Because of the velocities and the nature
6  of the flow.
7      Q    But you've never seen inside a water
8  reservoir to determine whether there are any
9  ripples or waves across the top as it's filled
10  throughout the day.
11          Fair?
12      A    I have not.  But the engineering
13  calculations suggest as much.
14      Q    You would consider a water treatment
15  plant reservoir that can accommodate 5 million
16  gallons of water treatment per day to have a
17  limited flow?
18      A    To say -- I'm sorry.  Repeat.  To...
19      Q    You would consider a water treatment
20  plant reservoir that can accommodate 5 million
21  gallons of water treated per day to have a
22  limited water flow?
23          MS. BAUGHMAN:  Objection to form.
24          THE WITNESS:  Not a limited water flow.
25  Limited water velocity.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 195 of 446

1      Q    (BY MS. HORAN)   What is the difference
2   between water flow and water velocity?
3      A    Flow is gallons per day.   Volume per
4   time is flow.   Velocity is flow divided by area
5   which gives you a velocity of feet per -- feet
6   per second.   So if -- if you have a large flow
7   but a large area, you have a smaller velocity.
8      Q    Okay.   So if -- so you would say that a
9   water reservoir that has 5 million -- can take 5
10  million gallons of water per day would have a low
11  velocity but high flow?
12          MS. BAUGHMAN:   Objection to form.
13     Q    (BY MS. HORAN)   Did I understand that
14  correctly?
15     A    Again, you can take the flow and divide
16  it by the area to get the velocity.   So if you
17  have a big flow but a big area, your velocity
18  doesn't have to be that great.
19     Q    Do you know what the velocity of the
20  water at the Hadnot Point Water Treatment Plant
21  is in the reservoir?
22     A    I could calculate it, but I don't know
23  that off the top of my head.   But all this -- my
24  discussion of velocity is related to laminar
25  versus turbulent flow conditions.   You're asking

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 196 of 446

1   about turbulence.

2         Q    Sure.

3              And you're saying that these are more

4   laminar which is more like a pond.  Fair?

5         A    Right.

6         Q    Okay.  And do you know what the area of

7   a Hadnot Point water treatment reservoir is?

8         A    It's in the -- it's in their report.

9         Q    And without doing the calculations to

10  determine velocity of the flow in and out of the

11  reservoirs, how did you determine that it was

12  more like a pond than a river or a lake?

13        A    Just engineering judgment.  I mean it's

14  -- I didn't feel -- just my -- I made the same

15  assumption that Hennet did and AH Environmental

16  did.  I saw no reason to view it differently from

17  how they viewed it.

18        Q    Sure.

19             Except for you and Dr. Hennet disagree

20  on what oxygen reaer- coefficient -- fair?  To

21  use.

22        A    But for the pond.

23        Q    Sure.

24        A    We did differ on this discussion.

25        Q    So for -- without doing the calculations

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 197 of 446

1    to determine the velocity, how did you determine
2    that the best oxygen reaeration coefficient was
3    the lowest possible value for a pond?
4         A    Because unlike a pond which is open to
5    the atmosphere with a breeze flowing over it, the
6    reservoir has no breeze flowing over it.
7         Q    Any other factors that led you to choose
8    the lowest possible oxygen reaer- -- reaeration
9    coefficient?
10        A    That -- that was the main one.  That was
11   the -- that was the reason.
12        Q    Did you consider the velocity of the
13   water in any capacity when you were making that
14   determination?
15        A    Just as Hennet and AH Environmental, I
16   followed the Thomas approach.
17        Q    Sure.
18             But when -- in choosing which
19   coefficient to use in Thomas 1990, you've told me
20   that the -- the largest reason you chose the
21   lowest coefficient was because there was no air
22   flow across the top like a pond.  And I'm
23   wondering if you considered at all the velocity
24   of the water traveling in and out of a water
25   treatment reservoir, if that factored into your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 198 of 446

1   decision --

2        A    It's not a part of -- it's not a part

3   after the Thomas.  So...

4        Q    So no?

5        A    No.  Not beyond the context that it's

6   incorporated into the Thomas approach.

7        Q    Dr. Hennet, to the best you can recall,

8   did not use the highest available oxygen

9   reaeration coefficient found in the literature

10  for ponds.

11            Fair?

12       A    I'd have to look back and remember what

13  value he used.

14       Q    And when you were doing your

15  calculations, you took into account that the

16  tanks and water reservoirs are vented; correct?

17       A    Correct.

18       A    Another -- I'm looking now.  He used

19  .008 --

20       Q    Uh-huh.

21       A    -- which if we're looking at the Thomas

22  method Table 15-3 on Page 15-20, that is the only

23  number and a calculated value.  So I also used

24  the literature value.  And his calculated value

25  is towards the high end of the literature value

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 199 of 446

Page 200

1  range.  So in response to your earlier question.

2      Q    Sure.

3           And the higher range of the literature

4  value is point point -- excuse me -- .0096.

5      A    96.

6      Q    Okay.  And Dr. Hennet used .008.

7      A    8.

8      Q    Fair?

9      A    Fair.

10     Q    Okay.  So it's lower than the highest

11 value by .0016.  Fair?

12     A    Fair.

13     Q    Okay.  Could you turn to 15-8?

14     A    (Witness complies.)

15     Q    The last paragraph begins, "In view of

16 these observations and the difficulty of

17 performing in-situ volatilization experiments, it

18 is not possible to quantify the error in the

19 calculated values of the volatilization rate

20 constants."

21          Do you see that?

22          MS. BAUGHMAN:  I -- you said 15-8 -- 18?

23          MS. HORAN:  Uh-huh.  15-8.

24          MS. BAUGHMAN:  Oh.  I'm on the wrong

25 page.

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 200 of 446

1          THE WITNESS:  Okay.  I see the sentence.

2     Yes.

3          Q    (BY MS. HORAN)  Do you agree?

4          A    I have to defer to the document.  So I

5     agree that's what the document says.

6          Q    In your professional capacity, do you

7     agree with that statement?

8          MS. BAUGHMAN:  Objection to form.

9          THE WITNESS:  To agree that's their

10    interpretation, I would agree.

11         Q    (BY MS. HORAN)  The paragraph continues.

12    "The lake example indicates that the error may be

13    as large as a factor of 10, although laboratory

14    data suggests that it could be much less.  When

15    one is applying the results of calculations to

16    actual environmental situations, it would

17    probably be advisable to assume that the value --

18    values of volatilization rate may be high by a

19    factor of 10 at most, and low by a smaller factor

20    of possibly three."

21         Do you see that?

22         A    Yes.

23         Q    And you see that they are discussing an

24    example of a lake?

25         A    Yes.

1      Q    You see this is based on it not being
2   possible to quantify the error to the calculated
3   values of the volatilization rate constants.
4           So this is about error.  Fair?
5      A    About...
6      Q    Error.
7      A    Error in the estimates.  Yes.
8      Q    "Agree that Thomas is saying that for
9   lakes, losses should be assumed to fall somewhere
10  within a range that is somewhere between three
11  times smaller than the calculated and 10 times
12  bigger than the calculated."
13          MS. BAUGHMAN:  Objection to form.
14          THE WITNESS:  Says the air may be as
15  large as a factor of 10 in the volatilization
16  rate.
17     Q    (BY MS. HORAN)  Sure.
18          And then the second sentence says, "When
19  one is applying the results of calculations to
20  actual environmental situations, it would be --
21  it would probably be advisable to assume that the
22  values of volatilization rate may be high by a
23  factor of 10 at most, and low by a smaller factor
24  of possibly three."
25     A    So the estimates may be 10 times too

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 202 of 446

1    high.

2          Q    That's your interpretation of that?

3          A    Yes.

4          Q    So you don't believe that Thomas is

5    saying that for lakes, losses should be assumed

6    to fall somewhere between a range that's three

7    times smaller than calculated or ten times bigger

8    than calculated.

9                MS. BAUGHMAN:  Objection to form.

10               THE WITNESS:  I -- that's not my

11   interpretation.  No.

12         Q    (BY MS. HORAN)  In your opinion, you

13   applied the lowest pond oxygen reaeration

14   coefficient and assumed, based on a lake example,

15   that the volatilization rate may be overstated by

16   a factor of ten.

17               Fair?

18               MS. BAUGHMAN:  Objection to form.

19         Q    (BY MS. HORAN)  And you're welcome to

20   look at your report.

21         A    Say that again.

22         Q    In your opinion, you applied the lowest

23   pond aeration -- reaeration coefficient -- let me

24   start over.  Strike that.

25               In your opinion, you applied the lowest

1    pond oxygen reaeration coefficient and assumed,

2    based on a lake example, that the volatilization

3    rate may be overstated by a factor of ten.

4              MS. BAUGHMAN:   Objection to form.

5              THE WITNESS:   Yes.

6        Q    (BY MS. HORAN)   And you cite Thomas 1990

7    for the premise that Dr. Hennet's calculations

8    should be further reduced to 10 percent of his

9    calculations.

10             Fair?

11       A    Correct.

12       Q    Page 11 of your report.   The first full

13   paragraph, the second sentence says, "Given the

14   disparity between the covered tanks of Camp

15   Lejeune and the assumption of reservoirs open to

16   the atmosphere in Thomas 1990, the calculation

17   errors would obviously be on the high side."

18             Do you see that?

19       A    Yes.

20       Q    Thomas is not about reservoirs.   Is that

21   -- do you agree?

22       A    You're referring to my sentence there.

23       Q    Yes.   I think it might just be an

24   error --

25       A    As a water resource engineer, I would

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 204 of 446

1  call a lake a reservoir.  We often talk about

2  reservoir engineering in terms of lakes and

3  surface bodies.  So I'm using the -- I'm using a

4  more general water resource term there to refer

5  to a lake or...

6           So I wasn't implying that it was the

7  same as a tank at the water treatment.

8      Q    And you considered that all of the water

9  reservoirs at Camp Lejeune -- and I mean -- when

10 I say "water reservoirs", I'm talking about the

11 -- the water reservoirs in the water treatment

12 plant.

13     A    Yes.  Thank you.

14     Q    Okay.  And you took into account that

15 the water reservoirs and the water tanks were

16 vented when you offered your opinion that the

17 volatilization rate was overstated by a factor of

18 ten.

19          Correct?

20     A    Yes.

21     Q    Turning to your opinion on recarbonation

22 basins.  Would use of the recarbonation basin as

23 designed contribute to the loss of VOCs at Camp

24 Lejeune?

25          MS. BAUGHMAN:  Objection to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 205 of 446

1          THE WITNESS:  One more time.  I'm sorry.

2     Q   (BY MS. HORAN)  Sure.

3          Would use of the recarbonation basin as

4     designed contribute to the loss of VOCs at Camp

5     Lejeune?

6     A   It's possible.

7     Q   Why is it possible?

8     A   Well, on any of the basins, could

9     possibly open to the atmosphere.  Could result in

10    volatilization.  The detention time in the

11    recarbonation basin was very low.  So that would

12    minimize the opportunity.

13    Q   Any other reason?

14    A   Not beyond what we've already discussed.

15    Q   If the water -- did you do a calculation

16    on what percentage of TCE would have been lost

17    from the water being recarbonated as the

18    recarbonations were designed at Camp Lejeune?

19    A   Say again.

20    Q   Sure.

21         Did you do a calculation to determine

22    what percentage of TCE would have been lost from

23    the -- if the recarbonation basins were used as

24    designed?

25    A   Not a calculation.  Hennet assigned zero

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 206 of 446

1  loss.

2      Q   Do you know if the recarbonation basin

3  is open to the atmosphere?

4      A   It's my understanding.

5      Q   You've referenced Peter Pommerenk a

6  couple times, I think, in this deposition.

7      A   The -- yes.

8      Q   Who is Peter Pommerenk?

9      A   To my knowledge, he's AH Environmental

10 person that was part of the project and part of

11 the expert panel of 2005.

12     Q   Outside of your knowledge of his work

13 with Camp Lejeune, are you familiar with any of

14 his other work?

15     A   No.

16     Q   I'm handing -- or marking as Exhibit 10.

17 This is a document with a Bates

18 00897_PLG_00000066207.  And it runs through the

19 Bates 6365.

20 (Government Exhibit 10 marked for identification)

21     Q   (BY MS. HORAN)  Dr. Sabatini, have you

22 seen this before?

23     A   Yes.

24     Q   And you recognize this as the expert

25 panel assessing ATSDR's method and analyses from

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 207 of 446

1    April 29th to the 30th 2009?

2         A    Yes.

3         Q    Turning to Page 111.  And that's just

4    the regular page number.  The last paragraph, the

5    sixth line down, it begins, "Where as VOC

6    removal."

7              Do you see that sentence?

8         A    Say again.  Where...

9         Q    So six lines down, there's a sentence

10   that begins, "Where as VOC removal."

11        A    Yes.

12        Q    Do you see that?

13        A    (No response.)

14        Q    Okay.  So do you see that that reads,

15   "Where as VOC removal from other unit processes

16   at the plant was incidental and probably minor,

17   substantial removal more than 90 percent might

18   have occurred in the recarbonation basin.  As

19   with an aeration process, the gas injection

20   creates substantial turbulence and mixing, and

21   can facilitate partitioning and removal of the

22   contaminants from the liquid phase.  Therefore,

23   it is recommended that research be conducted to

24   determine when the recarbonation was operated,

25   under what conditions, gas flow rate, et cetera,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 208 of 446

1    and what the likely rate of VOC removal was."

2             Did you see that?

3         A    Yes.

4         Q    So in addition to Dr. Hennet, you also

5    disagree with Dr. Pommerenk that a recarbonation

6    basin can remove a substantial amount of VOCs

7    more than 90 percent.

8             MS. BAUGHMAN:  Objection to form.

9             THE WITNESS:  Yes.

10        Q    (BY MS. HORAN)  Do you know whether

11   ATSDR ever followed Dr. Pommerenk's

12   recommendation to research when the recarbonation

13   basin was operated, under what conditions, and a

14   likely rate of VOC removal?

15        A    I can't speak to that.  I -- I don't

16   know one way or the other.

17        Q    You would agree that there's no direct

18   reference to VOC losses at the recarbonation

19   basin in the formula ATSDR used to determine

20   monthly VOC levels at Camp Lejeune?

21            MS. BAUGHMAN:  Objection to form and

22   foundation.

23            THE WITNESS:  That's a rather sweeping

24   statement.  Can you state it again?

25        Q    (BY MS. HORAN)  Would you agree that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 209 of 446

1   there's no direct reference to VOC losses at the
2   recarbonation basin in the formula ATSDR used to
3   determine monthly VOC levels at Camp Lejeune?
4           MS. BAUGHMAN:  Objection to form.
5           THE WITNESS:  I -- I can't say yes or no
6   to that.  I don't know either way.  I'm...
7       Q   (BY MS. HORAN)  Have you seen any
8   documents or anything suggesting one way or the
9   other whether the recarbonation basin was
10  considered or not?
11          MS. BAUGHMAN:  Objection.  Form,
12  foundation.
13          THE WITNESS:  The AH Environmental
14  report.
15      Q   (BY MS. HORAN)  So, sorry.
16          In the ATSDR formula, have you seen any
17  documents or any information that suggests
18  whether the recarbonation basin was considered or
19  not?
20          MS. BAUGHMAN:  Objection.  Form;
21  foundation.
22          Can you show him the -- the ATSDR
23  formula you're talk -- I don't know what formula
24  you mean.  What are you referring to?  Object to
25  the form.  Object to foundation.

Golkow Technologies,
877-370-3377           A Veritext Division           www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 210 of 446

1      Q    (BY MS. HORAN)  So I'm -- I'm thinking

2    of the formula that they used to come up with

3    their numbers.

4           Do you know --

5           MS. BAUGHMAN:  I don't know where that

6    is.

7           Object to the form.  Object to

8    foundation.

9      Q    (BY MS. HORAN)  Dr. Sabatini, do you

10   know whether ATSDR directly considered the

11   recarbonation basin in determining the monthly

12   VOC levels at Camp Lejeune?

13          MS. BAUGHMAN:  Objection, form;

14   objection, foundation.

15          THE WITNESS:  No.

16     Q    (BY MS. HORAN)  Have you ever seen a

17   recarbonation basin that was operating?

18     A    Yes.

19     Q    Where?

20     A    Norman, Oklahoma, to begin with.  Many

21   times.

22     Q    And is that -- why were you looking at

23   the recarbonation basin in Norman, Oklahoma?

24     A    As -- take classes on field trips there.

25   Visit there.  It was a part of a -- water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 211 of 446

1    treatment studies, et cetera.

2         Q    And how large is the recarbonation basin

3    at the Norman, Oklahoma water treatment plant?

4         A    I couldn't speak to the dimensions, but

5    the water treatment plant is 10 million gallons

6    per day.  So it would be the size of one or two

7    of these tables.

8         Q    Thirty feet in length?

9         A    Yeah, maybe.  Twenty feet.  That would

10   be -- I probably shouldn't guesstimate.

11        Q    Do you know how much carbon dioxide

12   bubbled into an operating recarbonation basin

13   reaches the surface?

14        A    How much it...

15        Q    How much of the carbon dioxide bubbled

16   into an operating recarbonation basin reaches the

17   water surface.

18        A    No.  Not quantitatively.  I can see

19   visually.

20        Q    And visually, what percentage would you

21   suggest?

22        A    Be hard to put a number to that.  But

23   again, the goal is for it to dissolve.  Some of

24   it makes it to the surface.

25        Q    And you, sitting here today, don't have

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 212 of 446

1    an opinion on what percentage makes it to the

2    surface?

3         A    Would be hard-pressed to -- that's in

4    part why I asked...

5         Q    Are you looking for the notes from Chris

6    Mattingly?  Exhibit 4.

7         A    The -- so that really doesn't address

8    how much makes it to the surface.  But the ratio

9    is dramatically different from, say, a stripping

10   operation.

11        Q    Okay.  So sitting here today, you don't

12   have a percentage -- or an opinion on what

13   percentage makes it to the surface --

14        A    I wouldn't know -- (simultaneous

15   crosstalk) wouldn't know at this point.  No.

16        Q    No.

17             You can set aside Exhibit 10.

18        A    (Witness complies.)

19             I will say that on the recarbonation, it

20   seemed like there was another issue of just how

21   long it was operated.

22        Q    Yeah.  Do you know if ATSDR ever looked

23   into how long it was operated for?

24             MS. BAUGHMAN:  Objection to form.

25             THE WITNESS:  Not -- not to my

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 213 of 446

1    knowledge.

2         Q    (BY MS. HORAN)  As part of your expert

3    work in this case, did you ever look into how far

4    -- or how long the recarbonation basin was

5    operated for?

6         A    Just studying the reports that were

7    available.

8         Q    And what did you find in the reports

9    that were available about whether the

10   recarbonation --

11        A    The lack of knowledge -- (simultaneous

12   crosstalk)

13             THE REPORTER:  I'm sorry.  Start over.

14        Q    (BY MS. HORAN)  Whether the

15   recarbonation basin was in operation.

16        A    Now I've forgotten the question.

17        Q    Okay.  We'll start from the top.

18             Did you, as part of your work in this

19   case, ever look into whether and how long the

20   recarbonation basins were in operation?

21        A    Just looking at the available documents.

22        Q    And what available documents are you

23   referencing?

24        A    AH Environmental report.  Hennet's

25   report.

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 214 of 446

1      Q    And did you find anything about whether
2  the recarbonation basins were in operation?
3      A    Just a lack of knowledge.
4      Q    You agree that if the recarbonation
5  basin wasn't used, there would have been losses
6  of VOCs at the recarbonation basin; correct?
7      A    Possible losses.  Yes.
8      Q    Would you agree that there were probable
9  losses at the recarbonation basin?
10          MS. BAUGHMAN:  Object to the form.
11          THE WITNESS:  Speculating.  But
12  potential would be greater than just water
13  flowing through the basin.
14      Q    (BY MS. HORAN)  When you were at the
15  Norman, Oklahoma water treatment plant, could you
16  see bubbles reaching the surface at the
17  recarbonation basin when it was operating?
18      A    A limited number.  Yes.
19      Q    I want to turn next to sorption.  Which
20  your opinion on sorption begins on Page 12 of
21  your report, if you'd like to -- to take a look.
22          So when I say "sorption", I'm meaning
23  both adhesion of VOC molecules to material
24  surface and VOC molecules permeating into the
25  bulk of material.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 215 of 446

1          Fair?

2      A    Say that one more time.

3      Q    Sure.

4      A    Please.

5      Q    When I say "sorption", I mean both

6   adhesion of VOC molecules to material surface and

7   VOC molecules permeating into the bulk of

8   material.

9          Fair?

10     A    Fair.

11     Q    Does sorption occur at the water

12  treatment plants at Camp Lejeune?

13     A    Say again.

14     Q    Does sorption occur at the water

15  treatment plants at Camp Lejeune?

16         MS. BAUGHMAN:   Objection to form.

17         THE WITNESS:   That would be speculation.

18     Q    (BY MS. HORAN)  You don't know?

19     A    I have not quantified it.   My

20  professional judgment would be it would be very

21  minor, but I have not -- I -- to my knowledge, no

22  one else has quantified it.

23     Q    Is there organic material in the

24  spiractor solids?

25     A    The spiractor is designed to remove

1    hardness as a inorganic precipitant.

2        Q    Is that a yes or a no?

3        A    So that would be the dominant thing

4    present in the spiractor.

5        Q    So you agree that there is organic

6    material in the spiractor solids?

7        A    I'd be speculating.  It's -- I'd be

8    speculating.

9        Q    Sitting here today, you don't know one

10   way or the other whether there's organic material

11   in the spiractor solids?

12           MS. BAUGHMAN:  Object to the form.

13           THE WITNESS:  I guess my statement would

14   be it's predominantly inorganic material.  If

15   there were -- happened to be inorganic material,

16   it would be very minor in my estimation.

17       Q    (BY MS. HORAN)  And what is that based

18   off of?  What is that assessment based off of?

19       A    That the reason the spiractor there is

20   to remove inorganic materials.  Hardness.

21       Q    So your experience with other --

22       A    Water treatment.

23       Q    With water treatment plants.

24       A    Yes.

25           Also, I would add to that if it were

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 217 of 446

1   lake water, there might be more natural organic
2   matter associated with the lake water.  Low
3   levels.  But since this is groundwater, I'd even
4   expect lower -- I wouldn't -- wouldn't expect
5   there to be organic matter present.
6       Q   So it's your opinion that there would
7   not be organic material in the raw water at Camp
8   Lejeune.
9           Am I understanding that?
10          MS. BAUGHMAN:  Objection to form.
11          THE WITNESS:  Based upon the groundwater
12   source, I would expect it to be very limited to
13   negligible.
14      Q   (BY MS. HORAN)  If you assume that the
15   spiractor solids contain some organic material,
16   would some TCE sorb to that material?
17          MS. BAUGHMAN:  Objection.  Form and
18   foundation.
19          THE WITNESS:  Yeah, that's very
20   speculative.  I'd need to know what kind of
21   organic matter.  If it's just humic and fulvic
22   plant decay or is it biochars or -- I would
23   expect not.
24      Q   (BY MS. HORAN)  You would expect that
25   the TCE would not sorb to the organic material in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 218 of 446

1    the spiractor solids?

2          MS. BAUGHMAN:  Objection.  Form and

3    foundation.

4          THE WITNESS:  It's all very speculative.

5    I would expect that if there were inorganic

6    matter present matter, if, it would be minor and

7    -- and not that absorptive for these compounds

8    because of the nature of the organic material.

9          Q    (BY MS. HORAN)  You mentioned it matters

10   what type of organic material would be in the

11   spiractor, and you listed a few.

12          Would TCE only sorb to some of those or

13   would TCE sorb to all of the organic materials

14   that you listed?

15          A    Depends.

16          Q    On what?

17          A    Well, again, on the nature of the

18   organic material.  Could be negligible.  Could be

19   minor.  Depending upon the nature of the organic

20   material.

21          Q    In your PhD, you studied sorption of

22   organic chemicals in a sand aquifer.

23          Fair?

24          A    Fair.

25          Q    Any sorption taking place there?

1      A    Yeah, those are -- yes.

2      Q    Is there sorption taking place in the

3  filter beds that have to be backwashed to remove

4  clogging?

5           MS. BAUGHMAN:  Objection to form.

6           THE WITNESS:  Again, you're removing

7  inorganic materials in the backwashing.  Fines

8  that have made it out of the spiractor to the

9  filter beds.  So we'd be talking about the same

10 materials.  So the same --

11     Q    (BY MS. HORAN)  So yes?

12     A    Same comments from before would apply.

13     Q    You mentioned before -- well, strike

14 that.

15          Do you know, or in your studies, have

16 you determined whether TCE sorbs to organic

17 material?

18     A    Trying to remember.  We looked

19 specifically at TCE.  We looked at a number of

20 different compounds.  Certainly would have the

21 potential to.

22     Q    And I believe you said it would be

23 negligible or minor.  Am I remembering that

24 correctly?

25     A    Based on the inorganic materials being

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 220 of 446

1  removed in the spiractor, that would be my

2  expectation.

3       Q    Okay.  So there would be some sorption

4  of TCE in the inorganic material, and it's your

5  opinion that it would be minor or negligible?

6            MS. BAUGHMAN:  Objection to form.

7            THE WITNESS:  We're assuming that there

8  is any organic material to begin with.

9       Q    (BY MS. HORAN)  Yes.  I'm asking you to

10  make that assumption.

11       A    Which I'm uncomfortable making.

12       Q    Why is that?

13       A    Well, just I'm not anticipating for

14  groundwater that that would become an issue.  But

15  none the less, if somehow, that happened to be

16  the case, you could imagine some potential

17  sorption.

18            The other factor is the timeframe

19  involved.  Kinetics of its sorption.

20       Q    Why does the timeframe matter?

21       A    Because it -- you mentioned if -- if it

22  has to diffuse into the matrix to get to the

23  sorption site, that takes time.

24       Q    So why would -- strike that.

25            But how would the time impact whether

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 221 of 446

1   TCE can sorb to organic material?

2       A    It may not have time.  Even if there

3   were organic material and even if the TCE did

4   absorb, there may not be sufficient time to

5   achieve the potential sorption.

6       Q    Is there any sorption on inorganic

7   surfaces?

8       A    The Schwartzenbach paper referenced some

9   level of sorption to inorganic materials, but for

10  highly hydrophobic compounds.

11      Q    So is that a yes?

12      A    There is that possibility.

13      Q    Is there any coprecipitation on the

14  mineral that precipitate in the spiractor?

15      A    Coprecipitant of...

16      Q    On the mineral that precipitate in the

17  spiractors.  The VOC.

18          MS. BAUGHMAN:  Object to the form.

19          THE WITNESS:  VOCs don't precipitate.

20  The minerals would precipitate.  So VOCs wouldn't

21  precipitate.

22      Q    (BY MS. HORAN)  Would there be any

23  coprecipitation on the mineral with the VOC that

24  precipitate in the spiractor?

25          MS. BAUGHMAN:  Object to the form.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 222 of 446

1          THE WITNESS:  Ask that one more time.
2      Q   (BY MS. HORAN)  Would there be -- do you
3  know if anthracite is part of the sand filter
4  medium?
5      A   I'd have to look at the document.
6      Q   So sitting here today, you don't know
7  one way or the other?
8      A   I don't recall.
9      Q   Assuming that there is --
10     A   Well, let me -- to that point.
11     Q   Sure.
12     A   AH says it's a dual filter media.
13 Filter media consisted of 26 inches of sand on
14 top of 18 inches of gravel.  So AH says no.
15     Q   So you believe there's no anthracite as
16 part of the sand filter medium?
17     A   According -- rephrase the question.
18     Q   It's your understanding that there's no
19 anthracite as part of the sand filter medium?
20     A   That's according to AH.
21     Q   Okay.  Assuming that there is
22 anthracite, would anthracite sorb some of the
23 TCE?
24          MS. BAUGHMAN:  Objection to form and
25  foundation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 223 of 446

1        THE WITNESS:  I have to not put on my

2   teacher hat here and talk about the difference

3   between anthracite and activated carbon.

4        Very minimal.

5     Q   (BY MS. HORAN)  Would VOCs --

6        MS. BAUGHMAN:  Wait.  Wait.

7        THE WITNESS:  Because -- because -- I am

8   going to go into a little bit of my teacher mode.

9        Anthracite is a carbon-based mineral

10  material like activated carbon, but the

11  difference is activated carbon has been activated

12  to give it an extremely high surface area where

13  as anthracite has not been activated.  So while

14  it is a carbonaceous material, it would -- has

15  dramatically less, if -- if any absorption, minor

16  relative to activated carbon.

17        It's the explanation I had to give to my

18  chemical engineering colleagues.

19     Q   (BY MS. HORAN)  So it would be less than

20  if it was active carbon, but there would be some

21  sorption.

22        MS. BAUGHMAN:  Objection to form.

23        THE WITNESS:  Possibly.  Possibly.

24     Q   (BY MS. HORAN)  Would VOCs coprecipitant

25  with minerals in the spiractor?

1      A    I just struggle with the concept of VOCs

2    precipitating.  Coprecipitating to me is

3    incorporated into the mineral.  Another mineral

4    being incorporated in with a mineral.

5            So based -- based on the way the

6    question is phrased, I'm confused by the

7    question.

8      Q    Would VOCs come out of the water with

9    minerals in the spiractor?

10     A    One more time.  I'm sorry.  I keep

11   asking you to repeat, but...

12     Q    No.  That's okay.

13     A    Thank you for your patience.

14     Q    No.  Thank you for ensuring that you

15   understand the question.

16           Would VOCs come out of the water with

17   minerals in the spiractor?

18           MS. BAUGHMAN:  Objection to form and

19   foundation.

20           THE WITNESS:  I would not envision them

21   being enmeshed with the precipitant.  I would say

22   no.

23     Q    (BY MS. HORAN)  And why wouldn't you

24   envision it?

25     A    Because they're dissolved in solution

1    versus precipitates.

2         Q    And when you say dissolved in solution,

3    you mean water?

4         A    In water.  Yes.

5         Q    You state that the backwash water, after

6    settling, may be reused at the plant.

7              Do you recall that?

8         A    Yes.

9         Q    Do you know if that was the case at the

10   Hadnot Point water treatment plant?

11        A    No.

12             I'll say comments in response to

13   Hennet's suggestions of these items.

14        Q    So you don't know if that was the case

15   at the Hadnot Point water treatment plant?

16        A    I don't.  No.

17        Q    So you would agree that that would lower

18   the losses even though there's no data supporting

19   that?

20             MS. BAUGHMAN:  Objection to form,

21   foundation.

22             THE WITNESS:  Can you ask that again?

23        Q    (BY MS. HORAN)  Do you agree that

24   bringing this conservative element into your

25   opinion would lower the losses even if there's no

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 226 of 446

1    data supporting that?

2            MS. BAUGHMAN:  Same objections.

3            THE WITNESS:  I'm tempted to say that I

4    was responding to a suggestion that had no

5    supporting data.

6        Q    (BY MS. HORAN)  So you assumed the

7    opposite without any data?

8            MS. BAUGHMAN:  Objection to form.

9            THE WITNESS:  I would say I was taking a

10   more systematic approach to trying to address the

11   question that was raised by someone else.

12       Q    (BY MS. HORAN)  So I'm about to switch

13   topics.  Are you good to keep going or did you

14   want to take a break?

15           MS. BAUGHMAN:  It's up to you.

16           THE WITNESS:  Go for a little bit

17   longer.

18           MS. BAUGHMAN:  Okay.  If you want to

19   keep going.  Sure.

20       Q    (BY MS. HORAN)  Turning to your second

21   opinion which is -- starts on Page 14 of your

22   report.

23       A    Have we moved off the first opinion?

24       Q    I believe so.  Did -- yes.

25       A    Because there was one comment I'd like

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 227 of 446

1    to offer.

2         Part of what reinforced my assessments

3    -- well, it leads into the second opinion so

4    let's go to the second opinion.

5         MS. BAUGHMAN:  It's really best if she

6    just asks the questions and you answer.

7         THE WITNESS:  Yeah.

8         MS. BAUGHMAN:  Okay.

9         THE WITNESS:  Let's go to the second

10   opinion.

11        Q   (BY MS. HORAN)  So the -- the second

12   opinion begins on Page 14 of your report to the

13   extent you're following along.

14        You would agree the ATSDR model does not

15   directly account for VOC losses from the Camp

16   Lejeune water treatment plant; correct?

17        MS. BAUGHMAN:  Objection to form.

18        THE WITNESS:  I was turning to the page

19   here.  I'm sorry.

20        Q   (BY MS. HORAN)  Sure.

21        You would agree the ATSDR model does not

22   directly account for VOC losses from the Camp

23   Lejeune water treatment plant.

24        MS. BAUGHMAN:  Objection to form.

25        THE WITNESS:  I would agree that it is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 228 of 446

1    indirectly incorporated.

2         Q    (BY MS. HORAN)   Sure.   Not directly.

3         Fair?

4    A    I guess not explicitly, but implicitly.

5         Q    Have you read Mr. Maslia's rebuttal

6    report?

7    A    Ms. --

8         Q    Mr. Maslia's rebuttal report.

9    A    I'm -- I'm sure I have.

10        Why do you ask?

11        MS. BAUGHMAN:   She's going to get to it.

12   Hold on.

13        Q    (BY MS. HORAN)   I'm marking as Exhibit

14   11.   This is Mr. Maslia's rebuttal report.

15   (Government Exhibit 11 marked for identification)

16        THE WITNESS:   Okay.

17        Q    (BY MS. HORAN)   Could you turn to Page

18   31, please?

19   A    (Witness complies.)

20        Okay.

21        Q    So beginning on Page 27, Mr. Maslia

22   offers a section volatilization of VOCs during

23   the water treatment process.

24        Do you see that?

25   A    Yes.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 229 of 446

1      Q   Okay.  And you agree that the ATSDR

2  determined that VOC losses at the water treatment

3  plant were negligible, and therefore, made the

4  decision not to include them.

5      A   I'm sorry.  I was looking at Page 27.

6      Q   Sure.  Yeah, if you could just turn to

7  Page 31.

8      A   Okay.  (Witness complies.)

9      Q   Okay.  The last sentence of the first

10  full paragraph --

11      A   Okay.

12      Q   -- reads, "In light of the conclusions

13  of AH Environmental consultants 2004 and the

14  recommendation of its expert panels, ATSDR made

15  the decision to consider any potential VOC losses

16  from storage treatment and distribution as

17  negligible."

18          Did I read that correctly?

19      A   Yes.

20      Q   Do you know what the ATSDR's decision to

21  consider the losses as negligible meant with

22  respect to the ATSDR model?

23      A   What do you mean by that?

24      Q   The ATSDR made the decision to consider

25  the losses negligible.  Fair?

1          A    (Nods head.)

2          Q    Do you know what impact that had on the

3     ATSDR model?

4               MS. BAUGHMAN:  Objection to form and

5     foundation.

6               THE WITNESS:  Well, I guess I would

7     respond to that by virtue of my second opinion,

8     that they did use post-treatment values in their

9     model, finalizing their model.

10         Q    (BY MS. HORAN)  So you believe that

11    their decision to consider them negligible meant

12    that indirect consideration, as you've explained

13    in your opinion, do.

14              MS. BAUGHMAN:  Objection to the form.

15              THE WITNESS:  I guess I would say yes,

16    that they consider them implicitly through the

17    use of those data.

18         Q    (BY MS. HORAN)  Do you know how ATSDR

19    came to the conclusion that these losses were

20    negligible?

21              MS. BAUGHMAN:  Objection to form.

22              THE WITNESS:  No.  My impression is just

23    what's here.  That they took this -- I mean this

24    is what I would say is that they took the input

25    of Pommerenk -- if I'm saying his name right --

1   in this expert panel to support their approach.

2        Q   (BY MS. HORAN)  Do you know what the --

3   well, I might have asked you this before, but I

4   can't quite remember.

5            Do you know what the purpose of the

6   ATSDR water model was?

7        A    You did ask that before.

8            MS. BAUGHMAN:  Objection.  Form and

9   foundation.

10           THE WITNESS:  My impression is to get a

11  handle on VOC measurements -- VOC estimates in

12  the drinking water.

13       Q   (BY MS. HORAN)  Would you agree that if

14  you are trying to determine an individual's

15  actual exposure to contaminants, it would be

16  important to be as accurate as possible?

17           MS. BAUGHMAN:  Objection to form.

18  Foundation.

19           THE WITNESS:  That's a generic question.

20  Depends upon what you mean by "accuracy".

21       Q   (BY MS. HORAN)  How would you use

22  accuracy when you're determining an individual's

23  actual exposure to contaminants?

24           MS. BAUGHMAN:  Objection to form;

25  foundation; outside the scope.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 232 of 446

1            THE WITNESS:  There's always uncertainty
2     in data.  So accuracy is -- is a challenging
3     thing to achieve.  Obviously, you want to be as
4     -- want to do as good a job as you can.
5            Q    (BY MS. HORAN)  You can set that report
6     aside.
7            A    By the way, to your earlier question,
8     have I seen this, yes, I did review this.
9            Q    Oh, okay.  Great.  Thank you for
10    clarifying.
11           If you wanted someone to know what their
12    contaminant exposure was and whether it may have
13    caused an illness, it would be important to be as
14    accurate as possible; correct?
15           MS. BAUGHMAN:  Objection.  Form and
16    foundation, and outside the scope.
17           THE WITNESS:  Thought we kind of asked
18    and answered that question.  Certainly want to be
19    as -- do as good a job as you can.
20           Q    (BY MS. HORAN)  And you wouldn't want to
21    be 5 or 10 percent off.  Fair?
22           MS. BAUGHMAN:  Objection.  Form;
23    foundation; outside the scope.
24           THE WITNESS:  I guess that depends, in
25    part, upon how the data is being used.  What the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 233 of 446

1    epidemiologists and toxicologists need for their
2    side of the assessment.
3          Q    (BY MS. HORAN)  Is it your opinion that
4    treatment losses were indirectly accounted for
5    because some values of treated water were used in
6    the calibration process?
7          A    They were used in the model.  Finalizing
8    the model.  Yes.
9          Q    What do you mean "finalizing the model"?
10         A    I'm -- whether it's calibration
11   validation or when it was in the process that
12   they used the data.  And that wasn't my focus.  I
13   did know that they used it in their -- finalizing
14   their model, however they used it, in that
15   regard.
16         Q    And you're not sure if it was
17   calibration or validation.  Is that fair?
18         A    That was beyond the scope of my expert
19   report.  So...
20         Q    How did you determine that the data was
21   considered -- well, strike that.
22         A    I'll look back at my --
23              MS. BAUGHMAN:  She -- she said, "Strike
24   that."  That means she's not asking you that.
25              THE WITNESS:  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 234 of 446

1          MS. HORAN:  So you're good.

2      Q   (BY MS. HORAN)  Could you please turn to

3  your report, Exhibit 2, on Page 16?

4      A   I'm sorry.  Which page?

5      Q   16.

6      A   (Witness complies.)  Yes.

7      Q   The last sentence of Section 2 is

8  bolded.  It reads, "Thus, for both the Tarawa

9  Terrace and Hadnot Point systems, treated water

10  samples were used in the calibration process" --

11      A   Yeah.

12      Q   -- "and the ATSDR did consider such

13  losses in the treatment system."

14      A   Yeah.

15      Q   Did -- did I read that correctly?

16      A   Yes.

17      Q   So it's your opinion that because the

18  values were used in a calibration process, they

19  were indirectly considered in the ATSDR.

20      A   Yes.

21      Q   Okay.  Is it your opinion that VOC

22  treatment losses were accurately accounted for in

23  the ATSDR model?

24          MS. BAUGHMAN:  Objection to form.

25          THE WITNESS:  Yes.

1      Q    (BY MS. HORAN)  If you'd turn to Page
2   14.
3      A    (Witness complies.)
4      Q    Starting with your Opinion 2 as to
5   Hadnot Point, you state, "In fact, in his expert
6   report, Maslia points out that the reconstructed
7   concentrations versus the observed data in Table
8   1.7.15 Table 5-5 in this report demonstrates
9   successful level for calibration indicating that
10  the treated water samples were used in the final
11  calibration step for Hadnot Point."
12          Do you see that sentence?
13     A    Yes.
14     Q    And that sentence -- part of that
15  sentence is a direct quote from Mr. Maslia's
16  report.  Fair?
17     A    Yes.  I assume.
18          MS. BAUGHMAN:  That's the rebuttal; not
19  the original report.
20          THE WITNESS:  Oh, okay.
21     Q    (BY MS. HORAN)  We'll --
22     A    Yes.
23     Q    -- look at his report in a moment.
24          It's your understanding, having now
25  reread this part of your report, that for Hadnot

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 236 of 446

1  Point, the data points were used for level 4
2  calibration.
3          Is that fair?
4      A   It's my understanding.
5      Q   Do you mean that the model parameters
6  were adjusted to fit the water distribution
7  system data?
8          MS. BAUGHMAN:  Objection.  Form;
9  foundation; outside the scope.
10         THE WITNESS:  That wasn't part of my --
11  that wasn't part of my assessment, the model
12  itself.  How the model was calibrated.
13     Q   (BY MS. HORAN)  Do you know if any
14  parameters were adjusted in light of the level --
15  or the data from the water distribution system?
16     A   It's beyond my scope.
17     Q   Are you offering the opinion that the
18  Hadnot Point level 4 calibration was successful?
19     A   My opinion --
20         MS. BAUGHMAN:  Objection to form;
21  foundation.
22         THE WITNESS:  My opinion states that
23  they incorporated these parameters in their
24  process.  I have not offered an opinion as to
25  beyond that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 237 of 446

1      Q   (BY MS. HORAN)  So are you offering --
2  so you're not offering an opinion on whether the
3  level 4 calibration was successful.
4           MS. BAUGHMAN:  Objection.  Form;
5  foundation.
6           THE WITNESS:  Well, my opinion states
7  that...
8      Q   (BY MS. HORAN)  Well, you've quoted Mr.
9  Maslia as saying a successful level 4
10 calibration, and I'm wondering if you're adopting
11 that opinion or not.
12     A   I'm not --
13          MS. BAUGHMAN:  Objection to form;
14 foundation.
15          I'm sorry.  Where does -- I don't -- I'm
16 looking for the word "successful".
17          MS. HORAN:  It's the last row of Page
18 14.  It says, "Demonstrates successful level 4
19 calibration" --
20          MS. BAUGHMAN:  Gotcha.
21          MS. HORAN:  -- "as part of the quote
22 from Mr. Maslia's report."
23     Q   (BY MS. HORAN)  And I'm trying to
24 understand if you're adopting that.
25          MS. BAUGHMAN:  Objection to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 238 of 446

1        THE WITNESS:  What do you mean by
2    "adopting"?
3        Q   (BY MS. HORAN)  Well --
4        A   I'm agreeing with his professional
5    judgment.
6        Q   So you agree with Mr. Maslia that it was
7    a successful level 4 calibration.
8        A   That's his area of expertise and so I
9    agree with his assessment.
10        Q   Did you do anything to independently
11    verify whether the level 4 calibration was
12    successful?
13        A   That was beyond the scope of my work.
14        Q   Are you offering the opinion that the
15    use of some treated water data points in the
16    level 4 calibration means that the model
17    accurately captured VOC losses at the water
18    treatment plant?
19        MS. BAUGHMAN:  Objection to form.
20        THE WITNESS:  My opinion speaks for
21    itself.  That's the only opinion I have is what
22    is stated.
23        Q   (BY MS. HORAN)  Yeah.
24        So my question is, whether that opinion
25    means that the use of some water data points from

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 239 of 446

1    the water treatment plant means that the model

2    accurately captures the VOC losses at the water

3    treatment plant.

4          MS. BAUGHMAN:  Objection.  Form;

5    foundation.

6          THE WITNESS:  My opinion is response to

7    Hennet's opinion that losses were not accounted

8    for.  So my opinion counters Hennet's opinion

9    that there wasn't consideration of treated water.

10        Q   (BY MS. HORAN)  So you're not offering

11   any opinion about whether the VOC losses were

12   accurately -- or the use of some data in level 4

13   calibration means that it was done accurately or

14   done well to include -- strike that.

15            I'm going to start over.

16            You're not offering the opinion that the

17   use of some treated water data sample points in

18   the level 4 calibration means that the model

19   accurately captured the VOC losses at the water

20   treatment plant.  You're only offering the

21   opinion that you believe they were indirectly

22   considered.

23          MS. BAUGHMAN:  Objection to form.

24          THE WITNESS:  Yeah, that's my opinion.

25   Certainly, I would say -- well, that's my

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 240 of 446

1    opinion, as stated here.  I think, certainly,
2    there was value added by doing so.  That the
3    model -- but my opinion is directed at Hennet's
4    assessment.
5         Q   (BY MS. HORAN)  What do you mean there
6    was value added by doing so?
7         A   Just countering Hennet's suggestion that
8    there was a lack in the model because it did not
9    incorporate such data.
10        Q   So -- I'm about to use another document.
11   Would it be okay if we just take a quick break?
12            MS. BAUGHMAN:  Of course.
13            THE VIDEOGRAPHER:  We're off the record
14   at 3:21 p.m.
15     (Short break from 3:21 p.m. to 3:34 p.m.)
16            THE VIDEOGRAPHER:  We're back on the
17   record at 3:34 p.m.
18        Q   (BY MS. HORAN)  I'm marking as
19   Government Exhibit 12, this is the expert report
20   of Morris Maslia, dated October 25, 2024.
21   (Government Exhibit 12 marked for identification)
22        Q   (BY MS. HORAN)  And if you could turn to
23   Page 84.
24        A   8-4?
25        Q   Yes.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 241 of 446

1      A    (Witness complies.)

2      Q    The second full paragraph reads, "the

3  reconstructed concentrations versus the observed

4  data in Table 7.15 and Figure 7.25 demonstrate

5  successful level 4 calibration as the observed

6  data from the Hadnot Point Water Treatment Plant

7  represents a separate unique data set that has

8  been used, assessed, the goodness of fit of the

9  calibrated Hadnot Point Holcomb Boulevard

10  models."

11         Do you see that?

12     A    Yes.

13     Q    And that sentence is the sentence that

14  you pulled the quote out in your report.

15         Is that fair?

16     A    Looks right.  Just to double check.

17     Q    And that was on the bottom of Page 14 of

18  your report.

19     A    Yes.

20     Q    Having read the rest of the sentence, is

21  it still your understanding that the data in

22  Table 7.15 was used in calibration of the Hadnot

23  Point Holcomb Boulevard model?

24     A    Well, maybe in terminology of

25  calibration and validation.  So I would say yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 242 of 446

1    Q   You can set aside Mr. Maslia's report.

2    A   (Witness complies.)

3    Q   If two water samples are taken

4    simultaneously, one for raw water and one from

5    the treated water, would the samples

6    concentrations inform on treatment losses?

7    A   Say that again.

8    Q   Sure.

9        If two water samples are taken

10   simultaneously, one is from the raw water and one

11   is from the treated water, would the sample

12   concentrations inform on treatment losses?

13       MS. BAUGHMAN:  Object to the form.

14       THE WITNESS:  Conform?

15   Q   (BY MS. HORAN)  Would they inform on

16   treatment losses.  Sorry.

17       MS. BAUGHMAN:  Object to the form.

18       THE WITNESS:  Under steady state

19   conditions, yes.

20   Q   (BY MS. HORAN)  Are you familiar with

21   the concept of a tracer sample?

22   A   Define what you mean by tracer sample.

23   I'm -- I'm familiar with the concept of tracers.

24   Q   What is a tracer that you're familiar

25   with?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 243 of 446

1      A    Well, there are a number of different
2   tracers.  For groundwater, for analyzing the
3   hydraulics of a system in a water treatment
4   plant.
5      Q    Are you familiar with the concept of a
6   tracer sample where you would identify -- create
7   a sample in the raw water and then allow it to go
8   through the water treatment plant and then test
9   it again when it's through the treatment process?
10     A    Yes.
11     Q    Okay.  Do you know if any tracer samples
12  were done at Hadnot Point Water Treatment Plant?
13     A    Not to my knowledge.
14     Q    And you agree that tracer samples would
15  inform on treatment losses at a water treatment
16  plant?
17     A    Depends upon how you do the tracer
18  study.
19     Q    So if you do the tracer study where you
20  begin the tracer and the raw water and measure it
21  and then the water goes through the water
22  treatment plant, then you remeasure the tracer in
23  the treated water plant reservoir, would you
24  agree that that would inform on treatment losses?
25     A    Well, it depends upon the tracer.  What

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 244 of 446

1    kind of tracer are you talking about?

2         Q    What kind of tracer would you use in

3    that type of project?

4         A    That depends upon what you're trying to

5    achieve.

6         Q    You're trying to measure VOC losses.

7         A    Then under steady state conditions, yes.

8         Q    Why say at steady state simultaneous

9    samples would inform on treatment losses?

10        A    Say again.  Why?

11        Q    Sure.

12             I believe you said earlier that at

13   steady state, simultaneous samples would inform

14   on treatment losses.

15             Fair?  Do you recall that testimony?

16        A    Well, there are several things working

17   in these questions.  I guess I'm curious what

18   you're ultimately trying to get to.  Typically

19   when we do a tracer study at a water treatment

20   plant, we're trying to analyze the hydraulics of

21   a basin, and so we would introduce something like

22   chloride, and we would put it in and we'd measure

23   it coming out and that would tell us something

24   about how ideal the reactor is.

25             What you seem to be talking about is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 245 of 446

1   putting in a volatile chemical at the inlet and
2   then measuring its concentration.
3       Q   So you -- the -- the measurement would
4   be the VOCs.  I'm not offering any opinion on
5   what substance you would add to become the
6   tracer.
7       A   Okay.  Now, what I mean by steady state
8   is you have a constant flow coming in, you have a
9   constant operating process, and you have a
10  constant flow going out.  And so you have a
11  steady of concentration of chemical in the inlet
12  and then you have a steady concentration coming
13  out the other side and then you can do a
14  comparison.
15          But if you're introducing something and
16  it's being diluted and it's going through other
17  processes, it's not yet at steady state with the
18  system, then that wouldn't give you the same
19  information.
20      Q   So your steady state assumes that the
21  levels of contaminants of VOCs would be coming
22  into the water treatment plant at the same level.
23      A   That you're -- you're -- relatively the
24  -- yes.  Relatively the same.  You're not --
25  you're not introducing something all at once and

Golkow Technologies,
877-370-3377            A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 246 of 446

1    then watching its appearance the other end.

2        Q    And what if you didn't have a steady

3    concentration of VOCs at the inlet to the water

4    treatment plant, for example, because wells were

5    being turned on and off?

6              MS. BAUGHMAN:  Object to the form,

7    foundation, incomplete hypothetical.

8              THE WITNESS:  Yeah, it's a hypothetical.

9    You'd have to take that into consideration.

10        Q    (BY MS. HORAN)  So if there was not a

11    steady state, in other words, meaning that the

12    VOCs were not at a constant level coming into the

13    water treatment plant, would two samples that

14    were taken simultaneously, one from the raw water

15    and one for the treated water, inform on

16    treatment losses?

17              MS. BAUGHMAN:  Object to the form.

18    Foundation.

19              THE WITNESS:  Yes.  Yes.

20        Q    (BY MS. HORAN)  So even without a steady

21    state, the answer's yes?

22        A    Well, depends upon how nonsteady state

23    you're saying.  Generally, you have -- generally,

24    you have fairly steady state conditions.  If you

25    wouldn't want to do such a study when you per --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 247 of 446

1  perturbated the system all at once.  That
2  wouldn't be the best time to do such an analysis.
3      Q   Do you know if the VOCs at Camp Lejeune
4  were in a steady state?
5          MS. BAUGHMAN:  Object to the form.
6      Q   (BY MS. HORAN)  Entering the Hadnot
7  Point or Tarawa --
8          THE REPORTER:  Repeat.
9          MS. HORAN:  Entering the Hadnot Point or
10  Tarawa Terrace water treatment plants.
11          MS. BAUGHMAN:  Object to the form.
12          THE WITNESS:  I could imagine there were
13  times when there were fluctuations, but I can
14  imagine times when all the wells were -- when the
15  wells were operating continuously some period of
16  time you would approach steady state.
17      Q   (BY MS. HORAN)  In your report on Page
18  15, you point to three datasets.  One on July 27,
19  1982, and two on December 4, 1984, that show
20  insight into the fate of VOCs at the Hadnot Point
21  Water Treatment Plant.
22          Is that fair?
23      A   Yes.
24      Q   And you say that while admittedly a
25  small dataset, the data provide further support

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 248 of 446

1  for the minor to negligible VOC losses, you

2  propose.

3       Fair?

4    A   Yes.

5    Q   Okay.  Turning to the TCE sample from

6  December 4, 1984, do you see that in Table 5-5?

7    A   Do I see that as --

8    Q   Do you see it in Table 5-5?

9    A   Yes.

10   Q   Okay.  And do you see that for the

11  untreated water, there was 46 micrograms of TCE?

12   A   Yes.

13   Q   And for the treated water, there was 200

14  micrograms of TCE?

15   A   Yes.

16   Q   So comparing these two data points from

17  December 4, 1984, the treated water had over 400

18  percent TCE of the untreated water.

19       Is that fair?

20   A   In these numbers, yes.  Or I mean, it's

21  larger.  Haven't done the 400 percent.  But yes.

22   Q   And you would agree that this is not a

23  tracer sample?

24   A   That I couldn't say.

25   Q   Have you ever, in your professional

1   experience, seen a time where a water treatment
2   plant increased a VOC concentration by about 400
3   percent?
4        A    No.
5        Q    And you would agree that if you traced
6   the 46 micrograms of TCE through the water
7   treatment plant, the measurement would be lower
8   as treated water.
9             Fair?
10            MS. BAUGHMAN:  Objection; form,
11  foundation.
12            THE WITNESS:  I would say it would be --
13  there's no reason to expect it to be higher.  It
14  could possibly be lower.
15       Q    (BY MS. HORAN)  And your calculations,
16  if you turn to Page 14, say it would be roughly
17  7.2 percent lower?
18            MS. BAUGHMAN:  Objection to form.
19            THE WITNESS:  That would be the -- yes.
20       Q    (BY MS. HORAN)  How does comparing the
21  treated and untreated sample of TCE from December
22  4th support your opinion that there were losses
23  of 7.2 percent at the Hadnot Point Water
24  Treatment Plant?
25       A    The data informed me that there were not

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 250 of 446

1    losses.  Were not occurred.

2         Q    You think the Hadnot Point Water

3    Treatment Plant did not have any losses of VOCs?

4         A    The data does not suggest -- there's no

5    data to support that there was significant

6    losses.

7         Q    Is there data to support that there were

8    not significant losses?

9         A    The data I point to here indicate that

10   there -- there's no evidence to support

11   significant losses.  So to me, that provides

12   evidence.  It provides evidence to support the

13   conclusion.

14        Q    So -- sorry, Dr. Sabatini.  Are you

15   saying that there was 7. -- your estimate is that

16   there would be 7.2 losses of TCE from the water

17   treatment plants or that there would be no losses

18   from the water treatment plants?

19             MS. BAUGHMAN:  Object to the form.

20             THE WITNESS:  My calculations estimate

21   7.2 percent and the data -- these data suggest

22   that the losses were negligible.

23        Q    (BY MS. HORAN)  How does 46 micrograms

24   of TCE in the untreated water and 200 micrograms

25   of TCE in the treated water suggest that the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 251 of 446

1    losses were negligible?

2         A    There's no indication of losses.

3         Q    But you would agree that these are not

4    tracer samples.

5              Fair?

6              MS. BAUGHMAN:  Objection; form.  Asked

7    and answered three or four times.

8         Q    (BY MS. HORAN)  Fair?  Yes?

9         A    I'm sorry?

10        Q    We can -- I can withdraw that question.

11             Next to the TCE numbers for December 4,

12   1984, the third column which is reconstructed, do

13   you see the November 1984 shows 639 micrograms of

14   TCE in the simulated model?

15        A    November of 1984?

16        Q    Yeah.  So the December 4, 1984, data

17   samples that we've been talking about of TCE are

18   compared to -- in the chart to the reconstructed

19   model for November 1984 which had 639

20   micrograms --

21        A    Yes.

22        Q    -- of TCE.

23             Do you see that?

24        A    I see that in the table.

25        Q    And it's your opinion that simulated

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 252 of 446

1   reconstructed values account for the water

2   treatment losses.

3           Fair?

4           MS. BAUGHMAN:  Object to the form.

5           THE WITNESS:  My opinion is that the

6   ATSDR model did indirectly incorporate treated

7   water samples in its analysis.  That's my

8   opinion.

9       Q    Sorry.  It did or did not?

10      A    It did.

11      Q    It did.  Okay.

12           So looking -- do you know how much time

13  it takes TCE to be out of a water treatment plant

14  after contaminated wells stop pumping?

15          MS. BAUGHMAN:  Object to the form.

16  Foundation.

17          THE WITNESS:  That's a very open-ended

18  question.

19          Do I know?

20      Q    (BY MS. HORAN)  How much time it takes

21  for TCE to leave a water treatment plant after

22  contaminated wells stop pumping?

23          MS. BAUGHMAN:  Object to the form.

24  Object to foundation.

25          THE WITNESS:  That's an open-ended

1    question.  I mean, not off the top of my head,
2    no.
3         Q   (BY MS. HORAN)  Would you expect it to
4    be days or weeks or hours?
5              MS. BAUGHMAN:  Same objections.
6    Incomplete hypothetical.
7              THE WITNESS:  I would have to do -- I'd
8    have to have more information and do some
9    calculations to make a conjecture.
10        Q   (BY MS. HORAN)  Have you seen any data
11   showing how much time it takes TCE to be out of a
12   water treatment plant after contaminated wells
13   stop pumping?
14             MS. BAUGHMAN:  Objection, form.
15   Objection, foundation.  Incomplete hypothetical.
16             THE WITNESS:  Same -- same response as
17   before.
18        Q   (BY MS. HORAN)  I just asked if you've
19   seen any data on it.
20             MS. BAUGHMAN:  Same objections.
21             THE WITNESS:  No.
22        Q   (BY MS. HORAN)  Agree that when a
23   contaminated well stops pumping, the percentage
24   of water from that well will gradually decrease
25   in the raw, untreated reservoirs?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 254 of 446

1    A    Say that one more time.  Lots of
2  hypotheticals here.
3    Q    When a contaminated well stops pumping,
4  the percentage of water from that well will
5  gradually decrease in the raw, untreated
6  reservoirs; correct?
7    A    Sure.
8    Q    Turning to Tarawa Terrace.  On Page 16
9  of your report, the last sentence of the first
10  full paragraph reads, "once again, the fact that
11  Tarawa Terrace level 4 calibration included
12  treated water samples demonstrates the ATSDR
13  indirectly considered losses during water
14  treatment and distribution."
15        Did I read that correctly?
16    A    Yes.
17    Q    And if you could turn back to
18  Mr. Maslia's report which has been marked as
19  Exhibit 12.  And turning to Page 60.
20    A    6-0?
21    Q    Yes.
22        You see at Table 7.12 that says,
23  "Computed and observed tetrachloroethylene
24  concentrations in water samples collected at the
25  Tarawa Terrace Water Treatment Plant and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 255 of 446

1    calibration target range."

2        A    Yes.

3        Q    So I believe your report -- and you're

4    welcome to look at it again -- identifies one set

5    of data from July 28th that has raw untreated

6    water.

7            One second.

8        A    Yes.

9        Q    Okay.  Other than the one dataset you've

10   identified in your report from July 28, 1982, can

11   you tell if there was -- or do you know if any of

12   the other data points in 7.12 are of treated

13   water?

14       A    I -- it may be -- I think the March 12,

15   1985, has a denotion of upstream and downstream

16   of water treatment plant.

17       Q    Sorry.  Which date?

18       A    What was the question again?

19       Q    Yeah.  Can you tell which of these

20   samples were -- other than the one you've

21   identified through using CLW 606, were from

22   upstream and downstream?  And you're saying --

23   did you say -- I just missed the date.

24       A    So those were the two that I used

25   comparison.

1      Q    Uh-huh.

2      A    And then the text.

3      Q    Okay.  And you point to the July 28,

4  1982, when the raw water was 76 micrograms and

5  the treated water was 82 micrograms as supporting

6  your opinion that the water treatment process

7  would produce minor VOC losses.

8      A    Yes.

9      Q    How does an increase in PCE in the

10  treated water show that there would be minor VOC

11  losses at the Tarawa Terrace Water Treatment

12  Plant?

13      A    Similar to the discussion before that

14  indicated -- did not indicate losses.  There was

15  not evidence of losses.

16      Q    So it's your opinion that if upstream

17  water has higher VOCs than downstream water, it's

18  indicative that there are minor losses in a water

19  treatment plant?

20      A    Say upstream and downstream.

21      Q    Sure.  If there's -- if the -- the

22  finish water and the water -- the treated water

23  has higher micrograms of PCE than the untreated

24  water, --

25      A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 257 of 446

1      Q   -- it's your opinion that that's
2  indicative that there are minor losses at the
3  water treatment plant?
4      A   It does not -- certainly does not
5  suggest that there were losses.
6      Q   Do you know what percentage of water in
7  the raw, untreated water samples at Tarawa
8  Terrace on July 28, 1982, came from supply well
9  Tarawa Terrace 26?
10         MS. BAUGHMAN:  Objection, form and
11  foundation.
12         THE WITNESS:  Not off the top of my
13  head.  I'd have to look at records.
14      Q   (BY MS. HORAN)  What records would you
15  look at to determine that?
16      A   I'd have to study back through the
17  reports.
18      Q   Do you know if it was the same
19  percentage of Tarawa Terrace 26?
20         MS. BAUGHMAN:  Objection, form.
21         THE WITNESS:  At this point, I don't
22  know.
23      Q   (BY MS. HORAN)  Do you still have
24  Mr. Maslia's report in front of you?
25      A   Yes.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 258 of 446

1     Q    Okay.  Great.

2     A    I'm remembering now as well there was a

3 COW where -- of Camp Lejeune Water Treatment

4 Plant person commented on levels being very

5 similar on either side of the water treatment

6 plant.

7         I'm sorry.  That's -- that -- I'm sorry.

8 Go ahead.

9     Q    Was that a document that you saw prior

10 to submitting your expert report, or was that

11 after you submitted your expert report?

12         MS. BAUGHMAN:  If you remember.

13         THE WITNESS:  I don't recall.

14         MS. HORAN:  Thank you, Laura, but please

15 keep it to form and foundation.

16     Q    (BY MS. HORAN)  Do you know the primary

17 source of PCE at Tarawa Terrace?  Do you know

18 which well it was?

19         MS. BAUGHMAN:  Objection, form and

20 foundation.  Outside the scope.

21         THE WITNESS:  In my general background

22 reading, I saw the dry cleaner and there were I

23 think three different wells that were

24 contaminated, but I don't remember the numbers.

25     Q    (BY MS. HORAN)  Looking at Table 7.12 in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 259 of 446

1   Maslia's report on Page 60.  The day that you
2   compare the two samples, so July 28, 1982, the
3   simulated value that's compared to that is 112
4   micrograms.
5           Is that fair?
6       A   That's what the table says.
7       Q   If you could turn to page 59.
8       A   (Witness complies.)
9       Q   Do you -- the first sentence of the last
10  full paragraph reads, "the results shown in
11  Figure 7.13 and Table 7.12 represent the
12  calibrated model being compared to a separate
13  dataset than that used for the calibration of the
14  model, Figure 7.14."
15          Do you see that sentence?
16      A   Yes.
17      Q   You agree that the observed data in
18  table 7.12 was not used for calibration of the
19  Tarawa Terrace Water Treatment Plant?
20      A   7.13.  I'm going back and looking at
21  the --
22      Q   Go ahead.  Yeah.  Take your time.
23      A   So appears to me there's a calibration
24  validation aspect to this which are both part of
25  the verification.  In my understanding both part

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 260 of 446

1   of the verification process.

2       Q   Your report -- you can turn back to it

3   if needed -- talks about calibration.  It doesn't

4   talk about validation.

5           Fair?

6       A   I was reusing the terminology that

7   Maslia was using.

8           Fair.

9       Q   It's fair.

10          So if you turn to your report on page

11  16, your first paragraph indicates that the data

12  in Table 7.12 was used to calibrate the Tarawa

13  Terrace model.

14      A   I was referring to Maslia's terminology.

15  But calibration validation part of the

16  verification process.

17      Q   Okay.  Where do you say -- strike that.

18          Your report indicates that the -- the

19  data in Table 7.12 was used as the Tarawa Terrace

20  level 4 calibration.

21          Fair?

22      A   Relying upon Maslia's report.  Yes.

23      Q   And now having reviewed Maslia's report

24  again, the -- the data in Table 7.12 was not used

25  in the Tarawa Terrace calibration.

                    Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 261 of 446

1          Fair?

2          MS. BAUGHMAN:  Objection, form and

3     foundation.

4          THE WITNESS:  It seems to be mincing --

5     calibration validation to me are part of the

6     model verification process.

7          Q   (BY MS. HORAN)  You did not write that

8     in your report.

9          Fair?

10         You said that the data in Table 7.12 was

11    used for calibration.  You don't talk about

12    validation; correct?

13         A   Correct.

14         Q   So in your opinion on Page 16 when you

15    said thus, for both, and it's bolded in the

16    middle of the page -- "thus, for both the Tarawa

17    Terrace and Hadnot Point systems, treated water

18    samples were used in the calibration process and

19    ATSDR did consider such losses in the treatment

20    system."

21         Did I read that correctly?

22         A   Correct.

23         Q   And having now reviewed Maslia's report,

24    data -- treated water samples were not used in

25    the calibration process for Tarawa Terrace.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 262 of 446

1          Fair?

2              MS. BAUGHMAN:  Objection, form

3      foundation.

4              THE WITNESS:  May be a choice of

5      terminology calibration versus validation.

6          Q    (BY MS. HORAN)  You understand

7      calibration to mean the same thing as validation?

8              MS. BAUGHMAN:  Objection, form.

9              THE WITNESS:  I see them both as part of

10     the model verification process.

11         Q    (BY MS. HORAN)  And where does Maslia in

12     his report talk about validation -- of using this

13     data for validation?

14         A    That I -- I'd have to go back and review

15     his reports.

16         Q    Okay.  So can you agree with me that the

17     data -- the treated water samples in Table 7.12

18     were not used to calibrate the Tarawa Terrace

19     model?

20             MS. BAUGHMAN:  Objection, form and

21     foundation.

22             THE WITNESS:  It's -- from Maslia's

23     report, that seems -- seems to be correct.

24         Q    (BY MS. HORAN)  And if the Tarawa

25     Terrace -- the ATSDR did not use treated water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 263 of 446

1    samples to calibrate the Tarawa Terrace model,
2    then they did not indirectly account for VOC
3    losses during the water treatment storage and
4    distribution.
5             MS. BAUGHMAN:  Objection, form.
6             MS. HORAN:  Laura, please stop shaking
7    your head.
8             MS. BAUGHMAN:  I wasn't shaking my head,
9    for the record.
10            THE WITNESS:  My opinion says -- my
11   opinion doesn't speak to calibration.
12        Q    (BY MS. HORAN)  The last sentence
13   bolded.
14        A    5.2 my opinion --
15            MS. BAUGHMAN:  He wasn't finished.  Can
16   you let him finish his answer, please.
17            MS. HORAN:  Sure.
18            THE WITNESS:  5.2 my opinion --
19        Q    (BY MS. HORAN)  Uh-huh.
20        A    -- says that model indirectly counted
21   for VOC losses and so I -- I feel like my opinion
22   stands because they were considered.
23        Q    Sure.  And your opinion, too, rests upon
24   all of your analysis for both Hadnot Point and
25   Tarawa Terrace is -- rests on the belief that the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 264 of 446

1    data was used in a calibration process; correct?

2            MS. BAUGHMAN:  Objection, form.

3    Objection, foundation.

4            THE WITNESS:  Calibration, validation to

5    me both point to model being -- accounting for

6    the losses.

7        Q   (BY MS. HORAN)  And you don't talk about

8    validation in your expert report.

9            MS. BAUGHMAN:  Objection, form.  Asked

10   and answered about five times already.

11           THE WITNESS:  I was re -- I was using

12   Maslia's terminology when he said calibration.

13       Q   (BY MS. HORAN)  When he said

14   calibration, you understood that to mean

15   calibration or validation?

16           MS. BAUGHMAN:  Objection to the form.

17           THE WITNESS:  Had he used the term

18   validation, I would have been equally comfortable

19   pointing to validation.  Whether used for

20   calibration or validation for me in either, both

21   cases it was accounted for in the model.

22       Q   (BY MS. HORAN)  And you don't know

23   sitting here today whether ATSDR used the data in

24   Table 7.12 in the Tarawa Terrace model for

25   validation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 265 of 446

1          MS. BAUGHMAN:  Objection, form.

2          THE WITNESS:  All I can do is refer to

3   Maslia's report and how he used the information.

4      Q   (BY MS. HORAN)  Okay.  I want to turn

5   next to your opinions on water buffaloes.  Final

6   opinion.

7      A   And I guess as we leave --

8          MS. BAUGHMAN:  No, no.  She didn't ask

9   you a question.  Okay?  Unless you feel like you

10  had to correct something.

11         THE WITNESS:  Okay.

12     Q   (BY MS. HORAN)  You agree with

13  Dr. Hennet that there would be additional losses

14  from the water treatment plant as the water

15  buffalo is filled; correct?

16     A   Correct.

17     Q   So I want to actually turn first to your

18  Appendix A which is response to reports of Remy

19  J.C. Hennet and J. Brigham regarding water

20  buffaloes.

21         Do you have that open?

22         Why did you attach a second expert

23  report to your original expert report instead of

24  just submitting one?

25         MS. BAUGHMAN:  Object to the form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 266 of 446

1          To the extent that requires
2     conversations with counsel, I'm instructing you
3     not to answer per the order CMO 17 that we talked
4     about earlier.
5               THE WITNESS:  Okay.
6          Q    (BY MS. HORAN)  Can you answer that
7     question without disclosing your conversations
8     with counsel?
9          A    No.
10         Q    Are the opinions contained in Appendix A
11    opinions you hold as an expert?
12         A    Yes.
13         Q    Did you write Appendix A yourself?
14         A    Yes.  It's my work product.
15         Q    And if you turn -- so if I reference
16    Appendix A, you'll understand that I mean your
17    water buffalo --
18         A    Yes.
19         Q    -- opinions?
20              Okay.  Appendix A has its own references
21    list.  Sitting here today, is the references list
22    complete, or is there anything you'd like to add?
23         A    Nothing to add.
24         Q    In forming these opinions, you did not
25    rely on any historical books.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 267 of 446

1          Is that fair?

2          MS. BAUGHMAN:  Object to the form.

3          THE WITNESS:  Historical book.

4     Q   (BY MS. HORAN)  Books on history.

5  Textbooks on history.

6     A   No.

7     Q   You didn't rely on any historical

8  studies?

9     A   No.

10    Q   How did you go about collecting

11 documentation to form your opinions and

12 conclusions in Appendix A?

13    A   I reached out to legal staff and asked

14 to help me identify documents pertinent to this,

15 and then synthesized the material from those

16 documents.

17    Q   Outside of reaching out to counsel, did

18 you do any independent searches for documents in

19 Google or at a library or any of that?

20    A   The materials that I was provided was --

21 were sufficient for me, so I didn't need to do

22 personal, if that's what you're asking.

23    Q   So you didn't do any additional research

24 into documents outside of those that were

25 provided to you by counsel.

1          Fair?

2     A    Correct.

3     Q    And you said that the documents you

4   received were sufficient.  How did you make that

5   determination?

6     A    They helped us to document the

7   progression in water buffaloes over time.

8     Q    Did you speak with anyone -- and I'm not

9   asking about questions -- or conversations with

10  counsel -- but any experts in the field or any

11  members who have been part of the military about

12  your opinions in Appendix A as part of your

13  research in forming them?

14    A    No.

15    Q    You have received both the depositions

16  of Mr. Hunt and Mr. Cagiano.

17          Fair?

18    A    Read those.  Yes.

19    Q    And having read Mr. Hunt's deposition

20  transcript, did anything jump out at you?

21    A    Say again.

22          MS. BAUGHMAN:  Objection.  Object to the

23  form.

24    Q    (BY MS. HORAN)  Having read Mr. Hunt's

25  deposition transcript, did anything jump out at

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 269 of 446

1  you as relevant to your opinions in this case?

2          MS. BAUGHMAN:  Object to the form.

3          THE WITNESS:  Just -- not separate from

4  what's in the document.

5      Q   (BY MS. HORAN)  So when you say the

6  document, you mean Appendix A?

7      A   Appendix A.

8      Q   And when you read Mr. Cagiano's

9  deposition transcript, did that have any impact

10 on the opinions that you're offering in your

11 Appendix A?

12         MS. BAUGHMAN:  Object to the form.

13         THE WITNESS:  No.

14     Q   (BY MS. HORAN)  Have you -- I'm sorry.

15     A   Not beyond -- again, not beyond -- no.

16     Q   Are you aware that Mr. Hunt and

17 Mr. Cagiano have been deposed twice in this case?

18     A   I believe --

19     Q   You're welcome to look at your reliance

20 list.

21     A   I knew -- I knew there was a first

22 interaction with them and then there was a

23 deposition that followed.

24     Q   Do you know if they were deposed prior

25 to submitting your expert report?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 270 of 446

1      A    Well, I know -- let me refer to the
2    document.  What's it called in here?
3      Q    You're -- you're welcome to look at your
4    reliance list which is Exhibit 3 or the reference
5    list.  I'll represent to you I haven't seen that
6    you've seen or reviewed their original deposition
7    transcript from prior to submitting your report.
8      A    I know they had affidavits.
9      Q    Uh-huh.
10     A    Yes.  I know more that they -- they had
11   affidavits before my report.
12     Q    And are you aware that they had also
13   been deposed before your report?
14     A    I don't recall.
15     Q    And if you had those deposition
16   transcripts, those would be on either your
17   reliance list or your references list?
18     A    Yes.  They...
19     Q    Turning to Page 2.  The last sentence of
20   the first full paragraph says, "based on my
21   review of historical documentation as discussed
22   below, I disagree in part with Drs. Hennet and
23   Brigham regarding how water buffaloes were filled
24   at Camp Lejeune over time.
25               Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 271 of 446

1        A    Yes.

2        Q    What parts do you agree with Dr. Hennet

3   and Brigham?

4             MS. BAUGHMAN:   Objection to the form.

5             THE WITNESS:   That they were filled.

6   They were filled from stand pipes that -- and I

7   have to refer back to -- I don't have Brigham's

8   -- I remember Brigham had a number of things in

9   his report that I agreed with.

10       Q    (BY MS. HORAN)  So you agree that they

11  were filled via stand pipes?

12       A    Well, that was -- yes.  Stand pipes or

13  at times suggestions was maybe fire hydrants.

14       Q    Do you have any opinion on where the

15  stand pipes or fire hydrants that the water

16  buffaloes were filled were located on base?

17       A    Just based on what's in the depositions

18  and in the location to the industrial area where

19  they said they were often filled.

20       Q    Do you understand that there are parts

21  of the base such as Camp Johnson wherein the

22  plaintiffs have not alleged contamination of the

23  water treatment system?

24       A    Say that again.

25       Q    Do you understand that there are parts

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 272 of 446

1 of the base wherein the plaintiffs have not

2 alleged that there was contamination, and one of

3 those would be Camp Johnson.

4          Just as --

5     A    I'm not aware of that.

6     Q    Okay.  Is your opinion in Appendix A

7 based on any -- strike that.

8          What knowledge, skill, experience,

9 training, or education do you have such that your

10 review of historical documentation on water

11 buffalo filling would assist the judge in

12 understanding how water buffaloes were filled

13 between 1953 and 1987?

14          MS. BAUGHMAN:  Object to the form.

15          THE WITNESS:  In general, as a

16 researcher we know how to review documents and

17 synthesize information to get a background to

18 work from when we're proposing our research.  So

19 those skills translate into trying to develop an

20 outline of the background of what water -- water

21 buffaloes how they transitioned over time based

22 upon publicly available documents.

23     Q    (BY MS. HORAN)  Anything else?

24     A    No.  I guess that would be the main

25 thing we talked before about my interest in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 273 of 446

1  Lincoln, in history.

2      Q   You said as a researcher.  Do you mean

3  as a -- in your capacity as an engineer?  Strike

4  -- strike that.

5          You're a civil engineer; correct?

6      A   Correct.

7      Q   Okay.  When you said researcher, did you

8  mean researcher in your capacity as a civil

9  engineer, or what did you mean?

10     A   Specifically to the research, that would

11  be the case.  I guess to my Lincoln hobby, I've

12  taken several courses in history and had to do

13  historical research relative to Lincoln

14  documents.  Of course, they weren't using water

15  buffaloes in Lincoln's time.  But...

16     Q   Prior to this litigation, what was your

17  experience with water buffaloes?

18     A   Virtually none.

19     Q   You say virtually none.  Is that -- I

20  think you talked it earlier you might have seen a

21  few on a base?

22     A   I might have seen a few on being -- I'm

23  sorry.  Pause, pause, pause.

24          I might have seen them when working on

25  military bases for remediation projects.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 274 of 446

1    Q   But you never saw a water buffalo when
2  used or being filled?
3    A   Not being filled, no.
4    Q   Prior to this litigation, had you ever
5  read a manual on water buffaloes?
6    A   No.
7    Q   Prior to this litigation had you ever
8  read a manual on how to fill a water buffalo?
9    A   No.
10   Q   Are you aware that the plaintiffs have a
11 historian expert?
12   A   Yes.
13   Q   Have you met Dr. Longley or spoken with
14 him on the phone or Zoom or email?
15   A   No.
16   Q   Have you read his reports?
17   A   Yes.
18   Q   Do you recall if you read his report
19 before or after you submitted your rebuttal
20 report?
21   A   Before.
22   Q   Earlier, you mentioned -- and consistent
23 with your report -- that water buffaloes on base
24 can be filled via a stand pipe with a fill hose
25 or a fire hydrant.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 275 of 446

1           Are there any other sources where a
2    water buffalo would be filled on base that you're
3    aware of?
4           A    Not that I'm aware of.
5           Q    A water buffalo filled via fire hydrant
6    would have a lower fill time; correct?
7           A    That would be the expectation.
8    Certainly.  Yes.
9           Q    And there would be a lower fill time
10   because of a higher flow rate there?
11          A    Correct.
12          Q    And a higher flow rate would cause more
13   turbulence when filling the water buffalo.
14               Fair?
15          A    Expect more splashing.  I would use the
16   word splashing.  Because, again, turbulence --
17   laminar flow, turbulent flow, but yes.
18          Q    Splashing is the preferred term?
19          A    Not a highly technical term, but yes.
20          Q    Fair enough.
21               And the splashing when filling a water
22   buffalo or -- strike that.
23               The increased splashing when filling a
24   water buffalo with a higher flow rate would lead
25   to more VOC losses.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 276 of 446

1          Is that fair?

2     A    You'd have more surface area -- you'd

3 have somewhat more surface area for mass

4 transfer, so you'd expect that.  You would have

5 less time for volatilization in the downstream

6 flow, but splashing would potentially add some

7 more surface area.

8     Q    I want to turn first to the M 106 model.

9 And again, your report's in front of you.  Please

10 reference it as needed.

11    A    What page?

12    Q    If you could turn to Page 5.

13    A    5?

14    Q    Uh-huh.

15    A    (Witness complies.)

16    Q    You agree that the M 106 -- strike that.

17         Throughout this next section, I might

18 refer to a water buffalo just by its technical

19 name like M 106 or M 107.  You'll understand when

20 I use one of those that I'm talking about that

21 version of the water buffalo.

22         Fair?

23    A    Fair.

24    Q    Okay.  You agree that the m 106 has a

25 filler hatch and strainer; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 277 of 446

1        A    Correct.

2        Q    And you agree that the M 106 water

3    buffalo could be filled through the hatch and

4    strainer?

5        A    Correct.  Well, the 106 has a -- looks

6    like a hand pump that can fill through the filler

7    hatch.  Figure 2.

8        Q    Uh-huh.

9        A    Yes.

10        Q    Yep.

11            Is there -- okay.  Yeah.

12            So you agree that the water buffalo

13    could be filled through the hatch and strainer;

14    correct?

15        A    Correct.

16        Q    And you said that there was a bell hose

17    -- a bell strainer for the M106?

18        A    Inserted into the filler.

19        Q    Sure.

20            Is there any reason to think that the

21    top of the filler hatch could not open so that it

22    could be filled from the top?

23            MS. BAUGHMAN:  Objection, form.

24            THE WITNESS:  Say again.

25        Q    (BY MS. HORAN)  Sure.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 278 of 446

1            The -- the filler hatch for the M 106.
2       A    Yes.
3       Q    Do you agree that you could open the
4    filler hatch and fill the water buffalo through
5    that hatch?
6       A    As opposed to through the pump?
7       Q    Yes.
8       A    Certainly possible.  I mean, it seems to
9    be possible.
10      Q    Turning to Page 7, you see Figure 5 is
11   the M106 filling instructions from October of
12   1951?
13      A    On Page 7.  The --
14      Q    Yeah.  So what you're pointing to, but
15   if you look at the bottom, it says Figure 5.
16      A    Okay.
17      Q    And it's the M 106 filling
18   instructions --
19      A    Okay.
20      Q    -- for 1951.
21           Okay.  And the section that you have
22   highlighted in your report says operation of
23   regular equipment of water tank trailer M 106.
24           Do you see that?
25      A    Say again.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 279 of 446

1      Q    The top --

2      A    Top.  Yeah.

3      Q    -- of Figure 5 says operation of regular

4  equipment of water tank trailer M 106; correct?

5      A    Yes.

6      Q    And right below that 32, it says 32,

7  loading and unloading water tank.

8           Do you see that?

9      A    Yes.

10     Q    And you would agree that these are

11 essentially instructions on how to fill a M 106

12 water buffalo?

13     A    Yes.

14     Q    Okay.  And B says loading tank from

15 overhead free-flowing source.

16          Do you see that?

17     A    Yes.

18     Q    And C says loading tank from source from

19 which water must be pumped.

20     A    Yes.

21     Q    Agree that for C, the M 106 water pump

22 is attached to the filler hatch?

23     A    Say again.

24     Q    Yeah.

25          For instructions C.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 280 of 446

1      A    C.

2      Q    Yes.

3      A    Yeah.  Okay.

4      Q    You agree that that's instructions for
5  the water pump which is attached to the filler
6  hatch?

7      A    Yes.

8      Q    Okay.  On Page 7 right below that image,
9  the second sentence, you say the fill point moved
10 from the manhole cover to the filler hatch with
11 the introduction of this model when using an
12 overhead free-flowing source.

13          Do you see that?

14     A    Yes.

15     Q    Okay.  Could you turn to Page 15 of your
16 report?

17     A    16?

18     Q    15.

19     A    15.

20     Q    Okay.  The first sentence of the first
21 full paragraph says, the phrase of interest in
22 the filling instructions which was used in
23 several earlier water buffalo technical manuals
24 is free-flowing source.  A free-flowing source
25 implies gravity fed which suggests the fill hatch

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 281 of 446

1    was never intended to be filled with a high
2    pressure, high flow hose that was tapped into the
3    base's water distribution system.
4           Did I read that correctly?
5      A    Yes.
6      Q    Okay.  So a free-flowing source implies
7    gravity fed.  That's your understanding?
8      A    That would be one understanding of that.
9    Yes.
10     Q    So if you turn back to Page 7.
11     A    Yes.
12     Q    And input that analysis into Figure 5,
13   phrase B would read loading tank from overhead
14   gravity fed source.
15          Fair?
16     A    I'm sorry.  Say that again.
17     Q    Sure.
18          So I believe on Page 15, you come to the
19   conclusion that free-flowing source means that it
20   was gravity fed.
21          Is that fair?
22     A    That's -- that's one interpretation of
23   that term.  Yes.
24     Q    So if you turn back to the instructions
25   you've identified in Figure 5.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 282 of 446

1      A    Uh-huh.

2      Q    And you see Section B says loading tank

3    from --

4      A    Okay.

5      Q    -- overhead free-flowing source.

6      A    Yes.

7      Q    So if you input your analysis into that,

8    it would read loading tank from overhead gravity

9    fed source.

10      A    That would be one interpretation.  Yes.

11      Q    So what type of source is an overhead

12    gravity fed source?

13      A    Well, if you had a water tank, an

14    elevated water tank, that would provide pressure

15    to have overhead flow.

16      Q    So if you were essentially dumping one

17    tank into the fill hatch?

18      A    If you were near the water treatment

19    plant or near one of the water towers associated

20    with water treatment plant, then that elevated

21    water tank would provide free-flowing water

22    without requiring a separate pump.

23      Q    Anything else you can think of that

24    would qualify as an overhead gravity fed source?

25      A    That would be the one that would come to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 283 of 446

1  mind.  An elevated storage tank.

2      Q   Have you ever seen any indication

3  through your research that water buffaloes were

4  filled through an overhead storage tank?

5      A   Well, that's part of any distribution

6  system.  And we talked before about the water

7  treatment plants and the different elevated water

8  tanks.  So those provide pressure to the water

9  distribution system.  And so that would be

10  gravity fed.  You pump water up into the elevated

11  storage tank like every city has and then the

12  water from the elevated storage tank flows by

13  gravity through the distribution system.

14      Q   So where would the hose that goes to the

15  filler hatch be located?

16      A   So you would have a water distribution

17  line buried in the ground and the elevated

18  storage tank would be pressurizing the water in

19  that water distribution line.  Then you would

20  have the stand pipe tapping into that buried

21  water distribution line coming up.

22      Q   Got it.

23          So an overhead free-flowing source could

24  be the fill pipe --

25      A   Yep.

1      Q    -- could be the stand pipe.

2      A    Yep.

3      Q    Okay.  So for Figure 5, Section B, that

4    could be how you fill it via a stand pipe.

5      A    Correct.

6      Q    Okay.  You would agree that the M 106

7    water loading instructions do not direct a marine

8    to fill the water buffalo through a manhole.

9      A    Correct.  Do not.  Correct.

10     Q    Yeah.

11          Okay.  On Page 7, the last paragraph,

12   the next iteration after the M 106 was the M 107,

13   and you agree that that had a filler hatch and

14   strainer; correct?

15     A    Correct.

16     Q    And you agree that --

17     A    And a manhole cover.

18     Q    And a manhole cover.  Fair enough.

19          You agree that the M107 could be filled

20   via the filler hatch and strainer; correct?

21     A    Could be.  Yes.

22     Q    If you turn to Page 14 of your report.

23     A    (Witness complies.)

24     Q    You see Figure 17 says August 1972 M107

25   fill process?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 285 of 446

Page 286

1      A    Yes.

2      Q    And that above that, the text that

3  you've written says in the August 1972 edition,

4  which supersedes the October 1964 edition shown

5  above, the fill process switches from being done

6  through the filler hatch to the manhole cover as

7  described in the text below.

8           Do you see that sentence?

9      A    Yes.

10     Q    So it wasn't until 1972 that there was

11 any reference to filling the water buffalo

12 through the manhole cover, the M 107; correct?

13     A    Not -- not in terms of the manholes.

14 No.

15     Q    If you turn to Page 15.

16     A    1-5?

17     Q    Yes.

18          The last sentence says, in the 1972

19 edition, the text specifically calls out that

20 when filling through the manhole cover, a

21 pressure pump can be used which is equivalent to

22 water flow pressure like that's supplied by the

23 water distribution system.

24          Fair?

25     A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 286 of 446

1      Q   And you agree that prior to 1972, the
2   water buffalo could have been filled through the
3   filler hatch using the stand pipe.
4      A   Could have been, yes.
5           For convenience, I imagine they might
6   have preferred filling it through the manhole,
7   but certainly the filler hatch was what was in
8   the manual.
9      Q   You said for convenience, you might
10  imagine that they would fill them through the
11  manhole.
12          What is that based off of?
13     A   Ease of opening the manhole, the -- if
14  you look at that strainer, the -- would be easier
15  to put the pipe over a big manhole than over that
16  small filler hatch.  The ability of the filler
17  hatch to accommodate the high flows.  A number of
18  things.  I could imagine.
19     Q   But you agree that the filler hatch
20  could accommodate the pressure from the stand
21  pipe?
22          MS. BAUGHMAN:  Objection, form.
23          THE WITNESS:  I agree that you could
24  certainly use the stand pipe to fill through the
25  filler hatch.  I question whether that strainer

Golkow Technologies,
877-370-3377                A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 287 of 446

1  would allow that volume of water to come through

2  un-- unhindered.

3      Q   (BY MS. HORAN)  Um.

4      A   That there might be backsplashing.

5      Q   Do you have any documents that suggest

6  that prior to 1972, marines, as a matter of

7  course -- strike that.

8          Turning to Page 21 of your report.  And

9  I think this is what you were getting at.  You

10 state at the top of it, for those M 107s earlier

11 than 1972, it is my position that these units

12 more likely than not would -- would have also

13 been filled through the manhole cover.

14         Correct?

15     A   That's correct.  That's stated.

16     Q   And that's what you were just alluding

17 to; correct?

18     A   Correct.

19     Q   Okay.  And your basis for that is

20 Mr. Hunt's affidavit.  The filler hatch being

21 able -- well, strike that.

22         Number 2 says the filler hatch, as

23 outlined in several of the manuals, is designated

24 for free-flowing water supplies and earlier

25 versions fed by a hand pump; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 288 of 446

1      A    Correct.

2      Q    And so we've established that the filler

3  hatch, when it said overhead free-flowing source,

4  meant it could be a stand pipe; correct?

5      A    Could be.  Correct.

6      Q    Okay.  And then the third point you list

7  is that from 1968 to 1972, there were water

8  buffaloes that could only be filled through the

9  manhole cover.

10          Fair?

11     A    Correct.

12     Q    Other than these three data points, is

13  there anything else that you've relied upon in

14  determining that marines would only have ever

15  filled water buffaloes through the manhole cover?

16          MS. BAUGHMAN:  Objection to the form.

17          THE WITNESS:  It impressed me why would

18  you fill highly treated drinking water through a

19  strainer.  So that's what got me puzzled about

20  that and wanted to pursue this further to see

21  what the documentation said and see what some of

22  the experience was.

23          It impressed me that as in the early

24  versions there was a hand pump.  That that was

25  more likely used for filling from a lake or some

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 289 of 446

1   source that had debris.

2       Q   (BY MS. HORAN)  And you agree that the

3   earlier versions or the versions pre 1972 do not

4   mention filling the water buffalo through the

5   manhole cover.

6       A   That's correct.

7       Q   But they do reference filling the

8   manhole through the filler hatch.

9           Fair?

10          MS. BAUGHMAN:  Objection, form.

11          THE WITNESS:  Say that again.

12      Q   (BY MS. HORAN)  The manuals pre 1972

13  reference filling the water buffalo through the

14  filler hatch.

15          Fair?

16      A   Correct.

17      Q   Okay.  In Number 1 of this, you state,

18  on a regular basis, he, meaning Mr. Hunt,

19  observed the filling of M107 water buffaloes and

20  all of those he observed were filled through the

21  manhole cover.

22          Do you see that?

23      A   Yes.

24      Q   Have you read Mr. Hunt's deposition?

25      A   Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 290 of 446

 1        Q    Are you aware that he said he saw it
 2   filled less than ten times?
 3        A    I'd have to look back at my notes.
 4   (Government Exhibit 13 marked for identification)
 5        Q    (BY MS. HORAN)  I'm marking as Exhibit
 6   13 this is the deposition of Ernest David Hunt
 7   from March 11, 2025.
 8             Could you turn to Page 33?
 9        A    Whoops.  Guess I got two of them.
10   Sorry.
11        Q    No, it's okay.  Could you actually keep
12   this one?  Because it's the one with the sticker.
13        A    30 -- 33 again?
14        Q    Yes.
15             So there's four pages on one.  So I
16   guess it's --
17        A    Yeah.  I've got it.
18        Q    Okay.  So beginning on line 23, it says:
19             "QUESTION:  Do you recall roughly
20              how many times you witnessed a
21              water buffalo being filled at
22              Camp Lejeune?"
23            If you turn to the next page,
24             "ANSWER:  Just a few times.  I
25              don't really -- I don't recall

                    Golkow Technologies,
   877-370-3377          A Veritext Division          www.veritext.com
   Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 291 of 446

1            the number.
2            "QUESTION:  Would you say less
3            than 10?  Less than 20?  Less
4            than 100?  Do you have any --
5            "ANSWER:  Less than -- less than
6            10."
7      A   Uh-huh.
8      Q   Does the fact that Mr. Hunt observed a
9  water buffalo being filled less than ten times
10 impact your opinion in any way that water
11 buffaloes prior to 1972 were likely filled only
12 through the manhole?
13     A   No.
14     Q   Could you turn to page 29 of the --
15     A   Whoops.
16     Q   Yeah.  Sorry.
17     A   I jumped the gun.
18     Q   Page 29.
19     A   29?
20     Q   Uh-huh.
21     A   (Witness complies.)
22     Q   So beginning on line 18, it reads:
23            "QUESTION:  Okay.  So this
24            record has you starting at
25            Camp Lejeune on March 17 of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 292 of 446

```
 1                  '65.  And if you turn the
 2                  page around, you will see
 3                  that it has you leaving on
 4                  October 7th of '66.
 5                  "ANSWER:  Correct.
 6                  "QUESTION:  Does this sound
 7                  about right to you?
 8                  "ANSWER:  Yes."
 9           And then -- Okay.
10           And you were aware that Mr. Hunt saw
11    water buffaloes being filled less than ten times
12    between March of 1965 and October of 1966.
13           Fair?
14      A    Yes.
15      Q    Does that change your conclusion in any
16    way, that water buffaloes prior to 1972 were
17    likely filled only through the manhole?
18      A    No.
19      Q    Could you turn to Page 8 of your report?
20      A    8?
21      Q    Uh-huh.
22      A    (Witness complies.)
23      Q    The middle of the page reads filling the
24    M107 A1 is still directed to be done through the
25    filler hatch as described in Figure 7 below.
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 293 of 446

1          Do you see that?

2     A    Yes.

3     Q    You agree that nothing in the loading

4  the water tank instructions for the M 107 A1

5  directs filling the water buffalo through a

6  manhole cover; correct?

7          MS. BAUGHMAN:  Objection, form.

8          THE WITNESS:  In these guidelines,

9  correct.

10    Q    (BY MS. HORAN)  You've identified Figure

11  7 as the M 107 A1 filling instructions.

12    A    Correct.

13    Q    And you agree that nothing in Figure 7

14  directs you to fill the tank through the manhole

15  cover; correct?

16    A    Correct.

17    Q    Turning to Page 9, you agree that the

18  M 149 had a filler hatch and strainer; correct?

19    A    Yes.

20    Q    And you agree that the M 149 could be

21  filled through the hatch and strainer?

22    A    Could be.  Yes.

23    Q    If you turn to Page 12 of your report.

24    A    (Witness complies.)

25    Q    Are you there?

                        Golkow Technologies,
877-370-3377           A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 294 of 446

ext in the middle of the
3    report says, the significance of this note is
4    that as early as December of 1968, the Army is
5    acknowledging that the M 149 A1 was not equipped
6    with a strainer and the use of a strainer became
7    optional for the M 149 in cases where the
8    strainer was damaged or found defective.

9         Did I read that correctly?
10   A    Yes.
11   Q    Have you found any documentation that
12   prior to December of 1968 the use of strainers in
13   water buffaloes was optional if they were damaged
14   or defective?
15   A    Say that again.
16   Q    Have you found any documentation that
17   prior to December of 1968, the use of strainers
18   in water buffaloes was optional if they were
19   found damaged or defective?
20   A    No.  Not to my knowledge.  No.
21   Q    So at least from 1953 to December of
22   1968, the manuals instructing how to load water
23   into a water buffalo instructed filling through
24   the filler hatch.

25         Fair?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 295 of 446

1      A    Fair.

2      Q    And from 1953 to December of 1968, the
3  manuals instructing how to load water into a
4  water buffalo did not mention filling a water
5  buffalo through the manhole; correct?

6      A    Correct.

7      Q    On Page 9, the first -- and you can
8  correct me if I'm wrong -- manual that I was able
9  to identify from your report for the M1 --

10     A    I'm sorry.  Where?  On Page 9?

11     Q    Yeah.  Page 9.

12     A    Okay.

13     Q    Just generally.

14     A    Okay.  I thought you were pointing to
15  something.

16     Q    Do you know when the first M149 A1
17  became available?

18     A    I would have to look back through.  Off
19  the top of my head, no, but I'd have to look back
20  through.

21     Q    So in -- on Page 9, you have Figure 10
22  which shows both the M149 and the M149 A1, and
23  that's attributed to June of 1971.

24          Do you agree?

25     A    I'm not tracking.  Trying to track what

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 296 of 446

1   you said here on the page here.

2       Q   Sorry.

3       A   You said on Page 9.

4       Q   Yeah.  So on Page 9, it says the

5   illustration below, Figure 10.

6       A   Okay.

7       Q   Is from a manual from June of 1971.

8       A   Uh-huh.

9       Q   Fair?

10      A   Fair.

11      Q   Okay.

12      A   With and without the filler hatch.

13      Q   On Page 12, the text in the middle, the

14  first sentence of the second paragraph says, "In

15  1970, the M149 A1 underwent a tank design

16  change."

17          How did you determine that happened in

18  1970?

19      A   I'd have to look back at my -- have to

20  look back at my sources.  I don't recall right

21  now.

22      Q   Okay.  Turning to Pages 19 and 20.  You

23  identified via inventory that Camp Lejeune had

24  M149 and M107 water buffaloes; correct?

25      A   Say again.  M --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 297 of 446

1          Q    M107 A2, M107, and then M149 water

2     buffaloes.

3               Fair?

4          A    M129.

5          Q    129?

6          A    Is that what you said?

7          Q    No.  Sorry.

8               Okay.  Figure 22 of your report

9     identifies as part of the 1968 equipment that

10    there were M107 and M107 A2 water buffaloes.

11         A    Yes.

12         Q    Fair?

13         A    Okay.  Yes.  I misunder -- misheard you.

14         Q    And then if you turn to Figure 23,

15    you've identified that the 1999 inventory had

16    M149 water buffaloes.

17         A    Yes.

18         Q    You state in -- you state in Page 20 --

19    the second to last sentence of the first

20    paragraph says, "This supports that the base was

21    transitioning from M107 to the M149 A1s during

22    the 1970s."

23               Did I read that correctly?

24         A    Yes.

25         Q    Did you find any documentation

1  supporting that the M149 A1 was in inventory at
2  Camp Lejeune beyond Mr. Cagiano's affidavit?
3      A    Beyond...
4      Q    Sure.
5          So was there anything other than Mr.
6  Cagiano's deposition -- excuse me, affidavit, any
7  other documents you found supporting that Camp
8  Lejeune transitioned from M107s to M149 A1s
9  during the 1970s?
10         MS. BAUGHMAN:  Object to the form.
11         THE WITNESS:  Shows up on this
12  inventory.  What's the date on this inventory?
13  '99.  Not that I recall.
14      Q   (BY MS. HORAN)  In 19 -- the Figure 23,
15  you say 19 -- from 1999.  Do you see that?
16      A    That's the indication.
17      Q    You agree that that says M149, but does
18  not indicate M149 A1.
19          Fair?
20      A    That's correct.
21      Q    For determining the fill time, you
22  determined that it likely took between two or
23  three minutes to fill a water buffalo.
24          Fair?
25      A    Fair.

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 299 of 446

1      Q   And is that -- or that's through the

2   manhole; correct?

3      A   Correct.

4      Q   Did you determine the fill time through

5   the strainer?

6      A   No.

7   (Government Exhibit 14 marked for identification)

8      Q   (BY MS. HORAN)   I'm marking as Exhibit

9   14 -- this is Camp Lejeune Justice Act Litigation

10  Rebuttal Report of Kyle Longley.

11         And Dr. Sabatini, could you please turn

12  to Page 23.

13     A   27?

14     Q   23.

15     A   23.  I was going to say 27 is this.

16         (Witness complies.)

17     Q   Three lines up from the bottom of that

18  paragraph, the sentence reads, "The marines could

19  fill the water buffaloes at Hadnot Point in 10 to

20  20 minutes."

21         Do you see that?

22     A   Yes.

23     Q   Do you know what source Mr. Longley was

24  using for that position, or that statement?

25     A   Well, he -- no.  He has a reference

1    there, but that seems to be for the next

2    sentence.

3         Q    And that reference is to the Ensminger

4    oral history?

5         A    Yeah.  Seems to be for the following

6    sentence.

7         Q    But you disagree with Dr. Longley that

8    it wouldn't take 10 to 20 minutes to fill a water

9    buffalo at Hadnot Point?

10        A    Through the manhole.  Now, through the

11   strainer -- yeah, I would envision it would take

12   longer through the strainer because it would

13   accept -- I imagine my professional judgment is

14   it could not handle as fast a flow.

15        Q    So does this indicate to you that some

16   marines filled the water buffaloes through the

17   fill hatch?

18             MS. BAUGHMAN:  Object to the form.

19             THE WITNESS:  I couldn't speculate.

20        Q    (BY MS. HORAN)  You can put that aside,

21   Dr. Sabatini.

22             MS. HORAN:  We've been going for about

23   an hour and a half.  Would you mind taking just a

24   10-minute break?

25             THE WITNESS:  Sure.  Sure.

1          THE VIDEOGRAPHER:  We are off the record
2     at 5:02 p.m.
3        (Short break from 5:02 p.m. to 5:12 p.m.)
4          THE VIDEOGRAPHER:  We're back on the
5     record at 5:12 p.m.
6        Q    (BY MS. HORAN)  Turning to your report,
7     not the Appendix A, on Page 19, you show
8     calculations for water buffaloes in Table 5.6.
9             Is that fair?
10        A    Fair.
11        Q    And you use the same study as Dr. Hennet
12     to do your calculations in Table 5.6; correct?
13        A    Correct.
14        Q    And that's the McKone and Knezovich 1991
15     study?
16        A    Correct.
17        Q    One of the edits you make to the McKone
18     and Knezovich study is that the fall height in
19     your opinion should be .4 meters instead of 1.6
20     meters used in the study.
21             Is that fair?
22        A    Restate that.
23        Q    Sure.
24             One of the edits you make to the McKone
25     and Knezovich study is that the fall height in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 302 of 446

1  your opinion should be .4 meters instead of 1.6

2  meters that they used in the study.

3      A    In applying it to the water buffaloes.

4  Correct.  Not that McKone should have used .4

5  meters.

6      Q    Ah.

7      A    Adjusting his results to this situation.

8      Q    Sure.

9          And your proposed 75 percent reduction

10  due to differences in fall height relies on the

11  assumption that the fall height is directly

12  proportional to volatile loss; correct?

13      A    Correct.

14      Q    And what's your basis for that

15  assumption?

16      A    Time of volatilization.

17      Q    So the fall height would be directly

18  related to the time.  Fair?

19      A    Correct.

20      Q    Turning back to your Appendix A on Page

21  21.  Do you see Figure 24 is showing that the

22  water buffalo is being filled from just outside

23  the manhole cover?

24      A    Meaning that the pipe -- yes.

25      Q    And if you look at Figure 25, the water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 303 of 446

1  buffalo is being filled about half a person size
2  over the manhole.
3          Fair?
4      A   Correct.
5      Q   Okay.  Are Figure 24 and Figure 25, in
6  your opinion, representative of filling
7  operations of water buffaloes at Camp Lejeune?
8          MS. BAUGHMAN:  Object to the form.
9          THE WITNESS:  Represented from other
10  sites but could well be examples of what it might
11  look like.  I might also add Figure 27 to the
12  discussion.
13      Q   (BY MS. HORAN)  Sure.
14          And Figure 27 shows a water buffalo
15  being filled via fire hydrant with the fire
16  hydrant hose just on the lip of the manhole
17  cover.
18          Is that fair?
19      A   It's hard to tell.  The pipe may not be
20  inserted.  Either way.
21      Q   Would -- if you turn to Figure 25, the
22  fact that the stand pipe fill hose is at least
23  two feet above the manhole cover, impact your
24  calculations for fall height as done in your
25  expert report?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 304 of 446

1        A    Potentially.

2        Q    And how potentially would they impact

3   your calculations?

4        A    Would be additional time for

5   volatilization in the travel distance.  I might

6   add as another data point, Hennet's deposition,

7   he mentioned that the filling of the water

8   buffalo, he observed the water -- the fill pipe

9   was near the entrance to the manhole.

10       Q    And you saw the photos from Dr. Hennet's

11  February visit where he observed the water

12  buffalo being filled?

13       A    I saw photos.  I'm not sure -- I don't

14  recall exactly all the -- the specifics.  But

15  yes, I saw photos.

16       Q    And you read the testimony or listened

17  to the testimony of Dr. Hennet about his viewing

18  of water buffaloes in the February 2025 visit.

19            Fair?

20       A    In the February visit.  Yes.

21       Q    And having seen those photos and read

22  that testimony, does it have any impact on any of

23  your opinions in your report?

24            MS. BAUGHMAN:  Object to the form.

25            THE WITNESS:  No.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 305 of 446

1    Q   (BY MS. HORAN)  Turning back to your
2    report on Page 19.  Row 3 says assuming downward
3    velocities are the same.
4        Do you see that?
5    A   Yes.
6    Q   What did you mean by that?
7    A   I assume that the -- I assume that the
8    shower experiments translated to the water
9    buffalo filling except the only -- the only
10   adjustment that was necessary was the, I'll say
11   fall height distance.  I don't want to confuse
12   fall height with fall height from the spiractor.
13   Q   A lot of fall heights today.
14       Does a vertical strainer spread the
15   water more efficiently compared to a showerhead?
16   A   Oh, that's -- it could go either way.
17   Q   And why could it go either way?
18   A   I mean, it's -- that's speculation.
19   Showerhead has tiny nozzles that direct the water
20   intentionally out.  Where as a strainer is just
21   there to remove debris.  The openings in the
22   strainer grid coarser than the fine orifices in
23   the showerhead.
24   Q   Have you seen a strainer from a water
25   buffalo in person?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 306 of 446

1      A    No.

2      Q    Have you seen a water buffalo in person?

3           MS. BAUGHMAN:  Objection.  Asked and

4    answered.

5           THE WITNESS:  Yeah, no.

6           MS. HORAN:  Okay.

7      A    I've answered that before, but no.

8      Q    (BY MS. HORAN) Could you turn to Page 6

9    of your Appendix?

10     A    (Witness complies.)

11     Q    Do you see Figure 4?  And you've

12   highlighted Number 22.

13     A    Yes.

14     Q    Which is the strainer element.

15     A    Yes.

16     Q    And you would say that that strainer

17   element has holes, more or less than a

18   showerhead?

19     A    I'm sorry.  Would --

20     Q    Does the strainer in Figure 2 -

21   identified as 22 in Figure 4 have more or less

22   holes --

23     A    Holes.

24     Q    -- than a showerhead.

25     A    I would say more.

1    Q   Would you agree that the strainer would
2  have a larger spray pattern than a showerhead?
3         MS. BAUGHMAN:  Object to the form.
4         THE WITNESS:  No.
5    Q   (BY MS. HORAN)  Why not?
6    A   No.
7    Q   Yeah.  Why -- why not?
8    A   Why not?  The -- well, it even says here
9  this is to remove sediment.  So I -- just my
10 professional judgment would be that it would not.
11   Q   So if you attach a fill hose to the
12 strainer on 22, wouldn't water come out of the
13 strainer holes throughout the entire strainer, as
14 long as it's not submerged?
15   A   Yes.
16   Q   And so the strainer holes at the top,
17 the water will come out and go all the way to the
18 bottom or wherever the filling process is in the
19 water buffalo.
20        Fair?
21   A   Fair.
22   Q   And so it would be more efficient at
23 volatilization of TCE than assumed in your
24 calculations, so long as the strainer was not
25 submerged.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 308 of 446

 1          Fair?

 2          MS. BAUGHMAN:  Objection to the form.

 3   Foundation.

 4          THE WITNESS:  It's an interesting

 5   argument.  I just followed Hennet's approach.  I

 6   didn't adjust -- I didn't adjust the spray

 7   diameter from what Hennet used.

 8      Q    (BY MS. HORAN)  But you --

 9      A    For filling through the strainer.

10          MS. HORAN:  Could you repeat my

11   question?

12          THE REPORTER:  "And so it would be more

13   efficient at volatilization of TCE than assumed

14   in your calculations, so long as the strainer was

15   not submerged."

16          MS. BAUGHMAN:  Objection to form.

17          THE WITNESS:  I didn't do calculations.

18   The only adjustment I made was for the time not

19   for spray or -- I assumed the same spray pattern

20   that Hennet did in the filler hatch calculation.

21      Q    (BY MS. HORAN)  So sitting here today,

22   you don't have any opinion on whether the

23   strainer in a water buffalo would be more

24   efficient at volatilization of TCE than assumed

25   in your report?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 309 of 446

1          MS. BAUGHMAN:  Object to the form.

2          THE WITNESS:  I would say that I

3    followed the same approach that Hennet followed.

4       Q    (BY MS. HORAN)  Did you do any analysis

5    to determine whether the -- strike that.

6          Assuming that the water strainer would

7    have a larger spray pattern than a showerhead, it

8    would have a higher -- greater volatilization

9    because of a greater surface air between --

10   greater surface area between the air and the

11   water.

12         MS. BAUGHMAN:  Object to the form.

13         THE WITNESS:  That's speculative.  I

14   wouldn't care to comment on not seeing data or

15   evidence.  And again, I'll just refer back to, I

16   followed the same approach that Hennet did

17   relative to the strainer.  Just adjusting for

18   time.

19      Q    (BY MS. HORAN)  In your report, you then

20   switch to talking about filling through the

21   manhole cover, which begins on Page 20 of your

22   report.  Prior to issuing your opinion, you had

23   watched a YouTube video where water buffaloes

24   were filled correct?

25      A    Say that again.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 310 of 446

1      Q    Prior to issuing your rebuttal report,
2   you had watched a YouTube video where water
3   buffaloes were being filled; correct?
4      A    Yes.
5      Q    And the video showed splashing and
6   aeration while the water buffalo was being
7   filled.
8           Fair?
9      A    Yes.
10     Q    And volatilization losses happen
11  relatively more in the presence of splashing and
12  aeration.
13          Fair?
14          MS. BAUGHMAN:  Object to the form.
15          THE WITNESS:  Depends upon the degree of
16  splashing.  It's surface area again.  So if the
17  splashing creates some additional surface area,
18  there's additional possibility for
19  volatilization.
20     Q    (BY MS. HORAN)  An increase in surface
21  area between the air and water will increase
22  volatilization; correct?
23     A    Correct.
24     Q    After you determine --
25     A    Maybe just add one point to that.  The

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 311 of 446

1    shower hitting the floor would cause splashing.
2    And so there's a degree of the splashing that
3    you're describing that was inherent in the shower
4    experiment that I was working from.
5          Q    And did you take that into consideration
6    in your analysis in any way other than following
7    McKone?
8          A    That, to me, helped account for
9    splashing that might have occurred filling
10   through the manhole.
11         Q    Was there any analysis that you did to
12   compare the splashing in a manhole with the
13   splashing accounted for in the shower experiment?
14         A    No.
15         Q    Do you know if there's more or less
16   splashing in filling a water buffalo through the
17   manhole than in a shower?
18         A    I would have to assess that.  But I
19   would -- you have certain amount of water hitting
20   the floor and agitating.  So I couldn't comment
21   on the relative amount, but I would consider them
22   in the same category.
23         Q    But you haven't done an assessment of
24   that yet?
25         A    No.  No.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 312 of 446

1       Q    When you determined that a water buffalo

2    was filled through the manhole, did you do any

3    analysis to determine if the shower is still the

4    most apt analogy?

5       A    Whether the shower was --

6       Q    Still the most appropriate analogy.

7       A    I did look for other approaches.  But I

8    found that -- in my searching, I found that

9    Hennet's approach was -- I could adjust that

10   approach.

11      Q    What other approaches did you look into?

12      A    I looked for -- from a faucet.  And then

13   the kitchen is one example that I looked at.

14      Q    Can you remember any other things you

15   looked at, sitting here today?

16      A    Well, I mean, I searched.  I searched --

17   so anything that I could have found that would

18   have been similar to a faucet, a bath tub or

19   something of that nature.

20      Q    Would you agree that filling a water

21   buffalo through the manhole cover is more similar

22   to a bath tub?

23           MS. BAUGHMAN:  Object to the form.

24           THE WITNESS:  I think the -- I mean what

25   I had to work on, I was responding to Hennet's

Golkow Technologies,
877-370-3377                A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 313 of 446

1  report.  And so I adapted his approach for the
2  situation at hand.
3      Q   (BY MS. HORAN)  Sure.
4         And you determined -- you introduced
5  some new facts.  And I'm wondering if when you
6  introduced those new facts, that changed any
7  analysis in where you determined that a --
8  filling a water buffalo is more similar --
9  through the manhole -- is more similar to filling
10 a bath tub than a shower.
11         MS. BAUGHMAN:  Object to the form.
12         THE WITNESS:  That would be speculation.
13     Q   (BY MS. HORAN)  Well, no.  I'm asking if
14 you considered it.
15     A   Well, yeah, I mean I'd just have to
16 speculate.  There's -- you could see similarities
17 and differences.  But in the absence of being
18 able to find such an approach, I went with the --
19 I -- I adapted to Hennet's approach.
20     Q   Do you know whether the EPA has ever
21 studied VOC losses through filling a bath tub?
22         MS. BAUGHMAN:  Object to the form.
23 Foundation.
24         THE WITNESS:  Not to my knowledge.  I
25 wasn't -- I did a search and wasn't able to find

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 314 of 446

1    such information.

2         Q    (BY MS. HORAN)  What in your model

3    accounts for the splashing of the water and the

4    general movement of the water --

5         A    Agitation.

6         Q    Agitation.

7              -- when you fill through the manhole?

8         A    I'll refer back to the shower -- two

9    things.  The shower water hitting the floor and

10   -- that agitation.  I also included a -- in my

11   Table 20 -- on Page 22.

12        Q    Uh-huh.

13        A    I introduced a line 4 which Hennet did

14   not include in his analysis.  Losses doing daily

15   use of the water buffaloes.  And so that was an

16   attempt to account for additional losses.  In an

17   attempt to be conservative.

18        Q    Anything else?  Any other way you

19   accounted for splashing and agitation?

20        A    Just those two factors.

21        Q    I believe you said earlier that you

22   thought that the fact that a strainer on a water

23   buffalo intended to remove sediment would be

24   consistent with the strainer holes being smaller

25   than a shower.

1      A    Say again.

2      Q    I -- earlier, you testified that it was

3  your understanding that the strainer in a water

4  buffalo would be used to remove sediment.

5           Do you recall that?

6      A    I was -- actually referring to that in

7  that one caption.  It says sediment removal.

8      Q    And what impact would that have on the

9  size of the holes compared to a shower?  Would

10  they be larger or smaller?

11      A    Size of a hose compared to a shower.

12  I'm not sure I understand the relationship.

13      Q    Sure.

14           So if you have a strainer that's

15  designed to filter out sediment, would you expect

16  the holes in the strainer to be larger or smaller

17  than those in a showerhead?

18      A    It would depend upon what size of

19  sediment was being removed.  I could see it going

20  either way.  I'd have to -- I'd have to see a --

21  a strainer.

22      Q    Do you know what sediment would have

23  been removed from the water buffaloes strainer?

24      A    I could imagine that it was -- no, I

25  don't.  But I could imagine, if you're filling

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 316 of 446

1  from a lake or a pond, you're trying to remove

2  sediment from that water source would be my

3  impression.

4      Q    And if you're removing sediment from a

5  lake or a pond, would the strainer holes be

6  larger or smaller than those in a showerhead?

7      A    I could see that going either way.  I

8  could see a case where it might be smaller and I

9  could see a case where it might be larger.  The

10  smaller it is, the harder it would be for the

11  water to get through the strainer.  So as the

12  holes get -- the holes, or I would say grid, in

13  the strainer get smaller and smaller, create more

14  and more resistance of water flow and would be

15  harder to fill through that strainer.

16      Q    And the smaller the holes, the larger

17  the surface area of the water going through it?

18      A    Could be.

19      Q    You state that the higher velocity

20  during filling via the manhole leads to 33

21  percent less volatilization due to less time

22  falling from the pipe.

23          Fair?

24      A    You're referring to my calculations?

25      Q    Yes.

1      A    That -- that adds to the fall height and

2    the -- yes.  Can you restate the question?

3      Q    Sure.

4           You state that a higher velocity during

5    filling via the manhole will lead to a 33 percent

6    less volatilization due to less time falling from

7    the pipe.

8      A    We're talking through the manhole now?

9      Q    Uh-huh.

10     A    And you're referring to my calculations?

11     Q    Correct.

12     A    I think the 33 -- it's a combination of

13   the spray diameter and the time the fall -- the

14   time for volatilization.

15     Q    A higher velocity would also create more

16   aeration upon impact.

17          Fair?

18     A    And that comes back to the analogy of

19   the shower experiment where the water hitting the

20   floor of the shower would cause splashing.

21     Q    If a water buffalo was used for more

22   than one day in the field, would the loss of TCE

23   be higher than you estimated for half a day or

24   one day?

25          MS. BAUGHMAN:  Object to the form.

1           THE WITNESS:  That's speculative.  So
2    again, if it was used for...
3      Q   (BY MS. HORAN)  More than one day.
4      A   That could increase volatilization.
5      Q   Did you account for temperature changes
6    of the water and air in the water buffaloes?
7      A   I assume that could go both ways.  Lower
8    temperatures would have one effect; higher
9    temperatures would have another effect.
10     Q   So did you account for it in your model?
11     A   I assumed that that evened out because
12   it could go both ways.
13     Q   Earlier, you recall we were talking
14   about calibration and validation of the model
15   with your Opinion 2.  Is it your understanding
16   that calibration and validation are synonymous?
17          MS. BAUGHMAN:  Object to the form.
18          THE WITNESS:  I'd have to defer to the
19   -- I'd have to defer to the experts in that area.
20   The people that were doing that part of the work.
21   That was not my focus.
22     Q   (BY MS. HORAN)  You've read Dr.
23   Konikow's expert report and his deposition?
24     A   Yes.
25     Q   Do you agree with Dr. Konikow that a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 319 of 446

1    model cannot be validated?
2            MS. BAUGHMAN:  Object to the form.
3    Foundation.
4            THE WITNESS:  I'd have to review the
5    context of his report and -- to see what you're
6    referring to.
7        Q   (BY MS. HORAN)  Isn't it the case that
8    calibration validation of a model are distinct
9    processes?
10           MS. BAUGHMAN:  Object to the form.  Lack
11   of foundation.
12           THE WITNESS:  Again, I'd have to defer
13   to those that focused on that aspect of the
14   project.
15       Q   (BY MS. HORAN)  Have you ever calibrated
16   or validated a model?
17       A   Define model.  Yes, I have.  But -- in
18   my experimental work, we develop models and we
19   validate them.
20       Q   If you defer to the experts such as Mr.
21   Maslia, then you would agree that Tarawa Terrace
22   wasn't calibrated with treated water samples.
23           Fair?
24           MS. BAUGHMAN:  Object to the form.
25   Foundation.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 320 of 446

1          THE WITNESS:  I'm sorry.  I keep asking

2     you to repeat questions.  Please, one more time.

3          Q    (BY MS. HORAN)  Sure.

4          If you defer to the experts, as you've

5     stated, then you would agree that Tarawa Terrace

6     wasn't calibrated with treated water samples.

7          A    No, I would not agree with that

8     statement.

9          Q    Do you recall looking at Mr. Maslia's

10    report earlier today?  We looked at Mr. Maslia's

11    report earlier today in regards to Tarawa

12    Terrace.  It stated that the model was not

13    calibrated using the treated water samples;

14    correct?

15         A    I'm not in a position to comment on

16    calibration validation.  I defer to those that

17    were focused on that aspect of the project.

18         Q    Sure.

19         And if you were incorrect and the Tarawa

20    Terrace model by ATSDR was not calibrated using

21    treated water samples, then the ATSDR model for

22    Tarawa Terrace would not indirectly account for

23    VOC losses at the water treatment plant.

24         MS. BAUGHMAN:  Object to the form.

25    Foundation and asked and answered.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 321 of 446

1           THE WITNESS:  Yes.  I agree.

2       Q   (BY MS. HORAN)  Earlier in this

3   deposition, you stated that you had seen the

4   photos from Dr. Hennet's visit and read

5   deposition testimony about his February 2025

6   visit.

7           Do you recall that?

8       A   I read his deposition.  That included

9   discussion about that visit.

10      Q   And part of that was Dr. Hennet's

11  measurement of the Hadnot Point spiractor.

12          Fair?

13      A   Correct.

14      Q   And you understood Dr. Hennet's

15  measurements of the spiractor that he conducted

16  in February 2025?

17          MS. BAUGHMAN:  Objection to form and

18  foundation.

19          THE WITNESS:  Yeah, it's -- there wasn't

20  documentation to his pictures.  So I can't say

21  that I fully under -- that I understood what

22  exactly was done.

23      Q   (BY MS. HORAN)  So through his photos

24  and testimony, you were not able to fully

25  understand how Dr. Hennet measured the spiractor

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 322 of 446

1   at Hadnot Point?

2        A    No.  I will comment that it was an

3   empty, non-operating -- no chance to see the

4   constricted water reducing the fall height.  So

5   to me, the AH photos that incorporate those are

6   -- are valuable.

7        Q    And sitting here today, do you have any

8   methodology that you could use to measure a

9   spiractor fall height while the spiractor is in

10  use?

11            MS. BAUGHMAN:  Object to the form.

12            THE WITNESS:  I have no question that it

13  could be done.

14       Q    (BY MS. HORAN)  Do you know how to do

15  it?

16       A    I can't say -- I can't say how exactly I

17  would do it, but given time and resources, it

18  could be done.

19       Q    During the breaks today, have you spoken

20  with counsel about any substance related to your

21  testimony?

22       A    Just a reminder to let you finish a

23  question, to pause.  So we had discussions in

24  that nature.

25       Q    Anything else related to the substance

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 323 of 446

1   of your testimony?
2       A    Nothing substantive.  Just the
3   procedural-type issues.
4       Q    Okay.  Dr. Sabatini, thank you very much
5   for your time today.
6       A    Thank you.
7           MS. HORAN:  I will pass the witness.
8           MS. BAUGHMAN:  And how much time's left?
9           THE VIDEOGRAPHER:  We are at six hours
10  and 58 minutes.
11                      EXAMINATION
12  BY MS. BAUGHMAN:
13      Q    Dr. Sabatini, I have some questions for
14  you.  Okay.  First, let's -- let's talk about
15  Exhibit 3.  If you can pull that up.  Pull that
16  from your materials.
17      A    Say again.
18      Q    Exhibit 3.  That's the supplemental and
19  amended materials considered list.
20      A    One.  Got them mixed up.  This one.
21      Q    Okay.  All right.  Did you prepare the
22  supplemental/amended materials considered list
23  dated April 9, 2025?
24      A    Legal staff prepared this for me.
25      Q    Okay.  I want to -- turn, please, to

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 324 of 446

1  Page 9 where it says, additional materials
2  considered.
3       A    (Witness complies.)
4       Q    Okay.  Now, turn -- well, first of all,
5  I just want you to look at the volume, or the
6  number of documents, from Page 9 to Page 30.
7  Just flip through.
8       A    Okay.
9       Q    Did you review this volume or this
10  number of new documents between the time that you
11  signed your report on January 14, 2025 and to
12  April 9, 2025?
13       A    No.
14       Q    Okay.  In that timeframe, from after you
15  signed your report January 4 -- 14, 2025 until
16  today, can you identify new documents that you
17  reviewed that you had not reviewed prior to
18  finalizing and signing your report?
19       A    I think there was just the CLW
20  mentioned.  Other than -- other than maybe a CLW,
21  no.
22       Q    Okay.  Well, you -- to be fair, there
23  are depositions that didn't exist before.
24       A    I'm sorry.  I'm sorry.
25       Q    And you reviewed those depositions;

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 325 of 446

1    right?

2         A    Yes.  Yes.  I'm sorry.  Yes.  Yes.

3         Q    So other than the depositions that

4    didn't exist before January 14, 2025 and a CLW

5    document that you've referenced, can you think of

6    any other document you reviewed after signing

7    your report that's new?

8         A    No.  Not to my recollection.  No.

9         Q    Okay.  Do you know why there's this --

10   and especially, the number of Bates-stamped

11   documents -- do you know why there's so many

12   documents from Page 9 to Page 30 of Exhibit 3?

13             MS. HORAN:  Objection.  Foundation.

14             THE WITNESS:  Background information

15   that did not play into my rebuttal report.  Much

16   -- much of it.

17        Q    (BY MS. BAUGHMAN)  Okay.  So to the best

18   of your knowledge, other than the one CLW

19   document and the depositions that have been taken

20   after January 14, 2025, are there any new

21   documents that you're relying on for your

22   rebuttal report that you reviewed after signing

23   your report?

24        A    No.

25        Q    Okay.  Just to refresh your

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 326 of 446

1  recollection.  December 9, 2024.  That's the date
2  of Dr. Hennet's report.  And the date of your
3  report is January 14, 2025.  In that timeframe,
4  is there a reason why you did not request to go
5  to Camp Lejeune for a site visit?
6       A    I felt we -- with the AH report and
7  Hennet's report, I had the data, the information
8  I needed to make my assessment, my calculations.
9  And I actually -- the AH values from 2004 were
10  meaningful to me.  Felt they were more relevant
11  than anything I might see in 2025.
12       Q    Why is that?
13       A    Just more representative of what was
14  there in -- decades ago.  They also operating --
15  show the spiractor in operation which is
16  important in terms of the fall height.
17       Q    Being AH did that?
18       A    Yes.
19       Q    Okay.  All right.  We'll get to that in
20  a few minutes.
21            Can you pull out -- can you pull out
22  Exhibit 7 for me?
23       A    7?
24       Q    Yes.
25       A    Okay.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 327 of 446

1      Q   So if you remember, defense counsel
2  asked you a question about a vent --
3      A   Yes.
4      Q   -- on the -- the water buffalo --
5      A   Correct.
6      Q   -- using that document.
7          Does this vent that's on the water
8  buffalo change your calculations and opinions
9  regarding volatilization from the water
10 buffaloes?
11     A   No.
12     Q   Why not?
13     A   This is similar to the -- if you will,
14 this is similar to the vents on the reservoirs at
15 the water treatment plant.  Allows water to
16 escape as water is filled up -- air to escape as
17 water is filled up to the valves.  Air to --
18 prevents pressurization in the vessel.
19     Q   What affect would it have to
20 volatilization?
21     A   It would -- it's not -- there's not --
22 causing air to flow over the water in a way that
23 would increase volatilization.
24     Q   Okay.  You made a statement earlier
25 today in response to defense counsel's questions.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 328 of 446

1  You said something like, given an ultimate amount

2  of time, VOCs leave water.

3          Do you recall saying that?

4      A   Yes.

5          MS. HORAN:  Objection to form.

6      Q   (BY MS. BAUGHMAN)  What do you mean by

7  "ultimate amount of time"?

8      A   An extreme amount of time much, much

9  greater than what's practical in a water

10  treatment plant reservoir.

11      Q   So both you and Dr. Hennet used --

12  what's the name of the -- the calculation that

13  you used?  Here.

14      A   For the -- the fall height or --

15      Q   No, no.  Here.  The volatilization from

16  water.  It's in Thomas.

17      A   Thomas.

18      Q   Okay.  If VOCs leave water just from

19  having -- from being exposed to air, why is the

20  Thomas method necessary?

21      A   Henry's law calculates -- tells us where

22  it would happen at equilibrium, but we're often

23  far from equilibrium in practice.  And so the

24  whole reason that AH and Hennet used the Thomas

25  method is to recognize that in practical

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 329 of 446

1  applications, we're often far from equilibrium

2  and so we have to use a kinetic-based model to

3  account for volatilization.

4      Q    Okay.  So if you look at Exhibit 9, if

5  you could turn to Table 15-3.

6          MS. HORAN:  What page is that?

7          THE WITNESS:  Say again.

8      Q    (BY MS. BAUGHMAN)  Table 15-3.

9      A    Okay.

10     Q    It's the same table defense counsel

11  asked you about in her questions.

12     A    Okay.

13         MS. HORAN:  Think it's on Page 15-20.

14         THE WITNESS:  Page 15-20.

15     Q    (BY MS. BAUGHMAN)  And do you recall

16  that you were asked a number of questions about

17  the fact that Dr. Hennet used .008 --

18     A    Yes.

19     Q    -- for the oxygen reaeration

20  coefficient?  Correct?

21     A    Correct.

22     Q    Look at -- under river.  What's the

23  first literature value reported for an oxygen

24  aeration coefficient for river?

25     A    0.008.

1      Q    The same one that -- used by Dr. Hennet?

2      A    Yeah.

3      Q    Okay.  I want to ask you a few questions

4  about recarbonation basins.  There's a

5  recarbonation basin at Hadnot Point; is that

6  correct?

7      A    Yes.

8      Q    Actually, let's look at the schematic

9  that you have in your report.  Make sure we're

10  talking about the same thing.  Okay.

11          MS. HORAN:  What page?

12      Q    (BY MS. BAUGHMAN)  If you could turn to

13  Page 3, Figure 3-1.

14      A    (Witness complies.)  Yes.

15      Q    Okay.  So Figure 3-1, Hadnot Point water

16  treatment plant in your report, you took that

17  from AH Environmental report; is that right?

18      A    Correct.

19      Q    Okay.  And it shows the recarbonation

20  basin after the spiractors; correct?

21      A    Correct.

22          MS. HORAN:  Objection to the form.

23      Q    (BY MS. BAUGHMAN)  Okay.  Was the

24  recarbonation basin operating in 2025?

25          MS. HORAN:  Objection to form.

1    Foundation.
2              THE WITNESS:  No.
3        Q    (BY MS. BAUGHMAN)  How do you know that?
4        A    Not to my knowledge.  No.
5        Q    How do you know that?
6        A    That's the indication -- I'm sorry.  In
7    20- --
8        Q    '25.
9        A    Yeah.  To my knowledge, no.
10       Q    Okay.  What about in 2004, when AH
11   Environmental was out investigating and seeing --
12   making site visits to the Hadnot Point water
13   treatment plant?  Was the recarbonation basin
14   operating?
15       A    According to the report --
16             MS. HORAN:  Objection to the form;
17   foundation.
18             THE WITNESS:  According to the report,
19   no.
20       Q    (BY MS. BAUGHMAN)  Okay.  Since we got
21   the objection, let's turn to the AH Environmental
22   report.  It's attached to your report.  And if
23   you could turn to Page 2-8.
24       A    2-8.  (Witness complies.)
25       Q    Read the first sentence on 2-8, please.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 332 of 446

1      A    "At some unknown time in the past
2   decades, the plant operators discontinued
3   recarbonation."
4      Q    Okay.  And that's stated in the --
5      A    2004.
6      Q    -- in the 2004 report of AH?
7      A    Yes.
8      Q    Okay.  And have you -- in all of your
9   work that you've done in this case, have you seen
10  any indication in any document, including Dr.
11  Hennet's report, that indicates that the
12  recarbonation basin was used at any time from the
13  decades prior to 2004 until 2025?
14     A    No.
15     Q    Okay.  So while we're talking about the
16  recarbonation basin -- we're on Page 4-2 -- I
17  want to -- well, turn to Page 4-2 of AH 2004
18  report that's attached to your report.
19     A    (Witness complies.)
20     Q    And this is what I want to ask you.
21  Even though the recarbonation basin wasn't
22  running, what role did it play in terms of your
23  calculations regarding volatilization at the
24  Hadnot Point water treatment plant?
25     A    The AH indicates that the recarbonation

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 333 of 446

1    basin created a constriction that caused water to
2    back up in the effluent pipe of the spiractor and
3    reduced the fall height.  And so even though it
4    was no longer operating as a recarbonation basin,
5    water was still flowing through it to get from
6    the spiractors to the filters.
7         Q    This statement on Page 4-2 of AH.  Can
8    you read the sentence that starts "because of the
9    downstream recarbonation basin"?  Can you read
10   that?
11        A    Because of the downstream recarbonation
12   basin at the plant, the available head loss --
13        Q    The available --
14        A    -- the available head does not appear to
15   allow fall height of greater than approximately 1
16   foot.
17        Q    And?
18        A    And the effluent pipe is likely to be
19   flowing full.
20        Q    Okay.  What does that mean, the
21   available head?  What's the available head that
22   does not appear to allow fall height of greater
23   than 1 foot?  What's that available head mean?
24        A    That's just the energy of being able to
25   -- the fall height that the water can go.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 334 of 446

1    Q   Okay.  And so what is it about the
2  Hadnot Point water treatment plant that's not
3  allowing the fall height to be greater than 1
4  foot?
5    A   The recarbonation basin creating a
6  blockage, if you will, to the water flowing.
7    Q   And if -- if the water treatment plant
8  is not running and the spiractor is empty, would
9  one be able to see the fact that the fall height
10 can't be greater than 1 foot?
11           MS. HORAN:  Objection to form.
12           THE WITNESS:  No.  You couldn't -- you
13 can only determine that under hydraulic flowing
14 conditions.
15    Q   (BY MS. BAUGHMAN)  Okay.
16    A   Then as we said before, Figure 4-3 shows
17 a nice demonstration of what it looks like
18 without the back.  Holcomb Boulevard that didn't
19 have the restriction has a much cleaner, deeper
20 fall height.
21    Q   Okay.  So just for the record, did
22 Holcomb Boulevard have a recarbonation basin?
23    A   No.
24    Q   Okay.  And so you're saying Figure 4-3
25 shows what -- what -- the fall would look like --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 335 of 446

1    or what the flow would look like at the spiractor
2    without a recarbonation basin.
3            A    With a 2-foot fall height.
4            Q    Okay.
5            A    And AH points that out in their
6    document.
7            Q    Okay.
8            A    They say, on Page 4-2, if I might,
9    "However, Holcomb Boulevard water treatment
10   plant, because of the absence of recarbonation,
11   water falls approximately 2 feet to the bottom of
12   the pipe section."
13           MS. BAUGHMAN:  Can I -- do you have any
14   stickers over there?
15           THE REPORTER:  (Hands exhibit stickers
16   to Ms. Baughman.)
17           MS. BAUGHMAN:  Thank you.
18           What's our next one?  Next exhibit?
19           MS. O'LEARY:  We're at 14.
20           MS. BAUGHMAN:  14 is next?
21           MS. O'LEARY:  No.  15.
22           MS. BAUGHMAN:  15.  Thank you.
23           MS. HORAN:  Do you want to just do
24   Plaintiffs' Exhibit 1?
25           MS. BAUGHMAN:  It does say Plaintiffs'

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 336 of 446

1   Exhibit.  You want me to start with 1, then?

2          MS. HORAN:  Yeah, I think that would

3   probably be cleaner.

4          MS. BAUGHMAN:  Okay.  All right.

5   (Plaintiffs' Exhibit 1 marked for identification)

6          MS. HORAN:  Do you have a copy of it for

7   me?

8          MS. BAUGHMAN:  Yes.  But I'm just not

9   quite ready yet.

10         MS. HORAN:  Oh, Sorry.

11         MS. BAUGHMAN:  Give me a second.

12     Q   (BY MS. BAUGHMAN)  If you could turn to

13  Page 16 of your report which is Exhibit 2.

14     A   (Witness complies.)

15     Q   Okay.  I'm going to turn your attention

16  to the second full paragraph where you refer to

17  Maslia's table -- and this is in the context --

18  this is discussing your Opinion Number 2;

19  correct?

20     A   Say again.  This is...

21     Q   Okay.  So just for context, we're

22  talking about Opinion Number 2 here.

23     A   2.  Correct.

24     Q   Okay.  And in this Page 16, the second

25  full paragraph, you reference a document CLW606

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 337 of 446

1  regarding the July 28, 1982 samples.

2          Do you see that?

3          MS. HORAN:  Objection to form.

4          THE WITNESS:  Yes.

5      Q   (BY MS. BAUGHMAN)  Okay.  So I'm going

6  to hand you what I've marked Plaintiffs' Exhibit

7  1.  And is Plaintiffs' Exhibit 1 CLW606 that you

8  referenced in your report at Page 16?

9      A   Yes.

10     Q   It is?  Okay.

11         So in your report, you're referring to

12  samples of the Hadnot Point water treatment plant

13  taken on July 28, 1982; correct?

14         MS. HORAN:  Objection to form.

15         I think you meant Tarawa Terrace.

16         MS. BAUGHMAN:  Thank you.  Let me -- let

17  me -- let me try that again.

18     Q   (BY MS. BAUGHMAN)  On your report on

19  Page 16, when you're referring to CLW606, you're

20  referring to July 28, 1982 samples taken at

21  Tarawa Terrace.

22     A   Yes.  Tarawa Terrace.  Yes.

23     Q   And they're both raw water and treat

24  water; correct?

25     A   Yes.  Correct.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 338 of 446

1      Q    And what were the findings?

2      A    The raw water was 76 and the treated

3  water was 82.

4      Q    Okay.  Samples taken on the same day?

5      A    Yes.  That's --

6      Q    Okay.  And you cited Exhibit 1, CLW606,

7  in support of that proposition; correct?

8      A    Correct.

9           MS. HORAN:  Objection to form.

10     Q    (BY MS. BAUGHMAN)  Okay.  I want to turn

11  your attention to -- well, first of all, the

12  first page of 606.  This tells -- who wrote this

13  document?  Who's the author?

14          MS. HORAN:  Objection to form;

15  foundation.

16          MS. BAUGHMAN:  What's the objection to

17  asking who the author is so I can -- so I can

18  rephrase the question, what's the objection?

19          MS. HORAN:  So I mean, we can all read

20  what this document says, but I don't know if what

21  he's --

22          MS. BAUGHMAN:  So what's wrong with the

23  form?

24          MS. HORAN:  -- his understanding of this

25  is.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 339 of 446

1          MS. BAUGHMAN:  Okay.  Okay.

2      Q   (BY MS. BAUGHMAN)  Dr. Sabatini, who is

3  the author of Exhibit 1, CLW606?

4          MS. HORAN:  Same objection.

5          THE WITNESS:  Ms. Betz.

6          THE REPORTER:  I'm sorry.  What was the

7  answer?

8          THE WITNESS:  B-e-t-z.

9      Q   (BY MS. BAUGHMAN)  Okay.  And what was

10  Ms. Betz's job title, according to the document?

11      A   Quality control lab.

12      Q   Okay.  So if you turn to the second page

13  on Paragraph Number 8, does Ms. Betz provide any

14  opinion regarding the significance of the raw and

15  treated samples that you cite in your report in

16  terms of what she thought about what that told

17  her?

18          MS. HORAN:  Objection to form;

19  foundation.

20          THE WITNESS:  Point 8, she comments on

21  the tetrachloroethylene from Tarawa -- well, yes,

22  she does.

23      Q   (BY MS. BAUGHMAN)  And what does she

24  say?

25      A   Level of tetrachloroethylene from Tarawa

1   Terrace system averaged --

2        Q    Let me withdraw that.

3        A    Okay.

4        Q    Let me ask you this.

5             Do you see where she starts with

6   "therefore"?

7        A    Therefore.  Therefore.  Yes.  Okay.

8        Q    Okay.  What does Ms. Betz tell us in

9   terms of what she thought the difference was

10  between the raw and treated samples at Tarawa

11  Terrace?

12       A    "Therefore, with no significant

13  difference between raw and treated samples."

14       Q    Okay.  So what -- so Ms. Betz -- you see

15  at the bottom, she signed this document?

16       A    Supervisor chemist.

17       Q    With a signature; correct?

18       A    Correct.

19       Q    So do you agree with Ms. Betz that there

20  was no significant difference between the raw and

21  treated samples at Tarawa Terrace on July 28th of

22  1982?

23            MS. HORAN:  Objection to form.

24            THE WITNESS:  Correct.

25       Q    (BY MS. BAUGHMAN)  What was your answer?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 341 of 446

1    A    Yes.   Correct.

2    Q    Okay.   And let me ask you this.   You

3 also looked at some comparisons between raw and

4 treated samples for Hadnot Point; correct?

5    A    Yes.   On -- yes.

6    Q    Okay.   And you discuss that on Page 15

7 of your report.

8    A    Correct.

9    Q    Okay.   And defense counsel asked you

10 some questions about the December 4, 1984

11 samples.   But can you tell me what the results

12 were for July 27, 1982, in terms of the

13 difference between the raw and treated samples at

14 Hadnot Point?

15    A    July 27th.   Nineteen and 21.

16    Q    '82.

17    A    Yeah.   19 micrograms per liter and 21

18 micrograms per liter.

19    Q    Okay.   Now, you've referenced that and

20 several other pairs of samples taken for raw and

21 treated on the same day for Hadnot Point;

22 correct?

23    A    Correct.

24    Q    Okay.   So what significance if any to

25 your opinions is there comparing these raw

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 342 of 446

1   untreated samples at Hadnot Point and Tarawa

2   Terrace with regard to your Opinion Number 1?

3       A    They were reinforced -- they validate --

4   they support the lack of volatilization minimal

5   to -- minimal to negligible volatilization.  They

6   help support my calculations that the losses

7   would be minor.

8       Q    Okay.

9       A    They help support my opinion which was

10  minor losses.

11      Q    Now, I want to go back to the AH 2004

12  report for a moment.  Do you know what AH based

13  its opinions and conclusions on in that report?

14           MS. HORAN:  Object to the form.

15           THE WITNESS:  Well, they state it

16  upfront.  So Page 1-1.  Bottom paragraph.

17  They're retained by Camp Lejeune.  Scope of work

18  included developing estimates.  As part of this

19  effort, AH conducted a literature review, a

20  search of appropriate archives to assist in the

21  development referenced estimates of VOC losses,

22  removal rates.

23           And also in their 2005 expert panel,

24  they discuss further the -- all that they did.

25  Evaluating all the basins, looking for any

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 343 of 446

1    disruptions in the basins, et cetera.

2         Q    (BY MS. BAUGHMAN)  Okay.  Give me just a

3    moment.

4         Okay.  If you could turn to Page 2-5.

5    Section 2.3 under water plant descriptions.

6         A    Uh-huh.

7         Q    What did AH base its description of the

8    water plant on?

9         A    Based on interviews with base personnel,

10   site visits, examinations of design, and as-built

11   drawings pertain to part of this project.

12        Q    Okay.  Do you know whether AH, in coming

13   up with its opinions and conclusions regarding

14   the extent of volatilization at the water

15   treatment plants at Camp Lejeune, whether they

16   took into account any kind of agitation or

17   splashing in the tanks or the air -- or the water

18   towers or the water reservoirs?

19        A    In their expert report, they comment

20   that they looked for any evidence of agitation

21   and they narrowed it down to the things that they

22   based their calculations on.

23        Q    So when you say expert report --

24        A    I'm sorry.  Panel.  Expert panel.

25        Q    Okay.  And when you expert panel, are

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 344 of 446

1  you referring to the comments by Dr. Pommerenk?

2      A    Yes.

3      Q    From what year?

4      A    2005.

5      Q    Okay.  And so what did Dr. Pommerenk say

6  in 2005 rather about whether they took agitation

7  into account in reaching their conclusions on

8  volatilization?

9      A    Said that they took all those factors

10  into consideration in identifying where they

11  needed to focus their calculations and their

12  estimations.

13      Q    Okay.

14          MS. BAUGHMAN:  Okay.  I'll pass the

15  witness.

16                  FURTHER EXAMINATION

17  BY MS. HORAN:

18      Q    Do you know what percentage of water in

19  any of the paired treated and untreated samples

20  that you cited in your report -- do you know if

21  -- what wells any of those samples came from?

22      A    What any of those...

23      Q    Samples came -- what wells were on when

24  those pairs were taken.  Do you know what wells

25  were on?

1       A    Not off the top of my head.  No.

2       Q    Do you know whether the wells or pump

3    rates of the wells consistent at the time of any

4    of the paired treated and untreated samples?

5            MS. BAUGHMAN:  Object to the form.

6            THE WITNESS:  I'd have to look in the

7    documentation.

8       Q    (BY MS. HORAN)  So sitting here today,

9    you don't know the answer?

10      A    No.

11      Q    At one point in your questioning with

12   your counsel about the amended materials

13   considered list, you said in reference to new

14   documents that were added that you've reviewed

15   since filing your rebuttal report.

16           The CLW you mentioned.  What document

17   were you referencing when you said that?

18      A    I don't remember the number.  It was one

19   that -- right now, I don't recall.

20           MS. BAUGHMAN:  I handed you what I

21   thought it was earlier today.  You can ask him if

22   that's it.

23           THE WITNESS:  Yeah, that's --

24           MS. BAUGHMAN:  And to tell you the

25   truth, that document that I handed you, the

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 346 of 446

1    important part, is 606 which he already had.

2              THE WITNESS:  Okay.  That's it then.

3         Q    (BY MS. HORAN)  It's the 606 document

4    that you were thinking of?

5         A    Yes.

6         Q    It doesn't look like that was included.

7              MS. HORAN:  This is not intended to be a

8    memory test.  Could you just identify?

9              MS. BAUGHMAN:  Can I see that one?

10             MS. HORAN:  (Hands document to Ms.

11   Baughman.)

12             MS. BAUGHMAN:  Yeah.  Thank you.

13             Can we go off the record for a second.

14             THE VIDEOGRAPHER:  We're off the record

15   at 6:13 p.m.

16      (Off the record from 6:13 p.m. to 6:14 p.m.)

17             THE VIDEOGRAPHER:  We're back on the

18   record at 6:14 p.m.

19        Q    (BY MS. HORAN)  Would you agree that if

20   pump rate or fractive pumping of wells that were

21   the source of contamination varied such that the

22   system was not always at a steady state for

23   contaminant concentration entering the water

24   treatment plants --

25             MS. BAUGHMAN:  Objection to the form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 347 of 446

1      Q    (BY MS. HORAN)  -- then the samples
2    would not show a quantity of treatment losses?
3              MS. BAUGHMAN:  Object.
4      Q    (BY MS. HORAN)  When I say the samples,
5    I mean the paired samples.
6      A    That's speculative.  There's certainly
7    that possibility.
8              MS. HORAN:  I don't know that we need
9    to --
10     Q    (BY MS. HORAN)  I believe you testified
11   earlier that you had reviewed Dr. Longley's
12   expert report.  He's the historian.
13     A    Dr...
14     Q    Longley.  He's a historian.
15     A    Yes.  Yes.
16             MS. HORAN:  We don't -- we don't see
17   this on the materials considered list.
18             MS. BAUGHMAN:  I think he's confused.  I
19   think he reviewed Brigham, and he's thinking
20   Longley.  I -- I don't know that he's reviewed
21   Longley.  I don't think he has.
22             MS. HORAN:  Well, could you follow up
23   and follow up with us?
24             THE WITNESS:  Longley's --
25     Q    (BY MS. HORAN)  The historian.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 348 of 446

1     A    Right.

2     Q    Yeah.

3          MS. HORAN:  Can we just -- can you just

4     follow up with us, Laura?  We'll just find out.

5          MS. BAUGHMAN:  Hold on.  Okay.  Are you

6     done?

7          MS. HORAN:  Yeah.  Nothing further.

8          MS. BAUGHMAN:  Okay.  I'll tell you, for

9     the record -- I've confirmed it -- he's never

10    been provided Longley.  He's confused because

11    you're saying "historian".

12          THE REPORTER:  We're still on?

13          MS. BAUGHMAN:  Yes.  We're still on.

14          He's confused because you're saying

15    historian, so he's assuming that's the historian

16    that he had reviewed.  Okay?  He reviewed

17    Brigham, and that's on the list.

18          MS. HORAN:  We just wanted to understand

19    the --

20          MS. BAUGHMAN:  So I'm not going to

21    supplement because --

22          MS. HORAN:  That's fine.

23                    FURTHER EXAMINATION

24    BY MS. BAUGHMAN:

25     Q    How many -- let me -- I'm going to ask

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 349 of 446

1    you a few follow-ups.

2              How many different historian expert

3    reports did you review?

4         A    One that I recall.

5         Q    Okay.  Was that Dr. Brigham?

6         A    Yes.

7         Q    Okay.  So did you review Dr. Longley's

8    report?

9         A    Not to my recollection.

10        Q    Okay.  Were you confused because she

11   used the word historian?

12        A    Yeah.  Historian.  I mean....

13        Q    Okay.  Let me just ask you a couple of

14   other things.

15             So you have these paired samples that

16   you're relying on for your Opinion Number 2 which

17   also relate to your Opinion Number 1 which you

18   talked about earlier; right?  Correct?

19        A    Correct.

20        Q    Okay.  And you've been asked by defense

21   counsel some questions about, well, do you know

22   which wells were pumping and what if they

23   changed.

24             What's the likelihood that that wells

25   would be pumping differently on the same day such

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 350 of 446

1   that it would change the results?

2           MS. HORAN:  Objection to form.

3       Q   (BY MS. BAUGHMAN)  What's your opinion

4   on that based on all the work --

5       A   That seems --

6       Q   -- based on all of the work you've done

7   and the documents you've reviewed?

8           MS. HORAN:  Objection; foundation.

9           THE WITNESS:  That would seem very

10  unlikely.  Very unlikely.

11      Q   (BY MS. BAUGHMAN)  Does the concept that

12  the different wells could have been pumping at

13  different times on the same day change your

14  confidence in your reliance on the paired samples

15  to support your Opinions 1 and 2?

16          MS. HORAN:  Objection to form.

17          THE WITNESS:  No.

18      Q   (BY MS. BAUGHMAN)  And why is that?

19      A   Just the unlikely nature in that it

20  would happen on each of those episodes and each

21  of those times.

22      Q   (BY MS. BAUGHMAN)  Okay.

23          MS. BAUGHMAN:  I'll pass the witness.

24          MS. HORAN:  Nothing.

25          MS. BAUGHMAN:  Go ahead.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 351 of 446

1            MS. HORAN:  Nothing further.

2            Thank you, Dr. Sabatini, for your time

3    today.

4            THE WITNESS:  Thank you.

5            THE VIDEOGRAPHER:  We're off the record

6    at 6:19 p.m.

7            THE REPORTER:  Can both of you right

8    here state just for the record, your order for

9    the transcript?  Are you ordering the transcript?

10           MS. BAUGHMAN:  Yes.  But that's all with

11   Golkow, and there's a whole leadership committee.

12   So I want whatever we normally do.  Okay.

13           MS. HORAN:  Can we have a three-day

14   turnaround, please?

15         (Deposition concluded at 6:19 p.m.)

16

17

18

19

20

21

22

23

24

25

                        Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 352 of 446

1                         J U R A T
2    STATE OF OKLAHOMA  )
                         )  SS:
3    COUNTY OF _____)

4

5             I, DAVID ALLEN SABATINI, PH.D, PE,
6    BCEE, do hereby state under oath that I have read
7    the above and foregoing deposition in its
8    entirety, and that the same is a full, true, and
9    correct transcription of my testimony so given at
10   said time and place, except for the corrections
11   noted.

12

13        _____
          DAVID ALLEN SABATINI, PH.D, PE, BCEE
14

15            Subscribed and sworn to before me, a
16   Notary Public in and for the State of Oklahoma by
17   said witness, DAVID ALLEN SABATINI, PH.D, PE,
18   BCEE, on the _____ day of _____ 2025.

19

          _____
20        Notary Public in and for the
          State of Oklahoma

21
          My Commission Expires:_____
22
          My Commission Number:_____
23

24

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 353 of 446

1            C O R R E C T I O N   S H E E T

2    NAME:      DAVID ALLEN SABATINI, PH.D., PE, BCEE

     CASE:      IN RE: CAMP LEJEUNE WATER LITIGATION

3    DATE:      APRIL 11, 2025

     REPORTER: LANA L. LEDFORD, CSR

4    PG/LN      CORRECTION          REASON FOR CORRECTION

5    _____    _____    _____

6    _____    _____    _____

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18   _____    _____    _____

19   _____    _____    _____

20   _____    _____    _____

21   _____    _____    _____

22   _____    _____    _____

23   _____    _____    _____

24   _____    _____    _____

25   _____    _____    _____

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 354 of 446

```
1                C E R T I F I C A T E
2    STATE OF OKLAHOMA        )
                              )  SS:
3    COUNTY OF OKLAHOMA       )
4             I, Lana L. Ledford, a Certified
5    Shorthand Reporter within and for the State of
6    Oklahoma, certify that DAVID ALLEN SABATINI,
7    PH.D, PE, BCEE was sworn to testify the truth;
8    that the deposition was taken by me in stenotype
9    and thereafter transcribed by computer, and is a
10   true and correct transcript of the testimony of
11   the witness; that the deposition was taken on
12   APRIL 11, 2025, AT 120 NORTH ROBINSON AVENUE, 4TH
13   FLOOR, OKLAHOMA CITY, OKLAHOMA 73102; that I am
14   not an attorney for nor relative of either party,
15   or otherwise interested in this action.
16             Witness my hand and seal of office on
17   the 16TH day of APRIL 2025.
18

                        <%824,Signature%>
19                      _____
                        LANA L. LEDFORD, CSR
20                      for the State of Oklahoma
                        CSR #01776
21
22
23
24
25
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 355 of 446

| & | 1 | | |
|---|---|---|---|

**&**

**&** 2:4

**0**

**0.008.** 330:25
**0000000010**
104:7
**0000002424**
62:9
**0000002426**
16:11
**0000002426-...**
4:3
**0000003331-...**
3:15
**00000044016**
116:20
**00000066207**
207:18
**0016** 200:11
**0046** 189:12
190:10,20
**008** 199:19
200:6 330:17
**00897** 1:5
207:18
**0096** 190:21
200:4
**01776** 355:20
**07-00000031...**
101:21

**1**

**1** 3:15 4:3 16:8
16:10 19:22
27:1 50:25
57:11 68:2
132:20,21
137:16 141:4
142:18 143:4,9
143:12 145:15
145:25 149:5
149:12,16,22
150:1,5 156:12
156:13 158:25
159:14,16
164:9 178:4,19
179:12,22
290:17 334:15
334:23 335:3
335:10 336:24
337:1,5 338:7
338:7 339:6
340:3 343:2
350:17 351:15
**1-1** 124:24
126:1 343:16
**1-14-25** 4:5
**1-5** 286:16
**1.6** 302:19
303:1
**1.7.15** 236:8
**1/23** 20:4
**10** 4:14 59:16
59:20 107:2,5

107:6 130:20
131:5 137:19
152:10,18
155:17 170:23
201:13,19
202:11,15,23
202:25 204:8
207:16,20
212:5 213:17
233:21 292:3,6
296:21 297:5
300:19 301:8
301:24
**100** 292:4
**10003** 2:5
**101** 4:8
**104** 4:9
**105** 4:21
**106** 277:8,16,19
277:24 278:2,5
279:1,17,23
280:4,11,21
285:6,12
**107** 277:19
285:12 286:12
294:4,11
**107s** 288:10
**10:47** 95:10,11
**11** 1:16 4:15
5:6 6:3 30:21
30:21 204:12
229:14,15
291:7 354:3
355:12

**1100** 2:8
**111** 208:3
**112** 260:3
**116** 4:10
**11:00** 95:11,13
**11th** 22:10
**12** 4:16 30:22
30:23 31:9
129:3,15,24
130:8,12
131:25 132:23
143:15 215:20
241:19,21
255:19 256:14
294:23 297:13
**120** 355:12
**129** 298:5
**12:05** 146:16
**12:16** 154:18
154:19
**12tdce** 61:19
**13** 4:17 59:16
59:20 291:4,6
**14** 4:18 27:12
132:3 227:21
228:12 236:2
238:18 242:17
250:16 285:22
300:7,9 325:11
325:15 326:4
326:20 327:3
336:19,20
**149** 294:18,20
295:5,7

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 356 of 446

**15**   42:14
131:23 146:23
248:18 281:15
281:18,19
282:18 286:15
342:6
**15-20**   189:9
199:22 330:13
330:14
**15-3**   189:11
191:11 199:22
330:5,8
**15-4**   186:24
**15-8**   200:13,22
200:23
**16**   4:3 235:3,5
255:8 261:11
262:14 281:17
337:13,24
338:8,19
**1632**   7:6
**16th**   355:17
**17**   20:13 21:15
24:18 267:3
285:24 292:25
**171**   102:4
**173**   4:11
**18**   63:5 200:22
223:14 292:22
**186**   4:12
**19**   297:22
299:14,15
302:7 306:2

342:17
**1941**   150:17,21
151:7,11
**1942**   150:17
151:7
**1950**   116:9
**1950s**   50:1
**1951**   279:12,20
**1953**   273:13
295:21 296:2
**1964**   286:4
**1965**   293:12
**1966**   293:12
**1968**   289:7
295:4,12,17,22
296:2 298:9
**1970**   297:15,18
299:9
**1971**   296:23
297:7
**1972**   285:24
286:3,10,18
287:1 288:6,11
289:7 290:3,12
292:11 293:16
**1980s**   50:1
**1981**   37:1
**1982**   155:17
248:19 256:10
257:4 258:8
260:2 338:1,13
338:20 341:22
342:12

**1984**   248:19
249:6,17
252:12,13,15
252:16,19
342:10
**1985**   37:4
256:15
**1987**   116:9
141:24 273:13
**1989**   37:7
**1990**   169:24
170:17 171:15
190:18 198:19
204:6,16
**1991**   302:14
**1999**   298:15
299:15
**1:16**   154:19,21

**2**

**2**   4:4 27:8,9
34:21 50:16,25
54:7,21 59:12
59:12,16,20
66:16 89:5
100:12 123:8
128:10 141:5
145:20 149:10
149:20 158:12
159:16 178:2
179:23 190:16
235:3,7 236:4
271:19 278:7
288:22 307:20

319:15 336:3
336:11 337:13
337:18,22,23
350:16 351:15
**2-4**   152:22
154:4
**2-5**   344:4
**2-8**   332:23,24
332:25
**2-9**   152:21
153:8 154:5
**2.3**   344:5
**2.4**   153:7,7
**2.58**   190:16
**20**   4:8 42:13,14
68:2 79:11
102:4 146:24
292:3 297:22
298:18 300:20
301:8 310:21
315:11 332:7
**200**   249:13
251:24
**20005**   2:9
**2000s**   52:6
**2004**   230:13
327:9 332:10
333:5,6,13,17
343:11
**2005**   55:7
104:20 131:3
140:7 207:11
343:23 345:4,6

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 357 of 446

**2007** 55:2,8
**2008** 55:2
**2009** 55:8
  208:1
**2013** 55:9
**2023** 15:2 16:2
  17:11 18:4,7
  25:11
**2024** 17:7
  18:20 35:1
  63:5 241:20
  327:1
**2025** 1:16 4:6
  5:6 6:3 17:9
  18:12 24:5
  27:12 28:15,18
  29:14,19 34:13
  291:7 305:18
  322:5,16
  324:23 325:11
  325:12,15
  326:4,20 327:3
  327:11 331:24
  333:13 353:18
  354:3 355:12
  355:17
**207** 4:14
**21** 29:19
  118:14,16
  288:8 303:21
  342:15,17
**212** 2:5
**22** 152:12,17
  298:8 307:12

307:21 308:12
315:11
**229** 4:15
**23** 4:21 15:3
  17:9,9 25:9
  291:18 298:14
  299:14 300:12
  300:14,15
**24** 303:21
  304:5
**241** 4:16
**2438** 22:4,5
**2443** 16:12
**25** 104:8,22
  108:3,25
  109:11 241:20
  303:25 304:5
  304:21 332:8
**25th** 22:15
**26** 223:13
  258:9,19
**27** 4:4 229:21
  230:5 248:18
  300:13,15
  304:11,14
  342:12
**27601** 2:11
**27th** 342:15
**28** 4:6 256:10
  257:3 258:8
  260:2 338:1,13
  338:20
**28th** 22:19
  256:5 341:21

**29** 292:14,18,19
**291** 4:17
**29th** 208:1
**2:06** 185:18,20
**2o25** 17:13

**3**

**3** 3:3 4:6 28:13
  28:14 33:17
  35:4 53:6
  57:14 92:11
  100:11 180:10
  271:4 306:2
  324:15,18
  326:12 331:13
**3-1** 92:11
  100:14,19
  103:7 152:5
  331:13,15
**3-11** 166:6,12
**3-2** 148:6
**3-3** 89:7,9
  188:15,21
**3-7** 144:13
  146:11 152:7
**3-8** 150:11,12
  150:24,24,25
  151:1
**30** 30:1,4,11,14
  34:14 45:22
  65:10,20 104:8
  106:17,18
  155:2 156:13
  291:13 325:6

326:12
**300** 4:18
**300,000** 100:19
**30th** 208:1
**31** 104:8,17
  106:6 229:18
  230:7
**310** 2:11
**3184** 101:22
**31st** 23:5,11
**32** 131:23
  280:6,6
**324** 3:7
**33** 291:8,13
  317:20 318:5
  318:12
**337** 3:15
**345** 3:8
**353** 3:9
**354** 3:10
**355** 3:11
**3:21** 241:14,15
**3:34** 241:15,17

**4**

**4** 3:4 4:7 55:5,6
  62:6,7 145:5
  164:23 213:6
  237:1,18 238:3
  238:9,18 239:7
  239:11,16
  240:12,18
  242:5 248:19
  249:6,17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 358 of 446

252:11,16
255:11 261:20
302:19 303:1,4
307:11,21
315:13 325:15
342:10
**4-1** 144:23
145:5,16 146:1
147:25 149:1
153:16,19
160:24 161:1
161:10,16,25
162:21 163:16
164:4,22,23
165:3,23 166:3
**4-2** 144:24
146:4,5 161:1
161:3,4,5,5,12
161:25 162:3
162:12 163:15
164:10,22
165:24 166:4
168:1,4,7,12
333:16,17
334:7 336:8
**4-3** 145:17
149:17 159:21
160:15 164:4
164:23 168:2
335:16,24
**4.1** 149:11,25
150:4
**4.2** 159:20,23

**4.3** 160:1
**4.4-1.** 148:21
**4.42** 160:13
**40** 7:15,19
102:6
**400** 117:17
249:17,21
250:2
**4017** 117:13
**4031** 117:23
**4038** 116:21
**42** 150:21
151:11
**43** 23:3 24:13
**46** 249:11
250:6 251:23
**4th** 250:22
355:12

## 5

**5** 3:5 4:8 20:3
89:4 101:17,19
103:14,21
159:20 195:15
195:20 196:9,9
233:21 277:12
277:13 279:10
279:15 280:3
282:12,25
285:3
**5-1** 138:17
**5-5** 236:8 249:6
249:8

**5.1** 134:18
135:1,8 136:20
**5.1.** 140:14
**5.2** 158:13
159:3 264:14
264:18
**5.2.** 158:13
**5.3** 132:3
133:12,17
**5.6** 302:12
**5.6.** 302:8
**5182** 155:13
**558-5915** 2:5
**58** 190:12
324:10
**59** 260:7
**5:02** 302:2,3
**5:12** 302:3,5
**5mgd** 102:6

## 6

**6** 3:6 4:9 104:6
104:9 129:2,15
129:24 130:8
130:12 131:19
131:20,21,24
132:7,14,17,23
132:23 133:7
133:14,14,16
307:8
**6-0** 255:20
**6.3** 132:13
133:4,14

**6.3.** 133:10,17
**60** 255:19
260:1
**606** 256:21
339:12 347:1,3
**62** 4:7
**6365** 207:19
**639** 252:13,19
**65** 293:1
**66** 293:4
**6:13** 347:15,16
**6:14** 347:16,18
**6:19** 352:6,15

## 7

**7** 4:10 116:17
116:18,23,24
128:7,8,13
134:18 140:12
251:15 279:10
279:13 281:8
282:10 285:11
293:25 294:11
294:13 327:22
327:23
**7.12** 255:22
256:12 259:25
260:11,18
261:12,19,24
262:10 263:17
265:24
**7.13** 260:11
**7.13.** 260:20

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 359 of 446

**7.14.** 260:14
**7.15** 242:4,22
**7.2** 250:17,23
  251:16,21
**7.25** 242:4
**700** 2:4
**73069** 7:7
**73102** 355:13
**75** 303:9
**76** 257:4 339:2
**7:23** 1:5
**7th** 293:4

**8**

**8** 4:11,11 29:12
  140:23 156:12
  156:14 173:23
  173:25 174:1
  200:7 293:19
  293:20 340:13
  340:20
**8-4** 241:24
**800,000** 103:24
**82** 257:5 339:3
  342:16
**824** 355:18
**84** 241:23
**85** 178:24,25
  181:9

**9**

**9** 4:12 19:25
  28:18 29:13,14
  30:1,4,13 32:3
  34:14 141:20

155:2 156:13
158:12 186:13
186:15 189:7
294:17 296:7
296:10,11,21
297:3,4 324:23
325:1,6,12
326:12 327:1
330:4
**90** 131:4
  208:17 209:7
**96** 200:5
**99** 299:13
**9:03** 1:16 6:4
**9th** 21:9 29:8
  29:16 33:21

**a**

**a.m.** 1:16 6:4
  95:10,11,11,13
**a1** 293:24
  294:4,11 295:5
  296:16,22
  297:15 299:1
  299:18
**a1s** 298:21
  299:8
**a2** 298:1,10
**ability** 9:21
  56:6,16 57:19
  172:13 287:16
**able** 17:6 49:6
  54:14,15
  110:18 144:5

145:24 160:18
288:21 296:8
314:18,25
322:24 334:24
335:9
**above** 100:18
  115:16 148:21
  161:3,8 286:2
  286:5 304:23
  353:7
**absence** 162:10
  314:17 336:10
**absorb** 222:4
**absorption**
  224:15
**absorptive**
  219:7
**academy** 49:19
**accept** 301:13
**accommodate**
  195:15,20
  287:17,20
**account** 149:6
  179:18 182:10
  185:23 186:7
  199:15 205:14
  228:15,22
  253:1 264:2
  312:8 315:16
  319:5,10
  321:22 330:3
  344:16 345:7
**accounted**
  234:4 235:22

240:7 265:21
312:13 315:19
**accounting**
  265:5
**accounts** 56:4
  56:15 315:3
**accuracy**
  102:20 232:20
  232:22 233:2
**accurate** 10:9
  36:9 89:19
  102:11 232:16
  233:14
**accurately**
  89:13 235:22
  239:17 240:2
  240:12,13,19
**achieve** 167:22
  222:5 233:3
  245:5
**achieved** 80:4
**acknowledging**
  295:5
**act** 4:18 300:9
**acting** 119:4
**action** 355:15
**actions** 74:1,7
**activated** 224:3
  224:10,11,11
  224:13,16
**active** 224:20
**actual** 148:9
  201:16 202:20
  232:15,23

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 360 of 446

| | | | |
|---|---|---|---|
| **actually** 30:22 | 227:10 | **affect** 328:19 | 94:17,22 96:2 |
| 45:1 50:17 | **adds** 318:1 | **affidavit** | 103:25 104:2 |
| 85:14 128:7 | **adhesion** | 288:20 299:2,6 | 110:1,8,12,16 |
| 130:19 142:2 | 215:23 216:6 | **affidavits** 271:8 | 112:18,21,24 |
| 144:10 148:12 | **adjunct** 36:3 | 271:11 | 114:2 117:8 |
| 159:6,13 182:4 | **adjust** 309:6,6 | **affixed** 33:22 | 118:19 122:22 |
| 266:17 291:11 | 313:9 | **afternoon** | 122:25 125:10 |
| 316:6 327:9 | **adjusted** 237:6 | 11:19 | 125:20 126:6 |
| 331:8 | 237:14 | **age** 6:18 | 126:13,16 |
| **adam** 155:24 | **adjusting** 303:7 | **agency** 44:17 | 134:20 139:1 |
| **adapted** 314:1 | 310:17 | 45:12 | 139:17 142:12 |
| 314:19 | **adjustment** | **agitating** | 143:16 147:2 |
| **add** 29:8 65:14 | 306:10 309:18 | 312:20 | 164:13 167:3 |
| 122:23 147:21 | **administrative** | **agitation** 315:5 | 168:4,7,14 |
| 173:21 193:19 | 14:4 | 315:6,10,19 | 169:23 170:15 |
| 217:25 246:5 | **admittedly** | 344:16,20 | 171:8,24 |
| 267:22,23 | 248:24 | 345:6 | 172:12 176:6 |
| 277:6 304:11 | **adopt** 158:22 | **ago** 7:16,19 | 177:8 187:8,9 |
| 305:6 311:25 | 158:25 | 12:23 15:1 | 189:15 190:18 |
| **added** 29:13 | **adopted** 159:12 | 25:13 26:5 | 191:15 193:11 |
| 48:5 123:4 | **adopting** 131:8 | 42:13,14 45:22 | 193:16,18 |
| 241:2,6 346:14 | 131:13 238:10 | 45:23 123:19 | 201:3,5,7,9,10 |
| **adding** 142:10 | 238:24 239:2 | 154:24 180:14 | 202:8 204:21 |
| **addition** 209:4 | **advanced** | 184:22 327:14 | 209:17,25 |
| **additional** | 43:20 | **agree** 58:1 | 215:4,8 217:5 |
| 22:11 23:14,20 | **advisable** | 59:25 60:3,8 | 226:17,23 |
| 120:24 146:7 | 201:17 202:21 | 60:16 68:13,19 | 228:14,21,25 |
| 155:3 169:6 | **advisors** 49:17 | 69:1,12,24 | 230:1 232:13 |
| 266:13 268:23 | **aeration** | 70:11,17 71:2 | 239:6,9 244:14 |
| 305:4 311:17 | 138:23 203:23 | 77:16 78:12 | 244:24 249:22 |
| 311:18 315:16 | 208:19 311:6 | 82:8 83:5,13 | 250:5 252:3 |
| 325:1 | 311:12 318:16 | 84:11,18,21,24 | 254:22 260:17 |
| **address** 7:2,4,5 | 330:24 | 85:1,15 92:12 | 263:16 266:12 |
| 182:18 213:7 | | 93:1,20 94:1 | 272:2,10 |

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 401-3　　Filed 06/04/25　　Page 361 of 446

277:16,24
278:2,12 279:3
280:10,21
281:4 285:6,13
285:16,19
287:1,19,23
290:2 294:3,13
294:17,20
296:24 299:17
308:1 313:20
319:25 320:21
321:5,7 322:1
341:19 347:19
**agreed** 5:2
171:9 272:9
**agreeing** 93:10
239:4
**ah** 10:19,25
75:15 91:8,13
91:14,15,18,22
92:24 98:4,13
101:2,4,7
103:20 108:17
123:6,11 124:8
124:24 125:3,4
125:10 126:6
130:19 131:2
137:18 138:17
139:1 142:17
143:3,7,10,14
147:2 148:17
149:23 150:19
151:9 158:5,14
158:17 159:4

159:19 160:25
166:6,25
169:25 170:2
170:18 171:6
172:21 182:5,6
197:15 198:15
207:9 210:13
214:24 223:12
223:14,20
230:13 303:6
323:5 327:6,9
327:17 329:24
331:17 332:10
332:21 333:6
333:17,25
334:7 336:5
343:11,12,19
344:7,12
**ah's** 76:23
158:19,20,22
159:13
**ahe** 158:1
**ahead** 18:1
20:21 21:17
24:25 105:7
106:1 114:9
120:14 184:1
259:8 260:22
351:25
**air** 43:7,8,9
47:11 64:10,11
64:12,12,18,18
66:24 67:3,5,6
67:17,23,24

68:13,14,20
69:3,9,10,11,13
69:17,25 70:4
70:5,6,12,13,14
70:18,23,25
71:3,7,15,23
79:7,21 80:1
81:9 82:21
83:2,7,14,25
84:6 110:22
111:3 115:23
118:10 119:17
168:9,15 169:6
172:1,4,5
175:25 176:1
176:17 180:20
180:23 186:11
187:10,22,24
198:21 202:14
310:9,10
311:21 319:6
328:16,17,22
329:19 344:17
**al** 54:20
**alachlor** 37:20
**alanna** 2:8 6:8
**alanna.r.horan**
2:9
**alex** 58:18
**align** 103:6
**allegations**
12:20,25 13:15
**alleged** 272:22
273:2

**allen** 7:1 353:5
353:13,17
354:2 355:6
**allergies**
176:23
**allison** 2:10
6:10
**allison.o'leary**
2:12
**allow** 119:9
149:5 244:7
288:1 334:15
334:22
**allowed** 23:14
105:19
**allowing** 173:7
335:3
**allows** 68:23
118:10 119:17
328:15
**alluding** 180:17
288:16
**alluvial** 37:21
**alternatives**
189:22
**ambient** 79:20
80:1 81:9
**amend** 48:22
**amended** 28:17
324:19,22
346:12
**american** 42:3
**amount** 60:11
61:11 81:24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 362 of 446

84:2,4,9 94:11
110:19 114:21
122:21 139:23
139:25 167:6
172:6 179:25
180:1 209:6
312:19,21
329:1,7,8
**analogies** 116:6
**analogous**
67:17 176:12
**analogy** 64:10
79:9 111:9
115:8,18
193:19 313:4,6
318:18
**analyses**
183:18,20
184:4,7,7
207:25
**analysis** 57:8
140:20 143:10
158:6 179:16
248:2 253:7
264:24 282:12
283:7 310:4
312:6,11 313:3
314:7 315:14
**analytical**
22:11
**analyze** 245:20
**analyzing**
244:2

**answer** 8:19
9:8,10,21
20:15,25 21:4
21:5,25 23:21
24:24 48:22
58:14 73:14
88:19 95:23
114:6 122:17
159:7,9 174:14
175:8 179:18
228:6 264:16
267:3,6 291:24
292:5 293:5,8
340:7 341:25
346:9
**answer's**
247:21
**answered**
170:9,13
233:18 252:7
265:10 307:4,7
321:25
**answering** 9:23
54:12
**answers** 180:9
**anthracite**
223:3,15,19,22
223:22 224:3,9
224:13
**anticipate** 24:8
77:3
**anticipated**
20:8

**anticipating**
221:13
**antonucci** 2:14
**anwar** 2:15
**anyway** 42:23
49:7 120:13
**appear** 149:4
334:14,22
**appearance**
247:1
**appearances**
6:5
**appears** 186:19
192:8 260:23
**appendix** 32:6
32:7,8,24 33:6
33:11,22
266:18 267:10
267:13,16,20
268:12 269:12
270:6,7,11
273:6 302:7
303:20 307:9
**applicable**
67:14,20,22
**applications**
330:1
**applied** 36:2
39:1,8 141:18
203:13,22,25
**applies** 21:25
87:21
**apply** 86:1,7,15
87:8 89:9

156:14 220:12
**applying**
201:15 202:19
303:3
**approach**
141:24 142:9
153:13,23,24
169:24,25
170:16,17
171:7,9,10
198:16 199:6
227:10 232:1
248:16 309:5
310:3,16 313:9
313:10 314:1
314:18,19
**approaches**
171:15 313:7
313:11
**approaching**
159:18
**appropriate**
150:9 171:8
175:23 189:23
189:25 313:6
343:20
**approved**
43:25
**approximately**
334:15 336:11
**april** 1:16 5:6
6:3 15:1,2 16:2
17:8 28:18
29:8,14,16

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 363 of 446

33:21 35:5
208:1 324:23
325:12 354:3
355:12,17
**apt** 313:4
**aquifer** 37:21
219:22
**aral** 25:23
**archives**
343:20
**area** 22:24
80:21 81:6
82:13 88:11,21
88:25 121:10
168:9,15,20,22
176:13 190:7
193:21 194:1
194:15 196:4,7
196:16,17
197:6 224:12
239:8 272:18
277:2,3,7
310:10 311:16
311:17,21
317:17 319:19
**areas** 136:19
**argument**
309:5
**army** 295:4
**articles** 35:3
**aside** 13:7
34:18 51:23
55:23 96:8
103:21 109:19

128:6 176:8
213:17 233:6
243:1 301:20
**asked** 9:17
46:16 55:3
59:4 65:15
66:12,19,22
72:8 74:7 96:1
105:10 131:4
170:10 213:4
232:3 233:17
252:6 254:18
265:9 268:13
307:3 321:25
328:2 330:11
330:16 342:9
350:20
**asking** 26:10,15
53:14 88:15
169:1,2 196:25
221:9 225:11
234:24 268:22
269:9 314:13
321:1 339:17
**asks** 17:24
228:6
**aspect** 48:9
110:14,15
260:24 320:13
321:17
**aspects** 39:1
**assess** 59:22
312:18

**assessed** 59:19
242:8
**assessing** 59:15
207:25
**assessment**
129:24 130:7
142:23 169:12
217:18 234:2
237:11 239:9
241:4 312:23
327:8
**assessments**
228:2
**assigned**
206:25
**assist** 125:5
273:11 343:20
**assistant** 38:6,9
**associate** 36:1
38:9 39:7 42:3
**associated**
10:15,16 77:1
168:22 193:22
218:2 283:19
**associates** 36:7
**association**
42:4
**assume** 10:4
27:18 134:16
158:5 201:17
202:21 218:14
236:17 306:7,7
319:7

**assumed**
134:17 166:15
166:25 179:16
179:18 186:5,9
202:9 203:5,14
204:1 227:6
308:23 309:13
309:19,24
319:11
**assumes** 182:14
246:20
**assuming** 90:9
105:5 221:7
223:9,21 306:2
310:6 349:15
**assumption**
167:24 197:15
204:15 221:10
303:11,15
**assumptions**
134:5,13,14,16
**atmosphere**
110:4,11
111:20 113:1
113:21 114:17
121:13,15,20
122:10,11
171:16,20
172:8,14,17
173:1,6 180:20
187:2 198:5
204:16 206:9
207:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 364 of 446

**atmospheric**
109:23 112:22
172:4,5
**atop** 107:25
**atrazine** 37:20
**atsdr** 4:14 52:9
52:24 53:8,12
53:22 55:3
56:3,6,14 57:4
57:12,15,18
125:5 209:11
209:19 210:2
210:16,22
211:10 213:22
228:14,21
230:1,14,22,24
231:3,18 232:6
235:12,19,23
253:6 255:12
262:19 263:25
265:23 321:20
321:21
**atsdr's** 56:17
57:19 207:25
230:20
**attach** 266:22
308:11
**attached** 33:14
33:16,17
110:21 123:7,9
280:22 281:5
332:22 333:18
**attempt** 315:16
315:17

**attended** 31:15
31:22 76:3
**attention**
337:15 339:11
**attorney** 15:14
355:14
**attorneys** 5:4
23:25 26:11
**attribute**
169:19
**attributed**
159:4 296:23
**attributes**
160:25
**atypical** 108:2
**august** 155:17
285:24 286:3
**author** 35:11
53:13 339:13
339:17 340:3
**authored** 35:20
**available** 24:11
149:4 199:8
214:7,9,21,22
273:22 296:17
334:12,13,14
334:21,21,23
**avenue** 2:11 7:7
355:12
**average** 178:4
178:19
**averaged** 341:1
**aware** 17:12
51:25 141:23

142:9 147:19
270:16 271:12
273:5 275:10
276:3,4 291:1
293:10

**b**

**b** 3:1,13 4:1
34:20 280:14
282:13 283:2
285:3 340:8
**bachelor's**
36:24
**back** 27:5 38:1
40:15 44:24
45:20 48:4
50:16 52:21
65:12 68:7,12
95:12,14 98:22
100:9 113:5
120:10,11
123:8 140:11
145:23,23
149:2,18
154:20 157:2
159:19 160:23
161:2,12
162:12,16,19
162:23 164:16
165:7,8 168:1
170:20 176:9
185:19 189:7
190:14 193:19
199:12 234:22

241:16 255:17
258:16 260:20
261:2 263:14
272:7 282:10
282:24 291:3
296:18,19
297:19,20
302:4 303:20
306:1 310:15
315:8 318:18
334:2 335:18
343:11 347:17
**backed** 165:11
165:16,19,21
**background**
11:4 51:1 66:9
75:25 155:7
156:7 259:21
273:17,20
326:14
**backsplashing**
288:4
**backup** 161:23
163:14
**backwash**
146:5 149:2
161:12,16,20
162:8,11,22
164:16 165:1,5
165:7 226:5
**backwashed**
146:2 161:21
162:2,5,15,18
162:25 163:9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 365 of 446

220:3
**backwashing**
146:7 161:1
163:5 220:7
**bain** 155:24
**balance** 166:19
**bank** 65:12
**barrier** 79:16
**base** 43:8,8
46:25 47:4,9
47:11,12,13,19
47:22 48:1,4
48:10 272:16
272:21 273:1
274:21 275:23
276:2 298:20
344:7,9
**base's** 282:3
**based** 8:7 13:20
76:22 109:16
118:23 136:7
140:20 144:4,7
144:16 147:9
147:10 148:18
149:11,13
153:20 158:18
159:13 160:19
165:25 178:17
184:10 202:1
203:14 204:2
217:17,18
218:11 220:25
224:9 225:5,5
271:20 272:17

273:7,21
287:12 330:2
343:12 344:9
344:22 351:4,6
**baseline** 88:16
**bases** 43:4 47:1
47:10 73:8,22
274:25
**bash** 2:17
**basic** 185:10
**basin** 63:24
64:1,3,4,13,23
65:1,5,7 66:2
67:16 92:14
97:14 145:22
149:3,7,10
158:3 167:24
183:13 205:22
206:3,11 207:2
208:18 209:6
209:13,19
210:2,9,18
211:11,17,23
212:2,12,16
214:4,15 215:5
215:6,9,13,17
245:21 331:5
331:20,24
332:13 333:12
333:16,21
334:1,4,9,12
335:5,22 336:2
**basins** 66:6,13
114:25 158:8

163:20 183:18
184:4 205:22
206:8,23
214:20 215:2
331:4 343:25
344:1
**basis** 7:9 93:9
105:19 119:4
192:13 288:19
290:18 303:14
**bates** 16:10,12
62:8 101:20,22
102:3 104:6,7
104:17 106:16
116:19,21
123:25 124:1,4
124:9 155:12
207:17,19
326:10
**bath** 313:18,22
314:10,21
**baughman** 2:3
3:7 4:21 6:6,6
11:20 13:2,10
13:23 15:23
16:13,16,18
17:10,15,18,21
17:23 18:1,23
19:7,14,18
20:10,19,24
21:13 24:16,21
24:24 25:7
26:12,15 27:4
27:22 29:21

30:7,17 31:17
32:19 33:1,12
33:15 34:2,15
36:15 40:8,19
41:1 48:21
50:2 51:14,20
52:17 53:9,17
53:20,25 54:6
54:11 56:10,20
57:5,24 58:4
60:7,14,20
61:7,14 65:15
68:16,22 69:4
69:15,19 70:3
70:20 72:1
73:13,16,19
74:3,14 75:6
75:21 76:15,21
77:19 78:16
80:10,12,18
81:15 82:7,22
83:3,10,17
84:13,19 85:3
85:19 86:3,9
86:17,20,23
87:11,19 88:1
88:9,17,22
89:17,24 90:14
91:1,6,25 92:6
92:17 93:3,7
93:11,23 94:4
94:7,12,19,24
95:22 96:10,18
96:24 97:10,19

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 366 of 446

| | | | |
|---|---|---|---|
| 98:1,9,14,21 | 143:21 144:2 | 216:16 217:12 | 270:12 272:4 |
| 99:9 100:7 | 144:19 146:19 | 218:10,17 | 273:14 278:23 |
| 101:1,14 | 147:6 149:14 | 219:2 220:5 | 287:22 289:16 |
| 102:13,21 | 150:3,23 151:2 | 221:6 222:18 | 290:10 294:7 |
| 103:11 104:12 | 151:14 153:14 | 222:25 223:24 | 299:10 301:18 |
| 104:18,23 | 153:21 154:2 | 224:6,22 | 304:8 305:24 |
| 105:9,15,17 | 154:22 155:16 | 225:18 226:20 | 307:3 308:3 |
| 106:3,9 107:10 | 156:19,21,25 | 227:2,8,15,18 | 309:2,16 310:1 |
| 107:15,20 | 159:8 160:3,9 | 228:5,8,17,24 | 310:12 311:14 |
| 108:8,14,19 | 160:16,22 | 229:11 231:4 | 313:23 314:11 |
| 109:4,14,24 | 162:9 163:6 | 231:14,21 | 314:22 318:25 |
| 110:24 112:15 | 164:18 165:13 | 232:8,17,24 | 319:17 320:2 |
| 113:3,11,15,23 | 169:8,18 170:5 | 233:15,22 | 320:10,24 |
| 114:3,14,18 | 170:9,19 171:2 | 234:23 235:24 | 321:24 322:17 |
| 115:6,25 | 171:4 174:5,8 | 236:18 237:8 | 323:11 324:8 |
| 116:12,22 | 174:12,25 | 237:20 238:4 | 324:12 326:17 |
| 118:21 119:12 | 175:6,10 177:6 | 238:13,20,25 | 329:6 330:8,15 |
| 119:25 120:8 | 177:11 180:18 | 239:19 240:4 | 331:12,23 |
| 121:1,22 | 181:6 182:12 | 240:23 241:12 | 332:3,20 |
| 122:13,18 | 183:23 184:1 | 243:13,17 | 335:15 336:13 |
| 125:16,21 | 185:11,14 | 247:6,17 248:5 | 336:16,17,20 |
| 126:3,11,17,25 | 188:2,9 189:17 | 248:11 250:10 | 336:22,25 |
| 127:13 129:5 | 191:17,22 | 250:18 251:19 | 337:4,8,11,12 |
| 129:19 130:1 | 192:9,15 | 252:6 253:4,15 | 338:5,16,18 |
| 130:15 131:10 | 193:17 194:5 | 253:23 254:5 | 339:10,16,22 |
| 131:12 132:11 | 195:23 196:12 | 254:14,20 | 340:1,2,9,23 |
| 132:18 133:2 | 200:22,24 | 258:10,20 | 341:25 344:2 |
| 133:22 134:10 | 201:8 202:13 | 259:12,19 | 345:14 346:5 |
| 134:22 135:5 | 203:9,18 204:4 | 262:2 263:2,8 | 346:20,24 |
| 135:16,24 | 205:25 209:8 | 263:20 264:5,8 | 347:9,11,12,25 |
| 136:13,22 | 209:21 210:4 | 264:15 265:2,9 | 348:3,18 349:5 |
| 137:6 139:4 | 210:11,20 | 265:16 266:1,8 | 349:8,13,20,24 |
| 140:3,19 | 211:5,13 | 266:25 268:2 | 351:3,11,18,22 |
| 141:11 142:25 | 213:24 215:10 | 269:22 270:2 | 351:23,25 |

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 367 of 446

352:10
**bc** 61:19
**bcee** 1:10 4:5,6
  5:5 6:17 27:11
  41:20,23 42:25
  353:6,13,18
  354:2 355:7
**bear** 173:19
**beds** 166:14
  173:9,11,15
  220:3,9
**beginning** 58:9
  158:7 229:21
  291:18 292:22
**begins** 128:13
  140:23 200:15
  208:5,10
  215:20 228:12
  310:21
**behalf** 1:12 5:6
  6:8
**belief** 150:1
  264:25
**believe** 11:20
  12:7 13:14
  23:19 34:21
  35:2 38:11
  49:10 67:12,18
  92:24 115:1
  124:13 146:13
  156:17 178:11
  178:11 185:21
  186:2 188:15
  203:4 220:22

223:15 227:24
231:10 240:21
245:12 256:3
270:18 282:18
315:21 348:10
**believed** 131:8
**bell** 15:5,12,17
  278:16,17
**benzine** 61:19
  133:17
**bern** 2:11
**best** 7:20 9:5,10
  9:21 10:2
  12:24 15:21
  16:5 17:10
  18:5 25:17
  29:4 30:18
  46:15 52:14
  54:25 66:10
  98:19 117:5
  144:9 177:22
  198:2 199:7
  228:5 248:2
  326:17
**better** 141:24
  142:9 171:10
**betz** 340:5,13
  341:8,14,19
**betz's** 340:10
**beyond** 11:9
  127:2,17 128:5
  129:21 130:10
  138:9,14
  157:18,19

199:5 206:14
234:18 237:16
237:25 239:13
270:15,15
299:2,3
**bible** 50:13
**big** 164:4
  176:13 180:8
  180:15,16
  196:17,17
  287:15
**bigger** 202:12
  203:7
**bill** 18:3 23:25
**billed** 18:11
  24:5
**billing** 13:20
  16:1,4 17:3,7
  18:7,19 19:1,4
  19:24 23:5,22
  24:4
**biochars**
  218:22
**bit** 58:6 79:1
  97:12 118:4
  146:18 224:8
  227:16
**bldg** 4:8
**blockage** 335:6
**board** 41:24
**bodies** 87:17,24
  88:6 205:3
**body** 86:1,7,13
  86:15 87:7,9

89:10,15
**boiled** 121:12
**bolded** 235:8
  262:15 264:13
**bolton** 2:3 12:4
**book** 35:3,5,9
  35:11,13,17,20
  35:21 49:1,12
  49:17 268:3
**books** 267:25
  268:4
**bottle** 79:13,15
  79:16,16,17
  80:8,16,22
  81:7,9 82:1
  111:11,18,24
  112:3,9,13,17
  115:2,8,18
  116:3,7
**bottles** 79:3
**bottom** 16:14
  30:21 90:10
  148:2 242:17
  279:15 300:17
  308:18 336:11
  341:15 343:16
**boulevard**
  72:14 77:18
  78:14 145:19
  149:9,17 160:8
  160:15 164:7
  242:9,23
  335:18,22
  336:9

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 368 of 446

| | | | c |
|---|---|---|---|

**break** 58:3,10
58:15 78:25
95:5,11,20,25
146:17 154:19
156:17 157:13
176:25 185:12
185:18 227:14
241:11,15
301:24 302:3
**breakdown**
81:3
**breaking**
132:24
**breaks** 115:8
115:18 323:19
**breeze** 198:5,6
**briefly** 31:13
39:18,19
**brigham**
116:20 266:19
271:23 272:3,8
348:19 349:17
350:5
**brigham's**
272:7
**bringing**
226:24
**broad** 88:10
**broadway** 2:4
**brought** 165:7
**bubbled** 212:12
212:15
**bubbles** 215:16

**bucket** 82:20
83:1,6,8,13,15
83:24 84:3
85:11,13 89:20
89:25
**bucket's** 85:16
**buffalo** 32:8
73:3,5,12,21
118:17,20
176:10 266:15
267:17 273:11
275:1,8 276:2
276:5,13,22,24
277:18,21
278:3,12 279:4
280:12 281:23
285:8 286:11
287:2 290:4,13
291:21 292:9
294:5 295:23
296:4,5 299:23
301:9 303:22
304:1,14 305:8
305:12 306:9
306:25 307:2
308:19 309:23
311:6 312:16
313:1,21 314:8
315:23 316:4
318:21 328:4,8
**buffaloes** 60:18
61:10,12 116:8
117:9,11 119:1
119:22 120:4

266:5,20 269:7
271:23 272:16
273:12,21
274:15,17
275:5,23 284:3
289:8,15
290:19 292:11
293:11,16
295:13,18
297:24 298:2
298:10,16
300:19 301:16
302:8 303:3
304:7 305:18
310:23 311:3
315:15 316:23
319:6 328:10
**build** 49:7
163:25
**building** 99:13
99:15,19,22
102:4
**buildings** 48:6
**built** 7:23
185:6 344:10
**bulk** 166:16
215:25 216:7
**bullet** 64:19
66:16,21 68:7
68:12 131:22
**buried** 284:17
284:20

**c** 2:1 3:1 7:6
55:1 118:1
188:13,16
189:2,4 280:18
280:21,25
281:1 354:1,1
355:1,1
**cagiano** 14:15
31:7 269:16
270:17
**cagiano's** 270:8
299:2,6
**calculate**
181:15,17
196:22
**calculated**
199:23,24
200:19 202:2
202:11,12
203:7,8
**calculates**
329:21
**calculating**
142:13
**calculation**
133:1 141:13
141:17 142:10
159:5 186:8
204:16 206:15
206:21,25
309:20 329:12

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 369 of 446

**calculations**
22:11,16,20
75:16 76:13,18
76:22 77:5
93:24 119:1
131:24 132:4
134:6,8,15
135:21,25
136:7,10
140:21 158:15
158:23 159:13
167:25 173:16
173:18 182:11
185:23 186:3,6
190:12 195:13
197:9,25
199:15 201:15
202:19 204:7,9
250:15 251:20
254:9 302:8,12
304:24 305:3
308:24 309:14
309:17 317:24
318:10 327:8
328:8 333:23
343:6 344:22
345:11
**calendar** 17:7
18:4
**calibrate** 56:23
261:12 263:18
264:1
**calibrated**
237:12 242:9

260:12 320:15
320:22 321:6
321:13,20
**calibration**
234:6,10,17
235:10,18
236:9,11 237:2
237:18 238:3
238:10,19
239:7,11,16
240:13,18
242:5,22,25
255:11 256:1
260:13,18,23
261:3,15,20,25
262:5,11,18,25
263:5,7 264:11
265:1,4,12,14
265:15,20
319:14,16
320:8 321:16
**california** 43:9
44:8,22 47:3,9
**call** 23:6 24:13
31:20,23 61:23
145:23 194:3
205:1
**called** 15:15
271:2
**calls** 286:19
**camp** 1:3 4:18
14:6 39:17,22
46:6,9,13,17,20
48:11 51:3,11

51:18 52:1,10
56:19 57:22
60:5 66:8
67:14,20 68:5
72:10,19,21,25
74:2,8,11,18,21
75:3,12 76:10
76:14,20 90:25
91:5,20,23
92:4 93:17,21
94:2 96:7
100:8 116:9
120:16 125:4
125:14 126:10
126:23 127:5
128:18 156:8
171:17 172:19
172:24 173:9
173:15 178:19
179:7,12 181:4
182:3 204:14
205:9,23 206:4
206:18 207:13
209:20 210:3
211:12 216:12
216:15 218:7
228:15,22
248:3 259:3
271:24 272:21
273:3 291:22
292:25 297:23
299:2,7 300:9
304:7 327:5
343:17 344:15

354:2
**cap** 79:19 80:6
80:9,17,23
81:21 82:4
111:10,18
112:9,14
**capacity** 8:5
65:22 102:6
137:24 198:13
201:6 274:3,8
**caps** 116:14
**caption** 316:7
**captured**
239:17 240:19
**captures** 240:2
**carbon** 64:14
64:17 79:14,24
80:1,2 115:9
212:11,15
224:3,9,10,11
224:16,20
**carbonaceous**
224:14
**carbonation**
115:12
**care** 310:14
**carefully** 175:7
**carolina** 1:1
2:11
**carrying**
133:14
**carter** 49:23
**case** 1:5 8:6
12:9,12 13:1,9

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 370 of 446

15:19,22 16:6
18:16 19:6
20:12 21:14
24:17 26:1
27:16 36:12,21
51:10 52:3
73:9 75:5 98:4
104:24 121:17
122:21 178:22
186:5,9 214:3
214:19 221:16
226:9,14 270:1
270:17 274:11
317:8,9 320:7
333:9 354:2
**cases** 85:5,6
87:21 193:13
265:21 295:7
**category**
312:22
**cause** 21:10
187:23 188:5
276:12 312:1
318:20
**caused** 233:13
334:1
**causes** 167:7
191:8
**causing** 169:21
169:21 328:22
**caveat** 115:7
156:11
**center** 141:15
152:9

**certain** 96:19
167:6 179:19
312:19
**certainly** 27:17
52:19 95:3
152:11,11
167:3 191:19
192:17 220:20
233:18 240:25
241:1 258:4
276:8 279:8
287:7,24 348:6
**certificate** 3:11
**certification**
42:2,25
**certified** 5:8
41:24 355:4
**certify** 355:6
**cetera** 84:7
131:16 208:25
212:1 344:1
**chain** 4:3
**challenging**
233:2
**chance** 174:21
323:3
**change** 69:2
181:4 293:15
297:16 328:8
351:1,13
**changed** 165:8
314:6 350:23
**changes** 34:25
68:15,21 77:4

96:16 319:5
**changing** 38:21
68:24
**chapter** 55:8,9
55:9
**chapters** 35:17
35:21
**characterizati...**
130:24 131:1,9
**chart** 118:5
133:8 252:18
**check** 242:16
**chemical** 39:14
166:21 184:13
224:18 246:1
246:11
**chemicals**
187:4 219:22
**chemist** 341:16
**chemistry**
130:3
**chloride** 245:22
**choice** 263:4
**choose** 167:9
167:18 198:7
**choosing**
131:17 198:18
**chose** 150:5
198:20
**chris** 62:16,18
62:19 67:18
68:8 213:5
**church** 50:13

**circulation**
118:10 119:17
**cite** 178:13
204:6 340:15
**cited** 30:14
339:6 345:20
**city** 1:14 5:7
47:11 62:20
284:11 355:13
**civil** 5:10 36:25
37:4,10,13,17
274:5,8
**cl** 4:3 16:11
62:9
**claim** 14:5
**claiming** 20:22
**claims** 13:9
**clarification**
10:4 158:21
**clarified**
158:22
**clarify** 10:2
78:10 87:4
**clarifying**
233:10
**class** 40:3
50:13 184:12
184:15,17,18
184:23 185:4
**classes** 38:16
38:18 184:10
211:24
**cleaner** 259:22
335:19 337:3

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 371 of 446

cleaning 43:20
cleanup 43:4
  46:6,9,13,17,20
clear 24:17
  32:20 66:13,22
  108:11,13
  161:24 164:21
  171:18,25
clearly 146:6,6
climate 38:21
clja 3:15
  101:21
cljs 32:5
clogging 220:4
close 47:25
  110:18
closed 47:13,20
  47:23 119:6,11
clw 99:1,3
  177:14,17
  181:7 256:21
  325:19,20
  326:4,18
  346:16
clw00000051...
  155:12
clw606 337:25
  338:7,19 339:6
  340:3
clws 98:15
cmo 21:14
  267:3
co2 64:3,5
  67:25 79:20

80:25 81:4
  115:11
coarser 306:22
coefficient
  189:13 190:11
  197:20 198:2,9
  198:19,21
  199:9 203:14
  203:23 204:1
  330:20,24
coefficients
  190:20
coke 79:3,9,12
  79:13,19,23,25
  80:6,15,22
  81:7,13,19,20
  82:1 111:9,11
  111:18,23
  112:3,13,17
  115:2,8,18
  116:3,6,7
colleague 6:10
  39:12
colleagues 44:5
  45:5 224:18
collected
  178:22 255:24
collecting
  268:10
collectively
  61:18
color 4:9
column 252:12

combination
  318:12
combined
  168:24 169:2
come 13:18
  39:10 130:13
  132:16 211:2
  225:8,16
  282:18 283:25
  288:1 308:12
  308:17
comes 88:11
  92:2 167:5
  187:15 194:18
  318:18
comfortable
  265:18
coming 133:25
  167:5,16 192:2
  245:23 246:8
  246:12,21
  247:12 284:21
  344:12
comment 34:6
  51:2 102:16
  109:6,17
  138:14 141:14
  163:7 227:25
  310:14 312:20
  321:15 323:2
  344:19
commented
  259:4

commenting
  32:5 58:21
  59:1,8
comments
  220:12 226:12
  340:20 345:1
commission
  353:21,22
committee
  352:11
common 65:13
  65:18 79:6
communication
  14:22 20:20
  21:5
communicati...
  20:13,25 21:11
  21:24 24:19
companies
  39:14
company 39:11
  45:1,2
comparable
  192:21
compare
  158:14,17
  192:19 260:2
  312:12
compared
  160:7,14
  252:18 260:3
  260:12 306:15
  316:9,11

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 372 of 446

**comparing**
111:17 249:16
250:20 342:25
**comparison**
246:14 256:25
**comparisons**
342:3
**compete** 46:12
**competed**
44:14
**complains**
155:25
**complaint**
12:11,14,16,17
12:19 13:7
**complete** 9:7,8
9:14 28:1
69:11 267:22
**completely**
172:8,11
182:15
**completion**
23:18
**complies** 23:4
27:3 28:12
34:19 51:24
55:24 59:13
100:13 103:22
106:20 108:5
109:20 117:24
125:1 128:11
138:18 168:3
170:24 186:25
189:10 200:14

213:18 229:19
230:8 235:6
236:3 242:1
243:2 260:8
277:15 285:23
292:21 293:22
294:24 300:16
307:10 325:3
331:14 332:24
333:19 337:14
**component**
118:6 120:3
**components**
120:6 132:25
133:4
**compounds**
219:7 220:20
222:10
**comprehensive**
32:21 34:7
**computed**
255:23
**computer**
355:9
**concentration**
79:24,25 90:19
122:6 166:16
166:18 187:23
246:2,11,12
247:3 250:2
347:23
**concentrations**
22:16 98:25
122:1,4 236:7

242:3 243:6,12
255:24
**concept** 87:21
225:1 243:21
243:23 244:5
351:11
**concepts**
188:11
**concern** 8:2
61:17,23
173:20
**conclude**
142:17
**concluded**
352:15
**conclusion**
100:24 193:13
231:19 251:13
282:19 293:15
**conclusions**
230:12 268:12
343:13 344:13
345:7
**condition** 165:9
169:21
**conditions** 66:6
140:4 148:16
193:5 195:2
196:25 208:25
209:13 243:19
245:7 247:24
335:14
**conducted**
208:23 322:15

343:19
**conference**
26:5
**confidence**
351:14
**confident** 77:5
**confirm** 68:10
150:1
**confirmed**
66:23 149:15
150:4 349:9
**conform**
243:14
**confuse** 306:11
**confused** 225:6
348:18 349:10
349:14 350:10
**confusion**
155:1
**conjecture**
254:9
**conservative**
142:1 226:24
315:17
**consider** 22:11
99:17 118:25
130:4 131:6
137:7,8,15
195:14,19
198:12 230:15
230:21,24
231:11,16
235:12 262:19
312:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 373 of 446

consideration
181:22 231:12
240:9 247:9
312:5 345:10
considered
28:17,25 29:11
30:4,23 32:11
32:17,17,24
33:7,11,22
34:3 40:24
42:7 53:1
137:18 154:25
155:3 198:23
205:8 210:10
210:18 211:10
234:21 235:19
240:22 255:13
264:22 314:14
324:19,22
325:2 346:13
348:17
consisted
223:13
consistent
68:14,20 69:13
69:18,25 70:19
275:22 315:24
346:3
constant 80:2
110:5,11 113:2
113:22 114:17
246:8,9,10
247:12

constants
200:20 202:3
constitutes
49:2
constricted
144:6 148:12
160:4 323:4
constriction
145:2,22
149:19 161:23
162:1,11 163:4
163:8,10,25
169:20 334:1
consultants
125:3,11 126:7
230:13
consulted
185:8
consulting
185:7
contact 14:13
168:9,16 169:6
contacted 15:8
15:9,10 52:3
contain 218:15
contained
98:19 267:10
container
152:18
contaminant
46:6,9,13,16,20
56:7,18 57:20
166:17 233:12
347:23

contaminants
51:3,10,18
61:17,23 62:3
208:22 232:15
232:23 246:21
contaminated
39:22 51:5
77:18 78:15
253:14,22
254:12,23
255:3 259:24
contamination
13:25 14:1
43:21 47:17
48:7,8 173:7
272:22 273:2
347:21
context 130:9
138:1 199:5
320:5 337:17
337:21
continue 23:11
119:5,10 122:1
122:3
continued
23:15
continues
201:11
continuously
70:7 248:15
contract 36:18
36:20 125:5
150:6

contracted
36:12
contrast 67:16
128:25 171:17
contribute
205:23 206:4
control 90:7
340:11
controlled 83:9
83:16 84:9,12
85:25 86:6,12
87:6,16 88:5
89:23 111:2
convenience
287:5,9
converges
141:14
conversation
62:16
conversations
267:2,7 269:9
coprecipitant
222:15 224:24
coprecipitating
225:2
coprecipitation
222:13,23
copy 40:5
156:6,16 337:6
correct 12:10
18:7 19:6
21:16 36:5
37:2,5,8 41:11
41:12,22 43:4

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 374 of 446

43:5 45:9,10
51:7,8,13,15,19
51:21 52:8
56:9 57:10,12
57:15,16 58:18
59:9,10,21,23
59:24 60:6
61:15 63:6
64:24 67:1,8
69:14 71:9,18
72:16,23 73:1
76:4,5,7,8,11
76:11 77:15
78:2 79:18,21
79:22 80:5
86:2,8,16 87:8
90:8 91:17
92:18,22 93:22
96:9,17,23
109:23 111:11
112:19,20,23
113:10 115:24
116:5,7 120:21
123:13,16,16
128:16,20
130:9 133:18
141:7 142:3,5
142:11,16,21
142:24 143:1
143:18 150:18
152:14,14
159:17 163:11
170:1,18
171:11,22

176:20 177:10
188:8,17 189:5
189:6,13 191:9
191:10,16
192:6 199:16
199:17 204:11
205:19 215:6
228:16 233:14
255:6 262:12
262:13,22
263:23 265:1
266:10,15,16
269:2 274:5,6
276:6,11
277:25 278:1,5
278:14,15
280:4 285:5,9
285:9,14,15,20
286:12 288:14
288:15,17,18
288:25 289:1,4
289:5,11 290:6
290:16 293:5
294:6,9,12,15
294:16,18
296:5,6,8
297:24 299:20
300:2,3 302:12
302:13,16
303:4,12,13,19
304:4 310:24
311:3,22,23
318:11 321:14
322:13 328:5

330:20,21
331:6,18,20,21
337:19,23
338:13,24,25
339:7,8 341:17
341:18,24
342:1,4,8,22,23
350:18,19
353:9 355:10
**corrected**
158:17,20
159:12
**correction** 3:10
19:17 354:4,4
**corrections**
9:17 28:7
353:10
**correctly** 66:25
89:19 125:8
142:4 166:2
171:21 196:14
220:24 230:18
235:15 255:15
262:21 282:4
295:9 298:23
**counsel** 6:4
11:13,17,22
15:18 19:9
20:14,20,25
21:5,11,25
104:19 124:16
124:21 267:2,8
268:17,25
269:10 323:20

328:1 330:10
342:9 346:12
350:21
**counsel's**
328:25
**count** 159:10
**counted** 264:20
**countering**
241:7
**counters** 240:8
**country** 48:5
**county** 353:3
355:3
**couple** 35:16
207:6 350:13
**course** 38:19,23
38:24,25 39:11
39:14 41:8,9
47:13,15 104:4
137:18 140:24
177:12,25
241:12 274:14
288:7
**courses** 39:15
48:25 50:6,8
50:12 274:12
**court** 1:1 6:15
8:17 9:2,6 12:5
73:16 105:2,18
127:25 128:4
**cover** 27:17
172:9 281:10
285:17,18
286:6,12,20

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 375 of 446

288:13 289:9
289:15 290:5
290:21 294:6
294:15 303:23
304:17,23
310:21 313:21
**covered** 171:19
180:22 204:14
**cow** 259:3
**create** 168:15
169:6 194:18
244:6 317:13
318:15
**created** 334:1
**creates** 167:16
168:12 208:20
311:17
**creating** 163:25
335:5
**creation** 169:3
169:15
**crestmont** 7:6
**critical** 173:16
173:17
**crosstalk** 58:23
138:10 213:15
214:12
**crust** 160:6,12
160:20
**csr** 1:22 354:3
355:19,20
**curious** 68:10
245:17

**current** 7:2,3
**currently** 7:8
63:2,2
**cut** 80:7,15
117:2
**cv** 1:5
**cycle** 165:5

**d**

**d** 4:6 123:9,12
**d.wre** 4:16
**dacw5603r10...**
125:5
**daily** 192:13
315:14
**damage** 8:2,3
**damaged** 295:8
295:13,19
**data** 178:21,23
179:2 201:14
226:18 227:1,5
227:7 231:17
233:2,25
234:12,20
236:7 237:1,7
237:15 239:15
239:25 240:12
240:17 241:9
242:4,6,7,21
248:25 249:16
250:25 251:4,5
251:7,9,21,21
252:16 254:10
254:19 256:5

256:12 260:17
261:11,19,24
262:10,24
263:13,17
265:1,23
289:12 305:6
310:14 327:7
**dataset** 248:25
256:9 260:13
**datasets** 248:18
**date** 6:3 23:18
35:5 174:5,7
256:17,23
299:12 327:1,2
354:3
**dated** 28:18
241:20 324:23
**dates** 35:17
**david** 1:10 4:4
4:6 5:5 6:2,17
7:1 27:11
28:16 41:19
291:6 353:5,13
353:17 354:2
355:6
**davis** 26:7
**day** 21:20 22:1
39:11 90:25
91:5,20,24
115:22 175:16
177:9 178:19
179:6 181:3
182:3 192:1,7
193:9 194:18

195:10,16,21
196:3,10 212:6
260:1 318:22
318:23,24
319:3 339:4
342:21 350:25
351:13 352:13
353:18 355:17
**days** 39:14
114:12 177:14
177:14 178:1,3
254:4
**deal** 40:14
**dean** 12:4
**deanna** 2:14
**debris** 290:1
306:21
**decades** 327:14
333:2,13
**decay** 218:22
**december** 17:9
18:20 23:5,11
35:1 63:5
248:19 249:6
249:17 250:21
252:11,16
295:4,12,17,21
296:2 327:1
342:10
**decide** 33:10
34:13 146:22
**decision** 149:16
199:1 230:4,15
230:20,24

Golkow Technologies,
A Veritext Division
877-370-3377                                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 376 of 446

231:11
**decrease**
254:24 255:5
**decreasing**
148:13
**dee** 4:16
**deem** 94:8
**deep** 102:6
**deeper** 335:19
**defective** 295:8
295:14,19
**defendants** 2:7
**defense** 45:13
45:16 328:1,25
330:10 342:9
350:20
**defer** 19:8
99:16 201:4
319:18,19
320:12,20
321:4,16
**define** 114:20
129:2 133:20
243:22 320:17
**defined** 134:1
**definitively**
168:24
**degree** 36:24
37:3 49:2 61:6
61:8 69:5,7
81:2,2 96:19
96:25 97:20
98:2 126:19
167:8,10,17

172:16 192:17
311:15 312:2
**degrees** 30:12
31:10,11
**delivery** 51:5
**delta** 188:13,16
188:18 189:1,4
**dem** 146:6
**demonstrate**
44:2 242:4
**demonstrates**
57:7 236:8
238:18 255:12
**demonstrating**
146:6
**demonstration**
44:11 335:17
**dennis** 2:16
**denotion**
256:15
**department**
45:13,13,16
46:1
**depend** 121:6
316:18
**dependent**
110:15 122:15
**depending**
126:19 219:19
**depends** 49:4
83:19 88:23,25
96:11 114:19
116:13 137:20
167:2 187:14

191:23 192:16
219:15 232:20
233:24 244:17
244:25 245:4
247:22 311:15
**deposed** 7:14
7:15 8:10
270:17,24
271:13
**deposes** 6:18
**deposit** 160:7,7
160:12,14
**deposition** 1:10
4:17 5:4 6:2
7:17,21 9:14
10:13 11:3,7
11:12 28:4
31:3,6 56:1
59:5 76:3
140:25 175:11
207:6 269:19
269:25 270:9
270:23 271:6
271:15 290:24
291:6 299:6
305:6 319:23
322:3,5,8
352:15 353:7
355:8,11
**depositions**
11:8 30:24
31:5,8,15
155:11 269:15
272:17 325:23

325:25 326:3
326:19
**depth** 182:19
185:23 186:4
**describe** 42:1
43:18,23 89:3
92:3 98:18
144:12 177:21
**described** 47:1
92:7 111:14
142:7 161:24
286:7 293:25
**describing**
83:22 97:5
312:3
**description**
3:14 4:2 100:3
118:9 164:10
164:12 344:7
**descriptions**
344:5
**design** 97:4
99:24 100:5
167:11 184:5
184:11 297:15
344:10
**designated**
288:23
**designation**
42:6 117:12
**designed** 184:8
185:5 205:23
206:4,18,24
216:25 316:15

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 377 of 446

**designing**
185:9
**detail** 31:13
35:16 52:20
53:8,24,25
55:15,17
**details** 45:22
55:13 84:1
88:19 102:24
121:5
**detention**
114:25 181:21
181:24 206:10
**determination**
130:13 189:21
198:14 269:5
**determinations**
150:10
**determine** 56:7
56:17 57:20
110:17 119:23
137:12 143:8
153:3 172:24
189:11 195:8
197:10,11
198:1,1 206:21
208:24 209:19
210:3 232:14
234:20 258:15
297:17 300:4
310:5 311:24
313:3 335:13
**determined**
78:14 143:14

149:11,22
181:24 220:16
230:2 299:22
313:1 314:4,7
**determines**
138:8,11
**determining**
138:1 143:4
181:23 211:11
232:22 289:14
299:21
**detracted** 48:6
**develop** 273:19
320:18
**developed**
43:24 149:1
161:11 162:15
**developing**
43:20 343:18
**development**
163:11 168:5
343:21
**devin** 2:3 12:4
**diameter**
143:15 146:14
152:10 309:7
318:13
**dictates** 122:10
**differ** 197:24
**difference**
82:12 84:10
111:18 115:17
141:17 160:25
161:25 180:7,8

180:16 196:1
224:2,11 341:9
341:13,20
342:13
**differences**
303:10 314:17
**different** 78:6
79:14 80:22
81:5 108:18
116:3 120:1
156:22 167:23
170:10 213:9
220:20 244:1
259:23 284:7
350:2 351:12
351:13
**differently**
197:16 350:25
**differs** 141:3
**difficulty**
200:16
**diffuse** 187:9
187:12,18,21
187:25 188:7
221:22
**diffusion** 82:17
83:9,16 84:12
84:15,16,22,24
85:21,22,25
86:6,12 87:6
87:16 88:5
89:23 90:4,6
90:21 96:16
187:3

**diffusion's**
84:25
**dike** 7:23
**diluted** 246:16
**dimension**
148:10
**dimensions**
183:12 212:4
**dioxide** 64:14
64:17 79:14,25
80:1,2 115:9
212:11,15
**direct** 4:10
209:17 210:1
236:15 285:7
306:19
**directed** 241:3
293:24
**directly** 30:14
36:12,22,23
67:21 211:10
228:15,22
229:2 303:11
303:17
**director** 36:1
39:8 62:19
63:3
**directs** 294:5
294:14
**dis** 38:3
**disagree** 80:19
87:14 113:24
141:10 142:14
174:23 197:19

209:5 271:22
301:7
**disagreed**
175:5
**disagreement**
60:10 61:4,10
111:16 113:7
**discernment**
160:19
**disclosed**
155:18,20
**disclosing**
267:7
**discontinued**
333:2
**discoverable**
20:14
**discuss** 342:6
343:24
**discussed**
157:18 206:14
271:21
**discussing**
201:23 337:18
**discussion**
113:5 148:20
196:24 197:24
257:13 304:12
322:9
**discussions**
323:23
**disparity**
204:14

**disputing**
135:21
**disruptions**
344:1
**dissipate** 110:3
110:10 112:25
113:20
**dissolve** 64:14
212:23
**dissolved** 89:21
225:25 226:2
**distance** 305:5
306:11
**distinct** 320:8
**distribution**
51:4 56:5 60:2
60:5 78:7
103:18 120:18
128:18 135:12
136:21 230:16
237:6,15
255:14 264:4
282:3 284:5,9
284:13,16,19
284:21 286:23
**distributions**
135:3
**district** 1:1,1
**divide** 196:15
**divided** 196:4
**division** 1:2
**doctor** 129:13
**document**
12:19,21 13:4

13:7 16:10
18:25 19:2,11
19:20 22:4
27:10,18 28:15
28:20 40:12,13
62:8 66:15
101:19,25
103:13 108:4
116:19 117:1,3
118:23 125:23
126:14 143:23
155:12,15
156:2,5,16
158:7 173:25
174:3,13,16,19
175:16,21
177:21,23
178:6,7,13,17
186:17,19
201:4,5 207:17
223:5 241:10
259:9 269:6
270:4,6 271:2
326:5,6,19
328:6 333:10
336:6 337:25
339:13,20
340:10 341:15
346:16,25
347:3,10
**documentation**
268:11 271:21
273:10 289:21
295:11,16

298:25 322:20
346:7
**documented**
91:8 144:9
**documents**
11:2 18:10
29:5,25 32:18
34:14 53:10
75:16 78:22
98:18 101:12
101:16 155:2
155:25 156:3
156:12,13
172:22 210:8
210:17 214:21
214:22 268:14
268:16,18,24
269:3 273:16
273:22 274:14
288:5 299:7
325:6,10,16
326:11,12,21
346:14 351:7
**doing** 24:8
123:10 157:17
182:10 197:9
197:25 199:14
241:2,6 315:14
319:20
**doj** 2:14,15,15
18:20
**dominant**
217:3

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 379 of 446

**double** 242:16
**doubles** 159:17
**doubt** 102:10
102:20
**dover** 43:8,22
44:19 47:2,8
**downstream**
145:2,21 149:3
149:7 169:20
256:15,22
257:17,20
277:5 334:9,11
**downward**
306:2
**dr** 6:11,12,24
10:25 11:9
17:2 20:12
21:3,19 25:23
25:25 26:2
28:19 31:2
32:7 54:5
58:18,21 59:1
59:8,15,19,22
59:25 60:3,11
60:16 61:4,10
62:10 75:10
76:2,3,6 95:14
101:11,23
104:10,20
105:10 109:8
131:23 134:6
134:13,15
141:3,5,9,17
142:12 155:5

155:20 157:2
158:14 166:8
168:18 169:23
170:15 171:9
171:24 174:2
175:13 184:19
185:21 186:16
189:15 190:11
197:19 199:7
200:6 204:7
207:21 209:4,5
209:11 211:9
251:14 266:13
272:2 275:13
300:11 301:7
301:21 302:11
305:10,17
319:22,25
322:4,10,14,25
324:4,13 327:2
329:11 330:17
331:1 333:10
340:2 345:1,5
348:11,13
350:5,7 352:2
**drafted** 18:21
**dramatically**
114:22,23
213:9 224:15
**drawings**
344:11
**drawn** 96:14
97:18

**drilled** 112:7,8
112:14 115:2
**drinking** 4:11
14:1 51:5
138:4 174:1
232:12 289:18
**drone** 154:1
**drop** 142:18
145:20,25
152:13,17
**dropping** 71:16
148:7
**drops** 71:24
**drs** 271:22
**dry** 259:22
**drying** 173:8
173:11,15
**dual** 223:12
**due** 82:17
162:1 303:10
317:21 318:6
**duly** 6:18
**dumping**
283:16
**duplicative**
156:12
**dyes** 37:21

**e**

**e** 2:1,1 3:1,1,13
4:1,1,1 7:6
15:16 340:8
354:1,1,1
355:1,1

**e.g.** 166:13
171:16
**earlier** 23:18
124:13 155:18
166:8 186:2
200:1 233:7
245:12 267:4
274:20 275:22
281:23 288:10
288:24 290:3
315:21 316:2
319:13 321:10
321:11 322:2
328:24 346:21
348:11 350:18
**early** 12:15
52:6 289:23
295:4
**ease** 287:13
**easier** 167:25
287:14
**eastern** 1:1
**edge** 141:16
**edited** 35:20
**edition** 286:3,4
286:19
**edits** 302:17,24
**education**
48:15,19 49:25
273:9
**effect** 80:8
159:18 319:8,9
**efficient** 308:22
309:13,24

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 380 of 446

**efficiently**
  306:15
**effluent** 138:22
  139:3,19 140:1
  141:4 142:19
  142:23 143:15
  147:4 148:10
  148:25 150:16
  151:7 152:1,9
  152:15 153:2
  158:3 160:6,13
  160:21 161:10
  161:17 163:22
  164:6 165:6,12
  165:17 166:17
  334:2,18
**effort** 34:7
  343:19
**efforts** 125:7,14
  125:25 126:9
  126:22 129:22
**eight** 177:25
  178:3
**eisenhower**
  49:23 50:3
**either** 39:15
  42:6 98:18
  124:11 173:22
  210:6 259:5
  265:20 271:16
  304:20 306:16
  306:17 316:20
  317:7 355:14

**element** 226:24
  307:14,17
**elevated** 8:1
  103:14,17
  283:14,20
  284:1,7,10,12
  284:17
**elevation** 158:2
**elevations**
  177:24
**else's** 130:24
**email** 4:3 14:10
  14:15,18,22
  155:23 275:14
**emeritus** 7:10
  38:12,13 40:18
  40:19,20
  184:16
**eminence** 42:8
**emphasis** 37:11
**employed**
  26:18
**emptied** 180:5
**empty** 147:22
  147:24 148:10
  148:14,19
  180:6 323:3
  335:8
**enclosed** 66:23
  68:9
**encourage** 70:7
**encroaching**
  7:24

**ended** 13:11
  253:17,25
**ends** 120:18
**energy** 45:14
  46:1 71:20
  167:7 334:24
**engineer** 41:11
  41:14,17,21,25
  49:16 99:16
  137:25 185:7
  204:25 274:3,5
  274:9
**engineering**
  35:7 36:25
  37:4,10,13,14
  37:14,15,16,17
  37:18 42:4,24
  49:1,18 50:9
  183:13 184:6
  195:12 197:13
  205:2 224:18
**engineers**
  150:8
**enmeshed**
  225:21
**ensminger**
  14:19 301:3
**ensuring**
  225:14
**enter** 69:9
**entering** 248:6
  248:9 347:23
**enters** 90:24
  91:4 97:12

  183:5
**entire** 32:25
  97:7 111:15
  308:13
**entirety** 353:8
**entities** 36:21
**entity** 36:14
**entrance** 305:9
**entries** 22:6
**entry** 22:10,15
  22:19 23:5
  24:13
**environmental**
  10:20,25 37:11
  37:15,17 41:25
  42:4 44:17
  45:2 91:13,14
  91:16,19,22
  98:5,13 101:2
  101:4,9 103:20
  123:6,11 124:8
  124:25 125:3
  125:10 126:7
  130:19 131:2
  138:17 139:1
  142:17 143:3
  143:14 147:3
  148:17 149:23
  150:20 151:10
  158:14 159:4
  159:20 166:7
  166:25 169:25
  170:2,18 171:7
  172:21 182:5,6

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 381 of 446

197:15 198:15
201:16 202:20
207:9 210:13
214:24 230:13
331:17 332:11
332:21
**environment...**
143:8,10
158:17
**envision** 85:5
225:20,24
301:11
**epa** 4:11 45:9
173:25 314:20
**epidemiologi...**
125:7,14
126:10,23
127:11
**epidemiologi...**
234:1
**episodes**
351:20
**equal** 80:1
166:17
**equalize** 176:1
176:14
**equally** 265:18
**equation** 89:7,9
166:22 187:15
188:14,15,20
188:21,23
189:2
**equilibrate**
81:21 82:6

114:16
**equilibrium**
79:14,20 80:4
81:8 110:3,10
110:17,18,21
111:2 113:1,20
122:1,4,5
329:22,23
330:1
**equipment**
279:23 280:4
298:9
**equipped** 295:5
**equity** 38:20
**equivalent**
82:19,24
286:21
**era** 49:11,12
**eras** 49:13
**ernest** 4:17
14:10,12 31:6
291:6
**error** 200:18
201:12 202:2,4
202:6,7 204:24
**errors** 204:17
**escape** 69:10
70:14 71:8,10
71:15 328:16
328:16
**especially**
326:10
**essentially**
122:9,12

142:12 280:11
283:16
**established**
289:2
**estimate** 15:21
131:24 132:23
141:25 144:7
251:15,20
**estimated**
141:25 144:15
146:12 147:5
148:18 166:18
318:23
**estimates**
190:17 202:7
202:25 232:11
343:18,21
**estimation**
125:11 126:7
147:13 150:2
217:16
**estimations**
345:12
**et** 54:20 84:7
131:16 208:25
212:1 344:1
**ethiopia** 36:3
**evaluating**
343:25
**evened** 319:11
**eventually** 81:8
120:18
**evidence** 145:2
149:18 251:10

251:12,12
257:15 310:15
344:20
**evidenced**
139:16,18
**ewri** 4:16
**exactly** 53:16
75:23 144:11
178:8 305:14
322:22 323:16
**exam** 42:7
**examination**
3:6,7,8 6:22
324:11 345:16
349:23
**examinations**
344:10
**examining**
72:18
**example** 8:19
82:9,25 92:11
137:16 148:6
189:16 201:12
201:24 203:14
204:2 247:4
313:13
**examples**
304:10
**except** 135:2,11
136:20 197:19
306:9 353:10
**exception**
155:9,11 156:2
156:2

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 382 of 446

exceptions
193:15
exchange 66:24
67:3 68:13,14
68:20 69:3,11
69:13,18,25
70:4,12,18
71:3 172:1
176:17
exclude 104:24
105:4,24
excluding
57:25
exclusive 15:17
excuse 200:4
299:6
exhibit 16:8,9
19:22 27:1,8,9
28:13,14 33:17
34:20,21 50:16
50:25 51:22
53:6 59:12
62:6,7 89:5
100:12 101:17
101:19 103:14
103:21 104:6,9
105:25 116:17
116:18 123:8,9
123:12 128:9
158:12 173:23
173:25 186:13
186:15 189:7
207:16,20
213:6,17

229:13,15
235:3 241:19
241:21 255:19
271:4 291:4,5
300:7,8 324:15
324:18 326:12
327:22 330:4
336:15,18,24
337:1,5,13
338:6,7 339:6
340:3
exhibits 3:3,4
exist 17:13
155:10 156:3
325:23 326:4
exits 91:19,23
expect 67:21
106:24 107:13
107:25 177:13
218:4,4,12,23
218:24 219:5
250:13 254:3
276:15 277:4
316:15
expectation
221:2 276:7
expected 67:22
experience 51:1
69:3 172:1
191:16,20
217:21 250:1
273:8 274:17
289:22

experienced
81:12 123:3
142:2
experiment
10:23 312:4,13
318:19
experimental
320:18
experiments
200:17 306:8
expert 4:3,4,6
4:16 8:6 10:14
10:18,24 11:14
12:8 16:11
18:21 19:2,5
19:16 20:14
26:10,23 27:10
27:15 28:16
29:3 34:12,21
55:7,8 58:17
59:15 62:9
91:11 98:3,12
99:5 127:23
128:5 130:20
131:3 139:11
140:7 172:20
178:10 207:11
207:24 214:2
230:14 232:1
234:18 236:5
241:19 259:10
259:11 265:8
266:22,23
267:11 270:25

275:11 304:25
319:23 343:23
344:19,23,24
344:25 348:12
350:2
expertise 127:3
130:10 138:14
239:8
experts 24:21
25:19 269:10
319:19 320:20
321:4
expires 353:21
explain 83:24
105:19 154:2
explained
231:12
explanation
224:17
explicitly 229:4
exponent
158:18
exposed 121:13
121:14,19
122:11 329:19
exposure 14:2
56:8,18 57:21
129:17 130:9
138:2,8 232:15
232:23 233:12
exposures
127:8,10,12
expressed
166:21

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 383 of 446

**extended** 81:10
**extension** 23:13
**extensive** 76:23
**extent** 20:15
  21:20,23 57:6
  104:19 111:19
  127:8 130:5
  132:19 228:13
  267:1 344:14
**extreme** 329:8
**extremely**
  167:4 194:20
  224:12

**f**

**f** 3:1,13,13 55:1
  355:1
**facial** 88:21
**facilitate**
  208:21
**fact** 236:5
  255:10 292:8
  304:22 315:22
  330:17 335:9
**factor** 180:2,15
  180:25 201:13
  201:19,19
  202:15,23,23
  203:16 204:3
  205:17 221:18
**factored**
  198:25
**factors** 83:19
  83:20 90:17

180:13 198:7
315:20 345:9
**facts** 314:5,6
**failed** 41:16
**fair** 9:3,4,12,13
  9:24 10:6,7
  16:2 18:22
  19:3,17 23:16
  23:22 28:25
  29:20 30:16
  32:13 33:24
  47:20 51:12
  52:7 57:4,23
  60:13,19 61:13
  62:4 63:5
  70:21 71:12
  72:15 74:13
  77:10,14 80:3
  80:11 81:1,14
  107:19 115:5
  120:20,25
  121:9,16,21
  124:7 129:4,18
  132:5,9,17
  134:3,9 135:4
  135:15 136:23
  137:5 140:2,18
  140:21 141:6
  142:15,20
  147:5,13,20
  152:13,20
  157:22 158:16
  158:24 172:15
  187:13,20

188:1,4 190:13
191:2,3,5,13,14
191:21 192:5,8
192:10,14
195:11 197:4
197:20 199:11
200:8,9,11,12
202:4 203:17
204:10 216:1,9
216:10 219:23
219:24 229:3
230:25 233:21
234:17 236:16
237:3 242:15
245:15 248:22
249:3,19 250:9
252:5,8 253:3
260:5 261:5,8
261:9,21 262:1
262:9 263:1
268:1 269:1,17
276:14,20
277:1,22,23
282:15,21
285:18 286:24
289:10 290:9
290:15 293:13
295:25 296:1
297:9,10 298:3
298:12 299:19
299:24,25
302:9,10,21
303:18 304:3
304:18 305:19

308:20,21
309:1 311:8,13
317:23 318:17
320:23 322:12
325:22
**fairly** 188:11
  247:24
**faith** 50:10
**fall** 56:23 82:4
  141:4,8 142:23
  143:4,9,12
  144:6,15 145:3
  145:20 146:12
  147:4 148:1,5
  148:9,13 149:5
  149:8,12,16,19
  150:5 151:21
  151:25 153:3,9
  153:20 157:14
  158:25 159:14
  159:16 164:5
  164:21,22
  165:10,16,20
  165:23 166:3
  168:22 169:12
  202:9 203:6
  302:18,25
  303:10,11,17
  304:24 306:11
  306:12,12,13
  318:1,13 323:4
  323:9 327:16
  329:14 334:3
  334:15,22,25

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 384 of 446

335:3,9,20,25
336:3
**falling** 138:22
317:22 318:6
**falls** 149:10
176:2,22
336:11
**familiar** 102:1
102:2 117:7
124:5,6 174:4
188:22 207:13
243:20,23,24
244:5
**family** 51:6
**family's** 157:7
**fan** 67:7 70:24
**far** 147:19
148:1 214:3
329:23 330:1
**farmer** 7:23 8:3
**fast** 181:11
301:14
**faster** 84:18,22
84:25 85:2,17
121:14,19
187:9 188:6
**fate** 51:2,10,17
248:20
**faucet** 313:12
313:18
**favorites** 157:7
**faye** 54:20,21
**february** 75:9
75:11 104:20

305:11,18,20
322:5,16
**fed** 10:21
281:25 282:7
282:14,20
283:9,12,24
284:10 288:25
**federal** 5:9
**feeds** 181:25
**feel** 16:21 56:1
197:14 264:21
266:9
**feet** 141:5
149:10,20
178:2 179:23
180:10 196:5,5
212:8,9 304:23
336:11
**fellow** 4:16
**felt** 76:23
131:16 327:6
327:10
**ferguson** 2:19
**fewer** 161:22
**field** 44:1,11,16
137:13 147:18
211:24 269:10
318:22
**fifteen** 146:24
**fifth** 64:19
**figure** 100:14
100:19 103:7
134:18 135:1,8
136:20 140:14

144:23 145:5
146:1 147:25
148:6,21
149:17 150:4
150:24 151:5
152:5,16,21
153:7,8,16,19
154:4,7 159:20
159:23 160:1
160:13,24
161:5,10,12,16
162:2,21 164:3
164:9,10,23
165:3,23,24
166:4 168:1,4
168:7 242:4
260:11,14
278:7 279:10
279:15 280:3
282:12,25
285:3,24
293:25 294:10
294:13 296:21
297:5 298:8,14
299:14 303:21
303:25 304:5,5
304:11,14,21
307:11,20,21
331:13,15
335:16,24
**figure's** 92:23
**figures** 143:11
145:11

**file** 19:5,15
**filed** 19:12,15
**filing** 29:18
346:15
**fill** 23:1 275:8
275:24 276:6,9
278:6 279:4
280:11 281:9
281:25 283:17
284:24 285:4,8
285:25 286:5
287:10,24
289:18 294:14
299:21,23
300:4,19 301:8
301:17 304:22
305:8 308:11
315:7 317:15
**filled** 100:20
157:21 195:9
266:15 271:23
272:5,6,11,16
272:19 273:12
275:2,3,24
276:2,5 278:3
278:13,22
282:1 284:4
285:19 287:2
288:13 289:8
289:15 290:20
291:2,21 292:9
292:11 293:11
293:17 294:21
301:16 303:22

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 385 of 446

304:1,15
305:12 310:24
311:3,7 313:2
328:16,17
**filler** 116:14
119:3 277:25
278:6,18,21
279:1,4 280:22
281:5,10
284:15 285:13
285:20 286:6
287:3,7,16,16
287:19,25
288:20,22
289:2 290:8,14
293:25 294:18
295:24 297:12
309:20
**filling** 61:12
73:21 273:11
276:13,21,23
279:11,17
281:22 286:11
286:20 287:6
289:25 290:4,7
290:13,19
293:23 294:5
294:11 295:23
296:4 304:6
305:7 306:9
308:18 309:9
310:20 312:9
312:16 313:20
314:8,9,21

316:25 317:20
318:5
**film** 87:20 89:3
90:5,6 187:15
188:13 189:2
**filter** 146:5
149:2 161:12
161:20 162:1
162:15,18,25
163:9 164:16
165:1,7 166:14
220:3,9 223:3
223:12,13,16
223:19 316:15
**filter's** 161:21
163:23
**filtered** 161:17
**filters** 92:15
94:2,6 103:4
146:2,8 161:1
163:25 334:6
**final** 125:2
236:10 266:5
**finalize** 23:10
**finalized** 18:21
**finalizing** 23:6
231:9 234:7,9
234:13 325:18
**find** 16:5 17:7
42:18,20
123:21 141:4
148:20 173:14
173:22 214:8
215:1 298:25

314:18,25
349:4
**finding** 64:6
**findings** 339:1
**fine** 8:25
188:21 306:22
349:22
**fines** 220:7
**finish** 9:9
114:14 171:4
183:24 257:22
264:16 323:22
**finished** 54:11
92:15 100:20
144:19 166:14
174:10 264:15
**finishes** 73:14
159:8
**fire** 272:13,15
275:25 276:5
304:15,15
**first** 6:14,18
11:14 12:8
19:22 24:15
25:3 29:23,25
51:25 53:13
102:3,25 107:3
107:5 123:17
125:2 126:1
128:12 131:22
166:12,20
171:13 174:19
175:10,22
178:5,7 187:1

204:12 227:23
230:9 255:9
260:9 261:11
266:17 270:21
271:20 277:8
281:20,20
296:7,16
297:14 298:19
324:14 325:4
330:23 332:25
339:11,12
**fit** 99:22 237:6
242:8
**fits** 49:21
**five** 45:22
103:1,3 265:10
**fizz** 79:24
**flat** 79:21,23
81:13,21
**flip** 27:13,19
325:7
**flooding** 7:24
**floor** 312:1,20
315:9 318:20
355:13
**flow** 82:10,10
96:15,16
110:22 111:3
120:15 145:24
167:4,7 181:23
182:22 183:15
191:16,21,24
192:19,23
193:10 194:11

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 386 of 446

194:11,23,24
195:1,3,6,17,22
195:24 196:2,3
196:4,4,6,11,15
196:17,25
197:10 198:22
208:25 246:8
246:10 276:10
276:12,17,17
276:24 277:6
282:2 283:15
286:22 301:14
317:14 328:22
336:1
**flower** 191:8
**flowing** 86:1,7
86:16 87:8,18
87:25 88:7
97:22 116:6
141:16 144:5
145:17 147:23
163:20 167:23
180:23 181:12
191:4,8 193:20
198:5,6 215:13
280:15 281:12
281:24,24
282:6,19 283:5
283:21 284:23
288:24 289:3
334:5,19 335:6
335:13
**flows** 120:16,17
182:2,22,25

183:1 192:8,12
192:12 193:9
194:16 284:12
287:17
**fluctuate** 99:7
115:22
**fluctuation**
177:9,15 178:4
178:18 179:6
179:17,20,23
179:25 180:2,7
180:11
**fluctuations**
178:2 179:12
182:19 185:24
186:4 192:14
248:13
**fluorescent**
37:20
**focus** 130:3,5
234:12 319:21
345:11
**focused** 52:13
127:15 320:13
321:17
**follow** 40:12
348:22,23
349:4 350:1
**followed**
198:16 209:11
270:23 309:5
310:3,3,16
**following**
228:13 301:5

312:6
**follows** 6:20
166:22
**foot** 141:4
142:18 143:5,9
143:12 145:15
145:20,25
149:5,12,16,22
150:1,5 152:10
152:12,17,18
158:25 159:14
159:16,16
178:4,19
179:12,22
334:16,23
335:4,10 336:3
**force** 43:7,8
47:11 69:3
71:21
**forced** 66:24
67:3,5,6 68:13
68:14,19 69:12
69:17,24 70:4
70:12,18,23
71:1,2,19 72:6
161:22 176:22
**forcefully**
93:14,18
**forcing** 70:25
**foregoing**
353:7
**forget** 144:11
**forgotten**
214:16

**form** 13:2,10
14:22 15:23
18:23 19:7,14
29:21 30:7,17
31:17 33:1,12
33:15 34:15
36:15 41:2
50:2 51:14,20
52:18 54:1
56:10,20 57:5
57:24 60:7,14
60:20 61:7,14
68:16,22 69:4
69:15,19 70:3
70:20 72:1
74:3,14 75:6
75:21 76:15,21
77:19,23 78:16
80:10,12,18
81:15 82:7,22
83:3,10,17
84:13,19 85:3
85:19 86:3,9
86:17,21 87:19
88:1,17,22
89:17,24 90:14
91:1,6,25 92:6
92:17 93:3,7
93:11,23 94:4
94:7,12,19,24
96:10,18,24
97:10,19 98:1
98:9,14,21
99:9 100:7

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 387 of 446

| | | | |
|---|---|---|---|
| 101:1,14 | 160:16,22 | 239:19 240:4 | 343:14 346:5 |
| 102:13,21 | 162:9 163:6 | 240:23 243:13 | 347:25 351:2 |
| 103:11 104:12 | 164:18 165:13 | 243:17 247:6 | 351:16 |
| 104:18 105:14 | 169:8,18 170:6 | 247:17 248:5 | **formal** 48:18 |
| 106:9 107:10 | 170:19 174:25 | 248:11 250:10 | **formed** 148:25 |
| 107:20 108:8 | 175:6 177:11 | 250:18 251:19 | 161:9 162:18 |
| 108:19 109:4 | 180:18 181:6 | 252:6 253:4,15 | **former** 185:8 |
| 109:14,24 | 182:12 188:2,9 | 253:23 254:14 | **formerly** 62:20 |
| 110:24 112:15 | 189:17 191:17 | 258:10,20 | **forming** 267:24 |
| 113:3,11,23 | 191:22 192:9 | 259:15,19 | 269:13 |
| 114:3,18 115:6 | 192:15 193:17 | 262:2 263:2,8 | **forms** 120:2 |
| 115:25 116:12 | 194:5 195:23 | 263:20 264:5 | **formula** 209:19 |
| 118:21 119:12 | 196:12 201:8 | 265:2,9,16 | 210:2,16,23,23 |
| 119:25 120:8 | 202:13 203:9 | 266:1,25 268:2 | 211:2 |
| 121:1,22 | 203:18 204:4 | 268:11 269:23 | **formulation** |
| 122:13,18 | 205:25 209:8 | 270:2,12 272:4 | 35:6 |
| 125:16 126:11 | 209:21 210:4 | 273:14 278:23 | **forward** 133:14 |
| 126:17,25 | 210:11,20,25 | 287:22 289:16 | **found** 79:15 |
| 127:13 129:5 | 211:7,13 | 290:10 294:7 | 199:9 295:8,11 |
| 129:19 130:1 | 213:24 215:10 | 299:10 301:18 | 295:16,19 |
| 130:15 131:10 | 216:16 217:12 | 304:8 305:24 | 299:7 313:8,8 |
| 131:12 132:12 | 218:10,17 | 308:3 309:2,16 | 313:17 |
| 132:18 133:2 | 219:2 220:5 | 310:1,12 | **foundation** |
| 133:22 134:10 | 221:6 222:18 | 311:14 313:23 | 77:24 78:17 |
| 134:22 135:5 | 222:25 223:24 | 314:11,22 | 102:14,22 |
| 135:16,24 | 224:22 225:18 | 318:25 319:17 | 104:13 105:10 |
| 136:13,22 | 226:20 227:8 | 320:2,10,24 | 105:14 106:10 |
| 137:6 139:4 | 228:17,24 | 321:24 322:17 | 107:11,21 |
| 140:3,19 | 231:4,14,21 | 323:11 329:5 | 108:9,20 |
| 141:11 142:25 | 232:8,17,24 | 331:22,25 | 109:15 118:22 |
| 143:21 144:2 | 233:15,22 | 332:16 335:11 | 119:13 121:2 |
| 147:6 149:14 | 235:24 237:8 | 338:3,14 339:9 | 121:23 125:17 |
| 150:3 151:14 | 237:20 238:4 | 339:14,23 | 126:12,18 |
| 153:21 160:3,9 | 238:13,25 | 340:18 341:23 | 127:1,14 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 388 of 446

129:20 144:3
147:7 151:15
160:17 182:13
209:22 210:12
210:21,25
211:8,14
218:18 219:3
223:25 225:19
226:21 231:5
232:9,18,25
233:16,23
237:9,21 238:5
238:14 240:5
247:7,18
250:11 253:16
253:24 254:15
258:11 259:15
259:20 262:3
263:3,21 265:3
309:3 314:23
320:3,11,25
321:25 322:18
326:13 332:1
332:17 339:15
340:19 351:8
**four** 103:14
177:24 181:8
252:7 291:15
**fraction** 166:21
**fractive** 347:20
**free** 16:21 56:1
145:17 164:5
164:21,22
165:10,16,20

165:23 166:3
168:22 280:15
281:12,24,24
282:6,19 283:5
283:21 284:23
288:24 289:3
**freely** 145:24
**front** 41:20
50:18,20 53:7
118:17 134:19
188:24 189:3
258:24 277:9
**full** 6:25 38:7
38:10 83:25
141:21 166:12
169:14,16
171:14 174:19
180:6 187:1
204:12 230:10
242:2 255:10
260:10 271:20
281:21 334:19
337:16,25
353:8
**fully** 59:6 83:8
83:16 84:12
322:21,24
**fulvic** 218:21
**function** 88:12
**fundamental**
39:1 188:11
**fundamentals**
38:19

**funded** 44:16
**funding** 44:21
45:8,11 46:1
**further** 3:8
83:24 118:4
204:8 248:25
289:20 343:24
345:16 349:7
349:23 352:1
**future** 24:9

**g**

**g** 4:1,12 186:14
**gain** 42:5,8
75:19
**gaining** 48:8
**gallon** 100:19
117:17
**gallons** 195:16
195:21 196:3
196:10 212:5
**gas** 208:19,25
**general** 11:4
25:5 44:25
66:6,9 79:12
82:8 83:4
100:1 106:15
107:1 109:25
121:24 175:1
188:3 193:6,11
205:4 259:21
273:15 315:4
**generalized**
170:16 171:10

**generally** 13:8
13:21 27:24
133:23 191:6,6
193:16 247:23
247:23 296:13
**generic** 232:19
**generously**
130:22
**geotechnical**
37:14
**germany** 47:12
47:16
**getting** 88:14
288:9
**giovanni** 2:14
**give** 10:9
101:23 147:24
156:6,16
224:12,17
246:18 337:11
344:2
**given** 9:15 50:7
50:8 75:16
110:15,16
113:14 114:20
114:22 122:16
122:20 204:13
323:17 329:1
353:9
**gives** 181:9
196:5
**giving** 15:21
**glanced** 58:19

Golkow Technologies,
A Veritext Division
877-370-3377   www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 389 of 446

go   7:9,11 11:13
  18:1 20:21
  21:17,20 24:25
  27:5 39:7,12
  39:12 53:10
  58:5,6 65:12
  68:24 70:13
  71:7 74:11,23
  75:12 79:1,21
  80:25 81:21
  98:22 100:9
  105:7 106:1
  114:4,9 120:10
  120:10,13
  131:21 144:10
  144:23 146:18
  146:21,23
  147:14,18
  149:8,16 153:1
  154:15 157:13
  157:17 163:13
  163:24 167:7
  170:20 180:13
  184:1 185:15
  224:8 227:16
  228:4,9 244:7
  259:8 260:22
  263:14 268:10
  306:16,17
  308:17 319:7
  319:12 327:4
  334:25 343:11
  347:13 351:25

goal   64:7
  212:23
goes   69:9,10
  70:9,25 71:4
  71:20 92:2,12
  116:4 131:5
  172:3,5 180:25
  244:21 284:14
going   20:11
  33:18 34:4
  47:3 50:24
  58:2,5 67:5
  68:7,12 71:7
  71:23 77:16
  86:20 105:4,23
  126:4 127:17
  132:11 147:1
  170:5 174:12
  192:3 224:8
  227:13,19
  229:11 240:15
  246:10,16
  260:20 300:15
  301:22 316:19
  317:7,17
  337:15 338:5
  349:20,25
golkow   352:11
good   6:11,12
  6:24 8:23 58:5
  58:16 62:5
  78:25 95:21
  154:12 157:4,8
  227:13 233:4

  233:19 235:1
goodness   42:12
  242:8
google   268:19
gotcha   238:20
govern   122:1,3
government
  3:4 16:8 27:8
  28:13 45:12
  62:6 101:17,19
  104:9 116:17
  156:5 173:23
  173:25 186:15
  207:20 229:15
  241:19,21
  291:4 300:7
governs   122:5
grad   26:20
gradient   144:6
  187:24 188:13
  189:1
gradually
  254:24 255:5
graduates
  49:19
grainger
  155:16
grant   44:15
  45:15,19 46:1
  46:12 49:22
granted   105:5
  105:6 132:13
grants   45:11

gravel   223:14
gravity   92:14
  97:22,23 146:2
  281:25 282:7
  282:14,20
  283:8,12,24
  284:10,13
great   54:19
  186:21 196:18
  233:9 259:1
greater   149:5
  191:9,13
  215:12 310:8,9
  310:10 329:9
  334:15,22
  335:3,10
greatest   162:24
  165:5
grid   306:22
  317:12
ground   284:17
groundwater
  13:25 43:21
  45:17 46:3,5,8
  47:17 51:11
  218:3,11
  221:14 244:2
group   15:6,12
  15:17 36:14
guess   34:5
  42:22 48:24
  49:3,7 50:4
  55:5 81:16
  98:24 119:18

Golkow Technologies,
A Veritext Division
877-370-3377                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 390 of 446

128:7 152:3
178:17 179:17
182:5 217:13
229:4 231:6,15
233:24 245:17
266:7 273:24
274:11 291:9
291:16
**guesstimate**
212:10
**guidelines**
294:8
**guiding** 66:7
**gun** 292:17

**h**

**h** 3:13 4:1
354:1
**hadnot** 4:8
22:24 23:1
55:18 72:13
77:8,13 92:20
98:8 100:15,25
102:4,11
103:18,23
134:20 135:2
145:1,21 147:3
149:13 150:15
151:5 160:6,12
164:6,9 196:20
197:7 226:10
226:15 235:9
236:5,11,25
237:18 242:6,9

242:22 244:12
248:6,9,20
250:23 251:2
262:17 264:24
300:19 301:9
322:11 323:1
331:5,15
332:12 333:24
335:2 338:12
342:4,14,21
343:1
**half** 24:12
39:11,13
117:17 162:13
301:23 304:1
318:23
**hand** 74:16
173:3 278:6
288:25 289:24
314:2 338:6
355:16
**handed** 346:20
346:25
**handful** 124:14
**handing** 101:18
104:5 207:16
**handle** 64:16
67:15 232:11
301:14
**hands** 336:15
347:10
**handwritten**
4:7

**happen** 20:7
71:21 127:17
135:22 176:17
311:10 329:22
351:20
**happened**
217:15 221:15
297:17
**happening** 52:1
52:5 70:8
**happens** 70:5
71:3,19
**happy** 53:3
58:10 103:8
**hard** 54:3,8
73:17 102:16
121:3,4 122:24
137:20 192:25
193:5 194:20
212:22 213:3
304:19
**harder** 163:13
168:23 317:10
317:15
**hardness** 217:1
217:20
**haroon** 2:15
**hat** 224:2
**hatch** 277:25
278:3,7,13,21
279:1,4,5
280:22 281:6
281:10,25
283:17 284:15

285:13,20
286:6 287:3,7
287:16,17,19
287:25 288:20
288:22 289:3
290:8,14
293:25 294:18
294:21 295:24
297:12 301:17
309:20
**havai** 2:14
**head** 8:20
79:13 81:5
90:23 113:9
115:9,15
123:14 126:3
149:4 151:8
166:11 181:15
181:16 196:23
231:1 254:1
258:13 264:7,8
296:19 334:12
334:14,21,21
334:23 346:1
**health** 138:3,12
**hear** 176:23
**heard** 170:7
**heat** 82:10,10
82:17 83:8,16
84:11 85:1,16
**heavier** 160:12
**heavy** 160:6
**height** 141:4,8
142:23 143:4,9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 391 of 446

143:13 144:7
144:15 145:3
145:20 146:12
147:4 148:6,9
148:13 149:5,8
149:13,16,19
150:5 151:21
152:1 153:3,9
153:20 158:25
159:14,16
169:13 302:18
302:25 303:10
303:11,17
304:24 306:11
306:12,12
318:1 323:4,9
327:16 329:14
334:3,15,22,25
335:3,9,20
336:3
**heights** 306:13
**help** 9:22 26:9
26:16 47:25
48:9 90:21
176:14 268:14
343:6,9
**helped** 269:6
312:8
**helpful** 65:2
**hennet** 2:17
32:1 59:25
60:3,11,17
61:4,10 64:8,8
75:23 76:7,25

92:25 94:9
104:7,20
105:10 131:15
134:6,13 141:5
142:12 158:19
170:3 171:9
189:15 197:15
197:19 198:15
199:7 200:6
206:25 209:4
266:13,19
271:22 272:2
302:11 305:17
309:7,20 310:3
310:16 315:13
322:25 329:11
329:24 330:17
331:1
**hennet's** 10:18
10:25 11:6,9
31:3 59:15,19
59:22 67:16
75:8,11 76:3
101:11 128:25
130:17 131:24
134:15 141:3,9
141:17 158:14
158:20 169:23
170:15 173:22
190:11 204:7
214:24 226:13
240:7,8 241:3
241:7 305:6,10
309:5 313:9,25

314:19 322:4
322:10,14
327:2,7 333:11
**henry's** 79:4
80:2 110:4,11
113:2,21
114:17 121:25
122:3,5,10
329:21
**hereto** 5:3
**hesitant** 13:4
**high** 64:12
67:24 196:11
199:25 201:18
202:22 203:1
204:17 224:12
282:1,2 287:17
**higher** 142:1
187:24 200:3
250:13 257:17
257:23 276:10
276:12,24
310:8 317:19
318:4,15,23
319:8
**highest** 199:8
200:10
**highlight** 55:10
**highlighted**
279:22 307:12
**highly** 222:10
276:19 289:18
**hill** 43:7,17
44:12 47:2,8

**hist** 48:13
**historian**
275:11 348:12
348:14,25
349:11,15,15
350:2,11,12
**historic** 56:7,17
57:20
**historical** 48:19
49:25 267:25
268:3,7 271:21
273:10 274:13
**history** 48:16
48:17,25 49:4
49:6,13,14,20
50:6,12,14
268:4,5 274:1
274:12 301:4
**hits** 148:2
**hitting** 188:11
312:1,19 315:9
318:19
**hld** 35:7
**hobby** 274:11
**holcomb** 72:13
77:17 78:14
145:19 149:9
149:17 160:8
160:14 164:7
242:9,23
335:18,22
336:9
**hold** 20:10
24:16 229:12

Golkow Technologies,
A Veritext Division
877-370-3377                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 392 of 446

| | | | |
|---|---|---|---|
| 267:11 349:5 | 53:16,19,21,22 | 105:8 106:2,4 | 154:9,15 |
| **hole**   80:22 81:1 | 54:4,10,17 | 106:5,12 | 155:14 156:15 |
| 81:7 112:8,9 | 56:13,25 57:9 | 107:12,17,22 | 156:20,24 |
| 112:11,14,16 | 58:2,8 59:1,7 | 108:12,17,21 | 157:1,2 159:15 |
| 115:2 | 60:10,16,23 | 109:7,18 110:1 | 160:5,11,20 |
| **holes**   307:17,22 | 61:9,16 62:7 | 111:1 112:18 | 161:2 162:12 |
| 307:23 308:13 | 65:19 68:18 | 113:7,12,18 | 163:10 164:24 |
| 308:16 315:24 | 69:1,6,17,21 | 114:1,6,15,23 | 165:15 169:11 |
| 316:9,16 317:5 | 70:11,21 71:5 | 115:10 116:2 | 169:22 170:13 |
| 317:12,12,16 | 72:7 73:20 | 116:18,23,25 | 170:22 171:6 |
| **home**   48:5 63:8 | 74:5,17 75:10 | 118:25 119:15 | 173:24 174:7,9 |
| 82:11,13,14,25 | 76:1,17 77:7 | 120:5,12 121:6 | 174:18 175:3,9 |
| **homes**   120:19 | 77:21 78:4,20 | 121:25 122:16 | 175:12,13 |
| 135:3 | 80:11,14,20 | 122:22 125:19 | 177:8,17 181:2 |
| **hope**   75:19 | 81:18 82:9,24 | 125:24 126:4,6 | 181:11 182:17 |
| 157:4,5 | 83:5,12,20 | 126:15,21 | 184:3 185:13 |
| **horan**   2:8 3:6,8 | 84:17,21 85:9 | 127:4,19 129:8 | 185:15,21 |
| 6:8,8,11,13,23 | 85:24 86:5,11 | 129:23 130:6 | 186:16 188:5 |
| 13:6,13 14:3 | 87:2,12,23 | 130:23 131:11 | 188:12 189:19 |
| 16:1,9,20 17:5 | 88:4,15,20 | 131:18 132:15 | 191:20 192:1 |
| 18:2,3,9,11 | 89:1,20 90:2 | 132:22 133:5 | 192:11,18 |
| 19:1,10,17,19 | 90:16 91:3 | 134:1,12,25 | 193:23 194:8 |
| 20:22 21:2,3 | 92:3,9,19 93:5 | 135:7,19 136:3 | 196:1,13 |
| 21:18,19 24:10 | 93:9,16 94:1,6 | 136:15,23 | 200:23 201:3 |
| 24:12 25:3,10 | 94:10,13,22 | 137:3,11 | 201:11 202:17 |
| 26:20 27:9,24 | 95:1,14,25 | 138:12,16 | 203:12,19 |
| 28:2,14 29:23 | 96:13,20 97:1 | 139:17 140:5 | 204:6 206:2 |
| 30:10,20 31:19 | 97:16,23 98:3 | 140:22 141:19 | 207:21 209:10 |
| 32:22 33:3,13 | 98:12,17 99:4 | 143:2,24 | 209:25 210:7 |
| 33:19,20 34:9 | 99:12 100:8 | 144:14,21 | 210:15 211:1,9 |
| 34:17 36:17 | 101:3,18,23 | 146:25 147:11 | 211:16 214:2 |
| 40:14,17,20,22 | 102:18,25 | 149:21 150:11 | 214:14 215:14 |
| 41:5 49:9 50:5 | 103:13 104:5 | 150:25 151:4 | 216:18 217:17 |
| 51:16,22 52:23 | 104:10,16 | 151:17 153:18 | 218:14,24 |

Golkow Technologies,
877-370-3377                        A Veritext Division                        www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 393 of 446

219:9 220:11
221:9 222:22
223:2 224:5,19
224:24 225:23
226:23 227:6
227:12,20
228:11,20
229:2,13,17
231:10,18
232:2,13,21
233:5,20 234:3
235:1,2 236:1
236:21 237:13
238:1,8,17,21
238:23 239:3
239:23 240:10
241:5,18,22
243:15,20
247:10,20
248:6,9,17
250:15,20
251:23 252:8
253:20 254:3
254:10,18,22
258:14,23
259:14,16,25
262:7 263:6,11
263:24 264:6
264:12,17,19
265:7,13,22
266:4,12 267:6
268:4 269:24
270:5,14
272:10 273:23

278:25 288:3
290:2,12 291:5
294:10 299:14
300:8 301:20
301:22 302:6
304:13 306:1
307:6,8 308:5
309:8,10,21
310:4,19
311:20 314:3
314:13 315:2
319:3,22 320:7
320:15 321:3
322:2,23
323:14 324:7
326:13 329:5
330:6,13
331:11,22,25
332:16 335:11
336:23 337:2,6
337:10 338:3
338:14 339:9
339:14,19,24
340:4,18
341:23 343:14
345:17 346:8
347:3,7,10,19
348:1,4,8,10,16
348:22,25
349:3,7,18,22
351:2,8,16,24
352:1,13
**hose** 275:24
278:16 282:2

284:14 304:16
304:22 308:11
316:11
**hour** 7:17
11:19 58:3
177:24 181:8
301:23
**hours** 11:18
15:22 16:2,5
18:15 20:3
177:14 254:4
324:9
**houses** 135:13
**hpia** 22:20,23
**hplf** 22:20,25
**huh** 21:22
53:19 55:4
87:10 90:2
115:10,14
144:14,25
145:18 148:3
148:24 152:6
152:23 199:20
200:23 257:1
264:19 271:9
277:14 278:8
283:1 292:7,20
293:21 297:8
315:12 318:9
344:6
**humic** 218:21
**hunt** 4:17
14:10,12 31:7
269:16 270:16

290:18 291:6
292:8 293:10
**hunt's** 269:19
269:24 288:20
290:24
**hydrant** 275:25
276:5 304:15
304:16
**hydrants**
272:13,15
**hydraulic**
163:1 183:18
183:20,21
184:4,7 194:6
335:13
**hydraulics**
162:1,25 163:2
165:8 183:8
244:3 245:20
**hydrophobic**
222:10
**hypothetical**
168:17,18
247:7,8 254:6
254:15
**hypotheticals**
255:2

**i**

**idea** 102:15
148:8,15
**ideal** 245:24
**identification**
16:8 27:8

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 394 of 446

28:13 62:6
101:17 104:9
116:17 173:23
186:15 207:20
229:15 241:21
291:4 300:7
337:5
**identified**
140:15 256:10
256:21 282:25
294:10 297:23
298:15 307:21
**identifies** 256:4
298:9
**identify** 37:25
53:7 54:14,15
54:18 182:17
244:6 268:14
296:9 325:16
347:8
**identifying**
345:10
**illinois** 36:25
**illness** 233:13
**illustration**
297:5
**image** 106:8,21
107:2 108:7,25
109:11 118:16
119:9,16
135:14 145:6
148:18 149:13
149:22 150:15
150:20 153:7,9

153:10,18,20
281:8
**images** 104:11
149:25
**imagine** 122:24
167:15 221:16
248:12,14
287:5,10,18
301:13 316:24
316:25
**immobile** 86:1
86:7,13,14,15
87:7,9,11,12,13
87:17,24 88:6
**impact** 57:25
80:16 85:8
138:7 146:7
162:24 163:2
165:5 168:24
169:2 179:14
180:11 193:22
221:25 231:2
270:9 292:10
304:23 305:2
305:22 316:8
318:16
**implementing**
45:3 47:5
**implicit** 186:10
**implicitly**
229:4 231:16
**implies** 281:25
282:6

**imply** 168:6,8
**implying** 205:6
**important** 8:18
74:10 125:12
125:23 148:1
232:16 233:13
327:16 347:1
**impressed**
289:17,23
**impression**
165:25 173:2
231:22 232:10
317:3
**inches** 143:15
223:13,14
**incidental**
208:16
**include** 29:2
36:1 132:25
230:4 240:14
315:14
**included** 103:7
120:6 133:4,7
255:11 315:10
322:8 343:18
347:6
**including**
333:10
**inclusive** 32:18
**incomplete**
247:7 254:6,15
**incorporate**
241:9 253:6
323:5

**incorporated**
199:6 225:3,4
229:1 237:23
**incorrect**
321:19
**increase** 88:21
88:25 90:18
188:17 189:5
194:1 257:9
311:20,21
319:4 328:23
**increased** 7:25
90:11,13 250:2
276:23
**increases**
180:21 188:16
189:4
**incur** 135:14
**independent**
85:22,23
142:22 268:18
**independently**
239:10
**indicate** 93:24
135:25 251:9
257:14 299:18
301:15
**indicated**
257:14
**indicates**
201:12 261:11
261:18 333:11
333:25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 395 of 446

**indicating** 53:5
135:9 149:6
236:9
**indication**
147:24 148:7
181:10 252:2
284:2 299:16
332:6 333:10
**indicative**
257:18 258:2
**indirect** 231:12
**indirectly** 56:4
56:15 229:1
234:4 235:19
240:21 253:6
255:13 264:2
264:20 321:22
**individual**
120:3 132:25
133:3
**individual's**
232:14,22
**individuals**
56:9,19 57:22
127:11
**induce** 182:23
**industrial**
22:24 39:9
272:18
**industries** 39:7
**industry** 38:24
39:3,16 133:24
**infinite** 114:20
114:21

**inform** 243:6
243:12,15
244:15,24
245:9,13
247:15
**information**
11:5 25:6
29:24 42:21
65:2 66:9
67:13 74:15
75:15,19,25
76:13,19,24
78:1 91:9
98:16,19 99:2
125:6,13,23,25
126:9 143:2
156:8 173:3,22
181:8 210:17
246:19 254:8
266:3 273:17
315:1 326:14
327:7
**informed**
250:25
**ingested** 120:23
**inherent** 312:3
**initially** 24:1
**injected** 64:6
**injection** 64:3
208:19
**inlet** 97:15,21
246:1,11 247:3
**inorganic**
217:1,14,15,20

219:5 220:7,25
221:4 222:6,9
**input** 142:14
231:24 282:12
283:7
**inserted** 278:18
304:20
**inside** 79:16
82:12 175:25
195:7
**insight** 248:20
**inspected** 72:24
73:2,12
**inspecting**
72:13
**installed**
119:24
**institute** 36:1
39:8,10
**instructed**
295:23
**instructing**
267:2 295:22
296:3
**instructions**
279:11,18
280:11,25
281:4,22
282:24 285:7
294:4,11
**insulation**
82:13
**intend** 127:24
128:3

**intended** 282:1
315:23 347:7
**intentionally**
70:6 306:20
**inter** 172:10
**interact** 172:13
**interaction**
172:16 270:22
**interest** 273:25
281:21
**interested**
49:15 355:15
**interesting**
309:4
**interface** 187:4
187:17
**interfacial**
88:11
**intermittent**
172:10
**internet** 123:21
**interpret** 163:3
**interpretation**
139:15 201:10
203:2,11
282:22 283:10
**interpreted**
162:21
**interrupt** 9:5
9:10
**interviews**
344:9
**introduce**
245:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 396 of 446

| | | | |
|---|---|---|---|
| **introduced** 314:4,6 315:13 | **j.c.** 266:19 | **jurat** 3:9 | **knezovich** 302:14,18,25 |

**introduced**
314:4,6 315:13
**introducing**
246:15,25
**introduction**
281:11
**inventory**
297:23 298:15
299:1,12,12
**investigating**
332:11
**involved** 44:12
44:18,20 46:5
46:8,13,16,19
123:2 127:16
167:21 221:19
**involvement**
127:3,15,20
130:11
**iowa** 37:6
**issue** 138:12
213:20 221:14
**issues** 324:3
**issuing** 173:13
310:22 311:1
**it'll** 80:8
**items** 226:13
**iteration**
285:12

**j**

**j** 2:3 188:17
189:5 266:19
353:1

**j.c.** 266:19
**january** 4:6
18:14 19:24
21:9 23:12,16
27:12 28:15
29:12,18 30:6
34:13 325:11
325:15 326:4
326:20 327:3
**jerry** 14:19
**job** 233:4,19
340:10
**johnson** 272:21
273:3
**joined** 6:9 12:3
**jones** 26:6
**journey** 50:10
**judge** 273:11
**judgment**
197:13 216:20
239:5 301:13
308:10
**july** 248:18
256:5,10 257:3
258:8 260:2
338:1,13,20
341:21 342:12
342:15
**jump** 269:20,25
**jumped** 292:17
**june** 22:7,10,15
22:19 296:23
297:7

**jurat** 3:9
**justice** 4:18
300:9
**justified** 131:16
142:19 143:5

**k**

**kailey** 2:15
**kc** 2:9
**keep** 27:4 58:5
146:25 225:10
227:13,19
259:15 291:11
321:1
**keeps** 90:19
**keller** 2:17
**kevin** 12:4
**key** 118:5
**keyed** 118:13
**kind** 13:11,18
64:16 70:24
84:7 153:25
154:7 167:12
167:20 177:4
218:20 233:17
245:1,2 344:16
**kinetic** 110:14
113:5 330:2
**kinetics** 110:17
122:7 221:19
**kitchen** 313:13
**knew** 64:11
270:21,21

**knezovich**
302:14,18,25
**know** 8:13 10:2
14:3,8 16:18
19:10,19 21:21
24:17 32:4,19
34:6 41:4
46:19 49:2,21
64:5,13 68:4
75:22 76:25
77:2 83:21,23
84:1,2,5 85:20
90:24 102:24
103:17 105:9
109:2,6,8
116:8 119:8,17
121:4 143:19
143:22 146:1
146:13 148:9
148:17 150:6
151:13,20
153:25 161:20
173:8 175:12
176:23,25
178:13 179:7
181:3,11,14,16
182:2 183:3
184:2 194:16
196:19,22
197:6 207:2
209:10,16
210:6,23 211:4
211:5,10
212:11 213:14

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 397 of 446

213:15,22
216:18 217:9
218:20 220:15
223:3,6 226:9
226:14 230:20
231:2,18 232:2
232:5 233:11
234:13 237:13
244:11 248:3
253:12,19
256:11 258:6
258:18,22
259:16,17
265:22 270:24
271:1,8,10
273:16 296:16
300:23 312:15
314:20 316:22
323:14 326:9
326:11 332:3,5
339:20 343:12
344:12 345:18
345:20,24
346:2,9 348:8
348:20 350:21
**knowing**
102:23
**knowledge**
17:11 18:5
19:13,21 29:4
46:14,21 68:6
76:11 116:15
147:21 207:9
207:12 214:1

214:11 215:3
216:21 244:13
273:8 295:20
314:24 326:18
332:4,9
**known** 173:5
**konikow** 25:25
26:3 319:25
**konikow's**
319:23
**kyle** 4:19
300:10

**l**

**l** 1:22 2:8 3:1
3:13 4:16 5:1,7
15:16 354:3
355:4,19
**lab** 340:11
**laboratories**
155:16
**laboratory**
43:25 44:16
201:13
**lack** 68:13,19
69:12,17,24
214:11 215:3
241:8 320:10
343:4
**laid** 169:24
170:16
**lake** 88:13
171:17 172:9
180:19,24

189:22 192:17
197:12 201:12
201:24 203:14
204:2 205:1,5
218:1,2 289:25
317:1,5
**lakes** 202:9
203:5 205:2
**laminar** 194:11
195:1,2 196:24
197:4 276:17
**lana** 1:22 5:7
354:3 355:4,19
**land** 7:24 23:1
**language**
146:11 162:13
**large** 44:14
196:6,7 201:13
202:15 212:2
**larger** 114:22
114:24 249:21
308:2 310:7
316:10,16
317:6,9,16
**largest** 198:20
**late** 25:9
**laura** 2:3 6:6
77:23 126:2
175:9 259:14
264:6 349:4
**law** 79:4
121:25 122:3,5
122:10 329:21

**lawful** 6:18
**lawsuit** 14:4
**lawyer** 26:18
105:20,22
**lawyers** 26:12
26:17
**lbaughman** 2:6
**lead** 276:24
318:5
**leadership**
36:13 50:9
352:11
**leading** 192:13
**leads** 158:25
194:25 228:3
317:20
**learn** 98:6
**leave** 79:19
146:8 253:21
266:7 329:2,18
**leaves** 56:18
120:23
**leaving** 293:3
**lecture** 39:19
**led** 134:6,15
198:7
**ledford** 1:22
5:7 354:3
355:4,19
**left** 79:25
121:14,19
157:12 324:8
**legal** 15:5,12,17
268:13 324:24

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 398 of 446

**lejeune**   1:3
   4:18 14:6
   39:17,22 46:6
   46:10,13,17,20
   48:11 51:3,11
   51:18 52:2,10
   56:19 57:22
   60:5 66:8
   67:14,20 68:5
   72:10,19,22,25
   74:2,8,11,18,21
   75:4,12 76:10
   76:14,20 90:25
   91:5,20,24
   92:5 93:17,21
   94:3 96:8
   100:8 116:9
   120:17 125:4
   125:15 126:10
   126:23 127:6
   128:19 156:8
   171:17 172:19
   172:25 173:9
   173:15 178:19
   179:7,12 181:4
   182:3 204:15
   205:9,24 206:5
   206:18 207:13
   209:20 210:3
   211:12 216:12
   216:15 218:8
   228:16,23
   248:3 259:3
   271:24 291:22
   292:25 297:23
   299:2,8 300:9
   304:7 327:5
   343:17 344:15
   354:2
**length**   212:8
**lesser**   55:13
   81:2,2 97:20
   98:2 192:16
**letter**   118:1
   155:17
**level**   68:24 69:9
   69:10 70:9,25
   71:3,7,20,24
   99:2 140:8
   148:7 158:3,4
   172:3,4 176:2
   176:21 178:1
   179:19 222:9
   236:9 237:1,14
   237:18 238:3,9
   238:18 239:7
   239:11,16
   240:12,18
   242:5 246:22
   247:12 255:11
   261:20 340:25
**levels**   7:25 56:8
   57:21 68:15,21
   69:2 70:13
   71:16 81:5
   99:6 115:22
   181:4 209:20
   210:3 211:12
   218:3 246:21
   259:4
**library**   268:19
**licenses**   43:1
**licensing**   42:2
**licensure**   42:25
   43:1
**lid**   112:3,17
**light**   230:12
   237:14
**likelihood**
   350:24
**likely**   63:13
   73:7 94:20
   209:1,14
   288:12 289:25
   292:11 293:17
   299:22 334:18
**lime**   102:7
**limitations**
   90:21
**limited**   85:8
   96:25 97:2,8
   104:25 105:13
   110:19 195:17
   195:22,24,25
   215:18 218:12
**limiting**   145:3
**lincoln**   48:25
   49:1,11,12,16
   50:8,9,11
   274:1,11,13
**lincoln's**   50:9
   274:15
**line**   4:21 19:24
   208:5 284:17
   284:19,21
   291:18 292:22
   315:13
**lines**   141:21
   208:9 300:17
**lip**   304:16
**liquid**   116:4
   208:22
**list**   28:17,25
   29:8,11,14
   30:1,5,24 31:4
   32:11,18,24
   33:7,11,22
   34:2,3 53:1,3,5
   53:15 64:22
   117:2 154:25
   156:1 267:21
   267:21 270:20
   271:4,5,17,17
   289:6 324:19
   324:22 346:13
   348:17 349:17
**listed**   30:13,24
   31:9 32:2 34:8
   37:19 53:9,12
   118:6 132:10
   178:16 219:11
   219:14
**listened**   305:16
**lists**   32:17
**liter**   342:17,18

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 399 of 446

**literature**
190:19,23
191:1 199:9,24
199:25 200:3
330:23 343:19
**litigation** 1:4
4:18 274:16
275:4,7 300:9
354:2
**little** 58:6 78:25
79:1 85:8
97:12 118:4
146:18 183:6
224:8 227:16
**lived** 56:19
57:22
**ln** 354:4
**load** 295:22
296:3
**loading** 280:7
280:14,18
282:13 283:2,8
285:7 294:3
**local** 97:8
**localized** 97:6
97:15
**located** 272:16
284:15
**location** 272:18
**long** 7:17 11:16
25:13 27:13
50:7 82:5
213:21,23
214:4,19

308:14,24
309:14
**longer** 58:7
79:1 146:18
150:6 184:16
184:18 227:17
301:12 334:4
**longley** 4:19
275:13 300:10
300:23 301:7
348:14,20,21
349:10
**longley's**
348:11,24
350:7
**look** 27:22
32:14 33:8
42:15,17,20
43:10,12,19
44:24 45:20,21
52:21 53:3,11
53:15 56:1
99:22 100:9
102:1,2 103:8
104:14 109:11
112:17 120:10
120:11 152:4,5
152:21 156:24
174:4 188:20
190:14 199:12
203:20 214:3
214:19 215:21
223:5 234:22
236:23 256:4

258:13,15
270:19 271:3
279:15 287:14
291:3 296:18
296:19 297:19
297:20 303:25
304:11 313:7
313:11 325:5
330:4,22 331:8
335:25 336:1
346:6 347:6
**looked** 17:6
31:6 55:13
99:13,20
102:20 120:1
213:22 220:18
220:19 313:12
313:13,15
321:10 342:3
344:20
**looking** 18:19
31:4 55:14,17
99:24 117:12
120:2,3,6
128:12 140:14
145:4,11 152:4
154:3 164:3,8
199:18,21
211:22 213:5
214:21 230:5
238:16 253:12
259:25 260:20
321:9 343:25

**looks** 28:1,1
108:24 109:3
117:7,7 242:16
278:5 335:17
**lori** 24:2
**lose** 122:11
**loss** 83:8,16
84:11 85:1,17
129:3,16,24
130:8 134:7
137:4,19
139:14 141:2
158:14 205:23
206:4 207:1
303:12 318:22
334:12
**losses** 10:22
56:4,15 60:1,4
60:9,11,17,21
60:24 61:1,3,5
61:11 64:9
85:25 86:6,12
87:7,16 88:5
89:10,15,22
90:7 93:21
94:2,23 95:4
120:24 121:13
121:18 128:14
130:18,20
131:4,5,14,23
131:25 132:4
132:21,24
134:24 135:1
135:14,18,20

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 400 of 446

135:22 136:1,6
136:14,19,25
137:9,9,10,21
137:23 139:7
139:12,16,18
139:23,25
140:9,16
141:10 142:1
142:14 159:17
173:19 202:9
203:5 209:18
210:1 215:5,7
215:9 226:18
226:25 228:15
228:22 230:2
230:15,21,25
231:19 234:4
235:13,22
239:17 240:2,7
240:11,19
243:6,12,16
244:15,24
245:6,9,14
247:16 249:1
250:22 251:1,3
251:6,8,11,16
251:17,22
252:1,2 253:2
255:13 257:7
257:11,14,15
257:18 258:2,5
262:19 264:3
264:21 265:6
266:13 276:25

311:10 314:21
315:14,16
321:23 343:6
343:10,21
348:2
**lost** 82:11,17
94:17 134:20
135:11 145:14
206:16,22
**lot** 50:14 56:11
108:10 306:13
**lots** 83:19
255:1
**low** 196:10
201:19 202:23
206:11 218:2
**lower** 67:25
169:13 200:10
218:4 226:17
226:25 250:7
250:14,17
276:6,9 319:7
**lowest** 133:7,13
191:1 198:3,8
198:21 203:13
203:22,25
**lozenge** 177:1
**lunch** 146:17
154:12,19
155:24 157:4
**luxenberg** 2:4

**m**

**m** 4:1 7:6 277:8
277:16,19,19
277:24 278:2
279:1,17,23
280:4,11,21
285:6,12,12
286:12 288:10
294:4,11,18,20
295:5,7 297:25
**m1** 296:9
**m106** 278:17
279:11
**m107** 117:8,11
118:1,19
285:19,24
290:19 293:24
297:24 298:1,1
298:10,10,21
**m107a1** 117:18
**m107a2** 117:18
**m107a2c**
117:18
**m107s** 299:8
**m129** 298:4
**m149** 296:16
296:22,22
297:15,24
298:1,16,21
299:1,8,17,18
**made** 67:12
134:6 143:19
143:25 144:4,7

147:8,9,12
197:14 220:8
230:3,14,24
309:18 328:24
**magnitude**
61:1 67:23
180:6
**magnitudes**
191:12
**main** 63:23
198:10 273:24
**maintain**
109:23 112:22
**majority** 155:1
**make** 9:2,16
16:24 27:20,25
28:9 63:11
75:11 78:23
129:24 150:9
152:10 160:19
169:12 180:7
180:11 193:6
193:12 221:10
254:9 269:4
302:17,24
327:8 331:9
**makes** 156:22
167:25 212:24
213:1,8,13
**making** 130:7
141:24 198:13
221:11 332:12
**man** 14:10,12
14:15,19,23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 401 of 446

25:23 93:14
**management**
20:12 21:15
24:18
**manhole**
118:17 119:4,5
119:11 281:10
285:8,17,18
286:6,12,20
287:6,11,13,15
288:13 289:9
289:15 290:5,8
290:21 292:12
293:17 294:6
294:14 296:5
300:2 301:10
303:23 304:2
304:16,23
305:9 310:21
312:10,12,17
313:2,21 314:9
315:7 317:20
318:5,8
**manholes**
116:15 286:13
**manner** 111:3
**manual** 4:10
275:5,8 287:8
296:8 297:7
**manuals**
281:23 288:23
290:12 295:22
296:3

**map** 39:20
**march** 256:14
291:7 292:25
293:12
**marine** 285:7
**marines** 51:6
288:6 289:14
300:18 301:16
**mark** 14:15
31:7 101:19
104:6 105:23
**marked** 4:21
16:8 27:8
28:13 62:6
89:6 101:17
104:9 105:3
116:17 158:11
173:23 186:15
207:20 229:15
241:21 255:18
291:4 300:7
337:5 338:6
**marking** 16:9
27:9 28:14
62:7 116:18
173:24 186:13
207:16 229:13
241:18 291:5
300:8
**maslia** 2:16
4:16 23:7
24:14,15 25:2
25:4,15,17
55:6,7,8

124:14,19,20
229:21 236:6
238:9 239:6
241:20 261:7
263:11 320:21
**maslia's** 229:5
229:8,14
236:15 238:22
243:1 255:18
258:24 260:1
261:14,22,23
262:23 263:22
265:12 266:3
321:9,10
337:17
**mass** 22:16
89:3 187:16
188:13,16
189:2,4 194:1
277:3
**master's** 37:3
**material**
166:19 215:23
215:25 216:6,8
216:23 217:6
217:10,14,15
218:7,15,16,25
219:8,10,18,20
220:17 221:4,8
222:1,3 224:10
224:14 268:15
**materials** 28:17
28:25 29:3,11
29:20 30:3,4

30:11,11,13,23
32:2,10,16,17
32:23 33:6,11
33:21 34:3
52:25 117:1
120:11 142:6
154:25 155:3,3
155:7 217:20
219:13 220:7
220:10,25
222:9 268:20
324:16,19,22
325:1 346:12
348:17
**mathematically**
132:14
**matrix** 221:22
**matter** 8:14
14:25 31:16
52:16 179:22
218:2,5,21
219:6,6 221:20
288:6
**matters** 219:9
**mattingly**
62:17,18,19,22
63:4,8,14,19,22
64:1 66:3
67:13,19 68:1
68:4,8 213:6
**maximum**
163:1 178:3
**mcb** 125:4

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 402 of 446

| | | | |
|---|---|---|---|
| **mckone** 10:23 | 270:6 274:2,8 | **measurement** | **memorandum** |
| 11:1 302:14,17 | 274:9 279:8 | 143:20 144:1 | 3:15 |
| 302:24 303:4 | 306:6,18 | 147:9,10,16,22 | **memory** 12:16 |
| 312:7 | 313:16,24 | 147:23 148:11 | 46:15 52:14 |
| **mean** 10:16 | 314:15 329:6 | 148:14 152:17 | 65:12 66:10 |
| 19:15,21 29:5 | 334:20,23 | 246:3 250:7 | 73:20 170:21 |
| 31:12,18 37:12 | 339:19 348:5 | 322:11 | 347:8 |
| 39:6 40:9 | 350:12 | **measurements** | **memphis** 37:4 |
| 48:23 49:4 | **meaning** 99:15 | 76:10 107:18 | **mention** 39:19 |
| 60:24 67:2,6 | 194:9 215:22 | 232:11 322:15 | 39:21,23 290:4 |
| 69:6 85:6 88:2 | 247:11 290:18 | **measures** 150:9 | 296:4 |
| 88:13,23 93:13 | 303:24 | **measuring** | **mentioned** 31:2 |
| 94:13 95:2 | **meaningful** | 147:20 148:5,5 | 43:17,22 44:7 |
| 96:11 97:9 | 327:10 | 153:1 157:14 | 45:8 50:22 |
| 114:22 116:14 | **means** 167:12 | 246:2 | 55:17 98:10,11 |
| 123:12 127:12 | 187:11 234:24 | **mechanical** | 180:5 185:22 |
| 127:21 133:11 | 239:16,25 | 96:3,8 167:21 | 219:9 220:13 |
| 136:25 137:15 | 240:1,13,18 | 167:22 | 221:21 275:22 |
| 139:9 151:11 | 282:19 | **mechanism** | 305:7 325:20 |
| 152:3,24 153:6 | **meant** 77:3 | 154:7,9 | 346:16 |
| 163:18 167:2 | 139:10 172:8 | **media** 223:12 | **mertz** 24:2 |
| 169:16 183:11 | 230:21 231:11 | 223:13 | **message** 14:18 |
| 183:19 184:3 | 289:4 338:15 | **medical** 129:13 | **met** 11:13,18 |
| 187:14 191:24 | **measure** 147:3 | **medium** 223:4 | 25:2 26:4 63:4 |
| 191:24 197:13 | 147:12,14,19 | 223:16,19 | 275:13 |
| 205:9 210:24 | 151:21,25 | **meet** 11:11,16 | **metal** 152:18 |
| 216:5 226:3 | 152:15 158:1 | 24:15 63:14 | **meters** 302:19 |
| 230:23 231:23 | 244:20 245:6 | **meeting** 63:8 | 302:20 303:1,2 |
| 232:20 234:9 | 245:22 323:8 | 130:21 139:11 | 303:5 |
| 237:5 239:1 | **measured** | **meetings** | **method** 79:6 |
| 241:5 243:22 | 146:14 147:15 | 124:17,22 | 141:18 180:19 |
| 246:7 249:20 | 151:18 157:20 | **members** 51:6 | 181:1,21 |
| 254:1 263:7 | 322:25 | 269:11 | 182:14 186:10 |
| 265:14 267:16 | | | 199:22 207:25 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 403 of 446

329:20,25
**methodology**
59:15 142:13
323:8
**micrograms**
249:11,14
250:6 251:23
251:24 252:13
252:20 257:4,5
257:23 260:4
342:17,18
**mid** 25:9
**middle** 152:12
152:18 262:16
293:23 295:2
297:13
**mike** 14:23
**military** 43:4
46:23,25 47:10
47:12 48:19
49:14,19,25
73:7,22 269:11
274:25
**million** 195:15
195:20 196:9
196:10 212:5
**mincing** 262:4
**mind** 95:5
149:15 150:5
185:11 284:1
301:23
**mineral** 222:14
222:16,23
224:9 225:3,3

225:4
**minerals**
222:20 224:25
225:9,17
**minimal** 177:15
224:4 343:4,5
**minimize**
206:12
**minor** 35:16
94:15,21,25
95:4 97:6
128:13,21
129:2,16,25
130:4,8,13,14
130:21 131:1,7
131:15,17
134:23 135:18
135:20 136:2
136:12,14,16
136:19,25
137:9 139:12
140:9 191:25
208:16 216:21
217:16 219:6
219:19 220:23
221:5 224:15
249:1 257:7,10
257:18 258:2
343:7,10
**minute** 101:24
301:24
**minutes** 146:23
146:24 154:24
299:23 300:20

301:8 324:10
327:20
**misheard**
298:13
**missed** 256:23
**missing** 55:6
**misunder**
298:13
**misunderstand**
178:20
**mix** 89:22
90:10 93:18
96:9,12,22
97:4,7,14,24
167:10
**mixed** 83:7,15
84:11,23 85:2
85:16 121:18
121:20 166:16
167:1,3,4,11,11
167:14,18,20
182:15 324:20
**mixes** 88:20
93:1,5,10,12,15
96:2
**mixing** 84:7,15
84:18 85:7,23
86:2,8,16 87:8
87:18,25 88:7
88:24 89:11,16
90:3,4,19
93:14 96:4,8
97:5,6,13
166:9 167:8,10

167:13,17
182:8,9 208:20
**mobile** 87:11
**mode** 114:5
191:19 224:8
**model** 56:4,7
56:15,17,23
57:4,18,20
228:14,21
230:22 231:3,9
231:9 232:6
234:7,8,9,14
235:23 237:5
237:11,12
239:16 240:1
240:18 241:3,8
242:23 252:14
252:19 253:6
260:12,14
261:13 262:6
263:10,19
264:1,20 265:5
265:21,24
277:8 281:11
315:2 319:10
319:14 320:1,8
320:16,17
321:12,20,21
330:2
**modeling** 52:1
52:5,10,25
57:12,15 125:6
125:13,25
126:9,22 127:5

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 404 of 446

128:1,4
**models** 119:23
242:10 320:18
**molecular**
84:25
**molecules**
187:9,21
215:23,24
216:6,7
**moment** 180:14
236:23 343:12
344:3
**monthly** 24:1
41:9 209:20
210:3 211:11
**months** 155:5
**morning** 6:11
6:12,24 11:19
166:9
**morris** 2:16
4:16 23:7
24:14,15 25:2
25:4,15,17
241:20
**motion** 104:24
105:5,6,18,19
**motley** 2:14
**move** 96:16
105:4,24 111:5
111:7
**moved** 227:23
281:9
**movement**
180:20 191:25

315:4
**moves** 92:4
**multiple** 25:12
**mustafa** 25:23

**n**

**n** 2:1 3:1,1,13
4:1,1 5:1 7:6
15:16 354:1
**nac** 35:7
**nakasone** 10:21
11:1 141:24
**name** 6:25
15:14 61:24
62:3 131:3
231:25 277:19
329:12 354:2
**named** 14:10
14:12,15,19,23
25:23
**nap** 164:20
**nappe** 149:1
159:24 160:21
160:25 161:11
162:2,4,15,18
164:11,17
168:5,8,8,12,14
169:3,15
**narrowed**
344:21
**nationally**
44:14
**natural** 71:1,18
71:24 72:6

218:1
**naturally** 71:19
115:23
**nature** 116:16
120:4 183:6,10
194:23,24
195:5 219:8,17
219:19 313:19
323:24 351:19
**naval** 43:9
**near** 283:18,19
305:9
**nearly** 159:17
**necessarily**
97:14 137:1,8
192:12
**necessary**
306:10 329:20
**need** 6:13 20:15
55:25 58:4,10
74:22,24 75:1
75:2,3,14
83:21,23 84:1
84:2,4 109:5,5
109:7 153:10
176:25 177:7
192:25 193:2
218:20 234:1
268:21 348:8
**needed** 74:16
75:15 76:24
261:3 277:10
327:8 345:11

**neg** 137:7
**negligible** 94:9
94:14,16
130:19,20,22
131:6 137:2,4
137:8,10,12,13
137:16,17,19
137:21,23,24
138:1,6 139:13
140:1,6,7,9
218:13 219:18
220:23 221:5
230:3,17,21,25
231:11,20
249:1 251:22
252:1 343:5
**never** 72:24
78:14 114:16
157:20,24
173:5 174:14
195:7 275:1
282:1 349:9
**new** 2:5,5,11
155:19,25
156:5 157:16
192:7 314:5,6
325:10,16
326:7,20
346:13
**nice** 75:18
335:17
**nine** 141:21
**nineteen**
342:15

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 405 of 446

nodding 8:20
nods 113:9
  123:14 126:3
  151:8 166:11
  231:1
non 160:4
  170:6 323:3
nonsteady
  247:22
normal 104:4
  177:12
normally
  352:12
norman 7:7
  62:20,21 63:3
  65:11 211:20
  211:23 212:3
  215:15
north 1:1 2:11
  355:12
notary 353:16
  353:20
note 105:2
  295:3
noted 158:19
  353:11
notes 4:7 62:14
  62:15,16 63:7
  63:10 64:25
  66:17,21 98:23
  100:10 213:5
  291:3
notice 5:9
  160:5,11

nova 157:6
november
  252:13,15,19
nozzles 306:19
nuances 86:19
  87:1,2,22
number 15:25
  16:14 20:13
  30:24 36:19
  50:23 66:16
  101:20 102:4
  104:7 107:4,4
  116:22 118:14
  118:16 124:4
  125:5 133:7
  143:17 181:14
  181:16 199:23
  208:4 212:22
  215:18 220:19
  244:1 272:8
  287:17 288:22
  290:17 292:1
  307:12 325:6
  325:10 326:10
  330:16 337:18
  337:22 340:13
  343:2 346:18
  350:16,17
  353:22
number's
  159:13
numbers 103:6
  103:6 124:1,2
  124:11 132:7

132:10,16
139:21 158:18
158:19,20,20
158:23 159:1,3
211:3 249:20
252:11 259:24

**o**

o 3:1,1 4:1 5:1
  7:6 354:1,1
o'leary 2:10
  6:10 105:13,16
  177:2 336:19
  336:21
oath 6:14 95:17
  95:18 157:10
  353:6
object 13:2,10
  20:11 33:18
  34:4,15 50:2
  51:14,20 52:17
  53:25 56:10
  68:16,22 69:4
  69:15,19 70:3
  70:20 72:1
  74:3,14 75:6
  75:21 76:15,21
  77:19 80:10,12
  80:18 81:15
  82:7,22 83:3
  83:10,17 84:13
  84:19 85:3,19
  86:3,9,17,20
  87:19 88:1,17

88:22 89:17,24
90:14 91:1,6
92:6,17 93:3,7
93:11,23 94:4
94:7,12,19,24
96:10,18,24
97:10,19 98:1
98:9,14,21
99:9 100:7
101:1,14
103:11 104:18
113:3,11,23
114:3,18 115:6
115:25 116:12
118:21 119:25
120:8 132:11
140:3 170:5,6
170:19 175:6
210:24,25
211:7,7 215:10
217:12 222:18
222:25 243:13
243:17 247:6
247:17 248:5
248:11 251:19
253:4,15,23,24
266:25 268:2
269:22 270:2
270:12 273:14
299:10 301:18
304:8 305:24
308:3 310:1,12
311:14 313:23
314:11,22

318:25 319:17
320:2,10,24
321:24 323:11
343:14 346:5
348:3
**objection** 13:23
15:23 18:23
19:7,14 29:21
30:7,17 31:17
33:1,12,15
36:15 41:1,1
52:17 56:20
57:5,24 60:7
60:14,20 61:7
61:14 78:16
88:9 91:25
102:13,21
104:12 106:9
107:10,20
108:8,19 109:4
109:14,24
110:24 112:15
119:12 121:1
121:22 122:13
122:18 125:16
126:11,11,17
126:25 127:13
129:5,19 130:1
130:15 131:10
131:12 132:18
133:2,22
134:10,22
135:5,16,24
136:13,22

137:6 139:4
140:19 141:11
142:25 143:21
144:2 147:6
149:14 150:3
151:14 153:21
160:3,9,16,22
162:9 163:6
164:18 165:13
169:8,18
174:25 177:11
180:18 181:6
182:12 188:2,9
189:17 191:17
191:22 192:9
192:15 193:17
194:5 195:23
196:12 201:8
202:13 203:9
203:18 204:4
205:25 209:8
209:21 210:4
210:11,20
211:13,14
213:24 216:16
218:10,17
219:2 220:5
221:6 223:24
224:22 225:18
226:20 227:8
228:17,24
231:4,14,21
232:8,17,24
233:15,22

235:24 237:8
237:20 238:4
238:13,25
239:19 240:4
240:23 250:10
250:18 252:6
254:14,15
258:10,20
259:19 262:2
263:2,8,20
264:5 265:2,3
265:9,16 266:1
269:22 272:4
278:23 287:22
289:16 290:10
294:7 307:3
309:2,16
322:17 326:13
329:5 331:22
331:25 332:16
332:21 335:11
338:3,14 339:9
339:14,16,18
340:4,18
341:23 347:25
351:2,8,16
**objections**
105:13 107:15
108:14 227:2
254:5,20
**obligated** 8:15
**observation**
144:8 166:1,5

**observations**
200:16
**observed**
183:15 236:7
242:3,5 255:23
260:17 290:19
290:20 292:8
305:8,11
**observing**
73:21
**obtaining**
125:6,24
**obviously**
164:5 204:17
233:3
**occasion** 81:17
**occur** 113:8,10
121:13,19
139:2 177:9
186:11 216:11
216:14
**occurred**
128:14 138:21
208:18 251:1
312:9
**october** 241:20
279:11 286:4
293:4,12
**offer** 74:11
127:24 128:3
228:1
**offered** 28:8
58:20 59:7
75:4 205:16

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 407 of 446

237:24
**offering** 51:9
51:16 56:6,16
57:18 142:22
237:17 238:1,2
239:14 240:10
240:16,20
246:4 270:10
**offers** 229:22
**office** 7:8,11,12
355:16
**official** 40:10
**offline** 163:23
**oh** 11:6 42:12
43:7 58:22
65:6,10 91:3
98:22 112:4
117:14 123:18
127:24 144:21
145:6 154:4
161:5 170:8
200:24 233:9
236:20 306:16
337:10
**okay** 13:17
16:15,16,17,19
17:24,25 18:9
18:14 19:18,23
20:18 21:2,7
21:12 22:3
24:17,25 25:1
26:15,23 27:1
27:6,7 32:12
34:9,12,17

40:7,16 43:17
44:7 50:22
53:20,25 54:7
54:20,24 56:2
58:8,17 73:19
79:2 85:15
87:13 91:15
95:24 96:7
101:11 106:2,4
106:6 109:18
112:4,12
113:17 114:11
117:19,22
118:4,19
124:13 125:2
126:4 127:24
128:6 133:16
133:19 138:6
138:16 139:21
140:13,22
145:10,12
146:16 147:1,2
148:20,21
149:21 151:2
154:14,22
156:15 157:1
157:12,20
158:1 159:15
159:22 161:6
161:15 164:2
164:15 166:6
168:14 169:22
170:22 171:13
174:8,17

175:22,24
176:8 182:21
186:24,25
189:1,7 190:10
193:7 194:8,10
196:8 197:6
200:6,10,13
201:1 205:14
208:14 213:11
214:17 221:3
223:21 225:12
227:18 228:8
229:16,20
230:1,8,9,11
233:9 234:25
235:21 236:20
241:11 244:11
246:7 249:5,10
253:11 256:9
257:3 259:1
261:17 263:16
266:4,9,11
267:5,20 273:6
274:7 277:24
278:11 279:16
279:19,21
280:14 281:3,8
281:15,20
282:6 283:4
285:3,6,11
288:19 289:6
290:17 291:11
291:18 292:23
293:9 295:2

296:12,14
297:6,11,22
298:8,13 304:5
307:6 324:4,14
324:21,25
325:4,8,14,22
326:9,17,25
327:19,25
328:24 329:18
330:4,9,12
331:3,10,15,19
331:23 332:10
332:20 333:4,8
333:15 334:20
335:1,15,21,24
336:4,7 337:4
337:15,21,24
338:5,10 339:4
339:6,10 340:1
340:1,9,12
341:3,7,8,14
342:2,6,9,19,24
343:8 344:2,4
344:12,25
345:5,13,14
347:2 349:5,8
349:16 350:5,7
350:10,13,20
351:22 352:12
**oklahoma** 1:14
1:14 5:7,7,9
7:7,13 38:8
41:7 44:6 45:6
47:11 65:23

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 408 of 446

211:20,23
212:3 215:15
353:2,16,20
355:2,3,6,13,13
355:20
**once** 7:15 8:12
9:14 116:3
187:11 246:25
248:1 255:10
**one's** 108:10
**ones** 31:22
52:13,15,21
54:3 55:12,14
65:13 155:9
**online** 149:2
161:12 162:16
162:23 164:16
165:7
**onward** 29:13
**open** 13:11
59:11 66:24
171:16,20
172:8,9,11,14
172:25 173:6
188:19 198:4
204:15 206:9
207:3 253:17
253:25 266:21
278:21 279:3
**opened** 111:15
111:20 180:20
**opening** 287:13
**openings**
306:21

**operated** 62:21
208:24 209:13
213:21,23
214:5
**operating** 66:6
148:15 211:17
212:12,16
215:17 246:9
248:15 323:3
327:14 331:24
332:14 334:4
**operation**
63:24 64:2
66:12 177:13
213:10 214:15
214:20 215:2
279:22 280:3
327:15
**operations**
304:7
**operator's** 4:10
**operators**
333:2
**opine** 128:13
**opinion** 56:3,14
56:22 57:1,3
57:11,14,17
78:20 81:24
87:15 88:8
89:13,22 97:17
119:21 127:4
127:25 128:3
128:12 134:5
134:12,14

136:18 140:23
141:2,9,25
155:8 162:4
164:15 165:22
166:3 171:23
179:23 180:3
180:11 193:8
203:12,22,25
205:16,21
213:1,12
215:20 218:6
221:5 226:25
227:21,23
228:3,4,10,12
231:7,13 234:3
235:17,21
236:4 237:17
237:19,22,24
238:2,6,11
239:14,20,21
239:24 240:6,7
240:8,8,11,16
240:21,24
241:1,3 246:4
250:22 252:25
253:5,8 257:6
257:16 258:1
262:14 264:10
264:11,14,18
264:21,23
266:6 272:14
273:6 292:10
302:19 303:1
304:6 309:22

310:22 319:15
337:18,22
340:14 343:2,9
350:16,17
351:3
**opinions** 28:8
51:9,17 56:6
56:16 57:2,19
58:20,24 59:2
59:8,9,16,20,23
74:12 75:4
76:18 77:8,12
119:22 155:8
156:9 179:14
181:17 266:5
267:10,11,19
267:24 268:11
269:12 270:1
270:10 305:23
328:8 342:25
343:13 344:13
351:15
**opportunity**
9:15 75:18
206:12
**opposed** 32:24
159:16 167:10
169:24 170:17
279:6
**opposite** 227:7
**optional** 295:7
295:13,18
**options** 190:2

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 409 of 446

| | | | |
|---|---|---|---|
| **oral** 42:7 301:4 | 233:23 237:9 | 302:2,3,3,5 | 161:4,5 166:6 |
| **order** 20:12 | 259:20 268:17 | 347:15,16,16 | 168:2 170:23 |
| 21:15 24:18 | 268:24 303:22 | 347:18 352:6 | 171:13 189:8 |
| 67:22 74:11 | **overall** 120:3 | 352:15 | 199:22 200:25 |
| 166:20 267:3 | 133:1 138:2,8 | **pace** 8:24,25 | 204:12 208:3,4 |
| 352:8 | 169:12 193:12 | 9:1 | 215:20 227:21 |
| **ordering** 352:9 | **overestimation** | **page** 3:2,14 4:2 | 228:12,18 |
| **orders** 191:12 | 134:7,15 | 4:21 16:25 | 229:17,21 |
| **organic** 216:23 | **overhead** | 19:22 22:4,6 | 230:5,7 235:3 |
| 217:5,10 218:1 | 280:15 281:12 | 23:2,3 24:13 | 235:4 236:1 |
| 218:5,7,15,21 | 282:13 283:5,8 | 27:17,23 29:12 | 238:17 241:23 |
| 218:25 219:8 | 283:11,15,24 | 29:13 30:4,13 | 242:17 248:17 |
| 219:10,13,18 | 284:4,23 289:3 | 30:20,21,22,23 | 250:16 255:8 |
| 219:19,22 | **overlap** 156:11 | 31:9 32:2 35:4 | 255:19 260:1,7 |
| 220:16 221:8 | **overstated** | 50:22,25 53:10 | 261:10 262:14 |
| 222:1,3 | 203:15 204:3 | 53:11 54:7,21 | 262:16 271:19 |
| **organically** | 205:17 | 55:5,6 59:12 | 277:11,12 |
| 96:9,12 | **own** 32:10 | 89:4 92:11 | 279:10,13 |
| **organizations** | 33:10 158:23 | 100:11 101:24 | 281:8,15 |
| 36:20 | 267:20 | 102:3 103:1 | 282:10,18 |
| **orifices** 306:22 | **oxygen** 189:12 | 107:3,5 108:3 | 285:11,22 |
| **original** 236:19 | 190:10,19 | 108:4 117:13 | 286:15 288:8 |
| 266:23 271:6 | 197:20 198:2,8 | 117:22,25 | 291:8,23 |
| **originally** | 199:8 203:13 | 118:5 124:24 | 292:14,18 |
| 29:12 | 204:1 330:19 | 128:7,13 | 293:2,19,23 |
| **outline** 273:20 | 330:23 | 131:19 132:3 | 294:17,23 |
| **outlined** 171:15 | **p** | 132:23 134:18 | 296:7,10,11,21 |
| 288:23 | | 138:17 140:11 | 297:1,3,4,13 |
| **outside** 78:18 | **p** 2:1,1 3:13 5:1 | 140:23 141:20 | 298:18 300:12 |
| 79:15,17 81:9 | **p.m.** 154:18,19 | 144:12,23 | 302:7 303:20 |
| 82:13,21 83:2 | 154:19,21 | 150:24,25 | 306:2 307:8 |
| 83:7,14 85:12 | 185:17,18,18 | 151:1 152:7,21 | 310:21 315:11 |
| 176:2 207:12 | 185:20 241:14 | 154:5 155:2 | 325:1,6,6 |
| 232:25 233:16 | 241:15,15,17 | 158:12 159:21 | 326:12,12 |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 410 of 446

330:6,13,14
331:11,13
332:23 333:16
333:17 334:7
336:8 337:13
337:24 338:8
338:19 339:12
340:12 342:6
343:16 344:4
**pages** 29:19
30:1,11 34:14
156:12 291:15
297:22
**paired** 345:19
346:4 348:5
350:15 351:14
**pairs** 342:20
345:24
**panel** 55:7,8
130:21 131:4
140:8 207:11
207:25 232:1
343:23 344:24
344:24,25
**panels** 230:14
**paper** 10:21,23
37:19 38:2
222:8
**papers** 38:1
**paragraph**
59:14 100:18
125:2 126:2
138:19 141:20
141:21 166:12

170:25 171:14
174:9,18,20,21
174:24 175:2
187:1 200:15
201:11 204:13
208:4 230:10
242:2 255:10
260:10 261:11
271:20 281:21
285:11 297:14
298:20 300:18
337:16,25
340:13 343:16
**parameters**
89:19 193:1,2
237:5,14,23
**parse** 86:19
**part** 37:23,24
47:2 48:4
71:13 73:9
81:3,3,4
163:18,18
167:24 181:20
183:21 184:5
199:2,2 207:10
207:10 211:25
213:4 214:2,18
223:3,16,19
228:2 233:25
236:14,25
237:10,11
238:21 260:24
260:25 261:15
262:5 263:9

269:11,12
271:22 284:5
298:9 319:20
322:10 343:18
344:11 347:1
**partain** 14:23
**particular**
173:4 193:3
**parties** 5:3
**partitioning**
208:21
**partner** 36:6
**parts** 102:1,1
156:22 272:2
272:20,25
**party** 355:14
**pass** 324:7
345:14 351:23
**passed** 41:13
**past** 333:1
**pat** 15:16
**patience**
225:13
**pattern** 308:2
309:19 310:7
**pause** 159:6,9
274:23,23,23
323:23
**pce** 61:18 141:3
257:9,23
259:17
**pe** 1:10 2:16,17
4:5,6,16 5:5
6:17 27:11

41:20,21 42:23
353:5,13,17
354:2 355:7
**peer** 55:7,7
**pending** 14:4
58:14 104:23
105:18
**people** 9:22
25:12 81:11
319:20
**peoples** 120:19
**percent** 129:3
129:15,24
130:8,12,20
131:5,5,23,25
132:20,23
133:16 137:16
137:19 190:13
204:8 208:17
209:7 233:21
249:18,21
250:3,17,23
251:21 303:9
317:21 318:5
**percentage**
141:2 206:16
206:22 212:20
213:1,12,13
254:23 255:4
258:6,19
345:18
**perched** 152:17
**perfectly** 112:5

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 411 of 446

**performing**
200:17
**period** 49:20
50:4 248:15
**permanent**
119:18
**permeating**
215:24 216:7
**person** 12:2
14:9,14,17,21
17:21 25:2
31:18,20,23
42:7 63:15
73:6 194:6
207:10 259:4
304:1 306:25
307:2
**personal** 14:13
268:22
**personally** 14:3
36:13 46:22
73:2,12 126:15
151:17
**personnel** 48:7
344:9
**perspective**
130:3 138:5
163:2 167:12
183:8,14
**pertain** 344:11
**pertinent** 31:14
33:25 180:1,2
268:14

**perturbated**
248:1
**peter** 207:5,8
**pg** 354:4
**ph.d** 1:10 4:5
6:17 27:11
37:6,9,22 38:6
41:19 353:5,13
353:17 355:7
**ph.d.** 354:2
**phase** 208:22
**phd** 5:5 219:21
**phone** 14:18,22
31:20,23 63:15
63:16 275:14
**photo** 146:3
151:10
**photographs**
144:16
**photos** 4:9 76:6
76:9 143:7
172:18 305:10
305:13,15,21
322:4,23 323:5
**phrase** 281:21
282:13
**phrased** 225:6
**physical** 184:13
**physically** 47:5
**picked** 81:12
145:15
**picture** 107:8
109:16 147:15
148:12 153:4,5

153:11,12
160:19 164:3
**pictures** 104:20
145:15 322:20
**pin** 137:20
**pinhole** 81:25
82:4
**pipe** 119:4
138:22 139:3
139:19 140:1
142:19,23
143:15 145:24
146:14 147:22
147:23,24
148:5,8,10,14
148:18,19,25
150:16 151:7
151:18 152:1,9
152:15 153:2
157:14 158:3
160:6,8,13,15
160:21 161:10
161:17 163:14
163:15,17,18
163:22 164:6
165:6,12,17
168:21 169:5
169:13,16
176:13 275:24
284:20,24
285:1,4 287:3
287:15,21,24
289:4 303:24
304:19,22

305:8 317:22
318:7 334:2,18
336:12
**pipes** 163:20
272:6,11,12,15
**pivotal** 10:20
**place** 16:5
20:16 115:1,17
219:25 220:2
353:10
**plaintiffs** 2:2
3:3 6:7 12:20
12:25 13:9,15
25:19 36:13
272:22 273:1
275:10 336:24
336:25 337:5
338:6,7
**plans** 99:25
100:5 158:9
**plant** 62:21
65:7 66:7 77:8
77:12,17 78:3
78:9,13 92:5
92:22 93:13
99:1 100:3,4
100:15 102:7
102:12 103:23
122:23 123:4
125:12 126:8
133:25 149:4
150:16 151:6
184:9 185:5
195:15,20

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ        Document 401-3        Filed 06/04/25        Page 412 of 446

196:20 205:12
208:16 212:3,5
215:15 218:22
226:6,10,15
228:16,23
230:3 239:18
240:1,3,20
242:6 244:4,8
244:12,16,22
244:23 245:20
246:22 247:4
247:13 248:21
250:2,7,24
251:3 253:13
253:21 254:12
255:25 256:16
257:12,19
258:3 259:4,6
260:19 266:14
283:19,20
321:23 328:15
329:10 331:16
332:13 333:2
333:24 334:12
335:2,7 336:10
338:12 344:5,8
**plants**  51:4
60:12 65:11,20
75:1 98:7
99:14 100:6
184:6,11 185:9
216:12,15
217:23 248:10
251:17,18

284:7 344:15
347:24
**play**  326:15
333:22
**please**  6:4,25
8:24 9:8 10:2
16:21 17:17
21:4 22:3
77:23 105:23
106:5 114:9
154:16 216:4
229:18 235:2
259:14 264:6
264:16 277:9
300:11 321:2
324:25 332:25
352:14
**plg**  4:3 16:11
62:9 207:18
**point**  4:8 12:22
22:24 23:1
24:2 55:18
72:13 77:8,13
92:20 95:6
98:8 100:15,25
102:4,11
103:18,23
134:20 135:2
140:25 145:1
145:21 146:4
147:3 149:13
150:15 151:5
156:1 160:6,13
164:1,6,9

196:20 197:7
200:4,4 213:15
223:10 226:10
226:15 235:9
236:5,11 237:1
237:18 242:6,9
242:23 244:12
248:7,9,18,20
250:23 251:2,9
257:3 258:21
262:17 264:24
265:5 281:9
289:6 300:19
301:9 305:6
311:25 322:11
323:1 331:5,15
332:12 333:24
335:2 338:12
340:20 342:4
342:14,21
343:1 346:11
**pointed**  146:11
153:8
**pointing**  145:7
265:19 279:14
296:14
**points**  118:16
236:6 237:1
239:15,25
240:17 249:16
256:12 289:12
336:5
**pomm**  131:2

**pommerenk**
131:3,16 207:5
207:8 209:5
231:25 345:1,5
**pommerenk's**
131:9 209:11
**pond**  171:16
189:23,23,24
191:19 192:20
192:24 193:3,5
193:10 197:4
197:12,22
198:3,4,22
203:13,23
204:1 317:1,5
**ponds**  189:13
189:15 190:20
191:2,4,13
192:11 193:3
199:10
**position**  288:11
300:24 321:15
**possibility**
94:15,20 121:4
134:23 135:18
135:20 136:25
152:25 222:12
311:18 348:7
**possible**  95:3
136:1,4,6,8
151:20,25
152:4,11
155:17 191:2
198:3,8 200:18

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 413 of 446

202:2 206:6,7
215:7 232:16
233:14 279:8,9
**possibly** 11:4
94:25 95:2
135:17 201:20
202:24 206:9
224:23,23
250:14
**post** 98:25
231:8
**postman** 2:17
**potential** 60:9
60:21,23,25
127:8 139:14
139:15 215:12
220:21 221:16
222:5 230:15
**potentially**
153:24 277:6
305:1,2
**powerpoint**
40:2,6
**practical** 329:9
329:25
**practice** 23:24
329:23
**practices** 48:19
50:1
**practicing**
185:7
**pre** 98:25 134:2
290:3,12

**precipitant**
217:1 225:21
**precipitate**
222:14,16,19
222:20,21,24
**precipitates**
226:1
**precipitating**
225:2
**precisely**
143:19
**predict** 89:14
89:14,14
**predominantly**
217:14
**preferred**
276:18 287:6
**premise** 79:12
204:7
**prep** 12:1 20:4
**preparation**
11:2,15 28:3,7
31:3,5
**prepare** 10:12
11:11 324:21
**prepared** 155:6
324:24
**preparing** 26:9
26:16 119:21
**prepping** 21:9
**presence**
311:11
**present** 2:13
11:25 36:10

124:16,21
217:4 218:5
219:6
**presentable**
63:11
**presently** 35:25
**presidents**
49:18
**pressed** 54:8
213:3
**pressure** 68:25
81:4 109:23
112:22 175:25
176:1 282:2
283:14 284:8
286:21,22
287:20
**pressures**
176:14
**pressurization**
328:18
**pressurized**
115:9,11,13,16
**pressurizing**
284:18
**prevent** 7:23
**prevents**
328:18
**previous** 165:8
**previously**
15:11 26:2
162:14
**primary**
259:16

**principle** 88:16
188:3
**principles**
185:10
**print** 117:3
**prior** 18:19
30:5 73:25
74:6 99:4
164:1 172:19
173:13 259:9
270:24 271:7
274:16 275:4,7
287:1 288:6
292:11 293:16
295:12,17
310:22 311:1
325:17 333:13
**privilege** 20:22
**privileged**
20:17
**probable**
136:11 215:8
**probably** 24:9
81:11 123:18
137:14 144:9
153:23 167:17
192:21,21
201:17 202:21
208:16 212:10
337:3
**problem** 38:13
38:15
**procedural**
324:3

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 414 of 446

procedure 5:10
process 65:14
  65:18 85:22
  89:4 92:4
  162:22 165:1
  166:20 167:21
  208:19 229:23
  234:6,11
  235:10,18
  237:24 244:9
  246:9 257:6
  261:1,16 262:6
  262:18,25
  263:10 265:1
  285:25 286:5
  308:18
processes 90:7
  99:21,23
  184:13 208:15
  246:17 320:9
produce 257:7
produced 98:4
product 147:10
  267:14
professional
  35:25 36:10
  41:11,14,17,21
  42:24 47:8
  65:24 137:25
  150:8 201:6
  216:20 239:4
  249:25 301:13
  308:10

professor 7:10
  36:3 38:7,7,12
  40:17,23 65:22
  184:16
program 44:21
progression
  269:7
project 43:18
  43:19 44:4,13
  44:19,23 45:4
  47:3 123:3
  207:10 245:3
  320:14 321:17
  344:11
projects 43:3,6
  274:25
promote 64:12
propeller 90:10
  93:14
proper 189:12
  189:16
property 8:4
  84:25
proportion
  82:11
proportional
  303:12
propose 249:2
proposed 303:9
proposing
  273:18
proposition
  101:9 339:7

propounded
  6:19
protection
  44:17 174:11
provide 32:23
  33:10 248:25
  283:14,21
  284:8 340:13
provided 19:20
  65:3 98:16
  123:23 155:4
  181:8 268:20
  268:25 349:10
provides
  251:11,12
providing
  40:11
public 353:16
  353:20
publicly 273:22
published 38:2
  38:4
pull 324:15,15
  327:21,21
pulled 96:20
  242:14
pulls 97:24
pump 70:24
  278:6 279:6
  280:21 281:5
  283:22 284:10
  286:21 288:25
  289:24 346:2
  347:20

pumped 280:19
pumping
  253:14,22
  254:13,23
  255:3 347:20
  350:22,25
  351:12
pure 156:7
purpose 63:21
  63:23 66:3
  109:10 126:22
  127:5,25 128:4
  232:5
pursuant 5:9
pursue 289:20
pushed 115:23
pushing 175:13
put 17:5 27:1
  40:3 71:20
  80:21 91:16
  109:18 131:18
  154:22 176:8
  212:22 224:1
  245:22 287:15
  301:20
putting 162:23
  246:1
puzzled 289:19

**q**

q1 24:5
qualification
  141:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 415 of 446

**qualified** 129:23
**qualify** 51:2 141:13 283:24
**quality** 38:20 127:16,20 340:11
**quantifiable** 139:7
**quantification** 180:1
**quantified** 216:19,22
**quantify** 89:18 200:18 202:2
**quantitatively** 212:18
**quantity** 38:20 348:2
**quarterly** 24:3 24:4
**quazi** 41:4,5
**ques** 114:6
**question** 9:9 10:1,3,5 13:12 17:24 20:16 21:23 23:21 24:25 33:4 53:17,21 58:13 58:14 59:5 61:1 73:14 78:5,8 86:19 87:1,3 88:11 88:19 102:17

111:7 122:15 122:19 126:5 168:17,18 170:7,12 175:2 175:3 180:9 200:1 214:16 223:17 225:6,7 225:15 227:11 232:19 233:7 233:18 239:24 252:10 253:18 254:1 256:18 266:9 267:7 287:25 291:19 292:2,23 293:6 309:11 318:2 323:12,23 328:2 339:18
**questioning** 346:11
**questions** 6:19 9:7,23 16:21 21:1 65:1 95:23 104:25 105:11 174:15 188:10 228:6 245:17 269:9 321:2 324:13 328:25 330:11 330:16 331:3 342:10 350:21
**quick** 185:12 241:11

**quickly** 175:17 187:5,13,14,18 187:22,25 188:7
**quiescent** 166:13
**quite** 232:4 337:9
**quote** 236:15 238:21 242:14
**quoted** 238:8

**r**

**r** 2:1 4:1 7:6 353:1 354:1,1 355:1
**railroad** 7:16 7:22,25 8:1,3,8 8:9
**raised** 227:11
**raleigh** 2:11
**range** 42:15 43:7 131:25 132:24 180:4 190:1 200:1,3 202:10 203:6 256:1
**rapid** 187:3
**rare** 81:16
**rate** 85:24 86:5 86:11 87:6,15 87:23 88:3,4 89:10,15 110:22 111:3

166:20 180:22 181:1,23 188:6 188:16 189:4 200:19 201:18 202:3,16,22 203:15 204:3 205:17 208:25 209:1,14 276:10,12,24 347:20
**rates** 96:15,16 343:22 346:3
**rather** 8:20 131:23 171:9 209:23 345:6
**ratio** 64:12,17 67:24,25 68:1 79:24 110:4,11 113:2,21 213:8
**ration** 64:18
**raw** 66:12,22 92:13 96:21 103:24 109:22 110:2,9,23 111:10,17,22 112:12 133:20 133:24 134:1 134:21 166:13 171:18,25 218:7 243:4,10 244:7,20 247:14 254:25 255:5 256:5 257:4 258:7

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 416 of 446

338:23 339:2
340:14 341:10
341:13,20
342:3,13,20,25
**reach** 63:18
79:13,20 81:8
110:3,10,16
111:2 113:1,20
189:21
**reached** 268:13
**reaches** 212:13
212:16
**reaching** 63:22
100:24 215:16
268:17 345:7
**reactor** 97:3
152:10 167:11
183:13 184:6
245:24
**read** 9:15 12:11
31:8 51:7 52:9
52:12,15,16,19
52:24 53:8,18
58:17 59:6
66:25 76:4
87:4 123:17
125:8 139:6,14
142:4 155:14
155:24 162:14
171:21 174:13
174:21 175:4,7
175:17 229:5
230:18 235:15
242:20 255:15

262:21 269:18
269:19,24
270:8 275:5,8
275:16,18
282:4,13 283:8
290:24 295:9
298:23 305:16
305:21 319:22
322:4,8 332:25
334:8,9 339:19
353:6
**reading** 12:21
16:13 53:23
175:22 259:22
**reads** 51:1
66:19,21 125:3
138:20 161:9
166:13 174:20
175:25 187:2
208:14 230:12
235:8 242:2
255:10 260:10
292:22 293:23
300:18
**ready** 337:9
**reaer** 197:20
198:8
**reaeration**
189:12 190:11
190:19 191:9
198:2,8 199:9
203:13,23
204:1 330:19

**realizing**
175:19
**really** 13:21
54:8 55:2
75:22 76:25
77:3 213:7
228:5 291:25
**realms** 152:25
**reason** 10:8
75:7 79:23
102:10,20
155:23 197:16
198:11,20
206:13 217:19
250:13 278:20
327:4 329:24
354:4
**reasonable**
8:24 9:1
149:12 150:1
**reasons** 143:12
**rebuttal** 4:4,6
4:15,19 10:14
23:6,10 27:11
28:16 30:5,15
72:12 73:25
74:6,12 75:13
75:17,17 155:6
155:9 156:4
229:5,8,14
236:18 275:19
300:10 311:1
326:15,22
346:15

**rebutting** 75:13
**recall** 12:15,21
15:8,14,25
23:13,17,19
25:5,10,13,18
25:20,22 26:6
30:2,9 34:16
45:14,21,25
47:9 53:15,23
54:25 55:14,22
63:13 64:10
79:5 96:5 98:5
99:12,24 100:5
101:6 120:5,9
172:23 178:8,9
178:23 179:1,4
179:8 181:9
199:7 223:8
226:7 245:15
259:13 271:14
275:18 291:19
291:25 297:20
299:13 305:14
316:5 319:13
321:9 322:7
329:3 330:15
346:19 350:4
**recarbonated**
206:17
**recarbonation**
63:24 64:1,3,4
64:9,13,23
65:1,4 66:2
67:15,19 92:14

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 401-3   Filed 06/04/25   Page 417 of 446

145:22 149:3,7
149:10 158:2
205:21,22
206:3,11,23
207:2 208:18
208:24 209:5
209:12,18
210:2,9,18
211:11,17,23
212:2,12,16
213:19 214:4
214:10,15,20
215:2,4,6,9,17
331:4,5,19,24
332:13 333:3
333:12,16,21
333:25 334:4,9
334:11 335:5
335:22 336:2
336:10
**recarbonations**
206:18
**receive** 29:24
29:25 42:10
**received** 29:12
36:24 37:3,6
45:11,15 49:25
67:13 76:6
124:9,12
155:22,23
269:4,15
**receiving** 18:20
45:8

**recent** 144:16
**recognition**
42:9,11
**recognize** 17:2
27:14 28:19,24
99:10 186:17
207:24 329:25
**recollection**
7:20 11:6,10
30:19 54:25
98:20 117:6
177:22 326:8
327:1 350:9
**recommendat...**
209:12 230:14
**recommended**
24:3 208:23
**reconstructed**
236:6 242:3
252:12,18
253:1
**record** 6:3,5,25
17:6 18:6
21:14 42:8
95:9,13 154:15
154:17,21,23
154:24 184:2
185:15,16,20
241:13,17
264:9 292:24
302:1,5 335:21
347:13,14,16
347:18 349:9
352:5,8

**records** 13:21
15:25 16:4
17:3,7,8 18:17
18:19 19:2
23:22 42:15
43:11 44:25
258:13,14
**reduce** 90:21
190:11,16
**reduced** 204:8
334:3
**reducing** 144:6
149:7,19 323:4
**reduction**
303:9
**refer** 15:24
18:17 19:2
20:11 61:17
62:1 113:5
123:11 160:23
182:4 205:4
266:2 271:1
272:7 277:18
310:15 315:8
337:16
**reference** 34:2
57:11,14 64:25
140:24 209:18
210:1 267:15
271:4 277:10
286:11 290:7
290:13 300:25
301:3 337:25
346:13

**referenced** 96:3
188:15 207:5
222:8 326:5
338:8 342:19
343:21
**references**
57:18 267:20
267:21 271:17
**referencing**
92:10 108:22
163:19 177:18
186:18 214:23
346:17
**referred** 137:19
139:12 140:8
181:7
**referring** 32:8
61:18,22 62:2
204:22 210:24
261:14 316:6
317:24 318:10
320:6 338:11
338:19,20
345:1
**refers** 128:17
**refresh** 12:16
170:21 326:25
**regard** 234:15
343:2
**regarding** 43:3
266:19 271:23
328:9 333:23
338:1 340:14
344:13

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 418 of 446

regards   321:11
regime   195:3
region   174:1
regular   7:9
  68:15,21 69:2
  160:2 208:4
  279:23 280:3
  290:18
reich   2:16
reinforced
  228:2 343:3
relate   155:21
  350:17
related   14:5
  26:1 45:19
  46:3 52:1 77:8
  77:13 78:8
  127:7 141:9
  196:24 303:18
  323:20,25
relates   57:4
  138:2 165:1
relating   52:24
relationship
  316:12
relative   64:2
  129:6 131:14
  131:15,15
  137:14,15
  139:5 140:10
  158:2 224:16
  274:13 310:17
  312:21 355:14

relatively
  246:23,24
  311:11
released   35:3,4
  35:14
relevant   270:1
  327:10
reliance   156:1
  270:19 271:4
  271:17 351:14
relied   91:15
  101:13 103:20
  143:4 155:7
  156:9 172:21
  189:11 289:13
relies   303:10
rely   20:24 21:5
  21:10,24
  100:23 143:9
  267:25 268:7
relying   98:5
  101:7 145:16
  155:21 261:22
  326:21 350:16
remaining
  166:20
remeasure
  244:22
remediation
  45:18 46:4,9
  47:18 48:9
  73:8 274:25
remember
  17:18 38:1

43:11,13 47:14
52:22 54:3,5,8
54:9,20 58:9
65:13 72:9
79:11 82:15
101:16 122:6
166:8 172:22
199:12 220:18
232:4 259:12
259:24 272:8
313:14 328:1
346:18
remembering
  13:3 220:23
  259:2
reminder
  323:22
reminds   176:9
remotely   12:3
  31:19,22
removal   125:11
  126:8 208:6,10
  208:15,17,21
  209:1,14 316:7
  343:22
removals
  138:21 139:2
remove   209:6
  216:25 217:20
  220:3 306:21
  308:9 315:23
  316:4 317:1
removed   221:1
  316:19,23

removing
  220:6 317:4
remy   2:17
  266:18
rent   109:21
repeat   56:12
  69:22,22 72:3
  195:18 225:11
  248:8 309:10
  321:2
repeating
  130:23
rephrase   36:18
  113:13,15
  170:11 223:17
  339:18
replace   69:9
  172:5
reply   6:19
report   4:4,6,16
  4:19 10:14,18
  10:20,25,25
  11:1 18:21
  19:3,5 23:6,10
  26:10,16,23
  27:11,15 28:3
  28:6,16 29:18
  30:5,15 32:14
  32:25 33:14,17
  33:18,25 34:13
  34:21 41:19
  50:17,20 58:17
  58:21,22,25
  59:6,8,9,11,16

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 419 of 446

72:12,17 74:1
74:7,12 77:1
78:19 79:3
82:10,25 89:4
91:2,10,11,16
91:22 92:11
98:5,13,24
99:5 100:11
101:12 103:7,9
105:11 123:7,7
123:9,11,13,17
124:8,25
127:23 128:5,9
131:8,19 132:3
133:19 134:2
134:18 135:8
138:17 140:11
140:25 143:3,8
144:12 145:8
155:6,9 156:4
158:8,11
159:20 166:7
170:23 172:20
173:13,22
178:10,14
179:15 182:4,5
182:6,18,19
188:14,20,21
189:3 190:15
197:8 203:20
204:12 210:14
214:24,25
215:21 227:22
228:12 229:6,8

229:14 233:5
234:19 235:3
236:6,8,16,19
236:23,25
238:22 241:19
242:14,18
243:1 248:17
255:9,18 256:3
256:10 258:24
259:10,11
260:1 261:2,10
261:18,22,23
262:8,23
263:12,23
265:8 266:3,23
266:23 270:25
271:7,11,13
272:9 275:18
275:20,23
279:22 281:16
285:22 288:8
293:19 294:23
295:3 296:9
298:8 300:10
302:6 304:25
305:23 306:2
309:25 310:19
310:22 311:1
314:1 319:23
320:5 321:10
321:11 325:11
325:15,18
326:7,15,22,23
327:2,3,6,7

331:9,16,17
332:15,18,22
332:22 333:6
333:11,18,18
337:13 338:8
338:11,18
340:15 342:7
343:12,13
344:19,23
345:20 346:15
348:12 350:8
**report's** 277:9
**reported** 1:22
330:23
**reporter** 5:8
6:15 8:17 9:2,6
17:16 58:24
72:3 73:16
105:2 138:11
214:13 248:8
309:12 336:15
340:6 349:12
352:7 354:3
355:5
**reporter's** 3:11
**reports** 10:15
10:17 18:20
19:16 52:9,12
52:16,20,24
53:8,22 98:4
98:12 214:6,8
258:17 263:15
266:18 275:16
350:3

**represent** 8:13
116:25 260:11
271:5
**representative**
304:6 327:13
**represented**
131:2 304:9
**representing**
150:20 151:10
**represents**
242:7
**request** 4:21
17:8 18:9
24:10 40:5,10
40:13,15 327:4
**required** 125:6
125:13,23,25
126:9
**requires** 267:1
**requiring**
283:22
**reread** 236:25
**research** 36:2
39:9 43:19
44:15 49:3,5,5
73:8 208:23
209:12 268:23
269:13 273:18
274:10,13
284:3
**researcher**
273:16 274:2,7
274:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 420 of 446

**reservoir** 71:4
71:6 90:25
91:5,20,23
92:13,16 93:1
93:5,10 96:2
96:14,17,23
97:8,18,25
99:3 100:20
103:24 104:2
106:14,25
107:14 108:1
109:13,22
110:2,9,23
111:10,15,17
111:23 112:13
167:6,8 177:16
179:2,4,5
182:3,18,25
183:2,5,7,10,16
186:4 190:2
192:2,19,20,23
193:8 194:17
195:8,15,20
196:9,21 197:7
198:6,25 205:1
205:2 244:23
329:10
**reservoirs**
60:12 72:18,21
93:18 94:18
96:7,21,22
99:6 115:19
134:21 166:10
166:14 167:1,5

177:10 178:20
179:13,15
180:3 181:5,12
182:9,10,11,23
185:24 197:11
199:16 204:15
204:20 205:9
205:10,11,15
254:25 255:6
328:14 344:18
**resistance**
317:14
**resource**
204:25 205:4
**resources**
323:17
**respect** 230:22
**respective** 5:4
**respond** 231:7
**responding**
10:19 227:4
313:25
**response** 4:15
75:8 130:16
200:1 208:13
226:12 240:6
254:16 266:18
328:25
**responsible**
160:21
**responsive**
170:6
**rest** 27:18
156:7 242:20

**restate** 59:3
302:22 318:2
**restriction**
335:19
**rests** 264:23,25
**result** 14:2
206:9
**resulted** 13:25
**resulting** 162:2
**results** 201:15
202:19 260:10
303:7 342:11
351:1
**resumé** 34:22
42:17,22 43:15
**retained** 14:25
15:5 125:4
343:17
**retired** 40:22
41:4,5 62:22
62:24 184:21
**retirement**
40:24
**reused** 226:6
**reusing** 261:6
**reversal** 48:10
**reverting** 48:4
**review** 11:2,8
30:3 31:4
34:14 55:7
78:22 98:23
101:12 130:21
140:8 143:7
233:8 263:14

271:21 273:10
273:16 320:4
325:9 343:19
350:3,7
**reviewed** 10:14
10:18,19,21
11:6 28:3,6
29:3,7,19
30:10 31:2
53:18 54:16
76:9 101:11
143:11 261:23
262:23 271:6
325:17,17,25
326:6,22
346:14 348:11
348:19,20
349:16,16
351:7
**reviewing**
10:24
**reviews** 174:16
175:21
**rewrite** 63:11
**rice** 2:14
**richard** 4:12
186:14
**rig** 153:24
154:7,10
**right** 7:22 8:1
15:6 18:1
24:20 28:2
64:21 68:3
76:5 77:18

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 421 of 446

92:21 95:20,25
97:13 107:18
116:1 136:9
141:22 153:5
157:12 160:1
163:23 177:19
197:5 231:25
242:16 280:6
281:8 293:7
297:20 324:21
326:1 327:19
331:17 337:4
346:19 349:1
350:18 352:7
**rim** 158:3
**ripple** 194:14
**ripples** 193:21
193:24,25
194:15,19
195:9
**rises** 71:24
176:2,21
**rising** 71:16
**river** 171:17
189:22 191:19
192:17 193:20
197:12 330:22
330:24
**rivers** 191:12
**robinson**
355:12
**role** 36:19
40:23,24 43:18
44:10 63:1

333:22
**roles** 35:25
36:10
**room** 121:15
**roughly** 15:21
18:14 25:14
65:20 123:18
250:16 291:19
**rounded**
132:13
**row** 238:17
306:2
**rule** 21:25
**rules** 5:9
**running** 333:22
335:8
**runs** 16:11
101:21 116:20
207:18

**s**

**s** 2:1 3:1,13,13
4:1 5:1,1 7:6
354:1
**sabatini** 1:10
4:3,4,6 5:5 6:2
6:11,12,17,24
7:1 16:11 17:2
20:12 21:4,19
27:11 28:16,19
32:7 41:19
54:5 62:9,10
95:15 101:23
104:10 109:8

155:20 157:3
166:8 168:19
171:24 174:2
175:14 184:20
185:21 186:16
207:21 211:9
251:14 300:11
301:21 324:4
324:13 340:2
352:2 353:5,13
353:17 354:2
355:6
**sabatini's**
155:6
**safer** 153:23
**sake** 20:11
**salary** 41:6
**sample** 22:15
22:19 240:17
243:11,21,22
244:6,7 249:5
249:23 250:21
**samples** 57:7
235:10 236:10
243:3,5,9
244:11,14
245:9,13
247:13 252:4
252:17 253:7
255:12,24
256:20 258:7
260:2 262:18
262:24 263:17
264:1 320:22

321:6,13,21
338:1,12,20
339:4 340:15
341:10,13,21
342:4,11,13,20
343:1 345:19
345:21,23
346:4 348:1,4
348:5 350:15
351:14
**sand** 94:2,6
103:3 219:22
223:3,13,16,19
**sands** 37:21
**sanitary** 174:11
**saw** 75:24
197:16 259:9
259:22 275:1
291:1 293:10
305:10,13,15
**saying** 49:16
56:24 71:25
72:5 111:14
131:14 132:22
133:13 137:24
137:25 138:6
139:6,13,14,15
141:13 145:6
155:23 165:18
193:23 197:3
202:8 203:5
231:25 238:9
247:23 251:15
256:22 329:3

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 422 of 446

335:24 349:11
349:14
**says** 6:19 20:3
20:13 22:10,15
22:19 23:6
24:13,18 56:22
59:14 91:19,23
102:4 117:17
118:1 119:16
125:22,22,24
131:23 133:17
146:12 150:15
151:5,6 162:13
171:14 201:5
202:14,18
204:13 223:12
223:14 238:18
255:22 260:6
264:10,20
271:20 279:15
279:22 280:3,6
280:14,18
281:21 283:2
285:24 286:3
286:18 288:22
291:18 295:3
297:4,14
298:20 299:17
306:2 308:8
316:7 325:1
339:20
**scenario**
163:15,16

**schematic** 84:6
92:9 99:19
100:16 102:11
134:25 140:15
152:5 331:8
**schematics**
92:8 99:13,15
99:20,22 158:9
**schwartzenba...**
222:8
**scientists** 42:5
**scope** 78:18
127:2 129:21
232:25 233:16
233:23 234:18
237:9,16
239:13 259:20
343:17
**seal** 355:16
**sealed** 82:20
83:1,6,13
116:4
**search** 314:25
343:20
**searched**
313:16,16
**searches**
268:18
**searching**
313:8
**second** 19:24
24:12,16 32:23
56:21 57:3,17
59:14 66:21

68:7,12 108:4
118:6 138:20
162:13 170:25
171:14 174:20
175:24 196:6
202:18 204:13
227:20 228:3,4
228:9,11 231:7
242:2 256:7
266:22 281:9
297:14 298:19
337:11,16,24
340:12 347:13
**section** 229:22
235:7 277:17
279:21 283:2
285:3 336:12
344:5
**security** 38:20
39:18
**sediment** 308:9
315:23 316:4,7
316:15,19,22
317:2,4
**see** 20:1 22:8
22:13,17,21
23:8 30:25
40:12 59:17
77:4 89:6
100:21 102:3,8
102:25 103:3
103:13 106:6,7
106:21,24
107:8,13,17,22

107:25 108:6
117:20,25
118:7,11,13
125:22 126:1
128:15,22
132:1 133:7
138:19,24
144:5,17 145:1
145:16 148:23
150:15 151:5
155:5 156:25
159:23 160:1
161:13 166:13
166:23,25
168:12,20
174:9,18
175:24 176:4
178:5,7,15
183:8 187:6
190:22 200:21
201:1,21,23
202:1 204:18
208:7,12,14
209:2 212:18
215:16 229:24
236:12 242:11
249:6,7,8,10
252:13,23,24
255:22 260:15
263:9 271:25
279:10,24
280:8,16
281:13 283:2
285:24 286:8

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 423 of 446

289:20,21
290:22 293:2
294:1 299:15
300:21 303:21
306:4 307:11
314:16 316:19
316:20 317:7,8
317:9 320:5
323:3 327:11
335:9 338:2
341:5,14 347:9
348:16
**seeing** 147:25
148:12 310:14
332:11
**seek** 76:13,19
**seem** 8:25
108:15 176:12
188:10 245:25
351:9
**seemed** 131:15
213:20
**seems** 100:2
108:16 117:14
118:24 120:13
175:23 262:4
263:23,23
279:8 301:1,5
351:5
**seen** 28:22
62:10 65:4
73:5,23 76:25
78:1 101:25
104:11,15

106:13,13,24
108:24 117:5
172:18 174:2
174:14 186:22
195:7 207:22
210:7,16
211:16 233:8
250:1 254:10
254:19 271:5,6
274:20,22,24
284:2 305:21
306:24 307:2
322:3 333:9
**selected** 143:12
**semester** 50:7
184:24 185:1
**seminars** 50:7
50:8,11,12
**sense** 127:10
131:14 138:7
156:23
**sent** 24:1
153:19
**sentence** 50:25
125:3 126:1
131:22 132:1
138:20 161:8
162:14 163:3
171:14 174:20
175:24 187:2
201:1 202:18
204:13,22
208:7,9 230:9
235:7 236:12

236:14,15
242:13,13,20
255:9 260:9,15
264:12 271:19
281:9,20 286:8
286:18 297:14
298:19 300:18
301:2,6 332:25
334:8
**separate** 32:16
33:13,20 242:7
260:12 270:3
283:22
**separated**
53:12 105:2,3
**series** 118:1,20
**served** 46:22
**serving** 12:8
**set** 28:11 34:17
51:22 55:23
103:21 128:6
178:21 213:17
233:5 242:7
243:1 256:4
**setting** 13:7
96:8
**settling** 226:6
**seven** 177:25
178:3
**several** 7:11
12:23 35:21
43:10 48:24,25
54:9 101:16
245:16 274:12

281:23 288:23
342:20
**shakes** 90:23
**shaking** 8:20
264:6,8
**shape** 107:24
**shaped** 108:18
**sheet** 3:10
160:2
**short** 7:17
38:24 39:11
47:12 58:3
95:11 185:18
241:15 302:3
**shortened**
117:3
**shorter** 81:24
**shorthand** 5:8
355:5
**show** 39:20
79:3 125:21
128:25 160:24
210:22 248:19
257:10 302:7
327:15 348:2
**showed** 177:14
177:23 178:1
311:5
**shower** 10:23
306:8 312:1,3
312:13,17
313:3,5 314:10
315:8,9,25
316:9,11

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 424 of 446

318:19,20
**showerhead**
306:15,19,23
307:18,24
308:2 310:7
316:17 317:6
**showing**  108:11
108:13 145:1
254:11 303:21
**shown**  100:19
135:13 136:19
164:9,11
260:10 286:4
**shows**  145:6
159:23 165:23
166:3 168:5,8
252:13 296:22
299:11 304:14
331:19 335:16
335:25
**sic**  104:21
**side**  27:2 28:11
37:17 80:7,15
81:25 107:18
204:17 234:2
246:13 259:5
**sign**  9:17
**signature**
341:17 355:18
**signed**  325:11
325:15 341:15
**significance**
295:3 340:14
342:24

**significant**  64:9
138:20 139:2,8
139:10,11
140:16 251:5,8
251:11 341:12
341:20
**significant's**
139:5
**signing**  325:18
326:6,22
**silverstein**  2:15
**similar**  80:6
104:14 106:13
106:23 111:10
111:23 112:13
115:3 190:1,2
257:13 259:5
313:18,21
314:8,9 328:13
328:14
**similarities**
314:16
**simulated**
252:14,25
260:3
**simultaneous**
58:23 138:9
213:14 214:11
245:8,13
**simultaneously**
243:4,10
247:14
**site**  150:7
221:23 327:5

332:12 344:10
**sites**  39:21,22
39:24 44:1
47:6 304:10
**sitting**  53:23
74:17,20 78:21
101:3,6 143:24
193:7 212:25
213:11 217:9
223:6 265:23
267:21 309:21
313:15 323:7
346:8
**situ**  200:17
**situation**  83:22
85:21 190:3
303:7 314:2
**situations**
201:16 202:20
**six**  35:3,5 155:5
208:9 324:9
**sixth**  208:5
**size**  107:24
111:18 190:5,6
190:7 212:6
304:1 316:9,11
316:18
**sized**  112:6,14
**skill**  273:8
**skills**  273:19
**sliced**  112:5
**small**  80:22,25
81:7 94:10
112:11,16

148:22 161:9
172:9 176:13
248:25 287:16
**smaller**  196:7
201:19 202:11
202:23 203:7
315:24 316:10
316:16 317:6,8
317:10,13,13
317:16
**softening**  102:7
**soil**  51:18
**solids**  216:24
217:6,11
218:15 219:1
**solution**  225:25
226:2
**solutions**  22:12
**someone's**
129:17 130:9
138:2,7
**somewhat**
176:12 277:3
**soon**  24:8
**sorb**  218:16,25
219:12,13
222:1 223:22
**sorbs**  220:16
**sorption**  37:19
215:19,20,22
216:5,11,14
219:21,25
220:2 221:3,17
221:19,23

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 425 of 446

222:5,6,9
224:21
**sorry**  6:13
12:13 14:11
17:20,22 36:16
38:14 50:19
58:22 72:3
73:18 94:5
123:16 124:3
135:6 138:13
144:22 145:4
145:11 150:23
153:16,17
154:4 159:6
170:8 171:3,5
173:10 183:25
183:25 195:18
206:1 210:15
214:13 225:10
228:19 230:5
235:4 238:15
243:16 251:14
252:9 253:9
256:17 259:7,7
270:14 274:23
282:16 291:10
292:16 296:10
297:2 298:7
307:19 321:1
325:24,24
326:2 332:6
337:10 340:6
344:24

**sorts**  152:19
**sound**  293:6
**sounds**  13:19
58:16 62:5
**source**  13:18
100:23 218:12
259:17 280:15
280:18 281:12
281:24,24
282:6,14,19
283:5,9,11,12
283:24 284:23
289:3 290:1
300:23 317:2
347:21
**sources**  98:6
276:1 297:20
**southern**  1:2
**southworth**
171:7
**space**  79:13
81:5 115:9,15
**speak**  8:25 13:5
17:23 25:3
151:16 158:5
158:10 164:19
209:15 212:4
264:11 269:8
**speaking**  8:25
9:11 25:22
26:6 105:21
129:16
**speaks**  239:20

**specialty**  37:16
**specific**  11:5,7
13:12 15:25
45:21 54:3
76:18 119:3
175:2 194:9
**specifically**
13:4 23:17
54:14,18 55:3
92:1 101:16
120:2 155:7
156:8 220:19
274:10 286:19
**specifics**  54:8
127:17 305:14
**speculate**  55:1
301:19 314:16
**speculating**
215:11 217:7,8
**speculation**
216:17 306:18
314:12
**speculative**
83:19 85:5
218:20 219:4
310:13 319:1
348:6
**speed**  113:8
**spent**  15:22
49:14,24
**spiliotopoulos**
58:18,21
**spiliotopoulo...**
59:2,9

**spinning**  90:9
**spiractor**  10:22
138:21 139:3
139:19 140:1
140:17,23
141:14 142:13
142:18 143:15
145:1 148:10
149:1 150:16
151:7,18,21
152:1,2,16
153:2,2 157:14
157:15,21
161:11 163:21
165:6,11,17
167:3 216:24
216:25 217:4,6
217:11,19
218:15 219:1
219:11 220:8
221:1 222:14
222:24 224:25
225:9,17
306:12 322:11
322:15,25
323:9,9 327:15
334:2 335:8
336:1
**spiractors**
72:25 92:13
93:21 103:1
141:10 166:15
222:17 331:20
334:6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 426 of 446

splashing 88:24
183:6 276:15
276:16,18,21
276:23 277:6
311:5,11,16,17
312:1,2,9,12,13
312:16 315:3
315:19 318:20
344:17
spoke 124:19
spoken 14:9,14
14:17,21 25:15
25:18,25
124:14 275:13
323:19
sponsors 39:9
spray 121:10
308:2 309:6,19
309:19 310:7
318:13
spread 306:14
ss 353:2 355:2
st 2:8
stack 27:5
staff 268:13
324:24
stage 135:1,11
135:13
stamp 155:12
stamped
326:10
stand 22:23,25
41:23 77:5
272:6,11,12,15

275:24 284:20
285:1,4 287:3
287:20,24
289:4 304:22
stands 41:21,24
264:22
start 8:23 9:9
59:14 74:23
134:13 148:21
154:23 155:2
203:24 214:13
214:17 240:15
337:1
started 45:1
starting 236:4
292:24
starts 30:21
174:10 227:21
334:8 341:5
state 5:8 6:4,25
12:20 37:4,6
209:24 226:5
236:5 243:18
245:7,8,13
246:7,17,20
247:11,21,22
247:24 248:4
248:16 288:10
290:17 298:18
298:18 317:19
318:4 343:15
347:22 352:8
353:2,6,16,20
355:2,5,20

stated 154:23
239:22 241:1
288:15 321:5
321:12 322:3
333:4
statement
56:12 78:23
133:15 193:6
201:7 209:24
217:13 300:24
321:8 328:24
334:7
statement's
126:14
states 1:1,12
5:6 6:9 8:14
14:5 19:20
39:20 237:22
238:6
station 43:9
stationary
85:18
stay 187:24
steady 243:18
245:7,8,13
246:7,11,12,17
246:20 247:2
247:11,20,24
248:4,16
347:22
stella 157:6
stenotype
355:8

step 236:11
stesha 2:19
stick 77:23
sticker 291:12
stickers 336:14
336:15
stipulated 5:2
stipulations 3:5
stop 180:8,15
253:14,22
254:13 264:6
stops 254:23
255:3
storage 56:5
60:1,4 103:14
103:18 128:17
132:20 134:21
169:23 174:10
177:24 185:22
186:3 191:15
192:2 230:16
264:3 284:1,4
284:11,12,18
story 164:4
strainer 277:25
278:4,13,17
285:14,20
287:14,25
289:19 294:18
294:21 295:6,6
295:8 300:5
301:11,12
306:14,20,22
306:24 307:14

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 427 of 446

307:16,20
308:1,12,13,13
308:16,24
309:9,14,23
310:6,17
315:22,24
316:3,14,16,21
316:23 317:5
317:11,13,15
**strainers**
295:12,17
**straw** 111:23
112:2,9,14
**stream** 88:14
**strike** 14:8 15:4
29:24 30:22
48:14 52:4
60:2 63:17
66:20 71:14,22
76:2 81:19
89:2 109:21
111:21 123:20
136:17 137:22
139:21,23
151:24 168:6
171:23 178:6
179:9 203:24
220:13 221:24
234:21,23
240:14 261:17
273:7 274:3,4
276:22 277:16
288:7,21 310:5

**stripper** 64:18
67:17,24 70:5
**stripping** 64:11
64:11,13 79:8
213:9
**structural**
37:14
**structurally**
70:17
**structure** 98:6
109:11 140:16
**structures**
140:15
**struggle** 225:1
**students** 26:20
39:16 79:11
185:8
**studied** 49:11
49:20 158:8
219:21 314:21
**studies** 125:14
126:24 127:11
212:1 220:15
268:8
**study** 11:1,1
76:23 125:7
126:10 169:9
189:8 193:4
244:18,19
245:19 247:25
258:16 302:11
302:15,18,20
302:25 303:2

**studying** 49:24
214:6
**subject** 52:15
**submerged**
148:25 161:10
308:14,25
309:15
**submitted**
27:15 34:25
156:4 178:10
259:11 275:19
**submitting**
30:5 34:12
73:25 74:6
99:4 172:19
259:10 266:24
270:25 271:7
**subscribed**
353:15
**substance**
246:5 323:20
323:25
**substantial**
129:1,7 130:17
130:18 208:17
208:20 209:6
**substantive**
324:2
**successful** 44:1
236:9 237:18
238:3,9,16,18
239:7,12 242:5
**sucked** 115:23

**sufficient**
112:10 113:18
113:25 114:2
114:20 122:16
122:20 222:4
268:21 269:4
**sufficiently**
51:1
**suggest** 136:10
162:17 195:13
212:21 251:4
251:21,25
258:5 288:5
**suggested** 64:8
116:6
**suggesting**
210:8
**suggestion**
67:16 118:24
130:17 227:4
241:7
**suggestions**
226:13 272:13
**suggests** 78:1
170:25 171:6
201:14 210:17
281:25
**summaries**
55:18
**summary** 36:9
52:19 133:15
**superfund**
39:20,21,24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 428 of 446

**supersedes**
  286:4
**supervisor**
  341:16
**supplement**
  349:21
**supplemental**
  28:17,25
  324:18,22
**supplied**  78:13
  286:22
**supplies**  288:24
**supply**  56:8,18
  57:21 135:2,12
  136:20 258:8
**support**  4:10
  126:23 232:1
  248:25 250:22
  251:5,7,10,12
  339:7 343:4,6
  343:9 351:15
**supporting**
  52:21 226:18
  227:1,5 257:5
  299:1,7
**supports**
  298:20
**supposed**
  105:21
**surbec**  45:2,4
**sure**  9:2 12:18
  13:6 16:24
  18:2,18 21:15
  21:18 27:20,21

27:25 32:6,21
32:22 33:2,3,4
33:5,19 34:10
35:19,22 36:17
40:14 42:16,23
45:24 49:9
53:16 54:15,17
55:11,16,21
56:13,21,25
57:3,9 61:2
65:12 68:18
69:23 71:5
72:7 74:5
80:14,24 83:12
87:5 95:7
96:13 102:18
105:8 108:23
109:1 110:7,20
112:4 115:20
116:16 119:15
119:20 120:12
122:8 125:19
130:6 132:15
133:5 135:7
136:15 141:19
146:25 147:11
147:17 151:4
156:15 159:2
164:24 168:11
171:5 175:18
176:11,15
178:15 179:21
181:2 186:1
188:19,22

193:14,18
194:2,12 197:2
197:18,23
198:17 200:2
202:17 206:2
206:20 216:3
223:11 227:19
228:20 229:2,9
230:6 234:16
243:8 245:11
255:7 257:21
264:17,23
278:19,25
282:17 299:4
301:25,25
302:23 303:8
304:13 305:13
314:3 316:12
316:13 318:3
321:3,18 331:9
**surface**  82:13
  121:10 168:8
  168:15 169:6
  173:7 176:13
  180:21,24
  187:24 190:7
  193:21 194:1
  194:15 205:3
  212:13,17,24
  213:2,8,13
  215:16,24
  216:6 224:12
  277:2,3,7
  310:9,10

311:16,17,20
317:17
**surfaces**  222:7
**surfactant**  35:6
  36:2,6 39:8
**surfactants**
  39:2
**swear**  6:16
**sweeping**  70:6
  209:23
**switch**  78:24
  227:12 310:20
**switches**  286:5
**sworn**  6:18
  353:15 355:7
**synonymous**
  319:16
**synthesize**
  273:17
**synthesized**
  268:15
**system**  68:25
  70:6 71:21
  78:7 84:5
  90:20 97:4
  99:21 120:16
  120:18 144:5
  192:8 194:23
  194:25 235:13
  237:7,15 244:3
  246:18 248:1
  262:20 272:23
  282:3 284:6,9
  284:13 286:23

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 429 of 446

341:1 347:22

**systematic**
227:10

**systems** 51:4
72:14 128:14
128:17 158:6
161:22 171:16
182:15 235:9
262:17

**t**

**t** 3:1,1,1,13,13
4:1,1 5:1,1 7:6
7:6 15:16
340:8 353:1
354:1,1 355:1
355:1

**table** 132:3,10
133:12,17
158:13,13
159:3 189:11
191:11 199:22
236:7,8 242:4
242:22 249:6,8
252:24 255:22
259:25 260:6
260:11,18
261:12,19,24
262:10 263:17
265:24 302:8
302:12 315:11
330:5,8,10
337:17

**tables** 212:7
**take** 9:2,6
20:16 27:13
44:15 54:6
56:1 58:3,10
58:15 63:10
78:25 81:19,20
82:6 95:5
111:1 146:17
153:4,5 174:13
175:20 182:9
185:11 186:7
196:9,15
211:24 215:21
227:14 241:11
247:9 260:22
301:8,11 312:5
**taken** 1:12 5:5
41:13 48:23,24
74:1,7 146:3
150:21 151:11
243:3,9 247:14
274:12 326:19
338:13,20
339:4 342:20
345:24 355:8
355:11
**takes** 181:21
221:23 253:13
253:20 254:11
**talk** 8:24 24:18
39:16,19 40:8
63:19 66:1
79:7 97:3

205:1 210:23
224:2 261:4
262:11 263:12
265:7 324:14
**talked** 75:23
100:14 166:9
182:8 267:3
273:25 274:20
284:6 350:18
**talking** 26:17
49:22 66:3
81:6 85:10,11
88:13 127:22
152:24 157:13
163:22 205:10
220:9 245:1,25
252:17 277:20
310:20 318:8
319:13 331:10
333:15 337:22
**talks** 261:3
**tank** 69:13,18
69:25 70:9,12
70:19 117:16
118:1,10
119:17 166:13
175:25 176:3
176:14 177:25
180:5,22
185:22 191:25
192:2 194:17
205:7 279:23
280:4,7,14,18
282:13 283:2,8

283:13,14,17
283:21 284:1,4
284:11,12,18
294:4,14
297:15
**tanks** 68:14,20
69:2 72:18,21
103:15,18
132:20 169:23
171:18,25
172:13,19,25
181:13 182:23
186:3 191:15
199:16 204:14
205:15 284:8
344:17
**tap** 120:23
121:7
**tape** 147:20
**tapped** 282:2
**tapping** 284:20
**tarawa** 22:16
55:18 77:9,13
98:7 235:8
248:7,10 255:8
255:11,25
257:11 258:7,9
258:19 259:17
260:19 261:12
261:19,25
262:16,25
263:18,24
264:1,25
265:24 320:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 430 of 446

321:5,11,19,22
338:15,21,22
340:21,25
341:10,21
343:1
**target** 256:1
**targeting** 23:18
**taught** 47:12
47:15 50:5,12
184:17,23
**tce** 61:18 89:21
89:25 141:3
206:16,22
218:16,25
219:12,13
220:16,19
221:4 222:1,3
223:23 249:5
249:11,14,18
250:6,21
251:16,24,25
252:11,14,17
252:22 253:13
253:21 254:11
308:23 309:13
309:24 318:22
**teach** 38:16,18
38:19,24,24
39:3,10,13
41:8 50:13
184:10,15,17
184:18,19
185:1

**teacher** 79:9
224:2,8
**teaching** 39:13
41:9 79:6
114:5 185:4
**team** 39:12
**tech** 4:11 174:1
**technical**
276:19 277:18
281:23
**technologies**
43:20
**technology**
43:25 44:15
45:3 47:6
**telan** 15:16
**tell** 8:15 66:14
86:24 157:10
245:23 256:11
256:19 304:19
341:8 342:11
346:24 349:8
**tells** 164:4
329:21 339:12
**temperature**
82:12 85:7,12
121:15 319:5
**temperatures**
319:8,9
**tempted** 114:4
227:3
**ten** 42:13 203:7
203:16 204:3
205:18 291:2

292:9 293:11
**tension** 183:12
**term** 124:5
129:6 131:17
137:11,14
139:6 140:6,10
150:6 167:18
167:20 205:4
265:17 276:18
276:19 282:23
**terminology**
71:2 170:21
172:7 242:24
261:6,14 263:5
265:12
**terms** 39:23
48:5 98:24
129:16 141:12
172:7 187:16
192:19 194:13
205:2 286:13
327:16 333:22
340:16 341:9
342:12
**terrace** 22:16
55:19 77:9,13
98:7 235:9
248:10 255:8
255:11,25
257:11 258:8,9
258:19 259:17
260:19 261:13
261:19,25
262:17,25

263:18,25
264:1,25
265:24 320:21
321:5,12,20,22
338:15,21,22
341:1,11,21
343:2
**test** 41:16
244:8 347:8
**testified** 12:5
124:13 316:2
348:10
**testify** 355:7
**testifying** 8:8
9:20
**testimony** 4:21
9:16 10:9
105:4,24
245:15 305:16
305:17,22
322:5,24
323:21 324:1
353:9 355:10
**tests** 41:14
**tetrachloroet...**
255:23 340:21
340:25
**text** 14:18
145:7,13 161:3
161:8 257:2
286:2,7,19
295:2 297:13
**textbooks**
268:5

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 431 of 446

**thailand** 36:4
**thank** 16:23
  17:1 22:2 25:1
  25:8 56:2
  58:12 73:15
  95:8,16,19
  141:1 151:2
  157:4,6 158:21
  177:4,5 185:14
  188:22 205:13
  225:13,14
  233:9 259:14
  324:4,6 336:17
  336:22 338:16
  347:12 352:2,4
**theoretically**
  152:3
**thesis** 37:22
**thing** 34:5
  112:2 118:6
  173:5 175:7
  217:3 233:3
  263:7 273:25
  331:10
**things** 245:16
  272:8 287:18
  313:14 315:9
  344:21 350:14
**think** 6:13 8:13
  12:23 17:13
  18:3,15 23:19
  25:20 35:2,4
  35:15 40:11
  42:23 50:17

55:1,2,20 72:8
74:10 81:23
96:1 99:16
100:2 123:10
130:18 134:19
139:10 144:9
146:10 154:11
155:15 170:7
177:25 204:23
207:6 241:1
251:2 256:14
259:23 274:20
278:20 283:23
288:9 313:24
318:12 325:19
326:5 330:13
337:2 338:15
348:18,19,21
**thinking** 59:5
  211:1 347:4
  348:19
**third** 187:1
  252:12 289:6
**thirty** 212:8
**thomas** 4:13
  169:24 170:16
  171:15 180:19
  181:1,21
  182:14 186:10
  186:14,18
  189:8 190:18
  198:16,19
  199:3,6,21
  202:8 203:4

204:6,16,20
329:16,17,20
329:24
**thorough** 158:6
**thought** 50:22
  170:13 233:17
  296:14 315:22
  340:16 341:9
  346:21
**thoughts**
  157:17
**three** 11:18
  22:6 25:16
  49:18 57:2
  156:18,20
  159:10,11
  184:21 201:20
  202:10,24
  203:6 248:18
  252:7 259:23
  289:12 299:23
  300:17 352:13
**time** 8:11,12
  11:14 12:8
  14:6 17:16,21
  23:14 24:23
  38:4 49:14,20
  49:24 51:25
  54:6 63:9
  69:22 71:17
  73:19 81:8,10
  81:18,20,25
  86:10,22 87:4
  95:21 103:19

110:6,15,15,16
110:19 111:1
112:23 113:18
113:25 114:2
114:16,20,21
114:22,24,25
120:2,22 121:7
121:11 122:15
122:17,20,21
135:6 154:12
155:10 156:3
174:13 175:20
181:21,24
183:12 196:4
206:1,10 216:2
221:23,25
222:2,4 223:1
225:10 248:2
248:16 250:1
253:12,20
254:11 255:1
260:22 269:7
271:24 273:21
274:15 276:6,9
277:5 299:21
300:4 303:16
303:18 305:4
309:18 310:18
317:21 318:6
318:13,14
321:2 323:17
324:5 325:10
329:2,7,8
333:1,12 346:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 432 of 446

352:2 353:10
**time's** 324:8
**timeframe**
  77:20 82:5
  181:9 221:18
  221:20 325:14
  327:3
**times** 7:11
  25:14,16
  107:16 124:15
  181:3 190:16
  202:11,11,25
  203:7,7 207:6
  211:21 248:13
  248:14 252:7
  265:10 272:13
  291:2,20,24
  292:9 293:11
  351:13,21
**tinker** 47:11
**tiny** 306:19
**tips** 4:11 174:1
**title** 27:10
  28:15 155:14
  340:10
**today** 8:15 9:20
  9:23 10:10,13
  11:3,12 28:4,7
  29:9 31:3,5
  53:23 61:16
  74:17,20 75:20
  77:6 78:21
  101:6 143:24
  153:25 179:10

184:15 186:18
193:7 212:25
213:11 217:9
223:6 265:23
267:21 306:13
309:21 313:15
321:10,11
323:7,19 324:5
325:16 328:25
346:8,21 352:3
**today's** 6:2
**together** 40:3
**told** 68:2
  179:10 198:19
  340:16
**ton** 117:17
**took** 76:7,10
  104:20 179:18
  185:23 186:3
  199:15 205:14
  231:23,24
  299:22 331:16
  344:16 345:6,9
**top** 66:24
  106:14,24
  107:13 111:15
  115:3 117:25
  168:21 169:5
  174:10,19
  181:14,16
  194:4 195:9
  196:23 198:22
  214:17 223:14
  254:1 258:12

278:21,22
280:1,2 288:10
296:19 308:16
346:1
**topic** 38:3
**topics** 78:24
  227:13
**tour** 74:25
**toward** 24:3
**towards** 24:4
  168:21 199:25
**tower** 66:13
  100:20,25
  113:19 114:11
  115:4,24 179:3
  179:7
**towers** 66:23
  68:9 94:23
  112:19,21,25
  115:21 120:17
  171:19 172:1
  177:10 283:19
  344:18
**toxicologist**
  129:9,11
**toxicologists**
  234:1
**traced** 250:5
**tracer** 243:21
  243:22,24
  244:6,11,14,17
  244:19,20,22
  244:25 245:1,2
  245:19 246:6

249:23 252:4
**tracers** 243:23
  244:2
**track** 296:25
**tracking**
  296:25
**tracks** 8:1
**trade** 39:13
**trailer** 117:15
  117:16 118:2
  279:23 280:4
**training** 48:13
  48:15,18,24
  273:9
**transcribed**
  355:9
**transcript** 4:17
  9:16 269:20,25
  270:9 271:7
  352:9,9 355:10
**transcription**
  353:9
**transcripts**
  271:16
**transfer** 87:20
  89:3 90:5,6
  187:15,16
  188:14,17
  189:2,4 194:1
  277:4
**transitioned**
  24:3 273:21
  299:8

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 433 of 446

transitioning
  298:21
translate
  273:19
translated
  306:8
transport
  37:20 51:10,17
transportation
  37:15
transported
  187:4
transposed
  158:18
travel 305:5
traveling
  198:24
treat 338:23
treated 56:22
  57:7 94:18
  195:21 234:5
  235:9 236:10
  239:15 240:9
  240:17 243:5
  243:11 244:23
  247:15 249:13
  249:17 250:8
  250:21 251:25
  253:6 255:12
  256:12 257:5
  257:10,22
  262:17,24
  263:17,25
  289:18 320:22

321:6,13,21
339:2 340:15
341:10,13,21
342:4,13,21
345:19 346:4
treatment 51:3
  56:5 60:4,12
  62:21 65:7,10
  65:20 66:7
  72:14 74:25
  77:7,12,17
  78:2,9,13 91:8
  92:5,22 93:13
  98:7,25,25
  99:14,21 100:6
  100:15 102:12
  103:23 107:14
  108:1 109:12
  122:23 123:4
  125:12 126:8
  128:18 133:24
  133:25 134:2
  138:4 150:16
  151:6 171:18
  171:25 172:13
  172:18,25
  184:6,8,11,14
  185:5,9 195:14
  195:16,19
  196:20 197:7
  198:25 205:7
  205:11 212:1,3
  212:5 215:15
  216:12,15

217:22,23
226:10,15
228:16,23
229:23 230:2
230:16 231:8
234:4 235:13
235:22 239:18
240:1,3,20
242:6 243:6,12
243:16 244:3,8
244:9,12,15,15
244:22,24
245:9,14,19
246:22 247:4
247:13,16
248:10,21
250:1,7,24
251:3,17,18
253:2,13,21
254:12 255:14
255:25 256:16
257:6,11,19
258:3 259:3,5
260:19 262:19
264:3 266:14
272:23 283:18
283:20 284:7
321:23 328:15
329:10 331:16
332:13 333:24
335:2,7 336:9
338:12 344:15
347:24 348:2

trip 20:4,6,7,8
  20:9,16,23
  21:8 75:17
trips 211:24
true 78:1 192:4
  353:8 355:10
trusted 150:7
truth 8:15
  157:10 346:25
  355:7
truthful 10:9
try 7:23 53:15
  73:13 153:24
  154:7 173:14
  338:17
trying 13:13
  25:20 26:4
  32:21 34:6
  64:14 86:18
  154:6 167:16
  172:22 176:1
  220:18 227:10
  232:14 238:23
  245:4,6,18,20
  273:19 296:25
  317:1
tub 313:18,22
  314:10,21
turbine 167:13
turbulence
  182:24 183:4,9
  194:3,7 197:1
  208:20 276:13
  276:16

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 434 of 446

**turbulent**
  194:11 195:1
  196:25 276:17
**turn**   22:3 23:2
  30:20 34:20
  50:16,25 59:12
  100:11 104:16
  106:5,16 107:2
  108:3 117:13
  117:22 123:6
  124:24 128:7
  138:16 150:11
  158:12 161:2
  168:1 170:22
  186:24 189:8
  200:13 215:19
  229:17 230:6
  235:2 236:1
  241:22 250:16
  255:17 260:7
  261:2,10 266:4
  266:17 267:15
  277:8,12
  281:15 282:10
  282:24 285:22
  286:15 291:8
  291:23 292:14
  293:1,19
  294:23 298:14
  300:11 304:21
  307:8 324:25
  325:4 330:5
  331:12 332:21
  332:23 333:17

  337:12,15
  339:10 340:12
  344:4
**turnaround**
  352:14
**turned**   247:5
**turning**   120:15
  120:15 123:8
  140:11,22
  158:11 159:19
  162:12 166:6
  169:22 189:7
  205:21 208:3
  227:20 228:18
  249:5 255:8,19
  271:19 279:10
  288:8 294:17
  297:22 302:6
  303:20 306:1
**twenty**   45:22
  212:9
**twice**   270:17
**two**   7:17 11:18
  11:19 15:1
  25:16 39:11,13
  87:20 89:3
  90:7 98:11
  106:7 117:17
  159:10 164:8
  187:15 188:13
  189:2 191:12
  212:6 243:3,9
  247:13 248:19
  249:16 256:24

  260:2 291:9
  299:22 304:23
  315:8,20
**type**   43:24
  107:13 138:12
  152:17 153:9
  219:10 245:3
  283:11 324:3
**typically**   97:22
  121:17 245:18
**typo**   133:11

| **u** |
|---|

**u**   5:1 353:1
**uh**   21:22 53:19
  55:4 87:10
  90:2 115:10,14
  144:14,25
  145:18 148:3
  148:24 152:6
  152:23 199:20
  200:23 257:1
  264:19 271:9
  277:14 278:8
  283:1 292:7,20
  293:21 297:8
  315:12 318:9
  344:6
**ultimate**   51:5
  122:21 329:1,7
**ultimately**
  84:14,15
  245:18

**um**   288:3
**un**   288:2
**unable**   10:8
**unaware**   52:6
**uncertainty**
  233:1
**unclear**   116:16
**uncomfortable**
  221:11
**under**   89:14
  95:17,18 125:4
  140:4 148:15
  157:10 177:12
  186:3 208:25
  209:13 243:18
  245:7 322:21
  330:22 335:13
  344:5 353:6
**undergoes**
  138:22
**underline**
  128:21
**underlying**
  101:12
**understand**
  7:19 8:14 9:18
  10:1 13:14
  48:9 61:20
  67:9 81:23
  86:23 95:17
  105:15 123:12
  124:1 146:11
  157:9 162:20
  179:9 185:10

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 401-3     Filed 06/04/25     Page 435 of 446

196:13 225:15
238:24 263:6
267:16 272:20
272:25 277:19
316:12 322:25
349:18
**understanding**
12:24 13:8,16
13:22 18:8
29:15,17 48:8
68:11 91:18
93:17,19 97:17
99:5 104:1
105:1 126:21
127:7,9 143:25
144:8 150:19
150:22 151:9
161:15,19
164:25 165:4
178:18 179:11
207:4 218:9
223:18 236:24
237:4 242:21
260:25 273:12
282:7,8 316:3
319:15 339:24
**understands**
16:19
**understood**
9:19,25 10:4
95:19 96:1
143:11 166:2
265:14 322:14
322:21

**underwent**
297:15
**undulations**
193:25
**unfilled** 157:21
**unhindered**
288:2
**uniform** 85:7
85:10 90:20
**unique** 242:7
**uniquely** 51:2
**unit** 4:10,11
99:21 208:15
**united** 1:1,12
5:6 6:9 8:14
14:5 19:20
39:20
**units** 288:11
**university** 7:13
36:3,4,25 37:7
38:8,23 41:7
44:5 45:6
65:23
**unknown** 333:1
**unloading**
280:7
**untreated**
249:11,18
250:21 251:24
254:25 255:5
256:5 257:23
258:7 343:1
345:19 346:4

**update** 29:16
**updated** 35:18
52:25
**updating** 100:3
100:4
**upfront** 343:16
**ups** 350:1
**upstream**
256:15,22
257:16,20
**upwards**
187:12,25
188:7
**usa** 104:7
116:20
**usdoj.gov** 2:9
2:12
**use** 56:22 60:18
61:12 62:3
79:7,9 82:9
139:7 149:22
149:25 151:22
152:2 153:3
154:1 167:18
167:19 169:23
170:15 189:16
191:1 193:4
197:21 198:19
199:8 205:22
206:3 231:8,17
232:21 239:15
239:25 240:12
240:17 241:10
245:2 263:25

276:15 277:20
287:24 295:6
295:12,17
302:11 315:15
323:8,10 330:2
**used** 57:7 64:10
116:9 121:8
133:16,19
137:11 141:5
142:18 143:17
148:18 157:15
159:3 165:3
169:25 170:2,3
170:17 171:7
190:10 194:13
199:13,18,23
200:6 206:23
209:19 210:2
211:2 215:5
233:25 234:5,7
234:12,13,14
235:10,18
236:10 237:1
242:8,22
256:24 260:13
260:18 261:12
261:19,24
262:11,18,24
263:18 265:1
265:17,19,23
266:3 275:2
281:22 286:21
289:25 302:20
303:2,4 309:7

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 436 of 446

316:4 318:21
319:2 329:11
329:13,24
330:17 331:1
333:12 350:11
**uses** 79:3
**using** 35:7
159:15 205:3,3
256:21 261:7
263:12 265:11
274:14 281:11
287:3 300:24
321:13,20
328:6
**usmcgen** 3:15
**usually** 187:3
**utilities** 62:20
63:3

**v**

**v** 4:1
**validate** 320:19
343:3
**validated** 320:1
320:16
**validation**
234:11,17
242:25 260:24
261:4,15 262:5
262:12 263:5,7
263:12,13
265:4,8,15,18
265:19,20,25
319:14,16

320:8 321:16
**valuable**
148:13 323:6
**value** 48:5,6
133:4,13
134:16 147:22
148:1 191:1
198:3 199:13
199:23,24,24
199:25 200:4
200:11 201:17
241:2,6 260:3
330:23
**values** 134:17
142:1 190:19
190:23 191:11
200:19 201:18
202:3,22 231:8
234:5 235:18
253:1 327:9
**valves** 328:17
**variations** 99:2
**varied** 178:2
347:21
**varies** 108:2
**varying** 30:12
31:10,11
**vast** 155:1
**velocities** 195:5
306:3
**velocity** 195:25
196:2,4,5,7,11
196:16,17,19
196:24 197:10

198:1,12,23
317:19 318:4
318:15
**vent** 70:7,16,19
71:11,17,23
80:6,7,15 81:1
81:19 106:21
106:23 107:8
107:12,25
108:6,18,24,25
109:3,12
111:16 118:6,9
119:3,5,9,16,18
120:7,13
176:10,13,20
328:2,7
**vented** 67:4,10
69:2,13,18
70:1 104:3
109:22 110:2,9
111:9,17,22
112:12,19,25
113:19 114:11
115:3 119:10
180:23 199:16
205:16
**ventilation**
68:23 176:22
**venting** 70:10
119:4 172:2
**vents** 106:7,12
106:13,23
110:23 111:4
116:9,11,14,15

118:20 119:2
119:23 172:10
172:14 328:14
**verbally** 8:19
**verification**
260:25 261:1
261:16 262:6
263:10
**verify** 239:11
**version** 117:4
277:21
**versions** 288:25
289:24 290:3,3
**versus** 64:17
88:13 141:15
145:3 149:17
158:19 163:16
172:9 196:25
226:1 236:7
242:3 263:5
**vertical** 187:2
306:14
**vessel** 328:18
**vessels** 67:5
**video** 1:10
310:23 311:2,5
**videographer**
2:19 6:1,15
95:9,12 154:17
154:20 185:16
185:19 241:13
241:16 302:1,4
324:9 347:14
347:17 352:5

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 437 of 446

**videotaped** 6:2
**view** 197:16
  200:15
**viewed** 197:17
**viewing** 100:5
  305:17
**virtually**
  274:18,19
**virtue** 48:7
  231:7
**vision** 97:11
**visit** 74:1,8,18
  74:20 75:3,8
  75:11,14,20
  76:7,14,19
  77:1 211:25
  305:11,18,20
  322:4,6,9
  327:5
**visited** 65:11
**visiting** 47:9
**visits** 73:7
  332:12 344:10
**visual** 144:8
  147:9,10,13
  148:11 166:1,5
**visually** 144:15
  146:13 147:4
  168:20 212:19
  212:20
**vitae** 34:23
  35:1
**vo** 139:23

**voc** 56:4,15
  60:1,4,11,17
  81:5 93:20
  94:2,23 120:24
  125:11 126:8
  128:13 129:3
  129:15,24
  130:8 134:7
  135:14 138:20
  139:2,25
  140:16 141:10
  142:1 166:19
  208:5,10,15
  209:1,14,18,20
  210:1,3 211:12
  215:23,24
  216:6,7 222:17
  222:23 228:15
  228:22 230:2
  230:15 232:11
  232:11 235:21
  239:17 240:2
  240:11,19
  245:6 249:1
  250:2 257:7,10
  264:2,21
  276:25 314:21
  321:23 343:21
**vocs** 61:17
  77:18 78:15
  94:17 110:2,3
  110:8,10
  112:24 113:1
  113:19,20

  115:15 122:10
  122:12,23
  123:4 131:25
  132:24 134:20
  135:11 187:11
  187:25 188:7
  205:23 206:4
  209:6 215:6
  222:19,20
  224:5,24 225:1
  225:8,16
  229:22 246:4
  246:21 247:3
  247:12 248:3
  248:20 251:3
  257:17 329:2
  329:18
**voice** 176:24
**volatile** 246:1
  303:12
**volatilization**
  4:12 70:8 79:7
  85:25 86:6,12
  87:7,16 88:5
  89:10,15 90:11
  126:20 148:4
  155:8,21
  166:19 180:22
  181:1 186:11
  186:14 188:6
  190:12 200:17
  200:19 201:18
  202:3,15,22
  203:15 204:2

  205:17 206:10
  229:22 277:5
  303:16 305:5
  308:23 309:13
  309:24 310:8
  311:10,19,22
  317:21 318:6
  318:14 319:4
  328:9,20,23
  329:15 330:3
  333:23 343:4,5
  344:14 345:8
**volatilize**
  187:11
**volume** 84:6,6
  135:22 196:3
  288:1 325:5,9
**vortex** 148:22
  161:9 162:7
  163:11 164:10
  164:17,20

**w**

**wait** 9:9 17:16
  20:10 48:21,21
  54:11 58:24
  73:13 114:14
  159:8 171:2,2
  171:2 183:23
  183:23 224:6,6
**want** 16:24
  27:19,22,23
  48:22 55:1
  63:25 64:5

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 438 of 446

| | | | |
|---|---|---|---|
| 74:18,20,22,23 | 57:20,21 60:5 | 96:3,7,14,17,20 | 133:24,24,25 |
| 75:8,11 78:25 | 60:12,18 61:9 | 96:21,22 97:7 | 134:1,21 135:3 |
| 123:6 146:16 | 61:12 62:19,21 | 97:12,17,24 | 135:12 136:20 |
| 146:19 154:22 | 63:3 64:12,15 | 98:7 99:2,6,6 | 138:4,4,22 |
| 156:6 193:12 | 64:17,18 65:7 | 99:14 100:6,15 | 141:14 142:18 |
| 215:19 227:14 | 65:10,20 66:13 | 100:19,20,25 | 144:6 145:16 |
| 227:18 233:3,4 | 66:13,19,22,22 | 102:12 103:14 | 145:23,23 |
| 233:18,20 | 67:24,25 68:1 | 103:17,18,23 | 148:1,2,7,13 |
| 247:25 266:4 | 68:9,15,21,24 | 103:24,24 | 149:10 150:16 |
| 266:17 277:8 | 69:2,8,10 70:9 | 106:14,25 | 151:6 157:15 |
| 306:11 324:25 | 70:13,25 71:3 | 107:13,25 | 158:3 160:2 |
| 325:5 331:3 | 71:14,16,19,22 | 109:12,22 | 161:16,21,23 |
| 333:17,20 | 71:24 72:14,18 | 110:2,2,9,9,23 | 162:5,8 163:13 |
| 336:23 337:1 | 72:21 73:3,5 | 111:10,17,22 | 163:14,17,21 |
| 339:10 343:11 | 73:12,21 74:25 | 112:12,19,21 | 164:1,5 165:11 |
| 352:12 | 77:7,12,16,17 | 112:24,25 | 165:16,19,20 |
| **wanted** 49:8 | 78:2,9,13,13 | 113:19,19 | 166:14,15 |
| 64:16 78:10 | 82:19,20,24 | 114:11 115:3 | 167:5,13,16,23 |
| 233:11 289:20 | 83:1,6,7,14,15 | 115:12,16,18 | 168:9,15 169:7 |
| 349:18 | 83:25,25 84:3 | 115:21,21,24 | 171:18,18,19 |
| **wants** 113:15 | 84:6,9,22 85:2 | 116:8 117:8,11 | 171:24,25 |
| **warmer** 82:20 | 85:11,13,16,17 | 117:16 118:1 | 172:1,3,4,6,12 |
| 83:1,6,14 | 86:1,2,7,8,13 | 118:17,19 | 172:25 173:7 |
| **washington** 2:9 | 86:15,16 87:7 | 119:1,6,10,22 | 174:1,10 176:2 |
| **watched** | 87:8,9,17,18,24 | 120:4,15,16,16 | 176:10,14,21 |
| 310:23 311:2 | 87:25 88:6,7 | 120:17,22 | 177:3,10,15,24 |
| **watching** 247:1 | 88:20 89:10,15 | 121:7,12,18 | 178:1,4 179:3 |
| **water** 1:4 4:11 | 89:21,25 90:11 | 122:11,22,23 | 179:7,12,19 |
| 4:12 7:25 14:1 | 90:24 91:4,8 | 123:3,4 125:12 | 181:4,12,13 |
| 32:8 38:20 | 91:19,23 92:4 | 126:8,22 127:5 | 182:2,3,11,22 |
| 39:18 51:3,5 | 92:5,12,13,15 | 127:16,20 | 182:24 183:5 |
| 52:1,5,9,25 | 92:22 93:2,6 | 128:1,4,18 | 183:15,16 |
| 56:5,7,8,17,18 | 93:10,13,13,15 | 130:2 133:20 | 184:8,11,13 |
| 56:23 57:7,12 | 93:18 94:18,23 | 133:21,23,24 | 185:5,9,22 |

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 439 of 446

| | | | |
|---|---|---|---|
| 186:14 187:3 | 243:5,9,10,11 | 277:21 278:2 | 313:1,20 314:8 |
| 187:10,12,19 | 244:3,7,8,12,15 | 278:12 279:4 | 315:3,4,9,15,22 |
| 187:22,24 | 244:20,21,21 | 279:23 280:4,7 | 316:3,23 317:2 |
| 191:4,8,15,16 | 244:23 245:19 | 280:12,19,21 | 317:11,14,17 |
| 191:21 192:1,2 | 246:22 247:3 | 281:5,23 282:3 | 318:19,21 |
| 192:3,7,12,19 | 247:13,14,15 | 283:13,14,18 | 319:6,6 320:22 |
| 192:20,23 | 248:10,21 | 283:19,20,21 | 321:6,13,21,23 |
| 193:8,9,20 | 249:11,13,17 | 283:21 284:3,6 | 323:4 328:4,7 |
| 194:16,17,17 | 249:18 250:1,6 | 284:7,8,10,12 | 328:9,15,15,16 |
| 195:7,14,16,19 | 250:8,23 251:2 | 284:16,18,19 | 328:17,22 |
| 195:21,22,24 | 251:16,18,24 | 284:21 285:7,8 | 329:2,9,16,18 |
| 195:25 196:2,2 | 251:25 253:1,7 | 286:11,22,23 | 331:15 332:12 |
| 196:9,10,20,20 | 253:13,21 | 287:2 288:1,24 | 333:24 334:1,5 |
| 197:7 198:13 | 254:12,24 | 289:7,15,18 | 334:25 335:2,6 |
| 198:24,24 | 255:4,12,13,24 | 290:4,13,19 | 335:7 336:9,11 |
| 199:16 204:25 | 255:25 256:6 | 291:21 292:9 | 338:12,23,24 |
| 205:4,7,8,10,11 | 256:13,16 | 292:10 293:11 | 339:2,3 344:5 |
| 205:11,15,15 | 257:4,5,6,10,11 | 293:16 294:4,5 | 344:8,14,17,18 |
| 206:15,17 | 257:17,17,18 | 295:13,18,22 | 345:18 347:23 |
| 211:25 212:3,5 | 257:22,22,22 | 295:23 296:3,4 | 354:2 |
| 212:17 215:12 | 257:24 258:3,6 | 296:4 297:24 | **water's**  71:7 |
| 215:15 216:11 | 258:7 259:3,5 | 298:1,10,16 | 121:8 163:24 |
| 216:14 217:22 | 260:19 262:17 | 299:23 300:19 | **watermodeling** |
| 217:23 218:1,2 | 262:24 263:17 | 301:8,16 302:8 | 101:21 |
| 218:7 225:8,16 | 263:25 264:3 | 303:3,22,25 | **waves**  193:25 |
| 226:3,4,5,10,15 | 266:5,14,14,19 | 304:7,14 305:7 | 194:15,19 |
| 228:16,23 | 267:17 269:7 | 305:8,11,18 | 195:9 |
| 229:23 230:2 | 271:23 272:15 | 306:8,15,19,24 | **way**  7:22 8:1 |
| 232:6,12 234:5 | 272:23 273:10 | 307:2 308:12 | 19:10 31:20 |
| 235:9 236:10 | 273:12,20,20 | 308:17,19 | 44:18 70:14 |
| 237:6,15 | 274:14,17 | 309:23 310:6 | 71:10,14,15 |
| 239:15,17,25 | 275:1,5,8,23 | 310:11,23 | 105:20 109:2 |
| 240:1,2,9,17,19 | 276:2,5,13,21 | 311:2,6,21 | 119:8 121:7 |
| 242:6 243:3,4 | 276:24 277:18 | 312:16,19 | 130:21 153:13 |

Golkow Technologies,
877-370-3377　　　　A Veritext Division　　　　www.veritext.com
Case 7:23-cv-00897-RJ　　　Document 401-3　　　Filed 06/04/25　　　Page 440 of 446

162:21 174:6
176:9,16,18,19
190:4 209:16
210:6,8 217:10
223:7 225:5
233:7 292:10
293:16 304:20
306:16,17
308:17 312:6
315:18 316:20
317:7 328:22
**ways** 167:23
319:7,12
**we've** 58:2
104:23 123:10
182:8 206:14
252:17 289:2
301:22
**week** 7:11
115:22
**weeks** 114:12
254:4
**weir** 10:22
141:15 142:6
**weitz** 2:4
**weitzlux.com**
2:6
**welcome** 32:13
33:7 95:14
140:24 157:2
190:14 203:19
256:4 270:19
271:3

**wells** 78:12
102:6 135:2,12
136:20 247:4
248:14,15
253:14,22
254:12 259:23
345:21,23,24
346:2,3 347:20
350:22,24
351:12
**went** 29:12
44:1 75:17
146:5 149:2
161:12 162:15
172:6 180:5
186:6 314:18
**wheel** 117:17
**whoops** 291:9
292:15
**wide** 152:18
**widespread**
97:5
**willing** 146:21
**withdraw**
111:7 252:10
341:2
**witness** 6:16
12:8 13:3,11
13:24 15:24
16:15,17 17:14
17:20,22,25
18:24 19:8
20:18 23:4
24:20,23 25:1

25:8 26:14,19
27:3,7,25
28:12 29:22
30:8,18 32:20
33:2 34:5,16
34:19 36:16
40:16,21 41:3
48:23 50:3
51:15,21,24
52:19 53:14
54:2,7,13
55:24 56:11,21
57:6,25 58:6
59:3,13 60:8
60:15,21 61:8
61:15 65:17
68:17,23 69:5
69:16,20 70:4
70:22 72:5
73:15,18 74:4
74:15 75:7,22
76:16,22 77:22
77:25 78:18
80:13,19 81:16
82:8,23 83:4
83:11,18 84:14
84:20 85:4,20
86:4,10,18,22
86:25 87:20
88:2,10,18,23
89:18,25 90:15
91:2,7 92:1,7
92:18 93:4,8
93:12,24 94:5

94:8,20,25
95:24 96:11,19
96:25 97:11,20
98:2,10,15,22
99:10 100:13
101:2,15,18
102:15,23
103:12,22
104:5,14,22
106:11,20
107:16 108:5
108:10,15
109:5,16,20,25
110:25 112:16
113:4,17,24
114:4,19 115:7
116:1,13,24
117:24 118:23
119:14 120:1,9
121:3,24
122:14,19
125:1,18
126:13,19
127:2,15
128:11 129:6
129:21 130:2
130:16 131:13
132:13,19
133:3,23
134:11,23
135:6,17,25
136:14,24
137:7 138:13
138:18 139:5

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 441 of 446

| | | | |
|---|---|---|---|
| 140:4,20 | 222:19 223:1 | 292:21 293:22 | **word** 128:21 |
| 141:12 143:1 | 224:1,7,23 | 294:8,24 | 139:7 238:16 |
| 143:22 144:4 | 225:20 226:22 | 299:11 300:16 | 276:16 350:11 |
| 144:20 146:23 | 227:3,9,16 | 301:19,25 | **wording** |
| 147:8 149:15 | 228:7,9,18,25 | 304:9 305:25 | 162:20 |
| 150:4 151:1,3 | 229:16,19 | 307:5,10 308:4 | **words** 155:22 |
| 151:16 153:16 | 230:8 231:6,15 | 309:4,17 310:2 | 247:11 |
| 153:22 154:4 | 231:22 232:10 | 310:13 311:15 | **work** 7:8,16,18 |
| 159:10 160:4 | 232:19 233:1 | 313:24 314:12 | 8:7,8,21 23:11 |
| 160:10,18,23 | 233:17,24 | 314:24 319:1 | 23:12,15,20 |
| 162:10 163:7 | 234:25 235:6 | 319:18 320:4 | 36:20,22 40:25 |
| 164:19 165:14 | 235:25 236:3 | 320:12 321:1 | 44:3 47:2,8 |
| 168:3 169:9,19 | 236:20 237:10 | 322:1,19 | 61:25 73:9 |
| 170:8,11,20,24 | 237:22 238:6 | 323:12 324:7 | 119:22 130:4 |
| 171:3,5 174:16 | 239:1,20 240:6 | 325:3 326:14 | 207:12,14 |
| 175:1 177:4,12 | 240:24 242:1 | 330:7,14 | 214:3,18 |
| 180:19 181:7 | 243:2,14,18 | 331:14 332:2 | 239:13 267:14 |
| 182:14 183:25 | 247:8,19 | 332:18,24 | 273:18 313:25 |
| 186:25 188:3 | 248:12 250:12 | 333:19 335:12 | 319:20 320:18 |
| 188:10 189:10 | 250:19 251:20 | 337:14 338:4 | 333:9 343:17 |
| 189:18 191:18 | 253:5,17,25 | 340:5,8,20 | 351:4,6 |
| 191:23 192:10 | 254:7,16,21 | 341:24 343:15 | **worked** 15:11 |
| 192:16 193:18 | 258:12,21 | 345:15 346:6 | 15:18 16:6 |
| 194:6 195:24 | 259:13,21 | 346:23 347:2 | 18:15,24 26:2 |
| 200:14 201:1,9 | 260:8 262:4 | 348:24 351:9 | 43:3,6 57:22 |
| 202:14 203:10 | 263:4,9,22 | 351:17,23 | 64:7 |
| 204:5 206:1 | 264:10,18 | 352:4 353:17 | **working** 13:19 |
| 209:9,23 210:5 | 265:4,11,17 | 355:11,16 | 15:22 49:6 |
| 210:13 211:15 | 266:2,11 267:5 | **witnessed** | 245:16 274:24 |
| 213:18,25 | 268:3 270:3,13 | 291:20 | 312:4 |
| 215:11 216:17 | 272:5 273:15 | **wondering** | **works** 79:4 |
| 217:13 218:11 | 277:15 278:24 | 102:19 133:6 | **worth** 32:4 |
| 218:19 219:4 | 285:23 287:23 | 198:23 238:10 | **write** 26:23 |
| 220:6 221:7 | 289:17 290:11 | 314:5 | 49:17 63:7,9 |

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 401-3 Filed 06/04/25 Page 442 of 446

262:7 267:13
**writing** 49:1,11
**written** 27:15
42:6 286:3
**wrong** 21:14
166:4 200:24
296:8 339:22
**wrote** 67:2
72:12,17 131:7
339:12
**wtp** 151:6

**x**

**x** 3:13 4:1

**y**

**yeah** 17:14,18
32:20 33:9,23
40:21 43:16
44:9 47:24
61:8 65:17,17
72:2 77:22
86:25 91:7
106:19 107:7
111:19 120:21
124:12 128:9
131:21 133:9
137:7 141:22
150:13 156:15
157:8 160:18
162:20 170:20
171:1 175:15
175:17,20
176:21 177:23
179:1,4 188:22

212:9 213:22
218:19 220:1
228:7 230:6
235:11,14
239:23 240:24
247:8 252:16
256:19 260:22
278:11 279:14
280:2,24 281:3
285:10 291:17
292:16 296:11
297:4 301:5,11
307:5 308:7
314:15 322:19
331:2 332:9
337:2 342:17
346:23 347:12
349:2,7 350:12
**year** 17:7 18:4
24:2,4 123:19
155:4 185:2,2
185:3 345:3
**years** 7:15,19
12:23 15:1
26:5 42:13,14
45:22,22 79:11
184:21
**yep** 78:11
135:10 152:8
161:7 278:10
284:25 285:2
**yesterday**
11:13,17,23

**york** 2:5,5
**youtube** 310:23
311:2

**z**

**z** 340:8
**zero** 178:2
206:25
**zina** 2:17
**zoom** 2:3,13
23:6 24:13
25:6,11 275:14

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 401-3    Filed 06/04/25    Page 443 of 446

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.