# EXHIBIT 1

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    UNEDITED, UNCERTIFIED ROUGH

3    DRAFT/REALTIME OUTPUT

4    The information you are viewing is provided by

5    the Reporter as a Litigation Support tool using

6    "Realtime" computer technology. This is a ROUGH

7    DRAFT and by statute, CCP Section 2025.540, it may

8    not be used as a citation in any official capacity

9    or for any official purpose. Please be aware that

10   page and line references in this draft will not

11   coincide with the Official Transcript, per standards

12   set by National Court Reporters Association.

13   Please recognize this draft may contain

14   untranslates, mistranslates, misspelling,

15   unidentified speakers and unedited punctuation which

16   will not appear in the Official Certified

17   Transcript.

18   By ordering, accepting and utilizing this rough

19   draft, you agree:

20   1. To also purchase the "Official" (certified)

21   version of the Transcript and;

22   2. Not to hold the Reporter or Agency responsible

23   for any discrepancies between this draft and the

24      Official Certified Transcript.

                          CONFIDENTIAL

 1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2

 3                          THE VIDEOGRAPHER:  We are now on

 4      the record.

 5                          My name is Deshawn White.  I'm a

 6      videographer for Golkow a Veritext division.

 7      Today's date is June 4, 2025 and the time is 9:19

 8      AM.

 9                          This video is being held at 401

10      9th street Northwest Washington, DC in the matter of

11      Camp Lejeune Water Litigation versus United States

12      of America for the United States District Court for

13      the Eastern District of is it North Carolina?

14                          MS. BAUGHMAN:  Yes.

15                          THE VIDEOGRAPHER:  Thank you.

16                          The deponent is Remy John Claude

17      Hennet.

18                          The court reporter is Denise

19      Vickery.

20                          Will counsel please identify

21      themselves followed by the court reporter

22      administering the oath.

23                    MS. BAUGHMAN:  Laura Baughman for

          24          the plaintiffs.

                              CONFIDENTIAL

           1          UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

           2                    MS. O'LEARY:  Allison O'Leary for

           3          the Department of Justice.

           4                    MS. HORAN:  Alanna Horan here on

           5          behalf of the United States.

           6                         - - -

           7                    REMY J.-C. HENNET, PhD

           8          called for examination, and, after having been duly

           9          sworn, was examined and testified as follows:

          10                         - - -

          11                         EXAMINATION

          12                         - - -

          13          BY MS. BAUGHMAN:

          14               Q.     Can you please state your name for the

          15          record?

          16               A.     My name is Remy Jean-Claude Hennet.

          17               Q.     Dr. Hennet, my name is Laura Baughman

          18          I'm an attorney and I represent the plaintiffs in

          19          the Camp Lejeune litigation.

          20                    You understand that?

          21               A.     Yes, I do.

22        Q.    Okay.  And you understand that you're
23   here today testifying under oath just as if you
24   you're in court in front of the judges?

                        CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT
2         A.    Yes, I do.
3         Q.    Okay.  If you don't understand any
4    question I ask you will you please let me know?
5         A.    I will.
6         Q.    Otherwise if you answer a question I'm
7    going to assume that you understood it.
8               Is that fair?
9         A.    I suppose, yes.
10        Q.    Okay.  Is there any reason you cannot
11   testify truthfully here today like are you on any
12   medications or having any any health or other
13   issues?
14        A.    No.
15        Q.    Okay.  Great.
16              I want to start with your history and
17   working on Camp Lejeune related matters.
18              So is it correct that you first started
19   working on anything related to Camp Lejeune in 2005?
20        A.    Approximately yes.

21      Q.    Okay.  And just for context I'm going to

22   mark an e-mail that was sent to us by one of the

23   attorneys at the Department of Justice.  I just have

24   a quick question about that.  Okay?

                            CONFIDENTIAL

1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                        (Document marked for

3   identification as Exhibit 30.)

4   BY MS. BAUGHMAN:

5      Q.     So this is an e-mail from Joshua

6   Carpentito -- I may -- Carpenito I guess -- from May

7   1, 2025 sent to me and other counsel representing

8   the plaintiffs and he is indicated that United

9   States has confirmed through internal documentation

10   that Dr. Remy Hennet was retained by the Department

11   of Justice as of February 25, 2005 and Gross that's

12   G-r-o-s-s versus United States and it goes on from

13   there and that was an action under the federal tort

14   claims act claiming personal injury as a result of

15   exposure to contaminated water at Camp Lejeune.

16                    MS. O'LEARY:  And I'm sorry to

17   interrupt what is the exhibit number for this it

18   might be marked on there but I didn't hear it.

19                    MS. BAUGHMAN:  It's Exhibit 30.

20          MS. O'LEARY:  30 thank you.

21          MS. BAUGHMAN:  Okay.

22   BY MS. BAUGHMAN:

23       Q.    So Dr. Hennet does that -- is that

24   correct?  Is that consistent with your recollection

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    that you were retained on February 25, 2005 in the

3    Gross case?

4          MS. O'LEARY:  Object to

5    foundation.

6          THE WITNESS:  I don't recall the

7    details of it but I was retained by the DOJ in 2005.

8    That's what I recall.

9    BY MS. BAUGHMAN:

10       Q.    To work on personal injury a personal

11   injury case related to Camp Lejeune?

12       A.    Yes.  I was retained as -- as an expert.

13       Q.    Yes.

14       A.    As to basically do some work on the

15   contamination in the water supply.

16       Q.    Okay.  Do you know how many different

17   litigation cases you've been retained on by the

18   Department of Justice related to Camp Lejeune?

19      A.      There was more than one but I don't know

20      exactly.

21      Q.      Okay.  Other -- before we started the

22      deposition I handed you a copy of the deposition

23      that was taken of you on March 20, 2005 in the Camp

24      Lejeune Water Litigation the same litigation we're

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2       here today for.

3               You understand that?

4       A.      I do.

5       Q.      Okay.  Other than the March 20, 2005

6       deposition have you ever testified under oath

7       regarding Camp Lejeune before?

8                       MS. O'LEARY:  Object to

9       foundation.

10                      THE WITNESS:  I do not recall.  I

11      would have to look at my CV for that because all the

12      cases that were either deposition or trial testimony

13      are listed in my CV all of them in my in my full CV.

14      BY MS. BAUGHMAN:

15      Q.      Not in the CV that was produced here

16      today correct?

17      A.      I don't know.

18       Q.    Well let's look at that then.

19             MS. BAUGHMAN:  I'm marking as

20   Exhibit 31 your December 9, 2004 report that you

21   produced in this case.

22             (Document marked for

23   identification as Exhibit 31.)

24   BY MS. BAUGHMAN:

1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2       Q.    And there is an exhibit to your report

3   that has your CV and take a look at that and let me

4   know if you've ever testified before regarding Camp

5   Lejeune other than on March 20, 2025.

6       A.    (Reviews document.)

7             I have to find it in this document.

8       Q.    Yeah.

9       A.    (Reviews document.)

10      Q.    It's Attachment A.  There you go.

11      A.    I just found it.

12      Q.    So fifth page of the Attachment A

13   provides deposition experience but it's only 2020 to

14   present.

15             And my question is not limited to that.

16   I'm asking have you ever testified regarding Camp

17     Lejeune?

18          A.     Again, you know, my full CV I guess is

19     accessible on the webpage of my company and here for

20     this report I was I was asked or directed to

21     basically provide information as far as my

22     testimonies were concerned for the last four or five

23     years.  That's what I -- that's what I recall.

24          Q.     Okay.  So based on your memory you're

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      saying you don't know whether you've ever testified

3      under oath before March 20, 2025 regarding Camp

4      Lejeune; is that correct?  You don't remember?

5           A.     Well, I know I did some reports.  I did

6      some declarations and I it has been 20 years span

7      that we are talking about and my memory I do not

8      have an answer for you that will be detailed.

9           Q.     But if I go online on your company's

10     website that list that provides the full list of

11     your prior testimony and that will give me the

12     answer.  Is that what you're saying?

13          A.     That's what I am saying.

14          Q.     Okay.  Thank you.

15                 Has all of your work related to Camp

16    Lejeune been on behalf of the Department of Justice?

17         A.    Yes.

18         Q.    And has all of your work related to Camp

19    Lejeune been related to litigation matters?

20         A.    I believe so but I am -- it could have

21    been that I may have been asked to do some

22    consulting at some point.  I -- but by and large it

23    was always related to some type of litigation.

24         Q.    Who asked you to do non-litigation

                           CONFIDENTIAL


1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     consulting related to Camp Lejeune?

3                    MS. O'LEARY:  Object to

4     foundation.

5                    THE WITNESS:   I don't know if I

6     ever did that and I don't know much.  I wouldn't

7     know who ask me to do anything like this.  But we're

8     talking about 20 years and, you know, I am a

9     consultant.  So sometimes I am asked questions about

10    being retained as an expert.

11    BY MS. BAUGHMAN:

12         Q.    Okay.  As your based on your best

13    recollection today, can you identify any

14    non-litigation work you've ever done related to Camp

15    Lejeune?

16         A.    Right here I cannot identify any.

17         Q.    Okay.

18         A.    At this today.

19                  MS. BAUGHMAN:  I'm going to hand

20    you what I've marked as Exhibit 32 to your

21    deposition.

22                  (Document marked for

23    identification as Exhibit 32.)

24    BY MS. BAUGHMAN:

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         Q.    Here you go.

3         A.    Thank you.

4         Q.    And Exhibit 32 is Bates-stamped CLJA

5     underscore US T02-0000522322 through 323.  It's an

6     e-mail chain.  I'm going to direct your attention to

7     the e-mail in the first page at the bottom half of

8     the page from you to Adam Bain subject building 902.

9              Do you see that?

10        A.    Yes, I do.

11        Q.    Okay.  And this e-mail you're writing to

12    Mr. Bain and you're recommending you see in that

13    second paragraph that four boreholes be constructed

14    to establish the groundwater flow direction in the

15    area of building 902.

16              Do you see that?

17                   MS. O'LEARY:  Object to form and

18    foundation.

19                   THE WITNESS:   I see that.

20    BY MS. BAUGHMAN:

21        Q.    Okay.  And in the fourth paragraph of

22    that e-mail you say.

23              In the new borings groundwater samples

24    should be collected at the water table and deeper at

                                                        12

CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     20 feet depth increments and analyzed for TCE and

3     PCE.

4               Do you say that -- you see that?

5         A.    I see that.

6         Q.    And then the next paragraph you say.

7               Soil samples should be collected in one

8     borehole at depths of about 20, 40 and 80 feet and

9     analyzed for their fraction organic carbon.

10              You see that?

11        A.    I see that.

12                   MS. O'LEARY:  Object to

13    foundation.

14    BY MS. BAUGHMAN:

15        Q.    Okay.  Why were you making these

16    recommendations regarding boreholes groundwater

17    samples and soil samples in September of 2006?

18        A.    Well, I -- my recollection is at the

19    time I was trying to understand where the

20    contamination was coming from to some water supply

21    ways that were contaminated.  That's that's a reason

22    why I was doing this.  That was part of the first

23    phase of things that I did after having been

24    retained by the DOJ.

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         Q.    So so this was the request for the

3     drilling of the boreholes and the groundwater

4     samples and the soil samples was done in connection

5     with litigation that the DOJ hired you to work on;

6     is that correct?

7         A.    Well, my recollection is is that I was

8     just trying to understand the sources.

9         Q.    For what purpose?

10        A.    For the purpose of why was it

11    contamination in the water supply.

12     Q.      But why?

13     A.      In certain specific wells and if I

14  recall for this that was I think the wells were 6 or

15  600 series of wells along there.

16     Q.      And that Hadnot Point area?

17     A.      In the Hadnot Point.

18     Q.      Okay.  But I guess you were hired to do

19  this work by someone right?  I mean, you weren't

20  doing it for your own edification?

21     A.      I think that was part of what I was

22  hired for in in for the Camp Lejeune issue.  I think

23  at the beginning there was some unknown as far as

24  certain wells had contamination and in order to

♠
                                                        14
                        CONFIDENTIAL

1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2   understand that I wanted to understand where it come

3   from.

4      Q.      So?

5      A.      Where it came from.  Sorry.

6      Q.      Right.  So you're e-mailing Mr. Bain.

7   You're clearly doing this work for the Department of

8   Justice correct?

9      A.      Yeah yeah yeah.  Yes.

10     Q.      Okay.  For the litigation?

11        A.      That's my understanding yeah.

12        Q.      Well, for example, did you do any work

13    to help remediate the Camp Lejeune site?

14        A.      No, I did not do remediation work.

15        Q.      Okay.

16        A.      But the information that I recommended

17    be acquired I suppose was relevant what I did but it

18    might have been relevant to what other people did

19    who might have been basically involved in the

20    remediation work.

21        Q.      But that wasn't your purpose in doing

22    this?

23        A.      No.

24        Q.      Okay.  So I'm handing you what's marked

                            CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    as Exhibit 33 to your deposition.

3                    (Document marked for

4    identification as Exhibit 33.)

5    BY MS. BAUGHMAN:

6        Q.      And Exhibit 33 is Bates-stamped CLJA

7    underscore U.S. T020000523534.  And this is just a

8    one paragraph e-mail from Scott Williams to Robert

9    lauder on June 8, 2007 and it says.

10            Bob this is from Scott.

11            Bob I just spoke with Remy Hennet.  He

12    formed me that he has the data he needs.

13            And if you go down toward the bottom of

14    the e-mail the second to last line it says.

15            As far as Remy is concerned it is the

16    CERCLA team's call he has what he needs.

17            Do you know what what you needed at that

18    time?  Do you remember this?

19       A.    Vaguely but if I recollect what I needed

20    was understanding the direction of groundwater flow

21    around well 600 series and and I also wanted to have

22    basically measurements of the fraction organic

23    carbon in the groundwater environment and that's

24    what I recall.  That's what I needed.

                          CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2       Q.    Okay.  Do you remember -- did you ever

3    request any other testing be done at Camp Lejeune

4    other than the e-mails I've just shown you?

5       A.    No.  The exception would be recently I

6    had -- before my expert report I had asked via

7    counsel for the the water treatment personnel to

8    measure something in the related to a spiractor.

9        Q.       Okay.

10       A.       Effluent pipe.

11       Q.       Yes.  We're definitely going to talk

12   about that.

13                So other than the requests that are

14   documented in Exhibits 32 and 33 that we just talked

15   about and your request for a measurement of the

16   spiractor pipe at the Water Treatment Plant have you

17   ever requested any other testing be done at Camp

18   Lejeune?

19       A.       I don't recollect any.

20       Q.       Okay.  So in your last deposition you

21   testified that you had been to Camp Lejeune three

22   times.

23                Is that consistent no, that's not right.

24   Three times in this case is that correct?

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        A.       That's what I recall yes.

3        Q.       Okay.  Do you know how many other times

4    you've been to Camp Lejeune other than for the

5    purpose of this case?

6        A.       I do not recall exactly but there were

7    instances where I went to do site visit at Camp

8    Lejeune, yes, and probably early on as that's what I

9    recall.

10        Q.    Okay.  Each time you went that would

11    have been for purposes of litigation matters for the

12    DOJ; right?

13        A.    Yes.

14        Q.    Okay.  Okay.  I'm handing you what we've

15    marked as Exhibit 34 to your deposition.

16                    (Document marked for

17    identification as Exhibit 34.)

18    BY MS. BAUGHMAN:

19        Q.    And this is the supplemental and

20    corrected reliance list that was provided to us by

21    DOJ in February of 2025.

22                Let me also -- I already -- what's the

23    exhibit number for the report?  Can you remind me?

24    Is that?

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        A.    For the report?  I'm sorry.

3                    MS. O'LEARY:  31.

4                    THE WITNESS:  31.

5    BY MS. BAUGHMAN:

6        Q.    Thank you.

```
 7              All right.  Does the supplemental and

 8     corrected reliance list list all of the documents

 9     that you reviewed and you're relying on for your

10     opinions in this case?

11          A.   Well, I have access to the full set of

12     documents via, you know, a portal I guess but those

13     are the ones that I suppose.

14          Q.   Okay.  What do you mean by the full set

15     of documents in the portal what are you referring to

16     there?

17          A.   Well, I am referring to I guess those

18     those documents which the ones cited in my report

19     and I had access to the -- to all the documents and

20     that's what I recall.  Specific documents I don't by

21     memory remember exactly what those documents would

22     have been without seeing them, you know.

23          Q.   All right.  So you understand that the

24     federal rules require you to provide a list with
```

                                              19
                              CONFIDENTIAL

```
 1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2     your report of the documents that you've reviewed

 3     and that you're relying on for your opinions in this

 4     case and counsel has provided us with this

 5     supplemental and corrected reliance list.
```

6          And I'm trying to figure out if there
7     are any other documents that you plan to rely upon
8     for your opinions in this case that are not listed
9     on Exhibit 34.
10          Are you aware of any?
11     A.     I am not aware of any that would be
12     specific to to Camp Lejeune.  You know, I have books
13     that I use and if a question comes I may just, you
14     know, that's basically based on all my knowledge
15     experience education.
16     Q.     Okay.  As you sit here today can you
17     identify any document, book, anything that you are
18     relying on for your opinions in this case?
19     A.     No.
20     Q.     That's not listed in Exhibit 34?
21     A.     Not to my knowledge.
22     Q.     Okay.  So you've provided two errata
23     sheets like corrections to your report as part of
24     this litigation.  Most of it was like corrections to

                                           20
                    CONFIDENTIAL


1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT
2     citations to documents.
3          Other than what was contained on those
4     errata sheets, have you identified any other changes

```
5        that you wish to make to your expert report Exhibit

6        31?

7               A.      No, I have not.  It may be some spelling

8        mistakes or I for they, you know, because of my

9        French accent sometimes when I say he they.

10              Q.      Okay.  Let's talk about substantive

11       substantive changes not not grammatical or spelling

12       issues.

13                      Can you identify any substantive change

14       that you would like to make to your report Exhibit

15       31?

16              A.      I have no substantive changes to be

17       made.

18              Q.      Okay.

19              A.      With the exception of you can have some

20       confusion between an I and a they as far as the

21       meaning of the sentence right.

22              Q.      Okay.  I want to go back to ask you a

23       few questions about your CV.

24                      So that again Exhibit?
```

CONFIDENTIAL

```
1        UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2               A.      31.

3               Q.      31 is your report and your CV is
```

4      attached as Attachment A and actually I was going to

5      ask you if exhibit if the CV that's attached as

6      Attachment A to your report is a true and correct

7      copy of your current CV but it's not right?  Your

8      current CV is actually what's on your website; is

9      that fair?

10          A.     Well, this is with the last four years

11     of testimony or trial appearances whereas my CVs

12     that you can find on our website may have something,

13     everything I ever done as a professional for

14     deposition or trial appearances and, you know, it

15     doesn't stop at 2020 in that case.

16          Q.     Okay.  With the exception of the list of

17     your prior testimony, is this the CV attached as

18     Attachment A to your report a true and correct copy

19     of your current CV?

20          A.     I believe so.

21          Q.     Okay.  On the first page in the first

22     paragraph at the top there is a sentence that says.

23                 Dr. Hennet is often retained as an

24     expert witness for litigation and providing services

                                                        22
                          CONFIDENTIAL

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      to industry, law firms and the U.S. Department of

3    Justice.

4              Do you see that?

5        A.    I do.

6        Q.    Okay.  And that's true; right?

7        A.    That is true.

8        Q.    Can you tell me like over the past year

9    let's say what percentage of time you work on

10   litigation matters as opposed to other work?

11       A.    Well, roughly over the past year

12   especially I have done more litigation related work

13   than I did over my career right.

14       Q.    Okay.

15       A.    And.

16       Q.    So I'm going to break it down in

17   different time frames.  First just ask for the last

18   year and then we'll go backwards okay.

19             So over the last year can you estimate

20   is your work 50 percent litigation or or more or

21   less?  What can you tell me?

22       A.    Well, 50 percent is a good guess.

23       Q.    Okay.

24       A.    Right.

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          Q.     And over let's say five years over the

3     last five years what percentage of your time would

4     be litigation related?

5          A.     It would be a little bit less than

6     presently.

7          Q.     So maybe 40 percent?  30 percent?

8          A.     That's a good guess as well.

9          Q.     Okay.  Have you ever been retained by a

10    Plaintiffs Leadership Group or a group of plaintiffs

11    who were injured or claimed they had been injured

12    from exposure to toxic substances to be an expert in

13    that kind of a case?

14         A.     That could have been.  You know, I have

15    done work for all kind of -- all kind of parties if

16    you wish that included, you know, Sierra Club, for

17    example, I have worked for the Sierra Club.  River

18    keepers I guess I did some work for this type of

19    group.  I have done industry work and as far as

20    having a role as an expert within potential on the

21    Plaintiffs Leadership Group side I think there was

22    some -- one case come up to mind for me is St. Croix

23    in the U.S. Virgin Islands I did some work there for

24    evaluating contamination at the refinery former

CONFIDENTIAL

1

2    refinery and.

3        Q.    So I read something about that.  In that

4    case you were hired by the government right of St.

5    Croix?

6        A.    A law firm and I think the law firm was

7    actually representing the government of St. Croix.

8        Q.    Right.

9        A.    That's that's what I recall.

10        Q.    So so can you recall ever working on a

11    case where you were retained by lawyers who were

12    representing people who claimed they had been

13    injured because they were exposed to contaminants in

14    the environment?

15        A.    Yeah, I understand your question and I,

16    you know, I have been retained maybe in several

17    dozen cases that and probably and the cases I'm

18    talking about went to either deposition or trial

19    appearances.  But there are also many other cases

20    where I was retained that never went to deposition

21    or, you know, they settled those things like those

22    things.  And my goal of this, specifically right now

23    I cannot give you one specifically right now, but I

24    believe there might have been some.

25

UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

1

2     Q.     But you can't identify -- just let me

3     finish the question.

4            As you sit here today, you can't

5     identify a case where a lawyer representing someone

6     injured from exposure to a toxic substance hired you

7     as an expert; is that fair?

8     A.     Right now I cannot.

9     Q.     Okay.

10    A.     Give you a case.

11    Q.     Okay.  Would it also be fair to say that

12    the majority of your litigation work has been either

13    on behalf of industry or the government?

14    A.     Well, as far as a number of cases are

15    concerned, I have worked for plaintiffs and

16    defendants.  I have worked for the government but I

17    have also worked for utilities.  I have, you know,

18    and I have worked for organizations as I mentioned

19    before.  And if you if you were to count the number

20    of cases for plaintiffs number of cases for

21    nonplaintiffs, I mean, maybe a third for plaintiffs

22    and the rest for nonplaintiffs.

23    Q.     Right.

24    A.     But some some of the plaintiffs work may

UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    be a bit shorter sometimes.

3        Q.    But some of the plaintiffs you worked

4    for were were industry right?  Sometimes it's one

5    company suing another company?

6        A.    No no.  You have some of that but you

7    have some which are basically associations, for

8    example, having issues with sewer systems or or, you

9    know, I did work for the Hudson river organization.

10   So you have some of those and those are I would put

11   them in the bucket of plaintiffs.

12       Q.    Okay.  But the majority of your work has

13   been on behalf of industry or the government that's

14   litigation related; right?  More than half?

15       A.    If you if you sum government plus

16   industry it may be little bit more than half.

17       Q.    Okay.  I'm going to ask you about your

18   areas of expertise.

19            On your CV on the right-hand side like

20   the blue portion it gives example areas of

21   expertise.

22            Do you see that?

23       A.    Example?  Yes, I see that.

24          Q.      Okay.  And in addition like that in that

                                                        27
                            CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    first paragraph you wrote.

3                His areas of expertise include and it

4    says the analysis of geochemical fingerprints for

5    organic and inorganic compounds including

6    radionuclides and stable isotopes, the evaluation of

7    the timing of chemical releases, the allocation of

8    responsibility for cause allocation and geochemical

9    modeling.

10               Do you see that?

11        A.     You're talking about the first paragraph

12   of the CV?

13        Q.     Yes.

14        A.     Yeah, well it sounds right.

15        Q.     Okay.  Do you consider yourself to be an

16   expert in groundwater modeling?

17        A.     Well, I am educated in groundwater

18   modeling.  I'm -- I have a university degree and I

19   hold geologies that included that, but my company is

20   really a leader in that and we have people in the

21   company that are, you know, that I rely upon for for

22   modeling specifically.

23        Q.    Sure. I understand that.

    24              So I'm not questioning about your

    1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

    2    company or anyone else I'm just talking about you.

    3              Do you do you yourself to be an expert

    4    in groundwater modeling?

    5        A.    I am educated in groundwater modeling

    6    and you have to define what an expert is.

    7        Q.    Okay.  So your education in groundwater

    8    modeling was from your diploma from Switzerland is

    9    that right?

    10        A.    That's correct.

    11        Q.    In 1980?

    12        A.    That's correct.

    13        Q.    Okay.  Have you --

    14        A.    I would add plus the exposures that I

    15    have had through the years being working in a firm

    16    that does a lot of groundwater modeling.

    17        Q.    Okay.  Have you published any articles

    18    in the peer-reviewed literature regarding

    19    groundwater modeling either flow or fate and

    20    transport or any other kind of groundwater modeling?

    21              MS. O'LEARY:  Object to form.

22            THE WITNESS:    Combined with

23    geochemical modeling I have actually, you know, done

24    some movement of certain contaminant in the

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    subsurface.  You need both.  You need what makes it

3    move is actually the groundwater movement and the

4    geochemical aspect of it is is was part of that.

5    And I believe, I believe I have -- I co-authored a

6    paper on some -- on one case maybe four.  That was

7    arsenic as I recall.

8    BY MS. BAUGHMAN:

9        Q.    Okay.  So you've got your CV in front of

10    you.

11        A.    Yes.

12        Q.    Which has a publication list.

13            Can you identify which peer-reviewed

14    publications you have that you're an author of that

15    are concerned with groundwater modeling?

16        A.    Yes, that is.  By that you mean that is

17    an aspect of groundwater modeling included in it and

18    and that's important.

19            I -- the papers that I published with

20    the second one on the list Bessinger and Hennet

21    2019.  So that's the one I was that came to mind

22    when you asked me that question.  And in that one

23    you have the movement of arsenic on its reaction its

24    fate and transport when water recharges to an

CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     aquifer and so that's that one combined some

3     groundwater flow.

4          Q.    I just need the list for now.  Any

5     others?

6          A.    Yeah.

7                    MS. O'LEARY:  Object to form.

8                    THE WITNESS:   Be patient.  It's a

9     long list.  So.

10                   (Reviews document.)

11                   I believe the 2007 paper with

12    Soderberg in it.  Soderberg is S-o-d-e-r-b-e-r-g.

13    Also involved some combination of geochemistry and

14    groundwater movement.

15    BY MS. BAUGHMAN:

16         Q.    Okay.  You know what.  Let's let me

17    withdraw that question and I'm going ask you a

18    different question.

19                   Let me ask you.  Have you yourself ever

20    developed a groundwater flow model?

21         A.    Yes, I have as part of my education.

22         Q.    Okay.  When you were in school?

23         A.    When I was at the university, yes.

24         Q.    Okay.

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          A.    That was part of what we would do.

3          Q.    Okay.  After you graduated in 1980 from

4     with that diploma from Switzerland have you

5     developed a groundwater model since then?

6                     MS. O'LEARY:  Object to form.

7                     THE WITNESS:   Simple, simple

8     model if you want to call it a model, calculations

9     of groundwater movement and so on, I have done that.

10    BY MS. BAUGHMAN:

11         Q.    Okay.  I'm not talking about

12    calculations.  I'm talking about an actual model.

13                    MS. O'LEARY:  Object to form.

14                    THE WITNESS:  Well, define a

15    model.  A model is a set of calculations.

16    BY MS. BAUGHMAN:

17         Q.    Okay.  You're familiar with the type of

18    model that we're talking about here in this case

19    that the ATSDR developed; correct?

20                    MS. O'LEARY:  Object to form.

21                    THE WITNESS:  Yes, I have -- I

22    have looked at it, yes.

23    BY MS. BAUGHMAN:

24         Q.    Okay.  Have you ever run that model?

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          A.    Personally I have not.  That was done by

3     my colleague.

4          Q.    Okay.  Have you ever -- so the ATSDR

5     developed multiple groundwater models that are at

6     issue in this litigation; fair?  It's more than one;

7     right?

8          A.    It's two.

9          Q.    Okay.  Have you developed a different

10    groundwater model related to Camp Lejeune?

11                    MS. O'LEARY:  Object to form.

12                    THE WITNESS:   Again it's

13    definition of a model.  If a model is a calculation

14    I have done a calculation.

15    BY MS. BAUGHMAN:

16         Q.    Okay.  And those are the calculations

17    discussed in your report?

18        A.      Yes.

19        Q.      Okay.  Did you assess the model bias for

20   your groundwater flow model that you've done for

21   Camp Lejeune?

22        A.      Can you explain what you mean by bias.

23        Q.      Well let me ask you this.

24                What sensitivity or uncertainty analysis

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    did you do for your groundwater model for Camp

3    Lejeune?

4         A.      I.

5                 MS. O'LEARY:  Object to form.

6    BY MS. BAUGHMAN:

7         Q.      If any?

8         A.      What I what I did did not require that

9    because it is included in in it because because of

10   the lack of data and so on and, you know.

11        Q.      Okay.  So did you do a sensitivity

12   analysis for what you're calling your model for Camp

13   Lejeune?

14                MS. O'LEARY:  Object to form.

15                THE WITNESS:   I didn't do a

16   sensitivity analysis.

17    BY MS. BAUGHMAN:

18         Q.    Okay.  Did you do an uncertainty

19    analysis for what you're calling your model for Camp

20    Lejeune?

21                   MS. O'LEARY:  Object to form.

22                   THE WITNESS:  I didn't do

23    specifically an uncertainty analysis.  I am just

24    aware that you have very large amount of uncertainty

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     for whoever makes calculations when you have no

3     data.

4     BY MS. BAUGHMAN:

5          Q.    You're your testimony is there's no data

6     literally none zero data related to Camp Lejeune is

7     that what you're saying?

8          A.    Well, you have very limited data as far

9     as as contamination is concerned and then you have

10    site-specific data and you have basically, you know,

11    hydrological framework that is simplified and all of

12    that is allowed amount of uncertainty.

13         Q.    Have you ever made a presentation at a

14    conference regarding groundwater flow or fate and

15    transport modeling?

```
16                    MS. O'LEARY:  Object to form.

17                    THE WITNESS:   I believe so.

18    BY MS. BAUGHMAN:

19         Q.     Okay.  Have you ever received an honor

20    or award from your work on groundwater modeling?

21                    MS. O'LEARY:  Object to form.

22                    THE WITNESS:   Not on groundwater

23    modeling, no.

24    BY MS. BAUGHMAN:
```

```
1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         Q.     Have you ever published anything related

3    to Camp Lejeune?

4         A.     No.

5         Q.     Have you ever made a presentation a

6    public presentation at a conference, for example,

7    related to Camp Lejeune?

8         A.     No.

9         Q.     Okay.  Are you an epidemiologist?

10        A.     I am not an epidemiologist.

11        Q.     Are you a toxicologist?

12        A.     I am not a toxicologist.

13        Q.     Have you reviewed any of the

14    epidemiology studies published by the ATSDR
```

15    regarding Camp Lejeune?

16         A.    I I recall having seen some of that.

17         Q.    So I reviewed your Exhibit 34 your

18    supplemental and corrected reliance list and I did

19    not see any of the published peer-reviewed

20    epidemiology studies that Dr. Bove and others have

21    published regarding Camp Lejeune listed on your

22    reliance list.

23         Did you review those epidemiology

24    studies as part of your work on this case?

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                    MS. O'LEARY:   Object to foundation

3    and form.

4                    THE WITNESS:    Not on this case.

5    I am not relying on that in this case.

6    BY MS. BAUGHMAN:

7         Q.    Okay.  Have you yourself ever conducted

8    an exposure assessment for an individual person, in

9    other words, to determine how much of a chemical the

10   person was exposed to by inhalation, ingestion,

11   and/or dermal contact?

12        A.    No, I have -- I have worked on issues

13   that relate to geochemistry and hydrogeology that

14    deal with concentrations and but I don't go to the

15    exposure.  I don't go to the inhalation I don't go

16    to those kinds of things.

17         Q.    Okay.  Is that because calculating the

18    exposure for individual person is not part of the

19    your expertise?

20              MS. O'LEARY:  Object to form.

21              THE WITNESS:   It's not what I do.

22    BY MS. BAUGHMAN:

23         Q.    Okay.  What about I think I know the

24    answer but for this case, the Camp Lejeune

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     litigation, have you calculated the exposure of any

3     individual person to the contaminants at Camp

4     Lejeune?

5          A.    I have not done such calculations.  That

6     will be specific like that.

7          Q.    So can you identify as you sit here

8     today any individuals or any group of individuals

9     that you would say were substantially exposed to

10    contaminated water at Camp Lejeune?

11              MS. O'LEARY:  Object to form.

12              THE WITNESS:   What I have done is

13    I have reviewed the information and the data and I

14    have made my conclusions that are in my report for

15    this case and, you know, the other case I worked on

16    which is different from this one where I looked at

17    concentration potential in the water supply, in the

18    waters that was basically supplied to the person for

19    small period of time, that's Washington case if I

20    recall.

21    BY MS. BAUGHMAN:

22        Q.    The baby Washington case right?

23        A.    Yeah, so I have done that but for this

24    case for this report I have not done.  I have just

 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2    looked at the geochemistry and the hydrogeology and

 3    the geology.

 4        Q.    Okay.  So you're not going to offer an

 5    opinion to any of the judges in this case about any

 6    individual person or any group of people as to

 7    whether they were or were not substantially exposed

 8    to contaminated water at Camp Lejeune; is that fair?

 9                MS. O'LEARY:  Object to form and

10    foundation.

11                THE WITNESS:  Yeah, I am not

12      putting any opinions that are not in my report.

13      BY MS. BAUGHMAN:

14          Q.      Okay.  And that's not in your report is

15      it?

16          A.      It is not -- it is not in my.

17          Q.      Okay.

18          A.      Because the opinions in my report speak

19      for themselves.

20          Q.      Okay.  And you have not offered an

21      opinion in your report about whether any individual

22      person or any group of people was substantially

23      exposed to contaminants at Camp Lejeune; fair?

24                  MS. O'LEARY:  Object to form.

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                   THE WITNESS:  I have not done

3       that for people, no.

4       BY MS. BAUGHMAN:

5           Q.      Okay.  Have you ever developed or used a

6       water model to determine contaminant concentrations

7       that would be used for an individual exposure

8       determination?

9                   MS. O'LEARY:  Object to

10      foundation.

```
11                    THE WITNESS:   Not that I can

12   recall here.

13   BY MS. BAUGHMAN:

14        Q.     Okay.

15        A.     With the exception of -- well there is

16   no exception.

17        Q.     Okay.

18        A.     I cannot recall.

19        Q.     I'm going to ask you a few questions

20   about the experts for the plaintiffs in this case.

21   Okay?  I'll -- I'll ask one by one.

22               Let me ask you about Dr. Leonard Konikow

23   or Lenny Konikow.

24               Do you know him?
```

40
                        CONFIDENTIAL

```
 1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2        A.     I know him socially.

 3        Q.     Okay.  Have you ever worked with

 4   Dr. Konikow?

 5        A.     No.

 6        Q.     Okay.  Are you aware of his reputation

 7   in the hydrogeology or groundwater field?

 8        A.     Yes, he's a reputable hydrogeologist

 9   that worked for the USGS.
```

```
10        Q.      Reputable is that what you said?

11        A.      Yeah.

12        Q.      Okay.  What about Morris Maslia do you

13   know him personally?

14        A.      I do not.

15        Q.      Okay.  You've never worked with Morris

16   then I assume?

17        A.      With who.

18        Q.      Mr. Maslia?

19        A.      No, I have not.

20        Q.      Okay.  Norm Jones and Jeff Davis the two

21   individuals who did the post-audit.

22                Do you know them?

23        A.      I do not.

24        Q.      Are you aware of their reputation in the
```

```
1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    hydrogeology or groundwater modeling community?

3         A.      I do not.

4         Q.      Okay.  Dr. David Sabatini do you know

5    him?

6         A.      Except for this case I have never met

7    him or I don't know him.

8         Q.      Okay.  And are you aware of his
```

9      professional reputation?

10          A.      No.

11          Q.      Okay.  Have you ever communicated with

12      Dr. Clement regarding Camp Lejeune?

13          A.      Dr. What.

14          Q.      Clement.  The individual who wrote part

15      of the NRC report and published an article.  He's

16      discussed I believe in your report.

17          A.      No.

18          Q.      He's certainly discussed in

19      Dr. Spiliotopoulos's report?

20          A.      Yeah, I.

21                  MS. O'LEARY:  Object to form.

22                  THE WITNESS:  I do not know him.

23      BY MS. BAUGHMAN:

24          Q.      You don't know Dr. Clement?

                            CONFIDENTIAL

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          A.      I don't.

3          Q.      Okay.  So obviously you have not

4      communicated with him about Camp Lejeune then?

5          A.      I don't believe so.

6                  MS. BAUGHMAN:  Let me see here.

7                  (Document marked for

8      identification as Exhibit 35, 36, 37.)

9      BY MS. BAUGHMAN:

10          Q.      Okay.  I am going to hand you in a

11     moment I need to read this out first.  I'm going to

12     hand you what I've marked as Exhibits 35, 36 and 37

13     to your CV.  And those are a series of documents

14     with the first part of the Bates stamp series saying

15     CLJA underscore SSPA underscore invoices and then

16     there are numbers.  35 goes 1 through 41.  36 goes

17     43 through 287.  And then 37 goes 288 through 407.

18     Okay?

19                 And I believe these are all of the

20     invoices that have been produced to us regarding

21     SSPA's that's SS Papadopulos & Associates work

22     related to Camp Lejeune?

23          A.      Thank you.

24          Q.      And can you confirm that for me.

                                                        43
                           CONFIDENTIAL

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2           A.      What is your question?

3           Q.      Okay.  Are Exhibits 35, 36 and 37 SSPA's

4      invoices regarding work related to Camp Lejeune?

5                       MS. O'LEARY:  Object to

6      foundation.

```
 7                    THE WITNESS:  (Reviews document.)

 8                    MS. O'LEARY:  Also object to form.

 9                    THE WITNESS:  (Reviews document.)

10                    MS. O'LEARY:  Dr. Hennet, are you

11      waiting for a question or?

12                    MS. BAUGHMAN:  I asked you a

13      question.

14                    Could you repeat it please?

15                    (The reporter read the record on

16      page xx lines xx-xx.)

17                    THE WITNESS:   They appear to be.

18      I am not the one who make this kind of invoices.  I

19      am not making invoices.  I am not doing the

20      administrative work at SSPA.

21      BY MS. BAUGHMAN:

22          Q.    Okay.  But you've just spent a few

23      minutes flipping through Exhibits 35, 36 and 37 and

24      those appear to be invoices from your company SSPA;
```

                        CONFIDENTIAL

```
 1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2      correct?

 3          A.    It appears to be.

 4          Q.    And they are related to Camp Lejeune;

 5      correct?
```

6          A.      Well, I believe so.

7          Q.      Okay.  And they document work from 2005

8     all the way until February of 2025 related to Camp

9     Lejeune; correct?

10                     MS. O'LEARY:  Object to

11     foundation.

12                     THE WITNESS:   2005?

13     BY MS. BAUGHMAN:

14          Q.      Yes.

15          A.      I -- I'm sorry I didn't spot any 2005

16     invoices.

17          Q.      Let's look.  If you look at Exhibit 36.

18          A.      Yes.

19          Q.      Hold on a minute.

20                     No, I'm sorry Exhibit 37.  And turn to

21     the one that's stamped page 340.

22          A.      Yeah.

23          Q.      So at page 340 let me ask you about

24     this.

                                              45
                         CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                     This is a page from 340 until 345 is a

3     timesheet backup report for billing to the DOJ of

4     SSPA from January 23, 2005 until October 27, 2007.

5            Do you see that?

     6     A.     I see that.

     7     Q.     Okay.  And then if you turn to page 346,

     8     that invoice is for professional services rendered

     9     for the period January 23, 2005 until March 19,

    10     2005.

    11            Do you see that?

    12     A.     I see that.

    13     Q.     And based on the testimony you've given

    14     today and in the prior deposition, you didn't work

    15     on Camp Lejeune related matters for the DOJ before

    16     January 23, 2005; right?

    17            MS. O'LEARY:  Object to

    18     foundation.

    19            THE WITNESS:  That's my

    20     understanding.

    21     BY MS. BAUGHMAN:

    22     Q.     Okay.  So and then and then in terms of

    23     the range of what we've got here, if you go to

    24     Exhibit 35 and you go to the end of that page 42?

                                              46
                        CONFIDENTIAL

     1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

     2     A.     Wait hold on.  Page?

     3     Q.     41 actually.

4        A.      Yes.

5        Q.      So that invoice is for services rendered

6    through January 31, 2025.

7                Do you see that?

8        A.      Yes.

9        Q.      Okay.  I'm guessing you don't know the

10   answer.

11               I've just established we have a range of

12   invoices that start in January of 2005 and end in

13   January 2025.

14               To the best of your knowledge, have all

15   of the invoices for SSPA's work related to Camp

16   Lejeune been produced in the plaintiffs in this

17   case?

18                   MS. O'LEARY:  Object to form and

19   foundation.

20   BY MS. BAUGHMAN:

21       Q.      In that time frame.

22                   MS. O'LEARY:  Same objections.

23                   THE WITNESS:   I am not the one

24   who pro douse those.  So I don't know.

                          CONFIDENTIAL


1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    BY MS. BAUGHMAN:

3          Q.      Okay.

4          A.      But I suppose they're all there.

5          Q.      I mean, you haven't purposefully told

6    anyone to not produce them have you?

7          A.      I have not.  I have nothing to do with

8    this.

9          Q.      Okay.  You're aware that there were

10   motions filed and as a result of that that the DOJ

11   attempted to produce all of the invoices that SSPA

12   had to go and look for these.

13              Are you aware of that?

14              MS. O'LEARY:  Object to

15   foundation.

16              THE WITNESS:   Vaguely yes, I was

17   out of the country for, you know, two and a half

18   weeks.  I just came back this weekend and I think

19   that all happened during that period of time.

20   BY MS. BAUGHMAN:

21         Q.      Okay.

22         A.      And I, you know, so if, if you requested

23   all the invoices from my -- from my shop, from SSPA,

24   I suppose that I will have done the best I could to

                                              48
                        CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      provide that.

3           Q.     And you certainly wouldn't have withhold

4      them?

5           A.     Pardon.

6           Q.     You would not have withheld them?

7                       MS. O'LEARY:  Object to form.

8                       THE WITNESS:  No.

9      BY MS. BAUGHMAN:

10          Q.     And obviously you Flip through these

11     documents.  SSPA has a logo right?

12          A.     SSPA has a logo yes.

13          Q.     And so on page on Exhibit 35 at the top

14     of the page that's SSPA's logo; right?

15          A.     Yes, it is.

16          Q.     And it appears at least we can tell on

17     the first page of each Exhibit 35, 36 and 37 it's

18     all the same logo; right?

19          A.     Yeah, except that it's in color.

20          Q.     Right.

21          A.     On the first one and not in the other

22     one.

23          Q.     Got it.

24                 So let me ask you something.

```
1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                    If you look at Exhibit 35 and you go to

3    the last page which is page 42.

4         A.    Yes.

5         Q.    Okay.  The billed to date on that

6    invoice which is invoice 27722 is 2 million

7    400 -- I'm sorry -- $2,004,131.67.

8                    Do you see that?

9         A.    I see 2 million 216.

10        Q.    That's the budget.

11        A.    Oh, that's the budget.  Okay.

12        Q.    If you go down to billed to date?

13        A.    Okay.  I'm sorry.  I see that.

14        Q.    Okay.  So billed to date as of January

15   31, 2025 was just over 2 million dollars; right?

16        A.    That's what the it appears to be.

17        Q.    Okay.  But that's just for -- that's

18   just for the litigation that we're here for today.

19   That doesn't include the prior litigation matters;

20   correct?

21                    MS. O'LEARY:  Object to form and

22   foundation.

23                    THE WITNESS:   That's my

24   understanding.
```

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    BY MS. BAUGHMAN:

3        Q.    Okay.  Do you know what the total amount

4    of money is that SSPA has billed DOJ for all of your

5    Camp Lejeune related work 2005 to present?

6        A.    I do not know.

7        Q.    Okay.  But we could add up all of these

8    invoices and come up with a number and that would be

9    the number as far as you know; correct?

10                   MS. O'LEARY:  Object to

11   foundation.

12                   THE WITNESS:   Specifically I do

13   not know.  I suppose.

14   BY MS. BAUGHMAN:

15       Q.    Okay.

16       A.    If you if you add those numbers maybe

17   you -- you get a number somehow.

18       Q.    Is there any reason that you're aware of

19   that if we added up all of the invoices from

20   Exhibits 35, 36 and 37 and came up with a number is

21   there any reason you're aware of that that would not

22   be the correct number for the amount of money that

23   SSPA has billed DOJ for Camp Lejeune related work?

24                   MS. O'LEARY:  Object to

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    foundation.

3                    THE WITNESS:    I suppose this

4    speaks for itself.  I have nothing to do with this

5    this piece.

6    BY MS. BAUGHMAN:

7        Q.    Can you identify any reason that that

8    wouldn't work out as the appropriate methodology can

9    you?

10                   MS. O'LEARY:  Object to form.

11                   THE WITNESS:    I cannot see any

12   why reason it couldn't be.

13       Q.    Okay.

14                   MS. O'LEARY:  And now would be an

15   okay time for a short bio break.

16                   MS. BAUGHMAN:  Yes.

17                   THE WITNESS:    I was going to ask

18   for that as well.

19                   THE VIDEOGRAPHER:  The time is

20   10:18.  We are going off the record.

21                   (A recess was taken.)

22                   THE VIDEOGRAPHER:  The time is

23   10:28 AM.  We are now on the record.

24    BY MS. BAUGHMAN:

⌂

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        Q.    Okay.  All right.  Dr. Hennet I want to

3    ask you some questions about we're going to talk

4    about the spiractor fall height issue but let me

5    give you some exhibits so that we have some things

6    to talk about.

7              I'm going to hand you first what I've

8    marked as Exhibit 38 to your deposition.

9                   (Document marked for

10   identification as Exhibit 38.)

11   BY MS. BAUGHMAN:

12       Q.    And it is the AH environmental report

13   from December 2004 CLJA water modeling 01-000071446

14   through 71512.  There you go.

15       A.    Thank you.

16       Q.    I'm also going to hand you this one was

17   marked at your deposition in March as Exhibit 11.

18   So I'm not going to re-mark it.  I'll just refer to

19   that as Exhibit 11 but give you a copy.  And those

20   are your notes that you took from your February 2025

21   Camp Lejeune site visit; correct?

22       A.    Yes.

23          Q.      Okay.  Now I'm going to hand you what

24     I've marked as Exhibit 39 to your deposition.

                        CONFIDENTIAL

 1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2                     (Document marked for

 3     identification as Exhibit 39.)

 4     BY MS. BAUGHMAN:

 5          Q.      And these are Hennet underscore USAA

 6     underscore a whole bunch of 0s and it's 1 through 96

 7     and can you tell me.  Are those the photographs that

 8     were taken at your February 2025 site visit?

 9                     MS. O'LEARY:  Object to

10     foundation.

11                     THE WITNESS:   (Reviews document.)

12                     It look like -- it looks like it.

13     BY MS. BAUGHMAN:

14          Q.      Okay.  And now I'm going to hand you

15     what I've marked as Exhibit 40 to your deposition.

16                     (Document marked for

17     identification as Exhibit 40.)

18     BY MS. BAUGHMAN:

19          Q.      And this is CLJA photos SSPA 1 through

20     45.  And my question for you is:  Is Exhibit 40

21     photographs that were taken of your visit in May

22    2024 to Camp Lejeune for this litigation?

23              MS. O'LEARY:  Object to

24    foundation.

CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2              MS. BAUGHMAN:  Foundation meaning

3     he doesn't know if these are photos?  Is that what

4     you're saying?

5              MS. O'LEARY:  Yeah, I don't know

6     that.  I mean, this is the produced versions.  I

7     don't know what he's seen.  I believe he testified

8     that he wasn't the one who took photographs.

9              MS. BAUGHMAN:  Okay.  Well, let's

10    let's do this.  For Exhibit 40 if you turn to -- so

11    I guess to establish a foundation for this.  Your

12    your position is that we have to call the attorneys

13    for DOJ who took the photos?

14             MS. O'LEARY:  I think you might

15    need to ask him more specific questions about what

16    he saw.

17             THE WITNESS:   (Reviews document.)

18    BY MS. BAUGHMAN:

19        Q.    Okay.  Turn to page 17 of Exhibit 40.

20             Who's that a picture of?

21      A.      I'll get there.

22              I am there.

23              It's a picture of myself and of

24      Dr. Alexander Spiliotopoulos.

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2       Q.      Okay.  And where are you?

3       A.      I am -- on the picture I am on the

4       right.

5       Q.      No.  Where are you in the photo?

6       A.      Oh.

7       Q.      Where are you standing?

8                       MS. O'LEARY:  Objection.  Form.

9       BY MS. BAUGHMAN:

10      Q.      Where was the photo taken at?

11      A.      That's near building 670 at at Camp

12      Lejeune.

13      Q.      Okay.  And what's building 670 do you

14      remember?

15      A.      Yeah, it's one of the Water Treatment

16      Plant.

17      Q.      Which one?

18      A.      I think it's -- it is Holcomb Boulevard

19      Water Treatment Plant.

20        Q.    All right.  And where were you?  Do you

21   remember when this photo was taken?

22        A.    Exactly not, but I'm sure it's in the

23   record somewhere.

24        Q.    Okay.  Is it one of the times that you

CONFIDENTIAL

 1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2   visited Camp Lejeune as part of this case?

 3        A.    Yes.

 4        Q.    Okay.  And then if you turn to page 45,

 5   the last page of Exhibit 40.

 6              Is that also a picture of you and

 7   Dr. Spiliotopoulos?

 8        A.    Yes.

 9        Q.    At Camp Lejeune?

10        A.    Yes.

11        Q.    Okay.  So is Exhibit 40 pictures of your

12   visit one of your visits prior to 2025 at Camp

13   Lejeune?

14        A.    I believe so.

15        Q.    Okay.  So if we look at your report

16   Exhibit 31.  Your calculations -- let's see.  Let's

17   look at page 5-6 of your report.

18              Are you at page 5-6?

19          A.      Yes, I am.

20          Q.      Okay.  And that is Exhibit 2-4 COC

21    volatilization losses at Hadnot Point Water

22    Treatment Plant correct?

23          A.      Yes.

24          Q.      So this documents how you made your

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     calculations regarding volatilization losses for

3     Hadnot Point; correct?

4                     MS. O'LEARY:  Object to

5     foundation.

6                     THE WITNESS:  Yes, that is

7     information that support that yes.

8     BY MS. BAUGHMAN:

9           Q.      Right.  From your report?

10          A.      That's in my report.

11          Q.      Okay.  So if you look at the fall height

12    in the middle of Exhibit 2-4 the fall height is

13    listed as 0.675 meters; right?

14          A.      Yes.

15          Q.      Okay.  And 0.675 meters is 24 inches; is

16    that right?

17          A.      About two feet, yeah.

```
18          Q.      Two feet is 24 inches?

19          A.      (Nods head).

20          Q.      Yes?

21          A.      Yes.

22          Q.      Okay.  And then and then so it's

23   clear -- it's true that when you for your

24   calculations of volatilization at the spiractor
```

```
1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    Hadnot Point you assumed a fall height of 2 feet;

3    correct?

4          A.      That's -- that's what I recall, yes.

5          Q.      Okay.  And that's what's documented in

6    your report?

7          A.      Yes.

8          Q.      Okay.  And then if you turn to page 5-9

9    of your report, that's Exhibit 2-5 COC

10   volatilization losses at Tarawa Terrace Water

11   Treatment Plant correct?

12         A.      Yes.

13         Q.      Okay.  And you have a fall height and

14   it's also listed as 0.675; correct?

15         A.      Yes.

16         Q.      So for your calculations of the fall
```

17      height at Tarawa Terrace, you also assumed 2 feet or

18      22 inches is the fall height correct?

19           A.     Yes.

20           Q.     Okay.  So let's look at Exhibit 38 the

21      AH environmental report.  And if you could turn to

22      page it's 3-10 in the report.  The Bates stamp

23      numbers last three digits or last five digits are

24      71475.

                         CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                You see that?

3            A.     Not yet.

4                   Yes.

5            Q.     Okay.  So this is a diagram prepared by

6       AH environmental regarding the fall height of the

7       spiractor; correct?

8            A.     Yes.

9            Q.     And you're aware that AH environmental

10      made calculations regarding volatilization loss at

11      the spiractor; correct?

12           A.     Yes.

13           Q.     Using the same formula as you but they

14      used 1 foot or 12 inches for the fall height instead

15      of 2 feet correct?

```
16                    MS. O'LEARY:  Object to

17    foundation.

18                    THE WITNESS:   It's kind of

19    reverse I used the same formula as they.

20    BY MS. BAUGHMAN:

21        Q.    You used the same formula as AH?

22        A.    Yes.

23        Q.    But you used 2 feet and they used 1

24    right?
```

                                                    60

CONFIDENTIAL

```
1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         A.    Yes.

3         Q.    All right.  Let me ask you.

4               Have you have you spoken to anyone from

5     AH environmental regarding the report Exhibit 38

6     their December 2004 report?

7         A.    I have not.

8         Q.    Okay.  And just more broadly have you

9     spoken to anyone from AH environmental regarding the

10    spiractors and the fall height issue?

11        A.    No, I have not.

12        Q.    Okay.  Do you know Dr. Peter Pommerenk?

13        A.    I do not know him.

14        Q.    Have you ever spoken to Dr. Pommerenk
```

15    about anything related to Camp Lejeune?

16         A.    I don't believe so.

17         Q.    Okay.  What about anyone who worked for

18    SSPA?  To your knowledge has anyone reached out to

19    Dr. Pommerenk or AH regarding any of the subject

20    matter in Exhibit 38, the AH environmental 2004

21    report?

22         A.    Not to my knowledge.

23         Q.    Okay.  I want to ask you.

24               The first page of Exhibit 38 says that

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     this report was prepared for the environmental

3     management division at Camp Lejeune.

4               Do you see that?

5          A.    I see that.

6          Q.    And on page 1 of the report which is at

7     1-1 I think is what they refer to it as, at the

8     bottom of the page under purpose the last full

9     paragraph it says.

10               AH environmental consultants was

11    retained by MCB, which is MCB Camp Lejeune under

12    contract number and then there's a number; correct?

13         A.    Correct.

14                    MS. O'LEARY:  Object to form.

15    BY MS. BAUGHMAN:

16        Q.    So I just wonder.  In your report you

17    you refer multiple times to the AH report as

18    something that was commissioned by ATSDR.

19                    Were you aware that AH was actually

20    retained by Marine Corps Base Camp Lejeune to do

21    this work?

22        A.    I know that by memory that somewhere

23    they say that they were -- on the first page it's

24    written ATSDR support estimation of VOC removal.

                            CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        Q.    I'm sorry which page are you referring

3    to?  Page 1-1?

4        A.    No, I'm the first the cover page of

5    Exhibit 38.

6        Q.    Okay.  It says ATSDR support but who

7    paid for the study?

8        A.    Oh, I don't know.

9        Q.    Who hired AH environmental to do the

10    study?

11        A.    I don't know.

12        Q.    Doesn't it say in the report that they

```
13    were hired by Marine Corps Base Camp Lejeune?

14              MS. O'LEARY:  Object to form and

15    foundation the next part of the sentence you read

16    said it was to assist ATSDR in obtaining

17    information.

18              MS. BAUGHMAN:  I'm going to

19    object.  That is a speaking objection.  That is a

20    violation of the local rules and the federal rules.

21    I have to ask you not do that again.

22              MS. O'LEARY:  I ask you not to

23    misrepresent the record.

24              MS. BAUGHMAN:  I am not
```

                                                    63
                    CONFIDENTIAL

```
1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     misrepresenting anything.

3     BY MS. BAUGHMAN:

4          Q.    Dr. Hennet who paid AH environmental to

5     do this report?

6          A.    I do not who hired them.

7          Q.    Okay.  Who hired AH environmental?

8          A.    I do not know who exactly hired them.

9          Q.    Okay. Do you know if AH environmental

10    was in fact a consultant to the Navy and the Marine

11    Corps related to Camp Lejeune related matters?
```

```
12        A.      Could be.

13        Q.      You don't know either way?

14        A.      I don't know either way.

15        Q.      Okay.  So turn please to page 4-2 of the

16   AH report.  There is a sentence in the middle of

17   page 4-2 that says.

18               Because of the downstream recarbonation

19   basin at that plant -- and let's back up for a

20   second.

21               There's a recarbonation basin at the

22   Hadnot Point Water Treatment Plant correct?

23        A.      Can you repeat I was reading.  Sorry.

24        Q.      Okay.  There is a recarbonation basin at
```

```
1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    the Hadnot Point Water Treatment Plant correct?

3        A.      That's correct.

4        Q.      Is there a recarbonation basin at Tarawa

5    Terrace or was there one?

6        A.      I don't believe so.

7        Q.      Okay.  Was there a recarbonation basin

8    or is there one at Holcomb Boulevard Water Treatment

9    Plant?

10        A.      I have to refresh my memory on this one.
```

11    I don't believe so.

12         Q.    Okay.  So so you see the sentence right

13    above it says.

14              This variability is illustrated in

15    pictures taken at the Hadnot Point Water Treatment

16    Plant.

17              Okay.  And then they're talking about a

18    vortex that formed and then the next sentence says.

19              Because of the downstream recarbonation

20    basin at that plant, referring to Hadnot Point, the

21    available head does not appear to allow a fall

22    height of greater than approximately 1 foot and the

23    effluent pipe is likely to be flowing full.

24              Do you see that?

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         A.    I see that.

3         Q.    Okay.  Were you able to observe at any

4    time that you were at the Hadnot Point Water

5    Treatment Plant the available head given the

6    presence of the recarbonation basin?

7         A.    No, but I measured it.  I measured the

8    pipe.

9         Q.    I'm not talking about the pipe.  I'm

10     head refers to the the elevation of the water does

11     it not?

12          A.     Well, head refers to a difference of

13     elevation.

14          Q.     Okay.  Of the water right?

15          A.     Yes.

16          Q.     Okay.

17          A.     For water yes.

18          Q.     Okay.  When you made your measurement at

19     Hadnot Point of the spiractor there was no water in

20     the spiractor at the time; correct?

21          A.     For the February 11 measurements, yes.

22          Q.     Okay.

23          A.     Not in the one I measured, yes.

24          Q.     Okay.  Let's back up.

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                    Let's just talk about February 11, 2025.

3                    When you made your measurements on that

4     date the spiractor did not have water in it;

5     correct?

6          A.     That specific spiractor.  You have five

7     of them.

8          Q.     Okay.  Did you make a measurement at a

```
9        spiractor that did have water in it on February 11,

10       2025?

11              A.      Couldn't be done, no.

12              Q.      Okay.  So did you at any point in time

13       make a measurement in a spiractor at any Water

14       Treatment Plant at Camp Lejeune that had water in

15       it?

16              A.      I did not do measurements when the

17       spiractor was flowing water.

18              Q.      Okay.

19              A.      I couldn't.

20              Q.      So I want to focus on Hadnot Point and

21       the effect of the recarbonation basin on the water

22       level in the spiractor.

23                      Do you agree with AH that the head the

24       available head does not appear to allow a fall
```

CONFIDENTIAL

```
1        UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        height of greater than approximately 1 foot at the

3        spiractor at Hadnot Point?

4               A.      I do not agree with that, and I would go

5        back to Figure 3-4 of the AEH report, which is on

6        page 3-10 that you just referred to before.  And

7        there you can see where they put where they put the
```

8      12 inches which is I think is what it is.  It

9      appears to be.  I didn't measure it.

10            And then you can see there that the fall

11     height is 12 inches.  The pipe is not flowing full

12     as claimed.  And and I made some estimates of for

13     the flow you have through that pipe and the

14     dimension of 12-inch for the pipe, the 6-inch that

15     they have at the bottom would be -- would be

16     basically the -- where the water level would be in

17     the pipe when it normally flows.

18     Q.     Well what's in the diagram on Figure 3-4

19     is not consistent with the text on page 4-2 correct?

20     Because 4-2 says the effluent pipe is likely to be

21     flowing full?

22     A.     Right.  That's inconsistent.

23     Q.     Right.

24     A.     And and I would -- I would refer to to

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      the diagram because for the diagram for the estimate

3      of the 6-inch I made a calculation for the flow and

4      the size of the pipe that basically is a water level

5      would be approximately 6 inches in it.  That's what

6      I recall.

7        Q.      Okay.  You're saying that AH

8    environmental did that correct not you?

9        A.      AH environmental did that and on -- on

10   the statement in the -- in the text it's just

11   speculative statement because it is it appears to be

12   and that's based on visual interpretation which

13   which are subjective in that sense.

14       Q.      So?

15       A.      So that.

16       Q.      In your opinion, in your opinion did the

17   downstream recarbonation basin have on the available

18   head in the spiractors at the Hadnot Point Water

19   Treatment Plant?

20              MS. O'LEARY:  Object to form.

21              THE WITNESS:  Well, it controls

22   the head but but, you know, I measured the pipe and

23   you have 2 feet from the rim of the pipe to the top

24   of the pipe and that's what I did on February 11 and

                                                    69
                        CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    that's what I did on the previous visit on the pipe

3    that was on the truck.  So I did measure those.  I

4    did not do a visual evaluation.

5    BY MS. BAUGHMAN:

6          Q.     You did not do a visual evaluation of

7      the head in the spiractor of Hadnot Point when it

8      was running at any time; right?

9          A.     I did not do measurements when the

10     spiractor was running.

11         Q.     Okay.  Or and you didn't make a

12     visual -- have you have you actually seen the head

13     the height of the water in the effluent pipe or in

14     the spiractor when it was running at any of the

15     treatment plants?

16                MS. O'LEARY:  Object to form.

17                THE WITNESS:  No, you cannot see

18     that because it is actually below what you can see.

19     BY MS. BAUGHMAN:

20         Q.     Okay.  If you look at your what we

21     marked as Exhibit 11 to your prior deposition your

22     notes, you just mentioned something that you

23     measured 2 feet.

24         A.     Yeah, well I measured 18 inches and then

CONFIDENTIAL

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      and then I relied on the AHE diagram and I agree

3      with a pipe of this kind flowing would have about 6

4      inches at the bottom and that's 18 plus 6 brings you

5      to 24 for a head.

6          Q.    Okay.  Is the effect of the -- there's

7      no recarbonation basin at Tarawa Terrace right we

8      already talked about that?

9                    MS. O'LEARY:  Object to form.

10                   THE WITNESS:  Yeah, yes.

11     BY MS. BAUGHMAN:

12         Q.    Okay.  But you assumed the same -- the

13     same fall height at Tarawa Terrace and at Hadnot

14     Point right?

15         A.    I don't recall what I did for Tarawa

16     Terrace.

17         Q.    Well we just talked about it.  I mean,

18     we can turn to your report.  It's page 5-9.

19         A.    (Reviews document.)

20         Q.    Of Exhibit 31 and you've assumed for

21     Tarawa Terrace the exact same fall height as you

22     assumed for Hadnot Point; right?

23         A.    Yes, and I believe that's a reasonable

24     assumption because the type of spiractors were the

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      same.

3          Q.    Right.  But there's no recarbonation

4    basin in Tarawa Terrace there never was?

5         A.    There is -- there is no

6    recarbonation -- if I remember correctly there is no

7    recarbonation basin at Tarawa Terrace.

8         Q.    Right.  So you haven't made any

9    accounting for the fact there was a recarbonation

10   basin at Hadnot Point and not at Tarawa Terrace in

11   your calculation?  You've assumed it's the same for

12   both?

13        A.    As far as the fall height to the to the

14   effluent pipe, yes.

15        Q.    Okay.  So the Hadnot Point spiractor is

16   under normal circumstances covered; right?  All of

17   them, they have covers on them?

18        A.    They have covers on them.  I mean,

19   partially opened covers and that is not has always

20   been the case since the start of the plant.  That's

21   my understanding.

22        Q.    Okay.  So is it your testimony that it's

23   not possible to measure the fall height at the

24   Hadnot Point Water Treatment Plant while the

                                                                   72
                              CONFIDENTIAL


1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    spiractor is operating?

3        A.     Not under the conditions that I was

4    there.

5        Q.     Okay.

6        A.     You would you would need a major project

7    to do that.

8        Q.     So you haven't done that?

9        A.     I have not done that.

10        Q.     Okay.  If you look at AH environmental

11    Figure 3-10 which by the way that figure is also in

12    your report; right?  You reproduced AH's figure in

13    your report didn't you?

14        A.     Yes.

15        Q.     That in your report it's on page 5-4 of

16    Exhibit 31.  It's exact same diagram; right?

17        A.     I believe so, yes.

18        Q.     Okay.  And I'll let you get there.

19    Okay.

20               So one thing I want to ask you is:  That

21    diagram it's Exhibit 2-2 in your report and 3-4 in

22    the AH report, it seems to show like a 90 degree

23    angle.  It's showing like it goes down and it goes

24    to the right.  Doesn't it.  The diagram appears to

                        CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

```
2      show the spiractor has a 90 degree angle.

3                    Would you agree?

4                          MS. O'LEARY:  Object to

5      foundation.

6                          THE WITNESS:  Yes, and that was

7      the basis of the AEH calculations.

8      BY MS. BAUGHMAN:

9          Q.     Right.

10         A.     To the schematic for that.

11         Q.     But it's not the spiractor pipe.  You've

12     observed it.  You've taken pictures.  The spiractor

13     pipe is not a 90 degree angle is it?

14                         MS. O'LEARY:  Object to form.

15                         THE WITNESS:  No, it is more like

16     a J shaped pipe.

17     BY MS. BAUGHMAN:

18         Q.     Right.

19                         And when we talk about fall height, does

20     that mean like -- that means the vertical distance

21     it's not it's not a diagonal distance for the fall

22     right for a weir?

23                         MS. O'LEARY:  Object to form.

24                         THE WITNESS:   It is a vertical
```

CONFIDENTIAL

1

2    distance to the weir right.

3    BY MS. BAUGHMAN:

4        Q.    Right when we refer to fall height we're

5    referring to the vertical fall correct top to

6    bottom?

7        A.    Yes, that's that would be a fall height

8    for a weir yes.

9        Q.    Okay.  And the calculation that both you

10   and AH used for the spiractor volatilization is a

11   calculation regarding a weir right?  It's assuming

12   that this acts as a weir?

13       A.    Yes, that's what AEH did and I just use

14   the same approach.

15       Q.    Okay.  Can you turn to Exhibit 39 and

16   just to be -- let's just establish first.  Exhibit

17   39 these are the photos taken -- well they're all

18   marked.  February 11, 2025.

19            Do you see that?  They all have that

20   marking on them with the date?

21       A.    I see that.

22       Q.    Okay.  So these are from your visit to

23   the Camp Lejeune site on February 11, 2025 that's

24   what Exhibit 39 is; right?

75

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                    MS. O'LEARY:  Object to

3    foundation.

4                    THE WITNESS:   Not all pictures

5    have dates on it but I think you're correct.  This

6    is what I recall.

7    BY MS. BAUGHMAN:

8        Q.    Okay.  And if you could turn to page 28

9    of Exhibit 39.

10               What are we looking at there?

11       A.    Hold on.  Hold on.

12               Okay.

13       Q.    What is what is this a picture of Hennet

14   USA 28 in Exhibit 39?

15       A.    This is a photograph taken from the

16   opening from the covers that is on top of the

17   spiractors that was not in use, that means it had no

18   water in it, and that is, you have the spiractor

19   pipe as you can see the G -- the J shaped pipe.

20   It's kind of laying down.  And then you have -- you

21   have a scale that was just basically put against the

22   pipe the best we could and a picture was taken of

23   that.

24       Q.    Okay.  So Exhibit -- I'm sorry.  Page 28

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    of Exhibit 39 this is a spiractor a pipe in the

3    spiractor at Hadnot Point Water Treatment Plant;

4    right?

5         A.    That's a pipe where I conducted

6    measurements, yes.

7         Q.    Right.  Hadnot Point Water Treatment

8    Plant; right?

9         A.    Hadnot Point Water Treatment Plant.

10        Q.    Okay.  On February 11, 2025; right?

11        A.    Correct.

12        Q.    Okay.  And that what we see there that

13    is a measuring tape trying to measure the the fall

14    height right?

15        A.    No.  The measuring tape is there to kind

16    of give the best you can a reliable scale against

17    the pipe.

18        Q.    Okay.  And from page 28 of Exhibit 39 we

19    can see that this is the J shape as you call it

20    pipe.  It is not a 90 degree angle correct?

21        A.    It is a J shaped pipe correct.

22        Q.    Okay.  And if we were talking about what

23    is the fall height, it would be from the top of the

24    rim of that pipe going straight down; right?  That's

77
CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    the fall height?

3         A.    That would be the fall height for the

4    calculations or the fall height for the weir, yes.

5         Q.    Okay.  And if you look at your measuring

6    tape, doesn't it look like the fall height there is

7    about 13 or 14 inches?

8              MS. O'LEARY:  Object to form and

9    foundation.

10             THE WITNESS:  No, that's a visual

11   effect.  Because -- that's the best we could do but

12   that's a visual effect because you don't go -- the

13   picture is not -- provides a visual effect because

14   you don't have the tape all against the pipe.  It is

15   distorted.  So.

16   BY MS. BAUGHMAN:

17        Q.    How is it distorted?

18        A.    The visual effect is distorted.  And,

19   you know, we measured that differently.  You don't

20   only have this this is only one picture that was

21   taken of that attempt there.

22        Q.    Well it looks like it's based on this

23    picture it looks like that vertical distance is 13

        24    inches doesn't?

        1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

        2                      MS. O'LEARY:  Object to form and

        3     foundation.

        4                      THE WITNESS:  No.  Whatever you

        5     want the picture to say it looks like.  You have to

        6     understand that it's -- it is basically distorted

        7     photograph.  It's not good enough for measurement.

        8     And we did all the measurements to kind of get at

        9     that.

        10    BY MS. BAUGHMAN:

        11        Q.     Which picture in Exhibit 39 demonstrates

        12    the fall height that you measured?

        13                     MS. O'LEARY:  Object to

        14    foundation.

        15                     THE WITNESS:  Well, I do not -- I

        16    cannot answer that but it seems that you may not

        17    have all the pictures that I took here.  I don't

        18    know.  I don't know.  I cannot verify that.  It

        19    seems that you cherry-picked one.

        20    BY MS. BAUGHMAN:

        21        Q.     Dr. Hennet I did not cherry-pick

22    anything.  I have provided you with every a picture

23    of every photograph that was provided to us from

24    February 11, 2025 okay?  So don't accuse me of that

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    okay?  This is everything that the DOJ produced.

3              So can you show me which photograph in

4    Exhibit 20 -- 39 demonstrates in your opinion the

5    fall height?

6              MS. O'LEARY:  Object to form and

7    foundation.

8              THE WITNESS:  Yes, and give me a

9    minute.  Okay.

10             (Reviews document.)

11             Okay.  I would go to a series of

12   pictures for this and let's say you have Bates

13   number that ends with 008.  That one is a

14   measurement of the -- of the diameter of the

15   effluent pipe.  That's a measurement because that

16   one is not distorted because the tape is touching

17   one end of the pipe and coming all the way to

18   the -- to the other end and I think that that was

19   something like.

20   BY MS. BAUGHMAN:

```
21        Q.     Okay.  But 008 does not give us?

22        A.     Okay.

23        Q.     A measurement of the fall height does

24    it?
```

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

```
2                  MS. O'LEARY:  Object to form.

3                  THE WITNESS:   I am going there.

4    BY MS. BAUGHMAN:

5        Q.     I am just asking you that question?

6        A.     It doesn't it doesn't.

7        Q.     It does not?

8        A.     No.

9        Q.     Okay.

10        A.     Okay.  Now you have 009.  Here you have

11    a distance that is measured from a bar a horizontal

12    metal bar using the rope to basically get the

13    distance from the top of the pipe to the bar.  So

14    that's a distance that is will relevant for getting

15    the fall height.

16        Q.     Okay.  So when we look at page at page 9

17    how can we tell what that measurement is from the

18    picture?

19        A.     Well, you have several steps in.  That
```

20    that measurement with the rope is actually taken

21    with a tape outside of the -- of the opening of the

22    spiractor because you could not do it right there.

23        Q.    Okay.  So there's no way by looking at

24    picture 9 on Exhibit 39 we could make that

                        CONFIDENTIAL


 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2    measurement correct not by looking at the photo?

 3        A.    Hold on.  Hold on.

 4        Q.    Just answer that question?

 5             MS. O'LEARY:  No object to form.

 6    BY MS. BAUGHMAN:

 7        Q.    No I'm asking Dr. Hennet you just

 8    brought up page 9.  Is there a way with the photo on

 9    page 9 to make a measurement?

10             MS. O'LEARY:  Object to form and

11    foundation.

12             THE WITNESS:   The measurement is

13    done and illustrated in an additional photographs

14    where the lengths of the rope is being measured with

15    a tape.

16    BY MS. BAUGHMAN:

17        Q.    Okay.  Show me where that is.

18        A.    I am looking for it.

19          (Reviews document.)

20          Okay.  That will be photograph 003.

21     Q.     Okay.  It's a measurement of a rope but

22     we don't know, we can't tell from the measurement

23     where the rope was right?

24     A.     Well, I am telling you where the rope

                                                    82
                          CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     was by showing you 009.  That's basically is the way

3     we had to do it.

4          Q.     Okay.  So you're saying that that from

5     that what we're seeing there is from that pipe on 9

6     all the way to where?  To what part of the bottom of

7     the spiractor?

8          A.     Not to the.

9          Q.     To?

10          A.     It is to the top of the pipe of the

11     spiractor.  Just after it stops turning is a J.

12          Q.     Just after it stops turning is a J.  So

13     it's -- I tell you what we'll do.

14               I'm going to mark as Exhibit 41 a copy

15     just of page 9.

16               (Document marked for

17     identification as Exhibit 41.)

18    BY MS. BAUGHMAN:

19        Q.      And I'm going to give you a pen and I

20    want you to show me from right on Exhibit 9 where

21    the rope was that you measured.  Just draw the rope.

22        A.      The rope is here.  (Marks document).

23        Q.      Okay.  Can I see that please?

24        A.      (Hands document).

                        CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        Q.      So if you look at Exhibit 11?

3        A.      Exhibit 11.

4        Q.      In your diagram there, you're showing 18

5    inches from where to where?  Don't write on this yet

6    on Exhibit 41 but show me where that 18 inches would

7    be.

8        A.      Well, it would be from the rim elevation

9    down.  That would be this portion.  Because then we

10   measure this distance on another photographs but we

11   measured that distance from there to the rim and

12   then you just subtract that from the length of the

13   rope and then you have the distance from the rim to

14   the top of the pipe and that's 18 inches.  About and

15   I made a note that it was difficult to measure.  So

16   it's.

17          Q.      Okay.

18          A.      It is an estimate.

19          Q.      So?

20          A.      Plus or minus an inch or so.

21          Q.      Okay.  So use the pen here and go ahead

22     and like mark where the 18 inches and write 18

23     inches so we can see what you're talking about?

24                  MS. O'LEARY:  Object to form.

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      BY MS. BAUGHMAN:

3          Q.      Go ahead?

4          A.      Again just asking me to do something

5      just the accuracy of it you can always talk about.

6      But you have to you have to -- it's -- we measured

7      this distance here.  (Marks document).

8          Q.      But I'm looking at your diagram?

9          A.      And then.

10         Q.      On Exhibit 11 and you're saying 18

11     inches based on this work.  So I'm trying to

12     understand where that 18 inches is?

13         A.      And I'm trying to explain that to you.

14         Q.      Okay.  Well can you show us?

15         A.      Well, I can show you.  This is one

16    measurement right?

17         Q.    You have to say what this is?

18         A.    That's.

19         Q.    For the record when you say this is one

20    measurement what are you referring to what's the

21    number of that photo?

22         A.    This is sorry yes.  It is 003 okay.

23         Q.    All right?

24         A.    This is one measurement that's total

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     length of that hole that you have here.

3          Q.    Okay.

4          A.    Vertically.

5          Q.    So the line that you've drawn on what

6     we've marked as Exhibit 41 is the measurement on

7     page -- on the photo number 3 right?

8          A.    Yes.

9          Q.    Okay.  Now where's the 18 inches that

10    you're you're indicating on Exhibit 11 exists?  What

11    what is that?

12         A.    The next step is this one.  It's Exhibit

13    012.

14         Q.    Okay.  And that's showing 11 inches?

15          A.      From the top of the bar which is always

16     on top to the rim.

17          Q.      Right.

18          A.      All right.  So that would be this here.

19          Q.      Right.

20          A.      Right?  And then on 003 you can see that

21     to the top of the bar it's about 28 inches.  The

22     lengths of the rope right?

23          Q.      Right.

24          A.      Then here you have this 11 right?

86
                            CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          Q.      Right.

3          A.      And and you have basically 28 minus 11.

4     That's 17 but, you know, that it's -- it's

5     approximate.  So this is -- this is where the 18

6     comes from.  That this -- this is 012 that give you

7     the 11, 11 inches from the top of the bar to the rim

8     right?

9          Q.      Uh-huh.

10          A.      And then you have this that gives you

11     the entirety of the from the top of the bar to

12     basically the top of the pipe.

13          Q.      Right.

14          A.     And that's about 28 inches.

15          Q.     Uh-huh.

16          A.     So you subtract 11 from the 28 inches

17    and that that gives you -- it will be 17.  But.

18          Q.     Okay.  Can you show me?  Go ahead and

19    mark it on the diagram there the 18 or 17 inches.

20    Show us where that is.

21                 MS. O'LEARY:  Object to form.

22                 THE WITNESS:   It's difficult on

23    that.

24                 You have the 11 here and you have

                                                        87
                        CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     the 28 there.

3     BY MS. BAUGHMAN:

4          Q.     Right.  But on Exhibit 41 where is the

5     18 inches?

6          A.     Exhibit 41.

7                 MS. O'LEARY:  Objection.

8     BY MS. BAUGHMAN:

9          Q.     This one?

10         A.     On this photograph on 009.

11         Q.     Right.

12         A.     Well, it's going to be somewhere.  You

13    have to subtract.

14         Q.    Right.  Just mark it so that so that so

15    that the court will understand what you're saying?

16              MS. O'LEARY:  Object to form.  He

17    just said it's hard to see on that photo.

18    BY MS. BAUGHMAN:

19         Q.    That's the photo you showed me that was

20    the best illustration of your measurements right?

21              MS. O'LEARY:  Object to

22    foundation.

23              THE WITNESS:   It's a step wise

24    approach.  You need more than one thing to

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     illustrate the the measurements that I took.  You

3     have this one which gives you 28 inches right?  This

4     is this.

5     BY MS. BAUGHMAN:

6          Q.    I understand.

7          A.    You have this one.  By this one I meant

8     003.

9               And then you have 012 that give you 11

10    inches.

11              And then you have this one that shows

12      you that these lengths minus -- the lengths that is

13      on 003 minus the lengths that is on 012.

14           Q.      Okay.

15           A.      Gives you basically the distance between

16      the rim and the top of the pipe.

17           Q.      Okay.  So?

18           A.      The top of the pipe.

19           Q.      Mark the distance from the rim to the

20      top of the pipe on there?

21                   MS. O'LEARY:  Object to form.

22                   THE WITNESS:   I don't know how to

23      do.

24                   MS. BAUGHMAN:  Are you instructing

                                                    89
                         CONFIDENTIAL

 1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2      him not to do it.

 3                   MS. O'LEARY:  No I'm objecting to

 4      the form but I'm not instructing him not to.

 5      BY MS. BAUGHMAN:

 6           Q.      Go ahead?

 7           A.      It is difficult to do here because if I

 8      do something on this you are going to make something

 9      of it that I didn't mean it to be.  And that's.

10           Q.      Do this for me.  Where is the fall?  If

11      you were measuring the fall height if you could

12      measure the fall height?

13           A.      Okay.

14           Q.      Without this experiment what is the fall

15      height from where to where on this document?

16           A.      We are not at the fall height yet we are

17      at the distance from the rim to the top of the pipe.

18           Q.      Okay.  I'm asking you a different

19      question now.

20                   Where is the fall height?

21           A.      The fall height would be to where the

22      level would be in this 12-inch pipe or in this pipe

23      as estimated by AHE -- AEH and that's about 6 inches

24      of here.  So that would be something from -- again

                                CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2       on this photograph it's difficult to do because you

3       have a -- you have a visual this.

4            Q.      Let me ask you.

5                    Where is the fall height?  I understand

6       people can't see what I'm doing.  I'm just.

7                    Wouldn't the fall height be from this

8       rim to where the water level is?  Isn't that the

9       fall height or not?

10                    MS. O'LEARY:  Object to form.

11                    THE WITNESS:   That would be from

12    from this this rim to basically, yeah, something

13    like this.

14    BY MS. BAUGHMAN:

15        Q.    Can you draw for me if you are able to

16    whether you measured it or not what the fall height

17    is so we understand what that is?

18                    MS. O'LEARY:  Object to form.

19                    THE WITNESS:   I gave you that on

20    my notes and I'm telling you that the basis for that

21    is this here.  Drawing on photographs that are

22    distorted like this is not something that's

23    scientific.

24    BY MS. BAUGHMAN:

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         Q.    Well these are those are photos that you

3     took; right?  Or you directed to be taken at your

4     site visit?

5         A.    Those are photographs and the

6     measurements are on 003, 012, and then you have the

7     6-inch water level from AEH in the pipe and the

8     dimension of the pipe is basically 12-inch

9    approximately.

          10         Q.     Okay.  So are you refusing to draw the

          11    fall height on Exhibit 41 your picture marked number

          12    9?  You won't do it?

          13                   MS. O'LEARY:  Object to form.

          14                   THE WITNESS:   It's described in

          15    my report and the fall height, the fall height is

          16    from the rim to the water level in the pipe when

          17    it's operating.

          18    BY MS. BAUGHMAN:

          19         Q.     Okay.  But you don't want to draw it?

          20                   MS. O'LEARY:  Object to form.

          21                   THE WITNESS:   I don't feel

          22    comfortable to draw it on a picture that is

          23    distortion.

          24    BY MS. BAUGHMAN:

           1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

           2         Q.     Okay.  And why and what -- why is

           3    Exhibit 9 distorted?  What's distorted about it?

           4         A.     Because it is a photograph of something

           5    that is actively that is 3 dimensions and the

           6    photograph itself is, you know, one dimension.

           7    Things are distortions.  That's what happens.

```
 8      That's why you can -- it is very difficult to do

 9      visual evaluation if you don't do measurement

10      because the distortion just leads you to -- to

11      estimates that are not correct.

12           Q.    And how do you know -- when you did when

13      you dropped the rope down how do you know that the

14      rope was straight?  Could you see the rope?

15           A.    Yes, I did see the rope.

16           Q.    Okay.

17           A.    And it was straight.

18           Q.    Do you have a picture of the rope

19      hanging down when you made the measurement?

20                      MS. O'LEARY:  Object to

21      foundation.

22                      THE WITNESS:   It is on 003.

23      BY MS. BAUGHMAN:

24           Q.    No no no.  I mean when you dropped the
```

```
 1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2      rope down right to figure out the length there, do

 3      you have a picture of you when you did that?

 4                      MS. O'LEARY:  What's exhibit

 5      number you're pointing to.

 6      BY MS. BAUGHMAN:
```

7          Q.      Number 1?

 8          A.      Right.  It is on 009.

 9          Q.      The rope is -- no, you drew the rope on

10    009?

11          A.      No, this is on on 009.  This is a

12    different one.  You go to Exhibit 40 and this is 009

13    on Exhibit 40.  There I did not draw anything on 009

14    in Exhibit 40.  You made me draw something on

15    Exhibit 41.

16          Q.      Hold on.

17          A.      And what you can see there is a rope.

18          Q.      But those are the same picture.

19          A.      They are the same pictures but there you

20    made me draw on it.

21          Q.      Okay.  Did you just draw on top of what

22    the rope of where the rope was?

23          A.      That's what you asked me to do.

24          Q.      Okay.  All right.  Okay.

                                                      94
                         CONFIDENTIAL

 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2              And is there any kind of a -- there's no

 3    measurement or scale on Hennet USA 9 that would

 4    allow us to measure that rope distance correct

 5    independent of what you-all did?

6        A.    You don't have -- I couldn't put a scale

7    on there.  Otherwise I would have done it.

8        Q.    Okay.  Okay.  And other than the diagram

9    that's drawn on Figure 3-4 of AH do you have any

10   other basis to disagree with the statement in the AH

11   report that the effluent pipe is likely to be

12   flowing full in the Hadnot Point Water Treatment

13   Plant spiractors?

14               MS. O'LEARY:  Object to

15   foundation.

16               THE WITNESS:   In the AEH's report

17   somewhere in there it just says that I made

18   calculations for the condition of the pipe using a

19   dimension of 12 inches for the pipe and at the flow

20   rate that comes out of the spiractors I estimated

21   that the depths of water in the pipe is 6 inches.

22   BY MS. BAUGHMAN:

23       Q.    And where is that calculation in your

24   report?  Is that in your report?

                                                95
                      CONFIDENTIAL


1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        A.    I -- I just -- I just used the AEH

3    diagrams that I put in my report and it is there.

4        Q.    I know the calculation is in your

5    report?

6         A.    The calculation for for what?

7         Q.    For for you just said you did a

8    calculation to see whether the level of water in the

9    pipe would be 6 inches based on the the amount of

10   water going through the spiractor or through the

11   Water Treatment Plant.

12               I was just wondering if is that

13   calculation in your report?

14        A.    I didn't do that calculation.

15               MS. O'LEARY:  Object to form.

16               THE WITNESS:   The EA -- AEH did

17   that calculations and it is a reasonable answer.

18   BY MS. BAUGHMAN:

19        Q.    I want to ask you something else about

20   the AH report while we're here.  If you could turn

21   to pages 3 -- page 3-8 first of the AH report

22   Exhibit 38.

23        A.    Yes.

24        Q.    And there is a picture of the Hadnot

                     CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    Point Water Treatment Plant spiractor effluent pipe

3    and it's labeled 1941/1942 do you have any reason to

```
4        believe that the date of that photograph is not

5        correct?

6                         MS. O'LEARY:  Object to

7        foundation.

8                         THE WITNESS:   I have no

9        understanding of the source of the photographs and

10       it's not described.  So this is -- this is -- this

11       is what it is.

12       BY MS. BAUGHMAN:

13            Q.    Right.  But do you have some reason to

14       believe that the date is incorrect as stated by AH

15       in its report?

16                         MS. O'LEARY:  Object to form.

17                         THE WITNESS:   With the exceptions

18       is I don't see where it comes from.  So whether it

19       is even -- I have no -- I have no information that

20       would -- that would basic tell me where that picture

21       actually comes.

22       BY MS. BAUGHMAN:

23            Q.    Right.

24            A.    Besides what is written under it.
```

97
CONFIDENTIAL

```
1        UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2             Q.    Right.
```

3        A.      And that's what it is.

4        Q.      Okay.  So the next page on page 3-9 they

5    have a spiractor effluent pipe for Hadnot Point

6    labeled 1944 and 1945.

7              Do you have a basis to believe that that

8    date is incorrect?

9                  MS. O'LEARY:  Object to form.

10                 THE WITNESS:  Same thing.  I have

11   no way to verify if this is from there and if it is

12   from that date.  I -- I don't know but.

13   BY MS. BAUGHMAN:

14       Q.      But do you have -- what I'm asking is do

15   you have information that leads you to believe

16   that's the wrong date?

17       A.      I have no information to verify this.

18   None.

19       Q.      Either way?

20       A.      Either way.

21       Q.      Okay.  Okay.  Okay.  I want to ask you

22   some questions about the water buffaloes and while

23   we're while we've got Exhibit 39 handy the pictures

24   from February 11th let me ask you a few questions

                            CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    about those photos.

3                    If you turn to page 89, what is that a

4    picture of?

5        A.      This is a photograph of a station

6    basically where water buffalos can be filled up at

7    the base.

8        Q.      Okay.  And are they filled up through

9    that through that red hose?

10       A.      Yes.

11       Q.      Okay.  Is there any reason that when the

12   water buffalos are filled up the Marines can't just

13   put the hose right into the tank instead of holding

14   it above the tank?

15       A.      Well, they have to hold it because with

16   the pressure that goes through that pipe it will

17   just leave the water.

18       Q.      I see but is there any reason they can't

19   put it inside the water buffalo to fill it up

20   instead of holding it above the water buffalo?

21       A.      Well, when I observed it the way I did

22   it is I kept the hose on top of the.

23       Q.      Right.

24       A.      On top of the water.

                    CONFIDENTIAL

2         Q.    So your observation was in February of

3    2025 correct?

4         A.    That's my observation.

5         Q.    All right.

6         A.    Yes.

7         Q.    Did you have any conversations with any

8    Marines about what the normal protocol is to fill a

9    water buffalo?

10        A.    They told me that.  So I did it.  I

11   didn't instruct them to do it in any way.

12        Q.    So you did have a conversation with the

13   Marine?

14        A.    No, I did not have a conversation with

15   the Marine themselves.  I just came up with the with

16   the water buffalo and I just climbed on it to be

17   able to take pictures and then they they say -- I

18   just told them, fill it up.

19        Q.    Okay.

20        A.    I mean do it and that's it.

21        Q.    So that's?

22        A.    That's all.  That's all my conversation

23   with them.  That's it.

24        Q.    Got it.  Okay.

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2              Have you had any conversation with any

3    other individual regarding how water buffalos were

4    filled up at Camp Lejeune?

5         A.    I have not had conversation about that

6    because but there is information in that in the

7    historian report that shows how it should be done

8    and so on.

9         Q.    Okay.

10        A.    And how it was done over time.

11        Q.    Okay.  You're referring to the DOJ's

12   experts historian experts report correct?

13        A.    Yes.

14        Q.    Okay.  Have you yourself done any

15   investigation independent of the historian on how

16   water buffalos were filled up at Camp Lejeune other

17   than watching this one be filled up in 2025?

18        A.    Well, yes, I looked for information that

19   describes, you know, the geometry of the water

20   buffalos what that way and I found what I found and

21   based on that I just -- I just understood that for

22   the water buffalos that I found information on the

23   dimensions of they were filled up through the

24   filling hole by connecting the hose to the filling

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    hole that there's a strainer to it.  That's that's

3    what I recall.  I think it is in my report the

4    diagram of the water buffalos and that's what I

5    relied upon to say this is the way a water buffalos

6    was filled up.

7        Q.    Okay.  So other than looking at the

8    dimensions of water buffalos did you do anything

9    else to investigate how water buffalos were filled

10   at Camp Lejeune?  Let me strike that and start over.

11            Other than watching one water buffalo be

12   filled up in 2025 and reviewing the dimensions of

13   water buffalos did you do anything else to

14   investigate how water buffalos are filled up?

15            MS. O'LEARY:  Objection and

16   foundation.

17   BY MS. BAUGHMAN:

18       Q.    Your investigation not the historian?

19            MS. O'LEARY:  Object to form and

20   foundation.

21            THE WITNESS:  I relied on

22   the -- I both the information that historian had put

23   together which is more than I had found on water

24    buffalos and you know, the protocol of filling it

                    CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    and everything over time.

3    BY MS. BAUGHMAN:

4        Q.    Okay.  I'm just trying to get the

5    universe for what you're relying for how water

6    buffalos are filled up PR of so we know you're

7    relying on the historian the DOJ historian?

8        A.    Uh-huh.

9        Q.    We know you're relying on watching one

10   water buffalo be filled up in February 2025 and we

11   know you're relying on the dimensions of the water

12   buffalo.

13            Is there anything else you're relying

14   on?

15                MS. O'LEARY:  Object to

16   foundation.

17   BY MS. BAUGHMAN:

18       Q.    For how water buffalos were filled up at

19   Camp Lejeune?

20                MS. O'LEARY:  Same objection.

21                THE WITNESS:  Well, you know, that

22   I mention so are in my report right.  I -- in an

```
23       appendix of my report you have water buffalos with

24       the dimensions marked on them.
```

                        CONFIDENTIAL

```
 1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2       BY MS. BAUGHMAN:

 3            Q.    That's one of the three things I

 4       mentioned.

 5                  Is there anything else?

 6            A.    Well, I have also, you know, I have seen

 7       all of a sudden after my report two affidavits by

 8       people who apparently witnessed one of the buffalos

 9       being filled.

10            Q.    Okay.  There's that.  Anything else?

11            A.    And that was new to me.

12            Q.    I understand.

13            A.    That was major reason why I went back to

14       kind of look at that.

15            Q.    Right.  Anything else?

16            A.    That's all I can think about right now.

17            Q.    Okay.  So do you have any information

18       that leads you to believe that when Marines filled

19       up water buffalos at Camp Lejeune they did not put

20       the hose inside the water buffalo to fill it up?

21                  MS. O'LEARY:  Object to
```

22     foundation.

23                    THE WITNESS:    And I have seen

24     descriptions that you would hook up the hose to the

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      filling hole the filling port that is a strainer.  I

3      have seen that.    And then I have seen the

4      information that some water buffalos were filled up

5      through the manhole and that came with those

6      affidavits that came after my report and that and

7      also in Dr. Sabitini's rebuttal report to my report

8      it is the water buffalos are sometimes filled up

9      through the manhole and that was the reason why I

10     just wanted to see how do I do it today and that's

11     what I did.

12     BY MS. BAUGHMAN:

13         Q.     I'm going to respectfully object as

14     nonresponsive and maybe you don't understand my

15     question so I'm going to try it again.

16                    When you okay.  Let me just ask you let

17     me back up.

18                    You watched one water buffalo be filled

19     up in February 2025 right?

20         A.     That's right.

21        Q.      Okay.  Before that had you yourself ever

22    seen a water buffalo be filled up?

23        A.      Not before that.

24        Q.      Okay.

                        CONFIDENTIAL

 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2        A.      Hold on.  Except on a video that

 3    Dr. Sabatini put in his report.

 4        Q.      Okay.  So when you wrote your report in

 5    December of 2024 you had never seen a water buffalo

 6    be filled up correct?

 7        A.      No, the only information I had was what

 8    I have in my report and information in the historian

 9    report.

10        Q.      Right.  So that means when you signed

11    your report on December 9, 2024 you had never seen a

12    water buffalo be filled up correct?

13        A.      Personally I have never seen.

14        Q.      Okay.

15        A.      I had never seen a water buffalo being

16    filled up.

17        Q.      Okay.

18        A.      By then.

19        Q.      So it's possible to fill a water buffalo

20    by taking that red hose and putting it inside the

21    tank to fill it up right?

22        A.    Everything is possible.

23        Q.    Okay.  What's your basis to say that was

24    never done?

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2              MS. O'LEARY:  Object to

3    foundation.

4              THE WITNESS:   Maybe it was done

5    maybe it was not but it was also done through the

6    through the port the filling port.  That's

7    documented and it was also done as I observed it and

8    it was also done as Dr. Sabatini attachment to his

9    report which is a YouTube video of the filling up of

10   the water buffalo.  That's and in that case I did it

11   basically the same ways and I observed.

12   BY MS. BAUGHMAN:

13       Q.    All right.  So you have not done any

14   calculations regarding the amount of volatilization

15   that occurs during the filling of a water buffalo

16   through a manhole cover right?

17       A.    No.  I have observed it and I have seen

18   the extensive aeration that occurs and I have

19    basically concluded that it's similar as far as the

20    losses are concerned than the calculated losses that

21    I have in my report.

22        Q.    Okay.

23        A.    That where the water buffalo was filled

24    up through a strainer.

                        CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        Q.    I'll object as nonresponsive.

3              I just want to know.  Have you done a

4    calculation?  Have you done a calculation on the

5    amount of volatilization that occurs when you fill a

6    water buffalo through a manhole cover?

7        A.    I have not done.

8              MS. O'LEARY:  Object to form.

9              THE WITNESS:    Sorry.  I have not

10    done additional calculations to from what is in my

11    report because I consider that it was similar.

12    BY MS. BAUGHMAN:

13        Q.    Okay.  And in your report you don't have

14    a calculation on the volt the amount of

15    volatilization from filling a water buffalo through

16    the manhole cover right?

17        A.    I have it through a calculations through

18    the strainer in my report.

19        Q.      Not through the manhole cover?

20        A.      Not through the manhole cover.

21        Q.      Okay.

22        A.      And then what I observed led me to

23    conclude that it was pretty similar.

24        Q.      Okay.  I'll object as nonresponsive to

                            CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     everything after not through the manhole cover.

3              When you observed that one water buffalo

4     being filled in February 2025 did you make any

5     measurements related to volatilization?

6         A.      I didn't do measurements but I did

7     observations.

8         Q.      Okay.  And this may be obvious but I

9     just I just want to ask you.

10             So when we're talking about the

11    contaminants that that were in the water at Camp

12    Lejeune, PCE, TCE, the other VOCs, if they're

13    volatizing out of the water right you couldn't see

14    them right?

15        A.      I couldn't see them but I could smell

16    the chlorine which is also volatile organic compound

17    and when you do that I could smell the chlorine

18    coming out.

19         Q.    Okay.  And you can't see the chlorine

20    either right?

21         A.    You cannot see it but.

22         Q.    Okay.

23         A.    I could I could smell it and then that's

24    why you go to geochemistry to estimate the

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    partitioning.

3         Q.    Okay.  So did you do a calculation on

4    how much VOCs would come out of the water when you

5    fill I an a water buffalo based our chlorine

6    smelling?

7         A.    Not based on that.  That's an

8    observation.

9         Q.    Okay.

10        A.    I didn't do on a calculation on it.

11        Q.    Okay.

12        A.    It's an observation.

13        Q.    Did you make any measurement on how much

14    chlorine was coming out of the water when the water

15    buffalo was being filled?

16      A.      I did not measure that.  I didn't have

17      the what would have been needed to do that, no.

18      Q.      Okay.

19      A.      And also I would like to take a break at

20      some point.

21      Q.      We can take a break right now.  That's

22      fine.  Going off the record?

23                      THE VIDEOGRAPHER:  Time is 11:31

24      AM.  We're now off the record.

                                                110
                        CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                       (A recess was taken.)

3                       THE VIDEOGRAPHER:  The time is

4       11:42 AM.  We are now on the record.

5       BY MS. BAUGHMAN:

6       Q.      All right.  Dr. Hennet I want to ask you

7       a few more questions about Exhibit 40 which are the

8       pictures from a prior visit of yours before 2025 to

9       the Camp Lejeune.

10                      Have you got that in front of you?

11      A.      Yes, I do.

12      Q.      Okay.  Can you tell me the one that's

13      page 3 we're looking at CLJA photos SSPA number 3.

14                      What's that a picture of?

15          A.       This is a picture of the top of the best

16     I can recall the top of a spiractor.

17          Q.       Do you know at which plant?

18          A.       I think this one would have been Hadnot

19     Point.

20          Q.       Okay.  And can you -- is it possible to

21     measure the fall height based on this picture?

22          A.       You cannot access it, no.

23          Q.       Okay.

24          A.       You cannot see it either.

                          CONFIDENTIAL


 1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2          Q.       It looks like from the picture it looks

 3     like the water is full all the way to the top.

 4                   Is that true?

 5                        MS. O'LEARY:  Object to

 6     foundation.

 7                        THE WITNESS:  No, I don't think

 8     so.

 9     BY MS. BAUGHMAN:

10          Q.       Okay.  If you turn to page 7 of Exhibit

11     40, what's that a picture of?

12          A.       That's a picture of a water buffalo.

13          Q.       And we're talking a little bit earlier

14    about how in your report your December 2024 report

15    we've marked as Exhibit 31 you did calculations

16    assuming there was a filler pipe with a strainer

17    right and that's how it was filled through that

18    filler pipe with a strainer right?

19         A.    That's correct.

20         Q.    Is there a flow pipe with a strainer on

21    the water buffalo picture in page on page 7 of

22    Exhibit 40?

23         A.    Not not on this one.

24         Q.    Okay.  So you you observed some water

                    CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     buffalos even if you didn't see them filled in your

3     prior visit to Camp Lejeune; correct?  Before 2025?

4          A.    Yes, parked.

5          Q.    Did you look for the the filler pipe

6     with the strainer while you were there?

7          A.    This one didn't have one.  So.

8          Q.    Okay.  So you knew that some water

9     buffalos didn't have that?

10         A.    In 2024 I knew that yes.

11         Q.    Okay.  Did you do an investigation to

12    see during what years the water buffalos had a

13    filler pipe with a strainer?

14         A.    Outside of what I mentioned before, you

15    know, which is the historian report as well as the

16    schematics of water buffalos historically.  I have

17    nothing else.

18         Q.    Okay.

19         A.    But in '24 this one that I saw had

20    no -- no filler pipe.

21         Q.    Okay.  If you look at page 12, that's

22    the picture of a spiractor that was sitting on a

23    truck bed; is that right?

24         A.    Yes.

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         Q.    And that was found near the Holcomb

3    Boulevard Water Treatment Plant?

4         A.    I think it was it was on a truck bed

5    parked next to the Holcomb boulevard.

6         Q.    Okay.

7         A.    I believe so yeah.

8         Q.    All right.  So if you turn to picture 20

9    of Exhibit 40, is that another picture of a water

10    buffalo?

11         A.    That's correct.

```
12        Q.     And again there's no filler pipe with a

13   strainer on this one?

14        A.     Yeah, again 2024 water buffalo.

15        Q.     Okay.

16        A.     I took a picture of it.

17        Q.     Okay.

18        A.     I mean, I had a picture of it taken.

19        Q.     Then if you turn to page 25, is

20   that -- is that that the same spiractor that was

21   sitting on the truck bed near the Holcomb boulevard

22   Water Treatment Plant?

23        A.     Yes.

24        Q.     Okay.  And you used you're your card
```

↟

CONFIDENTIAL

```
 1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2   there your Metro card as a scale?

 3        A.     That's not mine but...

 4        Q.     That's what was used for the scaling?

 5        A.     That's what was used for the scaling

 6   yes.

 7        Q.     All right.  So again we turn to page 39.

 8   It's another picture of a water buffalo; right?

 9        A.     It's a picture of a water buffalo.  I

10   don't know if it's the same one or not.  I don't
```

11    know but.

12         Q.    Okay.

13         A.    It is yes.

14         Q.    Again there's no filler pipe with a

15    strainer on that one right?

16         A.    No, that's again 2024.  This is what I

17    saw.

18         Q.    Okay.  And then picture 42.  This is

19    similar to a picture we saw from your 2025 visit.

20               This is where the Marines would fill up

21    the water buffalos?

22         A.    Yes.

23         Q.    Okay.  All right.  When you were writing

24    your report your December 2024 report did you review

                                                       115
                        CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    the technical manuals that came with the water

3    buffalos that explained how the water buffalos

4    should be filled up?

5                    MS. O'LEARY:  Object to

6    foundation.

7                    THE WITNESS:   I don't recollect

8    that.  You have to show me that.

9    BY MS. BAUGHMAN:

10      Q.      Were you aware when you wrote your

11   report in December 2024 that some water buffalos

12   during the time frame of the 1950s through 1986 in

13   fact did not come with the filler pipe with a

14   strainer?  Did you know that?

15      A.      I didn't know that then.

16      Q.      Okay.

17      A.      With the exception of what was in the

18   historian report and I don't recollect the details

19   of that.

20      Q.      Okay.  I want to ask you some -- if we

21   could turn to your report Exhibit 31.  Turn to a

22   different subject here.  If we could turn to page

23   529.  Are you there?  Okay.

24           So you've opined that there was a what

                          CONFIDENTIAL

1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2   you call a long time average TCE concentration of

3   227 micrograms per liter for water supplied by the

4   Hadnot Point Water Treatment Plant right?

5      A.      You have to show me where it says that.

6      Q.      Sure. The first paragraph under your

7   exhibit on page 529.  Look at that last sentence.

8   You say.

9             Considering that Hadnot Point or HP651

10   was being pumped 39 percent of the time yields a TCE

11   long time average concentration of 227 micrograms

12   per liter for Hadnot Point Water Treatment Plant

13   supplied water.

14             Do you see that?

15        A.    Yes, I do.

16        Q.    Okay.  And this so your calculation of

17   227 micrograms per liter for the long time average

18   is based on the 39 percent right the Hadnot Point

19   water -- 651 was being pumped 39 percent of the time

20   correct?

21        A.    Yes.

22        Q.    And also based on your calculation of an

23   average concentration for TCE in Hadnot Point Water

24   Treatment Plant from January 21, 1985 to February 5,

                                            117

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    1985 of 582 micrograms per liter right?

3         A.    Yes.

4         Q.    Okay.  And in case you didn't you seem

5    hesitant.  Look at the first sentence of that

6    paragraph.  You wrote.

7              The average concentration measured for

8    TCE at Hadnot Point Water Treatment Plant for the

9    period January 21 through February 5, 1985 is 582

10   micrograms per liter.

11              Do you see that?

12       A.    Yes, I do.

13       Q.    So to get to the 227 for the long time

14   average you had two inputs to that calculation, the

15   39 percent and the 582; right?

16       A.    Yes.

17       Q.    Okay.  So I want to ask you first about

18   the calculation of the average concentration for TCE

19   at the Hadnot Point Water Treatment Plant of 582.

20   Okay?  I want to talk about how you reached that

21   number.  Okay?

22              So first let's let's look at page 523 of

23   your report.

24       A.    Yes.

                                              118
                      CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        Q.    Okay.  And in the paragraph at the top

3    of the page in the middle you refer to these 18

4    water samples; right?  You see that in the middle of

5    that paragraph you say.

6              18 water samples were collected from

7          locations in the two distribution systems.

8                    Okay?  And that's referring to this time

9          frame when the Hadnot Point Water Treatment Plant

10         was supplying water to Holcomb Boulevard; correct?

11         That January 27 to February 5, '85 time frame right?

12             A.     I think that's correct.

13             Q.     Okay.  Look at the sentence right

14         before.

15                    During that period of time right

16         referring to January 27 to February 5th, '85, HPWTP

17         the Hadnot Point Water Treatment Plant supplied the

18         entirety of the water in the Holcomb Boulevard

19         system which was shut down following a fuel release

20         incident.

21                    Do you see that?

22             A.     Yes.

23             Q.     So during this time frame these 18 water

24         samples were collected from the two distribution

                                                      119
                              CONFIDENTIAL

1          UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          systems and then you say.

3                    The average TCE concentration in the

4          treated water was 582.

5                    Right?

```
 6         A.    Yes, that's what I say.

 7         Q.    Okay.  So look at -- let's look at page

 8    524 of your -- hold on.

 9               We look at page 527 of your report which

10    you've labeled as Exhibit 5-3.

11               You see the title of that Exhibit 5-3 is

12    COC contaminant concentrations in Holcomb Boulevard

13    and Hadnot Point systems during shutdown of the

14    Holcomb Boulevard Water Treatment Plant January 27

15    to February 5th.

16               And you say the water -- okay.  So these

17    are the 18 numbers that you used to calculate the

18    average; correct?

19         A.    Well, it's probably correct.  I don't

20    know.

21         Q.    Well, I have questions about it.  So I

22    want to make sure we're on the same page.

23               You did the calculations; right?

24         A.    Yeah.
```

```
 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2         Q.    Okay.  Okay.  So if you go back to page

 3    5-23 in your report?

 4         A.    Yes.
```

5          Q.     In the last sentence says -- okay.  So

6     the 582 let's go back to that.

7               18 water samples were collected from

8     locations in two distribution systems.  The average

9     TCE concentration of treated water was 582

10    micrograms per liter.

11              Do you see that statement?  Are with me?

12         A.     I see the statement yes.

13         Q.     And then the last sentence or you go on

14    to say.

15              The data for the period January 27 to

16    February 5, 1985 that contains the data for the

17    period when the Hadnot Point Water Treatment Plant

18    was providing 100 percent of the Holcomb Boulevard

19    water supply are summarized in Exhibit 5-3 right?

20         A.     That's what it says yes.

21         Q.     All right.  So the data to calculate

22    this average of 582 micrograms per liter are in

23    Exhibit 5-3; correct?

24         A.     Well, you know, I have to refresh -- to

                                          121
                      CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     double-check that but I think it appears to be

3     correct.

4     Q.     That's what the report?

5     A.     Yeah.

6     Q.     Says right?

7     A.     (Reviews document.)

8            Yes, I think that's correct.

9     Q.     Okay.  So I want to ask you about that

10    this data that were used to calculate the the 582

11    microgram per liter average TCE concentration.  All

12    right?

13           Exhibit 5-3 shows the location where

14    those samples were taken; correct?

15    A.     Yes.

16    Q.     Okay.  So just for reference, building

17    number 20 is the Hadnot Point Water Treatment Plant

18    right?

19    A.     Yes.

20    Q.     Okay.  And so the last entry on page 527

21    for building number 20 that sample date was February

22    5, 1985.

23           Do you see that?

24    A.     Yes.

                                              122
                     CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     Q.     Okay.  And the value for TCE was 429;

3    right?

4          A.      Yes.

5          Q.      Okay.  But that sample was taken the day

6    after HP651 had been shut down correct?

7          A.      Same day or the day after.  I don't

8    know.

9          Q.      Well look at the heading of your Exhibit

10   5-3 on this page.  Right in the heading of your

11   Exhibit 5-3?

12         A.      Yes.

13         Q.      Supply well HP651 was shut down on

14   February 4, 1985 correct?

15         A.      Yes.

16         Q.      Okay.  So this sample of 429 for

17   building 20 was taken a day after HP651 was shut

18   down correct?

19         A.      Yes, and -- yes, it represent treated

20   water that is in the reservoirs, yeah.

21         Q.      Right.  But the whole point of doing

22   this calculation is to figure out what the

23   concentrations were when HP651 was running right?

24   Was being pumped?

                                              123
                         CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        A.      Yeah, well it was the calculation is

3    what was the water that was delivered on average

4    what was the concentration on average in the water

5    that was delivered in in both areas until February

6    5.  That's what I recall.

7        Q.      Well let's go back to page 523.  The

8    first sentence on page 523 of your report says.

9                There is available data for COC

10   concentrations in treated water from Hadnot Point

11   Water Treatment Plant over the period January 27 to

12   February 5th when it is known that supply well HP

13   651 was being pumped.

14               Okay is it the whole point of this

15   calculation of you're trying to figure out the

16   average TCE concentration in the water while HP 651

17   was being pumped right?

18       A.      No, actually this is when the -- when

19   the water that was supplied to both system was

20   coming from Hadnot Point Water Treatment Plant.

21       Q.      But the purpose of your calculation is

22   to figure out what how much, how much TCE was in the

23   water when HP 651 was being pumped?

24       A.      Yes, and HP 51 -- 651 was being pumped

1

2     and said it was shut down on February 4th but then,

3     you know, it takes -- what you have in the

4     reservoirs that is being provided to the rest of the

5     system, it takes -- it takes a while to flush that

6     through.

7          Q.    Okay.  Well if we look at the number for

8     building number 20 on January 31st right which is

9     two, two lines up, we know on January 31st HP 651

10    was in fact being used right?

11         A.    651?  Was being pumped yes.

12         Q.    Yes.  Okay.  And so when on January 31st

13    the number was 900 micrograms per liter right?

14         A.    Yes.

15         Q.    So it's almost it's more than double

16    than the number the day after HP 651 had been turned

17    off; correct?

18         A.    Yes, and you have a variability.  You

19    have some variation in the measurements.

20         Q.    Is there an explanation for that

21    variation the fact that HP 651 had been turned off

22    the day before?

23         A.    Well, it would have some effect but you

24    also have -- I have to go back to this to -- to go

                                                        125

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    into details of where you want to go.  You know, you

3    also have dates 1/29/85 that were lower and -- well

4    you have a variability right.  It's not one number.

5    And I estimated a number that is representative for

6    the long term things and I did it the way I explain

7    I did it and that's what it is.

8         Q.    Let me ask you this.  Would you agree

9    that the February 5, 1985 sample from building 20

10   does not represent the concentration of TCE in the

11   water being pumped from Hadnot Point while HP 651 is

12   pumping?

13        A.    Well, but it contains water that was

14   pumped at HP 651 and that's why it's contaminated.

15        Q.    And it contains it also contains water

16   when HP 651 was not being pumped right?

17        A.    Well, that depends on how flush the

18   system was.  You have to look at the timing by the

19   hour and, you know, I don't recall detail of that.

20   But it is.  You have the effect of 651.  No question

21   about it and.

22        Q.    There's also no question that there

23   would have been water in that sample that 4/29

24   sample on February 5th that was from wells other

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    than HP 651 because HP 651 was not being pumped on

3    February 5th right?

4                    MS. O'LEARY:  Object to

5    foundation.

6                    THE WITNESS:  Yes, and again I

7    will have to go to the hour.  When was it stopped

8    exactly and when how much time it takes to flush the

9    system.  And and I see what you what you are getting

10   at.  You says you have slightly less concentration

11   then therefore might have should be a little bit

12   higher.  It would not change it by much at all.

13   BY MS. BAUGHMAN:

14       Q.    Okay.  Let me ask you some more

15   questions about this then.

16                    Building 670.  I think we talked about

17   this earlier.  Building 670 is the Holcomb Boulevard

18   Water Treatment Plant right?

19       A.    Yes, and that's the reservoirs in that

20   in that system, yes.

21       Q.    Okay.  So there are 5 samples included

22   in your calculation on Exhibit 5-3 that were from

23   building 670.

                    CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          A.    Yes.

3          Q.    Okay.  And the numbers of TCE at

4    building 670 the Holcomb Boulevard Water Treatment

5    Plant the measurements for TCE were 8.2, 340, 27, 24

6    and 26; right?

7          A.    Let me just get to find it.  Where did

8    you get the 842?

9                Oh, yeah.  Yes.

10         Q.    Okay.  And two of those samples were

11   taken on January 29th and three of them were taken

12   on January 31, 1985; right?

13         A.    Yes.

14         Q.    Okay.  And I averaged those five and,

15   you know, I could you could use a calculator your

16   phone or whatever, it probably sounds right.  If you

17   have the 8.2, 340, 27, 24 and 26 the average is 85

18   micrograms per liter okay?  Take my word for that.

19   Let me ask you this question.

20               Do you believe 85 micrograms per liter

21   is representative of the amount of TCE in Hadnot

22   Point Water Treatment Plant water when 651 is

23    running?

    24              MS. O'LEARY:  Object to form and

    1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

    2    foundation.

    3              THE WITNESS:  Well, the 651 was

    4    running during that time right and the systems were

    5    connected.  So the water on average that was

    6    provided by the system included what was in the

    7    reservoirs at 670 and that's basically -- that's

    8    basically my understanding of the system.

    9    BY MS. BAUGHMAN:

    10        Q.    Okay.

    11        A.    So all of this was representative of the

    12    system.  So some places receive water with low

    13    concentration and some places with higher

    14    concentrations.  The purpose of what I did was to

    15    get an estimate of the long time estimate as I said

    16    of how much concentration of TCE the water supplied

    17    by Hadnot Point would contain when the effect of 651

    18    is filled.

    19        Q.    Right.  Okay.  So let me ask you this.

    20              How during this time frame of January 27

    21    to February 5, 1985 how were -- how did Hadnot Point

22    water treatment -- Hadnot Point provide the water to

23    Holcomb Boulevard like how did Hadnot Point actually

24    get into the Holcomb Boulevard system?

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         A.    Right.  My understanding is that you

3    have connection.  You have two connections.  That's

4    what I recall and they open at least one of them and

5    then it goes into the system and the distribution

6    system in my assumptions goes through the reservoir

7    of 670 to kind of keep pushing that through.

8         Q.    Okay.  So you're saying okay.  The

9    connection is in the piping in the water

10   distribution system between Hadnot Point and Holcomb

11   Boulevard right?

12        A.    (Nods head).

13        Q.    Okay.  So so water in the Hadnot Point

14   water distribution point gets into the Holcomb

15   Boulevard water distribution system correct?

16        A.    (Nods head).

17        Q.    Okay.  Is there a way for water that's

18   in the water distribution system of Holcomb

19   Boulevard to get into the Holcomb Boulevard Water

20   Treatment Plant?

21          A.     It's not a treatment.  It's a reservoir.

22    It's not -- it's after the treatment plant.  It's a

23    reservoir.

24          Q.     Okay.  So how does water that's in the

                           CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     Holcomb Boulevard water distribution system end up

3     in the reservoir?

4           A.     Because everything is connected.  That's

5     my understanding.

6           Q.     Are there not valves that prevent water

7     in the water distribution system from backing up

8     into the reservoir?

9           A.     I do not know about the valve situation

10    an exactly there.

11          Q.     Did you investigate that?

12          A.     I did not investigate that.  I made the

13    assumptions that I made in my in my report.

14          Q.     Does the Holcomb Boulevard Water

15    Treatment Plant have a back flow prevention from the

16    distribution system into the reservoir?

17          A.     That I do not know.

18          Q.     Do you know what a check valve is?

19          A.     I do.

20          Q.      What is it?

21          A.      It's it's a valve that basically forces

22   a flow to go only in one direction.  If it goes in

23   the other one it tends to shut down if it's

24   perfectly working.

                        CONFIDENTIAL

2           Q.      So were there check valves in the

3    Holcomb Boulevard water distribution system to

4    prevent water from the distribution system to back

5    up into the reservoir?

6           A.      I do not know.  I assume that it was not

7    the case.  I assume that the waters that was

8    delivered is the waters that is characterized by

9    this data and I made that calculation as I explained

10   it and if I am wrong well maybe I would be corrected

11   if I am shown wrong but this is what I did.

12          Q.      Just a minute.

13                  Would it make sense that there would be

14   check valves to prevent water from the Holcomb

15   Boulevard water distribution system from backing up

16   into the reservoir?

17          A.      I don't know.  I don't have an answer

18   for that.

19      Q.      Did you talk to anyone at the Holcomb

20   Boulevard or Hadnot Point who works at those

21   treatment plants or anyone from Camp Lejeune about

22   whether there are check valves to prevent water from

23   the Holcomb Boulevard distribution system from

24   backing up into the reservoir?

                        CONFIDENTIAL

 1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2      A.      I have not asked that question.

 3      Q.      Okay.  If there were check valves to

 4   prevent water from the Holcomb Boulevard water

 5   distribution system from backing up into the

 6   reservoir, then your, your numbers for building 670

 7   should not have been used in this calculation.

 8   Would you agree with me?

 9                MS. O'LEARY:  Object to

10   foundation.

11                THE WITNESS:  Well, we can -- we

12   can argue about that.  That depends.  Again that

13   depends of the setup on the piping and and all of

14   that and whether or not those reservoirs were still

15   providing certain areas with water.

16   BY MS. BAUGHMAN:

17      Q.      Well?

18        A.      I don't -- I told you I don't know if

19    there was check valves or not and I assumed that

20    that was part of the system.  And that's was

21    concentrations that were in the system.  That's what

22    I assumed.

23        Q.      You assumed that water from the Hadnot

24    Point Water Treatment Plant while 651 was pumping

                              CONFIDENTIAL

 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2    would get into the Holcomb Boulevard distribution

 3    system and then would be able to back up into the

 4    reservoir for Holcomb Boulevard; right?

 5        A.      Again, I just assume that's part of the

 6    system.  That's the data for the system.  I just

 7    made a simple average of all of that to presence to

 8    long term.  Whether it's 582 or 600 or we can argue

 9    about that, but I clearly stated the way I did it.

10        Q.      Let me ask you.

11                The sample that says building -- it's

12    the third one.  Building 670 upstream of reservoir

13    in your Exhibit 5-3.

14                What does upstream of reservoir mean?

15        A.      Well, it's upstream of the reservoir.

16        Q.      So that's not a sample from the

17    reservoir right?

18         A.    This is just how it was described and I

19    would interpret that as you say that it's upstream

20    from the reservoir.  That means it's as the water

21    flows.

22         Q.    That would be part?

23         A.    It would be before the reservoir but it

24    could still be treated water.  It could still be the

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    water that is being provided.

3         Q.    Well the water that was being provided

4    in that time frame of January 27 to February 5, 1985

5    was not coming from the Holcomb Boulevard reservoir

6    right?

7                   MS. O'LEARY:  Object to

8    foundation.

9                   THE WITNESS:  Well.

10   BY MS. BAUGHMAN:

11        Q.    Because Holcomb Boulevard Water

12   Treatment Plant was shut down right?

13                  MS. O'LEARY:  Same objection.

14                  THE WITNESS:   What was shut down

15   was the treatment right?  Because you had some con

16    testimony nation in the system.  That was shut down.

17    You had a fuel leak if I recall.

18    BY MS. BAUGHMAN:

19        Q.    Right.

20        A.    That was shut down.

21        Q.    Right.  Where was the fuel leak?  Do you

22    remember?

23        A.    It was I believe it was on top of one

24    reservoir.  I don't remember the details of it.

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        Q.    So building 670 the reservoir here that

3     was sampled and included in your calculations was

4     that the reservoir that had the leak in it?

5        A.    I do not know that.

6        Q.    Okay.

7        A.    It is a description of where exactly the

8     sample was taken is not I could not figure out

9     exactly where it was.

10       Q.    Okay.  I'm going to hand you what I've

11    marked as Exhibit 42 to your deposition.

12                    (Document marked for

13    identification as Exhibit 42.)

14    BY MS. BAUGHMAN:

15          Q.    And Exhibit 42 is a one page document

16    Bates-stamped CLJA USMC GEN and the last four

17    numbers are 6684.

18                Have you seen this document before?

19          A.    Specifically that one single page here.

20    I may have seen it.  I don't know for sure.

21          Q.    Okay.  So you see this starts out at the

22    top Sunday January 27, 1985 at 1300 and it describes

23    what happened there in terms of that gasoline leak?

24          A.    Right.

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          Q.    Right?  And about 25 percent down the

3    page it says.

4                Then the reservoir was drained of 1

5    million gallons and hosed down with fire hose for

6    several hours.

7                Do you see that?

8          A.    Exactly.

9          Q.    And that's referring to a reservoir at

10    the Holcomb Boulevard Water Treatment Plant;

11    correct?

12          A.    That's correct.

13          Q.    Okay.  And that's all on the entry for

14    Sunday January 27th; correct?

15         A.    That's correct.

16         Q.    Then it says.

17               Monday January 28th the reservoir was

18    refilled at 1400, which would be 2:00 PM correct?

19    Then it says plant turned -- I'm sorry.

20               It says the reservoir was refilled, at

21    1400 plant turned off.

22               Do you see that?

23         A.    I see that.

24         Q.    Okay.  What water was used to refill

                          CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     that reservoir?  With where did it come from?

3          A.    Well, that may be the explanation of why

4     you had contamination in that reservoir.  It's just

5     I don't know where exactly where it came from.  It

6     may have come partly from Hadnot Point Water

7     Treatment Plant and partly from.

8          Q.    But you don't know?

9          A.    And partly from some wells.

10               I do not know but it was refilled with

11    water and that water was not something that went

12    through the plant.

13          Q.      Well how do you know that it wasn't

14     refilled with water from Holcomb Boulevard?

15          A.      Well, I don't know.

16          Q.      You don't know either way.

17          A.      Either way.

18          Q.      Okay.

19          A.      But the fact that it had some

20     contamination in it it may have been a blended

21     matter because you need a million gallon of water to

22     take it where you can.

23          Q.      Well let's talk about that for a minute.

24                  If we don't if we set aside the upstream

                                            138
                            CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     of reservoir sample because we don't know where that

3     was taken right?

4                  The four other samples from building 670

5     Holcomb Boulevard reservoir are 8.2, 27, 24 and 26.

6                  Do you see that?

7          A.      I see that.

8          Q.      They're very low right?

9          A.      Yeah.

10          Q.      So we don't know how that reservoir was

11     refilled; correct?  What water was used to refill

12    it; fair?

13         A.    We don't know.

14         Q.    Okay.

15         A.    But it had some contamination in it.

16         Q.    Yeah.  If the Holcomb Boulevard

17    reservoir did not have check valves to prevent water

18    from the Holcomb Boulevard distribution system from

19    going into the reservoir, wouldn't the reservoir

20    overflow?

21         A.    You have overflow.  You have overflow

22    vents or overflow structures in each reservoir.  So

23    they could overflow but if you put more water than

24    the reservoir contains it would overflow.  I mean,

                                             139
                    CONFIDENTIAL


1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     that's a logical thing right?

3          Q.    Do you consider yourself an expert in

4     the design of water treatment plants?

5                    MS. O'LEARY:  Object to form.

6                    THE WITNESS:   I am not an expert

7     in the design of Water Treatment Plant.

8     BY MS. BAUGHMAN:

9          Q.    Okay.

10         A.    But I have seen many of them and I have

11      visited these.

12          Q.      Okay.  Isn't it normal for Water

13      Treatment Plant to have a check valve to prevent the

14      water in the distribution system from backing up

15      into the reservoir?

16                      MS. O'LEARY:  Object to

17      foundation.

18      BY MS. BAUGHMAN:

19          Q.      Isn't that the ordinary way these things

20      are designed?

21                      MS. O'LEARY:  Object to

22      foundation.

23                      THE WITNESS:    It can be ordinary

24      way but specifically for those I do not know.

                                        140
                        CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2       BY MS. BAUGHMAN:

3           Q.      Okay.  Let me ask you both times.

4                       Do you know whether it is standard

5       practice to have a check valve in a Water Treatment

6       Plant to prevent water from the distribution system

7       from backing up into the reservoir do you know?

8           A.      I -- it would make sense to but I do not

9       know specifically for those if it was that way.  It

10     would make sense.

11          Q.     It would make sense and you did not

12     investigate whether there was a check valve

13     preventing water from the Holcomb Boulevard

14     distribution system from backing up into the

15     reservoir.  You did not look into that is that true?

16          A.     I did not look into that.

17          Q.     Okay.  And just to be clear to make sure

18     we're on the same page.  If you turn to page 5-33 of

19     your report in Opinion 7 you talk about the Holcomb

20     Boulevard Water Treatment Plant and in the last

21     sentence on this page you talk about the connection

22     between Hadnot Point and Holcomb Boulevard and you

23     say.

24          When this occurred, you're referring to

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      when when there was high demand such that Holcomb

3      Boulevard did not have sufficient water levels, you

4      said.

5           When this occurred, Hadnot Point Water

6      Treatment Plant provided supplemental water through

7      a bypass valve or a booster station that allowed

8      Hadnot Point Water Treatment Plant water to

9      supplement Holcomb Boulevard Water Treatment Plant.

10              Do you see that?

11      A.      I see that yes.

12      Q.      Is it your opinion that during the time

13      frame of January 27 to February 5, 1985 it was the

14      bypass valve or the booster station that allowed

15      Hadnot Point to provide water to the Holcomb

16      Boulevard distribution system?

17      A.      That was one of the connections.  I

18      don't recall exactly the name of it but it was -- I

19      think it was one of the connections that was open.

20      Q.      Are there any other ways for Hadnot

21      Point to provide water to Holcomb Boulevard other

22      than this bypass valve or booster station?

23      A.      I think there were two connections and I

24      don't remember the name of them.

CONFIDENTIAL

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      Q.      Okay.  But they're part of the

3      distribution system right?  The two distribution

4      systems are connected.  There's a way to connect

5      them with a valve?

6      A.      Yeah, that's the connections between the

7      two systems.  Yeah.

```
 8          Q.      All right.

 9          A.      That's my understanding.

10          Q.      All right.  So I want to ask you a few

11   questions about tank SLCH4004.  That's one of the

12   numbers on Exhibit 5-3 the measurement of 318.

13                  Do you know where that tank is located?

14          A.      Hold on.  Hold on.  You are losing me

15   here.  5-3?

16          Q.      Yes.  It's page 5-27 of your report.

17          A.      Oh, sorry.  I thought it was a page.

18   5-3.  Start to be a bit mixed up here.  Okay.

19          Q.      Okay.

20          A.      Sorry for that.

21          Q.      Okay.  You're on page 5-27 of your

22   report right?

23          A.      Yes.

24          Q.      Okay.  So I just want to ask a few
```

                                        143
                           CONFIDENTIAL


 1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2   questions about the sample for tank SLCH4004 do you

 3   see that?

 4          A.      Hold on.  Hold on.  Tank tank tank.

 5   S-2323.

 6          Q.      No S it says SLCH4004.  The bottom third
```

Case 7:23-cv-00897-RJ    Document 404-1    Filed 06/11/25    Page 149 of 227

7    of the page.

    8         A.    Oh, tank S okay.

    9         Q.    Okay.  So that had a measurement of 318

   10    micrograms per liter.

   11              Do you see that?

   12         A.    I see that.

   13         Q.    Okay.  Do you know where that tank is

   14    located?

   15         A.    I do not recall.

   16         Q.    Okay.  So we looked it up and it's a

   17    midway park water tower and would you agree that the

   18    midway park water tower is furthest from the Hadnot

   19    Point Water Treatment Plant?

   20              MS. O'LEARY:  Object to form and

   21    foundation.

   22              THE WITNESS:   I I cannot answer

   23    that question just like this.  I don't recollect.

   24    BY MS. BAUGHMAN:

                                                  144
                        CONFIDENTIAL

    1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

    2         Q.    Okay.  Okay.  Do you know whether there

    3    was contaminant water in the midway park water tower

    4    when Holcomb Boulevard treatment plant was shut

    5    down?

6                    MS. O'LEARY:  Object to form.

7                    THE WITNESS:  I don't know that.

8    I don't know.

9    BY MS. BAUGHMAN:

10        Q.    Do you know whether there was a mixed at

11   Hadnot Point and Holcomb Boulevard water in the

12   midway park water tower when this sample was taken

13   on January 31st?

14        A.    I don't recollect.  I don't I don't

15   know.  I don't recollect.  I mean, this is digging

16   in the details that I don't recollect.

17        Q.    Okay.  Now you'd agree that if we don't

18   include at a minimum the samples from building 670

19   the Holcomb Boulevard Water Treatment Plant

20   reservoir that your number for the average amount of

21   TCE in the water when HP 651 was running would be

22   substantially higher?

23                   MS. O'LEARY:  Object to form.

24                   THE WITNESS:   I would agree with

                                              145
                        CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    that.

3    BY MS. BAUGHMAN:

4        Q.    Okay.

5          A.      If it -- if you exclude those values

6     that are lower than the rest it will raise the

7     average of.  Yes, I agree with that.

8          Q.      Okay.  So in your report you talk about

9     performing a check on your calculations.  This is on

10    page 5-29.  Right after your -- the calculation of

11    .39 times 582 you say that there was a check on the

12    validity on the 227 microgram per liter average.

13            Do you see that?

14         A.      I see that.

15         Q.      Okay.  And part of that included you

16    used in that first sentence you say that your check

17    on the validity of the 227 microgram per liter

18    average TCE concentration can be made using ATSDR

19    assumption of 28 wells pumping and then you cite

20    Morris Maslia ATSDR report from March 2013.

21            Do you see that?

22         A.      I see that.

23         Q.      Okay.  So so when you're doing this

24    check you're assuming that 28 wells were pumping at

                         CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     the same time at the Hadnot Point Water Treatment

3     Plant; right?

4          A.     Yes.  Yes.  I borrowed the assumption

5     that that ATSDR had done that.  You have -- to

6     satisfy the demand you had an average of 28 wells

7     pumping over the long period of time.

8          Q.     I'm handing you what I've marked as

9     Exhibit 43 to your deposition.

10                    (Document marked for

11     identification as Exhibit 43.)

12     BY MS. BAUGHMAN:

13          Q.     Which is the report that you cite in

14     footnote 100; correct?  And that we marked for the

15     record it's chapter A summary of findings, summary

16     and findings and this is from Hadnot Point Holcomb

17     Boulevard March 2013 and it is Exhibit 43.  It

18     starts at CLJA water modeling 01-000942579.

19                    Actually let me make sure.  Let me see

20     that.

21          A.     (Hands document).

22          Q.     Okay.  Good.

23                    All right.  So I want to go to where

24     you've referenced what you've referenced for the 28

CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     wells pumping which would be on page A14.

```
 3          Wouldn't you agree that what figure A6

 4    on page A14 is showing is the number of operating

 5    wells not the number of wells pumping at the same

 6    time?

 7                    MS. O'LEARY:  Object to

 8    foundation.

 9                    THE WITNESS:  Well, my

10    understanding is that my reading of that it was that

11    those were are the ones that are being operated to

12    satisfy the demand that you have on top of the was

13    the figure.

14    BY MS. BAUGHMAN:

15          Q.    So if you're looking for your A5 that's

16    on page A12, this shows the operational chronology.

17    This shows when wells were in operation; correct?

18          A.    (Reviews document.)

19                Where does it say that?

20          Q.    Well the title is "Operational

21    chronology" right?

22          A.    Yeah.

23          Q.    And it's providing when it started and

24    when it stopped?
```

                                                148
                          CONFIDENTIAL


 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        A.      Yeah, it says that yes.

3        Q.      Right.  And then if you turn to page A11

4    at the very last text on page A11 says.

5                An operational chronology for water

6    supply wells in the study area during the period

7    1942 to 2008 is shown in figure A5.

8                Right?

9                This graph shows dates of operations for

10    each well that supplied raw water to the water

11    treatment plants and the dates when some of the

12    wells were permanently taken out of service.

13                So you agree that's what A5 means?

14        A.      You lost me.  I don't know where you

15    are.

16        Q.      Okay.  Page A11?

17        A.      Yeah.

18        Q.      The very last set of text like the last

19    last full sentence on that page last two figures is

20    referring to figure A5.

21                And it says.

22                An operational chronology?

23        A.      Hold on.  I don't know where you are.

24        Q.      Look at my look at my you see this pink

149

CONFIDENTIAL

2     part here.  That's where I'm reading from on page

3     A11?

4          A.     Okay.  Okay.

5          Q.     Okay.

6          A.     Thank you.

7          Q.     It says.

8                 An operational chronology for water

9     supply wells in the study area during the period

10     1942 to 2008 is shown in figure A5.

11                Which we were just looking at right?

12          A.     Uh-huh.

13          Q.     Okay.  This graph shows dates of

14     operation for each well that supplied raw water to

15     the water treatment plants and the dates when some

16     of the wells were permanently taken out of service.

17                So you agree with me that that's what

18     figure A5 shows right?

19          A.     That's my understanding yes.

20          Q.     Okay.  Then if you look at page A13 of

21     this report, there is a sentence and I'm going to I

22     highlighted it here so you can see generally where

23     on the page it is on A13 okay?  And it says.

24                Based on documented and reconstructed

                                                        150

```
1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT
```

2    information an average of 28 wells supplied water

3    each month to the Hadnot Point Water Treatment Plant

4    during the period 1942 to 2008.

5             Do you see that?

6        A.    I see that.

7        Q.    And then that refers to figure A6 which

8    is what you cited in your -- in your report right?

9             MS. O'LEARY:  Object to form and

10   foundation.

11            THE WITNESS:   Okay.

12   BY MS. BAUGHMAN:

13       Q.    Okay.  So that's an average of 28

14   supplied water each month.  That doesn't say that

15   they were supplying them all at the same time does

16   it?

17            MS. O'LEARY:  Object to form and

18   foundation.

19            THE WITNESS:   What my reading of

20   this was that to satisfy the demand for this figure

21   A6.  To satisfy the demand that is on top of the

22   figure this is the wells that you had to operate.

23   And and on average you had to operate 28 wells on a

24   monthly average basis to -- to satisfy the demands.

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    That's what -- that's the way I read this.

3    BY MS. BAUGHMAN:

4         Q.    Let me ask you about that.  I'm going to

5    give you.  Okay.  I'm handing you what I've marked

6    as Exhibit 44 to your deposition.

7                   (Document marked for

8    identification as Exhibit 44.)

9                   THE WITNESS:   Thank you.

10   BY MS. BAUGHMAN:

11        Q.    Exhibit 44 I believe is also for the

12   record it's Bates-stamped CLJA water modeling

13   07-0000019001 through 19004.

14              Now I believe that this Exhibit 44

15   actually is in your report.  Just have to figure out

16   where.  Here it is.

17              Okay.  So in your report on page 4-18

18   it's Exhibit I9 of your report.  This is -- this is

19   information that you used to determine -- I'll wait

20   till you get there.  Are you looking for your

21   report?

22        A.    What page are you?

23        Q.    Page 4-18?

↑

                              CONFIDENTIAL


1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          Q.      Yeah.

3          A.      Yes, I am there.

4          Q.      Okay.  So Exhibit 4-18 is a document

5      that you used to determine the frequency of use of

6      supply wells from November 18, '84 to February 4,

7      '85.  You used this to determine that 39 percent

8      pumping frequency for HP 651 correct?

9                  MS. O'LEARY:  Object to form.

10                 THE WITNESS:  Yes, that's the

11     information that I found.

12     BY MS. BAUGHMAN:

13         Q.      Okay.

14         A.      For that well.

15         Q.      Okay.  Let me ask you.  If you look at

16     this document, the last, the last 8 wells like on I9

17     those are -- those are wells that service Holcomb

18     Boulevard; correct?

19         A.      I don't recall that but possible.

20         Q.      Okay.  Okay.  So assuming that's true

21     and I believe it is true that those are all serving

22     Holcomb Boulevard, one could add up how many wells

23    were operating on each day to figure out based on

24    what -- based on your assumption of 28 shouldn't

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    there be 28 wells operating for Hadnot Point each

3    day to make your assumption of 28 correct for your

4    calculation?

5                    MS. O'LEARY:  Object to form and

6    foundation.

7                    THE WITNESS:   First of all the

8    assumption I made is the way I end up with it is

9    what is written in the ATSDR report right.

10    BY MS. BAUGHMAN:

11        Q.    Okay.

12        A.    Now this period of time here is a

13    particular period of time.  It's when you had

14    incidents and and some wells were shut down and

15    those kind of issues.  So this this was during

16    basically the period where they were trying to

17    figure out what the heck is going on and this, you

18    know, some wells were not being used because of

19    that.

20                    So so that that.  And this is the data

21    and I looked at that data and this is 39 percent of

22    the time, 651 was down.  I have no other data for

23    the frequency of use of 651.

24         Q.    Okay.

                    CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          A.    It could have been less.  It could have

3     been more.

4          Q.    But you would agree that this period of

5     time November 20, 84 to February 4, 1985 was not

6     necessarily representative of how the wells were

7     operated in the for the Hadnot Point water

8     distribution system because they were making this

9     investigation about contamination right?

10         A.    I.

11               MS. O'LEARY:  Object to form and

12    foundation.

13    BY MS. BAUGHMAN:

14         Q.    Isn't that what you just said?

15         A.    What I said is that during that period

16    of time some wells had been shut down right.  So you

17    had less wells available in that sense and the 39

18    percent if you had more wells logic liquid could

19    have been less.

20         Q.    Well isn't it also true in the 7 months

21    prior to your time frame of November 28, '84 to

22    February 4, '85 there were 6 or 7 wells that were

23    new that had just come online?

24                    MS. O'LEARY:  Object to

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    foundation.

3                    THE WITNESS:   There were some new

4    ones that were that were available.

5    BY MS. BAUGHMAN:

6        Q.    And they were being used they were being

7    pumped?

8        A.    Well, that I would.

9                    MS. O'LEARY:  Objection.

10   Foundation.

11                   THE WITNESS:   There I would have

12   you have to show me where that is being said for

13   those particular wells.

14   BY MS. BAUGHMAN:

15       Q.    Okay.  Would it surprise you that if you

16   added up on your Exhibit I9 the number of Hadnot

17   Point wells that were operating from November 28 to

18   February 4 that it was on average of 13 per day?

19                   MS. O'LEARY:  Object to form and

20    foundation.

21    BY MS. BAUGHMAN:

22        Q.    Based on Exhibit I9?

23              MS. O'LEARY:  Same objections.

24              THE WITNESS:   It could be but it

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    is also a period of time where less water was being

3    used as well.  You had some period of time

4    historically where more water was because the base

5    was more busy and so on.

6    BY MS. BAUGHMAN:

7        Q.    So you're saying from November 28, 1984

8    to February 4, 1985 there was less water being used

9    than normal?

10        A.    Well, than for just a single system.

11    You have to go back to that figure you had where I

12    say it's figure A15 I believe.  You know, again I

13    have to get through memory about those kind of

14    things and if I -- I would like to see that figure

15    A15 again.

16        Q.    A14.  A I think you're looking?

17              MS. O'LEARY:  A5.

18              THE WITNESS:   Oh, was it A5 yeah.

19      BY MS. BAUGHMAN:

20          Q.      So we were looking at.

21          A.      Yeah, yeah.

22          Q.      It's page A12.

23          A.      That's figure A6.  A6.

24          Q.      Yeah, it's page A14.  Okay.

CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2           A.      A6.  A6.

3           Q.      So let me ask you the question again.

4                   Are you -- I think you told me just a

5       minute ago that the time frame of November 28, '84

6       to February 4, '85 was a time frame when there was

7       less demand for water than normal.  Is that your

8       testimony?

9           A.      My testimony is that if you go to figure

10      A6 that shows basically total monthly flow in

11      millions of gallons per day right for the Hadnot

12      Point system.  You can see that over some period of

13      time it was close to 5 million gallon per day.  And

14      when you go down to the -- to the 85 percent of time

15      it was a lot more like 3.  So it's much you use less

16      wells because of that.

17          Q.      And and you'd pump less water from the

18    wells?

19         A.    No, I don't think so.  I think you use

20    less wells.

21         Q.    Okay.  So if the demand is lower then

22    that means the amount of water going through the

23    treatment plant is lower right?

24         A.    Yes.

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         Q.    Okay.  So you'd need less water from the

3    wells right?

4         A.    No.  You need less wells.

5         Q.    And less water?

6         A.    You need less number of wells to put use

7    the water you need.

8         Q.    Right.  Which is a lower amount of water

9    than normal?

10        A.    Not normal that's the amount of water

11    you need.  So how many wells you need to provide

12    that water because those wells basically when you

13    put them on they produce what they produce.

14        Q.    Okay.  So in the earlier time frame

15    let's say from the 1940s all the way through January

16    1970 there would be more wells being operated.  Is

17    that what you're saying?

18              MS. O'LEARY:  Object to form.

19              THE WITNESS:   I would -- I would

20    logically say yes, you need more wells during that

21    period of time.  Yes.

22    BY MS. BAUGHMAN:

23        Q.    Okay.  So when you're doing this check

24    on the system you assumed 28 wells pumping and 39

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    percent frequency of use for 651?

3              MS. O'LEARY:  What page is that.

4              MS. BAUGHMAN:  Page 529 at the

5    bottom.

6    BY MS. BAUGHMAN:

7        Q.    And you used a value of 16,297 in water

8    pumped from Hadnot Point 651 right?

9        A.    That's a reasonable calculation.

10       Q.    Okay.

11       A.    Right?  That means you had high

12    contamination in 651.  That's what it says.

13       Q.    Uh-huh.

14       A.    And it's pretty close to what was

15    measured in 651.

16          Q.     Right.  But you're talking about a

17     measured -- so the end of the sentence you say.

18                 Which is consistent with the measured

19     TCE concentration of 18,900 micrograms per liter

20     when supply well HP 651 was pumping in February

21     1985.

22                 Correct?

23          A.     Yeah.

24          Q.     Okay.

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2           A.     That's when you have a measurement.

3           Q.     But while you're doing this measurement

4      in February '85 there weren't 28 wells pumping then

5      there was much less right?

6                  MS. O'LEARY:  Object to

7      foundation.

8                  THE WITNESS:  Yes, and if you have

9      less wells that means the concentration would have

10     been higher.

11     BY MS. BAUGHMAN:

12          Q.     Right.

13          A.     On the calculated concentration would

14     have been higher and closer to the 19,000.

15        Q.    But it wouldn't be correct -- the

16   calculations at the top of page 530, it wasn't

17   correct to use 28 divided by .83 because there

18   weren't 28 wells pumping in February 1985.  We know

19   that based on your Exhibit I9 where you can count

20   the number of X's and determine in that time frame

21   how many wells were pumping right?

22                MS. O'LEARY:  Object to form and

23   foundation.

24                THE WITNESS:  Yes, and again I am

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    talking about long term here.

3    BY MS. BAUGHMAN:

4         Q.    But this calculation wasn't done for

5    long term this is?

6         A.    No, it is.  The calculation compares

7    just two things.  It's what you would calculate

8    making the assumption that I made right?  It's a 28

9    wells and the average concentration that's what you

10   would calculate.  You get 16,000.  What was measured

11   in a device 19,000.  For me this indicates this this

12   well was heavily contaminated I'm not saying that

13   it's an exact value.  It was heavily contaminated

14      and it's consistent with that.

15          Q.      Okay.  But your calculation is dividing

16      by 28 wells?

17          A.      Yes.

18          Q.      For a number from February 1985 and

19      there were not 28 wells?

20          A.      Right.

21          Q.      Pumping in '85 correct?

22          A.      Well, according to the information we

23      have, there were less wells pumping then.

24          Q.      Right.

                                                    162
                        CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2           A.      But that will give you concentrations at

3       a higher.  That's consistent with this well 651

4       being the well that is heavily contaminated.

5           Q.      I'm going to ask you some more questions

6       about Exhibit I9 in your report.  So going back to

7       page 4-18 of your report.

8                   We agreed that this is the data that you

9       used to determine to reach your result that Hadnot

10      Point 651 pumped 39 percent of the time; correct?

11          A.      Again which page is that?

12          Q.      4-18.

13          A.      Sorry.  Okay.  That's the only data

14    available that shows you by people who are working

15    there which well were on which wells were off.

16          Q.      Okay.

17          A.      During the period of time that is dated.

18          Q.      Let me ask you about that then.

19                  Who prepared the document that is your

20    Exhibit I9?  Who who prepared it?

21          A.      Well, basically it is a reproduction of

22    what is in Exhibit 44.

23          Q.      Right.

24          A.      Which is handwritten and put it into an

                                                          163
                              CONFIDENTIAL


1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     Excel spreadsheet.

3           Q.      Okay.

4           A.      And I probably have one of my staff to

5     do it.

6           Q.      Okay.  So let me let me ask a different

7     question.

8                   Who prepared Exhibit 44?

9           A.      Somebody at the base.

10          Q.      Who at the base?

11          A.      I do not know.

12          Q.      When was Exhibit 44 prepared?  And wait

13    for the record I think you just said this but just

14    for the record Exhibit 44 is the document that is

15    the basis for your Exhibit I9; correct?

16          A.      Yes.

17          Q.      Okay.  When was Exhibit 44 prepared?

18          A.      The exact date I don't know but it would

19    have been after, after the last date that you have

20    on the -- on this which is, you know, after January

21    6, 1985.

22          Q.      Okay.  But do you know if it was

23    prepared in 1985 or years after that?

24          A.      That I do not know.  That's the only

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    document we found that is an independent document

3    that is doesn't have any, anything that's done by,

4    you know, either me or somebody else.

5    It's -- that's the information that's out there in

6    the file.

7          Q.      Right.  But you don't know when it was

8    prepared?  You do not know when Exhibit 44 was

9    prepared correct?

10          A.      Well, I do not know when exactly it was

11    prepared, no.

12         Q.    Okay.  Do you know what the source of

13    information was, in other words, whoever prepared

14    Exhibit 44, what did they use to prepare this?

15         A.    They use their knowledge of the system.

16    That's what I understand.

17         Q.    You understand based on what?

18         A.    Because it was prepared for them when

19    they were just trying to figure out the problem and

20    and, you know, I don't know who did that but it was

21    not done by either ATSDR or myself or anybody else.

22    It was done by people that worked at the plant and

23    this is basically something that you accept like you

24    accept data sheets from the laboratories that are

                                                165
                        CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     handwritten.

3          Q.    How do you know it was how do you know

4     Exhibit 44 was prepared by someone at the plant?

5     Where does it say that?

6          A.    Well, that's my deduction because it was

7     part of the documents that were basically archived

8     and and produced and those documents were from the

9     base.  They were not from anybody else.

10      Q.    So do you know whether Exhibit 44 was

11   prepared based on other documents and data or was it

12   prepared as things were happening at the time?  Like

13   what was the source of the information used to

14   prepare Exhibit 44?

15                   MS. O'LEARY:  Object to form.

16                   THE WITNESS:   My understanding is

17   that the knowledge of the people at the plant and

18   for some reason that was done.

19   BY MS. BAUGHMAN:

20      Q.    And you say that's your understanding.

21   That's you're speculating aren't you?

22                   MS. O'LEARY:  Object to form.

23                   THE WITNESS:  Well, I am taking

24   that as information that's independent and that's

                                                166
                       CONFIDENTIAL

 1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2   available.

 3   BY MS. BAUGHMAN:

 4      Q.    Okay.  But you don't know who prepared

 5   Exhibit 44 and you don't know when it was prepared

 6   right?

 7                   MS. O'LEARY:  Object to form.

 8   Asked and answered.

```
 9                    THE WITNESS:   I answered that.

10                    I do not know who prepared it and

11    I don't know exactly when it was prepared.

12    BY MS. BAUGHMAN:

13        Q.    Okay.  And you don't know how it was

14    prepared based on some compilation of other

15    information or data you don't know how this was

16    prepared.  Fair?

17                    MS. O'LEARY:  Object to form.

18                    THE WITNESS:   Somebody at the

19    Water Treatment Plant put this together at some

20    point.  That's all I know.

21    BY MS. BAUGHMAN:

22        Q.    But you don't know what they based it

23    on?

24                    MS. O'LEARY:  Object to form.

                                            167
                   CONFIDENTIAL
```

```
 2                    THE WITNESS:   I know they based

 3    it on their knowledge.

 4    BY MS. BAUGHMAN:

 5        Q.    And that's your guess?

 6                    MS. O'LEARY:  Object to form.

 7                    THE WITNESS:   Obviously I did not
```

8       invent that.  They based it on their knowledge.

9       BY MS. BAUGHMAN:

10          Q.      And you're basing that on what?

11          A.      You don't generate a document like this

12      in the archive material just dreaming of it.  You

13      base it on something which is knowledge and that's

14      my understanding and that's -- that's the only

15      document that talks about how often the wells were

16      cycled and it is in the record that the wells were

17      cycled.  They were not always on.  None of them were

18      always on.

19          Q.      Have you had any conversations with

20      anyone who worked at any water -- at the Hadnot

21      Point well this is about the Hadnot Point Water

22      Treatment Plant right?

23              So have you had any conversations with

24      anyone who worked at Hadnot Point Water Treatment

                                                    168
                        CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2       Plant about Exhibit 44?

3                   MS. O'LEARY:  Object to form.

4                   THE WITNESS:  I don't recall

5       exactly but I think that I had asked.  I mean,

6       nobody knew anything about that.  That's my

7      understanding and the reason nobody knew about that

8      is because the people who are still there or were

9      still there in 2005 and later weren't there when

10     that was done.  That's all I know or at least none

11     of them knew about who did that.

12     BY MS. BAUGHMAN:

13         Q.    Okay.  So so you actually took this

14     Exhibit 44 to Hadnot Point and asked people who

15     worked there about it?

16         A.    No.

17               MS. O'LEARY:  Object to form and

18     foundation.

19               THE WITNESS:   Sorry.

20               I did not do that.  I did not take

21     this and show them who did this.  I just -- I

22     vaguely recall that I ask, you know, you have some

23     information on when the wells were used or not and

24     who knows about that and there was nobody there who

                            CONFIDENTIAL

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      knew about it.

3      BY MS. BAUGHMAN:

4          Q.    Okay.

5          A.    Or the frequency of use of the wells.

6          Q.     So you haven't asked anyone who worked

7     at the water -- at the Hadnot Point Water Treatment

8     Plant specifically about Exhibit 44 is that true?

9          A.     I don't recall if I did or not but

10    nobody -- my recollection is that nobody knew

11    anything about this.

12                    MS. O'LEARY:  Have we been going.

13                    THE WITNESS:   That are still

14    there.

15                    MS. O'LEARY:  Sorry we've been

16    going a little over an hour can we take a just a

17    short break.

18                    MS. BAUGHMAN:  Let me finish up on

19    couple of things on this and then we can do that.

20    BY MS. BAUGHMAN:

21         Q.     Okay.  Can you tell me the name of

22    anyone who you spoke to regarding Exhibit 44 and how

23    it was prepared?

24                    MS. O'LEARY:  Object to

                                              170
                        CONFIDENTIAL


1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     foundation.

3                    THE WITNESS:   I cannot tell you

4     the name of anyone.

```
 5    BY MS. BAUGHMAN:

 6        Q.    Okay.  If you want we can take a break.

 7    That's fine.

 8                    THE VIDEOGRAPHER:  The time is

 9    12:52 PM.  We are now off the record.

10                        (A recess was taken.)

11                    THE VIDEOGRAPHER:  The time is

12    1:06 PM.  We are now on the record.

13                    MS. BAUGHMAN:  Thank you.

14    BY MS. BAUGHMAN:

15        Q.    Okay.  Dr. Hennet I'm going to hand you

16    what I've marked as Exhibits 45 and 46 to your

17    deposition?

18                        (Document marked for

19    identification as Exhibit 45 and 46.)

20    BY MS. BAUGHMAN:

21        Q.    Exhibit 45 is CLJA water modeling

22    050001040308 through 319, and it starts questions

23    for Mr. Mundt dated August 5, 2008.

24                    Exhibit 46 is CLJA underscore U.S.
```

171
CONFIDENTIAL

```
 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2    T020004149161 through 9194.

 3                    Okay.  There you go.
```

```
 4        A.      Thank you.

 5                       MS. BAUGHMAN:  And let me give

 6    you.  There you go.

 7    BY MS. BAUGHMAN:

 8        Q.      Okay.  So have you seen these documents

 9    before?

10        A.      (Reviews document.)

11

12        Q.      And I'll provide some context if it

13    helps.

14                       Exhibit 45 are questions sent by ATSDR

15    to Mr. Mundt who is a Water Treatment Plant employee

16    and Exhibit 46 are the answers provided back.

17                       So with that context are these documents

18    you've reviewed before?

19        A.      I don't know.  I don't recollect these

20    documents.

21        Q.      You don't recall them?

22        A.      I don't recall.  I don't know if I ever

23    saw them.  I don't know.

24        Q.      Okay.  All right.  So what I want to
```

```
 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2    draw your attention to is 45 just has the blank
```

3    questions right that were sent.  46 are the answers

4    that the ATSDR received back and if you go to page

5    that's Bates-stamped the last three numbers are 165

6    of Exhibit 46.

7              Question number 6.

8         A.    Wait hold on.  Can you repeat that I was

9    on the other exhibit.

10        Q.    Yeah.  It's Exhibit 46 the last three

11   numbers are 165.

12        A.    Okay.

13        Q.    Okay.  So question number 6.  ATSDR

14   asked.

15             We found documents showing the daily

16   pumping status for all Hadnot Point wells from

17   November 28, 1984 to February 4, 1985.

18             And they reference a CLW number which if

19   you compare matches Exhibit 44.

20        A.    The first page of Exhibit 44 is.

21        Q.    You look you see the CLW number in the

22   middle look where I'm pointing?

23        A.    Oh, I see that yes.

24        Q.    6590?

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        A.      Yeah yeah.

3        Q.      And it's 6590.  So they sent.  They're

4    asking about this document okay?

5        A.      Uh-huh.

6        Q.      So it says we found out.  They're asking

7    about Exhibit 44 which is in your report Exhibit I9

8    and they say.

9               We found documents showing the daily

10   pumping status for all Hadnot Point wells from

11   November 28, '84 to February 4, 1985 and they give

12   the CLW number of 6590 through 6593.  Do any similar

13   documents exist that might help us gain a better

14   understanding of how wells were operated on a

15   day-to-day basis historically?

16              The answer is we need more information.

17   Where did the X's come from.  If the information was

18   taken off of the sheets and transferred to the

19   CLW6590 where are the original sheets.  The

20   information came off.  We do not know of any other

21   documents that might exist.

22              Did I read that correctly?

23       A.      You did.

24       Q.      Okay.  Do you know where the X's came

                                                        174
                        CONFIDENTIAL

1
2    from?

3              MS. O'LEARY:  Object to

4    foundation.

5              THE WITNESS:   Somebody at the

6    base at the Water Treatment Plant generated this

7    document.  I answered before.  I don't know who and

8    I don't know exactly when.

9    BY MS. BAUGHMAN:

10       Q.    Or well they say was it taken off the

11   sheets and it says where are the original sheets the

12   information came off?

13             Do you know the answer to that?  Where

14   are the original sheets that this information came

15   from?

16             MS. O'LEARY:  Object to

17   foundation.

18   BY MS. BAUGHMAN:

19       Q.    Exhibit 44?

20             MS. O'LEARY:  Object to

21   foundation.

22             THE WITNESS:   I haven't seen any

23   sheets that and it appears that I'm not the only one

24   who haven't seen any.

                                                 175

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    BY MS. BAUGHMAN:

3         Q.     Right.  Okay.  So ATSDR asked people at

4    the Water Treatment Plant where this Exhibit 44

5    information came from and they didn't know; right?

6         A.     It appears to be.

7         Q.     Yeah but this isn't information that you

8    had reviewed prior to signing off on your report in

9    December of 2024; right?

10              MS. O'LEARY:  Object to form and

11   foundation.

12              THE WITNESS:   I say I don't

13   recollect this.  I don't know if I saw it in the

14   past or not.  I don't recollect this.

15   BY MS. BAUGHMAN:

16        Q.     This isn't cited in your report is it?

17        A.     I would have to check but I don't think

18   so.

19        Q.     Okay.  What did you do to verify the

20   accuracy of the data in your Exhibit I9,

21   Exhibit -- which is Exhibit 44?

22        A.     Well, since I couldn't find anything

23   else, and it was not generated by either ATSDR,

24   myself or other, you know, other people here, my

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    assumption was that's from the base personnel who

3    did that and put it in the archives and that I just

4    did it based on their knowledge and that's all I

5    could do.

6         Q.    I'm going to object as nonresponsive.

7              Did you do anything to verify the

8    accuracy of the data that is on your Exhibit I9 and

9    your report and that we've marked as Exhibit 44?

10                  MS. O'LEARY:  Object to form.

11                  THE WITNESS:  Well, this is

12   basically a document an original document in the

13   files that has this information and I considered

14   that.

15   BY MS. BAUGHMAN:

16        Q.    Did you do anything to verify the

17   accuracy of Exhibit 44?

18                  MS. O'LEARY:  Object to form.

19                  THE WITNESS:   I could not do more

20   than just take this document as being an original

21   document just like ATSDR did for many documents

22   including the data sheets or the laboratory reports

23   or the handwritten notes and all of that.  I mean.

                          CONFIDENTIAL

 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2         Q.     So you assumed it was accurate.  You

 3    didn't do anything to verify?

 4                     MS. O'LEARY:  Object to form.

 5                     THE WITNESS:   I assumed that this

 6    is information and that the only information that's

 7    found on the frequency of use of the wells.

 8    BY MS. BAUGHMAN:

 9         Q.     Okay.  I'm handing you what I've marked

10    as Exhibit 47 to your deposition.

11         A.     Thank you.

12                     (Document marked for

13    identification as Exhibit 47.)

14    BY MS. BAUGHMAN:

15         Q.     Exhibit 47 is stamped CLJA USMC GEN a

16    bunch of 0s, then 4794 through 4798 and it is a

17    handwritten document as well.

18                     Have you reviewed this document before?

19         A.     (Reviews document.)

20                     It kind of sound familiar but I don't

21    know for sure.

22         Q.     Okay.  If you look at page 3 you see

23    that it says at the top "Wells that were on."

24              You see that?  And it lists dates

                    CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    January 28, 85, January 29, January 30, January 31st

3    all 1985 and then you go to the next page.  February

4    1, 85, February 2, February 3, February 4th of 85 do

5    you see that?

6         A.    I see that.

7         Q.    Okay.  So the date range of the wells

8    that were on is January 28, '85 to February 4, '85

9    similar to the time frame covered in Exhibit 44;

10   correct?

11              MS. O'LEARY:  Object to

12   foundation.

13   BY MS. BAUGHMAN:

14        Q.    At least it covers some of that time

15   frame?

16        A.    It covers some of that time frame.

17        Q.    It covers most of the time frame when

18   Holcomb Boulevard Water Treatment Plant was shut

19   down right?

20        A.    According to the dates, yes.

21        Q.    Okay.  Did you compare as part of your

22    work in this case the information on Exhibit 47 to

23    Exhibit 44 to see if they match up?

24         A.    I don't recall.  That would be another

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    source of information but I don't recall if I did

3    compare it or not.

4         Q.    I mean, do you do you recall comparing

5    any other data to Exhibit 44 to see if Exhibit 44

6    was accurate?

7         A.    Well, again I don't recall exactly what

8    I did there but I notice that on this, you know,

9    sometimes you have more than 20 wells operating,

10    sometimes you have less.  That's what you're after.

11         Q.    Okay.  I'm going to object as

12    nonresponsive.

13              I'm asking you:  When you wrote your

14    report in this case and I'm going back to Exhibit

15    44, did you compare it to any other data?

16         A.    Well, I did not -- I do not recall

17    having considered this or seen this.  I may have

18    seen it and in my report I relied on Exhibit 44.

19    That's that.

20         Q.    Is there any basis to rely on Exhibit 44

21    as opposed to Exhibit 47?

22         A.    Well, probably not.  It's -- let's say

23    probably not.  It's two different documents that

24    should be look and their differences it gives you an

                        CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     appreciation of the uncertainty on the information.

3     And again it's all for short period of time.

4     Exhibit 44 was for a longer period of time and I

5     guess that's -- that's -- that allowed me to do some

6     percentage of well-being used better than this one

7     would have.  Because this one is a much shorter

8     period of time.

9          Q.    Sure. But if there are discrepancies

10    between Exhibit 44 and Exhibit 47 that would tell

11    you that there is some uncertainty or error

12    potential in Exhibit 44; correct?

13         A.    Yes, yes.  And I'm not sure but I

14    vaguely recollect that I may have looked for 651 if

15    it was different or not but again this is by memory.

16    I don't remember.

17         Q.    Okay.  Well you didn't write anything in

18    your report about?

19         A.    No.

```
20        Q.     Exhibit 44 did you?

21        A.     I don't -- I didn't do.  I didn't do

22   that, no.

23        Q.     Okay.  Would it surprise you that if

24   I -- if you went through the exercise of comparing
```

                                                              181

CONFIDENTIAL

```
 1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2   Exhibit 44 to Exhibit 47 that there are

 3   discrepancies for every day from January 28 to

 4   February 4 in terms of which wells were on and which

 5   wells were off?

 6                    MS. O'LEARY:  Object to

 7   foundation.

 8   BY MS. BAUGHMAN:

 9        Q.     At least one discrepancy per day?

10                    MS. O'LEARY:  Object to

11   foundation.

12                    THE WITNESS:   I wouldn't be

13   surprised if there are discrepancies but, you know,

14   you have information.  I would compare the 651 and

15   those kind of things and.  This is some things that

16   I vaguely remember having seen but I relied on the

17   Exhibit 44 because it was longer period of time.

18   That's went 69 days of information and I understand
```

19    that you have some and you have a lot of through the

20    records that things that are not always consistent.

21    So you just, you know, you just clearly say what and

22    state what you did and I did that in my report.  I

23    did state exactly what I did.  So you can read it.

24    BY MS. BAUGHMAN:

                        CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2         Q.    Well you didn't report to the court that

3    there is uncertainty in the data, that you compared

4    it to other data and there were miss matches.  You

5    didn't report that, did you?

6                   MS. O'LEARY:  Objection.

7    BY MS. BAUGHMAN:

8         Q.    You did not include that in your report?

9                   MS. O'LEARY:  Object to form and

10    foundation.

11                  THE WITNESS:   Specifically on

12    this one I don't think I did that in my report.

13    BY MS. BAUGHMAN:

14        Q.    Right.  So you're saying you think you

15    were aware of Exhibit 47 you compared it you know

16    that there were discrepancies and you did not inform

17    the court of that?

18                    MS. O'LEARY:  Object to form and

19        foundation.

20                    THE WITNESS:   I didn't say that.

21                    I say that this vaguely resembles

22        some things that I may have seen but I relied on

23        this one because it had the most longest period of

24        time because what I was interested in is what was

CONFIDENTIAL

1        UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        the frequency of use of well 651 and you don't get

3        that from this.  You get that from that.

4        BY MS. BAUGHMAN:

5            Q.    But if you compare the two and you see

6        that there are discrepancies that tells you that

7        there is an error rate in your data; right?

8                    MS. O'LEARY:  Object to form.

9        Already asked and answered.

10                   THE WITNESS:   I do not know there

11        are discrepancies on 651.  I don't recall that.

12       BY MS. BAUGHMAN:

13           Q.    Since Exhibit 44 does not indicate what

14       the source is of the data, there's no way it can be

15       verified; right?

16                   MS. O'LEARY:  Object to

17    foundation.

18                    THE WITNESS:    Please can you

19    repeat the question.

20    BY MS. BAUGHMAN:

21        Q.    Since Exhibit 44 does not list the

22    source of the data for the X's on the document,

23    there's no way we can determine if it's accurate?

24                    MS. O'LEARY:  Object to form.

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    BY MS. BAUGHMAN:

3        Q.    Or verify the accuracy?

4                    MS. O'LEARY:  Object to form and

5    foundation.

6                    THE WITNESS:    That specific of

7    the nature of the information available.

8    BY MS. BAUGHMAN:

9        Q.    So HP 651 was put in service in July of

10   '72 right?

11                    MS. O'LEARY:  Object to

12   foundation.

13                    THE WITNESS:    That's my

14   recollection.

15   BY MS. BAUGHMAN:

16      Q.      Yeah that's what it says in your report;

17      correct?

18      A.      Show me where.

19      Q.      Sure.

20      A.      But that's my recollection.

21      Q.      Yeah.  I'm happy to show you where.

22              Let's see here.

23      A.      (Reviews document.)

24      Q.      Page 522.  522 at the bottom of the page

CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2       you have opinions for Hadnot Point.

3       A.      Yes.

4       Q.      Okay.  And your first sentence under

5       Opinion 5 says.

6               Supply wells HP 651 only supplied water

7       to the Hadnot Point Water Treatment Plant from July

8       1972 until February 5, 1985.

9               Correct?

10      A.      That's my understanding, yes.

11      Q.      Okay.  That's your understanding.

12              So if you add up the number of months

13      then that HP 651 was operating that would be it's 12

14      and a half years.  So that would be 153 months does

15    that sound right?

16        A.    I take your word for it.

17        Q.    Okay.  And what you've done is you've

18    used two months of data that is on your Exhibit I9

19    our Exhibit 44 and you've represented that that is a

20    surrogate for the other 151 months that 651 was

21    operating; right?

22                    MS. O'LEARY:  Object to

23    foundation.

24                    THE WITNESS:   That's the only

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    information that I found.

3    BY MS. BAUGHMAN:

4        Q.    But I've accurately represented what you

5    did correct?

6                    MS. O'LEARY:  Object to

7    foundation.

8                    THE WITNESS:   That's what I did

9    and based on that information you get 39 percent

10    frequency of use for that particular well.

11    BY MS. BAUGHMAN:

12        Q.    Right.

13        A.    That's the only information for the

14     frequency of use for that wells that I could find.

15          Q.     Okay.  And just to be sure just to

16     restate it to make sure we're on the same page.

17                    You took two months of data from the end

18     of November of '84 until the beginning of February

19     of '85.  You calculated that HP 651 is operating 39

20     percent of the time ask and from that you've assumed

21     that it was always operating at 39 percent of the

22     time for the entirety of the 153 months that it was

23     in operation; correct?

24                    MS. O'LEARY:  Object to form and

                            CONFIDENTIAL

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      foundation.

3                    THE WITNESS:  Yes, and it is

4      consistent with the fact that the wells were cycled

5      by by design and it is consistent.

6      BY MS. BAUGHMAN:

7          Q.     So the wells were cycled by design on

8      and off; right?

9          A.     Right.

10         Q.     That was to avoid driving low quality

11     water into the water distribution system right?

12         A.     Yes, that was by design.

13      Q.      Okay.

14      A.      And they were cycled on the other well

15   in more than 30 of them and they were recycling

16   them.

17      Q.      So in terms of the cycling, was it

18   typical for the cycling to be consistent each month

19   or was the cycling such that in some months some

20   wells would be used more and in some months some

21   wells would be used less?

22      A.      We only have data for basically two and

23   a half months or a little bit more than two months.

24   So, you know, you cannot I agree that you cannot

                    CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    generalize but that's the only information we have.

3       Q.      Did you ask?

4       A.      We know that it was not 100 percent and

5    we know that it was not zero percent.  So you have

6    some information that's propose 39 percent.  So what

7    else can I use.

8       Q.      Okay.  Did you talk to anyone at the

9    Water Treatment Plant about what the normal

10   operation was in terms of cycling of the wells at

11   Hadnot Point?

12          A.      I did and they said they cycle them and

13      the thing is historically I don't know exactly how

14      they did it but right now everything is automated.

15      So they can stop them, you know, not manually but at

16      the time they were just starting the wells manually.

17          Q.      Okay.

18          A.      Just go and prepare them and it's on and

19      then next week somebody tells you shut down this one

20      open that one for some reasons and and that's a way

21      it was done.

22          Q.      Isn't it true that the ATSDR had data on

23      the cycling of the wells for a period of 10 years

24      from 1998 to 2008?

                    CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                   MS. O'LEARY:  Object to

3       foundation.

4                   THE WITNESS:  Yes, but I use that

5       as completely not representative from what happened

6       before the problems was discovered.

7       BY MS. BAUGHMAN:

8           Q.      And what for what reason?

9           A.      Just just because it was a different

10      setting, different setting after, you know, for that

11    period of time for which you know which wells were

12    on and off.  And and that includes the well for

13    which they have data.  Includes none of the ones

14    that were contaminated and the only information that

15    is -- that is available for that frequency of use is

16    what I just mentioned.  It's -- it's Exhibit 44.

17         Q.    Well did you have available to you the

18    10 years of of pumping data from 1998 to 2008?

19         A.    Yes, but in my opinion that, you know,

20    extrapolating that all the way to 1950 is is just

21    kind of -- it's one way to do it but that doesn't

22    mean it's right at all.

23         Q.    Did you compare your methodology from

24    Exhibit 44 to the 10 years of data from 1998 to 2008

                            CONFIDENTIAL

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     to see whether your methodology was valid?

3                    MS. O'LEARY:  Object to form and

4     foundation.

5                    THE WITNESS:   At least the data I

6     considered is within the period that contamination

7     was there.

8     BY MS. BAUGHMAN:

9          Q.    Object as nonresponsive.

10              As a check on your methodology did you

        11      compare the data that you had in Exhibit 44 to the

        12      109 years of data from '98 to 2008?

        13                      MS. O'LEARY:  Object to form and

        14      foundation.

        15                      THE WITNESS:   I didn't do that

        16      because I don't think it's representative to make

        17      such a comparison.

        18      BY MS. BAUGHMAN:

        19          Q.      There are some wells that were operating

        20      during the time frame of Exhibit 44 that were also

        21      operating from '98 to 2008; right?

        22          A.      Yes.

        23          Q.      So you could look at that to see whether

        24      how often were those wells used in Exhibit 44, how

                                                           191
                           CONFIDENTIAL

        1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

        2       often were they used in '98 to 2008 to see whether

        3       it matched up?

        4           A.      I didn't do that.

        5           Q.      You did not?

        6           A.      I did not.

        7           Q.      Okay.  Do you know whether the data from

        8       '98 to 2008 indicates that the cycling occurred more

9    in the period of months as opposed to days?  In

10   other words, certain some wells weren't used for a

11   given month and then they were used more in the next

12   month or was it more in cycling of a daily

13   operation?

14              MS. O'LEARY:  Object to form.

15   BY MS. BAUGHMAN:

16        Q.    Did you look at that to see?

17              MS. O'LEARY:  Object to form.

18              THE WITNESS:   My understanding is

19   I did not consider that because my understanding of

20   it is everything changed.

21   BY MS. BAUGHMAN:

22        Q.    Why did everything change?

23        A.    Because they just modernize and they

24   just basically learn much more about the system

                                            192
                    CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    after the problems were discovered and they

3    modernize and they had new wells and they had all

4    kind of new information and said do not operate like

5    they did in 1950.

6         Q.    Okay.

7         A.    That's my understanding.

8      Q.     And who did you rely on for that
9      information?
10      A.     Well, for -- well several things but one
11      thing I recall I just when I was talking to the
12      people at the Water Treatment Plant I just said, you
13      know, things have changed and they say oh,
14      everything is much modern now.  We have scatter
15      system.  We have this we have that and they've
16      learned a lot and they've modernized and that's
17      expected.
18      Q.     That conversation occurred in when?
19      2025?
20      A.     Probably before in some of my visits.
21      That would have been during my visits.
22      Q.     So when was the conversation about the
23      modernization that you just talked about?  When did
24      you have that conversation?

CONFIDENTIAL

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT
2      A.     It was it was previous visit because
3      that was the first time that they were just showing
4      me the way the scatter system and so on and it was
5      not the last visit.  It was before.
6      Q.     For this case or for another case?

7      A.      I do not recollect that.

8      Q.      Okay.  Who did you speak to?

9      A.      The people at the Water Treatment Plant.

10     Q.      The name.  I want the name.

11     A.      I did not ask name because

12     everybody -- that was basically the rule of the game

13     is you can talk to people but you don't ask name and

14     take notes of names.

15     Q.      Okay.  When did the person who told you

16     this information about modernization when what was

17     the years that that person worked at the Water

18     Treatment Plant?

19     A.      Probably quite recent because nobody

20     there was there in the '80s that I understand.

21     Q.      Were they there from of '98 to 2008?

22     A.      Possibly.

23     Q.      Did you ask?

24     A.      I didn't -- I don't recall.

                                                194
                       CONFIDENTIAL

1      UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2      Q.      Okay.  Is it your opinion that December

3      1984 represents a typical month for the Hadnot Point

4      water distribution system in terms of the from the

5      1950s up until 1983?

6                    MS. O'LEARY:  Object to form.

7                    THE WITNESS:  Can you repeat

8       please.

9       BY MS. BAUGHMAN:

10          Q.     A yeah.  Does December 1984 represent a

11      typical month for the Hadnot Point water treatment

12      plants operation and well cycling as compared to the

13      three decades prior?

14                   MS. O'LEARY:  Object to form.

15                   THE WITNESS:  In 1984 there was

16      the problem was being investigated.  The problem was

17      there and there were wells that were shut down.

18      They were trying to understand what was going on.

19      So it is what it is and we have the information we

20      have for that period of time and, you know, what

21      what we know for the from the 1950s to the present

22      is is not that well-documented as far as exactly

23      what they were doing.  But the big picture is

24      documented.  There were cycling wells and when the

                                                        195
                        CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2       wells would just produce less they would just stop

3       them and maintain them and so on and and that's the

4       type of an operations that -- excuse me -- that is

5    consistent with with what you do when you have a

         6    field of producing wells.

         7    BY MS. BAUGHMAN:

         8         Q.    Okay.  I'm going to object as

         9    nonresponsive.

        10              December 1984 was not a typical month

        11    for Hadnot Point Water Treatment Plant operation

        12    because they were investigating the contamination at

        13    that time right?

        14                   MS. O'LEARY:  Object to form.

        15                   THE WITNESS:   In that sense it

        16    was, but they still had to produce water to supply

        17    water.

        18    BY MS. BAUGHMAN:

        19         Q.    Okay.  And you'd agree with me that new

        20    wells that 7 new wells, 611, 614, 621, 627 and 639.

        21    Those are all new wells that had come online less

        22    than 7 months prior to December of '84 right?

        23                   MS. O'LEARY:  Object to

        24    foundation.

                                                        196
                         CONFIDENTIAL

         1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

         2                   THE WITNESS:  I would have to

         3    double-check that.  I don't recall them the name of

4    the wells.

5    BY MS. BAUGHMAN:

6        Q.    Okay.  Would it surprise you that those

7    7 new wells, 611, 614, 621, 627 and 639, had the

8    capacity to supply half of the water needed for the

9    Hadnot Point Water Treatment Plant?

10                    MS. O'LEARY:  Object to

11    foundation.

12                    THE WITNESS:   Again I will have

13    to check and capacity doesn't mean what they can

14    produce.

15    BY MS. BAUGHMAN:

16        Q.    Right.

17        A.    It's the capacity.

18        Q.    Did you evaluate did you perform the

19    exercise of looking at Exhibit 44, your Exhibit I9

20    in your report, to see how often the those 7 new

21    wells were used in that two-month time frame?

22                    MS. O'LEARY:  Object to

23    foundation.

24                    THE WITNESS:   I did not evaluate

                            CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    that and and if the capacity was higher maybe they

3    were the schedule of cycling was different.

4    BY MS. BAUGHMAN:

5         Q.    As compared to in the years prior when?

6         A.    Yes.

7         Q.    Those wells weren't there right?

8         A.    Yeah.

9         Q.    Okay.  Okay.  I'm going to ask I want to

10   ask you about a different subject matter.

11              If you could turn to your opinion number

12   11 I'll try to -- that is -- hold on.

13              So your opinion number 11 on page 537.

14   You're critical there of ATSDR for not including

15   available site-specific data.  Right?

16              In fact if you turn to 538 in your in

17   summary part of 538 you say you reference parameters

18   that are inconsistent with site-specific data.

19              Is there any site-specific data that you

20   claim ATSDR did not consider other than the FOC or

21   fraction of organic carbon data?

22        A.    Well, that's the one that really

23   matters.  In addition to the errors I did for the

24   Tarawa Terrace model but that's the one that is

                                                    198
                          CONFIDENTIAL


1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

```
2      important for for evaluating the timing of transport

3      of the contaminants.

4           Q.    Okay.  FOC is part of calculating the

5      retardation factor right?

6           A.    It's part of.

7           Q.    Okay.

8           A.    Of that calculation.

9           Q.    All right.  But just before we talk

10     about FOC I just want to know.

11               Is there any other site-specific data

12     that you claim ATSDR -- that was available to ATSDR

13     but ATSDR did not consider in the modeling?

14               Is there anything else other than the

15     FOC data?

16          A.    Well, you know, bulk density is not

17     representative of the site.  So that's another one.

18     And and.

19          Q.    I'm sorry.  Was there -- wait, wait.

20               Was there bulk density data or are you

21     talking about a factor?  I'm talking about

22     site-specific data.

23                    MS. O'LEARY:  Object to form.

24                    THE WITNESS:  Yeah.  No, that will
```

CONFIDENTIAL

1
2      not be site-specific data.

3      BY MS. BAUGHMAN:

4          Q.    Okay.

5          A.    It's just errors I did.

6          Q.    Okay.  So I'm not talking about errors

7      here.  So let me try to rephrase it and see we're on

8      the same page.

9              I'm talking about site-specific data

10     that you claim existed but ATSDR didn't use for the

11     modeling.

12             You've identified the FOC data.

13             Is there any other site-specific data

14     that you claim ATSDR did not use?

15         A.    That as far as geochemistry is concerned

16     that's the one that's the one I flagged and I don't

17     have another one.

18         Q.    You don't.  Okay.

19             So I want to talk about the FOC data.

20             You -- if we look at page 517 of your

21     report, you list the site-specific FOC data there;

22     correct?

23         A.    Let me see.  517?  Yes.

24         Q.    Okay.  First question I have for you is:

                                                    200

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    These data vary very widely right by a factor of at

3    least 3 orders of magnitude?

4         A.    This type of data does that, yes.

5         Q.    Okay.  So 3 orders of magnitude means

6    like by a factor of at least a thousand?

7         A.    Yeah, in some areas you have more

8    fraction organic carbon than some other areas yes.

9         Q.    Okay.

10               MS. O'LEARY:  I'm sorry.  Object

11   to foundation on the last question.

12   BY MS. BAUGHMAN:

13        Q.    Which of the data that are listed on

14   your Exhibit 3-2 on page 517 of your report, which

15   of those samples are from Tarawa Terrace as opposed

16   to Hadnot Point?

17        A.    Well, all of the samples I believe are

18   in the Hadnot Point area but as far as the

19   hydrogeology are concerned we are talking about the

20   same type of materials beneath both.  You don't have

21   a stop just because you are changing addresses.

22        Q.    Okay.  Just to be clear, all of the FOC

23   data that existed that you say ATSDR should have

24   used, all of them is from Hadnot Point none of it is

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    from Tarawa Terrace; right?

3                    MS. O'LEARY:  Object to form.

4    Asked and answered.

5                    THE WITNESS:   I believe so

6    because that's that's why it was measured, and it is

7    measured in the materials for which groundwater

8    moves.

9    BY MS. BAUGHMAN:

10        Q.    Do you have any?

11        A.    For both for both Tarawa Terrace and

12   Hadnot Point areas.

13        Q.    Okay.  Do you have any FOC data from

14   Tarawa Terrace such that you can say that the

15   numbers are the same in Tarawa Terrace and Hadnot

16   Point?

17        A.    It's geological materials are the same.

18   Therefore there is we have the data we have and it

19   will be in the same range.  As a geologist I can

20   tell you that.

21        Q.    Do you agree that fraction of organic

22   carbon should not be used to estimate Kd if the

23   organic carbon content is less than .001?

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2     relationship starts to to not be that good anymore.

3     But it is in every in every type of groundwater like

4     this you will have a wide range and typically what

5     is being done is because the groundwater is going

6     those materials you typically take median value or

7     geometric mean value or average value to represent

8     those materials and in some sense that's what that's

9     what, you know, even ATSDR had to do.

10          Q.     You're aware that the EPA and that other

11    authors have published that you should not use

12    fraction of organic carbon to estimate Kd if the

13    organic carbon content is less than .001 right?

14                      MS. O'LEARY:  Object to

15    foundation.

16                      THE WITNESS:   It is not stated

17    exactly like that.

18                      It is when the relationship falls

19    starts not to be a linear relationship in some sense

20    and it is recommended that, you know, if you -- if

21    you start to go really low like that, it's -- it's

22    not -- it becomes highly uncertain.

23    BY MS. BAUGHMAN:

24         Q.    Okay.  So and you're going back to your

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    opinion 11, you say at the top of page 538 that.

3              ATSDR's use of a low Kd value had the

4    effect of accelerating arrival of contaminants at

5    the supply wells.

6              Okay.  So my question is:  Have you

7    conducted a sensitivity analysis for your opinion

8    that the retardation factor used by ATSDR had the

9    effect of accelerating the arrival time?

10             MS. O'LEARY:  Object to form and

11   foundation.

12             THE WITNESS:  Well, essentially

13   what we are doing is the Tarawa Terrace model

14   because that didn't make the same mistakes or

15   assumptions and incorrect assumptions in the in the

16   Hadnot Point ones.  They were more reasonable there.

17   BY MS. BAUGHMAN:

18        Q.    Okay.  I'm just asking:  Did you conduct

19   a sensitivity analysis to see what the effect would

20   be about using a different retardation factor?

21        A.    Well.

```
22              MS. O'LEARY:  Object to form and
23      foundation.
24              THE WITNESS:   The sensitivity
```

CONFIDENTIAL

```
1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT
2       analysis that if you if you have higher values for
3       the retardation factor, it will go slower and if you
4       have lower values for the retardation factor, it
5       will go faster.
6       BY MS. BAUGHMAN:
7           Q.    I'll object as nonresponsive.
8                 Did you run the model with different
9       retardation factors to see what the effect would be?
10          A.    I did -- I didn't -- I did a calculation
11      I present in my report which are basically the
12      simplest type of calculations that follow the the
13      lows of hydrogeology if you wish to estimate
14      transport and this is the results are basically
15      reasonable and that gives you a ballpark.
16          Q.    Okay.
17          A.    I mean, I'm not saying that it
18      is -- that it is the total or something else.  It's
19      something that tells you this is the way it looks
20      like.
```

21      Q.      Objection?

22      A.      And then and then you can go into

23  complexity to hide the fact that you don't have

24  information but what you should never do is ignore

CONFIDENTIAL

1   UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2   the site-specific data.  That's basically my point.

3       Q.      Objection.  Nonresponsive.

4               Okay.  I'm at?

5                       THE VIDEOGRAPHER:  Time.

6   BY MS. BAUGHMAN:

7       Q.      I know did you go to the ATSDR model not

8   your calculations but the ATSDR model, change the

9   retardation factor using the different FOC numbers

10  for Tarawa Terrace to see what effect that would

11  have?  Did you do that?

12      A.      I believe Dr. Spiliotopoulos did that.

13      Q.      Okay.

14      A.      I don't -- I didn't do that on the

15  model.  I just.

16      Q.      All right.

17      A.      Looked at -- looked at the calculation

18  based on the evaluation the data and the parameters

19  that are reasonable to make my estimate presented in

20    my report.

21        Q.    Let's talk about that.  Let's go to -- I

22    want to talk about your travel time calculation for

23    Tarawa Terrace on page 515 and 516 of your report.

24        And you calculated travel times for PCE

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    to reach TT-26?

3        A.    Hold on.  Hold on.

4        Q.    You're going to know this without

5    looking.

6        You calculated travel times for PCE to

7    reach Tarawa Terrace 26 from ABC One-Hour Cleaners

8    from three representative flow paths right?

9                    MS. O'LEARY:  Object to form.

10                    THE WITNESS:  Yes.

11    BY MS. BAUGHMAN:

12        Q.    Okay.  Did you select a flow path that

13    was meant to be representative of a path line that

14    leads to the first detection or first arrival of PCE

15    at TT-26?

16                    MS. O'LEARY:  Object to form.

17                    THE WITNESS:   I just looked at

18    the representative pathways for the situation with

19    all of the simplification and uncertainty that are

20    included in in this.  I use the ATSDR hydrological

21    environment which is oversimplified to start off

22    with.  So all of this -- all of this tells you that

23    if you do it in a simple manner which it should be

24    done first, you just get the range and that is the

CONFIDENTIAL

UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

1     range.  The fastest pathways that I made a

2     calculation for is if the contamination travels in

3     layer 1 for most of the distance to the well.

4                        Remember that the well opening is

5     in layer 3.  So which ever way you go at some point

6     you have to go down there.  And the pathways that I

7     have are representative.  It's a ballpark.

8     BY MS. BAUGHMAN:

9         Q.    Okay.  I I'm going to object as

10    nonresponsive.

11                       Would you agree that your analysis

12    regarding Tarawa Terrace and the travel time is not

13    meant to determine when PCE would first arrive at

14    TT-26?  You did not do that calculation, did you?

15                       MS. O'LEARY:  Object to form.

16                       THE WITNESS:  No, the calculation

18    is when when basically the contamination arrives and

19    you can have molecule arrive faster than what I

20    calculated but what I am looking at is when does a

21    substantial amount of contamination would have

22    arrived at the well making a simple, a simple set of

23    calculations that can be reproduced that do not have

24    errors or incorrect statement in and that's what I

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    did and that gives you a ballpark.

3    BY MS. BAUGHMAN:

4         Q.    Okay.  Have you reached an opinion or

5    have you reached a conclusion within reasonable

6    scientific certainty as to when TT-26 was first

7    contaminated with PCE?

8                   MS. O'LEARY:  Object to form.

9                   THE WITNESS:   I did what I did

10   and it's expressed in my report.

11   BY MS. BAUGHMAN:

12        Q.    You're aware that there is -- there are

13   textbooks and peer-reviewed literature about how to

14   calculate the break through when contamination first

15   arrives at a well right you're familiar with that?

16        A.    Yes.

17                    MS. O'LEARY:  Object to

    18    foundation.

    19    BY MS. BAUGHMAN:

    20        Q.     That's not what you did?

    21                    MS. O'LEARY:  Sorry please slow

    22    down.  Object to foundation.

    23    BY MS. BAUGHMAN:

    24        Q.     You did not do a break through analysis

     1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

     2    did you?

     3                    MS. O'LEARY:  Object to form and

     4    foundation.

     5                    THE WITNESS:   I did a travel time

     6    analysis along three representative pathways.

     7    That's what I did.

     8    BY MS. BAUGHMAN:

     9        Q.     You did not do a break through analysis

    10    to determine when contamination would first occur at

    11    TT-26 correct?

    12                    MS. O'LEARY:  Object to form and

    13    foundation.

    14                    THE WITNESS:   As I said before

    15    you can have a molecule arriving faster but it is

16    not what I did.  I said the typical travel time with

17    all the uncertainty you have and I recognize that is

18    basically the ballpark is as I estimated it in my

19    report and you have aspects of it that some of it

20    can go faster but you also have some of it can go

21    slower.

22    BY MS. BAUGHMAN:

23        Q.    Right.  But?

24        A.    And you have that.

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        Q.    You agree with me you understand the

3    concept of break through?

4        A.    Yeah.

5        Q.    Right and you agree with me that's

6    documented in textbooks that you would consider to

7    be reliable on groundwater flow and transport right?

8                    MS. O'LEARY:  Object to

9    foundation.

10                    THE WITNESS:  Yes, you do.

11    BY MS. BAUGHMAN:

12        Q.    And there's a methodology to use to

13    determine the break through of a contaminant at a

14    well correct?

15              MS. O'LEARY:  Object to

16    foundation.

17              THE WITNESS:  Yes, but we are

18    talking about something different here.  I'm saying

19    when when would you have expected contamination, you

20    know, substantial contamination to arrive at the

21    well.

22    BY MS. BAUGHMAN:

23        Q.    Okay.

24        A.    I'm not talking about molecular.

                                        211
                       CONFIDENTIAL


1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        Q.    You didn't do the break through analysis

3    right?

4        A.    I.

5              MS. O'LEARY:  Object to form and

6    foundation.

7              THE WITNESS:   Sorry.

8              I did not do a break through

9    analysis.

10    BY MS. BAUGHMAN:

11        Q.    Okay.  And what do you define as

12    substantial contamination at TT-26 what does that

13    mean?

14          A.      It's when.

15                      MS. O'LEARY:  Object to

16      foundation.

17                      THE WITNESS:  Yeah.

18                      It is when going from some of the

19      pathways the contamination is expected to arrive

20      basically in a substantial manner.

21      BY MS. BAUGHMAN:

22          Q.      Is there a number for substantial like

23      like a certain microgram per liter that defines

24      substantial contamination for you?

                                                     212
                            CONFIDENTIAL

1       UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2           A.      I did not try to evaluate

3       concentrationings.  I evaluate time because I think

4       that's more important.

5           Q.      Okay.  But you said you were calculating

6       the time for substantial contamination what do you

7       define as substantial contamination?

8           A.      Something that.

9                       MS. O'LEARY:  Object to

10      foundation.

11                      THE WITNESS:   Sorry.

12                      Something that would be measurable

13    at the time and I don't have a number.  I did not do

14    a breakthrough concentration arrival at the well.  I

15    just made how much time would it take for the

16    concentration of the PCE on average along those

17    three different type of pathways to arrive at the

18    well and that's what that's a simple things that I

19    did.  And this is a reasonable first step that

20    should always be done to give you a ballpark of what

21    is reasonable.  And.

22    BY MS. BAUGHMAN:

23        Q.    I'm going to object to the nonresponsive

24    portion and I will pass the witness.

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2                    MS. O'LEARY:  Okay.  If we can

3    just take a few minutes break.  Thank you.

4                    THE VIDEOGRAPHER:

5                    MS. BAUGHMAN:  I assume you won't

6    be talking to your witness during the break.

7                    MS. O'LEARY:  I might be asking

8    him about certain things but that's appropriate.

9                    MS. BAUGHMAN:  That's not

10    appropriate.

11                   MS. O'LEARY:  We can fight about

12    that later.

13                    THE VIDEOGRAPHER:  Time is 1:50

14    PM.  We are now off the record.

15                    (A recess was taken.)

16                    THE VIDEOGRAPHER:  The time is

17    1:57 PM.  We are now on the record.

18                    MS. O'LEARY:  Thank you.

19    BY MS. O'LEARY:

20        Q.    And Dr. Hennet I have just a very few

21    questions.

22                    Near the end of Ms. Baughman's questions

23    she had several for you about the flow paths you

24    used to calculate travel time of PCE to well TT-26.

214
                          CONFIDENTIAL

 1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

 2                    Do you recall that?

 3                    I have some -- I want to ask you about a

 4    few things in your report related to that.

 5                    So if you could go to your report which

 6    is Exhibit 31 on page 5-15.

 7        A.    Yes.

 8        Q.    All right.  In the last paragraph the

 9    second sentence it says.

10                    The representative flow paths considered

11    to represent PCE transport in groundwater are

12    illustrated in Exhibit 3-1.  The site-specific data

13    for FOC is summarized in Exhibit 3-2.  Supporting

14    materials for the calculated travel times are

15    provided in Attachment D.

16              Did I read that correctly?

17       A.    Yes.

18       Q.    And so if I -- if you could turn to

19    Attachment D from your report to page D-7 and to

20    D-8.

21       A.    Yes.

22       Q.    Are you there?

23              Are the graphs shown on D-7 and D-8 part

24    of the supporting materials to your opinion on the

CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2    arrival time of PCE at TT-26?

3                   MS. BAUGHMAN:  Objection.

4    Leading.  Form.

5                   THE WITNESS:  Yes, this is -- this

6    is basically what I relied upon to to support my

7    calculation.

8    BY MS. O'LEARY:

9       Q.    And how do these the figures shown on

10    D-7 and D-8 relate to your representative flow

11    paths?

12         A.     This is what this provides you is

13    basically on the different layers the Gradient of

14    groundwater flow.

15         Q.     Oh.  Are you looking at D-5 and D-6 or

16    D-7 and D-8?

17         A.     Well, okay.  That is on both what I just

18    said.  But can you repeat the question because I

19    think I missed the first question you asked.

20         Q.     Yeah.  So the figures shown -- well

21    let's back up.

22                The figures shown on D-7 and D-8 that

23    are labeled figure F21 and figure F25, F20 and F24.

24                Do you see those figure labels?

1     UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2          A.     Yes.

3          Q.     Where did like where do these figures

4     come from?

5          A.     They come from the ATSDR work.

6          Q.     Okay.  And the there's what looks to me

7     like a plume shown on these figures; is that

8     correct?

9        A.      Yes.

10       Q.      Okay.  And why did you include figures

11   showing the plume in Attachment D?

12       A.      That's to show where ATSDR estimated the

13   concentration was in the groundwater environment in

14   the in the different layers.  I mean, in layer 1

15   4-47 and in layer 3-48.

16       Q.      And why did you include these figures

17   showing ATSDR's prediction of the plume in your

18   report?

19       A.      Well, it's it's because ATSDR

20   calculation and estimate shows that the

21   concentration or the contaminant, the contaminant,

22   the COCs are basically traveling into those layers

23   and they depicted the results here as plumes.

24       Q.      Okay.

                                            217
                    CONFIDENTIAL

1    UNCERTIFIED/UNEDITED/UNPROOFREAD ROUGH DRAFT

2        A.      And that and that shows you that you

3    have transport in layer 1 and you have transport in

4    layer 3.

5                MS. O'LEARY:  Okay.  I don't have

6    any other questions.  Thank you.

7                MS. BAUGHMAN:  Great.  Hold on one

8      second.  Let me just double-check.

9                      Yeah, we're done.

10                     THE VIDEOGRAPHER:  This concludes

11     for today's deposition.  The date is June 4, 2025.

12     The time is 2:02 PM.  We are now off the record.

13

14

15

16

17

18

19

20

21

22

23

24