IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | NOTICE OF WITHDRAWAL OF |
| CAMP LEJEUNE WATER LITIGATION | ) | GOVERNMENTAL COUNSEL |
| | ) | PURSUANT TO LCR 5.2(d) |
| This document relates to ALL CASES | ) | |
| | ) | |
| | ) | |

Pursuant to Local Civil Rule 5.2(d), undersigned counsel hereby certifies that he is no longer associated with the above-captioned matter; please withdraw his appearance as a governmental attorney on behalf of Defendant United States of America.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel
Environmental Torts Litigation Section

/s/ J.Bashyrov
JACOB A. BASHYROV
Trial Attorney
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
E-mail: *Jacob.Bashyrov@usdoj.gov*
Tel: (202) 616-3477

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

Dated: June 12, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, a copy of the foregoing Notice of Withdrawal was filed via the Court's ECF system and served on counsel of record through the ECF system.

/s/ J.Bashyrov
JACOB A. BASHYROV
Trial Attorney
U.S. Department of Justice