# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:23-cv-00897

| | |
|---|---|
| IN RE: ) | |
| **CAMP LEJEUNE WATER LITIGATION** ) | **DEFENDANT UNITED STATES** |
| ) | **OF AMERICA'S MOTION TO** |
| **This Document Relates To:** ) | **EXCLUDE UNTIMELY GENERAL** |
| *All Cases* ) | **CAUSATION OPINIONS** |
| ) | (Fed. R. Civ. P. 16, 37; L. Civ. R. 7) |

Pursuant to Rules 16(f) and 37(b) of the Federal Rules of Civil Procedure, the United States moves the Court for an Order to exclude general causation opinions disclosed by Plaintiffs months after the applicable deadline. In support, the United States relies on the arguments and authorities in the accompanying Memorandum of Law.

*[Signature page to follow.]*

Dated: June 23, 2025    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

J. PATRICK GLYNN
Director,
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

JOSHUA G. CARPENITO
DAVID R. ORTIZ
Trial Attorneys

*/s/ Joshua G. Carpenito*
Joshua G. Carpenito
NC Bar No. 60801
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
310 New Bern Ave,
Raleigh, NC 27601
202-880-1518
joshua.g.carpenito@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

                                      */s/ Joshua G. Carpenito*
                                      Joshua G. Carpenito