# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
#### No. 7:23-cv-00897

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | DEFENDANT UNITED STATES |
| | ) | OF AMERICA'S |
| This Document Relates To: | ) | INDEX OF EXHIBITS |
| *All Cases* | ) | |
| | ) | |
| | ) | |

| Exhibit | Description |
|---|---|
| 1 | Excerpts – Report by Thomas Longo, M.D. – Criswell v. United States |
| 2 | Excerpts – Report by Thomas Longo, M.D. – Dyer v. United States |
| 3 | Excerpts – Report by John P. Sfakianos, M.D. – Cagiano v. United States |
| 4 | Excerpts – Report by John P. Sfakianos, M.D. – Laramore v. United States |
| 5 | Excerpts – Rough Draft of the Deposition Transcript of Thomas Longo, M.D. |
| 6 | Excerpts – Report by Vincent Bivins, M.D. – Raymond v. United States |
| 7 | Excerpts – Report by Vitaly Margulis, M.D. – Downs v. United States |
| 8 | Excerpts – Report by Yair Lotan, M.D. – Downs v. United States |
| 9 | Excerpts – Report by Yair Lotan, M.D. – Fancher v. United States |
| 10 | Excerpts – Report by Joseph J. Del Pizzo, M.D. – Howard v. United States |
| 11 | Excerpts – Report by Joseph J. Del Pizzo, M.D. – Fancher v. United States |
| 12 | Excerpts – Report by Joseph J. Del Pizzo, M.D. – Mousser v. United States |
| 13 | Excerpts – Report by Armine K. Smith, M.D. – Howard v. United States |
| 14 | Excerpts – Report by Armine K. Smith, M.D. – Mousser v. United States |
| 15 | Excerpts – Report by Armine K. Smith, M.D. – Tukes v. United States |
| 16 | Excerpts – Report by Damian A. Laber, M.D. – Fiolek v. United States |
| 17 | Excerpts – Report by Damian A. Laber, M.D. – Gleesing v. United States |
| 18 | Excerpts – Report by Richard T. Hoppe, M.D.– Davis v. United States |
| 19 | Excerpts – Report by Richard T. Hoppe, M.D. – Howard v. United States |
| 20 | Excerpts – Rough Draft of the Deposition Transcript of Richard Hoppe, M.D. |
| 21 | Excerpts – Report by Paul J. Michaels, M.D. – Vidana v. United States |
| 22 | Excerpts – Report by Richard L. Barbano, M.D., Ph.D. – Peterson v. United States |
| 23 | Excerpts – Report by Richard L. Barbano, M.D., Ph.D. – McElhiney v. United States |
| 24 | Excerpts – Report by Heidi B. Schwarz, M.D. – Sparks v. United States |
| 25 | Excerpts – Report by Heidi B. Schwarz, M.D. – Welch v. United States |
| 26 | Excerpts – Report by Kristin Andruska, M.D., Ph.D. – Rothchild v. United States |
| 27 | Excerpts – Report by Matthew Cooper, M.D. – Mousser v. United States |