IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | NOTICE OF FILING—PURSUANT |
| CAMP LEJEUNE WATER LITIGATION | ) | TO LOCAL RULE 79.2 AND |
| | ) | ELECTRONIC CASE FILING |
| | ) | ADMINISTRATIVE POLICIES |
| This Document Relates To: | ) | AND PROCEDURES MANUAL |
| ALL CASES | ) | (V)(G)(1)(E) |
| | ) | |

The United States files this Notice of Filing pursuant to Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual (V)(G)(1)(e) and states that the following documents filed at D.E. 411 have been designated as "confidential" by Plaintiffs' Leadership Group ("PLG") pursuant to the Second Amended Stipulated Protective Order (Case Management Order No. 15), (D.E. 266), and presumably contain confidential and/or sensitive information and are, therefore, not being filed publicly on the docket:

1. Exhibit 5, Rough Draft of the Deposition Transcript of Thomas Longo, M.D.[1]

2. Exhibit 16, Report by Damian A. Laber, M.D. – *Fiolek v. United States*

3. Exhibit 17, Report by Damian A. Laber, M.D. – *Gleesing v. United States*

4. Exhibit 18, Report by Richard T. Hoppe, M.D.– *Davis v. United States*

5. Exhibit 20, Rough Draft of the Deposition Transcript of Richard Hoppe, M.D.

6. Exhibit 21, Report by Paul J. Michaels, M.D. – *Vidana v. United States*

---

[1] Under the Second Amended Stipulated Protective Order, transcripts of depositions are deemed confidential for a period of thirty (30) days, and therefore, the United States also has filed Exhibits 5 and 20 provisionally under seal. The United States has redacted certain information in the remaining exhibits; none of the redacted information is relevant to the Motion.

1

Dated: June 23, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

J. PATRICK GLYNN
Director,
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

JOSHUA G. CARPENITO
DAVID R. ORTIZ
Trial Attorneys

*/s/ Joshua G. Carpenito*
Joshua G. Carpenito
NC Bar No. 60801
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
310 New Bern Ave,
Raleigh, NC 27601
202-880-1518
joshua.g.carpenito@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

>*/s/ Joshua G. Carpenito*
>Joshua G. Carpenito