# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| *IN RE:* | ) | |
| *CAMP LEJEUNE WATER LITIGATION* | ) | Case No: 7:23-cv-897 |
| | ) | |
| | ) | JOINT MOTION TO AMEND PRETRIAL |
| This Document Relates To: *ALL CASES* | ) | SCHEDULING ORDERS [DE-270, DE-312, |
| | ) | and DE-332] |
| | ) | |
| | ) | |

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and 16(b)(4), the Plaintiffs' Leadership Group ("PLG") and Defendant United States of America (collectively, "the 'Parties'"), jointly move the Court to amend: (1) the August 7, 2024, Pretrial Scheduling Order [DE-270]; (2) the January 2, 2025, Pretrial Scheduling Order [DE-312]; and (3) the March 11, 2025, Pretrial Schedule Order [DE-332]. The Parties seek to amend these orders to extend the time for the Parties to (1) perform Phase II (General Causation) and Phase III (Specific Causation) briefing, (2) complete fact discovery related to the Parties' offset information and potentially corresponding damages information, (3) serve Phase III expert reports related to damages and offset information, (4) complete Phase III expert depositions for all Track 1 Trial Cases related to the Parties' life care planning, home renovation, damages, and offset experts,[1] and (5) briefly extend the time for PLG to serve Phase III rebuttal life care planning expert and/or home renovation expert reports.[2]

---

[1] Presently, the Parties have disclosed certain damages-related experts to which this amendment would apply: experts related to life care planning (PLG experts include Michael A. Fryar, Kelly Sakala, and Kay Hairston; United States' experts include Michael Shahnasarian and Deborah Navarro) (collectively, "Parties' LCP Experts"); experts related to economic damages and/or offset opinions (PLG experts include Chad Staller; United States' experts include Tricia M. Yount, Dubravka Tosic, Henry Miller, and Andrew Brod) (collectively, "Parties' Economic Experts"); and PLG's home renovation expert Eric Anderson ("PLG's Home Renovation Expert"). These experts are referred collectively herein as the "Parties' Damages Experts."

[2] Due to ongoing disputes, the Parties previously agreed to extend the due date for PLG to serve its Phase III rebuttal expert reports for their Damages Experts that were originally due on May 14, 2025, per DE-312. While the Parties agree to permit the Parties' Economic Experts to serve amended reports following additional discovery, the Parties agree that any Phase III rebuttal LCP Expert or Home Renovation Expert reports are due on July 2, 2025. This

**Phase II and Phase III Briefing**

The Parties have recently completed Phase II expert discovery and have just started Phase III expert discovery. There are nearly 40 Phase III expert witness depositions that are scheduled to take place during Phase III discovery, ending in late July 2025 (not including the Parties' 11 Damages Experts, who, upon entry of the corresponding proposed order, would be deposed during a later phase). Additionally, at the Settlement Masters' request, the Parties are submitting mediation statements and engaging in in-person mediations for all 25 Track 1 Bellwether Plaintiffs; the mediations will begin in July 2025 and are scheduled to continue through the end of August 2025.

Consequently, to meet these competing demands, the Parties have agreed, if the Court approves, to extend the time for the Parties to submit Phase II and Phase III briefing. In order to make the briefing process more efficient for the Parties and for the Court (for example, there are a number of Phase II experts who also submitted reports during Phase III), the Parties have agreed to modify the briefing schedules for Phase II and Phase III so that opening briefs for both Phase II and Phase III would be due concurrently on **September 10, 2025**, opposition briefs would be due on **November 10, 2025**, and reply briefs would be due on **December 12, 2025**. Good cause exists for amendment of the Court's orders to allow the Parties to effectively and efficiently complete Phase III discovery and to take part in Track 1 settlement mediations. The short extensions allow the Parties to appropriately brief Phase II and Phase III issues without disrupting the Court's overarching phased approach to this litigation, and commitment to try any Track 1 cases, as necessary, in 2026.

agreement does not preclude the LCP Experts who have put forth opinions on the Parties' life care plans from also providing a report on other/different topics within the amended schedule, to the extent appropriate and to the extent related to a respective Parties' Economic Experts' damages or offset opinions.

## Damages-Related Discovery

The Parties presently dispute the timing and scope of the disclosure of offset-related information ("Offset Information") in this case and its impact on the Plaintiffs' damages presentations. This dispute has been the subject of multiple meet and confers and is referenced in the Joint Status Reports filed on May 14, 2025 [DE-383] and June 2, 2025 [DE-390]. The issues also were raised at the Status Conferences occurring on May 21, 2025 and June 9, 2025. In order to avoid the time and expense of engaging in motions practice on these disputed issues, the Parties have agreed to conduct further discovery related to Offset Information and to provide a separate discovery "Track" for this information as follows:

1. The United States will (i) produce underlying offset data and materials from VHA (including IVC) TriWest, CMS, TRICARE and any other entity from which the government intends to utilize information to support its claimed offsets and (ii) work with those agencies to identify the individuals responsible for each agency's provided data and explanation, and provide those individuals for remote depositions by **September 2, 2025.** The depositions will be performed on a rolling basis via remote means in a manner that provides PLG sufficient time prior to each deposition to analyze the information pertinent to each deposition.

2. PLG will produce amended damage assessment forms and expert reports on damages/offsets by no later than **October 13, 2025**.

3. The United States will produce expert reports on damages/offsets by no later than **45 days** after PLG completes its production under #2.

4. PLG will produce rebuttal expert reports on damages/offsets by no later than **35 days** after the United States completes its production under #3.

5. The Parties will complete expert discovery on damages/offsets by no later than **45 days** after PLG completes its production under #4. The currently scheduled depositions of the Parties' Damages Experts shall be postponed to this period of expert discovery unless otherwise agreed between the parties. Motions pertaining to the experts being deposed according to this revised schedule will be included in a revised briefing schedule, if any is necessary.

Good cause exists for amendment of the Court's Orders to allow for this additional discovery.

The Parties request that the Court's August 7, 2024, Pretrial Scheduling Order [DE-270] be amended to permit the Parties sufficient time to produce offset-related information

3

and to conduct fact depositions (to the extent necessary) on offset-related information; such

fact discovery shall conclude on September 2, 2025. The Parties further request that the

Court's January 2, 2025, Pretrial Scheduling Order [DE-312] be amended to provide a separate

discovery "Track" to allow the Parties to serve expert reports related to the damages and offset

information and to complete depositions of the Parties' Damages Experts. To further align

those Phase III expert discovery deadlines with the Court's March 11, 2025, Pretrial

Scheduling Order [DE-332], which designated particular deadlines for experts related to

Track 1 Plaintiffs alleging Parkinson's Disease, the Parties' request necessitates amendment

of that Pretrial Scheduling Order [DE-332] as well.

A proposed order is attached.


DATED this 24th day of June 2025.          Respectfully submitted,


*/s/ J. Edward Bell, III*
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com *Lead Counsel for Plaintiffs*


*/s/ Zina Bash*
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs and Government Liaison*


/s/ *Robin Greenwald*
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

J. PATRICK GLYNN
Director,
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209
Fax: (202) 616-4473

New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Elizabeth Cabraser*
Elizabeth Cabraser (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

*/s/ W. Michael Dowling*
W. Michael Dowling (NC Bar No. 42790) The
Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

*/s/ James A. Roberts, III*
James A. Roberts, III (N.C. Bar No.: 10495) Lewis
& Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529 Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street Salisbury,
North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*

*/s/ Michael W. Cromwell*
Michael W. Cromwell
NC Bar No. 43961
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
310 New Bern Ave
Raleigh, NC 27601
919-500-4282
michael.w.cromwell@usdoj.gov

*Attorneys for Defendant,*
*United States of America*

*/s/ Hugh R. Overholt*
Hugh R. Overholt (NC Bar No. 016301)
Ward and Smith P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: (252) 672-5400
hro@wardandsmith.com
*Liaison Counsel for Plaintiffs*

*/s/ A. Charles Ellis*
A. Charles Ellis (N.C. Bar No.: 010865)
Ward and Smith P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: (252) 215-4000
ace@wardandsmith.com
*Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that, on June 24, 2025, a copy of the foregoing Joint Motion to Amend Pretrial Scheduling Orders [DE-270, DE-312, and DE-332] was served electronically on all counsel of record in this matter through the Court's CM/ECF.


Dated: June 24, 2025                    /s/ Michael W. Cromwell