IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | O R D E R |
| | ) | |
| This Document Relates to: | ) | |
| ALL CASES | ) | |

This matter is before the court on the parties' second joint motion to amend pretrial deadlines [DE-413]. Pursuant to Federal Fed. R. Civ. P. 6(b)(1) and 16(b)(4), and good cause having been shown, the Court amends its Pretrial Scheduling Orders[1] [DE-312] [DE-332], and hereby orders that:

1) Pursuant to the order entered on January 2, 2025 [DE-312], the Parties' opening briefs for Phase II (general causation) are due on June 30, 2025[2]; the Parties' opposition briefs for Phase II are due on August 2, 2025; and the Parties' reply briefs for Phase II are due on September 1, 2025. Furthermore, pursuant to the order entered on January 2, 2025 [DE-312], the Parties' opening briefs for Phase III (specific causation and damages, or "residual issues") are due on August 27, 2025; the Parties' opposition briefs for Phase III are due on October 2, 2025; and the Parties' reply briefs for Phase III are due on October 31, 2025.

For good cause shown, the briefing schedule for Phase II and Phase III will be modified as follows: the Parties' opening briefs for Phases II and III are due on **September 10, 2025**; the Parties' opposition briefs are due on **November 10, 2025**; and the Parties' reply briefs are due on **December 12, 2025.**

2) Pursuant to the order entered on January 2, 2025 [DE-312], the Track 1 Trial Plaintiffs' ("Plaintiffs") rebuttal reports for Phase III were due May 14, 2025.[3]

---

[1] The court entered the initial Pretrial Scheduling Order on August 7, 2024 [DE-270].

[2] This date was previously moved to June 30, 2025, because June 28, 2025, falls on a Saturday. *See* Fed. R. Civ. P. 6(a).

[3] Due to ongoing disputes and present attempts to resolve them, the Parties have agreed to extend the due date for Plaintiffs' Leadership Group ("PLG") to serve its Phase III rebuttal expert reports that were originally due on May 14, 2025. *See* [DE-312].

For good cause shown, Plaintiffs' rebuttal reports for Phase III related to "life care planning" and "home renovation" are now due **July 2, 2025**.

3) Pursuant to the scheduling orders entered on July 9, 2024 [DE-250], and August 7, 2024 [DE-270], fact discovery related to Plaintiffs closed on August 11, 2024.

For good cause shown, the Parties are permitted to engage in fact discovery limited to the Parties' offset information and potentially corresponding damages information, to be completed by **September 2, 2025**. Any depositions conducted herein will be performed on a rolling basis via remote means in a manner that provides the Parties sufficient time prior to each deposition to analyze the information pertinent to each deposition.

4) In conjunction with Paragraphs 1 and 2, pursuant to this order, the court orders a modified, separate track for expert discovery related to "damages and offsets" as set forth below:

Plaintiffs will produce their amended damage assessment forms and disclose their expert reports relating to "damages and offsets" by no later than **October 13, 2025**.

The United States will disclose its expert reports relating to "damages and offsets" by no later than **45 days** after Plaintiffs disclose all their expert reports relating to "damages and offsets" information.

Plaintiffs will disclose their rebuttal expert reports relating to "damages and offsets" by no later than **35 days** after the United States disclose all their experts relating to "damages and offsets" information.

5) Following these expert disclosures relating to "damages and offsets" information, the Parties will have **45 days** to complete expert discovery on "damages and offsets," "life care planning," and "home renovation."

6) Following these expert disclosures relating to "damages and offsets" information, the Parties will meet and confer in good faith regarding a briefing schedule, if necessary, related to experts opining on "damages and offsets," "life care planning," and "home renovation."

7) Consistent with the order entered on January 2, 2025 [DE-312], expert witness depositions will be presumptively limited to 7 hours per expert absent agreement of the Parties or court order for good cause.

8) Consistent with the order entered on January 2, 2025 [DE-312], each Party will pay for the time that any opposing Party's expert spends under oath in deposition, at the same rate paid by the Party that retained the expert; otherwise, the Parties are responsible for the fees of the experts they retain.

The table below summarizes the Parties' expert discovery and briefing deadlines, as amended by this order (changes in **bold**):

| Phase | Deadline | Original Date | Amended Date |
|---|---|---|---|
| 1 Water Contamination | PLG Disclosure | October 25, 2024 | October 25, 2024 |
| 1 Water Contamination | DOJ Disclosure | December 9, 2024 | December 9, 2024 |
| 2 General Causation | PLG Disclosure | December 9, 2024 | December 9, 2024 |
| 1 Water Contamination | PLG Rebuttal | December 30, 2024 | January 14, 2025 |
| 3 Residual Experts | PLG Disclosure | January 23, 2025 | February 7, 2025 |
| 2 General Causation | DOJ Disclosure | January 23, 2025 | February 7, 2025 |
| 1 Water Contamination | Expert Close | February 13, 2025 | March 15, 2025 |
| 2 General Causation | PLG Rebuttal | February 13, 2025 | March 15, 2025 |
| 3 Residual Experts | DOJ Disclosure | March 9, 2025 | April 8, 2025 |
| 1 Water Contamination | Opening Briefs | March 15, 2025 | April 29, 2025 |
| 3 Parkinson's Disease Residual Experts[4] | DOJ Disclosure | May 8, 2025 | May 8, 2025 |
| 3 Residual Experts | PLG Rebuttal | March 30, 2025 | May 14, 2025 |
| 2 General Causation | Expert Close | March 30, 2025 | May 14, 2025 |
| 1 Water Contamination | Opposition Briefs | April 5, 2025 | June 4, 2025 |
| 3 Parkinson's Disease Residual Experts[5] | PLG Rebuttal | June 13, 2025 | June 13, 2025 |
| **3 Life Care Planning and Home Renovation Residual Experts** | **PLG Rebuttal** | | **July 2, 2025** |
| 1 Water Contamination | Reply Briefs | April 19, 2025 | July 3, 2025 |
| 3 Residual Experts[6] | Expert Close | May 14, 2025 | July 13, 2025 |

---

[4] The Court previously amended Phase III expert discovery deadlines for experts offering opinions relating to the Track 1 Trial Plaintiffs alleging Parkinson's Disease [DE-332]. Those amended dates are incorporated herein and are further amended as described herein.

[5] Parkinson's Disease Residual Experts related to "damages and offsets," "life care planning," and "home renovation," are now scheduled as follows: those Parkinson's Disease Residual Experts rebuttal reports related to "life care planning" and "home renovation" are due July 2, 2025; those Parkinson's Disease Residual Experts reports relating to "damages and offsets" are now due consistent with the deadlines for "3 Economic Residual Experts;" the depositions of those Parkinson's Disease Residual Experts related to "damages and offsets," "life care planning," and "home renovation," must be taken prior to February 19, 2026. Otherwise, the Parkinson's Disease Residual Experts schedule [DE-332] remains unchanged.

[6] The close of expert discovery and related briefing for "3 Residual Experts" does not include those experts related to "damages and offsets," "life care planning," and "home renovation." Those deadlines are more specifically identified herein.

| | | | |
|---|---|---|---|
| 3 Parkinson's Disease Residual Experts | Expert Close | August 12, 2025 | August 12, 2025 |
| 2 General Causation | Opening Briefs | June 30, 2025 | September 10, 2025 |
| 3 Residual Experts | Opening Briefs | August 27, 2025 | September 10, 2025 |
| 3 Economic Residual Experts[7] | PLG Disclosure | February 7, 2025 | October 13, 2025 |
| 2 General Causation | Opposition Briefs | August 4, 2025 | November 10, 2025 |
| 3 Residual Experts | Opposition Briefs | October 2, 2025 | November 10, 2025 |
| 3 Economic Residual Experts | DOJ Disclosure | April 8, 2025 | December 1, 2025[8] |
| 2 General Causation | Reply Briefs | September 1, 2025 | December 12, 2025 |
| 3 Residual Experts | Reply Briefs | October 31, 2025 | December 12, 2025 |
| 3 Economic Residual Experts | PLG Rebuttal | May 14, 2025 | January 5, 2026 |
| 3 Economic, Life Care Planning, Home Renovation Residual Experts | Expert Close | July 13, 2025 | February 19, 2026 |

SO ORDERED. This 25 day of June, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge

---

[7] These dates are calculated using the maximum time allowed pursuant to Paragraphs 4 and 5. If a party completes its expert disclosures pursuant to Paragraphs 4 or 5 within less time than is allowed, the deadlines for rebuttal reports and completion of expert discovery will move up accordingly.

[8] Moved from November 27, 2025, which is a federal holiday. *See* Fed. R. Civ. P. 6(a).

4