IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | **ORDER** |
| ) | |
| This document applies to: ) | |
| ALL CASES ) | |

On July 9, 2024, the court entered an order appointing Thomas J. Perrelli and Christopher G. Oprison as Settlement Masters in this litigation for a term of one year subject to extension. Sett. Master and Sett. Liaison Appt. Ord. [D.E. 251] 1; 6, § VI.3 (July 9, 2024). The parties have agreed to further settlement proceedings involving Mr. Perrelli and Mr. Oprison as Settlement Masters with the goal of "finalizing a matrix and global settlement framework for resolving a significant portion of the present claims by the end of 2025." See, e.g., Sett. Master Status Rep. [D.E. 406] (June 16, 2025). It is therefore ORDERED that the terms of Mr. Perrelli and Mr. Oprison as Settlement Masters are EXTENDED for an additional year.

This 3rd day of July 2025.

RICHARD E. MYERS II
Chief United States District Judge