1      UNITED STATES DISTRICT COURT

2   FOR THE EASTERN DISTRICT OF NORTH CAROLINA

3          SOUTHERN DIVISION

4      Civil Action No. 7:23-CV-00897

5

6   - - - - - - - - - - - - - - - - - - )

7   IN RE:  CAMP LEJEUNE WATER LITIGATION )

8   - - - - - - - - - - - - - - - - - - )

9

10                  Thursday, March 27, 2025

11

12

13

14           Videotaped Deposition of JAY L.

15   BRIGHAM, PH.D., a witness herein, called for

16   examination by Counsel for Plaintiffs in the

17   above-entitled matter, taken at the Offices of

18   Keller Postman, 1101 Connecticut Avenue, NW, Suite

19   1100, Washington, D.C. 20036, pursuant to

20   agreement, the witness being duly sworn by

21   Joe Strickland, RPR, CRR, CRC, a Certified

22   Stenographic Reporter and Notary Public in and for

23   the District of Columbia, the proceedings being

24   taken down by Stenotype by Joe Strickland, RPR,

25   CRR, CRC, and transcribed under his direction.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 1 of 288

```
1    APPEARANCES:

2

3    On behalf of the Plaintiffs Leadership Group:

4         JOHN S. HUGHES, IV

5         Wallace and Graham

6         525 North Main Street

7         Salisbury, North Carolina  28144

8         704-633-9434

9

10   On behalf of the U.S. Department of Justice,

11   Civil Division

12        CINDY M. HURT, ESQ.

13        HANLEY W. GIBBONS, ESQ.

14        1100 L Street, NW  LST 4085

15        Washington, D.C.  20005

16        202-307-5788

17        Cindy.M.Hurt@usdoj.gov

18        Hanley.W.Gibbons@usdoj.gov

19

20   Also Present by Videoconference:

21         Deanna Havai, Motley Rice

22        Dennis Reich, Mark Doby, Sharon Sprayregen,

23        Whitney Wallace, Zina Bash, SPAC, Jmens

24

25   VIDEOGRAPHER:   Bradley Loy
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 2 of 288

1                C O N T E N T S
2     WITNESS:  JAY BRIGHAM, PH.D.
3   EXAMINATION BY:                                PAGE

4   Mr. Hughes...................................  4
5   Ms. Hurt..................................... 214

6
7                E X H I B I T S

8   EXHIBITS     DESCRIPTION                      PAGE
9   Exhibit 1    Brigham Report:  12-9-2024       44
10  Exhibit 2    Second Brigham Report: 2-7-2025  113
11  Exhibit 3    Benz Deposition, 1-10-2023       140
12  Exhibit 4    Longley Report:  12-2024         154
13  Exhibit 5    Second Longley Report:  1-13-2025  156
14  Exhibit 6    Longley Report:  3-17-2025       176
15  Exhibit 7    Brigham Report:  Harrington 2007  188
16  Exhibit 8    Photo:  Mr. and Mrs. McElhiney   190
17  Exhibit 9    Photo:  Mr. McElhiney            191
18  Exhibit 10   Depository Pages: Well log images 193
19  Exhibit 11   Partain thesis                   197
20  Exhibit 12   Photos for The Globe             210

21
22
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 3 of 288

```
 1              P R O C E E D I N G S
 2                                (10:00 a.m.)
 3              THE VIDEOGRAPHER:  We are now on the
 4     Record.  My name is Bradley Loy.  I am a
 5     videographer for a VotTak, a Veritext division.
 6     Today's date is March 27th, 2025.  The time is now
 7     9:59.
 8              This video deposition is being held at
 9     1101 Connecticut Avenue Northwest, Washington,
10     D.C. in the matter of Camp Lejeune Water
11     Litigation in the United States District Court for
12     the Eastern D of North Carolina, Southern
13     Division.  The deponent is Jay L. Brigham.
14              Will counsel please identify themselves.
15              MR. HUGHES:  John Hughes, Wallace and
16     Graham for the Plaintiffs.
17              MS. HURT:  Cindy Hurt, for the United
18     States.
19              MR. GIBBONS:  Hanley Gibbons, for the
20     United States.
21              THE VIDEOGRAPHER:  The court reporter is
22     Joe Strickland, who will now swear the witness.
23     Whereupon,
24              JAY L. BRIGHAM, Ph.D.
25     was called as a witness and, having been first
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 4 of 288

1    duly sworn, was examined and testified as follows:

2             EXAMINATION BY COUNSEL FOR PLAINTIFF

3    BY MR. HUGHES:

4        Q.    Sir, my name is John Hughes, I represent

5    the Plaintiffs in the Camp Lejeune Water

6    Litigation.  I'll be taking your deposition.  Have

7    you been deposed before in other matters?

8        A.    Yes, I have.

9        Q.    And normally -- what name do you prefer

10   Dr. Brigham?  Professor?

11       A.    Dr. Brigham is fine.  Jay Brigham is

12   fine.

13       Q.    Thank you.  A couple of things.  If you

14   don't understand one of my questions, tell me and

15   I will rephrase it.  Okay?  If we start to go back

16   and forth too fast, the court reporter tells me to

17   slow it down.  If you need to take a break at any

18   time for any reason, just tell me you need to take

19   a break.  Okay?

20       A.    Thank you.

21       Q.    Okay.  So Dr. Brigham, when you were

22   first contacted for this matter, how long ago was

23   it?  About ten months ago; is that right?

24       A.    It was actually -- I remember it was

25   March 29th of last year, about a year ago.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 5 of 288

1      Q.    What makes you remember the exact date?

2      A.    It was two days before my birthday.

3      Q.    Sir, that does make it memorable.  Do

4  you remember who contacted who?  Walk me through.

5      A.    On my firm's website, we received an

6  inquiry from Mr. Gibbons asking if we could talk.

7  That was passed on to me by my administrative

8  assistant and I responded in the affirmative.

9      Q.    And your firm is called what?

10      A.    Morgan Angel Brigham and Associates,

11  LLC.

12      Q.    How long have you had that firm?

13  Roughly?

14      A.    Well, I started at the firm that was

15  then known as Morgan Angel in July of 1997.  I

16  became a managing partner January 1st, 2014, and I

17  added my name to it in 2022.

18          MR. HUGHES:  Pause it there.  One of the

19  attendings on the Zoom says he can't hear.

20          THE VIDEOGRAPHER:  All should be going

21  fine.

22          MR. HUGHES:  Let's keep going here.

23  BY MR. HUGHES:

24      Q.    Let me try it this way.  You've done a

25  number of projects for the Government?

1        A.   That's correct.

2        Q.   How far back in time would I have to go

3  to get to the first one?

4        A.   About 1999.

5        Q.   And what was that, if you remember?

6        A.   I do remember.  It involved a Superfund

7  CERCLA case involving Reynolds -- excuse me, it

8  was Alcoa Aluminum.

9        Q.   And you mentioned CERCLA and Superfund.

10  You've had a number of cases where you were an

11  expert or consultant for the Government and it

12  involved a CERCLA Superfund site?  Would be that

13  accurate?

14        MS. HURT:  Objection to form.

15        THE WITNESS:  Yes, that's accurate.

16  BY MR. HUGHES:

17        Q.   Okay.  Do you know what the ATSDR is?

18        A.   I do.

19        Q.   What is it?

20        A.   The Agency for Toxic Substance and

21  Disease Registry.

22        Q.   Okay.  Have you ever dealt with the

23  ATSDR in connection with any other cases that

24  you've done as a consultant or expert for the

25  Government?

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 7 of 288

1           MS. HURT:  Objection to form.

2           THE WITNESS:  No, I have not.

3   BY MR. HUGHES:

4       Q.   Okay.  In this matter you've had people

5   assisting you doing the work; correct?

6           MS. HURT:  Objection to form.

7           THE WITNESS:  I've had people assisting

8   me.  I've also done quite a bit of work.  It's a

9   collaborative effort with my staff.

10  BY MR. HUGHES:

11      Q.   And you use the word "staff" in your

12  report?

13      A.   I do.

14      Q.   Okay.  How many people are covered by

15  that term, "staff," for purposes of this project?

16      A.   The staff includes four of my senior

17  research associates and then about four more

18  research associates.

19      Q.   Okay.  The DOJ was kind enough to

20  provide us with some supplemental information in

21  the last day or two.  It indicated some people

22  that I want to ask you about and see if they were

23  staff or if they were involved in helping with the

24  work on this project.  Okay?

25      A.   Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 8 of 288

1       Q.   The first is Annemarie Moore.  Do you

2   know if she was involved?

3       A.   Yes, she was.

4       Q.   And then Clara Barclay?

5       A.   Yes, to a lesser degree.

6       Q.   Jai -- J-A-I Alterman.

7       A.   Yes, Jai Alterman was.

8       Q.   Jennifer Lapp, L-A-P-P?

9       A.   Yes, Jennifer was also involved.

10       Q.   Karen Luu, L-U-U?

11       A.   Yes, she was.  Correct.  Karen was also

12   involved.

13       Q.   Peter James?

14       A.   Yes.

15       Q.   Rori Cochran?

16       A.   Yes.

17       Q.   Clifford -- gosh, I'm going to spell

18   this one -- O-R-A-T-O-K-H-A-I?

19       A.   Yes, Oratokhai.  At the beginning, but

20   he didn't have a lot of involvement.

21       Q.   Sarah, with an H, Casella,

22   C-A-S-E-L-L-A?

23       A.   Yes, again her -- she was also involved,

24   more so at the beginning.

25       Q.   Daphne N-G-O?

1       A.    Yes, Daphne was last summer.

2       Q.    Randy Scott?

3       A.    He was also involved.

4       Q.    And Jenna Hill -- J-E-N-N-A Hill.  Was

5    she involved?

6       A.    Yes, she was.

7            MR. HUGHES:  And when we go off, I can

8    give you any spellings.

9    BY MR. HUGHES:

10      Q.    And it looks like the amount of the

11   bills that your firm has sent to date to the

12   Government for the work on this cases and out at a

13   little over $843,000.  Does that sound correct?

14      A.    Yes, approximately correct, yeah.  Yes,

15   excuse me.  I should say yes.

16      Q.    At any time -- strike that.

17            Can you think of any other staff that

18   helped you on the project besides the ones we

19   named?

20      A.    The other name that appears on some of

21   those would be Ari Kelman.

22      Q.    Kelman, the other historian expert the

23   Government has retained?

24      A.    Yes.

25      Q.    Have you looked at his report?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 10 of 288

1       A.   I did see it, yes.

2       Q.   During the time that you and your staff

3  have worked on this project, did you ever review

4  the website called The Few, the Proud, the

5  Forgotten that is maintained by Michael Partain

6  and Jerry Ensminger?

7       A.   At the very outset of our research, we

8  were trying to locate source information.  I found

9  that website.  I briefly looked at it and I asked

10  Dr. Moore to look at it.  And then we quickly

11  found a lot of other resources or source material,

12  most importantly at the time was The Globe, and we

13  turned our attention to that.

14       Q.   Okay.  When you say Moore, is that

15  Annemarie Moore?

16       A.   I'm sorry, yes.  Annemarie Moore.

17       Q.   And she goes by Dr. Moore?

18       A.   She does go by Dr. Moore.  She is a

19  doctor, but we don't call her Dr. Moore in the

20  office.

21       Q.   I understand.  And did you all look at

22  the timelines that or the timelines that are on

23  The Few and the Proud website?

24       A.   I have seen the timeline, yes.

25       Q.   Do you recall if there is a timeline

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 11 of 288

1    entry for the ABC Dry Cleaners?

2        A.   I do.

3        Q.   Do you remember if that references the

4    year 1953 in one place?

5        A.   I do.

6        Q.   And I think it references the year 1954

7    in another?

8           MS. HURT:  Objection to form.

9    BY MR. HUGHES:

10       Q.   Do you remember if it does or not?

11       A.   I'm unsure as I sit here today.

12       Q.   But you can recall how in the opening

13    pages in the chronology when it gets to ABC Dry

14    Cleaners, it references the year 1953?

15       A.   Yes, I remember that and.

16       Q.   And there is a link to deposition pages

17    from the Victor Melts, the owner; right?

18       A.   Yes, that is correct.

19       Q.   Now, your staff was able to get with

20    ahold of some Yellow Page's for ABC Dry Cleaners;

21    right?

22       A.   Yes.

23       Q.   How did you get them?

24       A.   I sent initially Ms. Cacella to city

25    directories, as they used to be called before they

1    were called telephone books.  I asked Ms. Cacella
2    to go to the Library of Congress and take a look
3    at these city directories for the City of
4    Jacksonville, North Carolina.
5         Q.   Why, if you remember, why were you
6    focused on the start date of ABC Cleaners?
7         A.   Initially we'd been asked -- I'd been
8    asked by the Department of Justice to try to see
9    and verify when the ABC Cleaners started
10   operations.  So that is why I sent Ms. Cacella to
11   the Library of Congress to look at those as you
12   referred to them as Yellow Pages.
13        Q.   What you would refer to them as?
14        A.   Telephone directories.
15        Q.   Okay.  Do you know if anyone had
16   undertaken such an effort at any time in the past
17   before did you go to look at Yellow Pages ads for
18   ABC Dry Cleaners with reference to trying to
19   figure out when it opened?
20             MS. HURT:  Objection to form.
21             THE WITNESS:  Not to my knowledge, no.
22   BY MR. HUGHES:
23        Q.   Why didn't the Government go look at it
24   back in, say, 1990 when the site was first being
25   called a Superfund site and your team started

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 13 of 288

1    getting involved?

2         MS. HURT:  Objection to form and

3    foundation.

4         THE WITNESS:  I have no idea.

5    BY MR. HUGHES:

6         Q.   Are you aware that the timelines on The

7    Few and the Proud Web site has been out for over a

8    decade?

9         MS. HURT:  Objection to form.

10        THE WITNESS:  I know it's been up there

11   for a number of years.  I don't recall exactly

12   when it was first posted.  I know Mr. Partain took

13   over the stewardship of it, but I don't know when

14   it was originally posted.

15   BY MR. HUGHES:

16        Q.   Have you, as a historian in this matter,

17   focused us on any topics regarding lost or missing

18   documents?

19        MS. HURT:  Objection to form and

20   foundation.

21        THE WITNESS:  I was told -- I've been

22   told a number of times a lot of documents at Camp

23   Lejeune were destroyed during Hurricane Florence

24   in 2018.  I've heard that, I've been told that,

25   which is unfortunate, obviously.  Not all the city

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 14 of 288

1  directories for the city of Jacksonville are at

2  the Library of Congress.  We've tried to locate

3  them elsewhere.  We have been unable to.  I think

4  that's the extent of the concern with the missing

5  and lost documents.

6  BY MR. HUGHES:

7      Q.   Okay.  Do you know whether there were

8  logs kept historically regarding when the

9  different supply lines were turned on or off for

10  purposes of the water systems at Lejeune?

11          MS. HURT:  Objection to form.

12          THE WITNESS:  I've heard discussions

13  that such information exists.  I've never seen

14  such a log, no.

15  BY MR. HUGHES:

16      Q.   Did you make any effort in connection

17  with this case to find out if there were still any

18  logs?

19      A.   I did not.

20      Q.   Why not?

21      A.   It was my understanding that other

22  experts retained by the United States were working

23  on such information.

24      Q.   Would you agree as a historian one part

25  of a historian's task is to find out whether

1    documents are available or not in connection with

2    a topic that you research?  Would that be a fair

3    statement?

4           MS. HURT:  Objection to form.

5           THE WITNESS:  I think it was a fair

6    statement, but I was not asked to examine, or

7    study I perhaps should say -- excuse me -- when

8    the logs were turned on and off.

9    BY MR. HUGHES:

10          Q.   And you weren't asked to study or

11   research whether any well logs might still be in

12   existence?

13          A.   I was not asked to do that, no.

14          Q.   And you haven't been informed by any

15   other expert by the U.S. of any information in

16   that regard; correct?

17          A.   I have not.

18          Q.   Okay.  You were asked to look at the

19   start date of ABC Dry Cleaners; right?

20          A.   Yes.

21          Q.   And whether the 1953 date was accurate;

22   right?

23          A.   Yes.

24          Q.   Okay.  In your entire original report

25   there is no indication that you interviewed any

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 16 of 288

1    witnesses who had resided there during the
2    statutory period; is that right?
3         A.    That is correct.  There is no reference.
4         Q.    Why didn't you interview any?
5         A.    As I've indicated in my rebuttal report,
6    I'm not a practitioner of oral history for reasons
7    that I discuss.  For that matter, how I would be
8    able to interview people who might be a party to
9    this litigation.
10        Q.    Have you tried asking?
11        A.    No.
12        Q.    Okay.  In past expert reports you've
13   done, would you agree that from time to time you
14   have cited to depositions or other testimony by
15   historical witnesses; correct?
16        A.    I don't remember all the reports.  I may
17   have done that a few times.  I have cited to
18   newspaper articles that contain speeches or
19   statements is a better word by people.  But I
20   think that's different than an oral history or
21   interview.
22        Q.    Right.  But you've cited to things like
23   testimony in past cases?
24        A.    I may have.  Again, I've written a lot
25   of reports.  I'm trying to think of one that comes

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 17 of 288

1     to mind.

2          Q.   Do you remember it was the case

3     involving the TCE and the question was whether the

4     U.S. Government had used it during World War II

5     versus private companies -- I think Beach was one

6     of them I think at the site was called Harrington.

7     Do you remember that?

8          A.   Yes.  In my CV it's the Raytheon case

9     and it was Harrington.  And I did talk about the

10    deposition transcript of Colonel Bickerstaff.  And

11    if my recollection is correct, that was written in

12    2007, that part I'm sure.

13         Q.   I think that's right.

14         A.   I think Colonel Bickerstaff made an

15    error in his recollection of what was going on at

16    Harrington as far as cleaning spark plugs for

17    B29s.

18         Q.   In reviewing the report from that case,

19    it appears that there were parts of what he was

20    saying that you thought were valid or and there

21    were other parts when where you were raising

22    questions about it.  Would that be fair way to

23    discuss it?

24              MS. HURT:  Objection to form.

25              THE WITNESS:  I characterized -- I'm

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 18 of 288

1     sorry; I did not think he was correct when he
2     stated that the B29s used the Bosch spark plugs.
3     BY MR. HUGHES:
4         Q.   Right.  But other parts of his testimony
5     like about B29s, you were not challenging; fair?
6         A.   Again, you know that report was written
7     18 years ago.  I don't remember.  I think my
8     recognition as I sit here today is my primary
9     point of challenge was the Bosch spark plugs.
10        Q.   And he was testifying more than 40 years
11    after World War II; right?
12        A.   If my memory serves me right, that was a
13    preservation deposition taken in the late 90s.
14        Q.   Okay.
15        A.   So it would certainly be at least four
16    decades or more after he would have been stationed
17    at Harrington Army Airfield.
18        Q.   And you would agree that testimony by a
19    living witness who had gone through historical
20    events decades earlier can have value?  That is a
21    general statement.
22             MS. HURT:  Objection to form.
23             THE WITNESS:  Well, again, as a general
24    statement, I will agree with that.  But testimony,
25    like all historical evidence that historians use,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 19 of 288

1      needs to be evaluated.  My assignment for the
2      Harrington Army Airfield case was if TCE was used
3      or not used.  And that is why I focused on the
4      Bosch spark plug comments, and not really his
5      other comments about B29s.
6                    I do now recall that he said they had a
7      TCE vapor degreaser there that had been made, but
8      we never found any reference to that either.  And
9      there were other discussions.  But really the
10     point of reference and the point of my interest
11     was the Bosch spark plugs.
12           Q.   I understand.  Are you aware that there
13     are oral histories on the U.S. Marines website for
14     people that served at Lejeune as far back as the
15     40s?
16           A.   I just have become aware of that, yes.
17           Q.   Why didn't you review any of those in
18     connection with any of your work in this matter?
19           A.   I did.  My staff and I -- myself in
20     conjunction with my staff, we did an extensive
21     review of the websites, and I never came across
22     those oral histories.  I never became aware of
23     them until recently.
24           Q.   Have you looked at them now that you
25     have been aware of them?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 20 of 288

1    A.   I have not.  One of my staff members is

2    taking a cursory look at some of them.

3    Q.   And they're addressed in one of the

4    Longley's reports, which we will get to him.  Have

5    you reviewed Longley's -- all of his reports?

6    A.   Yes.

7    Q.   Do you know what a BUMEDS is --

8    B-U-M-E-D-S?

9    A.   I do not.

10   Q.   Or NAVNEDS, N-A-V-N-E-D-S?

11   A.   I believe I have seen that word, but I

12   don't recall what it means.

13   Q.   Are you aware that there are historical

14   regulations pertaining to the Navy and to the

15   operation of its bases and sometimes they are

16   called by in shorthand things like NAVNED?

17   A.   I now realize -- I think you are using

18   the shorthand.  So BUMED might be Bureau of

19   Medicine.

20   Q.   Yes.

21   A.   And NAVNED would be navigation -- I

22   don't remember the rest of it.

23   Q.   Do you know whether a complete set of

24   the historical Navy regulations exists to cover

25   the only time period from say the 40s to the 80s?

1          A.    I don't know if a complete set exists,
2     no.
3          Q.    And I take it you haven't been asked in
4     this case to go look into that topic; correct?
5          A.    That is correct.
6          Q.    Okay.  You were asked to specially look
7     into the task of when ABC Dry Cleaners started;
8     right?
9          A.    Yes.
10         Q.    But you were not asked to look into the
11    topic of say when any of the landfills or waste
12    dumps at Hadnot Point were being used or not;
13    correct?
14              MS. HURT:  Objection to form.
15              THE WITNESS:  That is correct.
16    BY MR. HUGHES:
17         Q.    Did you make any effort to see if any
18    family members are still alive that would have
19    recollections about ABC Dry Cleaners?
20         A.    No, I did not.
21         Q.    Why not?
22         A.    It honestly never occurred to me.  We
23    had his deposition.  We had the second deposition
24    of his wife and we had other documents.
25         Q.    It appears that in your report, which I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 22 of 288

1    will get to in a second, you site things like the

2    Yellow Pages ads, ads for a grand opening in 1954;

3    correct?

4         A.    Yes.

5         Q.    Okay.  But it's possible that a business

6    can start operating and then have its grand

7    opening after a delay; correct?

8         A.    That's possible.

9         Q.    Have you talked to any former

10   servicemembers who resided or worked at Camp

11   Geiger?  Any former servicemembers who resided, or

12   lived, had duties at the Camp Geiger region of

13   Camp Lejeune between the 50s and the 80s.  Have

14   you spoken to any eyewitnesses that would fit into

15   that category in connection with this project?

16            MS. HURT:  Objection to form.

17            THE WITNESS:  No.

18   BY MR. HUGHES:

19        Q.    Why not?

20        A.    Again, I'm not sure how I would be able

21   to speak to these people given this litigation.

22   And I really prefer, to the degree I'm able to, to

23   use written documentation or the records.

24        Q.    Part of what your report talks about is

25   the question travel of service members who might

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 23 of 288

1     have been based at a place like Geiger or Montford

2     Point and Hadnot Point or Mainside; correct?

3          A.   Among other places on base.

4          Q.   Okay.  And wouldn't you agree that one

5     relevant source of information on the issue of

6     travel from a place like Montford Point or Camp

7     Geiger to Hadnot would be the recollections of

8     survivors who actually were there during

9     historical times?

10               MS. HURT:  Objection to form.

11               THE WITNESS:  Again, that's a

12     possibility.

13     BY MR. HUGHES:

14          Q.   When we talk about the issue of

15     traveling from Montford Point to Hadnot Point,

16     we're talking about individual habits of

17     servicemembers; correct?

18          A.   Yes, that's -- you know, the individual

19     habits and the individual choices to travel or not

20     to travel, whether or not on duty.

21          Q.   Right.  And so we're talking about

22     activities of human beings; correct?

23               MS. HURT:  Objection to form.

24               THE WITNESS:  Yes, human actions and

25     human activities.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 24 of 288

1  BY MR. HUGHES:

2      Q.   And so would you agree with me that

3  since we're talking about human activities, it may

4  be relevant to talk to the actual humans that did

5  those activities?  Wouldn't that be intuitively

6  correct as a matter of historical methodology?  Or

7  do you disagree with that?

8      A.   I am not sure I do entirely agree with

9  that, given the number of years that would have

10  passed between 50s and 60s to the present.  I

11  would surmise many years have passed since the 70s

12  and 80s.  But, again, I'm just not sure how

13  fruitful such an inquiry would be about the number

14  of times somebody would have traveled or not

15  traveled from Johnson, Geiger, Court House Bay to

16  Mainside.

17      Q.   But you haven't even looked; right?

18  Have you read any depositions of Plaintiffs in

19  this matter?

20      A.   Yes.

21      Q.   You have?  Okay.  Which ones have you

22  read?

23      A.   Let's see.  Mr. Urquhart -- and I've

24  cited them in my --

25      Q.   Did you cite Zinni?  Z-I-N-N-I?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 25 of 288

1      A.    Yeah, General Zinni.

2      Q.    And Urquhart?

3      A.    Yes, thank you for the pronunciation.

4      Q.    I don't know if I have it right.  Maybe

5    Jacquelyn Fuchs?

6      A.    Yes.

7      Q.    Those ones.  Okay.  Are you aware that

8    there are other depositions as well of other

9    Plaintiffs in the case?

10      A.    I'm aware that there are some other

11    depositions taken as part of the litigation, yes.

12      Q.    So, for example, are you aware there is

13    a deposition of a guy named Benz?  Does that ring

14    a bell?

15      A.    No.

16      Q.    Don't you think it would be useful to

17    review those depositions where those witnesses

18    under oath are commenting on what their activities

19    were at Camp Lejeune during the statutory period

20    and where they traveled?

21           MS. HURT:  Objection to form.

22           THE WITNESS:  Again, my concern, as I

23    pointed out, is I find so much contradictory

24    evidence and information in depositions, I really

25    try to stay away from using it.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 26 of 288

1    BY MR. HUGHES:

2         Q.    Do you think servicemembers who are

3    under oath can give truthful testimony?

4         A.    I'm sorry; I didn't hear the last part.

5         Q.    Do you think that former servicemembers

6    being deposed under oath can give truthful

7    testimony?

8         A.    I don't think anybody is intentionally

9    being dishonest.  I just think the human memory as

10   the years pass kind of plays tricks on all of us,

11   myself included.

12        Q.    One of the communities you speak about

13   in your report is Camp Johnson; correct?

14        A.    Yes.

15        Q.    Do you know who Jerry Ensminger is?

16        A.    Yes.

17        Q.    Do you know if Jerry Ensminger was ever

18   stationed at Camp Johnson?

19        A.    Yes, he was.

20        Q.    How do you know that?

21        A.    If my recollection is right, it may have

22   been in his deposition and in a recent video that

23   Dr. Longley did with Mr. Ensminger and

24   Mr. Partain.

25        Q.    First the deposition.  Did you read the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 27 of 288

1    deposition of Jerry Ensminger?

2         A.    I believe I did, yes.

3         Q.    Do you site it in your reports?

4         A.    I don't site it.  It should be in my

5    reliance material.

6         Q.    In your reports though, I don't believe

7    there is citation of any deposition testimony by

8    Mr. Ensminger or anyone else who spent time at

9    Lejeune.  Is that fair?

10        A.    No, I don't think that is correct.  I

11   did make reference to Mr. Urquhart and a couple of

12   other people in my February -- I believe it was

13   February 7th report when I was talking about

14   reasons that I don't particularly use deposition

15   testimony.

16        Q.    Why did you not consider Jerry

17   Ensminger's testimony about what he did at Camp

18   Johnson if one of your topics was what

19   servicemembers did at Camp Johnson?

20        A.    Well, I had -- I think I have a very

21   good idea of what I did write about and what I

22   cite to about what was going on at Camp Johnson

23   and the military occupations, specialities, and

24   schools, and other things.

25        Q.    Why not cite to any of the depositions

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 28 of 288

1    of the people that were there?

2         A.   As I said, I'm very wary of using

3    deposition testimony because I see a lot of

4    contradictions in it.  I'm not sure --

5    Mr. Urquhart said everything that was filled at

6    Hadnot Point, but then there were a lot of filling

7    stations all over the base.  That seems somewhat

8    contradictory to me.

9         Q.   Do you think the deposition testimony is

10   something that a historian can consider as part of

11   methodology?

12        A.   It's certainly something you can

13   certainly consider it, yes.

14        Q.   Do you think that sworn affidavits or

15   sworn declarations under oath are materials that a

16   historian can consider as part of his or her

17   historical methodology?

18        A.   I think they can be considered.  But as

19   I believe I testified to not too along, they have

20   to be weighed and considered along with other

21   sources.

22        Q.   And one of the historian's jobs is to

23   weigh and consider different sources of evidence

24   and different incoming information; correct?

25        A.   Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 29 of 288

1          Q.    Okay.  And as additional information
2     comes in, a historian may, as a matter of
3     methodology, need to revise, amend, or correct
4     what they said earlier; right?
5          A.    That's part of a process of historical
6     writing.
7          Q.    And in this case, Dr. Longley issued an
8     initial report which identified President Nixon as
9     having been at Camp Lejeune.  You remember that?
10         A.    Yes, I do.
11         Q.    And your report refuted that and showed
12    evidence that President Nixon never was at Camp
13    Lejeune during the time period; correct?
14         A.    Yes, that's correct.
15         Q.    And a supplemental report where he found
16    that President Kennedy had been at Lejeune in the
17    60s and I think President Reagan had been at
18    Lejeune.  Do you remember that?
19         A.    Yes.  Kennedy obviously in the early 60s
20    and I believe President Reagan was in 1983 after
21    the Beirut disaster, for lack of a better word.
22         Q.    Before you saw that in Dr. Longley's
23    report, were you aware that Kennedy or Reagan had
24    been at Lejeune during the time period?
25         A.    When I was reviewing The Globe, I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 30 of 288

1    remember seeing an article that President Kennedy

2    was going to view an amphibious landing operation

3    at Onslow Beach.  I remember seeing the picture of

4    Dr. Longley included with President Kennedy with

5    the Shah.  And as part of that review, I think I

6    did see pictures of President Reagan and his wife

7    at Camp Lejeune in 1983.

8        Q.   So you saw those before you saw

9    Longley's report; is that correct?

10       A.   Yes, in fact the photo of President

11   Reagan came from a 2018 Jacksonville newspaper

12   article that Dr. Moore located.

13      Q.   But yet you didn't put any of that

14   information about Kennedy coming to Camp Lejeune

15   or about Reagan coming to Camp Lejeune in your own

16   reports.  And so what you are telling me is your

17   staff, when you found the information about

18   Kennedy at Lejeune, found the information about

19   Reagan at Lejeune, and did not put either of those

20   pieces of information in your reports; correct?

21         MS. HURT:  Objection to form.

22         THE WITNESS:  I think there is no doubt

23   that Presidents have visited Camp Lejeune.  I

24   think Roosevelt was the first.  Johnson went.  As

25   part of what my research task were questions I was

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 31 of 288

```
1    asked to address -- I'm not saying those are not
2    important, but they were not germane to what I was
3    writing about in my report.  I could write a
4    report with all of those types of people visiting.
5    It would be a very long report, but it certainly
6    could have been done.
7    BY MR. HUGHES:
8         Q.   Don't you think it's germane if there is
9    an issue, if you go out of your way to say
10   Dr. Longley was incorrect.  President Nixon wasn't
11   there.
12              MR. HURT:  Objection to form.
13              THE WITNESS:  Which begs the question
14   were other Presidents there, but then you don't
15   even mention that.  Do you see what I'm talking
16   about?
17              MS. HURT:  Objection to form.
18              THE WITNESS:  I understand your
19   questions.  I just don't know that I agree with
20   it.  We were reviewing Dr. Longley's report for
21   accuracy and we found these inaccuracies.  And so
22   that's why I wrote about them in my February
23   report.
24   BY MR. HUGHES:
25         Q.   Right.  And the reason why Longley had
```

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 32 of 288

1    cited to the Nixon photo was he was trying to
2    establish that major figures would come to Hadnot
3    and speak and, therefore, servicemembers and
4    others would come to see them.  Do you remember
5    that topic in Longley's report?
6              MS. HURT:  Objection to form.
7              THE WITNESS:  I do.
8    BY MR. HUGHES:
9         Q.   Okay.
10        A.   I do remember that discussion, and I do
11   not disagree with Mr. Longley that people went to
12   Hadnot Point to see such speakers.  Speakers such
13   as an important person like a President or a
14   Governor, Secretary of Defense, whoever it may be,
15   as well as entertainment.  I don't disagree with
16   the characterization that Hadnot Point was the
17   center of activity at Camp Lejeune.
18        Q.   You don't disagree with that?
19        A.   No, my point is that there were other
20   areas of Camp Lejeune as well.
21        Q.   I understand.  A historical
22   methodology -- can we call it a search for the
23   truth, or no?
24        A.   Well, that begs the question:  What is
25   historical truth?  You say that every generation

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 33 of 288

```
 1    writes its own history.  That doesn't mean all
 2    past generations were being dishonest.
 3         Q.   Right.
 4         A.   All historians, whether it is
 5    Dr. Longley, Dr. Kelman, or myself, are doing our
 6    best to seek an understanding of what we are
 7    writing about, doing this kind of public history
 8    or academic history.
 9         Q.   You mentioned public history.  Do you
10    agree this there is a category called the public
11    historian?
12         A.   Yes, I very much agree that there is a
13    field of public history.  There is a journal about
14    public history.  I consider the work that I do,
15    and those who work for me, as a form of public
16    history.  Public history, I've heard told, is a
17    very broad area that can include -- a person I was
18    in graduate school with the Director of the
19    American Museum at the Smithsonian.  That is
20    public history.  People who work there are public
21    history.  There are all kinds of fields of public
22    history.
23         Q.   Okay.  You know if Michael Partain would
24    be reasonably called a public historian?
25         A.   I believe he -- based upon his
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 34 of 288

1    activities, research activities and his education,
2    I think he fits the bill.
3        Q.    Okay.  So am I correct that one topic
4    you and your team were not asked to look at was
5    the history of the disclosure of information
6    regarding the opening of ABC Dry Cleaners?
7            MS. HURT:  Objection to form and
8    foundation.
9            THE WITNESS:  I want to make sure I
10   understand your question.  So when you say the
11   disclosure, do you mean previous attempts to
12   locate information on the opening?
13   BY MR. HUGHES:
14       Q.    What I mean is the contamination is
15   discovered, according to the timelines, around
16   1980.  Does that match your recollection looking
17   at the general facts?
18       A.    Yeah, 1980, the early 1980s concern
19   started to be expressed.
20       Q.    At that point we had some empirical
21   water sampling and lab analysis of samples from
22   the base.  Do you have a general understanding
23   that that happened?
24       A.    I do.
25       Q.    Okay.  Now, Mike Partain's timeline,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 35 of 288

 1    which has been up more than ten years, reflects
 2    his efforts as a public historian with regard to
 3    the Lejeune issue.  Okay?  In his timeline he
 4    talks how, for some of these lab tests, there was
 5    a question about where did all the copies of it
 6    go?  Or were there any backup materials?  Were
 7    there any materials that the lab had that the
 8    Government didn't have?
 9            Am I correct that you were not given any
10    assignment to go and look at that topic?  The
11    topic of whether there were any other laboratory
12    documents defines from that 1980s time period?
13    That was not a topic for you; correct?
14            MS. HURT:  Objection to form.
15            THE WITNESS:  That's correct.
16    BY MR. HUGHES:
17        Q.    And with ABC Dry Cleaners, you're aware
18    that Lejeune was declared a Superfund site by the
19    early 90s; right?
20        A.    Yes, I am.
21        Q.    And that triggered the involvement of
22    the ATSDR; correct?
23        A.    Yes, it would have.
24        Q.    And the ATSDR was then involved for a
25    series of many years, and one thing they tried to

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 36 of 288

1    do was gather information; correct?

2         A.   Yes, that was part of their task to

3    understand was to collect information to enable

4    them to understand it.

5         Q.   And in fact were you aware that there

6    were agreements entered into between the ATSDR and

7    other governmental agencies or departments like

8    the Navy, in which those other departments and

9    agencies agreed to provide information to the

10   ATSDR?

11             MS. HURT:  Objection to form.

12             THE WITNESS:  I am not surprised such

13   agreements exist, but I haven't actually looked at

14   an agreement.  I know the National Research

15   Council and other government entities were

16   involved, but -- or did investigations, I should

17   say.

18   BY MR. HUGHES:

19        Q.   Right.  And as of the ATSDR using the

20   Victor Metz deposition and referring to the

21   timeline that the public historian, Mike Partain,

22   had up, they went with 1953 as the start date for

23   ABC Dry Cleaners; correct?

24             MS. HURT:  Objection to form.

25             THE WITNESS:  Yes, I believe August of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 37 of 288

1  1953 is the date -- or the month and the date, I
2  should say.
3  BY MR. HUGHES:
4      Q.   And the fact that the ATSDR was relying
5  on that date, based on deposition testimony, that
6  was something that was known and public all the
7  way back in the 90s, wasn't it?
8          MS. HURT:  Objection to form.
9          THE WITNESS:  Yeah, in the 90s, whenever
10 it was first stated.
11 BY MR. HUGHES:
12     Q.   And yet, it doesn't appear that anyone a
13 lot the Government tried to find additional
14 information to challenge this 1953 date until now
15 involving your team; correct?
16         MS. HURT:  Objection to form.
17         THE WITNESS:  Not to my knowledge.
18 BY MR. HUGHES:
19     Q.   And I'm right, am I not, that your team
20 has not been asked to look at the topic of why
21 didn't the Government go look at this issue
22 before?  That's not a topic you were assigned to
23 look at as a historian; correct?
24     A.   That's correct.
25     Q.   And you've not been asked to look at the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 38 of 288

1    topic of whether the Government should be estopped

2    from now trying to introduce new evidence on the

3    start date of '83 when for so long they were

4    allowing the ATSDR to rely on the 1953 start?

5                MS. HURT:  Objection to form and

6    foundation.

7                THE WITNESS:  I believe I understand

8    what an estop is.  I don't have legal training.

9    If you give me a quick definition, it may help me

10   give you a better answer.

11   BY MR. HUGHES:

12        Q.   The word is estoppel.

13        A.   Estoppel.

14        Q.   It means, for example, if someone gives

15   an affidavit and says the street light was red and

16   they use this in a case, and in another case they

17   give an affidavit and say the street light was

18   green, the law at some point would estop you from

19   changing your position.  Do you know what the word

20   spaliatian means?

21                MS. HURT:  Objection to form and

22   foundation.

23   BY MR. HUGHES:

24        Q.   S-P-A-L-I-A-T-I-A-N.

25        A.   I'm familiar with the word spaliatian,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 39 of 288

1    but not maybe in a legal sense.  I didn't

2    pronounce it right either.

3         Q.   You would agree that in historical

4    research one challenge is the relative

5    availability or nonavailability of historical

6    documents; correct?

7         A.   Yes.

8         Q.   All right.  But you've not been asked

9    here to look at any issues regarding whether facts

10    that are now coming out, like these Yellow Pages

11    ads, should have come out 20 years ago if the

12    Government was going to rely on them?

13              MS. HURT:  Objection to form.  John, you

14    have asked and answered this question several

15    times.

16    BY MR. HUGHES:

17         Q.   I understand.  But you would agree with

18    that?

19         A.   We were not tasked to do that, no.

20         Q.   Now, the Lejeune time period that opens

21    in the 50s and closes for the 80s for purposes of

22    a statute; correct?

23         A.   Yes, my understanding it is August 1st

24    of 1953 through December 31st, 1987.

25         Q.   Someone born in 1950 would be 75 years

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 40 of 288

1    ago today; correct?

2         A.    Well, depending on when they were born

3    in 1950, but approximately 75.

4         Q.    Someone who was at the base in 1950 at

5    the age of 20, they would be around 95 years old

6    today if they were still alive?

7         A.    Approximately, yes.

8         Q.    Someone who was at Lejeune at age 20 in

9    1960 would be 85 today; correct?

10        A.    Yes.

11        Q.    Someone who while at the base in 1970

12   was age 20, if they are still alive today would be

13   age 75; correct?

14        A.    You said they were 20 in 1970?

15        Q.    So if they are 20 in 1960 they are about

16   85 years old today.  If they were 20 in 1970 they

17   are about 75 years old today.  If they were 20 in

18   1985, they would around 50 years old today;

19   correct?

20        A.    That sounds -- I think so, yes.

21        Q.    Someone who alleged in utero exposure

22   when the mother was pregnant at Lejeune at Tarawa

23   Terrace around the 1985, if they are born in 1985

24   they would be around age 40 today.

25             MS. HURT:  Objection to form.

1           THE WITNESS:  Correct.

2      BY MR. HUGHES:

3           Q.   There are different references to the

4      total number of people that may have passed

5      through the gates of Lejeune during that time

6      period could have been a million people.  Have you

7      seen that?

8           A.   I have seen numbers of around a million,

9      yes.

10          Q.   And given what I just walked you through

11     in terms of longevity and dates, would you agree

12     it's reasonable to conclude that there are

13     thousands of people alive today that lived or

14     worked at Lejeune during that statutory time

15     period?

16          MS. HURT:  Objection to form.

17          THE WITNESS:  Yes.

18     BY MR. HUGHES:

19          Q.   Okay.  And your team has not interviewed

20     a single one of them; correct.

21          A.   Correct.

22          Q.   Are you aware that there is a

23     court-ordered repository of documents in this

24     case?

25          A.   I don't Know if I am or not.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 42 of 288

1      Q.   I take it you've never -- you and your
2    staff have never gone to look at the documents in
3    a court ordered repository in this case?
4      A.   I know we've never had such an
5    undertaking, no.
6      Q.   Are you aware that sometimes in large
7    litigations a permanent archive of repository
8    documents would be created?
9      A.   Yes.
10     Q.   Would you agree from a historian's
11   perspective that could be a good thing to help
12   preserve historical information; correct?
13     A.   It's certainly possible, yes.
14     Q.   Would you agree that if the court were
15   to order a permanent repository archive of all the
16   Lejeune documents and data that have been brought
17   forward for this litigation, if a court ordered
18   that, from a historian's perspective that would be
19   a good thing?
20          MS. HURT:  Objection to form.
21          THE WITNESS:  Well, as a historian, I'd
22   like to have everything kept.
23   BY MR. HUGHES:
24     Q.   So is that a yes?
25     A.   Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 43 of 288

1        Q.    Okay.  Let's take our first break.

2              THE VIDEOGRAPHER:  We are off the record

3        at 10:49.

4              (Whereupon, the deposition was recessed

5        at 10:49 a.m.)

6              THE VIDEOGRAPHER:  We are on the record

7        at 10:55 a.m.

8   BY MR. HUGHES:

9        Q.    Dr. Brigham, I wanted to walk through

10   your first report dated December 9, 2024, with you

11   for awhile.  Let me have a copy of it handed to

12   you.

13                    (Whereupon, Deposition Exhibit

14                    No. 1 was marked for

15                    identification.)

16        THE WITNESS:  Thank you.

17   BY MR. HUGHES:

18              Does this just look at a surface glance

19   like a copy of your report from December of last

20   year?

21        A.    Yes, it does.  There may be some extra

22   marks here and there, but it certainly looks like

23   it's my -- a copy of my report.

24        Q.    Yes, sir.  If you go to page 1, you

25   reference to the question:  Environmental

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 44 of 288

1    Litigation Section of the Civil Division of the
2    United States Department of Justice.  Have you
3    ever been an expert in a case that was brought
4    against the Government?
5         A.   No, I have not.
6         Q.   You've never been an expert for a party
7    that was making a claim against a Federal
8    Government department or agency; correct?
9         A.   Well, I've been approached -- I probably
10   get calls two or three times a year from law firms
11   interested in retaining me and my company.
12   However, I'm usually conflicted out.
13        Q.   You have done, and your firm has done, a
14   significant number of matters for the Federal
15   Government; correct?
16        A.   I mean, how do we define significant?
17   But yes, most of our work has been for the Federal
18   Government.
19        Q.   You've never done an expert report for a
20   company that was suing the U.S. Government in
21   which you were supporting the company against the
22   Government; correct?
23        A.   That's correct.
24        Q.   And you've never done an expert report
25   on behalf of an individual Plaintiff or claimant

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 45 of 288

1    who has been bringing a claim against the Federal
2    Government say for a personal injury?
3         A.   That's correct.
4         Q.   In connection with this report, did you
5    go to the base?
6         A.   I did.
7         Q.   How many times did you go to the base?
8         A.   Once.
9         Q.   When was it?
10        A.   In late May of 2024.
11        Q.   How long were you there, if you
12   remember?
13        A.   I arrived on Monday afternoon and
14   departed -- I remember it was Monday the 20th or
15   21st and departed Thursday evening -- Thursday
16   afternoon flying home Thursday evening.
17        Q.   Monday through Thursday, more or less?
18        A.   Well, I arrived at Raleigh like at 4:00
19   or 5:00 in the evening and drove over.
20        Q.   So Tuesday, Wednesday on the base?
21        A.   Part of Thursday.
22        Q.   Do you remember when you stayed?  Did
23   you stay on base or off the base?
24        A.   I stayed at Hampton Inn in Jacksonville.
25        Q.   Did you have any staff with you for the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 46 of 288

```
 1    visit?
 2           A.    No.
 3           Q.    Did any of your staff visit separately
 4    from you to go to the base?
 5           A.    One individual did.
 6           Q.    Who was?
 7           A.    That was Roy Cochran.
 8           Q.    If you know, why did Roy go to the base?
 9           A.    He went down to the base shortly after
10    Labor Day to go to the Harriet B. Smith Library to
11    image the base guides that I reference in my
12    report.
13           Q.    Had you ever been to the base before?
14           A.    No.
15           Q.    When you went to the base, tell me how
16    it transpired.  Did you have a tour guide?  Did
17    you drive yourself around?  Walk me through it.
18           A.    I arrived in Jacksonville on Monday
19    evening.  On Tuesday, I met an individual at the
20    Wilson Gate who drove me to the Harriet B. Smith
21    Library where I was scheduled to meet somebody who
22    wasn't there.  They were surprised to see me, but
23    they showed me where their collection of historic
24    material is.  They weren't documents; they were
25    books and what have you.
```

1          I looked at those for several hours and
2    then I returned to my hotel.  The following day, I
3    was part of a tour of the base accompanied by a
4    number of DOJ lawyers.
5          Q.    Tell me about your tour.  Where did you
6    go, to the extent you can remember?
7          MS. HURT:  I am going to instruct the
8    witness not to discuss any conversations covered
9    under the attorney work product that might have
10   occurred between Mr. Brigham and the staff and the
11   United States Department of Justice and your
12   client.
13         MR. HUGHES:  Yes, ma'am.
14   BY MR. HUGHES:
15         Q.    So anything said to the lawyers, or what
16   was said to you, I don't want to hear it.  Was
17   Hanley Gibbons with you?
18         A.    Yes.
19         Q.    Okay.  Did you go to different places on
20   the base in this tour?
21         A.    We were given a presentation and then
22   this was the first day.  We met with a group of
23   Marines and civilians.  And then we were given an
24   impromptu tour from like the Hadnot Point area
25   down to Onslow Beach and that was it for the day.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 48 of 288

1      Q.    Okay.

2      A.    And then the following day we were given

3  a more formal and structured tour of the base.

4      Q.    Tell me about that.  Where did you go on

5  the more formal and structured tour?

6      A.    We were picked up there at the Wilson

7  Boulevard entrance, driven around -- on a Marine

8  bus, driven around to various points and Hadnot

9  Point.  We were shown some of the remaining few

10  remaining H-style barracks.  The Hadnot Point

11  water treatment plant was pointed out to us.

12      Q.    Did you go into any of the H-style

13  barracks?

14      A.    We did.

15      Q.    Did you see the bathing areas, showers?

16  That kind of things?

17      A.    I briefly poked my head and saw the

18  openness of it.  I believe my recollection is that

19  this particular H-style barrack had been

20  remodeled.

21      Q.    Okay.  Did you see the Goettge Field

22  House auditorium?

23      A.    I don't recall if we drove by that or

24  not.

25      Q.    Did you see the Whitman parade grounds?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 49 of 288

1    A.    Yes, I believe we did go by there.

2    Q.    Did you see any of the churches at

3    Hadnot Point?

4    A.    I don't recall passing a church.

5    Q.    Did you go by the new Naval Hospital

6    site or the old Naval Hospital site?

7    A.    We went by the old Naval Hospital site.

8    Q.    During this time, did you say there were

9    some Marines there and some civilians, but I take

10   it you didn't talk to anybody who might have spent

11   time at Lejeune back in the 50s to the 80s;

12   correct?

13   A.    I believe that's correct, yes.

14   Q.    And part of your purpose of going to

15   Lejeune, the base, was to access the library

16   facilities or the archive facilities; is that

17   right?

18   A.    That was part of my purpose.  When I

19   knew this was coming together, I wanted to look at

20   the library.

21   Q.    One focus of your report is the

22   relationship between the outlying areas of

23   Montford and the Hadnot area.  Did you do anything

24   on that tour to look at the travel distances or

25   how long it took to get from one part of the base

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 50 of 288

1    on the another?  Anything like that?

2           A.    As I previously answered, we did drive

3    the first day down to Onslow Beach, the

4    recreational area, and went through some training

5    sites and things like that.

6                 And then on the following day, we did

7    drive by where the ABC One-Hour Cleaners had once

8    stood.  I believe we came back on base and then we

9    were driven in the Marine bus down to Camp Geiger

10   and looked around Camp Geiger.  And then on the

11   way back to the Wilson Gate, we went through the

12   Marine Corps Air Station New River.

13          Q.    To get on the base, do you have to go

14   through a gate?

15          A.    Well, we had to go through the Wilson

16   Gate.  I think we went through it two or three

17   times.  And then we exited the base.  I believe we

18   went down Highway 17 and we went through another

19   gate and we had to entered the Camp Geiger area.

20          Q.    What time of year was it when you went

21   there?

22          A.    Early May.

23          Q.    What was the weather like?  Do you

24   remember?

25          A.    It was clear.  I would say it was warm.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 51 of 288

1    I don't recall it being like very, very hot.  I'm
2    a person who think it's very hot in Charlotte.  It
3    wasn't unpleasant out.
4         Q.   Okay.  Before this case, did you know
5    who Kyle Longley was?
6         A.   I did.
7         Q.   How did you know who he was?
8         A.   I met Dr. Longley in September of 1996.
9    When I first saw his name, I knew I knew him from
10   somewhere.  And when I looked at his CV I
11   remembered.  Of course he taught at Arizona State
12   University.  I believe he started the 95-96
13   academic year.  I taught there during the 96-97
14   academic year.  I was introduced to him.  I
15   remember the meeting quite clearly.  I remember
16   him telling me he had worked with George Herring,
17   which intrigued me because two years earlier I
18   taught a course on the Vietnam war and I used
19   Dr. Herring's book, America's Longest War.
20             I remember Dr. Longley telling me he was
21   writing a book on Al Gore, Senior.  I must have
22   raised an eyebrow, because he said "senior" and
23   not "junior."  Of course, it was a presidential
24   year.
25        Q.   Yes, sir.  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 52 of 288

1          A.    I do remember that.  And again, it's a
2    big campus, big department, and I don't think I
3    had any other encounters with him that year.
4          Q.    Have you ever looked at Dr. Longley's
5    publications before this case?
6          A.    No.
7          Q.    On page 2 of your report, you reference
8    -- the first full paragraph down -- it says:  Camp
9    Lejeune was serviced by nine water treatment
10   plants, WTPs, during the statutory period from
11   1953 to 1987.  You see that; correct?
12         A.    Yes.
13         Q.    The next sentence says:  The Agency For
14   Toxic Substances and Disease Registry, ATSDR,
15   researched and determined that that the Tarawa
16   Terrace and Hadnot Point WTPs at Camp Lejeune were
17   affected by contaminated water sources containing
18   the chemicals at issue in this case.
19               Did I read that correctly?
20         A.    Yes, you did.
21         Q.    It's your understanding that the ATSDR
22   researched the water situation at Lejeune;
23   correct?
24         A.    Yes.
25         Q.    And it's your understanding that the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 53 of 288

1    ATSDR spent a period of years doing that; correct?

2         A.   I know it was a number of years.   I

3    don't know exactly how many years.

4         Q.   The ATSDR studied the Tarawa Terrace

5    water treatment plant, for example, over those

6    years; correct?

7         A.   Yes.

8         Q.   And the ATSDR determined that the Tarawa

9    Terrace water treatment system was contaminated by

10   certain chemicals during the period of time;

11   correct?

12        A.   Yes, it's my understanding that the

13   primary contaminant was PCE.

14        Q.   That's also called perchloroethylene;

15   correct?

16        A.   That's correct.

17        Q.   It's also called tetrachloroethylene;

18   right?

19        A.   Yes.

20        Q.   And the tetra, did you know, refers to

21   the four chlorine atoms on the molecule?

22        A.   Yes.

23        Q.   If you take one of them off, it reduces

24   or degrades to something called trichloroethylene

25   or TCE.  Do you know that?

1         A.    I do.

2         Q.    TCE was at issue in the Harrington case

3    we talked about, Raytheon; correct?

4         A.    Correct.

5         Q.    The tri in TCE refers to the three

6    chlorine atoms; correct?

7         A.    Yes.

8         Q.    If you knock one of those atoms off, you

9    get down to dichloroethylene, which has two

10   chlorine atoms.  Are you aware of that?

11        A.    I am aware of that.

12        Q.    Tetrachloroethylene doesn't exist in

13   nature, does it?

14        A.    That's my understanding.

15        Q.    It's a synthetic artificial chemical

16   that was invented by humans about a century ago.

17   Does that sound right?

18        A.    About a century ago.  These chemicals we

19   are now talking about were 20th century

20   discoveries, is my understanding.

21        Q.    And they are usually in a genre called

22   chlorinated solvents; correct?

23        A.    Yes.

24        Q.    The chlorinated comes from the chlorine

25   atoms?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 55 of 288

1          A.    Yes.

2          Q.    Solvent refers to properties that these

3     chemicals have; right?

4          A.    Yes, one primary use is solvents.

5          Q.    So, for example, perchloroethylene has a

6     solvent nature that allows it to be used to get

7     dirt and oil and grease off of fabrics in a dry

8     cleaning process, for example; correct?

9               MS. HURT:  Objection to form.

10              THE WITNESS:  That's one of the things

11    that was it was used for.

12    BY MR. HUGHES:

13         Q.    In fact, one of the other uses that you

14    found talks about how ABC used Dupont Perclean;

15    right?

16         A.    Yes.

17         Q.    Which is a form of -- it's a trade name

18    for perchloroethylene; correct?

19         A.    Yes.

20         Q.    Did you research to see anything else

21    about that Perclean?  For example, what percentage

22    of the liquid was perchloroethylene in the

23    Perclean?  Did you do any work like that?

24         A.    No.

25         Q.    Why not?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 56 of 288

1          A.   I know what it is.  It's a chlorinated
2     solvent.  A very toxic one.  I've never done
3     anything more into that.
4          Q.   Do you know whether Perclean is
5     100 percent PCE versus 90 percent?
6          A.   I don't know for sure.  I know there are
7     various grades of TCE, so there certainly could be
8     different grades of PCE.  But I have not done such
9     research.
10          Q.   And you were asked to research that;
11     correct?
12          A.   No.
13          Q.   All right.  Now, there was a water
14     treatment plant, for example, at Camp Johnson
15     Montford Point; right?
16          A.   Yes.
17          Q.   In this case, the Plaintiffs have not
18     alleged that the ATSDR found that that water
19     treatment system was contaminated; correct?
20          A.   That is my understanding.
21          Q.   And sitting here today as a historian,
22     you have no reason to argue that the Camp Johnson
23     system was contaminated; correct?
24               MS. HURT:  Objection to form.
25               THE WITNESS:  No, I don't.

1    BY MR. HUGHES:

2        Q.    You accept the inference that the Camp

3    Johnson system was not contaminated; is that

4    correct?

5        A.    I accept that inference.  And, of

6    course, the Government's water expert, Dr. Remy

7    Hennet agreed with that.  I agree with both of

8    their assessments.

9        Q.    And ATSDR is part of the Government too;

10   right?

11       A.    Yes, they are.

12       Q.    And Morris Maslia was with the ATSDR

13   during much of this work; correct?

14       A.    For a long time, yes.

15       Q.    And you cited to one or more of Maslia's

16   ATSDR publications in your report?

17       A.    That's correct.

18       Q.    And one of the publications you cited

19   had to do with the water modeling.  Are you aware

20   that the ATSDR did water modeling to estimate the

21   levels of perchloro and trichloro and other

22   chemicals that were in the water system?

23       A.    I am aware that type of work was done.

24       Q.    And in your report you say the ATSDR

25   determined that Tarawa and Hadnot systems were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 58 of 288

1     affected by contaminated water; correct?  That's
2     what you said at the top of page 2; right?
3          A.    Yes.
4          Q.    And you have not been asked to look at
5     whether the ATSDR's water modeling estimates were
6     accurate or inaccurate; correct?
7          A.    I was not.  And if I had been, I
8     wouldn't be qualified to do that, I don't think.
9          Q.    But as a historian, you have accepted
10    the fact, you have recited the fact that the ATSDR
11    found that the Tarawa system was contaminated;
12    correct?
13         A.    As I said, I accepted that ATSDR finding
14    which Dr. Hennet confirmed.
15         Q.    Okay.  And so sitting here today from a
16    historian's perspective, you have no reason to
17    dispute the ATSDR's conclusion that the Tarawa
18    system historically was contaminated by one or
19    more of these chemicals; correct?
20              MS. HURT:  Objection to form.
21              THE WITNESS:  I don't dispute that.
22    BY MR. HUGHES:
23         Q.    And you have no reason to dispute their
24    estimates of the concentration levels of those
25    chemicals in the water; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 59 of 288

1          MS. HURT:  Objection to form and

2     foundation.

3               THE WITNESS:  That's correct.

4     BY MR. HUGHES:

5          Q.   All right.  Now, and you've not tried to

6     interview or reach out to anyone like Dr. Maslia

7     in doing your historical work; right?

8          A.   No.

9          Q.   Now in the next paragraph down in

10    page 2, you reference how trainees at Camp Geiger

11    and Montford Point, Camp Johnson had, quote:

12    Lengthy travel distances to Mainside.  Do you see

13    that?

14         A.   I do.

15              MS. HURT:  Objection to form.

16    BY MR. HUGHES:

17         Q.   So the travel distance from Montford

18    Point, Camp Johnson to Mainside, how long would it

19    have taken to ride one of the free buses from Camp

20    Johnson to Mainside back in the sixties?  Do you

21    know?

22         A.   I do not know.  But my basis for

23    "lengthy" comes from the document review.  It was

24    cited in the report that there was concern about

25    the length of travel time from Johnson, Geiger,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 60 of 288

1      over to Mainside.

2           Q.   I remember that document, and it said

3      that they wanted to be able to shorten the travel

4      time; right?

5           A.   Right.  Which was challenging because

6      it's a military base.

7           Q.   Sure.  And it implies -- they would not

8      have a need to observe the travel time or try to

9      shorten it unless there was a need to do so,

10     because people were traveling; correct?

11          A.   If I understand your question, you are

12     asking if the fact that they studied it implies

13     there was a travel time issue?

14          Q.   No, it implies there was traveling going

15     on.

16          A.   Yes, it would suggest that there was

17     traveling going on.

18          Q.   One thing Mr. Benz said in his

19     deposition was it would take about 15 minutes on

20     the bus to get down from the Geiger or Montford

21     area to Mainside.  Would that sound about right to

22     you, or not?

23          A.   I don't recall.

24          Q.   Don't you think the firsthand witness

25     accounts of how long the travel time was on the

1    bus would be relevant to your analysis about

2    whether people would tend to stay in Montford

3    versus the going to Mainside?

4         A.   I think it could -- it might bear on it.

5    But as I said, the documents talk about a lengthy

6    travel time.  And people certainly could have

7    chosen to make that trip.  One of the points in my

8    report is that there were some amenities that made

9    such a trip unnecessary.

10        Q.   But the first source of evidence for a

11   given person would be their own recollection,

12   wouldn't it?

13             MS. HURT:  Objection to form.

14             THE WITNESS:  That would be that one

15   individual's recollection.

16   BY MR. HUGHES:

17        Q.   Right.  And so if the issue was did

18   Mr. Benz have enough exposure to the contaminated

19   water at Mainside to contribute to cause his

20   disease.  His own testimony about how often he

21   went to Mainside, from a historian's perspective,

22   that would be relevant information to consider;

23   right?

24             MS. HURT:  Objection to form.

25             THE WITNESS:  I mean, for that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 62 of 288

1    particular individual.  That would have to be done
2    on an individual basis.
3    BY MR. HUGHES:
4          Q.    When you say "lengthy" in your report on
5    page 2, how many minutes do you mean?
6          A.    I was using that word in that analysis
7    from the base documents.  I don't recall them
8    defining lengthy, although there were traffic
9    problems as the years passed.
10         Q.    I don't know they defined it either.  So
11   did you do any further work to try to figure out
12   what they meant by lengthy?
13         A.    No.
14         Q.    Why not?
15         A.    I'm not sure how would I would undertake
16   that to find the Marine Corps definition of
17   "lengthy" at the time of those reports.
18         Q.    If you read the trial presentation --
19   deposition of Mr. Benz, you could see what he said
20   was the travel time.
21         A.    That was would have been Mr. Benz's
22   recollection, yes.
23         Q.    It would.  Would that be a helpful piece
24   of information potentially?
25               MS. HURT:  Objection to form.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 63 of 288

1          THE WITNESS:  Potentially.

2          BY MR. HUGHES:

3      Q.   If we gave you his deposition, would you

4   be willing to review it?

5      A.   I wouldn't have a problem reviewing a

6   deposition.

7      Q.   Have you reviewed the oral history video

8   that Professor Longley did with Mr. Ensminger and

9   Mr. McElhiney?

10     A.   I did listen to it.  Yes, I reviewed it.

11  I saw it.

12     Q.   Okay.  Did you believe that followed an

13  acceptable format for an oral history interview?

14     A.   I'm not sure if it did or not, sir.

15     Q.   Is that out of your area?

16     A.   I'm not an expert on oral histories.

17  The reason I just answered as I said is I thought

18  several of Dr. Longley's questions were perhaps

19  framed in such a way to elicit a response.

20     Q.   I understand.  And that could be an

21  issue with oral histories is is the questioner

22  asking questions that are slanted or framed one

23  way or another; correct?

24          MS. HURT:  Objection to form.

25          THE WITNESS:  Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 64 of 288

1    BY MR. HUGHES:

2         Q.   Okay.  And one reason why the court

3    system relies on sworn testimony of witnesses is

4    because of cross-exhibition where opposing parties

5    can ask questions from their opposing perspective

6    to try to derive the truth.  Are you aware of that

7    process used in the judicial system?

8              MS. HURT:  Objection to form.

9              THE WITNESS:  I am aware of that.

10   BY MR. HUGHES:

11        Q.   Are you aware of how, in connection with

12   oral histories, one technique that can be done to

13   make it more accurate and useful is to negotiate a

14   series of questions involving different

15   stakeholders, that there is an agreement that the

16   questions are fair and reflect multiple

17   stakeholders' point of view?

18             MS. HURT:  Objection to form.

19             THE WITNESS:  I am aware of such

20   histories being done where there is one set of

21   questions being asked and people being interviewed

22   are being asked the same set of questions.

23   BY MR. HUGHES:

24        Q.   Do you believe that taking oral

25   histories of Camp Lejeune survivors that is done

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 65 of 288

1     with an objective set of questions could be a

2     helpful technique or historical methodology to

3     better understand the facts of Camp Lejeune for

4     the water contamination?

5               MS. HURT:  Objection to form.

6               THE WITNESS:  I think this is a

7     possibility.  Again, given the length of time

8     between the end of the statutory period at the end

9     of 1987 to the present, I still think we need to

10    be careful about human memory.

11    BY MR. HUGHES:

12         Q.   I understand.  We need to be careful and

13    that is part of an historian's job; right?

14         A.   Yes.

15         Q.   Okay.  But all else being equal, if the

16    court in this case were to order that as part of

17    appropriate relief for the Plaintiffs, an oral

18    history project be undertaken of survivors, from a

19    historian's perspective -- if it was done right --

20    that could potentially be of useful benefit;

21    correct?

22               MS. HURT:  Objection to form.

23               THE WITNESS:  If it was done correctly

24    by accepted practices and oral historians, people

25    who are in agreement from all sides, yeah.  I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 66 of 288

1    think it could be useful.

2    BY MR. HUGHES:

3        Q.   And in today's day and age, we are able

4    to do an oral history remotely if we have to;

5    right?  We could do it over Zoom if we had to;

6    correct?

7            MS. HURT:  Objection to form.

8            THE WITNESS:  We certainly could do

9    that.  I think doing such things in person would

10   be preferable.

11   BY MR. HUGHES:

12       Q.   It could be, yeah.  Also, would you

13   agree as a historian that the technology for data

14   collection and preservation today are

15   significantly ahead of where they were, say,

16   30 years ago?

17           MS. HURT:  Objection to form.

18           THE WITNESS:  Absolutely.

19   BY MR. HUGHES:

20       Q.   Okay.  For example, it would be possible

21   today to take DNA samples from original survivors

22   and store those for future scientific use.  Are

23   you aware of that?

24       A.   I know DNA samples can be taken and

25   preserved for a number of reasons.  So it

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 67 of 288

1    certainly could be the Camp Lejeune people and
2    other people as well.
3        Q.    And blood samples could be taken of
4    Lejeune survivors with their consent; correct?
5              MS. HURT:  Objection form.
6              THE WITNESS:  I would think so.
7    BY MR. HUGHES:
8        Q.    And as to Lejeune servicemembers who had
9    died, for example, DNA samples -- those samples
10   could be taken of their descendants, their
11   children; correct?
12             MS. HURT:  Objection to form.
13             THE WITNESS:  Yes, that is my
14   understanding.
15   BY MR. HUGHES:
16       Q.    Okay.  And are you aware that DNA
17   samples using today's technology can be analyzed
18   for purposes of determining whether there were
19   exposures to stressors that can be cancer causing
20   and that can cause DNA damage?  Are you aware that
21   that is possible today?
22             MS. HURT:  Objection to form and
23   foundation.
24             THE WITNESS:  I don't know -- I don't
25   think I was aware of that.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 68 of 288

1    BY MR. HUGHES:

2         Q.   Is that outside of your area?

3         A.   Yes.

4         Q.   All right.  On page 2 of your report it

5    says that ABC One Hour Cleaners likely opened in

6    June 1954, later, and not 1953 as related by the

7    ATSDR.  Do you see that?

8         A.   Yes.

9         Q.   If you compare that to what you say at

10   the beginning of your report, in page 2 you say:

11   Likely opened.  Why do you use the word "likely"

12   there?

13        A.   I don't think historians -- I probably

14   make the mistake myself, but we should be careful

15   of speaking with absolute certainties.

16        Q.   I understand.  On page 26 of your

17   report, last line top paragraph, it says:

18   However, as explained in greater detail below, ABC

19   One Hour Cleaners did not open till June of 1954.

20   Did I read that sentence correctly?

21        A.   You did.

22        Q.   The first sentence on page 2 says

23   "likely."  The second sentence doesn't say

24   "likely," it just says:  Did not open until June

25   1954.  So which one am I supposed to go with?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 69 of 288

1      A.   I would go with one of the conclusion
2    and if I was drafting that sentence on page 26, I
3    would add the word "likely."
4      Q.   Okay.  And that's an iterative aspect to
5    history.  Right?  The historical method is
6    sometimes you have to correct things; right?
7           MS. HURT:  Objection to form.
8           THE WITNESS:  As I said, yes, you do
9    have to correct things.  I said earlier, every
10   generation likes to write its own history.
11   BY MR. HUGHES:
12     Q.   I understand.  So in Dr. Longley's case,
13   he had to correct the Nixon reference; right?
14     A.   Yes.
15     Q.   And there was a demonstrative photo of a
16   water buffalo which was captioned as being at
17   Hadnot, but it wasn't.  He had to correct that;
18   correct?
19     A.   Correct.
20     Q.   There was a photo of the Holcomb
21   Boulevard water treatment plant which I believe he
22   was -- said the photo was dated from one year but
23   it was actually dated from another year.  You
24   remember that?
25     A.   Yes.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 70 of 288

1          Q.   And in his subsequent reports, following

2     your identification of those errors, he tried to

3     fix them; correct?

4               MS. HURT:  Objection to form.

5               THE WITNESS:  Yes.

6     BY MR. HUGHES:

7          Q.   And that's a proper part of an

8     historical methodology; right?

9               MS. HURT:  Objection to form.

10              THE WITNESS:  Yes.

11    BY MR. HUGHES:

12         Q.   Water buffalos -- on the bottom of page

13    2 they talk about water buffalos.

14         A.   One moment.  Okay.  I'm there.

15         Q.   So first, you reference water buffalos

16    or water bulls.  Where did get the phrase "water

17    bulls"?  Do you remember?

18         A.   I do remember.  When I was on base in

19    May of this past year, we were told by Marines

20    that they call them water bulls.  So I put both in

21    to try to be inclusive.

22         Q.   Yes, sir.  Okay.  Do you have an

23    understanding of how the historical water buffalos

24    were filled mechanically.  In other words, do you

25    have an understanding of whether they were filled

1       through a manhole at the top or through some

2       assembly on the front, or something like that?

3                   MS. HURT:  Objection to form.

4                   THE WITNESS:  In looking at the diagrams

5       of the water buffalos, as I call them in my

6       report, I noticed on the older ones there is not

7       the fill hole at the front, so they had to be

8       filled some other way.  On the newer ones there is

9       a fill hole, there is a manhole.  And that is

10      about my extent of how a water buffalo would be

11      filled.

12      BY MR. HUGHES:

13          Q.   So do you have any opinions as to

14      whether the historical water buffalos that were

15      used at Lejeune were filled from the top or the

16      front or some other way?  Is that something that

17      you have an opinion on or not?

18                  MS. HURT:  Objection to form.

19                  THE WITNESS:  I don't have an opinion

20      for this case on that.

21      BY MR. HUGHES:

22          Q.   Do you have an opinion on whether a

23      water buffalo back in the day could be filled by

24      some other means than a standpipe?

25                  MS. HURT:  Objection to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 72 of 288

1           THE WITNESS:  I believe Mr. Ensminger
2     said in some notes that Dr. Longley later provided
3     that they could be filled with a fire hose, from
4     behind with a fire hose, although it would be
5     dangerous.
6     BY MR. HUGHES:
7           Q.   Is it your understanding that Hadnot
8     Point had one or more standpipes that could be
9     used to fill water buffalos during the statutory
10    period?
11          A.   Yes.
12          Q.   You are not an environmental engineer;
13    is that correct?
14          A.   That's correct.
15          Q.   You are not a chemical engineer?
16          A.   That's also correct.
17          Q.   You are not a genetic scientist?
18          A.   That is also correct?
19          Q.   You are not an epidemiologist?
20          A.   I am not an epidemiologist.
21          Q.   But you are a historian?
22          A.   Yes, I am an historian.
23          Q.   You have a methodology for reviewing
24    texts for accuracy; correct?
25          A.   Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 73 of 288

1          Q.    You have a methodology for reviewing
2     texts for reliability; correct?
3          A.    Yes.
4          Q.    You found be the ATSDR texts that you
5     cited in your report to be reliable; correct?
6               MS. HURT:  Objection to form.
7               THE WITNESS:  Correct.
8     BY MR. HUGHES:
9          Q.    All right.  You've referenced Dr. Remy
10    Hennet.  Did you talked to him or have you just
11    looked at his report?
12               MS. HURT:  Objection.  I'm going to
13    instruct the witness not to talk about his
14    substantive conversations that he may have had
15    with other experts for the United States.  Under
16    CMO17 paragraph 3, those type of communications
17    are protected from disclosure.
18               MR. HUGHES:  I'm fine if it is
19    bilateral.  Counsel, as to the retainer agreements
20    of experts, is that also out of bounds?
21               MS. HURT:  Yes.
22               Okay.  Thank you.
23               THE WITNESS:  Could you restate your
24    question.
25    BY MR. HUGHES:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 74 of 288

1      Q.   I'll just strike it and we will get to a

2      new question.

3            Page 7.  On page 7 at the bottom you

4      say, last paragraph, page 7, quote:  The ABC One

5      Hour Cleaners, the source of contamination for the

6      Tarawa Terrace WTP and service area, is shown by a

7      red square on image Number 3.

8            Did I read that right?

9      A.   Yes, sir.

10     Q.   If you believed that the ATSDR was

11     unreliable, you would not have said that ABC One

12     Hour Cleaners was the source of contamination for

13     the Tarawa WTP; is that correct?

14           MS. HURT:  Objection to form.

15           THE WITNESS:  In this instance, yes.

16     BY MR. HUGHES:

17     Q.   Do you know whether the ATSDR simply

18     determined that there was one part per billion of

19     TCE or did they go further than that?  Do you know

20     one way or the other?

21     A.   My understanding is they went further

22     than that to identify parts per billion.

23     Q.   And if you look at the bottom of page 8

24     of your report, you say Maslia 2016 reconstructing

25     historical VIC concentrations in drinking water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 75 of 288

1    for epidemiological studies at a U.S. military

2    base.  Do you see that?

3         A.   Yes.

4         Q.   And you have not challenged that

5    publication in any respect in your report;

6    correct?

7              MS. HURT:  Objection to form.

8              THE WITNESS:  That's correct.

9    BY MR. HUGHES:

10        Q.   You don't challenge the fact that they

11   found that Tarawa and Hadnot were contaminated by

12   these chemicals; correct?

13        A.   No, I don't challenge that.  As I said

14   Dr. Hennet agrees with me -- agrees with ATSDR, I

15   should say.

16        Q.   And you don't challenge the estimated

17   levels of the chemicals that the ATSDR concluded

18   that were in the water during the relevant times

19   either; correct?

20             MS. HURT:  Objection to form and

21   foundation.

22             THE WITNESS:  Correct.

23   BY MR. HUGHES:

24        Q.   As far as you know, those estimates are

25   reliable; correct?

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 76 of 288

```
 1              MS. HURT:  Objection to form and
 2        foundation.
 3              THE WITNESS:  That's correct.
 4        BY MR. HUGHES:
 5         Q.   Now.  As to ABC One Hour Cleaners, are
 6        you aware that there was some talk in the
 7        documents about another cleaners called Glamorama.
 8        Do you remember that?
 9         A.   I do.
10         Q.   Did you make any effort, or has your
11        team made any efforts, to see whether there were
12        any facts of relevance of Glamorama as a potential
13        contributor to the chemicals?
14         A.   I do recall seeing some information, and
15        my recollection is that the points per billion
16        discharged from Glamorama were two parts per
17        billion, which was under, I believe, the 5 point
18        per billion threshold for toxicity for TCE.
19         Q.   Were you asked by the Government to go
20        look at Glamorama and see if there was additional
21        information that could be gleaned historically?
22         A.   I was not.
23         Q.   With respect to Hadnot, you referenced
24        the landfill area and the industrial areas as the
25        sources of contamination for Hadnot.  Do you see
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 77 of 288

1    that on page 7?

2         A.    Yes.

3         Q.    Where did you get that information?

4         A.    Again, from the ATSDR report and Image 3

5    of my report.

6         Q.    Are you aware of the fact it was not

7    until a dark website was found and accessed by

8    people like Tom Townsend, who is now deceased --

9    it was not until then that documents were located

10   that indicated that upwards of a million gallons

11   of fuel might have been leaked from the fuel pump

12   historically?

13              MS. HURT:  Objection to form and

14   foundation.

15              THE WITNESS:  I'm aware that a website

16   was discovered that listed -- I don't recall --

17   but underground storage tanks.

18   BY MR. HUGHES:

19        Q.    Yes, sir.  How did you become aware of

20   that, if you remember?

21        A.    Just as part of my document review.

22        Q.    Do you recall that that's something

23   mentioned on The Few, the Proud website that

24   Mr. Partain and Mr. Ensminger maintained?

25        A.    I don't recall.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 78 of 288

1          Q.    On their website and timeline they refer
2     to numerous documents that they could only get
3     ahold of in redacted form.  Are you familiar with
4     any of those references on their timeline in their
5     website?
6          A.    I believe Mr. Partain discussed that in
7     the recent interview that Dr. Longley did.
8          Q.    As a historian, have you or your team
9     undertaken any efforts to see whether your client,
10    the Government, could give you unredacted copies
11    of any of those documents?
12         A.    No.
13         Q.    Why not?
14         A.    We weren't asked to do that.  This is
15    why, as I said, I just became aware of that
16    recently.
17         Q.    Do you know sitting here today whether
18    there are other documents out there that would
19    help shed light on the leaks over time from the
20    fuel farm at Hadnot Point?
21         A.    I do not know one way or another.  The
22    world of documents could be pretty large.
23         Q.    Yes, sir.  Page 13 of your report you
24    reference Naval Hospital.
25         A.    Okay.  I'm on page 13.  Thank you.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 79 of 288

1       Q.   And you refer that at that time the next
2    closest hospital was 50 miles away; correct?
3       A.   Yes.
4       Q.   And you're aware that there was a Naval
5    Hospital facility near the Hadnot Point
6    historically; correct?
7       A.   I'm not sure how you would describe
8    near, but certainly the Naval Hospital was on
9    Hadnot Point.
10      Q.   Let me try it this way.  Would you agree
11   that the Naval Hospital historically was fed by
12   the Hadnot Point water treatment plant?
13      A.   Well, I would say it was fed by the
14   Hadnot Point water treatment plant until the
15   Holcomb Boulevard water treatment plant went
16   online.
17      Q.   And that informations comes from where?
18      A.   That information comes from -- I think
19   if I look back on my earlier image, from the image
20   of where the various water treatment plants -- let
21   meet rephrase that -- where the areas of Hadnot
22   Point served by Hadnot Point, and then after
23   Holcomb Boulevard, between Wallace Creek and the
24   Northeast Creek when Holcomb Boulevard went on in
25   June of '72.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 80 of 288

1          Q.    I understand.  But that information came
2     from the ATSDR; correct?
3          A.    Yes.
4          Q.    And you accept that information as
5     reliable; correct?
6          A.    Well, you also have other documentary
7     evidence, such as the image we have already
8     discussed that Dr. Longley collected.  That comes
9     online in 1972, so we actually have some other
10     documents for that.
11          Q.    If I was a Marine at Montford Point in
12     the 60's and I broke my ankle, where would I go?
13               MS. HURT:  Objection to form.
14               THE WITNESS:  Initially, I suspect you
15     might go to the local clinic.  And then if you
16     need surgery and setting, you would go to the
17     Naval Hospital.
18     BY MR. HUGHES:
19          Q.    And the Naval Hospital had Hadnot Point
20     water at that time?
21          A.    You said, I believe, in the 1960s?
22          Q.    The 60s.
23          A.    Yes.
24          Q.    That would be a reason why a
25     servicemember at Montford Point might have had to

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 81 of 288

1    travel to a facility that was on Hadnot Point

2    water; right?

3                    MS. HURT:  Objection to form.

4                    THE WITNESS:  A broken ankle certainly

5    would be.

6    BY MR. HUGHES:

7         Q.    Okay.  All right.  The buses at

8    Lejeune -- you have seen examples of the bus

9    schedules in the historical back issues The Globe;

10   right?

11        A.    Yes.

12        Q.    And the buses, do you know if they were

13   free to ride for servicemembers historically?

14        A.    That's my understanding.

15        Q.    And are you also aware of something

16   called the cattle cars?

17        A.    Yes.

18        Q.    What are those, to the extent you know?

19        A.    To the extent I know, just a larger --

20        Q.    Bus type thing?

21        A.    -- bus type thing where a greater number

22   of people could be moved at once.

23        Q.    Okay.  Did you do any work to try to --

24   were you able to find any data that would show us

25   how many people were riding these buses from

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 82 of 288

1    different areas of Lejeune back in the 60s?

2              MS. HURT:  Objection to form.

3              THE WITNESS:  No, I didn't see any data

4    about how many people rode the buses.

5    BY MR. HUGHES:

6         Q.   Okay.  If we go to page 22 in your

7    report.

8         A.   I'm there.

9         Q.   Yes.  Is this a table you compiled on

10   page 22?

11        A.   Yes, it is.

12        Q.   And so the water treatment plant for

13   Hadnot Point was online by 1942 as best we can

14   tell historically; correct?

15        A.   Yes, I believe the fall of '42.

16        Q.   And so it was still pumping as of the

17   year 2000; correct?

18        A.   Yes.

19        Q.   The Hadnot Point water treatment plant

20   was in use throughout our statutory time period;

21   correct?

22        A.   Yes.

23        Q.   So Tarawa Terrace, that water plant

24   started in 1952 as best you can tell from

25   historical records; is that correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 83 of 288

1          A.    Yes, it is.

2          Q.    And it was still functioning into 1987;

3    correct?

4          A.    Yes.  And they're offline in 1987, but I

5    don't remember exactly when during that year.

6          Q.    And that's -- going offline was in the

7    ATSDR publications; correct?

8          A.    Yes.

9          Q.    All right.  You said you went by the

10   site where ABC One Hour Cleaners used to be?

11         A.    That's correct.

12         Q.    Did you also look at the site where the

13   Tarawa Terrace water supply well was that was

14   proximate to the ABC site?

15              MS. HURT:  Objection to form.

16              THE WITNESS:  Yes.

17   BY MR. HUGHES:

18         Q.    Tell me what you remember about that.

19         A.    Well, we were on the bus tour and we

20   exited the base turning, I guess, to the east.

21   And we couldn't stop, I believe because of Marine

22   Corps regulations.  But we slowed down and were

23   shown where the ABC One Hour Cleaners had once

24   been standing.  And then we continued down and we

25   turned back on to the base.  And then we did stop

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 84 of 288

1  where I think where well 26 had been located.

2      Q.   How far away was it?

3      A.   Well, I don't know exactly, but it

4  wasn't a very long time before we made the right

5  turn back onto the base.

6      Q.   Could you see the one place from the

7  other?  In other words, if you were standing where

8  the ABC site was, could you see down where the

9  well was or were there trees in the way?  Do you

10  remember that?

11      A.   We never got off the bus, but I suspect

12  that would have been possible.

13      Q.   Okay.  You have not been asked to look

14  at any of the history of things like the nature of

15  the soil or the nature of the aquifers at Lejeune;

16  correct?

17          MS. HURT:  Objection to form.

18          THE WITNESS:  I have never looked at

19  nature of the aquifers.  I read about them very

20  early as part of my orientation.  I read a little

21  bit about the soils, but that's not -- I'm not a

22  soil scientist or hydrologist.

23          I do recall very early planning on the

24  base discussion that they are going to have to

25  plant a lot of trees, since it had all been farm

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 85 of 288

1    land.

2    BY MR. HUGHES:

3        Q.    On page 26 of your report you cite to

4    the deposition of Mr. Melts; correct?

5        A.    Yes, that's correct.

6        Q.    And you cite to how the ATSDR cited to

7    the Melts deposition; correct?  That's at the top

8    of the page.

9        A.    Yes, footnote 75 is reference to the

10   ATSDR documents.

11       Q.    Yes.

12       A.    And then that continues into footnote 76

13   and footnote 77.

14       Q.    Are you aware that Mr. Melt's deposition

15   is linked on the timeline on the website, The Few,

16   the Proud?

17       A.    Yes.

18       Q.    And you are aware that there are places

19   in that deposition where Mr. Melts testifies to

20   the effect that ABC was running in 1953; correct?

21            MS. HURT:  Objection to form.

22            THE WITNESS:  Correct.

23   BY MR. HUGHES:

24       Q.    Okay.  If we keep going, on page 27 we

25   have an image on the Camp Lejeune High School

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 86 of 288

1    yearbook from 1954; correct?

2         A.    Yes.

3         Q.    How did you all find that, if you know?

4         A.    This was -- I was made aware of that by

5    the DOJ.  I went to Classmates.com and bought my

6    own copy -- reproduction of this document.

7         Q.    Okay.  Do you know why the Model and

8    Hobby Shop ad is reversed on the right-hand side?

9    It's upside down.

10        A.    Yes, it's really upside-down, and I

11   don't know why that happened, unless somebody put

12   the book together wrong.

13        Q.    The viewpoint for that is that the Model

14   and Hobby Shop, as best you can tell, was on the

15   same premises as what ABC Dry Cleaners ended up

16   being on.  And so your inference is if the Hobby

17   Shop was in the yearbook in 1954, then the dry

18   cleaners couldn't have replaced it for the whole

19   year of 1954.  Is that fair?

20             MS. HURT:  Objection to form.

21   BY MR. HUGHES:

22        Q.    Put it in your own words.

23        A.    That's fine.  Other documents talk about

24   that the ABC One Hour Cleaners went in where the

25   Hobby Shop had been.  So my inference is not just

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 87 of 288

1    based on the yearbook.

2        Q.   Okay.  And so the difference between the

3    1953 date and the 1954 date is less than a year;

4    correct?

5            MS. HURT:  Objection to form.

6            THE WITNESS:  It would be approximately

7    ten months.

8    BY MR. HUGHES:

9        Q.   And you don't have any knowledge of

10   whether that ten months makes any significant

11   difference in the water modeling analysis; right?

12           MS. HURT:  Objection to form.

13   BY MR. HUGHES:

14       Q.   How are you using the word

15   "significant"?

16       A.   If you look at the reports by the

17   Plaintiffs' experts on Phase 1, they indicate that

18   even if you move the start date for ABC ahead or

19   back by 10 months, the contamination still occurs

20   and grows and gets to the levels that the ATSDR

21   estimated using a curve that's pretty similar,

22   whether it's the 52 days or the 54 days.

23           But the question I'm asking you is, you

24   don't have an opinion one way or another as to

25   whether it makes a difference in the analysis;

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 88 of 288

1    correct.

2              MS. HURT:  Objection to form.

3              THE WITNESS:  I have done a lot of these

4    TCE cases and you asked initially about the

5    Harrington Army Airfield.

6    BY MR. HUGHES:

7         Q.   Yes, I did.

8         A.   I have a lay person's knowledge, like

9    fate and transport, and that's all it is.  So I

10   know some time difference can make a little bit of

11   change, but I'm not qualified to say how much.

12        Q.   Fair enough.  Then we get to the grand

13   opening ad on page 28.  How did you guys find this

14   back issue of the Jacksonville Daily News?

15        A.   This was provided to me by the

16   Department of Justice.

17        Q.   So when you say that, does that mean

18   they found it and gave it to you, versus your team

19   finding it?

20        A.   My team looked and looked and looked and

21   they were unable to find a back issue of the

22   Jacksonville Daily News.

23        Q.   Yes, sir.  But then your client found it

24   for you?

25              MS. HURT:  Objection to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 89 of 288

1           THE WITNESS:  We were looking for it.
2    We had heard about it.  We couldn't find it.  It
3    was given to us.  We tried to find it again
4    ourselves, but we were unable to.
5    BY MR. HUGHES:
6        Q.   And the yearbook, that's another one you
7    couldn't find, your team couldn't find it, but the
8    Government could find if for you?
9           MS. HURT:  Objection to form.
10          THE WITNESS:  Again, I don't recall how
11   I became aware of the yearbook.  I went out, as I
12   said, on Classmates.com and was able to view the
13   page in question, so I bought it.
14   BY MR. HUGHES:
15       Q.   But you had been told about this first;
16   right?
17       A.   Yeah, I was provided with the entire
18   page.
19       Q.   All right.  The bottom of page 27, a
20   grand opening advertisement.
21       A.   Right.
22       Q.   Sitting here today, do you know whether
23   ABC One Hour Cleaners was in operation on June 28,
24   1954?
25          MS. HURT:  Objection to form.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 90 of 288

1          THE WITNESS:  No, I can't tell for sure.
2     BY MR. HUGHES:
3          Q.   Okay.  What about back in May of 1954?
4          A.   Again, it's a possibility.  I'm not sure
5     why somebody would wait to publish their ad if
6     they were already opened.
7          Q.   And you haven't talked to any witnesses
8     about that; correct?
9          A.   Correct.
10         Q.   If you look at the actual ad, and so
11    from your perspective as a historian, this ad is
12    accurate.  It really does exist in a back issue of
13    the Daily News of Jacksonville?
14         A.   I think it does.
15         Q.   And it really was run, best we can tell,
16    June 29, 1954; right?
17         A.   Yes, according to the newspaper.
18         Q.   It says:  Announcing grand opening ABC
19    One Hour Cleaners.  Fast service, plenty of
20    parking, open daily 8 to 8, Monday through
21    Saturday.  Quality cleaning.  Have I read it
22    correct so far?
23         A.   Yes.
24         Q.   Was ABC accessible to, say, families
25    living at Tarawa Terrace?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 91 of 288

1         MS. HURT:  Objection to form.

2         THE WITNESS:  Yes.

3    BY MR. HUGHES:

4         Q.    Could you, if you lived at Tarawa

5    Terrace in the 50s, based on what you saw on your

6    tour of the base, could you'd have walked to ABC

7    Cleaners?

8         A.    Distance wise, you certainly could.  But

9    I don't know where the gates would have been

10   located.

11        Q.    Good point.  Good point.  It then says:

12   We use Dupont Perlene dry cleaning solutions.  Do

13   you see that?

14        A.    Yes.

15        Q.    And you've done some TCE work before.

16   Have you ever seen the term Perlene before this

17   case?

18        A.    The document referenced in footnote 85

19   by Doherty, I used that document and that list of

20   trade names.  I've had -- as soon as I saw

21   Perlene, that's where I went to find it.  I don't

22   recall seeing the actual Perlene before in the

23   context of casework.

24        Q.    But Perlene, to your knowledge, is a

25   straight up trade name for tetrachloroethylene --

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 92 of 288

1    AKA tetrachloroethylene?

2              MS. HURT:  Objection to form and

3    foundation.

4              THE WITNESS:  That's my understanding.

5    It's a trade named for what I always call PCE for

6    some reason.

7    BY MR. HUGHES:

8         Q.   Have you heard before this case that dry

9    cleaners historically from time to time have used

10   PCE in the process of dry cleaning?

11        A.   Yes I've been aware of that for some

12   time.

13        Q.   On the ad, it says:  We also do shirts

14   at Camp Lejeune Highway, Midvale; correct?

15        A.   Yes.

16        Q.   And you have found out a little bit more

17   about Midvale, as I recall.  Something about a

18   fire.  Do you remember that?

19        A.   I do.

20        Q.   We will come back to it.  It's 12 noon.

21   Let's go off.

22              THE VIDEOGRAPHER:  We are off the record

23   at 11:58 a.m.

24              (Whereupon, the deposition was recessed

25   for a lunch break from 11:59 a.m. to 12:48 p.m.)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 93 of 288

1          THE VIDEOGRAPHER:  We are on the record

2     at 12:48.

3     BY MR. HUGHES:

4          Q.   Dr. Brigham, I will ask you if you could

5     pick up again from your report from December 9,

6     2024.  We were at page 28.  You talked about the

7     grand opening ad.  And then if we go to the next

8     page, page 29, do you see another ad from a

9     telephone directory.  This is from 1955; right?

10          A.   Yes.

11          Q.   And on top of page 29, you all were not

12     able to find a telephone book from 1954; correct?

13          A.   Let me double-check what I wrote,

14     please.

15          Q.   Yes.

16          A.   I think I wrote the 1953 telephone

17     directory for Jacksonville, North Carolina, and

18     surrounding communities which had been updated

19     through April 15th.

20          Q.   Does not include a list?

21          A.   Right.

22          Q.   And there is not any extant telephone

23     directory?

24          A.   Thank you, I'm sorry.  I saw your point

25     in directing me toward it there.  There is not a

1    telephone directory for '54.

2         Q.   But there was one for 1955 that could be

3    found, and we have seen an image of it on page 29;

4    correct?

5         A.   Yes, sir.

6         Q.   If we go to page 30, we see another

7    Yellow Pages ad, or phone directory ad, for ABC,

8    and this is 1956; correct?

9         A.   Yes.

10        Q.   And each one of these ads that we are

11   looking at, from your standpoint as a historian,

12   you've got no reason to doubt that these ads were

13   really published?

14             MS. HURT:  Objection to form.

15             THE WITNESS:  I have no reason to think

16   that they were never published, correct.

17   BY MR. HUGHES:

18        Q.   Okay.  So this ad says, among other

19   things:  Closest cleaners to Camp Lejeune;

20   correct?

21        A.   Yes, sir.

22        Q.   So it would be reasonable to read this

23   ad as showing, among other things, that the dry

24   cleaners is marketing intentionally to people

25   onboard Camp Lejeune.

1         MS. HURT:  Objection to form.

2  BY MR. HUGHES:

3     Q.  Would you agree?

4         MS. HURT:  Objection to form.

5         THE WITNESS:  Yes.  Certainly "the

6  closest cleaners to Camp Lejeune" I would agree is

7  marketing to those at Camp Lejeune.

8  BY MR. HUGHES:

9     Q.  And then if we look at page 31, we see

10  another telephone directory ad.  This is one from

11  1959; correct?

12     A.  Yes.

13     Q.  And again from your perspective as a

14  historian, this is an accurate image of a real

15  historical document.  It is not something that is

16  made up.  It's not something that didn't really

17  exist; is that correct?

18         MS. HURT:  Objection to form.

19         THE WITNESS:  That is correct.

20  BY MR. HUGHES:

21     Q.  And so this one, this shows us that ABC

22  is still operational, still in business; right?

23     A.  Yes.

24     Q.  And it's done well enough that it's been

25  running these yellow pages ads in each year that

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 96 of 288

1    we can find Yellow Pages for; correct?

2              MS. HURT:  Objection to form.

3              THE WITNESS:  Yes.

4    BY MR. HUGHES:

5         Q.    And as of 1958, it even includes the

6    line "closest cleaners to Camp Lejeune"; right?

7    We see that on page 40; correct?

8         A.    Which page are you on now on, sir?

9         Q.    The 1956 ad says:  Closest cleaners to

10   Camp Lejeune?

11        A.    Yes.

12        Q.    And on page 31, the 1959 ad, says,

13   quote, "Closest cleaners to Camp Lejeune,"

14   unquote, correct?

15        A.    Yes.

16        Q.    And would you agree that it is

17   reasonable to imply from that that ABC One Hour

18   Cleaners got a fair amount of its business from

19   Camp Lejeune?

20             MS. HURT:  Objection to form.

21             THE WITNESS:  I don't know if I can

22   agree with that.  I don't know what their business

23   -- who their customers were.  But I would agree

24   they were marketing themselves toward people in

25   Camp Lejeune.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 97 of 288

          BY MR. HUGHES:

     2         Q.    And then if you look at page 32, now we
     3    see an ad from 1960; right?
     4         A.    Yes.
     5         Q.    And this shows ABC One Hour Cleaners
     6    again; correct?
     7         A.    Yes.
     8         Q.    It shows:  Free citywide delivery.  Do
     9    you see that language?
    10         A.    I do.
    11         Q.    And then it says quote, "Cleaners-closer
    12    to Camp Lejeune," unquote; correct?
    13         A.    Correct.
    14         Q.    Okay.  Now, do you have any
    15    understanding as to what the dry cleaning needs
    16    would have been to servicemembers back in 1960?
    17    Do you have any feeling for that at all?
    18              MS. HURT:  Objection to form.
    19              THE WITNESS:  My sense would be their
    20    dress uniforms would probably need to be dry
    21    cleaned.
    22    BY MR. HUGHES:
    23         Q.    Do you know whether any dry cleaners
    24    would send vehicles down to the mess hall to pick
    25    up or drop off laundry during the relevant time

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 98 of 288

 1    frame?  Do you know one way or the other?
 2             MS. HURT:  Objection to form.
 3             THE WITNESS:  I don't know one way or
 4    the other.
 5    BY MR. HUGHES:
 6        Q.    Okay.  By 1960, which is when this ad
 7    appears on page 32, Tarawa Terrace was an
 8    up-and-running community by then; correct?
 9             MS. HURT:  Objection to form.
10             THE WITNESS:  Yes, sir.
11    BY MR. HUGHES:
12        Q.    Okay.  And Tarawa Terrace was an example
13    of base housing where married servicemembers could
14    live, versus single servicemembers, typically
15    male, who would live in the barracks; right?
16        A.    Yes.
17        Q.    And so the spouses in the ad that we see
18    here in 1960, we an image of a guy and also the
19    image of a woman; correct?
20        A.    Yes, we do.
21        Q.    And you mentioned earlier that ABC was
22    close to Tarawa Terrace; correct?
23        A.    Yes.
24             MS. HURT:  Objection to form.
25    BY MR. HUGHES:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 99 of 288

1      Q.   So as far as we can tell from these

2   yellow pages ads and the context, ABC One Hour

3   Cleaners was doing -- clearly doing a pretty good

4   business.  It was an existing operating business

5   during that time as far as we can tell?

6      A.   Yes, at two locations.

7      Q.   And generally speaking, the more

8   business and dry cleaning they did at this site,

9   the one that was near Tarawa, the more of the

10  spent perchloro would be have been generated as a

11  matter of common sense; right?

12          MS. HURT:  Objection to form.

13          THE WITNESS:  It would stand to reason

14  the more dry cleaning you did, the more PCE they

15  likely used.

16  BY MR. HUGHES:

17     Q.   If we go to page 43 of your report.

18     A.   I am to page 43.

19     Q.   On page 43, on the third -- second full

20  paragraph, it says, does it not in the report,

21  that, quote:  Ever since August 1942, when the

22  Marine Corps moved Camp Lejeune headquarters from

23  Tent City/Camp Geiger to Hadnot Point, Hadnot

24  Point has been the center of activity at the base.

25          Did I read that correctly?

1        A.    Yes.

2        Q.    And so according to this paragraph,

3    historically the Hadnot Point area included five

4    regimental areas; right?

5        A.    Yes.

6        Q.    Would that have been by the 50s?  Do you

7    know?

8        A.    The five regimental areas date from

9    World War II on.

10       Q.    So that would be a yes, that existed by

11    the 50s?

12       A.    Yes.

13       Q.    Officers quarters -- there were some

14    officers quarters in the Hadnot Point region as of

15    the 50s?  Is that fair?

16       A.    Yes.

17       Q.    The barracks for women were there by the

18    50s?

19       A.    Yes.

20       Q.    The Naval Hospital; right?

21       A.    Yes.

22       Q.    By the way, are you aware that the Naval

23    Hospital switched from an older building to a

24    newer building, I think, sometime in the early

25    80s?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 101 of 288

1          A.    Yes, I'm aware of that.

2          Q.    If the facts were to show that, until it

3    switched to the new building, the Naval Hospital

4    was on the Hadnot water system, would you have a

5    reason to dispute that?

6               MS. HURT:  Objection to form.

7               THE WITNESS:  The original one was on

8    the Hadnot Point system?  Is that what you asked?

9    BY MR. HUGHES:

10         Q.    Yes.

11         A.    Yes, that's my understanding.

12         Q.    Okay.  Is it your understanding that the

13   original one was on the Hadnot system all the way

14   until the new one came in in the early 80s?

15         A.    I may need to look at a map in my

16   report, because I think it might have gone to the

17   Holcomb Boulevard in '72, but I need to

18   double-check.

19         Q.    If the ATSDR reports concluded that it

20   was still on Hadnot water until it went to the new

21   hospital, would you have any reason to disagree

22   with that?

23              MS. HURT:  Objection to form.

24              THE WITNESS:  I don't think so.

25   BY MR. HUGHES:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 102 of 288

1          Q.   Going back to this, so you referenced
2     the Naval Hospital that was at Hadnot Point as of
3     the 50s, page 43 of your report; right?
4          A.   Yes.
5          Q.   Base supply area?  Would that be things
6     like warehouse items?  Or what do you mean by Base
7     supply area?
8          A.   Yes, warehouse items.
9          Q.   So supplies?
10         A.   Supplies, warehouse items, things that
11    you needed to keep a Marine corp base operating.
12         Q.   Do you have an understanding what kind
13    of things made up the industrial area if we were
14    to go back in time to the 50s?
15         A.   My understanding, it would be where
16    repairs could be made on equipment.  Things may be
17    manufactured that were needed on base.  Various
18    types of construction, building projects would
19    occur.
20         Q.   When you say the main base exchange,
21    tell us what is a PX?
22         A.   A PX is short for base exchange.  It's
23    essentially a commissary or a store on military
24    bases where members of the military can buy
25    groceries, items, you know, TVs, stereos.  Those

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 103 of 288

1    kinds of items usually at reduced rates.

2         Q.    Is a PX the same thing as a commissary?

3    Explain it to a civilian.

4         A.    I'm not entirely sure.  I think of a PX

5    is where you buy all of these various things.

6         Q.    And it is your understanding that Hadnot

7    Point had a commissary as of the 50s?

8         A.    Yes.

9         Q.    And are there any analogies you can give

10   me for what a commissary is like?  Is it like a

11   grocery store?  Is it like a Walmart?  If we went

12   back in time in the 50s and went in a commissary,

13   can you give us a sense of what you would expect

14   to find there?

15        A.    I think it would be more like a present

16   day Walmart.

17        Q.    Do you know if the prices at the

18   commissary would have been discounted or lower

19   than at a private establishments that were off of

20   the base?

21        A.    Yes, they would be.

22        Q.    Would you agree that during our entire

23   statutory period the single largest commissary on

24   the base was the one at Hadnot?

25             MS. HURT:  Objection to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 104 of 288

1             THE WITNESS:  Yes, the largest one would

2     have been at Hadnot Point.

3     BY MR. HUGHES:

4         Q.   You mentioned on page 43 the two

5     training pools.  So is it your understanding that

6     during our statutory period you had two indoor

7     swimming pools that were in the Hadnot area?

8         A.   Yes, as you said, two training pools.

9         Q.   And as the phrase implies, your

10    understanding is a variety of servicemember

11    training activities could occur using those indoor

12    swimming pools at Hadnot Point?

13        A.   Yes, sir.  That's correct.

14        Q.   And also there were swimming competitive

15    type events occurring at the swimming pools from

16    time to time, as we can see from the old issues

17    The Globe, yes?

18        A.   Yes, competitive swimming.

19        Q.   And there is also other editions of The

20    Globe with pictures showing family activities.

21    There were apparently wives and children in the

22    pools at Hadnot Point; right?

23            MS. HURT:  Objection to form.

24            THE WITNESS:  Yes.

25    BY MR. HUGHES:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 105 of 288

1        Q.   When you say clubs at page 43, what kind
2    of clubs, to your understanding, were at Hadnot
3    Point.  If I went be back to -- let's go to the
4    60s now -- if I'm in the 1960s, mid-60s, do you
5    have any sense of what kinds of clubs were at
6    Hadnot Point?
7        A.   I know there was an officers club at
8    Paradise Point.  We know there were clubs for
9    noncommissioned officers.  There were also clubs
10   that sponsored events for spouses of Marines.
11   Places where people could eat, as well.
12       Q.   So some of the clubs were more like a
13   restaurant and bar type layout?
14       A.   I see reference to food and drink at
15   some of these clubs.
16       Q.   And there is some references to like
17   live music events as one or more of these clubs at
18   Hadnot over the years?
19       A.   Yes.
20       Q.   And could service members at those clubs
21   could they get a alcohol there?  Could they get a
22   beer?  Do you know?
23       A.   Yes, I've seen you could get beer.
24       Q.   Was the beer cheaper at the clubs than
25   it might have been if you went off base to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 106 of 288

1    Jacksonville?

2         A.    I'm sure it was.

3         Q.    You mentioned churches.  Is it fair to

4    say we can tell from things like The Globe that

5    there were one or more churches that were located

6    physically in the Hadnot Point area?

7         A.    Both The Globe and the base guides would

8    list the area's denominational church.

9         Q.    Let me talk about theaters.  First, does

10   that include movie theaters?

11        A.    That's what I primarily think of when I

12   think of theater.  But I think there could have

13   been live performances, et cetera.

14        Q.    And over time, of course, as you have

15   noted from the 50s to the 80s, things changed.  It

16   is not always static; right?

17        A.    Yes, sir.

18        Q.    And if I was at Hadnot Point in the 60s,

19   would you agree that there were one or more

20   theaters that apparently you could go to see a

21   movie insofar as there were some advertisements or

22   notices in The Globe?

23        A.    Absolutely.

24        Q.    And also there may have been one or more

25   drive-in theaters?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 107 of 288

1          A.   I know there for references to drive-in
2     theaters.  I know there is at least one.
3          Q.   Okay.  How many high schools were on
4     Camp Lejeune from the 50s to the 80s if you know?
5          A.   The main high school -- there was one
6     high school at Camp Lejeune.  It moved once or
7     twice from an older building to a newer building.
8          Q.   So am I correct that in the 50s, 60s and
9     70s and 80s my understanding is there was one high
10    school for the whole base.  Does that sound right?
11         A.   Yes, it does.
12         Q.   And so if a child was hypothetically
13    living in the married servicemember housing at
14    Tarawa circa 1970, and they needed to go to high
15    school, presumably they would have ridden a bus to
16    the Camp Lejeune High School at Hadnot Point?
17         A.   Yes, they would have gone to high school
18    at Hadnot Point.  At the high school on Hadnot
19    Point I should say.
20         Q.   And by the 1970s we had other
21    communities besides Tarawa that had housing with
22    children; correct?  That were on base?
23         A.   Yes.
24         Q.   And if any of those children needed to
25    go to high school, the place they would have gone

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 108 of 288

1    was the Camp Lejeune High School at Hadnot Point;
2    correct?
3         A.   Correct.
4         Q.   As far as we know.  So obviously, none
5    of the travel distances were too lengthy to
6    prevent a feasible bussing system to get the
7    children to and from the high school?
8              MS. HURT:  Objection to form.
9              THE WITNESS:  To the high school, yes.
10   BY MR. HUGHES:
11        Q.   Yes, sir.  If we go to page 52, at the
12   top of 52.
13        A.   One moment please.
14        Q.   Yes, sir.
15        A.   Thank you.  I'm there.
16        Q.   At the top of 52 you note that the
17   Tarawa Terrace Elementary School opened in 1952;
18   correct?
19        A.   Yes.
20        Q.   And that remains accurate to your
21   knowledge sitting here today; correct?
22        A.   Yes.
23        Q.   You also note that when Tarawa Terrace I
24   and II opened in the area in the 1950s, they each
25   had 1,054 housing units; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 109 of 288

1           A.    Yes.

2           Q.    And in that regard, Tarawa actually

3      consisted of two different chunks.  There were

4      Tarawa Terrace I and Tarawa Terrace II; right?

5           A.    Yes, that's correct.

6           Q.    Then you say that the housing needs were

7      remodeled over the years.  At the end of the

8      paragraph you say:  In 1954, there were 1,836

9      housing units at Tarawa Terrace; correct?

10               MS. HURT:  Objection to form.

11               THE WITNESS:  Yes, 1,846.

12     BY MR. HUGHES:

13          Q.    And then in the next page you reference

14     the base telephone directory for 1970 for Tarawa

15     Terrace?

16          A.    Yes, I do.

17          Q.    And so at that time there was apparently

18     like a shopping center area that has a bank, a

19     beauty salon -- do you see that language?

20          A.    Yes, I do.

21          Q.    And a branch of the post exchange.

22     Would that be like a commissary or more like a

23     post office?  Or do we know?

24          A.    No, I believe it would be similar to

25     what you previously asked me about at Hadnot

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 110 of 288

1    Point, a PX.

2          Q.   A dry cleaner?

3          A.   Yes.

4          Q.   A post office.  That is separate from

5    the post exchange?

6          A.   Yes.

7          Q.   And two elementary schools and

8    cafeterias?

9          A.   Yes.

10         Q.   And a community center; right?

11         A.   Yes.

12         Q.   And you -- am I right that you have no

13   reason, sitting here today, to doubt that those

14   facilities existed at Tarawa as of 1970?

15         A.   I believe they existed there in 1970.

16         Q.   Yes, sir.  And they were all fed by the

17   Tarawa Terrace water treatment plant.

18         A.   They would have been.

19         Q.   And as of 1970, according to the ATSDR,

20   that system was contaminated?

21         A.   According to the ATSDR report, they

22   were.

23              MS. HURT:  Objection to form.

24   BY MR. HUGHES:

25         Q.   Okay.  And in your report, same page,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 111 of 288

1    you update us to 1980.  And once again, you note
2    the historical documents note the existence of
3    things like a bank, a community center, et
4    cetera -- right -- for Tarawa Terrace?
5         A.   Yes.
6         Q.   Did you tour Tarawa Terrace when you
7    visited Lejeune?  I don't recall what you said.
8         A.   The base has changed a lot.  And of
9    course we came in on the Wilson Boulevard entrance
10   which wasn't there back when we were talking.  I
11   know we went by housing developments.  I don't
12   know if they are Tarawa Terrace or not.
13        Q.   Okay.  Do you agree as a historian that
14   the use of bottled water that seems ubiquitous
15   today did not exist generally in the U.S. if I
16   went back to the 60's; correct?
17             MS. HURT:  Objection to form.
18             THE WITNESS:  Yeah, I certainly don't
19   remember it from the 60's.  I was a little kid,
20   but I don't remember it.
21   BY MR. HUGHES:
22        Q.   Again in the 70s, this kind of
23   ubiquitous commercial bottled water, that was not
24   a pattern of American culture in the 70s?
25             MS. HURT:  Same objection.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 112 of 288

1          THE WITNESS:  Not yet.

2     BY MR. HUGHES:

3          Q.   Understood.  You can put this aside

4     momentarily.  Let's introduce some other exhibits.

5     This will be Exhibit 2.

6                    (Whereupon, Deposition Exhibit

7                    No. 2 was marked for

8                    identification.)

9     BY MR. HUGHES:

10         Q.   Do you recognize this as being your

11     second expert report for this matter dated

12     February 7th, 2025?

13         A.   Yes, I do.

14         Q.   Okay.  Now, on page 1, you reference

15     Dr. Longley's report from December 7, 2024.  Do

16     you see that?

17         A.   Yes, I do.

18         Q.   And you offer opinions with that in

19     mind.  And then you say:  I may revise or

20     supplement my opinions as the litigation

21     progresses or should new information be made

22     available.  Do you see that?

23         A.   I am looking for it, but I know I did

24     say it.

25         Q.   On page 1 here.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 113 of 288

1          A.    I see now.  Thank you.

2          Q.    Have you revised any of your opinions

3     since the date of the February 7th, 2025, report?

4          A.    Well, you previously asked and as I

5     responded, Dr. Longley did correct the errors --

6     Dr. Longley's most recent report he made

7     corrections to some of the errors that I pointed

8     out in this report, if that makes sense.

9          Q.    Yes, sir.  On page 1, you say -- first

10    numbered paragraph, you talk about three instances

11    where you say that:  Dr. Longley entirely and

12    egregiously misrepresents the source material;

13    correct?

14         A.    Which point was that under, sir?  Okay,

15    thank you.

16         Q.    We talked about it earlier.  You find

17    three instances where Dr. Longley's report was

18    incorrect.  The first was the Nixon photo, the

19    second one was the demonstrative photo of water

20    buffalos at Hadnot Point, and the third was the

21    date range for the Holcomb water plant.  Are those

22    the three instances you are talking about?

23         A.    Yes, they are.

24         Q.    And your understanding is he has sought

25    to correct those three in his subsequent report?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 114 of 288

1      A.    Yes.

2      Q.    Okay.  Now page 1, the numbered

3   paragraph 2 --

4      A.    Okay.

5      Q.    -- at the end of it you say -- first

6   page:  Although Hadnot Point is the center of many

7   activities at Camp Lejeune, there are other areas,

8   et cetera.

9           So you will agree with me, correct, that

10  during our historical time period Hadnot Point was

11  the center of many activities at Camp Lejeune?

12           MS. HURT:  Objection to form.

13           THE WITNESS:  Yes, I have never denied

14  that.

15  BY MR. HUGHES:

16     Q.    Top of page 2, you note -- you discussed

17  other water treatment plants, the ones aside from

18  Hadnot and Tarawa.  And you said the ATSDR did not

19  conclude that those other water treatment plants

20  were further contaminated; correct?

21     A.    That's what I said.

22     Q.    Having said that, you are not aware of

23  whether there were significant levels of

24  trichloromethane found in the New River Air

25  Station system in the early 1980s; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 115 of 288

1          A.    No, I'm not aware of that.  Again, I'm
2     basing this on what the ATSDR and Dr. Hennet
3     seemed to agree on.
4          Q.    And you did not do any primary research
5     of your own to see whether any of the other water
6     treatment systems were or were not contaminated;
7     right?
8          A.    I did not.  That's correct.
9          Q.    Bottom of page 2 of this report you
10     reference water buffalos; correct?
11          A.    Yes, in Number 5.
12          Q.    And here -- one thing that you say here
13     is that there was a quote, "Likelihood that water
14     buffalos were at times filled with noncontaminated
15     water away from Hadnot Point."  Do you see that
16     language?
17          A.    Yes, I do.
18          Q.    One thing you cite for that in General
19     Zinni's deposition, if you read the whole thing,
20     you said there is a reference to a water buffalo
21     filling station at Geiger; right?
22          A.    Yes.
23          Q.    And you also cite to Plaintiff Gary
24     McElhiney's deposition, and you note that in the
25     deposition he says that a water filling station

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 116 of 288

1    was located at Courthouse Bay; correct?  Do you

2    see that?

3         A.   I do see that.

4         Q.   And in Ben Urquhart's deposition for the

5    proposition that there were water buffalo filling

6    stations in numerous locations on the base;

7    correct?

8         A.   Yes.

9         Q.   So these are three examples of you as a

10   historian using sworn testimony as relevant

11   information in your report; correct?

12             MS. HURT:  Objection to form.

13             THE WITNESS:  My point is in discussion

14   in this report was to show the inconsistencies of

15   deposition testimony.

16   BY MR. HUGHES:

17        Q.   So do you doubt -- do you believe that

18   when General Zinni, according to you, said there

19   was a water buffalo filling station at Geiger, are

20   you saying that is inaccurate?

21        A.   I am not saying it is inaccurate.  But I

22   do know in General Zinni's deposition in the early

23   part of the deposition he didn't recall anything

24   being done via water buffalo beyond Hadnot Point.

25   But under question by DOJ, then he talked about:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 117 of 288

1      Oh, yes, at Camp Geiger.

2          Q.   So your recollection -- it may be true.

3      I am not challenging it -- but on the direct exam,

4      on exam from the Plaintiff's lawyers, he noted a

5      water buffalo site at Hadnot.  And then in

6      examination by the Government's lawyers he noted

7      another water buffalo at Geiger; correct?

8          A.   That's my recollection of the

9      deposition, as I sit here.

10         Q.   And that would be consistent with the

11     process of testimony and cross-examination under

12     oath as an effective means of trying to bring out

13     the full truth; correct?

14             MS. HURT:  Objection to form.

15             THE WITNESS:  I suppose it could be,

16     yes.

17     BY MR. HUGHES:

18         Q.   And here you're citing Zinni's

19     deposition, are you not, for the proposition that

20     there is evidence of a water buffalo filling

21     station at Geiger.  I mean, that is the point that

22     you want to make; right?

23         A.   That is certainly possible, yes.

24         Q.   If you didn't think that General Zinni's

25     deposition had some truthfulness to it or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 118 of 288

1    relevance to it, you wouldn't have cited it;

2    right?

3         A.    No, I would have.  I'm not saying that

4    General Zinni was lying.  But -- I don't think he

5    was.

6         Q.    Okay.

7         A.    But it's just to me these are examples

8    of some things that are problematic with

9    deposition testimony and reliance on human memory.

10        Q.    I understand the point that you are

11   trying to make from this.  But the point I'm

12   asking you to agree on is that this is an example

13   of a historian citing to sworn testimony as having

14   information that is relevant to his historian

15   methodological analysis.

16             MS. HURT:  Objection to form.

17             THE WITNESS:  Again, as I said -- as I

18   have pointed out they said in the last sentence.

19   And although Dr. Longley cites Gary McElhiney,

20   Senior's deposition, he does not reference

21   Mr. McElhiney's statement that a water filing

22   station was located at Court House Bay.  I don't

23   know why that was included in Dr. Longley's

24   report.

25   BY MR. HUGHES:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 119 of 288

1          Q.   Do you agree that there are things in

2     Dr. Longley's report that are not included in your

3     report?

4          A.   I would say quite a bit.

5          Q.   And there are things in your report that

6     are not in Dr. Longley's report; correct?

7          A.   Again, I would say there is quite a bit.

8          Q.   On page 3 of your second report, towards

9     the bottom you cite to Mike Magner's book.  Do you

10     see that?

11          A.   Yes, I'd do:  A Trust Betrayed.

12          Q.   Did you read the book?

13          A.   I have the book.  I reviewed it.  I'm

14     not going to say I read it word by word.  When I

15     purchased these books, I was looking for

16     historical information.

17          Q.   Did you find Mike Magner's book to be

18     reliable as far as you could tell?

19               MS. HURT:  Objection to form.

20               THE WITNESS:  I just don't recall.  It's

21     been nearly a year ago.

22     BY MR. HUGHES:

23          Q.   Okay.  But you did cite it in your

24     report; correct?

25          A.   I certainly listed it here.  I don't

1      recall if I cited it in the body of my report.

2           Q.   Fair enough.  And then on page 4 -- this

3      is your second report February 2nd, 2025 -- top of

4      page 4, you cite to reports prepared by ATSDR;

5      correct?

6           A.   Yes, I do.

7           Q.   Including a summary of the water

8      contamination situation at Camp Lejeune dated 2024

9      from the website; correct?

10          A.   Yes.

11          Q.   And the Maslia publication in the

12     journal called Water from 2016; correct?

13          A.   Yes.

14          Q.   And there is no caveat here.  In other

15     words, I don't see here whether as a historian you

16     commented that either one of these publications

17     was not entirely reliable; correct?

18               MS. HURT:  Objection to form.

19               THE WITNESS:  I did not say that.

20     BY MR. HUGHES:

21          Q.   As far as you know, those two

22     publications are entirely reliable; correct?

23               MS. HURT:  Objection to form.

24               THE WITNESS:  I certainly think they are

25     reliable.

1    BY MR. HUGHES:

2        Q.    Page 5.  At the bottom of page 5 you

3    reference oral histories; correct?

4        A.    I do.

5        Q.    And you say, "I do not consider

6    deposition testimony or declarations to be oral

7    histories," unquote.  Correct?

8        A.    Yes, you read that correctly.

9        Q.    And I take it what you mean by that is

10   an oral history, it's a different process.  But

11   put in your own words.  In your mind, what is the

12   difference between sworn testimony in a deposition

13   and an oral history as a historian?  How would you

14   differentiate between the two categories?

15       A.    My view is an oral history is much more

16   of a free flowing and an exchange of information.

17   Roughly the person giving the oral history and the

18   person taking the oral history; it's an equal

19   relationship.

20            You ask general questions to prompt

21   responses, and then you see what the person giving

22   the oral history says.  You record it and do all

23   of these other things to it.  I don't think that

24   is the dynamic that you and I are working on right

25   here, nor should it be.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 122 of 288

1    Q.   Are you familiar with what the basic
2    parameters of what in your mind would be a good
3    oral history, what those basic parameters would
4    be?
5    A.   Well, you know, as I said, it's --
6    there's a book out -- I think it's in here --
7    Shared Authority.  Again, it's more of an equal
8    footing and people are allowed to ask questions
9    and maybe some prompts are asked and stuff like
10   that, some very general questions.  So this is all
11   recorded.  Maybe just audio.  Maybe video.  It's
12   transcribed.  The transcription is available.
13   They are put somewhere, so someone five years
14   later or ten years later can say:  Hey, I am
15   interested in this oral history.  I'm going to
16   actually read the transcript.
17       Q.   Should an oral history session be a
18   particular time period?  Should it be an hour?
19   Ten hours?  Any thoughts on that?
20       A.   Well, I don't think you would want to go
21   ten hours in one session.  You are awfully tired
22   sometimes.  I suspect you might want to go longer
23   than hour.  I also think it depends upon the
24   individual giving the oral history.  How old they
25   are and how healthy they are, things of that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 123 of 288

1    nature.

2         Q.   And an oral history should be somewhat

3    bilateral in the sense it's not just one person

4    asking questions, but the subject can talk back

5    and have a feedback loop?

6         A.   That is my understanding.

7         Q.   And it should be recorded?

8         A.   Yes.

9         Q.   But it shouldn't be under oath?

10        A.   I never really thought of an oral

11   history being under oath.  To me it's more of a --

12   somebody wants to give an oral history.

13        Q.   I understand.  Can an oral history be

14   taken of eyewitnesses to a historical event that

15   happened in the past?

16        A.   Certainly.

17        Q.   Is there some time limit where

18   presumptively living witnesses to a past

19   historical event where so much time has passed

20   that a historian would say you can't trust their

21   memory anymore?  How does that work?

22        A.   I don't think there is a set time limit.

23   I think the historian taking the oral history

24   would need to be cognizant of the lucidity of the

25   person they're taking the oral history from.  Do

1    the events being discussed make sense?  Did
2    something happen when it was supposed to have
3    happened, or did the person say it happened years
4    later.
5          Q.   What kind of subjects do oral histories
6    get taken on, to your knowledge?
7                MS. HURT:  Objection to form.
8                THE WITNESS:  I'm aware of oral
9    histories being done, for example, of young
10   scientists.  I know somebody had a big oral
11   history project doing that.  A very young,
12   cutting-edge scientist.
13               As we know, Dr. Kelman did an oral
14   history of memory of the Sand Creek massacre in
15   Colorado.  I've have seen oral histories -- I have
16   looked at oral histories of people involved in
17   national security.  There was a person who was
18   very involved in the World War II political
19   economy, a guy named Lincoln Gordon.  He became
20   Ambassador to Chile.  He gave an oral history.
21   They kind of run the gamut.
22   BY MR. HUGHES:
23         Q.   I understand.  Author Studs Terkel, he
24   did kind of a variant on oral histories.  Can you
25   have an oral history, for example, could you take

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 125 of 288

1       an oral history project today of people who are
2       still living who, say, fought in Vietnam in the
3       60's and 70s?  And if that oral history segment
4       was:  Your experiences in Vietnam.  Is that a
5       subject in your mind as a historian that is doable
6       or is there some reason it's not doable?  What do
7       you think?
8              MS. HURT:  Objection to form.
9              THE WITNESS:  No, I think it could be
10      done, but with all the caveats that I mentioned a
11      few moments ago.  So say the person said that he
12      went ashore in Da Nang, which happened in the
13      spring of 1965.  And if he says he went ashore in
14      Da Nang in the spring of 1970, that raises some
15      red flags for me.
16      BY MR. HUGHES:
17          Q.   Right.  One thing that could make an
18      oral history more reliable would be if you had a
19      rigorously researched set of background facts on
20      the topic before you go in to do the oral history.
21      Would that make sense?
22             MS. HURT:  Objection to form.
23             THE WITNESS:  Something to that nature I
24      think would need to be done.
25      BY MR. HUGHES:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 126 of 288

1          Q.   If we worked through and reconciled the
2     reports that have come in from you and from
3     Dr. Longley, and whatever else comes in in this
4     case, we could probably come up with a pretty good
5     set of facts, historical facts with regard to the
6     water contamination history at Camp Lejeune.
7     Would you agree?
8                MS. HURT:  Objection to form.
9                THE WITNESS:  I guess I disagree to the
10    extent that I think we could come up -- perhaps we
11    could come up with a pretty good set of facts for
12    individuals based upon an oral history, based upon
13    their service record.  That all meshes up.  To the
14    degree we could extrapolate for the entirety at
15    Camp Lejeune, I'm not sure.
16    BY MR. HUGHES:
17         Q.   I'm not meaning that.  I mean if you
18    just take the facts.  Forget about any oral
19    interview history type stuff that's in Longley's
20    report.
21         A.   Okay.
22         Q.   If you simply take -- I checked his
23    citations on his first report and 90 percent of
24    them were just documents, not to oral history type
25    things.  If I just took the facts, the historical

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 127 of 288

1       document cites in Longley and the ones that you

2       have done, and reconciled, or had the Judge

3       reconcile, any variances between them -- like the

4       ABC Dry Cleaners -- the end product of that could

5       be a pretty good documentary history of facts.

6       I'm not talking about oral history.  I'm just

7       talking about facts that would give us a backdrop.

8       Does that make sense?

9               MS. HURT:  Objection to form.

10              THE WITNESS:  It's certainly possible.

11      BY MR. HUGHES:

12          Q.   Okay.  And if I had those set of facts

13      as a backdrop, then I could do oral histories of

14      Lejeune survivors, and I could have factual

15      parameters to compare it against for credibility;

16      right?

17              MS. HURT:  Objection form.

18              THE WITNESS:  I'm trying to imagine what

19      the facts might be that we would be wanting to get

20      at in the history that you suggest.

21      BY MR. HUGHES:

22          Q.   Facts like how many survivors are there

23      that lived at what we call the outlying region?

24      How many survivors who lived or worked at Montford

25      or at Camp Johnson or Camp Geiger, and who are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 128 of 288

1    still lucid and alive today and could talk about,

2    in an oral history context, their experiences with

3    a focus on whether they ever left, say, Camp

4    Geiger and went to Tarawa or to Hadnot areas.

5            That's the concept I'm advancing.  Do

6    you see how that could be something that could be

7    done?

8            MS. HURT:  Objection to form.

9            THE WITNESS:  I understand what you are

10   saying.  I guess my thought is -- or my response

11   is how many oral histories would have to be done

12   to get to a critical mass that you could really --

13   as you asked me earlier, if a million people went

14   through Camp Lejeune during the statutory period,

15   how many oral histories would have to be done to

16   get to a --

17   BY MR. HUGHES:

18       Q.   Representative sample, for example --

19       A.   -- representative sample.  Yeah, a

20   sample size.  I'm familiar with that 400 million.

21   What would a representative sample have to be?

22       Q.   Right.  Right.  But if you start with

23   the premise that Camp Lejeune from the 50s to the

24   80s was the largest inadvertent exposure study for

25   TCE and PCE that has ever occurred in terms of an

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 129 of 288

1    event, wouldn't that be an area where it might
2    indeed be useful to collect the oral histories and
3    other data --
4              MS. HURT:  Objection to form.
5    BY MR. HUGHES:
6         Q.   -- from living people that had
7    previously done them from an historian's
8    perspective, from a oral history perspective?  Can
9    you see the potential value of that?
10             MS. HURT:  Objection to form.
11             THE WITNESS:  Well, as a historian, I
12   think any historian -- whether it is Dr. Longley,
13   Dr. Cohen, or myself or all the other Ph.D.s
14   running around, usually the more information the
15   better.
16             And I also think, if such a study was
17   ever done, I think we'd have to keep in mind that
18   it might be skewed toward younger Marines.
19   BY MR. HUGHES:
20        Q.   Might be skewed toward younger Marines?
21        A.   The resulting fact basis might be more
22   solid for the 1970s and 80s than it would be for
23   the 50s and 60s, just because of the passage of
24   time.
25        Q.   So the percentage of, say, contemporary

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 130 of 288

1   Camp Lejeune inhabitants from 1955 that would be
2   still be alive today for an oral history project
3   would be presumptively less than the number of
4   people who were there in 1980 that would still be
5   alive, for example?
6          A.   Yes, for a number of reasons.
7          Q.   Page 11 of your report.
8               MS. HURT:  Do you mind if we take like
9   just one break?  I want to get some water.
10              MR. HUGHES:  Oh, yes.  I've been going
11  for a while.  Let's take a five-minute break.
12              THE VIDEOGRAPHER:  Off the record at
13  13:36.
14              (Whereupon, the deposition was recessed
15  from 1:36 p.m. to 1:41 p.m.)
16              THE VIDEOGRAPHER:  We are on the record
17  at 13:41.
18  BY MR. HUGHES:
19         Q.   Dr. Brigham, can I have you look at
20  page 11 of your Exhibit 2 report.  That one.
21  Page 11.
22         A.   Okay.  I have it.
23         Q.   And there is a numbered paragraph 2.
24         A.   Yes.
25         Q.   And you reference how Dr. Longley, in

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 131 of 288

1    his first report, cited the video deposition of

2    Allan Howard and a, quote, "oral history" that he

3    later conducted with Mr. Howard.  Do you see that?

4         A.    Yes.

5         Q.    And you have oral history in quotes

6    because your belief is just interviewing somebody

7    on the phone and taking some notes, that is not

8    the same thing as what we call full-fledged oral

9    history; is that correct?

10              MS. HURT:  Objection to form.

11              THE WITNESS:  Yes.

12   BY MR. HUGHES:

13        Q.    However, having said that, there is no

14   requirement that the historian -- it's not an

15   either/or; right?  In other words, a historian

16   sometimes can simply talk to an individual on the

17   phone and take some notes and use that and that

18   could be perfectly appropriate; correct?

19              MS. HURT:  Objection to form.

20              THE WITNESS:  I think it has to be

21   identified as a telephone interview.

22   BY MR. HUGHES:

23        Q.    Right.  Notes on file with the author,

24   for example, as a footnote?

25              MS. HURT:  Objection to form.

1           THE WITNESS:  Notes on file or maybe
2    even transcribed, recorded -- telephone
3    conversation recorded and later transcribed.
4    BY MR. HUGHES:
5        Q.   Right.  But you have seen it done before
6    by historian authors where they just say:  Phone
7    interview with Joe, I have notes.
8        A.   Yeah, I think I have.  I was trying to
9    think of a specific example.
10       Q.   Well, one example might be at the end of
11   Dr. Kelman's book that you referred to that was
12   oral history related to the memories of a
13   historical event, a massacre that was so long ago
14   that survivors did not exist; correct?
15       A.   Yes.
16       Q.   And in his book -- I think it's the end
17   notes -- would it surprise you to find that
18   actually he has a note that says for one cite
19   words to the effect of:  Phone conversation with
20   X, notes on file with author?
21           MS. HURT:  Objection to form.
22           THE WITNESS:  No, that wouldn't surprise
23   me.
24   BY MR. HUGHES:
25       Q.   In other words, it's not the case that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 133 of 288

1    as part of a reliable historian's methodology it

2    is either get a full-fledged oral history that is

3    recorded and transcribed, et cetera, or you can't

4    talk to a person and get information from them;

5    right?

6              MS. HURT:  Objection to form.

7              THE WITNESS:  Right.  There is a middle

8    ground.  There are some different differences,

9    yes.

10   BY MR. HUGHES:

11        Q.   On page 11 of your report, you talked

12   about how Dr. Longley has cited the video depo of

13   Howard and then he had his call, or whatever it

14   was with Howard.  And then you say:  While this

15   might be the case, a more robust discussion, one

16   that included more corroborating sources, would

17   better support his contention, rather than

18   reliance on the oral testimony of one individual.

19   Et cetera.  You see that; right?

20              So you would agree with me that

21   generally speaking, I think you alluded to earlier

22   that more is better.  Yes, if we could get more

23   sources, more historical sources, that may be

24   better than just having one; correct?

25              MS. HURT:  Objection to form.

1                THE WITNESS:  Yeah, corroborative

2       sources would good.

3       BY MR. HUGHES:

4            Q.   And you understand since the time of his

5       first report, Dr. Longley, he's endeavored to do

6       more work.  He, for example, took the formal oral

7       history recording of Mr. Partain and

8       Mr. Ensminger, which has been provided; correct?

9            A.   Yes.

10           Q.   On page 13 of your report, you see

11      numbered paragraph 6?

12           A.   Yes.

13           Q.   Okay.  And it talks about six lines

14      down, how the depositions were taken in 2024 -- or

15      the declaration was in 2024, but that was four

16      years after the individuals were at Lejeune.  You

17      see that?

18           A.   Yes.

19           Q.   And as we discussed, you are aware now

20      that on the U.S. Marines official website there

21      are oral histories of individuals that relate to

22      historical events going all the way back to World

23      War II; correct?

24           A.   Yes.

25           Q.   And so clearly, in some cases oral

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 135 of 288

1  histories can be of oral historians who are being

2  asked to recall events from decades earlier and it

3  can be a meaningful and valuable process; correct?

4          MS. HURT:  Objection to form.

5          THE WITNESS:  That's correct.  That is

6  exactly what I was saying in the paragraph just

7  discussed.

8  BY MR. HUGHES:

9      Q.   Well, what -- tell me what you are

10 saying.  I was focused on the reference to

11 40 years after.

12     A.   Okay.  The deposition was taken in 2024,

13 and the declarations were written 2024, some

14 40 years after these individuals were at Camp

15 Lejeune.  So that is certainly the case.

16         My concern, what I was pointing out was

17 really the last sentence where I wrote:  Without

18 additional source material, Dr. Longley cannot

19 make assertions about what transpired at other

20 times during the 34-year statutory period.

21         So this goes to something else we were

22 talking about, point-in-time references.

23 Sometimes they are very, very good at telling us

24 exactly what happened at a given time in history.

25 But I think all historians, we have to be careful

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 136 of 288

1    we don't extrapolate too much from those types of
2    documents.
3         Q.   Okay.  So one phrase there to focus on
4    is "additional source material"?  Right?
5         A.   Yes.
6         Q.   And that goes back to what we talked
7    about about additional source material can be
8    helpful; correct?
9         A.   Yes.
10        Q.   All right.  Then if we go to page 18 on
11   this report.
12        A.   I'm there.
13        Q.   On page 18, we see the screenshot from
14   Longley's first report where he had a photo of the
15   water treatment plant near Holcomb Boulevard and
16   it was captioned 1960s.  But you went behind -- or
17   your team did -- and you found that fact-checking
18   it, actually that picture was from August 10th,
19   1972; correct?
20        A.   That's correct.
21        Q.   And so your point -- one of your points
22   is that the photo is actually of the Holcomb
23   Boulevard plant in '72, while that is also
24   consistent with what we read from the ATSDR about
25   when the Holcomb plant opened; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 137 of 288

1      A.   Yes.

2           MS. HURT:  Objection to form.

3      BY MR. HUGHES:

4      Q.   And you understand that one of the

5      Government's contentions is that when the Holcomb

6      plant opened, the Holcomb Water Treatment Plant

7      was a clean plant.  It wasn't contaminated; right?

8           MS. HURT:  Objection to form.

9           THE WITNESS:  Correct.

10     BY MR. HUGHES:

11     Q.   Okay.  And what the ATSDR found was that

12     after 1972, yes, there was a new Holcomb plant,

13     but there were times when the Holcomb system drew

14     on water from the Hadnot system; correct?

15     A.   Yes, the Holcomb plant received

16     contaminated water from Hadnot Point on some

17     occasions.

18     Q.   But the Plaintiffs have not alleged the

19     Holcomb plant itself drew on contaminated water

20     from its own wells; correct?

21          MS. HURT:  Objection to form.

22          THE WITNESS:  No, not the raw water, no.

23     BY MR. HUGHES:

24     Q.   And so in that sense, it actually -- it

25     would make the Plaintiffs' case weaker if the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 138 of 288

1      Holcomb plant actually opened in the 60's instead
2      of the 70's.  Do you see that?
3                  MS. HURT:  Objection to form.
4                  THE WITNESS:  I understand what you are
5      saying, but I believe that I had a responsibility
6      to point out this mistake.
7      BY MR. HUGHES:
8          Q.   I think you did too and I'm glad you did
9      it, and so is Dr. Longley.  My point is it does
10     not appear from that set of facts that I walked
11     you through that the Plaintiffs would have gained
12     any strategic advantage whatsoever from dating the
13     Holcomb plant to the 60s instead of the 70s;
14     correct?
15                 MS. HURT:  Objection to form.
16                 THE WITNESS:  No, it would not have.
17     BY MR. HUGHES:
18         Q.   Okay.  On page 33 --
19         A.   Okay.
20         Q.   -- at the bottom, you excerpt some
21     deposition testimony from Mr. McElhiney; correct?
22         A.   Yes.
23         Q.   And then above it you say that
24     Dr. Longley also, quote, "chose to not include,"
25     unquote, this other testimony.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 139 of 288

1          Now, you can't read Dr. Longley's mind;
2     correct?
3          A.    No.
4          Q.    You don't know what he chose or didn't
5     choose with regard to testimony; right?
6          A.    I only know what he put in his report.
7     I don't know what things he evaluated and things
8     he decided he would use or not use.  I only know
9     what ended up in the report.
10         Q.    And you've noted earlier how on sources
11    like the Magner book, you didn't read the whole
12    book.  You reviewed parts of it; correct?
13         A.    Right.  I reviewed it for historical
14    documentation about Camp Lejeune.
15         Q.    I understand.  So you don't have any
16    facts that would allow you to say that Dr. Longley
17    intentionally only hit certain pages in the
18    deposition.  You don't even know if he read the
19    whole thing; correct?
20              BY MS. HURT:  Objection to form.
21              THE WITNESS:  No, I don't know if he
22    read the whole thing.
23         Q.    Let's introduce Exhibit 3.
24              (Whereupon, Deposition Exhibit
25              No. 3 was marked for

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 140 of 288

1          identification.)

2     BY MR. HUGHES:

3          Q.    Dr. Brigham, we've handed you Exhibit 3,

4     which I will represent is the transcript of the

5     deposition of Richard Benz, B-E-N-Z, which was

6     taken on January 10, 2023.

7               And my first question is I take that

8     you've never seen this deposition transcript

9     before; is that correct?

10         A.    That's correct.

11         Q.    Okay.  Did you ever ask to see all of

12    the deposition transcripts that have been taken in

13    this case?

14         A.    No.

15         Q.    Did you and your team ever ask to see

16    all of the deposition transcripts that have been

17    taken of Plaintiffs in this case?

18         A.    No.

19         Q.    Did your or your team ever ask for

20    copies of all depositions taken in which

21    individuals who claimed to have lived or worked at

22    Lejeune in the statutory time period testified in

23    their deposition about water issues?

24              MS. HURT:  Objection to form.

25              THE WITNESS:  No.

1    BY MR. HUGHES:

2         Q.    Let me just show you a couple little

3    parts of Mr. Benz's deposition.  If you look at

4    page 6 -- you see how it has four pages on each

5    page?

6         A.    I do.

7         Q.    On page 6, you see where he is asked.

8    He has never given a deposition before.  He has

9    never been to Washington before.  Do you see that?

10        A.    I do.

11        Q.    And then if you go over to page 12, you

12   see how on page 12 he is talking about when he

13   arrived at Camp Lejeune.  Do you see that?

14        A.    Yes, lines 4 and 5.

15        Q.    And then he talks about supply training

16   when we get to line 13; right?

17        A.    Yes.

18        Q.    And line 17 he references -- he recalls

19   a big warehouse; right?

20        A.    Yes.

21        Q.    Page 13, line 4, he is asked about a

22   DT214.  Do you know what one of those is?

23        A.    I believe that is a discharge form that

24   a servicemember receives upon their departure from

25   the service.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 142 of 288

1      Q.  And those forms can have things like

2    dates that show when the servicemember was at

3    different locations or different bases; correct?

4      A.  Yes.

5      MS. HURT:  Objection to form.

6    BY MR. HUGHES:

7      Q.  If you look at the top of page 14 -- the

8    last sentence of page 13 Bill Graham asked:  When

9    you arrived at Camp Lejeune, where did they have

10   you assigned as far as living quarters or

11   barracks?  And on top of 14 he says:  Montford

12   Point.  Do you see that?

13     A.  Yes.

14     Q.  And he is asked:  What went on at

15   Montford Point?  And he talks about infantry

16   training for supply.  Do you see that?

17     A.  I do.

18     Q.  Do you have any recollection of whether

19   or not Montford Point had that type of facility or

20   training school at time in the 60s?

21     A.  I don't believe specifically.  I know

22   they obviously had the military occupation

23   speciality training.  The schools differed a

24   little bit.  I don't recall what exactly what they

25   had at this time.

1          Q.   And here he says he could recall things
2     like uniforms and boots.  And then you see "MOS."
3     And that's what you just referenced; right?
4          A.   Yes.
5          Q.   And that is like a job description sort
6     of; right?
7          A.   I think that is fair enough.
8          Q.   Page 15, he talks about where he eats,
9     the mess hall.  There is one at Montford Point;
10    right?  And that is something you found as well;
11    correct?
12         A.   Yes, down 12, 13, 14, and so on.
13         Q.   And then at page 16, line 21, he talks
14    about his canteen cup; right?
15         A.   Yes.
16         Q.   If you go to page 18 he talks about the
17    Main Base.  Do you see that?
18         A.   Yes.
19         Q.   And he says at line 9:  It's the bigger
20    part of Camp Lejeune.  Do you see that?
21         A.   Yes, I do.
22         Q.   He says -- he was asked:  You were
23    barracked at Montford Point, but there were other
24    things to do in the other part of the base?
25    Answer:  Yes.  Correct?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 144 of 288

1          A.    Correct.

2          Q.    Page 19 he talks about sports.  Do you

3     see at lines 7 to 9, baseball, basketball,

4     football?

5          A.    Yes, I do.

6          Q.    And on page 20, lines 5 and 6, he played

7     sports at Montford Point.  Intramural, right?

8          A.    Yes.  I'm on the wrong page, but from

9     what I see there, yes.

10         Q.    That's okay.  Down to page 21, he talks

11    about being clean shaven, shaving every morning?

12    That's at line 13.

13         A.    Yes, sir.

14         Q.    And if I go to page 23, he is asked:

15    Let's talk about playing sports and going over to

16    the Main Base.  Did some of the guys call it

17    Mainside?  Answer:  Mainside, yes.  Question:  Is

18    that where all of the action was?  Answer:  Yes.

19    Question:  Was it boring over on the Montford

20    Point?  Answer:  It was like a ghost town on the

21    weekend.

22              Further down:  Why was that?  Because

23    everybody would leave the base.  A lot of them was

24    married people.  They would leave the base.  And

25    then there was just a few of us on the weekends.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 145 of 288

1    Just single guys.

2            Page 24:  Would you go over to the

3    Mainside on the weekends as well?  He said:  Every

4    other weekend we used to go meet some friends.

5            Do you see that.

6        A.   Yes.

7        Q.   Do you believe that the travel distance

8    from Montford Point to Hadnot Point in the 60s was

9    so great that it would prevent a servicemember

10   from going to the Mainside every other weekend?

11       A.   No.

12       Q.   He says, line 6:  What was it for?  To

13   hang around.  We play cards, throw a football,

14   play basketball, go to the burger place.

15           You see that language; correct?

16       A.   I'm sorry; could you point me to that

17   again.

18       Q.   Page 24, line 6.

19       A.   Okay.  I do see that now, thanks.

20       Q.   And then he is asked:  So you spent a

21   lot of time at the Mainside?  Answer:  Yes.

22           Line 12, correct?

23       A.   Yes.

24       Q.   And then he is asked again about

25   Montford Point like a ghost town.  He said, quote:

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 146 of 288

1      It felt like a ghost town.

2              Do you see that?

3          A.   I do.

4          Q.   Then he also says at the bottom of

5      page 24 that he did some extra work at Hadnot.  He

6      would go over to make copies at a printing press

7      office.  Would that sound understandable?  There

8      might be a printing press office at Hadnot as of

9      the 60's?

10         A.   Yes, certainly.

11         Q.   And so if that's true, if what he is

12     saying is true, then you would agree in that case

13     that the travel distance was not prohibitive of

14     Mr. Benz going from Montford to Hadnot to do some

15     work with the printing press?

16         A.   Certainly for the purposes or the

17     reasons discussed here, no.

18         Q.   Page 25 starting at line 15, he's asked:

19     Obviously, you didn't have a car when you were at

20     Lajeune.

21              So assuming this gentleman was living in

22     bachelors quarters at age 17 at Montford, is it

23     reasonable that someone in that position in the

24     60s would probably not have a car?

25              MS. HURT:  Objection to form.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 147 of 288

1          THE WITNESS:  I would think somebody
2     17 years old probably didn't have a car.
3     Probable, maybe.
4     BY MR. HUGHES:
5          Q.   So then he is asked, page 25, line 17:
6     How did you get over to the Mainside?  He said:
7     They have a shuttle bus at certain times and then
8     you get the same shuttle back at a designated
9     time.  Do you see that?
10         A.   I do.
11         Q.   Is that consistent with your research
12    about what was happening at the base in the 60's?
13         A.   I know that there were shuttle buses,
14    yes.
15         Q.   And would they have been at certain
16    times?
17         A.   There was a schedule.
18         Q.   And they would have been free for
19    someone like Mr. Benz?
20         A.   Yes, for a servicemember.
21         Q.   Page 26, he is asked how many times did
22    he go to Main Base -- what he called Main Base.
23    He said:  Well, every other week.  Over 75 -- 57
24    or 75 times.  There is some ambiguity there.  It
25    says 75 and 57.  You see that; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 148 of 288

1          A.   Yes.  I was just looking at that more
2      closely.
3          Q.   Then he talks about tournaments.  You
4      see at the bottom of Page 26, Line 22, he says:
5      During baseball season, football season, and
6      softball season, we used to go during those times,
7      as long as the tournament was on.
8               Do you see that?  Do you recall seeing
9      references to tournaments at the Hadnot Point area
10     in back issues of The Globe?
11         A.   Yes, I remember seeing tournaments in
12     The Globe -- intramural sports in the base guides.
13         Q.   On page 27, he talks about -- Line 21,
14     talks about filling his canteen from the water
15     buffalo; right?
16         A.   Yes.
17         Q.   And he said this in the context of
18     playing sports; right:  Is this while you're
19     playing sports?"  The top of 28?  "Yes."
20         A.   Yes, I see that.
21         Q.   And then he remembered something else.
22     An Igloo container, silver colored.  They would
23     fill it with water and ice.  Do you see that?
24         A.   Yes, I do at the top.  Line 3.
25         Q.   Line 12, he says:  The water buffalo a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 149 of 288

1   big old tank about 8 feet long -- big tank.  They
2   would fill it with water.
3                Is that consistent with the
4   demonstrative examples of water buffalos that were
5   in one of your reports today?
6        A.   It sounds about right.
7        Q.   And then if we go to page 33, line 20,
8   he leaves the Marines in 1968; correct?
9        A.   Yes.  1968, yes.
10       Q.   If we go to page 41, he is brought back
11  and he is shown a map.  And on page 41, he is
12  asked about taking the bus.  He is asked:  How
13  long does it take to get the bus from where you
14  were living over to here.  Meaning from Montford
15  to Hadnot.  He says:  About 15 minutes
16  approximately.
17               Do you see that language?
18       A.   Yes.
19       Q.   Do you think a 15-minute bus ride is
20  going to keep a young Marine from going to Hadnot
21  like Mr. Benz was doing?
22       A.   Maybe not a young 17-year-old Marine,
23  no.
24       Q.   Does 15 minutes sound about right for
25  how long it would take the bus to get from one

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 150 of 288

1     place to the other, based on your tour of the
2     base?
3                MS. HURT:  Objection to form.
4                THE WITNESS:  Well, going from the area
5     of Montford Point, leaving the base, coming back
6     on the base, getting down to the main area of
7     Hadnot Point -- I don't know, 15 minutes seems
8     like it would be a little bit on the short side.
9          Q.   Have you tried measuring it?
10         A.   No.
11         Q.   Also on page 47, if you look at the
12    bottom of the page, it is revealed that when he
13    would go to play sports at Hadnot for the
14    tournaments, he would actually stay over at a
15    buddy's place.  Do you see at the bottom of page
16    47, he says that the tournaments could go over the
17    weekend.  Do you see that?
18         A.   Yes.
19         Q.   And then on page 48:  When you are over
20    there on the weekends, would with you shower over
21    there?  Meaning Hadnot.  Answer:  Yes.  Right?
22    That's what he said?
23         A.   Yes.
24         Q.   Eat in the mess hall?  Yes.  Drink the
25    water over there?  Yes.  Did you have water with

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 151 of 288

1    your meals over there just like you did at

2    Montford Point?  Answer:  Yes.  Do you see that?

3         A.   I do.

4         Q.   Would you agree with me that over the

5    last five minutes, we just went over some of the

6    testimony from Mr. Benz; correct?

7         A.   Yes, we did.

8         Q.   And that testimony revealed a variety of

9    facts that he said he could recall about living on

10   the base; correct?

11        A.   Yes.  His activities, yes.

12        Q.   And would you agree that those facts are

13   generally in accordance with the facts that you

14   found in your own research?

15        A.   You mean about the activities at

16   Montford Point?

17        Q.   No, just generally speaking.  There is

18   nothing about his individual testimony.  The parts

19   I read to you, there is nothing about it -- or is

20   there?  Is there anything that I just read to you

21   that strikes you as that's impossible, that

22   couldn't be true, it contradicted by the facts I

23   found in the documents?

24        A.   Not in what he describes.  I am still

25   uncertain about the 15 minutes.  I mean, the

1  Holcomb Boulevard -- Holcomb Boulevard was the
2  main gate.  We didn't have the Wilson.  So you had
3  to go further east on 24 to come down to Hadnot
4  Point again.  So 15 minutes, I'm not sure that
5  would be long enough.  But I have never measured
6  it.
7      Q.  But otherwise, his testimony was
8  consistent with the facts that you found in your
9  documentary research; correct?
10     A.  Certainly about the sports and other
11 things.
12     Q.  And there was even something from his
13 testimony that you might not have known before,
14 like the idea of using an Igloo container; right?
15         MS. HURT:  Objection to form.
16         THE WITNESS:  That doesn't surprise me,
17 somebody using an Igloo.
18 BY MR. HUGHES:
19     Q.  What about his details?  He appears to
20 be saying that in his supply shop training there
21 was a facility at Montford that had uniforms and
22 shoes.  If that is true, would that be a new fact
23 that you didn't know before?
24     A.  I don't know if I knew it per se, but
25 that doesn't surprise me.  As a supply person,

Golkow Technologies,
877-370-3377                A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 153 of 288

1    that is essentially what they are doing, at least

2    in part.

3         Q.    I understand.  But my point is won't you

4    agree that going over these facts and looking at

5    this deposition is something that can help us with

6    our historical methodology to get at the facts of

7    what happened at Camp Lejeune?  Wouldn't that be

8    true?

9              MS. HURT:  Objection to form.

10             THE WITNESS:  Yes, it certainly

11   describes what this particular individual did,

12   especially on his weekends, but to a lesser degree

13   during his work week.

14             MS. HURT:  Are we done with this

15   exhibit?

16             MR. HUGHES:  Yes.

17                  (Whereupon, Deposition Exhibit

18                  No. 4 was marked for

19                  identification.)

20   BY MR. HUGHES:

21        Q.    Sir, you have been handed Exhibit

22   Number 4.  Does this appear to be a copy -- I will

23   represent at the top it is a copy of the expert

24   report of Dr. Longley from December 2024.  If you

25   flip through it, does it appear to be consistent

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 154 of 288

1    with what you reviewed from Dr. Longley in the way

2    of his December 2024 report?

3         A.   Yes, sir, it does.

4         Q.   So just as an example, if we look at

5    page 15, do you see the photo on page 15 it says:

6    Main hospital facility used through 1983?

7         A.   I just got there.  I see the image.

8         Q.   I will represent that in your report I

9    did not see any critique of that image or caption

10   as being inaccurate.  Do you recall having any

11   opinion of that being inaccurate?

12        A.   I don't think on this one we did.  I

13   think this is some sort of historical photo, given

14   the number in the lower left-hand corner.  I'm not

15   sure where we got it, though.

16        Q.   You see the next page, 16, see a bus

17   schedule on the top left?

18        A.   Yes.

19        Q.   It's hard to read, but it's credited to

20   The Globe, July 2, 1970; correct?

21        A.   Yes.

22        Q.   And when I reviewed your report, I

23   didn't see any criticism of that image or its

24   caption as being unreliable or inaccurate.  Do you

25   recall any?

1      A.    No, I remember looking at this issue of

2    The Globe just to get a better idea, because it is

3    so small.

4                    (Whereupon, Deposition Exhibit

5                    No. 5 was marked for

6                    identification.)

7    BY MR. HUGHES:

8      Q.    This is Exhibit 5.  This is the second

9    report by Dr. Longley.  It is dated January 13,

10    2025.  Have you seen this report before?

11      A.    Yes.

12      Q.    If you look at page 2, can you see on

13    page 2, where he cites a back issue of

14    Leatherneck, the magazine?

15      A.    You're talking in the fourth paragraph

16    down.

17      Q.    Yes, the block quote.

18      A.    I see.  I'll read the block quote real

19    quick.

20      Q.    Yes, take your time.

21      A.    I've read it.

22      Q.    Okay.  And you see at the bottom of the

23    page it cites to Leatherneck, April 1955.  Issue

24    available at -- and it gives an Internet address.

25    Do you see that?

1          A.   Yes.

2          Q.   Did you or your team -- as of today,

3     have you or your team gone behind that site to see

4     if it is accurate?

5          A.   I believe so, yes.

6          Q.   And is it accurate as far as you know?

7          A.   Yes.

8          Q.   Were you aware of this issue of

9     Leatherneck from April 1955 before you saw it in

10    Dr. Longley's report?

11         A.   No.

12         Q.   And you will agree that among other

13    things the article says, quote, in the block,

14    quote:  From the air, Camp Lejeune looks like a

15    small city surrounded by suburbs, unquote.

16         A.   Yes.

17         Q.   Quote:  Hadnot Point, with its many

18    barracks and huge industrial area, is the "city,"

19    while Courthouse Bay, Montford Point, Petersfield

20    Point, Paradise Point, the Rifle Range, Camp

21    Geiger, Midway Park, Tarawa Terraces I and II, and

22    Camp Knox make up the "suburbs."

23              Correct?

24         A.   Yes.

25         Q.   You see on the next page another block

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 157 of 288

1      quote from the same article?

2           A.    Yes, it's quite a long one.

3           Q.    But at the top it does observe

4      editorially at the bottom of the very first

5      paragraph on page 3 that Jacksonville back in the

6      50s, quote:  Unfortunately, it has little to offer

7      a Marine on liberty.  Right?

8           A.    Could you point that to me, please.

9           Q.    Right here.  Page 3.

10          A.    Thank you.

11          Q.    You see that; right?

12          A.    Right, in 1948, yes.

13          Q.    At the bottom of the page it references

14     the NCO club's Mirror Room, which is one of the

15     plushest nighteries in the Corps.  Do you see

16     that?

17          A.    Yes.

18          Q.    Were you aware of NCO Club's Mirror Room

19     before you read Longley's report?

20          A.    I may have seen that elsewhere.  I think

21     I might have looked up actually, when I did.

22          Q.    If you look at page 4, bottom of the

23     page, you can see that Professor Longley

24     references that he looked at Congressional

25     testimony.  You are aware that there are various

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 158 of 288

1    Congressional hearings that have occurred with
2    regard to the Lejeune water issues; correct?
3         A.   Yes, I am.
4         Q.   But your report doesn't cite to any of
5    those Congressional hearings; correct?
6              MS. HURT:  Objection to form.
7              THE WITNESS:  That's correct.
8    BY MR. HUGHES:
9         Q.   Do you think Congressional hearing
10   transcripts and testimony is unreliable?
11        A.   No, I don't think it is.  I've used it
12   in other reports.  It had to do with what my
13   research questions were here.
14        Q.   You understand that Mr. Ensminger has
15   testified to Congess before; right?
16        A.   He has a number of times.
17        Q.   And you understand Mr. Partain has
18   testified to Congress before?
19        A.   Yes.
20        Q.   And Mr. Partain has also published a
21   Master's thesis on Lejeune; correct?
22        A.   Yes, I was aware of that.
23        Q.   Did you review, or your team review,
24   Mr. Partain's Master's thesis before you issued
25   your first report?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 159 of 288

1      A.    No.

2      Q.    Have you all reviewed it to date?

3      A.    No, not yet.

4      Q.    If you go to page 5, do you see the

5    third paragraph down beginning with the Partain

6    website timeline?

7      A.    I do.

8      Q.    What this paragraph is saying is that

9    the website timeline existed as far back as 2012.

10   It showed facts that Partain, as a public

11   historian, had put together.  And then you can see

12   where Dr. Longley says:  This raises questions as

13   to whether all the documents now cited by Brigham

14   in 2024 were not made available by the Government

15   in the years past.  Do you see that language?

16     A.    Yeah, I'd like to read it again, though.

17   I read it again.  Thank you.

18     Q.    It says it raises questions as to why

19   the information provided by the Government to

20   Brigham today was not provided to Partain years

21   ago.  Do you see that language?

22     A.    I do.

23     Q.    And then Dr. Longley goes on to cite to

24   VA documents that include screenshots from the

25   Partain website; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 160 of 288

1          A.    That's what it reads, yes.

2          Q.    And you and your teams have read this

3     report by Dr. Longley; correct?

4          A.    Yes.

5          Q.    Have you and your team done any further

6     work to try to understand, from an historical

7     perspective, why information that you were given

8     for your report was not given to others in years

9     past?

10          MS. HURT:  Objection to form and

11     foundation.

12          THE WITNESS:  No, I'm not entirely sure

13     exactly which documents Dr. Longley is

14     referencing.

15     BY MR. HUGHES:

16          Q.    Well, do you see any citations to the

17     Yellow Pages ads from 1954 on the ABC grand

18     opening?  Do you see any notation to that on

19     Mr. Partain's timelines on the website?

20          A.    No, we don't.  Those were documents that

21     my staff and I collected.

22          Q.    Right.  And that's because the

23     Government hired you and paid you to do it; right?

24          A.    Well, yeah.  We found that as part of

25     our research, yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 161 of 288

1          Q.    Right.   And you considered it relevant
2     to this issue of when ABC Dry Cleaners started;
3     right?
4          A.    Absolutely.
5          Q.    But that work -- to your knowledge, no
6     work like that was done back in 2012; right?
7               MS. HURT:  Objection to form and
8     foundation.
9               THE WITNESS:  Not to my knowledge, no.
10    BY MR. HUGHES:
11         Q.    And as of 2012, if you look at page 6 of
12    Dr. Longley's report, the VA was actually using
13    the Partain website to train it's own people.
14               MS. HURT:  Objection to form and
15    foundation.
16    BY MR. HUGHES:
17         Q.    You see the VA slide on page 6; right?
18         A.    I'm looking at it right now.
19         Q.    Did you all fact-check this?  Do we
20    know?  Did you fact-check this?
21         A.    This should have been fact-checked, yes.
22         Q.    And do you have any reason to critique
23    it or dispute it sitting here today?
24               MS. HURT:  Objection to form.
25               THE WITNESS:  I have no reason to think

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 162 of 288

1     this does not appear.

2     BY MR. HUGHES:

3         Q.    Okay.  If you look at page 7, do you see

4     how it's redacted with black marks on it?

5         A.    Yes, I do.

6         Q.    But I'm correct that what you testified

7     to earlier is that you have not made any effort to

8     seek unredacted copies of any documents received

9     from your clients, the Government; correct?

10        A.    That's correct.

11        Q.    And if you look at the bottom of this

12    page 7, this is a VA slide, do you see how it

13    actually has a picture from the Partain Ensminger

14    website with the link to the timelines.  You see

15    the timeline link at the bottom left; correct?

16        A.    Yes.

17        Q.    And so given that this was used -- these

18    slides were used by the VA to train their own

19    people, it would be reasonable to assume that some

20    of them went and looked at the timeline; correct?

21             MS. HURT:  Objection to form.

22             THE WITNESS:  You mean the VA people?

23    BY MR. HUGHES:

24        Q.    Yes.

25        A.    Yes, that would be reasonable.

1        Q.   And on the timeline they would have

2   seen, if they looked long enough, the reference to

3   ABC starting in 1953; correct?

4           MS. HURT:  Objection to form.

5           THE WITNESS:  Yes, looking at it, they

6   would have.

7   BY MR. HUGHES:

8        Q.   Look at page 13, if you will.  Do you

9   see a bigger image of the bus schedule on page 13?

10       A.   Yes.

11       Q.   This one is the youth activities bus

12   schedule; correct?  It says it at the top.

13       A.   Yes.

14       Q.   And this is cited as coming from The

15   Globe, July 26, 1962; right?

16       A.   Right.

17       Q.   You all would have fact-checked it?

18       A.   Yes.

19       Q.   And sitting here today, you don't have a

20   critique; correct?

21       A.   No, I don't.

22       Q.   And if we go to page 14, you see a photo

23   from The Globe from '83 showing a cultural event,

24   the Guess Who rock band at Camp Lejeune; right?

25       A.   Yes, indeed.

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 164 of 288

1        Q.   If you go to page 16, you can see a

2   picture of the bowling alley at Hadnot in 1964

3   from The Globe; right?

4        A.   Yes.

5        Q.   And y'all fact-checked that as well?

6        A.   Correct.

7        Q.   Page 17, the cattle cars.  Now, in

8   Longley's report here he says:  Brigham also omits

9   mention of cattle cars.  Do you see that sentence,

10   page 17?

11       A.   Yes, that's just what I was reading.

12       Q.   Is that true?  Did you omit mention of

13   cattle cars in your first report?

14       A.   I did not discuss cattle cars.

15       Q.   Why not?

16       A.   Well, again, it really was not what I

17   was tasked to do in my report.

18       Q.   Your report talks about travel.

19       A.   Well, yes, it does.  But it's really

20   more the areas of the base.

21       Q.   Which the cattle cars would go to?

22       A.   That's true.

23       Q.   But your point is the omission was not

24   malicious in nature; right?

25       A.   No.

```
 1        Q.   Because you can't include everything?
 2        A.   Right.
 3             MS. HURT:  Objection to form.
 4             THE WITNESS:  You certainly can't.
 5   BY MR. HUGHES:
 6        Q.   Here is my point.  This is something
 7   that is in one of Mr. Longley's reports, but
 8   number one, it wasn't in your report; correct?
 9        A.   Correct.
10        Q.   And number two, you don't have any
11   reason to dispute it; correct?  Right?
12        A.   No, I don't.
13        Q.   And would you agree that it helps fill
14   out the picture more on our issues, because now we
15   know about cattle cars; correct?
16             MS. HURT:  Objection to form.
17             THE WITNESS:  Yeah, it provides another
18   piece of information.
19   BY MR. HUGHES:
20        Q.   Okay.  At the bottom of 17, we talk
21   about James Branham.  Do you know if James Branham
22   was deposed?
23        A.   I don't know.
24        Q.   You have never read his testimony to
25   your recollection?
```

1      A.   Correct.

2      Q.   On the top of page 18, it summarized

3   that his testimony includes reference to the

4   cattle car or cattle trucks.  Do you see that?

5      A.   Yes.  Pick them up by 8:00 a.m.

6      Q.   It also talks about how he would work

7   doing repairs for the motor pool and then come

8   home to take a shower to get the oil and grease

9   off of him.  Did you see that?

10      A.   Yes, I see that passage.

11      Q.   But I'm correct, right, that your group

12   was not told to do any investigation to see if

13   there is more historical evidence about things

14   like repairs at motor pools; right?

15      MS. HURT:  Objection to form.  I am also

16   going to instruct the Witness not to discuss any

17   substantive discussions that he had with the

18   United States Department of Justice that would be

19   covered by attorney work product.

20   BY MR. HUGHES:

21      Q.   Let me rephrase.  Based on looking at

22   your reports, you did not cover the topic of

23   repairs at the motor pools or historical

24   documentation in that regard; is that true?

25      A.   That's correct.

1        Q.    And you did not cover the topic of waste
2    dumps where spent repair fluids or materials might
3    be dumped in Hadnot?  That was not part of your
4    report; correct?
5        A.    That's correct.
6        Q.    And that was not -- without revealing
7    any attorney communications, that was not a topic
8    that you focused on; correct?
9        A.    That's correct.
10       Q.    On page 20, so the page 20 image is from
11   The Globe issue from 1981; correct?
12       A.    Yes.
13       Q.    And those were available publicly on the
14   Internet and there is a link to it on the bottom;
15   correct?
16       A.    Yes, that's correct.
17       Q.    All right.  And that article said that
18   at the main PX commissary in the red rectangle
19   quote:  The Hadnot Point commissary serves an
20   average of 23,000 grocery customers each month.
21   And then it continues; right?
22       A.    Yes, it does.
23       Q.    Do you have any information to refute
24   the proposition that the commissary, as of 1981,
25   was serving 23,000 average customers per month?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 168 of 288

1          A.    I don't have data to refute the 23,000.
2     I'd be curious to see where this data came from at
3     the time.
4          Q.    Let's talk about that.  The authors for
5     The Globe included -- looks like they included
6     servicemembers.  Have you done any investigation
7     as to who wrote The Globe articles?
8          A.    I have noticed a lot of them don't have
9     attribution.
10          Q.    That's true, they don't.  Like the one
11     we're looking at.
12          A.    But the ones that do usually are by a
13     person in the Marine Corps.
14          Q.    You would agree with me that, by and
15     large, the reporting in The Globe looks like good
16     faith reporting work product like you would see in
17     a normal newspaper?
18               MS. HURT:  Objection to form.
19               THE WITNESS:  Generally speaking, I
20     think so.  There is one article I pointed out
21     about the showers being on 24/7.  A few things
22     like that.  But I think it is pretty
23     straightforward:  Here's the news.
24     BY MR. HUGHES:
25          Q.    Page 22, did you see this photo of Mike

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 169 of 288

1    Partain's mom before you saw it in Longley's
2    report?
3         A.    No.
4         Q.    Would you agree that photos like this
5    can provide valuable historical context for a
6    topic like water use at Lejeune?
7              MS. HURT:  Objection to form.
8              THE WITNESS:  You know, I don't know if
9    this photo does or not.  I don't dispute the fact
10   that Mr. Partain was -- he said in a recent
11   video -- conceived at Camp Lejeune.  His mother
12   was pregnant with him and he was delivered while
13   they were at Camp Lejeune.  I have no reason to
14   doubt that.  I have not reviewed the photo.  The
15   photo is nice.  I'm not being critical of the
16   photo.
17   BY MR. HUGHES:
18        Q.    Let's talk about it.  Number one,
19   assuming the photo really does show the mom with
20   the baby at the Naval Hospital.  Okay?  Make that
21   assumption.  If that is true, this would tend to
22   support the conclusion that some moms travelled
23   from Tarawa to Hadnot to go to the Naval Hospital
24   facilities as part having their babies; correct?
25             MS. HURT:  Objection to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 170 of 288

1              THE WITNESS:  I'm sure that is what
2      happened.  And given the air conditioner and the
3      blinds, I'm sure this was at the Naval Hospital.
4      BY MR. HUGHES:
5          Q.    Tell me about that.  Help me out with
6      that.  Is that a window unit air conditioner as
7      far as we can tell?
8          A.    That is what it looks like to me.
9          Q.    You talked about AC in your report.
10     Does that help us date or locate the image?
11         A.    I would have to go back and check a lot
12     of things.  But certainly Camp Lejeune was being
13     air conditioned starting in the 70s into the 80s.
14     But I don't question what Mr. Partain talked about
15     and discussed in the recent video.
16         Q.    That is not my point.  My point is it is
17     corroborated.  And I think you just showed us
18     that.  You mentioned the blinds in the window.  It
19     looks like Venetian mini blinds that are turned so
20     the light doesn't go through, and then there is a
21     window unit air conditioner; right?  That's what
22     it looks like; correct?
23         A.    That's what it looks like, yes.
24         Q.    And you would agree that that
25     information -- number one, that is information

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 171 of 288

1    isn't it?  It's data; right?

2        A.    It's information, yes.

3        Q.    And it's information from a photo;

4    right?

5        A.    Yes.

6        Q.    And I don't know if Mr. Partain ever

7    gave any statements or testimony that he recalled

8    window units at the hospital.  So this might be

9    new information; correct?

10            MS. HURT:  Objection to form.

11            THE WITNESS:  It well could be.

12   BY MR. HUGHES:

13       Q.    It also shows what appears are to be a

14   glass of water over on the table.  Do you see

15   that?

16       A.    I see a glass of something.  I don't

17   know what it is.

18       Q.    Which would be consistent with the idea

19   of people at the Naval Hospital drinking water at

20   the Naval Hospital; correct?

21            MS. HURT:  Objection to form.

22            THE WITNESS:  Yes.

23   BY MR. HUGHES:

24       Q.    All right.  Then below it there is a

25   reference to Dr. Mike Gros.  You've never reviewed

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 172 of 288

1    any statements or testimony by him, or have you?

2         A.   No, I have not.

3         Q.   And then the next paragraph refers to

4    Terry Dyre.  Have you or your team reviewed any

5    testimony from Ms. Dyre?

6         A.   No.

7         Q.   Would y'all have reviewed it to

8    fact-check what we see at the bottom of this page?

9         A.   I'm not sure.  I don't recall.

10        Q.   Next page, that's a standpipe photo from

11   The Globe that you also had; correct?

12        A.   Yes.

13        Q.   Look at page 24, there is a reference at

14   the bottom of the page to testimony from William

15   Walters.  Do you know if you and your team

16   reviewed that testimony?

17        A.   I did, yes.

18        Q.   You did?  Okay.  Did you review it

19   before you did your first report?

20        A.   Yes.

21        Q.   Did you comment about it in your report?

22        A.   No.

23        Q.   Why not?

24        A.   I was mostly focused on the Bogue Field.

25   B-O-G-U-E.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 173 of 288

1          Q.   It was mainly focused on Bogue Field.

2     But as you can see at the footnote 33 reference,

3     quote:  He said the Marines from Bogue Field

4     frequently used the standpipes at Hadnot Point.

5     Do you see that?

6          A.   I do.

7          Q.   Wouldn't that be a relevant fact to

8     include in your report?

9               MS. HURT:  Objection to form.

10              THE WITNESS:  Yeah, it may have been.

11     Again, I did not talk about Bogue Field in my

12     report.

13     BY MR. HUGHES:

14          Q.   Right.  But do you think I read that to

15     you because of the reference to Bogue Field or

16     maybe because of the reference to the standpipes

17     at Hadnot Point?

18              MS. HURT:  Objection to form.

19     BY MR. HUGHES:

20          Q.   I mean, you would agree with me that the

21     issue of the standpipes is a material issue;

22     right?  It's an issue that you talked about in

23     your report?

24          A.   Yes, I did.

25          Q.   And if this sentence is accurate, it

1    says Mr. Walters testified to the use of

2    standpipes at Hadnot Point; correct?

3         A.    Yes.

4         Q.    So that would be a helpful fact on the

5    issue of where water buffalos were filled?

6         A.    Right.  And I remember some of this

7    testimony that Hadnot Point was the closest point

8    at Lejeune to Bogue Field, which is why they went

9    to Hadnot Point.

10        Q.    But none of that is in your first

11   report?

12        A.    No, I did not address Bogue Field.

13        Q.    But you did address the standpipes in

14   Hadnot?

15        A.    Yes.

16        Q.    And you would agree that if this is

17   correct, Walters' testimony supports the concepts

18   that the standpipes at Hadnot were used?

19        A.    Right, and it suggests that there was

20   more than one.

21             MS. HURT:  Are we at a breaking point?

22   Would this be a good time to take a break?

23             MR. HUGHES:  Yeah, it's 2:30.  Let's

24   take a break.

25             THE VIDEOGRAPHER:  We are off the record

```
 1    at 14:34.
 2              (Whereupon, the deposition was recessed
 3       from 2:34 p.m. to 2:43 p.m.)
 4              We are on the record at 14:43.
 5    BY MR. HUGHES:
 6         Q.   Dr. Brigham, let's mark and show you
 7    Exhibit Number 6.
 8                    (Whereupon, Deposition Exhibit
 9                    No. 6 was marked for
10                    identification.)
11    MY MR. HUGHES:
12         Q.   I will represent this is a copy of
13    Dr. Longley's report dated March 17th, 2025.  Have
14    you seen this one before?
15         A.   Yes.
16         Q.   All right.  Have you and your group done
17    fact-checking on it to your knowledge?
18         A.   We have reviewed it.  My staff, we've
19    gone through it.  I'm not sure of the degree of
20    fact-checking we did on the first report.
21         Q.   Are there any Nixon type inaccuracies in
22    it as we sit here today that you are aware of?
23         A.   None come to mind right now.
24         Q.   If you look at page 2, first full
25    paragraph beginning "It is noteworthy..."  do you
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 176 of 288

1    see that?

2         A.    I do.

3         Q.    It says:   It is noteworthy that neither

4    Dr. Brigham nor Dr. Kelman has conducted any

5    interviews of their own with individuals that

6    spent time at Camp Lejeune.

7              I take it that after reading this

8    report, you and your group still have not taken

9    any interviews of your own of people that spent

10   time at Lejeune; correct?

11        A.    That's correct.

12        Q.    If you look at page 7, middle of the

13   page on 7 is a citation to one of the oral

14   histories on the official U.S. Marines website.

15   Do you see in the middle of page 7 the reference

16   to the transcript of an interview with Master

17   Sergeant Ralph Freeman, Retired?  Do you see that?

18        A.    I do.

19        Q.    It reflects that he was interviewed in

20   1999 -- at least that's the date of the transcript

21   according to this; correct?

22        A.    Right.  Yes, sir.

23        Q.    And it says that he was asked about

24   facts going all the way back to 1943; right?

25        A.    Yes.

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 177 of 288

1          Q.   So from '43 to '93, that's 60 years;
2     correct?
3          A.   I think it's 50.
4          Q.   50 years.  I was an English major.
5     You're the historian.  50 years; correct?
6          A.   Yes.
7          Q.   And 50 years -- if we went back in time
8     50 years, we would be within our key time period
9     for the Lejeune cases; correct?
10          A.   1975, right.
11          Q.   One thing Mr. Freeman said in his oral
12     history, you can see it at the end of his quote.
13     Question:  Did you get a chance to go out on
14     liberty into Jacksonville?  Answer:  Not in
15     Jacksonville.  Wasn't anything to go on liberty
16     for.
17               Do you so that language?
18          A.   I do.
19          Q.   Would you agree with me that that kind
20     of oral recollection can be useful in filling out
21     the picture of the lifestyle of the Marines back
22     at the time?
23          A.   I'm not sure in this instance if it
24     would, because I'm not sure if he is talking about
25     '43, '62, or '65, without going back and reading

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 178 of 288

1    through this.

2        Q.   Let's assume it was '43.  Then it would

3    be of limited relevance, because that would

4    predate the opening of our time period; correct?

5        A.   Yeah, you mean the beginning of the

6    statutory period?

7        Q.   Right.

8        A.   Yes.

9        Q.   But it would still show that as least as

10   of 1943, this Marine, his recollection was that

11   basically there wasn't much of a reason to go to

12   Jacksonville; correct?

13            MS. HURT:  Objection to form.

14            THE WITNESS:  Certainly not 1943.  And I

15   don't think Jacksonville had grown too much yet.

16   BY MR. HUGHES:

17       Q.   I understand.  Have you and your team

18   had a chance to look at any of the oral histories

19   on the U.S. Marines website, aside from what we

20   have cited in these reports?

21       A.   One of my team has been reviewing them

22   the last day or two.

23       Q.   Do you have any thoughts about the

24   methodology of those oral histories in terms of

25   they were done in the right way?

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 179 of 288

1     A.    Nothing that we have yet formulated.

2     Q.    Do you and team intend to issue one or

3     more further reports in this case as it proceeds?

4          MS. HURT:  Objection to form.

5          THE WITNESS:  I don't know at this time.

6     BY MR. HUGHES:

7     Q.    If you look at page 8 of this report

8     from Dr. Longley, it talks about the standpipes at

9     Hadnot Point.  Do you see that?

10    A.    Large standpipes, yes.

11    Q.    And it's referencing the water pressure;

12    right?

13    A.    Yes.

14    Q.    Okay.  Do you have any facts to

15    contradict the assertion that the standpipes at

16    Hadnot Point would fill water buffalos quicker

17    because they had more water pressure?

18         MS. HURT:  Objection to form.

19         THE WITNESS:  I don't have any

20    information about that.

21    BY MR. HUGHES:

22    Q.    Look at page 11.  Page 11 appears to

23    show a photo from The Globe from '75 of a woman

24    with a grocery cart at the Hadnot commissary.

25    A.    Yes, it does.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 180 of 288

1    Q.   Okay.  And once again, would you agree
2    with me that there is visual data in this photo
3    that can help us on the topic of what were the
4    life situations like at Camp Lejeune during the
5    key time period?
6         MS. HURT:  Objection to form.
7         THE WITNESS:  Well, again, this
8    certainly shows a person shopping at the
9    commissary at Hadnot Point, which I never denied
10   such things occurred.
11   BY MR. HUGHES:
12   Q.   I understand.  Does it look like she's
13   picking out plastic-wrapped cuts of meat, or
14   something like that?
15   A.   It looks like she is, yeah, shopping at
16   the meat counter.
17   Q.   And it looks like she has a shopping
18   cart?
19   A.   Yes, a shopping cart.
20   Q.   By the way when we looked at that photo
21   before of Mr. Partain's mom, it appears there was
22   a glass of water and a formula bottle.  Assuming
23   that it showed a formula bottle too, would you
24   agree that is another piece of visual data,
25   information that is in the photo that may not be

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 181 of 288

1        in another source?

2                    MS. HURT:  Objection to form.

3                    THE WITNESS:  I can't disagree with

4        that.

5        BY MR. HUGHES:

6            Q.    Okay.  And if you were to engage in an

7        oral history project, assembling more data or

8        histories from survivors at Lejeune, would you

9        agree that one source of data that they might have

10       that they could contribute would be photos, if

11       they have historical photos from their time at

12       Lejeune?

13           A.    Yes, certainly photos can be very

14       useful.  I've included images and whatnot in my

15       report and photos.

16           Q.    We talked at the beginning of the

17       deposition about how much your firm has billed or

18       been paid to date, and the figure was something

19       over $800,000; right?

20           A.    Yes.

21           Q.    How does that compare to amounts that

22       you and your firm have been paid in other

23       government expert projects?  Is that higher than

24       you have been paid in any other projects for the

25       U.S. Government to date?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 182 of 288

1          A.   No, we have had other projects that we
2     have billed that much.  The biggest difference for
3     this project compared to those other projects is
4     the time frame was condensed quite a bit.  And so
5     we started this last April.  The report we filed
6     was mid-August.  So I had a lot of people working
7     on it because the time frame was very, very short.
8               But to answer your question, no, we've
9     billed more than that on other cases.
10         Q.   What is the most you've ever billed on a
11    case for the Government, if you recall, roughly?
12         A.   Well, I can't tell you the most across
13    time.  I can tell you that we billed over a
14    million dollars on a World War II petroleum case
15    recently within the last five years.
16         Q.   You mentioned -- so in this case you
17    viewed the timeframe between your retention and
18    the production of your initial report as being
19    abbreviated?
20              MS. HURT:  Objection to form.
21    BY MR. HUGHES:
22         Q.   How many months was it roughly?
23         A.   We started work on this mid-April, and
24    at that time the report was due approximately
25    mid-August.  So May, June, July, August.  Four

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 183 of 288

1    months?  Am I doing my math right?  It would be an
2    awful lot to do to get an expert report together
3    in four months.  I had a lot of people doing a lot
4    of different things.
5         Q.   Okay.  All right.  So from a perspective
6    of being an expert historian in a case, four
7    months -- if you had your druthers, you would
8    rather have more than four months to do a project
9    like this; is that true?
10        A.   It is true.  Because there are many
11   things in historical research that are out of the
12   historian's control, like how many hours can you
13   work at the Archives?  How many hours can you go
14   to the Library of Congress?  You don't want to be
15   gone forever.  But four-month would be a very
16   tight schedule.  Obviously that changed, which was
17   helpful.
18        Q.   If you look at page 25 going to 26 of
19   this report from Dr. Longley, do you see the
20   string cites with excerpts from other oral
21   histories on the U.S. Marines website?
22        A.   You said 25 on to 26?
23        Q.   Yes.
24        A.   Yes, I see this.  I've seen this before.
25        Q.   And you can see how it is referencing

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 184 of 288

1    here things like the commissary, NCOs, Tarawa

2    Terrace, et cetera; correct?

3         A.   Yes, I see those things you just

4    mentioned.

5         Q.   Would you agree that culling this sort

6    of information can be useful in terms of

7    historical methodology on a topic like the history

8    of Lejeune and the water contamination and water

9    use at Lejeune?

10             MS. HURT:  Objection to form.

11             THE WITNESS:  Yes, it certainly could

12   prove useful.

13   BY MR. HUGHES:

14        Q.   At page 27, do you see the notes for the

15   Allan Howard witness dated August 2024?  Do you

16   see that?

17        A.   Yes, toward the bottom, yes.

18        Q.   Now, as I understand your testimony, a

19   formal full-fledged oral history would have a

20   recording and a transcript.  It wouldn't be just

21   be paraphrase or a summary; correct?

22        A.   Correct.

23        Q.   However, you will agree that a

24   historian, it's not required for a historian have

25   to have a reliable methodology for him only to use

1    witness sources if he records them and does a

2    formal oral history; correct?

3                MS. HURT:  Objection to form.

4                THE WITNESS:  I'm sorry; you lost me

5    there for a minute.

6    BY MR. HUGHES:

7        Q.    We talked about earlier how there was a

8    formal oral history process that you've discussed

9    that has things in it like recording.  Perhaps a

10   transcript is generated.  The transcript or

11   recording is archived.  The witness is allowed to

12   talk back, et cetera?

13       A.    Yes.

14       Q.    And the questions need to be calibrated

15   so they are not slanted towards one side, et

16   cetera; right?

17       A.    Correct.

18       Q.    But we have talked about how a historian

19   can, if the circumstances are appropriate, they

20   can rely on information from another person

21   without having to do a full-fledged oral history

22   of that person; correct?

23       A.    Correct.

24       Q.    And in this instance here, would this

25   document from the conversation between Dr. Longley

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 186 of 288

1    and Mr. Howard, we see something that stops short
2    of being a full-fledged oral history with a
3    recording and transcript; correct?
4             MS. HURT:  Objection to form.
5             THE WITNESS:  Yes.
6    BY MR. HUGHES:
7        Q.   But you would not say that Dr. Longley's
8    method is unreliable simply because he cited to
9    this document from Howard that was less than a
10   full transcript; correct?
11            MS. HURT:  Objection to form.
12            THE WITNESS:  Yes, he provided, you
13   know, notes from this conversation.
14   BY MR. HUGHES:
15       Q.   All right.  Page 34.  That's one of the
16   photos of President Kennedy at Camp Lejeune;
17   correct?
18       A.   Yes, it is.
19       Q.   Can you tell from the photo where he is?
20       A.   We can't tell from this photo, although
21   I think in the newspaper article, either this one
22   or around it, they were launching an amphibious
23   landing at Onslow Beach, but I would have to check
24   that.
25       Q.   Okay.  If you look at the next page, you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 187 of 288

1    see them sitting.  That could be like an
2    observational type bleachers type thing, couldn't
3    it?
4              MS. HURT:  Objection to form.
5              THE WITNESS:  Yeah, it could be the same
6    structure from the previous photograph where they
7    were standing.
8    BY MR. HUGHES:
9         Q.   And President Kennedy is wearing
10   sunglasses, which might be consistent with being
11   in a brightly lit outdoor environment?
12        A.   Yeah, it appears to be an outdoor
13   photograph.
14        Q.   Yes, sir.  And again, those are ways
15   that a photograph can provide data in addition to
16   the data that tests can provide as a matter of
17   historical method; correct?
18        A.   Yes.
19        Q.   And then the photo below that on 35
20   shows President Reagan at Camp Lejeune in 1983;
21   correct?
22        A.   Yes.
23        Q.   On page 36 we see North Carolina
24   Governor Jim Hunt at Camp Lejeune in 1979;
25   correct?

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 188 of 288

1      A.   Yes, Jim Hunt.

2                (Whereupon, Deposition Exhibit

3                No. 7 was marked for

4                identification.)

5    BY MR. HUGHES:

6      Q.   Sir, if you look at Exhibit 7, do you

7    recognize this as your 2007 report for Harrington,

8    AKA Raytheon?

9      A.   I do.

10     Q.   Okay.  If we look at pages 36 and 37 of

11   this report, do you see the references in the

12   report to the testimony of Burt Bickerstaff?

13     A.   36 did you say, sir?

14     Q.   Yes, sir, page 36 and 37.  And we talked

15   about this earlier.  This shows your report citing

16   some testimony from Bickerstaff; correct?

17     A.   Correct.

18     Q.   The testimony is in a deposition.  We

19   can see that at the bottom of the 37 in the

20   footnotes; right?

21     A.   Yes, March 15th, 2001, yes.

22     Q.   The deposition was taken in 2001;

23   correct?

24     A.   Correct.

25     Q.   And what he is talking about dates all

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 189 of 288

```
1      the way back to the 40s; correct?
2           A.   Yes.
3           Q.   And if we look at page 38, we see
4      references to three other depositions; correct?
5      At the bottom of the page?
6           A.   Yes.
7           Q.   Those were all taken in 2001; correct?
8           A.   Yes.
9           Q.   But they were all regarding events
10     happening in the 40s; correct?
11          A.   Yes, during World War II.
12          Q.   Okay.
13                    (Whereupon, Deposition Exhibit
14                    No. 8 was marked for
15                    identification.)
16     BY MR. HUGHES:
17          Q.   If you look at this Exhibit 8, have you
18     seen that document before?
19          A.   Yes, I have.
20          Q.   When did you see it?
21          A.   Recently.
22          Q.   Okay.  Do you know what it shows?
23          A.   I believe it's Mr. McElhiney and his
24     wife.
25          Q.   Yeah.  Do you know where they are?
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 190 of 288

1    A.    Well --
2    Q.    Does is it appear to be a machine or a
3    repair type shop?
4    A.    Yes, it appears to be some sort of
5    engine to the left of the photograph.
6    Q.    And do we see what looks like a drum
7    container over on the left in the photo under the
8    fan?
9    A.    Yes.
10   Q.    And we see what looks like an engine or
11   part of an engine in the foreground; right?
12   A.    Yes.
13   Q.    Okay.  But you and your team have not
14   looked at the topic of where the spent solvents or
15   wastes from facilities like this went to; correct?
16   A.    That's correct.
17              (Whereupon, Deposition Exhibit
18              No. 9 was marked for
19              identification.)
20   BY MR. HUGHES:
21   Q.    If you look at Exhibit 9, have you seen
22   this one before?
23   A.    I don't think I have.
24   Q.    I will represent that it is a photo of
25   the same fellow, McElhiney.  Looking at the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 191 of 288

1    building in back of him, can you tell what that
2    is?
3         A.   No, I cannot.
4         Q.   Do you see a window AC unit?
5         A.   Yes, on the left.
6         Q.   Camp Lejeune is in the southeastern
7    U.S.; correct?
8         A.   Yes.
9         Q.   The environment there can be hot;
10   correct?
11        A.   Yes.
12        Q.   It could be very sunny?
13        A.   Yes.
14        Q.   It can be humid; right?
15        A.   Yes.
16        Q.   Young Marines in their normal course of
17   activities at the base in the 60s or the 70s could
18   go out in the field to do training or exercises
19   from time to time; correct?
20        A.   Certainly.
21        Q.   In that situation, they may develop a
22   thirst; correct?
23        A.   Yes.
24        Q.   They also might sweat and might need to
25   take a shower; correct?

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 192 of 288

1       A.    Yes.

2       Q.    Marines generally would shave; correct?

3       A.    Yes.

4       Q.    That would involve use typically of hot

5    water; correct?

6       A.    Yes.

7              (Whereupon, Deposition Exhibit

8              No. 10 was marked for

9              identification.)

10   BY MR. HUGHES:

11      Q.    If you look at Exhibit 10, I will

12   represent that this exhibit -- the Bates numbers

13   are chopped off, but this is document -- this is

14   an excerpt of pages from a document in the court

15   ordered repository in our case.  Okay?

16      A.    Okay.

17      Q.    And this particular document, I'll

18   represent, this is some images from one of the

19   surviving well logs.  You can see on the front of

20   it says "well" handwritten, among other things;

21   right?

22      A.    Yes, "well" and something illegible, S

23   and L and plus PL.

24      Q.    Now, if you finger through, you have not

25   looked at this document or documents like this

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 193 of 288

1    before, have you?

2              MS. HURT:  Objection to form.

3              THE WITNESS:  I have not.

4    BY MR. HUGHES:

5        Q.   Have you looked at documents like this

6    before?

7        A.   Let me take a moment.

8        Q.   I could rephrase and say you have not

9    cited to any well logs in your report?

10       A.   No, I'd have not cited to well logs.

11   This looks vaguely familiar, especially some of

12   the material on page 3.

13       Q.   And I will represent that this

14   particular well log is not from Hadnot or Tarawa,

15   to the best of my knowledge.

16             But if you look in a couple of pages, do

17   you see on the third page in you can see the

18   handwritten references to Building Number 110 on

19   the left; right?

20       A.   Yes.

21       Q.   And you see these dates?

22       A.   At the top?

23       Q.   It starts as 75 and goes all the way

24   down to the 80s; right?

25       A.   Yes.

1          Q.    Which would indicate that this document,
2     this well log was in existence and was being used
3     as far back as 1975; correct?  Based on this page.
4          A.    Yes.
5          Q.    And being used as far forward as 1986,
6     based on this page; right?
7          A.    Yes.
8          Q.    And at the top it says:  Pump and motors
9     greased, excluding wells; right?
10         A.    Yes.
11         Q.    So these logs might have had information
12    about things besides supply wells for the water
13    treatment plants; right?
14              MS. HURT:  Objection to form and
15    foundation.
16              THE WITNESS:  I'm looking at it.
17    BY MR. HUGHES:
18         Q.    For example, there might have been logs
19    kept of water treatment plants?
20         A.    Right.  I'm not a hundred percent sure.
21         Q.    And it's hard to tell from looking at
22    this if this is log about wells, or the treatment
23    plant, or both, or neither; right?  It's hard to
24    tell?
25         A.    I would agree with that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 195 of 288

 1          Q.   But you were not -- you did not have as
 2     a topic to go review, or have your team review,
 3     any surviving well logs or water treatment plant
 4     logs of this nature; correct?
 5          A.   That's correct.
 6          Q.   And you were not given the topic of
 7     trying to track down any of the people who wrote
 8     the entries in these type of logs; correct?
 9          A.   That's correct.
10          Q.   You have no understanding, sitting here
11     today, whether well or treatment plant logs were
12     still in existence as of the early 1980s when the
13     site became a Superfund site; correct?
14               MS. HURT:  Objection to form.
15               THE WITNESS:  Correct.
16     BY MR. HUGHES:
17          Q.   And you were not given any task to go
18     and look historically at how it came to be that
19     well logs, or water treatment plant logs if they
20     existed as of the early 80s, were then lost?  You
21     did not look at that topic; correct?
22               MS. HURT:  Objection to form.
23               THE WITNESS:  Correct.
24     BY MR. HUGHES:
25          Q.   And you have not looked at the topic of

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 196 of 288

1    whether the Navy had a duty to retain any extant

2    treatment plant logs or well logs as of the early

3    1980s; correct?

4            MS. HURT:  Objection to form.

5            THE WITNESS:  No, we never looked into

6    that or a record retention schedule or anything.

7    BY MR. HUGHES:

8        Q.   Okay.

9                (Whereupon, Deposition Exhibit

10               No. 11 was marked for

11               identification.)

12   BY MR. HUGHES:

13       Q.   Sir, Exhibit 11 is a copy of

14   Mr. Partain's thesis.  Do you see that on the

15   first page?

16       A.   Yes, I do.

17       Q.   Have you seen this document before?

18       A.   No.

19       Q.   Okay.  Do you have any knowledge or

20   whether anyone in your team at your firm has

21   looked at this document before in connection with

22   this project?

23       A.   I don't believe so.

24       Q.   Did you know this document existed

25   before I'd showed it to you today?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 197 of 288

1          A.    I heard Mr. Partain, in the video that
2     we've discussed, discuss his masters thesis.
3          Q.    I take it the Government never sent you
4     a copy of this thesis to look at to your
5     knowledge?
6          A.    Not to my knowledge.
7          Q.    You can see that the title of the thesis
8     includes the phrase "public history"; right?
9          A.    Yes, public history efforts, yes.
10         Q.    The first page, Introduction, talks
11    about the EPA?
12         A.    Just a moment.  Okay.  I'm there.
13         Q.    The first page on the introduction
14    describes that the EPA did a national priority
15    list designation for Lejeune as of 1989.  Do you
16    see that?
17         A.    Yes.
18         Q.    You've not done any investigation to see
19    whether any well logs for the source wells used
20    for the water treatment plants were still in
21    existence as of 1989; right?
22              MS. HURT:  Objection to form.
23              THE WITNESS:  That's correct.
24    BY MR. HUGHES:
25         Q.    You do not know, sitting here today,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 198 of 288

1      whether any logs for the wells or the plants for

2      Hadnot or Tarawa were still in existence as of

3      1989; correct?

4              MS. HURT:  Objection to form.

5              THE WITNESS:  Correct.

6      BY MR. HUGHES:

7          Q.   Look at the top of page 2.  Do you see

8      the quote from Tom Crouch?

9          A.   Yes.

10         Q.   Would you agree with that as a general

11     definition of what a public historian does?

12         A.   Well, certainly, I think he gets to the

13     point of academic historians.

14         Q.   So you agree with that?

15         A.   Yes.

16         Q.   All right.  And it says the National

17     Council on Public History's website describes the

18     public historian as routinely engaging and

19     collaborating with their community as well as

20     their peers.  Would you agree with that statement?

21         A.   I don't disagree with it, but like I

22     testified earlier, public history is many

23     different things.

24         Q.   I understand.  Do you see at the second

25     full paragraph on page 2 Mr. Partain discloses

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 199 of 288

1    that he is a stakeholder.  You see that?

2         A.    I do.

3         Q.    And your understanding -- I will just

4    represent, he is a Plaintiff in the case.  Did you

5    know that before now?

6         A.    Yes.

7              MS. HURT:  Objection to form.

8    BY MR. HUGHES:

9         Q.    Do you agree with me that someone can be

10   a historian even if they also have another stake

11   in the matter?  In other words, the mere fact that

12   somebody might allege that they were injured by

13   the water at Lejeune does not categorically

14   disqualify them from potentially being a reliable

15   historian.  Would you agree?

16             MS. HURT:  Objection to form.

17             THE WITNESS:  Yes, and I believe he did

18   the right thing here by disclosing that he is a

19   stakeholder.

20   BY MR. HUGHES:

21        Q.    Yes, sir.  If you look at page 4 at the

22   top, you will see where he refers to having an

23   undergrad degree in history and that he worked as

24   a history teacher?

25        A.    Yes.

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 200 of 288

1        Q.   And he worked as a claims investigator
2    for an insurance company.  Would you agree with me
3    that that kind of background could be of
4    assistance in terms of being a good historian?
5             MS. HURT:  Objection to form.
6             THE WITNESS:  Yes, I think on both
7    points.
8    BY MR. HUGHES:
9        Q.   And then by the bottom of the page he
10   refers to the website, The Few, the Proud.
11       A.   Yes.
12       Q.   Have you gone through that website
13   yourself?
14       A.   I went through portions of it.  I didn't
15   go through the entire website.
16       Q.   As far as you could tell looking at it,
17   did the website appear to reflect someone acting
18   as a reliable public historian?
19             MS. HURT:  Objection to form.
20             THE WITNESS:  I didn't find anything
21   particularly erroneous in it.  Again, I haven't
22   taken a deep dive into it.
23   BY MR. HUGHES:
24       Q.   And we talked earlier about how the
25   timeline on the website gives the start date of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 201 of 288

1     ABC as 1953; correct?

2          A.    Yes.

3          Q.    And your report, based on the evidence

4     that we have gone through, says that you believe

5     the start date actually is more likely 1954;

6     correct?

7               MS. HURT:  Objection to form.

8               THE WITNESS:  That's correct.

9     BY MR. HUGHES:

10         Q.    But you will agree with me that the mere

11    fact -- let's say that is proven true and that the

12    fact on the website -- on Mr. Partain's website

13    that says 1953 is proven to be inaccurate.  You

14    would agree with me that does not disqualify him

15    from being a reliable public historian, does it?

16    Because historians can make mistakes and they can

17    correct them; right?

18              MS. HURT:  Objection to form.

19              THE WITNESS:  Historians can make

20    mistakes and we can correct them, and we continue

21    to do research that might give us new conclusions.

22    BY MR. HUGHES:

23         Q.    So you would agreed with me that, number

24    one, you believe as a historian that the start

25    date for ABC was '54, not '53; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 202 of 288

1      A.   Yes.

2      Q.   But you would also agree that

3   Mr. Partain can still be a reliable public

4   historian, notwithstanding the fact that he came

5   to a different conclusion than you did as to the

6   start date?

7           MS. HURT:  Objection to form.

8           THE WITNESS:  Yes.  In the instance of

9   ABC One Hour Cleaners, my choice of June of 1954

10  is based on the research that my staff and I did.

11  BY MR. HUGHES:

12     Q.   I understand.  Do you think that someone

13  needs to have a Ph.D. in history to be qualified

14  as an expert in history for court purposes?

15     A.   No, I know people who don't have Ph.D.s

16  who have given testimony in court.

17     Q.   As historians?

18     A.   Yes.

19     Q.   As historian experts?

20     A.   Yes.

21     Q.   Give me an example.

22     A.   A number of years ago I had a

23  navigability for title project, and a person from

24  a firm similar to MorganAngelBrigham testified and

25  the individual had his master's degree.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 203 of 288

1      Q.   From what you've seen of Mr. Partain,
2    could he be qualified as a historian expert?
3            MS. HURT:  Objection to form.
4    Foundation.
5            THE WITNESS:  I can't say one way or
6    another.  I'd have to just do more review.
7    BY MR. HUGHES:
8      Q.   Okay.  Well, we encourage you to do
9    that.  If you look at page 6 going into page 7 of
10   his report, at the bottom of page 6, he says:  A
11   final goal of this paper and project is to
12   memorialize this work in an academic database such
13   as the University of Central Florida's
14   STARS(Showcase of Text, Archives, Research and
15   Scholarship) Digital Repository and preserve the
16   Camp Lejeune Community Digital Archive in a
17   sustainable manner for future scholars to utilize.
18   Do you see that language?
19     A.   Yes.
20     Q.   From what you have seen of the The Few
21   and the Proud website, would you agree with me
22   that it has useful historical information on it?
23           MS. HURT:  Objection to form.
24           THE WITNESS:  Yes.
25   BY MR. HUGHES:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 204 of 288

1      Q.   And would you agree with me that all
2  else being equal, preserving it would be a good
3  thing from a historian's point of view?
4           MS. HURT:  Objection to form.
5           THE WITNESS:  Yes.  As I said, I think
6  preserving documentation is very important.
7  BY MR. HUGHES:
8      Q.   If you look at page 9 of Mr. Partain's
9  thesis, page 9 refers to the Naval Facilities
10 Engineering Systems Command (NAVFACENGCOM or
11 LANTDIV).  Do you see that?
12     A.   Yes.
13     Q.   Did you speak with any personnel
14 associated with LANTDIV?
15          MS. HURT:  Objection to form to the
16 extent he has had conversations with the United
17 States Department of Justice present or other
18 experts.  Under CMO17 paragraph 3, this prevents
19 disclosure, as well as under the attorney work
20 product, subject to Rule 26.
21 BY MR. HUGHES:
22     Q.   Okay.  Did you or your staff go to any
23 LANTDIV archives?
24     A.   No.
25     Q.   Do you know who Jay Wallmeyer is?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 205 of 288

1    W-A-L-L-M-E-Y-E-R?

2         A.   That doesn't sound familiar, as I sit

3    here.

4         Q.   Okay.  Do you know anything about a Jay

5    Wallmeyer memo that was lost and then has been

6    searched for that pertained to Lejeune?

7              MS. HURT:  Objection to form and

8    foundation.

9              THE WITNESS:  No, that's not familiar to

10   me.

11   BY MR. HUGHES:

12        Q.   Okay.  If you look at page 10, middle of

13   the page it talks about LANTDIV and then it

14   mentions Jennings Laboratory.  Do you see the

15   mention of Jennings laboratory?

16        A.   Yes, I do.

17        Q.   In your work for Lejeune, this project,

18   did you reach out to any of the laboratories, the

19   private vendors that did laboratory work over the

20   years for Lejeune?

21        A.   No.

22        Q.   You never tried to reach out and find

23   additional historical information on something

24   called Granger Laboratories; correct?

25        A.   I've heard -- I've seen reference to

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 206 of 288

1    Granger as parts of the project, but we did not

2    reach out to Granger.

3              MS. HURT:  Time for another break?

4              MR. HUGHES:  Yeah, yeah, yeah.  Let's go

5    off.

6              THE VIDEOGRAPHER:  We are off the record

7    at 15:22.

8              (Whereupon, the deposition was recessed

9    from 3:22 p.m. to 3:32 p.m.)

10             THE VIDEOGRAPHER:  We are on the record

11   at 15:32.

12   BY MR. HUGHES:

13        Q.   If you look at page 35, Dr. Brigham, of

14   the Partain thesis.

15        A.   Okay.

16        Q.   Do you see the middle paragraph that

17   begins with:  During the course of our historical

18   investigation.  Do you see that?

19        A.   I do.

20        Q.   He said:  And we discovered the

21   existence of a dark archive in the form of a Navy

22   electronic Underground Storage Tank Library.  Do

23   you see that?

24             MS. HURT:  Objection to form.

25             THE WITNESS:  Yes.

1    BY MR. HUGHES:

2         Q.   It says:  The Navy password protected

3    the electronic portal, but it was revealed after a

4    scientist at the ATSDR was mistakenly given the

5    passwords and access to the site.  We were made

6    aware of its existence at a CAP meeting.

7              Do you know what CAP meetings are?

8         A.   No, I don't.

9         Q.   Do you know whether there are

10   transcripts of Community Assistance Panel meetings

11   spanning a variety of years with historical

12   information contained in those public transcripts?

13             MS. HUNT:  Objection to form.

14             THE WITNESS:  I do not.

15   BY MR. HUGHES:

16        Q.   You have not been given any CAP

17   transcripts to look at to your knowledge?

18        A.   I have not.

19        Q.   And you have not investigated this issue

20   of whether there was an archive that was revealed

21   inadvertently; correct?

22             MS. HURT:  Objection to form and

23   foundation.

24             THE WITNESS:  No, I have not.

25   BY MR. HUGHES:

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 208 of 288

1      Q.   You can see where Mr. Partain references
2   the informational library was heavily redacted
3   because of FOIA.  Do you see that?
4      A.   I do.
5      Q.   You have made no effort to see
6   unredacted copies of any of those documents;
7   correct?
8           MS. HURT:  Objection to form.
9           THE WITNESS:  I have not.
10  BY MR. HUGHES:
11     Q.   At the bottom it says:  The portal
12  contained extensive details and reports on the
13  loss of an estimated 1.5 million gallons of fuel
14  from the base's Hadnot Point Fuel Farm.
15          You see that; right?
16     A.   Yes.
17     Q.   But you have not been charged to go back
18  and see if there is any other information
19  regarding the fuel farm; correct?
20          MS. HURT:  Objection to form.  And this
21  covers attorney work product conversations that
22  might have been had between the Department of
23  Justice and our expert witness, Dr. Brigham, that
24  is privileged.
25  BY MR. HUGHES:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 209 of 288

1    Q.   Okay.  But that did not become a topic
2    in your report; right?
3    A.   It did not.
4    Q.   Okay.
5              (Whereupon, Deposition Exhibit
6              No. 12 was marked for
7              identification.)
8    BY MR. HUGHES:
9    Q.   The last exhibit I'm giving you is
10   Exhibit 12.  This is a collection of photos from
11   back issues of The Globe, primarily.  Can you turn
12   to the very last page of it.
13   A.   I have turned to the last page.
14   Q.   Do you see the standpipe photo that was
15   in your report and in one of Dr. Longley's report,
16   but now it is with the article.  Do you see that?
17             MS. HURT:  Objection to form.
18             THE WITNESS:  Could you repeat the last.
19   BY MR. HUGHES:
20   Q.   Sure.  At the top of page 56, the last
21   page of this document on the right, do you see the
22   standpipe photo that is also in one of your
23   reports?
24   A.   Yes.
25   Q.   And that standpipe photo was also in one

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 210 of 288

1    of Dr. Longley's reports?

2        A.    Yes.

3        Q.    Okay.  To the left of the standpipe

4    photo, do you see text?

5        A.    Yes.

6        Q.    Do you recall whether the standpipe

7    photo had text that accompanied it in The Globe?

8        A.    Let me read this text.  Give me a

9    moment.

10       Q.    Take your time.

11       A.    Yes, I do recall this text and this

12   individual writing about the leaks and whatnot.

13       Q.    Okay.  And if we go to the page before,

14   you will see at the top is the photo of the

15   standpipe from Dr. Longley's report from

16   January 2025.  And then at the bottom is an image

17   from the cover of that issue of The Globe showing

18   the December 4, 1975, date.  Do you see that?

19       A.    Yes, I do.

20       Q.    Okay.  So if we go back to the very last

21   page, it looks like it begins with a letter

22   written in by Staff Sergeant C.T. Frederick;

23   correct?

24       A.    Yes.

25       Q.    And it says:  Since we are suppose --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 211 of 288

1     probably needed a "D" -- to be so energy conscious

2     aboard Camp Lejeune, I was wondering who is

3     responsible for that water main located beside the

4     base fire station Building 1400.

5             Do you see that so far?

6        A.    I do.

7        Q.    And then he says, quote:  This water

8     main has been constantly leaking for the past

9     year.  I have noticed Marines filling up water

10    buffalos, et cetera, turn it off, and it still

11    leaks.

12            Do you see that?

13       A.    Yes.

14       Q.    So that text in the letter from

15    Frederick uses the phrase "water buffalos."

16    Correct?

17       A.    Yes.

18       Q.    And it says -- we can see my little blue

19    arrow next to it.  But he actually noticed Marines

20    filling up water buffalos; correct?

21       A.    Yes.

22       Q.    And below it we see in bold face where

23    it says that The Globe contacted the base

24    maintenance officer; right?

25       A.    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 212 of 288

1       Q.   And then it says:  Several years ago, in

2   order to enable various units aboard the base to

3   fill their water buffalos, the water main near

4   HP1400 was tapped and a one-quarter inch standpipe

5   with valve was installed.

6          Did I read that correctly?

7       A.   Yes.

8       Q.   And then it says:  Base maintenance

9   department personnel replaced this valve on an

10  average of twice a year due primarily to the fact

11  that using units do not securely close the spout

12  after filling their water buffalos.  This causes

13  the seat of the valve to become scored

14  necessitating replacement.

15         Did I read that correctly?

16      A.   You did.

17      Q.   And it refers to there the phrase

18  "filling their water buffalos" unquote; correct?

19      A.   Yes.

20      Q.   Would you agree that this document that

21  we just looked at supports the proposition that

22  water buffalos were filled at the standpipe at

23  Hadnot Point as of 1975?

24      A.   Yes.

25      Q.   All right.  Those are all the questions

1    I have.

2            MS. HURT:  So we will take a break, 10

3    minutes.

4            THE VIDEOGRAPHER:  We are off the record

5    at 15:40.

6            (Whereupon, the deposition was recessed

7    from 3:40 p.m. to 5:00 p.m.)

8            THE VIDEOGRAPHER:  We are on the record

9    at 17:00.

10    EXAMINATION BY COUNSEL FOR DEPARTMENT OF JUSTICE

11   BY MS. HURT:

12       Q.   Dr. Brigham, I'm going to hand you

13   Exhibit 1.  It is your December 9, 2024, report in

14   this case.  Can you turn to the first page of the

15   report.

16       A.   I've done so.

17       Q.   The first paragraph, five lines down, it

18   says:  I, as the expert witness, signed a contract

19   with the Department of Justice to review

20   historical documents and write an expert witness

21   report examining historical issues pertinent to

22   the distribution of water to the areas of Camp

23   Lejeune relevant to the current litigation during

24   the CLJA statutory period from August 1953 to

25   December 1987.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 214 of 288

1           Did I read that correctly?

2      A.   Yes, you did.

3      Q.   Is this an accurate representation of

4  what the Department of Justice hired you to do in

5  this case?

6      A.   Yes, it is.

7      Q.   Would you consider yourself an expert in

8  oral history methodology?

9      A.   No.

10     Q.   Between you and Dr. Kelman, who is in a

11 better position based on experience and training

12 to evaluate oral history methodology?

13     A.   Dr. Kelman.

14     Q.   Between you and Dr. Kelman, who is in a

15 better position, based on experience and training,

16 to evaluate interviews that were conducted for the

17 purposes of oral methodology?

18     A.   Dr. Kelman.

19     Q.   And who would rely on any of those

20 interviews done under his oral history

21 methodology?

22     A.   That would also be Dr. Kelman.

23     Q.   And was it within your scope of your

24 opinions to opine on oral history methodology?

25     A.   No.

1    Q.  Dr. Brigham, I'm going to hand you

2    Exhibit 2.  You can put that -- actually right

3    there.  Exhibit 2 is your February 7th, 2025,

4    report in this litigation; correct?

5    A.  Yes.

6    Q.  We are going to turn to page 2.

7    A.  I have turned to page 2.

8    Q.  Point 5.  It states:  In fact, although

9    Dr. Longley, in other parts of his report, cites

10   certain portions of General Anthony Zinni's

11   deposition of May 28, 2024, he fails to cite the

12   part of General Zinni's testimony that notes that

13   there was a water buffalo filling station at Camp

14   Geiger.  And although Dr. Longley cites Gary

15   McElhiney's Sr.'s deposition in his report, he

16   does not reference Mr. McElhiney's statement that

17   a water filling station was located at Court House

18   Bay.  Similarly, when Dr. Longley selectively

19   cites Benjamin Urquhart's deposition, he fails to

20   include Mr. Urguhart's testimony that there were

21   water buffalo filling stations in numerous

22   locations on base.

23           Did I read that correctly?

24   A.  Yes, you did.

25   Q.  And did you put this in your report to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 216 of 288

1    bring in new facts or did you put it into your
2    report to analyze why you selected citations to
3    the deposition of General Zinni?
4              BY MR. HUGHES:  Object to form, you can
5    answer.
6              THE WITNESS:  I brought it in to
7    highlight Dr. Longley's -- I don't remember
8    exactly how the question read, but I did not bring
9    it in to introduce new facts.  I brought it in to
10   point out Dr. Longley's selective use of
11   deposition testimony.
12   BY MS. HURT:
13        Q.   And the selective deposition testimony
14   that Dr. Longley selected from was Zinni and
15   Urquhart; correct?
16        A.   Yes.
17        Q.   You had access to Zinni's deposition
18   transcript in this litigation prior to your
19   December 9th, 2024, report; correct?
20        A.   Yes.
21        Q.   And you reviewed Zinni's deposition
22   prior to reaching the ultimate conclusions in your
23   December 9th, 2024, report; correct?
24        A.   Yes, I did.
25        Q.   And did this change your opinions in any

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 217 of 288

```
1    way?
2            A.    No.
3            Q.    I want to look at Exhibit 3.
4            A.    Thank you.
5            Q.    Exhibit 3 is the deposition transcript
6    for Richard Benz in the Camp Lejeune Water
7    Litigation, Exhibit 3.  Can you turn to page 25.
8            A.    Yes, give me one moment.
9            Q.    And this would be the transcript
10   page 25.
11           A.    Okay.  I'm to that page.
12           Q.    So Line 21.  Question:  How many trips
13   did you make on the bus over to Mainside?
14                 Answer:  A day?
15                 Question:  Sure.
16                 Answer:  We would go leave Friday after
17   we get back to the base and take a trip over to
18   Main Base.
19                 Question:  How many times did you do
20   that while you were at Camp Lejeune?
21                 Answer:  During one year 10 months,
22   every other week.  At least I would say over 75
23   times.
24                 Question:  Over 57 times?
25                 Answer:  I could be wrong or I could be
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 218 of 288

```
 1    right.
 2              Did I'd read that correctly?
 3         A.   Yes, you did.
 4         Q.   And can you turn to page 42 of the
 5    deposition transcript.
 6         A.   I've done so.
 7         Q.   Line 4.  Question:  There is no specific
 8    building here listed -- sorry, let me start over.
 9              Question:  There is no specific building
10    here listed and you don't recall the exact
11    building you lived in, do you?
12              Answer:  No, it was like 50-something
13    years ago.
14              Question:  And you don't remember the
15    name of the building?
16              Answer:  No.  It had no names.  I think
17    it had numbers on the building.
18              Did I read that correctly?
19         A.   Yes, you did.
20         Q.   Thank you.  Turn to page 48.
21         A.   I've done so.
22         Q.   Line 11.
23              Question:  Do you know approximately
24    where the mess hall or chow hall was?
25              Answer:  I can't recall.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 219 of 288

1          Question:  Was there more than one?

2          Answer:  No.

3          Did I read that correctly?

4      A.   Yes, you did.

5      Q.   Are you qualified to opine on the

6  science in the ATSDR reports?

7      A.   No.

8      Q.   And do you hold yourself as an expert in

9  the science used in the ATSDR reports?

10      A.   No.

11      Q.   And do you have an opinion on the

12  reliability of the science that was used in the

13  ATSDR reports?

14      A.   I do not.

15      Q.   Is it your understanding you had access

16  to all non-plaintiff-specific documents produced

17  in this litigation?

18      A.   Yes, it is.

19          MS. HUNT:  The United States can

20  represent on the record that the documents in the

21  court mandated document repository were made

22  available to Dr. Brigham as the United States

23  received them in electronic format.

24  BY MS. HUNT:

25      Q.   Do you have -- did you have any input

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 220 of 288

1    into the locations you visited when you were at

2    Camp Lejeune?

3          A.    Only insofar as when I visited the

4    library.

5              MS. HUNT:  Okay.  No further questions.

6              BY MR. HUGHES:  No further questions.

7              THE VIDEOGRAPHER:  Stand by.  We are off

8    the record at 17:09.

9              (Whereupon, at 5:09 p.m., the deposition

10   was adjourned.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        CERTIFICATE OF NOTARY PUBLIC

2        I, JOE W. STRICKLAND, RPR, CRR, CRC, the officer

3    before whom the foregoing deposition was taken, do

4    hereby certify that the witness whose testimony

5    appears in the foregoing deposition was duly sworn

6    by me; that the testimony of said witness was

7    taken by me in stenotypy and thereafter reduced to

8    print under my direction; that said deposition is

9    a true record of the testimony given by said

10   witness; that I am neither counsel for, related

11   to, nor employed by any of the parties to the

12   action in which this deposition was taken; and,

13   furthermore, that I am not a relative or employee

14   of any attorney or counsel employed by the parties

15   hereto, nor financially or otherwise interested in

16   the outcome of this action.

17

                   <%11099,Signature%>

18       _____

19            JOE W. STRICKLAND, RPR, CRR, CRC

20                Notary Public, in and for

21                The District of Columbia

22   My Commission Expires:  November 30, 2026

23

24

25

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 222 of 288

| 0 |
| :---: |

**00897**  1:4

| 1 |
| :---: |

**1**  3:9 44:14,24
88:17 113:14
113:25 114:9
115:2 214:13
**1,054**  109:25
**1,836**  110:8
**1,846**  110:11
**1-10-2023**  3:11
**1-13-2025**  3:13
**1.5**  209:13
**10**  3:18 88:19
141:6 193:8,11
206:12 214:2
218:21
**100**  57:5
**10:00**  4:2
**10:49**  44:3,5
**10:55**  44:7
**10th**  137:18
**11**  3:19 131:7
131:20,21
134:11 180:22
180:22 197:10
197:13 219:22
**110**  194:18
**1100**  1:19 2:14
**1101**  1:18 4:9
**11099**  222:17
**113**  3:10

**11:58**  93:23
**11:59**  93:25
**12**  3:20 93:20
142:11,12
144:12 146:22
149:25 210:6
210:10
**12-2024**  3:12
**12-9-2024**  3:9
**12:48**  93:25
94:2
**13**  79:23,25
135:10 142:16
142:21 143:8
144:12 145:12
156:9 164:8,9
**13:36**  131:13
**13:41**  131:17
**14**  143:7,11
144:12 164:22
**140**  3:11
**1400**  212:4
**14:34**  176:1
**14:43**  176:4
**15**  61:19 144:8
147:18 150:15
150:19,24
151:7 152:25
153:4 155:5,5
**154**  3:12
**156**  3:13
**15:22**  207:7
**15:32**  207:11

**15:40**  214:5
**15th**  94:19
189:21
**16**  144:13
155:16 165:1
**17**  51:18
142:18 147:22
148:2,5 150:22
165:7,10
166:20
**176**  3:14
**17:00**  214:9
**17:09**  221:8
**17th**  176:13
**18**  19:7 137:10
137:13 144:16
167:2
**188**  3:15
**19**  145:2
**190**  3:16
**191**  3:17
**193**  3:18
**1942**  83:13
100:21
**1943**  177:24
179:10,14
**1948**  158:12
**1950**  40:25
41:3,4
**1950s**  109:24
**1952**  83:24
109:17
**1953**  12:4,14
16:21 37:22

38:1,14 39:4
40:24 53:11
69:6 86:20
88:3 94:16
164:3 202:1,13
214:24
**1954**  12:6 23:2
69:6,19,25
87:1,17,19
88:3 90:24
91:3,16 94:12
110:8 161:17
202:5 203:9
**1955**  94:9 95:2
131:1 156:23
157:9
**1956**  95:8 97:9
**1958**  97:5
**1959**  96:11
97:12
**1960**  41:9,15
98:3,16 99:6
99:18
**1960s**  81:21
106:4 137:16
**1962**  164:15
**1964**  165:2
**1965**  126:13
**1968**  150:8,9
**197**  3:19
**1970**  41:11,14
41:16 108:14
110:14 111:14
111:15,19

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 223 of 288

126:14 155:20
**1970s** 108:20
130:22
**1972** 81:9
137:19 138:12
**1975** 178:10
195:3 211:18
213:23
**1979** 188:24
**1980** 35:16,18
112:1 131:4
**1980s** 35:18
36:12 115:25
196:12 197:3
**1981** 168:11,24
**1983** 30:20
31:7 155:6
188:20
**1985** 41:18,23
41:23
**1986** 195:5
**1987** 40:24
53:11 66:9
84:2,4 214:25
**1989** 198:15,21
199:3
**1990** 13:24
**1996** 52:8
**1997** 6:15
**1999** 7:4
177:20
**1:36** 131:15
**1:41** 131:15

**1st** 6:16 40:23

**2**

**2** 3:10 53:7
59:2 60:10
63:5 69:4,10
69:22 71:13
113:5,7 115:3
115:16 116:9
131:20,23
155:20 156:12
156:13 176:24
199:7,25 216:2
216:3,6,7
**2-7-2025** 3:10
**20** 40:11 41:5,8
41:12,14,15,16
41:17 145:6
150:7 168:10
168:10
**2000** 83:17
**20005** 2:15
**2001** 189:21,22
190:7
**20036** 1:19
**2007** 3:15
18:12 189:7
**2012** 160:9
162:6,11
**2014** 6:16
**2016** 75:24
121:12
**2018** 14:24
31:11

**202-307-5788**
2:16
**2022** 6:17
**2023** 141:6
**2024** 44:10
46:10 94:6
113:15 121:8
135:14,15
136:12,13
154:24 155:2
160:14 185:15
214:13 216:11
217:19,23
**2025** 1:10 4:6
113:12 114:3
121:3 156:10
176:13 211:16
216:3
**2026** 222:22
**20th** 46:14
55:19
**21** 144:13
145:10 149:13
218:12
**210** 3:20
**214** 3:5
**21st** 46:15
**22** 83:6,10
149:4 169:25
**23** 145:14
**23,000** 168:20
168:25 169:1
**24** 146:2,18
147:5 153:3

173:13
**24/7** 169:21
**25** 147:18
148:5 184:18
184:22 218:7
218:10
**26** 69:16 70:2
85:1 86:3
148:21 149:4
164:15 184:18
184:22 205:20
**27** 1:10 86:24
90:19 149:13
185:14
**27th** 4:6
**28** 89:13 90:23
94:6 149:19
216:11
**28144** 2:7
**29** 91:16 94:8
94:11 95:3
**29th** 5:25
**2:30** 175:23
**2:34** 176:3
**2:43** 176:3
**2nd** 121:3

**3**

**3** 3:11 74:16
75:7 78:4
120:8 140:23
140:25 141:3
149:24 158:5,9
194:12 205:18

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 224 of 288

218:3,5,7
**3-17-2025** 3:14
**30** 67:16 95:6
222:22
**31** 96:9 97:12
**31st** 40:24
**32** 98:2 99:7
**33** 139:18
150:7 174:2
**34** 136:20
187:15
**35** 188:19
207:13
**36** 188:23
189:10,13,14
**37** 189:10,14,19
**38** 190:3
**3:22** 207:9
**3:32** 207:9
**3:40** 214:7

**4**

**4** 3:4,12 121:2
121:4 142:14
142:21 154:18
154:22 158:22
200:21 211:18
219:7
**40** 19:10 41:24
97:7 136:11,14
**400** 129:20
**4085** 2:14
**40s** 20:15 21:25
190:1,10

**41** 150:10,11
**42** 83:15 219:4
**43** 100:17,18,19
103:3 105:4
106:1 178:1,25
179:2
**44** 3:9
**47** 151:11,16
**48** 151:19
219:20

**5**

**5** 3:13 77:17
116:11 122:2,2
142:14 145:6
156:5,8 160:4
216:8
**50** 41:18 80:2
178:3,4,5,7,8
219:12
**50s** 23:13 25:10
40:21 50:11
92:5 101:6,11
101:15,18
103:3,14 104:7
104:12 107:15
108:4,8 129:23
130:23 158:6
**52** 88:22
109:11,12,16
**525** 2:6
**53** 202:25
**54** 88:22 95:1
202:25

**56** 210:20
**57** 148:23,25
218:24
**5:00** 46:19
214:7
**5:09** 221:9

**6**

**6** 3:14 135:11
142:4,7 145:6
146:12,18
162:11,17
176:7,9 204:9
204:10
**60** 178:1
**60's** 81:12
112:16,19
126:3 139:1
147:9 148:12
**60s** 25:10 30:17
30:19 81:22
83:1 106:4,4
107:18 108:8
130:23 139:13
143:20 146:8
147:24 192:17
**62** 178:25
**65** 178:25

**7**

**7** 3:15 75:3,3,4
78:1 113:15
145:3 163:3,12
177:12,13,15
189:3,6 204:9

**70's** 139:2
**704-633-9434**
2:8
**70s** 25:11 108:9
112:22,24
126:3 139:13
171:13 192:17
**72** 80:25
102:17 137:23
**75** 40:25 41:3
41:13,17 86:9
148:23,24,25
180:23 194:23
218:22
**76** 86:12
**77** 86:13
**7:23** 1:4
**7th** 28:13
113:12 114:3
216:3

**8**

**8** 3:16 75:23
91:20,20 150:1
180:7 190:14
190:17
**800,000** 182:19
**80s** 21:25 23:13
25:12 40:21
50:11 101:25
102:14 107:15
108:4,9 129:24
130:22 171:13
194:24 196:20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 225 of 288

**83** 39:3 164:23
**843,000** 10:13
**85** 41:9,16
 92:18
**8:00** 167:5

**9**

**9** 3:17 44:10
 94:5 144:19
 145:3 191:18
 191:21 205:8,9
 214:13
**90** 57:5 127:23
**90s** 19:13 36:19
 38:7,9
**93** 178:1
**95** 41:5
**95-96** 52:12
**96-97** 52:13
**9:59** 4:7
**9th** 217:19,23

**a**

**a.m.** 4:2 44:5,7
 93:23,25 167:5
**abbreviated**
 183:19
**abc** 12:1,13,20
 13:6,9,18
 16:19 22:7,19
 35:6 36:17
 37:23 51:7
 56:14 69:5,18
 75:4,11 77:5
 84:10,14,23

85:8 86:20
87:15,24 88:18
90:23 91:18,24
92:6 95:7
96:21 97:17
98:5 99:21
100:2 128:4
161:17 162:2
164:3 202:1,25
203:9
**able** 12:19 17:8
 23:20,22 61:3
 67:3 82:24
 90:12 94:12
**aboard** 212:2
 213:2
**above** 1:17
 139:23
**absolute** 69:15
**absolutely**
 67:18 107:23
 162:4
**ac** 171:9 192:4
**academic** 34:8
 52:13,14
 199:13 204:12
**accept** 58:2,5
 81:4
**acceptable**
 64:13
**accepted** 59:9
 59:13 66:24
**access** 50:15
 208:5 217:17

220:15
**accessed** 78:7
**accessible**
 91:24
**accompanied**
 48:3 211:7
**accordance**
 152:13
**accounts** 61:25
**accuracy** 32:21
 73:24
**accurate** 7:13
 7:15 16:21
 59:6 65:13
 91:12 96:14
 109:20 157:4,6
 174:25 215:3
**acting** 201:17
**action** 1:4
 145:18 222:12
 222:16
**actions** 24:24
**activities** 24:22
 24:25 25:3,5
 26:18 35:1,1
 105:11,20
 115:7,11
 152:11,15
 164:11 192:17
**activity** 33:17
 100:24
**actual** 25:4
 91:10 92:22

**actually** 5:24
 24:8 37:13
 70:23 81:9
 110:2 123:16
 133:18 137:18
 137:22 138:24
 139:1 151:14
 158:21 162:12
 163:13 202:5
 212:19 216:2
**ad** 87:8 89:13
 91:5,10,11
 93:13 94:7,8
 95:7,7,18,23
 96:10 97:9,12
 98:3 99:6,17
**add** 70:3
**added** 6:17
**addition**
 188:15
**additional** 30:1
 38:13 77:20
 136:18 137:4,7
 206:23
**address** 32:1
 156:24 175:12
 175:13
**addressed** 21:3
**adjourned**
 221:10
**administrative**
 6:7
**ads** 13:17 23:2
 23:2 40:11

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 226 of 288

95:10,12 96:25
100:2 161:17
**advancing**
129:5
**advantage**
139:12
**advertisement**
90:20
**advertisements**
107:21
**affected** 53:17
59:1
**affidavit** 39:15
39:17
**affidavits** 29:14
**affirmative** 6:8
**afternoon**
46:13,16
**age** 41:5,8,12
41:13,24 67:3
147:22
**agencies** 37:7,9
**agency** 7:20
45:8 53:13
**ago** 5:22,23,25
19:7 40:11
41:1 55:16,18
67:16 120:21
126:11 133:13
160:21 203:22
213:1 219:13
**agree** 15:24
17:13 19:18,24
24:4 25:2,8

32:19 34:10,12
40:3,17 42:11
43:10,14 58:7
67:13 80:10
96:3,6 97:16
97:22,23
104:22 107:19
112:13 115:9
116:3 119:12
120:1 127:7
134:20 147:12
152:4,12 154:4
157:12 166:13
169:14 170:4
171:24 174:20
175:16 178:19
181:1,24 182:9
185:5,23
195:25 199:10
199:14,20
200:9,15 201:2
202:10,14
203:2 204:21
205:1 213:20
**agreed** 37:9
58:7 202:23
**agreement** 1:20
37:14 65:15
66:25
**agreements**
37:6,13 74:19
**agrees** 76:14,14
**ahead** 67:15
88:18

**ahold** 12:20
79:3
**air** 51:12
115:24 157:14
171:2,6,13,21
**airfield** 19:17
20:2 89:5
**aka** 93:1 189:8
**al** 52:21
**alcoa** 7:8
**alcohol** 106:21
**alive** 22:18
41:6,12 42:13
129:1 131:2,5
**allan** 132:2
185:15
**allege** 200:12
**alleged** 41:21
57:18 138:18
**alley** 165:2
**allow** 140:16
**allowed** 123:8
186:11
**allowing** 39:4
**allows** 56:6
**alluded** 134:21
**alterman** 9:6,7
**aluminum** 7:8
**ambassador**
125:20
**ambiguity**
148:24
**amend** 30:3

**amenities** 62:8
**america's**
52:19
**american** 34:19
112:24
**amount** 10:10
97:18
**amounts**
182:21
**amphibious**
31:2 187:22
**analogies** 104:9
**analysis** 35:21
62:1 63:6
88:11,25
119:15
**analyze** 217:2
**analyzed** 68:17
**angel** 6:10,15
**ankle** 81:12
82:4
**annemarie** 9:1
11:15,16
**announcing**
91:18
**answer** 39:10
144:25 145:17
145:18,20
146:21 151:21
152:2 178:14
183:8 217:5
218:14,16,21
218:25 219:12
219:16,25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ      Document 422-1      Filed 07/03/25      Page 227 of 288

220:2
**answered**
40:14 51:2
64:17
**anthony** 216:10
**anybody** 27:8
50:10
**anymore**
124:21
**apparently**
105:21 107:20
110:17
**appear** 38:12
139:10 154:22
154:25 163:1
191:2 201:17
**appearances**
2:1
**appears** 10:20
18:19 22:25
99:7 153:19
172:13 180:22
181:21 188:12
191:4 222:5
**approached**
45:9
**appropriate**
66:17 132:18
186:19
**approximately**
10:14 41:3,7
88:6 150:16
183:24 219:23

**april** 94:19
156:23 157:9
183:5,23
**aquifers** 85:15
85:19
**archive** 43:7,15
50:16 204:16
207:21 208:20
**archived**
186:11
**archives**
184:13 204:14
205:23
**area** 34:17
48:24 50:23
51:4,19 61:21
64:15 69:2
75:6 77:24
101:3 103:5,7
103:13 105:7
107:6 109:24
110:18 130:1
149:9 151:4,6
157:18
**area's** 107:8
**areas** 33:20
49:15 50:22
77:24 80:21
83:1 101:4,8
115:7 129:4
165:20 214:22
**argue** 57:22
**ari** 10:21

**arizona** 52:11
**army** 19:17
20:2 89:5
**arrived** 46:13
46:18 47:18
142:13 143:9
**arrow** 212:19
**article** 31:1,12
157:13 158:1
168:17 169:20
187:21 210:16
**articles** 17:18
169:7
**artificial** 55:15
**ashore** 126:12
126:13
**aside** 113:3
115:17 179:19
**asked** 11:9 13:1
13:7,8 16:6,10
16:13,18 22:3
22:6,10 32:1
35:4 38:20,25
40:8,14 57:10
59:4 65:21,22
77:19 79:14
85:13 89:4
102:8 110:25
114:4 123:9
129:13 136:2
142:7,21 143:8
143:14 144:22
145:14 146:20
146:24 147:18

148:5,21
150:12,12
177:23
**asking** 6:6
17:10 61:12
64:22 88:23
119:12 124:4
**aspect** 70:4
**assembling**
182:7
**assembly** 72:2
**assertion**
180:15
**assertions**
136:19
**assessments**
58:8
**assigned** 38:22
143:10
**assignment**
20:1 36:10
**assistance**
201:4 208:10
**assistant** 6:8
**assisting** 8:5,7
**associated**
205:14
**associates** 6:10
8:17,18
**assume** 163:19
179:2
**assuming**
147:21 170:19
181:22

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 228 of 288

**assumption**
170:21
**atoms** 54:21
55:6,8,10,25
**atsdr** 7:17,23
36:22,24 37:6
37:10,19 38:4
39:4 53:14,21
54:1,4,8 57:18
58:9,12,16,20
58:24 59:10,13
69:7 74:4
75:10,17 76:14
76:17 78:4
81:2 84:7 86:6
86:10 88:20
102:19 111:19
111:21 115:18
116:2 121:4
137:24 138:11
208:4 220:6,9
220:13
**atsdr's** 59:5,17
**attempts** 35:11
**attendings** 6:19
**attention** 11:13
**attorney** 48:9
167:19 168:7
205:19 209:21
222:14
**attribution**
169:9
**audio** 123:11

**auditorium**
49:22
**august** 37:25
40:23 100:21
137:18 183:6
183:25,25
185:15 214:24
**author** 125:23
132:23 133:20
**authority** 123:7
**authors** 133:6
169:4
**availability**
40:5
**available** 16:1
113:22 123:12
156:24 160:14
168:13 220:22
**avenue** 1:18 4:9
**average** 168:20
168:25 213:10
**aware** 14:6
20:12,16,22,25
21:13 26:7,10
26:12 30:23
36:17 37:5
42:22 43:6
55:10,11 58:19
58:23 65:6,9
65:11,19 67:23
68:16,20,25
77:6 78:6,15
78:19 79:15
80:4 82:15

86:14,18 87:4
90:11 93:11
101:22 102:1
115:22 116:1
125:8 135:19
157:8 158:18
158:25 159:22
176:22 208:6
**awful** 184:2
**awfully** 123:21
**awhile** 44:11

**b**

**b** 3:7 21:8
47:10,20 141:5
173:25
**b29s** 18:17 19:2
19:5 20:5
**babies** 170:24
**baby** 170:20
**bachelors**
147:22
**back** 5:15 7:2
13:24 20:14
38:7 50:11
51:8,11 60:20
72:23 80:19
82:9 83:1
84:25 85:5
88:19 89:14,21
91:3,12 93:20
98:16 103:1,14
104:12 106:3
112:10,16

124:4 135:22
137:6 148:8
149:10 150:10
151:5 156:13
158:5 160:9
162:6 171:11
177:24 178:7
178:21,25
186:12 190:1
192:1 195:3
209:17 210:11
211:20 218:17
**backdrop**
128:7,13
**background**
126:19 201:3
**backup** 36:6
**band** 164:24
**bank** 110:18
112:3
**bar** 106:13
**barclay** 9:4
**barrack** 49:19
**barracked**
144:23
**barracks** 49:10
49:13 99:15
101:17 143:11
157:18
**base** 24:3 29:7
35:22 41:4,11
46:5,7,20,23,23
47:4,8,9,11,13
47:15 48:3,20

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 229 of 288

49:3 50:15,25
51:8,13,17
61:6 63:7
71:18 76:2
84:20,25 85:5
85:24 92:6
99:13 100:24
103:5,6,11,17
103:20,22
104:20,24
106:25 107:7
108:10,22
110:14 112:8
117:6 144:17
144:24 145:16
145:23,24
148:12,22,22
149:12 151:2,5
151:6 152:10
165:20 192:17
212:4,23 213:2
213:8 216:22
218:17,18
**base's** 209:14
**baseball** 145:3
149:5
**based** 24:1
34:25 38:5
88:1 92:5
127:12,12
151:1 167:21
195:3,6 202:3
203:10 215:11
215:15

**bases** 21:15
103:24 143:3
**bash** 2:23
**basic** 123:1,3
**basically**
179:11
**basing** 116:2
**basis** 60:22
63:2 130:21
**basketball**
145:3 146:14
**bates** 193:12
**bathing** 49:15
**bay** 25:15
117:1 119:22
157:19 216:18
**beach** 18:5 31:3
48:25 51:3
187:23
**bear** 62:4
**beauty** 110:19
**beer** 106:22,23
106:24
**beginning** 9:19
9:24 69:10
160:5 176:25
179:5 182:16
**begins** 207:17
211:21
**begs** 32:13
33:24
**behalf** 2:3,10
45:25

**beings** 24:22
**beirut** 30:21
**belief** 132:6
**believe** 21:11
28:2,6,12
29:19 30:20
34:25 37:25
39:7 49:18
50:1,13 51:8
51:17 52:12
64:12 65:24
70:21 73:1
77:17 79:6
81:21 83:15
84:21 110:24
111:15 117:17
139:5 142:23
143:21 146:7
157:5 190:23
197:23 200:17
202:4,24
**believed** 75:10
**bell** 26:14
**ben** 117:4
**benefit** 66:20
**benjamin**
216:19
**benz** 3:11
26:13 61:18
62:18 63:19
141:5 147:14
148:19 150:21
152:6 218:6

**benz's** 63:21
142:3
**best** 34:6 83:13
83:24 87:14
91:15 194:15
**betrayed**
120:11
**better** 17:19
30:21 39:10
66:3 130:15
134:17,22,24
156:2 215:11
215:15
**beyond** 117:24
**bickerstaff**
18:10,14
189:12,16
**big** 53:2,2
125:10 142:19
150:1,1
**bigger** 144:19
164:9
**biggest** 183:2
**bilateral** 74:19
124:3
**bill** 35:2 143:8
**billed** 182:17
183:2,9,10,13
**billion** 75:18,22
77:15,17,18
**bills** 10:11
**birthday** 6:2
**bit** 8:8 85:21
89:10 93:16

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 230 of 288

120:4,7 143:24
151:8 183:4
**black** 163:4
**bleachers**
188:2
**blinds** 171:3,18
171:19
**block** 156:17
156:18 157:13
157:25
**blood** 68:3
**blue** 212:18
**body** 121:1
**bogue** 173:24
174:1,3,11,15
175:8,12
**bold** 212:22
**book** 52:19,21
87:12 94:12
120:9,12,13,17
123:6 133:11
133:16 140:11
140:12
**books** 13:1
47:25 120:15
**boots** 144:2
**boring** 145:19
**born** 40:25
41:2,23
**bosch** 19:2,9
20:4,11
**bottle** 181:22
181:23

**bottled** 112:14
112:23
**bottom** 71:12
75:3,23 90:19
116:9 120:9
122:2 139:20
147:4 149:4
151:12,15
156:22 158:4
158:13,22
163:11,15
166:20 168:14
173:8,14
185:17 189:19
190:5 201:9
204:10 209:11
211:16
**bought** 87:5
90:13
**boulevard** 49:7
70:21 80:15,23
80:24 102:17
112:9 137:15
137:23 153:1,1
**bounds** 74:20
**bowling** 165:2
**bradley** 2:25
4:4
**branch** 110:21
**branham**
166:21,21
**break** 5:17,19
44:1 93:25
131:9,11

175:22,24
207:3 214:2
**breaking**
175:21
**briefly** 11:9
49:17
**brigham** 1:15
3:2,9,10,15
4:13,24 5:10
5:11,11,21
6:10 44:9
48:10 94:4
131:19 141:3
160:13,20
165:8 176:6
177:4 207:13
209:23 214:12
216:1 220:22
**brightly** 188:11
**bring** 118:12
217:1,8
**bringing** 46:1
**broad** 34:17
**broke** 81:12
**broken** 82:4
**brought** 43:16
45:3 150:10
217:6,9
**buddy's** 151:15
**buffalo** 70:16
72:10,23
116:20 117:5
117:19,24
118:5,7,20

149:15,25
216:13,21
**buffalos** 71:12
71:13,15,23
72:5,14 73:9
114:20 116:10
116:14 150:4
175:5 180:16
212:10,15,20
213:3,12,18,22
**building**
101:23,24
102:3 103:18
108:7,7 192:1
194:18 212:4
219:8,9,11,15
219:17
**bulls** 71:16,17
71:20
**bumed** 21:18
**bumeds** 21:7
**bureau** 21:18
**burger** 146:14
**burt** 189:12
**bus** 49:8 51:9
61:20 62:1
82:8,20,21
84:19 85:11
108:15 148:7
150:12,13,19
150:25 155:16
164:9,11
218:13

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 231 of 288

**buses** 60:19
82:7,12,25
83:4 148:13
**business** 23:5
96:22 97:18,22
100:4,4,8
**bussing** 109:6
**buy** 103:24
104:5

**c**

**c** 3:1 4:1 9:22
**c.t.** 211:22
**cacella** 12:24
13:1,10
**cafeterias**
111:8
**calibrated**
186:14
**call** 11:19
33:22 71:20
72:5 93:5
128:23 132:8
134:13 145:16
**called** 1:15 4:25
6:9 11:4 12:25
13:1,25 18:6
21:16 34:10,24
54:14,17,24
55:21 77:7
82:16 121:12
148:22 206:24
**calls** 45:10

**camp** 1:7 4:10
5:5 14:22
23:10,12,13
24:6 26:19
27:13,18 28:17
28:19,22 30:9
30:12 31:7,14
31:15,23 33:17
33:20 51:9,10
51:19 53:8,16
57:14,22 58:2
60:10,11,18,19
65:25 66:3
68:1 86:25
93:14 95:19,25
96:6,7 97:6,10
97:13,19,25
98:12 100:22
100:23 108:4,6
108:16 109:1
115:7,11 118:1
121:8 127:6,15
128:25,25
129:3,14,23
131:1 136:14
140:14 142:13
143:9 144:20
154:7 157:14
157:20,22
164:24 170:11
170:13 171:12
177:6 181:4
187:16 188:20
188:24 192:6

204:16 212:2
214:22 216:13
218:6,20 221:2
**campus** 53:2
**cancer** 68:19
**canteen** 144:14
149:14
**cap** 208:6,7,16
**caption** 155:9
155:24
**captioned**
70:16 137:16
**car** 147:19,24
148:2 167:4
**cards** 146:13
**careful** 66:10
66:12 69:14
136:25
**carolina** 1:2 2:7
4:12 13:4
94:17 188:23
**cars** 82:16
165:7,9,13,14
165:21 166:15
**cart** 180:24
181:18,19
**case** 7:7 15:17
18:2,8,18 20:2
22:4 26:9 30:7
39:16,16 42:24
43:3 45:3 52:4
53:5,18 55:2
57:17 66:16
70:12 72:20

92:17 93:8
127:4 133:25
134:15 136:15
138:25 141:13
141:17 147:12
180:3 183:11
183:14,16
184:6 193:15
200:4 214:14
215:5
**casella** 9:21
**cases** 7:10,23
10:12 17:23
89:4 135:25
178:9 183:9
**casework** 92:23
**categorically**
200:13
**categories**
122:14
**category** 23:15
34:10
**cattle** 82:16
165:7,9,13,14
165:21 166:15
167:4,4
**cause** 62:19
68:20
**causes** 213:12
**causing** 68:19
**caveat** 121:14
**caveats** 126:10
**center** 33:17
100:24 110:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 232 of 288

111:10 112:3
115:6,11
**central** 204:13
**century** 55:16
55:18,19
**cercla** 7:7,9,12
**certain** 54:10
140:17 148:7
148:15 216:10
**certainly** 19:15
29:12,13 32:5
43:13 44:22
57:7 62:6 67:8
68:1 80:8 82:4
92:8 96:5
112:18 118:23
120:25 121:24
124:16 128:10
136:15 147:10
147:16 153:10
154:10 166:4
171:12 179:14
181:8 182:13
185:11 192:20
199:12
**certainties**
69:15
**certificate**
222:1
**certified** 1:21
**certify** 222:4
**cetera** 107:13
112:4 115:8
134:3,19 185:2

186:12,16
212:10
**challenge** 19:9
38:14 40:4
76:10,13,16
**challenged**
76:4
**challenging**
19:5 61:5
118:3
**chance** 178:13
179:18
**change** 89:11
217:25
**changed**
107:15 112:8
184:16
**changing** 39:19
**characterizati...**
33:16
**characterized**
18:25
**charged** 209:17
**charlotte** 52:2
**cheaper** 106:24
**check** 94:13
102:18 162:19
162:20 171:11
173:8 187:23
**checked** 127:22
162:21 164:17
165:5
**checking**
137:17 176:17

176:20
**chemical** 55:15
73:15
**chemicals**
53:18 54:10
55:18 56:3
58:22 59:19,25
76:12,17 77:13
**child** 108:12
**children** 68:11
105:21 108:22
108:24 109:7
**chile** 125:20
**chlorinated**
55:22,24 57:1
**chlorine** 54:21
55:6,10,24
**choice** 203:9
**choices** 24:19
**choose** 140:5
**chopped**
193:13
**chose** 139:24
140:4
**chosen** 62:7
**chow** 219:24
**chronology**
12:13
**chunks** 110:3
**church** 50:4
107:8
**churches** 50:2
107:3,5

**cindy** 2:12 4:17
**cindy.m.hurt**
2:17
**circa** 108:14
**circumstances**
186:19
**citation** 28:7
177:13
**citations**
127:23 161:16
217:2
**cite** 25:25 28:22
28:25 86:3,6
116:18,23
120:9,23 121:4
133:18 159:4
160:23 216:11
**cited** 17:14,17
17:22 25:24
33:1 58:15,18
60:24 74:5
86:6 119:1
121:1 132:1
134:12 160:13
164:14 179:20
187:8 194:9,10
**cites** 119:19
128:1 156:13
156:23 184:20
216:9,14,19
**citing** 118:18
119:13 189:15
**city** 12:24 13:3
13:3 14:25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 233 of 288

15:1 100:23
157:15,18
**citywide** 98:8
**civil** 1:4 2:11
45:1
**civilian** 104:3
**civilians** 48:23
50:9
**claim** 45:7 46:1
**claimant** 45:25
**claimed** 141:21
**claims** 201:1
**clara** 9:4
**classmates.com**
87:5 90:12
**clean** 138:7
145:11
**cleaned** 98:21
**cleaner** 111:2
**cleaners** 12:1
12:14,20 13:6
13:9,18 16:19
22:7,19 35:6
36:17 37:23
51:7 69:5,19
75:5,12 77:5,7
84:10,23 87:15
87:18,24 90:23
91:19 92:7
93:9 95:19,24
96:6 97:6,9,13
97:18 98:5,11
98:23 100:3
128:4 162:2

203:9
**cleaning** 18:16
56:8 91:21
92:12 93:10
98:15 100:8,14
**clear** 51:25
**clearly** 52:15
100:3 135:25
**client** 48:12
79:9 89:23
**clients** 163:9
**clifford** 9:17
**clinic** 81:15
**clja** 214:24
**close** 99:22
213:11
**closely** 149:2
**closer** 98:11
**closes** 40:21
**closest** 80:2
95:19 96:6
97:6,9,13
175:7
**club** 106:7
**club's** 158:14
158:18
**clubs** 106:1,2,5
106:8,9,12,15
106:17,20,24
**cmo17** 74:16
205:18
**cochran** 9:15
47:7

**cognizant**
124:24
**cohen** 130:13
**collaborating**
199:19
**collaborative**
8:9
**collect** 37:3
130:2
**collected** 81:8
161:21
**collection**
47:23 67:14
210:10
**colonel** 18:10
18:14
**colorado**
125:15
**colored** 149:22
**columbia** 1:23
222:21
**come** 33:2,4
40:11 93:20
127:2,4,10,11
153:3 167:7
176:23
**comes** 17:25
30:2 55:24
60:23 80:17,18
81:8 127:3
**coming** 31:14
31:15 40:10
50:19 151:5
164:14

**command**
205:10
**comment**
173:21
**commented**
121:16
**commenting**
26:18
**comments** 20:4
20:5
**commercial**
112:23
**commissary**
103:23 104:2,7
104:10,12,18
104:23 110:22
168:18,19,24
180:24 181:9
185:1
**commission**
222:22
**common**
100:11
**communicati...**
74:16 168:7
**communities**
27:12 94:18
108:21
**community**
99:8 111:10
112:3 199:19
204:16 208:10
**companies** 18:5

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 234 of 288

company 45:11
45:20,21 201:2
compare 69:9
128:15 182:21
compared
183:3
competitive
105:14,18
compiled 83:9
complete 21:23
22:1
conceived
170:11
concentration
59:24
concentrations
75:25
concept 129:5
concepts
175:17
concern 15:4
26:22 35:18
60:24 136:16
conclude 42:12
115:19
concluded
76:17 102:19
conclusion
59:17 70:1
170:22 203:5
conclusions
202:21 217:22
condensed
183:4

conditioned
171:13
conditioner
171:2,6,21
conducted
132:3 177:4
215:16
confirmed
59:14
conflicted
45:12
congess 159:15
congress 13:2
13:11 15:2
159:18 184:14
congressional
158:24 159:1,5
159:9
conjunction
20:20
connecticut
1:18 4:9
connection
7:23 15:16
16:1 20:18
23:15 46:4
65:11 197:21
conscious
212:1
consent 68:4
consider 28:16
29:10,13,16,23
34:14 62:22
122:5 215:7

considered
29:18,20 162:1
consisted 110:3
consistent
118:10 137:24
148:11 150:3
153:8 154:25
172:18 188:10
constantly
212:8
construction
103:18
consultant 7:11
7:24
contacted 5:22
6:4 212:23
contain 17:18
contained
208:12 209:12
container
149:22 153:14
191:7
containing
53:17
contaminant
54:13
contaminated
53:17 54:9
57:19,23 58:3
59:1,11,18
62:18 76:11
111:20 115:20
116:6 138:7,16
138:19

contamination
35:14 66:4
75:5,12 77:25
88:19 121:8
127:6 185:8
contemporary
130:25
contention
134:17
contentions
138:5
context 92:23
100:2 129:2
149:17 170:5
continue
202:20
continued
84:24
continues
86:12 168:21
contract
214:18
contradict
180:15
contradicted
152:22
contradictions
29:4
contradictory
26:23 29:8
contribute
62:19 182:10
contributor
77:13

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 235 of 288

| | | | |
|---|---|---|---|
| **control** 184:12 | 37:1,23 38:15 | 97:7,14 98:6 | 166:11,15 |
| **conversation** | 38:23,24 40:6 | 98:12,13 99:8 | 167:1,11,25 |
| 133:3,19 | 40:22 41:1,9 | 99:19,22 | 168:4,5,8,9,11 |
| 186:25 187:13 | 41:13,19 42:1 | 105:13 108:8 | 168:15,16 |
| **conversations** | 42:20,21 43:12 | 108:22 109:2,3 | 170:24 171:22 |
| 48:8 74:14 | 45:8,15,22,23 | 109:18,21,25 | 172:9,20 |
| 205:16 209:21 | 46:3 50:12,13 | 110:5,9 112:16 | 173:11 175:2 |
| **copies** 36:5 | 53:11,23 54:1 | 114:5,13,25 | 175:17 177:10 |
| 79:10 141:20 | 54:6,11,15,16 | 115:9,20,25 | 177:11,21 |
| 147:6 163:8 | 55:3,4,6,22 | 116:8,10 117:1 | 178:2,5,9 |
| 209:6 | 56:8,18 57:11 | 117:7,11 118:7 | 179:4,12 185:2 |
| **copy** 44:11,19 | 57:19,23 58:4 | 118:13 120:6 | 185:21,22 |
| 44:23 87:6 | 58:13,17 59:1 | 120:24 121:5,9 | 186:2,17,22,23 |
| 154:22,23 | 59:6,12,19,25 | 121:12,17,22 | 187:3,10,17 |
| 176:12 197:13 | 60:3 61:10 | 122:3,7 132:9 | 188:17,21,25 |
| 198:4 | 64:23 66:21 | 132:18 133:14 | 189:16,17,23 |
| **corner** 155:14 | 67:6 68:4,11 | 134:24 135:8 | 189:24 190:1,4 |
| **corp** 103:11 | 70:6,9,13,17,18 | 135:23 136:3,5 | 190:7,10 |
| **corps** 51:12 | 70:19 71:3 | 137:8,19,20,25 | 191:15,16 |
| 63:16 84:22 | 73:13,14,16,18 | 138:9,14,20 | 192:7,10,19,22 |
| 100:22 158:15 | 73:24 74:2,5,7 | 139:14,21 | 192:25 193:2,5 |
| 169:13 | 75:13 76:6,8 | 140:2,12,19 | 195:3 196:4,5 |
| **correct** 7:1 8:5 | 76:12,19,22,25 | 141:9,10 143:3 | 196:8,9,13,15 |
| 9:11 10:13,14 | 77:3 80:2,6 | 144:11,25 | 196:21,23 |
| 12:18 16:16 | 81:2,5 83:14 | 145:1 146:15 | 197:3 198:23 |
| 17:3,15 18:11 | 83:17,21,25 | 146:22 150:8 | 199:3,5 202:1 |
| 19:1 22:4,5,13 | 84:3,7,11 | 152:6,10 153:9 | 202:6,8,17,20 |
| 22:15 23:3,7 | 85:16 86:4,5,7 | 155:20 157:23 | 202:25 206:24 |
| 24:2,17,22 | 86:20,22 87:1 | 159:2,5,7,21 | 208:21 209:7 |
| 25:6 27:13 | 88:4 89:1 91:8 | 160:25 161:3 | 209:19 211:23 |
| 28:10 29:24 | 91:9,22 93:14 | 163:6,9,10,15 | 212:16,20 |
| 30:3,13,14 | 94:12 95:4,8 | 163:20 164:3 | 213:18 216:4 |
| 31:9,20 35:3 | 95:16,20 96:11 | 164:12,20 | 217:15,19,23 |
| 36:9,13,15,22 | 96:17,19 97:1 | 165:6 166:8,9 | |

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 236 of 288

**corrections**
114:7
**correctly** 53:19
66:23 69:20
100:25 122:8
213:6,15 215:1
216:23 219:2
219:18 220:3
**corroborated**
171:17
**corroborating**
134:16
**corroborative**
135:1
**council** 37:15
199:17
**counsel** 1:16
4:14 5:2 74:19
214:10 222:10
222:14
**counter** 181:16
**couple** 5:13
28:11 142:2
194:16
**course** 52:11,18
52:23 58:6
107:14 112:9
192:16 207:17
**court** 1:1 4:11
4:21 5:16
25:15 42:23
43:3,14,17
65:2 66:16
119:22 193:14

203:14,16
216:17 220:21
**courthouse**
117:1 157:19
**cover** 21:24
167:22 168:1
211:17
**covered** 8:14
48:8 167:19
**covers** 209:21
**crc** 1:21,25
222:2,19
**created** 43:8
**credibility**
128:15
**credited** 155:19
**creek** 80:23,24
125:14
**critical** 129:12
170:15
**criticism**
155:23
**critique** 155:9
162:22 164:20
**cross** 65:4
118:11
**crouch** 199:8
**crr** 1:21,25
222:2,19
**culling** 185:5
**cultural** 164:23
**culture** 112:24
**cup** 144:14

**curious** 169:2
**current** 214:23
**cursory** 21:2
**curve** 88:21
**customers**
97:23 168:20
168:25
**cuts** 181:13
**cutting** 125:12
**cv** 1:4 18:8
52:10

**d**

**d** 4:1,12 21:8
21:10 212:1
**d.c.** 1:19 2:15
4:10
**da** 126:12,14
**daily** 89:14,22
91:13,20
**damage** 68:20
**dangerous** 73:5
**daphne** 9:25
10:1
**dark** 78:7
207:21
**data** 43:16
67:13 82:24
83:3 130:3
169:1,2 172:1
181:2,24 182:7
182:9 188:15
188:16

**database**
204:12
**date** 4:6 6:1
10:11 13:6
16:19,21 37:22
38:1,1,5,14
39:3 88:3,3,18
101:8 114:3,21
160:2 171:10
177:20 182:18
182:25 201:25
202:5,25 203:6
211:18
**dated** 44:10
70:22,23
113:11 121:8
156:9 176:13
185:15
**dates** 42:11
143:2 189:25
194:21
**dating** 139:12
**day** 8:21 47:10
48:2,22,25
49:2 51:3,6
67:3 72:23
104:16 179:22
218:14
**days** 6:2 88:22
88:22
**dealt** 7:22
**deanna** 2:21
**decade** 14:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 237 of 288

decades  19:16
  19:20 136:2
deceased  78:8
december
  40:24 44:10,19
  94:5 113:15
  154:24 155:2
  211:18 214:13
  214:25 217:19
  217:23
decided  140:8
declaration
  135:15
declarations
  29:15 122:6
  136:13
declared  36:18
deep  201:22
defense  33:14
define  45:16
defined  63:10
defines  36:12
defining  63:8
definition  39:9
  63:16 199:11
degrades  54:24
degreaser  20:7
degree  9:5
  23:22 127:14
  154:12 176:19
  200:23 203:25
delay  23:7
delivered
  170:12

delivery  98:8
demonstrative
  70:15 114:19
  150:4
denied  115:13
  181:9
dennis  2:22
denominatio...
  107:8
departed  46:14
  46:15
department
  2:10 13:8 45:2
  45:8 48:11
  53:2 89:16
  167:18 205:17
  209:22 213:9
  214:10,19
  215:4
departments
  37:7,8
departure
  142:24
depending  41:2
depends  123:23
depo  134:12
deponent  4:13
deposed  5:7
  27:6 166:22
deposition  1:14
  3:11 4:8 5:6
  12:16 18:10
  19:13 22:23,23
  26:13 27:22,25

28:1,7,14 29:3
29:9 37:20
38:5 44:4,13
61:19 63:19
64:3,6 86:4,7
86:14,19 93:24
113:6 116:19
116:24,25
117:4,15,22,23
118:9,19,25
119:9,20 122:6
122:12 131:14
132:1 136:12
139:21 140:18
140:24 141:5,8
141:12,16,23
142:3,8 154:5
154:17 156:4
176:2,8 182:17
189:2,18,22
190:13 191:17
193:7 197:9
207:8 210:5
214:6 216:11
216:15,19
217:3,11,13,17
217:21 218:5
219:5 221:9
222:3,5,8,12
depositions
  17:14 25:18
  26:8,11,17,24
  28:25 135:14
  141:20 190:4

depository  3:18
derive  65:6
descendants
  68:10
describe  80:7
describes
  152:24 154:11
  198:14 199:17
description  3:8
  144:5
designated
  148:8
designation
  198:15
destroyed
  14:23
detail  69:18
details  153:19
  209:12
determined
  53:15 54:8
  58:25 75:18
determining
  68:18
develop  192:21
developments
  112:11
diagrams  72:4
dichloroethyl...
  55:9
died  68:9
differed  143:23
difference  88:2
  88:11,25 89:10

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 238 of 288

122:12 183:2
**differences**
134:8
**different** 15:9
17:20 29:23,24
42:3 48:19
57:8 65:14
83:1 110:3
122:10 134:8
143:3,3 184:4
199:23 203:5
**differentiate**
122:14
**digital** 204:15
204:16
**direct** 118:3
**directing** 94:25
**direction** 1:25
222:8
**director** 34:18
**directories**
12:25 13:3,14
15:1
**directory** 94:9
94:17,23 95:1
95:7 96:10
110:14
**dirt** 56:7
**disagree** 25:7
33:11,15,18
102:21 127:9
182:3 199:21
**disaster** 30:21

**discharge**
142:23
**discharged**
77:16
**discloses**
199:25
**disclosing**
200:18
**disclosure** 35:5
35:11 74:17
205:19
**discounted**
104:18
**discovered**
35:15 78:16
207:20
**discoveries**
55:20
**discuss** 17:7
18:23 48:8
165:14 167:16
198:2
**discussed** 79:6
81:8 115:16
125:1 135:19
136:7 147:17
171:15 186:8
198:2
**discussion**
33:10 85:24
117:13 134:15
**discussions**
15:12 20:9
167:17

**disease** 7:21
53:14 62:20
**dishonest** 27:9
34:2
**dispute** 59:17
59:21,23 102:5
162:23 166:11
170:9
**disqualify**
200:14 202:14
**distance** 60:17
92:8 146:7
147:13
**distances** 50:24
60:12 109:5
**distribution**
214:22
**district** 1:1,2
1:23 4:11
222:21
**dive** 201:22
**division** 1:3
2:11 4:5,13
45:1
**dna** 67:21,24
68:9,16,20
**doable** 126:5,6
**doby** 2:22
**doctor** 11:19
**document**
60:23 61:2
78:21 87:6
92:18,19 96:15
128:1 186:25

187:9 190:18
193:13,14,17
193:25 195:1
197:17,21,24
210:21 213:20
220:21
**documentary**
81:6 128:5
153:9
**documentation**
23:23 140:14
167:24 205:6
**documents**
14:18,22 15:5
16:1 22:24
36:12 40:6
42:23 43:2,8
43:16 47:24
62:5 63:7 77:7
78:9 79:2,11
79:18,22 81:10
86:10 87:23
112:2 127:24
137:2 152:23
160:13,24
161:13,20
163:8 193:25
194:5 209:6
214:20 220:16
220:20
**doherty** 92:19
**doing** 8:5 34:5
34:7 54:1 60:7
67:9 100:3,3

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 239 of 288

125:11 150:21
154:1 167:7
184:1,3
**doj** 8:19 48:4
87:5 117:25
**dollars** 183:14
**double** 94:13
102:18
**doubt** 31:22
95:12 111:13
117:17 170:14
**dr** 5:10,11,21
11:10,17,18,19
27:23 30:7,22
31:4,12 32:10
32:20 34:5,5
44:9 52:8,19
52:20 53:4
58:6 59:14
60:6 64:18
70:12 73:2
74:9 76:14
79:7 81:8 94:4
113:15 114:5,6
114:11,17
116:2 119:19
119:23 120:2,6
125:13 127:3
130:12,13
131:19,25
133:11 134:12
135:5 136:18
139:9,24 140:1
140:16 141:3

154:24 155:1
156:9 157:10
160:12,23
161:3,13
162:12 172:25
176:6,13 177:4
177:4 180:8
184:19 186:25
187:7 207:13
209:23 210:15
211:1,15
214:12 215:10
215:13,14,18
215:22 216:1,9
216:14,18
217:7,10,14
220:22
**drafting** 70:2
**dress** 98:20
**drew** 138:13,19
**drink** 106:14
151:24
**drinking** 75:25
172:19
**drive** 47:17
51:2,7 107:25
108:1
**driven** 49:7,8
51:9
**drop** 98:25
**drove** 46:19
47:20 49:23
**drum** 191:6

**druthers** 184:7
**dry** 12:1,13,20
13:18 16:19
22:7,19 35:6
36:17 37:23
56:7 87:15,17
92:12 93:8,10
95:23 98:15,20
98:23 100:8,14
111:2 128:4
162:2
**dt214** 142:22
**due** 183:24
213:10
**duly** 1:20 5:1
222:5
**dumped** 168:3
**dumps** 22:12
168:2
**dupont** 56:14
92:12
**duties** 23:12
**duty** 24:20
197:1
**dynamic**
122:24
**dyre** 173:4,5

**e**

**e** 3:1,7 4:1,1
9:22 10:4 21:8
21:10 141:5
173:25 206:1,1

**earlier** 19:20
30:4 52:17
70:9 80:19
99:21 114:16
129:13 134:21
136:2 140:10
163:7 186:7
189:15 199:22
201:24
**early** 30:19
35:18 36:19
51:22 85:20,23
101:24 102:14
115:25 117:22
196:12,20
197:2
**east** 84:20
153:3
**eastern** 1:2
4:12
**eat** 106:11
151:24
**eats** 144:8
**economy**
125:19
**edge** 125:12
**editions** 105:19
**editorially**
158:4
**education** 35:1
**effect** 86:20
133:19
**effective**
118:12

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ      Document 422-1      Filed 07/03/25      Page 240 of 288

effort 8:9 13:16 15:16 22:17 77:10 163:7 209:5

efforts 36:2 77:11 79:9 198:9

egregiously 114:12

either 20:8 31:19 40:2 63:10 76:19 121:16 132:15 134:2 187:21

electronic 207:22 208:3 220:23

elementary 109:17 111:7

elicit 64:19

empirical 35:20

employed 222:11,14

employee 222:13

enable 37:3 213:2

encounters 53:3

encourage 204:8

endeavored 135:5

ended 87:15 140:9

energy 212:1

engage 182:6

engaging 199:18

engine 191:5,10 191:11

engineer 73:12 73:15

engineering 205:10

english 178:4

ensminger 11:6 27:15,17,23 28:1,8 64:8 73:1 78:24 135:8 159:14 163:13

ensminger's 28:17

entered 37:6 51:19

entertainment 33:15

entire 16:24 90:17 104:22 201:15

entirely 25:8 104:4 114:11 121:17,22 161:12

entirety 127:14

entities 37:15

entitled 1:17

entrance 49:7 112:9

entries 196:8

entry 12:1

environment 188:11 192:9

environmental 44:25 73:12

epa 198:11,14

epidemiologi... 76:1

epidemiologist 73:19,20

equal 66:15 122:18 123:7 205:2

equipment 103:16

erroneous 201:21

error 18:15

errors 71:2 114:5,7

especially 154:12 194:11

esq 2:12,13

essentially 103:23 154:1

establish 33:2

establishments 104:19

estimate 58:20

estimated 76:16 88:21 209:13

estimates 59:5 59:24 76:24

estop 39:8,18

estopped 39:1

estoppel 39:12 39:13

et 107:13 112:3 115:8 134:3,19 185:2 186:12 186:15 212:10

evaluate 215:12,16

evaluated 20:1 140:7

evening 46:15 46:16,19 47:19

event 124:14,19 130:1 133:13 164:23

events 19:20 105:15 106:10 106:17 125:1 135:22 136:2 190:9

everybody 145:23

evidence 19:25 26:24 29:23 30:12 39:2 62:10 81:7

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ      Document 422-1      Filed 07/03/25      Page 241 of 288

118:20 167:13
202:3
**exact** 6:1
219:10
**exactly** 14:11
54:3 84:5 85:3
136:6,24
143:24 161:13
217:8
**exam** 118:3,4
**examination**
1:16 3:3 5:2
118:6,11
214:10
**examine** 16:6
**examined** 5:1
**examining**
214:21
**example** 26:12
39:14 54:5
56:5,8,21
57:14 67:20
68:9 99:12
119:12 125:9
125:25 129:18
131:5 132:24
133:9,10 135:6
155:4 195:18
203:21
**examples** 82:8
117:9 119:7
150:4
**excerpt** 139:20
193:14

**excerpts**
184:20
**exchange**
103:20,22
110:21 111:5
122:16
**excluding**
195:9
**excuse** 7:7
10:15 16:7
**exercises**
192:18
**exhibit** 3:9,10
3:11,12,13,14
3:15,16,17,18
3:19,20 44:13
113:5,6 131:20
140:23,24
141:3 154:15
154:17,21
156:4,8 176:7
176:8 189:2,6
190:13,17
191:17,21
193:7,11,12
197:9,13 210:5
210:9,10
214:13 216:2,3
218:3,5,7
**exhibition** 65:4
**exhibits** 3:8
113:4
**exist** 37:13
55:12 91:12

96:17 112:15
133:14
**existed** 101:10
111:14,15
160:9 196:20
197:24
**existence** 16:12
112:2 195:2
196:12 198:21
199:2 207:21
208:6
**existing** 100:4
**exists** 15:13
21:24 22:1
**exited** 51:17
84:20
**expect** 104:13
**experience**
215:11,15
**experiences**
126:4 129:2
**expert** 7:11,24
10:22 16:15
17:12 45:3,6
45:19,24 58:6
64:16 113:11
154:23 182:23
184:2,6 203:14
204:2 209:23
214:18,20
215:7 220:8
**experts** 15:22
74:15,20 88:17
203:19 205:18

**expires** 222:22
**explain** 104:3
**explained**
69:18
**exposure** 41:21
62:18 129:24
**exposures**
68:19
**expressed**
35:19
**extant** 94:22
197:1
**extensive** 20:20
209:12
**extent** 15:4
48:6 72:10
82:18,19
127:10 205:16
**extra** 44:21
147:5
**extrapolate**
127:14 137:1
**eyebrow** 52:22
**eyewitnesses**
23:14 124:14

**f**

**fabrics** 56:7
**face** 212:22
**facilities** 50:16
50:16 111:14
170:24 191:15
205:9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 242 of 288

**facility** 80:5
  82:1 143:19
  153:21 155:6
**fact** 31:10 37:5
  38:4 56:13
  59:10,10 61:12
  76:10 78:6
  130:21 137:17
  153:22 162:19
  162:20,21
  164:17 165:5
  170:9 173:8
  174:7 175:4
  176:17,20
  200:11 202:11
  202:12 203:4
  213:10 216:8
**facts** 35:17
  40:9 66:3
  77:12 102:2
  126:19 127:5,5
  127:11,18,25
  128:5,7,12,19
  128:22 139:10
  140:16 152:9
  152:12,13,22
  153:8 154:4,6
  160:10 177:24
  180:14 217:1,9
**factual** 128:14
**fails** 216:11,19
**fair** 16:2,5
  18:22 19:5
  28:9 65:16

  87:19 89:12
  97:18 101:15
  107:3 121:2
  144:7
**faith** 169:16
**fall** 83:15
**familiar** 39:25
  79:3 123:1
  129:20 194:11
  206:2,9
**families** 91:24
**family** 22:18
  105:20
**fan** 191:8
**far** 7:2 18:16
  20:14 76:24
  85:2 91:22
  100:1,5 109:4
  120:18 121:21
  143:10 157:6
  160:9 171:7
  195:3,5 201:16
  212:5
**farm** 79:20
  85:25 209:14
  209:19
**fast** 5:16 91:19
**fate** 89:9
**feasible** 109:6
**february** 28:12
  28:13 32:22
  113:12 114:3
  121:3 216:3

**fed** 80:11,13
  111:16
**federal** 45:7,14
  45:17 46:1
**feedback** 124:5
**feeling** 98:17
**feet** 150:1
**fellow** 191:25
**felt** 147:1
**field** 34:13
  49:21 173:24
  174:1,3,11,15
  175:8,12
  192:18
**fields** 34:21
**figure** 13:19
  63:11 182:18
**figures** 33:2
**file** 132:23
  133:1,20
**filed** 183:5
**filing** 119:21
**fill** 72:7,9 73:9
  149:23 150:2
  166:13 180:16
  213:3
**filled** 29:5
  71:24,25 72:8
  72:11,15,23
  73:3 116:14
  175:5 213:22
**filling** 29:6
  116:21,25
  117:5,19

  118:20 149:14
  178:20 212:9
  212:20 213:12
  213:18 216:13
  216:17,21
**final** 204:11
**financially**
  222:15
**find** 15:17,25
  26:23 38:13
  63:16 82:24
  87:3 89:13,21
  90:2,3,7,7,8
  92:21 94:12
  97:1 104:14
  114:16 120:17
  133:17 201:20
  206:22
**finding** 59:13
  89:19
**fine** 5:11,12
  6:21 74:18
  87:23
**finger** 193:24
**fire** 73:3,4
  93:18 212:4
**firm** 6:9,12,14
  10:11 45:13
  182:17,22
  197:20 203:24
**firm's** 6:5
**firms** 45:10
**first** 4:25 5:22
  7:3 9:1 13:24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 243 of 288

14:12 27:25
31:24 38:10
44:1,10 48:22
51:3 52:9 53:8
62:10 69:22
71:15 90:15
107:9 114:9,18
115:5 127:23
132:1 135:5
137:14 141:7
158:4 159:25
165:13 173:19
175:10 176:20
176:24 197:15
198:10,13
214:14,17
**firsthand** 61:24
**fit** 23:14
**fits** 35:2
**five** 101:3,8
123:13 131:11
152:5 183:15
214:17
**fix** 71:3
**flags** 126:15
**fledged** 132:8
134:2 185:19
186:21 187:2
**flip** 154:25
**florence** 14:23
**florida's**
204:13
**flowing** 122:16

**fluids** 168:2
**flying** 46:16
**focus** 50:21
129:3 137:3
**focused** 13:6
14:17 20:3
136:10 168:8
173:24 174:1
**foia** 209:3
**followed** 64:12
**following** 48:2
49:2 51:6 71:1
**follows** 5:1
**food** 106:14
**football** 145:4
146:13 149:5
**footing** 123:8
**footnote** 86:9
86:12,13 92:18
132:24 174:2
**footnotes**
189:20
**foregoing**
222:3,5
**foreground**
191:11
**forever** 184:15
**forget** 127:18
**forgotten** 11:5
**form** 7:14 8:1,6
12:8 13:20
14:2,9,19
15:11 16:4
18:24 19:22

22:14 23:16
24:10,23 26:21
31:21 32:12,17
33:6 34:15
35:7 36:14
37:11,24 38:8
38:16 39:5,21
40:13 41:25
42:16 43:20
56:9,17 57:24
59:20 60:1,15
62:13,24 63:25
64:24 65:8,18
66:5,22 67:7
67:17 68:5,12
68:22 70:7
71:4,9 72:3,18
72:25 74:6
75:14 76:7,20
77:1 78:13
79:3 81:13
82:3 83:2
84:15 85:17
86:21 87:20
88:5,12 89:2
89:25 90:9,25
92:1 93:2
95:14 96:1,4
96:18 97:2,20
98:18 99:2,9
99:24 100:12
102:6,23
104:25 105:23
109:8 110:10

111:23 112:17
115:12 117:12
118:14 119:16
120:19 121:18
121:23 125:7
126:8,22 127:8
128:9,17 129:8
130:4,10
132:10,19,25
133:21 134:6
134:25 136:4
138:2,8,21
139:3,15
140:20 141:24
142:23 143:5
147:25 151:3
153:15 154:9
159:6 161:10
162:7,14,24
163:21 164:4
166:3,16
167:15 169:18
170:7,25
172:10,21
174:9,18
179:13 180:4
180:18 181:6
182:2 183:20
185:10 186:3
187:4,11 188:4
194:2 195:14
196:14,22
197:4 198:22
199:4 200:7,16

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ       Document 422-1       Filed 07/03/25       Page 244 of 288

201:5,19 202:7
202:18 203:7
204:3,23 205:4
205:15 206:7
207:21,24
208:13,22
209:8,20
210:17 217:4
**formal** 49:3,5
135:6 185:19
186:2,8
**format** 64:13
220:23
**former** 23:9,11
27:5
**forms** 143:1
**formula** 181:22
181:23
**formulated**
180:1
**forth** 5:16
**forward** 43:17
195:5
**fought** 126:2
**found** 11:8,11
20:8 30:15
31:17,18 32:21
56:14 57:18
59:11 74:4
76:11 78:7
89:18,23 93:16
95:3 115:24
137:17 138:11
144:10 152:14

152:23 153:8
161:24
**foundation**
14:3,20 35:8
39:6,22 60:2
68:23 76:21
77:2 78:14
93:3 161:11
162:8,15
195:15 204:4
206:8 208:23
**four** 8:16,17
19:15 54:21
135:15 142:4
183:25 184:3,6
184:8,15
**fourth** 156:15
**frame** 99:1
183:4,7
**framed** 64:19
64:22
**frederick**
211:22 212:15
**free** 60:19
82:13 98:8
122:16 148:18
**freeman** 177:17
178:11
**frequently**
174:4
**friday** 218:16
**friends** 146:4
**front** 72:2,7,16
193:19

**fruitful** 25:13
**fuchs** 26:5
**fuel** 78:11,11
79:20 209:13
209:14,19
**full** 53:8 100:19
118:13 132:8
134:2 176:24
185:19 186:21
187:2,10
199:25
**functioning**
84:2
**further** 63:11
75:19,21
115:20 145:22
153:3 161:5
180:3 221:5,6
**furthermore**
222:13
**future** 67:22
204:17

**g**

**g** 4:1 9:25
173:25
**gained** 139:11
**gallons** 78:10
209:13
**gamut** 125:21
**gary** 116:23
119:19 216:14
**gate** 47:20
51:11,14,16,19

153:2
**gates** 42:5 92:9
**gather** 37:1
**geiger** 23:11,12
24:1,7 25:15
51:9,10,19
60:10,25 61:20
100:23 116:21
117:19 118:1,7
118:21 128:25
129:4 157:21
216:14
**general** 19:21
19:23 26:1
35:17,22
116:18 117:18
117:22 118:24
119:4 122:20
123:10 199:10
216:10,12
217:3
**generally** 100:7
112:15 134:21
152:13,17
169:19 193:2
**generated**
100:10 186:10
**generation**
33:25 70:10
**generations**
34:2
**genetic** 73:17
**genre** 55:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 245 of 288

gentleman 147:21
george 52:16
germane 32:2,8
getting 14:1 151:6
ghost 145:20 146:25 147:1
gibbons 2:13 4:19,19 6:6 48:17
give 10:8 27:3,6 39:9,10,17 79:10 104:9,13 124:12 128:7 202:21 203:21 211:8 218:8
given 23:21 25:9 36:9 42:10 48:21,23 49:2 62:11 66:7 90:3 136:24 142:8 155:13 161:7,8 163:17 171:2 196:6,17 203:16 208:4 208:16 222:9
gives 39:14 156:24 201:25
giving 122:17 122:21 123:24 210:9

glad 139:8
glamorama 77:7,12,16,20
glance 44:18
glass 172:14,16 181:22
gleaned 77:21
globe 3:20 11:12 30:25 82:9 105:17,20 107:4,7,22 149:10,12 155:20 156:2 164:15,23 165:3 168:11 169:5,7,15 173:11 180:23 210:11 211:7 211:17 212:23
go 5:15 7:2 10:7 11:18 13:2,17,23 22:4 32:9 36:6 36:10 38:21 44:24 46:5,7 47:4,8,10 48:6 48:19 49:4,12 50:1,5 51:13 51:15 69:25 70:1 75:19 77:19 81:12,15 81:16 83:6 93:21 94:7 95:6 100:17

103:14 106:3 107:20 108:14 108:25 109:11 123:20,22 126:20 137:10 142:11 144:16 145:14 146:2,4 146:14 147:6 148:22 149:6 150:7,10 151:13,16 153:3 160:4 164:22 165:1 165:21 170:23 171:11,20 178:13,15 179:11 184:13 192:18 196:2 196:17 201:15 205:22 207:4 209:17 211:13 211:20 218:16
goal 204:11
goes 11:17 136:21 137:6 160:23 194:23
goettge 49:21
going 6:20,22 9:17 18:15 28:22 31:2 40:12 48:7 50:14 61:14,17 62:3 74:12 84:6 85:24

86:24 103:1 120:14 123:15 131:10 135:22 145:15 146:10 147:14 150:20 150:20 151:4 154:4 167:16 177:24 178:25 184:18 204:9 214:12 216:1,6
good 28:21 43:11,19 92:11 92:11 100:3 123:2 127:4,11 128:5 135:2 136:23 169:15 175:22 201:4 205:2
gordon 125:19
gore 52:21
gosh 9:17
government 6:25 7:11,25 10:12,23 13:23 18:4 36:8 37:15 38:13,21 39:1 40:12 45:4,8,15,18,20 45:22 46:2 58:9 77:19 79:10 90:8 160:14,19 161:23 163:9 182:23,25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 246 of 288

183:11 198:3
**government's**
58:6 118:6
138:5
**governmental**
37:7
**governor** 33:14
188:24
**grades** 57:7,8
**graduate** 34:18
**graham** 2:5
4:16 143:8
**grand** 23:2,6
89:12 90:20
91:18 94:7
161:17
**granger** 206:24
207:1,2
**grease** 56:7
167:8
**greased** 195:9
**great** 146:9
**greater** 69:18
82:21
**green** 39:18
**groceries**
103:25
**grocery** 104:11
168:20 180:24
**gros** 172:25
**ground** 134:8
**grounds** 49:25
**group** 2:3
48:22 167:11

176:16 177:8
**grown** 179:15
**grows** 88:20
**guess** 84:20
127:9 129:10
164:24
**guide** 47:16
**guides** 47:11
107:7 149:12
**guy** 26:13
99:18 125:19
**guys** 89:13
145:16 146:1

**h**

**h** 3:7 9:18,21
49:10,12,19
**habits** 24:16,19
**hadnot** 22:12
24:2,7,15 29:6
33:2,12,16
48:24 49:8,10
50:3,23 53:16
58:25 70:17
73:7 76:11
77:23,25 79:20
80:5,9,12,14,21
80:22 81:19
82:1 83:13,19
100:23,23
101:3,14 102:4
102:8,13,20
103:2 104:6,24
105:2,7,12,22

106:2,6,18
107:6,18
108:16,18,18
109:1 110:25
114:20 115:6
115:10,18
116:15 117:24
118:5 129:4
138:14,16
146:8 147:5,8
147:14 149:9
150:15,20
151:7,13,21
153:3 157:17
165:2 168:3,19
170:23 174:4
174:17 175:2,7
175:9,14,18
180:9,16,24
181:9 194:14
199:2 209:14
213:23
**hall** 98:24
144:9 151:24
219:24,24
**hampton** 46:24
**hand** 87:8
155:14 214:12
216:1
**handed** 44:11
141:3 154:21
**handwritten**
193:20 194:18

**hang** 146:13
**hanley** 2:13
4:19 48:17
**hanley.w.gib...**
2:18
**happen** 125:2
**happened**
35:23 87:11
124:15 125:3,3
126:12 136:24
154:7 171:2
**happening**
148:12 190:10
**hard** 155:19
195:21,23
**harriet** 47:10
47:20
**harrington**
3:15 18:6,9,16
19:17 20:2
55:2 89:5
189:7
**havai** 2:21
**head** 49:17
**headquarters**
100:22
**healthy** 123:25
**hear** 6:19 27:4
48:16
**heard** 14:24
15:12 34:16
90:2 93:8
198:1 206:25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 247 of 288

| | | | |
|---|---|---|---|
| **hearing** 159:9 | **historian** 10:22 | 136:1,25 | **histories** 20:13 |
| **hearings** 159:1 | 14:16 15:24 | 199:13 202:16 | 20:22 64:16,21 |
| 159:5 | 29:10,16 30:2 | 202:19 203:17 | 65:12,20,25 |
| **heavily** 209:2 | 34:11,24 36:2 | **historic** 47:23 | 122:3,7 125:5 |
| **held** 4:8 | 37:21 38:23 | **historical** 17:15 | 125:9,15,16,24 |
| **help** 39:9 43:11 | 43:21 57:21 | 19:19,25 21:13 | 128:13 129:11 |
| 79:19 154:5 | 59:9 67:13 | 21:24 24:9 | 129:15 130:2 |
| 171:5,10 181:3 | 73:21,22 79:8 | 25:6 29:17 | 135:21 136:1 |
| **helped** 10:18 | 91:11 95:11 | 30:5 33:21,25 | 177:14 179:18 |
| **helpful** 63:23 | 96:14 112:13 | 40:3,5 43:12 | 179:24 182:8 |
| 66:2 137:8 | 117:10 119:13 | 60:7 66:2 70:5 | 184:21 |
| 175:4 184:17 | 119:14 121:15 | 71:8,23 72:14 | **history** 17:6,20 |
| **helping** 8:23 | 122:13 124:20 | 75:25 82:9 | 34:1,7,8,9,13 |
| **helps** 166:13 | 124:23 126:5 | 83:25 96:15 | 34:14,16,16,20 |
| **hennet** 58:7 | 130:11,12 | 112:2 115:10 | 34:21,22 35:5 |
| 59:14 74:10 | 132:14,15 | 120:16 124:14 | 64:7,13 66:18 |
| 76:14 116:2 | 133:6 160:11 | 124:19 127:5 | 67:4 70:5,10 |
| **hereto** 222:15 | 178:5 184:6 | 127:25 133:13 | 85:14 122:10 |
| **herring** 52:16 | 185:24,24 | 134:23 135:22 | 122:13,15,17 |
| **herring's** 52:19 | 186:18 199:11 | 140:13 154:6 | 122:18,22 |
| **hey** 123:14 | 199:18 200:10 | 155:13 161:6 | 123:3,15,17,24 |
| **high** 86:25 | 200:15 201:4 | 167:13,23 | 124:2,11,12,13 |
| 108:3,5,6,9,14 | 201:18 202:15 | 170:5 182:11 | 124:23,25 |
| 108:16,17,18 | 202:24 203:4 | 184:11 185:7 | 125:11,14,20 |
| 108:25 109:1,7 | 203:19 204:2 | 188:17 204:22 | 125:25 126:1,3 |
| 109:9 | **historian's** | 206:23 207:17 | 126:18,20 |
| **higher** 182:23 | 15:25 29:22 | 208:11 214:20 | 127:6,12,19,24 |
| **highlight** 217:7 | 43:10,18 59:16 | 214:21 | 128:5,6,20 |
| **highway** 51:18 | 62:21 66:13,19 | **historically** | 129:2 130:8 |
| 93:14 | 130:7 134:1 | 15:8 59:18 | 131:2 132:2,5 |
| **hill** 10:4,4 | 184:12 205:3 | 77:21 78:12 | 132:9 133:12 |
| **hired** 161:23 | **historians** | 80:6,11 82:13 | 134:2 135:7 |
| 215:4 | 19:25 34:4 | 83:14 93:9 | 136:24 178:12 |
| | 66:24 69:13 | 101:3 196:18 | 182:7 185:7,19 |

Golkow Technologies,
A Veritext Division
877-370-3377                                                         www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 248 of 288

186:2,8,21
187:2 198:8,9
199:22 200:23
200:24 203:13
203:14 215:8
215:12,20,24
**history's**
199:17
**hit** 140:17
**hobby** 87:8,14
87:16,25
**holcomb** 70:20
80:15,23,24
102:17 114:21
137:15,22,25
138:5,6,12,13
138:15,19
139:1,13 153:1
153:1
**hold** 220:8
**hole** 72:7,9
**home** 46:16
167:8
**honestly** 22:22
**hose** 73:3,4
**hospital** 50:5,6
50:7 79:24
80:2,5,8,11
81:17,19
101:20,23
102:3,21 103:2
155:6 170:20
170:23 171:3
172:8,19,20

**hot** 52:1,2
192:9 193:4
**hotel** 48:2
**hour** 51:7 69:5
69:19 75:5,12
77:5 84:10,23
87:24 90:23
91:19 97:17
98:5 100:2
123:18,23
203:9
**hours** 48:1
123:19,21
184:12,13
**house** 25:15
49:22 119:22
216:17
**housing** 99:13
108:13,21
109:25 110:6,9
112:11
**howard** 132:2
132:3 134:13
134:14 185:15
187:1,9
**hp1400** 213:4
**huge** 157:18
**hughes** 2:4 3:4
4:15,15 5:3,4
6:18,22,23
7:16 8:3,10
10:7,9 12:9
13:22 14:5,15
15:6,15 16:9

19:3 22:16
23:18 24:13
25:1 27:1 32:7
32:24 33:8
35:13 36:16
37:18 38:3,11
38:18 39:11,23
40:16 42:2,18
43:23 44:8,17
48:13,14 56:12
58:1 59:22
60:4,16 62:16
63:3 64:2 65:1
65:10,23 66:11
67:2,11,19
68:7,15 69:1
70:11 71:6,11
72:12,21 73:6
74:8,18,25
75:16 76:9,23
77:4 78:18
81:18 82:6
83:5 84:17
86:2,23 87:21
88:8,13 89:6
90:5,14 91:2
92:3 93:7 94:3
95:17 96:2,8
96:20 97:4
98:1,22 99:5
99:11,25
100:16 102:9
102:25 105:3
105:25 109:10

110:12 111:24
112:21 113:2,9
115:15 117:16
118:17 119:25
120:22 121:20
122:1 125:22
126:16,25
127:16 128:11
128:21 129:17
130:5,19
131:10,18
132:12,22
133:4,24
134:10 135:3
136:8 138:3,10
138:23 139:7
139:17 141:2
142:1 143:6
148:4 153:18
154:16,20
156:7 159:8
161:15 162:10
162:16 163:2
163:23 164:7
166:5,19
167:20 169:24
170:17 171:4
172:12,23
174:13,19
175:23 176:5
176:11 179:16
180:6,21
181:11 182:5
183:21 185:13

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 249 of 288

186:6 187:6,14
188:8 189:5
190:16 191:20
193:10 194:4
195:17 196:16
196:24 197:7
197:12 198:24
199:6 200:8,20
201:8,23 202:9
202:22 203:11
204:7,25 205:7
205:21 206:11
207:4,12 208:1
208:15,25
209:10,25
210:8,19 217:4
221:6
**human** 24:22
24:24,25 25:3
27:9 66:10
119:9
**humans** 25:4
55:16
**humid** 192:14
**hundred**
195:20
**hunt** 188:24
189:1 208:13
220:19,24
221:5
**hurricane**
14:23
**hurt** 2:12 3:5
4:17,17 7:14

8:1,6 12:8
13:20 14:2,9
14:19 15:11
16:4 18:24
19:22 22:14
23:16 24:10,23
26:21 31:21
32:12,17 33:6
35:7 36:14
37:11,24 38:8
38:16 39:5,21
40:13 41:25
42:16 43:20
48:7 56:9
57:24 59:20
60:1,15 62:13
62:24 63:25
64:24 65:8,18
66:5,22 67:7
67:17 68:5,12
68:22 70:7
71:4,9 72:3,18
72:25 74:6,12
74:21 75:14
76:7,20 77:1
78:13 81:13
82:3 83:2
84:15 85:17
86:21 87:20
88:5,12 89:2
89:25 90:9,25
92:1 93:2
95:14 96:1,4
96:18 97:2,20

98:18 99:2,9
99:24 100:12
102:6,23
104:25 105:23
109:8 110:10
111:23 112:17
112:25 115:12
117:12 118:14
119:16 120:19
121:18,23
125:7 126:8,22
127:8 128:9,17
129:8 130:4,10
131:8 132:10
132:19,25
133:21 134:6
134:25 136:4
138:2,8,21
139:3,15
140:20 141:24
143:5 147:25
151:3 153:15
154:9,14 159:6
161:10 162:7
162:14,24
163:21 164:4
166:3,16
167:15 169:18
170:7,25
172:10,21
174:9,18
175:21 179:13
180:4,18 181:6
182:2 183:20

185:10 186:3
187:4,11 188:4
194:2 195:14
196:14,22
197:4 198:22
199:4 200:7,16
201:5,19 202:7
202:18 203:7
204:3,23 205:4
205:15 206:7
207:3,24
208:22 209:8
209:20 210:17
214:2,11
217:12
**hydrologist**
85:22
**hypothetically**
108:12

**i**

**ice** 149:23
**idea** 14:4 28:21
153:14 156:2
172:18
**identification**
44:15 71:2
113:8 141:1
154:19 156:6
176:10 189:4
190:15 191:19
193:9 197:11
210:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 250 of 288

**identified** 30:8
132:21
**identify** 4:14
75:22
**igloo** 149:22
153:14,17
**ii** 18:4 19:11
101:9 109:24
110:4 125:18
135:23 157:21
183:14 190:11
**illegible** 193:22
**image** 47:11
75:7 78:4
80:19,19 81:7
86:25 95:3
96:14 99:18,19
155:7,9,23
164:9 168:10
171:10 211:16
**images** 3:18
182:14 193:18
**imagine** 128:18
**implies** 61:7,12
61:14 105:9
**imply** 97:17
**important** 32:2
33:13 205:6
**importantly**
11:12
**impossible**
152:21
**impromptu**
48:24

**inaccuracies**
32:21 176:21
**inaccurate** 59:6
117:20,21
155:10,11,24
202:13
**inadvertent**
129:24
**inadvertently**
208:21
**inch** 213:4
**include** 34:17
94:20 107:10
139:24 160:24
166:1 174:8
216:20
**included** 27:11
31:4 101:3
119:23 120:2
134:16 169:5,5
182:14
**includes** 8:16
97:5 167:3
198:8
**including** 121:7
**inclusive** 71:21
**incoming** 29:24
**inconsistencies**
117:14
**incorrect** 32:10
114:18
**indicate** 88:17
195:1

**indicated** 8:21
17:5 78:10
**indication**
16:25
**individual**
24:16,18,19
45:25 47:5,19
63:1,2 123:24
132:16 134:18
152:18 154:11
203:25 211:12
**individual's**
62:15
**individuals**
127:12 135:16
135:21 136:14
141:21 177:5
**indoor** 105:6
105:11
**industrial**
77:24 103:13
157:18
**infantry** 143:15
**inference** 58:2
58:5 87:16,25
**information**
8:20 11:8
15:13,23 16:15
24:5 26:24
29:24 30:1
31:14,17,18,20
35:5,12 37:1,3
37:9 38:14
43:12 62:22

63:24 77:14,21
78:3 80:18
81:1,4 113:21
117:11 119:14
120:16 122:16
130:14 134:4
160:19 161:7
166:18 168:23
171:25,25
172:2,3,9
180:20 181:25
185:6 186:20
195:11 204:22
206:23 208:12
209:18
**informational**
209:2
**informations**
80:17
**informed** 16:14
**inhabitants**
131:1
**initial** 30:8
183:18
**initially** 12:24
13:7 81:14
89:4
**injured** 200:12
**injury** 46:2
**inn** 46:24
**input** 220:25
**inquiry** 6:6
25:13

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 251 of 288

**insofar** 107:21 221:3
**installed** 213:5
**instance** 75:15 178:23 186:24 203:8
**instances** 114:10,17,22
**instruct** 48:7 74:13 167:16
**insurance** 201:2
**intend** 180:2
**intentionally** 27:8 95:24 140:17
**interest** 20:10
**interested** 45:11 123:15 222:15
**internet** 156:24 168:14
**interview** 17:4 17:8,21 60:6 64:13 79:7 127:19 132:21 133:7 177:16
**interviewed** 16:25 42:19 65:21 177:19
**interviewing** 132:6
**interviews** 177:5,9 215:16

215:20
**intramural** 145:7 149:12
**intrigued** 52:17
**introduce** 39:2 113:4 140:23 217:9
**introduced** 52:14
**introduction** 198:10,13
**intuitively** 25:5
**invented** 55:16
**investigated** 208:19
**investigation** 167:12 169:6 198:18 207:18
**investigations** 37:16
**investigator** 201:1
**involve** 193:4
**involved** 7:6,12 8:23 9:2,9,12 9:23 10:3,5 14:1 36:24 37:16 125:16 125:18
**involvement** 9:20 36:21
**involving** 7:7 18:3 38:15 65:14

**issue** 24:5,14 32:9 36:3 38:21 53:18 55:2 61:13 62:17 64:21 89:14,21 91:12 156:1,13,23 157:8 162:2 168:11 174:21 174:21,22 175:5 180:2 208:19 211:17
**issued** 30:7 159:24
**issues** 40:9 82:9 105:16 141:23 149:10 159:2 166:14 210:11 214:21
**items** 103:6,8 103:10,25 104:1
**iterative** 70:4
**iv** 2:4

**j**

**j** 9:6 10:4
**jacksonville** 13:4 15:1 31:11 46:24 47:18 89:14,22 91:13 94:17 107:1 158:5 178:14,15

179:12,15
**jacquelyn** 26:5
**jai** 9:6,7
**james** 9:13 166:21,21
**january** 6:16 141:6 156:9 211:16
**jay** 1:14 3:2 4:13,24 5:11 205:25 206:4
**jenna** 10:4
**jennifer** 9:8,9
**jennings** 206:14,15
**jerry** 11:6 27:15,17 28:1 28:16
**jim** 188:24 189:1
**jmens** 2:23
**job** 66:13 144:5
**jobs** 29:22
**joe** 1:21,24 4:22 133:7 222:2,19
**john** 2:4 4:15 5:4 40:13
**johnson** 25:15 27:13,18 28:18 28:19,22 31:24 57:14,22 58:3 60:11,18,20,25 128:25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 252 of 288

**journal** 34:13
121:12
**judge** 128:2
**judicial** 65:7
**july** 6:15
155:20 164:15
183:25
**june** 69:6,19,24
80:25 90:23
91:16 183:25
203:9
**junior** 52:23
**justice** 2:10
13:8 45:2
48:11 89:16
167:18 205:17
209:23 214:10
214:19 215:4

**k**

**k** 9:18
**karen** 9:10,11
**keep** 6:22 86:24
103:11 130:17
150:20
**keller** 1:18
**kelman** 10:21
10:22 34:5
125:13 177:4
215:10,13,14
215:18,22
**kelman's**
133:11

**kennedy** 30:16
30:19,23 31:1
31:4,14,18
187:16 188:9
**kept** 15:8 43:22
195:19
**key** 178:8 181:5
**kid** 112:19
**kind** 8:19 27:10
34:7 49:16
103:12 106:1
112:22 125:5
125:21,24
178:19 201:3
**kinds** 34:21
104:1 106:5
**knew** 50:19
52:9,9 153:24
**knock** 55:8
**know** 7:17 9:2
13:15 14:10,12
14:13 15:7
19:6 21:7,23
22:1 24:18
26:4 27:15,17
27:20 32:19
34:23 37:14
39:19 42:25
43:4 47:8 52:4
52:7 54:2,3,20
54:25 57:1,4,6
57:6 60:21,22
63:10 67:24
68:24 75:17,19

76:24 79:17,21
82:12,18,19
85:3 87:3,7,11
89:10 90:22
92:9 97:21,22
98:23 99:1,3
101:7 103:25
104:17 106:7,8
106:22 108:1,2
108:4 109:4
110:23 112:11
112:12 113:23
117:22 119:23
121:21 123:5
125:10,13
140:4,6,7,8,18
140:21 142:22
143:21 148:13
151:7 153:23
153:24 157:6
162:20 166:15
166:21,23
170:8,8 172:6
172:17 173:15
180:5 187:13
190:22,25
197:24 198:25
200:5 203:15
205:25 206:4
208:7,9 219:23
**knowledge**
13:21 38:17
88:9 89:8
92:24 109:21

125:6 162:5,9
176:17 194:15
197:19 198:5,6
208:17
**known** 6:15
38:6 153:13
**knox** 157:22
**kyle** 52:5

**l**

**l** 1:14 2:14 4:13
4:24 9:8,10,22
9:22 39:24
193:23 206:1,1
**lab** 35:21 36:4
36:7
**labor** 47:10
**laboratories**
206:18,24
**laboratory**
36:11 206:14
206:15,19
**lack** 30:21
**lajeune** 147:20
**land** 86:1
**landfill** 77:24
**landfills** 22:11
**landing** 31:2
187:23
**language** 98:9
110:19 116:16
146:15 150:17
160:15,21
178:17 204:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 253 of 288

**lantdiv**  205:11
    205:14,23
    206:13
**lapp**  9:8
**large**  43:6
    79:22 169:15
    180:10
**larger**  82:19
**largest**  104:23
    105:1 129:24
**late**  19:13
    46:10
**launching**
    187:22
**laundry**  98:25
**law**  39:18
    45:10
**lawyers**  48:4
    48:15 118:4,6
**lay**  89:8
**layout**  106:13
**leadership**  2:3
**leaked**  78:11
**leaking**  212:8
**leaks**  79:19
    211:12 212:11
**leatherneck**
    156:14,23
    157:9
**leave**  145:23,24
    218:16
**leaves**  150:8
**leaving**  151:5

**left**  129:3
    155:14,17
    163:15 191:5,7
    192:5 194:19
    211:3
**legal**  39:8 40:1
**lejeune**  1:7
    4:10 5:5 14:23
    15:10 20:14
    23:13 26:19
    28:9 30:9,13
    30:16,18,24
    31:7,14,15,18
    31:19,23 33:17
    33:20 36:3,18
    40:20 41:8,22
    42:5,14 43:16
    50:11,15 53:9
    53:16,22 65:25
    66:3 68:1,4,8
    72:15 82:8
    83:1 85:15
    86:25 93:14
    95:19,25 96:6
    96:7 97:6,10
    97:13,19,25
    98:12 100:22
    108:4,6,16
    109:1 112:7
    115:7,11 121:8
    127:6,15
    128:14 129:14
    129:23 131:1
    135:16 136:15

140:14 141:22
    142:13 143:9
    144:20 154:7
    157:14 159:2
    159:21 164:24
    170:6,11,13
    171:12 175:8
    177:6,10 178:9
    181:4 182:8,12
    185:8,9 187:16
    188:20,24
    192:6 198:15
    200:13 204:16
    206:6,17,20
    212:2 214:23
    218:6,20 221:2
**length**  60:25
    66:7
**lengthy**  60:12
    60:23 62:5
    63:4,8,12,17
    109:5
**lesser**  9:5
    154:12
**letter**  211:21
    212:14
**levels**  58:21
    59:24 76:17
    88:20 115:23
**liberty**  158:7
    178:14,15
**library**  13:2,11
    15:2 47:10,21
    50:15,20

184:14 207:22
    209:2 221:4
**life**  181:4
**lifestyle**  178:21
**light**  39:15,17
    79:19 171:20
**likelihood**
    116:13
**likely**  69:5,11
    69:11,23,24
    70:3 100:15
    202:5
**likes**  70:10
**limit**  124:17,22
**limited**  179:3
**lincoln**  125:19
**line**  69:17 97:6
    142:16,18,21
    144:13,19
    145:12 146:12
    146:18,22
    147:18 148:5
    149:4,13,24,25
    150:7 218:12
    219:7,22
**lines**  15:9
    135:13 142:14
    145:3,6 214:17
**link**  12:16
    163:14,15
    168:14
**linked**  86:15
**liquid**  56:22

list 92:19 94:20
107:8 198:15
listed 78:16
120:25 219:8
219:10
listen 64:10
lit 188:11
litigation 1:7
4:11 5:6 17:9
23:21 26:11
43:17 45:1
113:20 214:23
216:4 217:18
218:7 220:17
litigations 43:7
little 10:13
85:20 89:10
93:16 112:19
142:2 143:24
151:8 158:6
212:18
live 99:14,15
106:17 107:13
lived 23:12
42:13 92:4
128:23,24
141:21 219:11
living 19:19
91:25 108:13
124:18 126:2
130:6 143:10
147:21 150:14
152:9

llc 6:11
local 81:15
locate 11:8 15:2
35:12 171:10
located 31:12
78:9 85:1
92:10 107:5
117:1 119:22
212:3 216:17
locations 100:6
117:6 143:3
216:22 221:1
log 3:18 15:14
194:14 195:2
195:22
logs 15:8,18
16:8,11 193:19
194:9,10
195:11,18
196:3,4,8,11,19
196:19 197:2,2
198:19 199:1
long 5:22 6:12
32:5 39:3
46:11 50:25
58:14 60:18
61:25 85:4
133:13 149:7
150:1,13,25
153:5 158:2
164:2
longer 123:22
longest 52:19

longevity 42:11
longley 3:12,13
3:14 27:23
30:7 31:4
32:10,25 33:11
34:5 52:5,8,20
64:8 73:2 79:7
81:8 114:5,11
119:19 127:3
128:1 130:12
131:25 134:12
135:5 136:18
139:9,24
140:16 154:24
155:1 156:9
158:23 160:12
160:23 161:3
161:13 180:8
184:19 186:25
216:9,14,18
217:14
longley's 21:4,5
30:22 31:9
32:20 33:5
53:4 64:18
70:12 113:15
114:6,17
119:23 120:2,6
127:19 137:14
140:1 157:10
158:19 162:12
165:8 166:7
170:1 176:13
187:7 210:15

211:1,15 217:7
217:10
look 11:10,21
13:2,11,17,23
16:18 21:2
22:4,6,10 35:4
36:10 38:20,21
38:23,25 40:9
43:2 44:18
50:19,24 59:4
75:23 77:20
80:19 84:12
85:13 88:16
91:10 96:9
98:2 102:15
131:19 142:3
143:7 151:11
155:4 156:12
158:22 162:11
163:3,11 164:8
173:13 176:24
177:12 179:18
180:7,22
181:12 184:18
187:25 189:6
189:10 190:3
190:17 191:21
193:11 194:16
196:18,21
198:4 199:7
200:21 204:9
205:8 206:12
207:13 208:17
218:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 255 of 288

**looked** 10:25
11:9 20:24
25:17 37:13
48:1 51:10
52:10 53:4
74:11 85:18
89:20,20,20
125:16 158:21
158:24 163:20
164:2 181:20
191:14 193:25
194:5 196:25
197:5,21
213:21
**looking** 35:16
72:4 90:1
95:11 113:23
120:15 149:1
154:4 156:1
162:18 164:5
167:21 169:11
191:25 195:16
195:21 201:16
**looks** 10:10
44:22 157:14
169:5,15 171:8
171:19,22,23
181:15,17
191:6,10
194:11 211:21
**loop** 124:5
**loss** 209:13
**lost** 14:17 15:5
186:4 196:20

206:5
**lot** 9:20 11:11
14:22 17:24
29:3,6 38:13
85:25 89:3
112:8 145:23
146:21 169:8
171:11 183:6
184:2,3,3
**lower** 104:18
155:14
**loy** 2:25 4:4
**lst** 2:14
**lucid** 129:1
**lucidity** 124:24
**lunch** 93:25
**luu** 9:10
**lying** 119:4

**m**

**m** 2:12 21:8
206:1
**ma'am** 48:13
**machine** 191:2
**made** 18:14
20:7 62:8
77:11 85:4
87:4 96:16
103:13,16
113:21 114:6
160:14 163:7
208:5 209:5
220:21

**magazine**
156:14
**magner** 140:11
**magner's** 120:9
120:17
**main** 2:6
103:20 108:5
144:17 145:16
148:22,22
151:6 153:2
155:6 168:18
212:3,8 213:3
218:18
**mainside** 24:2
25:16 60:12,18
60:20 61:1,21
62:3,19,21
145:17,17
146:3,10,21
148:6 218:13
**maintained**
11:5 78:24
**maintenance**
212:24 213:8
**major** 33:2
178:4
**make** 6:3 15:16
22:17 28:11
35:9 62:7
65:13 69:14
77:10 89:10
118:22 119:11
125:1 126:17
126:21 128:8

136:19 138:25
147:6 157:22
170:20 202:16
202:19 218:13
**makes** 6:1
88:10,25 114:8
**making** 45:7
**male** 99:15
**malicious**
165:24
**managing** 6:16
**mandated**
220:21
**manhole** 72:1,9
**manner** 204:17
**manufactured**
103:17
**map** 102:15
150:11
**march** 1:10 4:6
5:25 176:13
189:21
**marine** 49:7
51:9,12 63:16
81:11 84:21
100:22 103:11
150:20,22
158:7 169:13
179:10
**marines** 20:13
48:23 50:9
71:19 106:10
130:18,20
135:20 150:8

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 256 of 288

174:3 177:14
178:21 179:19
184:21 192:16
193:2 212:9,19
**mark** 2:22
176:6
**marked** 44:14
113:7 140:25
154:18 156:5
176:9 189:3
190:14 191:18
193:8 197:10
210:6
**marketing**
95:24 96:7
97:24
**marks** 44:22
163:4
**married** 99:13
108:13 145:24
**maslia** 58:12
60:6 75:24
121:11
**maslia's** 58:15
**mass** 129:12
**massacre**
125:14 133:13
**master** 177:16
**master's**
159:21,24
203:25
**masters** 198:2
**match** 35:16

**material** 11:11
28:5 47:24
114:12 136:18
137:4,7 174:21
194:12
**materials** 29:15
36:6,7 168:2
**math** 184:1
**matter** 1:17
4:10 5:22 8:4
14:16 17:7
20:18 25:6,19
30:2 100:11
113:11 188:16
200:11
**matters** 5:7
45:14
**mcelhiney** 3:16
3:17 64:9
119:19 139:21
190:23 191:25
**mcelhiney's**
116:24 119:21
216:15,16
**meals** 152:1
**mean** 34:1
35:11,14 45:16
62:25 63:5
89:17 103:6
118:21 122:9
127:17 152:15
152:25 163:22
174:20 179:5

**meaning**
127:17 150:14
151:21
**meaningful**
136:3
**means** 21:12
39:14,20 72:24
118:12
**meant** 63:12
**measured**
153:5
**measuring**
151:9
**meat** 181:13,16
**mechanically**
71:24
**medicine** 21:19
**meet** 47:21
80:21 146:4
**meeting** 52:15
208:6
**meetings** 208:7
208:10
**melt's** 86:14
**melts** 12:17
86:4,7,19
**members** 21:1
22:18 23:25
103:24 106:20
**memo** 206:5
**memorable** 6:3
**memorialize**
204:12

**memories**
133:12
**memory** 19:12
27:9 66:10
119:9 124:21
125:14
**mention** 32:15
165:9,12
206:15
**mentioned** 7:9
34:9 78:23
99:21 105:4
107:3 126:10
171:18 183:16
185:4
**mentions**
206:14
**mere** 200:11
202:10
**meshes** 127:13
**mess** 98:24
144:9 151:24
219:24
**met** 47:19
48:22 52:8
**method** 70:5
187:8 188:17
**methodologi...**
119:15
**methodology**
25:6 29:11,17
30:3 33:22
66:2 71:8
73:23 74:1

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 257 of 288

134:1 154:6
179:24 185:7
185:25 215:8
215:12,17,21
215:24
**metz** 37:20
**michael** 11:5
34:23
**mid** 106:4
183:6,23,25
**middle** 134:7
177:12,15
206:12 207:16
**midvale** 93:14
93:17
**midway** 157:21
**mike** 35:25
37:21 120:9,17
169:25 172:25
**miles** 80:2
**military** 28:23
61:6 76:1
103:23,24
143:22
**million** 42:6,8
78:10 129:13
129:20 183:14
209:13
**mind** 18:1
113:19 122:11
123:2 126:5
130:17 131:8
140:1 176:23

**mini** 171:19
**minute** 131:11
150:19 186:5
**minutes** 61:19
63:5 150:15,24
151:7 152:5,25
153:4 214:3
**mirror** 158:14
158:18
**misrepresents**
114:12
**missing** 14:17
15:4
**mistake** 69:14
139:6
**mistakenly**
208:4
**mistakes**
202:16,20
**model** 87:7,13
**modeling** 58:19
58:20 59:5
88:11
**molecule** 54:21
**mom** 170:1,19
181:21
**moment** 71:14
109:13 194:7
198:12 211:9
218:8
**momentarily**
113:4
**moments**
126:11

**moms** 170:22
**monday** 46:13
46:14,17 47:18
91:20
**montford** 24:1
24:6,15 50:23
57:15 60:11,17
61:20 62:2
81:11,25
128:24 143:11
143:15,19
144:9,23 145:7
145:19 146:8
146:25 147:14
147:22 150:14
151:5 152:2,16
153:21 157:19
**month** 38:1
168:20,25
184:15
**months** 5:23
88:7,10,19
183:22 184:1,3
184:7,8 218:21
**moore** 9:1
11:10,14,15,16
11:17,18,19
31:12
**morgan** 6:10
6:15
**morganangel...**
203:24
**morning**
145:11

**morris** 58:12
**mos** 144:2
**mother** 41:22
170:11
**motley** 2:21
**motor** 167:7,14
167:23
**motors** 195:8
**move** 88:18
**moved** 82:22
100:22 108:6
**movie** 107:10
107:21
**multiple** 65:16
**museum** 34:19
**music** 106:17

### n

**n** 3:1,1 4:1 9:25
10:4,4 21:10
21:10 25:25,25
39:24 141:5
**name** 4:4 5:4,9
6:17 10:20
52:9 56:17
92:25 219:15
**named** 10:19
26:13 93:5
125:19
**names** 92:20
219:16
**nang** 126:12,14
**national** 37:14
125:17 198:14

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 258 of 288

199:16
**nature** 55:13
56:6 85:14,15
85:19 124:1
126:23 165:24
196:4
**naval** 50:5,6,7
79:24 80:4,8
80:11 81:17,19
101:20,22
102:3 103:2
170:20,23
171:3 172:19
172:20 205:9
**navfacengcom**
205:10
**navigability**
203:23
**navigation**
21:21
**navned** 21:16
21:21
**navneds** 21:10
**navy** 21:14,24
37:8 197:1
207:21 208:2
**nco** 158:14,18
**ncos** 185:1
**near** 80:5,8
100:9 137:15
213:3
**nearly** 120:21
**necessitating**
213:14

**need** 5:17,18
30:3 61:8,9
66:9,12 81:16
98:20 102:15
102:17 124:24
126:24 186:14
192:24
**needed** 103:11
103:17 108:14
108:24 212:1
**needs** 20:1
98:15 110:6
203:13
**negotiate** 65:13
**neither** 177:3
195:23 222:10
**never** 15:13
20:8,21,22
22:22 30:12
43:1,2,4 45:6
45:19,24 57:2
85:11,18 95:16
115:13 124:10
141:8 142:8,9
153:5 166:24
172:25 181:9
197:5 198:3
206:22
**new** 39:2 50:5
51:12 75:2
102:3,14,20
113:21 115:24
138:12 153:22
172:9 202:21

217:1,9
**newer** 72:8
101:24 108:7
**news** 89:14,22
91:13 169:23
**newspaper**
17:18 31:11
91:17 169:17
187:21
**nice** 170:15
**nighteries**
158:15
**nine** 53:9
**nixon** 30:8,12
32:10 33:1
70:13 114:18
176:21
**non** 220:16
**nonavailability**
40:5
**noncommissi...**
106:9
**noncontamin...**
116:14
**noon** 93:20
**normal** 169:17
192:16
**normally** 5:9
**north** 1:2 2:6,7
4:12 13:4
94:17 188:23
**northeast**
80:24

**northwest** 4:9
**notary** 1:22
222:1,20
**notation**
161:18
**note** 109:16,23
112:1,2 115:16
116:24 133:18
**noted** 107:15
118:4,6 140:10
**notes** 73:2
132:7,17,23
133:1,7,17,20
185:14 187:13
216:12
**noteworthy**
176:25 177:3
**noticed** 72:6
169:8 212:9,19
**notices** 107:22
**notwithstandi...**
203:4
**november**
222:22
**number** 6:25
7:10 14:11,22
25:9,13 42:4
45:14 48:4
54:2 67:25
75:7 82:21
116:11 131:3,6
154:22 155:14
159:16 166:8
166:10 170:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 259 of 288

171:25 176:7
194:18 202:23
203:22
**numbered**
114:10 115:2
131:23 135:11
**numbers** 42:8
193:12 219:17
**numerous** 79:2
117:6 216:21
**nw** 1:18 2:14

**o**

**o** 3:1 4:1 9:18
9:18,25 173:25
**oath** 26:18 27:3
27:6 29:15
118:12 124:9
124:11
**object** 217:4
**objection** 7:14
8:1,6 12:8
13:20 14:2,9
14:19 15:11
16:4 18:24
19:22 22:14
23:16 24:10,23
26:21 31:21
32:12,17 33:6
35:7 36:14
37:11,24 38:8
38:16 39:5,21
40:13 41:25
42:16 43:20

56:9 57:24
59:20 60:1,15
62:13,24 63:25
64:24 65:8,18
66:5,22 67:7
67:17 68:5,12
68:22 70:7
71:4,9 72:3,18
72:25 74:6,12
75:14 76:7,20
77:1 78:13
81:13 82:3
83:2 84:15
85:17 86:21
87:20 88:5,12
89:2,25 90:9
90:25 92:1
93:2 95:14
96:1,4,18 97:2
97:20 98:18
99:2,9,24
100:12 102:6
102:23 104:25
105:23 109:8
110:10 111:23
112:17,25
115:12 117:12
118:14 119:16
120:19 121:18
121:23 125:7
126:8,22 127:8
128:9,17 129:8
130:4,10
132:10,19,25

133:21 134:6
134:25 136:4
138:2,8,21
139:3,15
140:20 141:24
143:5 147:25
151:3 153:15
154:9 159:6
161:10 162:7
162:14,24
163:21 164:4
166:3,16
167:15 169:18
170:7,25
172:10,21
174:9,18
179:13 180:4
180:18 181:6
182:2 183:20
185:10 186:3
187:4,11 188:4
194:2 195:14
196:14,22
197:4 198:22
199:4 200:7,16
201:5,19 202:7
202:18 203:7
204:3,23 205:4
205:15 206:7
207:24 208:13
208:22 209:8
209:20 210:17
**objective** 66:1

**observational**
188:2
**observe** 61:8
158:3
**obviously**
14:25 30:19
109:4 143:22
147:19 184:16
**occasions**
138:17
**occupation**
143:22
**occupations**
28:23
**occur** 103:19
105:11
**occurred** 22:22
48:10 129:25
159:1 181:10
**occurring**
105:15
**occurs** 88:19
**offer** 113:18
158:6
**office** 11:20
110:23 111:4
147:7,8
**officer** 212:24
222:2
**officers** 101:13
101:14 106:7,9
**offices** 1:17
**official** 135:20
177:14

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 260 of 288

**offline** 84:4,6
**oh** 118:1
  131:10
**oil** 56:7 167:8
**okay** 5:15,19
  5:21 7:17,22
  8:4,14,19,24,25
  11:14 13:15
  15:7 16:18,24
  17:12 19:14
  22:6 23:5 24:4
  25:21 26:7
  30:1 33:9
  34:23 35:3,25
  36:3 42:19
  44:1 48:19
  49:1,21 52:4
  52:25 59:15
  64:12 65:2
  66:15 67:20
  68:16 70:4
  71:14,22 74:22
  79:25 82:7,23
  83:6 85:13
  86:24 87:7
  88:2 91:3
  95:18 98:14
  99:6,12 102:12
  108:3 111:25
  112:13 113:14
  114:14 115:2,4
  119:6 120:23
  127:21 128:12
  131:22 135:13

136:12 137:3
138:11 139:18
139:19 141:11
145:10 146:19
156:22 163:3
166:20 170:20
173:18 180:14
181:1 182:6
184:5 187:25
189:10 190:12
190:22 191:13
193:15,16
197:8,19
198:12 204:8
205:22 206:4
206:12 207:15
210:1,4 211:3
211:13,20
218:11 221:5
**old** 41:5,16,17
  41:18 50:6,7
  105:16 123:24
  148:2 150:1,22
**older** 72:6
  101:23 108:7
**omission**
  165:23
**omit** 165:12
**omits** 165:8
**onboard** 95:25
**once** 46:8 51:7
  82:22 84:23
  108:6 112:1
  181:1

**ones** 10:18
  25:21 26:7
  72:6,8 115:17
  128:1 169:12
**online** 80:16
  81:9 83:13
**onslow** 31:3
  48:25 51:3
  187:23
**open** 69:19,24
  91:20
**opened** 13:19
  69:5,11 91:6
  109:17,24
  137:25 138:6
  139:1
**opening** 12:12
  23:2,7 35:6,12
  89:13 90:20
  91:18 94:7
  161:18 179:4
**openness** 49:18
**opens** 40:20
**operating** 23:6
  100:4 103:11
**operation**
  21:15 31:2
  90:23
**operational**
  96:22
**operations**
  13:10
**opine** 215:24
  220:5

**opinion** 72:17
  72:19,22 88:24
  155:11 220:11
**opinions** 72:13
  113:18,20
  114:2 215:24
  217:25
**opposing** 65:4
  65:5
**oral** 17:6,20
  20:13,22 64:7
  64:13,16,21
  65:12,24 66:17
  66:24 67:4
  122:3,6,10,13
  122:15,17,18
  122:22 123:3
  123:15,17,24
  124:2,10,12,13
  124:23,25
  125:5,8,10,13
  125:15,16,20
  125:24,25
  126:1,3,18,20
  127:12,18,24
  128:6,13 129:2
  129:11,15
  130:2,8 131:2
  132:2,5,8
  133:12 134:2
  134:18 135:6
  135:21,25
  136:1 177:13
  178:11,20

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 261 of 288

179:18,24
182:7 184:20
185:19 186:2,8
186:21 187:2
215:8,12,17,20
215:24
**oratokhai** 9:19
**order** 43:15
66:16 213:2
**ordered** 42:23
43:3,17 193:15
**orientation**
85:20
**original** 16:24
67:21 102:7,13
**originally**
14:14
**outcome**
222:16
**outdoor** 188:11
188:12
**outlying** 50:22
128:23
**outset** 11:7
**outside** 69:2
**own** 31:15 34:1
62:11,20 70:10
87:6,22 116:5
122:11 138:20
152:14 162:13
163:18 177:5,9
**owner** 12:17

**p**

**p** 4:1 9:8,8
39:24
**p.m.** 93:25
131:15,15
176:3,3 207:9
207:9 214:7,7
221:9
**page** 3:3,8
44:24 53:7
59:2 60:10
63:5 69:4,10
69:16,22 70:2
71:12 75:3,3,4
75:23 78:1
79:23,25 83:6
83:10 86:3,8
86:24 89:13
90:13,18,19
94:6,8,8,11
95:3,6 96:9
97:7,8,12 98:2
99:7 100:17,18
100:19 103:3
105:4 106:1
109:11 110:13
111:25 113:14
113:25 114:9
115:2,6,16
116:9 120:8
121:2,4 122:2
122:2 131:7,20
131:21 134:11

135:10 137:10
137:13 139:18
142:4,5,7,11,12
142:21 143:7,8
144:8,13,16
145:2,6,8,10,14
146:2,18 147:5
147:18 148:5
148:21 149:4
149:13 150:7
150:10,11
151:11,12,15
151:19 155:5,5
155:16 156:12
156:13,23
157:25 158:5,9
158:13,22,23
160:4 162:11
162:17 163:3
163:12 164:8,9
164:22 165:1,7
165:10 167:2
168:10,10
169:25 173:8
173:10,13,14
176:24 177:12
177:13,15
180:7,22,22
184:18 185:14
187:15,25
188:23 189:14
190:3,5 194:12
194:17 195:3,6
197:15 198:10

198:13 199:7
199:25 200:21
201:9 204:9,9
204:10 205:8,9
206:12,13
207:13 210:12
210:13,20,21
211:13,21
214:14 216:6,7
218:7,10,11
219:4,20
**page's** 12:20
**pages** 3:18
12:13,16 13:12
13:17 23:2
40:10 95:7
96:25 97:1
100:2 140:17
142:4 161:17
189:10 193:14
194:16
**paid** 161:23
182:18,22,24
**panel** 208:10
**paper** 204:11
**parade** 49:25
**paradise** 106:8
157:20
**paragraph**
53:8 60:9
69:17 74:16
75:4 100:20
101:2 110:8
114:10 115:3

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 422-1   Filed 07/03/25   Page 262 of 288

131:23 135:11
136:6 156:15
158:5 160:5,8
173:3 176:25
199:25 205:18
207:16 214:17
**parameters**
123:2,3 128:15
**paraphrase**
185:21
**park** 157:21
**parking** 91:20
**part** 15:24
18:12 23:24
26:11 27:4
29:10,16 30:5
31:5,25 37:2
46:21 48:3
50:14,18,25
58:9 66:13,16
71:7 75:18
78:21 85:20
117:23 134:1
144:20,24
154:2 161:24
168:3 170:24
191:11 216:12
**partain** 3:19
11:5 14:12
27:24 34:23
37:21 78:24
79:6 135:7
159:17,20
160:5,10,20,25

162:13 163:13
170:10 171:14
172:6 198:1
199:25 203:3
204:1 207:14
209:1
**partain's** 35:25
159:24 161:19
170:1 181:21
197:14 202:12
205:8
**particular**
49:19 63:1
123:18 154:11
193:17 194:14
**particularly**
28:14 201:21
**parties** 65:4
222:11,14
**partner** 6:16
**parts** 18:19,21
19:4 75:22
77:16 140:12
142:3 152:18
207:1 216:9
**party** 17:8 45:6
**pass** 27:10
**passage** 130:23
167:10
**passed** 6:7
25:10,11 42:4
63:9 124:19
**passing** 50:4

**password**
208:2
**passwords**
208:5
**past** 13:16
17:12,23 34:2
71:19 124:15
124:18 160:15
161:9 212:8
**pattern** 112:24
**pause** 6:18
**pce** 54:13 57:5
57:8 93:5,10
100:14 129:25
**peers** 199:20
**people** 8:4,7,14
8:21 17:8,19
20:14 23:21
28:12 29:1
32:4 33:11
34:20 42:4,6
42:13 61:10
62:2,6 65:21
66:24 68:1,2
78:8 82:22,25
83:4 95:24
97:24 106:11
123:8 125:16
126:1 129:13
130:6 131:4
145:24 162:13
163:19,22
172:19 177:9
183:6 184:3

196:7 203:15
**percent** 57:5,5
127:23 195:20
**percentage**
56:21 130:25
**perchloro**
58:21 100:10
**perchloroeth...**
54:14 56:5,18
56:22
**perclean** 56:14
56:21,23 57:4
**perfectly**
132:18
**performances**
107:13
**period** 17:2
21:25 26:19
30:13,24 36:12
40:20 42:6,15
53:10 54:1,10
66:8 73:10
83:20 104:23
105:6 115:10
123:18 129:14
136:20 141:22
178:8 179:4,6
181:5 214:24
**perlene** 92:12
92:16,21,22,24
**permanent**
43:7,15
**person** 33:13
34:17 52:2

Golkow Technologies,
A Veritext Division
877-370-3377                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 263 of 288

62:11 67:9
122:17,18,21
124:3,25 125:3
125:17 126:11
134:4 153:25
169:13 181:8
186:20,22
203:23
**person's** 89:8
**personal** 46:2
**personnel**
205:13 213:9
**perspective**
43:11,18 59:16
62:21 65:5
66:19 91:11
96:13 130:8,8
161:7 184:5
**pertained**
206:6
**pertaining**
21:14
**pertinent**
214:21
**peter** 9:13
**petersfield**
157:19
**petroleum**
183:14
**ph.d.** 1:15 3:2
4:24 203:13
**ph.d.s** 130:13
203:15

**phase** 88:17
**phone** 95:7
132:7,17 133:6
133:19
**photo** 3:16,17
31:10 33:1
70:15,20,22
114:18,19
137:14,22
155:5,13
164:22 169:25
170:9,14,15,16
170:19 172:3
173:10 180:23
181:2,20,25
187:19,20
188:19 191:7
191:24 210:14
210:22,25
211:4,7,14
**photograph**
188:6,13,15
191:5
**photos** 3:20
170:4 182:10
182:11,13,15
187:16 210:10
**phrase** 71:16
105:9 137:3
198:8 212:15
213:17
**physically**
107:6

**pick** 94:5 98:24
167:5
**picked** 49:6
**picking** 181:13
**picture** 31:3
137:18 163:13
165:2 166:14
178:21
**pictures** 31:6
105:20
**piece** 63:23
166:18 181:24
**pieces** 31:20
**pl** 193:23
**place** 12:4 24:1
24:6 85:6
108:25 146:14
151:1,15
**places** 24:3
48:19 86:18
106:11
**plaintiff** 5:2
45:25 116:23
200:4 220:16
**plaintiff's**
118:4
**plaintiffs** 1:16
2:3 4:16 5:5
25:18 26:9
57:17 66:17
88:17 138:18
138:25 139:11
141:17

**planning** 85:23
**plant** 49:11
54:5 57:14
70:21 80:12,14
80:15 83:12,19
83:23 85:25
111:17 114:21
137:15,23,25
138:6,6,7,12,15
138:19 139:1
139:13 195:23
196:3,11,19
197:2
**plants** 53:10
80:20 115:17
115:19 195:13
195:19 198:20
199:1
**plastic** 181:13
**play** 146:13,14
151:13
**played** 145:6
**playing** 145:15
149:18,19
**plays** 27:10
**please** 4:14
94:14 109:13
158:8
**plenty** 91:19
**plug** 20:4
**plugs** 18:16
19:2,9 20:11
**plus** 193:23

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 264 of 288

**plushest**   158:15
**point**   19:9
  20:10,10 22:12
  24:2,2,6,15,15
  29:6 33:12,16
  33:19 35:20
  39:18 48:24
  49:9,10 50:3
  53:16 57:15
  60:11,18 65:17
  73:8 77:17
  79:20 80:5,9
  80:12,14,22,22
  81:11,19,25
  82:1 83:13,19
  92:11,11 94:24
  100:23,24
  101:3,14 102:8
  103:2 104:7
  105:2,12,22
  106:3,6,8
  107:6,18
  108:16,18,19
  109:1 111:1
  114:14,20
  115:6,10
  116:15 117:13
  117:24 118:21
  119:10,11
  136:22 137:21
  138:16 139:6,9
  143:12,15,19
  144:9,23 145:7
  145:20 146:8,8

  146:16,25
  149:9 151:5,7
  152:2,16 153:4
  154:3 157:17
  157:19,20,20
  158:8 165:23
  166:6 168:19
  171:16,16
  174:4,17 175:2
  175:7,7,9,21
  180:9,16 181:9
  199:13 205:3
  209:14 213:23
  216:8 217:10
**pointed**   26:23
  49:11 114:7
  119:18 169:20
**pointing**
  136:16
**points**   49:8
  62:7 77:15
  137:21 201:7
**poked**   49:17
**political**   125:18
**pool**   167:7
**pools**   105:5,7,8
  105:12,15,22
  167:14,23
**portal**   208:3
  209:11
**portions**
  201:14 216:10
**position**   39:19
  147:23 215:11

  215:15
**possibility**
  24:12 66:7
  91:4
**possible**   23:5,8
  43:13 67:20
  68:21 85:12
  118:23 128:10
**post**   110:21,23
  111:4,5
**posted**   14:12
  14:14
**postman**   1:18
**potential**   77:12
  130:9
**potentially**
  63:24 64:1
  66:20 200:14
**practices**   66:24
**practitioner**
  17:6
**predate**   179:4
**prefer**   5:9
  23:22
**preferable**
  67:10
**pregnant**   41:22
  170:12
**premise**   129:23
**premises**   87:15
**prepared**   121:4
**present**   2:20
  25:10 66:9
  104:15 205:17

**presentation**
  48:21 63:18
**preservation**
  19:13 67:14
**preserve**   43:12
  204:15
**preserved**
  67:25
**preserving**
  205:2,6
**president**   30:8
  30:12,16,17,20
  31:1,4,6,10
  32:10 33:13
  187:16 188:9
  188:20
**presidential**
  52:23
**presidents**
  31:23 32:14
**press**   147:6,8
  147:15
**pressure**
  180:11,17
**presumably**
  108:15
**presumptively**
  124:18 131:3
**pretty**   79:22
  88:21 100:3
  127:4,11 128:5
  169:22
**prevent**   109:6
  146:9

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 265 of 288

**prevents** 205:18

**previous** 35:11 188:6

**previously** 51:2 110:25 114:4 130:7

**prices** 104:17

**primarily** 107:11 210:11 213:10

**primary** 19:8 54:13 56:4 116:4

**print** 222:8

**printing** 147:6 147:8,15

**prior** 217:18,22

**priority** 198:14

**private** 18:5 104:19 206:19

**privileged** 209:24

**probable** 148:3

**probably** 45:9 69:13 98:20 127:4 147:24 148:2 212:1

**problem** 64:5

**problematic** 119:8

**problems** 63:9

**proceedings** 1:23

**proceeds** 180:3

**process** 30:5 56:8 65:7 93:10 118:11 122:10 136:3 186:8

**produced** 220:16

**product** 48:9 128:4 167:19 169:16 205:20 209:21

**production** 183:18

**professor** 5:10 64:8 158:23

**progresses** 113:21

**prohibitive** 147:13

**project** 8:15,24 10:18 11:3 23:15 66:18 125:11 126:1 131:2 182:7 183:3 184:8 197:22 203:23 204:11 206:17 207:1

**projects** 6:25 103:18 182:23 182:24 183:1,3

**prompt** 122:20

**prompts** 123:9

**pronounce** 40:2

**pronunciation** 26:3

**proper** 71:7

**properties** 56:2

**proposition** 117:5 118:19 168:24 213:21

**protected** 74:17 208:2

**proud** 11:4,23 14:7 78:23 86:16 201:10 204:21

**prove** 185:12

**proven** 202:11 202:13

**provide** 8:20 37:9 170:5 188:15,16

**provided** 73:2 89:15 90:17 135:8 160:19 160:20 187:12

**provides** 166:17

**proximate** 84:14

**public** 1:22 34:7,9,10,13,14 34:15,16,20,20 34:21,24 36:2

37:21 38:6 160:10 198:8,9 199:11,17,18 199:22 201:18 202:15 203:3 208:12 222:1 222:20

**publication** 76:5 121:11

**publications** 53:5 58:16,18 84:7 121:16,22

**publicly** 168:13

**publish** 91:5

**published** 95:13,16 159:20

**pump** 78:11 195:8

**pumping** 83:16

**purchased** 120:15

**purpose** 50:14 50:18

**purposes** 8:15 15:10 40:21 68:18 147:16 203:14 215:17

**pursuant** 1:19

**put** 31:13,19 71:20 87:11,22 113:3 122:11 123:13 140:6 160:11 216:2

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 266 of 288

216:25 217:1
**px** 103:21,22
104:2,4 111:1
168:18

**q**

**qualified** 59:8
89:11 203:13
204:2 220:5
**quality** 91:21
**quarter** 213:4
**quarters**
101:13,14
143:10 147:22
**question** 18:3
23:25 32:13
33:24 35:10
36:5 40:14
44:25 61:11
74:24 75:2
88:23 90:13
117:25 141:7
145:17,19
171:14 178:13
183:8 217:8
218:12,15,19
218:24 219:7,9
219:14,23
220:1
**questioner**
64:21
**questions** 5:14
18:22 31:25
32:19 64:18,22

65:5,14,16,21
65:22 66:1
122:20 123:8
123:10 124:4
159:13 160:12
160:18 186:14
213:25 221:5,6
**quick** 39:9
156:19
**quicker** 180:16
**quickly** 11:10
**quite** 8:8 52:15
120:4,7 158:2
183:4
**quote** 60:11
75:4 97:13
98:11 100:21
116:13 132:2
139:24 146:25
156:17,18
157:13,14,17
158:1,6 168:19
174:3 178:12
199:8 212:7
**quotes** 132:5

**r**

**r** 4:1 9:18 206:1
**raised** 52:22
**raises** 126:14
160:12,18
**raising** 18:21
**raleigh** 46:18

**ralph** 177:17
**randy** 10:2
**range** 114:21
157:20
**rates** 104:1
**rather** 134:17
184:8
**raw** 138:22
**raytheon** 18:8
55:3 189:8
**reach** 60:6
206:18,22
207:2
**reaching**
217:22
**read** 25:18,22
27:25 53:19
63:18 69:20
75:8 85:19,20
91:21 95:22
100:25 116:19
120:12,14
122:8 123:16
137:24 140:1
140:11,18,22
152:19,20
155:19 156:18
156:21 158:19
160:16,17
161:2 166:24
174:14 211:8
213:6,15 215:1
216:23 217:8
219:2,18 220:3

**reading** 165:11
177:7 178:25
**reads** 161:1
**reagan** 30:17
30:20,23 31:6
31:11,15,19
188:20
**real** 96:14
156:18
**realize** 21:17
**really** 20:4,9
23:22 26:24
87:10 91:12,15
95:13 96:16
124:10 129:12
136:17 165:16
165:19 170:19
**reason** 5:18
32:25 57:22
59:16,23 64:17
65:2 81:24
93:6 95:12,15
100:13 102:5
102:21 111:13
126:6 162:22
162:25 166:11
170:13 179:11
**reasonable**
42:12 95:22
97:17 147:23
163:19,25
**reasonably**
34:24

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 267 of 288

**reasons** 17:6
28:14 67:25
131:6 147:17
**rebuttal** 17:5
**recall** 11:25
12:12 14:11
20:6 21:12
49:23 50:4
52:1 61:23
63:7 77:14
78:16,22,25
85:23 90:10
92:22 93:17
112:7 117:23
120:20 121:1
136:2 143:24
144:1 149:8
152:9 155:10
155:25 173:9
183:11 211:6
211:11 219:10
219:25
**recalled** 172:7
**recalls** 142:18
**received** 6:5
138:15 163:8
220:23
**receives** 142:24
**recent** 27:22
79:7 114:6
170:10 171:15
**recently** 20:23
79:16 183:15
190:21

**recessed** 44:4
93:24 131:14
176:2 207:8
214:6
**recited** 59:10
**recognition**
19:8
**recognize**
113:10 189:7
**recollection**
18:11,15 27:21
35:16 49:18
62:11,15 63:22
77:15 118:2,8
143:18 166:25
178:20 179:10
**recollections**
22:19 24:7
**reconcile** 128:3
**reconciled**
127:1 128:2
**reconstructing**
75:24
**record** 4:4 44:2
44:6 93:22
94:1 122:22
127:13 131:12
131:16 175:25
176:4 197:6
207:6,10 214:4
214:8 220:20
221:8 222:9
**recorded**
123:11 124:7

133:2,3 134:3
**recording**
135:7 185:20
186:9,11 187:3
**records** 23:23
83:25 186:1
**recreational**
51:4
**rectangle**
168:18
**red** 39:15 75:7
126:15 168:18
**redacted** 79:3
163:4 209:2
**reduced** 104:1
222:7
**reduces** 54:23
**refer** 13:13
79:1 80:1
**reference** 13:18
17:3 20:8,10
28:11 44:25
47:11 53:7
60:10 70:13
71:15 79:24
86:9 106:14
110:13 113:14
116:10,20
119:20 122:3
131:25 136:10
164:2 167:3
172:25 173:13
174:2,15,16
177:15 206:25

216:16
**referenced** 74:9
77:23 92:18
103:1 144:3
**references** 12:3
12:6,14 42:3
79:4 106:16
108:1 136:22
142:18 149:9
158:13,24
189:11 190:4
194:18 209:1
**referencing**
161:14 180:11
184:25
**referred** 13:12
133:11
**referring** 37:20
**refers** 54:20
55:5 56:2
173:3 200:22
201:10 205:9
213:17
**reflect** 65:16
201:17
**reflects** 36:1
177:19
**refute** 168:23
169:1
**refuted** 30:11
**regard** 16:16
36:2 110:2
127:5 140:5
159:2 167:24

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ      Document 422-1      Filed 07/03/25      Page 268 of 288

**regarding**
  14:17 15:8
  35:6 40:9
  190:9 209:19
**regimental**
  101:4,8
**region** 23:12
  101:14 128:23
**registry** 7:21
  53:14
**regulations**
  21:14,24 84:22
**reich** 2:22
**relate** 135:21
**related** 69:6
  133:12 222:10
**relationship**
  50:22 122:19
**relative** 40:4
  222:13
**relevance**
  77:12 119:1
  179:3
**relevant** 24:5
  25:4 62:1,22
  76:18 98:25
  117:10 119:14
  162:1 174:7
  214:23
**reliability** 74:2
  220:12
**reliable** 74:5
  76:25 81:5
  120:18 121:17

  121:22,25
  126:18 134:1
  185:25 200:14
  201:18 202:15
  203:3
**reliance** 28:5
  119:9 134:18
**relief** 66:17
**relies** 65:3
**rely** 39:4 40:12
  186:20 215:19
**relying** 38:4
**remaining** 49:9
  49:10
**remains** 109:20
**remember** 5:24
  6:1,4 7:5,6
  12:3,10,15
  13:5 17:16
  18:2,7 19:7
  21:22 30:9,18
  31:1,3 33:4,10
  46:12,14,22
  48:6 51:24
  52:15,15,20
  53:1 61:2
  70:24 71:17,18
  77:8 78:20
  84:5,18 85:10
  93:18 112:19
  112:20 149:11
  156:1 175:6
  217:7 219:14

**remembered**
  52:11 149:21
**remodeled**
  49:20 110:7
**remotely** 67:4
**remy** 58:6 74:9
**repair** 168:2
  191:3
**repairs** 103:16
  167:7,14,23
**repeat** 210:18
**rephrase** 5:15
  80:21 167:21
  194:8
**replaced** 87:18
  213:9
**replacement**
  213:14
**report** 3:9,10
  3:12,13,14,15
  8:12 10:25
  16:24 17:5
  18:18 19:6
  22:25 23:24
  27:13 28:13
  30:8,11,15,23
  31:9 32:3,4,5
  32:20,23 33:5
  44:10,19,23
  45:19,24 46:4
  47:12 50:21
  53:7 58:16,24
  60:24 62:8
  63:4 69:4,10

  69:17 72:6
  74:5,11 75:24
  76:5 78:4,5
  79:23 83:7
  86:3 94:5
  100:17,20
  102:16 103:3
  111:21,25
  113:11,15
  114:3,6,8,17,25
  116:9 117:11
  117:14 119:24
  120:2,3,5,6,8
  120:24 121:1,3
  127:20,23
  131:7,20 132:1
  134:11 135:5
  135:10 137:11
  137:14 140:6,9
  154:24 155:2,8
  155:22 156:9
  156:10 157:10
  158:19 159:4
  159:25 161:3,8
  162:12 165:8
  165:13,17,18
  166:8 168:4
  170:2 171:9
  173:19,21
  174:8,12,23
  175:11 176:13
  176:20 177:8
  180:7 182:15
  183:5,18,24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 269 of 288

184:2,19 189:7
189:11,12,15
194:9 202:3
204:10 210:2
210:15,15
211:15 214:13
214:15,21
216:4,9,15,25
217:2,19,23
**reporter** 1:22
4:21 5:16
**reporting**
169:15,16
**reports** 17:12
17:16,25 21:4
21:5 28:3,6
31:16,20 63:17
71:1 88:16
102:19 121:4
127:2 150:5
159:12 166:7
167:22 179:20
180:3 209:12
210:23 211:1
220:6,9,13
**repository**
42:23 43:3,7
43:15 193:15
204:15 220:21
**represent** 5:4
141:4 154:23
155:8 176:12
191:24 193:12
193:18 194:13

200:4 220:20
**representation**
215:3
**representative**
129:18,19,21
**reproduction**
87:6
**required**
185:24
**requirement**
132:14
**research** 8:17
8:18 11:7 16:2
16:11 31:25
35:1 37:14
40:4 56:20
57:9,10 116:4
148:11 152:14
153:9 159:13
161:25 184:11
202:21 203:10
204:14
**researched**
53:15,22
126:19
**resided** 17:1
23:10,11
**resources**
11:11
**respect** 76:5
77:23
**responded** 6:8
114:5

**response** 64:19
129:10
**responses**
122:21
**responsibility**
139:5
**responsible**
212:3
**rest** 21:22
**restate** 74:23
**restaurant**
106:13
**resulting**
130:21
**retain** 197:1
**retained** 10:23
15:22
**retainer** 74:19
**retaining** 45:11
**retention**
183:17 197:6
**retired** 177:17
**returned** 48:2
**revealed**
151:12 152:8
208:3,20
**revealing** 168:6
**reversed** 87:8
**review** 11:3
20:17,21 26:17
31:5 60:23
64:4 78:21
159:23,23
173:18 196:2,2

204:6 214:19
**reviewed** 21:5
64:7,10 120:13
140:12,13
155:1,22 160:2
170:14 172:25
173:4,7,16
176:18 217:21
**reviewing**
18:18 30:25
32:20 64:5
73:23 74:1
179:21
**revise** 30:3
113:19
**revised** 114:2
**reynolds** 7:7
**rice** 2:21
**richard** 141:5
218:6
**ridden** 108:15
**ride** 60:19
82:13 150:19
**riding** 82:25
**rifle** 157:20
**right** 5:23
12:17,21 16:19
16:22 17:2,22
18:13 19:4,11
19:12 22:8
24:21 25:17
26:4 27:21
30:4 32:25
34:3 36:19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 270 of 288

37:19 38:19
40:2,8 50:17
54:18 55:17
56:3,15 57:13
57:15 58:10
59:2 60:5,7
61:4,5,21
62:17,23 66:13
66:19 67:5
69:4 70:5,6,13
71:8 74:9 75:8
82:2,7,10 84:9
85:4 87:8
88:11 90:16,19
90:21 91:16
94:9,21 96:22
97:6 98:3
99:15 100:11
101:4,20 103:3
105:22 107:16
108:10 110:4
111:10,12
112:4 116:7,21
118:22 119:2
122:24 126:17
128:16 129:22
129:22 132:15
132:23 133:5
134:5,7,19
137:4,10 138:7
140:5,13
142:16,19
144:3,6,10,14
145:7 148:25

149:15,18
150:6,24
151:21 153:14
158:7,9,11,12
159:15 161:22
161:23 162:1,3
162:6,17,18
164:15,16,24
165:3,24 166:2
166:11 167:11
167:14 168:17
168:21 171:21
172:1,4,24
174:14,22
175:6,19
176:16,23
177:22,24
178:10 179:7
179:25 180:12
182:19 184:1,5
186:16 187:15
189:20 191:11
192:14 193:21
194:19,24
195:6,9,13,20
195:23 198:8
198:21 199:16
200:18 202:17
209:15 210:2
210:21 212:24
213:25 216:2
219:1
**rigorously**
126:19

**ring** 26:13
**river** 51:12
  115:24
**robust** 134:15
**rock** 164:24
**rode** 83:4
**room** 158:14,18
**roosevelt** 31:24
**rori** 9:15
**roughly** 6:13
  122:17 183:11
  183:22
**routinely**
  199:18
**roy** 47:7,8
**rpr** 1:21,24
  222:2,19
**rule** 205:20
**run** 91:15
  125:21
**running** 86:20
  96:25 99:8
  130:14

| **s** |
| --- |

**s** 2:4 3:1,7 4:1
  9:22 21:8,10
  39:24 193:22
**salisbury** 2:7
**salon** 110:19
**sample** 129:18
  129:19,20,21
**samples** 35:21
  67:21,24 68:3

68:9,9,17
**sampling** 35:21
**sand** 125:14
**sarah** 9:21
**saturday** 91:21
**saw** 30:22 31:8
  31:8 49:17
  52:9 64:11
  92:5,20 94:24
  157:9 170:1
**saying** 18:20
  32:1 117:20,21
  119:3 129:10
  136:6,10 139:5
  147:12 153:20
  160:8
**says** 6:19 39:15
  53:8,13 69:5
  69:17,22,24
  91:18 92:11
  93:13 95:18
  97:9,12 98:11
  100:20 116:25
  122:22 126:13
  133:18 143:11
  144:1,19,22
  146:12 147:4
  148:25 149:4
  149:25 150:15
  151:16 155:5
  157:13 160:12
  160:18 164:12
  165:8 175:1
  177:3,23

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 271 of 288

193:20 195:8
199:16 202:4
202:13 204:10
208:2 209:11
211:25 212:7
212:18,23
213:1,8 214:18
**schedule**
148:17 155:17
164:9,12
184:16 197:6
**scheduled**
47:21
**schedules** 82:9
**scholars** 204:17
**scholarship**
204:15
**school** 34:18
86:25 108:5,6
108:10,15,16
108:17,18,25
109:1,7,9,17
143:20
**schools** 28:24
108:3 111:7
143:23
**science** 220:6,9
220:12
**scientific** 67:22
**scientist** 73:17
85:22 125:12
208:4
**scientists**
125:10

**scope** 215:23
**scored** 213:13
**scott** 10:2
**screenshot**
137:13
**screenshots**
160:24
**se** 153:24
**search** 33:22
**searched** 206:6
**season** 149:5,5
149:6
**seat** 213:13
**second** 3:10,13
22:23 23:1
69:23 100:19
113:11 114:19
120:8 121:3
156:8 199:24
**secretary** 33:14
**section** 45:1
**securely** 213:11
**security** 125:17
**see** 8:22 11:1
13:8 22:17
25:23 29:3
31:6 32:15
33:4,12 47:22
49:15,21,25
50:2 53:11
56:20 60:12
63:19 69:7
76:2 77:11,20
77:25 79:9

83:3 85:6,8
92:13 94:8
95:6 96:9 97:7
98:3,9 99:17
105:16 106:14
107:20 110:19
113:16,22
114:1 116:5,15
117:2,3 120:10
121:15 122:21
129:6 130:9
132:3 134:19
135:10,17
137:13 139:2
141:11,15
142:4,7,9,12,13
143:12,16
144:2,17,20
145:3,9 146:5
146:15,19
147:2 148:9,25
149:4,8,20,23
150:17 151:15
151:17 152:2
155:5,7,9,16,16
155:23 156:12
156:18,22,25
157:3,25
158:11,15,23
160:4,11,15,21
161:16,18
162:17 163:3
163:12,14
164:9,22 165:1

165:9 167:4,9
167:10,12
169:2,16,25
172:14,16
173:8 174:2,5
177:1,15,17
178:12 180:9
184:19,24,25
185:3,14,16
187:1 188:1,23
189:11,19
190:3,20 191:6
191:10 192:4
193:19 194:17
194:17,21
197:14 198:7
198:16,18
199:7,24 200:1
200:22 204:18
205:11 206:14
207:16,18,23
209:1,3,5,15,18
210:14,16,21
211:4,14,18
212:5,12,18,22
**seeing** 31:1,3
77:14 92:22
149:8,11
**seek** 34:6 163:8
**seemed** 116:3
**seems** 29:7
112:14 151:7
**seen** 11:24
15:13 21:11

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 272 of 288

42:7,8 82:8
92:16 95:3
106:23 125:15
133:5 141:8
156:10 158:20
164:2 176:14
184:24 190:18
191:21 197:17
204:1,20
206:25
**segment** 126:3
**selected** 217:2
217:14
**selective**
217:10,13
**selectively**
216:18
**send** 98:24
**senior** 8:16
52:21,22
**senior's** 119:20
**sense** 40:1
98:19 100:11
104:13 106:5
114:8 124:3
125:1 126:21
128:8 138:24
**sent** 10:11
12:24 13:10
198:3
**sentence** 53:13
69:20,22,23
70:2 119:18
136:17 143:8

165:9 174:25
**separate** 111:4
**separately** 47:3
**september** 52:8
**sergeant**
177:17 211:22
**series** 36:25
65:14
**served** 20:14
80:22
**serves** 19:12
168:19
**service** 23:25
75:6 91:19
106:20 127:13
142:25
**serviced** 53:9
**servicemember**
81:25 105:10
108:13 142:24
143:2 146:9
148:20
**servicememb...**
23:10,11 24:17
27:2,5 28:19
33:3 68:8
82:13 98:16
99:13,14 169:6
**serving** 168:25
**session** 123:17
123:21
**set** 21:23 22:1
65:20,22 66:1
124:22 126:19

127:5,11
128:12 139:10
**setting** 81:16
**several** 40:14
48:1 64:18
213:1
**shah** 31:5
**shared** 123:7
**sharon** 2:22
**shave** 193:2
**shaven** 145:11
**shaving** 145:11
**shed** 79:19
**shirts** 93:13
**shoes** 153:22
**shop** 87:8,14,17
87:25 153:20
191:3
**shopping**
110:18 181:8
181:15,17,19
**short** 103:22
151:8 183:7
187:1
**shorten** 61:3,9
**shorthand**
21:16,18
**shortly** 47:9
**show** 82:24
102:2 117:14
142:2 143:2
170:19 176:6
179:9 180:23

**showcase**
204:14
**showed** 30:11
47:23 160:10
171:17 181:23
197:25
**shower** 151:20
167:8 192:25
**showers** 49:15
169:21
**showing** 95:23
105:20 164:23
211:17
**shown** 49:9
75:6 84:23
150:11
**shows** 96:21
98:5,8 172:13
181:8 188:20
189:15 190:22
**shuttle** 148:7,8
148:13
**side** 87:8 151:8
186:15
**sides** 66:25
**signature**
222:17
**signed** 214:18
**significant**
45:14,16 88:10
88:15 115:23
**significantly**
67:15

Golkow Technologies,
A Veritext Division
877-370-3377                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 273 of 288

silver  149:22
similar  88:21
   110:24 203:24
similarly
   216:18
simply  75:17
   127:22 132:16
   187:8
single  42:20
   99:14 104:23
   146:1
sir  5:4 6:3
   44:24 52:25
   64:14 71:22
   75:9 78:19
   79:23 89:23
   95:5,21 97:8
   99:10 105:13
   107:17 109:11
   109:14 111:16
   114:9,14
   145:13 154:21
   155:3 177:22
   188:14 189:6
   189:13,14
   197:13 200:21
sit  12:11 19:8
   118:9 176:22
   206:2
site  7:12 13:24
   13:25 14:7
   18:6 23:1 28:3
   28:4 36:18
   50:6,6,7 84:10

84:12,14 85:8
   100:8 118:5
   157:3 196:13
   196:13 208:5
sites  51:5
sitting  57:21
   59:15 79:17
   90:22 109:21
   111:13 162:23
   164:19 188:1
   196:10 198:25
situation  53:22
   121:8 192:21
situations
   181:4
six  135:13
sixties  60:20
size  129:20
skewed  130:18
   130:20
slanted  64:22
   186:15
slide  162:17
   163:12
slides  163:18
slow  5:17
slowed  84:22
small  156:3
   157:15
smith  47:10,20
smithsonian
   34:19
softball  149:6

soil  85:15,22
soils  85:21
solid  130:22
solutions  92:12
solvent  56:2,6
   57:2
solvents  55:22
   56:4 191:14
somebody
   25:14 47:21
   87:11 91:5
   124:12 125:10
   132:6 148:1
   153:17 200:12
somewhat  29:7
   124:2
soon  92:20
sorry  11:16
   19:1 27:4
   94:24 146:16
   186:4 219:8
sort  144:5
   155:13 185:5
   191:4
sought  114:24
sound  10:13
   55:17 61:21
   108:10 147:7
   150:24 206:2
sounds  41:20
   150:6
source  11:8,11
   24:5 62:10
   75:5,12 114:12

136:18 137:4,7
   182:1,9 198:19
sources  29:21
   29:23 53:17
   77:25 134:16
   134:23,23
   135:2 140:10
   186:1
southeastern
   192:6
southern  1:3
   4:12
spac  2:23
spaliatian
   39:20,25
spanning
   208:11
spark  18:16
   19:2,9 20:4,11
speak  23:21
   27:12 33:3
   205:13
speakers  33:12
   33:12
speaking  69:15
   100:7 134:21
   152:17 169:19
specialities
   28:23
speciality
   143:23
specially  22:6
specific  133:9
   219:7,9 220:16

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 274 of 288

**specifically** 143:21
**speeches** 17:18
**spell** 9:17
**spellings** 10:8
**spent** 28:8
50:10 54:1
100:10 146:20
168:2 177:6,9
191:14
**spoken** 23:14
**sponsored** 106:10
**sports** 145:2,7
145:15 149:12
149:18,19
151:13 153:10
**spouses** 99:17
106:10
**spout** 213:11
**sprayregen** 2:22
**spring** 126:13
126:14
**square** 75:7
**sr.'s** 216:15
**staff** 8:9,11,15
8:16,23 10:17
11:2 12:19
20:19,20 21:1
31:17 43:2
46:25 47:3
48:10 161:21
176:18 203:10

205:22 211:22
**stake** 200:10
**stakeholder** 200:1,19
**stakeholders** 65:15,17
**stand** 100:13
221:7
**standing** 84:24
85:7 188:7
**standpipe** 72:24 173:10
210:14,22,25
211:3,6,15
213:4,22
**standpipes** 73:8 174:4,16
174:21 175:2
175:13,18
180:8,10,15
**standpoint** 95:11
**stars** 204:14
**start** 5:15 13:6
16:19 23:6
37:22 39:3,4
88:18 129:22
201:25 202:5
202:24 203:6
219:8
**started** 6:14
13:9,25 22:7
35:19 52:12
83:24 162:2

183:5,23
**starting** 147:18
164:3 171:13
**starts** 194:23
**state** 52:11
**stated** 19:2
38:10
**statement** 16:3
16:6 19:21,24
119:21 199:20
216:16
**statements** 17:19 172:7
173:1
**states** 1:1 4:11
4:18,20 15:22
45:2 48:11
74:15 167:18
205:17 216:8
220:19,22
**static** 107:16
**station** 51:12
115:25 116:21
116:25 117:19
118:21 119:22
212:4 216:13
216:17
**stationed** 19:16
27:18
**stations** 29:7
117:6 216:21
**statute** 40:22
**statutory** 17:2
26:19 42:14

53:10 66:8
73:9 83:20
104:23 105:6
129:14 136:20
141:22 179:6
214:24
**stay** 26:25
46:23 62:2
151:14
**stayed** 46:22,24
**stenographic** 1:22
**stenotype** 1:24
**stenotypy** 222:7
**stereos** 103:25
**stewardship** 14:13
**stood** 51:8
**stop** 84:21,25
**stops** 187:1
**storage** 78:17
207:22
**store** 67:22
103:23 104:11
**straight** 92:25
**straightforward** 169:23
**strategic** 139:12
**street** 2:6,14
39:15,17
**stressors** 68:19

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 275 of 288

| | | | |
|---|---|---|---|
| **strickland** 1:21 | **suggests** 175:19 | **supposed** 69:25 | **suspect** 81:14 |
| 1:24 4:22 | **suing** 45:20 | 125:2 | 85:11 123:22 |
| 222:2,19 | **suite** 1:18 | **sure** 18:12 | **sustainable** |
| **strike** 10:16 | **summarized** | 23:20 25:8,12 | 204:17 |
| 75:1 | 167:2 | 29:4 35:9 57:6 | **swear** 4:22 |
| **strikes** 152:21 | **summary** 121:7 | 61:7 63:15 | **sweat** 192:24 |
| **string** 184:20 | 185:21 | 64:14 80:7 | **swimming** |
| **structure** 188:6 | **summer** 10:1 | 91:1,4 104:4 | 105:7,12,14,15 |
| **structured** 49:3 | **sunglasses** | 107:2 127:15 | 105:18 |
| 49:5 | 188:10 | 153:4 155:15 | **switched** |
| **studied** 54:4 | **sunny** 192:12 | 161:12 171:1,3 | 101:23 102:3 |
| 61:12 | **superfund** 7:6 | 173:9 176:19 | **sworn** 1:20 5:1 |
| **studies** 76:1 | 7:9,12 13:25 | 178:23,24 | 29:14,15 65:3 |
| **studs** 125:23 | 36:18 196:13 | 195:20 210:20 | 117:10 119:13 |
| **study** 16:7,10 | **supplement** | 218:15 | 122:12 222:5 |
| 129:24 130:16 | 113:20 | **surface** 44:18 | **synthetic** 55:15 |
| **stuff** 123:9 | **supplemental** | **surgery** 81:16 | **system** 54:9 |
| 127:19 | 8:20 30:15 | **surmise** 25:11 | 57:19,23 58:3 |
| **style** 49:10,12 | **supplies** 103:9 | **surprise** 133:17 | 58:22 59:11,18 |
| 49:19 | 103:10 | 133:22 153:16 | 65:3,7 102:4,8 |
| **subject** 124:4 | **supply** 15:9 | 153:25 | 102:13 109:6 |
| 126:5 205:20 | 84:13 103:5,7 | **surprised** | 111:20 115:25 |
| **subjects** 125:5 | 142:15 143:16 | 37:12 47:22 | 138:13,14 |
| **subsequent** | 153:20,25 | **surrounded** | **systems** 15:10 |
| 71:1 114:25 | 195:12 | 157:15 | 58:25 116:6 |
| **substance** 7:20 | **support** 134:17 | **surrounding** | 205:10 |
| **substances** | 170:22 | 94:18 | **t** |
| 53:14 | **supporting** | **surviving** | **t** 3:1,1,7 9:18 |
| **substantive** | 45:21 | 193:19 196:3 | 39:24 |
| 74:14 167:17 | **supports** | **survivors** 24:8 | **table** 83:9 |
| **suburbs** 157:15 | 175:17 213:21 | 65:25 66:18 | 172:14 |
| 157:22 | **suppose** 118:15 | 67:21 68:4 | **take** 5:17,18 |
| **suggest** 61:16 | 211:25 | 128:14,22,24 | 13:2 22:3 43:1 |
| 128:20 | | 133:14 182:8 | |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 276 of 288

44:1 50:9
54:23 61:19
67:21 122:9
125:25 127:18
127:22 131:8
131:11 132:17
141:7 150:13
150:25 156:20
167:8 175:22
175:24 177:7
192:25 194:7
198:3 211:10
214:2 218:17
**taken** 1:17,24
19:13 26:11
60:19 67:24
68:3,10 124:14
125:6 135:14
136:12 141:6
141:12,17,20
177:8 189:22
190:7 201:22
222:3,7,12
**talk** 6:6 18:9
24:14 25:4
50:10 62:5
71:13 74:13
77:6 87:23
107:9 114:10
124:4 129:1
132:16 134:4
145:15 166:20
169:4 170:18
174:11 186:12

**talked** 23:9
55:3 74:10
91:7 94:6
114:16 117:25
134:11 137:6
171:9,14
174:22 182:16
186:7,18
189:14 201:24
**talking** 24:16
24:21 25:3
28:13 32:15
55:19 112:10
114:22 128:6,7
136:22 142:12
156:15 178:24
189:25
**talks** 23:24
36:4 56:14
135:13 142:15
143:15 144:8
144:13,16
145:2,10 149:3
149:13,14
165:18 167:6
180:8 198:10
206:13
**tank** 150:1,1
207:22
**tanks** 78:17
**tapped** 213:4
**tarawa** 41:22
53:15 54:4,8
58:25 59:11,17

75:6,13 76:11
83:23 84:13
91:25 92:4
99:7,12,22
100:9 108:14
108:21 109:17
109:23 110:2,4
110:4,9,14
111:14,17
112:4,6,12
115:18 129:4
157:21 170:23
185:1 194:14
199:2
**task** 15:25 22:7
31:25 37:2
196:17
**tasked** 40:19
165:17
**taught** 52:11
52:13,18
**tce** 18:3 20:2,7
54:25 55:2,5
57:7 75:19
77:18 89:4
92:15 129:25
**teacher** 200:24
**team** 13:25
35:4 38:15,19
42:19 77:11
79:8 89:18,20
90:7 137:17
141:15,19
157:2,3 159:23

161:5 173:4,15
179:17,21
180:2 191:13
196:2 197:20
**teams** 161:2
**technique**
65:12 66:2
**technology**
67:13 68:17
**telephone** 13:1
13:14 94:9,12
94:16,22 95:1
96:10 110:14
132:21 133:2
**tell** 5:14,18
47:15 48:5
49:4 83:14,24
84:18 87:14
91:1,15 100:1
100:5 103:21
107:4 120:18
136:9 171:5,7
183:12,13
187:19,20
192:1 195:21
195:24 201:16
**telling** 31:16
52:16,20
136:23
**tells** 5:16
**ten** 5:23 36:1
88:7,10 123:14
123:19,21

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 277 of 288

tend   62:2
   170:21
tent   100:23
terkel   125:23
term   8:15
   92:16
terms   42:11
   129:25 179:24
   185:6 201:4
terrace   41:23
   53:16 54:4,9
   75:6 83:23
   84:13 91:25
   92:5 99:7,12
   99:22 109:17
   109:23 110:4,4
   110:9,15
   111:17 112:4,6
   112:12 185:2
terraces   157:21
terry   173:4
testified   5:1
   29:19 141:22
   159:15,18
   163:6 175:1
   199:22 203:24
testifies   86:19
testifying   19:10
testimony
   17:14,23 19:4
   19:18,24 27:3
   27:7 28:7,15
   28:17 29:3,9
   38:5 62:20

65:3 117:10,15
118:11 119:9
119:13 122:6
122:12 134:18
139:21,25
140:5 152:6,8
152:18 153:7
153:13 158:25
159:10 166:24
167:3 172:7
173:1,5,14,16
175:7,17
185:18 189:12
189:16,18
203:16 216:12
216:20 217:11
217:13 222:4,6
222:9
tests   36:4
   188:16
tetra   54:20
tetrachloroet...
   54:17 55:12
   92:25 93:1
text   204:14
   211:4,7,8,11
   212:14
texts   73:24
   74:2,4
thank   5:13,20
   26:3 44:16
   74:22 79:25
   94:24 109:15
   114:1,15

158:10 160:17
218:4 219:20
thanks   146:19
theater   107:12
theaters   107:9
   107:10,20,25
   108:2
thesis   3:19
   159:21,24
   197:14 198:2,4
   198:7 205:9
   207:14
thing   36:25
   43:11,19 61:18
   82:20,21 104:2
   116:12,18,19
   126:17 132:8
   140:19,22
   178:11 188:2
   200:18 205:3
things   5:13
   17:22 21:16
   23:1 28:24
   49:16 51:5
   56:10 67:9
   70:6,9 85:14
   95:19,23 103:5
   103:10,13,16
   104:5 107:4,15
   112:3 119:8
   120:1,5 122:23
   123:25 127:25
   140:7,7 143:1
   144:1,24

153:11 157:13
167:13 169:21
171:12 181:10
184:4,11 185:1
185:3 186:9
193:20 195:12
199:23
think   10:17
   12:6 15:3 16:5
   17:20,25 18:5
   18:6,13,14
   19:1,7 21:17
   26:16 27:2,5,8
   27:9 28:10,20
   29:9,14,18
   30:17 31:5,22
   31:24 32:8
   35:2 41:20
   51:16 52:2
   53:2 59:8
   61:24 62:4
   66:6,9 67:1,9
   68:6,25 69:13
   80:18 85:1
   91:14 94:16
   95:15 101:24
   102:16,24
   104:4,15
   107:11,12,12
   118:24 119:4
   121:24 122:23
   123:6,20,23
   124:22,23
   126:7,9,24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 278 of 288

127:10 130:12
130:16,17
132:20 133:8,9
133:16 134:21
136:25 139:8
144:7 148:1
150:19 155:12
155:13 158:20
159:9,11
162:25 169:20
169:22 171:17
174:14 178:3
179:15 187:21
191:23 199:12
201:6 203:12
205:5 219:16
**third** 100:19
114:20 160:5
194:17
**thirst** 192:22
**thought** 18:20
64:17 124:10
129:10
**thoughts**
123:19 179:23
**thousands**
42:13
**three** 45:10
51:16 55:5
114:10,17,22
114:25 117:9
190:4
**threshold**
77:18

**throw** 146:13
**thursday** 1:10
46:15,15,16,17
46:21
**tight** 184:16
**till** 69:19
**time** 4:6 5:18
7:2 10:16 11:2
11:12 13:16
17:13,13 21:25
28:8 30:13,24
36:12 40:20
42:5,14 50:8
50:11 51:20
54:10 58:14
60:25 61:4,8
61:13,25 62:6
63:17,20 66:7
79:19 80:1
81:20 83:20
85:4 89:10
93:9,9,12
98:25 100:5
103:14 104:12
105:16,16
107:14 110:17
115:10 123:18
124:17,19,22
130:24 135:4
136:22,24
141:22 143:20
143:25 146:21
148:9 156:20
169:3 175:22

177:6,10 178:7
178:8,22 179:4
180:5 181:5
182:11 183:4,7
183:13,24
192:19,19
207:3 211:10
**timeframe**
183:17
**timeline** 11:24
11:25 35:25
36:3 37:21
79:1,4 86:15
160:6,9 163:15
163:20 164:1
201:25
**timelines** 11:22
11:22 14:6
35:15 161:19
163:14
**times** 14:22
17:17 24:9
25:14 40:15
45:10 46:7
51:17 76:18
116:14 136:20
138:13 148:7
148:16,21,24
149:6 159:16
218:19,23,24
**tired** 123:21
**title** 198:7
203:23

**today** 12:11
19:8 41:1,6,9
41:12,16,17,18
41:24 42:13
57:21 59:15
67:14,21 68:21
79:17 90:22
109:21 111:13
112:15 126:1
129:1 131:2
150:5 157:2
160:20 162:23
164:19 176:22
196:11 197:25
198:25
**today's** 4:6
67:3 68:17
**together** 50:19
87:12 160:11
184:2
**told** 14:21,22
14:24 34:16
71:19 90:15
167:12
**tom** 78:8 199:8
**took** 14:12
50:25 127:25
135:6
**top** 59:2 69:17
72:1,15 86:7
94:11 109:12
109:16 115:16
121:3 143:7,11
149:19,24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 279 of 288

154:23 155:17
158:3 164:12
167:2 194:22
195:8 199:7
200:22 210:20
211:14
**topic** 16:2 22:4
22:11 33:5
35:3 36:10,11
36:13 38:20,22
39:1 126:20
167:22 168:1,7
170:6 181:3
185:7 191:14
196:2,6,21,25
210:1
**topics** 14:17
28:18
**total** 42:4
**tour** 47:16 48:3
48:5,20,24
49:3,5 50:24
84:19 92:6
112:6 151:1
**tournament**
149:7
**tournaments**
149:3,9,11
151:14,16
**toward** 94:25
97:24 130:18
130:20 185:17
**towards** 120:8
186:15

**town** 145:20
146:25 147:1
**townsend** 78:8
**toxic** 7:20
53:14 57:2
**toxicity** 77:18
**track** 196:7
**trade** 56:17
92:20,25 93:5
**traffic** 63:8
**train** 162:13
163:18
**trainees** 60:10
**training** 39:8
51:4 105:5,8
105:11 142:15
143:16,20,23
153:20 192:18
215:11,15
**transcribed**
1:25 123:12
133:2,3 134:3
**transcript**
18:10 123:16
141:4,8 177:16
177:20 185:20
186:10,10
187:3,10
217:18 218:5,9
219:5
**transcription**
123:12
**transcripts**
141:12,16

159:10 208:10
208:12,17
**transpired**
47:16 136:19
**transport** 89:9
**travel** 23:25
24:6,19,20
50:24 60:12,17
60:25 61:3,8
61:13,25 62:6
63:20 82:1
109:5 146:7
147:13 165:18
**traveled** 25:14
25:15 26:20
**traveling** 24:15
61:10,14,17
**travelled**
170:22
**treatment**
49:11 53:9
54:5,9 57:14
57:19 70:21
80:12,14,15,20
83:12,19
111:17 115:17
115:19 116:6
137:15 138:6
195:13,19,22
196:3,11,19
197:2 198:20
**trees** 85:9,25
**tri** 55:5

**trial** 63:18
**trichloro** 58:21
**trichloroethyl...**
54:24
**trichlorometh...**
115:24
**tricks** 27:10
**tried** 15:2
17:10 36:25
38:13 60:5
71:2 90:3
151:9 206:22
**triggered** 36:21
**trip** 62:7,9
218:17
**trips** 218:12
**trucks** 167:4
**true** 118:2
147:11,12
152:22 153:22
154:8 165:12
165:22 167:24
169:10 170:21
184:9,10
202:11 222:9
**trust** 120:11
124:20
**truth** 33:23,25
65:6 118:13
**truthful** 27:3,6
**truthfulness**
118:25
**try** 6:24 13:8
26:25 61:8

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 422-1     Filed 07/03/25     Page 280 of 288

63:11 65:6
71:21 80:10
82:23 161:6
**trying** 11:8
13:18 17:25
33:1 39:2
118:12 119:11
128:18 133:8
196:7
**tuesday** 46:20
47:19
**turn** 85:5
210:11 212:10
214:14 216:6
218:7 219:4,20
**turned** 11:13
15:9 16:8
84:25 171:19
210:13 216:7
**turning** 84:20
**tvs** 103:25
**twice** 108:7
213:10
**two** 6:2 8:21
45:10 51:16
52:17 55:9
77:16 100:6
105:4,6,8
110:3 111:7
121:21 122:14
166:10 179:22
**type** 58:23
74:16 82:20,21
105:15 106:13

127:19,24
143:19 176:21
188:2,2 191:3
196:8
**types** 32:4
103:18 137:1
**typically** 99:14
193:4

| u |
| --- |

**u** 9:10,10 21:8
173:25
**u.s.** 2:10 16:15
18:4 20:13
45:20 76:1
112:15 135:20
177:14 179:19
182:25 184:21
192:7
**ubiquitous**
112:14,23
**ultimate**
217:22
**unable** 15:3
89:21 90:4
**uncertain**
152:25
**under** 1:25
26:18 27:3,6
29:15 48:9
74:15 77:17
114:14 117:25
118:11 124:9
124:11 191:7

205:18,19
215:20 222:8
**undergrad**
200:23
**underground**
78:17 207:22
**understand**
5:14 11:21
20:12 32:18
33:21 35:10
37:3,4 39:7
40:17 61:11
64:20 66:3,12
69:16 70:12
81:1 119:10
124:13 125:23
129:9 135:4
138:4 139:4
140:15 154:3
159:14,17
161:6 179:17
181:12 185:18
199:24 203:12
**understandable**
147:7
**understanding**
15:21 34:6
35:22 40:23
53:21,25 54:12
55:14,20 57:20
68:14 71:23,25
73:7 75:21
82:14 93:4
98:15 102:11

102:12 103:12
103:15 104:6
105:5,10 106:2
108:9 114:24
124:6 196:10
200:3 220:15
**understood**
113:3
**undertake**
63:15
**undertaken**
13:16 66:18
79:9
**undertaking**
43:5
**unfortunate**
14:25
**unfortunately**
158:6
**uniforms** 98:20
144:2 153:21
**unit** 171:6,21
192:4
**united** 1:1 4:11
4:17,20 15:22
45:2 48:11
74:15 167:18
205:16 220:19
220:22
**units** 109:25
110:9 172:8
213:2,11
**university**
52:12 204:13

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 281 of 288

**unnecessary**
  62:9
**unpleasant**
  52:3
**unquote** 97:14
  98:12 122:7
  139:25 157:15
  213:18
**unredacted**
  79:10 163:8
  209:6
**unreliable**
  75:11 155:24
  159:10 187:8
**unsure** 12:11
**update** 112:1
**updated** 94:18
**upside** 87:9,10
**upwards** 78:10
**urguhart's**
  216:20
**urquhart** 25:23
  26:2 28:11
  29:5 217:15
**urquhart's**
  117:4 216:19
**usdoj.gov** 2:17
  2:18
**use** 8:11 19:25
  23:23 28:14
  39:16 56:4
  67:22 69:11
  83:20 92:12
  112:14 132:17

  140:8,8 170:6
  175:1 185:9,25
  193:4 217:10
**used** 12:25 18:4
  19:2 20:2,3
  22:12 52:18
  56:6,11,14
  65:7 72:15
  73:9 84:10
  92:19 93:9
  100:15 146:4
  149:6 155:6
  159:11 163:17
  163:18 174:4
  175:18 195:2,5
  198:19 220:9
  220:12
**useful** 26:16
  65:13 66:20
  67:1 130:2
  178:20 182:14
  185:6,12
  204:22
**uses** 56:13
  212:15
**using** 21:17
  26:25 29:2
  37:19 63:6
  68:17 88:14,21
  105:11 117:10
  153:14,17
  162:12 213:11
**usually** 45:12
  55:21 104:1

  130:14 169:12
**utero** 41:21
**utilize** 204:17

**v**

**v** 21:10
**va** 160:24
  162:12,17
  163:12,18,22
**vaguely** 194:11
**valid** 18:20
**valuable** 136:3
  170:5
**value** 19:20
  130:9
**valve** 213:5,9
  213:13
**vapor** 20:7
**variances**
  128:3
**variant** 125:24
**variety** 105:10
  152:8 208:11
**various** 49:8
  57:7 80:20
  103:17 104:5
  158:25 213:2
**vehicles** 98:24
**vendors** 206:19
**venetian**
  171:19
**verify** 13:9
**veritext** 4:5

**versus** 18:5
  57:5 62:3
  89:18 99:14
**vic** 75:25
**victor** 12:17
  37:20
**video** 4:8 27:22
  64:7 123:11
  132:1 134:12
  170:11 171:15
  198:1
**videoconfere...**
  2:20
**videographer**
  2:25 4:3,5,21
  6:20 44:2,6
  93:22 94:1
  131:12,16
  175:25 207:6
  207:10 214:4,8
  221:7
**videotaped**
  1:14
**vietnam** 52:18
  126:2,4
**view** 31:2 65:17
  90:12 122:15
  205:3
**viewed** 183:17
**viewpoint**
  87:13
**visit** 47:1,3
**visited** 31:23
  112:7 221:1,3

| | | | |
|---|---|---|---|
| **visiting** 32:4 | **warehouse** | 116:20,25 | 190:1 194:23 |
| **visual** 181:2,24 | 103:6,8,10 | 117:5,19,24 | 204:5 218:1 |
| **vottak** 4:5 | 142:19 | 118:5,7,20 | **ways** 188:14 |
| **w** | **warm** 51:25 | 119:21 121:7 | **we've** 15:2 43:4 |
| | **wary** 29:2 | 121:12 127:6 | 141:3 176:18 |
| **w** 2:13 206:1 | **washington** | 131:9 137:15 | 183:8 198:2 |
| 222:2,19 | 1:19 2:15 4:9 | 138:6,14,16,19 | **weaker** 138:25 |
| **wait** 91:5 | 142:9 | 138:22 141:23 | **wearing** 188:9 |
| **walk** 6:4 44:9 | **waste** 22:11 | 149:14,23,25 | **weather** 51:23 |
| 47:17 | 168:1 | 150:2,4 151:25 | **web** 14:7 |
| **walked** 42:10 | **wastes** 191:15 | 151:25 159:2 | **website** 6:5 |
| 92:6 139:10 | **water** 1:7 4:10 | 170:6 172:14 | 11:4,9,23 |
| **wallace** 2:5,23 | 5:5 15:10 | 172:19 175:5 | 20:13 78:7,15 |
| 4:15 80:23 | 35:21 49:11 | 180:11,16,17 | 78:23 79:1,5 |
| **wallmeyer** | 53:9,17,22 | 181:22 185:8,8 | 86:15 121:9 |
| 205:25 206:5 | 54:5,9 57:13 | 193:5 195:12 | 135:20 160:6,9 |
| **walmart** | 57:18 58:6,19 | 195:19 196:3 | 160:25 161:19 |
| 104:11,16 | 58:20,22 59:1 | 196:19 198:20 | 162:13 163:14 |
| **walters** 173:15 | 59:5,25 62:19 | 200:13 212:3,7 | 177:14 179:19 |
| 175:1,17 | 66:4 70:16,21 | 212:9,15,20 | 184:21 199:17 |
| **want** 8:22 35:9 | 71:12,13,15,16 | 213:3,3,12,18 | 201:10,12,15 |
| 48:16 118:22 | 71:16,20,23 | 213:22 214:22 | 201:17,25 |
| 123:20,22 | 72:5,10,14,23 | 216:13,17,21 | 202:12,12 |
| 131:9 184:14 | 73:9 75:25 | 218:6 | 204:21 |
| 218:3 | 76:18 80:12,14 | **way** 6:24 18:22 | **websites** 20:21 |
| **wanted** 44:9 | 80:15,20 81:20 | 32:9 38:7 | **wednesday** |
| 50:19 61:3 | 82:2 83:12,19 | 51:11 64:19,23 | 46:20 |
| **wanting** 128:19 | 83:23 84:13 | 72:8,16 75:20 | **week** 148:23 |
| **wants** 124:12 | 88:11 102:4,20 | 79:21 80:10 | 154:13 218:22 |
| **war** 18:4 19:11 | 111:17 112:14 | 85:9 88:24 | **weekend** |
| 52:18,19 101:9 | 112:23 114:19 | 99:1,3 101:22 | 145:21 146:4 |
| 125:18 135:23 | 114:21 115:17 | 102:13 135:22 | 146:10 151:17 |
| 183:14 190:11 | 115:19 116:5 | 155:1 177:24 | **weekends** |
| | 116:10,13,15 | 179:25 181:20 | 145:25 146:3 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 422-1 Filed 07/03/25 Page 283 of 288

| | | | |
|---|---|---|---|
| 151:20 154:12 | **willing**   64:4 | 77:3 78:15 | 172:11,22 |
| **weigh**   29:23 | **wilson**   47:20 | 81:14 82:4 | 174:10 179:14 |
| **weighed**   29:20 | 49:6 51:11,15 | 83:3 84:16 | 180:5,19 181:7 |
| **wells**   138:20 | 112:9 153:2 | 85:18 86:22 | 182:3 185:11 |
| 195:9,12,22 | **window**   171:6 | 88:6 89:3 90:1 | 185:15 186:1,4 |
| 198:19 199:1 | 171:18,21 | 90:10 91:1 | 186:11 187:5 |
| **went**   31:24 | 172:8 192:4 | 92:2 93:4 | 187:12 188:5 |
| 33:11 37:22 | **wise**   92:8 | 95:15 96:5,19 | 194:3 195:16 |
| 47:9,15 50:7 | **witness**   1:15,20 | 97:3,21 98:19 | 196:15,23 |
| 51:4,11,16,18 | 3:2 4:22,25 | 99:3,10 100:13 | 197:5 198:23 |
| 51:18,20 62:21 | 7:15 8:2,7 | 102:7,24 105:1 | 199:5 200:17 |
| 75:21 80:15,24 | 13:21 14:4,10 | 105:24 109:9 | 201:6,20 202:8 |
| 84:9 87:5,24 | 14:21 15:12 | 110:11 112:18 | 202:19 203:8 |
| 90:11 92:21 | 16:5 18:25 | 113:1 115:13 | 204:5,24 205:5 |
| 102:20 104:11 | 19:19,23 22:15 | 117:13 118:15 | 206:9 207:25 |
| 104:12 106:3 | 23:17 24:11,24 | 119:17 120:20 | 208:14,24 |
| 106:25 112:11 | 26:22 31:22 | 121:19,24 | 209:9,23 |
| 112:16 126:12 | 32:13,18 33:7 | 125:8 126:9,23 | 210:18 214:18 |
| 126:13 129:4 | 35:9 36:15 | 127:9 128:10 | 214:20 217:6 |
| 129:13 137:16 | 37:12,25 38:9 | 128:18 129:9 | 222:4,6,10 |
| 143:14 152:5 | 38:17 39:7 | 130:11 132:11 | **witnesses**   17:1 |
| 163:20 175:8 | 42:1,17 43:21 | 132:20 133:1 | 17:15 26:17 |
| 178:7 191:15 | 44:16 48:8 | 133:22 134:7 | 65:3 91:7 |
| 201:14 | 56:10 57:25 | 135:1 136:5 | 124:18 |
| **whatnot**   182:14 | 59:21 60:3 | 138:9,22 139:4 | **wives**   105:21 |
| 211:12 | 61:24 62:14,25 | 139:16 140:21 | **woman**   99:19 |
| **whatsoever** | 64:1,25 65:9 | 141:25 148:1 | 180:23 |
| 139:12 | 65:19 66:6,23 | 151:4 153:16 | **women**   101:17 |
| **whitman**   49:25 | 67:8,18 68:6 | 154:10 159:7 | **wondering** |
| **whitney**   2:23 | 68:13,24 70:8 | 161:12 162:9 | 212:2 |
| **wife**   22:24 31:6 | 71:5,10 72:4 | 162:25 163:22 | **word**   8:11 |
| 190:24 | 72:19 73:1 | 164:5 166:4,17 | 17:19 21:11 |
| **william**   173:14 | 74:7,13,23 | 167:16 169:19 | 30:21 39:12,19 |
| | 75:15 76:8,22 | 170:8 171:1 | 39:25 63:6 |

Golkow Technologies,
877-370-3377                      A Veritext Division                      www.veritext.com
Case 7:23-cv-00897-RJ      Document 422-1      Filed 07/03/25      Page 284 of 288

69:11 70:3
88:14 120:14
120:14
**words** 71:24
85:7 87:22
121:15 122:11
132:15 133:19
133:25 200:11
**work** 8:5,8,24
10:12 20:18
34:14,15,20
45:17 48:9
56:23 58:13,23
60:7 63:11
82:23 92:15
124:21 135:6
147:5,15
154:13 161:6
162:5,6 167:6
167:19 169:16
183:23 184:13
204:12 205:19
206:17,19
209:21
**worked** 11:3
23:10 42:14
52:16 127:1
128:24 141:21
200:23 201:1
**working** 15:22
122:24 183:6
**world** 18:4
19:11 79:22
101:9 125:18

135:22 183:14
190:11
**wrapped**
181:13
**write** 28:21
32:3 70:10
214:20
**writes** 34:1
**writing** 30:6
32:3 34:7
52:21 211:12
**written** 17:24
18:11 19:6
23:23 136:13
211:22
**wrong** 87:12
145:8 218:25
**wrote** 32:22
94:13,16
136:17 169:7
196:7
**wtp** 75:6,13
**wtps** 53:10,16

| x |
|---|

**x** 3:7 133:20

| y |
|---|

**y** 206:1
**y'all** 165:5
173:7
**yeah** 10:14
26:1 35:18
38:9 66:25
67:12 90:17

112:18 129:19
133:8 135:1
160:16 161:24
166:17 174:10
175:23 179:5
181:15 188:5
188:12 190:25
207:4,4,4
**year** 5:25,25
12:4,6,14
44:20 45:10
51:20 52:13,14
52:24 53:3
70:22,23 71:19
83:17 84:5
87:19 88:3
96:25 120:21
136:20 150:22
212:9 213:10
218:21
**yearbook** 87:1
87:17 88:1
90:6,11
**years** 14:11
19:7,10 25:9
25:11 27:10
36:1,25 40:11
40:25 41:5,16
41:17,18 52:17
54:1,2,3,6 63:9
67:16 106:18
110:7 123:13
123:14 125:3
135:16 136:11

136:14 148:2
160:15,20
161:8 178:1,4
178:5,7,8
183:15 203:22
206:20 208:11
213:1 219:13
**yellow** 12:20
13:12,17 23:2
40:10 95:7
96:25 97:1
100:2 161:17
**young** 125:9,11
150:20,22
192:16
**younger** 130:18
130:20
**youth** 164:11

| z |
|---|

**z** 25:25 141:5
**zina** 2:23
**zinni** 25:25
26:1 117:18
119:4 217:3,14
**zinni's** 116:19
117:22 118:18
118:24 216:10
216:12 217:17
217:21
**zoom** 6:19 67:5

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 422-1    Filed 07/03/25    Page 285 of 288

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.