# Exhibit C

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF NORTH CAROLINA
 3                      SOUTHERN DIVISION
 4                     No. 7:23-CV-897
 5    IN RE:                        )
                                    )
 6    CAMP LEJEUNE WATER LITIGATION)
                                    )
 7    This document relates to      )
                                    )
 8    ALL CASES                     )
                                    )
 9
10
                              *  *  *  *  *
11
12
13
14              The remote video deposition of
15              MORRIS MASLIA, taken via
16              Zoom videoconference on the 29th day
17              of May, 2025, commencing at
18              approximately 11:58 p.m. EST.
19
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 2 of 76

```
 1                 A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3              WEITZ & LUXENBERG
                700 Broadway, 2nd Floor
 4              New York, New York  10003
                BY:  Laura J. Baughman, Esq.
 5                   Lbaughman@weitzlux.com
                     Devin Bolton, Esq.
 6                   Dbolton@weitzlux.com
 7
     FOR THE DEFENDANT:
 8
                U. S. Department of Justice
 9              P.O. Box 340, Ben Franklin Station
                Washington, D.C.  20044
10              BY:  Haroon Anwar, Esquire
                     Haroon.anwar@usdoj.gov
11                   Giovanni Antonucci, Esquire
                     Giovanni.antonucci@usdoj.gov
12
13   ALSO PRESENT:
14              Alex Spiliotopoulos
                Deanna Havai
15
16
17   VIDEOGRAPHER:
18              James Vonweigen
19
20
                Lois Anne Robinson, RPR, RDR, CRR
21              Court Reporter
22
23
24
25
```

```
1                    I N D E X
2   EXAMINATION                              PAGE
3   By Mr. Anwar                                5
4   By Ms. Baughman                            56
5                        *   *   *   *
6   EXHIBITS
7   Exhibit Number 1                            8
8     Supplemental report
9   Exhibit Number 2                           44
10    TT Supply Wells - Table A9
11  Exhibit Number 3                           53
12    CLJA_WATERMODELING_01-0000093047 - 114
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 4 of 76

1    VIDEOGRAPHER:

2            We're now on the record.

3            My name is James Vonwiegen.  I'm a

4    videographer for Golkow.

5            Today's date is Thursday, May 29th,

6    2025, and the time is 11:58 a.m.

7            This remote video deposition is being

8    held in the matter of Camp Lejeune Water

9    Litigation, No. 7:23-CV-897, versus the United

10   States of America, for the United States District

11   Court for the Eastern -- Eastern District of

12   North Carolina.

13           The deponent is Morris Maslia.

14           All parties to the deposition are

15   appearing remotely and have agreed to the witness

16   being sworn in remotely.  Due to the nature of

17   remote reporting, please pause briefly before

18   speaking to ensure all parties are heard

19   completely.

20           Counsel will be noted on the

21   stenographic record.

22           The court reporter is Lois Robinson and

23   will now swear in the witness.

24                   MORRIS MASLIA,

25        the witness, after having first been

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 5 of 76

1  duly sworn to tell the truth, the whole truth,

2  and nothing but the truth, was examined and

3  testified as follows:

4                    EXAMINATION

5  BY MR. ANWAR:

6  Q        Good afternoon, Mr. Maslia.

7  A        Good afternoon.

8  Q        Nice to see you again.

9           My name is Haroon Anwar.  We've met

10  before, in your prior two depositions in this

11  case; correct?

12  A        That is correct, sir.

13  Q        All right.  My time is somewhat limited

14  with you today, so I'm sort of not gonna go

15  through all of the deposition rules again other

16  than to say the same rules apply as before and as

17  in your prior depositions in March of 2025 and

18  September of 2024.  Do you understand that?

19  A        Yes, I do.

20  Q        Okay.  And the most important rule is

21  to testify truthfully, because you are under oath

22  as if you were in an actual court of law.  Do you

23  understand that?

24  A        Yes, I do.

25  Q        Is there anything that would prevent

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 6 of 76

1    you from testifying truthfully here today?

2    A        No, there's not.

3    Q        I see that you're in a room there.  Is

4    there anyone in that room with you currently?

5    A        No.  There is no one else in this room.

6    Q        Okay.  And do you have any materials or

7    notes there with you in that room?

8    A        I have the documents that the

9    plaintiffs' legal group submitted to DOJ

10   pertinent to Tarawa Terrace, model bias, and

11   geometric mean analysis.

12   Q        Understood.

13            Are you referring to the -- the

14   supplemental report that you submitted in this

15   case?

16   A        Yes, I am.

17   Q        And do you have with you the -- the

18   spreadsheets that accompanied that report as

19   well?

20   A        Yes, I do.  I printed everything out.

21   Q        Okay.  And aside from the supplemental

22   report and those two spreadsheets, do you have

23   anything else in the room there with you?

24   A        I've got the published ATSDR Tarawa

25   Terrace Chapter A report.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 7 of 76

Page 7

1 Q  Okay.

2 A  Okay.  And a journal article.

3 Q  What -- what journal article do you

4 have there with you?

5 A  I've got the journal article by J.

6 Felix Rogers, published in 1999.  It also uses

7 and discusses the use of model and geometric

8 bias, or epidemiological case-control studies.

9 Q  Did you cite that publication in your

10 supplemental report?

11 A  I don't know if I cited it in my --

12   I don't believe I cited it in my

13 supplemental, but I believe I cited it in the

14 original ATSDR report under the reference

15 section.

16 Q  Okay.  Understood.

17   And why do you -- why do you have that

18 publication with you today?

19 A  It's a, in my opinion, it's a great

20 example with a different kind of model.  They

21 used an air dispersion model rather than a

22 contaminant fate and transport model but used the

23 same technique that we did to assess the model

24 fit, because they went on, after using the model

25 result, to compute individual exposures for a

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 425-3  Filed 07/03/25  Page 8 of 76

1   case-control epidemiological study.

2   Q         And you said that was for a

3   case-control epi study; correct?

4   A         Yes.  Yes.

5   Q         Okay.

6   A         And it's from a published,

7   peer-reviewed published journal.

8   Q         Understood.

9             Let's go ahead and mark as Exhibit 1

10  your supplemental report in this case.

11            (DEPOSITION EXHIBIT NUMBER 1

12            WAS MARKED FOR IDENTIFICATION.)

13  MR. ANWAR:

14            Gio, could you screen share and maybe

15  drop that into the chat?

16  MR. ANTONUCCI:

17            Hey, folks, screen share is not

18  currently turned on.

19  MR. ANWAR:

20            Well, can -- would you mind --

21            Oh, there it is.  Great.

22  Q         Okay.  Mr. Maslia, this is a copy of --

23            And, you know, we can scroll through

24  all three pages of your report there for you.

25            But is this a true and accurate copy of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 9 of 76

1    the supplemental report you submitted in this
2    case?
3    A          Yes, it is.
4    Q          Okay.  And that's -- that's -- you have
5    a paper copy there with you in the room; correct?
6    A          Yes -- yes -- yes, I do, right here.
7    Q          All right.  Feel free to refer to your
8    paper copy.
9    A          Okay.
10   Q          Does your paper copy have any
11   handwritten notes on it or anything like that?
12   A          No handwritten notes.  Got the same
13   lettering or identification numbers as you're
14   showing me on the screen at the bottom.
15   Q          Understood.
16              And your supplemental report, your
17   Exhibit 1, it's entitled "Assessing Model Fit
18   With Sampling Data at Tarawa Terrace Water Supply
19   Wells and the Water Treatment Plant."  Correct?
20   A          That is correct.
21   Q          It's dated April 24, 2025; right?
22   A          That is correct.
23   Q          And the first page says "by Morris L.
24   Maslia."  That's you; right?
25   A          That is correct.  That is me.  I'm the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 10 of 76

1   author.

2   Q          And you anticipated my next question.

3   Did you draft this report?

4   A          Yes, I did.

5   Q          Did anyone assist you in drafting the

6   report?

7   A          Not in drafting the report.

8   Q          Did you -- did anyone assist you in

9   developing the contents within the report, for

10  the opinions within the report?

11  A          No, they did not.

12  Q          Did you speak with Dr. Konikow about

13  your opinions in this report?

14  A          I asked him to review my write-up, yes.

15  Q          Did he provide you with any feedback?

16  A          Yes, he did.

17  Q          What -- what feedback did he provide

18  you?

19  A          I believe he provided some verbiage,

20  some more refined verbiage.

21  Q          Do you recall in which -- which portion

22  of the report?

23  A          I -- I think one example where we're

24  talking about the model bias halfway on the first

25  page, where it says "C simulated divided by C

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 11 of 76

1   observed."  Where that equals 1, I think I had

2   said that showed, additionally, a perfect model

3   fit, and he correctly pointed out that's -- there

4   are other statistics you need to look at besides

5   saying that.  But it does show about -- a value

6   of 1 shows that the model is unbiased.  So I

7   edited the text for that.

8   Q        Got it.

9            Did Dr. Konikow provide you any other

10  feedback besides that?

11  A        Only about we used the detection limits

12  and things like that towards the end.  I think

13  it's on page --

14           It may be -- yeah, under the discussion

15  section, perhaps.  Yes.

16           Looking at the detection limit,

17  whatever value it is, versus half the detection

18  limit, we're looking -- you know, using it as

19  sort of a sensitivity of -- of the model to

20  varying values assigned to nondetect values.

21  Q        Understood.

22           Besides your attorney -- the attorneys

23  for the plaintiffs in this case and besides

24  Dr. Konikow, did anyone else review your report

25  prior to submitting it in the litigation?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 12 of 76

1    A       Yes.  Dr. Norm Jones and Mr. Jeff Davis

2    reviewed the Excel files for accuracy and

3    correctness.

4    Q       And did you receive any feedback from

5    Dr. Jones or Mr. Davis?

6    A       Yes, I did.

7    Q       What do you recall that that feedback

8    was?

9    A       It was basically I had hard-coded,

10    which refers to hard-coding some of the formulas,

11    and he suggested using the actual dynamic

12    formulas so if things get changed, the formulas

13    are still valid.

14    Q       Understood.

15           Any other feedback that Dr. Jones or

16    Mr. Davis provided?

17    A       No.

18    Q       Aside from the plaintiffs' lawyers,

19    Dr. Konikow, Dr. Jones, and Mr. Davis, did anyone

20    else review your report before you submitted it?

21    A       No.

22    Q       Now, you provided two spreadsheets with

23    your -- your supplemental report; correct?

24    A       That is correct.

25    Q       And these spreadsheets reflect the

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 13 of 76

1  updated calculations you performed with respect

2  to geometric bias for ATSDR's Tarawa Terrace

3  water model; right?

4  A        That is correct.

5  Q        Now, one of the spreadsheets reflects

6  the updated geometric bias calculations for the

7  Tarawa Terrace supply wells; correct?

8  A        That is correct.

9  Q        And the other spreadsheet reflects

10 updated geometric bias calculations for the

11 Tarawa Terrace water treatment plant.  Correct?

12 A        That is correct.

13 Q        During your deposition back in March of

14 2025, earlier this year, you testified that you

15 had notes reflecting these calculations.  Do you

16 recall that?

17 A        Yes.

18 Q        Do you still have those notes?

19 A        I do not believe.  Once I put it into a

20 more formal document, then I threw away the

21 actual handwritten notes.  I felt they were, for

22 someone else, difficult to follow; whereas, the

23 Excel sheets and the written discussion would be

24 straightforward and easier to -- to follow.

25 Q        Understood.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 14 of 76

1          We had, in your prior deposition,
2     requested a copy of those handwritten notes, but
3     it sounds like it's your testimony here today
4     that you threw those notes away and you no longer
5     have them.
6     A          That is correct.
7     Q          Is there -- was there anything in those
8     notes that's not reflected in your supplemental
9     report?
10    A          No.  The report reflect the notes, my
11    hand -- hand notes, in a more legible format and
12    understandable format.
13    Q          Okay.  I want to talk to you a little
14    bit about geometric bias generally.  My
15    understanding is geometric bias is a statistic or
16    a calculation that allows one to test the
17    accuracy of a model.  Is that right?
18    A          I would say it -- it allows one to test
19    the goodness of fit -- okay? -- of the model to
20    the field matter -- to the field matter that you
21    have.
22    Q          Understood.
23          And because we are -- we're talking --
24    the focus of the litigation and the depositions
25    is on the water models related to Camp Lejeune

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 15 of 76

1    performed by your team at ATSDR, I'm going --
2    when I say "model," I'm going to be referring
3    generally to groundwater models.  Is that okay
4    with you?
5    A        That is okay.  But for today we're
6    referring strictly to Tarawa Terrace; correct?
7    Q        Correct.  Unless I -- unless I ask you
8    a question otherwise, it's safe to assume we're
9    talking about Tarawa Terrace.
10   A        Okay.
11   Q        So, now, geometric bias is expressed in
12   terms of a simulated to observed or measured
13   ratio; right?
14   A        No.  That -- that is the model bias.
15   That is two terms.  The model bias is for each
16   individual sampling point and the equivalent
17   simulated value.  Okay?
18            And, then, when you have a series of
19   those -- in our case, I think we had 36 for the
20   supply wells and 25 for the water treatment
21   plant, and when you take all of those together,
22   then you -- then you come up with a geometric
23   bias.
24   Q        Understood.  Thank you for -- for that
25   clarification.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 16 of 76

1            So for the Tarawa Terrace model, the
2    geometric bias was calculated to assess the
3    goodness of fit or the calibration of the fate
4    and transport model for PCE?  Is that right?
5    A          The model results, yes.  The simulated
6    or reconstructed concentrations at the water
7    supply wells and, separately, at the water
8    treatment plant.
9    Q          Okay.  Now, a geometric bias number
10   below 1 indicates that the groundwater model is
11   underpredicting; correct?
12   A          That's correct.
13   Q          In other words, for -- for -- I guess,
14   generally speaking, when we say
15   "underpredicting," we mean that the model
16   simulated results are lower than the actual
17   real-world concentration or sampling data.
18   Correct?
19   A          It would be lower than -- in the
20   overall sense, than the measured sampled data,
21   yes.
22   Q          And a geometric bias equalling 1
23   indicates exact agreement between the -- the
24   groundwater model or the model simulated results
25   and actual real-world sampling data.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 17 of 76

1    A          Again, that's where I think the

2    document that I provide where we used unbiased is

3    probably a more appropriate term.  To get an

4    exact match, you would have to do some other

5    statistics.

6    Q          Understood.  I -- and I will represent

7    to you the -- the exact -- I guess exact

8    agreement language came directly from ATSDR's

9    report in chapter --

10              Well, it sounds like you don't

11   necessarily disagree with --

12              We're -- we're basically saying the

13   same thing.  Is that fair?

14   A          That is -- that is fair.  Yes, sir.

15   Q          And, then, a geometric bias greater

16   than 1 indicates that the model or the

17   groundwater model is overpredicting; right?

18   A          That is correct.

19   Q          And, so, in other words, the -- the

20   model simulated results are estimated -- PC

21   concentrations, for instance, in the Tarawa

22   Terrace water model are coming out higher than

23   the actual available sampling data.  Is that

24   right?

25   A          That is correct.

1   Q        Is geometric bias the only way to
2   assess that accuracy for goodness of fit of a
3   model?
4   A        No, it's not.  There are other -- other
5   methods.
6   Q        What -- what are some of those other
7   methods?
8   MS. BAUGHMAN:
9            I'm gonna object to that.  This
10  deposition is limited strictly to this document,
11  not other ways he could have done it.  It's about
12  what he did here.  And we've limited the scope
13  just to what work was done, not what he could
14  have alternatively done.
15           So I'm gonna object and instruct
16  Mr. Maslia not to answer that question.
17  MR. ANWAR:
18           So, I guess two things.  One, I would
19  ask you to sort of limit your -- your objections
20  to scope.
21           I think we disagree.  I think this is
22  directly relevant to the topic.  And I would note
23  on the record that we will reserve our right to
24  go to Judge Owens and seek more time if you
25  continue instructing Mr. Maslia not to answer

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 19 of 76

1  questions that are directly relevant to his
2  opinions in the supplemental report.
3  Q         So, Mr. Maslia, I'm gonna ask you
4  again, is geometric -- geometric bias the only
5  way to assess goodness of fit for a model?
6  MS. BAUGHMAN:
7           You can answer that just "yes" or "no."
8  THE WITNESS:
9           Okay.
10          Could you repeat the question one more
11 time?
12 MR. ANWAR:
13 Q         Yeah.  Is geometric bias the only way
14 to assess goodness of fit for a groundwater
15 model?
16 MS. BAUGHMAN:
17          That's a "yes" or "no."
18 A         No.
19 MR. ANWAR:
20 Q         You'd agree it's important to
21 qualitatively evaluate the results of a
22 groundmodel water -- groundwater model; right?
23 A         Yes.
24 Q         And it's important to compare the
25 simulated results from a groundwater model with

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 20 of 76

1    the actual sampling data; right?

2    A          Yes.

3    Q          And in order to --

4               Well, strike that.

5               Generally speaking, when -- when

6    evaluating the goodness of fit for a groundwater

7    model, and let's say, in this instance,

8    particularly the Tarawa Terrace model, don't you

9    need enough data to determine a trend in

10   observations to evaluate the goodness of fit?

11   MS. BAUGHMAN:

12               Object.  Objection.  Outside the scope.

13               I'm instructing you not to answer.

14   MR. ANWAR:

15               Okay.  I'm gonna note that we disagree

16   and we reserve our right to keep this deposition

17   open.

18   MS. BAUGHMAN:

19               Just for the record, this deposition

20   was voluntarily allowed by us -- it's not per

21   court order, because he provided -- Mr. Maslia

22   provided this 4-page document at the request of

23   the DOJ, who asked for this, and the spreadsheet.

24               So we are allowing, by agreement, not

25   court order, questions for one hour regarding the

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 21 of 76

1  four pages and his spreadsheets.

2            The fact that a geometric bias had been

3  done was known to you at the two prior

4  depositions that you had of Mr. Maslia, and you

5  could have asked any questions about alternative

6  methods at that time.

7  MR. ANWAR:

8            Again, I'm gonna ask you to limit your

9  speaking objections.  And if we -- you know, if

10 this continues to be an issue, we will -- this

11 will serve as another basis to keep this

12 deposition open.

13           What we requested in our prior

14 deposition were his handwritten notes and not a

15 supplemental report.  But you-all sup- -- you-all

16 provided this untimely supplemental report, and

17 we -- we agreed to take the additional deposition

18 time.

19           If we -- if we need more time, we'll go

20 and get a court order, which, based on the

21 representations you've made in court, I'm sure

22 won't be a problem.

23 Q         So, Mr. Maslia, let me ask you this.

24 Your -- your supplemental report only addresses

25 geometric bias as it relates to the Tarawa

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 22 of 76

1  Terrace model; correct?

2  A          Model and geometric bias for Tarawa

3  Terrace.

4  Q          Understood.

5             You're not offering any opinions in

6  your supplemental report about geometric bias

7  related to the Hadnot Point Holcombe Boulevard

8  model; right?

9  A          No, I'm not.

10 Q          And my understanding is the geometric

11 bias wasn't calculated for the Hadnot Point

12 Holcombe Boulevard model; correct?

13 MS. BAUGHMAN:

14            Objection.  That's outside the scope,

15 although there is a number provided in a previous

16 report.  It's just not in this report.

17 MR. ANWAR:

18            Again, I'm gonna ask you to limit your

19 speaking objections.

20 Q          Mr. Maslia, geometric bias wasn't

21 calculated for the Hadnot Point Holcombe

22 Boulevard model; right?

23 A          It is --

24 MS. BAUGHMAN:

25            Objection.  You can answer as -- as it

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 23 of 76

1    pertains to the supplemental report.

2    A        All right.  The supplemental report

3    pertains strictly to Tarawa Terrace.  It did not

4    consider -- take anything with respect to Hadnot

5    Point or Holcombe Boulevard into account.

6    Q        Okay.  And if you state this in your

7    report for the Tarawa Terrace model, the

8    geometric bias for the Tarawa Terrace water

9    supply wells was calculated to be 5.8; correct?

10   A        That is correct.

11   Q        And the geometric bias for the Tarawa

12   Terrace water supply wells, it's -- omitting

13   TT -- well TT23, was calculated to be 3.9;

14   correct?

15   A        That is correct.

16   Q        And the geometric bias for the Tarawa

17   Terrace water treatment plant was calculated to

18   be 1.5; correct?

19   A        That is correct.

20   Q        And I think you say this in your

21   report, that these values indicate there was an

22   overprediction in the model.  Right?

23   A        That is correct.

24   Q        In Chapter F of the Tarawa Terrace

25   report -- or the Chapter F report for the Tarawa

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 24 of 76

1   Terrace model states that the geometric bias
2   values indicate that -- quote, indicate that
3   simulated PCE concentrations moderately to
4   substantially overpredicted observed
5   concentrations at water supply wells.
6           Do you recall that statement?
7   A       I -- I don't specifically.  I don't
8   have the report in front of me right -- right --
9   right at this moment.
10  Q       Okay.
11  A       If it's -- if it's a published ATSDR
12  report, then it's written there.
13  Q       Do you agree that, based on those
14  values, the simulated PCE concentrations
15  moderate -- based --
16          Let me ask that again.
17          Do you agree that, based on the
18  geometric bias values we just discussed, that the
19  simulated PCE concentrations moderately to
20  substantially overpredicted observed
21  concentrations at water supply wells?
22  MS. BAUGHMAN:
23          Object to form.
24  A       I'm sorry.  I didn't hear that, the
25  last comment.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 25 of 76

1    MS. BAUGHMAN:

2             I -- I objected to the form.

3    THE WITNESS:

4             Okay.

5    MS. BAUGHMAN:

6             You can answer.

7    THE WITNESS:

8             Okay.

9             I would say that if we're talking about

10   the TT water supply wells, there is an

11   overprediction, and, you know, some are close to

12   1.  Some are great -- greater than 1.  Okay?

13   MR. ANWAR:

14   Q        Well, you -- do you -- you don't

15   disagree with what is stated in ATSDR's report,

16   do you?

17   A        I don't disagree --

18   MS. BAUGHMAN:

19             Object to form.  Object to foundation.

20   A        I don't disagree with what is published

21   in the ATSDR.

22   MR. ANWAR:

23   Q        Understood.

24             Now, you can feel free to refer to

25   Exhibit 1 as we continue to talk through these

1   issues.

2   A          Okay.

3   Q          So based on your supplemental report,

4   my understanding is -- and the model itself -- is

5   that for the Tarawa Terrace model, the geometric

6   bias was calculated using what you describe as,

7   quote, duplicate samples.  Correct?

8   A          That is correct.

9   Q          And when you say "duplicate samples,"

10  you don't literally mean identical samples;

11  correct?

12  A          No.  Samples that were either --

13             I explained this in the report.

14             -- that were either collected on the

15  same day or within the same month.  We were not

16  provided any QA/QC sheets as far as the handling

17  of individual samples.  Only the results.

18  Q          In -- in your supplemental report, you

19  recalculated the geometric bias using the average

20  of multiple samples taken within the same month.

21  Correct?

22  A          That is correct.

23  Q          And this correction was done at the

24  suggestion of Dr. Konikow?

25  A          He initially did not suggest that I do

Golkow Technologies,
877-370-3377                 A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 27 of 76

1    that with respect to the model of geometric bias.

2    He was pointing out -- I believe it's in his

3    expert -- his review, the DOJ expert reports --

4    that there were duplicate samples and that

5    perhaps a mean value or one value for the month,

6    because we simulated monthly time steps to be

7    used.

8    Q        Understood.

9             And for the Tarawa Terrace model, the

10   geometric bias was also calculated by excluding

11   nondetect samples; correct?

12   A        Initially, yes.

13   Q        Initial- --

14            What do you mean by "initially"?

15   A        The first spreadsheet for both the key

16   water supply wells, which is a duplicate of table

17   9, I believe, in the published Chapter A report

18   and the water -- water treatment plant, which is

19   a duplicate of the table A10, those were computed

20   by not considering or removing not -- a sample

21   below detection limit.

22   Q        And those values and that geometric

23   bias calculated by excluding nondetect samples,

24   that's directly reflected in the current

25   published reports for the Tarawa Terrace model;

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 28 of 76

1    right?

2    A        Yes.  Yes.  Tables A9 and A10.

3    Q        And those nondetect values were

4    excluded because the formula to calculate

5    geometric bias doesn't allow for zero or

6    undefined values?  Is that right?

7    A        Not necessarily.  They were initially

8    not included because there could be a variety of

9    ways of assigning a value to a nondetect,

10   anywhere from zero, which would preclude using a

11   geometric bias formula, to 50 percent of the

12   detection limit to, you know, the detection

13   limit.

14   Q        So why was -- why were the -- the

15   nondetect sampling data or sampling -- samples

16   excluded from the calculation of geometric bias

17   originally?

18   A        We wanted to try to include as many of

19   the actual samples that were above detection

20   limit as possible.  So that's why we -- we did

21   that in the original reports.

22   Q        Did you consider assigning a value to

23   nondetects in using the assigned value in your

24   calculation of geometric bias when the -- the

25   Tarawa Terrace model was being developed?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 29 of 76

1  A        We had some internal discussions, and I
2  believe we came to a conclusion that it would be
3  best at the time just to list the nondetects,
4  which we did in tables A9 and A10, but, in
5  computing the model of geometric bias to assess
6  if it's a fit, not to include them.
7  Q        Why did you want to include as many
8  samples above the detection limit in calculating
9  the geometric bias originally?
10 A        Because if the sample comes in at below
11 detection limit, as I've stated before, you don't
12 know what value it is.  Okay?  So now you're
13 introducing even more uncertainty into your
14 analysis by arbitrarily assigning a -- a -- a
15 value just to include that sample.
16 Q        In --
17          So, now, in your supplemental report,
18 you've recalculated the geometric bias using
19 assigned values for nondetect samples; correct?
20 A        That is correct.
21 Q        And in one scenario, you assigned a
22 value, the detection limit; correct?
23 A        That is correct, sir.
24 Q        In the other scenario, you assigned a
25 value of half the detection limit; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 30 of 76

1    A          That is -- that is correct.

2    Q          And this correction was also suggested

3    by Dr. Konikow; right?

4    A          Yes.  He suggested, I believe, if -- if

5    I recall our conversation, 50 percent, and then

6    said, well, we can go ahead and do the detection

7    limit value 1.0 times detection limit, and it

8    would be sort of like a small sensitivity

9    analysis to see how sensitive the geometric bias

10   and the model bias is to different values

11   assigned to nondetects.

12   Q          Did Dr. Konikow tell you why he -- he

13   suggested assigning a value to the nondetect

14   samples?

15   A          I -- I think it was just a -- you know,

16   to --

17             I think at the point where we started

18   thinking about what impact or effect of

19   reanalyzing the geometric bias, it would be a

20   good way to test out to a sensitivity analysis.

21   In other words, using the published results,

22   unaltered in any way, then using -- taking the

23   mean values, the duplicates, and then also

24   assigning different values to the nondetects.

25   Q          Understood.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 31 of 76

1           Now, the two corrections taken
2   together, the averaging of this -- this same --
3   the samples within the same month and the
4   assignment of a value to nondetect samples, those
5   resulted, when you recalculated the geometric
6   bias, in a geometric bias closer -- lower than
7   the original calculated geometric biases;
8   correct?
9   A          Are you referring to the water supply
10  wells or the water treatment plant or both, or
11  what are we referring to?
12  Q          Referring to both right now.  But --
13  A          Okay.  Let me just peek here.  Yes,
14  yes, yes.  Okay.  That's -- I'll agree -- agree
15  with that.  I think that's in a table here.
16  Okay.  Yes.
17  Q          And when I say "lower," I mean lower in
18  the sense that it's now closer to 1; correct?
19  A          That is correct.
20  Q          And if we turn to, on Exhibit 1, to
21  table 2 in your report --
22  A          Yes.  I'm looking at that now.
23  Q          Okay.
24             -- does table 2 reflect the results of
25  the -- all of --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 32 of 76

```
 1              Well, strike that.
 2              Let me ask you, what does table 2
 3   reflect, in your words?
 4   A         Table 2 reflects we established four
 5   scenarios, which are listed in table 1.
 6   Scenario -- published with no nondetects
 7   included.  And then scenario 1 would be mean of
 8   the duplicates; scenario 2, where we assigned
 9   detection limit to nondetects; and scenario 3,
10   where we assigned 50 percent of the detection
11   limit.
12              And then table 2 represents the
13   calculated or computed geometric bias using
14   equation 1, which is on the first page of the
15   supplemental data sheet.
16   Q         Understood.
17              So looking at table 2, if we start
18   there in the section of that table, that -- that
19   states Tarawa Terrace supply wells --
20              Do you see that?
21   A         Yes, I do.
22   Q         Okay.  So scenario zero is what was
23   published in the A- -- the ATSDR reports, the
24   geometric bias.  Correct?
25   A         That is correct.  It was important for
```

1    us to -- to demonstrate the requirement of the

2    scientific method reproducibility.

3    Q        So what was published in the report or

4    calculated originally for the Tarawa Terrace

5    model was a geometric bias of 5.8; right?

6    A        That is correct.

7    MS. BAUGHMAN:

8            Object to the form.

9    MR. ANWAR:

10   Q        And scenario 1 is a recalculation of

11   the geometric bias where you're now averaging

12   samples taken within the same month but haven't

13   assigned a value to nondetects.  Correct?

14   A        That is correct.

15   Q        And the calculated geometric bias there

16   is 3.6; correct?

17   A        That is correct.

18   MS. BAUGHMAN:

19           Object to the form.  Object to the

20   form.

21           These questions are about the water

22   supply wells; right?  I mean, there's two

23   different numbers.

24   MR. ANWAR:

25           I stated at the beginning of this line

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 34 of 76

1    of questioning that we're focusing on the section
2    of the table about the water supply wells, so I'd
3    appreciate if you could stop interrupting and
4    limit your objections to form.  Thank you.
5    Q          So, under scenario 1, the -- the model
6    bias was calculated to be 3.6; correct?
7    MS. BAUGHMAN:
8              Object to the form.
9    A          That is correct.
10   MR. ANWAR:
11   Q          And based on our discussion of what
12   geometric values represent, 3.6 -- a geometric
13   bias of 3.6 still represents the model
14   overpredicting; correct?
15   A          Overpredicting but closer to 1.
16   Q          And, so, if we take a look at scenario
17   2 there under water supply wells, this scenario
18   now averages samples taken in the same month and
19   assigns the detection limit to -- to nondetect
20   samples; correct?
21   A          That is correct.
22   Q          And the computed model bias there is
23   2.5; correct?
24   A          That is correct.
25   Q          Okay.  And, so, based on our discussion

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 35 of 76

1  earlier, 2.5 is still greater than 1 and

2  represents that the model is overpredicting;

3  correct?

4  A          That is correct.

5  Q          And, then, scenario 3 there is

6  averaging the -- the samples taken within the

7  same month and then assigning half the detection

8  limit to nondetect samples; correct?

9  A          That is correct.

10 Q          And in computing the recalculating the

11 model bias, that resulted in a model bias of 3.4;

12 correct?

13 MS. BAUGHMAN:

14            Object to the form.

15 A          For scenario 3, yes.

16 MR. ANWAR:

17 Q          And a model bias of 3.4 represents the

18 model overpredicting; correct?

19 A          Yes.

20 Q          Okay.  And, then, if we focus now on

21 the water treatment plant portion of table 2 just

22 below the -- the water supply wells, you -- you

23 recalculated the geometric mean bias for the same

24 scenarios; correct?

25 A          Yes.

1   Q        Scenario zero is what's published in
2   the ATSDR report; correct?
3   A        That is correct.
4   Q        And, so, the geometric mean bias
5   published in the ATSDR report at the water
6   treatment plant, Tarawa Terrace water treatment
7   plant, is 1.5; correct?
8   A        That is correct.
9   Q        And with a value above 1, the -- that
10  indicates the model is overpredicting; right?
11  A        That is correct.
12  Q        Scenario 1 there --
13           And I won't read that, repeat the
14  precise calculation.
15           But scenario 1 there was calculated to
16  have a geometric bias of 1.4; correct?
17  A        That is correct.
18  Q        And 1.4 being greater than 1 indicates
19  that the model's overpredicting; right?
20  A        Yes.
21  Q        Now, scenario 2 there, where you -- you
22  average the samples taken within the same month
23  and assign the detection limit to the nondetect
24  sampling values, that resulted in a recalculated
25  geometric bias of .84.  Correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 37 of 76

1    A          That is correct.

2    Q          So scenario 2 there, now, indicates

3    that the model is underpredicting?  Is that

4    right?

5    A          Yes.

6    Q          And then scenario 3 is -- consists of

7    averaging the samples taken within the same month

8    and assigning half the detection limit to the

9    value of nondetect samples; correct?

10   A          That is correct.

11   Q          And the -- the recalculated geometric

12   bias there is 1.3.  Right?

13   A          That is correct.

14   Q          And being that 1.3 is a number greater

15   than 1, that indicates that the model is

16   overpredicting; right?

17   A          That is correct.

18   Q          In the discussion in your report about

19   sort of recalculating the geometric bias for the

20   water supply wells in the water treatment plant

21   at Tarawa Terrace, did your calculations indicate

22   an improvement in the geometric bias?

23   A          For both the Tarawa Terrace water

24   supply wells and the Tarawa Terrace water

25   treatment plant, the recalculations indicated an

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 38 of 76

1   improved model bias, meaning closer to 1, than
2   the original published values in the Tarawa
3   Terrace Chapter A report.
4   Q          Improved but still overpredicting;
5   right?
6   A          Except for the one case in the TT water
7   treatment plant where you have it slightly below
8   1.  But, yeah, that's -- that's correct.
9   Q          Understood.
10             Now, you're offering opinions about the
11  reliability -- reliability and accuracy of
12  ATSDR's water modeling efforts -- correct? -- in
13  this case?
14  A          Not -- not -- not in this document, no.
15  Q          Okay.  But in the -- in the case,
16  you've offered an expert -- you've offered an
17  expert report that you submitted in October 2023
18  and a rebuttal report that you submitted in
19  January 2025.  Correct?
20  A          That is correct.
21  Q          And the opinions you offered in your
22  initial report and your rebuttal report, those
23  were based on calc- -- the original geometric
24  bias calculations for the Tarawa Terrace model;
25  right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 39 of 76

1   MS. BAUGHMAN:

2            Object to the form.

3   A        That is correct.

4   MR. ANWAR:

5   Q        And the corrections that we're now

6   discussing in your supplemental report to the

7   geometric bias calculation, those aren't

8   reflected in your initial expert report or your

9   rebuttal expert report.  Right?

10  A        No, they were not.

11  Q        Were these corrections to the geometric

12  bias considered at any point before submitting

13  your expert and rebuttal reports in this case?

14  MS. BAUGHMAN:

15           Object to form.

16  A        No.  No, they were not.

17  MR. ANWAR:

18  Q        How come?

19  A        At -- at the time, I was basing my

20  expert report on the work that I had previously

21  done and had previously been published, which

22  would have been the published ATSDR reports, and

23  I saw no reason to modify any of the assessments

24  in the ATSDR reports.

25           Once I read, as we have discussed,

Golkow Technologies,
877-370-3337          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 40 of 76

1   Dr. Konikow's report or rebuttal response to the
2   DOJ expert report where he mentioned the
3   duplicate values and that we were doing monthly
4   time steps, I felt he had a very valid point to
5   be made and thought we should at least initially
6   see what impact that would have on the ge- --
7   calculated geometric biases.
8   Q        And you testified earlier that you had
9   considered assigning values to a geometric bias
10  when the Tarawa Terrace model was being
11  developed.  Correct?
12  MS. BAUGHMAN:
13          Object to the form.
14  A        Um, I'm not sure I quite understand the
15  question.
16  MR. ANWAR:
17  Q        Okay.  I might have asked a bad
18  question there.  Let me -- let me reask it.
19          So my understanding of your testimony
20  earlier in today's deposition was that when the
21  Tarawa Terrace model was being developed and the
22  initial calculation of the geometric bias for the
23  Tarawa Terrace model was taking place, that there
24  was some discussion of assigning values to not --
25  undetect samples.  Is that right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 41 of 76

```
 1   A        Internal discussions, yes.  Nothing
 2   documented but just as -- as a team discussing
 3   model calibration, model results, how to assess
 4   goodness of fit.
 5   Q        At the time that the model was being
 6   developed, you and the -- the ATSDR water
 7   modeling team decided against assigning a value
 8   to nondetect samples in calculating geometric
 9   bias.  Correct?
10   A        The final report reflects that, yes.
11   Q        Why did Dr. Konikow's rebuttal
12   report --
13   A        Uh-huh.
14   Q        -- now in the context of litigation,
15   change your mind about how the geometric bias
16   should be calculated for the Tarawa Terrace
17   model?
18   MS. BAUGHMAN:
19            Object to the form.
20   A        I believe Dr. Konikow has substantial
21   expertise and experience with a wide variety of
22   fate and transport models at different locations,
23   and I based it based on his expertise and
24   experience.  I thought that would be a -- at
25   least a good path to go down to at least reassess
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 42 of 76

1  the data using his concept of taking a -- a mean.

2  And we followed up with doing the non- --

3  assigning non- -- nondetects.

4  MR. ANWAR:

5  Q          Dr. Konikow participated in the 2005

6  expert panel at ATSDR; right?

7  A          That is correct.

8  Q          And Dr. Konikow also participated in

9  the 2009 ATSDR expert panel on the water

10  modeling; right?

11  A          That is correct.

12  Q          And these corrections to the geometric

13  bias didn't come up at that time?

14  MS. BAUGHMAN:

15             Object to form.

16  A          I really don't recall.  I would have to

17  go through the trans- -- the actual verbatim

18  transcripts, the --

19             I don't recall if they did or they did

20  not.  At the time when we held the Tarawa Terrace

21  expert panel, I believe, in March 2005, we were

22  just in the, I would say, initial phases of

23  developing our approach to groundwater flow

24  modeling and fate and transport modeling, so we

25  would not have had any final results to assess

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 43 of 76

1    goodness of fit.

2    Q        Isn't it true that you decided to

3    recalculate the geometric mean bias for the

4    Tarawa Terrace model only after the model came

5    under scrutiny in this litigation?

6    MS. BAUGHMAN:

7             Object to the form.

8    A        I wouldn't say that was the -- the

9    primary focus.  Again, focus was there's an

10   expert; in this case, Dr. Konikow.  He's

11   acknowledged by other people besides me as having

12   expertise in this area, and he mentioned -- he

13   didn't mention the model.  He mentioned the

14   duplicate sampling data.  Okay?  And I recognized

15   that, yes, we had duplicate sampling data for

16   both the wells and the treatment plant.  Perhaps

17   we should test out his hypothesis.

18   MR. ANWAR:

19   Q        Do you know, will ATSDR be correcting

20   the Tarawa Terrace water modeling reports based

21   on your geometric -- your corrected geometric

22   bias?

23   MS. BAUGHMAN:

24            Object to the form.  Outside the scope.

25            I instruct you not to answer.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 44 of 76

1    MR. ANWAR:

2              Again, disagree on being outside the

3    scope, and we'll preserve our right to keep the

4    deposition open.

5    Q         I'd like to mark as Exhibit 2 your

6    spreadsheet on the water supply wells.

7    A         Okay.  Okay.  Got it.

8              (DEPOSITION EXHIBIT NUMBER 2

9              WAS MARKED FOR IDENTIFICATION.)

10   MR. ANWAR:

11   Q         Okay.  So I wanted to --

12   MR. ANWAR:

13             Gio, could you just scroll down through

14   all four pages quickly to show Mr. Maslia?

15   A         Okay.

16   Q         Does this appear to be a true and

17   accurate copy of the spreadsheet that you --

18   A         Yes, it does.

19   Q         -- you submitted with your -- your

20   supplemental report about the water supply wells?

21   A         Yes, it does.

22   Q         Okay.  And these spreadsheets contain

23   the various scenarios for calculating geometric

24   bias for the Tarawa Terrace model; right?

25   A         Yes.  They should have titles in the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 45 of 76

1  headers saying which scenario they are.

2  Q        Okay.  So I just wanted to ask you a

3  few questions about this first page.  This first

4  page reflects the calculations that were

5  performed and the geometric bias for the Tarawa

6  Terrace model as published by ATSDR; correct?

7  A        That is correct.

8  Q        And it looks like the first sample you

9  have there is from January of 1985 --

10         So let me -- let me back up for a

11 second.  Strike that.

12         There are -- there's data there listed

13 for a few wells.  I'm gonna focus our discussion

14 on TT23, TT25, and TT26.

15 A        Okay.

16 Q        Focusing on TT26, it looks like the

17 first sample that you have there is from January

18 1985.  Correct?

19 A        January 16th, yes, 1985.

20 Q        Okay.  And you -- you don't have any

21 samples, sampling data, prior to January 1985 for

22 the supply wells; correct?

23 A        That is correct.  For --

24         We're talking about TT26 still; right?

25 Q        TT23.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 46 of 76

1    A         TT --

2              Oh.  I thought you said TT26.  I'm

3    sorry.

4    Q         I might have -- I apologize.  I think

5    it's the same for TT26, for what it's worth.

6    A         Okay.  Could you clarify which well

7    we're talking about?

8    Q         Yeah.  Let's -- TT23.

9    A         Okay.

10   Q         The first sample identified there is

11   from January 16, 1985; correct?

12   A         Yes.

13   Q         And there are -- you don't have any --

14   you didn't have any sampling data prior to

15   January -- for the supply wells for TT23, prior

16   to January of 1985.  Correct?

17   A         That is correct.

18   Q         And if you look at the observed values

19   there for sample 1 for TT23, the observed value

20   is 132.  Correct?

21   A         Right.  Yes.

22   Q         And then it -- and then it goes down to

23   37, 26, nondetect, 14.9, and sort of fluctuates,

24   but it goes down.  Correct?

25   A         That is correct.

1   Q        The Tarawa Terrace -- the supply wells

2   in Tarawa Terrace, these supply wells in Tarawa

3   Terrace were shut down in January -- after

4   January of 1985; correct?

5   MS. BAUGHMAN:

6            Object to the form.

7   A        I believe the last one was shut down

8   February.

9   MR. ANWAR:

10  Q        Okay.

11  A        Early February.

12  Q        Do you know which one that is?

13  A        Um --

14  MS. BAUGHMAN:

15           I'm gonna object that that's outside

16  the scope.

17  A        I couldn't say without looking it up.

18  MR. ANWAR:

19  Q        Okay.  So, in any event, January or

20  February, by February, the Tarawa Terrace supply

21  wells here were shut down.  Correct?

22  MS. BAUGHMAN:

23           Object to the form.

24  A        Yes.

25  MR. ANWAR:

1    Q         And, so, the only values that were

2    available, looking at TT23, TT25, TT26, while the

3    wells were operating, came from January or

4    February of 1985.

5    MS. BAUGHMAN:

6              Object to form.

7    A         For TT23, TT25, and TT26, yes.  Yes.

8    That's correct.

9    MR. ANWAR:

10   Q         Isn't it fair to say that you only had

11   samples -- one or two samples for each of these

12   wells prior -- while the -- the wells were

13   operating?

14   MS. BAUGHMAN:

15             Object to the form.

16   A         There were limited -- limited data

17   during operations.

18   MR. ANWAR:

19   Q         Limited such that you -- you only had

20   sampling data from January 1985 or maybe February

21   1985, before the -- the wells were shut down;

22   correct?

23   A         Yes.

24   Q         Now, if we turn to the third page of

25   the spreadsheet, this is the -- these are the

Golkow Technologies,
877-370-3337          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 49 of 76

1    calculations for the geometric bias based on the
2    use of half the detection limit and averaging of
3    samples in the same month.  Correct?
4    A          I believe these are the -- using the
5    nondetects equals the detection limit, not half
6    the detection limit.
7    Q          Oh.  I understand.  I'm on the wrong
8    page.  I'm sorry.  You're right.
9               So these are -- these are averaging
10   samples taken in the same month and using the
11   detection limit for nondetect values and
12   calculating the geometric mean bias.  Correct?
13   A          That is correct.
14   Q          Okay.  And, so, on the first page
15   there, as published by ATSDR, the geometric bias
16   was calculated to 5.81, roughly.  Correct?
17   A          Well, just a minute.  5.8, yes.  Yes.
18   Q          Okay.  And then if we go back to page
19   3, the geometric bias was calculated to be --
20   based on averaging the samples and using the
21   detection limit for nondetects, the geometric
22   bias for the Tarawa Terrace model was calculated
23   to be 2.46.  Correct?
24   A          That is correct.
25   Q          So the -- the geometric bias went down,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 50 of 76

1  but it's still overpredicting; right?

2  A          Yes.  It was -- it became -- it was

3  closer to 1 than the original calculation.

4  Q          Understood.

5            And based on our discussion earlier, my

6  understanding is that a geometric bias closer to

7  1 indicates a better goodness of fit.  Is that

8  right?

9  A          Yes.

10 Q          Okay.  Which you agreed earlier that

11 geometric bias isn't the only way to evaluate the

12 goodness of fit or the accuracy of a model;

13 right?

14 A          That is correct.

15 Q          Another way to evaluate the -- the

16 goodness of fit or the accuracy of the model is

17 qualitatively; correct?

18 MS. BAUGHMAN:

19            You can answer "yes" or "no."

20 A          Yes.

21 MR. ANWAR:

22 Q          And if -- if we look at your

23 calculations here, starting with --

24            Let's look at TT23, for example.

25 Starting in January of 1985, when the well was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 51 of 76

1    still operating, the simulated value for the
2    Tarawa Terrace model was 253 compared to the
3    observed value being 132.  Correct?
4    A        I -- it's 254 on the spreadsheet.  If
5    you're looking at the top row, sample number 1,
6    simulated is 254.0.
7    Q        You're right there.  So it's 2 --
8    sample 1 is 254 for simulated, 132 for observed.
9    Correct?
10   A        That is correct.
11   Q        And, then, samples 2, 3, 4 there,
12   simulate is 2- -- simulated is 253.  Observed
13   is --
14   A        Right.
15   Q        -- 24.4.  Correct?
16   A        Those are mean -- that's a mean value,
17   the observed.
18   Q        Understood.  But it's, for 2, 3, and 4,
19   253 mean value simulated and 24.4 observed;
20   correct?
21   A        That is correct.
22   Q        Example 5, 6, and 7, now, this is after
23   the wells have been shut down.  The simulated
24   value is 265 --
25   A        Right.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 52 of 76

1    Q           -- compared to an observed value of

2    29.875.  Correct?

3    A           That is correct.

4    Q           And if we walk through just a sample --

5    just for TT23, samples 9, 10, and 11, the

6    simulated values, respectively, are 274, 279,

7    191.  Correct?

8    A           That is correct.

9    Q           And the observed values there are 10,

10   4, and 10; correct?

11   A           Yes.

12   Q           So even though the geometric bias went

13   down, but it's still above 1, what is -- what is

14   the -- what do these concentration values here

15   tell you qualitatively about the goodness of fit?

16   MS. BAUGHMAN:

17             Object to the form.

18   A           It tells me -- it tells me that the

19   model's doing what we would expect it to do but

20   at a slower rate, reducing the concentration once

21   the wells are shut down.

22             But, again, the model is using monthly

23   time -- time -- time steps rather than

24   instantaneous value that's recorded as the

25   observed sample.  So, in my opinion, the model's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 53 of 76

1  behaving correctly.

2  MR. ANWAR:

3  Q          And with or without the corrections for

4  the geometric bias at the TT water supply wells

5  and the TT water treatment plant, the -- the --

6  the model is still overpredicting; right?

7  A          It's -- it has a geometric bias of

8  greater than 1, so it is over- -- overpredicting.

9  Q          Okay.

10 A          There is no standard, published or

11 otherwise, to tell you what a geometric bias

12 should be.

13 MR. ANWAR:

14            Gio, could you pull up Chapter F really

15 quick?  Let's mark that as Exhibit 3 and go to

16 page F33.

17            (DEPOSITION EXHIBIT NUMBER 3

18            WAS MARKED FOR IDENTIFICATION.)

19 MS. BAUGHMAN:

20            Can I ask the court reporter what the

21 time is?

22 VIDEOGRAPHER:

23            Yeah.  We're at an hour.

24 MS. BAUGHMAN:

25            Can you hear me?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 54 of 76

1    VIDEOGRAPHER:

2              We're at one hour.

3    MR. ANWAR:

4              Last question.

5    Q        So this is a section of Chapter F,

6    looking on the right-hand side, F33, that -- that

7    discusses the geometric bias for the water supply

8    wells.

9              Now, at the top of the -- starting at

10   the top of the paragraph on the right-hand side,

11   it says "of the total of 36 comparisons simulated

12   observed PC concentrations in all water supply

13   wells used to calculate the TT fate and transport

14   model, including nondetected results, 17

15   comparisons, or 47 percent, conform to the

16   calibration standard, and 19 comparisons, or 53

17   percent, violated the standard."

18             Does anything about recalculating the

19   geometric mean change what's stated there in the

20   report?

21   A        As we have --

22   MS. BAUGHMAN:

23             Object to the form.  And it's outside

24   the scope.

25             Go ahead.  I'll let you answer, Morris.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 55 of 76

1   A        As -- as we have -- as was discussed in

2   the 2009 expert panel report, the, I guess,

3   philosophy is not to use calibration standards.

4   It's a good tool to internally start getting --

5   to see where your calibration is heading.

6             And, so, I would -- I would say that

7   the report states what we did at the time,

8   published in 2007.

9             If I were to go back and look again

10  today, we probably would not use a calibration

11  standard as suggested by our expert panel.

12  MR. ANWAR:

13           Okay.  I will, given that we're at the

14  hour, that will be my last question.

15           I would just note for the record that

16  the -- the witness was instructed not to -- to

17  answer multiple questions that we believe were in

18  the scope of the deposition, in addition to the

19  speaking objections, and we -- we reserve our

20  right to keep this deposition open and seek all

21  further relief from the court.

22  MS. BAUGHMAN:

23           I just have a couple of quick follow-up

24  questions.

25

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 56 of 76

```
1                    EXAMINATION
2    BY MS. BAUGHMAN:
3    Q          Yeah.  I just had a couple of quick
4    questions.
5               Mr. Maslia, when you look at your
6    supplemental report that's been marked as Exhibit
7    1, you provided data regarding the water
8    treatment plant for Tarawa Terrace and the water
9    supply wells regarding model bias.
10              When you're assessing the reliability
11   of the -- of the model, which is more important
12   to your assessment?  The water treatment plant
13   geometric bias or the water supply wells?
14   A          It's the water treatment plant,
15   because, as explained to us by study
16   epidemiologists, the exposure starts at the point
17   closest to where someone is exposed to drinking
18   water.  That would be the water treatment plant,
19   the treated water at the water treatment plant.
20   They were not exposed to water supplied by water
21   supply wells.
22   Q          Okay.  And just another question.  You
23   were asked several questions about the -- the
24   results as -- the simulated values and the
25   observed values for TT23.
```

1    A          Uh-huh.

2    Q          And with the original chapter reports

3    published by ATSDR, there were two different

4    geometric biases provided, one with and one

5    without TT23.  Why was TT23 treated separately?

6    A          TT23, based on the records we had, was

7    only operated for possibly seven months, eight

8    months, at most; whereas TT26 and the other wells

9    had a much longer operational record.  And, so,

10   we -- we thought that might have some impact on

11   the well -- on the analysis of model of geometric

12   bias by using that short -- short period.

13   Q          Thank you.  No further questions.

14   MR. ANWAR:

15              Thank you.  Nothing from me.

16   VIDEOGRAPHER:

17              The time is 1:03.  We're off the

18   record.

19                   (OFF THE RECORD.)

20   THE COURT REPORTER:

21              Does the DOJ need a rough draft?

22   MR. ANWAR:

23              Sure.

24      (Deposition concluded at 1:03 p.m. EST)

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 58 of 76

1                    C E R T I F I C A T E

2

3            I do hereby certify that the above and

4    foregoing transcript of proceedings in the matter

5    aforementioned was taken down by me in machine

6    shorthand, and the questions and answers thereto

7    were reduced to writing under my personal

8    supervision, and that the foregoing represents a

9    true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11           I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17

18           *Lois Anne Robinson*

             LOIS ANNE ROBINSON, RPR, RMR

19           REGISTERED DIPLOMATE REPORTER

             CERTIFIED REALTIME REPORTER

20

21

22

23

24

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 59 of 76

| & | | | |
|---|---|---|---|

**&**  2:3

**0**

**01-00000930...**
  3:12

**1**

**1**  3:7 8:9,11
  9:17 11:1,6
  16:10,22 17:16
  25:12,12,25
  31:18,20 32:5
  32:7,14 33:10
  34:5,15 35:1
  36:9,12,15,18
  37:15 38:1,8
  46:19 50:3,7
  51:5,8 52:13
  53:8 56:7
**1.0**  30:7
**1.3**  37:14
**1.3.**  37:12
**1.4**  36:16,18
**1.5**  23:18 36:7
**10**  52:5,9,10
**10003**  2:4
**11**  52:5
**114**  3:12
**11:58**  1:18 4:6
**132**  46:20 51:3
  51:8
**14.9**  46:23

**16**  46:11
**16th**  45:19
**17**  54:14
**19**  54:16
**191**  52:7
**1985**  45:9,18,19
  45:21 46:11,16
  47:4 48:4,20
  48:21 50:25
**1999**  7:6
**1:03**  57:17,24

**2**

**2**  3:9 31:21,24
  32:2,4,8,12,17
  34:17 35:21
  36:21 37:2
  44:5,8 51:7,11
  51:12,18
**2.46.**  49:23
**2.5**  34:23 35:1
**20044**  2:9
**2005**  42:5,21
**2007**  55:8
**2009**  42:9 55:2
**2023**  38:17
**2024**  5:18
**2025**  1:17 4:6
  5:17 9:21
  13:14 38:19
**2067**  58:18
**24**  9:21
**24.4**  51:19

**24.4.**  51:15
**25**  15:20
**253**  51:2,12,19
**254**  51:4,8
**254.0.**  51:6
**26**  46:23
**265**  51:24
**274**  52:6
**279**  52:6
**29.875.**  52:2
**29th**  1:16 4:5
**2nd**  2:3

**3**

**3**  3:11 32:9
  35:5,15 37:6
  49:19 51:11,18
  53:15,17
**3.4**  35:11,17
**3.6**  33:16 34:6
  34:12,13
**3.9**  23:13
**340**  2:9
**36**  15:19 54:11
**37**  46:23

**4**

**4**  20:22 51:11
  51:18 52:10
**44**  3:9
**47**  54:15

**5**

**5**  3:3 51:22

**5.8**  23:9 33:5
  49:17
**5.81**  49:16
**50**  28:11 30:5
  32:10
**53**  3:11 54:16
**56**  3:4

**6**

**6**  51:22

**7**

**7**  51:22
**700**  2:3
**7:23**  1:4 4:9

**8**

**8**  3:7
**84**  36:25
**897**  1:4 4:9

**9**

**9**  27:17 52:5

**a**

**a.m.**  4:6
**a10**  27:19 28:2
  29:4
**a9**  3:10 28:2
  29:4
**above**  28:19
  29:8 36:9
  52:13 58:3
**accompanied**
  6:18
**account**  23:5

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 60 of 76

accuracy 12:2
14:17 18:2
38:11 50:12,16
accurate 8:25
44:17
acknowledged
43:11
action 58:12
actual 5:22
12:11 13:21
16:16,25 17:23
20:1 28:19
42:17
addition 55:18
additional
21:17
additionally
11:2
addresses
21:24
aforemention...
58:5
afternoon 5:6,7
agree 19:20
24:13,17 31:14
31:14
agreed 4:15
21:17 50:10
agreement
16:23 17:8
20:24
ahead 8:9 30:6
54:25

air 7:21
alex 2:14
allow 28:5
allowed 20:20
allowing 20:24
allows 14:16,18
alternative
21:5
alternatively
18:14
america 4:10
analysis 6:11
29:14 30:9,20
57:11
anne 2:20
58:18
answer 18:16
18:25 19:7
20:13 22:25
25:6 43:25
50:19 54:25
55:17
answers 58:6
anticipated
10:2
antonucci 2:11
8:16
anwar 2:10 3:3
5:5,9 8:13,19
18:17 19:12,19
20:14 21:7
22:17 25:13,22
33:9,24 34:10
35:16 39:4,17

40:16 42:4
43:18 44:1,10
44:12 47:9,18
47:25 48:9,18
50:21 53:2,13
54:3 55:12
57:14,22
anywise 58:13
apologize 46:4
appear 44:16
appearing 4:15
apply 5:16
appreciate 34:3
approach
42:23
appropriate
17:3
approximately
1:18
april 9:21
arbitrarily
29:14
area 43:12
article 7:2,3,5
aside 6:21
12:18
asked 10:14
20:23 21:5
40:17 56:23
assess 7:23
16:2 18:2 19:5
19:14 29:5
41:3 42:25

assessing 9:17
56:10
assessment
56:12
assessments
39:23
assign 36:23
assigned 11:20
28:23 29:19,21
29:24 30:11
32:8,10 33:13
assigning 28:9
28:22 29:14
30:13,24 35:7
37:8 40:9,24
41:7 42:3
assignment
31:4
assigns 34:19
assist 10:5,8
assume 15:8
atsdr 6:24 7:14
15:1 24:11
25:21 32:23
36:2,5 39:22
39:24 41:6
42:6,9 43:19
45:6 49:15
57:3
atsdr's 13:2
17:8 25:15
38:12
attorney 11:22

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 425-3 Filed 07/03/25 Page 61 of 76

attorneys 11:22
author 10:1
available 17:23
  48:2
average 26:19
  36:22
averages 34:18
averaging 31:2
  33:11 35:6
  37:7 49:2,9,20

**b**

back 13:13
  45:10 49:18
  55:9
bad 40:17
based 21:20
  24:13,15,17
  26:3 34:11,25
  38:23 41:23,23
  43:20 49:1,20
  50:5 57:6
basically 12:9
  17:12
basing 39:19
basis 21:11
baughman 2:4
  3:4 18:8 19:6
  19:16 20:11,18
  22:13,24 24:22
  25:1,5,18 33:7
  33:18 34:7
  35:13 39:1,14
  40:12 41:18

42:14 43:6,23
47:5,14,22
48:5,14 50:18
52:16 53:19,24
54:22 55:22
56:2
beginning
  33:25
behaving 53:1
believe 7:12,13
  10:19 13:19
  27:2,17 29:2
  30:4 41:20
  42:21 47:7
  49:4 55:17
ben 2:9
best 29:3
better 50:7
bias 6:10 7:8
  10:24 13:2,6
  13:10 14:14,15
  15:11,14,15,23
  16:2,9,22
  17:15 18:1
  19:4,13 21:2
  21:25 22:2,6
  22:11,20 23:8
  23:11,16 24:1
  24:18 26:6,19
  27:1,10,23
  28:5,11,16,24
  29:5,9,18 30:9
  30:10,19 31:6
  31:6 32:13,24

33:5,11,15
34:6,13,22
35:11,11,17,23
36:4,16,25
37:12,19,22
38:1,24 39:7
39:12 40:9,22
41:9,15 42:13
43:3,22 44:24
45:5 49:1,12
49:15,19,22,25
50:6,11 52:12
53:4,7,11 54:7
56:9,13 57:12
biases 31:7
  40:7 57:4
bit 14:14
bolton 2:5
bottom 9:14
boulevard 22:7
  22:12,22 23:5
box 2:9
briefly 4:17
broadway 2:3

**c**

c 2:1 10:25,25
  58:1,1
calc 38:23
calculate 28:4
  54:13
calculated 16:2
  22:11,21 23:9
  23:13,17 26:6

27:10,23 31:7
32:13 33:4,15
34:6 36:15
40:7 41:16
49:16,19,22
calculating
  29:8 41:8
  44:23 49:12
calculation
  14:16 28:16,24
  36:14 39:7
  40:22 50:3
calculations
  13:1,6,10,15
  37:21 38:24
  45:4 49:1
  50:23
calibration
  16:3 41:3
  54:16 55:3,5
  55:10
camp 1:6 4:8
  14:25
carolina 1:2
  4:12
case 5:11 6:15
  7:8 8:1,3,10
  9:2 11:23
  15:19 38:6,13
  38:15 39:13
  43:10
cases 1:8
cause 58:14

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 62 of 76

| | | | |
|---|---|---|---|
| certified 58:19 | compare 19:24 | contents 10:9 | 36:16,17,25 |
| certify 58:3,11 | compared 51:2 | context 41:14 | 37:1,9,10,13,17 |
| change 41:15 | 52:1 | continue 18:25 | 38:8,12,19,20 |
| 54:19 | comparisons | 25:25 | 39:3 40:11 |
| changed 12:12 | 54:11,15,16 | continues | 41:9 42:7,11 |
| chapter 6:25 | completely | 21:10 | 45:6,7,18,22,23 |
| 17:9 23:24,25 | 4:19 | control 7:8 8:1 | 46:11,16,17,20 |
| 27:17 38:3 | compute 7:25 | 8:3 | 46:24,25 47:4 |
| 53:14 54:5 | computed | conversation | 47:21 48:8,22 |
| 57:2 | 27:19 32:13 | 30:5 | 49:3,12,13,16 |
| chat 8:15 | 34:22 | copy 8:22,25 | 49:23,24 50:14 |
| cite 7:9 | computing | 9:5,8,10 14:2 | 50:17 51:3,9 |
| cited 7:11,12 | 29:5 35:10 | 44:17 | 51:10,15,20,21 |
| 7:13 | concentration | correct 5:11,12 | 52:2,3,7,8,10 |
| clarification | 16:17 52:14,20 | 8:3 9:5,19,20 | 58:9 |
| 15:25 | concentrations | 9:22,25 12:23 | corrected 43:21 |
| clarify 46:6 | 16:6 17:21 | 12:24 13:4,7,8 | correcting |
| clja 3:12 | 24:3,5,14,19,21 | 13:11,12 14:6 | 43:19 |
| close 25:11 | 54:12 | 15:6,7 16:11 | correction |
| closer 31:6,18 | concept 42:1 | 16:12,18 17:18 | 26:23 30:2 |
| 34:15 38:1 | concluded | 17:25 22:1,12 | corrections |
| 50:3,6 | 57:24 | 23:9,10,14,15 | 31:1 39:5,11 |
| closest 56:17 | conclusion 29:2 | 23:18,19,23 | 42:12 53:3 |
| coded 12:9 | conform 54:15 | 26:7,8,11,21,22 | correctly 11:3 |
| coding 12:10 | consider 23:4 | 27:11 29:19,20 | 53:1 |
| collected 26:14 | 28:22 | 29:22,23,25 | correctness |
| come 15:22 | considered | 30:1 31:8,18 | 12:3 |
| 39:18 42:13 | 39:12 40:9 | 31:19 32:24,25 | counsel 4:20 |
| comes 29:10 | considering | 33:6,13,14,16 | 58:12 |
| coming 17:22 | 27:20 | 33:17 34:6,9 | couple 55:23 |
| commencing | consists 37:6 | 34:14,20,21,23 | 56:3 |
| 1:17 | contain 44:22 | 34:24 35:3,4,8 | court 1:1 2:21 |
| comment 24:25 | contaminant | 35:9,12,18,24 | 4:11,22 5:22 |
| | 7:22 | 36:2,3,7,8,11 | 20:21,25 21:20 |

21:21 53:20
55:21 57:20
**crr** 2:20
**current** 27:24
**currently** 6:4
8:18
**cv** 1:4 4:9

**d**

**d** 3:1
**d.c.** 2:9
**data** 9:18 16:17
16:20,25 17:23
20:1,9 28:15
32:15 42:1
43:14,15 45:12
45:21 46:14
48:16,20 56:7
**date** 4:5
**dated** 9:21
**davis** 12:1,5,16
12:19
**day** 1:16 26:15
**dbolton** 2:6
**deanna** 2:14
**decided** 41:7
43:2
**defendant** 2:7
**demonstrate**
33:1
**department** 2:8
**deponent** 4:13
**deposition** 1:14
4:7,14 5:15

8:11 13:13
14:1 18:10
20:16,19 21:12
21:14,17 40:20
44:4,8 53:17
55:18,20 57:24
**depositions**
5:10,17 14:24
21:4
**describe** 26:6
**detection** 11:11
11:16,17 27:21
28:12,12,19
29:8,11,22,25
30:6,7 32:9,10
34:19 35:7
36:23 37:8
49:2,5,6,11,21
**determine** 20:9
**developed**
28:25 40:11,21
41:6
**developing**
10:9 42:23
**devin** 2:5
**different** 7:20
30:10,24 33:23
41:22 57:3
**difficult** 13:22
**diplomate**
58:19
**directly** 17:8
18:22 19:1
27:24

**disagree** 17:11
18:21 20:15
25:15,17,20
44:2
**discussed** 24:18
39:25 55:1
**discusses** 7:7
54:7
**discussing** 39:6
41:2
**discussion**
11:14 13:23
34:11,25 37:18
40:24 45:13
50:5
**discussions**
29:1 41:1
**dispersion** 7:21
**district** 1:1,2
4:10,11
**divided** 10:25
**division** 1:3
**document** 1:7
13:20 17:2
18:10 20:22
38:14
**documented**
41:2
**documents** 6:8
**doing** 40:3 42:2
52:19
**doj** 6:9 20:23
27:3 40:2
57:21

**dr** 10:12 11:9
11:24 12:1,5
12:15,19,19
26:24 30:3,12
40:1 41:11,20
42:5,8 43:10
**draft** 10:3
57:21
**drafting** 10:5,7
**drinking** 56:17
**drop** 8:15
**due** 4:16
**duly** 5:1
**duplicate** 26:7
26:9 27:4,16
27:19 40:3
43:14,15
**duplicates**
30:23 32:8
**dynamic** 12:11

**e**

**e** 2:1,1 3:1 58:1
58:1
**earlier** 13:14
35:1 40:8,20
50:5,10
**early** 47:11
**easier** 13:24
**eastern** 1:2
4:11,11
**edited** 11:7
**effect** 30:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-3 Filed 07/03/25 Page 64 of 76

efforts 38:12
eight 57:7
either 26:12,14
ensure 4:18
entitled 9:17
epi 8:3
epidemiologi...
  7:8 8:1
epidemiologi...
  56:16
equalling 16:22
equals 11:1
  49:5
equation 32:14
equivalent
  15:16
esq 2:4,5
esquire 2:10,11
est 1:18 57:24
established
  32:4
estimated
  17:20
evaluate 19:21
  20:10 50:11,15
evaluating 20:6
event 47:19
exact 16:23
  17:4,7,7
examination
  3:2 5:4 56:1
examined 5:2
example 7:20
  10:23 50:24

51:22
excel 12:2
  13:23
except 38:6
excluded 28:4
  28:16
excluding
  27:10,23
exhibit 3:7,9,11
  8:9,11 9:17
  25:25 31:20
  44:5,8 53:15
  53:17 56:6
exhibits 3:6
expect 52:19
experience
  41:21,24
expert 27:3,3
  38:16,17 39:8
  39:9,13,20
  40:2 42:6,9,21
  43:10 55:2,11
expertise 41:21
  41:23 43:12
explained
  26:13 56:15
exposed 56:17
  56:20
exposure 56:16
exposures 7:25
expressed
  15:11

f

f 23:24,25
  53:14 54:5
  58:1
f33 53:16 54:6
fact 21:2
fair 17:13,14
  48:10
far 26:16
fate 7:22 16:3
  41:22 42:24
  54:13
february 47:8
  47:11,20,20
  48:4,20
feedback 10:15
  10:17 11:10
  12:4,7,15
feel 9:7 25:24
felix 7:6
felt 13:21 40:4
field 14:20,20
files 12:2
final 41:10
  42:25
first 4:25 9:23
  10:24 27:15
  32:14 45:3,3,8
  45:17 46:10
  49:14
fit 7:24 9:17
  11:3 14:19
  16:3 18:2 19:5

19:14 20:6,10
  29:6 41:4 43:1
  50:7,12,16
  52:15
floor 2:3
flow 42:23
fluctuates
  46:23
focus 14:24
  35:20 43:9,9
  45:13
focusing 34:1
  45:16
folks 8:17
follow 13:22,24
  55:23
followed 42:2
follows 5:3
foregoing 58:4
  58:8
form 24:23
  25:2,19 33:8
  33:19,20 34:4
  34:8 35:14
  39:2,15 40:13
  41:19 42:15
  43:7,24 47:6
  47:23 48:6,15
  52:17 54:23
formal 13:20
format 14:11
  14:12
formula 28:4
  28:11

Golkow Technologies,
A Veritext Division
877-370-3377                                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 65 of 76

| | | | |
|---|---|---|---|
| **formulas** 12:10 | 36:4,16,25 | 47:15 | **halfway** 10:24 |
| 12:12,12 | 37:11,19,22 | **good** 5:6,7 | **hand** 14:11,11 |
| **foundation** | 38:23 39:7,11 | 30:20 41:25 | 54:6,10 |
| 25:19 | 40:7,9,22 41:8 | 55:4 | **handling** 26:16 |
| **four** 21:1 32:4 | 41:15 42:12 | **goodness** 14:19 | **handwritten** |
| 44:14 | 43:3,21,21 | 16:3 18:2 19:5 | 9:11,12 13:21 |
| **franklin** 2:9 | 44:23 45:5 | 19:14 20:6,10 | 14:2 21:14 |
| **free** 9:7 25:24 | 49:1,12,15,19 | 41:4 43:1 50:7 | **hard** 12:9,10 |
| **front** 24:8 | 49:21,25 50:6 | 50:12,16 52:15 | **haroon** 2:10 |
| **further** 55:21 | 50:11 52:12 | **great** 7:19 8:21 | 5:9 |
| 57:13 58:11 | 53:4,7,11 54:7 | 25:12 | **haroon.anwar** |

| **g** | 54:19 56:13 | **greater** 17:15 | 2:10 |
|---|---|---|---|
| | 57:4,11 | 25:12 35:1 | **havai** 2:14 |
| **ge** 40:6 | **getting** 55:4 | 36:18 37:14 | **headers** 45:1 |
| **generally** 14:14 | **gio** 8:14 44:13 | 53:8 | **heading** 55:5 |
| 15:3 16:14 | 53:14 | **groundmodel** | **hear** 24:24 |
| 20:5 | **giovanni** 2:11 | 19:22 | 53:25 |
| **geometric** 6:11 | **giovanni.ant...** | **groundwater** | **heard** 4:18 |
| 7:7 13:2,6,10 | 2:11 | 15:3 16:10,24 | **hearing** 58:10 |
| 14:14,15 15:11 | **given** 55:13 | 17:17 19:14,22 | **held** 4:8 42:20 |
| 15:22 16:2,9 | 58:10 | 19:25 20:6 | **hey** 8:17 |
| 16:22 17:15 | **go** 5:14 8:9 | 42:23 | **higher** 17:22 |
| 18:1 19:4,4,13 | 18:24 21:19 | **group** 6:9 | **holcombe** 22:7 |
| 21:2,25 22:2,6 | 30:6 41:25 | **guess** 16:13 | 22:12,21 23:5 |
| 22:10,20 23:8 | 42:17 49:18 | 17:7 18:18 | **hour** 20:25 |
| 23:11,16 24:1 | 53:15 54:25 | 55:2 | 53:23 54:2 |
| 24:18 26:5,19 | 55:9 | | 55:14 |
| 27:1,10,22 | **goes** 46:22,24 | **h** | **huh** 41:13 57:1 |
| 28:5,11,16,24 | **going** 15:1,2 | | **hypothesis** |
| 29:5,9,18 30:9 | **golkow** 4:4 | **hadnot** 22:7,11 | 43:17 |
| 30:19 31:5,6,7 | **gonna** 5:14 | 22:21 23:4 | |
| 32:13,24 33:5 | 18:9,15 19:3 | **half** 11:17 | **i** |
| 33:11,15 34:12 | 20:15 21:8 | 29:25 35:7 | **identical** 26:10 |
| 34:12 35:23 | 22:18 45:13 | 37:8 49:2,5 | |

**identification**
8:12 9:13 44:9
53:18
**identified**
46:10
**impact** 30:18
40:6 57:10
**important** 5:20
19:20,24 32:25
56:11
**improved** 38:1
38:4
**improvement**
37:22
**include** 28:18
29:6,7,15
**included** 28:8
32:7
**including** 54:14
**indicate** 23:21
24:2,2 37:21
**indicated** 37:25
**indicates** 16:10
16:23 17:16
36:10,18 37:2
37:15 50:7
**individual** 7:25
15:16 26:17
**initial** 27:13
38:22 39:8
40:22 42:22
**initially** 26:25
27:12,14 28:7
40:5

**instance** 17:21
20:7
**instantaneous**
52:24
**instruct** 18:15
43:25
**instructed**
55:16
**instructing**
18:25 20:13
**interested**
58:13
**internal** 29:1
41:1
**internally** 55:4
**interrupting**
34:3
**introducing**
29:13
**issue** 21:10
**issues** 26:1

**j**

**j** 2:4 7:5
**james** 2:18 4:3
**january** 38:19
45:9,17,19,21
46:11,15,16
47:3,4,19 48:3
48:20 50:25
**jeff** 12:1
**jones** 12:1,5,15
12:19

**journal** 7:2,3,5
8:7
**judge** 18:24
**justice** 2:8

**k**

**keep** 20:16
21:11 44:3
55:20
**key** 27:15
**kin** 58:12
**kind** 7:20
**know** 7:11 8:23
11:18 21:9
25:11 28:12
29:12 30:15
43:19 47:12
**known** 21:3
**konikow** 10:12
11:9,24 12:19
26:24 30:3,12
41:20 42:5,8
43:10
**konikow's** 40:1
41:11

**l**

**l** 9:23
**language** 17:8
**laura** 2:4
**law** 5:22
**lawyers** 12:18
**lbaughman** 2:5
**legal** 6:9

**legible** 14:11
**lejeune** 1:6 4:8
14:25
**lettering** 9:13
**limit** 11:16,18
18:19 21:8
22:18 27:21
28:12,13,20
29:8,11,22,25
30:7,7 32:9,11
34:4,19 35:8
36:23 37:8
49:2,5,6,11,21
**limited** 5:13
18:10,12 48:16
48:16,19
**limits** 11:11
**line** 33:25
**list** 29:3
**listed** 32:5
45:12
**literally** 26:10
**litigation** 1:6
4:9 11:25
14:24 41:14
43:5
**little** 14:13
**locations** 41:22
**lois** 2:20 4:22
58:18
**longer** 14:4
57:9
**look** 11:4 34:16
46:18 50:22,24

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 67 of 76

55:9 56:5
**looking** 11:16
11:18 31:22
32:17 47:17
48:2 51:5 54:6
**looks** 45:8,16
**lower** 16:16,19
31:6,17,17
**luxenberg** 2:3

**m**

**machine** 58:5
**made** 21:21
40:5
**march** 5:17
13:13 42:21
**mark** 8:9 44:5
53:15
**marked** 8:12
44:9 53:18
56:6
**maslia** 1:15
4:13,24 5:6
8:22 9:24
18:16,25 19:3
20:21 21:4,23
22:20 44:14
56:5
**match** 17:4
**materials** 6:6
**matter** 4:8
14:20,20 58:4
**mean** 6:11
16:15 26:10

27:5,14 30:23
31:17 32:7
33:22 35:23
36:4 42:1 43:3
49:12 51:16,16
51:19 54:19
**meaning** 38:1
**measured**
15:12 16:20
**mention** 43:13
**mentioned** 40:2
43:12,13
**met** 5:9
**method** 33:2
**methods** 18:5,7
21:6
**mind** 8:20
41:15
**minute** 49:17
**model** 6:10 7:7
7:20,21,22,23
7:24 9:17
10:24 11:2,6
11:19 13:3
14:17,19 15:2
15:14,15 16:1
16:4,5,10,15,24
16:24 17:16,17
17:20,22 18:3
19:5,15,22,25
20:7,8 22:1,2,8
22:12,22 23:7
23:22 24:1
26:4,5 27:1,9

27:25 28:25
29:5 30:10
33:5 34:5,13
34:22 35:2,11
35:11,17,18
36:10 37:3,15
38:1,24 40:10
40:21,23 41:3
41:3,5,17 43:4
43:4,13 44:24
45:6 49:22
50:12,16 51:2
52:22 53:6
54:14 56:9,11
57:11
**model's** 36:19
52:19,25
**modeling** 38:12
41:7 42:10,24
42:24 43:20
**models** 14:25
15:3 41:22
**moderate** 24:15
**moderately**
24:3,19
**modify** 39:23
**moment** 24:9
**month** 26:15,20
27:5 31:3
33:12 34:18
35:7 36:22
37:7 49:3,10
**monthly** 27:6
40:3 52:22

**months** 57:7,8
**morris** 1:15
4:13,24 9:23
54:25
**multiple** 26:20
55:17

**n**

**n** 2:1 3:1
**name** 4:3 5:9
**nature** 4:16
**necessarily**
17:11 28:7
**need** 11:4 20:9
21:19 57:21
**neither** 58:11
**new** 2:4,4
**nice** 5:8
**non** 42:2,3
**nondetect**
11:20 27:11,23
28:3,9,15
29:19 30:13
31:4 34:19
35:8 36:23
37:9 41:8
46:23 49:11
**nondetected**
54:14
**nondetects**
28:23 29:3
30:11,24 32:6
32:9 33:13
42:3 49:5,21

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 425-3 Filed 07/03/25 Page 68 of 76

norm   12:1
north   1:2 4:12
note   18:22
  20:15 55:15
noted   4:20
notes   6:7 9:11
  9:12 13:15,18
  13:21 14:2,4,8
  14:10,11 21:14
number   3:7,9
  3:11 8:11 16:9
  22:15 37:14
  44:8 51:5
  53:17
numbers   9:13
  33:23

**o**

oath   5:21
object   18:9,15
  20:12 24:23
  25:19,19 33:8
  33:19,19 34:8
  35:14 39:2,15
  40:13 41:19
  42:15 43:7,24
  47:6,15,23
  48:6,15 52:17
  54:23
objected   25:2
objection   20:12
  22:14,25
objections
  18:19 21:9

22:19 34:4
55:19
observations
  20:10
observed   11:1
  15:12 24:4,20
  46:18,19 51:3
  51:8,12,17,19
  52:1,9,25
  54:12 56:25
october   38:17
offered   38:16
  38:16,21
offering   22:5
  38:10
oh   8:21 46:2
  49:7
okay   5:20 6:6
  6:21 7:1,2,16
  8:5,22 9:4,9
  14:13,19 15:3
  15:5,10,17
  16:9 19:9
  20:15 23:6
  24:10 25:4,8
  25:12 26:2
  29:12 31:13,14
  31:16,23 32:22
  34:25 35:20
  38:15 40:17
  43:14 44:7,7
  44:11,15,22
  45:2,15,20
  46:6,9 47:10

47:19 49:14,18
  50:10 53:9
  55:13 56:22
omitting   23:12
once   13:19
  39:25 52:20
open   20:17
  21:12 44:4
  55:20
operated   57:7
operating   48:3
  48:13 51:1
operational
  57:9
operations
  48:17
opinion   7:19
  52:25
opinions   10:10
  10:13 19:2
  22:5 38:10,21
order   20:3,21
  20:25 21:20
original   7:14
  28:21 31:7
  38:2,23 50:3
  57:2
originally
  28:17 29:9
  33:4
outside   20:12
  22:14 43:24
  44:2 47:15
  54:23

overall   16:20
overpredicted
  24:4,20
overpredicting
  17:17 34:14,15
  35:2,18 36:10
  36:19 37:16
  38:4 50:1 53:6
  53:8
overprediction
  23:22 25:11
owens   18:24

**p**

p   2:1,1
p.m.   1:18 57:24
p.o.   2:9
page   3:2 9:23
  10:25 11:13
  20:22 32:14
  45:3,4 48:24
  49:8,14,18
  53:16
pages   8:24 21:1
  44:14
panel   42:6,9,21
  55:2,11
paper   9:5,8,10
paragraph
  54:10
participated
  42:5,8
particularly
  20:8

parties 4:14,18
  58:12
path 41:25
pause 4:17
pc 17:20 54:12
pce 16:4 24:3
  24:14,19
peek 31:13
peer 8:7
people 43:11
percent 28:11
  30:5 32:10
  54:15,17
perfect 11:2
performed 13:1
  15:1 45:5
period 57:12
personal 58:7
pertains 23:1,3
pertinent 6:10
phases 42:22
philosophy
  55:3
place 40:23
plaintiff 2:2
plaintiffs 6:9
  11:23 12:18
plant 9:19
  13:11 15:21
  16:8 23:17
  27:18 31:10
  35:21 36:6,7
  37:20,25 38:7
  43:16 53:5

56:8,12,14,18
  56:19
please 4:17
point 15:16
  22:7,11,21
  23:5 30:17
  39:12 40:4
  56:16
pointed 11:3
pointing 27:2
portion 10:21
  35:21
possible 28:20
possibly 57:7
precise 36:14
preclude 28:10
present 2:13
preserve 44:3
prevent 5:25
previous 22:15
previously
  39:20,21
primary 43:9
printed 6:20
prior 5:10,17
  11:25 14:1
  21:3,13 45:21
  46:14,15 48:12
probably 17:3
  55:10
problem 21:22
proceedings
  58:4,9

provide 10:15
  10:17 11:9
  17:2
provided 10:19
  12:16,22 20:21
  20:22 21:16
  22:15 26:16
  56:7 57:4
publication 7:9
  7:18
published 6:24
  7:6 8:6,7 24:11
  25:20 27:17,25
  30:21 32:6,23
  33:3 36:1,5
  38:2 39:21,22
  45:6 49:15
  53:10 55:8
  57:3
pull 53:14
put 13:19

**q**

qa 26:16
qc 26:16
qualitatively
  19:21 50:17
  52:15
question 10:2
  15:8 18:16
  19:10 40:15,18
  54:4 55:14
  56:22

questioning
  34:1
questions 19:1
  20:25 21:5
  33:21 45:3
  55:17,24 56:4
  56:23 57:13
  58:6
quick 53:15
  55:23 56:3
quickly 44:14
quite 40:14
quote 24:2 26:7

**r**

r 2:1 58:1
rate 52:20
rather 7:21
  52:23
ratio 15:13
rdr 2:20
read 36:13
  39:25
real 16:17,25
really 42:16
  53:14
realtime 58:19
reanalyzing
  30:19
reask 40:18
reason 39:23
reassess 41:25
rebuttal 38:18
  38:22 39:9,13

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 70 of 76

40:1 41:11
**recalculate**
43:3
**recalculated**
26:19 29:18
31:5 35:23
36:24 37:11
**recalculating**
35:10 37:19
54:18
**recalculation**
33:10
**recalculations**
37:25
**recall** 10:21
12:7 13:16
24:6 30:5
42:16,19
**receive** 12:4
**recognized**
43:14
**reconstructed**
16:6
**record** 4:2,21
18:23 20:19
55:15 57:9,18
57:19
**recorded** 52:24
**records** 57:6
**reduced** 58:7
**reducing** 52:20
**refer** 9:7 25:24
**reference** 7:14

**referring** 6:13
15:2,6 31:9,11
31:12
**refers** 12:10
**refined** 10:20
**reflect** 12:25
14:10 31:24
32:3
**reflected** 14:8
27:24 39:8
**reflecting**
13:15
**reflects** 13:5,9
32:4 41:10
45:4
**regarding**
20:25 56:7,9
**registered**
58:19
**related** 14:25
22:7
**relates** 1:7
21:25
**relevant** 18:22
19:1
**reliability**
38:11,11 56:10
**relief** 55:21
**remote** 1:14 4:7
4:17
**remotely** 4:15
4:16
**removing**
27:20

**repeat** 19:10
36:13
**report** 3:8 6:14
6:18,22,25
7:10,14 8:10
8:24 9:1,16
10:3,6,7,9,10
10:13,22 11:24
12:20,23 14:9
14:10 17:9
19:2 21:15,16
21:24 22:6,16
22:16 23:1,2,7
23:21,25,25
24:8,12 25:15
26:3,13,18
27:17 29:17
31:21 33:3
36:2,5 37:18
38:3,17,18,22
38:22 39:6,8,9
39:20 40:1,2
41:10,12 44:20
54:20 55:2,7
56:6
**reporter** 2:21
4:22 53:20
57:20 58:19,19
**reporting** 4:17
**reports** 27:3,25
28:21 32:23
39:13,22,24
43:20 57:2

**represent** 17:6
34:12
**representations**
21:21
**represents**
32:12 34:13
35:2,17 58:8
**reproducibility**
33:2
**request** 20:22
**requested** 14:2
21:13
**requirement**
33:1
**reserve** 18:23
20:16 55:19
**respect** 13:1
23:4 27:1
**respectively**
52:6
**response** 40:1
**result** 7:25
58:13
**resulted** 31:5
35:11 36:24
**results** 16:5,16
16:24 17:20
19:21,25 26:17
30:21 31:24
41:3 42:25
54:14 56:24
**review** 10:14
11:24 12:20
27:3

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 71 of 76

**reviewed** 8:7
12:2
**right** 5:13 9:6,7
9:21,24 13:3
14:17 15:13
16:4 17:17,24
18:23 19:22
20:1,16 22:8
22:22 23:2,22
24:8,8,9 28:1,6
30:3 31:12
33:5,22 36:10
36:19 37:4,12
37:16 38:5,25
39:9 40:25
42:6,10 44:3
44:24 45:24
46:21 49:8
50:1,8,13 51:7
51:14,25 53:6
54:6,10 55:20
**rmr** 58:18
**robinson** 2:20
4:22 58:18
**rogers** 7:6
**room** 6:3,4,5,7
6:23 9:5
**rough** 57:21
**roughly** 49:16
**row** 51:5
**rpr** 2:20 58:18
**rule** 5:20
**rules** 5:15,16

**s**

**s** 2:1,8
**safe** 15:8
**sample** 27:20
29:10,15 45:8
45:17 46:10,19
51:5,8 52:4,25
**sampled** 16:20
**samples** 26:7,9
26:10,12,17,20
27:4,11,23
28:15,19 29:8
29:19 30:14
31:3,4 33:12
34:18,20 35:6
35:8 36:22
37:7,9 40:25
41:8 45:21
48:11,11 49:3
49:10,20 51:11
52:5
**sampling** 9:18
15:16 16:17,25
17:23 20:1
28:15,15 36:24
43:14,15 45:21
46:14 48:20
**saw** 39:23
**saying** 11:5
17:12 45:1
**says** 9:23 10:25
54:11

**scenario** 29:21
29:24 32:6,7,8
32:9,22 33:10
34:5,16,17
35:5,15 36:1
36:12,15,21
37:2,6 45:1
**scenarios** 32:5
35:24 44:23
**scientific** 33:2
**scope** 18:12,20
20:12 22:14
43:24 44:3
47:16 54:24
55:18
**screen** 8:14,17
9:14
**scroll** 8:23
44:13
**scrutiny** 43:5
**second** 45:11
**section** 7:15
11:15 32:18
34:1 54:5
**see** 5:8 6:3 30:9
32:20 40:6
55:5
**seek** 18:24
55:20
**sense** 16:20
31:18
**sensitive** 30:9
**sensitivity**
11:19 30:8,20

**separately** 16:7
57:5
**september** 5:18
**series** 15:18
**serve** 21:11
**seven** 57:7
**several** 56:23
**share** 8:14,17
**sheet** 32:15
**sheets** 13:23
26:16
**short** 57:12,12
**shorthand** 58:6
**show** 11:5
44:14
**showed** 11:2
**showing** 9:14
**shows** 11:6
**shut** 47:3,7,21
48:21 51:23
52:21
**side** 54:6,10
**signature** 58:18
**simulate** 51:12
**simulated**
10:25 15:12,17
16:5,16,24
17:20 19:25
24:3,14,19
27:6 51:1,6,8
51:12,19,23
52:6 54:11
56:24

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 72 of 76

sir 5:12 17:14
  29:23
slightly 38:7
slower 52:20
small 30:8
somewhat 5:13
sorry 24:24
  46:3 49:8
sort 5:14 11:19
  18:19 30:8
  37:19 46:23
sounds 14:3
  17:10
southern 1:3
speak 10:12
speaking 4:18
  16:14 20:5
  21:9 22:19
  55:19
specifically
  24:7
spiliotopoulos
  2:14
spreadsheet
  13:9 20:23
  27:15 44:6,17
  48:25 51:4
spreadsheets
  6:18,22 12:22
  12:25 13:5
  21:1 44:22
standard 53:10
  54:16,17 55:11

standards 55:3
start 32:17
  55:4
started 30:17
starting 50:23
  50:25 54:9
starts 56:16
state 23:6
stated 25:15
  29:11 33:25
  54:19
statement 24:6
states 1:1 4:10
  4:10 24:1
  32:19 55:7
station 2:9
statistic 14:15
statistics 11:4
  17:5
stenographic
  4:21
steps 27:6 40:4
  52:23
stop 34:3
straightforward
  13:24
strictly 15:6
  18:10 23:3
strike 20:4 32:1
  45:11
studies 7:8
study 8:1,3
  56:15

submitted 6:9
  6:14 9:1 12:20
  38:17,18 44:19
submitting
  11:25 39:12
substantial
  41:20
substantially
  24:4,20
suggest 26:25
suggested
  12:11 30:2,4
  30:13 55:11
suggestion
  26:24
sup 21:15
supervision
  58:8
supplemental
  3:8 6:14,21
  7:10,13 8:10
  9:1,16 12:23
  14:8 19:2
  21:15,16,24
  22:6 23:1,2
  26:3,18 29:17
  32:15 39:6
  44:20 56:6
supplied 56:20
supply 3:10
  9:18 13:7
  15:20 16:7
  23:9,12 24:5
  24:21 25:10

27:16 31:9
  32:19 33:22
  34:2,17 35:22
  37:20,24 44:6
  44:20 45:22
  46:15 47:1,2
  47:20 53:4
  54:7,12 56:9
  56:13,21
sure 21:21
  40:14 57:23
swear 4:23
sworn 4:16 5:1

t

t 58:1,1
table 3:10
  27:16,19 31:15
  31:21,24 32:2
  32:4,5,12,17,18
  34:2 35:21
tables 28:2
  29:4
take 15:21
  21:17 23:4
  34:16
taken 1:15
  26:20 31:1
  33:12 34:18
  35:6 36:22
  37:7 49:10
  58:5
talk 14:13
  25:25

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 425-3     Filed 07/03/25     Page 73 of 76

| | | | |
|---|---|---|---|
| **talking** 10:24 14:23 15:9 25:9 45:24 46:7 **tarawa** 6:10,24 9:18 13:2,7,11 15:6,9 16:1 17:21 20:8 21:25 22:2 23:3,7,8,11,16 23:24,25 26:5 27:9,25 28:25 32:19 33:4 36:6 37:21,23 37:24 38:2,24 40:10,21,23 41:16 42:20 43:4,20 44:24 45:5 47:1,2,2 47:20 49:22 51:2 56:8 **team** 15:1 41:2 41:7 **technique** 7:23 **tell** 5:1 30:12 52:15 53:11 **tells** 52:18,18 **term** 17:3 **terms** 15:12,15 **terrace** 6:10,25 9:18 13:2,7,11 15:6,9 16:1 17:22 20:8 22:1,3 23:3,7,8 | 23:12,17,24 24:1 26:5 27:9 27:25 28:25 32:19 33:4 36:6 37:21,23 37:24 38:3,24 40:10,21,23 41:16 42:20 43:4,20 44:24 45:6 47:1,2,3 47:20 49:22 51:2 56:8 **test** 14:16,18 30:20 43:17 **testified** 5:3 13:14 40:8 **testify** 5:21 **testifying** 6:1 **testimony** 14:3 40:19 **text** 11:7 **thank** 15:24 34:4 57:13,15 **thereto** 58:6 **thing** 17:13 **things** 11:12 12:12 18:18 **think** 10:23 11:1,12 15:19 17:1 18:21,21 23:20 30:15,17 31:15 46:4 **thinking** 30:18 | **third** 48:24 **thought** 40:5 41:24 46:2 57:10 **three** 8:24 **threw** 13:20 14:4 **thursday** 4:5 **time** 4:6 5:13 18:24 19:11 21:6,18,19 27:6 29:3 39:19 40:4 41:5 42:13,20 52:23,23,23 53:21 55:7 57:17 **times** 30:7 **titles** 44:25 **today** 5:14 6:1 7:18 14:3 15:5 55:10 **today's** 4:5 40:20 **together** 15:21 31:2 **tool** 55:4 **top** 51:5 54:9 54:10 **topic** 18:22 **total** 54:11 **towards** 11:12 **trans** 42:17 | **transcript** 58:4 58:9 **transcripts** 42:18 **transport** 7:22 16:4 41:22 42:24 54:13 **treated** 56:19 57:5 **treatment** 9:19 13:11 15:20 16:8 23:17 27:18 31:10 35:21 36:6,6 37:20,25 38:7 43:16 53:5 56:8,12,14,18 56:19 **trend** 20:9 **true** 8:25 43:2 44:16 58:9 **truth** 5:1,1,2 **truthfully** 5:21 6:1 **try** 28:18 **tt** 3:10 23:13 25:10 38:6 46:1 53:4,5 54:13 **tt23** 23:13 45:14,25 46:8 46:15,19 48:2 48:7 50:24 52:5 56:25 |

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-3 Filed 07/03/25 Page 74 of 76

57:5,5,6
**tt25**   45:14 48:2
48:7
**tt26**   45:14,16
45:24 46:2,5
48:2,7 57:8
**turn**   31:20
48:24
**turned**   8:18
**two**   5:10 6:22
12:22 15:15
18:18 21:3
31:1 33:22
48:11 57:3

**u**

**u**   2:8
**uh**   41:13 57:1
**um**   40:14 47:13
**unaltered**
30:22
**unbiased**   11:6
17:2
**uncertainty**
29:13
**undefined**   28:6
**under**   5:21
7:14 11:14
34:5,17 43:5
58:7
**underpredicti...**
16:11,15 37:3
**understand**
5:18,23 40:14

49:7
**understandable**
14:12
**understanding**
14:15 22:10
26:4 40:19
50:6
**understood**
6:12 7:16 8:8
9:15 11:21
12:14 13:25
14:22 15:24
17:6 22:4
25:23 27:8
30:25 32:16
38:9 50:4
51:18
**undetect**   40:25
**united**   1:1 4:9
4:10
**untimely**   21:16
**updated**   13:1,6
13:10
**usdoj.gov**   2:10
2:11
**use**   7:7 49:2
55:3,10
**used**   7:21,22
11:11 17:2
27:7 54:13
**uses**   7:6
**using**   7:24
11:18 12:11
26:6,19 28:10

28:23 29:18
30:21,22 32:13
42:1 49:4,10
49:20 52:22
57:12

**v**

**valid**   12:13
40:4
**value**   11:5,17
15:17 27:5,5
28:9,22,23
29:12,15,22,25
30:7,13 31:4
33:13 36:9
37:9 41:7
46:19 51:1,3
51:16,19,24
52:1,24
**values**   11:20,20
23:21 24:2,14
24:18 27:22
28:3,6 29:19
30:10,23,24
34:12 36:24
38:2 40:3,9,24
46:18 48:1
49:11 52:6,9
52:14 56:24,25
**variety**   28:8
41:21
**various**   44:23
**varying**   11:20

**verbatim**   42:17
**verbiage**   10:19
10:20
**versus**   4:9
11:17
**video**   1:14 4:7
**videoconfere...**
1:16
**videographer**
2:17 4:1,4
53:22 54:1
57:16
**violated**   54:17
**voluntarily**
20:20
**vonweigen**   2:18
**vonwiegen**   4:3

**w**

**walk**   52:4
**want**   14:13
29:7
**wanted**   28:18
44:11 45:2
**washington**   2:9
**water**   1:6 4:8
9:18,19 13:3
13:11 14:25
15:20 16:6,7
17:22 19:22
23:8,12,17
24:5,21 25:10
27:16,18,18
31:9,10 33:21

877-370-3377                        Golkow Technologies,
                                    A Veritext Division                        www.veritext.com
Case 7:23-cv-00897-RJ        Document 425-3        Filed 07/03/25        Page 75 of 76

| | | z |
|---|---|---|

34:2,17 35:21
35:22 36:5,6
37:20,20,23,24
38:6,12 41:6
42:9 43:20
44:6,20 53:4,5
54:7,12 56:7,8
56:12,13,14,18
56:18,19,19,20
56:20
**watermodeling**
3:12
**way** 18:1 19:5
19:13 30:20,22
50:11,15
**ways** 18:11
28:9
**we've** 5:9 18:12
**weitz** 2:3
**weitzlux.com**
2:5,6
**wells** 3:10 9:19
13:7 15:20
16:7 23:9,12
24:5,21 25:10
27:16 31:10
32:19 33:22
34:2,17 35:22
37:20,24 43:16
44:6,20 45:13
45:22 46:15
47:1,2,21 48:3
48:12,12,21
51:23 52:21

53:4 54:8,13
56:9,13,21
57:8
**went** 7:24
49:25 52:12
**wide** 41:21
**witness** 4:15,23
4:25 19:8 25:3
25:7 55:16
58:10
**words** 16:13
17:19 30:21
32:3
**work** 18:13
39:20
**world** 16:17,25
**worth** 46:5
**write** 10:14
**writing** 58:7
**written** 13:23
24:12
**wrong** 49:7

**x**

**x** 3:1

**y**

**yeah** 11:14
19:13 38:8
46:8 53:23
56:3
**year** 13:14
**york** 2:4,4

**z**

**zero** 28:5,10
32:22 36:1
**zoom** 1:16

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-3 Filed 07/03/25 Page 76 of 76