# Exhibit E

1

2  IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

3      DISTRICT OF NORTH CAROLINA SOUTHER DIVISION

4                   No.  7:23-CV-897

5

6  IN RE:                    )
                             )
7                            )

         CAMP LEJEUNE WATER LITIGATION,          )

8                            )

9  THIS DOCUMENT RELATES TO:,    )
                             )

10         ALL CASES            )

11

12                 DEPOSITION TRANSCRIPT

13                       OF

14               FRANK J. BOVE, Sc.D

15               1600 Clifton Road

16             Atlanta, Georgia  30303

17               OCTOBER 18, 2024

18                   9:30 A.M.

19  A P P E A R A N C E S:

20    On behalf of the Plaintiffs:    ROBIN L. GREENWALD,
    ESQ.,

21                               Attorney at Law

22    On behalf of the Defendant:    ADAM BAIN, ESQ.,
                                 Attorney at Law

23

24         Jolanda L. Harrison, RPR, CCR-B-2046

                    Court Reporter

25               140 WINDY RIDGE CT.

            FAYETTEVILLE, GEORGIA  30214              1

Golkow Technologies,
A Veritext Division
877-370-3337                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 2 of 186

```
 1        FOR THE PLAINTIFFS:  ROBIN L. GREENWALD, ESQ.
 2        WEITZ & LUXENBERG, P.C.
 3        700 BROADWAY
 4        NEW YORK, NEW YORK  10003
 5        rgreenwald@weitzlux.com
 6        (212) 558-5802
 7
 8        FOR THE DEFENDANT:  ADAM BAIN, ESQ.
 9        U.S. DEPARTMENT OF JUSTICE
10        P.O. BOX 340, BEN FRANKLIN STATION
11        WASHINGTON, D.C.  20044
12
13
14
15        ALSO PRESENT:
16
17        Ben VanSlyke
18        Patrick Telan
19        Randy Lee
20        Lena Yueh
21        Elizabeth Platt
22
23
24
25
```

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 3 of 186

1                          Index

2

3                                              Page

4

5        FRANK J. BOVE, Sc.D

6

7

8

9                Cross-examination By Mr. Bain          5

10

11               Direct Examination by Ms. Greenwald          91

12

13               Recross-examination By Mr. Bain          135

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 4 of 186

1                    Index

2

3       Exhibits

4

5       24.   Table S6                                26

6

7       25.   Table S10                               43

8

9       26.   An Update on the Healthy Soldier Effect in U.S.

10

11        Veterans                                    61

12

13      27.   Email from Rich Pinder                  69

14

15      28.   Email from Jerome Ensminger             83

16

17      29.   Email from Frank J. Bove                87

18

19      30.   Email from Richard Clapp           106

20

21      31.   Department of Health and Human Services    111

22

23      32.   Supplemental File 1             123

24

25

Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 5 of 186

1                    October 18, 2024

2    _____

3      (Thereupon, the following proceedings were had.)

4

5      (The Continued Deposition from 10/17/2024.).

6              THE VIDEOGRAPHER:  We are now on the record.

7          Today's date is October 18th, 2024.  The time is

8          approximately 9:53 a.m.  This is the continued

9          deposition of Dr. Frank Bove.  Will the court

10         reporter Jolanda Price now swear in the witness.

11

12                      FRANK J. BOVE, SC.D, having been first

13    duly sworn, was examined and testified as follows:

14             CROSS-EXAMINATION (continued)

15    BY MR. BAIN:

16      Q    Thank you, Dr. Bove.  Again, my name is Adam

17    Bain, and we're continuing your deposition from yesterday.

18    And I would like to go back to Exhibit 23 where we left

19    off yesterday and ask you a few more questions about

20    Exhibit 23, which is the Morbidity Study of Former

21    Marines, employees, and Dependents Potentially Exposed to

22    Contaminated Drinking Water at U.S. Marine Corps Base Camp

23    Lejeune; correct?

24      A    Yes.

25      Q    Can you turn to page 74 in table six.  That

1    table is the odds ratios comparing cancers and other

2    disease among Camp Lejeune Marines with those at Camp

3    Pendleton; correct?

4        A    Yes; those who participated in the survey, yeah,

5    uh-huh.

6        Q    And there were odd ratios that were below one

7    for comparison of the Camp Lejeune versus Camp Pendleton

8    cohort; right?

9        A    Yes, there was a few, yeah.

10        Q    And what that would mean is that there were a

11    higher percentage of cases at Camp Pendleton than at Camp

12    Lejeune?

13        A    Right.

14        Q    For example, scleroderma had an odds ratio of

15    .37; right?

16        A    Yes.

17        Q    And in the 2017 ATSDR assessment of evidence,

18    there have been a finding that there was equipoise and

19    above evidence of causation for TCE and scleroderma;

20    correct?

21        A    Yes.

22        Q    But this study showed that in comparing the camp

23    lejeune and camp Pendleton cohorts who had participated in

24    the survey, those at Camp Pendleton were much more likely

25    to get scleroderma than those at Camp Lejeune; right?

Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 7 of 186

1      A    Based on the small numbers in the survey, yes.

2      Q    And the odds ratios for ALS and aplastic anemia

3  were also below one; right?

4      A    Where ALS, aplastic anemia is -- is it on the

5  next page?  Yeah; yes, the next page.

6      Q    And if there had been selection biases you noted

7  in this particular study, it would have meant that those

8  at Camp Lejeune were more likely to report disease than

9  those at Camp Pendleton; right?

10      A    That's possible but not definite.  I mean, we do

11  not know which direction the selection bias.  We can only

12  hypothesize that what you just said was true.

13      Q    Okay.  And that was because of the media

14  attention surrounding Camp Lejeune?

15      A    The media attention, yes.

16      Q    Okay.  If you turn to page eight.

17      A    Page eight; uh-huh.

18      Q    And I'm looking at the very bottom going over to

19  page nine.  Do you see where it says, we are not aware of

20  any mechanisms by which exposure to the chemicals in the

21  drinking water at Camp Lejeune could be considered

22  protective for the specific adverse health outcomes

23  evaluated in this study.  Odds ratios less than 1.0 may be

24  due to biases including selection and exposure

25  misclassification, as well as random error due to the

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 8 of 186

1   small numbers for discrete endpoints.  Do you see that?

2       A    Yes.

3       Q    How could odds ratio less than one be due to

4   selection biased if the Camp Lejeune participants are more

5   likely to participate and report diseases?

6       A    We don't know that, though.  And again, here we

7   were speculating that that's -- that that may have

8   happened.  Selection biased can go in either direction.

9   It's differential, meaning, it can go in either direction.

10      Q    What selection biased can be hypothesized for

11  Camp Pendleton participants to report more diseases than

12  Camp Lejeune?

13      A    It's possible that the people who participated

14  in Pendleton would only participate because they had a

15  disease.  Why else would they participate?  That could be

16  an argument for why the bias my be towards the null.

17  Again, we don't know what -- why people participated and

18  why -- what, more importantly, why people didn't

19  participate, whether the small participation rate of 20,

20  25 percent roughly.

21              So we can speculate that the bias can go in

22  one direction or another, but that would be speculation

23  unless you had information on why there's people who

24  didn't participate, didn't participate.

25      Q    Do you ever try to get information about the

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 9 of 186

1    influence of selection biased?

2        A    Studies try to.  And if we had a chance to

3    survey the people who didn't participate and ask them, we

4    would -- for a sample, that might have been possible -- I

5    mean, that would -- might have provided useful information

6    here, but we didn't do that.

7        Q    Did you consult with any experts on survey

8    methodology in performing this study?

9        A    Yes.

10       Q    And who did you consult with?

11       A    I can't remember the person's name, but we had a

12   committee, a panel meeting.  And at least one person was a

13   survey expert.  I cannot remember his name.

14       Q    Was that person a federal government employee?

15       A    No.  No; no.  No.  All the panel members in any

16   of these panels we have are outside -- usually outside

17   government.  They could -- right.  They could -- this

18   person was outside government.  There are panels where

19   some people still work for other parts of the government,

20   but this person was not -- was an academic.

21       Q    Okay.  Would that be reflected in some documents

22   that you retained?

23       A    I would think that there should be some e-mails

24   because we had to be in contact with each panel member,

25   the time when the meeting was, getting feedback from them,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 10 of 186

1    so there should be some documentation somewhere.  But I

2    don't think it's mentioned in here.  We don't mention

3    those people here.

4         Q    You referenced in your testimony yesterday the

5    possibility that the individuals who were assigned to Camp

6    Pendleton may differ from the individuals assigned to Camp

7    Lejeune based on geographical location; do you recall

8    that?

9         A    That's -- that was speculation, as well.  I

10   mean, I've heard that from some people that those who

11   lived on one side of the divide, continental divide or

12   whatever went to Pendleton and went to Lejeune.  I don't

13   think that's the case and I also have seen that there's

14   people going back and forth at least for Marines; not the

15   workers but the Marines.

16        Q    Did you do any investigation into that to see

17   whether there's any validity to that?

18        A    No, I didn't do anything in particular.  There

19   was a variable in the DMDC data where state of birth or

20   something that sort where you could have looked at that,

21   but we weren't -- it wasn't something that we thought was

22   important to do.

23        Q    Okay.  I want to turn now to the exposure

24   response analyses that you did in this particular study.

25        A    Okay.

1    Q    And I want to focus on table seven and eight

2    which are the tables showing the exposure response

3    analysis for TCE and PCE separately, a low, medium and

4    high exposures.  So those start at page 76?

5    A    Yes.

6    Q    So in this particular report you are reporting

7    all of the relationships that you did for the different

8    diseases and the different levels of TCE and PCE exposure;

9    correct?

10   A    Right.

11   Q    So you didn't select out just the ones that

12   showed monotonic relationship.  You list all the

13   relationships here; correct?

14   A    Yes.

15   Q    The 2017 assessment of evidence listed the

16   relationship between TCE and all types of Leukemia as

17   being equipoise and above; right?

18   A    Yes.

19   Q    The analysis of the exposure response

20   relationship for Leukemia and table seven actually shows a

21   reverse exposure response relationship with fewer

22   percentages of Leukemias in the medium and higher exposure

23   groups; right?

24   A    Yes.

25   Q    And if you look at Parkinson's disease in table

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 12 of 186

1    seven, that does not show a monotonic dose response

2    relationship, does it?

3         A    No.

4         Q    The 2017 assessment of evidence listed the

5    relationship between TCE and Non-Hodgkin lymphoma as

6    sufficient and PCE and Non-Hodgkin lymphoma as equipoise

7    and above; correct?

8         A    Yes.

9         Q    For lymphomas in table seven, the exposure

10   response relationship for TCE does not show a monotonic

11   exposure response relationship, does it?

12        A    No.

13        Q    And the same is true for PCE in table eight?

14        A    Yes.

15        Q    Okay.  I'm done with this particular document

16   now.  If you can take out table or exhibit six from your

17   stack there if you find it.

18        A    Which one is it?

19        Q    It's the updated mortality study?

20        A    Yes, okay.  That's what I thought it was, yeah.

21        Q    So we're going to focus now on exhibit six,

22   which is the Evaluation of Mortality Among Marines, Navy

23   personnel and Civilian workers exposed to contaminated

24   drinking water at USMC base Camp Lejeune, a cohort study,

25   2024; correct?

```
 1        A     Yes.

 2        Q     Okay.  This study was originally made public on

 3   a preprint server; is that right?

 4        A     Yes.

 5        Q     And at that time the version had not undergone

 6   external peer review; right?  When it was put on the

 7   preprint server?

 8        A     No, it went through ATSDR's process which

 9   includes external peer review.

10        Q     Okay.  But the journal itself is not peer

11   reviewed?

12        A     No, preprint data, they don't -- they don't, no.

13        Q     Okay.  So it had gone through the full ATSDR

14   peer review process?

15        A     Oh, yes.

16        Q     But it had not gone through the journal's peer

17   review process?

18        A     Right; right.

19        Q     And the only other study that was made public in

20   preprint format that you worked on with respect to Camp

21   Lejeune was the 2024 Cancer Incidence Study; right?

22        A     Right.  And the same thing, it was peer reviewed

23   internally using the ATSDR peer review process, but not

24   peer reviewed -- the journal.  But this actual is peer

25   reviewed by the journal, this document.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 14 of 186

1    Q    Yes.

2    A    Yes, okay.  Okay.  Okay; yes.

3    Q    It did become peer reviewed and published

4    eventually.

5    A    Yeah; yeah.

6    Q    But I want to ask about putting a study out in

7    the public in preprint format before there is journal peer

8    review.  Is that an unusual practice for ATSDR?

9    A    It's not unusual -- it is unusual for ATSDR; not

10   unusual for CDC and not unusual in general.  They're

11   encouraging the Journal -- at least environmental health,

12   Environmental Health Perspectives.  I'm sure other

13   journals are all doing that.  So to me it was new I would

14   have to admit.  And I don't think ATSDR -- the only

15   studies really the ATSDR epi-studies are coming were camp

16   Lejeune and a few others, and those haven't actually been

17   published yet.  So we haven't had the opportunity probably

18   before recently to do this.  And I think this is a recent

19   development among journalists.

20   Q    What is the reason for putting an article like

21   out -- like this out there in the public before the

22   journal has done peer review?  Is there any particular

23   reason for that?

24   A    I mean, the journals must have some reason.  I

25   don't know what their reason is.  Our reason was to get

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 15 of 186

1    the information out as quickly as possible.  These studies

2    took a long time.  There was a lot of interest out there,

3    both in the Cap but also in the general public and the

4    media wanting to know the findings.  So that's the reason.

5             Again, it's -- I agree that it's important

6    to have it published in a journal, and that's why we did

7    send it to a journal and worked with their peer review

8    processes.

9        Q    Okay.  Thanks for that clarification.  So in

10   this particular article you're listed as the author along

11   with April Greek, Ruth Gatiba, Rona Boehm and Marcie

12   Mohnsen; is that correct?

13       A    Yeah, I think that's how you pronounce it, yeah.

14       Q    And these other authors aside from yourself,

15   they weren't included on the preprint version of the

16   study; right?

17       A    That's correct.

18       Q    And why was that?

19       A    The journal itself said why don't you have other

20   authors on here.  And so I said, okay; these people all

21   were crucial in the data collection.  And so normally if

22   you just do data collection, you might not qualify to be

23   an author.

24       Q    Uh-huh.

25       A    Coauthor.  But I thought that they did -- I

1   wouldn't have had the data without their involvement, so I

2   listed them.  Probably in the preprint they're

3   acknowledged.  But there wasn't -- their involvement was

4   over once the data was collected.

5        Q    So other than the data collection, they did not

6   have other involvement?

7        A    Right.

8        Q    And so you were, in essence, the person what

9   analyzed the data and wrote this up.

10       A    Yes.

11       Q    This was a retrospective cohort study; is that

12   right?

13       A    Yes.

14       Q    Was this considered an update of the earlier

15   mortality study that you had done in 2014?

16       A    Yes.

17       Q    What is the difference between the two studies?

18       A    One big difference is that the expanded the

19   subgroup that we focused on to include those who started

20   active duty January of '75 or -- between January and March

21   of '75 and probably included some in December of '74 to

22   expand the subgroup larger so that we would have a little

23   bit more statistical power, so that's one difference.

24              The other major difference is that it

25   extends follow-up to 2018.  And this is a young cohort.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 17 of 186

1    Anytime you can expand the period that you're following

2    up, it's helpful to have -- to do that to have more cases

3    of particular causes.

4         Q    Yeah, I did see there that it seemed like the

5    numbers got better or larger for the cohorts.

6         A    Yes.

7         Q    And you just said that you expanded it.  How

8    were you able to do that and why didn't you do that in the

9    first study?

10        A    Well, the unit code was only available in the

11   DMDC starting the second quarter of '75.  However, I

12   thought that in order to -- I thought it was important to

13   expand the cohort and I thought that we could assume that

14   those in the first quarter, who started active duty in the

15   first quarter of '75, where they were in the second

16   quarter was probably indicative of where they were in the

17   first quarter.  And so I thought that that wouldn't make

18   much difference to include those people as well.  So that

19   was the purpose there.

20             Other differences were that we looked the

21   cohort data to make sure that it was correct, and there

22   were some discrepancies from the previous study that I had

23   to correct.

24        Q    What type of discrepancies?

25        A    Assigning some people to Camp Lejeune, I pretty

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 18 of 186

1  much from -- that probably should have been kept at Camp

2  Pendleton.  The problem was -- and I'll explain -- try to

3  explain it.  Initially for the earlier study we included

4  people from who started active duty or who were in the

5  DMDC only in '86 or '87.  They weren't before that.

6      Q    Uh-huh.

7      A    So we wanted to look at of all that period.

8  Then we decided that the contamination was pretty much

9  over by the end of '85, if not earlier, and so why include

10 '86 and '87.  But if someone was at Camp Pendleton between

11 the period of '75 and '85 and not at Camp Lejeune during

12 that period but was at Camp Lejeune in '86 or '87, they

13 were designated as Camp Lejeune and they really should

14 have been designated as Camp Pendleton, so there's some

15 misclassification that I wanted to clean up, and that's

16 why there are some differences here.

17            There's also a typo.  I thought I want to

18 point that out that I found while looking over this the

19 other day, and unfortunately I didn't catch it before it

20 was published.  But in the text -- so you can correct

21 this -- on page three, the second -- the bottom of the

22 second paragraph, those numbers, 154,821, 163,484, were

23 actually for the Cancer Incidence Study, so this is a cut

24 and paste --

25     Q    Okay; okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 19 of 186

1      A     -- error.

2      Q     Thanks for correcting that.

3      A     The abstracts right; the tables are right.  It's

4   just that one spot.

5      Q     So if someone were to compare the datasets from

6   the 2014 and the 2024 studies, they would be able to

7   figure out, you know, which ones you may have put into the

8   different cohorts, what people were added, et cetera?

9      A     I think so, yes.  If you have all the -- if you

10   have the data, yeah.

11      Q     Okay.  For this particular study for the

12   mortality information, you obtained that from the Social

13   Security Administration and the National Death Index?

14      A     The vital status, whether they're alive or dead,

15   was through tracing and the Social Security databases.

16   The causes of death -- and also the NDI.  And the causes

17   of death were from the NDI.

18      Q     And the difference from the earlier study was

19   that the death data was analyzed through the end of 2008?

20      A     Yes.

21      Q     And this study, the data was analyzed through

22   2018?

23      A     Yes.  You also, in the previous study we did not

24   use a tracing locator firm to determine vital status.  We

25   just used the Social Security.  It was much better this

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 20 of 186

1    time.  We were able to identify some people we thought

2    were dead that weren't and vice versa.  And --

3         Q    And we discussed a little bit yesterday, but in

4    contrast to the 2014 study and this study there was no

5    individualized exposure assessment done; correct?

6         A    No; no.  No.

7         Q    And was there any discussion in ATSDR whether or

8    not to use the ATSDR's water model to do an individualized

9    exposure assessment in 2024?

10        A    No discussion within ATSDR.  I made that

11   decision.

12        Q    And can you again just summarize your reason for

13   that decision?

14        A    The reason was that we were -- the water

15   modeling and any exposure assessment based on the water

16   modeling would be for residential exposures.  And there

17   are people who resided outside of the base or even in

18   places where the drinking water wasn't contaminate but

19   probably got exposure during training or other activities

20   on base.

21             So using -- just focusing on residential

22   exposure you would miss -- you would identify people as

23   unexposed when they were likely exposed.  And so you

24   really are introducing a lot of exposure

25   misclassification.  The dose response curves would be

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 21 of 186

1    affected.

2                So I thought that this time around just

3    because we can -- because most of the people at Camp

4    Lejeune had some exposure if not all.  It would just be

5    better to do a straight up comparison, and the same with

6    the civilian workers.

7        Q    It's true that you have the data available to do

8    the same type of exposure response analysis that you had

9    done in 2014?

10       A    Yes.

11       Q    And you mentioned the fact that there would have

12   been exposure outside of residency such as during

13   training.  That is the reason that you didn't do that type

14   of analysis here.  And what is the basis for your

15   understanding that there would have been significant

16   exposure during training?

17       A    From discussing it with Cap members, with

18   discussing it with retired -- other retired Marines and

19   with discussing it with the Marine Corps itself.

20       Q    Okay.  So would it have been discussions you had

21   with Cap members, retired Marines and people who are

22   currently in the Marine Corps?

23       A    Or worked at Camp Lejeune, yes.

24       Q    Okay.  Are there any individuals in particular

25   who gave you information regarding this that you can

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 22 of 186

 1    recall?

 2         A    Well, I can't -- I don't know for sure, but I've

 3    had so many conversations with Scott Williams over the

 4    years.  We probably discussed this.

 5         Q    Okay.  And Jerry Ensminger as well?

 6         A    Jerry -- well, the Cap in general.  Well, not

 7    just Jerry Ensminger.

 8         Q    Were there other Marines on the Cap besides

 9    Jerry Ensminger?

10         A    Yes.

11         Q    Who else do you recall?

12         A    I see his face --

13         Q    Tom Townsend, was he on the Cap at one point?

14         A    Tom Townsend was on the Cap.

15         Q    He's a former Marine?

16         A    He's a former Marine.

17         Q    At Camp Lejeune?

18         A    Yes.  There was someone who came from Detroit,

19    drove all the way down for the meetings.  He was a Marine.

20    I can't remember.  I'm having trouble remembering their

21    names.  If I saw a list of Cap members, I could point them

22    out to you.

23         Q    But there were a number of Marines on the Cap

24    who have talked to you about getting water during

25    training?

                         Golkow Technologies,
                         A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 23 of 186

1     A     Yes.

2     Q     And from Hadnot Point?

3     A     Yes -- well, they said they were training and

4   they were served water buffaloes.  Then I would ask --

5   probably asked Scott Williams where the water might have

6   been if they were training in mainside.  And so I think

7   that that's where I got that information.

8     Q     You did do an exposure analysis in this report

9   that you characterize as a secondary analysis; right?

10    A     I'm trying to remember.

11    Q     Looking at the duration of --

12    A     Oh, right.  I'm sorry.  Yes; yes.

13    Q     So you looked at the duration of an individual's

14  being stationed or employed at camp Lejeune as a proxy for

15  exposure?

16    A     For -- yeah.  Yes.  And again, that also has its

17  limitations because just -- just because you were there

18  longer, you may not have been exposed.  If you were there

19  shorter, you may have been there, you know, exposed

20  heavily.  The same problem.

21    Q     So there was no distinguishing in the analysis

22  where the person lived or worked on base?

23    A     No, not for duration.

24    Q     So a person who lived, for example, at Camp

25  Geiger for three months would be treated the same as a

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 24 of 186

1  person who lived at Tarawa Terrace for three months?

2       A    Only if they're Eighth Marines.  No one else

3  from Geiger was included in this study.

4       Q    So if they --

5       A    Or New River.

6       Q    But if they were Marines at Geiger or New River,

7  they would be treated the same as a Marine who resided at

8  Tarawa Terrace?

9       A    Again, there was no -- unless they were also --

10  their unit code also was at Camp Lejeune proper.  In other

11  words, New River was separate.

12       Q    Okay.

13       A    Always separate, because they have a different

14  situation, contamination situation.  And Geiger was never

15  included accept for the Eighth Marines; okay?  So if

16  you're talking about -- yes, some people could have been a

17  Tarawa Terrace and some people could have been in Watkins

18  Village.  And if the same duration, they would be put in

19  the same box for a duration.

20       Q    And the same for people who might have been at

21  Camp Johnson?

22       A    Camp Johnson as well, yes.  Uh-huh.

23       Q    Okay.  If you look at page five and if you look

24  at the last full paragraph and you report on some

25  monotonic trends in the exposure response analysis.  And

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 25 of 186

1    you report that monotonic trends were seen for

2    myelodysplastic syndrome?

3         A    Okay.  Where are we here?

4         Q    At the bottom of the page, the last full

5    paragraph right there (indicating).

6         A    Oh, here (indicating).  Okay.  Okay.

7         Q    So in this article the only results that you

8    report for the exposure response analysis are for the

9    monotonic trends that were observed for myelodysplastic

10   syndrome?

11        A    Myelodysplastic syndrome.

12        Q    Yes.  Thanks for that correction -- in the

13   Marine/Navy cohort and kidney cancer and the civilian

14   worker cohort; correct?

15        A    No.  I reported all the findings.

16        Q    Okay.  But as far as in the text of the report.

17        A    Oh, in the text, yes.

18        Q    The findings themselves are included in the

19   tables; right?

20        A    Yes.

21        Q    And those are in the supplemental materials?

22        A    Yes.  I think that's where they are.  Let me

23   just double-check that.

24        Q    Okay.

25        A    Yeah.  There were too many tables to include in

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 26 of 186

1    the main text, so they ended up in the supplemental.

2              MR. BAIN:  So what's the next exhibit number?

3         Can I have this marked as 24?

4    (Exhibit Number 24 was marked for Identification.).

5         Q    (By Mr. Bain) So Dr. Bove, I'm showing you

6    what's been marked as Exhibit 24.  And this is the

7    full table of the analyses for the exposure

8    response.

9         A    Yes.

10        Q    That you did?

11        A    Yes.

12        Q    That's Exhibits S6 through S8 of the

13   supplemental materials or tables -- I'm sorry, Table S6

14   through Table S8 of the supplemental materials?

15        A    I'm just trying to see -- I'm looking at S7

16   trying to -- it doesn't look like S7 is -- I'm trying to

17   understand why -- let me take a second and take a look at

18   this for a minute.

19        Q    I think just table S6 and table S8 are the

20   exposure response analyses; is that right?

21        A    Yes, I'm trying to think -- oh, contributing

22   cause of death.  That's the difference, okay.  Right.  S6

23   and S8 are the -- looking at duration, yes.

24        Q    And S6 is the Marine/Navy group and S8 is the

25   civilian group; right?

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 27 of 186

1      A     Yes.

2      Q     And if you look at table S6, with respect to

3    kidney cancer.

4      A     Okay.

5      Q     It's at the bottom of the first page.

6      A     Yes.

7      Q     It actually shows an inverse exposure response

8    relationship; correct?

9      A     Yes.

10     Q     What do the odds ratios -- oh, excuse me.

11     A     Hazard ratios.

12     Q     Hazard ratios.

13     A     Yes.

14     Q     Hazard ratios.  What's the distinction between

15   the Odds ration and hazards ratio?

16     A     Well, in logistic regression provides you with

17   odds ratios.  The Cox Model is a survival method and

18   provides hazard ratios, which is similar to risk ratios,

19   incidents risk ratios, yes.

20     Q     Okay.  And the confidence intervals show the

21   level of precision; right?

22     A     Yes.

23     Q     And here for kidney cancers the confidence

24   intervals are right around -- the ratios of the confidence

25   intervals are right around two; correct?

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 28 of 186

1      A     Yes.

2      Q     On the next page for the Navy and Marine cohort

3  Non-Hodgkin lymphoma, do you see it at about five down

4  from the top?

5      A     Yes.

6      Q     And that also shows an inverse exposure response

7  relationship; correct?

8      A     Yes.

9      Q     So that the odds ratio for the higher --

10     A     Hazard ratios.

11     Q     Excuse me.  Thank you.

12     A     Sorry.

13     Q     The hazard ratios for the higher -- are higher

14  for the low duration than the medium duration; right?

15     A     Yes.

16     Q     Okay.

17     A     Yes.

18     Q     And the confidence interval ratios are right

19  around two for these relationships; right?

20     A     Yes.

21     Q     Now let's look at the civilian cohort page --

22  table S8?

23     A     Uh-huh.

24     Q     And take a look at urinary bladder on the first

25  page, about two-thirds the way down.  Do you see that?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 29 of 186

1     A    Yes.

2     Q    The civilian cohort for urinary bladder cancer

3  shows an inverse exposure response relationship; right?

4     A    Yes.

5     Q    So the hazard ratios are higher for the low

6  duration than for medium duration.  And the hazard ratio

7  is higher at the medium duration than at the high

8  duration; right?

9     A    Yes.

10     Q    Okay.  Let's turn back to the article itself

11  which is exhibit six.

12     A    Uh-huh.

13     Q    I want to ask you some questions about the

14  standard mortality ratio.  So take a look at table two on

15  page six.

16     A    Yes.

17     Q    This table includes the standard mortality

18  ratios for the Marine/Navy cohort; right?

19     A    Yes.

20     Q    And the ratios compare the Camp Lejeune and Camp

21  Pendleton Marine/Navy cohort to the general population;

22  right?

23     A    Yes.

24     Q    The ratios have been adjusted for the sex, race

25  and age; correct?

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 30 of 186

1      A     Yes; and calendar period.

2      Q     What was the other one?

3      A     Calendar period.

4      Q     Can you explain what that is?

5      A     Just the year -- or the calendar period,

6   meaning, the five-year range where the disease happened.

7      Q     Okay.  For the Camp Lejeune cohort, the standard

8   mortality ratio for all cancers is .92; right?

9      A     Oh, yes.

10      Q     And that means after adjustments for sex, race

11   and age, there are eight percent fewer deaths from cancer

12   in the Camp Lejeune cohort than in the general population.

13      A     Yes.

14      Q     Is that right?

15      A     Yes.

16      Q     If you look at Non-Hodgkin lymphoma; do you see

17   that?  NHL?

18      A     Yes.

19      Q     The standard mortality ratio for the Camp

20   Lejeune cohort is  .73; right?

21      A     Yes.

22      Q     That means after adjustments for sex, race and

23   age, there are 27 percent fewer deaths from NHL in the

24   Camp Lejeune cohort than in the general population; right?

25      A     Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 31 of 186

1      Q     Take a look at Leukemias, which is two down from

2   there.

3      A     Uh-huh.

4      Q     The standard mortality ratio for the Camp

5   Lejeune cohort is .87; correct?

6      A     Yes.

7      Q     And that means after adjustments for sex, race

8   and age, there are 13 percent fewer deaths for Leukemia in

9   the Camp Lejeune cohort than in the general population;

10  right?

11     A     Yes.

12     Q     Okay.  If you can turn to table three which is

13  the next page, this includes the standard mortality ratios

14  for the civilian worker cohort; correct?

15     A     Yes.

16     Q     And these ratios also have been adjusted for

17  sex, age, race and calendar period?

18     A     Yes.

19     Q     For the Camp Lejeune civilian worker cohort, the

20  standard mortality ratios for all cancers is .93; right?

21     A     Yes.

22     Q     And that means that after adjustments for sex,

23  race, age, calendar period, there are seven percent fewer

24  deaths from cancer in the Camp Lejeune civilian cohort

25  than in the general population; right?

1      A      Yes.

2      Q      If you look at urinary bladder cancer, which is

3   about a third of the way down.  Do you see that?

4      A      I'm getting there, yes.

5      Q      For urinary bladder, the standard mortality

6   ratio for the Camp Lejeune cohort is .85; correct?

7      A      Yes.

8      Q      And that means after adjustments for sex, race,

9   age and calendar period, there are 15 percent fewer deaths

10  from urinary bladder cancer in the Camp Lejeune cohort

11  than in the general population; right?

12     A      Yes.

13     Q      Okay.  Now, I want to ask you some questions

14  about the comparison between the camp Lejeune and the camp

15  Pendleton cohorts.  You state in a study that you focused

16  on causes of death with an adjusted hazard ratio of

17  greater than or equal to 1.2 --

18     A      Uh-huh.

19     Q      -- in confidence interval ratios of less than

20  three; right?

21     A      Right.  I highlighted those.

22     Q      Okay; you highlighted those.  In the assessment

23  of evidence you had written that the effect estimate was

24  considered to have good precision or less uncertainty if

25  the confidence interval ratio was less than or equal to

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 33 of 186

1    two.  Do you recall that?

2         A    Yes; yes.

3         Q    Given that you had looked at that confidence

4    interval for the assessment of evidence, why did you use a

5    higher confidence interval ratio of less than or equal to

6    three for considering the results of this study?

7         A    Well, again, we're highlighting findings in this

8    study.  The assessment was more -- is looking at a whole

9    range of studies.  And so I felt that to be a little bit

10   more strict with the precision there.  To -- so I thought

11   here it would be better to because we're -- it's one study

12   with small numbers of cases of particular causes of death;

13   some there were large numbers but some were small numbers,

14   limited to -- less than or equal to three I thought for a

15   confidence interval ratio was reasonable.

16        Q    In changing the benchmark that you used from two

17   to three, what affect would that happen?

18        A    It just means I would highlight probably fewer

19   diseases because they -- you know, highlighted those that

20   had at least a confidence inter-ratio of three.  And so if

21   I narrowed it, the confidence interval to two, the ratio

22   to two, that would mean fewer highlighted in the text.

23   But again, all the findings are there.  If someone wanted

24   to use a different confidence interval ratio or ignored it

25   altogether, they had the information in front of them.

Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 34 of 186

1    Q    Okay.  In the abstract for the Marine/Navy

2    cohort, you identified three types of cancer deaths that

3    met the criteria of hazard ratio -- 1.2 --

4    A    Right.

5    Q    In confidence interval ratio of less than three,

6    and that would be kidney cancer, esophageal cancer and

7    female breast cancer; right?

8    A    Yes.

9    Q    And for both esophageal cancer and female breast

10   cancer, the ATSDR's assessment of evidence classify the

11   relationship between chemicals in the Camp Lejeune water

12   in those cancers is below equipoise evidence of causation;

13   right?

14   A    Yes, based on what we knew up until the middle

15   of 2016.  There has been, again, more recent articles and

16   they're discussed in the text.

17   Q    For the personnel cohort, the civilian personnel

18   cohort, you identify two types of causes of death that met

19   the criteria which were chronic kidney disease and

20   Parkinson's disease; right?

21   A    Let's see.  Let me read this closely.  These

22   actually were confident interval ratios greater than three

23   for workers -- where are we looking at -- or less than

24   three for kidney disease and Parkinson's, I'm sorry,

25   right.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 35 of 186

1      Q    So those are the two that met --

2      A    Yeah.

3      Q    -- the criteria of hazard ratio of greater than

4  or equal --

5      A    Yes.

6      Q    -- to --

7      A    Yes.

8      Q    -- 1.2 --

9      A    Yes.

10     Q    -- confidence interval ratio of less than or

11  equal to the three?

12     A    Yes.

13     Q    And for both of those disease with the

14  confidence interval ratio was between two and three;

15  right?

16     A    Yes.

17     Q    So they wouldn't have met the criteria that you

18  used in the assessment of evidence if the benchmark had

19  been less than or equal to two for a confidence interval

20  ratio?

21     A    It wouldn't have been highlighted.

22     Q    Okay.

23     A    Although, I did highlight others in the abstract

24  that had confidence interval ratios greater than three.

25  And again, I think the point here is that with the

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 36 of 186

1  workers, it's a smaller -- a much, much, much smaller
2  cohort.
3      Q    Uh-huh.
4      A    And so the confidence intervals in general are
5  going to be wide unless there's a lot of cases of a
6  particular cause of death.
7      Q    And the ones where the confidence interval ratio
8  were greater than three that you highlighted were
9  testicular cancer, cervical cancer and ovarian cancer;
10 right?
11     A    Yes, I think that's all of them.
12     Q    Were those the only diseases that had an
13 adjusted hazard ratio of greater than 1.2?
14     A    And had a confidence interval ratio of greater
15 than three?
16     Q    Yeah; or did you use some other criteria to
17 highlight those particular diseases?
18     A    No, no.  I think that probably is the case.
19 There's -- so cause of death with hazard ratios greater
20 and equal to 1.2 and confidence interval ratios greater
21 than three with Parkinson's myelodysplastic syndrome and
22 testi-cervic and ovary; okay?
23     Q    Uh-huh.
24     A    And that's what the -- yeah.
25     Q    Okay.  And none of those cancers that are

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 37 of 186

1   highlighted there testicular cancer, cervical cancer,

2   ovarian cancer, have been identified in the literature as

3   related to the chemicals in the Camp Lejeune water; is

4   that correct?

5        A    No.  Cervical cancer, we didn't have a chance to

6   evaluate that in the assessment.  In fact, the last

7   sentence on the first page of the assessment says that;

8   that we wanted to look at lung and cervical cancer but we

9   didn't have enough time to go -- to prepare them and then

10  peer review, and we felt that we had to get the document

11  out.

12            But the -- in the text itself, and I'm

13  pretty sure we discussed some of the more recent data for

14  cervical, as well as the past ones that we would have

15  included in the assessment if we had looked at it.

16       Q    And those were other studies outside the context

17  of Camp Lejeune?

18       A    Yes.  You know, these were occupational studies.

19       Q    Okay.  In the Marine/Navy cohort, there were

20  causes of death where the adjusted hazard ratio and

21  comparing camp Lejeune and Camp Pendleton was below .80;

22  is that true?

23       A    I'm sure there were some.

24       Q    If you look at table two.

25       A    Oh, we're back to table two.  You mean the SMR's

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 38 of 186

1    were less than point eight; is that what you're saying?

2    Or the risk ratio?

3         Q    Yeah, the third column is a comparison of the

4    risk ratio between Camp Lejeune and Camp Pendleton; right?

5         A    Right; these are poisson regression comparison

6    of Camp Lejeune and Camp Pendleton, using the data that

7    went into the SMR's, yeah.

8         Q    And there were some where that comparison showed

9    the adjusted hazard ratio for Camp Lejeune versus Camp

10   Pendleton was less than .80; right?

11        A    I'm sure there's some.  Let me just look through

12   the line here.

13        Q    For example, male breast cancer and thyroid are

14   two that --

15        A    Right.  Thyroid, male breast cancer is -- Oh,

16   yeah up here (indicating).  Yep.

17        Q    So male breast cancer is .39 and thyroid is .72;

18   correct?

19        A    Yes.

20        Q    Okay.  Let's discuss the potential for

21   confounding by factors for which you didn't have direct

22   data.  I know that we talked a little bit about that

23   yesterday.

24        A    Uh-huh.

25        Q    You didn't have direct data with respect to

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 39 of 186

1  smoking, alcohol consumption or occupational history

2  before or after active duty for these cohorts; right?

3      A    Yes, that's right.

4      Q    That's correct?

5      A    Yes, that's correct.

6      Q    And for the smoking-related diseases you used

7  for this analysis, Chronic Obstructive Pulmonary Disease,

8  COPD, and cardiac vascular disease mortality; correct?

9      A    Yes; COPD mortality and cardiovascular disease

10  mortality.

11     Q    Okay.  So mortality for each of those?

12     A    Yes.

13     Q    And there are other diseases that are known to

14  be caused by smoking; right?

15     A    Yes.

16     Q    For example, you used stomach cancer to account

17  for smoking, confounded in the 2014 studies; right?

18     A    Well, I also used stomach cancer, I think, for

19  alcohol consumption, but, yes.

20     Q    Okay.

21     A    Stomach cancer is very weakly associated with

22  smoked.  Really COPD and cardiovascular disease would be a

23  stronger associate; but, yes, in the previous study.

24     Q    Did you use COPD in the 2014 study?  I can't

25  recall.

Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 40 of 186

1      A    I think so.

2      Q    Okay.

3      A    I have to go back and look, but I probably did.

4      Q    But you decided not to use stomach cancer in

5  2014 because of the weak relationship?

6      A    I was criticized by some reviewers that stomach

7  cancer really wasn't that strongly associated with

8  smoking.  I'm trying to think if did I use it for alcohol

9  or not.  I think I didn't use it for alcohol, that's

10  right.

11      Q    What did you use for alcohol?

12      A    For alcohol I used mortality due to alcoholism,

13  mortality due to chronic liver disease, I think it was.

14  And that third one was alcohol-related liver disease

15  mortality.  And again, they're all mortality --

16      Q    Uh-huh.

17      A    -- diseases.

18      Q    Okay.  So using the hazard ratio of 1.08 for

19  COPD, you determined that the prevalence difference in

20  smoking between Camp Lejeune and Camp Pendleton is

21  six percent; right?

22      A    Yes.

23      Q    And that meant that there was a six percent

24  greater rate of smoking in Camp Lejeune in comparison of

25  Camp Pendleton, using that as a benchmark?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 41 of 186

1      A     Yes.

2      Q     And using that to make adjustments for smoking

3   between Camp Lejeune and Camp Pendleton would reduce the

4   hazard ratios by about 3.3 percent for kidney cancer and

5   7.3 percent for esophageal cancer as you report on page

6   five.

7      A     Page five, okay.  Let me take a look.  Let me

8   just double-check that.

9      Q     Okay.  It's the very bottom --

10     A     Yes.

11     Q     -- of page five and I think it goes over to the

12  top --

13     A     Yeah.

14     Q     So is that correct?

15     A     Assuming it's by less than 3.3 percent, kidney

16  esophagus and lung; is that --

17     Q     Esophageal.

18     A     Yeah.

19     Q     Seven point three; less than or equal to 7.3; is

20  that right?

21     A     Okay.  Slow down.

22     Q     Okay.

23     A     Let me think for a minute.

24     Q     Yeah; no, take your time.

25     A     Assuming it's six percent prevalence difference,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 42 of 186

1    the hazard ratios for cancers of the kidney, esophagus and

2    lung would decrease by less than or equal to 3.3

3    percent -- oh, okay.  Yes; less than or equal to 7.3

4    percent and less than or equal to 9.3 percent

5    respectively, yes.  Yes.

6       Q    So for kidney cancer it would reduce by --

7       A    Three point --

8       Q    -- approximately 3.3 percent.

9       A    Right.

10      Q    For esophageal cancer, approximately 7.3

11   percent; right?

12      A    Yes.

13      Q    And the hazard ratio for Parkinson's disease I

14   think you mentioned yesterday would actually increase by

15   6.8 percent; right?

16      A    Yes.  Yes.

17      Q    And these adjustments are not reflected in table

18   two; correct?

19      A    No.

20      Q    Okay.

21      A    No.  These are straight -- I mean -- oh,

22   straight.  These are not adjusted for smoking or alcohol.

23   This was part of a supplement, Quantitative Bias

24   Analysis --

25      Q    Right.

Golkow Technologies,
A Veritext Division
877-370-3377                                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 43 of 186

1      A     -- to get a handle on what would happen if there

2    was a six percent difference in this case and how would

3    that affect the hazard ratios.

4      Q     And --

5      A     So, no, it wouldn't have been in table two

6    anyway because those are SMR's.  If any changes, they

7    would have been in the other tables, but, no.

8      Q     Okay.

9      A     Yeah.

10     Q     They're reflected in the supplemental materials?

11     A     Yes.

12     Q     And you actually refer to tables S10 through S12

13   here?

14     A     Yes.

15     Q     And so I'm going to show you those supplemental

16   materials and mark that as the next exhibit.

17   (Exhibit Number 25 was marked for Identification.).

18     Q     (By Mr. Bain) Dr. Bove, I'll show you what

19   has been marked as Exhibit 25.

20     A     Uh-huh.

21     Q     And these are tables S10 and S11 --

22     A     Uh-huh.

23     Q     -- from your supplemental materials; is that

24   right?

25     A     Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 44 of 186

1    Q    And these tables show adjustments to the hazard

2    ratios for kidney cancer in table S10 and esophageal

3    cancer in table S11 to account for the six percent greater

4    rate of smoking at Camp Lejeune versus Camp Pendleton

5    based on your COPD analysis; right?

6    A    Yes.

7    Q    And kidney cancer as reflected in table S10, and

8    this is kind of I think the conclusion at the bottom below

9    the table, the reduction in the hazard ratio for kidney

10   cancer by adjusting for a six percent difference in

11   smoking prevalence between Camp Lejeune and Camp Pendleton

12   would change the hazard ratio from 1.21 to hazard ratio

13   between 1.17 and 1.19; right?

14   A    Right.

15   Q    So that adjustment for the hazard ratio would

16   have put kidney cancer below the 1.2 hazard ratio

17   benchmark that you used in the study for finding a

18   significant effect?

19   A    No.  No.

20   Q    Okay.

21   A    Nothing about significant --

22   Q    Okay.

23   A    -- at all.

24   Q    Okay.  Can you explain that.

25   A    Highlighting these --

1      Q    Oh.  Okay.  So you're taking --

2      A    I'm not trying to make a hard, fast dichotomy

3   between significant and nonsignificant.  That is

4   problematic.

5      Q    Okay.

6      A    That's a part --

7      Q    Okay.

8      A    Yeah.  What I'm saying is -- yeah, you're right,

9   though.  I would have highlighted or not highlighted it if

10   it was less than 1.2 in the text.

11      Q    Okay.  And taking a look at table S11 on

12   esophageal cancer, the reduction in the hazard ratio for

13   esophageal cancer by adjusting for the six percent

14   difference in smoking prevalence between Camp Lejeune and

15   Camp Pendleton would be from a hazard ratio of 1.24 to a

16   hazard ratio of 1.15 and 1.21; right?

17      A    Yes.

18      Q    So that adjustment would take the lower end of

19   the hazard ratio for esophageal cancer below the 1.2

20   criteria that you used for highlighting findings in this

21   study; right?

22      A    Yes, it really depends on what we thought was

23   the relevant risk linking smoking to esophageal cancer.

24   There's a range in the literature, and that's why there's

25   a range in the top of the table.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 46 of 186

1          So yes, if you think that the connection

2    between smoking and esophageal cancer is more like four or

3    4.5 or in that range, it would be less than 1.2.  If you

4    thought it was much lower than that between smoking and

5    esophageal, then it would have been highlighted.

6          Q    Okay.  Thank you.

7          A    Okay.

8          Q    Okay.  I think I'm done with the mortality

9    study.  I would like you to take out Exhibit Seven which

10   is the Cancer Incidence Study.

11         A    Okay.

12         Q    Do you have Exhibit 11 in front of you?

13         A    Yes.

14         Q    Exhibit -- excuse me.  What exhibit is it?

15         A    Seven.

16         Q    Exhibit seven is the Cancer Incidence Study,

17   evaluation of cancer incidents among Marine and Navy

18   personnel and civilian workers exposed to contaminated

19   drinking water at USMC Base Camp Lejeune, a cohort study;

20   correct?

21         A    Yes.

22         Q    And you are the only listed author on this

23   study?

24         A    Yes.

25         Q    Did you have any assistance in this study?

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 47 of 186

1    A    Sure.  And in the published study that will be

2    published soon, it's been accepted in Environmental Health

3    Perspectives.  I list, just, again, the people who are

4    involved in data collection.  And again, I thought that

5    they should be -- at the time -- you know, we have a more

6    stricter view of what -- who should be authored at CDC and

7    who shouldn't, and data collection only doesn't fit it.

8    But in the outside world I thought that, you know, this

9    would not have been possible without their efforts, and so

10   that's why they're authors.  But I wrote the manuscript,

11   analyzed the data, developed the protocol, did everything

12   else.

13   Q    Without any other assistance?

14   A    Yes.

15   Q    And would it be the same group of people who

16   collected data as were on the mortality study?

17   A    April Greek would, Ruth Gatiba would; I'm not

18   sure about Rona Boehm.  But then there would have been

19   Betsy Kohler and Recinda Sherman from NAACCR, North

20   American Association of Central Cancer Registries, and one

21   other person from Battelle, Gene Shin who was also helpful

22   in working with the registries and getting them onboard

23   and then doing the data use agreement, so I thought he --

24   that was sufficient for him to be an author, as well.

25   Q    And as you mentioned, this has recently

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 48 of 186

1    successfully undergone peer review at Environmental Health

2    Perspectives and will be published soon?

3         A    Yes.  They say it's in print, but I don't know

4    what that means anymore.

5         Q    Do they actually -- does that journal actually

6    have a print version?

7         A    That's what I'm saying.  What they said, they

8    e-mailed me saying you can say it's in print.

9         Q    Okay.

10        A    But I've checked and it hasn't reached the

11   Journal -- I mean, it hasn't been printed or published by

12   the journal.

13        Q    For either of the articles that you published in

14   environmental health related to the Camp Lejeune or this

15   particular article in Environmental Health Perspectives,

16   have you become aware of who the Journal's peer reviewers

17   were?

18        A    No, but I could.  They may -- they may -- if the

19   reviewer allows that, then I may see them.

20        Q    Uh-huh.

21        A    I do know who the peer reviewers are for the

22   ATSDR peer view process.

23        Q    Right.

24        A    We find out afterwards who they were.  Although,

25   we don't know which review is from who.  That's how the

1    ATSDR works.

2         Q    Is there any type of conflict of interest

3    analysis that either journal or ATSDR in their external

4    peer review apply?

5         A    Yes.

6         Q    Do you know?

7         A    Yes.

8         Q    And what does that involve?

9         A    I don't have the document in front of me that

10   describes what the office of science does, but they have a

11   standard conflict-of-interest approach.

12        Q    Uh-huh.

13        A    So if you were involved in litigation or --

14   yeah.  If you're involved in litigation or some other,

15   then are not a peer reviewer.  I think that happened with

16   at least one person who is an expert cancer researcher at

17   NCI, but was also involved in the litigation.  I think

18   so --

19        Q    Okay.

20        A    So he would not -- he would not be allowed.

21        Q    Do you recall who that was?

22        A    Ken Canter.

23        Q    Okay.  What about having previously received

24   honorary as from the agency that is submitting the

25   article?  Is that a conflict of interest?

1      A    I'm sure that is.  Any -- but I don't know --

2  you would have to talk to our office of science to get

3  the --

4      Q    Okay.

5      A    I'm not the person who really should be

6  answering that question because I really don't know the

7  details.

8      Q    Okay.

9      A    I might say something that would be incorrect,

10  so I don't want to do that.

11      Q    You're not aware of whether any of the peer

12  reviewers at environmental health that accepted the Camp

13  Lejeune articles or at Environmental Health Perspectives

14  had received honorary from ATSDR, CDC or HHS?

15      A    I doubt it because they would have to state

16  that.

17      Q    Okay.

18      A    And then the journal would probably not allow

19  it.

20      Q    This was a retrospective cohort study; is that

21  right?

22      A    Yes.

23      Q    Would you consider this to be a follow-up on the

24  mortality study that was done in 2018?

25      A    No, this is separate.  The morbidity study is

1    totally separate.  This is a study using cancer registry

2    data covering the entire country.  This is a much more

3    rigorous study than a survey.

4         Q    Was there any effort to compare the individuals

5    who were a part of this study to those who have completed

6    surveys --

7         A    No, there was no effort to do that --

8         Q    -- in any morbidity study?

9         A    No.

10        Q    There was not?  Okay.

11        A    Again, if you remember this survey, there were

12   quite a number of people who reported the disease that we

13   could not confirm.  Here, they're all confirmed.  That's a

14   major difference.

15        Q    Okay.  And again, the numbers in this study are

16   different than the numbers that were in the 2014 study;

17   right?  Is that because of the same -- are these the same

18   cohorts that were used in --

19        A    Yes.

20        Q    -- the mortality study?

21        A    Yes.  The difference in numbers, first of all,

22   would be -- in the mortality study, you had to be alive up

23   to -- from 1970 and at least up to 1970.  If you died

24   before 79, we couldn't follow you because the NDI didn't

25   start until 1979, okay?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 52 of 186

1        Q    Uh-huh.

2        A    So in this case we decided to start follow-up in

3    1996.  So if you died before that, you're not included

4    either because all the cancer registries in the country

5    were online with quality data starting in 1996, but the VA

6    wasn't before that.  Some other states weren't before

7    that, and so we felt -- we wanted to have universal

8    coverage across the country, so we started in 1996 for

9    follow-up.

10        Q    Okay.

11        A    And 2017 was the last year when we were doing

12   the matching, the last year that all of them had verified

13   data.  They go through a process, you know, and it

14   sometimes takes two years from the time they've collected

15   the data to feel confident in their datasets.  So that's

16   why it's -- that's a major reason why there would be

17   differences in numbers, but it's the same cohort.  Same.

18        Q    Okay.

19        A    Yeah.

20        Q    That's helpful.  So those dates were chosen

21   essentially because of the date of availability?

22        A    Right.

23        Q    And you obtained as you say in the study

24   information on cancer from the data linkages with 49 state

25   cancer registries as well as the cancer registry of Puerto

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 53 of 186

1    Rico, District of Colombia and the VA, and Department of

2    Defense?

3         A    Yes.

4         Q    And I think you mentioned yesterday, there was

5    only aggregate data available from West Virginia?

6         A    Yes.

7         Q    And Kansas had aggregate data, but somehow you

8    were able to get individualized consent?

9         A    They call up patients and got consent from most

10   of the matches, yes.

11        Q    And again for this 2024 study unlike the earlier

12   studies that were done in 2014 and 2018, there was no

13   individualized exposure assessment done?

14        A    Right, for the same reasons.  Yeah.

15        Q    The data was available to do an exposure

16   response analysis usually in the same methodology that's

17   used in 2014?

18        A    Yes.

19        Q    But you just decided not to do it?

20        A    Right.

21        Q    Was there any exposure response analysis done

22   for this particular study?

23        A    Did I do duration, yes.  Yeah, so same as the

24   mortality study.

25        Q    Based on duration?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 54 of 186

 1          A     Yes.

 2          Q     Did your understanding of the potential for

 3    water exposure at Camp Lejeune from training or other base

 4    activities change between 2014 and 2024?

 5          A     No.

 6          Q     Okay.  In the mortality study you looked at

 7    standard mortality rates comparing the cause of death in

 8    the cohorts to the general population and then between

 9    Camp Lejeune and Camp Pendleton?

10          A     Uh-huh.

11          Q     In this study you looked at cancer incidents

12    rates; right?

13          A     Yes.

14          Q     And in looking at cancer incidents rates, you

15    did compare that to the general population.

16          A     Right.

17          Q     Making adjustments based on sex, race and age.

18          A     And then calendar period.

19          Q     And calendar period.

20          A     Yes.

21          Q     So those adjustment were made right.  Okay; if

22    you look at table two.  You found that?  It's on page --

23    Bates page end with.

24          A     Let me correct myself here --

25          Q     Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 55 of 186

1    A    Either I didn't put it here or I didn't use

2  calendar period.  Yeah, I think I used -- because I used a

3  compilation of rates from CDC Wonder for a period that was

4  reflective of this period, of the follow-up period, and I

5  don't think I looked at five-year calendar period.  I

6  think -- at least I'm reading this and trying to remember.

7  Sex, raise and five-year age specific, so just those three

8  variables.

9    Q    Okay.  But is that different than what was done

10  for the mortality study?

11    A    Mortality study, I had calendar period as well.

12  It's a longer follow-up period.

13    Q    Okay.

14    A    So it made more sense.  I think that's the

15  reason.

16    Q    So --

17    A    Also, the program -- the statistical program

18  used to do this is called Etnam [sic].  It's an IOS

19  program.  It spits it out that way and evaluates it that

20  way.

21    Q    Okay.  So that's the difference here in how

22  the --

23    A    Right.

24    Q    -- adjustments were done?

25    A    Right; yeah, L tests doesn't -- is not used for

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 56 of 186

1    cancer incidents.  They don't have that information in

2    there because package -- it's still package.  So I had to

3    do this myself.

4         Q    Okay.  If you look at table two for the Camp

5    Lejeune Marine/Navy cohort, most of the standard incidents

6    raised for cancers for Camp Lejeune are less than one;

7    correct?

8         A    Many of them are, yes.  Yeah.  Probably the

9    majority of them, yeah.

10        Q    There's only a few that are above one; right?

11        A    Yeah.  I agree.  The majority were less than

12   one.

13        Q    And if the standard incident rate is less than

14   one, then the Cancer Incidence rate is lower for the Camp

15   Lejeune Marine/Navy cohort than for the general population

16   adjusted for sex, race age; right?

17        A    Yes.

18        Q    So for example, for bladder cancer, urinary

19   bladder cancer, the Camp Lejeune Marine/Navy cohort has a

20   ten percent lower incident of bladder than the general

21   population controlling for sex, race and age?

22        A    Yes.

23        Q    And for the Camp Lejeune Marine/Navy cohort,

24   there is a 14 percent lower incidents in Non-Hodgkin

25   lymphoma than the general population controlling sex, race

1    age; right?

2         A    14 percent, yes.

3         Q    Uh-huh.  And finally for leukemias, the Camp

4    Lejeune Navy/Marine cohort has a 13 percent lower

5    incidents rate of leukemias in the general population

6    controlling for sex, race and age?

7         A    Yes.

8         Q    And you mentioned in several of your articles

9    that this lower incidents rate than the general population

10   is attributable to the healthy soldier effect; right?

11        A    Yes; and the healthy -- well, we haven't talked

12   about workers.

13        Q    For the spectrum group the healthy soldier

14   effect.  And you cite --

15        A    That would also be true for the mortality SMRS.

16        Q    For both?

17        A    Yes.

18        Q    Okay.  And I think -- yeah, I think you

19   mentioned it in the mortality study, too.

20        A    Uh-huh.

21        Q    And you cite a couple of articles on that's, I

22   recall, which is the Clothen article [sic] in 2008 and the

23   waller article in 2011.  Do you recall that?

24        A    Yeah, I think --

25        Q    Did you ever update the research to see whether

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 58 of 186

1    there are any more recent studies on the healthy soldier

2    effect?

3         A    Yes.

4         Q    And would the most up-to-date research on the

5    health soldier effect be important for epidemiological

6    studies of cohorts that included military veterans?

7         A    Yes.

8         Q    Were you aware that in 2023 there have been a

9    Meta-analysis published analyzing the healthy soldier

10   effect for over 2.4 million veterans?

11        A    Yes.

12        Q    You were aware of that?

13        A    Yes.

14        Q    What is your recollection of what that

15   particular study showed?

16        A    I'd have to say I can't remember.

17        Q    Okay.  If the study showed a SIR of over one for

18   the 55 to 64 in the 65-to-74 age group, would that have

19   any effect on the conclusions from the Camp Lejeune

20   studies?

21        A    Can you re -- so in the Meta-analysis you're

22   talking about --

23        Q    Yes.

24        A    From the 65 to 64, the SIR was -- or is it SMR?

25   Which one is it?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 59 of 186

1      Q    SIR over one.

2      A    SIR.

3      Q    Uh-huh.

4      A    If it's over one?

5      Q    Uh-huh.

6      A    Then that would indicate that there was no

7 healthy soldier effect for that particular cancer or

8 disease.

9      Q    Okay.  And what were generally the ages of the

10 cohort that are being examined in this study?

11      A    We have on page -- two pages; table 1A you have

12 an idea of age distribution.  So mean and median age is

13 around 57 at the end of follow-up.

14      Q    Uh-huh.

15      A    And very few are over the age of 70, and a small

16 minority are over 60 in this cohort.  So it's a young

17 cohort again.  And so some of these healthy soldier effect

18 would be stronger as in the younger group.

19      Q    Uh-huh.

20      A    So if you're over 65, probably the healthy

21 soldier effect wouldn't -- if you're under 60, that's

22 where we might see it.  The Meta-analysis went from 55 to

23 64.

24      Q    Well, they put it into different groups of

25 ten-year periods.  So there was a group from 55 to 64, and

1    65 to 74 that showed SIR's of over one.

2         A    Right.  So they're mixing probably people who --

3    the effect still might be there with people who it

4    probably isn't there.  So 55, 64 is a wide range.  There

5    are other articles, and we recorded them where there was

6    obvious --

7         Q    Uh-huh.

8         A    -- healthy soldier effect, so there you go.

9         Q    How many of the people in this particular group

10   can you tell from table 1B would have been under age 55?

11        A    1A.

12        Q    Oh, 1A?

13        A    Unless we're talking about workers.

14        Q    Oh, I'm sorry; I'm sorry.

15        A    Yeah.  So -- well, a median means that

16   50 percent are 57 or less.

17        Q    Okay.  Yeah, that's helpful.  This table is

18   helpful.  Thank you.

19        A    And we have the same information on table 1B for

20   the workers.

21        Q    Okay.  How are you doing?  Do you want to take a

22   short break?

23             THE VIDEOGRAPHER:  The time is 11:03 a.m.

24        We're off the video record.

25                      (A recess was taken.)

1                              *

2              THE VIDEOGRAPHER:   We are back on the record.

3       The time is 11:17 a.m.

4       Q    (By Mr. Bain) Okay.   Dr. Bove, we're back

5  on the record after a short break.

6       A    Uh-huh.

7  (Exhibit Number 26 was marked for Identification.).

8       Q    (By Mr. Bain) And I've handed you what has

9  been marked as Exhibit 26.   Do you recognize this as

10  an article from Military Medicine on an update on

11  the healthy soldier effect on U.S. Veterans?

12       A    Yes.

13       Q    And this is Meta-analysis of data that was done

14  in 2023; is that right?

15       A    Yes.

16       Q    And is this the article that you're referring to

17  that you were familiar with?

18       A    Yes.   And, in fact, referenced.

19       Q    Okay.   So is it referenced in the Cancer

20  Incidence Study?

21       A    Yes.

22       Q    Okay.

23       A    I think it may be referenced -- it should be

24  referenced in the mortality study, too.   And let me just

25  double-check that.   Where is it that I talk about it?

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 62 of 186

1    I don't see it offhand, but that doesn't
2  mean it's -- I see McLaughlin.  Now, maybe it wasn't in
3  this one.  It would have made sense to be in here, but I
4  think probably this was written before this came out.
5    Q    Okay.  What reference number is it in, in the
6  Cancer Incidence Study?
7    A    The Cancer Incidence Study, it's 23.  But,
8  right, the version there is probably an earlier
9  publication of it.
10   Q    Okay.
11   A    Of the same thing.  It's 2022.  And what see
12  here is you don't have page numbers.  So it's --
13   Q    Preprint version, perhaps?
14   A    Not necessarily a preprint version.  I'm sure it
15  was peer reviewed, but it's not -- how can I put this?
16  They put it out oftentimes without a page number and then
17  they come back and put a page number.  I don't think that
18  would have put it out without peer reviewing it.
19   Q    Okay.  So I want to direct your attention now to
20  table four of the Cancer Incidence Study.
21   A    Okay.
22   Q    The Bates number at the bottom is 81225.  Do you
23  see that table four?
24   A    This is table four here.
25   Q    Yeah.  I just wanted to refer for the record the

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 63 of 186

1    Bates number at the bottom.  I think it might be under the

2    clip there.  It's 81225.

3        A    Oh.  Because mine says 601 -- I have two.

4             MS. GREENWALD:  Yeah, so does mine.

5             THE WITNESS:  That's why I was having -- I

6        was trying to figure that out.

7             MR. BAIN:  Okay.  Maybe I'm using a different

8        version here.

9             MS. GREENWALD:  But -- he's using the one I

10       used, and it is the right page.

11            MR. BAIN:  Okay.  That's fine.

12       Q    (By Mr. Bain) So we're referring to table

13   four of the Cancer Incidence Study.

14       A    Yes.

15       Q    Just to be clear.  And this is the table for the

16   Navy/Marine cohort; right?

17       A    The subgroup, yes.

18       Q    And what do you mean by the subgroups?

19       A    The subgroup is those who were -- started active

20   duty in the 1975 or December '74 on.  It did not include

21   those people who started active duty before that period.

22       Q    Uh-huh.

23       A    So the full cohort is in -- the analysis is in

24   the supplemental.

25       Q    Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 64 of 186

1      A     Okay.  But we focus on the subgroup again

2    because we didn't have information on where people were

3    before, when the unit code wasn't available.

4      Q     Okay; understood.  Thanks for that

5    clarification.  For this particular group, none of the

6    findings for kidney cancer, bladder cancer or NHL or

7    Leukemia, generally meet the criteria of 1.2.

8      A     Yes, that's true.

9      Q     They don't meet that criteria; right?

10     A     Right, they don't meet that criteria.  Right.

11     Q     And this is true even though the assessment of

12   evidence identified these diseases in either the category

13   of sufficient evidence of causation or equipoise and above

14   evidence of causation with at least one of the chemicals

15   in the Camp Lejeune water; right?

16     A     Right.

17     Q     And if you look at table five, which is the

18   table for the civilian workers cohort -- are you there?

19     A     Getting there.

20     Q     Okay.

21     A     Okay.

22     Q     The findings for kidney cancer, bladder cancer

23   and Leukemia generally fail to meet the 1.2 hazard ratio

24   criteria; right?

25     A     I'm sorry, can you repeat that; took me a while

Golkow Technologies,
A Veritext Division
877-370-3377                                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 65 of 186

1  to find it?

2       Q    Yep.

3       A    To get the table in front of me.  So what were

4  the cancers again?

5       Q    Kidney cancer, bladder cancer and Leukemias

6  generally did not meet the 1.2 hazard ratio criteria;

7  right?

8       A    That's correct.

9       Q    That's correct?

10      A    Yes, that's correct.

11      Q    And some of the findings both for the

12  Navy/Marine cohort and the civilian cohort so incidents

13  rates at Camp Pendleton were significantly greater than at

14  Camp Lejeune; right?

15      A    Some.

16      Q    Okay.

17      A    And you're talking about the adjusted hazard;

18  right?

19      Q    Yes.

20      A    Yes, was less than one; yes.

21      Q    Okay.  So if you look at table four, for example

22  --

23      A    Uh-huh.

24      Q    For uterine cancer, which is on the second page.

25  Do you see that?

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 66 of 186

1      A     The last page of table four.

2      Q     Yes.  I'm sorry.

3      A     Yes.

4      Q     It was .49; right?

5      A     Yes.

6      Q     And if the risk ratio had been calculated as

7      Camp Pendleton versus Camp Lejeune, the hazard ratio would

8      have exceeded 1.2; right?

9      A     Yes.

10     Q     And the confidence interval ratio is less than

11     and equal to three; right?

12     A     Yes.

13     Q     If you look at anal cancer -- anus cancer on the

14     previous page --

15     A     On the previous page?

16     Q     Do you see it towards the top?

17     A     Oh, yeah, yeah, yeah.  Sorry.

18     Q     The hazard ratio is .69; right?

19     A     Yes.

20     Q     So if the risk ratio had been -- or hazard ratio

21     had been calculated as Camp Pendleton versus Camp Lejeune,

22     it would have exceeded 1.2; right?

23     A     Yes; yes.  1.2, yes.

24     Q     And the confidence interval ratio is less than

25     or equal to three; right?

1      A     Yes.

2      Q     Okay.  If you look at the civilian cohort, which

3   is table five.

4      A     Okay.

5      Q     And look at pancreatic cancer, which is halfway

6   down the page.  Do you see that?

7      A     Yep; yes.

8      Q     The hazard ratio for pancreatic cancer was .68;

9   correct?

10     A     Correct.

11     Q     And again, if the risk ratio had been calculated

12  as Camp Pendleton versus Camp Lejeune, it would have

13  exceeded 1.2.

14     A     Yes.

15     Q     And confidence interval ratio for pancreatic

16  cancer is less than or equal to three; right?

17     A     Correct.

18     Q     Okay.  Your findings for the Camp Lejeune versus

19  Camp Pendleton for the Marine/Navy cohort that meet your

20  criteria to highlight include larynx cancer, soft tissue

21  cancer and thyroid cancer; right?

22     A     Are you quoting from the abstract?

23     Q     I believe so, yes.

24     A     Acute myeloid leukemia, all myeloid cancers,

25  including polycythemia vera, myelodysplastic, myelo

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 68 of 186

1    propria syndromes [sic], polycythemia vera, cancers of the

2    esophagus, larynx, soft tissue and thyroid.

3         Q    Okay.

4         A    From the abstract.

5         Q    Okay.  I think I'm done with this for now.  In

6    the summer of 2022, before the Camp Lejeune justice act

7    was passed, you were receiving a lot of inquires from

8    attorneys about your work; is that true?

9         A    A lot?  Some.

10        Q    Okay.  How many would you estimate?

11        A    You have to remember when I was working for

12   ATSDR, I would get calls every day from either Marines,

13   former Marines or media and lawyers and journalists and so

14   on.  So I have no idea how many lawyers I've talk to and

15   what law firms they belonged to.  I didn't ask that

16   question.

17             When people asked me a question about how a

18   study was done, what the health effects of these chemicals

19   are, I answered them regardless of who they are.

20        Q    Isn't it true that you concluded that with

21   respect to the hazard or the Cancer Incidence Study, that

22   it was hard to interpret the results because the hazard

23   ratios were not very high?

24        A    Yes.  I talk about that because -- and when you

25   look at occupational studies, for example, the hazard

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 69 of 186

1    ratios often are not very high.  The Meta-analysis for

2    bladder cancer, for example -- the Meta-analysis while the

3    risk was like -- was under 1.5.  For kidney cancer was in

4    the 1.2,  the -- close to 1.3; and for Non-Hodgkin

5    lymphoma roughly the same place.

6                    So a lot of the -- so even when people who

7    work with this material and likely had a higher exposure

8    to TCE or PCE, you still don't -- and When you do a

9    meta-analysis, you don't see very high hazard ratios.

10   Individual studies you might, but the meta-analysis gives

11   you some indication of where in general the average lies

12   across the studies.

13       Q    Would you agree that for this particular study

14   the results of the hazard ratios were not very high?

15       A    Right; only for some, and some of the

16   histological subtypes, there may have been I seem to

17   remember.  But, yeah; in general, yeah.

18       Q    And have you expressed before that the effects,

19   if any, were subtle?

20       A    Did I use that term?  Probably; yes.

21       Q    So let me show you Exhibit -- 27.

22       A    I mean, it depends on the cancer.

23   (Exhibit Number 27 was marked for Identification.).

24       Q    (By Mr. Bain) I'm Showing you, Dr. Bove,

25   an e-mail chain from 2022 between you and Rich

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 70 of 186

1    Pinder, and that's been marked as Exhibit 27.  Do

2    you see that?

3         A    Yes.

4         Q    And who is Rich Pinder?

5         A    Rich Pinder is a researcher -- he may be retired

6    now, at the University of California -- USC; that's where

7    he is, says so.  So University of Southern California.

8    And he's an expert on occupational health studies.

9              And so he was involved to provide some

10   consulting advice.  He was part of the contractor; Patel

11   was the contractor.  He worked for Patel to provide advice

12   on more the mortality study, not on the Cancer Incidence

13   Study.

14        Q    Okay.  So let's look at the first e-mail chain

15   which is sent Monday, July 18, 2022.  And after an

16   introduction to you, he says:  Out here in California, the

17   lawyers are posting away on TV for class action type law

18   suits on Lejeune, so I got to wondering how your analysis

19   is proceeding on the study; I note on the ATSDR this

20   paragraph below, nicely vague, of course; it also has no

21   date when it was written that I can see; just curious

22   results, of course, but also how cancer linkage worked out

23   for you-all.

24              Do you see that?

25        A    Yes.

1      Q    And on the next page or on the first page of the

2  exhibit which is July 19th, 2022, you respond to him; is

3  that right?

4      A    My -- the dates here are July 19th; is that

5  right?  July 18th and July 19th is --

6      Q    Yeah, so he wrote his e-mail to you on Monday

7  July 18th, 2022.

8      A    Okay.

9      Q    And if you look back, they're in reverse

10  chronological order.

11      A    Right; right.

12      Q    You respond to him on July 19th, 2022; right?

13      A    Yes.  It looks like, yes.  Uh-huh.

14      Q    And can you just read for the record the

15  paragraphs of your response there?

16      A    Okay.  So -- okay.  Hi, rich it starts with

17  that.

18      Q    Yes. if you would read that.

19      A    Okay:  It's a very busy summer for me, working

20  on these Lejeune studies, well, it's p's -- p-fast study

21  in Ports smith, New Hampshire.  I'm also getting calls

22  from lawyers trying --

23      Q    Just a minute.  If you slow down a little bit,

24  it might be a little easier for the court reporter.

25      A    Oh, I'm sorry.  It's the coffee.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 72 of 186

1      Q    Can you start over?

2      A    I'll start over:  Hi, Rich; this is a very busy

3    summer for me working on these Lejeune studies as well as

4    the P's -- PFAS, P-F-A-S, study, in Ports Smith New

5    Hampshire; I'm also getting calls from lawyers trying to

6    understand what happened at Lejeune and the health effects

7    of the exposures; right now I am working on a draft

8    journal article on the cancer incidents data from the

9    Marines; i hope to enter it into the agency clearance

10   process by the end of this month; I have also pretty much

11   completed the analysis of the mortality data for the

12   Marines; of course, it is hard to predict how long the

13   agency's clearance process will take before I can submit

14   articles to the journals; I am still waiting to get the

15   cancer incidents data from the DOD registry; we are almost

16   there, but the DOD democracy is taking its time; I learned

17   a few months ago that I will have to do the linkage for

18   the DOD data because the DOD registry no longer does

19   linkages; it's not clear to me what the DOD registry

20   actually does; I am hoping that most of the cases that I

21   find in the DOD case data were also reported to the state

22   so I will not have to redo an analyses because I already

23   have the cases, but that's just --

24       Q    Let just stop there for a minute.

25       A    Yeah.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 73 of 186

1    Q    What did you find with respect to the DOD data

2    with respect to that comment you made?

3    A    Yeah, I found about 500 and change new cancers

4    that were not reported to the states for some reason, and

5    weren't in the VA database, either, so I had to redo the

6    analysis.

7    Q    Okay.  Can you go ahead and read the next

8    paragraph?

9    A    It is taking me a long time to analyze the

10   cancer incidents data for the Marines because of the sheer

11   size of the data and the complexity of the cancer data.

12   For example, I have insight two cases as well as malignant

13   cases for many of the cancers; also, an individual can be

14   diagnosed twice for the same cancer in the same year;

15   there are also recurrent cases as the same cancer diagnose

16   several years apart; then I am analyzing histologistic

17   subtypes as well as cancer cites, so I analyze the data

18   several different ways; the results do not differ

19   appreciably among these analyses, and it's hard to

20   interpret the results because the hazard ratios are not

21   very high; that is, the effects are subtle as may be we

22   would expect given the exposures were probably lower than

23   occupational exposures for most of the Marines and the

24   risk ratio for TCN workers and cancers are not very high,

25   either.

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 74 of 186

1      Q     Okay.  So does that summarize what you were

2    finding at that particular time in some of the analyses

3    that you were doing with the data?

4      A     Yeah; yes.

5      Q     Okay.  And do you recall writing your brother

6    Richard from your ATSDR e-mail address stating:  I'm

7    getting calls from lawyers and retired Marines even before

8    the recent legislation became law; I am concerned that my

9    study may not be helpful to the court battles; although, I

10   do have findings, they are not spectacular but instead are

11   quite subtle effects.

12     A     Yes.  I probably said something like that.

13     Q     Okay.  Okay.  I'm going to go to back to cancer

14   incidents study.  Sorry about that.

15     A     Okay.

16     Q     Okay.  That's Exhibit Seven.  So looking back at

17   Exhibit Seven.

18     A     Uh-huh.

19     Q     You mentioned that you did a secondary exposure

20   response analysis based on duration at Camp Lejeune;

21   right?

22     A     Right.

23     Q     And you had grouped individuals into low/medium,

24   medium/high, and high exposure groups for the Navy/Marine

25   cohort, and low, medium and high for the civilian worker

1  cohort based on the number of quarters the individual

2  spent at Camp Lejeune?

3      A    Yes; for the preprint.  I would have to say that

4  the published article, because of the reviewer's comments,

5  they asked me to reduce the number of categories.  So for

6  Marines, it's medium and -- let me just see how.

7      Q    Okay.

8      A    Hold on one second.  I need to be accurate here.

9  Let me just double-check.  Yeah, so for Marines -- that's

10  right.  So instead of medium -- medium and medium high,

11  those were conflated.  So slow, medium and high now in the

12  published article.  And also for the workers, I reduced it

13  to low and high probably.

14      Q    Okay.

15      A    And so I had to -- because of small numbers, the

16  reviewers thought that the numbers were just too small to

17  break it down that way and I agreed, so the journal -- the

18  other change in the journal articles, there was no SIR's

19  in the journal article.  They were -- they said that it

20  doesn't really add anything to the study because poisson

21  regression results are very similar to the hazard ratio

22  results, which they should be.

23          And so they said, you have too many table.

24  And so they're no longer in here either; okay?  So, you

25  know, so the SMR's are still in that, but in this one it's

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 76 of 186

1    just going to be the hazard ratios and the duration, and

2    that's the only change.  The quantitative biased analysis

3    did not change.

4         Q    So there's going to be no table in the published

5    version showing how the incidences of these cancers at

6    Camp Lejeune compare to the general population?

7         A    General population, no, there won't be.

8         Q    And whose decision was that?

9         A    That was -- well, it's my decision based on the

10   comments from the reviewer.  I have a feeling that if I

11   didn't do that, it wouldn't have gotten published.

12        Q    Was it just a matter of space or they didn't

13   think the analysis was significant or --

14        A    Both.

15        Q    Okay.

16        A    Yeah.  They were -- yes.  They also wanted me

17   to -- and I'll say this, too.  They wanted me to put the

18   confidence interval ratio itself in the tables, so you

19   will see that in the published version.  So you don't have

20   to calculate them, but they'll be there.  That again was

21   another reviewer.

22             So this thing went true, I would say, two

23   different peer review processes within the journal; okay?

24   Not to mention the ATSDR peer review.  So I got comments

25   from -- I'm assuming they're the same reviewer, but I

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 77 of 186

1    don't know their names or anything.  But I got comments.

2                  And then there was a second round of

3    comments that I got right after I retired.  And so I'm not

4    sure which one -- which set, where I had to take SIR's

5    out, whether it was the first set or the second set.

6                  There were also some comments about

7    discussing more about breast cancer, so there's more of

8    that in here, in the journal article.  And the -- yeah.

9    And I think I did a quantitative biased analysis separate

10   for one -- either a female breast cancer or a male breast

11   cancer.  I'm trying to remember.

12                  So these again, I'm responding to these

13   peer reviewers.  So I just want to make you aware that

14   this -- although this is a good reflection of what the

15   published article is, there are some differences.

16   Q    So in some way this is more comprehensive than

17   the published article because it includes more data?

18   A    It includes more data but, again, it doesn't

19   really add because the -- unless you're really interested

20   in comparing Camp Lejeune to the general population, which

21   I think is problematic, the poisson regression results

22   comparing Lejeune and Pendleton are pretty similar to the

23   hazard ratio.  And again, you would expect that because

24   poisson regression and Cox Model are very strongly

25   related, so just letting you know.

1      Q    Okay.  I appreciate that.

2      A    Yeah.

3      Q    While we're on that topic, are you aware of

4  whether there's going to be any type supplemental

5  responsive publication that Environmental Health

6  Perspectives is going to put out in relation to this

7  study?

8      A    I was told that they were going to have some --

9  they were going to invite someone to give a perspective on

10  the study.

11      Q    Uh-huh.

12      A    Which is good because then it has more

13  visibility when that happens.

14      Q    And is that -- is that a typical practice in

15  studies --

16      A    Yes.

17      Q    -- of this type?

18      A    Well, not all studies.  They try to highlight --

19  if you look at Environmental Health Perspectives, the

20  first part are invited perspectives on the research that

21  they publish in that journal.  But not -- but only for

22  some.  And so that they -- in the sense they're

23  highlighting the research that they want to highlight by

24  doing that.  And so I was thankful that they're doing

25  that.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 79 of 186

1      Q    Do you know who the author of that perspective

2    is?

3      A    No.  And I don't know if it's going to be good

4    or bad.  I'm hoping, you know, he doesn't -- or she

5    doesn't pan the study.

6      Q    Do you have any idea when that's going to be

7    published?

8      A    No.  No; they haven't said to me.

9      Q    Okay.

10     A    It's very difficult working with Environmental

11   Health Perspectives for this reason.  They take a long

12   time to make a decision.  They went through two different

13   peer review processes.  It's much easier to work with

14   other journals I would have to say.

15     Q    Okay.  I just want to ask a few quick questions

16   about the exposure response analysis, and we'll use the

17   one that's in the exhibit that we have since we don't have

18   the published --

19     A    Right.

20     Q    -- version.

21     A    Yes.  Sorry.

22     Q    For the Navy/Marine cohort which is table six --

23     A    Right.

24     Q    You report a monotonic exposure response trend

25   for thyroid cancer; right?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 80 of 186

1      A    Yes, and I remember doing that.  Let me just

2  pull it up.

3      Q    But there was not any other monotonic exposure

4  response trends for the other cancers; is that true?

5      A    I think that was the case, yes.

6      Q    So no such trend for kidney cancer, bladder

7  cancer, NHL or any Leukemias; right?

8      A    Certainly not for bladder cancer; certainly not

9  for kidney.  What was the other one you wanted --

10     Q    NHL and Leukemia.

11     A    NHL, definitely not; and Leukemia -- where is

12 Leukemia?  I'm having trouble seeing this.  Is Leukemia on

13 the next page.

14         MS. GREENWALD:  The third -- the top of the

15      third page.

16         THE WITNESS:  Yeah, here we go.  No.

17     Q    (By Mr. Bain) Okay.

18     A    It's non-monotonic.

19     Q    Okay.  And if you go to the next table which is

20 the civilian worker cohort, you reported a monotonic

21 exposure response trend for large B-Cell lymphoma; right?

22     A    Diffuse Large B-Cell, yes.

23     Q    And there were not any other monotonic exposure

24 response trends for any other cancers; do you recall?

25     A    I don't recall.  I would have to look at the

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 81 of 186

1    text.

2         Q    Okay.  Well, let's focus, then, on kidney,

3    bladder, NHL and Leukemia --

4         A    Okay.

5         Q    Which are the ones we --

6         A    Right.

7         Q    -- talked about before.

8         A    So not monotonic -- I mean, non monotonic, but

9    for kidney, bladder -- so that's -- yeah, both.  It's non

10   monotonic.  And what was the third one?  Leukemia --

11        Q    NHL and Leukemia?

12        A    Yeah; yep.  Not monotonic, and Leukemia is not

13   monotonic.

14        Q    So not monotonic for any of those?

15        A    Yes; uh-huh.

16        Q    Okay.  Now I am done with this I'm pretty sure.

17   During the course of your research, did you communicate

18   frequently with Camp Lejeune activist Jerry Ensminger and

19   Mike Partain?

20        A    Yes.  They're part of the Cap, yeah.

21        Q    Okay.  And would you communicate with them

22   frequently by e-mail?

23        A    Yes; you sure?

24        Q    Do you have any idea approximately how many

25   e-mails you exchanged with Jerry Ensminger and Mike

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 82 of 186

1    Partain?

2         A    Over the year?

3         Q    Yeah.

4         A    No idea.

5         Q    Okay.

6         A    Many times.  They have a lot of questions about

7    studies; a lot of questions about health effects.  They

8    get calls from retired Marines asking them about

9    particular disease and then they forward that to me.

10        Q    Okay.

11        A    So I answer a lot of questions about diseases

12   that I have to look up sometimes to see if there's any

13   evidence for that particular disease and these chemicals.

14   So that's been an ongoing thing.

15              They're also interested in breast cancer.

16   Of course, Mike Partain is interested in breast cancer,

17   and so they were interested in what new literature was

18   available on the issue.  So I did send them some articles

19   that have been published since 2016 on male breast cancer

20   and female breast cancer.

21        Q    Do you ever recall Jerry Ensminger sending you

22   some information about potential Navy funding of ATSDR

23   studies and asking you to keep that information from ATSDR

24   leadership?

25        A    No, I don't recall that.

Golkow Technologies,
A Veritext Division
877-370-3377                                                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 83 of 186

1      Q     Okay.

2      A     But --

3   (Exhibit Number 28 was marked for Identification.).

4      Q     (By Mr. Bain) Dr. Bove, I'm showing you an

5   e-mail --

6      A     2009.

7      Q     From 2009 between you and Jerry Ensminger and

8   Morris Maslia is also a cc on it.  Do you see that?

9      A     Yes.

10      Q     If you can take a minute to take a look at this.

11      A     Now, what part are you interested in?

12      Q     Well, if you start at -- to get context, you

13   probably should start at the bottom which it appears to be

14   you're being forwarded an e-mail between Jerry Ensminger

15   and a staffer for Senator Burr regarding Navy funding of

16   ATSDR studies; do you see that?

17      A     Yeah; yes.  So he -- Jerry contacted Brooks

18   Tucker.  Okay.  And then Jerry e-mails me; right?  Okay.

19      Q     Jerry e-mails to you.  He says:  Frank, here is

20   what is happening.  As of this morning I am giving you

21   this so you and Morris can get a jump on putting your

22   funding estimates together; don't be too conservative and

23   please don't share this with anyone but you and Morris and

24   tell Morris to keep this quiet; I don't want Frumkin and

25   Sinks to know about this until we get the letter because I

1    don't trust them and I am fearful that they will telegraph

2    to the DON; Jerry.

3                    Do you see that?

4        A    Yes.

5        Q    And do you see the e-mail, then, that you

6    forward to Morris saying, see below and keep this between

7    us and Jerry?

8        A    Yes.

9        Q    Okay.  Do you recall what this was all about?

10       A    There were battles between the agency and the

11   Department of Defense, the Navy -- and the Navy is the

12   primary person here, entity here -- around funding, a

13   continued funding of the water modeling -- I think that

14   was part this -- and also funding for the mortality

15   studies that were published in 2014.

16                    There were -- I can't remember exactly what

17   happened, what the situation was here, but there were

18   battles with the Navy around funding for the Cancer

19   Incidence Study as well.  But this was before that.

20                    There was also issues around the health

21   survey and how that was going to be.  So I'm trying to

22   think of what -- but I think it could have involved all of

23   that --

24       Q    Uh-huh.

25       A    -- funding.  And so what Jerry is doing here, if

Golkow Technologies,
A Veritext Division
877-370-3377                                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 85 of 186

1    you -- so you want me to answer?  What Jerry is doing here

2    is trying to gather support from the Senator to put some

3    pressure --

4        Q    Uh-huh.

5        A    -- you know, on the Navy to fund the studies.

6    And this has happened several times for us to get the

7    money in a timely fashion, so that's what this is all

8    about.

9        Q    Do you think it was appropriate to work with Mr.

10   Ensminger in this way and, you know, purposely keep your

11   superiors at ATSDR in the dark?

12            MS. GREENWALD:  Objection to form.

13            THE WITNESS:  There were differences of

14       opinion within the agency at this time.  If you

15       remember, the NRC report, the prepublication --

16       Q    Uh-huh.

17       A    Came out three, four months before this e-mail,

18   these e-mails.  And that had a big impact on ATSDR

19   leadership.  And we had to educate them as to why that

20   shouldn't have been a big impact.  But at the time we were

21   still in the heat of discussions internally about the

22   implications of that NRC report.

23            So that's -- and so there was some distrust

24   because there was pretty --

25       Q    Uh-huh.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 86 of 186

1    A    -- strong discussions about it.  So I think that

2   that's what's going on here.

3    Q    Okay.

4    A    But they -- you know, we did resolve our

5   differences eventually; the studies proceeded.

6    Q    Okay.  And that brought up one other thing I

7   wanted to ask you about --

8    A    Uh-huh.

9    Q    -- because yesterday you mentioned that the NRC

10  report had been funded by the Navy.  Isn't it true that

11  ultimately all of the ATSDR reports on Camp Lejeune were

12  also funded by the navy?

13   A    Yes, but what I said was that the questions that

14  the NRC responded to in their document were questions from

15  the navy.  That's my understanding.  I've never seen a

16  document that said that explicitly, but that was what I've

17  been told.

18   Q    Okay.

19   A    Yes, of course, we've been funded by the Navy.

20   Q    So you see the discussion as the Navy kind of

21  directing NRC through the questions; whereas, ATSDR was

22  more independent?

23   A    We were independent.

24   Q    But you were funded by the Navy.

25   A    We were funded by the -- but we were totally

1    independent.

2         Q    Okay.

3         A    We made that clear to the public as well as to

4    the Navy.

5         Q    Okay.  I have one more exhibit.  And then I

6    think I'm almost done.

7    (Exhibit Number 29 was marked for Identification.).

8         Q    (By Mr. Bain) Dr. Bove, I'm showing you

9    what has been marked as Exhibit 29.  And this is an

10   e-mail from you to jerry Ensminger dated January

11   4th, 2007, and the subject is a list of NAS

12   candidates.  Do you see that?

13        A    List was NAS candidates, okay.  Yes.

14        Q    And in this e-mail you state to Mr. Ensminger:

15   The epidemiologists I think are the best for the job; have

16   an asterisk before their names and are in bold; I also

17   lists some public health generalists who would be good on

18   the issue; finally, I lists some toxicologists, but I

19   don't know many; you may want to ask Dick Clapp or Dave

20   Ozonoff or dan --

21        A    Wartenberg.

22        Q    Wartenberg.  Do you see that?

23        A    Yes.

24        Q    And there's an attachment here, which is the

25   list of possible NAS panel members?  Do you see that?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 88 of 186

1      A    Yes.

2      Q    And did you compile this list for Mr.Ensminger?

3      A    I must have.  I'm trying to remember what this

4   was about.

5      Q    Was this --

6      A    I can't -- what's confusing to me here is why

7   would Mr. Ensminger be asked by the NAS to come up with

8   potential candidates?  So that's what's confusing to me

9   here.  So in other words, I don't know the context of what

10  we're talking about here.

11           This is a good list of epidemiologists and

12  biostatisticians who have done work with communities in

13  the past so that they have a good feel for that kind of --

14  doing that kind of work; although, some aren't like David

15  Savitz, for example, or Howard -- well, some of the --

16  Andrew Olshan may not have, looking over this list --

17  Matthew Longnecker wouldn't either.  So anyway, so I'm not

18  sure what the context was, why would -- but this could be

19  a good list for the NRC report.  I wish they had used it.

20     Q    When you put asterisks and bold certain names,

21  are you indicating that they're familiar with working with

22  communities, or what's the reason for doing that?

23     A    They know the subject matter, TCE and PCE;

24  they've done studies and they've worked with communities,

25  yes; so all three.

Golkow Technologies,
A Veritext Division
877-370-3377                                                 www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 89 of 186

1          Q     And in this e-mail you refer in a couple of

2     places to people who, quote, "can be trusted".  What do

3     you mean by "can be trusted"?

4          A     Can be trusted to work with communities.

5          Q     Okay.

6          A     Can gain the trust of the community, for one

7     thing, and be trusted because they've worked with

8     communities in the past.  A lot of epidemiologies, you

9     know, a lot of public health people unfortunately don't

10    have that experience working with communities either in

11    studies or in other aspects of the public health

12    activities.  These people do.

13         Q     And would you also say that these are people who

14    embrace advocacy and activism?

15         A     Some do; so don't.

16         Q     Okay.

17         A     But that wasn't the consideration.  It was, can

18    they work with communities, and that was the question.

19         Q     Okay.

20         A     For example, some that I didn't asterisk and in

21    bold have done advocacies, for example.  So that wasn't

22    the primary thing.

23         Q     Have you spoken with the plaintiffs' attorneys

24    in this case?

25         A     I think I was called by some of them, yes.

1      Q    Can you recall any of the attorneys' names?

2      A    No.  I can't recall, no.

3      Q    Have you ever spoken with any of the plaintiffs'

4    attorneys in this room before yesterday; do you know?

5      A    Again, if I did, I don't recall.  You know, my

6    problem is I don't remember names; okay?  So, and I get a

7    lot of calls, and so I don't remember which lawyer and

8    their names.  But I assume that I was talking to some

9    plaintiffs' lawyers, yes.

10     Q    Have you entered any agreements with the

11   plaintiff lawyers?

12     A    No.

13     Q    And do you have any intent to do any consulting

14   or expert work in this case?

15     A    No.

16     Q    Okay.

17          MR. BAIN:  That's all the questions I have

18        right now.

19          MS. GREENWALD:  Okay.

20          MR. BAIN:  I might have some more later.  I

21        think I still have some time left.

22          MS. GREENWALD:  Can we take a five,

23        ten-minute break so I can get my thoughts

24        together?  What do you want to do?  Do you want to

25        power through so you can get out of here?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 91 of 186

```
 1              THE WITNESS:  It would be nice to power
 2         through.
 3              MS. GREENWALD:  Okay.  No, no.  I'm fine with
 4         that.
 5              THE WITNESS:  Okay.
 6              MS. GREENWALD:  I just want to make sure if
 7         that makes sense.  I just need a few minutes to
 8         gather my cards.
 9              THE WITNESS:  Sure.
10              THE VIDEOGRAPHER:  The time is 11:56 a.m.
11         Going off the video record.
12
13                          (recess.).
14                              *
15              THE VIDEOGRAPHER:  We are back on the record.
16         The time is 12:20 p.m.
17                     DIRECT EXAMINATION
18    BY MS. GREENWALD:
19         Q    Hi, again, Dr. Bove.  I have not too long of
20    questions for you just to go over some of the issues
21    you've been going over with the government.
22         A    Uh-huh.
23         Q    So A lot of the questions you've been asked by
24    the government have focused, would you agree, on
25    limitations of the various studies you've done on behalf
```

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 92 of 186

1  of the government relating to Camp Lejeune?

2       A    Many, yes.

3       Q    Okay.  In each of the studies you've done for

4  Camp Lejeune have clearly laid out the limitations of the

5  study as you saw them; right?

6       A    Yes.

7       Q    And every single one of them I think that was

8  identified, you were able to show that that was actually

9  in this study?

10      A    Sorry.  Rephrase that.

11      Q    The limitations that were gone over, there was

12  text in all of these studies?

13      A    Yes; yes.  Okay.

14      Q    Okay.  And is it fair to say that some if not

15  most of the limitations could have been addressed if the

16  Navy or Marine Corps had given you more specific

17  information about the cohort's dates on basic Camp

18  Lejeune?

19      A    Some of the limitations; some are inherent in

20  mortality studies, for example, so that they have nothing

21  to do with the Navy or anything of the sort or the --

22  mortality is not the best way to look at the cancers, for

23  example.  So there are limitations.

24           And there are going to be limitations --

25  whenever you compare the Marines or the workers with the

1  general population there will always be limitations on

2  those comparisons.

3      Q    But if you want to compare Camp Lejeune cohorts

4  to Camp Pendleton cohort and you're focusing on time on

5  base, it would -- the more information you could get from

6  the Navy or the Marine Corps the better in understanding

7  time on basis, for example, of people at Camp Lejeune;

8  right?

9      A    Time on base, but even more so having verified

10  where barracks, units where barracks are at the base

11  because the only way we got that information was from the

12  memories of retired Marines, and it would have been nice

13  to have the Marine Corps verify that.

14      Q    And you asked for that information along the

15  way, didn't you?

16      A    We asked, yes.

17      Q    In fact, I recall you testifying yesterday

18  something to the effect that you could not count on the

19  Marine Corps to give you information that you needed and

20  that you tried to get that information from other sources

21  because you couldn't get it from the Marine Corps; is that

22  fair?

23      A    In this case, for example, trying to find out

24  where units were Barracked, yes.

25      Q    Okay.  If I told you that the Navy kept

1  chronological service logs from Marines at Camp Lejeune

2  that would actually reflect, for example, when they're on

3  deployment, is that a document that would have helped you

4  to determine when people at Camp Lejeune were actually

5  away from Camp Lejeune?

6      A    No.  They gave us the chronologies, okay.  It's

7  the muster rolls that would be important for that.  The

8  chronologies I didn't find very useful at all except I saw

9  when -- for sure when the 8th Marines moved to Geiger

10  because in 1980 the document said that they were there.

11     Q    Uh-huh.

12     A    Or had some kind of event.  These -- but the

13  ones we got, anyway.  We were told that there was going to

14  be a lot of good information in these, but they didn't

15  seem to help much at all except that and also when women

16  were moved.  Those are the two.  So those command

17  chronologies as they're called, I didn't -- I think

18  they're probably in one of the file folders, were not very

19  helpful.

20     Q    Did you ever see individualized service jackets?

21     A    No.

22     Q    On Marines?  So would it have been useful, for

23  example, for you to have information -- if someone, say,

24  for the longer duration at Camp Lejeune, say, 18 months,

25  would it have been useful for you to know that out of

1    those 18 months, eight months of those were on deployment

2    and they weren't even at Camp Lejeune?

3         A    Absolutely.

4         Q    Okay.  And that's information that you would

5    have liked to have gotten from the Marine Corps for your

6    studies; right?

7         A    Right.  And they said if you can get -- you

8    know, we have muster rolls, but they're -- at the time

9    they were hard copy and not very accessible to us anyway.

10   And I think to some extent between us and the VA wanting

11   more information to handle the VA for handling claims,

12   pushed the Marine Corps to at least computerize it so that

13   you could do an individual-by-individual search of the

14   muster rolls, but it was just impractical to do that for

15   150, one hundred -- 200,000 Marines.  The database

16   wouldn't have helped us.

17        Q    You're talking about the muster rolls?

18        A    I'm talking about --

19        Q    And not the other --

20        A    -- the muster rolls.

21        Q    Okay.

22        A    Yes, I'm talking about the muster rolls.

23        Q    Okay.  And if they had given you a map of the

24   base and told you where units generally were located on

25   the base so that you could know where various Marines

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 96 of 186

1    would have lived versus trained, would that also have

2    assisted you in --

3          A    Sure; yes.

4          Q    Okay.  You didn't get anything like that from

5    the Navy or the Marine Corps, did you?

6          A    We got no information on where the units were

7    barracked; no information on where units trained.

8          Q    And that's information that you asked for;

9    right?

10         A    We asked for the first.  I don't recall whether

11   we asked for the second.  We assumed that they didn't have

12   that if they didn't know where units were barracked.

13         Q    Okay.  Did I understand you correctly yesterday

14   that the navy would get copies of your studies before they

15   went on the website a few days before, or did I

16   misunderstand that?

17         A    No, no, no.  We had an agreement with the Navy

18   that we would give them advanced copies.  That was true of

19   the water modeling.  Actually for the water modeling, we

20   went down -- down.  We went up to Washington and briefed

21   the general -- the commandant or whatever I think it was a

22   day or two before we released Tarawa Terrace; went through

23   it all with them.  They had the document and so on.  So

24   this was something we did.

25                I wasn't a great fan of this, but we did

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 97 of 186

 1    this so that they -- they insisted on this because they
 2    wanted to be prepared for the media and I understood that.
 3         Q    Okay.  So they would get the copies; then they
 4    would get the studies -- your studies and final form
 5    before they were made available to the public?
 6         A    Yes.
 7         Q    Did anyone from the Navy ever say to you, you
 8    made this mistake here or did you consider this factor or
 9    did you know that those people actually weren't on base at
10    that time or anything?  Did anyone give you any
11    feedback --
12         A    Well --
13         Q    -- on improper facts or assumptions that you
14    made in your studies?
15         A    Well, when we briefed -- they had the document.
16    When we briefed the Navy about the Cancer Incidence Study,
17    for example.
18         Q    Uh-huh.
19         A    There was a comment from one of the Navy doctors
20    who's also an epidemiologist claiming that the analysis
21    was not done right or something, you know, and we
22    explained to him that he was incorrect.
23              So we have -- we did receive comments.  So,
24    and they couldn't have done that without having received
25    the document beforehand.  So they -- we briefed them the

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 98 of 186

 1   same day; we briefed the Cap, but they had the document

 2   before; the Cap did not.

 3        Q    And so back to the example that I gave about,

 4   for example, if you would have had deployment records --

 5        A    Uh-huh.

 6        Q    -- so that you would know that someone who you

 7   factored in for 18 months -- this is just a hypothetical.

 8        A    Uh-huh.

 9        Q    You would -- someone there for 18 months but, in

10   fact, they were only there for half of that time because

11   they were deployed the other time.  So if you included

12   that entire time, that would bias the results to the null;

13   is that right?

14        A    Well --

15        Q    Typically?

16        A    If you're doing a duration where you have

17   multiple categories not just yes, no --

18        Q    Uh-huh.

19        A    -- it's hard to know which direction -- how the

20   trend would look.  Exposure misclassification like that

21   when you have multiple categories, the trend could go in

22   any which way, direction.

23             So, and oftentimes it goes like that

24   (Indicating), which is -- a lot of the lines --

25        Q    Uh-huh.

1       A    -- look like that, which you would expect with

2    exposure in this classification, but you really can't

3    predict.  If it's just exposed versus unexposed, you can

4    predict, well, that it's biased towards the null almost

5    always, virtually always.  But for -- when you have the

6    low, medium and high, then you don't know.

7       Q    Let me -- maybe, I don't understand this.  But

8    if you're there for 18 months and nine months of that time

9    you're unexposed --

10       A    Right.

11       Q    You're doubling the time of exposure; right?

12    When, in fact, half of that time there was no exposure.

13       A    Right.  So --

14       Q    Okay.

15       A    So I would have put -- so let's say that person

16    because of that long duration is in the high duration --

17       Q    Uh-huh.

18       A    -- period.

19       Q    Right.

20       A    Well, they shouldn't be there.  And so their

21    risk -- if there is a risk -- I caveat that.  If there is

22    a risk, you're going to be lowering the risk in the high

23    exposure group -- this person should have been in here.

24    So you're going to get a curve like this (indicating).

25    See.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 100 of 186

1          So that's what I'm saying, when -- that's
2     oftentimes what happens with exposure misclassification,
3     when you have more than one -- more than two categories,
4     yes or no.
5          Q    And when you're comparing it to Camp Lejeune,
6     though, it would matter; right?  Because no matter what,
7     everyone at Camp Lejeune is assumed unexposed.
8          A    Everyone at Camp Pendleton.
9          Q    Everyone at Camp -- I'm so sorry.  Wow.
10         A    Yeah; okay.
11         Q    Everyone at -- forgive me.  Everyone at Camp
12    Pendleton is assumed unexposed.
13         A    Yes.
14         Q    So then would it not bias to the null if you're
15    comparing the data for Camp Lejeune to the data at Camp
16    Pendleton, and you have over --
17         A    Yes.
18         Q    And the assumptions overstate the exposures of
19    people at Camp Lejeune?
20         A    Right.  So exposure misclassification operates
21    differently when it's just a yes, no, exposed, unexposed
22    situation.
23         Q    Uh-huh.
24         A    Versus a low, medium, high, whatever; several
25    categories.  The several categories, the trend often is

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 101 of 186

1    what I -- it goes up and then comes down because you put

2    people in the high exposure usually that don't belong

3    there.

4              When you do a yes, no or exposed,

5    unexposed, as I said virtually always goes towards the

6    null.  There are rare occasions where it doesn't, so we

7    often say, most likely, to cover the fact that it might

8    somehow go away from the null.  Probably if other factors

9    are influencing the situation.

10   Q    Okay.  Would you agree with me that there's no

11   perfect epidemiological study?

12   A    Yes.

13   Q    Okay.

14   A    Unfortunately.

15   Q    And I guess I'm -- having been an environmental

16   lawyer my whole life, I want to ask you about this because

17   isn't that -- I mean, there's epidemiological studies in

18   the context of a controlled -- a clinical trial, for

19   example.

20   A    Uh-huh.

21   Q    Which, of course, has a lot more controls and a

22   lot more inherent accuracies because you actually can make

23   sure that you know what people are being exposed to and

24   what your controls are not exposed to; right?

25   A    Yeah, but you randomly assign which hopefully in

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 102 of 186

1    the average will eliminate confounding.  Not always.  And

2    that's why there are -- even clinical trials have some

3    limitations.

4         Q    But an environment cohort --

5         A    Yes.

6         Q    -- is a much more complex --

7         A    Yes.

8         Q    -- and more uncertain study.

9         A    Yes.

10         Q    Right?  Is that fair?

11         A    Sure; yes.

12         Q    Okay.  And would you also agree that it would be

13    impossible to -- impossible to perform a clinically

14    controlled trial to determine the effect of a chemical

15    because that would be unethical to test on a human being?

16         A    Oh, yes.

17         Q    Okay.  So that when you're doing epidemiological

18    studies involving environmental pollution and impacts on

19    populations, certain limitations are pretty impossible to

20    avoid such as specific memory of what you're exposed to at

21    any given time in the past; right?

22         A    That's -- yeah.  Exposure misclassification i

23    would say is endemic in occupational and environmental

24    epidemiology because even in a workplace you don't know if

25    someone is working harder, someone's wearing their

1    protective equipment properly, so on and so forth.

2         Q    Uh-huh.

3         A    And in the case of Camp Lejeune, the issues

4    include deployment, whether they used the water, how much

5    they used and so on.

6         Q    Right.  But your -- epidemiological studies like

7    yours employed many well-established data gathering and

8    statistical tools to limit some of these limitations;

9    right?

10        A    Yes.  Yes.

11        Q    But they also recognize that they all can't be

12   avoided.

13        A    Right.

14        Q    Okay.  Do you recall getting an award from the

15   ATSDR in March of 2019?

16        A    I think so, yes.

17        Q    I can tell you what it is.

18        A    It's a science award, yes.

19        Q    It's the NCEH ATSDR --

20        A    Yes.

21        Q    -- honor Award.

22        A    Yes.

23        Q    It's the director's award for excellence and

24   outstanding contribution.  That was March 2019.

25        A    Right.

1    Q    NCEH is National Center for Environmental

2    Health?

3    A    Yes.

4    Q    So it was a joint honor?

5    A    Right.

6    Q    Okay.  And I think you told Mr. Bain yesterday

7    that well over half of your work at ATSDR was related to

8    Camp Lejeune; right?

9    A    Right.

10    Q    And in the period of -- around the time you're

11    getting this award from the ATSDR, is the majority of your

12    work in the area of March 2019 surrounding --

13    A    Yes.

14    Q    -- the same, over 50 percent of Camp Lejeune?

15    A    It may have been 50/50 because I was also

16    working on a PFAS feasibility assessment for the

17    Portsmouth study and working on the protocol for the PFAS

18    study and attending Cap meetings up in New Hampshire.  So

19    taking that all into account or at least it -- yeah,

20    it's -- 2019 is before the Pandemic, yeah.  Probably

21    50/50.

22    Q    Do you remember the award -- is there an award

23    ceremony or an award that you get on a -- I mean, how does

24    this play out?

25    A    Yeah, there was something.  I didn't keep these

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 105 of 186

1   things.  But, yes, there's a presentation.  It was
2   during -- because we have an awards ceremony, and this was
3   one of the awards given out, but it's the only one for
4   science.
5       Q   Okay.
6       A   Okay.  And -- yeah.
7       Q   So this is the only award for science in that
8   given year.
9       A   I think so, yeah.
10      Q   That you received.
11      A   Right.
12      Q   Okay.  And we've talked a little bit about the
13  NRC, and I don't want to go -- belabor the NRC, but you
14  weren't the only critic of the NRC report; right?
15      A   Right.
16      Q   So I'm going to -- do you know who
17  Dr. Aschengrau is?
18      A   Yes.
19      Q   Did you ever see a copy of her statement about
20  the inadequacies of the NRC report?
21      A   I'm not sure I did.
22      Q   I'll give you a copy of this?
23      A   I know the Cap members wrote something, and I
24  don't know if I saw hers.
25      Q   Well, in fairness, she's one of several

1    signatories.

2         A    Oh, okay.  I may have seen it.

3         Q    Oh, I'll give you a copy.

4              MS. GREENWALD:  What are we up to, 29?

5              MR. BAIN:  This is 30.

6              MS. GREENWALD:  Oh, okay.

7         Q    (By Ms. Greenwald) So I'll show you what's

8    been marked as Exhibit 30.

9         A    Okay.

10   (Exhibit Number 30 was marked for Identification.).

11        Q    (By Ms. Greenwald) I ask for you to take a

12   look at that and tell me if you've seen that before.

13        A    Yeah, I think I've seen this before.

14        Q    Okay.

15        A    Yeah.

16        Q    And they like you conclude that this report was

17   two years in preparation by scientists, many of whom we

18   know and respect, that reached puzzling and in some cases

19   erroneous conclusions.  Do you see that in the top

20   paragraph about the middle?

21        A    Puzzle, yeah.  Okay.

22        Q    Would you agree with that?

23        A    Yes.

24        Q    Okay.  And then the first sentence of the next

25   paragraph, specific areas where we disagree with the NRC

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 107 of 186

1    report include their assessment of the water distribution

2    modeling, their assessment of the risk caused by exposure

3    to two of the principle contaminants, paren, (TCE and

4    PCE), and the likelihood of conducting meaningful

5    epidemiological studies in this setting.  We view the

6    water modeling undertaken by ATSDR and its consultants as,

7    quote, "state of the art" and worth carrying through the

8    completion so that it can be used in the ongoing and

9    proposed health studies.

10                  Do you see that?

11        A    Yes.

12        Q    Do you agree with that?

13        A    Yes.

14        Q    Okay.  And a couple of sentences down:  We also

15   agree with the National Toxicology Program, the TCE and

16   PCE are reasonably anticipated to be human carcinogens and

17   reject the characterization of the evidence as, quote,

18   limited, slash, suggestive, close quote, as presented in

19   the NRC report.  We note that this characterization of

20   solvent mixtures actually steps back from previous work

21   done by the National Academy of Sciences Institute of

22   Medicine in 2003.

23                  Do you agree with that?

24        A    Yes.

25        Q    Last but not least, the NRC doubts -- it's a

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 108 of 186

1    couple of sentences down.

2         A    Yep.

3         Q    The NRC doubts that, quote, "definitive" answers

4    can come from any study, but this sets the bar too high.

5    No one study can provide definitive answers and all

6    studies must be considered in light of the other

7    scientific evidence.

8                   Do you agree with that?

9         A    Absolutely.

10        Q    Okay.  So we've talked a lot in a last day and a

11   bit about the various studies you've done for Camp

12   Lejeune, the mortality studies, the Cancer Incidence

13   Study.  Do you agree that regardless of the various

14   confidence intervals, statistical analyses, comparisons to

15   Camp Lejeune.

16        A    Uh-huh.

17        Q    Whatever is in all -- you know, the various

18   tables and the really brilliant work you did, that those

19   are just one snapshot in a bucket of a lot of studies and

20   data about the chemicals of concern here, TCE, PCE, vinyl

21   chloride and benzene?

22        A    Yes.

23        Q    And when you do as an epidemiologist a weight of

24   the -- well, first of all, let me step back.  If you were

25   doing a causality assessment, would you use a weight of

1    the evidence approach in determining whether an exposure

2    to a particular chemical caused a particular health

3    outcome?

4         A    Well, weight of the evidence approach could be

5    interpreted in different ways.  But, yes, we assemble all

6    the relevant -- what we can assemble all the relevant

7    information and try to make it like an assessment that

8    way.  That's how the assessment of the evidence was done.

9         Q    Uh-huh.

10        A    And, you know -- and so, yes.  You have to --

11   even in an individual study, the discussion sections of

12   any study will bring in any research from other sources

13   that were relevant to the particular finding you're making

14   a case for.

15        Q    Yes.

16        A    If that make senses.  Anyway, you need to -- no

17   one study is going to be so definitive and in science in

18   general, let alone epidemiology that doesn't require

19   background information and supporting evidence.

20        Q    So because one of your -- because of the

21   mortality study or the Cancer Incidence Study of 2024 for

22   a particular chemical and a particular disease doesn't

23   align with your findings in your health assessment of

24   2017, doesn't mean that your assessment in 2017 isn't

25   still valid and appropriate given the findings then; is

1   that correct?

2        A    Yes.

3        Q    Okay.  And would you, sitting here today --

4   obviously you're the author of the mortality study.

5        A    Uh-huh.

6        Q    And the Cancer Incidence Study, would you change

7   any of your findings from the 2017 health assessment for

8   Non-Hodgkin lymphoma, Leukemia, bladder cancer, kidney

9   cancer or Parkinson's disease?

10       A    No.

11       Q    Just those five?

12       A    No.

13       Q    Okay.  You would stand by your findings --

14       A    Yes.

15       Q    -- in 2017?

16       A    Yes.

17       Q    Are you aware of the fact that EPA has proposed

18  a total band on TCE?

19       A    Yes.

20       Q    Okay.  And do you know what the basis of that

21  band is?  A long document, I know.

22       A    No, I haven't read the document.

23       Q    Okay.

24       A    So my guess would be -- but that would be a

25  guess -- kidney cancer, Non-Hodgkin lymphoma.  The EPA did

Golkow Technologies,
877-379-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 111 of 186

1    a meta-analysis many years ago now indicating that --

2    supporting that, but I don't know the specifics of that

3    now.

4         Q    Okay.  And then can we have the other -- the

5    other NRC?  So when you were -- when the NRC report came

6    out in 2009, was Dr. Christopher Portier the acting

7    director of the -- or maybe he was the actual director --

8    of ATSDR?

9         A    I'm trying to remember when he replaced

10   Dr. Howard Frumkin, given that -- looking at that previous

11   e-mail, it looks like Dr. Frumkin was still there when at

12   least the prepublication of the NRC report happened.

13        Q    Right.

14        A    So I'm not -- I can't remember when he left and

15   when Dr. Portier started.

16   (Exhibit Number 31 was marked for Identification.).

17        Q    (By Ms. Greenwald) Okay.  Let me show you

18   Exhibit Number 31 and ask you if you've scene this

19   document before.  This was a letter to the deputy

20   assistance secretary of the Navy and the deputy

21   commandant installation of logistics dated

22   October 22nd, 2010.  And if you go to the last page,

23   it's signed by Dr. Portier as director of ATSDR.  Do

24   you see that?

25        A    Yes.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 112 of 186

1    Q    Have you seen this before?

2    A    Yes.

3    Q    So did you help write this?

4    A    Did I write this?  We had drafted, both Morris

5    Maslia and myself had drafted a long response to the NRC

6    report.  And so we used that in our discussions with

7    Dr. Portier.  He was aware of that, but he would have

8    written this; may have asked us to review it, I can't

9    remember.  But a lot of what we had -- the cases we were

10   making are reflected in this.

11   Q    Okay.

12   A    I don't think Dr. Portier would allow anyone to

13   write something that he didn't -- signed.

14   Q    Okay.  So if you can turn to the second page.

15   A    Uh-huh.

16   Q    It's a very short paragraph.  It says "thus"?

17   A    Uh-huh.

18   Q    Let me be perfectly clear, there was undoubtedly

19   hazard associated with drinking the contaminated water at

20   Camp Lejeune.  The epidemiological studies and the

21   associated exposure modeling will hopefully help us decide

22   on the level of risk associated with this hazard.

23            Do agree with that statement?

24   A    Yes.

25   Q    And do you remember this enough to know whether

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 113 of 186

1    you agreed with the totality of the letter?  I just don't

2    want to take a lot of time.

3         A    Oh, yeah, I agree with the totality of the

4    letter.

5         Q    Okay.

6         A    Yeah.

7         Q    All right.  If you can go to Exhibit Four.  It's

8    the 2014 mortality study for --

9         A    Workers or Marines?

10        Q    Is it three?

11        A    Three.

12        Q    I thought it was four.  Okay; never mind.

13        A    Four is the workers.

14        Q    Sorry.  So I mean, I'm just going to go to one

15   example.  There were many, and I think we might have

16   already addressed this with my general question, but you

17   were shown several tables in various studies.  If you can

18   go to page 11 of 13.

19        A    Uh-huh.

20             MR. BAIN:  Eleven of 13?

21             MS. GREENWALD:  Page 11 of 13.

22             THE WITNESS:  So we have 14 here, so you must

23        mean ten of --

24             MS. GREENWALD:  Then I've got the wrong one.

25        It is civilian.

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 114 of 186

1     Q    (By Ms. Greenwald) I'm sorry, I'm so

2  sorry.  It's civilian.

3     A    Okay.  Then you were right the first time.

4     Q    I'm so -- yeah; a lot of cooks.

5     A    Right.  Okay; civilians.

6     Q    Okay.  I apologize about that.  The government

7  pointed you to 11 of 13.

8     A    Okay.

9     Q    And actually had you look at a particular

10  paragraph.  It's the one on the right and it's the one

11  that starts, another serious limitation of this study.

12     A    Uh-huh.

13     Q    Was exposure misclassification bias; there were

14  several sources of exposure misclassification.  For

15  example, due to a lack of information on workplace

16  locations; we assumed that all the Camp Lejeune workers

17  were located or spent considerable time during the workday

18  at the mainside area of the base served by Hadnot Point

19  treatment plant.  Although this assumption was true for

20  most workers, undoubtedly some did not work in the

21  mainside area.

22           Do you see that?

23     A    Yes.

24     Q    Okay.  Wouldn't that limitation that you

25  recognized here bias the results to the null, if in

1    truth --

2        A    If you're comparing --

3        Q    -- they were not correct.

4        A    -- Camp Lejeune versus Camp Pendleton.

5        Q    Uh-huh.

6        A    And you're saying some of the people in the

7    exposed category are exposed and are not --

8        Q    Correct.

9        A    Yes.  Yes.

10        Q    All right.  All right.  I just want to -- I want

11    to make sure I understand a couple of the issues about the

12    2024 cohort study.

13        A    Okay.

14        Q    Am I correct in understanding that the Camp

15    Lejeune cohort study, only those assigned to units

16    believed to be located and Hadnot Point were included in

17    the study?

18        A    No.

19        Q    So if a Marine lived at Tarawa Terrace.

20        A    Uh-huh.

21        Q    But was assigned to a unit elsewhere on the base

22    and not Hadnot Point, would they have been excluded from

23    the exposed cohort in the 2024 Camp Lejeune study?

24        A    Anyone who had a unit code at Camp Lejeune would

25    be included in the Camp Lejeune cohort, any unit code for

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 116 of 186

1  Camp Lejeune during the period '75 to '85; okay?  Are you

2  referring to some text that we can look at?

3      Q    Yeah.  So you referred to mainside.  Let me just

4  try to find -- I have to find -- give me one second.  I

5  guess I'm trying to understand -- so can I ask you this

6  maybe:  How would you define "mainside" when you use that

7  term?

8      A    Mainside is Hadnot Point service area.

9      Q    Okay.  And Hadnot Point service area would

10  entail what?

11     A    Where most of the barrack probably were located

12  and -- not probably, but were located; and where Hospital

13  Point, the old hospital was located in mainside.  There

14  was one other housing area, I think, on mainside.

15     Q    Did you consider Camp Geiger as part of main --

16     A    No; no.

17     Q    You did not?

18     A    No, except for the 8th Marines, because the 8th

19  Marines were at camp Lejeune -- probably at mainside until

20  we don't know, '77, according to the Cap members; 1980,

21  according to the command chronology.

22     Q    Okay.

23     A    The Marine Corps -- I mean, I've met with a

24  high-ranking official at Camp Lejeune and asked that

25  person pointblank when did they leave, and he couldn't

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 117 of 186

1    tell me.  But he was in the service and he was there at

2    the time.  So I never got a sure answer on when the 8th

3    Marines moved to Geiger.

4         Q    I see.

5         A    So I concluded them in.  And again, what that

6    would mean, that would mean more exposure,

7    misclassification, bias towards the null for a comparison

8    between Camp Lejeune and Camp Pendleton and for the

9    duration and those analyses; again, probably a curve that

10   goes up and then a little bit down, non monotonic.

11        Q    Okay.  Would you consider the Courthouse Bay as

12   Camp Lejeune?

13        A    Yes.  What we didn't consider was New River --

14        Q    I'm sorry, we're just trying --

15        A    We kept New River separate.  And as I said, the

16   only Geiger unit was the 8th Marines.  This is what we

17   specified to the DMVC back when we were initially starting

18   all of these studies --

19        Q    Uh-huh.

20        A    -- was we wanted all the unit codes for Camp

21   Lejeune and separately for New River.

22        Q    I'm trying to find the page.  I'm sorry.  Okay.

23   Maybe we'll go back to that if I can figure out the page.

24        A    What mainside makes the difference is in

25   probably in the earlier mortality studies where I'm using

Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 118 of 186

1   residential exposure because then it's important where

2   they are on base.  Are they at mainside or are they at

3   Tarawa Terrace?  Are they at Holcomb Boulevard or are they

4   at Courthouse Bay, Rifle Range or whatever.

5       Q    Uh-huh.

6       A    That would have an impact on the exposure

7   assessment in the earlier mortality studies but not in the

8   new studies.

9       Q    Okay.  All right.  Okay.  If you look at tables

10  two and three -- I'm going -- now I'm going to go to the

11  Camp Lejeune exposed group table; the Cancer Incidence

12  Study tables two and three.

13      A    Okay.

14      Q    I think you went over this with Mr. Bain before

15  when we took a break.

16      A    The Standardized Incidence Rates.

17      Q    Correct, the Standardized Incidence Rates for --

18  and then tables four through seven.

19      A    Okay.

20      Q    So, and then -- so two and three --

21      A    Uh-huh.

22      Q    -- is for Marines and Navy personnel.  And then

23  four through seven --

24      A    No, table two is for Marines.  Table three --

25      Q    Right.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 119 of 186

1      A     The SIR civilian workers.

2      Q     Right.

3      A     Table four is the Marine, the straight

4   comparison --

5      Q     The comparison for marines; right?

6      A     Using Cox model --

7      Q     Yep.

8      A     -- for personal hazards, yeah.

9      Q     All right.  For the results that you show in

10  these tables, did you assume a non-differential exposure

11  misclassification?

12     A     Well, the actual figures here are what you get,

13  but there is exposure misclassification most likely, so we

14  did the de.  That's why we did the Quantitative Bias

15  Analysis to see if you assume up to 25 percent of the

16  Marines at Camp Lejeune were not exposed.

17     Q     Uh-huh.

18     A     Then we could have gone to 30 percent, but we

19  had a range in the Quantitative Bias Analysis this is what

20  would have happened to several of the outcomes we've

21  showed.  And differences depended on the outcome and how

22  rare it was.

23            If it was an outcome that wasn't rare,

24  differences weren't great.  It had an impact.  I'm not

25  saying it didn't have an impact.  And if it's close to

1    1.2, it might have -- a finding of, say, 1.18, 1.18 might

2    have pushed it over to 1.2, and I would have highlighted.

3              Okay.  So it had some impact, but mostly

4    the confounding due to smoking, confounding due to alcohol

5    consumption and exposure misclassification bias in

6    general, all three of them did not have a major impact.

7    And that's because of the similarity between Camp Lejeune

8    and Camp Pendleton.  They were very similar in a lot of

9    different factors, risk factors.  Okay.  So that's why --

10   yeah, so.

11       Q    Okay.  Going back to the deployment issue we

12   talked about a little while ago.

13       A    Uh-huh.

14       Q    If Marines at Camp Lejeune were deployed off

15   base or participated in training at other locations where

16   there was no contamination at Camp Lejeune --

17       A    Yes.

18       Q    During a time that their unit was assigned to

19   Camp Lejeune, they would have been classified in the

20   exposed Camp Lejeune group; right?

21       A    Yes.

22       Q    Okay.  Even though they weren't actually at Camp

23   Lejeune?

24       A    Right; I wouldn't have known.

25       Q    Okay.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 121 of 186

1      A      Yeah.

2      Q      And in contrast, Marines and civilians at Camp

3   Pendleton were not exposed at all.  So whether they were

4   on base or not, almost doesn't matter.

5      A      Yes.

6      Q      Okay; assuming you're not at Camp Lejeune.

7      A      I mean, you know, I'm sure someone at Camp

8   Pendleton may have lived somewhere where there might have

9   been some contamination outside somewhere in California,

10  you know, if they lived off base.  But, yes, the

11  assumption is that Camp Pendleton is free of

12  contamination.

13              If that's not true, if some of Camp

14  Pendleton people lived off base in a place where there was

15  contaminated drinking water somewhere, what would that do?

16              That would make it harder to see anything.

17  Again, you would be calling people unexposed when they

18  were exposed.  And that's your reference group, but again

19  bias towards the null.  So anytime you mix things up, you

20  put exposed people in the unexposed category when they

21  shouldn't be there or vice verse, you're going to -- and

22  when you do a straight comparison between exposed and

23  unexposed, you bias most likely towards the null; okay?

24              So if some people at Camp Pendleton were

25  actually exposed, it makes it harder to see something.  If

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 122 of 186

1    people at Camp Lejeune were not exposed, assuming they

2    are, again it would make it harder to see something.

3         Q    Okay.

4         A    Okay?  Is that clear to everyone?  Okay.

5         Q    I think I'm beating that horse to the ground.  I

6    hate that expression, but I'm going to move on.  So you

7    state in your report, this Cancer Incidence Study on lines

8    656 to 663.

9         A    Sixty-three.

10        Q    You mention between ten and 25 percent of those

11   assigned to Camp Lejeune were likely unexposed to the

12   contaminant in the water.  Can you explain how you arrived

13   at those ten to 25 percent?

14        A    So can you give me those again?  I'm sorry.

15        Q    Sure on lines 656?

16        A    Six-fifty-six.

17        Q    To 659, and it's on Bates Number 123.  I think

18   you and I have the same versions.

19        A    Yeah.

20        Q    So it's 123.

21        A    No, it's just, again, for the purposes of

22   Quantitative Bias Analysis, I was making some assumptions.

23        Q    Uh-huh.

24        A    Suppose it was 25 percent.  Suppose it was

25   ten percent.

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 123 of 186

1        Q     Okay.

2        A     Again, it could have been higher.  And from the

3   graph, you could probably figure what it would be if there

4   were 30 percent unexposed by just plain extrapolation.

5        Q     Okay.

6        A     But there is no -- I mean, no.  No one knows.

7        Q     So the AML that you reference here, it increased

8   when you factored in the ten to 25 percent; it increased

9   the hazard ratio to 1.42 for the ten percent and 1.50 for

10  the 25 percent; right?

11       A     Yeah, right.

12       Q     And I'm really bad about percentages, but is

13  that about a ten percent increase?

14       A     Ten percent would be 1.52 if I got it right.

15       Q     So close to ten percent.

16       A     Close to ten percent.

17       Q     To 25 percent?

18       A     Yeah.

19       Q     Okay.

20       A     If you assume 25 percent unexposed, yeah.

21       Q     Okay.  So if you look at -- so if you -- I'm

22  going to mark -- this is my last exhibit; mark as Exhibit

23  32, the supplemental files that are referenced here.

24  (Exhibit Number 32 was marked for Identification.).

25

1     Q     (By Ms. Greenwald) In your report S2-2A?

2     A     S2-2A.

3     Q     I'm trying to find it, too.

4     A     In the published study things have changed

5  number-wise.

6     Q     Oh, right.

7     A     The tables haven't changed.

8     Q     Trying to find it, too.

9          MR. BAIN:  What's the number again?

10         MS. GREENWALD:  It's S2.

11         THE WITNESS:  Oh, it's all the way in the

12    back.

13         MS. GREENWALD:  Yeah, it's towards the back.

14         THE WITNESS:  I'm sorry, that was the

15    exposure misclassification.

16         MS. GREENWALD:  S2-2A.

17         THE WITNESS:  Yeah, yeah.  Right.

18     Q     (By Ms. Greenwald) Had to copy all of

19  these pages just to get this.  This doesn't have it.

20     A     It's at the end of the supplemental.

21     Q     Well, my version doesn't have that.  Here it is.

22  We already did AML which is in your paper.  If you look at

23  kidney cancer, that's on the last page?

24     A     Yeah, so that's workers.  Right; yes.

25     Q     Well, kidney is not referenced for Marines;

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 125 of 186

1    right?

2        A    Right.

3        Q    Okay.  So for kidney it goes from 1.12 to 1.14

4    at the ten percent; and then 25 percent, 1.16?

5        A    Right.

6        Q    Adjusted, okay.

7        A    Uh-huh.

8        Q    And for Non-Hodgkin lymphoma, at the 25 percent

9    it goes to 1.24?

10       A    Yes.

11       Q    What kind of percentage increase was that?

12   That's all right.  I don't want to hold you.

13       A    About five percent.

14       Q    Okay.

15       A    Counting from the top of my head.

16       Q    All right.  So going to the Cancer Incidence

17   Study table six and seven again.

18       A    Uh-huh.

19       Q    Table six, actually.

20       A    Duration.

21       Q    Table six, okay.  I think you went over this a

22   little built with Mr. Bain, that there was only a

23   monotonic trend for thyroid cancer in the Marines; is that

24   right?

25       A    That's my recollection.

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 126 of 186

1      Q    Okay.

2      A    I would look at the text to see if that's -- but

3  definitely thyroid was, yes.

4      Q    All right.  Okay.  If the Marines classified in

5  the medium or the high duration range were more likely

6  than the low duration group to be deployed or off base for

7  extended periods, could this explain the lack of monotonic

8  trends in the exposure for some of the cancers?

9      A    It could.

10     Q    Okay.  On lines 969 to 979, which is Bates 133?

11     A    Uh-huh; yes.

12     Q    The first sentence reads, an additional factor

13  affecting both the magnitude of the HR's and 95 percent

14  CIR in the subgroup analyses of the Marines/Navy personnel

15  was that at the end of follow-up the median age was 57

16  years and over 75 percent of the subgroup members were

17  under the age of 60 years old.

18     A    Yes.

19     Q    Did you see that?  I read that correctly?

20     A    Yes; yes.

21     Q    Okay.  Do you know what SEER data is?

22     A    It's the National Cancer Incidences

23  Surveillance, E-E-R.

24     Q    It's okay.  I just -- you're familiar with what

25  that is?

1    A    Oh, yeah; yeah.  Yes.  Sorry.  I always forget.

2  I just say SEER all the time and then I don't remember.

3  I'm sorry.

4    Q    Would it sound right to you if I were to tell

5  you that the SEER data says the medium age of getting

6  bladder cancer is 70 years old.  Does that sound about

7  right?

8    A    That sounds about right.

9    Q    Okay.  Considering that bladder cancer generally

10  develops later in life, would you agree that the study may

11  be underestimating the association between exposure and

12  bladder cancer in this population?

13    A    It could, yes.

14    Q    Okay.  Same question for kidney cancer.  If I

15  told you that the SEER data has the median age for kidney

16  cancer at around 64 or 65 years old, does that sound

17  right?

18    A    Yes.

19    Q    Okay.  Given the younger cohort in this study,

20  would you agree that the data might not fully capture

21  again the potential association between exposure and

22  kidney cancer?

23    A    Yes.

24    Q    Okay.  And AML, If I told you that the SEER data

25  has the median average for diagnosis of AML at

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 128 of 186

1   approximately 68 years old, does that sound right?

2        A    Yes.

3        Q    Again, same question:  Would you agree that the

4   younger age population likely means that the study is

5   missing potential associations between exposure at Camp

6   Lejeune and the development of NHL?

7        A    Right.

8        Q    I'm sorry, AML.  Forgive me.

9        A    AML, yes.

10       Q    Okay.  Now I'm going to ask about NHL.  Does it

11  sound right that the SEER data would have the medium age

12  at around 67 years old for NHL?

13       A    Yes.

14       Q    All right.  Again, the same question:  Would the

15  younger cohort here also suggest that some -- that it

16  could be missing some of the Non-Hodgkin lymphoma in the

17  Camp LeJeune pool?

18       A    Right.

19       Q    Okay.  So in your professional opinion would we

20  expect stronger associations if the study had continued

21  longer or included an older population and follow-up?

22       A    We're certainly --

23            MR. BAIN:  I just want to oppose an

24       objection; an incomplete hypothetical and I'll

25       just say form.  I'm sorry.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 129 of 186

1           THE WITNESS:  Well, I mean, we wouldn't know
2       because we're not capturing cancers that would
3       occur as these people age both at Lejeune or
4       Pendleton for that matter.  So it's a strong
5       argument for repeating this study at a later date
6       when these people are of the age when most cancers
7       occur.
8           But -- and I'll leave it at that because I
9       can't say for sure that it would increase or
10      decrease the association.  If, in fact, these
11      associations are not real for some reason, some
12      bias that we don't know about, which is always
13      possible in this study, any study, you know, what
14      would happen in the future is hard to say.
15      Q    (By Ms. Greenwald) Right.
16      A    But because we don't have information on cancers
17  that will occur later to these populations, what that
18  means is if we had more data, of course, we would have
19  narrower confidence intervals.  That's for sure.  Whether
20  the association would go either way, it's hard to say.
21      Q    I wasn't suggesting an association as much as
22  that you would have data that reflects the expected age of
23  that type of cancer and you would have a larger pool of
24  information involving those five cancers --
25      A    Yeah, it's similar to the mortality study

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 130 of 186

1    extension.  As people age, you get more cases.  You're

2    capturing more of the events.  You feel better about the

3    analysis, so, you know, that's true.  That's why

4    occupational studies often are -- you see an extended

5    analysis and so on.  As time goes on --

6        Q    Uh-huh.

7        A    -- they follow them further because they want to

8    capture as many cases as they can from the population.  So

9    this population definitely will have more cancers.  And we

10   don't -- they're not including this study because it

11   happened after --

12       Q    Right.

13       A    -- 2017.

14       Q    Okay.  All right.  Now I'm going to go in the

15   other direction of where this started.  The exposure

16   period at Camp Lejeune ended in December 1985; is that

17   right?

18       A    Sometime for the cans for study --

19       Q    For the cancer incidence study?

20       A    For in general, the exposure stopped sometime in

21   1985.  The question I've always had with the Marine Corps,

22   what to do with the benzene readings later in the year.

23   And they claimed that they're bogus somehow, but they were

24   lab verified.  So I -- you know, so I -- actually, I've

25   looked at the data different ways.  One way would be to

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 131 of 186

1    assume that the contamination stopped in March.

2         Q    Of '85?

3         A    Eighty-five.

4         Q    Right.

5         A    Because by the time you shut down the wells, it

6    probably takes a few weeks for it to clear out the system.

7    So from March on I looked at -- suppose that's the case,

8    and I looked at the -- and I did an analysis and suppose

9    that's not the case and benzene readings are real.

10             And looking at it either way made

11   absolutely no difference, maybe a tenth of a point

12   difference, 1.26 instead of 1.27, but didn't change

13   anything.  So, but I don't know what you conclude from

14   that other than maybe that those benzene readings are

15   real.  But we'll never know.

16        Q    So I'm going to move ahead to something I was

17   going to ask later?

18        A    Uh-huh.

19        Q    But I'm going to jump to it now and then I'll go

20   back to what I was just going over.  If, in fact, the

21   concentrations of TCE, PCE and vinyl chloride, and DCE

22   were zero starting in February of 1985, assuming they were

23   zero in February.

24        A    Uh-huh.

25        Q    That would mean 11 months were included of times

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 132 of 186

1   that -- of a period where people in Camp Lejeune would not

2   have actually been exposed those chemicals; right?

3        A    Right.  If that was the case, yes.

4        Q    Okay.  If that were the case.

5        A    Yeah.

6        Q    And that would again bias the results to the

7   null.

8        A    Right.

9        Q    Okay.  And again, putting benzene aside, I'm

10  talking about those four diseases.  So if it was a disease

11  associated with a particular chemical like PCE and bladder

12  cancer, that would not reflect the fact that there was an

13  11-month period --

14        A    Uh-huh.

15        Q    -- in which that person was not exposed to PCE.

16        A    Right.

17        Q    Okay.

18        A    Anytime you misclassify like that --

19        Q    Okay.

20        A    -- it would have an effect.  The question is how

21  big.  Yep.

22        Q    Okay.  So going back to what I was asking you

23  about the shorter period.

24        A    Uh-huh.

25        Q    So the follow-up period for the study began in

1    '96; correct?

2         A    Yes.

3         Q    Okay.  So there's approximately ten to 11-years

4    gap between the end of the exposure period and the start

5    of the follow-up; is that right?

6         A    That's right; yes.

7         Q    Okay.  Given that the study period follow-up

8    starts in '96, is it correct that any cancers that

9    developed between '85 and '96 would be missed in this

10   analysis?

11        A    Yes.

12        Q    Okay.  So for cancers with a shorter latency

13   period --

14        A    Uh-huh.

15        Q    -- those potentially have ten years or less?

16        A    Uh-huh.

17        Q    That would be missing from the data; right?

18        A    Yes.  If they had a cancer before '96, that

19   cancer is not included, no.

20        Q    And would you agree that certain blood cancers

21   can have a latency of under ten years?

22        A    Yes.

23        Q    Is an example?

24        A    No; that would be the primary example, yes.

25        Q    Okay.  I think I might be finish.  Just give me

1    one second.  Can we just go off the record for two

2    minutes?

3              THE VIDEOGRAPHER:  The time is 1:01 p.m.,

4         going off the video record.

5                   (off the record.).

6              THE VIDEOGRAPHER:  We are back on the record.

7         The time is 1:21 p.m.

8         Q    (By Ms. Greenwald) Dr. Bove, I just have a

9    couple of questions.  I'm going to try to go back to

10   the water systems and see if I can do it clearer

11   this time.

12        A    Okay.

13        Q    Did you know that there were eight water systems

14   at Camp Lejeune?

15        A    Yes.

16        Q    Okay.  Did the DMDC data distinguish between the

17   locations that were served by each of these water systems?

18        A    DMDC data doesn't have that information, no.

19        Q    Do you know that they just list them all as Camp

20   Lejeune except for New River?

21        A    That's how the -- we had asked and the Marine

22   Corps and the DMDC did historical research to try to

23   determine which units were Camp Lejeune, which units were

24   new river, which units were Camp Pendleton.  So one of the

25   limitations might be that there could have been errors in

Golkow Technologies,
A Veritext Division
877-379-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 135 of 186

1    that historical research because the Marine Corps

2    certainly didn't know right offhand which units were in

3    each base.  They had to do a historical research and so

4    did the DMDC.  So working together, my understanding, we

5    asked for Camp Lejeune, we asked for New River and we

6    asked for Pendleton.

7         Q    And so the only thing that you excluded was New

8    River?

9         A    Right.  Right.

10        Q    Okay.  Okay.  Thank you.  I just was confused

11   and that was really helpful.

12        A    Okay; sorry.

13        Q    I appreciate it.  No, no, no, no, no.  It was my

14   question.  It wasn't you.

15             So I just want to thank you so much for

16   your time and all the work you've done on behalf of the

17   people at Camp Lejeune and all the incredible science

18   you've done in support of the Military and civilian

19   workers at Camp Lejeune and all your time here.  So thank

20   you so much.

21             THE WITNESS:  Sure.  Thank you.

22                  RECROSS-EXAMINATION

23   BY MR. BAIN:

24        Q    Dr. Bove, I have just a few measure questions.

25   It's going to be less than 11 minutes.

1      A    Okay.

2      Q    Probably much less.

3      A    Okay.

4      Q    So those questions that you just got, I just to

5    make it clear, the 8th Marine unit was included; right?

6      A    Yes.

7      Q    And, but at some point it moved to Camp Geiger.

8      A    Right.

9      Q    But it was still included after --

10      A    Yes.

11      Q    The Quantitative Bias Analysis, is that only

12    apparent or shown as far as the statistics in the

13    supplemental material or is that incorporated into any of

14    the tables in the report itself?

15      A    It's incorporated in the text only.

16      Q    Okay.

17      A    And then the tables are in the supplemental.

18      Q    Okay.  So it's not reflected in any of the

19    tables in the report?

20      A    No; no.  We're assuming no bias and that, you

21    know -- and then we do a Quantitative Bias Analysis to see

22    what would happen if there was bias and which direction

23    would it go.

24      Q    And that's in the Cancer Incidence Study;

25    correct?

1     A    Both studies, mortality study also did a

2  Quantitative Bias Analysis.

3     Q    Okay.  And that analysis would just be reflected

4  in the supplemental materials for each study?

5     A    The tables would be.  But again, in the text, it

6  would describe what the results looked like.

7     Q    Okay.  There was some discussion about people

8  being deployed; and if they were deployed and still shown

9  to be at Camp Lejeune for the entire time, that would tend

10  to bias to the null.  Do you recall that?

11     A    If we're comparing exposed to unexposed, camp

12  Lejeune to Pendleton, yes.

13     Q    Okay.

14     A    Again, with exposure misclassification, if there

15  truly is no risk, it won't.

16     Q    Uh-huh.

17     A    So part of the definition of this is -- or the

18  explanation of this is, if there is a true exposure

19  effect, it would underestimate it most likely if -- in

20  comparisons that are dichotomous; okay?  Exposed,

21  unexposed.

22     Q    Did you do any investigation as to what type of

23  deployments, Marines were going on during the period of

24  your cohort?

25     A    No, it's word of mouth that people were

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 138 of 186

1    deployed.  The survey -- actually, I should say the

2    survey, there were some people who said they were at a

3    base not far from camp Lejeune but in other parts of North

4    Carolina, and so that told us that here's an example of

5    someone who wasn't there but their unit was there.

6         Q    Uh-huh.

7         A    So, but, no, we did not do an analysis of that.

8         Q    Was --

9         A    I'm not sure how we would unless we went to the

10   muster rolls to do that.

11        Q    Was there any potential that a deployment could

12   result in a toxic chemical exposure?

13        A    No idea.

14        Q    You don't know one way or the other?

15        A    Yeah, right.  We don't know where they went.

16        Q    For example, if there were -- and I'm not sure,

17   you know, what periods might have been implicated here,

18   deployments to Vietnam could have involved toxic exposure;

19   right?

20        A    This was -- yes, not for the subgroup because

21   they started active duty after Vietnam.

22        Q    Okay.

23        A    Okay; '75.

24        Q    And what was the date of that?  '75?

25        A    Yeah, April '75.  So after '71, pretty much --

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 139 of 186

 1    but there were people in the full cohort that could have

 2    started active duty during the Vietnam war era.  And I

 3    think there was a variable for Vietnam War.  The problem

 4    in the DNDC data, but the problem, there is missing data

 5    and it's hard to use for that reason.  So I'm sure in the

 6    full cohort there were some probably that were in Vietnam,

 7    in both groups, both Pendleton and Lejeune.

 8         Q    They could have been deployed to Vietnam before

 9    they were at Camp Lejeune and they would still be in the

10    cohort then?

11         A    They would be in the cohort if they were in Camp

12    Lejeune between '75 and '85, yes; or if they were at

13    Pendleton between '75 and '85.

14         Q    And going back, you were shown, you know, some

15    documents regarding the NRC report and criticisms of that

16    report.  Do you recall that?

17         A    Yes.

18         Q    And your assessment of the evidence, you

19    consider that to be a weight of the evidence analysis;

20    right?

21         A    You can call it that.

22         Q    Okay.

23         A    I mean, as I said, there are some -- some people

24    have a district definition of what weight of evidence

25    approach is.  But we're weighing the evidence, so you can

1    say it's a weight-of-evidence approach.

2         Q    And when you do a weight-of-the-evidence

3    approach, you discuss the limitations of studies, as well

4    as the good features of studies; right?

5         A    Yes.  Yes.

6         Q    And is there any reason why you didn't include

7    the NRC report and discuss the limitations of that report

8    in your 2017 assessment?

9         A    I didn't feel that that report was in any way

10   useful for that assessment.

11        Q    Okay.

12             MS. GREENWALD:  Okay.  I have no further

13        questions.  I would also like on the record to

14        thank you for your many years of service at the

15        ATSDR and all the work that you've done for Camp

16        Lejeune.

17             THE WITNESS:  Thank you.  We're done?

18             THE VIDEOGRAPHER:  The time is 1:28 p.m.  We

19        are off the record.

20        (Deposition concluded at 1:28 p.m.).

21                              *

22                              *

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 141 of 186

1    STATE OF GEORGIA

2    COUNTY OF FULTON

3

4

5                    C E R T I F I C A T E

6

7    The foregoing transcript of the proceedings was taken

8    before me as Court Reporter for Fulton County and reduced

9    to typewriting under my direction and supervision, and

10   that the foregoing pages 1 through 140 represent a true

11   and correct transcript of the proceedings.

12

13   This 22nd day of October, 2024.

14

15

16

17

18

19

20   _____

21   JOLANDA L. HARRISON, RPR, GRL,

     SUPERIOR COURT OF FULTON COUNTY

22   CERTIFICATE NO. B-2046

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 142 of 186

| & |
| --- |
| **&**   2:2 |

**1**

**1**   1:25 4:23
141:10
**1.0**   7:23
**1.08**   40:18
**1.12**   125:3
**1.14**   125:3
**1.15**   45:16
**1.16**   125:4
**1.17**   44:13
**1.18**   120:1,1
**1.19**   44:13
**1.2**   32:17 34:3
35:8 36:13,20
44:16 45:10,19
64:23 65:6
66:8,22,23
69:4 120:1,2
**1.2.**   46:3 64:7
67:13
**1.21**   44:12
45:16
**1.24**   45:15
125:9
**1.26**   131:12
**1.27**   131:12
**1.3**   69:4
**1.42**   123:9
**1.5.**   69:3
**1.50**   123:9
**1.52**   123:14
**10/17/2024**   5:5

**10003**   2:4
**106**   4:19
**11**   46:12
113:18,21
114:7 131:25
132:13 133:3
135:25
**11099**   141:19
**111**   4:21
**11:03**   60:23
**11:17**   61:3
**11:56**   91:10
**123**   4:23
122:17,20
**12:20**   91:16
**13**   31:8 57:4
113:18,20,21
114:7
**133**   126:10
**135**   3:13
**14**   56:24 57:2
113:22
**140**   1:25
141:10
**15**   32:9
**150**   95:15
**154,821**   18:22
**1600**   1:15
**163,484**   18:22
**18**   1:17 5:1
70:15 94:24
95:1 98:7,9
99:8
**18th**   5:7 71:5,7

**1970**   51:23,23
**1975**   63:20
**1979**   51:25
**1980**   94:10
116:20
**1985**   130:16,21
131:22
**1996**   52:3,5,8
**19th**   71:2,4,5
71:12
**1:01**   134:3
**1:21**   134:7
**1:28**   140:18,20
**1a**   59:11 60:11
60:12
**1b**   60:10,19

**2**

**2.4**   58:10
**20**   8:19
**200,000**   95:15
**2003**   107:22
**20044**   2:11
**2007**   87:11
**2008**   19:19
57:22
**2009**   83:6,7
111:6
**2010**   111:22
**2011**   57:23
**2014**   16:15
19:6 20:4 21:9
39:17,24 40:5
51:16 53:12,17
54:4 84:15
113:8

**2016**   34:15
82:19
**2017**   6:17
11:15 12:4
52:11 109:24
109:24 110:7
110:15 130:13
140:8
**2018**   16:25
19:22 50:24
53:12
**2019**   103:15,24
104:12,20
**2022**   62:11
68:6 69:25
70:15 71:2,7
71:12
**2023**   58:8
61:14
**2024**   1:17 5:1,7
12:25 13:21
19:6 20:9
53:11 54:4
109:21 115:12
115:23 141:13
**2046**   1:24
141:22
**212**   2:6
**22nd**   111:22
141:13
**23**   5:18,20 62:7
**24**   4:5 26:3,4,6
**25**   4:7 8:20
43:17,19
119:15 122:10

122:13,24
123:8,10,17,20
125:4,8
**26**   4:5,9 61:7,9
**27**   4:13 30:23
69:21,23 70:1
**28**   4:15 83:3
**29**   4:17 87:7,9
106:4

**3**

**3.3**   41:4,15
42:2,8
**30**   4:19 106:5,8
106:10 119:18
123:4
**30214**   1:25
**30303**   1:16
**31**   4:21 111:16
111:18
**32**   4:23 123:23
123:24
**340**   2:10
**37**   6:15
**39**   38:17

**4**

**4.5**   46:3
**43**   4:7
**49**   52:24 66:4
**4th**   87:11

**5**

**5**   3:9
**50**   60:16
104:14

**50/50**   104:15
104:21
**500**   73:3
**55**   58:18 59:22
59:25 60:4,10
**558-5802**   2:6
**57**   59:13 60:16
126:15

**6**

**6.8**   42:15
**60**   59:16,21
126:17
**601**   63:3
**61**   4:11
**64**   58:18,24
59:23,25 60:4
127:16
**65**   58:18,24
59:20 60:1
127:16
**656**   122:8,15
**659**   122:17
**663**   122:8
**67**   128:12
**68**   67:8 128:1
**69**   4:13 66:18

**7**

**7.3**   41:5,19
42:3,10
**70**   59:15 127:6
**700**   2:3
**71**   138:25
**72**   38:17

**73**   30:20
**74**   5:25 16:21
58:18 60:1
63:20
**75**   16:20,21
17:11,15 18:11
116:1 126:16
138:23,24,25
139:12,13
**76**   11:4
**77**   116:20
**79**   51:24
**7:23**   1:4

**8**

**80**   37:21 38:10
**81225**   62:22
63:2
**83**   4:15
**85**   18:9,11 32:6
116:1 131:2
133:9 139:12
139:13
**86**   18:5,10,12
**87**   4:17 18:5,10
18:12 31:5
**897**   1:4
**8th**   94:9 116:18
116:18 117:2
117:16 136:5

**9**

**9.3**   42:4
**91**   3:11
**92**   30:8

**93**   31:20
**95**   126:13
**96**   133:1,8,9,18
**969**   126:10
**979**   126:10
**9:30**   1:18
**9:53**   5:8

**a**

**a.m.**   1:18 5:8
60:23 61:3
91:10
**able**   17:8 19:6
20:1 53:8 92:8
**above**   6:19
11:17 12:7
56:10 64:13
**absolutely**   95:3
108:9 131:11
**abstract**   34:1
35:23 67:22
68:4
**abstracts**   19:3
**academic**   9:20
**academy**
107:21
**accept**   24:15
**accepted**   47:2
50:12
**accessible**   95:9
**account**   39:16
44:3 104:19
**accuracies**
101:22
**accurate**   75:8

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 144 of 186

| | | | |
|---|---|---|---|
| **acknowledged** 16:3 | **address** 74:6 | **age** 29:25 30:11 | **agreements** 90:10 |
| **act** 68:6 | **addressed** 92:15 113:16 | 30:23 31:8,17 31:23 32:9 | **ahead** 73:7 131:16 |
| **acting** 111:6 | **adjusted** 29:24 | 54:17 55:7 | **alcohol** 39:1,19 |
| **action** 70:17 | 31:16 32:16 | 56:16,21 57:1 | 40:8,9,11,12,14 |
| **active** 16:20 | 36:13 37:20 | 57:6 58:18 | 42:22 120:4 |
| 17:14 18:4 | 38:9 42:22 | 59:12,12,15 | **alcoholism** |
| 39:2 63:19,21 | 56:16 65:17 | 60:10 126:15 | 40:12 |
| 138:21 139:2 | 125:6 | 126:17 127:5 | **align** 109:23 |
| **activism** 89:14 | **adjusting** 44:10 | 127:15 128:4 | **alive** 19:14 |
| **activist** 81:18 | 45:13 | 128:11 129:3,6 | 51:22 |
| **activities** 20:19 | **adjustment** | 129:22 130:1 | **allow** 50:18 |
| 54:4 89:12 | 44:15 45:18 | **agency** 49:24 | 112:12 |
| **actual** 13:24 | 54:21 | 72:9 84:10 | **allowed** 49:20 |
| 111:7 119:12 | **adjustments** | 85:14 | **allows** 48:19 |
| **actually** 11:20 | 30:10,22 31:7 | **agency's** 72:13 | **als** 7:2,4 |
| 14:16 18:23 | 31:22 32:8 | **ages** 59:9 | **altogether** |
| 27:7 34:22 | 41:2 42:17 | **aggregate** 53:5 | 33:25 |
| 42:14 43:12 | 44:1 54:17 | 53:7 | **american** 47:20 |
| 48:5,5 72:20 | 55:24 | **ago** 72:17 | **aml** 123:7 |
| 92:8 94:2,4 | **administration** | 111:1 120:12 | 124:22 127:24 |
| 96:19 97:9 | 19:13 | **agree** 15:5 | 127:25 128:8,9 |
| 101:22 107:20 | **admit** 14:14 | 56:11 69:13 | **anal** 66:13 |
| 114:9 120:22 | **advanced** | 91:24 101:10 | **analyses** 10:24 |
| 121:25 125:19 | 96:18 | 102:12 106:22 | 26:7,20 72:22 |
| 130:24 132:2 | **adverse** 7:22 | 107:12,15,23 | 73:19 74:2 |
| 138:1 | **advice** 70:10,11 | 108:8,13 | 108:14 117:9 |
| **acute** 67:24 | **advocacies** | 112:23 113:3 | 126:14 |
| **adam** 1:22 2:8 | 89:21 | 127:10,20 | **analysis** 11:3 |
| 5:16 | **advocacy** 89:14 | 128:3 133:20 | 11:19 21:8,14 |
| **add** 75:20 | **affect** 33:17 | **agreed** 75:17 | 23:8,9,21 |
| 77:19 | 43:3 | 113:1 | 24:25 25:8 |
| **added** 19:8 | **affected** 21:1 | **agreement** | 39:7 42:24 |
| **additional** | **affecting** | 47:23 96:17 | 44:5 49:3 |
| 126:12 | 126:13 | | |

Case 7:23-cv-00897-RJ Document 425-3 Filed 07/03/25 Page 145 of 186

53:16,21 58:9
58:21 59:22
61:13 63:23
69:1,2,9,10
70:18 72:11
73:6 74:20
76:2,13 77:9
79:16 97:20
111:1 119:15
119:19 122:22
130:3,5 131:8
133:10 136:11
136:21 137:2,3
138:7 139:19
**analyze** 73:9,17
**analyzed** 16:9
19:19,21 47:11
**analyzing** 58:9
73:16
**andrew** 88:16
**anemia** 7:2,4
**answer** 82:11
85:1 117:2
**answered**
68:19
**answering** 50:6
**answers** 108:3
108:5
**anticipated**
107:16
**anus** 66:13
**anymore** 48:4
**anytime** 17:1
121:19 132:18

**anyway** 43:6
88:17 94:13
95:9 109:16
**apart** 73:16
**aplastic** 7:2,4
**apologize** 114:6
**apparent**
136:12
**appears** 83:13
**apply** 49:4
**appreciably**
73:19
**appreciate** 78:1
135:13
**approach**
49:11 109:1,4
139:25 140:1,3
**appropriate**
85:9 109:25
**approximately**
5:8 42:8,10
81:24 128:1
133:3
**april** 15:11
47:17 138:25
**area** 104:12
114:18,21
116:8,9,14
**areas** 106:25
**argument** 8:16
129:5
**arrived** 122:12
**art** 107:7
**article** 14:20
15:10 25:7

29:10 48:15
49:25 57:22,23
61:10,16 72:8
75:4,12,19
77:8,15,17
**articles** 34:15
48:13 50:13
57:8,21 60:5
72:14 75:18
82:18
**aschengrau**
105:17
**aside** 15:14
132:9
**asked** 23:5
68:17 75:5
88:7 91:23
93:14,16 96:8
96:10,11 112:8
116:24 134:21
135:5,5,6
**asking** 82:8,23
132:22
**aspects** 89:11
**assemble** 109:5
109:6
**assessment**
6:17 11:15
12:4 20:5,9,15
32:22 33:4,8
34:10 35:18
37:6,7,15
53:13 64:11
104:16 107:1,2
108:25 109:7,8

109:23,24
110:7 118:7
139:18 140:8
140:10
**assign** 101:25
**assigned** 10:5,6
115:15,21
120:18 122:11
**assigning** 17:25
**assistance**
46:25 47:13
111:20
**assisted** 96:2
**associate** 39:23
**associated**
39:21 40:7
112:19,21,22
132:11
**association**
47:20 127:11
127:21 129:10
129:20,21
**associations**
128:5,20
129:11
**assume** 17:13
90:8 119:10,15
123:20 131:1
**assumed** 96:11
100:7,12
114:16
**assuming** 41:15
41:25 76:25
121:6 122:1
131:22 136:20

Case 7:23-cv-00897-RJ Document 425-5 Filed 07/03/25 Page 146 of 186

**assumption**
114:19 121:11
**assumptions**
97:13 100:18
122:22
**asterisk** 87:16
89:20
**asterisks** 88:20
**atlanta** 1:16
**atsdr** 6:17
13:13,23 14:8
14:9,14,15
20:7,10 48:22
49:1,3 50:14
68:12 70:19
74:6 76:24
82:22,23 83:16
85:11,18 86:11
86:21 103:15
103:19 104:7
104:11 107:6
111:8,23
140:15
**atsdr's** 13:8
20:8 34:10
**attachment**
87:24
**attending**
104:18
**attention** 7:14
7:15 62:19
**attorney** 1:21
1:22
**attorneys** 68:8
89:23 90:1,4

**attributable**
57:10
**author** 15:10
15:23 46:22
47:24 79:1
110:4
**authored** 47:6
**authors** 15:14
15:20 47:10
**availability**
52:21
**available** 17:10
21:7 53:5,15
64:3 82:18
97:5
**average** 69:11
102:1 127:25
**avoid** 102:20
**avoided** 103:12
**award** 103:14
103:18,21,23
104:11,22,22
104:23 105:7
**awards** 105:2,3
**aware** 7:19
48:16 50:11
58:8,12 77:13
78:3 110:17
112:7

**b**

**b** 1:24 80:21,22
141:22
**back** 5:18
10:14 29:10
37:25 40:3

61:2,4 62:17
71:9 74:13,16
91:15 98:3
107:20 108:24
117:17,23
120:11 124:12
124:13 131:20
132:22 134:6,9
139:14
**background**
109:19
**bad** 79:4
123:12
**bain** 1:22 2:8
3:9,13 5:15,17
26:2,5 43:18
61:4,8 63:7,11
63:12 69:24
80:17 83:4
87:8 90:17,20
104:6 106:5
113:20 118:14
124:9 125:22
128:23 135:23
**band** 110:18,21
**bar** 108:4
**barrack** 116:11
**barracked**
93:24 96:7,12
**barracks** 93:10
93:10
**base** 5:22 12:24
20:17,20 23:22
46:19 54:3
93:5,9,10

95:24,25 97:9
114:18 115:21
118:2 120:15
121:4,10,14
126:6 135:3
138:3
**based** 7:1 10:7
20:15 34:14
44:5 53:25
54:17 74:20
75:1 76:9
**basic** 92:17
**basis** 21:14
93:7 110:20
**bates** 54:23
62:22 63:1
122:17 126:10
**battelle** 47:21
**battles** 74:9
84:10,18
**bay** 117:11
118:4
**beating** 122:5
**began** 132:25
**behalf** 1:20,22
91:25 135:16
**belabor** 105:13
**believe** 67:23
**believed** 115:16
**belong** 101:2
**belonged** 68:15
**ben** 2:10,17
**benchmark**
33:16 35:18
40:25 44:17

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-5 Filed 07/03/25 Page 147 of 186

**benzene** 108:21
130:22 131:9
131:14 132:9
**best** 87:15
92:22
**betsy** 47:19
**better** 17:5
19:25 21:5
33:11 93:6
130:2
**bias** 7:11 8:16
8:21 42:23
98:12 100:14
114:13,25
117:7 119:14
119:19 120:5
121:19,23
122:22 129:12
132:6 136:11
136:20,21,22
137:2,10
**biased** 8:4,8,10
9:1 76:2 77:9
99:4
**biases** 7:6,24
**big** 16:18 85:18
85:20 132:21
**biostatisticians**
88:12
**birth** 10:19
**bit** 16:23 20:3
33:9 38:22
71:23 105:12
108:11 117:10

**bladder** 28:24
29:2 32:2,5,10
56:18,19,20
64:6,22 65:5
69:2 80:6,8
81:3,9 110:8
127:6,9,12
132:11
**blood** 133:20
**boehm** 15:11
47:18
**bogus** 130:23
**bold** 87:16
88:20 89:21
**bottom** 7:18
18:21 25:4
27:5 41:9 44:8
62:22 63:1
83:13
**boulevard**
118:3
**bove** 1:14 3:5
4:17 5:9,12,16
26:5 43:18
61:4 69:24
83:4 87:8
91:19 134:8
135:24
**box** 2:10 24:19
**break** 60:22
61:5 75:17
90:23 118:15
**breast** 34:7,9
38:13,15,17
77:7,10,10

82:15,16,19,20
**briefed** 96:20
97:15,16,25
98:1
**brilliant** 108:18
**bring** 109:12
**broadway** 2:3
**brooks** 83:17
**brother** 74:5
**brought** 86:6
**bucket** 108:19
**buffaloes** 23:4
**built** 125:22
**burr** 83:15
**busy** 71:19
72:2

---

**c**

**c** 1:19 141:5,5
**calculate** 76:20
**calculated** 66:6
66:21 67:11
**calendar** 30:1,3
30:5 31:17,23
32:9 54:18,19
55:2,5,11
**california** 70:6
70:7,16 121:9
**call** 53:9
139:21
**called** 55:18
89:25 94:17
**calling** 121:17
**calls** 68:12
71:21 72:5
74:7 82:8 90:7

**camp** 1:7 5:22
6:2,2,7,7,11,11
6:22,23,24,25
7:8,9,14,21 8:4
8:11,12 10:5,6
12:24 13:20
14:15 17:25
18:1,10,11,12
18:13,14 21:3
21:23 22:17
23:14,24 24:10
24:21,22 29:20
29:20 30:7,12
30:19,24 31:4
31:9,19,24
32:6,10,14,14
34:11 37:3,17
37:21,21 38:4
38:4,6,6,9,9
40:20,20,24,25
41:3,3 44:4,4
44:11,11 45:14
45:15 46:19
48:14 50:12
54:3,9,9 56:4,6
56:14,19,23
57:3 58:19
64:15 65:13,14
66:7,7,21,21
67:12,12,18,19
68:6 74:20
75:2 76:6
77:20 81:18
86:11 92:1,4
92:17 93:3,4,7

Case 7:23-cv-00897-RJ Document 425-5 Filed 07/03/25 Page 148 of 186

94:1,4,5,24
95:2 100:5,7,8
100:9,11,15,15
100:19 103:3
104:8,14
108:11,15
112:20 114:16
115:4,4,14,23
115:24,25
116:1,15,19,24
117:8,8,12,20
118:11 119:16
120:7,8,14,16
120:19,20,22
121:2,6,7,11,13
121:24 122:1
122:11 128:5
128:17 130:16
132:1 134:14
134:19,23,24
135:5,17,19
136:7 137:9,11
138:3 139:9,11
140:15
**cancer** 13:21
18:23 25:13
27:3 29:2
30:11 31:24
32:2,10 34:2,6
34:6,7,9,10
36:9,9,9 37:1,1
37:2,5,8 38:13
38:15,17 39:16
39:18,21 40:4
40:7 41:4,5

42:6,10 44:2,3
44:7,10,16
45:12,13,19,23
46:2,10,16,17
47:20 49:16
51:1 52:4,24
52:25,25 54:11
54:14 56:1,14
56:18,19 59:7
61:19 62:6,7
62:20 63:13
64:6,6,22,22
65:5,5,24
66:13,13 67:5
67:8,16,20,21
67:21 68:21
69:2,3,22
70:12,22 72:8
72:15 73:10,11
73:14,15,17
74:13 77:7,10
77:11 79:25
80:6,7,8 82:15
82:16,19,20
84:18 97:16
108:12 109:21
110:6,8,9,25
118:11 122:7
124:23 125:16
125:23 126:22
127:6,9,12,14
127:16,22
129:23 130:19
132:12 133:18
133:19 136:24

**cancers** 6:1
27:23 30:8
31:20 34:12
36:25 42:1
56:6 65:4
67:24 68:1
73:3,13,24
76:5 80:4,24
92:22 126:8
129:2,6,16,24
130:9 133:8,12
133:20
**candidates**
87:12,13 88:8
**cans** 130:18
**canter** 49:22
**cap** 15:3 21:17
21:21 22:6,8
22:13,14,21,23
81:20 98:1,2
104:18 105:23
116:20
**capture** 127:20
130:8
**capturing**
129:2 130:2
**carcinogens**
107:16
**cardiac** 39:8
**cardiovascular**
39:9,22
**cards** 91:8
**carolina** 1:3
138:4

**carrying** 107:7
**case** 10:13
36:18 43:2
52:2 72:21
80:5 89:24
90:14 93:23
103:3 109:14
131:7,9 132:3
132:4
**cases** 1:10 6:11
17:2 33:12
36:5 72:20,23
73:12,13,15
106:18 112:9
130:1,8
**catch** 18:19
**categories** 75:5
98:17,21 100:3
100:25,25
**category** 64:12
115:7 121:20
**causality**
108:25
**causation** 6:19
34:12 64:13,14
**cause** 26:22
36:6,19 54:7
**caused** 39:14
107:2 109:2
**causes** 17:3
19:16,16 32:16
33:12 34:18
37:20
**caveat** 99:21

cc  83:8
ccr   1:24
cdc   14:10 47:6
   50:14 55:3
cell   80:21,22
center   104:1
central   47:20
ceremony
   104:23 105:2
certain   88:20
   102:19 133:20
certainly   80:8,8
   128:22 135:2
certificate
   141:22
cervic   36:22
cervical   36:9
   37:1,5,8,14
cetera   19:8
chain   69:25
   70:14
chance   9:2 37:5
change   44:12
   54:4 73:3
   75:18 76:2,3
   110:6 131:12
changed   124:4
   124:7
changes   43:6
changing   33:16
characterizati...
   107:17,19
characterize
   23:9

check   25:23
   41:8 61:25
   75:9
checked   48:10
chemical
   102:14 109:2
   109:22 132:11
   138:12
chemicals   7:20
   34:11 37:3
   64:14 68:18
   82:13 108:20
   132:2
chloride   108:21
   131:21
chosen   52:20
christopher
   111:6
chronic   34:19
   39:7 40:13
chronological
   71:10 94:1
chronologies
   94:6,8,17
chronology
   116:21
cir   126:14
cite   57:14,21
cites   73:17
civilian   12:23
   21:6 25:13
   26:25 28:21
   29:2 31:14,19
   31:24 34:17
   46:18 64:18

65:12 67:2
   74:25 80:20
   113:25 114:2
   119:1 135:18
civilians   114:5
   121:2
claimed   130:23
claiming   97:20
claims   95:11
clapp   4:19
   87:19
clarification
   15:9 64:5
class   70:17
classification
   99:2
classified
   120:19 126:4
classify   34:10
clean   18:15
clear   63:15
   72:19 87:3
   112:18 122:4
   131:6 136:5
clearance   72:9
   72:13
clearer   134:10
clearly   92:4
clifton   1:15
clinical   101:18
   102:2
clinically
   102:13
clip   63:2

close   69:4
   107:18 119:25
   123:15,16
closely   34:21
clothen   57:22
coauthor   15:25
code   17:10
   24:10 64:3
   115:24,25
codes   117:20
coffee   71:25
cohort   6:8
   12:24 16:11,25
   17:13,21 25:13
   25:14 28:2,21
   29:2,18,21
   30:7,12,20,24
   31:5,9,14,19,24
   32:6,10 34:2
   34:17,18 36:2
   37:19 46:19
   50:20 52:17
   56:5,15,19,23
   57:4 59:10,16
   59:17 63:16,23
   64:18 65:12,12
   67:2,19 74:25
   75:1 79:22
   80:20 93:4
   102:4 115:12
   115:15,23,25
   127:19 128:15
   137:24 139:1,6
   139:10,11

877-379-3377                          Golkow Technologies,                          www.veritext.com
                                            A Veritext Division
Case 7:23-cv-00897-RJ     Document 425-5     Filed 07/03/25     Page 150 of 186

cohort's  92:17
cohorts  6:23
  17:5 19:8
  32:15 39:2
  51:18 54:8
  58:6 93:3
collected  16:4
  47:16 52:14
collection
  15:21,22 16:5
  47:4,7
colombia  53:1
column  38:3
come  62:17
  88:7 108:4
comes  101:1
coming  14:15
command
  94:16 116:21
commandant
  96:21 111:21
comment  73:2
  97:19
comments  75:4
  76:10,24 77:1
  77:3,6 97:23
committee  9:12
communicate
  81:17,21
communities
  88:12,22,24
  89:4,8,10,18
community
  89:6

compare  19:5
  29:20 51:4
  54:15 76:6
  92:25 93:3
comparing  6:1
  6:22 37:21
  54:7 77:20,22
  100:5,15 115:2
  137:11
comparison  6:7
  21:5 32:14
  38:3,5,8 40:24
  117:7 119:4,5
  121:22
comparisons
  93:2 108:14
  137:20
compilation
  55:3
compile  88:2
completed  51:5
  72:11
completion
  107:8
complex  102:6
complexity
  73:11
comprehensive
  77:16
computerize
  95:12
concentrations
  131:21
concern  108:20

concerned  74:8
conclude
  106:16 131:13
concluded
  68:20 117:5
  140:20
conclusion  44:8
conclusions
  58:19 106:19
conducting
  107:4
confidence
  27:20,23,24
  28:18 32:19,25
  33:3,5,15,20,21
  33:24 34:5
  35:10,14,19,24
  36:4,7,14,20
  66:10,24 67:15
  76:18 108:14
  129:19
confident  34:22
  52:15
confirm  51:13
confirmed
  51:13
conflated  75:11
conflict  49:2,11
  49:25
confounded
  39:17
confounding
  38:21 102:1
  120:4,4

confused
  135:10
confusing  88:6
  88:8
connection
  46:1
consent  53:8,9
conservative
  83:22
consider  50:23
  97:8 116:15
  117:11,13
  139:19
considerable
  114:17
consideration
  89:17
considered
  7:21 16:14
  32:24 108:6
considering
  33:6 127:9
consult  9:7,10
consultants
  107:6
consulting
  70:10 90:13
consumption
  39:1,19 120:5
contact  9:24
contacted
  83:17
contaminant
  122:12

Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 151 of 186

**contaminants**
107:3
**contaminate**
20:18
**contaminated**
5:22 12:23
46:18 112:19
121:15
**contamination**
18:8 24:14
120:16 121:9
121:12 131:1
**context** 37:16
83:12 88:9,18
101:18
**continental**
10:11
**continued** 5:5,8
5:14 84:13
128:20
**continuing**
5:17
**contractor**
70:10,11
**contrast** 20:4
121:2
**contributing**
26:21
**contribution**
103:24
**controlled**
101:18 102:14
**controlling**
56:21,25 57:6

**controls** 101:21
101:24
**conversations**
22:3
**cooks** 114:4
**copd** 39:8,9,22
39:24 40:19
44:5
**copies** 96:14,18
97:3
**copy** 95:9
105:19,22
106:3 124:18
**corps** 5:22
21:19,22 92:16
93:6,13,19,21
95:5,12 96:5
116:23 130:21
134:22 135:1
**correct** 5:23
6:3,20 11:9,13
12:7,25 15:12
15:17 17:21,23
18:20 20:5
25:14 27:8,25
28:7 29:25
31:5,14 32:6
37:4 38:18
39:4,5,8 41:14
42:18 46:20
54:24 56:7
65:8,9,10 67:9
67:10,17 110:1
115:3,8,14
118:17 133:1,8

136:25 141:11
**correcting** 19:2
**correction**
25:12
**correctly** 96:13
126:19
**count** 93:18
**counting**
125:15
**country** 51:2
52:4,8
**county** 141:2,8
141:21
**couple** 57:21
89:1 107:14
108:1 115:11
134:9
**course** 70:20,22
72:12 81:17
82:16 86:19
101:21 129:18
**court** 1:2,24
5:9 71:24 74:9
141:8,21
**courthouse**
117:11 118:4
**cover** 101:7
**coverage** 52:8
**covering** 51:2
**cox** 27:17 77:24
119:6
**criteria** 34:3,19
35:3,17 36:16
45:20 64:7,9
64:10,24 65:6

67:20
**critic** 105:14
**criticisms**
139:15
**criticized** 40:6
**cross** 3:9 5:14
**crucial** 15:21
**ct** 1:25
**curious** 70:21
**currently** 21:22
**curve** 99:24
117:9
**curves** 20:25
**cut** 18:23
**cv** 1:4

**d**

**d.c.** 2:11
**dan** 87:20
**dark** 85:11
**data** 10:19
13:12 15:21,22
16:1,4,5,9
17:21 19:10,19
19:21 21:7
37:13 38:6,22
38:25 47:4,7
47:11,16,23
51:2 52:5,13
52:15,24 53:5
53:7,15 61:13
72:8,11,15,18
72:21 73:1,10
73:11,11,17
74:3 77:17,18
100:15,15

Golkow Technologies,
A Veritext Division
877-379-3377                                                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 152 of 186

103:7 108:20
126:21 127:5
127:15,20,24
128:11 129:18
129:22 130:25
133:17 134:16
134:18 139:4,4
**database** 73:5
95:15
**databases**
19:15
**datasets** 19:5
52:15
**date** 5:7 52:21
58:4 70:21
129:5 138:24
**dated** 87:10
111:21
**dates** 52:20
71:4 92:17
**dave** 87:19
**david** 88:14
**day** 18:19
68:12 96:22
98:1 108:10
141:13
**days** 96:15
**dce** 131:21
**de** 119:14
**dead** 19:14
20:2
**death** 19:13,16
19:17,19 26:22
32:16 33:12
34:18 36:6,19

37:20 54:7
**deaths** 30:11
30:23 31:8,24
32:9 34:2
**december**
16:21 63:20
130:16
**decide** 112:21
**decided** 18:8
40:4 52:2
53:19
**decision** 20:11
20:13 76:8,9
79:12
**decrease** 42:2
129:10
**defendant** 1:22
2:8
**defense** 53:2
84:11
**define** 116:6
**definite** 7:10
**definitely** 80:11
126:3 130:9
**definition**
137:17 139:24
**definitive** 108:3
108:5 109:17
**democracy**
72:16
**department** 2:9
4:21 53:1
84:11
**depended**
119:21

**dependents**
5:21
**depends** 45:22
69:22
**deployed** 98:11
120:14 126:6
137:8,8 138:1
139:8
**deployment**
94:3 95:1 98:4
103:4 120:11
138:11
**deployments**
137:23 138:18
**deposition** 1:12
5:5,9,17
140:20
**deputy** 111:19
111:20
**describe** 137:6
**describes** 49:10
**designated**
18:13,14
**details** 50:7
**determine**
19:24 94:4
102:14 134:23
**determined**
40:19
**determining**
109:1
**detroit** 22:18
**developed**
47:11 133:9

**development**
14:19 128:6
**develops**
127:10
**diagnose** 73:15
**diagnosed**
73:14
**diagnosis**
127:25
**dichotomous**
137:20
**dichotomy** 45:2
**dick** 87:19
**died** 51:23 52:3
**differ** 10:6
73:18
**difference**
16:17,18,23,24
17:18 19:18
26:22 40:19
41:25 43:2
44:10 45:14
51:14,21 55:21
117:24 131:11
131:12
**differences**
17:20 18:16
52:17 77:15
85:13 86:5
119:21,24
**different** 11:7,8
19:8 24:13
33:24 51:16
55:9 59:24
63:7 73:18

76:23 79:12 109:5 120:9 130:25

**differential** 8:9 119:10

**differently** 100:21

**difficult** 79:10

**diffuse** 80:22

**direct** 3:11 38:21,25 62:19 91:17

**directing** 86:21

**direction** 7:11 8:8,9,22 98:19 98:22 130:15 136:22 141:9

**director** 111:7 111:7,23

**director's** 103:23

**disagree** 106:25

**discrepancies** 17:22,24

**discrete** 8:1

**discuss** 38:20 140:3,7

**discussed** 20:3 22:4 34:16 37:13

**discussing** 21:17,18,19 77:7

**discussion** 20:7 20:10 86:20 109:11 137:7

**discussions** 21:20 85:21 86:1 112:6

**disease** 6:2 7:8 8:15 11:25 30:6 34:19,20 34:24 35:13 39:7,8,9,22 40:13,14 42:13 51:12 59:8 82:9,13 109:22 110:9 132:10

**diseases** 8:5,11 11:8 33:19 36:12,17 39:6 39:13 40:17 64:12 82:11 132:10

**distinction** 27:14

**distinguish** 134:16

**distinguishing** 23:21

**distribution** 59:12 107:1

**district** 1:2,3 53:1 139:24

**distrust** 85:23

**divide** 10:11,11

**division** 1:3

**dmdc** 10:19 17:11 18:5 134:16,18,22 135:4

**dmvc** 117:17

**dndc** 139:4

**doctors** 97:19

**document** 1:9 12:15 13:25 37:10 49:9 86:14,16 94:3 94:10 96:23 97:15,25 98:1 110:21,22 111:19

**documentation** 10:1

**documents** 9:21 139:15

**dod** 72:15,16 72:18,18,19,21 73:1

**doing** 14:13 47:23 52:11 60:21 74:3 78:24,24 80:1 84:25 85:1 88:14,22 98:16 102:17 108:25

**don** 84:2

**dose** 12:1 20:25

**double** 25:23 41:8 61:25 75:9

**doubling** 99:11

**doubt** 50:15

**doubts** 107:25 108:3

**dr** 5:9,16 26:5 43:18 61:4 69:24 83:4 87:8 91:19 105:17 111:6 111:10,11,15 111:23 112:7 112:12 134:8 135:24

**draft** 72:7

**drafted** 112:4,5

**drinking** 5:22 7:21 12:24 20:18 46:19 112:19 121:15

**drove** 22:19

**due** 7:24,25 8:3 40:12,13 114:15 120:4,4

**duly** 5:13

**duration** 23:11 23:13,23 24:18 24:19 26:23 28:14,14 29:6 29:6,7,8 53:23 53:25 74:20 76:1 94:24 98:16 99:16,16 117:9 125:20 126:5,6

**duty** 16:20
17:14 18:4
39:2 63:20,21
138:21 139:2

**e**

**e** 1:19,19 9:23
48:8 69:25
70:14 71:6
74:6 81:22,25
83:5,14,18,19
84:5 85:17,18
87:10,14 89:1
111:11 126:23
126:23 141:5,5
**earlier** 16:14
18:3,9 19:18
53:11 62:8
117:25 118:7
**easier** 71:24
79:13
**eastern** 1:2
**educate** 85:19
**effect** 4:9 32:23
44:18 57:10,14
58:2,5,10,19
59:7,17,21
60:3,8 61:11
93:18 102:14
132:20 137:19
**effects** 68:18
69:18 72:6
73:21 74:11
82:7
**effort** 51:4,7

**efforts** 47:9
**eight** 7:16,17
11:1 12:13
30:11 38:1
95:1 134:13
**eighth** 24:2,15
**eighty** 131:3
**either** 8:8,9
48:13 49:3
52:4 55:1
64:12 68:12
73:5,25 75:24
77:10 88:17
89:10 129:20
131:10
**eleven** 113:20
**eliminate** 102:1
**elizabeth** 2:21
**email** 4:13,15
4:17,19
**embrace** 89:14
**employed**
23:14 103:7
**employee** 9:14
**employees** 5:21
**encouraging**
14:11
**ended** 26:1
130:16
**endemic** 102:23
**endpoints** 8:1
**ensminger** 4:15
22:5,7,9 81:18
81:25 82:21
83:7,14 85:10

87:10,14 88:7
**entail** 116:10
**enter** 72:9
**entered** 90:10
**entire** 51:2
98:12 137:9
**entity** 84:12
**environment**
102:4
**environmental**
14:11,12 47:2
48:1,14,15
50:12,13 78:5
78:19 79:10
101:15 102:18
102:23 104:1
**epa** 110:17,25
**epi** 14:15
**epidemiologi...**
58:5 101:11,17
102:17 103:6
107:5 112:20
**epidemiologies**
89:8
**epidemiologist**
97:20 108:23
**epidemiologi...**
87:15 88:11
**epidemiology**
102:24 109:18
**equal** 32:17,25
33:5,14 35:4
35:11,19 36:20
41:19 42:2,3,4
66:11,25 67:16

**equipment**
103:1
**equipoise** 6:18
11:17 12:6
34:12 64:13
**era** 139:2
**erroneous**
106:19
**error** 7:25 19:1
**errors** 134:25
**esophageal**
34:6,9 41:5,17
42:10 44:2
45:12,13,19,23
46:2,5
**esophagus** 41:16 42:1
68:2
**esq** 1:20,22 2:1
2:8
**essence** 16:8
**essentially**
52:21
**established**
103:7
**estimate** 32:23
68:10
**estimates** 83:22
**et** 19:8
**etnam** 55:18
**evaluate** 37:6
**evaluated** 7:23
**evaluates** 55:19
**evaluation**
12:22 46:17

event 94:12
events 130:2
eventually 14:4
 86:5
evidence 6:17
 6:19 11:15
 12:4 32:23
 33:4 34:10,12
 35:18 64:12,13
 64:14 82:13
 107:17 108:7
 109:1,4,8,19
 139:18,19,24
 139:25 140:1,2
exactly 84:16
examination
 3:9,11,13 5:14
 91:17 135:22
examined 5:13
 59:10
example 6:14
 23:24 38:13
 39:16 56:18
 65:21 68:25
 69:2 73:12
 88:15 89:20,21
 92:20,23 93:7
 93:23 94:2,23
 97:17 98:3,4
 101:19 113:15
 114:15 133:23
 133:24 138:4
 138:16
exceeded 66:8
 66:22 67:13

excellence
 103:23
except 94:8,15
 116:18 134:20
exchanged
 81:25
excluded
 115:22 135:7
excuse 27:10
 28:11 46:14
exhibit 5:18,20
 12:16,21 26:2
 26:4,6 29:11
 43:16,17,19
 46:9,12,14,14
 46:16 61:7,9
 69:21,23 70:1
 71:2 74:16,17
 79:17 83:3
 87:5,7,9 106:8
 106:10 111:16
 111:18 113:7
 123:22,22,24
exhibits 4:3
 26:12
expand 16:22
 17:1,13
expanded
 16:18 17:7
expect 73:22
 77:23 99:1
 128:20
expected
 129:22

experience
 89:10
expert 9:13
 49:16 70:8
 90:14
experts 9:7
explain 18:2,3
 30:4 44:24
 122:12 126:7
explained
 97:22
explanation
 137:18
explicitly 86:16
exposed 5:21
 12:23 20:23
 23:18,19 46:18
 99:3 100:21
 101:4,23,24
 102:20 115:7,7
 115:23 118:11
 119:16 120:20
 121:3,18,20,22
 121:25 122:1
 132:2,15
 137:11,20
exposure 7:20
 7:24 10:23
 11:2,8,19,21,22
 12:9,11 20:5,9
 20:15,19,22,24
 21:4,8,12,16
 23:8,15 24:25
 25:8 26:7,20
 27:7 28:6 29:3

53:13,15,21
54:3 69:7
74:19,24 79:16
79:24 80:3,21
80:23 98:20
99:2,11,12,23
100:2,20 101:2
102:22 107:2
109:1 112:21
114:13,14
117:6 118:1,6
119:10,13
120:5 124:15
126:8 127:11
127:21 128:5
130:15,20
133:4 137:14
137:18 138:12
138:18
exposures 11:4
 20:16 72:7
 73:22,23
 100:18
expressed
 69:18
expression
 122:6
extended 126:7
 130:4
extends 16:25
extension 130:1
extent 95:10
external 13:6,9
 49:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-3 Filed 07/03/25 Page 156 of 186

**extrapolation**
123:4

**f**

**f** 72:4 141:5
**face** 22:12
**fact** 21:11 37:6
61:18 93:17
98:10 99:12
101:7 110:17
129:10 131:20
132:12
**factor** 97:8
126:12
**factored** 98:7
123:8
**factors** 38:21
101:8 120:9,9
**facts** 97:13
**fail** 64:23
**fair** 92:14
93:22 102:10
**fairness** 105:25
**familiar** 61:17
88:21 126:24
**fan** 96:25
**far** 25:16
136:12 138:3
**fashion** 85:7
**fast** 45:2 71:20
**fayetteville**
1:25
**fearful** 84:1
**feasibility**
104:16

**features** 140:4
**february**
131:22,23
**federal** 9:14
**feedback** 9:25
97:11
**feel** 52:15 88:13
130:2 140:9
**feeling** 76:10
**felt** 33:9 37:10
52:7
**female** 34:7,9
77:10 82:20
**fewer** 11:21
30:11,23 31:8
31:23 32:9
33:18,22
**fifty** 122:16
**figure** 19:7
63:6 117:23
123:3
**figures** 119:12
**file** 4:23 94:18
**files** 123:23
**final** 97:4
**finally** 57:3
87:18
**find** 12:17
48:24 65:1
72:21 73:1
93:23 94:8
116:4,4 117:22
124:3,8
**finding** 6:18
44:17 74:2

109:13 120:1
**findings** 15:4
25:15,18 33:7
33:23 45:20
64:6,22 65:11
67:18 74:10
109:23,25
110:7,13
**fine** 63:11 91:3
**finish** 133:25
**firm** 19:24
**firms** 68:15
**first** 5:12 17:9
17:14,15,17
27:5 28:24
37:7 51:21
70:14 71:1
77:5 78:20
96:10 106:24
108:24 114:3
126:12
**fit** 47:7
**five** 24:23 28:3
30:6 41:6,7,11
55:5,7 64:17
67:3 90:22
110:11 125:13
129:24 131:3
**focus** 11:1
12:21 64:1
81:2
**focused** 16:19
32:15 91:24
**focusing** 20:21
93:4

**folders** 94:18
**follow** 16:25
50:23 51:24
52:2,9 55:4,12
59:13 126:15
128:21 130:7
132:25 133:5,7
**following** 5:3
17:1
**follows** 5:13
**foregoing**
141:7,10
**forget** 127:1
**forgive** 100:11
128:8
**form** 85:12
97:4 128:25
**format** 13:20
14:7
**former** 5:20
22:15,16 68:13
**forth** 10:14
103:1
**forward** 82:9
84:6
**forwarded**
83:14
**found** 18:18
54:22 73:3
**four** 46:2 62:20
62:23,24 63:13
65:21 66:1
85:17 113:7,12
113:13 118:18
118:23 119:3

132:10
**frank** 1:14 3:5
4:17 5:9,12
83:19
**franklin** 2:10
**free** 121:11
**frequently**
81:18,22
**front** 33:25
46:12 49:9
65:3
**frumkin** 83:24
111:10,11
**full** 13:13 24:24
25:4 26:7
63:23 139:1,6
**fully** 127:20
**fulton** 141:2,8
141:21
**fund** 85:5
**funded** 86:10
86:12,19,24,25
**funding** 82:22
83:15,22 84:12
84:13,14,18,25
**further** 130:7
140:12
**future** 129:14

**g**

**gain** 89:6
**gap** 133:4
**gather** 85:2
91:8
**gathering**
103:7

**gatiba** 15:11
47:17
**geiger** 23:25
24:3,6,14 94:9
116:15 117:3
117:16 136:7
**gene** 47:21
**general** 14:10
15:3 22:6
29:21 30:12,24
31:9,25 32:11
36:4 54:8,15
56:15,20,25
57:5,9 69:11
69:17 76:6,7
77:20 93:1
96:21 109:18
113:16 120:6
130:20
**generalists**
87:17
**generally** 59:9
64:7,23 65:6
95:24 127:9
**geographical**
10:7
**georgia** 1:16,25
141:1
**getting** 9:25
22:24 32:4
47:22 64:19
71:21 72:5
74:7 103:14
104:11 127:5

**give** 78:9 93:19
96:18 97:10
105:22 106:3
116:4 122:14
133:25
**given** 33:3
73:22 92:16
95:23 102:21
105:3,8 109:25
111:10 127:19
133:7
**gives** 69:10
**giving** 83:20
**go** 5:18 8:8,9
8:21 37:9 40:3
52:13 60:8
73:7 74:13
80:16,19 91:20
98:21 101:8
105:13 111:22
113:7,14,18
117:23 118:10
129:20 130:14
131:19 134:1,9
136:23
**goes** 41:11
98:23 101:1,5
117:10 125:3,9
130:5
**going** 7:18
10:14 12:21
36:5 43:15
74:13 76:1,4
78:4,6,8,9 79:3
79:6 84:21

86:2 91:11,21
92:24 94:13
99:22,24
105:16 109:17
113:14 118:10
118:10 120:11
121:21 122:6
123:22 125:16
128:10 130:14
131:16,17,19
131:20 132:22
134:4,9 135:25
137:23 139:14
**good** 32:24
77:14 78:12
79:3 87:17
88:11,13,19
94:14 140:4
**gotten** 76:11
95:5
**government**
9:14,17,18,19
91:21,24 92:1
114:6
**graph** 123:3
**great** 96:25
119:24
**greater** 32:17
34:22 35:3,24
36:8,13,14,19
36:20 40:24
44:3 65:13
**greek** 15:11
47:17

Case 7:23-cv-00897-RJ Document 425-5 Filed 07/03/25 Page 158 of 186

greenwald   1:20
2:1 3:11 63:4,9
80:14 85:12
90:19,22 91:3
91:6,18 106:4
106:6,7,11
111:17 113:21
113:24 114:1
124:1,10,13,16
124:18 129:15
134:8 140:12
grl   141:21
ground   122:5
group   26:24,25
47:15 57:13
58:18 59:18,25
60:9 64:5
99:23 118:11
120:20 121:18
126:6
grouped   74:23
groups   11:23
59:24 74:24
139:7
guess   101:15
110:24,25
116:5

**h**

hadnot   23:2
114:18 115:16
115:22 116:8,9
half   98:10
99:12 104:7
halfway   67:5

hampshire
71:21 72:5
104:18
handed   61:8
handle   43:1
95:11
handling   95:11
happen   33:17
43:1 129:14
136:22
happened   8:8
30:6 49:15
72:6 84:17
85:6 111:12
119:20 130:11
happening
83:20
happens   78:13
100:2
hard   45:2
68:22 72:12
73:19 95:9
98:19 129:14
129:20 139:5
harder   102:25
121:16,25
122:2
harrison   1:24
141:21
hate   122:6
hazard   27:11
27:12,14,18
28:10,13 29:5
29:6 32:16
34:3 35:3

36:13,19 37:20
38:9 40:18
41:4 42:1,13
43:3 44:1,9,12
44:12,15,16
45:12,15,16,19
64:23 65:6,17
66:7,18,20
67:8 68:21,22
68:25 69:9,14
73:20 75:21
76:1 77:23
112:19,22
123:9
hazards   27:15
119:8
head   125:15
health   4:21
7:22 14:11,12
47:2 48:1,14
48:15 50:12,13
58:5 68:18
70:8 72:6 78:5
78:19 79:11
82:7 84:20
87:17 89:9,11
104:2 107:9
109:2,23 110:7
healthy   4:9
57:10,11,13
58:1,9 59:7,17
59:20 60:8
61:11
heard   10:10

heat   85:21
heavily   23:20
help   94:15
112:3,21
helped   94:3
95:16
helpful   17:2
47:21 52:20
60:17,18 74:9
94:19 135:11
hhs   50:14
hi   71:16 72:2
91:19
high   11:4 29:7
68:23 69:1,9
69:14 73:21,24
74:24,24,25
75:10,11,13
99:6,16,22
100:24 101:2
108:4 116:24
126:5
higher   6:11
11:22 28:9,13
28:13 29:5,7
33:5 69:7
123:2
highlight   33:18
35:23 36:17
67:20 78:18,23
highlighted
32:21,22 33:19
33:22 35:21
36:8 37:1 45:9
45:9 46:5

120:2
**highlighting**
33:7 44:25
45:20 78:23
**histological**
69:16
**histologistic**
73:16
**historical**
134:22 135:1,3
**history** 39:1
**hodgkin** 12:5,6
28:3 30:16
56:24 69:4
110:8,25 125:8
128:16
**holcomb** 118:3
**hold** 75:8
125:12
**honor** 103:21
104:4
**honorary** 49:24
50:14
**hope** 72:9
**hopefully**
101:25 112:21
**hoping** 72:20
79:4
**horse** 122:5
**hospital** 116:12
116:13
**housing** 116:14
**howard** 88:15
111:10

**hr's** 126:13
**huh** 6:5 7:17
15:24 18:6
24:22 28:23
29:12 31:3
32:18 36:3,23
38:24 40:16
43:20,22 48:20
49:12 52:1
54:10 57:3,20
59:3,5,14,19
60:7 61:6
63:22 65:23
71:13 74:18
78:11 81:15
84:24 85:4,16
85:25 86:8
91:22 94:11
97:18 98:5,8
98:18,25 99:17
100:23 101:20
103:2 108:16
109:9 110:5
112:15,17
113:19 114:12
115:5,20
117:19 118:5
118:21 119:17
120:13 122:23
125:7,18
126:11 130:6
131:18,24
132:14,24
133:14,16
137:16 138:6

**human** 4:21
102:15 107:16
**hundred** 95:15
**hypothesize**
7:12
**hypothesized**
8:10
**hypothetical**
98:7 128:24

**i**

**idea** 59:12
68:14 79:6
81:24 82:4
138:13
**identification**
26:4 43:17
61:7 69:23
83:3 87:7
106:10 111:16
123:24
**identified** 34:2
37:2 64:12
92:8
**identify** 20:1
20:22 34:18
**ignored** 33:24
**impact** 85:18
85:20 118:6
119:24,25
120:3,6
**impacts** 102:18
**implicated**
138:17
**implications**
85:22

**important**
10:22 15:5
17:12 58:5
94:7 118:1
**importantly**
8:18
**impossible**
102:13,13,19
**impractical**
95:14
**improper** 97:13
**inadequacies**
105:20
**incidence** 13:21
18:23 46:10,16
56:14 61:20
62:6,7,20
63:13 68:21
70:12 84:19
97:16 108:12
109:21 110:6
118:11,16,17
122:7 125:16
130:19 136:24
**incidences** 76:5
126:22
**incident** 56:13
56:20
**incidents** 27:19
46:17 54:11,14
56:1,5,24 57:5
57:9 65:12
72:8,15 73:10
74:14

**include** 16:19
17:18 18:9
25:25 63:20
67:20 103:4
107:1 140:6
**included** 15:15
16:21 18:3
24:3,15 25:18
37:15 52:3
58:6 98:11
115:16,25
128:21 131:25
133:19 136:5,9
**includes** 13:9
29:17 31:13
77:17,18
**including** 7:24
67:25 130:10
**incomplete**
128:24
**incorporated**
136:13,15
**incorrect** 50:9
97:22
**increase** 42:14
123:13 125:11
129:9
**increased**
123:7,8
**incredible**
135:17
**independent**
86:22,23 87:1
**index** 3:1 4:1
19:13

**indicate** 59:6
**indicating** 25:5
25:6 38:16
88:21 98:24
99:24 111:1
**indication**
69:11
**indicative**
17:16
**individual**
69:10 73:13
75:1 95:13,13
109:11
**individual's**
23:13
**individualized**
20:5,8 53:8,13
94:20
**individuals**
10:5,6 21:24
51:4 74:23
**influence** 9:1
**influencing**
101:9
**information**
8:23,25 9:5
15:1 19:12
21:25 23:7
33:25 52:24
56:1 60:19
64:2 82:22,23
92:17 93:5,11
93:14,19,20
94:14,23 95:4
95:11 96:6,7,8

109:7,19
114:15 129:16
129:24 134:18
**inherent** 92:19
101:22
**initially** 18:3
117:17
**inquires** 68:7
**insight** 73:12
**insisted** 97:1
**installation**
111:21
**institute** 107:21
**intent** 90:13
**inter** 33:20
**interest** 15:2
49:2,11,25
**interested**
77:19 82:15,16
82:17 83:11
**internally**
13:23 85:21
**interpret** 68:22
73:20
**interpreted**
109:5
**interval** 28:18
32:19,25 33:4
33:5,15,21,24
34:5,22 35:10
35:14,19,24
36:7,14,20
66:10,24 67:15
76:18

**intervals** 27:20
27:24,25 36:4
108:14 129:19
**introducing**
20:24
**introduction**
70:16
**inverse** 27:7
28:6 29:3
**investigation**
10:16 137:22
**invite** 78:9
**invited** 78:20
**involve** 49:8
**involved** 47:4
49:13,14,17
70:9 84:22
138:18
**involvement**
16:1,3,6
**involving**
102:18 129:24
**ios** 55:18
**issue** 82:18
87:18 120:11
**issues** 84:20
91:20 103:3
115:11

| **j** |
|---|

**j** 1:14 3:5 4:17
5:12
**jackets** 94:20
**january** 16:20
16:20 87:10

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-5 Filed 07/03/25 Page 161 of 186

**jerome** 4:15
**jerry** 22:5,6,7,9
  81:18,25 82:21
  83:7,14,17,18
  83:19 84:2,7
  84:25 85:1
  87:10
**job** 87:15
**johnson** 24:21
  24:22
**joint** 104:4
**jolanda** 1:24
  5:10 141:21
**journal** 13:10
  13:24,25 14:7
  14:11,22 15:6
  15:7,19 48:5
  48:11,12 49:3
  50:18 72:8
  75:17,18,19
  76:23 77:8
  78:21
**journal's** 13:16
  48:16
**journalists**
  14:19 68:13
**journals** 14:13
  14:24 72:14
  79:14
**july** 70:15 71:2
  71:4,5,5,7,12
**jump** 83:21
  131:19
**justice** 2:9 68:6

**k**

**kansas** 53:7
**keep** 82:23
  83:24 84:6
  85:10 104:25
**ken** 49:22
**kept** 18:1 93:25
  117:15
**kidney** 25:13
  27:3,23 34:6
  34:19,24 41:4
  41:15 42:1,6
  44:2,7,9,16
  64:6,22 65:5
  69:3 80:6,9
  81:2,9 110:8
  110:25 124:23
  124:25 125:3
  127:14,15,22
**kind** 44:8 86:20
  88:13,14 94:12
  125:11
**knew** 34:14
**know** 7:11 8:6
  8:17 14:25
  15:4 19:7 22:2
  23:19 33:19
  37:18 38:22
  47:5,8 48:3,21
  48:25 49:6
  50:1,6 52:13
  75:25 77:1,25
  79:1,3,4 83:25
  85:5,10 86:4
  87:19 88:9,23

89:9 90:4,5
94:25 95:8,25
96:12 97:9,21
98:6,19 99:6
101:23 102:24
105:16,23,24
106:18 108:17
109:10 110:20
110:21 111:2
112:25 116:20
121:7,10
126:21 129:1
129:12,13
130:3,24
131:13,15
134:13,19
135:2 136:21
138:14,15,17
139:14
**known** 39:13
  120:24
**knows** 123:6
**kohler** 47:19

**l**

**l** 1:20,24 2:1
  55:25 141:21
**lab** 130:24
**lack** 114:15
  126:7
**laid** 92:4
**large** 33:13
  80:21,22
**larger** 16:22
  17:5 129:23

**larynx** 67:20
  68:2
**latency** 133:12
  133:21
**law** 1:21,22
  68:15 70:17
  74:8
**lawyer** 90:7
  101:16
**lawyers** 68:13
  68:14 70:17
  71:22 72:5
  74:7 90:9,11
**leadership**
  82:24 85:19
**learned** 72:16
**leave** 116:25
  129:8
**lee** 2:19
**left** 5:18 90:21
  111:14
**legislation** 74:8
**lejeune** 1:7
  5:23 6:2,7,12
  6:23,25 7:8,14
  7:21 8:4,12
  10:7,12 12:24
  13:21 14:16
  17:25 18:11,12
  18:13 21:4,23
  22:17 23:14
  24:10 29:20
  30:7,12,20,24
  31:5,9,19,24
  32:6,10,14

Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 162 of 186

34:11 37:3,17
37:21 38:4,6,9
40:20,24 41:3
44:4,11 45:14
46:19 48:14
50:13 54:3,9
56:5,6,15,19,23
57:4 58:19
64:15 65:14
66:7,21 67:12
67:18 68:6
70:18 71:20
72:3,6 74:20
75:2 76:6
77:20,22 81:18
86:11 92:1,4
92:18 93:3,7
94:1,4,5,24
95:2 100:5,7
100:15,19
103:3 104:8,14
108:12,15
112:20 114:16
115:4,15,23,24
115:25 116:1
116:19,24
117:8,12,21
118:11 119:16
120:7,14,16,19
120:20,23
121:6 122:1,11
128:6,17 129:3
130:16 132:1
134:14,20,23
135:5,17,19

137:9,12 138:3
139:7,9,12
140:16
**lena** 2:20
**letter** 83:25
111:19 113:1,4
**letting** 77:25
**leukemia** 11:16
11:20 31:8
64:7,23 67:24
80:10,11,12,12
81:3,10,11,12
110:8
**leukemias**
11:22 31:1
57:3,5 65:5
80:7
**level** 27:21
112:22
**levels** 11:8
**lies** 69:11
**life** 101:16
127:10
**light** 108:6
**liked** 95:5
**likelihood**
107:4
**likely** 6:24 7:8
8:5 20:23 69:7
101:7 119:13
121:23 122:11
126:5 128:4
137:19
**limit** 103:8

**limitation**
114:11,24
**limitations**
23:17 91:25
92:4,11,15,19
92:23,24 93:1
102:3,19 103:8
134:25 140:3,7
**limited** 33:14
107:18
**line** 38:12
**lines** 98:24
122:7,15
126:10
**linkage** 70:22
72:17
**linkages** 52:24
72:19
**linking** 45:23
**list** 11:12 22:21
47:3 87:11,13
87:25 88:2,11
88:16,19
134:19
**listed** 11:15
12:4 15:10
16:2 46:22
**lists** 87:17,18
**literature** 37:2
45:24 82:17
**litigation** 1:7
49:13,14,17
**little** 16:22 20:3
33:9 38:22
71:23,24

105:12 117:10
120:12 125:22
**lived** 10:11
23:22,24 24:1
96:1 115:19
121:8,10,14
**liver** 40:13,14
**located** 95:24
114:17 115:16
116:11,12,13
**location** 10:7
**locations**
114:16 120:15
134:17
**locator** 19:24
**logistic** 27:16
**logistics** 111:21
**logs** 94:1
**long** 15:2 72:12
73:9 79:11
91:19 99:16
110:21 112:5
**longer** 23:18
55:12 72:18
75:24 94:24
128:21
**longnecker**
88:17
**look** 11:25 18:7
24:23,23 26:16
26:17 27:2
28:21,24 29:14
30:16 31:1
32:2 37:8,24
38:11 40:3

Case 7:23-cv-00897-RJ Document 425-5 Filed 07/03/25 Page 163 of 186

41:7 45:11
54:22 56:4
64:17 65:21
66:13 67:2,5
68:25 70:14
71:9 78:19
80:25 82:12
83:10 92:22
98:20 99:1
106:12 114:9
116:2 118:9
123:21 124:22
126:2
**looked** 10:20
17:20 23:13
33:3 37:15
54:6,11 55:5
130:25 131:7,8
137:6
**looking** 7:18
18:18 23:11
26:15,23 33:8
34:23 54:14
74:16 88:16
111:10 131:10
**looks** 71:13
111:11
**lot** 15:2 20:24
36:5 68:7,9
69:6 82:6,7,11
89:8,9 90:7
91:23 94:14
98:24 101:21
101:22 108:10
108:19 112:9

113:2 114:4
120:8
**low** 11:3 28:14
29:5 74:23,25
75:13 99:6
100:24 126:6
**lower** 45:18
46:4 56:14,20
56:24 57:4,9
73:22
**lowering** 99:22
**lung** 37:8 41:16
42:2
**luxenberg** 2:2
**lymphoma** 12:5
12:6 28:3
30:16 56:25
69:5 80:21
110:8,25 125:8
128:16
**lymphomas**
12:9

**m**

**made** 13:2,19
20:10 54:21
55:14 62:3
73:2 87:3 97:5
97:8,14 131:10
**magnitude**
126:13
**mail** 69:25
70:14 71:6
74:6 81:22
83:5,14 84:5
85:17 87:10,14

89:1 111:11
**mailed** 48:8
**mails** 9:23
81:25 83:18,19
85:18
**main** 26:1
116:15
**mainside** 23:6
114:18,21
116:3,6,8,13,14
116:19 117:24
118:2
**major** 16:24
51:14 52:16
120:6
**majority** 56:9
56:11 104:11
**make** 17:17,21
41:2 45:2
77:13 79:12
91:6 101:22
109:7,16
115:11 121:16
122:2 136:5
**makes** 91:7
117:24 121:25
**making** 54:17
109:13 112:10
122:22
**male** 38:13,15
38:17 77:10
82:19
**malignant**
73:12

**manuscript**
47:10
**map** 95:23
**march** 16:20
103:15,24
104:12 131:1,7
**marcie** 15:11
**marine** 5:22
21:19,22 22:15
22:16,19 24:7
25:13 26:24
28:2 29:18,21
34:1 37:19
46:17 56:5,15
56:19,23 57:4
63:16 65:12
67:19 74:24
79:22 92:16
93:6,13,19,21
95:5,12 96:5
115:19 116:23
119:3 130:21
134:21 135:1
136:5
**marines** 5:21
6:2 10:14,15
12:22 21:18,21
22:8,23 24:2,6
24:15 68:12,13
72:9,12 73:10
73:23 74:7
75:6,9 82:8
92:25 93:12
94:1,9,22
95:15,25 113:9

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-5 Filed 07/03/25 Page 164 of 186

116:18,19
117:3,16
118:22,24
119:5,16
120:14 121:2
124:25 125:23
126:4,14
137:23
**mark** 43:16
123:22,22
**marked** 26:3,4
26:6 43:17,19
61:7,9 69:23
70:1 83:3 87:7
87:9 106:8,10
111:16 123:24
**maslia** 83:8
112:5
**matches** 53:10
**matching** 52:12
**material** 69:7
136:13
**materials** 25:21
26:13,14 43:10
43:16,23 137:4
**matter** 76:12
88:23 100:6,6
121:4 129:4
**matthew** 88:17
**mclaughlin**
62:2
**mean** 6:10 7:10
9:5 10:10
14:24 33:22
37:25 42:21

48:11 59:12
62:2 63:18
69:22 81:8
89:3 101:17
104:23 109:24
113:14,23
116:23 117:6,6
121:7 123:6
129:1 131:25
139:23
**meaning** 8:9
30:6
**meaningful**
107:4
**means** 30:10,22
31:7,22 32:8
33:18 48:4
60:15 128:4
129:18
**meant** 7:7
40:23
**measure**
135:24
**mechanisms**
7:20
**media** 7:13,15
15:4 68:13
97:2
**median** 59:12
60:15 126:15
127:15,25
**medicine** 61:10
107:22
**medium** 11:3
11:22 28:14

29:6,7 74:23
74:24,25 75:6
75:10,10,10,11
99:6 100:24
126:5 127:5
128:11
**meet** 64:7,9,10
64:23 65:6
67:19
**meeting** 9:12
9:25
**meetings** 22:19
104:18
**member** 9:24
**members** 9:15
21:17,21 22:21
87:25 105:23
116:20 126:16
**memories**
93:12
**memory** 102:20
**mention** 10:2
76:24 122:10
**mentioned** 10:2
21:11 42:14
47:25 53:4
57:8,19 74:19
86:9
**met** 34:3,18
35:1,17 116:23
**meta** 58:9,21
59:22 61:13
69:1,2,9,10
111:1

**method** 27:17
**methodology**
9:8 53:16
**middle** 34:14
106:20
**mike** 81:19,25
82:16
**military** 58:6
61:10 135:18
**million** 58:10
**mind** 113:12
**mine** 63:3,4
**minority** 59:16
**minute** 26:18
41:23 71:23
72:24 83:10
90:23
**minutes** 91:7
134:2 135:25
**misclassificat...**
7:25 18:15
20:25 98:20
100:2,20
102:22 114:13
114:14 117:7
119:11,13
120:5 124:15
137:14
**misclassify**
132:18
**missed** 133:9
**missing** 128:5
128:16 133:17
139:4

Golkow Technologies,
A Veritext Division
877-379-3177 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-3 Filed 07/03/25 Page 165 of 186

**mistake** 97:8
**misunderstand**
  96:16
**mix** 121:19
**mixing** 60:2
**mixtures**
  107:20
**model** 20:8
  27:17 77:24
  119:6
**modeling** 20:15
  20:16 84:13
  96:19,19 107:2
  107:6 112:21
**mohnsen** 15:12
**monday** 70:15
  71:6
**money** 85:7
**monotonic**
  11:12 12:1,10
  24:25 25:1,9
  79:24 80:3,18
  80:20,23 81:8
  81:8,10,12,13
  81:14 117:10
  125:23 126:7
**month** 72:10
  132:13
**months** 23:25
  24:1 72:17
  85:17 94:24
  95:1,1 98:7,9
  99:8,8 131:25
**morbidity** 5:20
  50:25 51:8

**morning** 83:20
**morris** 83:8,21
  83:23,24 84:6
  112:4
**mortality** 12:19
  12:22 16:15
  19:12 29:14,17
  30:8,19 31:4
  31:13,20 32:5
  39:8,9,10,11
  40:12,13,15,15
  46:8 47:16
  50:24 51:20,22
  53:24 54:6,7
  55:10,11 57:15
  57:19 61:24
  70:12 72:11
  84:14 92:20,22
  108:12 109:21
  110:4 113:8
  117:25 118:7
  129:25 137:1
**mouth** 137:25
**move** 122:6
  131:16
**moved** 94:9,16
  117:3 136:7
**mr.ensminger**
  88:2
**multiple** 98:17
  98:21
**muster** 94:7
  95:8,14,17,20
  95:22 138:10

**myelo** 67:25
**myelodyspla...**
  25:2,9,11
  36:21 67:25
**myeloid** 67:24
  67:24

**n**

**n** 1:19
**naaccr** 47:19
**name** 5:16 9:11
  9:13
**names** 22:21
  77:1 87:16
  88:20 90:1,6,8
**narrowed**
  33:21
**narrower**
  129:19
**nas** 87:11,13,25
  88:7
**national** 19:13
  104:1 107:15
  107:21 126:22
**navy** 12:22
  25:13 26:24
  28:2 29:18,21
  34:1 37:19
  46:17 56:5,15
  56:19,23 57:4
  63:16 65:12
  67:19 74:24
  79:22 82:22
  83:15 84:11,11
  84:18 85:5
  86:10,12,15,19

  86:20,24 87:4
  92:16,21 93:6
  93:25 96:5,14
  96:17 97:7,16
  97:19 111:20
  118:22 126:14
**nceh** 103:19
  104:1
**nci** 49:17
**ndi** 19:16,17
  51:24
**necessarily**
  62:14
**need** 75:8 91:7
  109:16
**needed** 93:19
**never** 24:14
  86:15 113:12
  117:2 131:15
**new** 2:4,4 14:13
  24:5,6,11
  71:21 72:4
  73:3 82:17
  104:18 117:13
  117:15,21
  118:8 134:20
  134:24 135:5,7
**nhl** 30:17,23
  64:6 80:7,10
  80:11 81:3,11
  128:6,10,12
**nice** 91:1 93:12
**nicely** 70:20
**nine** 7:19 99:8

**non** 12:5,6 28:3
  30:16 56:24
  69:4 80:18
  81:8,9 110:8
  110:25 117:10
  119:10 125:8
  128:16
**nonsignificant**
  45:3
**normally** 15:21
**north** 1:3 47:19
  138:3
**note** 70:19
  107:19
**noted** 7:6
**nrc** 85:15,22
  86:9,14,21
  88:19 105:13
  105:13,14,20
  106:25 107:19
  107:25 108:3
  111:5,5,12
  112:5 139:15
  140:7
**null** 8:16 98:12
  99:4 100:14
  101:6,8 114:25
  117:7 121:19
  121:23 132:7
  137:10
**number** 22:23
  26:2,4 43:17
  51:12 61:7
  62:5,16,17,22
  63:1 69:23

  75:1,5 83:3
  87:7 106:10
  111:16,18
  122:17 123:24
  124:5,9
**numbers** 7:1
  8:1 17:5 18:22
  33:12,13,13
  51:15,16,21
  52:17 62:12
  75:15,16

---

**o**

**objection** 85:12
  128:24
**observed** 25:9
**obstructive**
  39:7
**obtained** 19:12
  52:23
**obvious** 60:6
**obviously**
  110:4
**occasions** 101:6
**occupational**
  37:18 39:1
  68:25 70:8
  73:23 102:23
  130:4
**occur** 129:3,7
  129:17
**october** 1:17
  5:1,7 111:22
  141:13
**odd** 6:6

**odds** 6:1,14 7:2
  7:23 8:3 27:10
  27:15,17 28:9
**offhand** 62:1
  135:2
**office** 49:10
  50:2
**official** 116:24
**oftentimes**
  62:16 98:23
  100:2
**oh** 13:15 23:12
  25:6,17 26:21
  27:10 30:9
  37:25 38:15
  42:3,21 45:1
  60:12,14 63:3
  66:17 71:25
  102:16 106:2,3
  106:6 113:3
  124:6,11 127:1
**okay** 7:13,16
  9:21 10:23,25
  12:15,20 13:2
  13:10,13 14:2
  14:2,2 15:9,20
  18:25,25 19:11
  21:20,24 22:5
  24:12,15,23
  25:3,6,6,16,24
  26:22 27:4,20
  28:16 29:10
  30:7 31:12
  32:13,22 34:1
  35:22 36:22,25

  37:19 38:20
  39:11,20 40:2
  40:18 41:7,9
  41:21,22 42:3
  42:20 43:8
  44:20,22,24
  45:1,5,7,11
  46:6,7,8,11
  48:9 49:19,23
  50:4,8,17
  51:10,15,25
  52:10,18 54:6
  54:21,25 55:9
  55:13,21 56:4
  57:18 58:17
  59:9 60:17,21
  61:4,19,22
  62:5,10,19,21
  63:7,11,25
  64:1,4,20,21
  65:16,21 67:2
  67:4,18 68:3,5
  68:10 70:14
  71:8,16,16,19
  73:7 74:1,5,13
  74:13,15,16
  75:7,14,24
  76:15,23 78:1
  79:9,15 80:17
  80:19 81:2,4
  81:16,21 82:5
  82:10 83:1,18
  83:18 84:9
  86:3,6,18 87:2
  87:5,13 89:5

89:16,19 90:6
90:16,19 91:3
91:5 92:3,13
92:14 93:25
94:6 95:4,21
95:23 96:4,13
97:3 99:14
100:10 101:10
101:13 102:12
102:17 103:14
104:6 105:5,6
105:12 106:2,6
106:9,14,21,24
107:14 108:10
110:3,13,20,23
111:4,17
112:11,14
113:5,12 114:3
114:5,6,8,24
115:13 116:1,9
116:22 117:11
117:22 118:9,9
118:13,19
120:3,9,11,22
120:25 121:6
121:23 122:3,4
122:4 123:1,5
123:19,21
125:3,6,14,21
126:1,4,10,21
126:24 127:9
127:14,19,24
128:10,19
130:14 132:4,9
132:17,19,22

133:3,7,12,25
134:12,16
135:10,10,12
136:1,3,16,18
137:3,7,13,20
138:22,23
139:22 140:11
140:12
**old**   116:13
126:17 127:6
127:16 128:1
128:12
**older**   128:21
**olshan**   88:16
**onboard**   47:22
**once**   16:4
**ones**   11:11 19:7
36:7 37:14
81:5 94:13
**ongoing**   82:14
107:8
**online**   52:5
**operates**
100:20
**opinion**   85:14
128:19
**opportunity**
14:17
**oppose**   128:23
**order**   17:12
71:10
**originally**   13:2
**outcome**   109:3
119:21,23

**outcomes**   7:22
119:20
**outside**   9:16,16
9:18 20:17
21:12 37:16
47:8 121:9
**outstanding**
103:24
**ovarian**   36:9
37:2
**ovary**   36:22
**overstate**
100:18
**ozonoff**   87:20

**p**

**p**   1:19,19 71:20
72:4
**p's**   71:20 72:4
**p.c.**   2:2
**p.m.**   91:16
134:3,7 140:18
140:20
**p.o.**   2:10
**package**   56:2,2
**page**   3:3 5:25
7:5,5,16,17,19
11:4 18:21
24:23 25:4
27:5 28:2,21
28:25 29:15
31:13 37:7
41:5,7,11
54:22,23 59:11
62:12,16,17
63:10 65:24

66:1,14,15
67:6 71:1,1
80:13,15
111:22 112:14
113:18,21
117:22,23
124:23
**pages**   59:11
124:19 141:10
**pan**   79:5
**pancreatic**   67:5
67:8,15
**pandemic**
104:20
**panel**   9:12,15
9:24 87:25
**panels**   9:16,18
**paper**   124:22
**paragraph**
18:22 24:24
25:5 70:20
73:8 106:20,25
112:16 114:10
**paragraphs**
71:15
**paren**   107:3
**parkinson's**
11:25 34:20,24
36:21 42:13
110:9
**part**   42:23 45:6
51:5 70:10
78:20 81:20
83:11 84:14
116:15 137:17

**partain** 81:19
  82:1,16
**participants**
  8:4,11
**participate** 8:5
  8:14,15,19,24
  8:24 9:3
**participated**
  6:4,23 8:13,17
  120:15
**participation**
  8:19
**particular** 7:7
  10:18,24 11:6
  12:15 14:22
  15:10 17:3
  19:11 21:24
  33:12 36:6,17
  48:15 53:22
  58:15 59:7
  60:9 64:5
  69:13 74:2
  82:9,13 109:2
  109:2,13,22,22
  114:9 132:11
**parts** 9:19
  138:3
**passed** 68:7
**past** 37:14
  88:13 89:8
  102:21
**paste** 18:24
**patel** 70:10,11
**patients** 53:9

**patrick** 2:18
**pce** 11:3,8 12:6
  12:13 69:8
  88:23 107:4,16
  108:20 131:21
  132:11,15
**peer** 13:6,9,10
  13:14,16,22,23
  13:24,24 14:3
  14:7,22 15:7
  37:10 48:1,16
  48:21,22 49:4
  49:15 50:11
  62:15,18 76:23
  76:24 77:13
  79:13
**pendleton** 6:3,7
  6:11,23,24 7:9
  8:11,14 10:6
  10:12 18:2,10
  18:14 29:21
  32:15 37:21
  38:4,6,10
  40:20,25 41:3
  44:4,11 45:15
  54:9 65:13
  66:7,21 67:12
  67:19 77:22
  93:4 100:8,12
  100:16 115:4
  117:8 120:8
  121:3,8,11,14
  121:24 129:4
  134:24 135:6
  137:12 139:7

  139:13
**people** 8:13,17
  8:18,23 9:3,19
  10:3,10,14
  15:20 17:18,25
  18:4 19:8 20:1
  20:17,22 21:3
  21:21 24:16,17
  24:20 47:3,15
  51:12 60:2,3,9
  63:21 64:2
  68:17 69:6
  89:2,9,12,13
  93:7 94:4 97:9
  100:19 101:2
  101:23 115:6
  121:14,17,20
  121:24 122:1
  129:3,6 130:1
  132:1 135:17
  137:7,25 138:2
  139:1,23
**percent** 8:20
  30:11,23 31:8
  31:23 32:9
  40:21,23 41:4
  41:5,15,25
  42:3,4,4,8,11
  42:15 43:2
  44:3,10 45:13
  56:20,24 57:2
  57:4 60:16
  104:14 119:15
  119:18 122:10
  122:13,24,25

  123:4,8,9,10,13
  123:14,15,16
  123:17,20
  125:4,4,8,13
  126:13,16
**percentage**
  6:11 125:11
**percentages**
  11:22 123:12
**perfect** 101:11
**perfectly**
  112:18
**perform** 102:13
**performing** 9:8
**period** 17:1
  18:7,11,12
  30:1,3,5 31:17
  31:23 32:9
  54:18,19 55:2
  55:3,4,4,5,11
  55:12 63:21
  99:18 104:10
  116:1 130:16
  132:1,13,23,25
  133:4,7,13
  137:23
**periods** 59:25
  126:7 138:17
**person** 9:12,14
  9:18,20 16:8
  23:22,24 24:1
  47:21 49:16
  50:5 84:12
  99:15,23
  116:25 132:15

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 425-3   Filed 07/03/25   Page 169 of 186

person's   9:11
personal   119:8
personnel
   12:23 34:17,17
   46:18 118:22
   126:14
perspective
   78:9 79:1
perspectives
   14:12 47:3
   48:2,15 50:13
   78:6,19,20
   79:11
pfas   72:4
   104:16,17
pinder   4:13
   70:1,4,5
place   69:5
   121:14
places   20:18
   89:2
plain   123:4
plaintiff   90:11
plaintiffs   1:20
   2:1 89:23 90:3
   90:9
plant   114:19
platt   2:21
play   104:24
please   83:23
point   18:18
   22:13,21 23:2
   35:25 38:1
   41:19 42:7
   114:18 115:16

115:22 116:8,9
116:13 131:11
136:7
pointblank
   116:25
pointed   114:7
poisson   38:5
   75:20 77:21,24
pollution
   102:18
polycythemia
   67:25 68:1
pool   128:17
   129:23
population
   29:21 30:12,24
   31:9,25 32:11
   54:8,15 56:15
   56:21,25 57:5
   57:9 76:6,7
   77:20 93:1
   127:12 128:4
   128:21 130:8,9
populations
   102:19 129:17
portier   111:6
   111:15,23
   112:7,12
ports   71:21
   72:4
portsmouth
   104:17
possibility   10:5
possible   7:10
   8:13 9:4 15:1

47:9 87:25
   129:13
posting   70:17
potential   38:20
   54:2 82:22
   88:8 127:21
   128:5 138:11
potentially
   5:21 133:15
power   16:23
   90:25 91:1
practice   14:8
   78:14
precision   27:21
   32:24 33:10
predict   72:12
   99:3,4
preparation
   106:17
prepare   37:9
prepared   97:2
preprint   13:3,7
   13:12,20 14:7
   15:15 16:2
   62:13,14 75:3
prepublication
   85:15 111:12
present   2:15
presentation
   105:1
presented
   107:18
pressure   85:3
pretty   17:25
   18:8 37:13

72:10 77:22
   81:16 85:24
   102:19 138:25
prevalence
   40:19 41:25
   44:11 45:14
previous   17:22
   19:23 39:23
   66:14,15
   107:20 111:10
previously
   49:23
price   5:10
primary   84:12
   89:22 133:24
principle   107:3
print   48:3,6,8
printed   48:11
probably   14:17
   16:2,21 17:16
   18:1 20:19
   22:4 23:5
   33:18 36:18
   40:3 50:18
   56:8 59:20
   60:2,4 62:4,8
   69:20 73:22
   74:12 75:13
   83:13 94:18
   101:8 104:20
   116:11,12,19
   117:9,25 123:3
   131:6 136:2
   139:6

Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 170 of 186

**problem** 18:2
23:20 90:6
139:3,4
**problematic**
45:4 77:21
**proceeded** 86:5
**proceeding**
70:19
**proceedings**
5:3 141:7,11
**process** 13:8,14
13:17,23 48:22
52:13 72:10,13
**processes** 15:8
76:23 79:13
**professional**
128:19
**program** 55:17
55:17,19
107:15
**pronounce**
15:13
**proper** 24:10
**properly** 103:1
**proposed** 107:9
110:17
**propria** 68:1
**protective** 7:22
103:1
**protocol** 47:11
104:17
**provide** 70:9,11
108:5
**provided** 9:5

**provides** 27:16
27:18
**proxy** 23:14
**public** 13:2,19
14:7,21 15:3
87:3,17 89:9
89:11 97:5
**publication**
62:9 78:5
**publish** 78:21
**published** 14:3
14:17 15:6
18:20 47:1,2
48:2,11,13
58:9 75:4,12
76:4,11,19
77:15,17 79:7
79:18 82:19
84:15 124:4
**puerto** 52:25
**pull** 80:2
**pulmonary**
39:7
**purpose** 17:19
**purposely**
85:10
**purposes**
122:21
**pushed** 95:12
120:2
**put** 13:6 19:7
24:18 44:16
55:1 59:24
62:15,16,17,18
76:17 78:6

85:2 88:20
99:15 101:1
121:20
**putting** 14:6,20
83:21 132:9
**puzzle** 106:21
**puzzling**
106:18

**q**

**qualify** 15:22
**quality** 52:5
**quantitative**
42:23 76:2
77:9 119:14,19
122:22 136:11
136:21 137:2
**quarter** 17:11
17:14,15,16,17
**quarters** 75:1
**question** 50:6
68:16,17 89:18
113:16 127:14
128:3,14
130:21 132:20
135:14
**questions** 5:19
29:13 32:13
79:15 82:6,7
82:11 86:13,14
86:21 90:17
91:20,23 134:9
135:24 136:4
140:13
**quick** 79:15

**quickly** 15:1
**quiet** 83:24
**quite** 51:12
74:11
**quote** 89:2
107:7,17,18
108:3
**quoting** 67:22

**r**

**r** 1:19 126:23
141:5
**race** 29:24
30:10,22 31:7
31:17,23 32:8
54:17 56:16,21
56:25 57:6
**raise** 55:7
**raised** 56:6
**random** 7:25
**randomly**
101:25
**randy** 2:19
**range** 30:6 33:9
45:24,25 46:3
60:4 118:4
119:19 126:5
**ranking** 116:24
**rare** 101:6
119:22,23
**rate** 8:19 40:24
44:4 56:13,14
57:5,9
**rates** 54:7,12
54:14 55:3
65:13 118:16

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 171 of 186

118:17
**ratio** 6:14 8:3
27:15 28:9
29:6,14 30:8
30:19 31:4
32:6,16,25
33:5,15,20,21
33:24 34:3,5
35:3,10,14,20
36:7,13,14
37:20 38:2,4,9
40:18 42:13
44:9,12,12,15
44:16 45:12,15
45:16,19 64:23
65:6 66:6,7,10
66:18,20,20,24
67:8,11,15
73:24 75:21
76:18 77:23
123:9
**ration** 27:15
**ratios** 6:1,6 7:2
7:23 27:10,11
27:12,14,17,18
27:18,19,24
28:10,13,18
29:5,18,20,24
31:13,16,20
32:19 34:22
35:24 36:19,20
41:4 42:1 43:3
44:2 68:23
69:1,9,14
73:20 76:1

**reached** 48:10
106:18
**read** 34:21
71:14,18 73:7
110:22 126:19
**reading** 55:6
**readings**
130:22 131:9
131:14
**reads** 126:12
**real** 129:11
131:9,15
**really** 14:15
18:13 20:24
39:22 40:7
45:22 50:5,6
75:20 77:19,19
99:2 108:18
123:12 135:11
**reason** 14:20
14:23,24,25,25
15:4 20:12,14
21:13 52:16
55:15 73:4
79:11 88:22
129:11 139:5
140:6
**reasonable**
33:15
**reasonably**
107:16
**reasons** 53:14
**recall** 10:7 22:1
22:11 33:1
39:25 49:21

57:22,23 74:5
80:24,25 82:21
82:25 84:9
90:1,2,5 93:17
96:10 103:14
137:10 139:16
**receive** 97:23
**received** 49:23
50:14 97:24
105:10
**receiving** 68:7
**recent** 14:18
34:15 37:13
58:1 74:8
**recently** 14:18
47:25
**recess** 60:25
91:13
**recinda** 47:19
**recognize** 61:9
103:11
**recognized**
114:25
**recollection**
58:14 125:25
**record** 5:6
60:24 61:2,5
62:25 71:14
91:11,15 134:1
134:4,5,6
140:13,19
**recorded** 60:5
**records** 98:4
**recross** 3:13
135:22

**recurrent**
73:15
**redo** 72:22 73:5
**reduce** 41:3
42:6 75:5
**reduced** 75:12
141:8
**reduction** 44:9
45:12
**refer** 43:12
62:25 89:1
**reference** 62:5
121:18 123:7
**referenced** 10:4
61:18,19,23,24
123:23 124:25
**referred** 116:3
**referring** 61:16
63:12 116:2
**reflect** 94:2
132:12
**reflected** 9:21
42:17 43:10
44:7 112:10
136:18 137:3
**reflection**
77:14
**reflective** 55:4
**reflects** 129:22
**regarding**
21:25 83:15
139:15
**regardless**
68:19 108:13

Case 7:23-cv-00897-RJ   Document 425-5   Filed 07/03/25   Page 172 of 186

registries  47:20
  47:22 52:4,25
registry  51:1
  52:25 72:15,18
  72:19
regression
  27:16 38:5
  75:21 77:21,24
reject  107:17
related  37:3
  39:6 40:14
  48:14 77:25
  104:7
relates  1:9
relating  92:1
relation  78:6
relationship
  11:12,16,20,21
  12:2,5,10,11
  27:8 28:7 29:3
  34:11 40:5
relationships
  11:7,13 28:19
released  96:22
relevant  45:23
  109:6,6,13
remember  9:11
  9:13 22:20
  23:10 51:11
  55:6 58:16
  68:11 69:17
  77:11 80:1
  84:16 85:15
  88:3 90:6,7
  104:22 111:9

111:14 112:9
  112:25 127:2
remembering
  22:20
repeat  64:25
repeating
  129:5
rephrase  92:10
replaced  111:9
report  7:8 8:5
  8:11 11:6 23:8
  24:24 25:1,8
  25:16 41:5
  79:24 85:15,22
  86:10 88:19
  105:14,20
  106:16 107:1
  107:19 111:5
  111:12 112:6
  122:7 124:1
  136:14,19
  139:15,16
  140:7,7,9
reported  25:15
  51:12 72:21
  73:4 80:20
reporter  1:24
  5:10 71:24
  141:8
reporting  11:6
reports  86:11
represent
  141:10
require  109:18

research  57:25
  58:4 78:20,23
  81:17 109:12
  134:22 135:1,3
researcher
  49:16 70:5
resided  20:17
  24:7
residency
  21:12
residential
  20:16,21 118:1
resolve  86:4
respect  13:20
  27:2 38:25
  68:21 73:1,2
  106:18
respectively
  42:5
respond  71:2
  71:12
responded
  86:14
responding
  77:12
response  10:24
  11:2,19,21
  12:1,10,11
  20:25 21:8
  24:25 25:8
  26:8,20 27:7
  28:6 29:3
  53:16,21 71:15
  74:20 79:16,24
  80:4,21,24

112:5
responsive  78:5
result  138:12
results  25:7
  33:6 68:22
  69:14 70:22
  73:18,20 75:21
  75:22 77:21
  98:12 114:25
  119:9 132:6
  137:6
retained  9:22
retired  21:18
  21:18,21 70:5
  74:7 77:3 82:8
  93:12
retrospective
  16:11 50:20
reverse  11:21
  71:9
review  13:6,9
  13:14,17,23
  14:8,22 15:7
  37:10 48:1,25
  49:4 76:23,24
  79:13 112:8
reviewed  13:11
  13:22,24,25
  14:3 62:15
reviewer  48:19
  49:15 76:10,21
  76:25
reviewer's  75:4
reviewers  40:6
  48:16,21 50:12

Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 173 of 186

75:16 77:13
**reviewing**
62:18
**rgreenwald**  2:5
**rich**  4:13 69:25
70:4,5 71:16
72:2
**richard**  4:19
74:6
**rico**  53:1
**ridge**  1:25
**rifle**  118:4
**right**  6:8,13,15
6:25 7:3,9 9:17
11:10,17,23
13:3,6,18,18,21
13:22 15:16
16:7,12 19:3,3
23:9,12 25:5
25:19 26:20,22
26:25 27:21,24
27:25 28:14,18
28:19 29:3,8
29:18,22 30:8
30:14,20,24
31:10,20,25
32:11,20,21
34:4,7,13,20,25
35:15 36:10
38:4,5,10,15
39:2,3,14,17
40:10,21 41:20
42:9,11,15,25
43:24 44:5,13
44:14 45:8,16

45:21 48:23
50:21 51:17
52:22 53:14,20
54:12,16,21
55:23,25 56:10
56:16 57:1,10
60:2 61:14
62:8 63:10,16
64:9,10,10,15
64:16,24 65:7
65:14,18 66:4
66:8,11,18,22
66:25 67:16,21
69:15 71:3,5
71:11,11,12
72:7 74:21,22
75:10 77:3
79:19,23,25
80:7,21 81:6
83:18 90:18
92:5 93:8 95:6
95:7 96:9
97:21 98:13
99:10,11,13,19
100:6,20
101:24 102:10
102:21 103:6,9
103:13,25
104:5,8,9
105:11,14,15
111:13 113:7
114:3,5,10
115:10,10
118:9,25 119:2
119:5,9 120:20

120:24 123:10
123:11,14
124:6,17,24
125:1,2,5,12,16
125:24 126:4
127:4,7,8,17
128:1,7,11,14
128:18 129:15
130:12,14,17
131:4 132:2,3
132:8,16 133:5
133:6,17 135:2
135:9,9 136:5
136:8 138:15
138:19 139:20
140:4
**rigorous**  51:3
**risk**  27:18,19
38:2,4 45:23
66:6,20 67:11
69:3 73:24
99:21,21,22,22
107:2 112:22
120:9 137:15
**river**  24:5,6,11
117:13,15,21
134:20,24
135:5,8
**road**  1:15
**robin**  1:20 2:1
**rolls**  94:7 95:8
95:14,17,20,22
138:10
**rona**  15:11
47:18

**room**  90:4
**roughly**  8:20
69:5
**round**  77:2
**rpr**  1:24 141:21
**ruth**  15:11
47:17

|   s   |
| --- |

**s**  1:19 72:4
**s10**  4:7 43:12
43:21 44:2,7
**s11**  43:21 44:3
45:11
**s12**  43:12
**s2**  124:10
**s2-2a**  124:1,2
124:16
**s6**  4:5 26:12,13
26:19,22,24
27:2
**s7**  26:15,16
**s8**  26:12,14,19
26:23,24 28:22
**sample**  9:4
**savitz**  88:15
**saw**  22:21 92:5
94:8 105:24
**saying**  38:1
45:8 48:7,8
84:6 100:1
115:6 119:25
**says**  7:19 37:7
63:3 70:7,16
83:19 112:16
127:5

Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 174 of 186

**sc.d** 1:14 3:5
  5:12
**scene** 111:18
**science** 49:10
  50:2 103:18
  105:4,7 109:17
  135:17
**sciences** 107:21
**scientific** 108:7
**scientists**
  106:17
**scleroderma**
  6:14,19,25
**scott** 22:3 23:5
**search** 95:13
**second** 17:11
  17:15 18:21,22
  26:17 65:24
  75:8 77:2,5
  96:11 112:14
  116:4 134:1
**secondary** 23:9
  74:19
**secretary**
  111:20
**sections** 109:11
**security** 19:13
  19:15,25
**see** 7:19 8:1
  10:16 17:4
  22:12 26:15
  28:3,25 30:16
  32:3 34:21
  48:19 57:25
  59:22 62:1,2

62:11,23 65:25
66:16 67:6
69:9 70:2,21
70:24 75:6
76:19 82:12
83:8,16 84:3,5
84:6 86:20
87:12,22,25
94:20 99:25
105:19 106:19
107:10 111:24
114:22 117:4
119:15 121:16
121:25 122:2
126:2,19 130:4
134:10 136:21
**seeing** 80:12
**seem** 69:16
  94:15
**seemed** 17:4
**seen** 10:13 25:1
  86:15 106:2,12
  106:13 112:1
**seer** 126:21
  127:2,5,15,24
  128:11
**select** 11:11
**selection** 7:6,11
  7:24 8:4,8,10
  9:1
**senator** 83:15
  85:2
**send** 15:7 82:18
**sending** 82:21

**sense** 55:14
  62:3 78:22
  91:7
**senses** 109:16
**sent** 70:15
**sentence** 37:7
  106:24 126:12
**sentences**
  107:14 108:1
**separate** 24:11
  24:13 50:25
  51:1 77:9
  117:15
**separately** 11:3
  117:21
**serious** 114:11
**served** 23:4
  114:18 134:17
**server** 13:3,7
**service** 94:1,20
  116:8,9 117:1
  140:14
**services** 4:21
**set** 77:4,5,5
**sets** 108:4
**setting** 107:5
**seven** 11:1,20
  12:1,9 31:23
  41:19 46:9,15
  46:16 74:16,17
  118:18,23
  125:17
**several** 57:8
  73:16,18 85:6
  100:24,25

105:25 113:17
114:14 119:20
**sex** 29:24 30:10
  30:22 31:7,17
  31:22 32:8
  54:17 55:7
  56:16,21,25
  57:6
**share** 83:23
**sheer** 73:10
**sherman** 47:19
**shin** 47:21
**short** 60:22
  61:5 112:16
**shorter** 23:19
  132:23 133:12
**show** 12:1,10
  27:20 43:15,18
  44:1 69:21
  92:8 106:7
  111:17 119:9
**showed** 6:22
  11:12 38:8
  58:15,17 60:1
  119:21
**showing** 11:2
  26:5 69:24
  76:5 83:4 87:8
**shown** 113:17
  136:12 137:8
  139:14
**shows** 11:20
  27:7 28:6 29:3
**shut** 131:5

**sic** 55:18 57:22
  68:1
**side** 10:11
**signatories**
  106:1
**signature**
  141:19
**signed** 111:23
  112:13
**significant**
  21:15 44:18,21
  45:3 76:13
**significantly**
  65:13
**similar** 27:18
  75:21 77:22
  120:8 129:25
**similarity**
  120:7
**single** 92:7
**sinks** 83:25
**sir** 58:17,24
  59:1,2 119:1
**sir's** 60:1 75:18
  77:4
**sitting** 110:3
**situation** 24:14
  24:14 84:17
  100:22 101:9
**six** 5:25 12:16
  12:21 29:11,15
  40:21,23 41:25
  43:2 44:3,10
  45:13 79:22
  122:16,16

125:17,19,21
**sixty** 122:9
**size** 73:11
**slash** 107:18
**slow** 41:21
  71:23 75:11
**small** 7:1 8:1
  8:19 33:12,13
  59:15 75:15,16
**smaller** 36:1,1
**smith** 71:21
  72:4
**smoked** 39:22
**smoking** 39:1,6
  39:14,17 40:8
  40:20,24 41:2
  42:22 44:4,11
  45:14,23 46:2
  46:4 120:4
**smr** 58:24
**smr's** 37:25
  38:7 43:6
  75:25
**smrs** 57:15
**snapshot**
  108:19
**social** 19:12,15
  19:25
**soft** 67:20 68:2
**soldier** 4:9
  57:10,13 58:1
  58:5,9 59:7,17
  59:21 60:8
  61:11

**solvent** 107:20
**someone's**
  102:25
**soon** 47:2 48:2
**sorry** 23:12
  26:13 28:12
  34:24 60:14,14
  64:25 66:2,17
  71:25 74:14
  79:21 92:10
  100:9 113:14
  114:1,2 117:14
  117:22 122:14
  124:14 127:1,3
  128:8,25
  135:12
**sort** 10:20
  92:21
**sound** 127:4,6
  127:16 128:1
  128:11
**sounds** 127:8
**sources** 93:20
  109:12 114:14
**souther** 1:3
**southern** 70:7
**space** 76:12
**specific** 7:22
  55:7 92:16
  102:20 106:25
**specifics** 111:2
**specified**
  117:17
**spectacular**
  74:10

**spectrum** 57:13
**speculate** 8:21
**speculating** 8:7
**speculation**
  8:22 10:9
**spent** 75:2
  114:17
**spits** 55:19
**spoken** 89:23
  90:3
**spot** 19:4
**stack** 12:17
**staffer** 83:15
**stand** 110:13
**standard** 29:14
  29:17 30:7,19
  31:4,13,20
  32:5 49:11
  54:7 56:5,13
**standardized**
  118:16,17
**start** 11:4
  51:25 52:2
  72:1,2 83:12
  83:13 133:4
**started** 16:19
  17:14 18:4
  52:8 63:19,21
  111:15 130:15
  138:21 139:2
**starting** 17:11
  52:5 117:17
  131:22
**starts** 71:16
  114:11 133:8

Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 176 of 186

**state** 10:19
32:15 50:15
52:24 72:21
87:14 107:7
122:7 141:1
**statement**
105:19 112:23
**states** 1:2 52:6
73:4
**stating** 74:6
**station** 2:10
**stationed** 23:14
**statistical**
16:23 55:17
103:8 108:14
**statistics**
136:12
**status** 19:14,24
**step** 108:24
**steps** 107:20
**stomach** 39:16
39:18,21 40:4
40:6
**stop** 72:24
**stopped** 130:20
131:1
**straight** 21:5
42:21,22 119:3
121:22
**strict** 33:10
**stricter** 47:6
**strong** 86:1
129:4
**stronger** 39:23
59:18 128:20

**strongly** 40:7
77:24
**studies** 9:2
14:15,15 15:1
16:17 19:6
33:9 37:16,18
39:17 53:12
58:1,6,20
68:25 69:10,12
70:8 71:20
72:3 78:15,18
82:7,23 83:16
84:15 85:5
86:5 88:24
89:11 91:25
92:3,12,20
95:6 96:14
97:4,4,14
101:17 102:18
103:6 107:5,9
108:6,11,12,19
112:20 113:17
117:18,25
118:7,8 130:4
137:1 140:3,4
**study** 5:20 6:22
7:7,23 9:8
10:24 12:19,24
13:2,19,21
14:6 15:16
16:11,15 17:9
17:22 18:3,23
19:11,18,21,23
20:4,4 24:3
32:15 33:6,8

33:11 39:23,24
44:17 45:21
46:9,10,16,19
46:23,25 47:1
47:16 50:20,24
50:25 51:1,3,5
51:8,15,16,20
51:22 52:23
53:11,22,24
54:6,11 55:10
55:11 57:19
58:15,17 59:10
61:20,24 62:6
62:7,20 63:13
68:18,21 69:13
70:12,13,19
71:20 72:4
74:9,14 75:20
78:7,10 79:5
84:19 92:5,9
97:16 101:11
102:8 104:17
104:18 108:4,5
108:13 109:11
109:12,17,21
109:21 110:4,6
113:8 114:11
115:12,15,17
115:23 118:12
122:7 124:4
125:17 127:10
127:19 128:4
128:20 129:5
129:13,13,25
130:10,18,19

132:25 133:7
136:24 137:1,4
**subgroup**
16:19,22 63:17
63:19 64:1
126:14,16
138:20
**subgroups**
63:18
**subject** 87:11
88:23
**submit** 72:13
**submitting**
49:24
**subtle** 69:19
73:21 74:11
**subtypes** 69:16
73:17
**successfully**
48:1
**sufficient** 12:6
47:24 64:13
**suggest** 128:15
**suggesting**
129:21
**suggestive**
107:18
**suits** 70:18
**summarize**
20:12 74:1
**summer** 68:6
71:19 72:3
**superior**
141:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-5 Filed 07/03/25 Page 177 of 186

**superiors** 85:11
**supervision**
  141:9
**supplement**
  42:23
**supplemental**
  4:23 25:21
  26:1,13,14
  43:10,15,23
  63:24 78:4
  123:23 124:20
  136:13,17
  137:4
**support** 85:2
  135:18
**supporting**
  109:19 111:2
**suppose** 122:24
  122:24 131:7,8
**sure** 14:12
  17:21 22:2
  37:13,23 38:11
  47:1,18 50:1
  62:14 77:4
  81:16,23 88:18
  91:6,9 94:9
  96:3 101:23
  102:11 105:21
  115:11 117:2
  121:7 122:15
  129:9,19
  135:21 138:9
  138:16 139:5
**surrounding**
  7:14 104:12

**surveillance**
  126:23
**survey** 6:4,24
  7:1 9:3,7,13
  51:3,11 84:21
  138:1,2
**surveys** 51:6
**survival** 27:17
**swear** 5:10
**sworn** 5:13
**syndrome** 25:2
  25:10,11 36:21
**syndromes**
  68:1
**system** 131:6
**systems** 134:10
  134:13,17

| t |
|---|

**t** 141:5,5
**table** 4:5,7 5:25
  6:1 11:1,20,25
  12:9,13,16
  26:7,13,14,19
  26:19 27:2
  28:22 29:14,17
  31:12 37:24,25
  42:17 43:5
  44:2,3,7,9
  45:11,25 54:22
  56:4 59:11
  60:10,17,19
  62:20,23,24
  63:12,15 64:17
  64:18 65:3,21
  66:1 67:3

  75:23 76:4
  79:22 80:19
  118:11,24,24
  119:3 125:17
  125:19,21
**tables** 11:2
  19:3 25:19,25
  26:13 43:7,12
  43:21 44:1
  76:18 108:18
  113:17 118:9
  118:12,18
  119:10 124:7
  136:14,17,19
  137:5
**take** 12:16
  26:17,17 28:24
  29:14 31:1
  41:7,24 45:18
  46:9 60:21
  72:13 77:4
  79:11 83:10,10
  90:22 106:11
  113:2
**taken** 60:25
  141:7
**takes** 52:14
  131:6
**talk** 50:2 61:25
  68:14,24
**talked** 22:24
  38:22 57:11
  81:7 105:12
  108:10 120:12

**talking** 24:16
  58:22 60:13
  65:17 88:10
  90:8 95:17,18
  95:22 132:10
**tarawa** 24:1,8
  24:17 96:22
  115:19 118:3
**tce** 6:19 11:3,8
  11:16 12:5,10
  69:8 88:23
  107:3,15
  108:20 110:18
  131:21
**tcn** 73:24
**telan** 2:18
**telegraph** 84:1
**tell** 60:10 83:24
  103:17 106:12
  117:1 127:4
**ten** 56:20 59:25
  90:23 113:23
  122:10,13,25
  123:8,9,13,14
  123:15,16
  125:4 133:3,15
  133:21
**tend** 137:9
**tenth** 131:11
**term** 69:20
  116:7
**terrace** 24:1,8
  24:17 96:22
  115:19 118:3

Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 178 of 186

test  102:15
testi  36:22
testicular  36:9
  37:1
testified  5:13
testifying  93:17
testimony  10:4
tests  55:25
text  18:20
  25:16,17 26:1
  33:22 34:16
  37:12 45:10
  81:1 92:12
  116:2 126:2
  136:15 137:5
thank  5:16
  28:11 46:6
  60:18 135:10
  135:15,19,21
  140:14,17
thankful  78:24
thanks  15:9
  19:2 25:12
  64:4
thing  13:22
  62:11 76:22
  82:14 86:6
  89:7,22 135:7
things  105:1
  121:19 124:4
think  9:23 10:2
  10:13 14:14,18
  15:13 19:9
  23:6 25:22
  26:19,21 35:25

36:11,18 39:18
40:1,8,9,13
41:11,23 42:14
44:8 46:1,8
49:15,17 53:4
55:2,5,6,14
57:18,18,24
61:23 62:4,17
63:1 68:5
76:13 77:9,21
80:5 84:13,22
84:22 85:9
86:1 87:6,15
89:25 90:21
92:7 94:17
95:10 96:21
103:16 104:6
105:9 106:13
112:12 113:15
116:14 118:14
122:5,17
125:21 133:25
139:3
third  32:3 38:3
  40:14 80:14,15
  81:10
thirds  28:25
thought  10:21
  12:20 15:25
  17:12,12,13,17
  18:17 20:1
  21:2 33:10,14
  45:22 46:4
  47:4,8,23
  75:16 113:12

thoughts  90:23
three  18:21
  23:25 24:1
  31:12 32:20
  33:6,14,17,20
  34:2,5,22,24
  35:11,14,24
  36:8,15,21
  41:19 42:7
  55:7 66:11,25
  67:16 85:17
  88:25 113:10
  113:11 118:10
  118:12,20,24
  120:6 122:9
thyroid  38:13
  38:15,17 67:21
  68:2 79:25
  125:23 126:3
time  5:7 9:25
  13:5 15:2 20:1
  21:2 37:9
  41:24 47:5
  52:14 60:23
  61:3 72:16
  73:9 74:2
  79:12 85:14,20
  90:21 91:10,16
  93:4,7,9 95:8
  97:10 98:10,11
  98:12 99:8,11
  99:12 102:21
  104:10 113:2
  114:3,17 117:2
  120:18 127:2

130:5 131:5
134:3,7,11
135:16,19
137:9 140:18
timely  85:7
times  82:6 85:6
  131:25
tissue  67:20
  68:2
today  110:3
today's  5:7
together  83:22
  90:24 135:4
told  78:8 86:17
  93:25 94:13
  95:24 104:6
  127:15,24
  138:4
tom  22:13,14
took  15:2 64:25
  118:15
tools  103:8
top  28:4 41:12
  45:25 66:16
  80:14 106:19
  125:15
topic  78:3
total  110:18
totality  113:1,3
totally  51:1
  86:25
towards  8:16
  66:16 99:4
  101:5 117:7
  121:19,23

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-3    Filed 07/03/25    Page 179 of 186

| | | | |
|---|---|---|---|
| 124:13 | **true** 7:12 12:13 | 29:14 31:1 | 49:12 52:1 |
| **townsend** | 21:7 37:22 | 33:1,16,21,22 | 54:10 57:3,20 |
| 22:13,14 | 57:15 64:8,11 | 34:18 35:1,14 | 59:3,5,14,19 |
| **toxic** 138:12,18 | 68:8,20 76:22 | 35:19 37:24,25 | 60:7 61:6 |
| **toxicologists** | 80:4 86:10 | 38:14 42:18 | 63:22 65:23 |
| 87:18 | 96:18 114:19 | 43:5 52:14 | 71:13 74:18 |
| **toxicology** | 121:13 130:3 | 54:22 56:4 | 78:11 81:15 |
| 107:15 | 137:18 141:10 | 59:11 63:3 | 84:24 85:4,16 |
| **tracing** 19:15 | **truly** 137:15 | 73:12 76:22 | 85:25 86:8 |
| 19:24 | **trust** 84:1 89:6 | 79:12 94:16 | 91:22 94:11 |
| **trained** 96:1,7 | **trusted** 89:2,3 | 96:22 100:3 | 97:18 98:5,8 |
| **training** 20:19 | 89:4,7 | 106:17 107:3 | 98:18,25 99:17 |
| 21:13,16 22:25 | **truth** 115:1 | 118:10,12,20 | 100:23 101:20 |
| 23:3,6 54:3 | **try** 8:25 9:2 | 118:24 134:1 | 103:2 108:16 |
| 120:15 | 18:2 78:18 | **type** 17:24 21:8 | 109:9 110:5 |
| **transcript** 1:12 | 109:7 116:4 | 21:13 49:2 | 112:15,17 |
| 141:7,11 | 134:9,22 | 70:17 78:4,17 | 113:19 114:12 |
| **treated** 23:25 | **trying** 23:10 | 129:23 137:22 | 115:5,20 |
| 24:7 | 26:15,16,16,21 | **types** 11:16 | 117:19 118:5 |
| **treatment** | 40:8 45:2 55:6 | 34:2,18 | 118:21 119:17 |
| 114:19 | 63:6 71:22 | **typewriting** | 120:13 122:23 |
| **trend** 79:24 | 72:5 77:11 | 141:9 | 125:7,18 |
| 80:6,21 98:20 | 84:21 85:2 | **typical** 78:14 | 126:11 130:6 |
| 98:21 100:25 | 88:3 93:23 | **typically** 98:15 | 131:18,24 |
| 125:23 | 111:9 116:5 | **typo** 18:17 | 132:14,24 |
| **trends** 24:25 | 117:14,22 | | 133:14,16 |
| 25:1,9 80:4,24 | 124:3,8 | **u** | 137:16 138:6 |
| 126:8 | **tucker** 83:18 | | **ultimately** |
| **trial** 101:18 | **turn** 5:25 7:16 | **u.s.** 2:9 4:9 5:22 | 86:11 |
| 102:14 | 10:23 29:10 | 61:11 | **uncertain** |
| **trials** 102:2 | 31:12 112:14 | **uh** 6:5 7:17 | 102:8 |
| **tried** 93:20 | **tv** 70:17 | 15:24 18:6 | **uncertainty** |
| **trouble** 22:20 | **twice** 73:14 | 24:22 28:23 | 32:24 |
| 80:12 | **two** 16:17 | 29:12 31:3 | **under** 59:21 |
| | 27:25 28:19,25 | 32:18 36:3,23 | 60:10 63:1 |
| | | 38:24 40:16 | |
| | | 43:20,22 48:20 | |

69:3 126:17
133:21 141:9
**underestimate**
137:19
**underestimati...**
127:11
**undergone**
13:5 48:1
**understand**
26:17 72:6
96:13 99:7
115:11 116:5
**understanding**
21:15 54:2
86:15 93:6
115:14 135:4
**understood**
64:4 97:2
**undertaken**
107:6
**undoubtedly**
112:18 114:20
**unethical**
102:15
**unexposed**
20:23 99:3,9
100:7,12,21
101:5 121:17
121:20,23
122:11 123:4
123:20 137:11
137:21
**unfortunately**
18:19 89:9
101:14

**unit** 17:10
24:10 64:3
115:21,24,25
117:16,20
120:18 136:5
138:5
**united** 1:2
**units** 93:10,24
95:24 96:6,7
96:12 115:15
134:23,23,24
135:2
**universal** 52:7
**university** 70:6
70:7
**unusual** 14:8,9
14:9,10,10
**update** 4:9
16:14 57:25
61:10
**updated** 12:19
**urinary** 28:24
29:2 32:2,5,10
56:18
**usc** 70:6
**use** 19:24 20:8
33:4,24 36:16
39:24 40:4,8,9
40:11 47:23
55:1 69:20
79:16 108:25
116:6 139:5
**used** 19:25
33:16 35:18
39:6,16,18

40:12 44:17
45:20 51:18
53:17 55:2,2
55:18,25 63:10
88:19 103:4,5
107:8 112:6
**useful** 9:5 94:8
94:22,25
140:10
**using** 13:23
20:21 38:6
40:18,25 41:2
51:1 63:7,9
117:25 119:6
**usmc** 12:24
46:19
**usually** 9:16
53:16 101:2
**uterine** 65:24

**v**

**va** 52:5 53:1
73:5 95:10,11
**vague** 70:20
**valid** 109:25
**validity** 10:17
**vanslyke** 2:17
**variable** 10:19
139:3
**variables** 55:8
**various** 91:25
95:25 108:11
108:13,17
113:17
**vascular** 39:8

**vera** 67:25 68:1
**verified** 52:12
93:9 130:24
**verify** 93:13
**versa** 20:2
**verse** 121:21
**version** 13:5
15:15 48:6
62:8,13,14
63:8 76:5,19
79:20 124:21
**versions** 122:18
**versus** 6:7 38:9
44:4 66:7,21
67:12,18 96:1
99:3 100:24
115:4
**veterans** 4:11
58:6,10 61:11
**vice** 20:2
121:21
**video** 60:24
91:11 134:4
**videographer**
5:6 60:23 61:2
91:10,15 134:3
134:6 140:18
**vietnam** 138:18
138:21 139:2,3
139:6,8
**view** 47:6 48:22
107:5
**village** 24:18
**vinyl** 108:20
131:21

Golkow Technologies,
A Veritext Division
877-370-3377                                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 425-5    Filed 07/03/25    Page 181 of 186

| | | | |
|---|---|---|---|
| **virginia** 53:5 | **water** 1:7 5:22 | 139:19,24 | **work** 9:19 68:8 |
| **virtually** 99:5 | 7:21 12:24 | 140:1,2 | 69:7 79:13 |
| 101:5 | 20:8,14,15,18 | **weitz** 2:2 | 85:9 88:12,14 |
| **visibility** 78:13 | 22:24 23:4,5 | **weitzlux.com** | 89:4,18 90:14 |
| **vital** 19:14,24 | 34:11 37:3 | 2:5 | 104:7,12 |
| **w** | 46:19 54:3 | **wells** 131:5 | 107:20 108:18 |
| | 64:15 84:13 | **went** 10:12,12 | 114:20 135:16 |
| **waiting** 72:14 | 96:19,19 103:4 | 13:8 38:7 | 140:15 |
| **waller** 57:23 | 107:1,6 112:19 | 59:22 76:22 | **workday** |
| **want** 10:23 | 121:15 122:12 | 79:12 96:15,20 | 114:17 |
| 11:1 14:6 | 134:10,13,17 | 96:20,22 | **worked** 13:20 |
| 18:17 29:13 | **watkins** 24:17 | 118:14 125:21 | 15:7 21:23 |
| 32:13 50:10 | **way** 22:19 | 138:9,15 | 23:22 70:11,22 |
| 60:21 62:19 | 28:25 32:3 | **west** 53:5 | 88:24 89:7 |
| 77:13 78:23 | 55:19,20 75:17 | **wide** 36:5 60:4 | **worker** 25:14 |
| 79:15 83:24 | 77:16 85:10 | **williams** 22:3 | 31:14,19 74:25 |
| 85:1 87:19 | 92:22 93:11,15 | 23:5 | 80:20 |
| 90:24,24 91:6 | 98:22 109:8 | **windy** 1:25 | **workers** 10:15 |
| 93:3 101:16 | 124:11 129:20 | **wise** 124:5 | 12:23 21:6 |
| 105:13 113:2 | 130:25 131:10 | **wish** 88:19 | 34:23 36:1 |
| 115:10,10 | 138:14 140:9 | **witness** 5:10 | 46:18 57:12 |
| 125:12 128:23 | **ways** 73:18 | 63:5 80:16 | 60:13,20 64:18 |
| 130:7 135:15 | 109:5 130:25 | 85:13 91:1,5,9 | 73:24 75:12 |
| **wanted** 18:7,15 | **we've** 86:19 | 113:22 124:11 | 92:25 113:9,13 |
| 33:23 37:8 | 105:12 108:10 | 124:14,17 | 114:16,20 |
| 52:7 62:25 | 119:20 | 129:1 135:21 | 119:1 124:24 |
| 76:16,17 80:9 | **weak** 40:5 | 140:17 | 135:19 |
| 86:7 97:2 | **weakly** 39:21 | **women** 94:15 | **working** 47:22 |
| 117:20 | **wearing** 102:25 | **wonder** 55:3 | 68:11 71:19 |
| **wanting** 15:4 | **website** 96:15 | **wondering** | 72:3,7 79:10 |
| 95:10 | **weeks** 131:6 | 70:18 | 88:21 89:10 |
| **war** 139:2,3 | **weighing** | **word** 137:25 | 102:25 104:16 |
| **wartenberg** | 139:25 | **words** 24:11 | 104:17 135:4 |
| 87:21,22 | **weight** 108:23 | 88:9 | **workplace** |
| **washington** | 108:25 109:4 | | 102:24 114:15 |
| 2:11 96:20 | | | |

Case 7:23-cv-00897-RJ Document 425-5 Filed 07/03/25 Page 182 of 186

**works** 49:1
**world** 47:8
**worth** 107:7
**wow** 100:9
**write** 112:3,4
112:13
**writing** 74:5
**written** 32:23
62:4 70:21
112:8
**wrong** 113:24
**wrote** 16:9
47:10 71:6
105:23

| y |
| --- |

**yeah** 6:4,9 7:5
12:20 14:5,5
15:13,13 17:4
19:10 23:16
25:25 35:2
36:16,24 38:3
38:7,16 41:13
41:18,24 43:9
45:8,8 49:14
52:19 53:14,23
55:2,25 56:8,9
56:11 57:18,24
60:15,17 62:25
63:4 66:17,17
66:17 69:17,17
71:6 72:25
73:3 74:4 75:9
76:16 77:8
78:2 80:16
81:9,12,20

82:3 83:17
100:10 101:25
102:22 104:19
104:20,25
105:6,9 106:13
106:15,21
113:3,6 114:4
116:3 119:8
120:10 121:1
122:19 123:11
123:18,20
124:13,17,17
124:24 127:1,1
129:25 132:5
138:15,25
**year** 30:5,6
52:11,12 55:5
55:7 59:25
73:14 82:2
105:8 130:22
**years** 22:4
52:14 73:16
106:17 111:1
126:16,17
127:6,16 128:1
128:12 133:3
133:15,21
140:14
**yep** 38:16 65:2
67:7 81:12
108:2 119:7
132:21
**yesterday** 5:17
5:19 10:4 20:3
38:23 42:14

53:4 86:9 90:4
93:17 96:13
104:6
**york** 2:4,4
**young** 16:25
59:16
**younger** 59:18
127:19 128:4
128:15
**yueh** 2:20

| z |
| --- |

**zero** 131:22,23

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 425-3 Filed 07/03/25 Page 183 of 186

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.