IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

IN RE:                                )
                                      )
CAMP LEJEUNE WATER LITIGATION         )
                                      )
This Document Relates To:             )
                                      )
ALL CASES                             )
                                      )

**UNITED STATES' MOTION TO SEAL**
**DOCKET No. 435**

    The Defendant, United States of America, moves the Court to allow the filing under seal of the United States' Motion for Participation of Counsel at Mediations found at Docket No. 435. The United States seeks to file the motion under seal to comply with Paragraph 6 of the Court's Sealed Order found at Docket No. 426. Plaintiffs' counsel objects to the Motion.

1

Dated: July 14, 2025                    Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

J. PATRICK GLYNN
Director,
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

*/s/ Alanna R. Horan*
ALANNA R. HORAN
D.C. Bar No. 1671335
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: Alanna.R.Horan@usdoj.gov
Telephone: (202) 616-4222
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,
United States of America*

## Certificate of Service

I hereby certify that on July 14, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Alanna R. Horan*
ALANNA R. HORAN
