IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| *IN RE:* | ) | |
| *CAMP LEJEUNE WATER LITIGATION* | ) | Case No: 7:23-cv-897 |
| | ) | |
| | ) | JOINT MOTION TO AMEND CASE |
| This Document Relates To: *ALL CASES* | ) | MANAGEMENT ORDER NO. 14 |
| | ) | |
| | ) | |
| | ) | |

The Plaintiffs' Leadership Group ("PLG") and Defendant United States of America jointly move the Court to enter the attached proposed order amending Case Management Order No. 14.

On July 9, 2024, this Court issued Case Management Order No. 14 (CMO-14), appointing Thomas J. Perrelli, of Jenner & Block, LLP, and Christopher G. Oprison, of DLA Piper, as Settlement Masters. *See* D.E. 251 at 1 (CMO-14). As explained in CMO-14, the Court appointed the Settlement Masters to "assist with facilitating discussions directly related to the Parties' establishing a settlement structure for Camp Lejeune Justice Act ("CLJA") cases." *Id.* at 2. The Settlement Masters have issued periodic status reports, explaining that the Settlement Masters have worked with the Parties to develop and disseminate a questionnaire as part of their efforts to establish such a settlement structure. *See* D.E. 406 (2d Status Report by Settlement Masters).

The Parties have discussed with the Settlement Masters, and agree that amending CMO-14 will materially assist in their efforts to disseminate a questionnaire. Specifically, the Settlement Masters should be permitted to receive Department of Justice data, including government data related to individual administrative claims, where such data is relevant and necessary to their duties under CMO-14. Currently, CMO-14 contemplates the potential need for the Settlement Masters to access Department of Justice data, as well as the data security standards that may govern such access. D.E.

251 at 6 (CMO-14). CMO-14 does not, however, describe when such access may be "needed." CMO-14 should be clarified to allow such access to Department of Justice data where the Department of Justice has determined such data is relevant and necessary to the Settlement Masters' duties. In particular, the Parties believe the Settlement Masters will require access to at least some individual administrative claims information, in order to identify claimants randomly selected to complete a questionnaire.

| | |
|---|---|
| DATED this 28th day of July 2025. | Respectfully submitted, |
| /s/ J. Edward Bell, III<br>J. Edward Bell, III (admitted *pro hac vice*)<br>Bell Legal Group, LLC<br>219 Ridge St.<br>Georgetown, SC 29440<br>Telephone: (843) 546-2408<br>jeb@belllegalgroup.com<br>*Lead Counsel for Plaintiffs* | BRETT SHUMATE<br>Assistant Attorney General,<br>Civil Division<br><br>JONATHAN GUYNN<br>Deputy Assistant Attorney General,<br>Torts Branch |
| /s/ Zina Bash<br>Zina Bash (admitted *pro hac vice*)<br>Keller Postman LLC<br>111 Congress Avenue, Ste. 500<br>Austin, TX 78701<br>Telephone: 956-345-9462<br>zina.bash@kellerpostman.com<br>*Co-Lead Counsel for Plaintiffs*<br>*and Government Liaison* | J. PATRICK GLYNN<br>Director,<br>Environmental Torts Litigation Section<br><br>BRIDGET BAILEY LIPSCOMB<br>Chief, Camp Lejeune Unit<br><br>ADAM BAIN<br>Special Litigation Counsel |
| /s/ Robin Greenwald<br>Robin L. Greenwald (admitted *pro hac vice*)<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>Telephone: 212-558-5802<br>rgreenwald@weitzlux.com<br>*Co-Lead Counsel for Plaintiffs* | /s/ Nathan J. Bu<br>NATHAN J. BU<br>N.Y. Bar No. 5702766<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Torts Branch<br>Environmental Torts Litigation<br>1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 705-5938<br>nathan.j.bu@usdoj.gov |
| /s/ Elizabeth Cabraser<br>Elizabeth Cabraser (admitted *pro hac vice*)<br>LIEFF CABRASER HEIMANN &<br>  BERNSTEIN, LLP<br>275 Battery Street, Suite 2900 | Attorney inquiries to DOJ regarding CLJA:<br>(202) 353-4426 |

San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

*/s/ W. Michael Dowling*
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

*/s/ James A. Roberts, III*
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*

*Counsel for Defendant United States of America*

## CERTIFICATE OF SERVICE

I certify that, on July 28, 2025, a copy of the foregoing Joint Motion to Amend Case Management Order No. 14 was served electronically on all counsel of record in this matter through the Court's CM/ECF.


Dated: July 28, 2025							*/s/ Nathan J. Bu*