IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) **ORDER AMENDING CASE** |
| | ) **MANAGEMENT ORDER NO. 14** |
| This document applies to: | ) |
| ALL CASES | ) |

Before the court is the joint motion [D.E. 446] by the Plaintiffs' Leadership Group ("PLG") and defendant United States to amend Case Management Order No. 14 ("CMO-14") [D.E. 251], which appointed Thomas J. Perrelli, of Jenner & Block, LLP, and Christopher G. Oprison, of DLA Piper, as Settlement Masters. *See* CMO-14 [D.E. 251] 1 (July 9, 2024). The joint motion seeks supplementation of the provisions in CMO-14 regarding disclosure of government data to the Settlement Masters. *See* Jt. Mot. [D.E. 446] 1-2; Proposed Ord. Allowing Jt. Mot. [D.E. 446-1]; CMO-14 [D.E. 251] 6 § VI.2. The Settlement Masters have advised the undersigned Magistrate Judge, who serves as Settlement Liaison (*see* CMO-14 [D.E. 251] 2), that they consent to the joint motion.

As explained in CMO-14, the court appointed the Settlement Masters to "assist with facilitating discussions directly related to the Parties' establishing a settlement structure for Camp Lejeune Justice Act ('CLJA') cases." *Id.* The Settlement Masters have issued periodic status reports, explaining that they have worked with the parties to develop and disseminate a questionnaire as part of their efforts to establish such a settlement structure. *See* 2d Status Rep. by Settle. Masters [D.E. 406] 4-5 (June 16, 2025). The court finds that the relief sought in the joint motion would further the efforts of the Settlement Masters for the reasons stated in the joint motion.

Accordingly, with the consent of the PLG, the United States, and the Settlement Masters, and pursuant to, among other authorities, the court's inherent powers and Federal Rule of Civil Procedure 53(a)(1)(A), the joint motion is ALLOWED and CMO-14 is AMENDED by supplementing the provisions regarding disclosure of government data to the Settlement Masters as follows:

The United States may disclose Department of Justice data, or other government data including data related to pending CLJA administrative claims, to the Settlement Masters, where the Department of Justice has determined such disclosure is relevant and necessary to the Settlement Masters' duties. The Settlement Masters shall follow the standard Department of Justice rules of behavior, and any procedures set forth in the Settlement Masters' Memorandum of Understanding with the Department of Justice, when accessing such data.

The Clerk shall include the Settlement Masters among those upon whom this order is served.

SO ORDERED, this 1st day of August 2025.

_____
James E. Gates
United States Magistrate Judge