IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | Case No: 7:23-cv-897 |
| | ) | |
| | ) | JOINT MOTION TO AMEND CASE |
| This Document Relates To: ALL CASES | ) | MANAGEMENT ORDER NO. 2 (CMO 2) |
| | ) | |
| | ) | |
| | ) | |

Pursuant to Federal Rules of Civil Procedure 1, 16(c)(2)(L), and 42(a)(3), the Plaintiffs' Leadership Group ("PLG") and Defendant United States of America (collectively, "the Parties"), jointly move the Court to amend Case Management Order No. 2 ("CMO 2"), D.E. 23. CMO 2 requires that "[d]ocuments that are intended to apply only to a particular action or group of actions (for example, actions set for trial)" should be filed "both in the Master Docket case file and the specified individual case files." D.E. 23 at 3; *see also* Text Order (June 9, 2025) ("In keeping with the courts filing procedures established in CMO 2, all future filings that are intended to apply only to a particular action or group of actions (for example, actions set for trial) should be filed both in the Master Docket case file and the specified individual case files.").

This requirement thus likely requires duplicative filings of numerous exhibits and other attachments where a *Daubert* motion or motion for summary judgment applies to fewer than all cases. In particular, the Parties are preparing to file *Daubert* motions and motions for summary judgment in Phases II and III. Some of those motions may apply to the five bellwether cases for each Track 1 disease, for example; other motions may apply to all twenty-five bellwether cases. Given the nature of Phases II and III, however, it is unlikely the motions would apply to "all cases." And, as prior practice has shown, each motion, in turn, may include

1

30-40 (or more) supporting exhibits. *See, e.g.*, D.E. 368-1 (listing 38 exhibits attached to the United States' memorandum in support of *Daubert* motion); D.E. 397-1 (listing 42 exhibits in support of PLG's response in opposition). Opening briefs in Phases II and III are both due on September 10, 2025; briefing will be completed on December 12, 2025. *See* D.E. 414.

With regard to Phase II and Phase III briefing, the repetitive filing of exhibits across individual dockets (which will have different docket entry numbers) risks unnecessary confusion and inefficient use of the Parties' resources. Confusion can be avoided, and resources preserved, if only *the motion itself* is filed on both the Master Docket and individual docket(s). Any supporting memoranda, opposition or reply briefs, exhibits, or other related filings would be filed *only* on the Master Docket, so there is one common source of briefing and exhibits. The Parties would be required to file a notice in the individual docket(s), referring back to the appropriate Master Docket filing for any supporting memoranda, opposition or reply briefs, exhibits or other related filings.

In cases consolidated in a Multidistrict Litigation ("MDL"), the Court can automatically distribute filings from the master docket to cases to which the filings apply. Attorneys file a document in the main MDL case which serves as the master docket. Choosing to "spread" the filing in the Electronic Case Filing system allows the filed to be automatically entered in cases that the attorney has selected as relevant to the filing. "This process streamlines the filing and notification process, ensuring that relevant documents are properly recorded and accessible within the individual case dockets as well as the main MDL docket."[1] While these cases have not been consolidated, the notice procedure proposed by this motion serves a similar function of efficiency by obviating the need to perform separate manual

---

[1] *See* Section 8  https://www.jpml.uscourts.gov/sites/jpml/files/FJC-2008-Ten%20Steps_MDL%20Guide%20for%20Transferee%20Clerks.pdf

2

electronic docket entry of all filings in each individual case to which a filing might apply.

In addition, there is a high likelihood that many exhibits will be used by both Parties across multiple *Daubert* and motions for summary judgment. This could include, for example, Phase II and Phase III expert reports and deposition transcripts, as well as certain commonly cited studies. Requiring the Parties to file these exhibits with each relevant motion would be duplicative, and laborious. To streamline this process, the Parties have agreed to meet and confer to negotiate two Joint Appendices each to be filed once on the Master Docket, and referred to in both Parties' related *Daubert* and motions for summary judgment. The first Joint Appendix shall include unsealed exhibits; a second Joint Appendix shall include proposed sealed exhibits. An index will be filed along with each Joint Appendix for ease of reference. The Parties reserve their rights to include additional exhibits in support of their Phase II and Phase III briefing. Any cited exhibits *not* included in a Joint Appendix shall be filed in conjunction with the relevant brief on the Master Docket. The Joint Appendices shall be submitted no later than **August 27, 2025**.

On a request from the Court, the United States previously agreed to a similar special filing process for this unique litigation to facilitate service of process. As indicated in Standing Order 23-SO-1, the United States agreed to receive service of Complaints electronically and forego any objection or motion to dismiss under Fed. R. Civ. P. 12(b)(5) for insufficient service of process under Fed. R. Civ. P. 4(i)(1).

A proposed order is attached.

DATED this 7th day of August 2025.            Respectfully submitted,

/s/ J. Edward Bell, III
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com *Lead Counsel for Plaintiffs*

/s/ Zina Bash
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs and Government Liaison*

/s/ Robin Greenwald
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

/s/ Elizabeth Cabraser
Elizabeth Cabraser (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

/s/ Nathan J. Bu
NATHAN J. BU
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 705-5938
nathan.j.bu@usdoj.gov

*Counsel for Defendant United States of America*

*/s/ W. Michael Dowling*
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

*/s/ James A. Roberts, III*
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529 Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street Salisbury,
North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*

*/s/ Hugh R. Overholt*
Hugh R. Overholt (NC Bar No. 016301)
Ward and Smith P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: (252) 672-5400
hro@wardandsmith.com
*Liaison Counsel for Plaintiffs*

*/s/ A. Charles Ellis*
A. Charles Ellis (N.C. Bar No.: 010865)
Ward and Smith P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: (252) 215-4000
ace@wardandsmith.com
*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on August 7, 2025, a copy of the foregoing Joint Motion to Amend CMO-2 was served electronically on all counsel of record in this matter through the Court's CM/ECF.

| | |
|---|---|
| Dated: August 7, 2025 | /s/ *Nathan J. Bu*<br>Nathan J. Bu |