IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-897

Raymond Sanders, )
)
)
v. )
) NOTICE OF APPEARANCE
UNITED STATES OF AMERICA, )
)
Defendant. )
)

Please enter the appearance of the following attorney on behalf of Defendant in the above-captioned matter:

Alanna R. Horan
Trial Attorney
U.S. Department of Justice
D.C. Bar No. 1671335
E-mail: Alanna.R.Horan@usdoj.gov
Telephone: (202) 616-4222
Fax: (202) 616-4473

Street Address:
1100 L St. NW. 3522
Washington, DC 20005

U.S. Mail Address:[47]
P.O. Box 340, Ben Franklin Station
Washington, DC 20044

DATED this 15th day of August, 2025.

Respectfully submitted,

---

[47] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All materials should be sent via private delivery service to the street address above.

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General, Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit
Environmental Torts Litigation Section

ADAM BAIN
Special Litigation Counsel, Torts Branch
Environmental Torts Litigation Section

*/s/ Alanna R. Horan*
ALANNA R. HORAN
Trial Attorney
D.C. Bar No. 1671335
Civil Division Torts Branch
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: Alanna.R.Horan@usdoj.gov
Telephone: (202) 616-4222
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

# CERTIFICATE OF SERVICE

I hereby certify that on Friday, August 15, 2025, a copy of the foregoing Notice of Appearance was filed via the Court's ECF system and served on counsel of record through the ECF system.

*/s/ Alanna R. Horan*
ALANNA R. HORAN