IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | O R D E R |
| ) | |
| This Document Relates to: ) | |
| ALL CASES ) | |

This matter is before the court on the parties' joint motion to amend Case Management Order No. 2 ("CMO 2") [DE-450]. Pursuant to Fed. R. Civ. P. 1, 16(c)(2)(L), and 42(a)(3), and good cause having been shown, the court amends CMO 2 [DE-23] as follows and hereby orders that:

1) The court strikes the last sentence of Paragraph IV.C (Captions and Separate Filings) of CMO 2, reading "A Party should file documents of this nature both in the Master Docket case file and the specified individual case files."

2) The court amends Paragraph IV.C (Captions and Separate Filings) of CMO 2 to include "A Party should file motions of this nature both in the Master Docket case file and the specified individual case files. For purposes of Phase II and Phase III *Daubert* motions and motions for summary judgment, however, a Party may file any supporting memoranda, opposition or reply briefs, exhibits, or other filings related to such a motion only in the Master Docket, provided that the Party also files a notice of such filing in the specified individual case files. The notice filed in the specified individual case file shall refer to the appropriate docket entries on the Master Docket.

For the Phase II and Phase III Daubert and motions for summary judgment, the Parties shall also file two Joint Appendices of exhibits on the Master Docket. The first Joint Appendix

shall include unsealed exhibits; a second Joint Appendix shall include proposed sealed exhibits. Each Joint Appendix shall be filed with an index. The Joint Appendices shall be filed no later than **August 27, 2025**. All Phase II and Phase III *Daubert* and motions for summary judgment shall refer to the entries on the joint Appendix when citing to relevant exhibits therein. Cited exhibits *not* included in the Joint Appendix shall be filed in conjunction with the relevant brief on the Master Docket."

SO ORDERED, the 19th day of August, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge