# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# NO. 7:23-CV-897

| | |
|---|---|
| IN RE: <br><br> CAMP LEJEUNE WATER LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> ALL CASES | SUGGESTION OF SUBSEQUENTLY DECIDED CONTROLLING AUTHORITY RELATED TO THE UNITED STATES' WATER MODELING MOTION <br> [D.E. 367] |

Pursuant to Local Civil Rule 7.1(h), the United States hereby files this suggestion to notify the Court of an opinion published yesterday by the Fourth Circuit Court of Appeals: *Sommerville v. Union Carbide Corp.*, ---F.4th ----, 2025 WL 2383496 (4th Cir. Aug. 18, 2025).

Dated: August 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief
Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

GIOVANNI ANTONUCCI
ALLISON M. O'LEARY
ALANNA R. HORAN
KAILEY SILVERSTEIN
Trial Attorneys

*/s/ Haroon Anwar*
HAROON ANWAR

Acting Assistant Director
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
1100 L Street, NW
Washington, DC 20005
(202) 616-8364
Fax (202) 616-4473
haroon.anwar@usdoj.gov

*Attorneys for Defendant,
United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, a copy of the foregoing was filed via the Court's ECF system and served on counsel of record through the ECF system.

                                        */s/ Haroon Anwar*
                                        HAROON ANWAR