IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS
PHASE I (Volume 1)

# Joint Appendix (Phase I Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE I** | | | | |
| 001 | PLG Phase I Exp Discl | PLG | PLG's Phase I Expert Disclosure (October 25, 2024) | 10/25/2024 |
| 002 | PLG Phase I Rebuttal Exp Discl | PLG | PLG's Phase I Rebuttal Expert Disclosure (January 14, 2025) | 1/14/2025 |
| 003 | US Phase I Exp Discl | United States | USA's Phase I Expert Disclosure (December 9, 2024) | 12/9/2024 |
| 004 | Aral Rep | Mustafa M Aral | Expert Report Prof Mustafa M Aral | 10/23/2024 |
| 005 | Aral Dep Tr | Mustafa Aral | Deposition Transcript | 2/6/2025 |
| 006 | Brigham 1st Rep | Jay Brigham | Expert Report of Jay L Brigham, PhD | 12/9/2024 |
| 007 | Brigham 1st Rep Err | Jay Brigham | Phase I Expert Report Errata | 2/13/2025 |
| 008 | Brigham 1st MCL | Jay Brigham | Phase I Expert Report Reliance Materials, Attachments A-C | 12/16/2024 |
| 009 | Brigham 2d Rep | Jay Brigham | Expert Report of Jay L Brigham, PhD | 2/7/2025 |
| 010 | Brigham 2d MCL | Jay Brigham | Phase II Expert Report Reliance | 2/14/2025 |
| 011 | Brigham Dep Tr | Jay Brigham | Deposition Transcript | 3/27/2025 |
| 012 | Brigham Dep Err | Jay Brigham | Deposition Errata | 5/2/2025 |
| 013 | Hennet Rep | Remy J-C Hennet | Expert Report of Remy J-C Hennet | 12/9/2024 |
| 014 | Hennet 1st Rep Err | Remy J-C Hennet | Report Errata 12/16/2024 | 12/16/2024 |
| 015 | Hennet 2d Rep Err | Remy J-C Hennet | Report Errata 2/28/2025 | 2/28/2025 |
| 016 | Hennet MCL | Remy J-C Hennet | Expert Report Reliance Materials | |
| 017 | Hennet Suppl MCL | Remy J-C Hennet | Expert Report Supplemental Reliance Materials | |
| 018 | Hennet 1st Dep Tr | Remy J-C Hennet | Deposition Transcript | 3/20/2025 |
| 019 | Hennet 1st Dep Err | Remy J-C Hennet | 3/20/2025 Deposition Errata | |
| 020 | Hennet 2d Dep Tr | Remy J-C Hennet | Deposition Transcript | 6/4/2025 |
| 021 | Jones & Davis Rep | Norman L Jones & R Jeffery Davis | Tarawa Terrace Flow and Transport Model Post-Audit | 10/25/2024 |
| 022 | Jones & Davis MCL | Norman L Jones & R Jeffery Davis | Materials Considered List Initial Report (Revised) | 11/5/2024 |

# Joint Appendix (Phase I Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 023 | Jones & Davis Rebuttal | Norman L Jones & R Jeffery Davis | Rebuttal Report Regarding Tarawa Terrace Flow and Transport Model Post-Audit | 1/14/2025 |
| 024 | Jones & Davis Rebuttal MCL | Norman L Jones & R Jeffery Davis | Materials Considered List Rebuttal Report | 1/21/2025 |
| 025 | Davis Dep Tr | R Jeffrey Davis | Deposition Transcript | 2/13/2025 |
| 026 | Davis Dep Err | R Jeffery Davis | Deposition Errata | 3/21/2025 |
| 027 | Jones Dep Tr | Norman L Jones | Deposition Transcript | 2/14/2025 |
| 028 | Jones Dep Err | Norman L Jones | Deposition Errata | 3/21/2025 |
| 029 | Kelman Rep | Ari Kelman | Expert Report of Ari Kelman, PhD | 2/7/2025 |
| 030 | Kelman MCL | Ari Kelman | Expert Report Reliance Materials | 2/14/2025 |
| 031 | Kelman 1st Dep Tr | Ari Kelman | Deposition Transcript | 4/1/2025 |
| 032 | Kelman 2d Dep Tr | Ari Kelman | Deposition Transcript | 4/8/2025 |
| 033 | Kelman Dep Err | Ari Kelman | Deposition Errata | 5/6/2025 |
| 034 | Konikow Rebuttal | Leonard F Konikow | Rebuttal to Reports of Dr Alex Spiliotopoulos and Dr Remy J-C Hennet | 1/13/2025 |
| 035 | Konikow Dep Tr | Leonard F Konikow | Deposition Transcript | 2/25/2025 |
| 036 | Longley 1st Rep | Kyle Longley | In re Camp Lejeune Water Litig, Master Case No 7:23-CV-897 (EDNC) Expert Report of Dr Kyle Longley December 7, 2024 | 12/7/2024 |
| 037 | Longley 1st MCL | Kyle Longley | Materials Considered List to Expert Report of Kyle Longley | 12/27/2024 |
| 038 | Longley 2d Rep | Kyle Longley | Camp Lejeune Justice Act Litigation Rebuttal Report of Kyle Longley | 1/13/2025 |
| 039 | Longley 2d MCL | Kyle Longley | Materials Considered List to Phase I Rebuttal Report (Kyle Longley) | 1/23/2025 |
| 040 | Longley 3d Rep | Kyle Longley | Response to Dr Brigham and Dr Kelman Reports dated 2/7/25 | 3/17/2025 |

# Joint Appendix (Phase I Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 041 | Longley 3d MCL | Kyle Longley | Material Considered List to Response to Dr Brigham and Dr Kelman Reports dated 2/7/25 | 3/18/2025 |
| 042 | Longley Dep Tr | Kyle Longley | Deposition Transcript | 4/3/2025 |
| 043 | Maslia Rep | Morris L Maslia | Expert Report of Morris L Maslia, PE, DWRE, DEE, Fellow EWRI | 10/25/2024 |
| 044 | Maslia Suppl Rep | Morris Maslia | Supplemental Report of April 24, 2025 | 4/24/2025 |
| 045 | Maslia Rebuttal | Morris L Maslia | Rebuttal Response to: Reports of Alexandros Spiliotopoulos, Remy J-C Hennet & Jay Brigham | 1/14/2025 |
| 046 | Maslia Am MCL | Morris L Maslia | Revised Materials Considered List for Rebuttal Report | 1/24/2025 |
| 047 | Maslia 1st Dep Tr | Morris L Maslia | Deposition Transcript | 9/26/2024 |
| 048 | Maslia 1st Dep Err | Morris Maslia | September 26, 2024 Deposition Errata | 9/26/2024 |
| 049 | Maslia 2d Dep Tr | Morris L Maslia | Deposition Transcript | 3/13/2025 |
| 050 | Maslia 2d Dep Err | Morris Maslia | May 29, 2025 Deposition Errata | 5/29/2025 |
| 051 | Maslia 3d Dep Tr | Morris L Maslia | Deposition Transcript | 5/29/2025 |
| 052 | Maslia 3d Dep Err | Morris Maslia | March 13, 2025 Deposition Errata | 3/13/2025 |
| 053 | Sabatini Rebuttal Rep | David Sabatini | Expert Rebuttal Report of David Sabatini, PhD, PE, BCEE | 1/14/2025 |
| 054 | Sabatini MCL | David Sabatini | Materials Considered - Expert Rebuttal Report of David Sabatini | 1/21/2025 |
| 055 | Sabatini Suppl MCL | David Sabatini | Supplemental/Amended Materials Considered List- Expert Rebuttal Report of David Sabatini | 4/9/2025 |
| 056 | Sabatini Dep Tr | David Sabatini | Deposition Transcript | 4/11/2025 |
| 057 | Sabatini Dep Err | David Sabatini | Deposition Errata | 4/24/2025 |

# Joint Appendix (Phase I Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 058 | Spiliotopoulos Rep | Alexandros Spiliotopoulos | Expert Report of Alexandros Spiliotopoulos, PhD | 12/9/2024 |
| 059 | Spiliotopoulos Rep Err | Alexandros Spiliotopoulos | Errata to Report | 2/28/2025 |
| 060 | Spiliotopoulos Suppl MCL | Alexandros Spiliotopoulos | Supplemental and Corrected Materials Considered List | 2/28/2025 |
| 061 | Spiliotopoulos Dep Tr | Alexandros Spiliotopoulos | Deposition Transcript | 3/18/2025 |
| 062 | Spiliotopoulos Dep Err | Alexandros Spiliotopoulos | 3/18/2025 Deposition Errata | N/A |