# Exhibit 20

1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF NORTH CAROLINA

3                  SOUTHERN DIVISION

4                 No. 7:23-CV-00897

5    ---------------------------

6    IN RE:

7    CAMP LEJEUNE WATER LITIGATION

8

9    This Document Relates to:

10   ALL CASES

11   ---------------------------   VOLUME II

12

13        VIDEO-RECORDED EXPERT DEPOSITION OF

14             REMY J.-C. HENNET, PhD

15

16            Wednesday, June 4, 2025

17             9:19 AM Eastern Time

18

19

20

21

22

23   Reported by:  Denise Dobner Vickery, CRR, RMR

24   Job No. MDLG7371943

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 2 of 301

1

2

3

4

5

6

7                    Wednesday, June 4, 2025

8                    9:19 AM Eastern Time

9

10         Video-Recorded Expert Deposition of

11  REMY J.-C. HENNET, PhD, Volume II, held at the

12  offices of:

13

14         MOTLEY RICE LLC

15         401 9th Street NW

16         Suite 1001

17         Washington, DC 20004

18

19

20         Pursuant to notice, before Denise

21  Dobner Vickery, Certified Realtime Reporter,

22  Registered Merit Reporter, and Notary Public in

23  and for the District of Columbia.

24

```
 1   APPEARANCES:

 2

 3   Representing the Plaintiffs:

 4           WEITZ & LUXENBERG

 5           BY:  LAURA J. BAUGHMAN, ESQ.

 6           BY:  DEVIN BOLTON, ESQ. (VIA ZOOM)

 7           700 Broadway

 8           New York, NY 10003

 9           212.558.5915

10           lbaughman@weitzlux.com

11           dbolton@weitzlux.com

12

13   Representing the Plaintiffs:

14           MOTLEY RICE LLC

15           BY:  MARGARET SCALISE JOHNSON, ESQ.

16               (VIA ZOOM)

17           28 Bridgeside Boulevard

18           Mt. Pleasant, SC 29464

19           843.216.9239

20           mscalise@motleyrice.com

21

22

23

24
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 4 of 301

1    APPEARANCES:   (Continued)

2

3    Representing the Plaintiffs:

4           KELLER POSTMAN LLC

5           BY:  ZINA BASH, ESQ. (VIA ZOOM)

6           111 Congress Avenue, Suite 500

7           Austin, TX 78701

8           512.690.0990

9           zina.bash@kellerpostman.com

10

11

12   Representing the United States of America:

13          U.S. DEPARTMENT OF JUSTICE

14          BY:  ALLISON O'LEARY, ESQ.

15          BY:  ALANNA HORAN, ESQ.

16          1100 L Street NW

17          Washington, DC 20005

18          202.552.9843

19          allison.o'leary@usdoj.gov

20          allana.horan@usdoj.gov

21

22

23

24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 5 of 301

1   APPEARANCES:  (Continued)

2

3   ALSO PRESENT:

4          Deshawn White - Videographer

5   (ZOOM)  Deanna Havai, Paralegal - Motley Rice

6   (ZOOM)  Haroon Anwar, Esq. - DOJ

7   (ZOOM)  Giovanni Antonucci, Esq. - DOJ

8   (ZOOM)  Joseph Sclesky, Intern - DOJ

9   (ZOOM)  Mike Dowling, Esq. - The Dowling Firm

10  (ZOOM)  Dennis Reich, Esq. - Reich and Binstock

11  (ZOOM)  Tim Thompson

12  (ZOOM)  William Williams

13

14

15

16

17

18

19

20

21

22

23

24

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 6 of 301

1                          INDEX

2    EXAMINATION OF REMY J.-C. HENNET, PhD        PAGE

3    FURTHER BY MS. BAUGHMAN                        302

4    BY MS. O'LEARY                                 523

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 7 of 301

1                    DEPOSITION EXHIBITS

2                  (Attached to transcript.)

3    NUMBER                                        PAGE

4    EXHIBIT 30  E-mail (topmost) dated          304

5                May 1, 2025, Joshua Carpenito to

6                Kevin Dean, Dawn Bell, Jim Roberts

7    EXHIBIT 31  Expert Report of                307

8                Remy J.-C. Hennet, December 9, 2024

9    EXHIBIT 32  E-mail (topmost) dated 3/21/2007  310

10               Tegwyn Williams to Adam Bain re

11               Building 902, MCB Camp Lejeune, NC

12               CLJA_UST02-0000522322 - 2323

13   EXHIBIT 33  E-mail dated 6/8/2007 re         314

14               Bldg 902/Site 88 Drilling

15               CLJA_UST02-0000523534

16   EXHIBIT 34  Supplemental and Corrected       317

17               Reliance List

18   EXHIBIT 35  S.S. Papadopulos & Associates    342

19               Invoices (top) 9/21/2022

20               CLJA_UST02-00000000001 - 0042

21   EXHIBIT 36  S.S. Papadopulos & Associates    342

22               Invoices (top) 9/21/2022

23               CLJA_UST02-00000000043 - 0287

24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 8 of 301

```
 1   NUMBER                                          PAGE

 2   EXHIBIT 37   S.S. Papadopulos & Associates      342

 3                Invoices (top) 12/31/2019

 4                CLJA_UST02-00000000288 - 0407

 5   EXHIBIT 38   ATSDR Support - Estimation of       353

 6                VOC Removal, December 2004,

 7                AH Environmental Consultants, Inc.

 8                CLJA_WATERMODELING_

 9                01-0000071446 - 1512

10   EXHIBIT 39   Photographs Time-Stamped            353

11                02/11/2025

12                HENNET_USA_0000000001 - 0096

13   EXHIBIT 40   Photographs                         354

14                CLJA_PHOTOS-SSPA_0000000001 - 0045

15   EXHIBIT 41   Photograph Time-Stamped             384

16                02/11/2025

17                HENNET_USA_0000000009

18   EXHIBIT 42   Sunday - Jan. 27, 1985, 1300        440

19                CLJA_USMCGEN_0000006684
```

```
20

21

22

23

24
```

| | NUMBER | | PAGE |
|---|---|---|---|
| 1 | | | |
| 2 | EXHIBIT 43 | Analyses and Historical | 451 |
| 3 | | Reconstruction of Groundwater Flow, | |
| 4 | | Contaminant Fate and Transport, and | |
| 5 | | Distribution of Drinking Water | |
| 6 | | Within the Service Areas of the | |
| 7 | | Hadnot Point and Holcomb Boulevard | |
| 8 | | Water Treatment Plants and | |
| 9 | | Vicinities, U.S. Marine Corps Base | |
| 10 | | Camp Lejeune, North Carolina | |
| 11 | | Chapter A: Summary and Findings | |
| 12 | | CLJA_WATERMODELING_ | |
| 13 | | 01-0000942579 - 1512 | |
| 14 | EXHIBIT 44 | Handwritten document with X's | 457 |
| 15 | | and numbers labeled Nov. 84 | |
| 16 | | December 84, Jan 85. | |
| 17 | | CLJA_WATERMODELING_ | |
| 18 | | 07-0000019001 - 9004 | |
| 19 | EXHIBIT 45 | Hadnot Point 8/5/2008 | 477 |
| 20 | | Questions for Mr. Mundt | |
| 21 | | CLJA_WATERMODELING_ | |
| 22 | | 05-0001040308 - 0319 | |
| 23 | | | |
| 24 | | | |

```
 1   NUMBER                                      PAGE

 2   EXHIBIT 46   Hadnot Point & Holcomb Blvd.     477

 3                8/5/2008

 4                CLJA_UST02-0004149161 - 9194

 5   EXHIBIT 47   Readings 1/28/85 - 2/5/85        485

 6                CLJA_USMCGEN_0000004794 - 4798

 7

 8

 9                 REFERENCED EXHIBITS

10               (Attached to transcript.)

11   NUMBER                                      PAGE

12   Exhibit 11   HENNET_USA_00000000034 - 76     371
```

```
13

14

15

16

17

18

19

20

21

22

23

24
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 11 of 301

```
 1                    P R O C E E D I N G S
 2                          - - -
 3                    THE VIDEOGRAPHER:  We are now
 4         on the record.
 5                    My name is Deshawn White.  I'm
 6         a videographer for Golkow, a Veritext
 7         division.  Today's date is June 4, 2025
 8         and the time is 9:19 AM.
 9                    This video is being held at
10         401 9th Street, Northwest, Washington, DC
11         in the matter of Camp Lejeune Water
12         Litigation versus United States of
13         America for the United States District
14         Court for the Eastern District of -- is
15         it North Carolina?
16                    MS. BAUGHMAN:  Yes.
17                    THE VIDEOGRAPHER:  Thank you.
18                    The deponent is Remy
19         Jean-Claude Hennet.
20                    The court reporter is Denise
21         Vickery.
22                    Will counsel please identify
23         themselves, followed by the court
24         reporter administering the oath.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 12 of 301

1               MS. BAUGHMAN:  Laura Baughman

2         for the plaintiffs.

3               MS. O'LEARY:  Allison O'Leary

4         for the Department of Justice.

5               MS. HORAN:  Alanna Horan here

6         on behalf of the United States.

7                         - - -

8               REMY J.-C. HENNET, PhD

9    recalled for examination, and, after having been

10   duly sworn, was examined and testified further as

11   follows:

12                         - - -

13                  FURTHER EXAMINATION

14                         - - -

15   BY MS. BAUGHMAN:

16       Q.      Can you please state your name for

17   the record?

18       A.      My name is Remy Jean-Claude Hennet.

19       Q.      Dr. Hennet, my name is Laura

20   Baughman.  I'm an attorney, and I represent the

21   plaintiffs in the Camp Lejeune litigation.

22               You understand that?

23       A.      Yes, I do.

24       Q.      Okay.  And you understand that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 13 of 301

1  you're here today testifying under oath just as if

2  you're in court in front of the judges?

3      A.      Yes, I do.

4      Q.      Okay.  If you don't understand any

5  question I ask you, will you please let me know?

6      A.      I will.

7      Q.      Otherwise, if you answer a question,

8  I'm going to assume that you understood it.

9          Is that fair?

10     A.      I suppose, yes.

11     Q.      Okay.  Is there any reason you

12  cannot testify truthfully here today?  Like are

13  you on any medications or having any -- any health

14  or other issues?

15     A.      No.

16     Q.      Okay.  Great.

17          I want to start with your history in

18  working on Camp Lejeune-related matters.

19          So is it correct that you first

20  started working on anything related to Camp

21  Lejeune in 2005?

22     A.      Approximately, yes.

23          MS. BAUGHMAN:  Okay.  And just

24      for context, I'm going to mark an e-mail

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 14 of 301

1           that was sent to us by one of the
2           attorneys at the Department of Justice.
3           I just have a quick question about that.
4           Okay?
5                     (Document marked for
6           identification as Exhibit 30.)
7  BY MS. BAUGHMAN:
8      Q.        So this is an e-mail from Joshua
9  Carpentito -- I may -- Carpenito, I guess, from
10  May 1, 2025 sent to me and other counsel
11  representing the plaintiffs, and he indicated
12  that:
13                "The United States has confirmed
14  through internal documentation that Dr. Remy
15  Hennet was retained by the Department of Justice
16  as of February 25, 2005 in Gros -- that's
17  G-r-o-s -- versus United States" and it goes on
18  from there, and that was "an action under the
19  Federal Tort Claims Act claiming personal injury
20  as a result of exposure to contaminated water at
21  Camp Lejeune."
22                MS. O'LEARY:  And I'm sorry to
23           interrupt.  What is the exhibit number
24           for this?  It might be marked on there,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 15 of 301

```
 1           but I didn't hear it.
 2                        MS. BAUGHMAN:  It's Exhibit
 3           30.
 4                        MS. O'LEARY:  30.  Thank you.
 5                        MS. BAUGHMAN:  Okay.
 6    BY MS. BAUGHMAN:
 7           Q.     So, Dr. Hennet, does that -- is that
 8    correct?  Is that consistent with your
 9    recollection that you were retained on
10    February 25, 2005 in the Gros case?
11                        MS. O'LEARY:  Object to
12           foundation.
13                        THE WITNESS:  I don't recall
14           the details of it, but I was retained by
15           the DOJ in 2005.  That's what I recall.
16    BY MS. BAUGHMAN:
17           Q.     To work on personal injury -- a
18    personal injury case related to Camp Lejeune?
19           A.     Yes.  I was retained as -- as an
20    expert --
21           Q.     Yes.
22           A.     -- as to basically do some work on
23    the contamination in the water supply.
24           Q.     Okay.  Do you know how many
```

1    different litigation cases you've been retained on
2    by the Department of Justice related to Camp
3    Lejeune?
4         A.       Yes, there were more than one, but I
5    don't know exactly.
6         Q.       Okay.  Other -- before we started
7    the deposition, I handed you a copy of the
8    deposition that was taken of you on March 20, 2005
9    (sic) in the Camp Lejeune Water Litigation, the
10   same litigation we're here today for.
11                 You understand that?
12        A.       I do.
13        Q.       Okay.  Other than the March 20, 2005
14   (sic) deposition, have you ever testified under
15   oath regarding Camp Lejeune before?
16                 MS. O'LEARY:   Object to
17            foundation.
18                 THE WITNESS:   I do not
19            recall.  I would have to look at my CV
20            for that because all the cases that were
21            either deposition or trial testimony are
22            listed in my CV.  All of them in my -- in
23            my full CV.
24   BY MS. BAUGHMAN:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 17 of 301

1      Q.      Not in the CV that was produced here

2   today; correct?

3           A.      I don't know.

4                   MS. BAUGHMAN:  Well, let's

5           look at that then.

6                   I'm marking as Exhibit 31 your

7           December 9, 2004 report that you produced

8           in this case.

9                   (Document marked for

10          identification as Exhibit 31.)

11  BY MS. BAUGHMAN:

12          Q.      And there is an exhibit to your

13  report that has your CV, and take a look at that

14  and let me know if you've ever testified before

15  regarding Camp Lejeune other than on March 20,

16  2025.

17          A.      I have to find it in this document.

18          Q.      Yeah.

19          A.      (Reviews document.)

20          Q.      It's Attachment A.  There you go.

21          A.      I just found it.  Okay.

22          Q.      So fifth page of the Attachment A

23  provides deposition experience, but it's only 2020

24  to present, and my question is not limited to

1  that.

2           I'm asking:  Have you ever testified

3  regarding Camp Lejeune?

4      A.      Again, you know, my full CV, I

5  guess, is accessible on the webpage of my company,

6  and here for this report I was -- I was asked or

7  directed to basically provide information as far

8  as my testimonies were concerned for the last four

9  or five years.  That's what I -- that's what I

10 recall.

11     Q.      Okay.  So based on your memory,

12 you're saying you don't know whether you've ever

13 testified under oath before March 20, 2025

14 regarding Camp Lejeune; is that correct?  You

15 don't remember?

16     A.      Well, I know I did some reports.  I

17 did some declarations and I, you know, it has been

18 20 years span that we are talking about.  And my

19 memory, I do not have an answer for you that will

20 be detailed, no.

21     Q.      But if I go online on your company's

22 website, that lists -- that provides the full list

23 of your prior testimony and that will give me the

24 answer.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 19 of 301

1          Is that what you're saying?

2     A.     That's what I am saying.

3     Q.     Okay.  Thank you.

4          Has all of your work related to Camp

5  Lejeune been on behalf of the Department of

6  Justice?

7     A.     Yes.

8     Q.     And has all of your work related to

9  Camp Lejeune been related to litigation matters?

10     A.     I believe so, but I am -- it could

11  have been that I may have been asked to do some

12  consulting at some point.  I -- but, by and large,

13  it was always related to some type of litigation.

14     Q.     Wait.  Who asked you to do

15  non-litigation consulting related to Camp Lejeune?

16               MS. O'LEARY:  Object to

17          foundation.

18               THE WITNESS:  I don't know if

19          I ever did that and I don't know.  I

20          wouldn't know who ask me to do anything

21          like this.  But we're talking about 20

22          years and, you know, I am a consultant.

23          So sometimes I am asked questions about

24          being retained as an expert.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 20 of 301

1    BY MS. BAUGHMAN:

2         Q.      Okay.  As your -- based on your best

3    recollection today, can you identify any

4    non-litigation work you've ever done related to

5    Camp Lejeune?

6         A.      Right here I cannot identify any --

7         Q.      Okay.

8         A.      -- at this today.

9               MS. BAUGHMAN:  I'm going to

10        hand you what I've marked as Exhibit 32

11        to your deposition.

12                  (Document marked for

13        identification as Exhibit 32.)

14   BY MS. BAUGHMAN:

15        Q.      Here you go.

16        A.      Thank you.

17        Q.      And Exhibit 32 is Bates-stamped

18   CLJA_UST02-0000522322 through 323.  It's an e-mail

19   chain.

20              I'm going to direct your attention

21   to the e-mail in the first page at the bottom half

22   of the page from you to Adam Bain, subject

23   "Building 902."

24              Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 21 of 301

1      A.      Yes, I do.

2      Q.      Okay.  And this e-mail you're

3  writing to Mr. Bain and you're recommending -- you

4  see in that second paragraph -- "that 4 boreholes

5  be constructed to establish the groundwater flow

6  direction in the area of building 902."

7              Do you see that?

8                  MS. O'LEARY:  Object to form

9        and foundation.

10                 THE WITNESS:   I see that.

11 BY MS. BAUGHMAN:

12     Q.      Okay.  And in the fourth paragraph

13 of that e-mail you say:

14             "In the new borings, groundwater

15 samples should be collected at the water table and

16 deeper at 20-feet depth increments and analyzed

17 for TCE and PCE."

18             Do you say that?  You see that?

19     A.      I see that.

20     Q.      And then in the next paragraph you

21 say:

22             "Soil samples should be collected in

23 one borehole at depths of about 20, 40, and 80

24 feet and analyzed for their fraction organic

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 22 of 301

1    carbon."

2              You see that?

3        A.     I see that.

4              MS. O'LEARY:  Object to

5        foundation.

6    BY MS. BAUGHMAN:

7        Q.     Okay.  Why were you making these

8    recommendations regarding boreholes, groundwater

9    samples, and soil samples in September of 2006?

10       A.     Well, I -- my recollection is at the

11   time I was trying to understand where the

12   contamination was coming from to some water supply

13   ways that were contaminated.  That's -- that's a

14   reason why I was doing this.  That was part of the

15   first phase of things that I did after having been

16   retained by the DOJ.

17       Q.     So this -- so this was -- the

18   request for the drilling of the boreholes and the

19   groundwater samples and the soil samples was done

20   in connection with litigation that the DOJ hired

21   you to work on; is that correct?

22       A.     Well, my recollection is, is that I

23   was just trying to understand the sources.

24       Q.     For what purpose?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 23 of 301

1          A.       For the purpose of why was it
2    contamination in the water supply.
3          Q.       But why?
4          A.       In certain -- in certain specific
5    wells, and if I recall for this, that was I think
6    the wells were 60 -- 600 series of wells that are
7    along there.
8          Q.       In the Hadnot Point area?
9          A.       In the Hadnot Point area.
10         Q.       Okay.  But I guess you were hired to
11   do this work by someone; right?  I mean, you
12   weren't doing it for your own edification?
13         A.       I think that was part of what I was
14   hired for in -- in -- for the Camp Lejeune issue.
15   I think at the beginning, there was some unknown
16   as far as certain wells had contamination, and in
17   order to understand that, I wanted to understand
18   where it come from.
19         Q.       So --
20         A.       Where it came from.  Sorry.
21         Q.       Right.
22                  So you're e-mailing Mr. Bain.
23                  You're clearly doing this work for
24   the Department of Justice; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 24 of 301

```
1       A.       Yeah, yeah, yeah.  Yes.
2       Q.       Okay.  For the litigation?
3       A.       That's my understanding, yeah.
4       Q.       Well, for example, did you do any
5  work to help remediate the Camp Lejeune site?
6       A.       No, I did not do remediation work.
7       Q.       Okay.
8       A.       But the information that I
9  recommended be acquired, I suppose, was relevant
10  to what I did, but it might have been relevant to
11  what other people did who might have been
12  basically involved in the remediation work.
13      Q.       But that wasn't your purpose in
14  doing this?
15      A.       No.
16                    MS. BAUGHMAN:  Okay.  So I'm
17          handing you what's marked as Exhibit 33
18          to your deposition.
19                    (Document marked for
20          identification as Exhibit 33.)
21  BY MS. BAUGHMAN:
22      Q.       And Exhibit 33 is Bates-stamped
23  CLJA_UST02-0000523534, and this is just a
24  one-paragraph e-mail from Scott Williams to Robert
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 25 of 301

1    Lowder on June 8, 2007, and it says "Bob" -- this
2    is from Scott.
3                    "Bob, I just spoke with Remy Hennet.
4    He formed me that he has the data he needs."
5                    And if you go down toward the bottom
6    of the e-mail, the second to last line it says:
7                    "As far as Remy is concerned it is
8    the CERCLA teams call.  He has what he needs."
9                    Do you know what -- what you needed
10   at that time?  Do you remember this?
11        A.        Vaguely, but if I recollect what I
12   needed was understanding the direction of
13   groundwater flow around well 600 series, and --
14   and I also wanted to have basically measurements
15   of the fraction organic carbon in the groundwater
16   environment.  And that's what I recall that's what
17   I needed.
18        Q.        Okay.  Do you remember, did you ever
19   request any other testing be done at Camp Lejeune
20   other than the e-mails I've just shown you?
21        A.        No.  The exception would be recently
22   I had -- before my expert report, I had asked via
23   counsel for the -- the water treatment personnel
24   to measure something in there related to a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 26 of 301

1    spiractor --

2         Q.      Okay.

3         A.      -- effluent pipe.

4         Q.      Yes.  We're definitely going to talk

5    about that.

6                 So other than the requests that are

7    documented in Exhibits 32 and 33 that we just

8    talked about and your request for a measurement of

9    the spiractor pipe at the water treatment plant,

10   have you ever requested any other testing be done

11   at Camp Lejeune?

12        A.      I don't recollect any.

13        Q.      Okay.  So in your last deposition,

14   you testified that you had been to Camp Lejeune

15   three times.

16                Is that consistent -- no, that's not

17   right.

18                Three times in this case; is that

19   correct?

20        A.      That's what I recall, yes.

21        Q.      Okay.  Do you know how many other

22   times you've been to Camp Lejeune other than for

23   the purpose of this case?

24        A.      I do not recall exactly, but there

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 27 of 301

1   were instances where I went to do site visit at
2   Camp Lejeune, yes, and probably early on as that's
3   what I recall.
4           Q.     Okay.  Each time you went, that
5   would have been for purposes of litigation matters
6   for the DOJ; right?
7           A.     Yes.
8                       MS. BAUGHMAN:  Okay.  Okay.
9            I'm handing you what we've marked as
10           Exhibit 34 to your deposition.
11                       (Document marked for
12           identification as Exhibit 34.)
13                       MS. BAUGHMAN:  And this is the
14           Supplemental and Corrected Reliance List
15           that was provided to us by DOJ in
16           February of 2025.
17                       Let me also -- I already --
18           what's the exhibit number for the report?
19           Can you remind me?  Is that 30?
20                       THE WITNESS:  For the report?
21           Excuse me.
22                       MS. O'LEARY:  31.
23                       THE WITNESS:  31, right.
24                       MS. BAUGHMAN:  Thank you.

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 28 of 301

1    BY MS. BAUGHMAN:

2         Q.      All right.  Does the Supplemental

3    and Corrected Reliance List list all of the

4    documents that you reviewed and you're relying on

5    for your opinions in this case?

6         A.      Well, I have access to the full set

7    of documents via, you know, a portal, I guess, but

8    those are the ones that, I suppose.

9         Q.      Okay.  What do you mean by the full

10   set of documents in the portal?  What are you

11   referring to there?

12        A.      Well, I am referring to, I guess,

13   those -- those documents which the ones cited in

14   my report, and I had access to the -- to all the

15   documents and that's what I recall.  Specific

16   documents, I don't by memory remember exactly what

17   those documents would have been without seeing

18   them, you know.

19        Q.      All right.  So you understand that

20   the federal rules require you to provide a list

21   with your report of the documents that you've

22   reviewed and that you're relying on for your

23   opinions in this case, and counsel has provided us

24   with this Supplemental and Corrected Reliance

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 29 of 301

1    List.

2              And I'm trying to figure out if

3    there are any other documents that you plan to

4    rely upon for your opinions in this case that are

5    not listed on Exhibit 34.

6              Are you aware of any?

7         A.        I am not aware of any that would be

8    specific to -- to Camp Lejeune.  You know, I have

9    books that I use, and if a question comes, I may

10   just, you know, that's basically based on all my

11   knowledge, experience, education.

12        Q.        Okay.  As you sit here today, can

13   you identify any document, book, anything that you

14   are relying on for your opinions in this case --

15        A.        No.

16        Q.        -- that's not listed in Exhibit 34?

17        A.        Not to my knowledge.

18        Q.        Okay.  So you've provided two errata

19   sheets, like corrections, to your report as part

20   of this litigation.  Most of it was like

21   corrections to citations to documents.

22              Other than what was contained on

23   those errata sheets, have you identified any other

24   changes that you wish to make to your expert

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 30 of 301

1   report, Exhibit 31?

2        A.      No, I have not.  It may be some

3   spelling mistakes or "I" for "they," you know,

4   because of my French accent sometimes when I say

5   "they."

6        Q.      Okay.  Let's talk about substantive,

7   substantive changes, not -- not grammatical or

8   spelling issues.

9                Can you identify any substantive

10  change that you would like to make to your report,

11  Exhibit 31?

12       A.      I have no substantive changes to be

13  made.

14       Q.      Okay.

15       A.      With the exception of, you can have

16  some confusion between an "I" and a "they" as far

17  as the meaning of the sentence.  Right?

18       Q.      Okay.  I want to go back to ask you

19  a few questions about your CV.

20                So that again Exhibit --

21       A.      31.

22       Q.      -- 31 is your report and your CV is

23  attached as Attachment A.

24                And, actually, I was going to ask

GolkoW Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 31 of 301

1   you if exhibit -- the CV that's attached as
2   Attachment A to your report is a true and correct
3   copy of your current CV, but it's not; right?
4            Your current CV is actually what's
5   on your website; is that fair?
6        A.      Well, this is with the last four
7   years of testimony or trial appearances; whereas,
8   my CVs that you can find on our website may have
9   something, everything I ever done as a
10  professional for deposition or trial appearances
11  and, you know, it doesn't stop at 2020 in that
12  case.
13       Q.      Okay.  With the exception of the
14  list of your prior testimony, is this the CV
15  attached as Attachment A to your report a true and
16  correct copy of your current CV?
17       A.      I believe so.
18       Q.      Okay.  On the first page in the
19  first paragraph at the top, there is a sentence
20  that says:
21            "Dr. Hennet is often retained as an
22  expert witness for litigation in providing
23  services to industry, law firms, and the U.S.
24  Department of Justice."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 32 of 301

1              Do you see that?

2      A.      I do.

3      Q.      Okay.  And that's true; right?

4      A.      That is true.

5      Q.      Can you tell me, like, over the past

6  year, let's say, what percentage of time you

7  worked on litigation matters as opposed to other

8  work?

9      A.      Well, roughly, over the past year

10  especially I have done more litigation-related

11  work than I did over my career.  Right?

12      Q.      Okay.  So I'm going to break it down

13  in different time frames.  I'll first just ask for

14  the last year and then we'll go backwards.  Okay?

15              So over the last year, can you

16  estimate is your work 50 percent litigation or --

17  or more or less?  What can you tell me?

18      A.      Well, 50 percent is a good guess.

19      Q.      Okay.

20      A.      Right.

21      Q.      And then let's say last five years.

22              Over the last five years, what

23  percentage of your time would be litigation

24  related?

1        A.        It would be a little bit less than
2    presently.

3        Q.        So maybe 40 percent?  30 percent?

4        A.        That's a good guess as well.

5        Q.        Okay.  Have you ever been retained
6    by a plaintiff or a group of plaintiffs who were
7    injured or claimed they had been injured from
8    exposure to toxic substances to be an expert in
9    that kind of a case?

10        A.        That could have been.  You know, I
11    have done work for all kind of -- all kind of
12    parties, if you wish, that included, you know,
13    Sierra Club.  For example, I have worked for the
14    Sierra Club.  River Keepers I guess I did some
15    work for this type of group.  I have done industry
16    work.

17                And as far as having a role as an
18    expert within potential on the plaintiff side, I
19    think there was some.  One case come up to mind
20    for me is St. Croix in the U.S. Virgin Islands.  I
21    did some work there for evaluating contamination
22    at the refinery, former refinery.

23        Q.        So I read something about that.

24                In that case, you were hired by the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 34 of 301

1 government, right, of St. Croix?

2        A.        A law firm and I think the law firm

3 was actually representing the government of

4 St. Croix.

5        Q.        Right.

6        A.        That's -- that's what I recall.

7        Q.        So -- so can you recall ever working

8 on a case where you were retained by lawyers who

9 were representing people who claimed they had been

10 injured because they were exposed to contaminants

11 in the environment?

12        A.        Yeah, I understand your question and

13 I, you know, I have been retained maybe in several

14 dozen cases that and probably -- and the cases I'm

15 talking about went to either deposition or trial

16 appearances.  But there are also many other cases

17 where I was retained that never went to deposition

18 or, you know, they settled, those things, like

19 those things.

20                And my goal of this, specifically

21 right now, I cannot give you one specifically

22 right now, but I believe there might have been

23 some.

24        Q.        But you can't identify -- just let

1   me finish the question.

2                   As you sit here today, you can't

3   identify a case where a lawyer representing

4   someone injured from exposure to a toxic substance

5   hired you as an expert; is that fair?

6           A.      Right now I cannot --

7           Q.      Okay.

8           A.      -- give you a case.

9           Q.      Okay.  Would it also be fair to say

10  that the majority of your litigation work has been

11  either on behalf of industry or the government?

12          A.      Well, as far as a number of cases

13  are concerned, I have worked for plaintiffs and

14  defendants.  I have worked for the government, but

15  I have also worked for utilities.  I have, you

16  know, and I have worked for organizations, as I

17  mentioned before.

18                  And if you -- if you were to count

19  the number of cases for plaintiffs, number of

20  cases for non-plaintiffs, I mean, maybe a third

21  for plaintiffs and the rest for non-plaintiffs.

22          Q.      Right.

23          A.      But some -- some of the plaintiffs

24  work may be a bit shorter sometimes.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 36 of 301

1     Q.     But some of the plaintiffs you

2  worked for were industry; right?  Sometimes it's

3  one company suing another company?

4     A.     No, no, no.  You have some of that,

5  but you have some which are basically

6  associations, for example, having issues with

7  sewer systems or -- or, you know, I did work for

8  the Hudson River organization.  So you have some

9  of those and those are -- I would put them in the

10  bucket of plaintiffs.

11     Q.     Okay.  But the majority of your work

12  has been on behalf of industry or the government

13  that's litigation related; right?  More than half?

14     A.     If you -- if you sum government plus

15  industry, it may be little bit more than half.

16     Q.     Okay.  I'm going to ask you about

17  your areas of expertise.

18     On your CV on the right-hand side

19  like the blue portion, it gives example areas of

20  expertise.

21     Do you see that?

22     A.     Example?  Yes, I see that.

23     Q.     Okay.  And in addition, like in that

24  first paragraph, you wrote:

```
 1              "His areas of expertise include" and
 2    it says "the analysis of geochemical fingerprints
 3    for organic and inorganic compounds including
 4    radionuclides and stable isotopes, the evaluation
 5    of the timing of chemical releases, the allocation
 6    of responsibilities for cost allocation, and
 7    geochemical modeling."
 8              Do you see that?
 9        A.    You're talking about the first
10    paragraph of the CV?
11        Q.    Yes.
12        A.    Yeah.  Well, it sounds right.
13        Q.    Okay.  Do you consider yourself to
14    be an expert in groundwater modeling?
15        A.    Well, I am educated in groundwater
16    modeling.  I'm -- I have a university degree and I
17    hold geologies that included that, but my company
18    is really a leader in that and we have people in
19    the company that are, you know, that I rely upon
20    for -- for modeling specifically.
21        Q.    Sure.  I understand that.  So I'm
22    not questioning anything about your company or
23    anyone else.  I'm just talking about you.
24              Do you -- do you yourself to be an
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 38 of 301

1    expert in groundwater modeling?

2         A.      I am educated in groundwater

3    modeling and you have to define what an expert is.

4         Q.      Okay.  So your education in

5    groundwater modeling was from your diploma from

6    Switzerland; is that right?

7         A.      That's correct.

8         Q.      In 1980?

9         A.      That's correct.

10         Q.      Okay.  Have you --

11         A.      I would add, plus the exposures that

12    I have had through the years being working in a

13    firm that does a lot of groundwater modeling.

14         Q.      Okay.  Have you published any

15    articles in the peer-reviewed literature regarding

16    groundwater modeling, either flow or fate and

17    transport or any other kind of groundwater

18    modeling?

19                      MS. O'LEARY:  Object to form.

20                      THE WITNESS:   Combined with

21            geochemical modeling, I have actually,

22            you know, done some movement of certain

23            contaminant in the subsurface.

24                      You need both.  You need what

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 39 of 301

1           makes it move is actually the groundwater

2           movement, and the geochemical aspect of

3           it is -- is -- was part of that.

4                     And I believe -- I believe I

5           have -- I co-authored a paper on

6           some -- on one case, maybe four.  That

7           was arsenic, as I recall.

8    BY MS. BAUGHMAN:

9           Q.      Okay.  So you've got your CV in

10   front of you --

11          A.      Yes.

12          Q.      -- which has a publication list.

13                  Can you identify which peer-reviewed

14   publications you have that you're an author of

15   that are concerned with groundwater modeling?

16          A.      Yes, that is.  By that you mean that

17   is an aspect of groundwater modeling included in

18   it and -- and that's important.

19                  I -- the papers that I published

20   were the second one on the list, Bessinger and

21   Hennet 2019.  So that's the one I was that came to

22   mind when you asked me that question.  And in that

23   one, you had movement of arsenic and its reaction,

24   its fate and transport, when water recharges to an

1    aquifer and so that's -- that one combined some

2    groundwater flow.

3         Q.      Any others?  I just need the list

4    for now.  Any others?

5         A.      Yeah.

6                 MS. O'LEARY:  Object to form.

7                 THE WITNESS:   Be patient.

8            It's a long list.  So.

9                 (Reviews document.)

10                I believe the 2007 paper with

11           Soderberg in it.  Soderberg is

12           S-o-d-e-r-b-e-r-g.  Also involved some

13           combination of geochemistry and

14           groundwater movement.

15   BY MS. BAUGHMAN:

16        Q.      Okay.  You know what?  Let's -- let

17   me withdraw that question and I'm going ask you a

18   different question.

19                Let me ask you this.

20                Have you yourself ever -- ever

21   developed a groundwater flow model?

22        A.      Yes, I have, as part of my

23   education.

24        Q.      Okay.  When you were in school?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 41 of 301

1      A.      When I was at the university, yes.

2      Q.      Okay.

3      A.      That was part of what we will do.

4      Q.      Okay.  After you graduated in 1980

5  from -- with that diploma from Switzerland, have

6  you developed a groundwater model since then?

7                    MS. O'LEARY:  Object to form.

8                    THE WITNESS:   Simple, simple

9          model, if you want to call it a model,

10         calculations of groundwater movement and

11         so on.  I have done that.

12  BY MS. BAUGHMAN:

13     Q.      Okay.  I'm not talking about

14  calculations.  I'm talking about an actual model.

15                    MS. O'LEARY:  Object to form.

16                    THE WITNESS:  Well, define a

17         model.  A model is a set of calculations.

18  BY MS. BAUGHMAN:

19     Q.      Okay.  You're familiar with the type

20  of model that we're talking about here in this

21  case that the ATSDR developed; correct?

22                    MS. O'LEARY:  Object to form.

23                    THE WITNESS:  Yes, I have -- I

24         have looked at it, yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 42 of 301

 1    BY MS. BAUGHMAN:
 2         Q.      Okay.  Have you ever run that model?
 3         A.      Personally I have not.  That was
 4    done by my colleague.
 5         Q.      Okay.  Have you ever -- so the ATSDR
 6    developed multiple groundwater models that are at
 7    issue in this litigation; fair?  It's more than
 8    one; right?
 9         A.      It's two.
10         Q.      Okay.  Have you developed a
11    different groundwater model related to Camp
12    Lejeune?
13                      MS. O'LEARY:  Object to form.
14                      THE WITNESS:   Again, it's
15            definition of a model.  If a model is a
16            calculation, I have done calculation.
17    BY MS. BAUGHMAN:
18         Q.      Okay.  And those are the
19    calculations discussed in your report?
20         A.      Yes.
21         Q.      Okay.  Did you assess the model bias
22    for your groundwater flow model that you've done
23    for Camp Lejeune?
24         A.      Can you explain what you mean by

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 43 of 301

1  "bias"?

2      Q.      Well, let me ask you this.

3              What sensitivity or uncertainty

4  analysis did you do for your groundwater model for

5  Camp Lejeune?

6      A.      I --

7                  MS. O'LEARY:  Object to form.

8  BY MS. BAUGHMAN:

9      Q.      If any.

10     A.      What I -- what I did did not require

11  that because it is included in -- in it because --

12  because of the lack of data and so on and, you

13  know.

14     Q.      Okay.  So did you do a sensitivity

15  analysis for what you're calling your model for

16  Camp Lejeune?

17                 MS. O'LEARY:  Object to form.

18                 THE WITNESS:   I didn't do a

19        sensitivity analysis.

20  BY MS. BAUGHMAN:

21     Q.      Okay.  Did you do an uncertainty

22  analysis for what you're calling your model for

23  Camp Lejeune?

24                 MS. O'LEARY:  Object to form.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 44 of 301

1                    THE WITNESS:   I didn't do
2          specifically an uncertainty analysis.
3                    I am just aware that you have
4          a very large amount of uncertainty for
5          whoever makes calculations when you have
6          no data.
7    BY MS. BAUGHMAN:
8         Q.      Your -- your testimony is there's no
9    data, literally none, zero data related to Camp
10   Lejeune.
11                   Is that what you're saying?
12        A.      Well, you have very limited data as
13   far as -- as contamination is concerned and then
14   you have site-specific data and you have
15   basically, you know, hydrological framework that
16   is simplified, and all of that has a lot amount of
17   uncertainty.
18        Q.      Have you ever made a presentation at
19   a conference regarding groundwater flow or fate
20   and transport modeling?
21                   MS. O'LEARY:  Object to form.
22                   THE WITNESS:   I believe so.
23   BY MS. BAUGHMAN:
24        Q.      Okay.  Have you ever received an

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 45 of 301

1    honor or award from your work on groundwater

2    modeling?

3                    MS. O'LEARY:  Object to form.

4                    THE WITNESS:   Not on

5         groundwater modeling, no.

6    BY MS. BAUGHMAN:

7         Q.      Have you ever published anything

8    related to Camp Lejeune?

9         A.      No.

10        Q.      Have you ever made a presentation, a

11   public presentation at a conference, for example,

12   related to Camp Lejeune?

13        A.      No.

14        Q.      Okay.  Are you an epidemiologist?

15        A.      I am not an epidemiologist.

16        Q.      Are you a toxicologist?

17        A.      I am not a toxicologist.

18        Q.      Have you reviewed any of the

19   epidemiology studies published by the ATSDR

20   regarding Camp Lejeune?

21        A.      I recall having seen some of that.

22        Q.      So I reviewed your Exhibit 34, your

23   Supplemental and Corrected Reliance List, and I

24   did not see any of the published peer-reviewed

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 46 of 301

1    epidemiology studies that Dr. Bove and others have

2    published regarding Camp Lejeune listed on your

3    reliance list.

4                    Did you review those epidemiology

5    studies as part of your work on this case?

6                         MS. O'LEARY:  Object to

7         foundation and form.

8                         THE WITNESS:   Not on this

9         case.  I am not relying on that on this

10        case.

11   BY MS. BAUGHMAN:

12        Q.     Okay.  Have you yourself ever

13   conducted an exposure assessment for an individual

14   person, in other words, to determine how much of a

15   chemical the person was exposed to by inhalation,

16   ingestion, and/or dermal contact?

17        A.     No.  I have -- I have worked on

18   issues that relate to geochemistry and

19   hydrogeology that deal with concentrations and --

20   but I don't go to the exposure.  I don't go to the

21   inhalation.  I don't go to those kinds of things.

22        Q.     Okay.  Is that because calculating

23   the exposure for individual person is not part of

24   the -- your expertise?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 47 of 301

1                   MS. O'LEARY:  Object to form.

2                   THE WITNESS:   It's not what I

3        do.

4   BY MS. BAUGHMAN:

5        Q.      Okay.  What about -- I think I know

6   the answer.

7                   But for this case, the Camp Lejeune

8   litigation, have you calculated the exposure of

9   any individual person to the contaminants at Camp

10  Lejeune?

11       A.      I have not done such calculations

12  that will be specific like that.

13       Q.      So can you identify, as you sit here

14  today, any individuals or any group of individuals

15  that you would say were substantially exposed to

16  contaminated water at Camp Lejeune?

17                  MS. O'LEARY:  Object to form.

18                  THE WITNESS:   What I have

19         done is, I have reviewed the information

20         and the data, and I have made my

21         conclusions that are in my report for

22         this case.

23                  And, you know, there is

24         another case I worked on which is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 48 of 301

1           different from this one where I looked at

2           concentration potential in the water

3           supply, in the waters that was basically

4           supplied to the person for small period

5           of time.   That's the Washington case if I

6           recall.

7     BY MS. BAUGHMAN:

8           Q.      The Baby Washington case; right?

9           A.      Yeah, so I have done that, but for

10    this case for this report, I have not done.   I

11    have just looked at the geochemistry and the

12    hydrogeology and the geology.

13          Q.      Okay.   So you're not going to offer

14    an opinion to any of the judges in this case about

15    any individual person or any group of people as to

16    whether they were or were not substantially

17    exposed to contaminated water at Camp Lejeune; is

18    that fair?

19                  MS. O'LEARY:   Object to form

20          and foundation.

21                  THE WITNESS:   Yeah, I am not

22          providing opinions that are not in my

23          report.

24    BY MS. BAUGHMAN:

1      Q.      Okay.  And that's not in your
2  report, is it?
3      A.      It is -- it is not in my.
4      Q.      Okay.
5      A.      Because the opinions in my report
6  speak for themselves.
7      Q.      Okay.  And you have not offered an
8  opinion in your report about whether any
9  individual person or any group of people was
10  substantially exposed to contaminants at Camp
11  Lejeune; fair?
12                  MS. O'LEARY:  Object to form.
13                  THE WITNESS:   I have not done
14        that for people, no.
15  BY MS. BAUGHMAN:
16      Q.      Okay.  Have you ever developed or
17  used a water model to determine contaminant
18  concentrations that would be used for an
19  individual exposure determination?
20                  MS. O'LEARY:  Object to
21        foundation.
22                  THE WITNESS:   Not that I can
23        recall here.
24  BY MS. BAUGHMAN:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 50 of 301

1        Q.       Okay.

2        A.       With the exception of -- well, there

3    is no exception.

4        Q.       Okay.

5        A.       I cannot recall.

6        Q.       I'm going to ask you a few questions

7    about the experts for the plaintiffs in this case.

8    Okay?  I'll -- I'll ask one by one.

9                 Let me ask you about Dr. Leonard

10   Konikow or Lenny Konikow.

11                Do you know him?

12       A.       I know him socially.

13       Q.       Okay.  Have you ever worked with

14   Dr. Konikow?

15       A.       No.

16       Q.       Okay.  Are you aware of his

17   reputation in the hydrogeology or groundwater

18   field?

19       A.       Yes.  He's a reputable

20   hydrogeologist that worked for the USGS.

21       Q.       Reputable; is that what you said?

22       A.       Yeah.

23       Q.       Okay.  What about Morris Maslia?  Do

24   you know him personally?

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 51 of 301

1          A.      I do not.

2          Q.      Okay.  You've never worked with

3    Morris then, I assume?

4          A.      With who?

5          Q.      Mr. Maslia?

6          A.      No, I have not.

7          Q.      Okay.  Norm Jones and Jeff Davis,

8    the two individuals who did the post-audit.

9                  Do you know them?

10         A.      I do not.

11         Q.      Are you aware of their reputation in

12   the hydrogeology or groundwater modeling

13   community?

14         A.      I do not.

15         Q.      Okay.  Dr. David Sabatini.  Do you

16   know him?

17         A.      Except for this case, I have never

18   met him or I don't know him.

19         Q.      Okay.  And are you aware of his

20   professional reputation?

21         A.      No.

22         Q.      Okay.  Have you ever communicated

23   with Dr. Clement regarding Camp Lejeune?

24         A.      Dr. What?

1      Q.      Clement.  The individual who wrote
2  part of the NRC report and published an article.
3  He's discussed, I believe, in your report.
4      A.      No.
5      Q.      He's certainly discussed in
6  Dr. Spiliotopoulos's report.
7      A.      Yeah, I --
8              MS. O'LEARY:  Object to form.
9              THE WITNESS:  I do not know
10        him.
11  BY MS. BAUGHMAN:
12      Q.      You don't know Dr. Clement?
13      A.      I don't.
14      Q.      Okay.  So, obviously, you have not
15  communicated with him about Camp Lejeune then?
16      A.      I don't believe so.
17              MS. BAUGHMAN:  Okay.  Let me
18        see here.
19              (Document marked for
20        identification as Exhibit 35.)
21              (Document marked for
22        identification as Exhibit 36.)
23              (Document marked for
24        identification as Exhibit 37.)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 53 of 301

```
1    BY MS. BAUGHMAN:
2         Q.       Okay.  I am going to hand you in a
3    moment.  I need to read this out first.
4                  I'm going to hand you what I've
5    marked as Exhibits 35, 36, and 37 to your CV, and
6    those are a series of documents with the first
7    part of the Bates stamp series saying
8    CLJA_SSPA_INVOICES, and then there are numbers.
9    35 goes 1 through 41, 36 goes 43 through 287, and
10   then 37 goes 288 through 407.  Okay?
11                  And I believe these are all of the
12   invoices that have been produced to us regarding
13   SSPA's -- that's S.S. Papadopulos & Associates --
14   work related to Camp Lejeune?
15        A.       Thank you.
16        Q.       And can you confirm that for me?
17        A.       What is your question?
18        Q.       Okay.  Are Exhibits 35, 36, and 37
19   SSPA's invoices regarding work related to Camp
20   Lejeune?
21                      MS. O'LEARY:  Object to
22            foundation.
23                      THE WITNESS:
24                      (Reviews document.)
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 54 of 301

```
 1                    MS. O'LEARY:  Also object to
 2         form.
 3                    THE WITNESS:
 4                    (Reviews document.)
 5                    MS. O'LEARY:  Dr. Hennet, are
 6         you waiting for a question or?
 7                    MS. BAUGHMAN:  I asked you a
 8         question.
 9                    Could you repeat it, please?
10                    (The reporter read the record
11         on page 343 lines 18-20.)
12                    THE WITNESS:   They appear to
13         be.  I am not the one who make this kind
14         of invoices.  I am not making invoices.
15         I am not doing the administrative work at
16         SSPA.
17  BY MS. BAUGHMAN:
18       Q.     Okay.  But you've just spent a few
19  minutes flipping through Exhibits 35, 36, and 37,
20  and those appear to be invoices from your company,
21  SSPA; correct?
22       A.     It appears to be.
23       Q.     And they are related to Camp
24  Lejeune; correct?
```

```
1        A.       Well, I believe so.

2        Q.       Okay.  And they document work from

3   2005 all the way until February of 2025 related to

4   Camp Lejeune; correct?

5                      MS. O'LEARY:  Object to

6          foundation.

7                      THE WITNESS:   2005?

8   BY MS. BAUGHMAN:

9        Q.       Yes.

10       A.       I -- I'm sorry.  I didn't spot any

11  2005 invoices.

12       Q.       Let's see.  Let's look.

13                      If you look at Exhibit 36.

14       A.       Yes.

15       Q.       Hold on a minute.

16                      No, I'm sorry, Exhibit 37.  And turn

17  to the one that's stamped page 340.

18       A.       Yeah.

19       Q.       So at page 340, let me ask you about

20  this.

21                      This is a page -- from 340 until 345

22  is a timesheet backup report for billing to the

23  DOJ of SSPA from January 23, 2005 until

24  October 27, 2007.
```

1              Do you see that?

2      A.        I see that.

3      Q.        Okay.  And then if you turn to page

4    346, that invoice is for professional services

5    rendered for the period January 23, 2005 until

6    March 19, 2005.

7              Do you see that?

8      A.        I see that.

9      Q.        And based on the testimony you've

10   given today and in the prior deposition, you

11   didn't work on Camp Lejeune-related matters for

12   the DOJ before January 23, 2005; right?

13                MS. O'LEARY:   Object to

14        foundation.

15                THE WITNESS:   That's my

16        understanding.

17   BY MS. BAUGHMAN:

18     Q.        Okay.  So and then -- and then in

19   terms of the range of what we've got here, if you

20   go to Exhibit 35 and you go to the end of that,

21   page 42.

22     A.        Wait.  Hold on.  Page?

23     Q.        41 actually.

24     A.        Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 57 of 301

1          Q.      So that invoice is for services

2   rendered through January 31, 2025.

3               Do you see that?

4          A.      Yes.

5          Q.      Okay.  I'm guessing you don't know

6   the answer.

7               I've just established we have a

8   range of invoices that start in January of 2005

9   and end in January 2025.

10              To the best of your knowledge, have

11  all of the invoices for SSPA's work related to

12  Camp Lejeune been produced to the plaintiffs in

13  this case?

14                   MS. O'LEARY:  Object to form

15         and foundation.

16  BY MS. BAUGHMAN:

17         Q.      In that time frame.

18                   MS. O'LEARY:  Same objections.

19                   THE WITNESS:   I am not the

20         one who produce those.  So I don't know.

21  BY MS. BAUGHMAN:

22         Q.      Okay.

23         A.      But I suppose they're all there.

24         Q.      I mean, you haven't purposefully

1    told anyone to not produce any of them, have you?

2            A.        I have not.  I have nothing to do

3    with this.

4            Q.        Okay.  You're aware that there were

5    motions filed and, as a result of that, that the

6    DOJ attempted to produce all of the invoices, that

7    SSPA had to go and look for these.

8                    Are you aware of that?

9                    MS. O'LEARY:  Object to

10            foundation.

11                    THE WITNESS:   Vaguely, yes.

12            I was out of the country for, you know,

13            two and a half weeks.  I just came back

14            this weekend, and I think that all

15            happened during that period of time.

16   BY MS. BAUGHMAN:

17           Q.        Okay.

18           A.        And I, you know, so if -- if you

19   requested all the invoices from my -- from my

20   shop, from SSPA, I suppose that I will have done

21   the best I could to provide that.

22           Q.        And you certainly wouldn't have

23   withhold them?

24           A.        Pardon?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 59 of 301

1      Q.      You would not have withheld them?

2                      MS. O'LEARY:  Object to form.

3                      THE WITNESS:  No, I --

4   BY MS. BAUGHMAN:

5      Q.      And, obviously, you flipped through

6   these documents.

7                      SSPA has a logo; right?

8      A.      SSPA has a logo, yes.

9      Q.      And so on page -- on Exhibit 35 at

10  the top of the page, that's SSPA's logo; right?

11     A.      Yes, it is.

12     Q.      And it appears, at least we can tell

13  on the first page of each Exhibit 35, 36, and 37,

14  it's all the same logo; right?

15     A.      Yeah, except that it's in color --

16     Q.      Right.

17     A.      -- on the first one and not in the

18  other one.

19     Q.      Got it.

20                     So let me ask you something.

21                     If you look at Exhibit 35 and you go

22  to the last page, which is page 42.

23     A.      Yes.

24     Q.      Okay.  The billed to date on that

1  invoice, which is invoice 27722, is 2 million

2  400 -- I'm sorry -- $2,004,131.67.

3              Do you see that?

4      A.      I see 2 million 216.

5      Q.      That's the budget.

6      A.      Oh, that's the budget.  Okay.

7      Q.      If you go down to billed to date?

8      A.      Okay.  I'm sorry.  I see that.

9      Q.      Okay.  So billed to date as of

10 January 31, 2025 was just over $2 million; right?

11     A.      That's what it appears to be.

12     Q.      Okay.  But that's just for -- that's

13 just for the litigation that we're here for today.

14              That doesn't include the prior

15 litigation matters; correct?

16                  MS. O'LEARY:  Object to form

17          and foundation.

18                  THE WITNESS:   That's my

19          understanding.

20 BY MS. BAUGHMAN:

21     Q.      Okay.  Do you know what the total

22 amount of money is that SSPA has billed DOJ for

23 all of your Camp Lejeune-related work 2005 to

24 present?

1          A.        I do not know.

2          Q.        Okay.  But we could add up all of

3     these invoices and come up with a number and that

4     would be the number as far as you know; correct?

5                         MS. O'LEARY:  Object to

6             foundation.

7                         THE WITNESS:   Specifically I

8             do not know.  I suppose.

9     BY MS. BAUGHMAN:

10          Q.        Okay.

11          A.        If you -- if you add those numbers,

12     maybe you -- you get a number somehow.

13          Q.        Is there any reason that you're

14     aware of that if we added up all of the invoices

15     from Exhibits 35, 36, and 37 and came up with a

16     number, is there any reason you're aware that that

17     would not be the correct number for the amount of

18     money that SSPA has billed DOJ for Camp

19     Lejeune-related work?

20                         MS. O'LEARY:  Object to

21             foundation.

22                         THE WITNESS:   I suppose this

23             speaks for itself.  I have nothing to do

24             with this -- this piece of work.

1    BY MS. BAUGHMAN:

2         Q.       Can you identify any reason that

3    that wouldn't work out as the appropriate

4    methodology, can you?

5                        MS. O'LEARY:  Object to form.

6                        THE WITNESS:   I cannot see

7          any why reason it couldn't be.

8                        MS. BAUGHMAN:  Okay.

9                        MS. O'LEARY:  And would now be

10         a good time for a short bio break?

11                        MS. BAUGHMAN:  Yes.

12                        THE WITNESS:   Yeah.  That's

13         right.  I was going to ask for that as

14         well.

15                        THE VIDEOGRAPHER:  The time is

16         10:18.  We are going off the record.

17                        (A recess was taken.)

18                        THE VIDEOGRAPHER:  The time is

19         10:28 AM.  We are now on the record.

20    BY MS. BAUGHMAN:

21         Q.       Okay.  All right.  Dr. Hennet, I'm

22    going to ask -- I want to ask you some questions

23    about -- we're going to talk about the spiractor

24    fall height issue, but let me give you some

1  exhibits so that we have some things to talk
2  about.
3              I'm going to hand you first what
4  I've marked as Exhibit 38 to your deposition.
5                  (Document marked for
6          identification as Exhibit 38.)
7  BY MS. BAUGHMAN:
8      Q.      And it is the AH Environmental
9  report from December 2004 CLJA water modeling
10 01-000071446 through 71512.  There you go.
11     A.      Thank you.
12     Q.      I'm also going to hand you this one
13 was marked at your deposition in March as Exhibit
14 11.  So I'm not going to re-mark it.  I'll just
15 refer to that as Exhibit 11 but give you a copy.
16 And those are your notes that you took from your
17 February 2025 Camp Lejeune site visit; correct?
18     A.      Yes.
19     Q.      Okay.  Now I'm going to hand you
20 what I've marked as Exhibit 39 to your deposition.
21                  (Document marked for
22          identification as Exhibit 39.)
23 BY MS. BAUGHMAN:
24     Q.      And these are HENNET_USA_ a whole

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 64 of 301

1    bunch of 0s and it's 1 through 96.

2                    And can you tell me.  Are those the

3    photographs that were taken at your February 2025

4    site visit?

5                         MS. O'LEARY:  Object to

6          foundation.

7                         THE WITNESS:

8                         (Reviews document.)

9                         It look like -- it looks like

10         it.

11   BY MS. BAUGHMAN:

12         Q.    Okay.  And now I'm going to hand you

13   what I've marked as Exhibit 40 to your deposition.

14                         (Document marked for

15         identification as Exhibit 40.)

16   BY MS. BAUGHMAN:

17         Q.    And this is CLJA PHOTOS SSPA 1

18   through 45.

19                    And my question for you is:  Is

20   Exhibit 40 photographs that were taken of your

21   visit in May 2024 to Camp Lejeune for this

22   litigation?

23                         MS. O'LEARY:  Object to

24         foundation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 65 of 301

1                    MS. BAUGHMAN:  Foundation
2         meaning he doesn't know if these are
3         photos?  Is that what you're saying?
4                    MS. O'LEARY:  Yeah, I don't
5         know that.  I mean, this is the produced
6         versions.  I don't know what he's seen.
7         I believe he testified that he wasn't the
8         one who took photographs.
9                    MS. BAUGHMAN:  Okay.  Well,
10        let's -- let's do this.  For Exhibit 40
11        if you turn to --
12                    So I guess to establish a
13        foundation for this, your -- your
14        position is that we have to call the
15        attorneys for DOJ who took the photos?
16                    MS. O'LEARY:  I think you
17        might need to ask him more specific
18        questions about what he saw.
19                    THE WITNESS:
20                    (Reviews document.)
21   BY MS. BAUGHMAN:
22        Q.     Okay.  Turn to page 17 of Exhibit
23   40.
24                    Who's that a picture of?

1    A.    I'll get there.

2          I am there.

3          It's a picture of myself and of

4    Dr. Alexander Spiliotopoulos.

5    Q.    Okay.  And where are you?

6    A.    I am -- on the picture, I am on the

7    right.

8    Q.    No.

9          Where are you in the photo?

10   A.    Oh.

11   Q.    Where are you standing?

12               MS. O'LEARY:  Objection.

13        Form.

14   BY MS. BAUGHMAN:

15   Q.    Where was the photo taken at?

16   A.    Right.  That's near building 670

17   at -- at Camp Lejeune.

18   Q.    Okay.  And what's building 670?  Do

19   you remember?

20   A.    Yeah.  It's one of the water

21   treatment plant.

22   Q.    Which one?

23   A.    I think it's -- it is the Holcomb

24   Boulevard Water Treatment Plant.

1    Q.    All right.  And where were you?  Do
2    you remember when this photo was taken?
3         A.    Exactly not, but I'm sure it's in
4    the record somewhere.
5         Q.    Okay.  Is it one of the times that
6    you visited Camp Lejeune as part of this case?
7         A.    Yes.
8         Q.    Okay.  And then if you turn to page
9    45, the last page of Exhibit 40, is that also a
10   picture of you and Dr. Spiliotopoulos?
11        A.    Yes.
12        Q.    At Camp Lejeune?
13        A.    Yes.
14        Q.    Okay.  So is Exhibit 40 pictures of
15   your visit -- one of your visits prior to 2025 at
16   Camp Lejeune?
17        A.    I believe so.
18        Q.    Okay.  So if we look at your report,
19   Exhibit 31.  Your calculations -- let's see.
20   Let's look at page 5-6 of your report.
21              Are you at page 5-6?
22        A.    Yes, I am.
23        Q.    Okay.  And that is Exhibit 2-4. "COC
24   Volatilization Losses at Hadnot Point Water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 68 of 301

1    Treatment Plant"; correct?

2         A.      Yes.

3         Q.      So this documents how you made your

4    calculations regarding volatilization losses for

5    Hadnot Point; correct?

6                      MS. O'LEARY:  Object to

7           foundation.

8                      THE WITNESS:  Yes, that is

9           information that support that.  Yes.

10   BY MS. BAUGHMAN:

11        Q.      Right.  From your report?

12        A.      That's in my report.

13        Q.      Okay.  So if you look at the fall

14   height in the middle of Exhibit 2-4, the fall

15   height is listed as 0.675 meters; right?

16        A.      Yes.

17        Q.      Okay.  And 0.675 meters is 24

18   inches; is that right?

19        A.      About two feet, yeah.

20        Q.      Two feet is 24 inches?

21        A.      (Nods head).

22        Q.      Yes?

23        A.      Yes.

24        Q.      Okay.  And then -- so it's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 69 of 301

1  clear -- it's true that when you -- for your
2  calculations of volatilization at the spiractor at
3  Hadnot Point, you assumed a fall height of 2 feet;
4  correct?
5          A.      That's what -- that's what I recall
6  with, yes.
7          Q.      Okay.  And that's what's documented
8  in your report?
9          A.      Yes.
10         Q.      Okay.  And then if you turn to page
11  5-9 of your report, that's Exhibit 2-5. "COC
12  Volatilization Losses at Tarawa Terrace Water
13  Treatment Plant"; correct?
14         A.      Yes.
15         Q.      Okay.  And you have a fall height
16  and it's also listed as 0.675; correct?
17         A.      Yes.
18         Q.      So for your calculations of the fall
19  height at Tarawa Terrace, you also assumed 2 feet
20  or 22 inches is the fall height; correct?
21         A.      Yes.
22         Q.      Okay.  So let's look at Exhibit 38,
23  the AH Environmental report.  And if you could
24  turn to page -- it's 3-10 in the report.  The

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 70 of 301

1    Bates stamp numbers last three digits or last five

2    digits are 71475.

3                   You see that?

4          A.      Not yet.

5                   Yes.

6          Q.      Okay.  So this is a diagram prepared

7    by AH Environmental regarding the fall height of

8    the spiractor; correct?

9          A.      Yes.

10         Q.      And you're aware that AH

11   Environmental made calculations regarding

12   volatilization loss at the spiractor; correct?

13         A.      Yes.

14         Q.      Using the same formula as you, but

15   they used 1 foot or 12 inches for the fall height

16   instead of 2 feet; correct?

17                       MS. O'LEARY:  Object to

18            foundation.

19                       THE WITNESS:   It's kind of

20            reverse.  I used the same formula as

21            they.

22   BY MS. BAUGHMAN:

23         Q.      You used the same formula as AH?

24         A.      Yes.

```
 1        Q.        But you used 2 feet and they used 1;
 2   right?
 3        A.        Yes.
 4        Q.        All right.  Let me ask you.
 5                  Have you -- have you spoken to
 6   anyone from AH Environmental regarding the report,
 7   Exhibit 38, their December 2004 report?
 8        A.        I have not.
 9        Q.        Okay.  And just more broadly, have
10   you spoken to anyone from AH Environmental
11   regarding the spiractors and the fall height
12   issue?
13        A.        No, I have not.
14        Q.        Okay.  Do you know Dr. Peter
15   Pommerenk?
16        A.        I do not know him.
17        Q.        Have you ever spoken to
18   Dr. Pommerenk about anything related to Camp
19   Lejeune?
20        A.        I don't believe so.
21        Q.        Okay.  What about anyone who worked
22   for SSPA?  To your knowledge, has anyone reached
23   out to Dr. Pommerenk or AH regarding any of the
24   subject matter in Exhibit 38, the AH Environmental
```

1  2004 report?

2       A.     Not to my knowledge.

3       Q.     Okay.  I want to ask you.

4            The first page of Exhibit 38 says

5  that this report was prepared for the

6  Environmental Management Division at Camp Lejeune.

7            Do you see that?

8       A.     I see that.

9       Q.     And on page 1 of the report, which

10 is at 1-1 I think is what they refer to it as, at

11 the bottom of the page under Purpose, the last

12 full paragraph it says "AH Environmental

13 consultants was retained by MCB"; right?

14           Which is MCB Camp Lejeune under

15 contract number and then there's a number;

16 correct?

17      A.     Correct.

18           MS. O'LEARY:  Object to form.

19 BY MS. BAUGHMAN:

20      Q.     So I just wonder.

21           In your report, you -- you refer

22 multiple times to the AH report as something that

23 was commissioned by ATSDR.

24           Were you aware that AH was actually

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 73 of 301

1  retained by Marine Corps Base Camp Lejeune to do

2  this work?

3      A.    I know that by memory that somewhere

4  they say that they were -- on the first page, it's

5  written "ATSDR Support - Estimation of VOC

6  Removal."

7      Q.    I'm sorry.  Which page are you

8  referring to?  Page 1-1?

9      A.    No.  I'm on the first, the cover

10 page of Exhibit 38.

11     Q.    Okay.  It says "ATSDR Support," but

12 who paid for the study?

13     A.    Oh, I don't know.

14     Q.    Who hired AH Environmental to do the

15 study?

16     A.    I don't know.

17     Q.    Doesn't it say in the report that

18 they were hired by Marine Corps Base Camp Lejeune?

19           MS. O'LEARY:  Object to form

20      and foundation.

21           The next part of the sentence

22      you read said it was to assist ATSDR in

23      obtaining information.

24           MS. BAUGHMAN:  I'm going to

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 74 of 301

1          object.  That is a speaking objection.
2          That is a violation of the local rules
3          and the federal rules.  I ask that you
4          not do it again.
5                    MS. O'LEARY:  I ask you not to
6          misrepresent -- misrepresent the record.
7                    MS. BAUGHMAN:  I am not
8          misrepresenting anything.
9   BY MS. BAUGHMAN:
10       Q.       Dr. Hennet, who paid AH
11  Environmental to do this report?
12       A.       I do not who paid them.
13       Q.       Okay.  Who hired AH Environmental?
14       A.       I do not know who exactly hired
15  them.
16       Q.       Okay. Do you know whether AH
17  Environmental, in fact, was a consultant of the
18  Navy and the Marine Corps related to Camp
19  Lejeune-related matters?
20       A.       Could be.
21       Q.       You don't know either way?
22       A.       I don't know either way.
23       Q.       Okay.  So turn please to page 4-2 of
24  the AH report.  There is a sentence in the middle

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 75 of 301

1   of page 4-2 that says:

2                "Because of the downstream

3   recarbonation basin at that plant" -- and let's

4   back up for a second.

5                There's a recarbonation basin at the

6   Hadnot Point Water Treatment Plant; correct?

7        A.      Can you repeat because I was

8   reading.  Sorry.

9        Q.      Okay.  There is a recarbonation

10  basin at the Hadnot Point Water Treatment Plant;

11  correct?

12       A.      That's correct.

13       Q.      Is there a recarbonation basin at

14  Tarawa Terrace, or was there one?

15       A.      I don't believe so.

16       Q.      Okay.  Was there a recarbonation

17  basin or is there one at Holcomb Boulevard Water

18  Treatment Plant?

19       A.      I have to refresh my memory on this

20  one.  I don't believe so.

21       Q.      Okay.  So -- so you see the sentence

22  right above it says:

23                "This variability is illustrated in

24  pictures taken at the Hadnot Point Water Treatment

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 76 of 301

1    Plant."

2                   Okay.  And then they're talking

3    about a vortex that formed, and then the next

4    sentence says:

5                   "Because of the downstream

6    recarbonation basin at that plant" -- referring to

7    Hadnot Point -- "the available head does not

8    appear to allow a fall height of greater than

9    approximately one foot and the effluent pipe is

10   likely to be flowing full."

11                  Do you see that?

12       A.      I see that.

13       Q.      Okay.  Were you able to observe at

14   any time that you were at the Hadnot Point Water

15   Treatment Plant the available head given the

16   presence of the recarbonation basin?

17       A.      No, but I measured it.  I measured

18   the pipe.

19       Q.      I'm not talking about the pipe.

20                  Head refers to the -- the elevation

21   of the water, does it not?

22       A.      Well, head refers to a difference of

23   elevation.

24       Q.      Okay.  Of the water; right?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 77 of 301

1      A.     Yes.

2      Q.     Okay.

3      A.     For water, yes.

4      Q.     Okay.  When you made your

5 measurement at Hadnot Point of the spiractor,

6 there was no water in the spiractor at the time;

7 correct?

8      A.     For the February 11 measurements,

9 yes.

10     Q.     Okay.

11     A.     Not in the one I measured, yes.

12     Q.     Okay.  Let's back up.

13           Let's just talk about February 11,

14 2025.

15           When you made your measurements on

16 that date, the spiractor did not have water in it;

17 correct?

18     A.     That specific spiractor.  You have

19 five of them.

20     Q.     Okay.  Did you make a measurement at

21 a spiractor that did have water in it on

22 February 11, 2025?

23     A.     Couldn't be done, no.

24     Q.     Okay.  So did you at any point in

1  time make a measurement in a spiractor at any
2  water treatment plant at Camp Lejeune that had
3  water in it?

4      A.      I did not do measurements when the
5  spiractor was flowing water.

6      Q.      Okay.

7      A.      I couldn't.

8      Q.      So I want to focus on Hadnot Point
9  and the effect of the recarbonation basin on the
10 water level in the spiractor.

11             Do you agree with AH that the
12 head -- the available head does not appear to
13 allow a fall height of greater than approximately
14 one foot at the spiractor at Hadnot Point?

15     A.      I do not agree with that, and I
16 would go back to Figure 3-4 of the AEH report,
17 which is on page 3-10 that you just referred to
18 before.  And there you can see where they put --
19 where they put the 12 inches, which is I think is
20 what it is.  It appears to be.  I didn't measure
21 it.

22             And then you can see there that the
23 fall height is 12 inches.  The pipe is not flowing
24 full as claimed.  And -- and I made some estimates

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 79 of 301

1  of for the flow you have through that pipe and the

2  dimension of 12-inch for the pipe, the 6-inch that

3  they have at the bottom would be -- would be

4  basically the -- where the water level would be in

5  the pipe when it normally flows.

6          Q.      Well, what's in the diagram on

7  Figure 3-4 is not consistent with the text on page

8  4-2; correct?  Because 4-2 says "the effluent pipe

9  is likely to be flowing full."

10         A.      Right.  That's inconsistent.

11         Q.      Right.

12         A.      And -- and I would -- I would refer

13 to -- to the diagram because for the diagram for

14 the estimate of the 6-inch, I made a calculation

15 for the flow and the size of the pipe that

16 basically the water level would be approximately 6

17 inches in it.  That's what I recall.

18         Q.      Okay.  You're saying that AH

19 Environmental did that, correct, not you?

20         A.      AH Environmental did that and

21 on -- on the statement in the -- in the text, it's

22 -- it's a speculative statement because it says

23 "it appears to be" and that's based on visual

24 interpretation, which -- which are subjective in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 80 of 301

1    that sense.

2         Q.        So in your opinion --

3         A.        So that --

4         Q.        In your opinion, what effect did the

5    downstream recarbonation basin have on the

6    available head in the spiractors at the Hadnot

7    Point Water Treatment Plant?

8                        MS. O'LEARY:  Object to form.

9                        THE WITNESS:  Well, it

10            controls the head, but -- but, you know,

11            I measured the pipe and you have 2 feet

12            from the rim of the pipe to the top of

13            the pipe, and that's what I did on

14            February 11 and that's what I done the

15            previous visit on the pipe that was on

16            the truck.  So I did measure those.  I

17            did not do a visual evaluation.

18    BY MS. BAUGHMAN:

19         Q.        You did not do a visual evaluation

20    of the head in the spiractor of Hadnot Point when

21    it was running at any time; right?

22         A.        I did not do measurements when the

23    spiractor was running.

24         Q.        Okay.  Or -- and you didn't make a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 81 of 301

1  visual -- have you -- have you actually seen the
2  head, the height of the water in the effluent pipe
3  or in the spiractor when it was running at any of
4  the treatment plants?
5              MS. O'LEARY:  Object to form.
6              THE WITNESS:  No, you cannot
7      see that because it is actually below
8      what you can see.
9  BY MS. BAUGHMAN:
10      Q.      Okay.  If you look at your -- what
11  we marked as Exhibit 11 to your prior deposition,
12  your notes, you just mentioned something that you
13  measured 2 feet.
14      A.      Yeah.  Well, I measured 18 inches
15  and then -- and then I relied on the AHE diagram,
16  and I agree with a pipe of this kind flowing would
17  have about 6 inches at the bottom and that's 18
18  plus 6 brings you to 24 for a head.
19      Q.      Okay.  Is the effect of the --
20  there's no recarbonation basin at Tarawa Terrace;
21  right?  We already talked about that.
22              MS. O'LEARY:  Object to form.
23              THE WITNESS:  Yeah.  Yes.
24  BY MS. BAUGHMAN:

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 82 of 301

1      Q.      Okay.  But you assumed the
2  same -- the same fall height at Tarawa Terrace and
3  at Hadnot Point; right?
4      A.      I don't recall what I did for Tarawa
5  Terrace.
6      Q.      Well, we just talked about it.  I
7  mean, we can turn to your report.  It's page 5-9.
8      A.      (Reviews document.)
9      Q.      Of Exhibit 31.
10             And you've assumed for Tarawa
11  Terrace the exact same fall height as you assumed
12  for Hadnot Point; right?
13     A.      Yes, and I believe that's a
14  reasonable assumption because the type of
15  spiractors were the same.
16     Q.      Right.
17             But there's no recarbonation basin
18  in Tarawa Terrace.  There never was.
19     A.      There is no -- there is no
20  recarbonation -- if I remember correctly, there is
21  no recarbonation at Tarawa Terrace.
22     Q.      Right.
23             So you haven't made any accounting
24  for the fact there was a recarbonation basin at

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 83 of 301

1  Hadnot Point and not at Tarawa Terrace in your

2  calculation?  You've assumed it's the same for

3  both?

4          A.      As far as the fall height to the --

5  to the effluent pipe, yes.

6          Q.      Okay.  So the Hadnot Point spiractor

7  is under normal circumstances covered; right?  All

8  of them.  They have covers on them?

9          A.      They have covers on them.  I mean,

10 partially opened covers and that has not always

11 been the case since the start of the plant.

12 That's my understanding.

13         Q.      Okay.  So is it your testimony that

14 it's not possible to measure the fall height at

15 the Hadnot Point Water Treatment Plant while the

16 spiractor is operating?

17         A.      Not under the conditions that I was

18 there.

19         Q.      Okay.

20         A.      You would -- you would need a major

21 project to do that.

22         Q.      So you haven't done that?

23         A.      I have not done that.

24         Q.      Okay.  If you look at AH

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 84 of 301

1    Environmental Figure 3-10, which, by the way, that
2    figure is also in your report; right?  You
3    reproduced that AH figure in your report, didn't
4    you?
5           A.      Yes.
6           Q.      That in your report it's on page 5-4
7    of Exhibit 31.  It's the exact same diagram;
8    right?
9           A.      I believe so, yes.
10          Q.      Okay.  And I'll let you get there.
11   Okay.
12                  So one thing I want to ask you is:
13   That diagram, it's Exhibit 2-2 in your report and
14   3-4 in the AH report, it seems to show like a 90
15   degree angle.  It's showing like it goes down and
16   then it goes to the right, doesn't it?
17                  The diagram appears to show the
18   spiractor has a 90 degree angle.
19                  Would you agree?
20                      MS. O'LEARY:  Object to
21            foundation.
22                      THE WITNESS:  Yes, and that
23            was the basis of the AEH calculations --
24   BY MS. BAUGHMAN:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 85 of 301

1        Q.        Right.

2        A.        -- to the schematic for that.

3        Q.        But it's not the spiractor pipe.

4    You've observed it.  You've taken pictures.

5                  The spiractor pipe is not a 90

6    degree angle, is it?

7                        MS. O'LEARY:  Object to form.

8                        THE WITNESS:  No, it is more

9         like a J-shaped pipe.

10   BY MS. BAUGHMAN:

11       Q.        Right.

12                 And when we talk about fall height,

13   does that mean like -- that means the vertical

14   distance.

15                 It's not -- it's not a diagonal

16   distance for the fall, right, for a weir?

17                        MS. O'LEARY:  Object to form.

18                        THE WITNESS:   Well, it is a

19        vertical distance on a weir, yes.

20   BY MS. BAUGHMAN:

21       Q.        Right.

22                 When we refer to fall height, we're

23   talking about the vertical fall, correct, top to

24   bottom?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 86 of 301

1      A.      Yes, that's -- that would be a fall
2  height for a weir, yes.
3      Q.      Okay.  And the calculation that both
4  you and AH used for the spiractor volatilization
5  is a calculation regarding a weir; right?  It's
6  assuming that this acts as a weir?
7      A.      Yes, that's what AEH did and I just
8  use the same approach.
9      Q.      Okay.  Can you turn to Exhibit 39
10  and just to be -- let's just establish first.
11              Exhibit 39.  These are the photos
12  taken -- well, they're all marked February 11,
13  2025?
14              Do you see that?  They all have that
15  marking on them with the date?
16      A.      I see that.
17      Q.      Okay.  So these are from your visit
18  to the Camp Lejeune site on February 11, 2025.
19              That's what Exhibit 39 is; right?
20                  MS. O'LEARY:  Object to
21          foundation.
22                  THE WITNESS:  Not all
23          pictures have dates on it, but I think
24          you're correct.  This is what I recall.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 87 of 301

1   BY MS. BAUGHMAN:

2       Q.      Okay.  And if you could turn to page

3   28 of Exhibit 39.

4               What are we looking at there?

5       A.      Hold on.  Hold on.

6               Okay.

7       Q.      What is -- what is this a picture of

8   HENNET_USA 28 in Exhibit 39?

9       A.      This is a photograph taken from the

10  opening from the covers that is on top of the

11  spiractors that was not in use, that means it had

12  no water in it, and that is you have the spiractor

13  pipe as you can see the G -- the J-shaped pipe.

14  It's kind of laying down.

15              And then you have -- you have a

16  scale that was just basically put against the pipe

17  the best we could, and a picture was taken of

18  that.

19      Q.      Okay.  So Exhibit -- I'm sorry.

20              Page 28 of Exhibit 39, this is a

21  spiractor -- a pipe in the spiractor at Hadnot

22  Point Water Treatment Plant; right?

23      A.      That's the pipe where I conducted

24  measurements, yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 88 of 301

1        Q.       Right.

2                 Hadnot Point Water Treatment Plant;

3   right?

4        A.       At Hadnot Point Water Treatment

5   Plant.

6        Q.       Okay.  On February 11, 2025; right?

7        A.       Correct.

8        Q.       Okay.  And that what we see there,

9   that is a measuring tape trying to measure the --

10  the fall height; right?

11       A.       No.  The measuring tape is there to

12  kind of give the best you can a reliable scale

13  against the pipe.

14       Q.       Okay.  And from page 28 of Exhibit

15  39 we can see that this is the J-shape, as you

16  call it, pipe.

17                It is not a 90 degree angle;

18  correct?

19       A.       It is a J-shaped pipe.  Correct.

20       Q.       Okay.  And if we were talking about

21  what is the fall height, it would be from the top

22  of the rim of that pipe going straight down;

23  right?  That's the fall height?

24       A.       That would be the fall height for

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 89 of 301

1    the calculations or the fall height for the weir,
2    yes.
3         Q.     Okay.  And if you look at your
4    measuring tape, doesn't it look like the fall
5    height there is about 13 or 14 inches?
6                   MS. O'LEARY:  Object to form
7              and foundation.
8                   THE WITNESS:  No, that's a
9              visual effect because -- that's the best
10             we could do, but that's a visual effect
11             because you don't go -- the picture is
12             not -- provides a visual effect because
13             you don't have the tape all against the
14             pipe, and it is distorted.  So.
15   BY MS. BAUGHMAN:
16        Q.     How is it distorted?
17        A.     The visual effect is distorted and,
18   you know, we measured that differently.  You don't
19   only have -- this is only one picture that was
20   taken of that attempt there.
21        Q.     Well, it looks like -- based on this
22   picture, it looks like that vertical distance is
23   13 inches, doesn't it?
24                   MS. O'LEARY:  Object to form

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 90 of 301

1          and foundation.
2                    THE WITNESS:  No.  Whatever
3          you want the picture to say it looks
4          like, you have to understand that
5          it's -- it is basically distorted
6          photograph.  It's not good enough for
7          measurement, and we did all the
8          measurements to kind of get at that.
9   BY MS. BAUGHMAN:
10       Q.     Which picture in Exhibit 39
11  demonstrates the fall height that you measured?
12                   MS. O'LEARY:  Object to
13          foundation.
14                   THE WITNESS:  Well, I do
15          not -- I cannot answer that, but it seems
16          that you may not have all the pictures
17          that I took here.  I don't know.  I don't
18          know.  I cannot verify that.  It seems
19          that you cherry-picked one.
20  BY MS. BAUGHMAN:
21       Q.     Dr. Hennet, I did not cherry-pick
22  anything.  I have provided you with every -- a
23  picture of every photograph that was provided to
24  us from February 11, 2025.  Okay?  So don't accuse

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 91 of 301

```
1    me of that.  Okay?  This is everything that the
2    DOJ produced.
3                     So can you show me which photograph
4    in Exhibit 20 -- 39 demonstrates, in your opinion,
5    the fall height?
6                     MS. O'LEARY:  Object to form
7              and foundation.
8                     THE WITNESS:  Yes, yes, and
9              give me a minute.  Okay.
10                    (Reviews document.)
11                    Okay.  I would go to a series
12             of pictures for this, and let's say you
13             have a Bates number that ends with 008.
14                    That one is a measurement of
15             the -- of the diameter of the effluent
16             pipe.  That's a measurement because that
17             one is not distorted because the tape is
18             touching one end of the pipe and coming
19             all the way to the -- to the other end,
20             and I think that that was something
21             like --
22    BY MS. BAUGHMAN:
23             Q.    Okay.  But 008 does not give us --
24             A.    Okay.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 92 of 301

1        Q.        -- a measurement of the fall height,
2    does it?
3                      MS. O'LEARY:  Object to form.
4                      THE WITNESS:    I am going
5          there.
6    BY MS. BAUGHMAN:
7        Q.        I am just asking you that question.
8        A.        It doesn't.  It doesn't.
9        Q.        It does not?
10       A.        No.
11       Q.        Okay.
12       A.        Okay.  Now you have 009.  Here you
13    have a distance that is measured from a bar, a
14    horizontal metal bar, using the rope to basically
15    get the distance from the top of the pipe to the
16    bar.  So that's a distance that is relevant for
17    getting the fall height.
18       Q.        Okay.  So when we look at page -- at
19    page 9, how can we tell what that measurement is
20    from the picture?
21       A.        Well, you have several steps in.
22    That -- that measurement with the rope is actually
23    taken with a tape outside of the -- of the opening
24    of the spiractor because you could not do it right

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 93 of 301

1    there.

2         Q.      Okay.  So there's no way by looking

3    at picture 9 on Exhibit 39 we could make that

4    measurement; correct?  Not by looking at the

5    photo?

6         A.      Hold on.  Hold on.

7         Q.      Just answer that question.

8                    MS. O'LEARY:  No.  Object to

9          form.

10   BY MS. BAUGHMAN:

11        Q.      No.  I'm asking, Dr. Hennet, you

12   just brought up page 9.

13                   Is there a way with the photo on

14   page 9 to make a measurement?

15                   MS. O'LEARY:  Object to form

16         and foundation.

17                   THE WITNESS:   The measurement

18         is done and illustrated in -- in

19         additional photographs where the lengths

20         of the rope is being measured with a

21         tape.

22   BY MS. BAUGHMAN:

23        Q.      Okay.  Show me where that is.

24        A.      I am looking for it.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 94 of 301

1                    (Reviews document.)

2                    Okay.  That will be photograph 003.

3        Q.        Okay.  It's a measurement of a rope,

4    but we don't know, we can't tell from the

5    measurement where the rope was; right?

6        A.        Well, I am telling you where the

7    rope was by showing you 009.  That basically is

8    the way we had to do it.

9        Q.        Okay.  So you're saying that -- that

10   from that what we're seeing there is from that

11   pipe on 9 all the way to where?  To what part of

12   the bottom of the spiractor?

13       A.        Not to the --

14       Q.        To --

15       A.        It is to the top of the pipe of the

16   spiractor, just after it stops turning is a J.

17                    MS. BAUGHMAN:  "Just after it

18         stops turning is a J."  So it's -- I tell

19         you what we'll do.

20                    I'm going to mark as

21         Exhibit 41 a copy just of page 9.

22                    (Document marked for

23         identification as Exhibit 41.)

24   BY MS. BAUGHMAN:

1      Q.      And I'm going to give you a pen, and

2  I want you to show me from right on Exhibit 9

3  where the rope was that you measured.  Just draw

4  the rope.

5      A.      The rope is here.  (Marks document).

6      Q.      Okay.  Can I see that, please?

7      A.      (Hands document).

8      Q.      So if you look at Exhibit 11.

9      A.      Exhibit 11.

10      Q.      In your diagram there, you're

11  showing 18 inches from where to where?

12              Don't write on this yet, on

13  Exhibit 41, but show me where that 18 inches would

14  be.

15      A.      Well, it would be from the rim

16  elevation down.  That would be this portion.

17  Because then we measure this distance on another

18  photographs, but we measured that distance from

19  there to the rim.  And then you just subtract that

20  from the length of the rope, and then you have the

21  distance from the rim to the top of the pipe, and

22  that's 18 inches about.  And I made a note that it

23  was difficult to measure.  So it's --

24      Q.      Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 96 of 301

1      A.      It is an estimate --

2      Q.      So.

3      A.      -- plus or minus an inch or so.

4      Q.      Okay.  So use the pen here and go

5   ahead and, like, mark where the 18 inches is.

6   Write 18 inches so we can see what you're talking

7   about.

8             MS. O'LEARY:  Object to form.

9   BY MS. BAUGHMAN:

10     Q.      Go ahead.  Go ahead.

11     A.      Yeah.  Again, you are just asking me

12  to do something.  Just the accuracy of it you can

13  always talk about.  But you have to -- you have

14  to go and -- it's -- we measured this distance

15  here.  (Marks document).

16     Q.      What -- but I'm looking at your --

17  your diagram --

18     A.      And then --

19     Q.      -- on Exhibit 11 and you're saying

20  18 inches based on this work.  So I'm trying to

21  understand where that 18 inches is.

22     A.      And I'm trying to explain that to

23  you.

24     Q.      Okay.  Can you show us?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 97 of 301

1    A.    Well, I can show you.

2          This is one measurement.  Right?

3    Q.    Okay.  But you have to say --

4    A.    That's the length of the rope.

5    Q.    -- what "this" is.  What --

6    A.    That's -- that's what we --

7    Q.    For the record, when you say "this

8    is one measurement," what are you referring to?

9    What's the number of that photo?

10   A.    This is -- sorry, yes.  It is 003.

11   Okay?

12   Q.    Okay.  All right.

13   A.    This is one measurement that's total

14   length of that hole that you have here --

15   Q.    Okay.

16   A.    -- vertically.

17   Q.    So that the line that you've drawn

18   on what we've marked as Exhibit 41 is the

19   measurement on page -- on the photo number 3;

20   right?

21   A.    Yes.

22   Q.    Okay.  Now, where's the 18 inches

23   that you're -- you're indicating on Exhibit 11

24   exists?  What -- what is that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 98 of 301

1          A.      The next step is this one.  It's
2    Exhibit 012.
3          Q.      Okay.  And that's showing 11 inches?
4          A.      From the top of the bar, which is
5    always on top, to the rim.
6          Q.      Right.
7          A.      Right?  So that would be this here.
8          Q.      Right.
9          A.      Right?  And then on 003, you can see
10   that to the top of the bar, it's about 28 inches.
11   The lengths of the rope.  Right?
12         Q.      Right.
13         A.      Then here you have this 11.  Right?
14         Q.      Right.
15         A.      And -- and you have basically 28
16   minus 11, that's 17 but, you know, that
17   it's -- it's approximate.  So this is -- this is
18   where the 18 comes from.
19                 That this -- this is 012 that give
20   you the 11, 11 inches from the top of the bar to
21   the rim.  Right?
22         Q.      Uh-huh.
23         A.      And then you have this that gives
24   you the entirety of the -- from the top of the bar

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 99 of 301

1  to basically the top of the pipe.

2      Q.      Right.

3      A.      And that's about 28 inches.

4      Q.      Uh-huh.

5      A.      So you subtract 11 from the 28

6  inches and that -- that gives you -- it will be

7  17, but I --

8      Q.      Okay.  Can you show me?  Go ahead

9  and mark it on the diagram there, the 18 or 17

10 inches.  Show us where that is.

11                 MS. O'LEARY:  Object to form.

12                 THE WITNESS:   It's difficult

13      on that.

14                 You have the 11 here and you

15      have the 28 there.

16 BY MS. BAUGHMAN:

17      Q.      Right.

18                 But first on Exhibit 41, where is

19 the 18 inches?

20      A.      Exhibit 41.

21                 MS. O'LEARY:  Objection.

22 BY MS. BAUGHMAN:

23      Q.      This one.

24      A.      On this photograph on 009?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 100 of 301

1        Q.       Right.

2        A.       Well, it's going to be somewhere.

3   You have to subtract.

4        Q.       Right.

5                 Just mark it so that -- so that --

6   so that the court will understand what you're

7   saying.

8                      MS. O'LEARY:  Object to form.

9                      He's just said it's hard to

10       see on that photo.

11  BY MS. BAUGHMAN:

12       Q.       That's the photo you showed me that

13  was the best illustration of your measurements;

14  right?

15                      MS. O'LEARY:  Object to

16       foundation.

17                      THE WITNESS:   It's a

18       step-wise approach.  You need more than

19       one thing to illustrate the -- the

20       measurements that I took.

21                      You have this one which gives

22       you 28 inches.  Right?  This is this.

23  BY MS. BAUGHMAN:

24       Q.       I understand.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 101 of 301

1        A.       You have this one.  By "this one" I
2   meant 003.
3                And then you have 012 that give you
4   11 inches.
5                And then you have this one that
6   shows you that these lengths minus -- the lengths
7   that is on 003 minus the lengths that is on 012 --
8        Q.       Okay.
9        A.       -- gives you basically the distance
10  between the rim and the top of the pipe.
11       Q.       Okay.  So just -- so draw --
12       A.       The top of the pipe.
13       Q.       Mark the distance from the rim to
14  the top of the pipe on there.
15                    MS. O'LEARY:  Object to form.
16                    THE WITNESS:   I don't know
17         how to do that.
18                    MS. BAUGHMAN:  Are you
19         instructing him not to do it?
20                    MS. O'LEARY:  No.  I'm
21         objecting to the form.  He doesn't have
22         to do it, but I'm not instructing him not
23         to.
24  BY MS. BAUGHMAN:

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 102 of 301

1      Q.      Okay.  Go ahead.

2      A.      Right.  It is difficult to do here

3   because if I do something on this, you are going

4   to make something of it that I didn't mean it to

5   be and that's --

6      Q.      Do this for me.

7              Where is the fall?  If you were

8   measuring the fall height, if you could measure

9   the fall height; right?

10     A.      Okay.

11     Q.      Without this experiment.  What is

12   the fall height?

13     A.      Yeah, yeah.

14     Q.      From where to where on that

15   document?

16     A.      Not at the fall height yet.  We are

17   at the distance between the rim and the top of the

18   pipe.

19     Q.      Okay.  I'm asking you a different

20   question now.

21              Where is the fall height?

22     A.      The fall height would be to where

23   the level would be in this 12-inch pipe or in this

24   pipe as estimated by AHE -- AEH, and that's about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 103 of 301

1   6 inches of here.  So that would be something

2   from -- again, on this photograph, it's difficult

3   to do because you have a -- you have a visual

4   this.

5       Q.     Let me ask you.

6           Wouldn't the fall height -- and I

7   understand people can't see what I'm doing.  I'm

8   just.

9           Wouldn't the fall height be from

10  this rim to where the water level is?  Isn't that

11  the fall height, or not?

12               MS. O'LEARY:  Object to form.

13               THE WITNESS:   That would be

14      from -- from this -- this rim to

15      basically, yeah, something like this.

16  BY MS. BAUGHMAN:

17       Q.     Okay.  So can you draw for me if you

18  are able to, whether you measured it or not, what

19  the fall height is so we understand what that is?

20               MS. O'LEARY:  Object to form.

21               THE WITNESS:   I gave you that

22      on my notes, and I'm telling you that the

23      basis for that is this here.

24              Drawing on photographs that

1        are distorted like this is not something

2        that's scientific.

3   BY MS. BAUGHMAN:

4        Q.      Well, these are -- those are photos

5   that you took; right?  Or you directed to be taken

6   at your site visit?

7        A.      Those are photographs and the

8   measurements are on 003, 012, and then you have

9   the 6-inch water level from AEH in the pipe.  And

10  the dimension of the pipe is basically 12-inch

11  approximately.

12       Q.      Okay.  So are you refusing to draw

13  the fall height on Exhibit 41, your picture marked

14  number 9?  You won't do it?

15                  MS. O'LEARY:  Object to form.

16                  THE WITNESS:   It's described

17        in my report and the fall height, the

18        fall height is from the rim to the water

19        level in the pipe when it's operating.

20  BY MS. BAUGHMAN:

21       Q.      Okay.  But you don't want to draw

22  it?

23                  MS. O'LEARY:  Object to form.

24                  THE WITNESS:   I don't feel

1              comfortable to draw it on a picture that
2              is distortion.
3        BY MS. BAUGHMAN:
4              Q.      Okay.  And why and what -- why is
5        Exhibit 9 distorted?  What's distorted about it?
6              A.      Because it is a photograph of
7        something that is actively that is one dimensions
8        and the photograph itself is, you know, one
9        dimension things with distortions.  That's what
10       happens.  That's why you can -- it is very
11       difficult to do visual evaluation if you don't do
12       measurements because the distortion just leads you
13       to -- to estimates that are not correct.
14             Q.      And how do you know -- when you
15       did -- when you dropped the rope down, how do you
16       know that the rope was straight?  Could you see
17       the rope?
18             A.      Yes, I did see the rope --
19             Q.      Okay.
20             A.      -- and it was straight.
21             Q.      Do you have a picture of the rope
22       hanging down when you made the measurement?
23                     MS. O'LEARY:  Object to
24             foundation.

```
 1                    THE WITNESS:   It is on 003.
 2      BY MS. BAUGHMAN:
 3          Q.      No, no, no.
 4                  I mean, when you dropped the rope
 5      down, right, to figure out the length there, do
 6      you have a picture of you when you did that?
 7                    MS. O'LEARY:  What's the
 8          exhibit number you're pointing to?
 9                    MS. BAUGHMAN:  Number 1.
10                    THE WITNESS:  Right.  It is on
11          009.
12      BY MS. BAUGHMAN:
13          Q.      The rope?  No, you drew the rope on
14      009.
15          A.      No.  This is on 009.  This one is a
16      different one.  You go to Exhibit 40 and this is
17      009 on Exhibit 40.  There I did not draw anything
18      on 009 in Exhibit 40.  You made me draw something
19      on Exhibit 41.
20          Q.      Hold on a minute.
21          A.      And what you can see there is a
22      rope.
23          Q.      But those are the same picture.
24          A.      They are the same pictures, but
```

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 107 of 301

1  there you made me draw on it.

2         Q.       Okay.  Did you just draw on top of

3  what the rope -- of where the rope was?

4         A.       That's what you asked me to do.

5         Q.       Okay.  All right.  Okay.

6         And is there any kind of a --

7  there's no measurement or scale on HENNET_USA 9

8  that would allow us to measure that rope distance;

9  correct?  Independent of what you-all did?

10         A.       You don't have -- I couldn't put a

11  scale on there.  Otherwise, I would have done it.

12         Q.       Okay.  Okay.  And other than the

13  diagram that's drawn on Figure 3-4 of AH, do you

14  have any other basis to disagree with the

15  statement in the AH report that the effluent pipe

16  is likely to be flowing full in the Hadnot Point

17  Water Treatment Plant spiractors?

18                MS. O'LEARY:  Object to

19        foundation.

20                THE WITNESS:   In the AEH's

21        report, somewhere in there, it just says

22        that I made calculations for the

23        condition of the pipe using a dimension

24        of 12 inches for the pipe, and at the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 108 of 301

1           flow rate that comes out of the
2           spiractors, I estimated that the depths
3           of water in the pipe is 6 inches.
4    BY MS. BAUGHMAN:
5         Q.      And where is that calculation in
6    your report?
7                 Is that in your report?
8         A.      I -- I just -- I just used the AEH
9    diagrams that I put in my report and it is there.
10        Q.      I know.
11                Is that calculation in your report?
12        A.      The calculation for -- for what?
13        Q.      For -- for -- you just said you did
14   a calculation to see whether the level of water in
15   the pipe would be 6 inches based on the -- the
16   amount of water going through the spiractor or
17   through the water treatment plant.
18                I was just wondering:  Is that
19   calculation in your report?
20        A.      I didn't do that calculation.
21                MS. O'LEARY:  Object to form.
22                THE WITNESS:   The EA -- AEH
23         did that calculations, and it is a
24         reasonable answer.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 109 of 301

1    BY MS. BAUGHMAN:

2         Q.        I want to ask you something else

3    about the AH report while we're here.

4                   If you could turn to pages 3 -- page

5    3-8 first of the AH report, Exhibit 38.

6         A.        Yes.

7         Q.        And there is a picture of the Hadnot

8    Point Water Treatment Plant spiractor effluent

9    pipe and it's labeled "1941/1942."

10                  Do you have any reason to believe

11   that the date of that photograph is not correct?

12                      MS. O'LEARY:  Object to

13        foundation.

14                      THE WITNESS:   I have no

15        understanding of the source of the

16        photographs and it's not described.  So

17        this is -- this is -- this is what it is.

18   BY MS. BAUGHMAN:

19        Q.        Right.

20                  But do you have some reason to

21   believe that the date is incorrect as stated by AH

22   in its report?

23                      MS. O'LEARY:  Object to form.

24                      THE WITNESS:   With the

1          exceptions is I don't see where it comes
2          from.  So whether it is even -- I have
3          no -- I have no information that
4          would -- that would basically tell you
5          where that picture actually comes.
6    BY MS. BAUGHMAN:
7          Q.      Right.
8          A.      Except what is written under it.
9          Q.      Right.
10         A.      And that's what it is.
11         Q.      Okay.  So the next page, on page 3-9
12   they have a spiractor effluent pipe for Hadnot
13   Point labeled "1944/1945."
14               Do you have a basis to believe that
15   that date is incorrect?
16                    MS. O'LEARY:  Object to form.
17                    THE WITNESS:  Same thing.  I
18         have no way to verify if this is from
19         there and if it is from that date.
20         I -- I don't know but you see --
21   BY MS. BAUGHMAN:
22         Q.      But do you have -- what I'm asking
23   is:  Do you have information that leads you to
24   believe that's the wrong date?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 111 of 301

```
 1        A.        I have no information to verify
 2   this.  None.
 3        Q.        Either way?
 4        A.        Either way.
 5        Q.        Okay.
 6                  Okay.  Okay.  I want to ask you some
 7   questions about the water buffalos.  And while
 8   we're -- while we've got Exhibit 39 handy, the
 9   pictures from February 11th, let me ask you a few
10   questions about those photos.
11                  If you turn to page 89, what is that
12   a picture of?
13        A.        This is a photograph of a station
14   basically where water buffalos can be filled up at
15   the base.
16        Q.        Okay.  And are they filled up
17   through that red hose?
18        A.        Yes.
19        Q.        Okay.  Is there any reason that when
20   the water buffalos are filled up, the Marines
21   can't just put the hose right into the tank
22   instead of holding it above the tank?
23        A.        Well, they have to hold it because
24   with the pressure that goes through that pipe, it
```

 1    will just leave the water.

 2         Q.      I see.

 3                 But is there any reason they can't

 4    put it inside the water buffalo to fill it up

 5    instead of holding it above the water buffalo?

 6         A.      Well, when I observed it, I did it,

 7    the way I did it is, I kept the hose on top of

 8    the --

 9         Q.      Right.

10         A.      -- on top of the water.

11         Q.      So your observation was in February

12    of 2025; correct?

13         A.      That's my observation, yes.

14         Q.      Did you have any conversations with

15    any Marines about what the normal protocol is to

16    fill a water buffalo?

17         A.      They told me that.  So I did it.  I

18    didn't instruct them to do it in any way.

19         Q.      So you did have a conversation with

20    the Marine?

21         A.      No, no.  I did not have a

22    conversation with the Marine themselves.  I just

23    came up with the water buffalo, and I just climbed

24    on it to be able to take pictures.  And then they

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 113 of 301

1    they say -- I just told them, fill it up.

2         Q.      Okay.

3         A.      I mean, do it and that's it.

4         Q.      So that's --

5         A.      That's all.  That's all my

6    conversation with them.  That's it.

7         Q.      Got it.  Okay.

8              Have you had any conversation with

9    any other individual regarding how water buffalos

10   were filled up at Camp Lejeune?

11        A.      I have not had conversation about

12   that because -- but there is information that in

13   the historian report that shows how it should be

14   done and so on.

15        Q.      Okay.

16        A.      And how it was done over time.

17        Q.      Okay.  You're referring to the DOJ's

18   expert's -- historian expert's report; correct?

19        A.      Yes.

20        Q.      Okay.  Have you yourself done any

21   investigation, independent of the historian, on

22   how water buffalos were filled up at Camp Lejeune,

23   other than watching this one be filled up in 2025?

24        A.      Well, yes, I looked for information

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 114 of 301

1  that describes, you know, the geometry of the
2  water buffalos, what -- what they weigh.  And I
3  found what I found, and based on that, I just -- I
4  just understood that for the water buffalos that I
5  found information on the dimensions of, they were
6  filled up through the filling hole by connecting
7  the hose to the filling hole that there's a
8  strainer to it.
9            That's -- that's what I recall.  I
10 think it is in my report the diagram of the water
11 buffalos, and that's what I relied upon to say
12 this is the way a water buffalos was filled up.
13      Q.      Okay.  So other than looking at the
14 dimensions of water buffalos, did you do anything
15 else to investigate how water buffalos were filled
16 at Camp Lejeune?
17            Let me strike that and start over.
18            Other than watching one water
19 buffalo be filled up in 2025 and reviewing the
20 dimensions of water buffalos, did you do anything
21 else to investigate how water buffalos are filled
22 up?
23            MS. O'LEARY:  Objection and
24      foundation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 115 of 301

1    BY MS. BAUGHMAN:

2         Q.      Your investigation, not the

3    historian.

4                     MS. O'LEARY:  Object to form

5          and foundation.

6                     THE WITNESS:   I relied on

7          the -- I borrowed the information that

8          the historian had put together, which is

9          more than what I had found on water

10         buffalos and, you know, the protocol of

11         filling it and so on over time.

12   BY MS. BAUGHMAN:

13        Q.      Okay.  I'm just trying to get the

14   universe of what you're relying for how water

15   buffalos were filled up.

16                  So we know you're relying on the

17   historian's report, the DOJ's historian.

18        A.      Uh-huh.

19        Q.      We know you're relying on watching

20   one water buffalo be filled up in February 2025.

21   And we know you're relying on the dimensions of

22   the water buffalo.

23                  Is there anything else you're

24   relying on?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 116 of 301

 1                    MS. O'LEARY:  Object to
 2         foundation.
 3    BY MS. BAUGHMAN:
 4         Q.      For how water buffalos were filled
 5    up at Camp Lejeune?
 6                    MS. O'LEARY:  Same objection.
 7                    THE WITNESS:  Well, you know,
 8         that I mention and so are in my report.
 9         Right?  I -- in an appendix of my report,
10         you have water buffalos with the
11         dimensions marked on them.
12    BY MS. BAUGHMAN:
13         Q.      We -- that's one of the three things
14    I mentioned.
15                    Is there anything else?
16         A.      Well, I have also, you know, I have
17    seen all of a sudden after my report two
18    affidavits by people who apparently witnessed
19    water buffalos being filled.
20         Q.      Okay.  There's that.
21                    Anything else?
22         A.      And that was new to me.
23         Q.      I understand.
24         A.      That was major reason why I went

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 117 of 301

1  back to kind of look at that.

2       Q.      Right.

3               Anything else?

4       A.      That's all I can think about right

5  now.

6       Q.      Okay.  So do you have any

7  information that leads you to believe that when

8  Marines filled up water buffalos at Camp Lejeune,

9  they did not put the hose inside the water buffalo

10 to fill it up?

11              MS. O'LEARY:  Object to

12          foundation.

13              THE WITNESS:  I have seen

14          descriptions that you would hook up the

15          hose to the filling hole, the filling

16          port that is a strainer.  I have seen

17          that.

18              And then I have seen the

19          information that some water buffalos were

20          filled up through the manhole, and that

21          came with those affidavits that came

22          after my report on that.

23              And also in Dr. Sabitini's

24          rebuttal report to my report, it says the

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 118 of 301

1          water buffalos sometimes are filled up
2          through the manhole, and that was the
3          reason why I just wanted to see how do I
4          do it today, and that's what I did.
5   BY MS. BAUGHMAN:
6          Q.      I'm going to respectfully object as
7   nonresponsive, and maybe you don't understand my
8   question.  So I'm going to try it again.
9                  When you -- okay.  Let me just ask
10  you.  Let me back up.
11                 You watched one water buffalo be
12  filled up in February 2025; right?
13         A.      That's right.
14         Q.      Okay.  Before that, had you yourself
15  ever seen a water buffalo be filled up?
16         A.      Not before that.
17         Q.      Okay.
18         A.      Hold on.  Except on a video that
19  Dr. Sabatini put in his report.
20         Q.      Okay.  So when you wrote your report
21  in December of 2024, you had never seen a water
22  buffalo be filled up; correct?
23         A.      No.  The only information I had is
24  what I have in my report and information in the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 119 of 301

1    historian report.

2         Q.      Right.

3                 So that means when you signed your

4    report on December 9, 2024, you had never seen a

5    water buffalo be filled up; correct?

6         A.      Personally, I have never seen.

7         Q.      Okay.

8         A.      I had never seen a water buffalo

9    being filled up --

10        Q.      Okay.

11        A.      -- by then.

12        Q.      So it's possible to fill a water

13   buffalo by taking that red hose and putting it

14   inside the tank to fill it up; right?

15        A.      Everything is possible.

16        Q.      Okay.  What's your basis to say that

17   was never done?

18                    MS. O'LEARY:  Object to

19          foundation.

20                    THE WITNESS:  Maybe it was

21          done, maybe it was not, but it was also

22          done through the -- through the port, the

23          filling port.  That's documented, and it

24          was also done as I observed it.

 1                        And it was also done as

 2              Dr. Sabatini attachment to his report,

 3              which is a YouTube video of the filling

 4              up of a water buffalo.  That's -- and in

 5              that case, I did it basically the same

 6              ways I observed.

 7    BY MS. BAUGHMAN:

 8         Q.       All right.  So you have not done any

 9    calculations regarding the amount of

10    volatilization that occurs during the filling of a

11    water buffalo through a manhole cover; right?

12         A.       No.  I have observed it and I have

13    seen the extensive aeration that occurs, and I

14    have basically concluded that it's quite similar

15    as far as losses are concerned than the calculated

16    losses that I have in my report --

17         Q.       Okay.

18         A.       -- that where the water buffalo was

19    filled up through a strainer.

20         Q.       I'll object as nonresponsive.

21                   I just want to know:  Have you done

22    a calculation?  Have you done a calculation on the

23    amount of volatilization that occurs when you fill

24    a water buffalo through a manhole cover?

                        Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 121 of 301

1        A.        I have not done --

2                        MS. O'LEARY:  Object to form.

3                        THE WITNESS:    Sorry.

4                        I have not done additional

5          calculations to from what is in my report

6          because I consider that it was similar.

7    BY MS. BAUGHMAN:

8        Q.        Okay.  And in your report, you don't

9    have a calculation on the volatile -- the amount

10   of volatilization from filling a water buffalo

11   through the manhole cover; right?

12       A.        I have it through calculations

13   through a strainer in my report.

14       Q.        Not through the manhole cover?

15       A.        Not through the manhole cover.

16       Q.        Okay.

17       A.        And then what I observed led me to

18   conclude that it was pretty similar.

19       Q.        Okay.  I'll object as nonresponsive

20   to everything after "not through the manhole

21   cover."

22                        When you observed that one water

23   buffalo being filled in February 2025, did you

24   make any measurements related to volatilization?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 122 of 301

1       A.      I didn't do measurements, but I did
2    observations.
3       Q.      Okay.  And this may be obvious, but
4    I just -- I just want to ask you.
5               So when we're talking about the
6    contaminants that -- that were in the water at
7    Camp Lejeune -- PCE, TCE, the other VOCs -- if
8    they're volatizing out of the water, right, you
9    couldn't see them; right?
10      A.      I couldn't see them, but I could
11   smell the chlorine, which is also volatile organic
12   compound.  And when you do that, I could smell the
13   chlorine coming out.
14      Q.      Okay.  And you can't see the
15   chlorine either; right?
16      A.      You cannot see it but --
17      Q.      Okay.
18      A.      -- I could -- I could smell it, and
19   then that's why you go to geochemistry to estimate
20   the partitioning.
21      Q.      Okay.  So did you do a calculation
22   on how much VOCs would come out of the water when
23   you fill a water buffalo based our chlorine
24   smelling?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 123 of 301

1          A.          Not based on that.  That's an
2     observation.
3          Q.          Okay.
4          A.          I didn't do a calculation on it.
5          Q.          Okay.
6          A.          It's an observation.
7          Q.          Did you make any measurement on how
8     much chlorine was coming out of the water when the
9     water buffalo was being filled?
10          A.          I did not measure that.  I didn't
11     have the -- what would have been needed to do
12     that, no.
13          Q.          Okay.
14          A.          And also I would like to take a
15     break at some point.
16                    MS. BAUGHMAN:  We can take a
17          break right now.  That's fine.  Okay?
18          Going off the record.
19                    THE VIDEOGRAPHER:  Time is
20          11:31 AM.  We're now off the record.
21                    (A recess was taken.)
22                    THE VIDEOGRAPHER:  The time is
23          11:42 AM.  We are now on the record.
24     BY MS. BAUGHMAN:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 124 of 301

1      Q.      All right.  Dr. Hennet, I want to

2  ask you a few more questions about Exhibit 40,

3  which are the pictures from a prior visit of yours

4  before 2025 to the Camp Lejeune.

5              Have you got that in front of you?

6      A.      Yes, I do.

7      Q.      Okay.  Can you tell me -- the one

8  that's page 3, we're looking at CLJA PHOTOS SSPA

9  number 3.

10             What's that a picture of?

11     A.      This is a picture of the top of --

12 the best I can recall -- the top of a spiractor.

13     Q.      Do you know at which plant?

14     A.      I think this one would have been

15 Hadnot Point.

16     Q.      Okay.  And can you -- is it possible

17 to measure the fall height based on this picture?

18     A.      You cannot access it, no.

19     Q.      Okay.

20     A.      You cannot see it either.

21     Q.      It looks like -- from the picture,

22 it looks like the water is full all the way to the

23 top.

24             Is that true?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 125 of 301

1            MS. O'LEARY:  Object to

2        foundation.

3                THE WITNESS:  No, I don't

4        think so.

5    BY MS. BAUGHMAN:

6        Q.      Okay.  If you turn to page 7 of

7    Exhibit 40, what's that a picture of?

8        A.      That's a picture of a water buffalo.

9        Q.      And we're talking a little bit

10   earlier about how in your report, your December

11   2024 report we've marked as Exhibit 31, you did

12   calculations assuming there was a filler pipe with

13   a strainer, right, and that's how it was filled

14   through that filler pipe with a strainer; right?

15       A.      That's correct.

16       Q.      Okay.  Is there a flow pipe with a

17   strainer on the water buffalo picture in page --

18   on page 7 of Exhibit 40?

19       A.      Not -- not on this one.

20       Q.      Okay.  So you -- you observed some

21   water buffalos, even if you didn't see them

22   filled, in your prior visit to Camp Lejeune,

23   correct, before 2025?

24       A.      Yes, parked.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 126 of 301

1      Q.    Did you look for the -- the filler

2  pipe with the strainer while you were there?

3      A.    This one didn't have one.  So.

4      Q.    Okay.  So you knew that some water

5  buffalos didn't have that?

6      A.    In 2024 I knew that, yes.

7      Q.    Okay.  Did you do an investigation

8  to see during what years the water buffalos had a

9  filler pipe with a strainer?

10     A.    Outside of what I mentioned before,

11  you know, which is the historian report as well as

12  the schematics of water buffalos historically, I

13  have nothing else.

14     Q.    Okay.

15     A.    But in '24 this one that I saw had

16  no -- no filler pipe.

17     Q.    Okay.  If you look at page 12,

18  that's the picture of a spiractor that was sitting

19  on a truck bed; is that right?

20     A.    Yes.

21     Q.    And that was found near the Holcomb

22  Boulevard Water Treatment Plant?

23     A.    I think it was either on a truck bed

24  parked next to the Holcomb Boulevard.

1      Q.      Okay.

2      A.      I believe so, yeah.

3      Q.      All right.  So if you turn to

4  picture 20 of Exhibit 40, is that another picture

5  of a water buffalo?

6      A.      That's correct.

7      Q.      And, again, there's no filler pipe

8  with a strainer on this one?

9      A.      Yeah, again 2024, water buffalo.

10     Q.      Okay.

11     A.      I took a picture of it.

12     Q.      Okay.

13     A.      I mean, I had a picture of it taken.

14     Q.      Then if you turn to page 25, is that

15  a -- is that that -- the same spiractor that was

16  sitting on the truck bed near the Holcomb

17  Boulevard Water Treatment Plant?

18     A.      Yes.

19     Q.      Okay.  And you used your -- your

20  card there, your Metro card as a scale?

21     A.      That's not mine but...

22     Q.      That's what was used for the

23  scaling?

24     A.      That's what was used for the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 128 of 301

1  scaling, yes.

2      Q.      All right.  So again we turn to page

3  39.  It's another picture of a water buffalo;

4  right?

5      A.      It's a picture of a water buffalo.

6  I don't know if it's the same one or not.  I don't

7  know but --

8      Q.      Okay.

9      A.      -- it is, yes.

10     Q.      Again, there's no filler pipe with a

11  strainer on that one; right?

12     A.      No.  That's again 2024.  This is

13  what I saw.

14     Q.      Okay.  And then picture 42.  This is

15  similar to a picture we saw from your 2025 visit.

16             This is where the Marines would fill

17  up the water buffalos?

18     A.      Yes.

19     Q.      Okay.  All right.  When you were

20  writing your report, your December 2024 report,

21  did you review the technical manuals that came

22  with the water buffalos that explained how the

23  water buffalos should be filled up?

24             MS. O'LEARY:  Object to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 129 of 301

1          foundation.

2                    THE WITNESS:    I don't

3          recollect that.  You have to show me

4          that.

5  BY MS. BAUGHMAN:

6          Q.      Were you aware when you wrote your

7  report in December 2024 that some water buffalos

8  during the time frame of the 1950s through 1986,

9  in fact, did not come with the filler pipe with a

10 strainer?  Did you know that?

11         A.      I didn't know that then.

12         Q.      Okay.

13         A.      With the exception of what was in

14 the historian report, and I don't recollect the

15 details of that.

16         Q.      Okay.  I want to ask you some.  If

17 we could turn to your report, Exhibit 31.  And

18 turn to a different subject here.  If we could

19 turn to page 5-29.

20                 Are you there?  Okay.

21                 So you've opined that there was a

22 what you call a long-time average TCE

23 concentration of 227 micrograms per liter for

24 water supplied by the Hadnot Point Water Treatment

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 130 of 301

1  Plant; right?

2          A.      You have to show me where I say

3  that.

4          Q.      Sure.

5                  The first paragraph under your

6  exhibit on page 5-29.  Look at that last sentence.

7  You say:

8                  "Considering that Hadnot Point or

9  HP-651 was being pumped 39% of the time yields a

10 TCE long-time average concentration of 227

11 micrograms per liter for Hadnot Point Water

12 Treatment Plant supplied water."

13                 Do you see that?

14         A.      Yes, I do.

15         Q.      Okay.  And this -- so -- so your

16 calculation of 227 micrograms per liter for the

17 long-time average is based on the 39 percent,

18 right?  The Hadnot Point water 651 was being

19 pumped 39 percent of the time; correct?

20         A.      Yes.

21         Q.      And also based on your calculation

22 of an average concentration for TCE in Hadnot

23 Point Water Treatment Plant from January 21, 1985

24 to February 5, 1985 of 582 micrograms per liter;

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 131 of 301

1   right?

2        A.      Yes.

3        Q.      Okay.  And in case you didn't -- you

4   seem hesitant.  Look at the first sentence of that

5   paragraph.  You wrote:

6                "The average concentration measured

7   for TCE at Hadnot Point Water Treatment Plant over

8   the period January 21 through February 5, 1985, is

9   582 micrograms per liter."

10               Do you see that?

11       A.      Yes, I do.

12       Q.      So to get to the 227 for the

13  long-time average, you had two inputs to that

14  calculation, the 39 percent and the 582; right?

15       A.      Yes.

16       Q.      Okay.  So I want to ask you first

17  about the calculation of the average concentration

18  for TCE at the Hadnot Point Water Treatment Plant

19  of 582.  Okay?  I want to talk about how you

20  reached that number.  Okay?

21               So first let's -- let's look at page

22  5-23 of your report.

23       A.      Yes.

24       Q.      Okay.  And in the paragraph at the

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 132 of 301

1  top of the page in the middle, you refer to these
2  18 water samples; right?  You see that in the
3  middle of that paragraph you say:
4              "Eighteen water samples were
5  collected from locations in the two distribution
6  systems."
7              Okay?  And that's referring to this
8  time frame when the Hadnot Point Water Treatment
9  Plant was supplying water to Holcomb Boulevard;
10 correct?  That --
11      A.      Yes.
12      Q.      -- January 27 to February 5, '85
13 time frame; right?
14      A.      I think that's correct.
15      Q.      Okay.  Look at the sentence right
16 before:
17              "During that period of time" --
18 right, referring to January 27 to February 5,
19 '85 -- "HP-WTP, the Hadnot Point Water Treatment
20 Plant, supplied the entirety of the water in the
21 Holcomb Boulevard system which was shut down
22 following a fuel release incident."
23              Do you see that?
24      A.      Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 133 of 301

1    Q.    So during that time frame, these 18

2  water samples were collected from the two

3  distribution systems, and then you say:

4            "The average TCE concentration in

5  the treated water was 582."

6            Right?

7    A.    Yes, that's what I say.

8    Q.    Okay.  So look at -- let's look at

9  page 5-24 of your -- hold on.

10            We look at page 5-27 of your report,

11  which you've labeled as Exhibit 5-3.

12            You see the title of that Exhibit

13  5-3 is "COC Concentrations in the Holcomb

14  Boulevard and Hadnot Point Systems During Shutdown

15  of Holcomb Boulevard Water Treatment Plant:

16  January 27 to February 5."

17            And you say the water -- okay.

18            So these are the 18 numbers that you

19  used to calculate the average; correct?

20    A.    Well, it's probably correct.  I

21  don't know.

22    Q.    Well, I have questions about it.  So

23  I want to make sure we're on the same page.

24            You did the calculations; right?

1    A.    Yeah.

2    Q.    Okay.  Okay.  So if you go back to

3  page 5-23 in your report?

4    A.    Yes.

5    Q.    In the last sentence says -- okay.

6  So the 582 let's go back to that.

7            "Eighteen water samples were

8  collected from locations in two distribution

9  systems.  The average TCE concentration of treated

10  water was 582 micrograms per liter."

11            Do you see that statement?  Are with

12  me?

13    A.    I see the statement, yes.

14    Q.    And then the last sentence, or you

15  go on to say:

16            "The data for the period January 27

17  to February 5, 1985 that contains the data for the

18  period when the Hadnot Point Water Treatment Plant

19  was providing 100% of the Holcomb Boulevard water

20  supply are summarized in Exhibit 5-3."

21            Right?

22    A.    That's what it says, yes.

23    Q.    Okay.  So the data to calculate this

24  average of 582 micrograms per liter are in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 135 of 301

1    Exhibit 5-3; correct?

2          A.       Well, you know, I have to

3    refresh -- to double-check that, but I think it

4    appears to be correct.

5          Q.       That's what the report --

6          A.       Yeah.

7          Q.       -- says; right?

8          A.       (Reviews document.)

9                   Yes, I think that's correct.

10         Q.       Okay.  So I want to ask you about

11   that, this data that were used to calculate the --

12   the 582 microgram per liter average TCE

13   concentration.  All right?

14                  Exhibit 5-3 shows the location where

15   those samples were taken; correct?

16         A.       Yes.

17         Q.       Okay.  So just for reference,

18   building number 20 is the Hadnot Point Water

19   Treatment Plant; right?

20         A.       Yes.

21         Q.       Okay.  And so the last entry on page

22   527 for building number 20, that sample date was

23   February 5, 1985.

24                  Do you see that?

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 136 of 301

1          A.       Yes.

2          Q.       Okay.  And the value for TCE was

3     429; right?

4          A.       Yes.

5          Q.       Okay.  But that sample was taken the

6     day after HP-651 had been shut down; correct?

7          A.       Same day or the day after.  I don't

8     know.

9          Q.       Well, look at the heading of your

10    Exhibit 5-3 on this page.  Right in the heading of

11    your Exhibit 5-3 it says --

12         A.       Yes.

13         Q.       -- "Supply Well HP-651 Was Shut Down

14    on February 4, 1985"; correct?

15         A.       Yes.

16         Q.       Okay.  So this sample of 429 for

17    building 20 was taken a day after HP-651 was shut

18    down; correct?

19         A.       Yes, and -- yes, and it represent

20    treated water that is in the reservoirs.  Yeah.

21         Q.       Right.

22                   But the whole point of doing this

23    calculation is to figure out what the

24    concentrations were when HP-651 was running;

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 137 of 301

1 right?  Was being pumped?

2      A.     Yeah.  Well, it was, the calculation

3 is what was the water that was delivered on

4 average, what was the concentration on average in

5 the water that was delivered in -- in both areas

6 until February 5.  That's what I recall.

7      Q.     Well, let's go back to page 5-23.

8      A.     Here we go.

9      Q.     The first sentence on page 5-23 of

10 your report says:

11      "There is available data for COC

12 concentrations in treated water from Hadnot Point

13 Water Treatment Plant over the period January 27

14 to February 5, when it is known that supply well

15 HP-651 was being pumped."

16      Okay.  Is it the whole point of this

17 calculation of you're trying to figure out the

18 average TCE concentration in the water while

19 HP-651 was being pumped; right?

20      A.     No.  Actually, this is when the --

21 when the water that was supplied to both system

22 was coming from Hadnot Point Water Treatment

23 Plant.

24      Q.     But the purpose of your calculation

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 138 of 301

1    is to figure out what -- how much -- how much TCE

2    was in the water when HP-651 was being pumped?

3         A.      Yes, and HP 51 -- 651 was being

4    pumped and said it was shut down on February 4th,

5    but then, you know, it takes -- what you have in

6    the reservoirs that is being provided to the rest

7    of the system, it takes -- it takes a while to

8    flush that through.

9         Q.      Okay.  Well, if we look at the

10   number for building number 20 on January 31st,

11   right, which is two -- two lines up, we know on

12   January 31st HP-651 was, in fact, being used;

13   right?

14        A.      651?  Was being pumped, yes.

15        Q.      Yes.  Okay.

16                And so when on January 31st the

17   number was 900 micrograms per liter; right?

18        A.      Yes.

19        Q.      So it's almost -- it's more than

20   double than the number the day after HP-651 had

21   been turned off; correct?

22        A.      Yes, and you have a variability.

23   You have some variation in the concentrations.

24        Q.      Is there an explanation for that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 139 of 301

1 variation the fact that HP-651 had been turned off
2 the day before?
3          A.          Well, it would have some effect, but
4 you also have -- I have to go back to this to --
5 to go into details of where you want to go.  You
6 know, you also have dates 1/29/85 that were lower
7 and -- well, you have a variability.  Right?  It's
8 not one number.  And I estimated a number that is
9 representative --
10          Q.          Okay.
11          A.          -- for the long-term things and I
12 did it the way I explain I did it, and that's what
13 it is.
14          Q.          Let me ask you this.
15                    Would you agree that the February 5,
16 1985 sample from building 20 does not represent
17 the concentration of TCE in the water being pumped
18 from Hadnot Point while HP-651 is pumping?
19          A.          Well, but it contains water that was
20 pumped at HP-651 and that's what's contaminated.
21          Q.          And it contains -- it also contains
22 water when HP-651 was not being pumped; right?
23          A.          Well, that depends how flush the
24 system was.  You have to look at the timing by the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 140 of 301

```
 1    hour and, you know, I don't recall the detail of
 2    that.  But it is.  You have the effect of 651.  No
 3    question about it and --
 4         Q.        There's also no question that there
 5    would have been water in that sample, that 4/29
 6    sample on February 5th, that was from wells other
 7    than HP-651 because HP-651 was not being pumped on
 8    February 5th; right?
 9                   MS. O'LEARY:  Object to
10         foundation.
11                   THE WITNESS:  Yes, and, again,
12         I will have to go to the hour.  When was
13         it stopped exactly and when -- how much
14         time it takes to flush the system, and --
15         and I see what you -- what you are
16         getting at.
17                   It says you have slightly less
18         concentration then, therefore, might have
19         to be a little bit higher.  It would not
20         change it by much at all.
21    BY MS. BAUGHMAN:
22         Q.        Okay.  Let me ask you some more
23    questions about this then.
24                   Building 670.  I think we talked
```

1   about this earlier.  Building 670 is the Holcomb

2   Boulevard Water Treatment Plant; right?

3        A.      Yes, and that's the reservoirs in

4   that -- in that system, yes.

5        Q.      Okay.  So there are five samples

6   included in your calculation on Exhibit 5-3 that

7   were from building 670.

8                Do you see that?

9        A.      Yes.

10       Q.      Okay.  And the numbers of TCE at

11  building 670, the Holcomb Boulevard Water

12  Treatment Plant, the measurements for TCE were

13  8.2, 340, 27, 24, and 26; right?

14       A.      Let me just get to find it.

15               Where did you get the 842?

16               Oh, yeah.  Yes.

17       Q.      Okay.  And two of those samples were

18  taken on January 29th and three of them were taken

19  on January 31, 1985; right?

20       A.      Yes.

21       Q.      Okay.  And I averaged those five

22  and, you know, I could -- you could use a

23  calculator on your phone or whatever, but probably

24  sounds right.

```
 1              If you have the 8.2, 340, 27, 24,
 2    26, the average of that is 85 micrograms per
 3    liter.  Okay?  Take my word for that.
 4              Let me ask you this question.
 5              Do you believe 85 micrograms per
 6    liter is representative of the amount of TCE in
 7    Hadnot Point Water Treatment Plant water when 651
 8    is running?
 9                   MS. O'LEARY:  Object to form
10          and foundation.
11                   THE WITNESS:  Well, the 651
12          was running during that time, right, and
13          the systems were connected.  So the water
14          on average that was provided by the
15          system included what was in the
16          reservoirs at 670, and that's
17          basically -- that's basically my
18          understanding of the system.
19    BY MS. BAUGHMAN:
20          Q.     Okay.
21          A.     So all of this was representative of
22    the system.  So some places receive water with low
23    concentration and some places with higher
24    concentrations.
```

```
 1              The purpose of what I did was to get
 2    an estimate, a long-time estimate as I said, of
 3    how much concentration of TCE the water supplied
 4    by Hadnot Point would contain when the effect of
 5    651 is filled.
 6         Q.      Right.  Okay.
 7              So let me ask you this.
 8              How -- during this time frame of
 9    January 27 to February 5, 1985, how were -- how
10    did Hadnot Point water treatment -- Hadnot Point
11    provide the water to Holcomb Boulevard?  Like how
12    did Hadnot Point actually get into the Holcomb
13    Boulevard system?
14         A.      Right.  My understanding is that you
15    have connection -- you have two connections.
16    That's what I recall.  And they open, at least one
17    of them, and then it goes into the system.  And
18    the distribution system in my assumptions goes
19    through the reservoir of 670 to kind of keep
20    pushing that through.
21         Q.      Okay.  So you're saying, okay, the
22    connection is in the piping in the water
23    distribution system Hadnot -- between Hadnot Point
24    and Holcomb Boulevard; right?
```

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 144 of 301

1          A.          (Nods head).

2          Q.          Okay.  So -- so water in the Hadnot

3     Point water distribution system gets into the

4     Holcomb Boulevard water distribution system;

5     correct?

6          A.          (Nods head).

7          Q.          Okay.  Is there a way for water

8     that's in the water distribution system of Holcomb

9     Boulevard to get into the Holcomb Boulevard Water

10    Treatment Plant?

11         A.          It's not a treatment.  It's a

12    reservoir.  It's not -- it's after the treatment

13    plant.  It's a reservoir.

14         Q.          Okay.  So how does water that's in

15    the Holcomb Boulevard water distribution system

16    end up in the reservoir?

17         A.          Because everything is connected.

18    That's my understanding.

19         Q.          Are there not valves that prevent

20    water in the water distribution system from

21    backing up into the reservoir?

22         A.          I do not know about the valve

23    situation exactly there.

24         Q.          Did you investigate that?

1      A.      I did not investigate that.  I made

2  the assumptions that I made in my -- in my report.

3      Q.      Does the Holcomb Boulevard Water

4  Treatment Plant have a backflow prevention from

5  the distribution system into the reservoir?

6      A.      That I do not know.

7      Q.      Do you know what a check valve is?

8      A.      I do.

9      Q.      What is it?

10      A.      It's -- it's a valve that basically

11  make -- forces a flow to go only in one direction.

12  If it goes in the other one, it tends to shut

13  down, if it's perfectly working.

14      Q.      So were there check valves in the

15  Holcomb Boulevard water distribution system to

16  prevent water from the distribution system to back

17  up into the reservoir?

18      A.      I do not know.  I assume that it was

19  not the case.  I assume that the waters that was

20  delivered is the waters that is characterized by

21  this data, and I made that calculation as I

22  explained it.  And if I am wrong, well, maybe then

23  I would be corrected if I am shown wrong, but this

24  is what I did.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 146 of 301

1          Q.       Just a minute.

2                   Would it make sense that there would

3      be check valves to prevent water from the Holcomb

4      Boulevard water distribution system from backing

5      up into the reservoir?

6          A.       I don't know.  I don't have an

7      answer for that.

8          Q.       Did you talk to anyone at the

9      Holcomb Boulevard or Hadnot Point who works at

10     those treatment plants or anyone from Camp Lejeune

11     about whether there are check valves that prevent

12     water from the Holcomb Boulevard distribution

13     system from backing up into the reservoir?

14         A.       I have not asked that question.

15         Q.       Okay.  If there were check valves to

16     prevent water from the Holcomb Boulevard water

17     distribution system from backing up into the

18     reservoir, then your -- your numbers for building

19     670 should not have been used in this calculation.

20                   Would you agree with me?

21                       MS. O'LEARY:  Object to

22          foundation.

23                       THE WITNESS:  Well, we

24          can -- we can argue about that.  That

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 147 of 301

 1          depends.  Again, that depends on the
 2          setup on piping and -- and all of that
 3          and whether or not those reservoirs were
 4          still providing certain areas with water.
 5    BY MS. BAUGHMAN:
 6          Q.     Well --
 7          A.     I don't -- I told you, I don't know
 8    if there was check valves or not, and I assumed
 9    that that was part of the system and that was
10    concentrations that were in the system.  That's
11    what I assumed.
12          Q.     You assumed that water from the
13    Hadnot Point Water Treatment Plant, while 651 was
14    pumping, would get into the Holcomb Boulevard
15    distribution system and then would be able to back
16    up into the reservoir for Holcomb Boulevard;
17    right?
18          A.     Again, I just assume that's part of
19    the system.  That's the data for the system.  I
20    just made a simple average of all of that to
21    present to long term.  Whether it's 582 or 600 or
22    we can argue about that, but I clearly stated the
23    way I did it.
24          Q.     Let me ask you.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 148 of 301

1                The sample that says building --
2      it's the third one -- building 670 "upstream of
3      reservoir" in your Exhibit 5-3.
4                What does "upstream of reservoir"
5      mean?
6           A.      Well, it's upstream of the
7      reservoir.
8           Q.      So that's not a sample from the
9      reservoir; right?
10          A.      This is just how it was described,
11     and I would interpret that as you say that it's
12     upstream from the reservoir.  That means it's as
13     the water flows --
14          Q.      That would be part --
15          A.      -- it would be before the reservoir,
16     but it could still be treated water.  It could
17     still be the water that is being provided.
18          Q.      Well, the water that was being
19     provided in that time frame of January 27 to
20     February 5, 1985 was not coming from the Holcomb
21     Boulevard reservoir; right?
22                     MS. O'LEARY:  Object to
23           foundation.
24                     THE WITNESS:  Well --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 149 of 301

1   BY MS. BAUGHMAN:

2          Q.      Because Holcomb Boulevard Water

3   Treatment Plant was shut down; right?

4          A.      Well --

5                      MS. O'LEARY:  Same objection.

6                      THE WITNESS:  -- what was shut

7          down was the treatment.  Right?  Because

8          you had some contamination in the system,

9          and that was shut down.  You had a fuel

10         leak, if I recall --

11  BY MS. BAUGHMAN:

12         Q.      Right.

13         A.      -- and that was shut down.

14         Q.      Right.

15                 Where was the fuel leak?  Do you

16  remember?

17         A.      It was -- I believe it was on top of

18  one reservoir.  I don't remember the details of

19  it.

20         Q.      So building 670, the reservoir here

21  that was sampled and included in your

22  calculations, was that the reservoir that had the

23  leak in it?

24         A.      I do not know that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 150 of 301

1      Q.      Okay.

2      A.      It is a description of where exactly

3   the sample was taken.  It is not -- I could not

4   figure out exactly the way it was.

5                   MS. BAUGHMAN:  Okay.  I'm

6          going to hand you what I've marked as

7          Exhibit 42 to your deposition.

8                   (Document marked for

9          identification as Exhibit 42.)

10  BY MS. BAUGHMAN:

11     Q.      And Exhibit 42 is a one-page

12  document Bates-stamped CLJA_USMCGEN and the last

13  four numbers are 6684.

14                  Have you seen this document before?

15     A.      Specifically that one single page

16  here, I may have seen it.  I don't know for sure.

17     Q.      Okay.  So you see this starts out at

18  the top Sunday, January 27, 1985 at 1300, and it

19  describes what happened there in terms of that

20  gasoline leak.

21     A.      Right.

22     Q.      Right?

23                  And about 25 percent down the page

24  it says:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 151 of 301

1            "Then the reservoir was drained of

2    1,000,000 gallons and hosed down with fire hose

3    for several hours."

4            Do you see that?

5        A.      Exactly.

6        Q.      And that's referring to a reservoir

7    at Holcomb Boulevard Water Treatment Plant;

8    correct?

9        A.      That's correct.

10       Q.      Okay.  And that's all on the entry

11   for Sunday, January 27th; correct?

12       A.      That's correct.

13       Q.      Then it says:

14           "Monday - January 28th - the

15   reservoir was refilled, at 1400," which would be

16   2:00 PM; correct?

17           And then it says "plant

18   turned" -- oh, I'm sorry.

19           It says "the reservoir was refilled,

20   at 1400 plant turned off."

21           Do you see that?

22       A.      I see that.

23       Q.      Okay.  What water was used to refill

24   that reservoir?  Where did it come from?

1      A.      Well, that may be the explanation of

2  why you had contamination in that reservoir.  It's

3  just -- I don't know exactly where it came from.

4  It may have come from -- partly from Hadnot Point

5  Water Treatment Plant and partly from --

6      Q.      But you don't know?

7      A.      -- and partly from some wells.

8              I do not know --

9      Q.      I mean --

10     A.      -- but it was refilled with water

11 and that water was not something that went through

12 the plant.

13     Q.      Well, how do you know that it wasn't

14 refilled with water from Holcomb Boulevard?

15     A.      Well, I don't know.

16     Q.      You don't know either way?

17     A.      Either way.

18     Q.      Okay.

19     A.      But the fact that it had some

20 contamination in it, it may have been a blended

21 matter because you need a million gallon of water

22 to take it where you can.

23     Q.      Well, let's talk about that for a

24 minute.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 153 of 301

```
 1              If we don't -- if we set aside the
 2    upstream of reservoir sample because we don't know
 3    where that was taken; right?
 4              The four other samples from building
 5    670 Holcomb Boulevard reservoir are 8.2, 27, 24,
 6    and 26.
 7              You see that?
 8         A.   I see that.
 9         Q.   They're very low; right?
10         A.   Yeah.
11         Q.   So we don't know how that reservoir
12    was refilled; correct?  What water was used to
13    refill it; fair?
14         A.   We don't know --
15         Q.   Okay.
16         A.   -- but it had some contamination in
17    it.
18         Q.   Yeah.
19              If the Holcomb Boulevard reservoir
20    did not have check valves to prevent water from
21    the Holcomb Boulevard distribution system from
22    going into the reservoir, wouldn't the reservoir
23    overflow?
24         A.   You have overflow.  You have
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 154 of 301

1  overflow vents or overflow structures in each

2  reservoir.  So they could overflow, but if you put

3  more water than the reservoir contains, it would

4  overflow.  I mean, that's a logical thing.  Right?

5       Q.     Do you consider yourself an expert

6  in the design of water treatment plants?

7                   MS. O'LEARY:  Object to form.

8                   THE WITNESS:   I am not an

9        expert in the design of water treatment

10       plant.

11  BY MS. BAUGHMAN:

12       Q.     Okay.

13       A.     But I have seen many of them and I

14  have visited these.

15       Q.     Okay.  Isn't it normal for a water

16  treatment plant to have a check valve to prevent

17  the water in the distribution system from backing

18  up into the reservoir?

19                   MS. O'LEARY:  Object to

20       foundation.

21  BY MS. BAUGHMAN:

22       Q.     Isn't that the ordinary way these

23  things are designed?

24                   MS. O'LEARY:  Object to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 155 of 301

1          foundation.

2                    THE WITNESS:   It can be the

3          ordinary way, but specifically for those

4          I do not know.

5     BY MS. BAUGHMAN:

6          Q.     Okay.  Let me ask you both times.

7                 Do you know whether it is standard

8     practice to have a check valve in a water

9     treatment plant to prevent water from the

10    distribution system from backing up into the

11    reservoir?  Do you know?

12         A.     I -- it would make sense to, but I

13    do not know specifically for those if it was that

14    way.

15         Q.     You did not --

16         A.     But it would make sense.

17         Q.     It would make sense.

18                And you did not investigate whether

19    there was a check valve preventing water from the

20    Holcomb Boulevard distribution system from backing

21    up into the reservoir.

22                You did not look into that; is that

23    true?

24         A.     I did not look into that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 156 of 301

1      Q.      Okay.  And just to be clear to make

2    sure we're on the same page.

3              If you turn to page 5-33 of your

4    report, in Opinion 7, you talk about the Holcomb

5    Boulevard Water Treatment Plant.  In the last

6    sentence on this page, you talk about the

7    connection between Hadnot Point and Holcomb

8    Boulevard and you say:

9              "When this occurred" -- you're

10   referring to when -- when there was high demand

11   such that Holcomb Boulevard did not have

12   sufficient water levels.  You said:

13             "When this occurred, the Hadnot

14   Point Water Treatment Plant provided supplemental

15   water through a by-pass valve or a booster station

16   that allowed Hadnot Point Water Treatment Plant

17   water to supplement Holcomb Boulevard Water

18   Treatment Plant."

19             Do you see that?

20      A.      I see that, yes.

21      Q.      Is it your opinion that during the

22   time frame of January 27 to February 5, 1985, it

23   was the by-pass valve or the booster station that

24   allowed Hadnot Point to provide water to the

1   Holcomb Boulevard distribution system?

2          A.       That was one of the connections.  I

3   don't recall exactly the name of it, but it was

4   -- I think it was one of the connections that was

5   open.

6          Q.       Are there any other ways for Hadnot

7   Point to provide water to Holcomb Boulevard, other

8   than this by-pass valve or booster station?

9          A.       I think there were two connections,

10  and I don't remember the name of them.

11         Q.       Okay.  But they're part of the

12  distribution system; right?  The two distribution

13  systems are connected?

14                  Or there's a way to connect them

15  with a valve?

16         A.       Yeah, that's the connections between

17  the two systems.  Yeah.

18         Q.       Okay.  All right.

19         A.       That's my understanding.

20         Q.       All right.  So I want to ask you a

21  few questions about tank SLCH 4004.  That's one of

22  the numbers on Exhibit 5-3, the measurement of

23  318.

24                  Do you know where that tank is

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 158 of 301

1    located?

2          A.       Hold on.  Hold on.  You are losing

3    me here.  5-3?

4          Q.       Yes.  It's page 5-27 of your report.

5          A.       Oh, sorry.  I thought it was a page.

6    5-3.  Start to be a bit mixed up here.  Okay.

7          Q.       Okay.

8          A.       Sorry for that.

9          Q.       Okay.  You're on -- you're on page

10   5-27 of your report; right?

11         A.       Yes.

12         Q.       Okay.  So I just want to ask a few

13   questions about the sample for tank SLCH 4004.

14                  Do you see that?

15         A.       Hold on.  Hold on.  Tank, tank,

16   tank.  S-2323?

17         Q.       No.  S -- it says SLCH 4004.

18                  The bottom third of the page.

19         A.       Oh, tank SLCH.  Okay.

20         Q.       Okay.  So that has a measurement of

21   318 micrograms per liter.

22                  Do you see that?

23         A.       I see that.

24         Q.       Okay.  Do you know where that tank

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 159 of 301

```
 1   is located?
 2        A.       I do not recall.
 3        Q.       Okay.  So we looked it up and it's a
 4   Midway Park water tower.
 5                 And would you agree that the Midway
 6   Park water tower is furthest from the Hadnot Point
 7   Water Treatment Plant?
 8                      MS. O'LEARY:  Object to form
 9           and foundation.
10                      THE WITNESS:   I cannot answer
11           that question just like this.  I don't
12           recollect.
13   BY MS. BAUGHMAN:
14        Q.       Okay.  Okay.  Do you know whether
15   there was contaminated water in the Midway Park
16   water tower when Holcomb Boulevard Water Treatment
17   Plant was shut down?
18                      MS. O'LEARY:  Object to form.
19                      THE WITNESS:   I don't know
20           that.  I don't know.
21   BY MS. BAUGHMAN:
22        Q.       Do you know whether there was a mix
23   of Hadnot Point and Holcomb Boulevard water in the
24   Midway Park water tower when this sample was taken
```

1    on January 31st?

2         A.      I don't recollect.  I don't -- I

3    don't know.  I don't recollect.  I mean, this is

4    digging in the details that I don't recollect.

5         Q.      Okay.  Now, you'd agree that if we

6    don't include, at a minimum, the samples from

7    building 670, the Holcomb Boulevard Water

8    Treatment Plant reservoir, that your number for

9    the average amount of TCE in the water when HP-651

10   was running would be substantially higher?

11                    MS. O'LEARY:  Object to form.

12                    THE WITNESS:   I would agree

13          with that.

14   BY MS. BAUGHMAN:

15        Q.      Okay.

16        A.      If it -- if you exclude those values

17   that are lower than the rest, it will raise the

18   average of.  Yes, I agree with that.

19        Q.      Okay.  So in your report, you talk

20   about performing a check on your calculations.

21   This is on page 5-29.

22                    Right after your -- the calculation

23   of .39 times 582, you say that there was a check

24   on the validity of the 220 some microgram per

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 161 of 301

1    liter average.

2              Do you see that?

3         A.     I see that.

4         Q.     Okay.  And part of that included you

5    used -- in that first sentence, you say that your

6    check on the validity of the 220 some microgram

7    per liter average TCE concentration can be made

8    using ATSDR's assumption of 28 wells pumping.  And

9    then you cite Morris Maslia, ATSDR report from

10   March 2013.

11             Do you see that?

12        A.     I see that.

13        Q.     Okay.  So -- so when you're doing

14   this check, you're assuming that 28 wells were

15   pumping at the same time at the Hadnot Point Water

16   Treatment Plant; right?

17        A.     Yes.  Yes.  I borrowed the

18   assumption that -- that ATSDR had done that.  You

19   have -- to satisfy the demand, you had an average

20   of 28 wells pumping over the long period of time.

21                  MS. BAUGHMAN:  I'm handing you

22        what I've marked as Exhibit 43 to your

23        deposition.

24                       (Document marked for

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 162 of 301

```
 1          identification as Exhibit 43.)
 2   BY MS. BAUGHMAN:
 3          Q.      Which is the report that you cite in
 4   Footnote 100; correct?
 5                  And that we'll -- we marked for the
 6   record.  It's Chapter A: Summary of Findings --
 7   Summary and Findings, and this is from Hadnot
 8   Point, Holcomb Boulevard, March 2013 and it is
 9   Exhibit 43.  It starts at CLJA_WATERMODELING_ 01-0
10   000942579.
11                  Actually, let me make sure.  Let me
12   see that.
13          A.      (Hands document).
14          Q.      Okay.  Good.
15                  All right.  So I want to go to where
16   you've referenced what you've referenced for the
17   28 wells pumping, which would be on page A14.
18                  Wouldn't you agree that what Figure
19   A6 on page A14 is showing is the number of
20   operating wells, not the number of wells pumping
21   at the same time?
22                      MS. O'LEARY:  Object to
23          foundation.
24                      THE WITNESS:  Well, my
```

1          understanding is that my reading of that
2          it was that those were are the ones that
3          are being operated to satisfy the demand
4          that you have on top of that was the
5          figure.
6    BY MS. BAUGHMAN:
7          Q.      So if you're looking Figure A5
8    that's on page A12, this shows the operational
9    chronology.
10                 This shows when wells were in
11   operation; correct?
12         A.      (Reviews document.)
13                 Where does it say that?
14         Q.      Well, the title is "Operational
15   chronology"; right?
16         A.      Yeah.
17         Q.      And it's providing when it started
18   and when it stopped?
19         A.      Yeah, it says that.  Yes.
20         Q.      Right.  Okay.
21                 And then if you turn to page A11, at
22   the very last text at page A11 says:
23                 "An operational chronology for
24   water-supply wells in the study area during the

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 164 of 301

1  period 1942-2008 is shown in Figure A5."

2            Right?

3            "This graph shows dates of operation

4  for each well that supplied raw water to the water

5  treatment plants and the dates when some of the

6  wells were permanently taken out of service."

7            So you agree that's what -- that's

8  what A5 means?

9      A.    You lost me.  I don't know where you

10  are.

11     Q.    Okay.  Page A11.

12     A.    Yeah.

13     Q.    The very last set of text, like the

14  last full sentence on that page.  Last two

15  sentences is referring to Figure A5.

16            And it says "An operational

17  chronology" --

18     A.    Hold on.  I don't know where you

19  are.

20     Q.    Look at my.  Look at my.  You see

21  this pink part here.  That's where I'm reading

22  from on page A11.

23     A.    Okay.  Okay.

24     Q.    Okay?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 165 of 301

1      A.      Thank you.

2      Q.      It says:

3              "An operational chronology for

4      water-supply wells in the study area during the

5      period 1942-2008 is shown in Figure A5."

6              Which we were just looking at;

7      right?

8      A.      Uh-huh.

9      Q.      Okay.  "This graph shows dates of

10     operation for each well that supplied raw water to

11     the water treatment plants and the dates when some

12     of the wells were permanently taken out of

13     service."

14             So you agree with me that that's

15     what Figure A5 shows; right?

16     A.      That's my understanding, yes.

17     Q.      Okay.  Then if you look at page A13

18     of this report, there is a sentence.  And I'm

19     going to I highlighted it here so you can see

20     generally where on the page it is on A13.  Okay?

21     And it says:

22             "Based on documented and

23     reconstructed information, an average of 28 wells

24     supplied water each month to the Hadnot Point

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 166 of 301

1    Water Treatment Plant during the period

2    1942-2008."

3                    You see that?

4         A.      I see that.

5         Q.      And then that refers to Figure A6,

6    which is what you cited in your -- in your report;

7    right?

8                        MS. O'LEARY:  Object to form

9            and foundation.

10                       THE WITNESS:   Okay.

11   BY MS. BAUGHMAN:

12        Q.      Okay.  So that's an average of 28

13   supplied water each month.

14                    That doesn't say that they were

15   supplying them all at the same time, does it?

16                       MS. O'LEARY:  Object to form

17           and foundation.

18                       THE WITNESS:   What my reading

19           of this was that to satisfy the demand --

20           for this Figure A6 -- to satisfy the

21           demand that is on top of the figure, this

22           is the wells that you had to operate,

23           and -- and on average, you had to operate

24           28 wells on a monthly average basis

1          to -- to satisfy the demands.

2                     That's what -- that's the way

3          I read this.

4   BY MS. BAUGHMAN:

5          Q.      Let me ask you about that.

6                     I'm going to give you.  Okay.  I'm

7   handing you what I've marked as Exhibit 44 to your

8   deposition.

9                     (Document marked for

10         identification as Exhibit 44.)

11                    THE WITNESS:   Thank you.

12  BY MS. BAUGHMAN:

13         Q.      And the Exhibit 44 I believe is also

14  for the record it's Bates-stamped CLJA?

15  WATERMODELING_07-0000019001 through 19004.

16                    Now, I believe that this Exhibit 44

17  actually is in your report.  Just have to figure

18  out where.  Here it is.

19                    Okay.  So in your report on page

20  4-18, it's Exhibit I-9 of your report.

21                    This is -- this is information that

22  you used to determine -- I'll wait till you get

23  there.

24                    Are you looking for your report?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 168 of 301

1        A.        What page are you?

2        Q.        Page 4-18.

3        A.        4-18?

4        Q.        Yeah.

5        A.        Yes, I am there.

6        Q.        Okay.  So Exhibit 4-18 is a document

7   that you used to determine the frequency of use of

8   supply wells from November 18, '84 to February 4,

9   '85.

10              You used this to determine that 39

11   percent pumping frequency for HP-651; correct?

12                   MS. O'LEARY:  Object to form.

13                   THE WITNESS:  Yes, that's the

14        information that I found --

15   BY MS. BAUGHMAN:

16        Q.        Okay.

17        A.        -- for that well.

18        Q.        Okay.  Let me ask you.

19              If you look at this document, the

20   last -- the last 8 wells like on I-9, those

21   are -- those are wells that service Holcomb

22   Boulevard; correct?

23        A.        I don't recall that, but it's

24   possible.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 169 of 301

```
 1        Q.      Okay.  Okay.  So assuming that's
 2   true -- and I believe it is true -- that those are
 3   all serving Holcomb Boulevard, one could add up
 4   how many wells were operating on each day to
 5   figure out.
 6                Based on what -- based on your
 7   assumption of 28, shouldn't there be 28 wells
 8   operating for Hadnot Point each day to make your
 9   assumption of 28 correct for your calculation?
10                     MS. O'LEARY:  Object to form
11          and foundation.
12                     THE WITNESS:   First of all,
13          the assumption I made is the way I end up
14          with it is what is written in the ATSDR
15          report.  Right?
16   BY MS. BAUGHMAN:
17        Q.      Okay.
18        A.       Now, this period of time here is a
19   particular period of time.  It's when you had
20   incidents and -- and some wells were shut down and
21   those kind of issues.
22                So this -- this was during basically
23   the period where they were trying to figure out
24   what the heck is going on and this, you know, some
```

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 170 of 301

1  wells were not being used because of that.  So --
2  so data, and this is the data.
3              And I looked at that data, and this
4  is 39 percent of the time 651 was down.  I have no
5  other data for the frequency of use of 651.
6        Q.      Okay.
7        A.      It could have been less.  It could
8  have been more.
9        Q.      But you would agree that this period
10  of time -- November 20, '84 to February 4, 1985 --
11  was not necessarily representative of how the
12  wells were operated in the -- for the Hadnot Point
13  water distribution system because they were making
14  this investigation about contamination; right?
15        A.      I --
16                MS. O'LEARY:  Object to form
17          and foundation.
18  BY MS. BAUGHMAN:
19        Q.      Isn't that what you just said?
20        A.      What I said is that during that
21  period of time, some wells had been shut down.
22  Right?  So you had less wells available in that
23  sense.  And the 39 percent, if you had more wells,
24  logically could have been less.  Right?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 171 of 301

1    Q.      Well, isn't it also true in the
2    seven months prior to your time frame of
3    November 28, '84 to February 4, '85, there were
4    six or seven wells that were new that had just
5    come online?
6                    MS. O'LEARY:   Object to
7            foundation.
8                    THE WITNESS:    There were some
9            new ones that were -- that were
10           available.
11   BY MS. BAUGHMAN:
12   Q.      And they were being used.  They were
13   being pumped?
14       A.      Well, that I would --
15                   MS. O'LEARY:   Objection.
16           Foundation.
17                   THE WITNESS:    That I would
18           have -- you have to show me where that is
19           being said for those particular wells.
20   BY MS. BAUGHMAN:
21   Q.      Okay.   Would it surprise you that if
22   you added up on your Exhibit I-9 the number of
23   Hadnot Point wells that were operating from
24   November 28 to February 4 that it was an average

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 172 of 301

1   of 13 per day?

2                      MS. O'LEARY:  Object to form

3           and foundation.

4   BY MS. BAUGHMAN:

5           Q.      Based on Exhibit I-9?

6                      MS. O'LEARY:  Same objections.

7                      THE WITNESS:   It could be,

8           but it is also a period of time where

9           less water was being used as well.  You

10          had some period of time historically

11          where more water was because the base was

12          more busy and so on.

13  BY MS. BAUGHMAN:

14          Q.      So you're saying from November 28,

15  1984 to February 4, 1985, there was less water

16  being used than normal?

17          A.      Well, for just a single system.  You

18  have to go back to that figure you had where I

19  say.  It's Figure A15 I believe.

20                  You know, again, I have to get

21  through memory about those kind of things and if

22  I -- I would like to see that Figure A15 again.

23          Q.      A14.  A14.  I think you're

24  looking --

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 173 of 301

1                    MS. O'LEARY:   A5?

2                    THE WITNESS:    Oh, was it A5.

3          Yeah.

4    BY MS. BAUGHMAN:

5          Q.      So we were looking at --

6          A.      Yeah, yeah.

7          Q.      It's page A12.

8          A.      That's Figure A6.   A6.

9          Q.      Yeah, it's page A14.   Okay.

10         A.      A6.   A6.

11         Q.      So let me ask you the question

12   again.

13                 Are you -- I think you told me just

14   a minute ago that the time frame of November 28,

15   '84 to February 4, '85 was a time frame when there

16   was less demand for water than normal.

17                 Is that your testimony?

18         A.      My testimony is that if you go to

19   Figure A6, that shows basically total monthly flow

20   in millions of gallons per day, right, for the

21   Hadnot Point system.   You can see that over some

22   period of time it was close to 5 million gallon

23   per day, and when you go down to the -- to the '85

24   percent of time, it was a lot more like 3.   So

1    that's much you use less wells because of that.

2         Q.        And -- and you'd pump less water

3    from the wells?

4         A.        No, I don't think so.  I think you

5    use less wells.

6         Q.        Okay.  So if the demand is lower,

7    then that means the amount of water going through

8    the treatment plant is lower; right?

9         A.        Yes.

10        Q.        Okay.  So you'd need less water from

11   the wells; right?

12        A.        No.  You need less wells.

13        Q.        And less water?

14        A.        You need less number of wells to use

15   the water you need.

16        Q.        Right, which is a lower amount of

17   water than normal?

18        A.        Not normal.  That's the amount of

19   water you need.  So how many wells you need to

20   provide that water because those wells, basically

21   when you put them on, they produce what they

22   produce.

23        Q.        Okay.  So in the earlier time frame,

24   let's say from the 1940s all the way through

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 175 of 301

1    January 1970, there would be more wells being

2    operated.

3                    Is that what you're saying?

4                       MS. O'LEARY:  Object to form.

5                       THE WITNESS:   I would -- I

6            would logically say yes, you need more

7            wells during that period of time.  Yes.

8    BY MS. BAUGHMAN:

9         Q.      Okay.  So when you're doing this

10   check on the system, you assumed 28 wells pumping

11   and 39 percent frequency of use for 651?

12                      MS. O'LEARY:  What page is

13          that?

14                      MS. BAUGHMAN:  Page 529 at the

15          bottom.

16   BY MS. BAUGHMAN:

17        Q.      And you used a value of 16,297 in

18   water pumped from Hadnot Point 651; right?

19        A.      That's a reasonable calculation.

20        Q.      Okay.

21        A.      Right?  That means you had high

22   contamination in 651.  That's what it says.

23        Q.      Uh-huh.

24        A.      And it's pretty close to what was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 176 of 301

1    measured in 651.

2         Q.      Right, but you're talking about a

3    measured -- so the end of the sentence you say:

4              "Which is consistent with the

5    measured TCE concentration of 18,900 micrograms

6    per liter when supply well HP-651 was pumping in

7    February 1985."

8              Correct?

9         A.      Yeah.

10        Q.      Okay.

11        A.      That's why you have a measurement.

12        Q.      But while you're doing this

13   measurement in February '85, there weren't 28

14   wells pumping then.  There was much less; right?

15                MS. O'LEARY:  Object to

16        foundation.

17                THE WITNESS:  Yes, and if you

18        have less wells, that means the

19        concentration would have been higher.

20   BY MS. BAUGHMAN:

21        Q.      Right.

22        A.      On the calculated concentration

23   would have been higher and closer to the 19,000.

24        Q.      But it wouldn't be correct -- the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 177 of 301

1    calculations at the top of page 530, it wasn't
2    correct to use 28 divided by .83 because there
3    weren't 28 wells pumping in February 1985.
4              We know that based on your Exhibit
5    I-9 where you can count the number of X's and
6    determine in that time frame how many wells were
7    pumping; right?
8                   MS. O'LEARY:  Object to form
9         and foundation.
10                  THE WITNESS:  Yes, and, again,
11        I am talking about long term here.
12   BY MS. BAUGHMAN:
13        Q.     But this calculation wasn't done for
14   long term.  This is --
15        A.     No, it is.  The calculation compares
16   just two things.  It's what you would calculate
17   making the assumption that I made.  Right?  It's
18   28 wells and the average concentration.  That's
19   what you would calculate.  You get 16,000.
20              What was measured in a device
21   19,000.  For me, this indicates that this well was
22   heavily contaminated.  I am not saying that it's
23   an exact value.  It was heavily contaminated and
24   it's consistent with that.

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 178 of 301

1      Q.      Okay.  But your calculation is
2  dividing by 28 wells --
3      A.      Yes.
4      Q.      -- for a number from February 1985
5  and there were not 28 wells --
6      A.      Right.
7      Q.      -- pumping in '85; correct?
8      A.      Well, according to the information
9  we have, there were less wells pumping then.
10     Q.      Right.
11     A.      But that will give you
12  concentrations at a higher.  That is consistent
13  with this well 651 being the well that is heavily
14  contaminated.
15     Q.      I'm going to ask you some more
16  questions about Exhibit I-9 in your report.  So
17  going back to page 4-18 of your report.
18             We agreed that this is the data that
19  you used to determine -- to reach your result that
20  Hadnot Point 651 pumped 39 percent of the time;
21  correct?
22     A.      Again, which page is that?
23     Q.      4-18.
24     A.      Sorry.  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 179 of 301

1          That's the only data available that
2    shows you by the people who are working there
3    which wells were on, which wells were off --
4          Q.      Okay.
5          A.      -- during the period of time that is
6    dated.
7          Q.      Let me ask you about that then.
8                  Who prepared the document that is
9    your Exhibit I-9?  Who -- who prepared it?
10         A.      Well, basically it is a reproduction
11   of what is in Exhibit 44.
12         Q.      Right.
13         A.      Which is handwritten and put into an
14   Excel spreadsheet.
15         Q.      Okay.
16         A.      And I probably have one of my staff
17   to do it.
18         Q.      Okay.  So let me -- let me ask a
19   different question.
20                 Who prepared Exhibit 44?
21         A.      Somebody at the base.
22         Q.      Who at the base?
23         A.      I do not know.
24         Q.      When was Exhibit 44 prepared?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 180 of 301

1          And wait.  For the record, I think
2    you just said this, but just for the record,
3    Exhibit 44 is the document that is the basis for
4    your Exhibit I-9; correct?
5          A.     Yes.
6          Q.     Okay.  When was Exhibit 44 prepared?
7          A.     The exact date I don't know, but it
8    would have been after, after the last date that
9    you have on the -- on this, which is, you know,
10    after January 6, 1985.
11          Q.     Okay.  But do you know if it was
12    prepared in 1985 or years after that?
13          A.     That I do not know.  That's the only
14    document we found that is an independent document,
15    that is, doesn't have any -- anything that's done
16    by, you know, either me or somebody else.  It's
17    -- that's the information that's out there in the
18    file.
19          Q.     Right.
20          But you don't know when it was
21    prepared?  You do not know when Exhibit 44 was
22    prepared; correct?
23          A.     Well, I do not know when exactly it
24    was prepared, no.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 181 of 301

1      Q.     Okay.  Do you know what the source

2  of information was?  In other words, whoever

3  prepared Exhibit 44, what did they use to prepare

4  this?

5      A.     They use their knowledge of the

6  system.  That's what I understand.

7      Q.     You understand based on what?

8      A.     Because it was prepared for them

9  when they were just trying to figure out the

10  problem and -- and, you know, I don't know who did

11  that, but it was not done by either ATSDR or

12  myself or anybody else.  It was done by people

13  that worked at the plant, and this is basically

14  something that you accept like you accept data

15  sheets from the laboratories that are handwritten.

16      Q.     How do you know it was -- how do you

17  know Exhibit 44 was prepared by someone at the

18  plant?  Where does it say that?

19      A.     Well, that's my deduction because it

20  was part of the documents that were basically

21  archived and -- and produced, and those documents

22  were from the base.  They were not from anybody

23  else.

24      Q.     So do you know whether Exhibit 44

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 182 of 301

1  was prepared based on other documents and data, or

2  was it prepared as things were happening at the

3  time?  Like what was the source of the information

4  used to prepare Exhibit 44?

5              MS. O'LEARY:  Object to form.

6              THE WITNESS:   My

7         understanding is that the knowledge of

8         the people at the plant and for some

9         reason that was done.

10 BY MS. BAUGHMAN:

11     Q.      You say that's your understanding.

12             That's you're speculating, aren't

13 you?

14              MS. O'LEARY:  Object to form.

15              THE WITNESS:  Well, I am

16        taking that as information that's

17        independent and that's available.

18 BY MS. BAUGHMAN:

19     Q.      Okay.  But you don't know who

20 prepared Exhibit 44 and you don't know when it was

21 prepared; right?

22              MS. O'LEARY:  Object to form.

23        Asked and answered.

24              THE WITNESS:   I answered

1          that.
2                     I do not know who prepared it,
3          and I don't know exactly when it was
4          prepared.
5  BY MS. BAUGHMAN:
6        Q.     Okay.  And you don't know how it was
7  prepared.  Based on some compilation of other
8  information or data you don't know how this was
9  prepared; fair?
10                    MS. O'LEARY:  Object to form.
11                    THE WITNESS:   Somebody at the
12         water treatment plant put this together
13         at some point.  That's all I know.
14  BY MS. BAUGHMAN:
15       Q.     But you don't know what they based
16  it on?
17                    MS. O'LEARY:  Object to form.
18                    THE WITNESS:   I know they
19         based it on their knowledge.
20  BY MS. BAUGHMAN:
21       Q.     And that's your guess?
22                    MS. O'LEARY:  Object to form.
23                    THE WITNESS:   Obviously, I
24         did not invent that.  They based it on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 184 of 301

```
 1        their knowledge.
 2   BY MS. BAUGHMAN:
 3        Q.      And you're basing that on what?
 4        A.      You don't generate a document like
 5   this in the archived material just dreaming of it.
 6   You base it on something which is knowledge, and
 7   that's my understanding and that's -- that's the
 8   only document that talks about how often the wells
 9   were cycled, and it is in the record that the
10   wells were cycled.  They were not always on.  None
11   of them were always on.
12        Q.      Have you had any conversations with
13   anyone who worked at any water -- at the Hadnot
14   Point -- well, this is about the Hadnot Point
15   Water Treatment Plant; right?
16              So have you had any conversations
17   with anyone who worked at Hadnot Point Water
18   Treatment Plant about Exhibit 44?
19                  MS. O'LEARY:  Object to form.
20                  THE WITNESS:   I don't recall
21        exactly, but I think that I had asked.  I
22        mean, nobody knew anything about that.
23        That's my understanding.
24                  And the reason nobody knew
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 185 of 301

1          about that is because the people who are
2          still there, or were still there in 2005
3          and later, weren't there when that was
4          done.  That's all I know, or at least
5          none of them knew about who did that.
6   BY MS. BAUGHMAN:
7          Q.     Okay.  So -- so you actually took
8   this Exhibit 44 to Hadnot Point and asked people
9   who worked there about it?
10         A.     No.
11                MS. O'LEARY:  Object to form
12         and foundation.
13                THE WITNESS:  Sorry.
14                I did not do that.  I did not
15         take this and show them who did this.  I
16         just -- I vaguely recall that I ask, you
17         know, you have some information on when
18         the wells were used or not and who knows
19         about that, and there was nobody there
20         who knew about it.
21  BY MS. BAUGHMAN:
22         Q.     Okay.
23         A.     Of the frequency of use of the
24  wells.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 186 of 301

1      Q.      So you haven't asked anyone who
2   worked at the water -- at the Hadnot Point Water
3   Treatment Plant specifically about Exhibit 44; is
4   that true?
5      A.      I don't recall if I did or not, but
6   nobody -- my recollection is that nobody knew
7   anything about this.
8                   MS. O'LEARY:  Have we been
9           going --
10                  THE WITNESS:   That are still
11          there.
12                  MS. O'LEARY:  Sorry.  We've
13          been going a little over an hour.  Can we
14          take a just a short break?
15                  MS. BAUGHMAN:  Let me just
16          finish up on a couple of things on this
17          and then we can do that.
18  BY MS. BAUGHMAN:
19      Q.      Okay.  Can you tell me the name of
20  anyone who you spoke to regarding Exhibit 44 and
21  how it was prepared?
22                  MS. O'LEARY:  Object to
23          foundation.
24                  THE WITNESS:   I cannot tell

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 187 of 301

1          you the name of anyone.

2                    MS. BAUGHMAN:  Okay.  If you

3          want, we can take a break.  That's fine.

4                    THE VIDEOGRAPHER:  The time is

5          12:52 PM.  We are now off the record.

6                    (A recess was taken.)

7                    THE VIDEOGRAPHER:  The time is

8          1:06 PM.  We are now on the record.

9                    MS. BAUGHMAN:  Thank you.

10   BY MS. BAUGHMAN:

11        Q.      Okay.  Dr. Hennet, I'm going to hand

12   you what I've marked as Exhibits 45 and 46 to your

13   deposition.

14                    (Document marked for

15          identification as Exhibit 45.)

16                    (Document marked for

17          identification as Exhibit 46.)

18   BY MS. BAUGHMAN:

19        Q.      Exhibit 45 is CLJA_WATERMODELING_

20   050001040308 through 319, and it starts "Questions

21   for Mr. Mundt" dated August 5, 2008.

22                    Exhibit 46 is CLJA_UST02-0004149161

23   through 9194.

24                    Okay.  There you go.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 188 of 301

```
 1        A.        Thank you.
 2                     MS. BAUGHMAN:   And let me give
 3         you.   There you go.
 4  BY MS. BAUGHMAN:
 5        Q.        Okay.  So have you seen these
 6  documents before?
 7        A.        (Reviews document.)
 8        Q.        And I'll provide some context if it
 9  helps.
10                  Exhibit 45 are questions sent by
11  ATSDR to Mr. Mundt, who is a water treatment plant
12  employee, and Exhibit 46 are the answers that were
13  provided back.
14                  So with that context, are these
15  documents you've reviewed before?
16        A.        I don't know.  I don't recollect
17  those documents.
18        Q.        You don't recall them?
19        A.        I don't recall them.  I don't know
20  if I ever saw them.  I don't know.
21        Q.        Okay.  All right.  So what I want to
22  draw your attention to is, 45 just has the blank
23  questions, right, that were sent.  46 are the
24  answers that the ATSDR received back.
```

1         And if you go to page that's
2    Bates-stamped the last three numbers are 165 of
3    Exhibit 46.  Question number 6.
4         A.    Wait.  Hold on.  Can you repeat
5    that?  I was on the other exhibit.
6         Q.    Yeah.  It's Exhibit 46.  The last
7    three numbers are 165.
8         A.    Okay.
9         Q.    Okay.  So question number 6.  ATSDR
10   asked:
11              "We found documents showing the
12   daily pumping status for all Hadnot Point wells
13   from November 28, 1984 to February 4, 1985."
14              And they reference a CLW number,
15   which if you compare, matches Exhibit 44.
16        A.    The first page of Exhibit 44 is?
17        Q.    You look, you see the CLW number in
18   the middle?  Look where I'm pointing to.
19        A.    Oh, I see that, yes.
20        Q.    6590?
21        A.    Yeah.  Yeah.
22        Q.    And it's 6590.  So they sent.
23   They're asking about this document.  Okay?
24        A.    Uh-huh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 190 of 301

1      Q.      So it says we found doc -- they're
2    asking about Exhibit 44, which is in your report
3    Exhibit I-9, and they say:
4              "We found documents showing the
5    daily pumping status for all Hadnot Point wells
6    from November 28, '84 to February 4, 1985."
7              And they give the CLW number of 6590
8    through 6593.
9              "Do any similar documents exist that
10   might help us gain a better understanding of how
11   wells were operated on a day-to-day basis
12   historically?"
13             The answer is:
14             "We need more information.  Where
15   did the X's come from?  If the information was
16   taken off of the sheets and transferred to the CLW
17   6590, where are the original sheets the
18   information came off?  We do not know of any other
19   documents that might exist."
20             Did I read that correctly?
21        A.      You did.
22        Q.      Okay.  Do you know where the X's
23   came from?
24                  MS. O'LEARY:  Object to

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 191 of 301

1          foundation.
2                    THE WITNESS:   Somebody at the
3          base at the water treatment plant
4          generated this document.  I answered
5          before.  I don't know who and I don't
6          know exactly when.
7   BY MS. BAUGHMAN:
8          Q.     Or, well, they say:  "Was it taken
9   off the sheets?"  And it says:  "Where are the
10  original sheets the information came off?"
11                   Do you know the answer to that?
12  Where are the original sheets that this
13  information came from?
14                   MS. O'LEARY:  Object to
15          foundation.
16  BY MS. BAUGHMAN:
17         Q.     For Exhibit 44?
18                   MS. O'LEARY:  Object to
19          foundation.
20                   THE WITNESS:   I haven't seen
21          any sheets that -- and it appears that I
22          am not the only one who haven't seen any.
23  BY MS. BAUGHMAN:
24         Q.     Right.  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 192 of 301

1           So ATSDR asked people at the water
2    treatment plant where this Exhibit 44 information
3    came from, and they didn't know; right?
4           A.     It appears to be.
5           Q.     Yeah.  But this isn't information
6    that you had reviewed prior to signing off on your
7    report in December of 2024; right?
8                     MS. O'LEARY:  Object to form
9              and foundation.
10                    THE WITNESS:   I say I don't
11             recollect this.  I don't know if I saw it
12             in the past or not.  I don't recollect
13             this.
14   BY MS. BAUGHMAN:
15          Q.     This isn't cited in your report, is
16   it?
17          A.     I would have to check, but I don't
18   think so.
19          Q.     Okay.  What did you do to verify the
20   accuracy of the data in your Exhibit I-9,
21   Exhibit -- which is Exhibit 44?
22          A.     Well, since I couldn't find anything
23   else and it was not generated by either ATSDR,
24   myself or other, you know, other people here, my

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 193 of 301

1    assumption was that's from the base personnel who
2    did that and put it in the archives, and that I
3    just did it based on their knowledge and that's
4    all I could do.
5         Q.      I'm going to object as
6    nonresponsive.
7                 Did you do anything to verify the
8    accuracy of the data that is on your Exhibit I-9
9    in your report and that we've marked as Exhibit
10   44?
11                     MS. O'LEARY:  Object to form.
12                     THE WITNESS:  Well, this is
13        basically a document, an original
14        document in the files that has this
15        information, and I considered that.
16   BY MS. BAUGHMAN:
17        Q.      Did you do anything to verify the
18   accuracy of Exhibit 44?
19                     MS. O'LEARY:  Object to form.
20                     THE WITNESS:   I could not do
21        more than just take this document as
22        being an original document, just like
23        ATSDR did for many documents, including
24        the data sheets or the laboratory reports

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 194 of 301

1          or the handwritten notes and all of that,

2          I mean.

3     BY MS. BAUGHMAN:

4          Q.      So you assumed it was accurate.  You

5     didn't do anything to verify?

6                     MS. O'LEARY:  Object to form.

7                     THE WITNESS:   I assumed that

8          this is information and that is the only

9          information that is found on the

10         frequency of use of the wells.

11    BY MS. BAUGHMAN:

12         Q.      Okay.  I'm handing you what I've

13    marked as Exhibit 47 to your deposition.

14         A.      Thank you.

15                     (Document marked for

16         identification as Exhibit 47.)

17    BY MS. BAUGHMAN:

18         Q.      Exhibit 47 is stamped CLJA_USMCGEN a

19    bunch of 0s then 4794 through 4798 and it is a

20    handwritten document as well.

21                  Have you reviewed this document

22    before?

23         A.      (Reviews document.)

24                  It kind of sounds familiar, but I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 195 of 301

1    don't know for sure.

2         Q.        Okay.  If you look at page 3, you

3    see that it says at the top "Wells that were on."

4              Do you see that?

5              And it lists dates January 28, '85;

6    January 29; January 30; January 31st, all 1985.

7    And then you go to the next page.  February 1,

8    '85; February 2, February 3, February 4th of '85.

9              Do you see that?

10        A.        I see that.

11        Q.        Okay.  So the date range of the

12   wells that were on is January 28, '85 to

13   February 4, '85, similar to the time frame covered

14   in Exhibit 44; correct?

15                  MS. O'LEARY:  Object to

16        foundation.

17   BY MS. BAUGHMAN:

18        Q.        At least it covers some of that time

19   frame?

20        A.        It covers some of that time frame.

21        Q.        It covers most of the time frame

22   when Holcomb Boulevard Water Treatment Plant was

23   shut down; right?

24        A.        According to the dates, yes.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 196 of 301

1    Q.    Okay.  Did you compare as part of
2  your work in this case the information on Exhibit
3  47 to Exhibit 44 to see if they match up?
4    A.    I don't recall.  That would be
5  another source of information, but I don't recall
6  if I did compare it or not.
7    Q.    I mean, do you -- do you recall
8  comparing any other data to Exhibit 44 to see if
9  Exhibit 44 was accurate?
10   A.    Well, again, I don't recall exactly
11 what I did there, but I notice that on this, you
12 know, sometimes you have more than 20 wells
13 operating.  Sometimes you have less.  If that's
14 what you're after.
15   Q.    Okay.  I'm going to object as
16 nonresponsive.
17          I'm asking you:  When you wrote your
18 report in this case -- and I'm going back to
19 Exhibit 44 -- did you compare it to any other
20 data?
21   A.    Well, I did not -- I do not recall
22 having considered this or seen this.  I may have
23 seen it and in my report I relied on Exhibit 44.
24 That's that.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 197 of 301

1    Q.    Is there any basis to rely on

2  Exhibit 44 as opposed to Exhibit 47?

3    A.    Well, probably not.  It's -- let's

4  say probably not.  It's two different documents

5  that should be look and if there are differences

6  it gives you an appreciation of the uncertainty on

7  the information.  And, again, it's all for short

8  period of time.

9              Exhibit 44 was for a longer period

10  of time, and I guess that's -- that's -- that

11  allowed me to do some percentage of well being

12  used better than this one would have because this

13  one is a much shorter period of time.

14    Q.    Sure.

15              But if there are discrepancies

16  between Exhibit 44 and Exhibit 47, that would tell

17  you that there is some uncertainty or error

18  potential in Exhibit 44; correct?

19    A.    Yes, yes.  And I am not sure, but I

20  vaguely recollect that I may have looked for 651

21  if it was different or not, but, again, this is by

22  memory.  I don't remember.

23    Q.    Okay.  Well, you didn't write

24  anything in your report about --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 198 of 301

1        A.        No.

2        Q.        -- Exhibit 44, did you?

3        A.        I don't -- I didn't do.  I didn't do

4    that, no.

5        Q.        Okay.  Would it surprise you that if

6    I -- if you went through the exercise of comparing

7    Exhibit 44 to Exhibit 47 that there are

8    discrepancies for every day from January 28 to

9    February 4 in terms of which wells were on and

10   which wells were off?

11                      MS. O'LEARY:  Object to

12           foundation.

13   BY MS. BAUGHMAN:

14       Q.        At least one discrepancy per day?

15                      MS. O'LEARY:  Object to

16           foundation.

17                      THE WITNESS:   I wouldn't be

18           surprised if there are discrepancies but,

19           you know, you have information.  I would

20           compare the 651 and those kind of things.

21                      This is some things that I

22           vaguely remember having seen, but I

23           relied on the Exhibit 44 because it was

24           longer period of time.  That one has 69

1           days for information, and I understand
2           that you have some and you have a lot of
3           through the records that things that are
4           not always consistent.
5                        So you just, you know, you
6           just clearly say what and state what you
7           did, and I did that in my report.  I did
8           say exactly what I did.  So you can read
9           it.
10  BY MS. BAUGHMAN:
11      Q.      Well, you didn't report to the court
12  that there is uncertainty in the data, that you
13  compared it to other data, and there were
14  mismatches.
15                  You didn't report that, did you?
16                  MS. O'LEARY:  Objection.
17  BY MS. BAUGHMAN:
18      Q.      You did not include that in your
19  report?
20                  MS. O'LEARY:  Object to form
21          and foundation.
22                  THE WITNESS:  Specifically on
23          this one, I don't think I did that in my
24          report.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 200 of 301

1    BY MS. BAUGHMAN:

2         Q.      Right.

3               So you're saying you think you were

4    aware of Exhibit 47.  You compared it.  You know

5    that there were discrepancies, and you did not

6    inform the court of that?

7                    MS. O'LEARY:  Object to form

8         and foundation.

9                    THE WITNESS:   I didn't say

10        that.

11                   I say that this vaguely

12        resembles some things that I may have

13        seen, but I relied on this one because it

14        had the most longest period of time.

15                   Because what I was interested

16        in was what was the frequency of use of

17        well 651, and you don't get that from

18        this.  You get that from that.

19   BY MS. BAUGHMAN:

20        Q.      But if you compare the two and you

21   see that there are discrepancies, that tells you

22   that there is an error rate in your data; right?

23                   MS. O'LEARY:  Object to form.

24        Already asked and answered.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 201 of 301

```
 1                    THE WITNESS:   I do not know
 2         there are discrepancies on 651.  I don't
 3         recall that.
 4  BY MS. BAUGHMAN:
 5       Q.       Since Exhibit 44 does not indicate
 6  what the source is of the data, there's no way it
 7  can be verified; right?
 8                    MS. O'LEARY:  Object to
 9         foundation.
10                    THE WITNESS:   Please can you
11         repeat the question.
12  BY MS. BAUGHMAN:
13       Q.       Since Exhibit 44 does not list the
14  source of the data for the X's on the document,
15  there's no way you can determine if it's
16  accurate --
17                    MS. O'LEARY:  Object to form.
18  BY MS. BAUGHMAN:
19       Q.       -- or verify the accuracy?
20                    MS. O'LEARY:  Object to form
21         and foundation.
22                    THE WITNESS:   That's specific
23         of the nature of the information
24         available.
```

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 202 of 301

 1    BY MS. BAUGHMAN:

 2        Q.      So HP-651 was put in service in July

 3    of '72; right?

 4                      MS. O'LEARY:   Object to

 5          foundation.

 6                      THE WITNESS:    That's my

 7          recollection.

 8    BY MS. BAUGHMAN:

 9        Q.      Yeah.  That's what it says in your

10    report; correct?

11        A.      Show me where --

12        Q.      Sure.

13        A.      -- but that's my recollection.

14        Q.      Yeah.  I'm happy to show you where.

15                Let's see here.

16        A.      (Reviews document.)

17        Q.      Page 5-22.  5-22 at the bottom of

18    the page you have opinions for Hadnot Point.

19        A.      Yes.

20        Q.      Okay.  And your first sentence under

21    Opinion 5 says:

22                "Supply wells HP-651 only supplied

23    water to the Hadnot Point Water Treatment Plant

24    from July 1972 until February 5, 1985."

Golkow Technologies,
877-370-3377                A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 203 of 301

```
 1              Correct?
 2      A.      That's my understanding, yes.
 3      Q.      Okay.  That's your understanding.
 4              So if you add up the number of
 5  months then that HP-651 was operating, that would
 6  be -- it's 12 and a half years.  So that would be
 7  153 months.
 8              Does that sound right?
 9      A.      I take your word for it.
10      Q.      Okay.  And what you've done is
11  you've used two months of data that is on your
12  Exhibit I-9, our Exhibit 44, and you've
13  represented that that is a surrogate for the other
14  151 months that 651 was operating; right?
15                  MS. O'LEARY:  Object to
16          foundation.
17                      THE WITNESS:   That's the only
18          information that I found.
19  BY MS. BAUGHMAN:
20      Q.      But I've accurately represented what
21  you did; correct?
22                  MS. O'LEARY:  Object to
23          foundation.
24                      THE WITNESS:   That's what I
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 204 of 301

1          did, and based on that information, you

2          get 39 percent frequency of use for that

3          particular well.

4    BY MS. BAUGHMAN:

5          Q.        Right.

6          A.        That's the only information for the

7    frequency of use for that wells that I could find.

8          Q.        Okay.  And just -- just to be sure,

9    just to restate it to make sure we're on the same

10   page.

11              You took two months of data from the

12   end of November of '84 until the beginning of

13   February of '85.  You calculated that HP-651 is

14   operating 39 percent of the time, and from that

15   you've assumed that it was always operating at 39

16   percent of the time for the entirety of the 153

17   months that it was in operation.

18              Correct?

19              MS. O'LEARY:  Object to form

20          and foundation.

21              THE WITNESS:  Yes, and it is

22          consistent with the fact that the wells

23          were cycled by -- by design and it is

24          consistent.

1  BY MS. BAUGHMAN:

2       Q.      So the wells were cycled by design

3  on and off; right?

4       A.      Right.

5       Q.      That was to avoid driving low

6  quality water into the water distribution system;

7  right?

8       A.      Yes, that was by design --

9       Q.      Okay.

10      A.      -- and they were cycled on the other

11  well in more than 30 of them and they were cycling

12  them.

13      Q.      So in terms of the cycling, was it

14  typical for the cycling to be consistent each

15  month, or was the cycling such that in some months

16  some wells would be used more and in some months

17  some wells would be used less?

18      A.      We only have data for basically two

19  and a half months or a little bit more than two

20  months.  So, you know, you cannot -- I agree that

21  you cannot generalize, but that's the only

22  information we have.

23      Q.      Did you ask --

24      A.      We know that it was not 100 percent

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 206 of 301

1   and we know that it was not zero percent.  So you
2   have some information that suppose 39 percent.  So
3   what else can I use?
4           Q.      Okay.  Did you ask -- did you talk
5   to anyone at the water treatment plant about what
6   the normal operation was in terms of cycling of
7   the wells at Hadnot Point?
8           A.      I did and they said they cycle them,
9   and the thing is historically I don't know exactly
10  how they did it, but right now everything is
11  automated.  So they can stop them, you know, not
12  manually, but at the time they were just starting
13  the wells manually.
14          Q.      Okay.
15          A.      Just go and prepare them and it's
16  on, and then the next week somebody tells you shut
17  down this one, open that one for some reasons, and
18  that's the way it was done.
19          Q.      Isn't it true that the ATSDR had
20  data on the cycling of the wells for a period of
21  10 years from 1998 to 2008?
22                  MS. O'LEARY:  Object to
23      foundation.
24                  THE WITNESS:  Yes, but I use

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 207 of 301

1          that as completely not representative
2          from what happened before the problems
3          were discovered.
4   BY MS. BAUGHMAN:
5          Q.      And what -- for what reason?
6          A.      Just -- just because it was a
7   different setting, different setting after, you
8   know, for that period of time for which you know
9   which wells were on and off, and -- and that
10  includes the well for which they have data.  It
11  includes none of the ones that are -- that were
12  contaminated, and the only information that
13  is -- that is available for that frequency of use
14  is what I just mentioned.  It's -- it's Exhibit
15  44.
16         Q.      Well, did you have available to you
17  the 10 years of -- of pumping data from 1998 to
18  2008?
19         A.      Yes, but in my opinion that, you
20  know, extrapolating that all the way to 1950 is --
21  is just kind of a -- it's one way to do it, but
22  that doesn't mean it's right at all.
23         Q.      Did you compare your methodology
24  from Exhibit 44 to the 10 years of data from 1998

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 208 of 301

1    to 2008 to see whether your methodology was valid?

2                    MS. O'LEARY:  Object to form

3          and foundation.

4                    THE WITNESS:  At least the

5          data I considered is within the period

6          that contamination was there.

7    BY MS. BAUGHMAN:

8          Q.      Object as nonresponsive.

9                  As a check on your methodology, did

10   you compare the data that you had in Exhibit 44 to

11   the 10 years of data from '98 to 2008?

12                    MS. O'LEARY:  Object to form

13          and foundation.

14                    THE WITNESS:  I didn't do

15          that because I don't think it's

16          representative to make such a comparison.

17   BY MS. BAUGHMAN:

18         Q.      There are some wells that were

19   operating during the time frame of Exhibit 44 that

20   were also operating from '98 to 2008; right?

21         A.      Yes.

22         Q.      So you could look at that to see

23   whether -- how often were those wells used in

24   Exhibit 44, how often were they used in '98 to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 209 of 301

1  2008 to see whether it matched up?

2          A.      I didn't do that.

3          Q.      You did not?

4          A.      I did not.

5          Q.      Okay.  Do you know whether the data

6  from '98 to 2008 indicates that the cycling

7  occurred more in the period of months as opposed

8  to days?  In other words, certain -- some wells

9  weren't used for a given month and then they were

10 used more in the next month, or was it more in

11 cycling in a matter a daily operation?

12                 MS. O'LEARY:  Object to form.

13 BY MS. BAUGHMAN:

14         Q.      Did you look at that to see?

15                 MS. O'LEARY:  Object to form.

16                 THE WITNESS:   My

17         understanding is, I did not consider that

18         because my understanding of it is

19         everything changed.

20 BY MS. BAUGHMAN:

21         Q.      Why did everything change?

22         A.      Because they just modernized and

23 they just basically learn much more about the

24 system after the problems were discovered, and

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 210 of 301

1  they modernized and they had new wells and they
2  had all kind of new information and said do not
3  operate like they did in 1950.
4          Q.      Okay.
5          A.      That's my understanding.
6          Q.      And who did you rely on for that
7  information?
8          A.      Well, for -- well, several things,
9  but one thing I recall I just -- when I was
10  talking to the people at the water treatment
11  plant, I just said, you know, things have changed
12  and they, oh, everything is much modern now.  We
13  have scatter system, we have this, we have that,
14  and they have learned a lot and they've modernized
15  and that's expected.
16          Q.      That conversation occurred in when?
17  2025?
18          A.      Probably before in some of my
19  visits.  That would have been during my visits.
20          Q.      So when was the conversation about
21  the modernization that you just talked about?
22  When did you have that conversation?
23          A.      It was -- it was previous visit
24  because that was the first time that they were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 211 of 301

1    just showing me the way the scatter system and so
2    on and it was not the last visit.  It was before.
3         Q.     For this case or for another case?
4         A.     I do not recollect that.
5         Q.     Okay.  Who did you speak to?
6         A.     The people at the water treatment
7    plant.
8         Q.     The name.  I want the name.
9         A.     I did not ask name because
10   everybody -- that was basically the rule of the
11   game is you can talk to people, but you don't ask
12   name and take notes of names.
13        Q.     Okay.  When did -- the person who
14   told you this information about modernization,
15   when -- what was the years that that person worked
16   at the water treatment plant?
17        A.     Probably quite recent because nobody
18   there was there in the '80s that I understand.
19        Q.     Were they there from '98 to 2008?
20        A.     Possibly.
21        Q.     Did you ask?
22        A.     I didn't -- I don't recall.
23        Q.     Okay.  Is it your opinion that
24   December 1984 represents a typical month for the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 212 of 301

1    Hadnot Point water distribution system in terms of
2    from the 1950s up until 1983?
3                     MS. O'LEARY:  Object to form.
4                     THE WITNESS:   Can you repeat
5         please?
6    BY MS. BAUGHMAN:
7         Q.     Yeah.  Does December 1984 represent
8    a typical month for the Hadnot Point Water
9    Treatment Plant's operation and well cycling as
10   compared to the three decades prior?
11                    MS. O'LEARY:  Object to form.
12                    THE WITNESS:   In 1984, there
13        the problem was being investigated.  The
14        problem was there and there were wells
15        that were shut down.  They were trying to
16        understand what was going on.
17                    So it is what it is and we
18        have the information we have for that
19        period of time and, you know, what --
20        what we know for the -- from the 1950s to
21        the present is -- is not that
22        well-documented as far as exactly what
23        they were doing.
24                    But the big picture is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 213 of 301

1          documented.  There were cycling wells,
2          and when the wells would just produce
3          less, they would just stop them and
4          maintain them and so on and that's the
5          type of an operations that -- excuse
6          me -- that is consistent with what you do
7          when you have a field of producing wells.
8    BY MS. BAUGHMAN:
9          Q.     Okay.  I'm going to object as
10   nonresponsive.
11                 December 1984 was not a typical
12   month for Hadnot Point Water Treatment Plant
13   operation because they were investigating the
14   contamination at that time; right?
15                    MS. O'LEARY:  Object to form.
16                    THE WITNESS:   In that sense
17          it was, but they still had to produce
18          water to supply water.
19   BY MS. BAUGHMAN:
20         Q.     Okay.  And you'd agree with me that
21   new wells that seven new wells -- 611, 614, 621,
22   627 and 639 -- those are all new wells that had
23   come online less than seven months prior to
24   December of '84; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 214 of 301

```
 1                    MS. O'LEARY:  Object to
 2         foundation.
 3                    THE WITNESS:  I would have to
 4         double-check that.  I don't recall the
 5         numbers anymore of the wells.
 6   BY MS. BAUGHMAN:
 7         Q.    Okay.  Would it surprise you that
 8   those seven new wells -- 611, 614, 621, 627, and
 9   639 -- had the capacity to supply half of the
10   water needed for the Hadnot Point Water Treatment
11   Plant?
12                    MS. O'LEARY:  Object to
13         foundation.
14                    THE WITNESS:  Again, I will
15         have to check and capacity doesn't mean
16         what they can produce.
17   BY MS. BAUGHMAN:
18         Q.    Right.
19         A.    It's the capacity.
20         Q.    Did you evaluate, did you perform
21   the exercise of looking at Exhibit 44, your
22   Exhibit I-9 in your report, to see how often the
23   those seven new wells were used in that two-month
24   time frame?
```

```
 1                    MS. O'LEARY:  Object to
 2          foundation.
 3                    THE WITNESS:   I did not
 4          evaluate that and -- and if the capacity
 5          was higher, maybe they were -- the
 6          schedule of cycling was different.
 7   BY MS. BAUGHMAN:
 8          Q.      As compared to in the years prior
 9   when --
10          A.      Yes.
11          Q.      -- those wells weren't there; right?
12          A.      Yeah.
13          Q.      Okay.  Okay.  I'm going to ask -- I
14   want to ask you about a different subject matter.
15                    If you could turn to your Opinion
16   number 11, I'll try to -- that is -- hold on.
17                    So your Opinion number 11 on page
18   5-37.  You're critical there of ATSDR for not
19   including available site-specific data; right?
20                    In fact, if you turn to 5-38, in
21   your in summary part of 5-38, you say -- you
22   reference parameters that are inconsistent with
23   site-specific data.
24                    Is there any site-specific data that
```

1   you claim ATSDR did not consider other than the

2   FOC, or fraction organic carbon data?

3          A.        Well, that's the one that really

4   matters.  In addition to the errors I did for the

5   Tarawa Terrace model, but that's the one that is

6   important for -- for evaluating the timing of

7   transport of the contaminants.

8          Q.        Okay.  FOC is part of calculating

9   the retardation factor; right?

10         A.        It's part of --

11         Q.        Okay.

12         A.        -- of that calculation.

13         Q.        All right.  But just before we talk

14  about FOC, I just want to know.

15                   Is there any other site-specific

16  data that you claim ATSDR -- that was available to

17  ATSDR but ATSDR did not consider in the modeling?

18                   Is there anything else other than

19  the FOC data?

20         A.        Well, you know, the bulk density is

21  not representative of the site.  So that's another

22  one.  And -- and --

23         Q.        I'm sorry.  Was there -- wait.

24  Wait.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 217 of 301

1           Was there bulk density data or are

2  you talking about a factor?

3           I'm talking about site-specific

4  data.

5                MS. O'LEARY:  Object to form.

6                THE WITNESS:  Yeah.  No, that

7        will not be site-specific data.

8  BY MS. BAUGHMAN:

9       Q.      Okay.

10      A.      It's just errors that I did.

11      Q.      Okay.  So I'm not talking about

12  errors here.  So let me try to rephrase it and see

13  if we're on the same page.

14           I'm talking about site-specific data

15  that you claim existed but ATSDR didn't use for

16  the modeling.

17           You've identified the FOC data.

18           Is there any other site-specific

19  data that you claim ATSDR did not use?

20      A.      That as far as geochemistry is

21  concerned, that's the one, that's the one I

22  flagged, and I don't have another one.

23      Q.      You don't.  Okay.

24           So I want to talk about the FOC

1    data.

2                    You -- if we look at page 5-17 of

3    your report, you list the site-specific FOC data

4    there; correct?

5         A.        Let me see.  5-17?  Yes.

6         Q.        Okay.  First question I have for you

7    is:  These data vary very widely, right, by a

8    factor of at least 3 orders of magnitude?

9         A.        This type of data does that, yes.

10        Q.        Okay.  So 3 orders of magnitude

11   means like by a factor of at least a thousand?

12        A.        Yeah, in some areas, you have more

13   fraction organic carbon than some other areas,

14   yes.

15        Q.        Okay.

16                   MS. O'LEARY:  I'm sorry.

17         Object to foundation on the last

18         question.

19   BY MS. BAUGHMAN:

20        Q.        Which of the data that are listed on

21   your Exhibit 3-2 on page 5-17 of your report,

22   which of those samples are from Tarawa Terrace as

23   opposed to Hadnot Point?

24        A.        Well, all of the samples I believe

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 219 of 301

1    are in the Hadnot Point area, but as far as the
2    hydrogeology are concerned, we are talking about
3    the same type of materials beneath both.  You
4    don't have a stop just because you are changing
5    addresses.
6            Q.      Okay.  Just to be clear, all of the
7    FOC data that existed that you say ATSDR should
8    have used, all of them is from Hadnot Point.  None
9    of it is from Tarawa Terrace; right?
10                       MS. O'LEARY:  Object to form.
11            Asked and answered.
12                       THE WITNESS:   I believe so
13            because that's -- that's why it was
14            measured, and it is measured in the
15            materials for which groundwater moves.
16   BY MS. BAUGHMAN:
17           Q.      Do you have any --
18           A.      For both -- for both Tarawa Terrace
19   and Hadnot Point areas.
20           Q.      Okay.  Do you have any FOC data from
21   Tarawa Terrace such that you can say that the
22   numbers are the same in Tarawa Terrace and Hadnot
23   Point?
24           A.      Its geological materials are the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 220 of 301

1 same. Therefore, there is we have the data we

2 have and it will be in the same range. As a

3 geologist, I can tell you that.

4      Q.      Do you agree that fraction organic

5 carbon should not be used to estimate Kd if the

6 organic carbon content is less than .001?

7      A.      Well, this is kind of -- it is when

8 the relationship starts to -- to not be that good

9 anymore. But it is in every -- in every type of

10 groundwater like this, you will have a wide range,

11 and typically what is being done is because the

12 groundwater is encountering all those materials,

13 you typically take median value or geometric mean

14 value or average value to represent those

15 materials. And in some sense, that's what --

16 that's what, you know, even ATSDR had to do.

17      Q.      You're aware that the EPA and that

18 other authors have published that you should not

19 use fraction organic carbon to estimate Kd if the

20 organic carbon content is less than .001; right?

21                MS. O'LEARY:  Object to

22        foundation.

23                THE WITNESS:  It is -- it is

24        not stated exactly like that.

1                    It is when the relationship
2           falls, starts not to be a linear
3           relationship in some sense, and it is
4           recommended that, you know, if you -- if
5           you start to go really low like that,
6           it's -- it's not -- it becomes highly
7           uncertain.
8    BY MS. BAUGHMAN:
9         Q.      Okay.  So, and going back to your
10   Opinion 11, you say at the top of page 5-38 that:
11                   "ATSDR's use of a low Kd value had
12   the effect of accelerating arrival of contaminants
13   at the supply wells."
14                   Okay.  So my question is:  Have you
15   conducted a sensitivity analysis for your opinion
16   that the retardation factor used by ATSDR had the
17   effect of accelerating the arrival time?
18                        MS. O'LEARY:  Object to form
19           and foundation.
20                        THE WITNESS:  Well,
21           essentially what we are doing is the
22           Tarawa Terrace model because they didn't
23           make the same mistakes or assumptions and
24           incorrect assumptions in the -- in the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 222 of 301

1          Hadnot Point one.  They were more
2          reasonable there.
3    BY MS. BAUGHMAN:
4          Q.     Okay.  I'm just asking:  Did you
5    conduct a sensitivity analysis to see what the
6    effect would be about using a different
7    retardation factor?
8          A.     Well --
9                 MS. O'LEARY:  Object to form
10         and foundation.
11                THE WITNESS:   The sensitivity
12         analysis is that if you -- if you have
13         higher values for the retardation factor,
14         it will go slower, and if you have lower
15         values for the retardation factor, it
16         will go faster.
17   BY MS. BAUGHMAN:
18         Q.     I'll object as nonresponsive.
19                Did you run the model with different
20   retardation factors to see what the effect would
21   be?
22         A.     I did -- I didn't -- I did a
23   calculation that I present in my report, which are
24   basically the simplest type of calculations that

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 223 of 301

1    follow the -- the laws of hydrogeology, if you

2    wish, to estimate transport.  And this is the

3    results are basically reasonable and that gives

4    you a ballpark.

5         Q.     Okay.

6         A.     I mean, I'm not saying that it

7    is -- that it is the totals or anything else.

8    It's something that tells you this is the way it

9    looks like.

10        Q.     Objection.

11        A.     And then -- and then you can go into

12   complexity to hide the fact that you don't have

13   information, but what you should never do is

14   ignore the site-specific data.  That's basically

15   my point.

16        Q.     Objection.  Nonresponsive.

17               Okay.  I'm at --

18                    THE VIDEOGRAPHER:  Time.

19                    MS. BAUGHMAN:  Yeah.  Thank

20         you.  I know.

21   BY MS. BAUGHMAN:

22        Q.     Did you go to the ATSDR model, not

23   your calculations but the ATSDR model, change the

24   retardation factor using the different FOC numbers

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 224 of 301

1  for Tarawa Terrace to see what effect that would

2  have?  Did you do that?

3       A.    I believe Dr. Spiliotopoulos did

4  that.

5       Q.    Okay.

6       A.    I don't.  I didn't do that on the

7  model.  I just --

8       Q.    All right.

9       A.    -- I looked at -- looked at the

10 calculation based on the evaluation, the data, and

11 the parameters that are reasonable to make my

12 estimate presented in my report.

13      Q.    Let's talk about that.  Let's go

14 to -- I want to talk about your travel time

15 calculation for Tarawa Terrace on page 5-15 and

16 5-16 of your report.

17           And you calculated travel times for

18 PCE to reach TT-26 --

19      A.    Hold on.  Hold on.

20      Q.    You're going to know this without

21 looking.

22           You calculated travel times for PCE

23 to reach Tarawa Terrace 26 from ABC One-Hour

24 Cleaners from three representative flow paths;

1   right?

2                   MS. O'LEARY:  Object to form.

3                   THE WITNESS:  Yes.

4   BY MS. BAUGHMAN:

5        Q.      Okay.  Did you select a flow path

6   that was meant to be representative of a path line

7   that leads to the first detection or first arrival

8   of PCE at TT-26?

9                   MS. O'LEARY:  Object to form.

10                  THE WITNESS:   I just looked

11          at the representative pathways for the

12          situation with all of the simplification

13          and uncertainty that are included in --

14          in this.  I used the ATSDR hydrological

15          environment, which is oversimplified to

16          start off with.

17                  So all of this -- all of this

18          tells you that if you do it in a simple

19          manner, which it should be done first,

20          you just get the range and that is the

21          range.

22                  The fastest pathways that I

23          made a calculation for is if the

24          contamination travels in layer 1 for most

1            of the distance to the well.

2                      Remember that the well opening

3            is in layer 3.  So which ever way you go,

4            at some point you have to go down there.

5            And the pathways that I have are

6            representative.  It's a ballpark.

7    BY MS. BAUGHMAN:

8        Q.       Okay.  I'm going to object as

9    nonresponsive.

10                     Would you agree that your analysis

11   regarding Tarawa Terrace and the travel time is

12   not meant to determine when PCE would first arrive

13   at TT-26?  You did not do that calculation, did

14   you?

15                     MS. O'LEARY:  Object to form.

16                     THE WITNESS:  No.  The

17           calculation is when -- when basically the

18           contamination arrives, and you can have a

19           molecule that arrive faster than I

20           calculated and -- but what I am looking

21           at is when does a substantial amount of

22           contamination would have arrived at the

23           well making a simple, a simple set of

24           calculations that can be reproduced that

1          do not have errors or incorrect statement
2          in, and that's what I did and that gives
3          you a ballpark.
4    BY MS. BAUGHMAN:
5          Q.     Okay.  Have you reached an opinion
6    or have you reached a conclusion within reasonable
7    scientific certainty as to when TT-26 was first
8    contaminated with PCE?
9                    MS. O'LEARY:  Object to form.
10                   THE WITNESS:   I did what I
11         did, and it's expressed in my report.
12   BY MS. BAUGHMAN:
13         Q.     You're aware that there is -- there
14   are textbooks and peer-reviewed literature about
15   how to calculate the breakthrough when
16   contamination first arrives at a well; right?
17   You're familiar with that?
18         A.     Yes.
19                   MS. O'LEARY:  Object to
20         foundation.
21   BY MS. BAUGHMAN:
22         Q.     That's not what you did?
23                   MS. O'LEARY:  Sorry.  Please
24         slow down.  Object to foundation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 228 of 301

1    BY MS. BAUGHMAN:

2         Q.       You did not do a breakthrough

3    analysis, did you?

4                        MS. O'LEARY:  Object to form

5              and foundation.

6                        THE WITNESS:   I did a travel

7              time analysis along three representative

8              pathways.  That's what I did.

9    BY MS. BAUGHMAN:

10        Q.       You did not do a breakthrough

11   analysis to determine when contamination would

12   first occur at TT-26; correct?

13                       MS. O'LEARY:  Object to form

14             and foundation.

15                       THE WITNESS:   As I said

16             before, you can have a molecule arriving

17             faster, but it is not what I did.

18                       I said the typical travel time

19             with all the uncertainty you have, and I

20             recognize that, is basically the ballpark

21             is as I estimated it in my report.  And

22             you have aspects of it that some of it

23             can go faster, but you also have some of

24             it can go slower.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 229 of 301

```
1    BY MS. BAUGHMAN:
2          Q.        Right.  But --
3          A.        And you have that.
4          Q.        -- you agree with me.  You
5    understand the concept of breakthrough?
6          A.        Yeah.
7          Q.        Right.
8                    And you agree with me that that's
9    documented in textbooks that you would consider to
10   be reliable on groundwater flow and transport;
11   right?
12                        MS. O'LEARY:  Object to
13           foundation.
14                        THE WITNESS:  Yes, you do.
15   BY MS. BAUGHMAN:
16         Q.        There's -- there's a methodology to
17   use to determine the breakthrough of a contaminant
18   at a well; correct?
19                        MS. O'LEARY:  Object to
20           foundation.
21                        THE WITNESS:  Yes, but we are
22           talking about something different here.
23                        I'm saying when -- when would
24           you have expected contamination, you
```

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 230 of 301

1          know, substantial contamination to arrive
2          at the well.
3     BY MS. BAUGHMAN:
4          Q.     Okay.
5          A.     I am not talking about a molecule.
6          Q.     You didn't do the breakthrough
7     analysis; right?
8          A.     I -- I --
9                 MS. O'LEARY:  Object to form
10         and foundation.
11                THE WITNESS:   Sorry.
12                I did not do a breakthrough
13         analysis.
14    BY MS. BAUGHMAN:
15         Q.     Okay.  And what do you define as
16    substantial contamination at TT-26?  What does
17    that mean?
18         A.     It's when --
19                MS. O'LEARY:  Object to
20         foundation.
21                THE WITNESS:  Yeah.
22                It is when going from some of
23         the pathways, the contamination is
24         expected to arrive basically in a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 231 of 301

1          substantial manner.

2    BY MS. BAUGHMAN:

3          Q.      Is there a number for substantial

4    like -- like a certain microgram per liter that

5    defines substantial contamination for you?

6          A.      I did not try to evaluate

7    concentrations.  I evaluate time because I think

8    that's more important.

9          Q.      Okay.  But you said you were

10   calculating the time for substantial

11   contamination.

12              What do you define as substantial

13   contamination?

14         A.      Something that --

15              MS. O'LEARY:  Object to

16         foundation.

17              THE WITNESS:   Sorry.

18              Something that would be

19         measurable at the time, and I don't have

20         a number.  I did not do a breakthrough

21         concentration arrival at the well.

22              I just made how much time

23         would it take for the concentration of

24         the PCE on average along those three

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 232 of 301

1      different type of pathways to arrive at

2      the well and that's what -- that's the

3      simple things that I did.  And this is a

4      reasonable first step that should always

5      be done to give you a ballpark of what is

6      reasonable.  And --

7                  MS. BAUGHMAN:  I'm going to

8      object to the nonresponsive portion, and

9      I will pass the witness.

10                  MS. O'LEARY:  Okay.  If we can

11      just take a few minutes break.  Thank

12      you.

13                  MS. BAUGHMAN:  I assume you

14      won't be talking to your witness during

15      the break?

16                  MS. O'LEARY:  I might be

17      asking him about certain things, but

18      that's appropriate.

19                  MS. BAUGHMAN:  That's not

20      appropriate.

21                  MS. O'LEARY:  We can fight

22      about that later.

23                  THE VIDEOGRAPHER:  Time is

24      1:50 PM.  We are now off the record.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 233 of 301

1                    (A recess was taken.)

2                    THE VIDEOGRAPHER:  The time is

3        1:57 PM.  We are now on the record.

4                    MS. O'LEARY:  Thank you.

5                    EXAMINATION

6    BY MS. O'LEARY:

7        Q.        And, Dr. Hennet, I have just a very

8    few questions.

9                    Near the end of Ms. Baughman's

10   questions, she had several for you about the flow

11   paths you used to calculate travel time of PCE to

12   well TT-26.

13                   Do you recall that?

14                   And I have some -- I want to ask you

15   about a few things in your report related to that.

16                   So if you could go to your report,

17   which is Exhibit 31, on page 5-15.

18       A.        Yes.

19       Q.        All right.  In the last paragraph,

20   the second sentence it says:

21                   "The representative flow paths

22   considered to represent PCE transport in

23   groundwater are illustrated in Exhibit 3-1.  The

24   site-specific data for FOC is summarized in

1    Exhibit 3-2.  Supporting materials for the
2    calculated travel times are provided in Attachment
3    D."
4                    Did I read that correctly?
5         A.      Yes.
6         Q.      And so if I -- if you could turn to
7    Attachment D from your report to page D-7 and to
8    D-8.
9         A.      Yes.
10        Q.      Are you there?
11                Are the graphs shown on D-7 and D-8
12   part of the supporting materials to your opinion
13   on the arrival time of PCE at TT-26?
14                    MS. BAUGHMAN:  Objection.
15            Leading.  Form.
16                    THE WITNESS:  Yes, this
17            is -- this is basically what I relied
18            upon to -- to support my calculation.
19   BY MS. O'LEARY:
20        Q.      And how do these, the figures shown
21   on D-7 and D-8, relate to your representative flow
22   paths?
23        A.      This is -- what this provides you is
24   basically on the different layers the gradient of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 235 of 301

1   groundwater flow.

2       Q.      Oh.  Are you looking at D-5 and D-6

3   or D-7 and D-8?

4       A.      Well, okay.  That is on both what I

5   just said.

6               But can you repeat the question?

7   Because I think I missed the first question you

8   asked.

9       Q.      Yeah.  So the figures shown -- well,

10  let's back up.

11              The figures shown on D-7 and D-8

12  that are labeled Figure F21 and Figure F25, F20

13  and F24, do you see those figure labels?

14      A.      Yes.

15      Q.      Where does -- like where do these

16  figures come from?

17      A.      They come from the ATSDR work.

18      Q.      Okay.  And there's what looks to me

19  like a plume shown on these figures; is that

20  correct?

21      A.      Yes.

22      Q.      Okay.  And why did you include

23  figures showing the plume in Attachment D?

24      A.      That's to show where ATSDR estimated

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 236 of 301

1 the concentration was in the groundwater
2 environment in the -- in the different layers.  I
3 mean, in layer 1, 4-47 and in layer 3, 48.
4        Q.        And why did you include these
5 figures showing ATSDR's prediction of the plume in
6 your report?
7        A.        Well, it's -- it's because ATSDR
8 calculation and estimate shows that the
9 concentration or the contaminant, the contaminant,
10 the COCs are basically traveling into those layers
11 and they depicted the results here as plumes.
12        Q.        Okay.
13        A.        And that -- that shows you that you
14 have transport in layer 1 and you have transport
15 in layer 3.
16                    MS. O'LEARY:  Okay.  I don't
17        have any other questions.  Thank you.
18                    MS. BAUGHMAN:  Great.  Hold on
19        one second.  Let me just double-check.
20                    Yeah, we're done.
21                    THE VIDEOGRAPHER:  This
22        concludes for today's deposition.  The
23        date is June 4, 2025.  The time is 2:02
24        PM.  We are now off the record.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 237 of 301

1                      (Signature not waived, the

2              deposition concluded at 2:02 PM.)

3

4                           *        *        *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    ERRATA SHEET

2

3    Page No._____Line No._____Change to:_____

4    _____

5    Page No._____Line No._____Change to:_____

6    _____

7    Page No._____Line No._____Change to:_____

8    _____

9    Page No._____Line No._____Change to:_____

10   _____

11   Page No._____Line No._____Change to:_____

12   _____

13   Page No._____Line No._____Change to:_____

14   _____

15   Page No._____Line No._____Change to:_____

16   _____

17   Page No._____Line No._____Change to:_____

18   _____

19   Page No._____Line No._____Change to:_____

20   _____

21   Page No._____Line No._____Change to:_____

22   _____

23   Page No._____Line No._____Change to:_____

24   _____

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 239 of 301

1                DECLARATION UNDER PENALTY OF PERJURY

2

3

4                     I declare under penalty of

5      perjury that I have read the entire transcript of

6      my Deposition taken in the captioned matter

7      or the same has been read to me, and

8      the same is true and accurate, save and

9      except for changes and/or corrections, if

10     any, as indicated by me on the DEPOSITION

11     ERRATA SHEET hereof, with the understanding

12     that I offer these changes as if still under

13     oath.

14

15                Signed on the _____ day of

16     _____, 2025.

17

18     _____

19          REMY J.-C. HENNET, PhD

20

21

22

23

24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 240 of 301

1                    CERTIFICATE OF REPORTER

2      DISTRICT OF COLUMBIA      )

3                    I, Denise Dobner Vickery, a

4      Registered Court Reporter and Notary Public of

5      the District of Columbia, do hereby certify that

6      the witness was first duly sworn by me.

7                    I do further certify that the

8      foregoing is a verbatim transcript of the

9      testimony as taken stenographically by me at the

10     time, place and on the date herein set forth, to

11     the best of my ability.

12                   I do further certify that I am

13     neither a relative nor employee nor counsel of

14     any of the parties to this action, and that I am

15     neither a relative nor employee of such counsel,

16     and that I am not financially interested in the

17     outcome of this action.

18

19                              _Denise D. Vickery_

20

21                              DENISE DOBNER VICKERY, CRR,RMR

                                Notary Public in and for the

22                              District of Columbia

23

24     My Commission expires:  March 14, 2028

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ      Document 459-21      Filed 08/24/25      Page 241 of 301

**&**

**&** 293:4 297:18 297:21 298:2 300:2 343:13

**0**

**0.675** 358:15,17 359:16
**0000000001** 298:12,14
**00000000034** 300:12
**0000000009** 298:17
**0000004794** 300:6
**0000006684** 298:19
**000942579** 452:10
**001** 510:6,20
**003** 384:2 387:10 388:9 391:2,7 394:8 396:1
**0042** 297:20
**0045** 298:14
**008** 381:13,23
**00897** 291:4
**009** 382:12 384:7 389:24 396:11,14,15 396:17,18

**0096** 298:12
**01-0** 452:9
**01-00000714...** 298:9
**01-000071446** 353:10
**01-00009425...** 299:13
**012** 388:2,19 391:3,7 394:8
**02/11/2025** 298:11,16
**0287** 297:23
**0319** 299:22
**0407** 298:4
**05-00010403...** 299:22
**050001040308** 477:20
**07-00000190...** 299:18 457:15
**0s** 354:1 484:19

**1**

**1** 297:5 304:10 343:9 354:1,17 360:15 361:1 362:9 396:9 485:7 515:24 526:3,14
**1,000,000** 441:2
**1-1** 362:10 363:8

**1/28/85** 300:5
**1/29/85** 429:6
**10** 496:21 497:17,24 498:11
**100** 424:19 452:4 495:24
**10003** 293:8
**1001** 292:16
**10:18** 352:16
**10:28** 352:19
**11** 300:12 353:14,15 367:8,13,22 370:14 371:11 376:12,18 378:6 380:24 385:8,9 386:19 387:23 388:3 388:13,16,20 388:20 389:5 389:14 391:4 505:16,17 511:10
**1100** 294:16
**111** 294:6
**11:31** 413:20
**11:42** 413:23
**11th** 401:9
**12** 360:15 368:19,23 369:2 392:23 394:10 397:24 416:17 493:6

**12/31/2019** 298:3
**12:52** 477:5
**13** 379:5,23 462:1
**1300** 298:18 440:18
**14** 379:5 530:24
**1400** 441:15,20
**151** 493:14
**1512** 298:9 299:13
**15207** 530:20
**153** 493:7 494:16
**16,000** 467:19
**16,297** 465:17
**165** 479:2,7
**17** 355:22 388:16 389:7,9
**18** 371:14,17 385:11,13,22 386:5,6,20,21 387:22 388:18 389:9,19 422:2 423:1,18 458:8
**18,900** 466:5
**18-20** 344:11
**19** 346:6
**19,000** 466:23 467:21
**19004** 457:15

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 242 of 301

**1940s** 464:24
**1941/1942**
399:9
**1942-2008**
454:1 455:5
456:2
**1944/1945**
400:13
**1950** 497:20
500:3
**1950s** 419:8
502:2,20
**1970** 465:1
**1972** 492:24
**1980** 328:8
331:4
**1983** 502:2
**1984** 462:15
479:13 501:24
502:7,12
503:11
**1985** 298:18
420:23,24
421:8 424:17
425:23 426:14
429:16 431:19
433:9 438:20
440:18 446:22
460:10 462:15
466:7 467:3
468:4 470:10
470:12 479:13
480:6 485:6
492:24

**1986** 419:8
**1998** 496:21
497:17,24
**1:06** 477:8
**1:50** 522:24
**1:57** 523:3

**2**

**2** 350:1,4,10
359:3,19
360:16 361:1
370:11 371:13
485:8
**2,004,131.67.**
350:2
**2-2** 374:13
**2-4** 357:23
358:14
**2-5** 359:11
**2/5/85** 300:5
**20** 306:8,13
307:15 308:13
308:18 309:21
311:16,23
381:4 417:4
425:18,22
426:17 428:10
429:16 460:10
486:12
**20004** 292:17
**20005** 294:17
**2004** 298:6
307:7 353:9
361:7 362:1

**2005** 303:21
304:16 305:10
305:15 306:8
306:13 345:3,7
345:11,23
346:5,6,12
347:8 350:23
475:2
**2006** 312:9
**2007** 315:1
330:10 345:24
**2008** 477:21
496:21 497:18
498:1,11,20
499:1,6 501:19
**2013** 451:10
452:8
**2019** 329:21
**202.552.9843**
294:18
**2020** 307:23
321:11
**2024** 297:8
354:21 408:21
409:4 415:11
416:6 417:9
418:12,20
419:7 482:7
**2025** 291:16
292:7 297:5
301:7 304:10
307:16 308:13
317:16 345:3
347:2,9 350:10

353:17 354:3
357:15 367:14
367:22 376:13
376:18 378:6
380:24 402:12
403:23 404:19
405:20 408:12
411:23 414:4
415:23 418:15
500:17 526:23
529:16
**2028** 530:24
**21** 420:23
421:8
**212.558.5915**
293:9
**216** 350:4
**22** 359:20
**220** 450:24
451:6
**227** 419:23
420:10,16
421:12
**23** 345:23
346:5,12
**2323** 297:12
448:16
**24** 358:17,20
371:18 416:15
431:13 432:1
443:5
**25** 304:16
305:10 417:14
440:23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 243 of 301

**26** 431:13
432:2 443:6
514:18,23
515:8 516:13
517:7 518:12
520:16 523:12
524:13
**27** 298:18
345:24 422:12
422:18 423:16
424:16 427:13
431:13 432:1
433:9 438:19
440:18 443:5
446:22
**27722** 350:1
**27th** 441:11
**28** 293:17
377:3,8,20
378:14 388:10
388:15 389:3,5
389:15 390:22
451:8,14,20
452:17 455:23
456:12,24
459:7,7,9
461:3,24
462:14 463:14
465:10 466:13
467:2,3,18
468:2,5 479:13
480:6 485:5,12
488:8

**287** 343:9
**288** 343:10
**28th** 441:14
**29** 485:6
**29464** 293:18
**29th** 431:18
**2:00** 441:16

**3**

**3** 387:19 399:4
414:8,9 463:24
485:2,8 508:8
508:10 516:3
526:3,15
**3-1** 523:23
**3-10** 359:24
368:17 374:1
**3-2** 508:21
524:1
**3-4** 368:16
369:7 374:14
397:13
**3-8** 399:5
**3-9** 400:11
**3/21/2007**
297:9
**30** 297:4 304:6
305:3,4 317:19
323:3 485:6
495:11
**302** 296:3
**304** 297:4
**307** 297:7

**31** 297:7 307:6
307:10 317:22
317:23 320:1
320:11,21,22
347:2 350:10
357:19 372:9
374:7 415:11
419:17 431:19
523:17
**310** 297:9
**314** 297:13
**317** 297:16
**318** 447:23
448:21
**319** 477:20
**31st** 428:10,12
428:16 450:1
485:6
**32** 297:9
310:10,13,17
316:7
**323** 310:18
**33** 297:13
314:17,20,22
316:7
**34** 297:16
317:10,12
319:5,16
335:22
**340** 345:17,19
345:21 431:13
432:1
**342** 297:18,21
298:2

**343** 344:11
**345** 345:21
**346** 346:4
**35** 297:18
342:20 343:5,9
343:18 344:19
346:20 349:9
349:13,21
351:15
**353** 298:5,10
**354** 298:13
**36** 297:21
342:22 343:5,9
343:18 344:19
345:13 349:13
351:15
**37** 298:2
342:24 343:5
343:10,18
344:19 345:16
349:13 351:15
**371** 300:12
**38** 298:5 353:4
353:6 359:22
361:7,24 362:4
363:10 399:5
**384** 298:15
**39** 298:10
353:20,22
376:9,11,19
377:3,8,20
378:15 380:10
381:4 383:3
401:8 418:3

Golkow Technologies,
A Veritext Division
877-370-3377   www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 244 of 301

420:9,17,19
421:14 450:23
458:10 460:4
460:23 465:11
468:20 494:2
494:14,15
496:2

**4**

**4** 291:16 292:7
301:7 311:4
426:14 458:8
460:10 461:3
461:24 462:15
463:15 479:13
480:6 485:13
488:9 526:23
**4-18** 457:20
458:2,3,6
468:17,23
**4-2** 364:23
365:1 369:8,8
**4-47** 526:3
**4/29** 430:5
**40** 298:13
311:23 323:3
354:13,15,20
355:10,23
357:9,14
396:16,17,18
414:2 415:7,18
417:4
**400** 350:2

**4004** 447:21
448:13,17
**401** 292:15
301:10
**407** 343:10
**41** 298:15
343:9 346:23
384:21,23
385:13 387:18
389:18,20
394:13 396:19
**42** 298:18
346:21 349:22
418:14 440:7,9
440:11
**429** 426:3,16
**43** 299:2 343:9
451:22 452:1,9
**44** 299:14
457:7,10,13,16
469:11,20,24
470:3,6,21
471:3,17,24
472:4,20
474:18 475:8
476:3,20
479:15,16
480:2 481:17
482:2,21
483:10,18
485:14 486:3,8
486:9,19,23
487:2,9,16,18
488:2,7,23

491:5,13
493:12 497:15
497:24 498:10
498:19,24
504:21
**440** 298:18
**45** 299:19
354:18 357:9
477:12,15,19
478:10,22
**451** 299:2
**457** 299:14
**46** 300:2
477:12,17,22
478:12,23
479:3,6
**47** 300:5
484:13,16,18
486:3 487:2,16
488:7 490:4
**477** 299:19
300:2
**4794** 484:19
**4798** 300:6
484:19
**48** 526:3
**485** 300:5
**4th** 428:4 485:8

**5**

**5** 420:24 421:8
422:12,18
423:16 424:17
425:23 427:6

427:14 429:15
433:9 438:20
446:22 463:22
477:21 492:21
492:24 525:2
**5-15** 514:15
523:17
**5-16** 514:16
**5-17** 508:2,5,21
**5-22** 492:17,17
**5-23** 421:22
424:3 427:7,9
**5-24** 423:9
**5-27** 423:10
448:4,10
**5-29** 419:19
420:6 450:21
**5-3** 423:11,13
424:20 425:1
425:14 426:10
426:11 431:6
438:3 447:22
448:3,6
**5-33** 446:3
**5-37** 505:18
**5-38** 505:20,21
511:10
**5-4** 374:6
**5-6** 357:20,21
**5-9** 359:11
372:7
**50** 322:16,18
**500** 294:6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 245 of 301

**51** 428:3
**512.690.0990**
  294:8
**523** 296:4
**527** 425:22
**529** 465:14
**530** 467:1
**582** 420:24
  421:9,14,19
  423:5 424:6,10
  424:24 425:12
  437:21 450:23
**5th** 430:6,8

**6**

**6** 369:2,14,16
  371:17,18
  393:1 394:9
  398:3,15
  470:10 479:3,9
  525:2
**6/8/2007**
  297:13
**60** 313:6
**600** 313:6
  315:13 437:21
**611** 503:21
  504:8
**614** 503:21
  504:8
**621** 503:21
  504:8
**627** 503:22
  504:8

**639** 503:22
  504:9
**651** 420:9,18
  426:6,13,17,24
  427:15,19
  428:2,3,12,14
  428:20 429:1
  429:18,20,22
  430:2,7,7
  432:7,11 433:5
  437:13 450:9
  458:11 460:4,5
  465:11,18,22
  466:1,6 468:13
  468:20 487:20
  488:20 490:17
  491:2 492:2,22
  493:5,14
  494:13
**6590** 479:20,22
  480:7,17
**6593** 480:8
**6684** 440:13
**670** 356:16,18
  430:24 431:1,7
  431:11 432:16
  433:19 436:19
  438:2 439:20
  443:5 450:7
**69** 488:24

**7**

**7** 415:6,18
  446:4 524:7,11

  524:21 525:3
  525:11
**700** 293:7
**71475** 360:2
**71512** 353:10
**72** 492:3
**76** 300:12
**78701** 294:7
**7:23** 291:4

**8**

**8** 315:1 458:20
  524:8,11,21
  525:3,11
**8.2** 431:13
  432:1 443:5
**8/5/2008**
  299:19 300:3
**80** 311:23
**80s** 501:18
**83** 467:2
**84** 299:15,16
  458:8 460:10
  461:3 463:15
  480:6 494:12
  503:24
**842** 431:15
**843.216.9239**
  293:19
**85** 299:16
  422:12,19
  432:2,5 458:9
  461:3 463:15
  463:23 466:13

  468:7 485:5,8
  485:8,12,13
  494:13
**88** 297:14
**89** 401:11

**9**

**9** 297:8 307:7
  382:19 383:3
  383:12,14
  384:11,21
  385:2 394:14
  395:5 397:7
  409:4 457:20
  458:20 461:22
  462:5 467:5
  468:16 469:9
  470:4 480:3
  482:20 483:8
  493:12 504:22
**9/21/2022**
  297:19,22
**90** 374:14,18
  375:5 378:17
**900** 428:17
**9004** 299:18
**902** 297:11,14
  310:23 311:6
**9194** 300:4
  477:23
**96** 354:1
**98** 498:11,20,24
  499:6 501:19

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 246 of 301

**9:19** 291:17
292:8 301:8
**9th** 292:15
301:10

**a**

**a11** 453:21,22
454:11,22
**a12** 453:8
463:7
**a13** 455:17,20
**a14** 452:17,19
462:23,23
463:9
**a15** 462:19,22
**a5** 453:7 454:1
454:8,15 455:5
455:15 463:1,2
**a6** 452:19
456:5,20 463:8
463:8,10,10,19
**abc** 514:23
**ability** 530:11
**able** 366:13
393:18 402:24
437:15
**above** 365:22
401:22 402:5
**accelerating**
511:12,17
**accent** 320:4
**accept** 471:14
471:14

**access** 318:6,14
414:18
**accessible**
308:5
**accounting**
372:23
**accuracy**
386:12 482:20
483:8,18
491:19
**accurate** 484:4
486:9 491:16
529:8
**accurately**
493:20
**accuse** 380:24
**acquired** 314:9
**act** 304:19
**action** 304:18
530:14,17
**actively** 395:7
**acts** 376:6
**actual** 331:14
**actually** 320:24
321:4 324:3
328:21 329:1
346:23 362:24
371:1,7 382:22
400:5 427:20
433:12 452:11
457:17 475:7
**adam** 297:10
310:22

**add** 328:11
351:2,11 459:3
493:4
**added** 351:14
461:22
**addition**
326:23 506:4
**additional**
383:19 411:4
**addresses**
509:5
**administering**
301:24
**administrative**
344:15
**aeh** 368:16
374:23 376:7
392:24 394:9
398:8,22
**aeh's** 397:20
**aeration**
410:13
**affidavits**
406:18 407:21
**ago** 463:14
**agree** 368:11
368:15 371:16
374:19 429:15
436:20 449:5
450:5,12,18
452:18 454:7
455:14 460:9
495:20 503:20
510:4 516:10

519:4,8
**agreed** 468:18
**ah** 298:7 353:8
359:23 360:7
360:10,23
361:6,10,23,24
362:12,22,24
363:14 364:10
364:13,16,24
368:11 369:18
369:20 373:24
374:3,14 376:4
397:13,15
399:3,5,21
**ahe** 371:15
392:24
**ahead** 386:5,10
386:10 389:8
392:1
**alanna** 294:15
302:5
**alexander**
356:4
**allana.horan**
294:20
**allison** 294:14
302:3
**allison.o'leary**
294:19
**allocation**
327:5,6
**allow** 366:8
368:13 397:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 247 of 301

allowed 446:16
446:24 487:11
america 294:12
301:13
amount 334:4
334:16 350:22
351:17 398:16
410:9,23 411:9
432:6 450:9
464:7,16,18
516:21
analyses 299:2
analysis 327:2
333:4,15,19,22
334:2 511:15
512:5,12
516:10 518:3,7
518:11 520:7
520:13
analyzed
311:16,24
angle 374:15
374:18 375:6
378:17
answer 303:7
308:19,24
337:6 347:6
380:15 383:7
398:24 436:7
449:10 480:13
481:11
answered
472:23,24
481:4 490:24

509:11
answers 478:12
478:24
antonucci
295:7
anwar 295:6
anybody
471:12,22
anymore 504:5
510:9
apparently
406:18
appear 344:12
344:20 366:8
368:12
appearances
293:1 294:1
295:1 321:7,10
324:16
appears 344:22
349:12 350:11
368:20 369:23
374:17 425:4
481:21 482:4
appendix 406:9
appreciation
487:6
approach
376:8 390:18
appropriate
352:3 522:18
522:20
approximate
388:17

approximately
303:22 366:9
368:13 369:16
394:11
aquifer 330:1
archived
471:21 474:5
archives 483:2
area 311:6
313:8,9 453:24
455:4 509:1
areas 299:6
326:17,19
327:1 427:5
437:4 508:12
508:13 509:19
argue 436:24
437:22
arrival 511:12
511:17 515:7
521:21 524:13
arrive 516:12
516:19 520:1
520:24 522:1
arrived 516:22
arrives 516:18
517:16
arriving 518:16
arsenic 329:7
329:23
article 342:2
articles 328:15
aside 443:1

asked 308:6
309:11,14,23
315:22 329:22
344:7 397:4
436:14 472:23
474:21 475:8
476:1 479:10
482:1 490:24
509:11 525:8
asking 308:2
382:7 383:11
386:11 392:19
400:22 479:23
480:2 486:17
512:4 522:17
aspect 329:2,17
aspects 518:22
assess 332:21
assessment
336:13
assist 363:22
associates
297:18,21
298:2 343:13
associations
326:6
assume 303:8
341:3 435:18
435:19 437:18
522:13
assumed 359:3
359:19 372:1
372:10,11
373:2 437:8,11

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 248 of 301

437:12 465:10
484:4,7 494:15
**assuming** 376:6
415:12 451:14
459:1
**assumption**
372:14 451:8
451:18 459:7,9
459:13 467:17
483:1
**assumptions**
433:18 435:2
511:23,24
**atsdr** 298:5
331:21 332:5
335:19 362:23
363:5,11,22
451:9,18
459:14 471:11
478:11,24
479:9 482:1,23
483:23 496:19
505:18 506:1
506:16,17,17
507:15,19
509:7 510:16
511:16 513:22
513:23 515:14
525:17,24
526:7
**atsdr's** 451:8
511:11 526:5
**attached** 297:2
300:10 320:23

321:1,15
**attachment**
307:20,22
320:23 321:2
321:15 410:2
524:2,7 525:23
**attempt** 379:20
**attempted**
348:6
**attention**
310:20 478:22
**attorney**
302:20
**attorneys** 304:2
355:15
**audit** 341:8
**august** 477:21
**austin** 294:7
**author** 329:14
**authored** 329:5
**authors** 510:18
**automated**
496:11
**available** 366:7
366:15 368:12
370:6 427:11
460:22 461:10
469:1 472:17
491:24 497:13
497:16 505:19
506:16
**avenue** 294:6
**average** 419:22
420:10,17,22

421:6,13,17
423:4,19 424:9
424:24 425:12
427:4,4,18
432:2,14
437:20 450:9
450:18 451:1,7
451:19 455:23
456:12,23,24
461:24 467:18
510:14 521:24
**averaged**
431:21
**avoid** 495:5
**award** 335:1
**aware** 319:6,7
334:3 340:16
341:11,19
348:4,8 351:14
351:16 360:10
362:24 419:6
490:4 510:17
517:13

---

**b**

**b** 330:12
**baby** 338:8
**back** 320:18
348:13 365:4
367:12 368:16
407:1 408:10
424:2,6 427:7
429:4 435:16
437:15 462:18

468:17 478:13
478:24 486:18
511:9 525:10
**backflow** 435:4
**backing** 434:21
436:4,13,17
444:17 445:10
445:20
**backup** 345:22
**backwards**
322:14
**bain** 297:10
310:22 311:3
313:22
**ballpark** 513:4
516:6 517:3
518:20 522:5
**bar** 382:13,14
382:16 388:4
388:10,20,24
**base** 299:9
363:1,18
401:15 462:11
469:21,22
471:22 474:6
481:3 483:1
**based** 308:11
310:2 319:10
346:9 369:23
379:21 386:20
398:15 404:3
412:23 413:1
414:17 420:17
420:21 455:22

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 249 of 301

459:6,6 462:5
467:4 471:7
472:1 473:7,15
473:19,24
483:3 494:1
514:10
**bash** 294:5
**basically**
305:22 308:7
314:12 315:14
319:10 326:5
334:15 338:3
369:4,16
377:16 380:5
382:14 384:7
388:15 389:1
391:9 393:15
394:10 400:4
401:14 410:5
410:14 432:17
432:17 435:10
459:22 463:19
464:20 469:10
471:13,20
483:13 495:18
499:23 501:10
512:24 513:3
513:14 516:17
518:20 520:24
524:17,24
526:10
**basin** 365:3,5
365:10,13,17
366:6,16 368:9

370:5 371:20
372:17,24
**basing** 474:3
**basis** 374:23
393:23 397:14
400:14 409:16
456:24 470:3
480:11 487:1
**bates** 310:17
314:22 343:7
360:1 381:13
440:12 457:14
479:2
**baughman**
293:5 296:3
301:16 302:1,1
302:15,20
303:23 304:7
305:2,5,6,16
306:24 307:4
307:11 310:1,9
310:14 311:11
312:6 314:16
314:21 317:8
317:13,24
318:1 329:8
330:15 331:12
331:18 332:1
332:17 333:8
333:20 334:7
334:23 335:6
336:11 337:4
338:7,24
339:15,24

342:11,17
343:1 344:7,17
345:8 346:17
347:16,21
348:16 349:4
350:20 351:9
352:1,8,11,20
353:7,23
354:11,16
355:1,9,21
356:14 358:10
360:22 362:19
363:24 364:7,9
370:18 371:9
371:24 374:24
375:10,20
377:1 379:15
380:9,20
381:22 382:6
383:10,22
384:17,24
386:9 389:16
389:22 390:11
390:23 391:18
391:24 393:16
394:3,20 395:3
396:2,9,12
398:4 399:1,18
400:6,21 405:1
405:12 406:3
406:12 408:5
410:7 411:7
413:16,24
415:5 419:5

430:21 432:19
437:5 439:1,11
440:5,10
444:11,21
445:5 449:13
449:21 450:14
451:21 452:2
453:6 456:11
457:4,12
458:15 459:16
460:18 461:11
461:20 462:4
462:13 463:4
465:8,14,16
466:20 467:12
472:10,18
473:5,14,20
474:2 475:6,21
476:15,18
477:2,9,10,18
478:2,4 481:7
481:16,23
482:14 483:16
484:3,11,17
485:17 488:13
489:10,17
490:1,19 491:4
491:12,18
492:1,8 493:19
494:4 495:1
497:4 498:7,17
499:13,20
502:6 503:8,19
504:6,17 505:7

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 250 of 301

507:8 508:19
509:16 511:8
512:3,17
513:19,21
515:4 516:7
517:4,12,21
518:1,9 519:1
519:15 520:3
520:14 521:2
522:7,13,19
524:14 526:18
**baughman's**
523:9
**bed** 416:19,23
417:16
**beginning**
313:15 494:12
**behalf** 302:6
309:5 325:11
326:12
**believe** 309:10
321:17 324:22
329:4,4 330:10
334:22 342:3
342:16 343:11
345:1 355:7
357:17 361:20
365:15,20
372:13 374:9
399:10,21
400:14,24
407:7 417:2
432:5 439:17
457:13,16

459:2 462:19
508:24 509:12
514:3
**bell** 297:6
**beneath** 509:3
**bessinger**
329:20
**best** 310:2
347:10 348:21
377:17 378:12
379:9 390:13
414:12 530:11
**better** 480:10
487:12
**bias** 332:21
333:1
**big** 502:24
**billed** 349:24
350:7,9,22
351:18
**billing** 345:22
**binstock**
295:10
**bio** 352:10
**bit** 323:1
325:24 326:15
415:9 430:19
448:6 495:19
**blank** 478:22
**bldg** 297:14
**blended** 442:20
**blue** 326:19
**blvd** 300:2

**bob** 315:1,3
**bolton** 293:6
**book** 319:13
**books** 319:9
**booster** 446:15
446:23 447:8
**borehole**
311:23
**boreholes**
311:4 312:8,18
**borings** 311:14
**borrowed**
405:7 451:17
**bottom** 310:21
315:5 362:11
369:3 371:17
375:24 384:12
448:18 465:15
492:17
**boulevard**
293:17 299:7
356:24 365:17
416:22,24
417:17 422:9
422:21 423:14
423:15 424:19
431:2,11
433:11,13,24
434:4,9,9,15
435:3,15 436:4
436:9,12,16
437:14,16
438:21 439:2
441:7 442:14

443:5,19,21
445:20 446:5,8
446:11,17
447:1,7 449:16
449:23 450:7
452:8 458:22
459:3 485:22
**bove** 336:1
**break** 322:12
352:10 413:15
413:17 476:14
477:3 522:11
522:15
**breakthrough**
517:15 518:2
518:10 519:5
519:17 520:6
520:12 521:20
**bridgeside**
293:17
**brings** 371:18
**broadly** 361:9
**broadway**
293:7
**brought** 383:12
**bucket** 326:10
**budget** 350:5,6
**buffalo** 402:4,5
402:16,23
404:19 405:20
405:22 407:9
408:11,15,22
409:5,8,13
410:4,11,18,24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 251 of 301

411:10,23
412:23 413:9
415:8,17 417:5
417:9 418:3,5
**buffalos** 401:7
401:14,20
403:9,22 404:2
404:4,11,12,14
404:15,20,21
405:10,15
406:4,10,19
407:8,19 408:1
415:21 416:5,8
416:12 418:17
418:22,23
419:7
**building**
297:11 310:23
311:6 356:16
356:18 425:18
425:22 426:17
428:10 429:16
430:24 431:1,7
431:11 436:18
438:1,2 439:20
443:4 450:7
**bulk** 506:20
507:1
**bunch** 354:1
484:19
**busy** 462:12

**c**

**c** 291:14 292:11
296:2 297:8
301:1 302:8
529:19
**calculate**
423:19 424:23
425:11 467:16
467:19 517:15
523:11
**calculated**
337:8 410:15
466:22 494:13
514:17,22
516:20 524:2
**calculating**
336:22 506:8
521:10
**calculation**
332:16,16
369:14 373:2
376:3,5 398:5
398:11,12,14
398:19,20
410:22,22
411:9 412:21
413:4 420:16
420:21 421:14
421:17 426:23
427:2,17,24
431:6 435:21
436:19 450:22
459:9 465:19

467:13,15
468:1 506:12
512:23 514:10
514:15 515:23
516:13,17
524:18 526:8
**calculations**
331:10,14,17
332:19 334:5
337:11 357:19
358:4 359:2,18
360:11 374:23
379:1 397:22
398:23 410:9
411:5,12
415:12 423:24
439:22 450:20
467:1 512:24
513:23 516:24
**calculator**
431:23
**call** 315:8
331:9 355:14
378:16 419:22
**calling** 333:15
333:22
**camp** 291:7
297:11 299:10
301:11 302:21
303:18,20
304:21 305:18
306:2,9,15
307:15 308:3
308:14 309:4,9

309:15 310:5
313:14 314:5
315:19 316:11
316:14,22
317:2 319:8
332:11,23
333:5,16,23
334:9 335:8,12
335:20 336:2
337:7,9,16
338:17 339:10
341:23 342:15
343:14,19
344:23 345:4
346:11 347:12
350:23 351:18
353:17 354:21
356:17 357:6
357:12,16
361:18 362:6
362:14 363:1
363:18 364:18
368:2 376:18
403:10,22
404:16 406:5
407:8 412:7
414:4 415:22
436:10
**capacity** 504:9
504:15,19
505:4
**captioned**
529:6

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 252 of 301

**carbon** 312:1
315:15 506:2
508:13 510:5,6
510:19,20
**card** 417:20,20
**career** 322:11
**carolina** 291:2
299:10 301:15
**carpenito**
297:5 304:9
**carpentito**
304:9
**case** 305:10,18
307:8 316:18
316:23 318:5
318:23 319:4
319:14 321:12
323:9,19,24
324:8 325:3,8
329:6 331:21
336:5,9,10
337:7,22,24
338:5,8,10,14
340:7 341:17
347:13 357:6
373:11 410:5
421:3 435:19
486:2,18 501:3
501:3
**cases** 291:10
306:1,20
324:14,14,16
325:12,19,20

**cercla** 315:8
**certain** 313:4,4
313:16 328:22
437:4 499:8
521:4 522:17
**certainly** 342:5
348:22
**certainty** 517:7
**certificate**
530:1
**certified**
292:21
**certify** 530:5,7
530:12
**chain** 310:19
**change** 320:10
430:20 499:21
513:23 528:3,5
528:7,9,11,13
528:15,17,19
528:21,23
**changed**
499:19 500:11
**changes** 319:24
320:7,12 529:9
529:12
**changing** 509:4
**chapter** 299:11
452:6
**characterized**
435:20
**check** 425:3
435:7,14 436:3
436:11,15

437:8 443:20
444:16 445:8
445:19 450:20
450:23 451:6
451:14 465:10
482:17 498:9
504:4,15
526:19
**chemical** 327:5
336:15
**cherry** 380:19
380:21
**chlorine** 412:11
412:13,15,23
413:8
**chronology**
453:9,15,23
454:17 455:3
**circumstances**
373:7
**citations**
319:21
**cite** 451:9 452:3
**cited** 318:13
456:6 482:15
**claim** 506:1,16
507:15,19
**claimed** 323:7
324:9 368:24
**claiming**
304:19
**claims** 304:19
**claude** 301:19
302:18

**cleaners** 514:24
**clear** 359:1
446:1 509:6
**clearly** 313:23
437:22 489:6
**clement** 341:23
342:1,12
**climbed** 402:23
**clja** 297:12,15
297:20,23
298:4,8,14,19
299:12,17,21
300:4,6 310:18
314:23 343:8
353:9 354:17
414:8 440:12
452:9 457:14
477:19,22
484:18
**close** 463:22
465:24
**closer** 466:23
**club** 323:13,14
**clw** 479:14,17
480:7,16
**coc** 357:23
359:11 423:13
427:11
**cocs** 526:10
**colleague** 332:4
**collected**
311:15,22
422:5 423:2
424:8

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 253 of 301

color 349:15

columbia 292:23 530:2,5 530:22

combination 330:13

combined 328:20 330:1

come 313:18 323:19 351:3 412:22 419:9 441:24 442:4 461:5 480:15 503:23 525:16 525:17

comes 319:9 388:18 398:1 400:1,5

comfortable 395:1

coming 312:12 381:18 412:13 413:8 427:22 438:20

commission 530:24

commissioned 362:23

communicated 341:22 342:15

community 341:13

company 308:5 326:3,3 327:17

327:19,22 344:20

company's 308:21

compare 479:15 486:1,6 486:19 488:20 490:20 497:23 498:10

compared 489:13 490:4 502:10 505:8

compares 467:15

comparing 486:8 488:6

comparison 498:16

compilation 473:7

completely 497:1

complexity 513:12

compound 412:12

compounds 327:3

concentration 338:2 419:23 420:10,22 421:6,17 423:4 424:9 425:13 427:4,18

429:17 430:18 432:23 433:3 451:7 466:5,19 466:22 467:18 521:21,23 526:1,9

concentrations 336:19 339:18 423:13 426:24 427:12 428:23 432:24 437:10 468:12 521:7

concept 519:5

concerned 308:8 315:7 325:13 329:15 334:13 410:15 507:21 509:2

conclude 411:18

concluded 410:14 527:2

concludes 526:22

conclusion 517:6

conclusions 337:21

condition 397:23

conditions 373:17

conduct 512:5

conducted 336:13 377:23 511:15

conference 334:19 335:11

confirm 343:16

confirmed 304:13

confusion 320:16

congress 294:6

connect 447:14

connected 432:13 434:17 447:13

connecting 404:6

connection 312:20 433:15 433:22 446:7

connections 433:15 447:2,4 447:9,16

consider 327:13 411:6 444:5 499:17 506:1,17 519:9

considered 483:15 486:22 498:5 523:22

considering 420:8

consistent 305:8 316:16

Golkow Technologies,
A Veritext Division
877-370-3377　　　　　　　　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 459-21　　Filed 08/24/25　　Page 254 of 301

369:7 466:4
467:24 468:12
489:4 494:22
494:24 495:14
503:6

**constructed**
311:5

**consultant**
309:22 364:17

**consultants**
298:7 362:13

**consulting**
309:12,15

**contact** 336:16

**contain** 433:4

**contained**
319:22

**contains**
424:17 429:19
429:21,21
444:3

**contaminant**
299:4 328:23
339:17 519:17
526:9,9

**contaminants**
324:10 337:9
339:10 412:6
506:7 511:12

**contaminated**
304:20 312:13
337:16 338:17
429:20 449:15
467:22,23

468:14 497:12
517:8

**contamination**
305:23 312:12
313:2,16
323:21 334:13
439:8 442:2,20
443:16 460:14
465:22 498:6
503:14 515:24
516:18,22
517:16 518:11
519:24 520:1
520:16,23
521:5,11,13

**content** 510:6
510:20

**context** 303:24
478:8,14

**continued**
294:1 295:1

**contract**
362:15

**controls** 370:10

**conversation**
402:19,22
403:6,8,11
500:16,20,22

**conversations**
402:14 474:12
474:16

**copy** 306:7
321:3,16
353:15 384:21

**corps** 299:9
363:1,18
364:18

**correct** 303:19
305:8 307:2
308:14 312:21
313:24 316:19
321:2,16 328:7
328:9 331:21
344:21,24
345:4 350:15
351:4,17
353:17 358:1,5
359:4,13,16,20
360:8,12,16
362:16,17
365:6,11,12
367:7,17 369:8
369:19 375:23
376:24 378:7
378:18,19
383:4 395:13
397:9 399:11
402:12 403:18
408:22 409:5
415:15,23
417:6 420:19
422:10,14
423:19,20
425:1,4,9,15
426:6,14,18
428:21 434:5
441:8,9,11,12
441:16 443:12

452:4 453:11
458:11,22
459:9 466:8,24
467:2 468:7,21
470:4,22
485:14 487:18
492:10 493:1
493:21 494:18
508:4 518:12
519:18 525:20

**corrected**
297:16 317:14
318:3,24
335:23 435:23

**corrections**
319:19,21
529:9

**correctly**
372:20 480:20
524:4

**cost** 327:6

**counsel** 301:22
304:10 315:23
318:23 530:13
530:15

**count** 325:18
467:5

**country** 348:12

**couple** 476:16

**court** 291:1
301:14,20,23
303:2 390:6
489:11 490:6
530:4

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 459-21   Filed 08/24/25   Page 255 of 301

| cover 363:9 | d | 509:7,20 510:1 | deal 336:19 |
|---|---|---|---|
| 410:11,24 | | 513:14 514:10 | dean 297:6 |
| 411:11,14,15 | d 301:1 330:12 | 523:24 | deanna 295:5 |
| 411:21 | 524:3,7,7,8,11 | date 301:7 | decades 502:10 |
| covered 373:7 | 524:11,21,21 | 349:24 350:7,9 | december |
| 485:13 | 525:2,2,3,3,11 | 367:16 376:15 | 297:8 298:6 |
| covers 373:8,9 | 525:11,23 | 399:11,21 | 299:16 307:7 |
| 373:10 377:10 | daily 479:12 | 400:15,19,24 | 353:9 361:7 |
| 485:18,20,21 | 480:5 499:11 | 425:22 470:7,8 | 408:21 409:4 |
| critical 505:18 | data 315:4 | 485:11 526:23 | 415:10 418:20 |
| croix 323:20 | 333:12 334:6,9 | 530:10 | 419:7 482:7 |
| 324:1,4 | 334:9,12,14 | dated 297:4,9 | 501:24 502:7 |
| crr 291:23 | 337:20 424:16 | 297:13 469:6 | 503:11,24 |
| 530:21 | 424:17,23 | 477:21 | declaration |
| current 321:3,4 | 425:11 427:11 | dates 376:23 | 529:1 |
| 321:16 | 435:21 437:19 | 429:6 454:3,5 | declarations |
| cv 291:4 306:19 | 460:2,2,3,5 | 455:9,11 485:5 | 308:17 |
| 306:22,23 | 468:18 469:1 | 485:24 | declare 529:4 |
| 307:1,13 308:4 | 471:14 472:1 | david 341:15 | deduction |
| 320:19,22 | 473:8 482:20 | davis 341:7 | 471:19 |
| 321:1,3,4,14,16 | 483:8,24 486:8 | dawn 297:6 | deeper 311:16 |
| 326:18 327:10 | 486:20 489:12 | day 426:6,7,7 | defendants |
| 329:9 343:5 | 489:13 490:22 | 426:17 428:20 | 325:14 |
| cvs 321:8 | 491:6,14 | 429:2 459:4,8 | define 328:3 |
| cycle 496:8 | 493:11 494:11 | 462:1 463:20 | 331:16 520:15 |
| cycled 474:9,10 | 495:18 496:20 | 463:23 480:11 | 521:12 |
| 494:23 495:2 | 497:10,17,24 | 480:11 488:8 | defines 521:5 |
| 495:10 | 498:5,10,11 | 488:14 529:15 | definitely 316:4 |
| cycling 495:11 | 499:5 505:19 | days 489:1 | definition |
| 495:13,14,15 | 505:23,24 | 499:8 | 332:15 |
| 496:6,20 499:6 | 506:2,16,19 | dbolton 293:11 | degree 327:16 |
| 499:11 502:9 | 507:1,4,7,14,17 | dc 292:17 | 374:15,18 |
| 503:1 505:6 | 507:19 508:1,3 | 294:17 301:10 | 375:6 378:17 |
| | 508:7,9,20 | | |

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 256 of 301

**delivered** 427:3 427:5 435:20
**demand** 446:10 451:19 453:3 456:19,21 463:16 464:6
**demands** 457:1
**demonstrates** 380:11 381:4
**denise** 291:23 292:20 301:20 530:3,21
**dennis** 295:10
**density** 506:20 507:1
**department** 294:13 302:4 304:2,15 306:2 309:5 313:24 321:24
**depends** 429:23 437:1,1
**depicted** 526:11
**deponent** 301:18
**deposition** 291:13 292:10 297:1 306:7,8 306:14,21 307:23 310:11 314:18 316:13 317:10 321:10 324:15,17

346:10 353:4 353:13,20 354:13 371:11 440:7 451:23 457:8 477:13 484:13 526:22 527:2 529:6,10
**depth** 311:16
**depths** 311:23 398:2
**dermal** 336:16
**described** 394:16 399:16 438:10
**describes** 404:1 440:19
**description** 440:2
**descriptions** 407:14
**deshawn** 295:4 301:5
**design** 444:6,9 494:23 495:2,8
**designed** 444:23
**detail** 430:1
**detailed** 308:20
**details** 305:14 419:15 429:5 439:18 450:4
**detection** 515:7
**determination** 339:19

**determine** 336:14 339:17 457:22 458:7 458:10 467:6 468:19 491:15 516:12 518:11 519:17
**developed** 330:21 331:6 331:21 332:6 332:10 339:16
**device** 467:20
**devin** 293:6
**diagonal** 375:15
**diagram** 360:6 369:6,13,13 371:15 374:7 374:13,17 385:10 386:17 389:9 397:13 404:10
**diagrams** 398:9
**diameter** 381:15
**difference** 366:22
**differences** 487:5
**different** 306:1 322:13 330:18 332:11 338:1 392:19 396:16 419:18 469:19

487:4,21 497:7 497:7 505:6,14 512:6,19 513:24 519:22 522:1 524:24 526:2
**differently** 379:18
**difficult** 385:23 389:12 392:2 393:2 395:11
**digging** 450:4
**digits** 360:1,2
**dimension** 369:2 394:10 395:9 397:23
**dimensions** 395:7 404:5,14 404:20 405:21 406:11
**diploma** 328:5 331:5
**direct** 310:20
**directed** 308:7 394:5
**direction** 311:6 315:12 435:11
**disagree** 397:14
**discovered** 497:3 499:24
**discrepancies** 487:15 488:8 488:18 490:5

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 257 of 301

490:21 491:2
**discrepancy**
 488:14
**discussed**
 332:19 342:3,5
**distance** 375:14
 375:16,19
 379:22 382:13
 382:15,16
 385:17,18,21
 386:14 391:9
 391:13 392:17
 397:8 516:1
**distorted**
 379:14,16,17
 380:5 381:17
 394:1 395:5,5
**distortion**
 395:2,12
**distortions**
 395:9
**distribution**
 299:5 422:5
 423:3 424:8
 433:18,23
 434:3,4,8,15,20
 435:5,15,16
 436:4,12,17
 437:15 443:21
 444:17 445:10
 445:20 447:1
 447:12,12
 460:13 495:6
 502:1

**district** 291:1,2
 292:23 301:13
 301:14 530:2,5
 530:22
**divided** 467:2
**dividing** 468:2
**division** 291:3
 301:7 362:6
**dobner** 291:23
 292:21 530:3
 530:21
**doc** 480:1
**document**
 291:9 299:14
 304:5 307:9,17
 307:19 310:12
 314:19 317:11
 319:13 330:9
 342:19,21,23
 343:24 344:4
 345:2 353:5,21
 354:8,14
 355:20 372:8
 381:10 384:1
 384:22 385:5,7
 386:15 392:15
 425:8 440:8,12
 440:14 451:24
 452:13 453:12
 457:9 458:6,19
 469:8 470:3,14
 470:14 474:4,8
 477:14,16
 478:7 479:23

481:4 483:13
 483:14,21,22
 484:15,20,21
 484:23 491:14
 492:16
**documentation**
 304:14
**documented**
 316:7 359:7
 409:23 455:22
 502:22 503:1
 519:9
**documents**
 318:4,7,10,13
 318:15,16,17
 318:21 319:3
 319:21 343:6
 349:6 358:3
 471:20,21
 472:1 478:6,15
 478:17 479:11
 480:4,9,19
 483:23 487:4
**doing** 312:14
 313:12,23
 314:14 344:15
 393:7 426:22
 451:13 465:9
 466:12 502:23
 511:21
**doj** 295:6,7,8
 305:15 312:16
 312:20 317:6
 317:15 345:23

346:12 348:6
 350:22 351:18
 355:15 381:2
**doj's** 403:17
 405:17
**double** 425:3
 428:20 504:4
 526:19
**dowling** 295:9
 295:9
**downstream**
 365:2 366:5
 370:5
**dozen** 324:14
**dr** 302:19
 304:14 305:7
 321:21 336:1
 340:9,14
 341:15,23,24
 342:6,12 344:5
 352:21 356:4
 357:10 361:14
 361:18,23
 364:10 380:21
 383:11 407:23
 408:19 410:2
 414:1 477:11
 514:3 523:7
**drained** 441:1
**draw** 385:3
 391:11 393:17
 394:12,21
 395:1 396:17
 396:18 397:1,2

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ      Document 459-21      Filed 08/24/25      Page 258 of 301

478:22
**drawing**
393:24
**drawn** 387:17
397:13
**dreaming**
474:5
**drew** 396:13
**drilling** 297:14
312:18
**drinking** 299:5
**driving** 495:5
**dropped**
395:15 396:4
**duly** 302:10
530:6

**e**

**e** 297:4,9,13
301:1,1 303:24
304:8 310:18
310:21 311:2
311:13 313:22
314:24 315:6
315:20 330:12
330:12
**ea** 398:22
**earlier** 415:10
431:1 464:23
**early** 317:2
**eastern** 291:2
291:17 292:8
301:14

**edification**
313:12
**educated**
327:15 328:2
**education**
319:11 328:4
330:23
**effect** 368:9
370:4 371:19
379:9,10,12,17
429:3 430:2
433:4 511:12
511:17 512:6
512:20 514:1
**effluent** 316:3
366:9 369:8
371:2 373:5
381:15 397:15
399:8 400:12
**eighteen** 422:4
424:7
**either** 306:21
324:15 325:11
328:16 364:21
364:22 401:3,4
412:15 414:20
416:23 442:16
442:17 470:16
471:11 482:23
**elevation**
366:20,23
385:16
**employee**
478:12 530:13

530:15
**encountering**
510:12
**ends** 381:13
**entire** 529:5
**entirety** 388:24
422:20 494:16
**entry** 425:21
441:10
**environment**
315:16 324:11
515:15 526:2
**environmental**
298:7 353:8
359:23 360:7
360:11 361:6
361:10,24
362:6,12
363:14 364:11
364:13,17
369:19,20
374:1
**epa** 510:17
**epidemiologist**
335:14,15
**epidemiology**
335:19 336:1,4
**errata** 319:18
319:23 528:1
529:11
**error** 487:17
490:22
**errors** 506:4
507:10,12

517:1
**especially**
322:10
**esq** 293:5,6,15
294:5,14,15
295:6,7,9,10
**essentially**
511:21
**establish** 311:5
355:12 376:10
**established**
347:7
**estimate**
322:16 369:14
386:1 412:19
433:2,2 510:5
510:19 513:2
514:12 526:8
**estimated**
392:24 398:2
429:8 518:21
525:24
**estimates**
368:24 395:13
**estimation**
298:5 363:5
**evaluate**
504:20 505:4
521:6,7
**evaluating**
323:21 506:6
**evaluation**
327:4 370:17
370:19 395:11

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 259 of 301

514:10
**everybody**
501:10
**exact** 372:11
374:7 467:23
470:7
**exactly** 306:5
316:24 318:16
357:3 364:14
430:13 434:23
440:2,4 441:5
442:3 447:3
470:23 473:3
474:21 481:6
486:10 489:8
496:9 502:22
510:24
**examination**
296:2 302:9,13
523:5
**examined**
302:10
**example** 314:4
323:13 326:6
326:19,22
335:11
**excel** 469:14
**except** 341:17
349:15 400:8
408:18 529:9
**exception**
315:21 320:15
321:13 340:2,3
419:13

**exceptions**
400:1
**exclude** 450:16
**excuse** 317:21
503:5
**exercise** 488:6
504:21
**exhibit** 297:4,7
297:9,13,16,18
297:21 298:2,5
298:10,13,15
298:18 299:2
299:14,19
300:2,5,12
304:6,23 305:2
307:6,10,12
310:10,13,17
314:17,20,22
317:10,12,18
319:5,16 320:1
320:11,20
321:1 335:22
342:20,22,24
345:13,16
346:20 349:9
349:13,21
353:4,6,13,15
353:20,22
354:13,15,20
355:10,22
357:9,14,19,23
358:14 359:11
359:22 361:7
361:24 362:4

363:10 371:11
372:9 374:7,13
376:9,11,19
377:3,8,19,20
378:14 380:10
381:4 383:3
384:21,23
385:2,8,9,13
386:19 387:18
387:23 388:2
389:18,20
394:13 395:5
396:8,16,17,18
396:19 399:5
401:8 414:2
415:7,11,18
417:4 419:17
420:6 423:11
423:12 424:20
425:1,14
426:10,11
431:6 438:3
440:7,9,11
447:22 451:22
452:1,9 457:7
457:10,13,16
457:20 458:6
461:22 462:5
467:4 468:16
469:9,11,20,24
470:3,4,6,21
471:3,17,24
472:4,20
474:18 475:8

476:3,20
477:15,17,19
477:22 478:10
478:12 479:3,5
479:6,15,16
480:2,3 481:17
482:2,20,21,21
483:8,9,18
484:13,16,18
485:14 486:2,3
486:8,9,19,23
487:2,2,9,16,16
487:18 488:2,7
488:7,23 490:4
491:5,13
493:12,12
497:14,24
498:10,19,24
504:21,22
508:21 523:17
523:23 524:1
**exhibits** 297:1
300:9 316:7
343:5,18
344:19 351:15
353:1 477:12
**exist** 480:9,19
**existed** 507:15
509:7
**exists** 387:24
**expected**
500:15 519:24
520:24

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 260 of 301

**experience**
  307:23 319:11
**experiment**
  392:11
**expert** 291:13
  292:10 297:7
  305:20 309:24
  315:22 319:24
  321:22 323:8
  323:18 325:5
  327:14 328:1,3
  444:5,9
**expert's** 403:18
  403:18
**expertise**
  326:17,20
  327:1 336:24
**experts** 340:7
**expires** 530:24
**explain** 332:24
  386:22 429:12
**explained**
  418:22 435:22
**explanation**
  428:24 442:1
**exposed** 324:10
  336:15 337:15
  338:17 339:10
**exposure**
  304:20 323:8
  325:4 336:13
  336:20,23
  337:8 339:19

**exposures**
  328:11
**expressed**
  517:11
**extensive**
  410:13
**extrapolating**
  497:20

**f**

**f20** 525:12
**f21** 525:12
**f24** 525:13
**f25** 525:12
**fact** 364:17
  372:24 419:9
  428:12 429:1
  442:19 494:22
  505:20 513:12
**factor** 506:9
  507:2 508:8,11
  511:16 512:7
  512:13,15
  513:24
**factors** 512:20
**fair** 303:9
  321:5 325:5,9
  332:7 338:18
  339:11 443:13
  473:9
**fall** 352:24
  358:13,14
  359:3,15,18,20
  360:7,15

  361:11 366:8
  368:13,23
  372:2,11 373:4
  373:14 375:12
  375:16,22,23
  376:1 378:10
  378:21,23,24
  379:1,4 380:11
  381:5 382:1,17
  392:7,8,9,12,16
  392:21,22
  393:6,9,11,19
  394:13,17,18
  414:17
**falls** 511:2
**familiar** 331:19
  484:24 517:17
**far** 308:7
  313:16 315:7
  320:16 323:17
  325:12 334:13
  351:4 373:4
  410:15 502:22
  507:20 509:1
**faster** 512:16
  516:19 518:17
  518:23
**fastest** 515:22
**fate** 299:4
  328:16 329:24
  334:19
**february**
  304:16 305:10
  317:16 345:3

  353:17 354:3
  367:8,13,22
  370:14 376:12
  376:18 378:6
  380:24 401:9
  402:11 405:20
  408:12 411:23
  420:24 421:8
  422:12,18
  423:16 424:17
  425:23 426:14
  427:6,14 428:4
  429:15 430:6,8
  433:9 438:20
  446:22 458:8
  460:10 461:3
  461:24 462:15
  463:15 466:7
  466:13 467:3
  468:4 479:13
  480:6 485:7,8
  485:8,8,13
  488:9 492:24
  494:13
**federal** 304:19
  318:20 364:3
**feel** 394:24
**feet** 311:16,24
  358:19,20
  359:3,19
  360:16 361:1
  370:11 371:13
**field** 340:18
  503:7

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 261 of 301

**fifth** 307:22
**fight** 522:21
**figure** 319:2
  368:16 369:7
  374:1,2,3
  396:5 397:13
  426:23 427:17
  428:1 440:4
  452:18 453:5,7
  454:1,15 455:5
  455:15 456:5
  456:20,21
  457:17 459:5
  459:23 462:18
  462:19,22
  463:8,19 471:9
  525:12,12,13
**figures** 524:20
  525:9,11,16,19
  525:23 526:5
**file** 470:18
**filed** 348:5
**files** 483:14
**fill** 402:4,16
  403:1 407:10
  409:12,14
  410:23 412:23
  418:16
**filled** 401:14,16
  401:20 403:10
  403:22,23
  404:6,12,15,19
  404:21 405:15
  405:20 406:4

406:19 407:8
407:20 408:1
408:12,15,22
409:5,9 410:19
411:23 413:9
415:13,22
418:23 433:5
**filler** 415:12,14
  416:1,9,16
  417:7 418:10
  419:9
**filling** 404:6,7
  405:11 407:15
  407:15 409:23
  410:3,10
  411:10
**financially**
  530:16
**find** 307:17
  321:8 431:14
  482:22 494:7
**findings** 299:11
  452:6,7
**fine** 413:17
  477:3
**fingerprints**
  327:2
**finish** 325:1
  476:16
**fire** 441:2
**firm** 295:9
  324:2,2 328:13
**firms** 321:23

**first** 303:19
  310:21 312:15
  321:18,19
  322:13 326:24
  327:9 343:3,6
  349:13,17
  353:3 362:4
  363:4,9 376:10
  389:18 399:5
  420:5 421:4,16
  421:21 427:9
  451:5 459:12
  479:16 492:20
  500:24 508:6
  515:7,7,19
  516:12 517:7
  517:16 518:12
  522:4 525:7
  530:6
**five** 308:9
  322:21,22
  360:1 367:19
  431:5,21
**flagged** 507:22
**flipped** 349:5
**flipping** 344:19
**flow** 299:3
  311:5 315:13
  328:16 330:2
  330:21 332:22
  334:19 369:1
  369:15 398:1
  415:16 435:11
  463:19 514:24

515:5 519:10
523:10,21
524:21 525:1
**flowing** 366:10
  368:5,23 369:9
  371:16 397:16
**flows** 369:5
  438:13
**flush** 428:8
  429:23 430:14
**foc** 506:2,8,14
  506:19 507:17
  507:24 508:3
  509:7,20
  513:24 523:24
**focus** 368:8
**follow** 513:1
**followed**
  301:23
**following**
  422:22
**follows** 302:11
**foot** 360:15
  366:9 368:14
**footnote** 452:4
**forces** 435:11
**foregoing**
  530:8
**form** 311:8
  328:19 330:6
  331:7,15,22
  332:13 333:7
  333:17,24
  334:21 335:3

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 262 of 301

336:7 337:1,17
338:19 339:12
342:8 344:2
347:14 349:2
350:16 352:5
356:13 362:18
363:19 370:8
371:5,22 375:7
375:17 379:6
379:24 381:6
382:3 383:9,15
386:8 389:11
390:8 391:15
391:21 393:12
393:20 394:15
394:23 398:21
399:23 400:16
405:4 411:2
432:9 444:7
449:8,18
450:11 456:8
456:16 458:12
459:10 460:16
462:2 465:4
467:8 472:5,14
472:22 473:10
473:17,22
474:19 475:11
482:8 483:11
483:19 484:6
489:20 490:7
490:23 491:17
491:20 494:19
498:2,12

499:12,15
502:3,11
503:15 507:5
509:10 511:18
512:9 515:2,9
516:15 517:9
518:4,13 520:9
524:15
**formed** 315:4
366:3
**former** 323:22
**formula** 360:14
360:20,23
**forth** 530:10
**found** 307:21
404:3,3,5
405:9 416:21
458:14 470:14
479:11 480:1,4
484:9 493:18
**foundation**
305:12 306:17
309:17 311:9
312:5 336:7
338:20 339:21
343:22 345:6
346:14 347:15
348:10 350:17
351:6,21 354:6
354:24 355:1
355:13 358:7
360:18 363:20
374:21 376:21
379:7 380:1,13

381:7 383:16
390:16 395:24
397:19 399:13
404:24 405:5
406:2 407:12
409:19 415:2
419:1 430:10
432:10 436:22
438:23 444:20
445:1 449:9
452:23 456:9
456:17 459:11
460:17 461:7
461:16 462:3
466:16 467:9
475:12 476:23
481:1,15,19
482:9 485:16
488:12,16
489:21 490:8
491:9,21 492:5
493:16,23
494:20 496:23
498:3,13 504:2
504:13 505:2
508:17 510:22
511:19 512:10
517:20,24
518:5,14
519:13,20
520:10,20
521:16
**four** 308:8
321:6 329:6

440:13 443:4
**fourth** 311:12
**fraction** 311:24
315:15 506:2
508:13 510:4
510:19
**frame** 347:17
419:8 422:8,13
423:1 433:8
438:19 446:22
461:2 463:14
463:15 464:23
467:6 485:13
485:19,20,21
498:19 504:24
**frames** 322:13
**framework**
334:15
**french** 320:4
**frequency**
458:7,11 460:5
465:11 475:23
484:10 490:16
494:2,7 497:13
**front** 303:2
329:10 414:5
**fuel** 422:22
439:9,15
**full** 306:23
308:4,22 318:6
318:9 362:12
366:10 368:24
369:9 397:16
414:22 454:14

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 263 of 301

**further** 296:3
302:10,13
530:7,12
**furthest** 449:6

**g**

**g** 301:1 304:17
330:12 377:13
**gain** 480:10
**gallon** 442:21
463:22
**gallons** 441:2
463:20
**game** 501:11
**gasoline** 440:20
**generalize**
495:21
**generally**
455:20
**generate** 474:4
**generated**
481:4 482:23
**geochemical**
327:2,7 328:21
329:2
**geochemistry**
330:13 336:18
338:11 412:19
507:20
**geological**
509:24
**geologies**
327:17

**geologist** 510:3
**geology** 338:12
**geometric**
510:13
**geometry** 404:1
**getting** 382:17
430:16
**giovanni** 295:7
**give** 308:23
324:21 325:8
352:24 353:15
378:12 381:9
381:23 385:1
388:19 391:3
457:6 468:11
478:2 480:7
522:5
**given** 346:10
366:15 499:9
**gives** 326:19
388:23 389:6
390:21 391:9
487:6 513:3
517:2
**go** 307:20
308:21 310:15
315:5 320:18
322:14 336:20
336:20,21
346:20,20
348:7 349:21
350:7 353:10
368:16 379:11
381:11 386:4

386:10,10,14
389:8 392:1
396:16 412:19
424:2,6,15
427:7,8 429:4
429:5,5 430:12
435:11 452:15
462:18 463:18
463:23 477:24
478:3 479:1
485:7 496:15
511:5 512:14
512:16 513:11
513:22 514:13
516:3,4 518:23
518:24 523:16
**goal** 324:20
**goes** 304:17
343:9,9,10
374:15,16
401:24 433:17
433:18 435:12
**going** 303:8,24
310:9,20 316:4
320:24 322:12
326:16 330:17
338:13 340:6
343:2,4 352:13
352:16,22,23
353:3,12,14,19
354:12 363:24
378:22 382:4
384:20 385:1
390:2 392:3

398:16 408:6,8
413:18 440:6
443:22 455:19
457:6 459:24
464:7 468:15
468:17 476:9
476:13 477:11
483:5 486:15
486:18 502:16
503:9 505:13
511:9 514:20
516:8 520:22
522:7
**golkow** 301:6
**good** 322:18
323:4 352:10
380:6 452:14
510:8
**government**
324:1,3 325:11
325:14 326:12
326:14
**gradient**
524:24
**graduated**
331:4
**grammatical**
320:7
**graph** 454:3
455:9
**graphs** 524:11
**great** 303:16
526:18

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 264 of 301

| greater   366:8 | h | 479:12 480:5 | happens |
|---|---|---|---|
| 368:13 | | 492:18,23 | 395:10 |
| gros   304:16 | hadnot   299:7 | 496:7 502:1,8 | happy   492:14 |
| 305:10 | 299:19 300:2 | 503:12 504:10 | hard   390:9 |
| groundwater | 313:8,9 357:24 | 508:23 509:1,8 | haroon   295:6 |
| 299:3 311:5,14 | 358:5 359:3 | 509:19,22 | havai   295:5 |
| 312:8,19 | 365:6,10,24 | 512:1 | head   358:21 |
| 315:13,15 | 366:7,14 367:5 | half   310:21 | 366:7,15,20,22 |
| 327:14,15 | 368:8,14 370:6 | 326:13,15 | 368:12,12 |
| 328:1,2,5,13,16 | 370:20 372:3 | 348:13 493:6 | 370:6,10,20 |
| 328:17 329:1 | 372:12 373:1,6 | 495:19 504:9 | 371:2,18 434:1 |
| 329:15,17 | 373:15 377:21 | hand   310:10 | 434:6 |
| 330:2,14,21 | 378:2,4 397:16 | 326:18 343:2,4 | heading   426:9 |
| 331:6,10 332:6 | 399:7 400:12 | 353:3,12,19 | 426:10 |
| 332:11,22 | 414:15 419:24 | 354:12 440:6 | health   303:13 |
| 333:4 334:19 | 420:8,11,18,22 | 477:11 | hear   305:1 |
| 335:1,5 340:17 | 421:7,18 422:8 | handed   306:7 | heavily   467:22 |
| 341:12 509:15 | 422:19 423:14 | handing   314:17 | 467:23 468:13 |
| 510:10,12 | 424:18 425:18 | 317:9 451:21 | heck   459:24 |
| 519:10 523:23 | 427:12,22 | 457:7 484:12 | height   352:24 |
| 525:1 526:1 | 429:18 432:7 | hands   385:7 | 358:14,15 |
| group   323:6,15 | 433:4,10,10,12 | 452:13 | 359:3,15,19,20 |
| 337:14 338:15 | 433:23,23 | handwritten | 360:7,15 |
| 339:9 | 434:2 436:9 | 299:14 469:13 | 361:11 366:8 |
| guess   304:9 | 437:13 442:4 | 471:15 484:1 | 368:13,23 |
| 308:5 313:10 | 446:7,13,16,24 | 484:20 | 371:2 372:2,11 |
| 318:7,12 | 447:6 449:6,23 | handy   401:8 | 373:4,14 |
| 322:18 323:4 | 451:15 452:7 | hanging   395:22 | 375:12,22 |
| 323:14 355:12 | 455:24 459:8 | happened | 376:2 378:10 |
| 473:21 487:10 | 460:12 461:23 | 348:15 440:19 | 378:21,23,24 |
| guessing   347:5 | 463:21 465:18 | 497:2 | 379:1,5 380:11 |
| | 468:20 474:13 | happening | 381:5 382:1,17 |
| | 474:14,17 | 472:2 | 392:8,9,12,16 |
| | 475:8 476:2 | | 392:21,22 |

Golkow Technologies,
A Veritext Division
877-370-3377                                                                    www.veritext.com
Case 7:23-cv-00897-RJ      Document 459-21      Filed 08/24/25      Page 265 of 301

393:6,9,11,19
394:13,17,18
414:17
**held** 292:11
301:9
**help** 314:5
480:10
**helps** 478:9
**hennet** 291:14
292:11 296:2
297:8 298:12
298:17 300:12
301:19 302:8
302:18,19
304:15 305:7
315:3 321:21
329:21 344:5
352:21 353:24
364:10 377:8
380:21 383:11
397:7 414:1
477:11 523:7
529:19
**hereof** 529:11
**hesitant** 421:4
**hide** 513:12
**high** 446:10
465:21
**higher** 430:19
432:23 450:10
466:19,23
468:12 505:5
512:13

**highlighted**
455:19
**highly** 511:6
**hired** 312:20
313:10,14
323:24 325:5
363:14,18
364:13,14
**historian**
403:13,18,21
405:3,8,17
409:1 416:11
419:14
**historian's**
405:17
**historical** 299:2
**historically**
416:12 462:10
480:12 496:9
**history** 303:17
**holcomb** 299:7
300:2 356:23
365:17 416:21
416:24 417:16
422:9,21
423:13,15
424:19 431:1
431:11 433:11
433:12,24
434:4,8,9,15
435:3,15 436:3
436:9,12,16
437:14,16
438:20 439:2

441:7 442:14
443:5,19,21
445:20 446:4,7
446:11,17
447:1,7 449:16
449:23 450:7
452:8 458:21
459:3 485:22
**hold** 327:17
345:15 346:22
377:5,5 383:6
383:6 396:20
401:23 408:18
423:9 448:2,2
448:15,15
454:18 479:4
505:16 514:19
514:19 526:18
**holding** 401:22
402:5
**hole** 387:14
404:6,7 407:15
**honor** 335:1
**hook** 407:14
**horan** 294:15
302:5,5
**horizontal**
382:14
**hose** 401:17,21
402:7 404:7
407:9,15
409:13 441:2
**hosed** 441:2

**hour** 430:1,12
476:13 514:23
**hours** 441:3
**hp** 420:9
422:19 426:6
426:13,17,24
427:15,19
428:2,3,12,20
429:1,18,20,22
430:7,7 450:9
458:11 466:6
492:2,22 493:5
494:13
**hudson** 326:8
**huh** 388:22
389:4 405:18
455:8 465:23
479:24
**hydrogeologist**
340:20
**hydrogeology**
336:19 338:12
340:17 341:12
509:2 513:1
**hydrological**
334:15 515:14

**i**

**identification**
304:6 307:10
310:13 314:20
317:12 342:20
342:22,24
353:6,22

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 266 of 301

354:15 384:23
440:9 452:1
457:10 477:15
477:17 484:16
**identified**
319:23 507:17
**identify** 301:22
310:3,6 319:13
320:9 324:24
325:3 329:13
337:13 352:2
**ignore** 513:14
**ii** 291:11
292:11
**illustrate**
390:19
**illustrated**
365:23 383:18
523:23
**illustration**
390:13
**important**
329:18 506:6
521:8
**inch** 369:2,2,14
386:3 392:23
394:9,10
**inches** 358:18
358:20 359:20
360:15 368:19
368:23 369:17
371:14,17
379:5,23
385:11,13,22

386:5,6,20,21
387:22 388:3
388:10,20
389:3,6,10,19
390:22 391:4
393:1 397:24
398:3,15
**incident** 422:22
**incidents**
459:20
**include** 327:1
350:14 450:6
489:18 525:22
526:4
**included**
323:12 327:17
329:17 333:11
431:6 432:15
439:21 451:4
515:13
**includes** 497:10
497:11
**including** 327:3
483:23 505:19
**inconsistent**
369:10 505:22
**incorrect**
399:21 400:15
511:24 517:1
**increments**
311:16
**independent**
397:9 403:21
470:14 472:17

**index** 296:1
**indicate** 491:5
**indicated**
304:11 529:10
**indicates**
467:21 499:6
**indicating**
387:23
**individual**
336:13,23
337:9 338:15
339:9,19 342:1
403:9
**individuals**
337:14,14
341:8
**industry**
321:23 323:15
325:11 326:2
326:12,15
**inform** 490:6
**information**
308:7 314:8
337:19 358:9
363:23 400:3
400:23 401:1
403:12,24
404:5 405:7
407:7,19
408:23,24
455:23 457:21
458:14 468:8
470:17 471:2
472:3,16 473:8

475:17 480:14
480:15,18
481:10,13
482:2,5 483:15
484:8,9 486:2
486:5 487:7
488:19 489:1
491:23 493:18
494:1,6 495:22
496:2 497:12
500:2,7 501:14
502:18 513:13
**ingestion**
336:16
**inhalation**
336:15,21
**injured** 323:7,7
324:10 325:4
**injury** 304:19
305:17,18
**inorganic**
327:3
**inputs** 421:13
**inside** 402:4
407:9 409:14
**instances** 317:1
**instruct** 402:18
**instructing**
391:19,22
**interested**
490:15 530:16
**intern** 295:8
**internal** 304:14

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 267 of 301

**interpret**
438:11
**interpretation**
369:24
**interrupt**
304:23
**invent** 473:24
**investigate**
404:15,21
434:24 435:1
445:18
**investigated**
502:13
**investigating**
503:13
**investigation**
403:21 405:2
416:7 460:14
**invoice** 346:4
347:1 350:1,1
**invoices** 297:19
297:22 298:3
343:8,12,19
344:14,14,20
345:11 347:8
347:11 348:6
348:19 351:3
351:14
**involved**
314:12 330:12
**islands** 323:20
**isotopes** 327:4
**issue** 313:14
332:7 352:24

361:12
**issues** 303:14
320:8 326:6
336:18 459:21

**j**

**j** 291:14 292:11
293:5 296:2
297:8 302:8
375:9 377:13
378:15,19
384:16,18
529:19
**jan** 298:18
299:16
**january** 345:23
346:5,12 347:2
347:8,9 350:10
420:23 421:8
422:12,18
423:16 424:16
427:13 428:10
428:12,16
431:18,19
433:9 438:19
440:18 441:11
441:14 446:22
450:1 465:1
470:10 485:5,6
485:6,6,12
488:8
**jean** 301:19
302:18

**jeff** 341:7
**jim** 297:6
**job** 291:24
**johnson** 293:15
**jones** 341:7
**joseph** 295:8
**joshua** 297:5
304:8
**judges** 303:2
338:14
**july** 492:2,24
**june** 291:16
292:7 301:7
315:1 526:23
**justice** 294:13
302:4 304:2,15
306:2 309:6
313:24 321:24

**k**

**kd** 510:5,19
511:11
**keep** 433:19
**keepers** 323:14
**keller** 294:4
**kellerpostma...**
294:9
**kept** 402:7
**kevin** 297:6
**kind** 323:9,11
323:11 328:17
344:13 360:19
371:16 377:14
378:12 380:8

397:6 407:1
433:19 459:21
462:21 484:24
488:20 497:21
500:2 510:7
**kinds** 336:21
**knew** 416:4,6
474:22,24
475:5,20 476:6
**know** 303:5
305:24 306:5
307:3,14 308:4
308:12,16,17
309:18,19,20
309:22 315:9
316:21 318:7
318:18 319:8
319:10 320:3
321:11 323:10
323:12 324:13
324:18 325:16
326:7 327:19
328:22 330:16
333:13 334:15
337:5,23
340:11,12,24
341:9,16,18
342:9,12 347:5
347:20 348:12
348:18 350:21
351:1,4,8
355:2,5,6
361:14,16
363:3,13,16

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 268 of 301

364:14,16,21
364:22 370:10
379:18 380:17
380:18 384:4
388:16 391:16
395:8,14,16
398:10 400:20
404:1 405:10
405:16,19,21
406:7,16
410:21 414:13
416:11 418:6,7
419:10,11
423:21 425:2
426:8 428:5,11
429:6 430:1
431:22 434:22
435:6,7,18
436:6 437:7
439:24 440:16
442:3,6,8,13,15
442:16 443:2
443:11,14
445:4,7,11,13
447:24 448:24
449:14,19,20
449:22 450:3
454:9,18
459:24 462:20
467:4 469:23
470:7,9,11,13
470:16,20,21
470:23 471:1
471:10,10,16

471:17,24
472:19,20
473:2,3,6,8,13
473:15,18
475:4,17
478:16,19,20
480:18,22
481:5,6,11
482:3,11,24
485:1 486:12
488:19 489:5
490:4 491:1
495:20,24
496:1,9,11
497:8,8,20
499:5 500:11
502:19,20
506:14,20
510:16 511:4
513:20 514:20
520:1
**knowledge**
319:11,17
347:10 361:22
362:2 471:5
472:7 473:19
474:1,6 483:3
**known** 427:14
**knows** 475:18
**konikow**
340:10,10,14

**l**

**l** 294:16
**labeled** 299:15
399:9 400:13
423:11 525:12
**labels** 525:13
**laboratories**
471:15
**laboratory**
483:24
**lack** 333:12
**large** 309:12
334:4
**laura** 293:5
302:1,19
**law** 321:23
324:2,2
**laws** 513:1
**lawyer** 325:3
**lawyers** 324:8
**layer** 515:24
516:3 526:3,3
526:14,15
**layers** 524:24
526:2,10
**laying** 377:14
**lbaughman**
293:10
**leader** 327:18
**leading** 524:15
**leads** 395:12
400:23 407:7
515:7

**leak** 439:10,15
439:23 440:20
**learn** 499:23
**learned** 500:14
**leave** 402:1
**led** 411:17
**lejeune** 291:7
297:11 299:10
301:11 302:21
303:18,21
304:21 305:18
306:3,9,15
307:15 308:3
308:14 309:5,9
309:15 310:5
313:14 314:5
315:19 316:11
316:14,22
317:2 319:8
332:12,23
333:5,16,23
334:10 335:8
335:12,20
336:2 337:7,10
337:16 338:17
339:11 341:23
342:15 343:14
343:20 344:24
345:4 346:11
347:12 350:23
351:19 353:17
354:21 356:17
357:6,12,16
361:19 362:6

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 269 of 301

362:14 363:1
363:18 364:19
368:2 376:18
403:10,22
404:16 406:5
407:8 412:7
414:4 415:22
436:10
**length**  385:20
387:4,14 396:5
**lengths**  383:19
388:11 391:6,6
391:7
**lenny**  340:10
**leonard**  340:9
**level**  368:10
369:4,16
392:23 393:10
394:9,19
398:14
**levels**  446:12
**likely**  366:10
369:9 397:16
**limited**  307:24
334:12
**line**  315:6
387:17 515:6
528:3,5,7,9,11
528:13,15,17
528:19,21,23
**linear**  511:2
**lines**  344:11
428:11

**list**  297:17
308:22 317:14
318:3,3,20
319:1 321:14
329:12,20
330:3,8 335:23
336:3 491:13
508:3
**listed**  306:22
319:5,16 336:2
358:15 359:16
508:20
**lists**  308:22
485:5
**liter**  419:23
420:11,16,24
421:9 424:10
424:24 425:12
428:17 432:3,6
448:21 451:1,7
466:6 521:4
**literally**  334:9
**literature**
328:15 517:14
**litigation**  291:7
301:12 302:21
306:1,9,10
309:9,13,15
310:4 312:20
314:2 317:5
319:20 321:22
322:7,10,16,23
325:10 326:13
332:7 337:8

350:13,15
354:22
**little**  323:1
326:15 415:9
430:19 476:13
495:19
**llc**  292:14
293:14 294:4
**local**  364:2
**located**  448:1
449:1
**location**  425:14
**locations**  422:5
424:8
**logical**  444:4
**logically**
460:24 465:6
**logo**  349:7,8,10
349:14
**long**  330:8
419:22 420:10
420:17 421:13
429:11 433:2
437:21 451:20
467:11,14
**longer**  487:9
488:24
**longest**  490:14
**look**  306:19
307:5,13
345:12,13
348:7 349:21
354:9 357:18
357:20 358:13

359:22 371:10
373:24 379:3,4
382:18 385:8
407:1 416:1,17
420:6 421:4,21
422:15 423:8,8
423:10 426:9
428:9 429:24
445:22,24
454:20,20
455:17 458:19
479:17,18
485:2 487:5
498:22 499:14
508:2
**looked**  331:24
338:1,11
403:24 449:3
460:3 487:20
514:9,9 515:10
**looking**  377:4
383:2,4,24
386:16 404:13
414:8 453:7
455:6 457:24
462:24 463:5
504:21 514:21
516:20 525:2
**looks**  354:9
379:21,22
380:3 414:21
414:22 513:9
525:18

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 270 of 301

| | | | |
|---|---|---|---|
| **losing** 448:2 | **magnitude** | **manhole** | 342:19,21,23 |
| **loss** 360:12 | 508:8,10 | 407:20 408:2 | 343:5 353:4,5 |
| **losses** 357:24 | **mail** 297:4,9,13 | 410:11,24 | 353:13,20,21 |
| 358:4 359:12 | 303:24 304:8 | 411:11,14,15 | 354:13,14 |
| 410:15,16 | 310:18,21 | 411:20 | 371:11 376:12 |
| **lost** 454:9 | 311:2,13 | **manner** 515:19 | 384:22 387:18 |
| **lot** 328:13 | 314:24 315:6 | 521:1 | 394:13 406:11 |
| 334:16 463:24 | **mailing** 313:22 | **manually** | 415:11 440:6,8 |
| 489:2 500:14 | **mails** 315:20 | 496:12,13 | 451:22,24 |
| **low** 432:22 | **maintain** 503:4 | **manuals** | 452:5 457:7,9 |
| 443:9 495:5 | **major** 373:20 | 418:21 | 477:12,14,16 |
| 511:5,11 | 406:24 | **march** 306:8,13 | 483:9 484:13 |
| **lowder** 315:1 | **majority** | 307:15 308:13 | 484:15 |
| **lower** 429:6 | 325:10 326:11 | 346:6 353:13 | **marking** 307:6 |
| 450:17 464:6,8 | **make** 319:24 | 451:10 452:8 | 376:15 |
| 464:16 512:14 | 320:10 344:13 | 530:24 | **marks** 385:5 |
| **luxenberg** | 367:20 368:1 | **margaret** | 386:15 |
| 293:4 | 370:24 383:3 | 293:15 | **maslia** 340:23 |
| | 383:14 392:4 | **marine** 299:9 | 341:5 451:9 |
| **m** | 411:24 413:7 | 363:1,18 | **match** 486:3 |
| **made** 320:13 | 423:23 435:11 | 364:18 402:20 | **matched** 499:1 |
| 334:18 335:10 | 436:2 445:12 | 402:22 | **matches** 479:15 |
| 337:20 358:3 | 445:16,17 | **marines** 401:20 | **material** 474:5 |
| 360:11 367:4 | 446:1 452:11 | 402:15 407:8 | **materials** 509:3 |
| 367:15 368:24 | 459:8 494:9 | 418:16 | 509:15,24 |
| 369:14 372:23 | 498:16 511:23 | **mark** 303:24 | 510:12,15 |
| 385:22 395:22 | 514:11 | 353:14 384:20 | 524:1,12 |
| 396:18 397:1 | **makes** 329:1 | 386:5 389:9 | **matter** 301:11 |
| 397:22 435:1,2 | 334:5 | 390:5 391:13 | 361:24 442:21 |
| 435:21 437:20 | **making** 312:7 | **marked** 304:5 | 499:11 505:14 |
| 451:7 459:13 | 344:14 460:13 | 304:24 307:9 | 529:6 |
| 467:17 515:23 | 467:17 516:23 | 310:10,12 | **matters** 303:18 |
| 521:22 | **management** | 314:17,19 | 309:9 317:5 |
| | 362:6 | 317:9,11 | 322:7 346:11 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 271 of 301

350:15 364:19
506:4
**mcb** 297:11
362:13,14
**mdlg7371943**
291:24
**mean** 313:11
318:9 325:20
329:16 332:24
347:24 355:5
372:7 373:9
375:13 392:4
396:4 403:3
417:13 438:5
442:9 444:4
450:3 474:22
484:2 486:7
497:22 504:15
510:13 513:6
520:17 526:3
**meaning**
320:17 355:2
**means** 375:13
377:11 409:3
438:12 454:8
464:7 465:21
466:18 508:11
**meant** 391:2
515:6 516:12
**measurable**
521:19
**measure**
315:24 368:20
370:16 373:14

378:9 385:17
385:23 392:8
397:8 413:10
414:17
**measured**
366:17,17
367:11 370:11
371:13,14
379:18 380:11
382:13 383:20
385:3,18
386:14 393:18
421:6 466:1,3
466:5 467:20
509:14,14
**measurement**
316:8 367:5,20
368:1 380:7
381:14,16
382:1,19,22
383:4,14,17
384:3,5 387:2
387:8,13,19
395:22 397:7
413:7 447:22
448:20 466:11
466:13
**measurements**
315:14 367:8
367:15 368:4
370:22 377:24
380:8 390:13
390:20 394:8
395:12 411:24

412:1 431:12
**measuring**
378:9,11 379:4
392:8
**median** 510:13
**medications**
303:13
**memory** 308:11
308:19 318:16
363:3 365:19
462:21 487:22
**mention** 406:8
**mentioned**
325:17 371:12
406:14 416:10
497:14
**merit** 292:22
**met** 341:18
**metal** 382:14
**meters** 358:15
358:17
**methodology**
352:4 497:23
498:1,9 519:16
**metro** 417:20
**microgram**
425:12 450:24
451:6 521:4
**micrograms**
419:23 420:11
420:16,24
421:9 424:10
424:24 428:17
432:2,5 448:21

466:5
**middle** 358:14
364:24 422:1,3
479:18
**midway** 449:4
449:5,15,24
**mike** 295:9
**million** 350:1,4
350:10 442:21
463:22
**millions** 463:20
**mind** 323:19
329:22
**mine** 417:21
**minimum**
450:6
**minus** 386:3
388:16 391:6,7
**minute** 345:15
381:9 396:20
436:1 442:24
463:14
**minutes** 344:19
522:11
**mismatches**
489:14
**misrepresent**
364:6,6
**misrepresenti...**
364:8
**missed** 525:7
**mistakes** 320:3
511:23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 272 of 301

| | | | |
|---|---|---|---|
| **mix** 449:22 | **month** 455:24 | **n** | 513:13 |
| **mixed** 448:6 | 456:13 495:15 | | **new** 293:8 |
| **model** 330:21 | 499:9,10 | **n** 301:1 | 311:14 406:22 |
| 331:6,9,9,14,17 | 501:24 502:8 | **name** 301:5 | 461:4,9 500:1 |
| 331:17,20 | 503:12 504:23 | 302:16,18,19 | 500:2 503:21 |
| 332:2,11,15,15 | **monthly** | 447:3,10 | 503:21,22 |
| 332:21,22 | 456:24 463:19 | 476:19 477:1 | 504:8,23 |
| 333:4,15,22 | **months** 461:2 | 501:8,8,9,12 | **nods** 358:21 |
| 339:17 506:5 | 493:5,7,11,14 | **names** 501:12 | 434:1,6 |
| 511:22 512:19 | 494:11,17 | **nature** 491:23 | **non** 309:15 |
| 513:22,23 | 495:15,16,19 | **navy** 364:18 | 310:4 325:20 |
| 514:7 | 495:20 499:7 | **nc** 297:11 | 325:21 |
| **modeling** 327:7 | 503:23 | **near** 356:16 | **nonresponsive** |
| 327:14,16,20 | **morris** 340:23 | 416:21 417:16 | 408:7 410:20 |
| 328:1,3,5,13,16 | 341:3 451:9 | 523:9 | 411:19 483:6 |
| 328:18,21 | **motions** 348:5 | **necessarily** | 486:16 498:8 |
| 329:15,17 | **motley** 292:14 | 460:11 | 503:10 512:18 |
| 334:20 335:2,5 | 293:14 295:5 | **need** 328:24,24 | 513:16 516:9 |
| 341:12 353:9 | **motleyrice.com** | 330:3 343:3 | 522:8 |
| 506:17 507:16 | 293:20 | 355:17 373:20 | **norm** 341:7 |
| **models** 332:6 | **move** 329:1 | 390:18 442:21 | **normal** 373:7 |
| **modern** 500:12 | **movement** | 464:10,12,14 | 402:15 444:15 |
| **modernization** | 328:22 329:2 | 464:15,19,19 | 462:16 463:16 |
| 500:21 501:14 | 329:23 330:14 | 465:6 480:14 | 464:17,18 |
| **modernized** | 331:10 | **needed** 315:9 | 496:6 |
| 499:22 500:1 | **moves** 509:15 | 315:12,17 | **normally** 369:5 |
| 500:14 | **mscalise** | 413:11 504:10 | **north** 291:2 |
| **molecule** | 293:20 | **needs** 315:4,8 | 299:10 301:15 |
| 516:19 518:16 | **mt** 293:18 | **neither** 530:13 | **northwest** |
| 520:5 | **multiple** 332:6 | 530:15 | 301:10 |
| **moment** 343:3 | 362:22 | **never** 324:17 | **notary** 292:22 |
| **monday** 441:14 | **mundt** 299:20 | 341:2,17 | 530:4,21 |
| **money** 350:22 | 477:21 478:11 | 372:18 408:21 | **note** 385:22 |
| 351:18 | | 409:4,6,8,17 | |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 273 of 301

**notes** 353:16
  371:12 393:22
  484:1 501:12
**notice** 292:20
  486:11
**nov** 299:15
**november**
  458:8 460:10
  461:3,24
  462:14 463:14
  479:13 480:6
  494:12
**nrc** 342:2
**number** 297:3
  298:1 299:1
  300:1,11
  304:23 317:18
  325:12,19,19
  351:3,4,12,16
  351:17 362:15
  362:15 381:13
  387:9,19
  394:14 396:8,9
  414:9 421:20
  425:18,22
  428:10,10,17
  428:20 429:8,8
  450:8 452:19
  452:20 461:22
  464:14 467:5
  468:4 479:3,9
  479:14,17
  480:7 493:4
  505:16,17

  521:3,20
**numbers**
  299:15 343:8
  351:11 360:1
  423:18 431:10
  436:18 440:13
  447:22 479:2,7
  504:5 509:22
  513:24
**nw** 292:15
  294:16
**ny** 293:8

**o**

**o** 301:1 304:17
  330:12
**o'leary** 294:14
  296:4 302:3,3
  304:22 305:4
  305:11 306:16
  309:16 311:8
  312:4 317:22
  328:19 330:6
  331:7,15,22
  332:13 333:7
  333:17,24
  334:21 335:3
  336:6 337:1,17
  338:19 339:12
  339:20 342:8
  343:21 344:1,5
  345:5 346:13
  347:14,18
  348:9 349:2

350:16 351:5
351:20 352:5,9
354:5,23 355:4
355:16 356:12
358:6 360:17
362:18 363:19
364:5 370:8
371:5,22
374:20 375:7
375:17 376:20
379:6,24
380:12 381:6
382:3 383:8,15
386:8 389:11
389:21 390:8
390:15 391:15
391:20 393:12
393:20 394:15
394:23 395:23
396:7 397:18
398:21 399:12
399:23 400:16
404:23 405:4
406:1,6 407:11
409:18 411:2
415:1 418:24
430:9 432:9
436:21 438:22
439:5 444:7,19
444:24 449:8
449:18 450:11
452:22 456:8
456:16 458:12
459:10 460:16

461:6,15 462:2
462:6 463:1
465:4,12
466:15 467:8
472:5,14,22
473:10,17,22
474:19 475:11
476:8,12,22
480:24 481:14
481:18 482:8
483:11,19
484:6 485:15
488:11,15
489:16,20
490:7,23 491:8
491:17,20
492:4 493:15
493:22 494:19
496:22 498:2
498:12 499:12
499:15 502:3
502:11 503:15
504:1,12 505:1
507:5 508:16
509:10 510:21
511:18 512:9
515:2,9 516:15
517:9,19,23
518:4,13
519:12,19
520:9,19
521:15 522:10
522:16,21
523:4,6 524:19

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 274 of 301

526:16
**oath** 301:24
303:1 306:15
308:13 529:13
**object** 305:11
306:16 309:16
311:8 312:4
328:19 330:6
331:7,15,22
332:13 333:7
333:17,24
334:21 335:3
336:6 337:1,17
338:19 339:12
339:20 342:8
343:21 344:1
345:5 346:13
347:14 348:9
349:2 350:16
351:5,20 352:5
354:5,23 358:6
360:17 362:18
363:19 364:1
370:8 371:5,22
374:20 375:7
375:17 376:20
379:6,24
380:12 381:6
382:3 383:8,15
386:8 389:11
390:8,15
391:15 393:12
393:20 394:15
394:23 395:23

397:18 398:21
399:12,23
400:16 405:4
406:1 407:11
408:6 409:18
410:20 411:2
411:19 415:1
418:24 430:9
432:9 436:21
438:22 444:7
444:19,24
449:8,18
450:11 452:22
456:8,16
458:12 459:10
460:16 461:6
462:2 465:4
466:15 467:8
472:5,14,22
473:10,17,22
474:19 475:11
476:22 480:24
481:14,18
482:8 483:5,11
483:19 484:6
485:15 486:15
488:11,15
489:20 490:7
490:23 491:8
491:17,20
492:4 493:15
493:22 494:19
496:22 498:2,8
498:12 499:12

499:15 502:3
502:11 503:9
503:15 504:1
504:12 505:1
507:5 508:17
509:10 510:21
511:18 512:9
512:18 515:2,9
516:8,15 517:9
517:19,24
518:4,13
519:12,19
520:9,19
521:15 522:8
**objecting**
391:21
**objection**
356:12 364:1
389:21 404:23
406:6 439:5
461:15 489:16
513:10,16
524:14
**objections**
347:18 462:6
**observation**
402:11,13
413:2,6
**observations**
412:2
**observe** 366:13
**observed** 375:4
402:6 409:24
410:6,12

411:17,22
415:20
**obtaining**
363:23
**obvious** 412:3
**obviously**
342:14 349:5
473:23
**occur** 518:12
**occurred** 446:9
446:13 499:7
500:16
**occurs** 410:10
410:13,23
**october** 345:24
**offer** 338:13
529:12
**offered** 339:7
**offices** 292:12
**oh** 350:6
356:10 363:13
431:16 441:18
448:5,19 463:2
479:19 500:12
525:2
**okay** 302:24
303:4,11,16,23
304:4 305:5,24
306:6,13
307:21 308:11
309:3 310:2,7
311:2,12 312:7
313:10 314:2,7
314:16 315:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 275 of 301

| | | | |
|---|---|---|---|
| 316:2,13,21 | 355:22 356:5 | 394:21 395:4 | 433:21,21 |
| 317:4,8,8 | 356:18 357:5,8 | 395:19 397:2,5 | 434:2,7,14 |
| 318:9 319:12 | 357:14,18,23 | 397:5,12,12 | 436:15 440:1,5 |
| 319:18 320:6 | 358:13,17,24 | 400:11 401:5,6 | 440:17 441:10 |
| 320:14,18 | 359:7,10,15,22 | 401:6,16,19 | 441:23 442:18 |
| 321:13,18 | 360:6 361:9,14 | 403:2,7,15,17 | 443:15 444:12 |
| 322:3,12,14,19 | 361:21 362:3 | 403:20 404:13 | 444:15 445:6 |
| 323:5 325:7,9 | 363:11 364:13 | 405:13 406:20 | 446:1 447:11 |
| 326:11,16,23 | 364:16,23 | 407:6 408:9,14 | 447:18 448:6,7 |
| 327:13 328:4 | 365:9,16,21 | 408:17,20 | 448:9,12,19,20 |
| 328:10,14 | 366:2,13,24 | 409:7,10,16 | 448:24 449:3 |
| 329:9 330:16 | 367:2,4,10,12 | 410:17 411:8 | 449:14,14 |
| 330:24 331:2,4 | 367:20,24 | 411:16,19 | 450:5,15,19 |
| 331:13,19 | 368:6 369:18 | 412:3,14,17,21 | 451:4,13 |
| 332:2,5,10,18 | 370:24 371:10 | 413:3,5,13,17 | 452:14 453:20 |
| 332:21 333:14 | 371:19 372:1 | 414:7,16,19 | 454:11,23,23 |
| 333:21 334:24 | 373:6,13,19,24 | 415:6,16,20 | 454:24 455:9 |
| 335:14 336:12 | 374:10,11 | 416:4,7,14,17 | 455:17,20 |
| 336:22 337:5 | 376:3,9,17 | 417:1,10,12,19 | 456:10,12 |
| 338:13 339:1,4 | 377:2,6,19 | 418:8,14,19 | 457:6,19 458:6 |
| 339:7,16 340:1 | 378:6,8,14,20 | 419:12,16,20 | 458:16,18 |
| 340:4,8,13,16 | 379:3 380:24 | 420:15 421:3 | 459:1,1,17 |
| 340:23 341:2,7 | 381:1,9,11,23 | 421:16,19,20 | 460:6 461:21 |
| 341:15,19,22 | 381:24 382:11 | 421:24 422:7 | 463:9 464:6,10 |
| 342:14,17 | 382:12,18 | 422:15 423:8 | 464:23 465:9 |
| 343:2,10,18 | 383:2,23 384:2 | 423:17 424:2,2 | 465:20 466:10 |
| 344:18 345:2 | 384:3,9 385:6 | 424:5,23 | 468:1,24 469:4 |
| 346:3,18 347:5 | 385:24 386:4 | 425:10,17,21 | 469:15,18 |
| 347:22 348:4 | 386:24 387:3 | 426:2,5,16 | 470:6,11 471:1 |
| 348:17 349:24 | 387:11,12,15 | 427:16 428:9 | 472:19 473:6 |
| 350:6,8,9,12,21 | 387:22 388:3 | 428:15 429:10 | 475:7,22 |
| 351:2,10 352:8 | 389:8 391:8,11 | 430:22 431:5 | 476:19 477:2 |
| 352:21 353:19 | 392:1,10,19 | 431:10,17,21 | 477:11,24 |
| 354:12 355:9 | 393:17 394:12 | 432:3,20 433:6 | 478:5,21 479:8 |

479:9,23
480:22 481:24
482:19 484:12
485:2,11 486:1
486:15 487:23
488:5 492:20
493:3,10 494:8
495:9 496:4,14
499:5 500:4
501:5,13,23
503:9,20 504:7
505:13,13
506:8,11 507:9
507:11,23
508:6,10,15
509:6,20 511:9
511:14 512:4
513:5,17 514:5
515:5 516:8
517:5 520:4,15
521:9 522:10
525:4,18,22
526:12,16
**ones** 318:8,13
453:2 461:9
497:11
**online** 308:21
461:5 503:23
**open** 433:16
447:5 496:17
**opened** 373:10
**opening** 377:10
382:23 516:2

**operate** 456:22
456:23 500:3
**operated** 453:3
460:12 465:2
480:11
**operating**
373:16 394:19
452:20 459:4,8
461:23 486:13
493:5,14
494:14,15
498:19,20
**operation**
453:11 454:3
455:10 494:17
496:6 499:11
502:9 503:13
**operational**
453:8,14,23
454:16 455:3
**operations**
503:5
**opined** 419:21
**opinion** 338:14
339:8 370:2,4
381:4 446:4,21
492:21 497:19
501:23 505:15
505:17 511:10
511:15 517:5
524:12
**opinions** 318:5
318:23 319:4
319:14 338:22

339:5 492:18
**opposed** 322:7
487:2 499:7
508:23
**order** 313:17
**orders** 508:8,10
**ordinary**
444:22 445:3
**organic** 311:24
315:15 327:3
412:11 506:2
508:13 510:4,6
510:19,20
**organization**
326:8
**organizations**
325:16
**original** 480:17
481:10,12
483:13,22
**outcome**
530:17
**outside** 382:23
416:10
**overflow**
443:23,24
444:1,1,2,4
**oversimplified**
515:15
**own** 313:12

**p**

**p** 301:1

**page** 296:2
297:3 298:1
299:1 300:1,11
307:22 310:21
310:22 321:18
344:11 345:17
345:19,21
346:3,21,22
349:9,10,13,22
349:22 355:22
357:8,9,20,21
359:10,24
362:4,9,11
363:4,7,8,10
364:23 365:1
368:17 369:7
372:7 374:6
377:2,20
378:14 382:18
382:19 383:12
383:14 384:21
387:19 399:4
400:11,11
401:11 414:8
415:6,17,18
416:17 417:14
418:2 419:19
420:6 421:21
422:1 423:9,10
423:23 424:3
425:21 426:10
427:7,9 440:11
440:15,23
446:2,3,6

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 277 of 301

448:4,5,9,18
450:21 452:17
452:19 453:8
453:21,22
454:11,14,22
455:17,20
457:19 458:1,2
463:7,9 465:12
465:14 467:1
468:17,22
479:1,16 485:2
485:7 492:17
492:18 494:10
505:17 507:13
508:2,21
511:10 514:15
523:17 524:7
528:3,5,7,9,11
528:13,15,17
528:19,21,23
**pages** 399:4
**paid** 363:12
364:10,12
**papadopulos**
297:18,21
298:2 343:13
**paper** 329:5
330:10
**papers** 329:19
**paragraph**
311:4,12,20
314:24 321:19
326:24 327:10
362:12 420:5

421:5,24 422:3
523:19
**paralegal** 295:5
**parameters**
505:22 514:11
**pardon** 348:24
**park** 449:4,6
449:15,24
**parked** 415:24
416:24
**part** 312:14
313:13 319:19
329:3 330:22
331:3 336:5,23
342:2 343:7
357:6 363:21
384:11 437:9
437:18 438:14
447:11 451:4
454:21 471:20
486:1 505:21
506:8,10
524:12
**partially**
373:10
**particular**
459:19 461:19
494:3
**parties** 323:12
530:14
**partitioning**
412:20
**partly** 442:4,5
442:7

**pass** 446:15,23
447:8 522:9
**past** 322:5,9
482:12
**path** 515:5,6
**paths** 514:24
523:11,21
524:22
**pathways**
515:11,22
516:5 518:8
520:23 522:1
**patient** 330:7
**pce** 311:17
412:7 514:18
514:22 515:8
516:12 517:8
521:24 523:11
523:22 524:13
**peer** 328:15
329:13 335:24
517:14
**pen** 385:1
386:4
**penalty** 529:1,4
**people** 314:11
324:9 327:18
338:15 339:9
339:14 393:7
406:18 469:2
471:12 472:8
475:1,8 482:1
482:24 500:10
501:6,11

**percent** 322:16
322:18 323:3,3
420:17,19
421:14 440:23
458:11 460:4
460:23 463:24
465:11 468:20
494:2,14,16
495:24 496:1,2
**percentage**
322:6,23
487:11
**perfectly**
435:13
**perform** 504:20
**performing**
450:20
**period** 338:4
346:5 348:15
421:8 422:17
424:16,18
427:13 451:20
454:1 455:5
456:1 459:18
459:19,23
460:9,21 462:8
462:10 463:22
465:7 469:5
487:8,9,13
488:24 490:14
496:20 497:8
498:5 499:7
502:19

Golkow Technologies,
877-370-3377                   A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 278 of 301

perjury   529:1,5
permanently
  454:6 455:12
person   336:14
  336:15,23
  337:9 338:4,15
  339:9 501:13
  501:15
personal
  304:19 305:17
  305:18
personally
  332:3 340:24
  409:6
personnel
  315:23 483:1
peter   361:14
phase   312:15
phd   291:14
  292:11 296:2
  302:8 529:19
phone   431:23
photo   356:9,15
  357:2 383:5,13
  387:9,19
  390:10,12
photograph
  298:15 377:9
  380:6,23 381:3
  384:2 389:24
  393:2 395:6,8
  399:11 401:13
photographs
  298:10,13

354:3,20 355:8
383:19 385:18
393:24 394:7
399:16
photos   298:14
  354:17 355:3
  355:15 376:11
  394:4 401:10
  414:8
pick   380:21
picked   380:19
picture   355:24
  356:3,6 357:10
  377:7,17
  379:11,19,22
  380:3,10,23
  382:20 383:3
  394:13 395:1
  395:21 396:6
  396:23 399:7
  400:5 401:12
  414:10,11,17
  414:21 415:7,8
  415:17 416:18
  417:4,4,11,13
  418:3,5,14,15
  502:24
pictures   357:14
  365:24 375:4
  376:23 380:16
  381:12 396:24
  401:9 402:24
  414:3

piece   351:24
pink   454:21
pipe   316:3,9
  366:9,18,19
  368:23 369:1,2
  369:5,8,15
  370:11,12,13
  370:15 371:2
  371:16 373:5
  375:3,5,9
  377:13,13,16
  377:21,23
  378:13,16,19
  378:22 379:14
  381:16,18
  382:15 384:11
  384:15 385:21
  389:1 391:10
  391:12,14
  392:18,23,24
  394:9,10,19
  397:15,23,24
  398:3,15 399:9
  400:12 401:24
  415:12,14,16
  416:2,9,16
  417:7 418:10
  419:9
piping   433:22
  437:2
place   530:10
places   432:22
  432:23

plaintiff   323:6
  323:18
plaintiffs   293:3
  293:13 294:3
  302:2,21
  304:11 323:6
  325:13,19,20
  325:21,21,23
  326:1,10 340:7
  347:12
plan   319:3
plant   316:9
  356:21,24
  358:1 359:13
  365:3,6,10,18
  366:1,6,15
  368:2 370:7
  373:11,15
  377:22 378:2,5
  397:17 398:17
  399:8 414:13
  416:22 417:17
  420:1,12,23
  421:7,18 422:9
  422:20 423:15
  424:18 425:19
  427:13,23
  431:2,12 432:7
  434:10,13
  435:4 437:13
  439:3 441:7,17
  441:20 442:5
  442:12 444:10
  444:16 445:9

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 279 of 301

446:5,14,16,18
449:7,17 450:8
451:16 456:1
464:8 471:13
471:18 472:8
473:12 474:15
474:18 476:3
478:11 481:3
482:2 485:22
492:23 496:5
500:11 501:7
501:16 503:12
504:11
**plant's** 502:9
**plants** 299:8
371:4 436:10
444:6 454:5
455:11
**pleasant**
293:18
**please** 301:22
302:16 303:5
344:9 364:23
385:6 491:10
502:5 517:23
**plume** 525:19
525:23 526:5
**plumes** 526:11
**plus** 326:14
328:11 371:18
386:3
**pm** 441:16
477:5,8 522:24
523:3 526:24

527:2
**point** 299:7,19
300:2 309:12
313:8,9 357:24
358:5 359:3
365:6,10,24
366:7,14 367:5
367:24 368:8
368:14 370:7
370:20 372:3
372:12 373:1,6
373:15 377:22
378:2,4 397:16
399:8 400:13
413:15 414:15
419:24 420:8
420:11,18,23
421:7,18 422:8
422:19 423:14
424:18 425:18
426:22 427:12
427:16,22
429:18 432:7
433:4,10,10,12
433:23 434:3
436:9 437:13
442:4 446:7,14
446:16,24
447:7 449:6,23
451:15 452:8
455:24 459:8
460:12 461:23
463:21 465:18
468:20 473:13

474:14,14,17
475:8 476:2
479:12 480:5
492:18,23
496:7 502:1,8
503:12 504:10
508:23 509:1,8
509:19,23
512:1 513:15
516:4
**pointing** 396:8
479:18
**pommerenk**
361:15,18,23
**port** 407:16
409:22,23
**portal** 318:7,10
**portion** 326:19
385:16 522:8
**position** 355:14
**possible** 373:14
409:12,15
414:16 458:24
**possibly** 501:20
**post** 341:8
**postman** 294:4
**potential**
323:18 338:2
487:18
**practice** 445:8
**prediction**
526:5
**prepare** 471:3
472:4 496:15

**prepared** 360:6
362:5 469:8,9
469:20,24
470:6,12,21,22
470:24 471:3,8
471:17 472:1,2
472:20,21
473:2,4,7,9
476:21
**presence**
366:16
**present** 295:3
307:24 350:24
437:21 502:21
512:23
**presentation**
334:18 335:10
335:11
**presented**
514:12
**presently** 323:2
**pressure**
401:24
**pretty** 411:18
465:24
**prevent** 434:19
435:16 436:3
436:11,16
443:20 444:16
445:9
**preventing**
445:19
**prevention**
435:4

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ        Document 459-21        Filed 08/24/25        Page 280 of 301

**previous**
370:15 500:23
**prior** 308:23
321:14 346:10
350:14 357:15
371:11 414:3
415:22 461:2
482:6 502:10
503:23 505:8
**probably** 317:2
324:14 423:20
431:23 469:16
487:3,4 500:18
501:17
**problem**
471:10 502:13
502:14
**problems** 497:2
499:24
**produce** 347:20
348:1,6 464:21
464:22 503:2
503:17 504:16
**produced**
307:1,7 343:12
347:12 355:5
381:2 471:21
**producing**
503:7
**professional**
321:10 341:20
346:4
**project** 373:21

**protocol**
402:15 405:10
**provide** 308:7
318:20 348:21
433:11 446:24
447:7 464:20
478:8
**provided**
317:15 318:23
319:18 380:22
380:23 428:6
432:14 438:17
438:19 446:14
478:13 524:2
**provides**
307:23 308:22
379:12 524:23
**providing**
321:22 338:22
424:19 437:4
453:17
**public** 292:22
335:11 530:4
530:21
**publication**
329:12
**publications**
329:14
**published**
328:14 329:19
335:7,19,24
336:2 342:2
510:18

**pump** 464:2
**pumped** 420:9
420:19 427:1
427:15,19
428:2,4,14
429:17,20,22
430:7 461:13
465:18 468:20
**pumping**
429:18 437:14
451:8,15,20
452:17,20
458:11 465:10
466:6,14 467:3
467:7 468:7,9
479:12 480:5
497:17
**purpose** 312:24
313:1 314:13
316:23 362:11
427:24 433:1
**purposefully**
347:24
**purposes** 317:5
**pursuant**
292:20
**pushing** 433:20
**put** 326:9
368:18,19
377:16 397:10
398:9 401:21
402:4 405:8
407:9 408:19
444:2 464:21

469:13 473:12
483:2 492:2
**putting** 409:13

**q**

**quality** 495:6
**question** 303:5
303:7 304:3
307:24 319:9
324:12 325:1
329:22 330:17
330:18 343:17
344:6,8 354:19
382:7 383:7
392:20 408:8
430:3,4 432:4
436:14 449:11
463:11 469:19
479:3,9 491:11
508:6,18
511:14 525:6,7
**questioning**
327:22
**questions**
299:20 309:23
320:19 340:6
352:22 355:18
401:7,10 414:2
423:22 430:23
447:21 448:13
468:16 477:20
478:10,23
523:8,10
526:17

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 281 of 301

**quick** 304:3
**quite** 410:14
   501:17

**r**

**r** 301:1 304:17
   330:12,12
**radionuclides**
   327:4
**raise** 450:17
**range** 346:19
   347:8 485:11
   510:2,10
   515:20,21
**rate** 398:1
   490:22
**raw** 454:4
   455:10
**reach** 468:19
   514:18,23
**reached** 361:22
   421:20 517:5,6
**reaction** 329:23
**read** 323:23
   343:3 344:10
   363:22 457:3
   480:20 489:8
   524:4 529:5,7
**reading** 365:8
   453:1 454:21
   456:18
**readings** 300:5
**really** 327:18
   506:3 511:5

**realtime** 292:21
**reason** 303:11
   312:14 351:13
   351:16 352:2,7
   399:10,20
   401:19 402:3
   406:24 408:3
   472:9 474:24
   497:5
**reasonable**
   372:14 398:24
   465:19 512:2
   513:3 514:11
   517:6 522:4,6
**reasons** 496:17
**rebuttal** 407:24
**recall** 305:13
   305:15 306:19
   308:10 313:5
   315:16 316:20
   316:24 317:3
   318:15 324:6,7
   329:7 335:21
   338:6 339:23
   340:5 359:5
   369:17 372:4
   376:24 404:9
   414:12 427:6
   430:1 433:16
   439:10 447:3
   449:2 458:23
   474:20 475:16
   476:5 478:18
   478:19 486:4,5

486:7,10,21
   491:3 500:9
   501:22 504:4
   523:13
**recalled** 302:9
**recarbonation**
   365:3,5,9,13,16
   366:6,16 368:9
   370:5 371:20
   372:17,20,21
   372:24
**receive** 432:22
**received**
   334:24 478:24
**recent** 501:17
**recently** 315:21
**recess** 352:17
   413:21 477:6
   523:1
**recharges**
   329:24
**recognize**
   518:20
**recollect**
   315:11 316:12
   419:3,14
   449:12 450:2,3
   450:4 478:16
   482:11,12
   487:20 501:4
**recollection**
   305:9 310:3
   312:10,22
   476:6 492:7,13

**recommendat...**
   312:8
**recommended**
   314:9 511:4
**recommending**
   311:3
**reconstructed**
   455:23
**reconstruction**
   299:3
**record** 301:4
   302:17 344:10
   352:16,19
   357:4 364:6
   387:7 413:18
   413:20,23
   452:6 457:14
   470:1,2 474:9
   477:5,8 522:24
   523:3 526:24
**recorded**
   291:13 292:10
**records** 489:3
**red** 401:17
   409:13
**refer** 353:15
   362:10,21
   369:12 375:22
   422:1
**reference**
   425:17 479:14
   505:22
**referenced**
   300:9 452:16

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 282 of 301

452:16
**referred** 368:17
**referring**
318:11,12
363:8 366:6
387:8 403:17
422:7,18 441:6
446:10 454:15
**refers** 366:20
366:22 456:5
**refill** 441:23
443:13
**refilled** 441:15
441:19 442:10
442:14 443:12
**refinery** 323:22
323:22
**refresh** 365:19
425:3
**refusing** 394:12
**regarding**
306:15 307:15
308:3,14 312:8
328:15 334:19
335:20 336:2
341:23 343:12
343:19 358:4
360:7,11 361:6
361:11,23
376:5 403:9
410:9 476:20
516:11
**registered**
292:22 530:4

**reich** 295:10,10
**relate** 336:18
524:21
**related** 303:18
303:20 305:18
306:2 309:4,8
309:9,13,15
310:4 315:24
322:10,24
326:13 332:11
334:9 335:8,12
343:14,19
344:23 345:3
346:11 347:11
350:23 351:19
361:18 364:18
364:19 411:24
523:15
**relates** 291:9
**relationship**
510:8 511:1,3
**relative** 530:13
530:15
**release** 422:22
**releases** 327:5
**relevant** 314:9
314:10 382:16
**reliable** 378:12
519:10
**reliance** 297:17
317:14 318:3
318:24 335:23
336:3

**relied** 371:15
404:11 405:6
486:23 488:23
490:13 524:17
**rely** 319:4
327:19 487:1
500:6
**relying** 318:4
318:22 319:14
336:9 405:14
405:16,19,21
405:24
**remediate**
314:5
**remediation**
314:6,12
**remember**
308:15 315:10
315:18 318:16
356:19 357:2
372:20 439:16
439:18 447:10
487:22 488:22
516:2
**remind** 317:19
**removal** 298:6
363:6
**remy** 291:14
292:11 296:2
297:8 301:18
302:8,18
304:14 315:3,7
529:19

**rendered** 346:5
347:2
**repeat** 344:9
365:7 479:4
491:11 502:4
525:6
**rephrase**
507:12
**report** 297:7
307:7,13 308:6
315:22 317:18
317:20 318:14
318:21 319:19
320:1,10,22
321:2,15
332:19 337:21
338:10,23
339:2,5,8
342:2,3,6
345:22 353:9
357:18,20
358:11,12
359:8,11,23,24
361:6,7 362:1
362:5,9,21,22
363:17 364:11
364:24 368:16
372:7 374:2,3
374:6,13,14
394:17 397:15
397:21 398:6,7
398:9,11,19
399:3,5,22
403:13,18

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 283 of 301

404:10 405:17
406:8,9,17
407:22,24,24
408:19,20,24
409:1,4 410:2
410:16 411:5,8
411:13 415:10
415:11 416:11
418:20,20
419:7,14,17
421:22 423:10
424:3 425:5
427:10 435:2
446:4 448:4,10
450:19 451:9
452:3 455:18
456:6 457:17
457:19,20,24
459:15 468:16
468:17 480:2
482:7,15 483:9
486:18,23
487:24 489:7
489:11,15,19
489:24 492:10
504:22 508:3
508:21 512:23
514:12,16
517:11 518:21
523:15,16
524:7 526:6
**reported**
291:23

**reporter**
292:21,22
301:20,24
344:10 530:1,4
**reports** 308:16
483:24
**represent**
302:20 426:19
429:16 502:7
510:14 523:22
**representative**
429:9 432:6,21
460:11 497:1
498:16 506:21
514:24 515:6
515:11 516:6
518:7 523:21
524:21
**represented**
493:13,20
**representing**
293:3,13 294:3
294:12 304:11
324:3,9 325:3
**represents**
501:24
**reproduced**
374:3 516:24
**reproduction**
469:10
**reputable**
340:19,21
**reputation**
340:17 341:11

341:20
**request** 312:18
315:19 316:8
**requested**
316:10 348:19
**requests** 316:6
**require** 318:20
333:10
**resembles**
490:12
**reservoir**
433:19 434:12
434:13,16,21
435:5,17 436:5
436:13,18
437:16 438:3,4
438:7,9,12,15
438:21 439:18
439:20,22
441:1,6,15,19
441:24 442:2
443:2,5,11,19
443:22,22
444:2,3,18
445:11,21
450:8
**reservoirs**
426:20 428:6
431:3 432:16
437:3
**respectfully**
408:6
**responsibilities**
327:6

**rest** 325:21
428:6 450:17
**restate** 494:9
**result** 304:20
348:5 468:19
**results** 513:3
526:11
**retained**
304:15 305:9
305:14,19
306:1 309:24
312:16 321:21
323:5 324:8,13
324:17 362:13
363:1
**retardation**
506:9 511:16
512:7,13,15,20
513:24
**reverse** 360:20
**review** 336:4
418:21
**reviewed** 318:4
318:22 328:15
329:13 335:18
335:22,24
337:19 478:15
482:6 484:21
517:14
**reviewing**
404:19
**reviews** 307:19
330:9 343:24
344:4 354:8

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 284 of 301

| | | | |
|---|---|---|---|
| 355:20 372:8 | 377:22 378:1,3 | 433:14,24 | 517:16 519:2,7 |
| 381:10 384:1 | 378:6,10,23 | 437:17 438:9 | 519:11 520:7 |
| 425:8 453:12 | 382:24 384:5 | 438:21 439:3,7 | 523:19 |
| 478:7 484:23 | 385:2 387:2,12 | 439:12,14 | **rim** 370:12 |
| 492:16 | 387:20 388:6,7 | 440:21,22 | 378:22 385:15 |
| **rice** 292:14 | 388:8,9,11,12 | 443:3,9 444:4 | 385:19,21 |
| 293:14 295:5 | 388:13,14,21 | 447:12,18,20 | 388:5,21 |
| **right** 310:6 | 389:2,17 390:1 | 448:10 450:22 | 391:10,13 |
| 313:11,21 | 390:4,14,22 | 451:16 452:15 | 392:17 393:10 |
| 316:17 317:6 | 392:2,9 394:5 | 453:15,20 | 393:14 394:18 |
| 317:23 318:2 | 396:5,10 397:5 | 454:2 455:7,15 | **river** 323:14 |
| 318:19 320:17 | 399:19 400:7,9 | 456:7 459:15 | 326:8 |
| 321:3 322:3,11 | 401:21 402:9 | 460:14,22,24 | **rmr** 291:23 |
| 322:20 324:1,5 | 406:9 407:2,4 | 463:20 464:8 | 530:21 |
| 324:21,22 | 408:12,13 | 464:11,16 | **robert** 314:24 |
| 325:6,22 326:2 | 409:2,14 410:8 | 465:18,21 | **roberts** 297:6 |
| 326:13,18 | 410:11 411:11 | 466:2,14,21 | **role** 323:17 |
| 327:12 328:6 | 412:8,9,15 | 467:7,17 468:6 | **rope** 382:14,22 |
| 332:8 338:8 | 413:17 414:1 | 468:10 469:12 | 383:20 384:3,5 |
| 346:12 349:7 | 415:13,14 | 470:19 472:21 | 384:7 385:3,4 |
| 349:10,14,16 | 416:19 417:3 | 474:15 478:21 | 385:5,20 387:4 |
| 350:10 352:13 | 418:2,4,11,19 | 478:23 481:24 | 388:11 395:15 |
| 352:21 356:7 | 420:1,18 421:1 | 482:3,7 485:23 | 395:16,17,18 |
| 356:16 357:1 | 421:14 422:2 | 490:2,22 491:7 | 395:21 396:4 |
| 358:11,15,18 | 422:13,15,18 | 492:3 493:8,14 | 396:13,13,22 |
| 361:2,4 362:13 | 423:6,24 | 494:5 495:3,4 | 397:3,3,8 |
| 365:22 366:24 | 424:21 425:7 | 495:7 496:10 | **roughly** 322:9 |
| 369:10,11 | 425:13,19 | 497:22 498:20 | **rule** 501:10 |
| 370:21 371:21 | 426:3,10,21 | 503:14,24 | **rules** 318:20 |
| 372:3,12,16,22 | 427:1,19 | 504:18 505:11 | 364:2,3 |
| 373:7 374:2,8 | 428:11,13,17 | 505:19 506:9 | **run** 332:2 |
| 374:16 375:1 | 429:7,22 430:8 | 506:13 508:7 | 512:19 |
| 375:11,16,21 | 431:2,13,19,24 | 509:9 510:20 | **running** 370:21 |
| 376:5,19 | 432:12 433:6 | 514:8 515:1 | 370:23 371:3 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 285 of 301

426:24 432:8
432:12 450:10

**s**

**s** 301:1 304:17
330:12 448:16
448:17
**s.s.** 297:18,21
298:2 343:13
**sabatini** 341:15
408:19 410:2
**sabitini's**
407:23
**sample** 425:22
426:5,16
429:16 430:5,6
438:1,8 440:3
443:2 448:13
449:24
**sampled**
439:21
**samples** 311:15
311:22 312:9,9
312:19,19
422:2,4 423:2
424:7 425:15
431:5,17 443:4
450:6 508:22
508:24
**satisfy** 451:19
453:3 456:19
456:20 457:1
**save** 529:8

**saw** 355:18
416:15 418:13
418:15 478:20
482:11
**saying** 308:12
309:1,2 334:11
343:7 355:3
369:18 384:9
386:19 390:7
433:21 462:14
465:3 467:22
490:3 513:6
519:23
**says** 315:1,6
321:20 327:2
362:4,12
363:11 365:1
365:22 366:4
369:8,22
397:21 407:24
424:5,22 425:7
426:11 427:10
430:17 438:1
440:24 441:13
441:17,19
448:17 453:19
453:22 454:16
455:2,21
465:22 480:1
481:9 485:3
492:9,21
523:20
**sc** 293:18

**scale** 377:16
378:12 397:7
397:11 417:20
**scaling** 417:23
418:1
**scalise** 293:15
**scatter** 500:13
501:1
**schedule** 505:6
**schematic**
375:2
**schematics**
416:12
**school** 330:24
**scientific** 394:2
517:7
**sclesky** 295:8
**scott** 314:24
315:2
**second** 311:4
315:6 329:20
365:4 523:20
526:19
**see** 310:24
311:4,7,10,18
311:19 312:2,3
322:1 326:21
326:22 327:8
335:24 342:18
345:12 346:1,2
346:7,8 347:3
350:3,4,8
352:6 357:19
360:3 362:7,8

365:21 366:11
366:12 368:18
368:22 371:7,8
376:14,16
377:13 378:8
378:15 385:6
386:6 388:9
390:10 393:7
395:16,18
396:21 398:14
400:1,20 402:2
408:3 412:9,10
412:14,16
414:20 415:21
416:8 420:13
421:10 422:2
422:23 423:12
424:11,13
425:24 430:15
431:8 440:17
441:4,21,22
443:7,8 446:19
446:20 448:14
448:22,23
451:2,3,11,12
452:12 454:20
455:19 456:3,4
462:22 463:21
479:17,19
485:3,4,9,10
486:3,8 490:21
492:15 498:1
498:22 499:1
499:14 504:22

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 286 of 301

507:12 508:5
512:5,20 514:1
525:13
**seeing** 318:17
384:10
**seem** 421:4
**seems** 374:14
380:15,18
**seen** 335:21
355:6 371:1
406:17 407:13
407:16,18
408:15,21
409:4,6,8
410:13 440:14
440:16 444:13
478:5 481:20
481:22 486:22
486:23 488:22
490:13
**select** 515:5
**sense** 370:1
436:2 445:12
445:16,17
460:23 503:16
510:15 511:3
**sensitivity**
333:3,14,19
511:15 512:5
512:11
**sent** 304:1,10
478:10,23
479:22

**sentence**
320:17 321:19
363:21 364:24
365:21 366:4
420:6 421:4
422:15 424:5
424:14 427:9
446:6 451:5
454:14 455:18
466:3 492:20
523:20
**sentences**
454:15
**september**
312:9
**series** 313:6
315:13 343:6,7
381:11
**service** 299:6
454:6 455:13
458:21 492:2
**services** 321:23
346:4 347:1
**serving** 459:3
**set** 318:6,10
331:17 443:1
454:13 516:23
530:10
**setting** 497:7,7
**settled** 324:18
**setup** 437:2
**seven** 461:2,4
503:21,23
504:8,23

**several** 324:13
382:21 441:3
500:8 523:10
**sewer** 326:7
**shape** 378:15
**shaped** 375:9
377:13 378:19
**sheet** 528:1
529:11
**sheets** 319:19
319:23 471:15
480:16,17
481:9,10,12,21
483:24
**shop** 348:20
**short** 352:10
476:14 487:7
**shorter** 325:24
487:13
**show** 374:14,17
381:3 383:23
385:2,13
386:24 387:1
389:8,10 419:3
420:2 461:18
475:15 492:11
492:14 525:24
**showed** 390:12
**showing** 374:15
384:7 385:11
388:3 452:19
479:11 480:4
501:1 525:23
526:5

**shown** 315:20
435:23 454:1
455:5 524:11
524:20 525:9
525:11,19
**shows** 391:6
403:13 425:14
453:8,10 454:3
455:9,15
463:19 469:2
526:8,13
**shut** 422:21
426:6,13,17
428:4 435:12
439:3,6,9,13
449:17 459:20
460:21 485:23
496:16 502:15
**shutdown**
423:14
**sic** 306:9,14
**side** 323:18
326:18
**sierra** 323:13
323:14
**signature** 527:1
530:20
**signed** 409:3
529:15
**signing** 482:6
**similar** 410:14
411:6,18
418:15 480:9
485:13

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 287 of 301

**simple** 331:8,8 437:20 515:18 516:23,23 522:3
**simplest** 512:24
**simplification** 515:12
**simplified** 334:16
**single** 440:15 462:17
**sit** 319:12 325:2 337:13
**site** 297:14 314:5 317:1 334:14 353:17 354:4 376:18 394:6 505:19 505:23,24 506:15,21 507:3,7,14,18 508:3 513:14 523:24
**sitting** 416:18 417:16
**situation** 434:23 515:12
**six** 461:4
**size** 369:15
**slch** 447:21 448:13,17,19
**slightly** 430:17
**slow** 517:24

**slower** 512:14 518:24
**small** 338:4
**smell** 412:11,12 412:18
**smelling** 412:24
**socially** 340:12
**soderberg** 330:11,11
**soil** 311:22 312:9,19
**somebody** 469:21 470:16 473:11 481:2 496:16
**sorry** 304:22 313:20 345:10 345:16 350:2,8 363:7 365:8 377:19 387:10 411:3 441:18 448:5,8 468:24 475:13 476:12 506:23 508:16 517:23 520:11 521:17
**sound** 493:8
**sounds** 327:12 431:24 484:24
**source** 399:15 471:1 472:3 486:5 491:6,14

**sources** 312:23
**southern** 291:3
**span** 308:18
**speak** 339:6 501:5
**speaking** 364:1
**speaks** 351:23
**specific** 313:4 318:15 319:8 334:14 337:12 355:17 367:18 491:22 505:19 505:23,24 506:15 507:3,7 507:14,18 508:3 513:14 523:24
**specifically** 324:20,21 327:20 334:2 351:7 440:15 445:3,13 476:3 489:22
**speculating** 472:12
**speculative** 369:22
**spelling** 320:3 320:8
**spent** 344:18
**spiliotopoulos** 356:4 357:10 514:3

**spiliotopoulo...** 342:6
**spiractor** 316:1 316:9 352:23 359:2 360:8,12 367:5,6,16,18 367:21 368:1,5 368:10,14 370:20,23 371:3 373:6,16 374:18 375:3,5 376:4 377:12 377:21,21 382:24 384:12 384:16 398:16 399:8 400:12 414:12 416:18 417:15
**spiractors** 361:11 370:6 372:15 377:11 397:17 398:2
**spoke** 315:3 476:20
**spoken** 361:5 361:10,17
**spot** 345:10
**spreadsheet** 469:14
**sspa** 298:14 343:8 344:16 344:21 345:23 348:7,20 349:7 349:8 350:22

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 288 of 301

351:18 354:17
361:22 414:8
**sspa's** 343:13
343:19 347:11
349:10
**st** 323:20 324:1
324:4
**stable** 327:4
**staff** 469:16
**stamp** 343:7
360:1
**stamped**
298:10,15
310:17 314:22
345:17 440:12
457:14 479:2
484:18
**standard** 445:7
**standing**
356:11
**start** 303:17
347:8 373:11
404:17 448:6
511:5 515:16
**started** 303:20
306:6 453:17
**starting** 496:12
**starts** 440:17
452:9 477:20
510:8 511:2
**state** 302:16
489:6
**stated** 399:21
437:22 510:24

**statement**
369:21,22
397:15 424:11
424:13 517:1
**states** 291:1
294:12 301:12
301:13 302:6
304:13,17
**station** 401:13
446:15,23
447:8
**status** 479:12
480:5
**stenographic...**
530:9
**step** 388:1
390:18 522:4
**steps** 382:21
**stop** 321:11
496:11 503:3
509:4
**stopped** 430:13
453:18
**stops** 384:16,18
**straight** 378:22
395:16,20
**strainer** 404:8
407:16 410:19
411:13 415:13
415:14,17
416:2,9 417:8
418:11 419:10
**street** 292:15
294:16 301:10

**strike** 404:17
**structures**
444:1
**studies** 335:19
336:1,5
**study** 363:12
363:15 453:24
455:4
**subject** 310:22
361:24 419:18
505:14
**subjective**
369:24
**substance**
325:4
**substances**
323:8
**substantial**
516:21 520:1
520:16 521:1,3
521:5,10,12
**substantially**
337:15 338:16
339:10 450:10
**substantive**
320:6,7,9,12
**subsurface**
328:23
**subtract**
385:19 389:5
390:3
**sudden** 406:17
**sufficient**
446:12

**suing** 326:3
**suite** 292:16
294:6
**sum** 326:14
**summarized**
424:20 523:24
**summary**
299:11 452:6,7
505:21
**sunday** 298:18
440:18 441:11
**supplement**
446:17
**supplemental**
297:16 317:14
318:2,24
335:23 446:14
**supplied** 338:4
419:24 420:12
422:20 427:21
433:3 454:4
455:10,24
456:13 492:22
**supply** 305:23
312:12 313:2
338:3 424:20
426:13 427:14
453:24 455:4
458:8 466:6
492:22 503:18
504:9 511:13
**supplying**
422:9 456:15

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 289 of 301

**support** 298:5
358:9 363:5,11
524:18
**supporting**
524:1,12
**suppose** 303:10
314:9 318:8
347:23 348:20
351:8,22 496:2
**sure** 327:21
357:3 420:4
423:23 440:16
446:2 452:11
485:1 487:14
487:19 492:12
494:8,9
**surprise** 461:21
488:5 504:7
**surprised**
488:18
**surrogate**
493:13
**switzerland**
328:6 331:5
**sworn** 302:10
530:6
**system** 422:21
427:21 428:7
429:24 430:14
431:4 432:15
432:18,22
433:13,17,18
433:23 434:3,4
434:8,15,20

435:5,15,16
436:4,13,17
437:9,10,15,19
437:19 439:8
443:21 444:17
445:10,20
447:1,12
460:13 462:17
463:21 465:10
471:6 495:6
499:24 500:13
501:1 502:1
**systems** 326:7
422:6 423:3,14
424:9 432:13
447:13,17

**t**

**table** 311:15
**take** 307:13
402:24 413:14
413:16 432:3
442:22 475:15
476:14 477:3
483:21 493:9
501:12 510:13
521:23 522:11
**taken** 306:8
352:17 354:3
354:20 356:15
357:2 365:24
375:4 376:12
377:9,17
379:20 382:23

394:5 413:21
417:13 425:15
426:5,17
431:18,18
440:3 443:3
449:24 454:6
455:12 477:6
480:16 481:8
523:1 529:6
530:9
**takes** 428:5,7,7
430:14
**talk** 316:4
320:6 352:23
353:1 367:13
375:12 386:13
421:19 436:8
442:23 446:4,6
450:19 496:4
501:11 506:13
507:24 514:13
514:14
**talked** 316:8
371:21 372:6
430:24 500:21
**talking** 308:18
309:21 324:15
327:9,23
331:13,14,20
366:2,19
375:23 378:20
386:6 412:5
415:9 466:2
467:11 500:10

507:2,3,11,14
509:2 519:22
520:5 522:14
**talks** 474:8
**tank** 401:21,22
409:14 447:21
447:24 448:13
448:15,15,16
448:19,24
**tape** 378:9,11
379:4,13
381:17 382:23
383:21
**tarawa** 359:12
359:19 365:14
371:20 372:2,4
372:10,18,21
373:1 506:5
508:22 509:9
509:18,21,22
511:22 514:1
514:15,23
516:11
**tce** 311:17
412:7 419:22
420:10,22
421:7,18 423:4
424:9 425:12
426:2 427:18
428:1 429:17
431:10,12
432:6 433:3
450:9 451:7
466:5

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 290 of 301

| | | | |
|---|---|---|---|
| **teams** 315:8 | **testified** 302:10 | **things** 312:15 | **thousand** |
| **technical** | 306:14 307:14 | 324:18,19 | 508:11 |
| 418:21 | 308:2,13 | 336:21 353:1 | **three** 316:15,18 |
| **tegwyn** 297:10 | 316:14 355:7 | 395:9 406:13 | 360:1 406:13 |
| **tell** 322:5,17 | **testify** 303:12 | 429:11 444:23 | 431:18 479:2,7 |
| 349:12 354:2 | **testifying** 303:1 | 462:21 467:16 | 502:10 514:24 |
| 382:19 384:4 | **testimonies** | 472:2 476:16 | 518:7 521:24 |
| 384:18 400:4 | 308:8 | 488:20,21 | **till** 457:22 |
| 414:7 476:19 | **testimony** | 489:3 490:12 | **tim** 295:11 |
| 476:24 487:16 | 306:21 308:23 | 500:8,11 522:3 | **time** 291:17 |
| 510:3 | 321:7,14 334:8 | 522:17 523:15 | 292:8 298:10 |
| **telling** 384:6 | 346:9 373:13 | **think** 313:5,13 | 298:15 301:8 |
| 393:22 | 463:17,18 | 313:15 323:19 | 312:11 315:10 |
| **tells** 490:21 | 530:9 | 324:2 337:5 | 317:4 322:6,13 |
| 496:16 513:8 | **testing** 315:19 | 348:14 355:16 | 322:23 338:5 |
| 515:18 | 316:10 | 356:23 362:10 | 347:17 348:15 |
| **tends** 435:12 | **text** 369:7,21 | 368:19 376:23 | 352:10,15,18 |
| **term** 429:11 | 453:22 454:13 | 381:20 404:10 | 366:14 367:6 |
| 437:21 467:11 | **textbooks** | 407:4 414:14 | 368:1 370:21 |
| 467:14 | 517:14 519:9 | 415:4 416:23 | 403:16 405:11 |
| **terms** 346:19 | **thank** 301:17 | 422:14 425:3,9 | 413:19,22 |
| 440:19 488:9 | 305:4 309:3 | 430:24 447:4,9 | 419:8,22 420:9 |
| 495:13 496:6 | 310:16 317:24 | 462:23 463:13 | 420:10,17,19 |
| 502:1 | 343:15 353:11 | 464:4,4 470:1 | 421:13 422:8 |
| **terrace** 359:12 | 455:1 457:11 | 474:21 482:18 | 422:13,17 |
| 359:19 365:14 | 477:9 478:1 | 489:23 490:3 | 423:1 430:14 |
| 371:20 372:2,5 | 484:14 513:19 | 498:15 521:7 | 432:12 433:2,8 |
| 372:11,18,21 | 522:11 523:4 | 525:7 | 438:19 446:22 |
| 373:1 506:5 | 526:17 | **third** 325:20 | 451:15,20 |
| 508:22 509:9 | **thing** 374:12 | 438:2 448:18 | 452:21 456:15 |
| 509:18,21,22 | 390:19 400:17 | **thompson** | 459:18,19 |
| 511:22 514:1 | 444:4 496:9 | 295:11 | 460:4,10,21 |
| 514:15,23 | 500:9 | **thought** 448:5 | 461:2 462:8,10 |
| 516:11 | | | 463:14,15,22 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 291 of 301

463:24 464:23
465:7 467:6
468:20 469:5
472:3 477:4,7
485:13,18,20
485:21 487:8
487:10,13
488:24 490:14
494:14,16
496:12 497:8
498:19 500:24
502:19 503:14
504:24 511:17
513:18 514:14
516:11 518:7
518:18 521:7
521:10,19,22
522:23 523:2
523:11 524:13
526:23 530:10
**times** 316:15,18
316:22 357:5
362:22 445:6
450:23 514:17
514:22 524:2
**timesheet**
345:22
**timing** 327:5
429:24 506:6
**title** 423:12
453:14
**today** 303:1,12
306:10 307:2
310:3,8 319:12

325:2 337:14
346:10 350:13
408:4
**today's** 301:7
526:22
**together** 405:8
473:12
**told** 348:1
402:17 403:1
437:7 463:13
501:14
**took** 353:16
355:8,15
380:17 390:20
394:5 417:11
475:7 494:11
**top** 297:19,22
298:3 321:19
349:10 370:12
375:23 377:10
378:21 382:15
384:15 385:21
388:4,5,10,20
388:24 389:1
391:10,12,14
392:17 397:2
402:7,10
414:11,12,23
422:1 439:17
440:18 453:4
456:21 467:1
485:3 511:10
**topmost** 297:4
297:9

**tort** 304:19
**total** 350:21
387:13 463:19
**totals** 513:7
**touching**
381:18
**toward** 315:5
**tower** 449:4,6
449:16,24
**toxic** 323:8
325:4
**toxicologist**
335:16,17
**transcript**
297:2 300:10
529:5 530:8
**transferred**
480:16
**transport**
299:4 328:17
329:24 334:20
506:7 513:2
519:10 523:22
526:14,14
**travel** 514:14
514:17,22
516:11 518:6
518:18 523:11
524:2
**traveling**
526:10
**travels** 515:24
**treated** 423:5
424:9 426:20

427:12 438:16
**treatment**
299:8 315:23
316:9 356:21
356:24 358:1
359:13 365:6
365:10,18,24
366:15 368:2
370:7 371:4
373:15 377:22
378:2,4 397:17
398:17 399:8
416:22 417:17
419:24 420:12
420:23 421:7
421:18 422:8
422:19 423:15
424:18 425:19
427:13,22
431:2,12 432:7
433:10 434:10
434:11,12
435:4 436:10
437:13 439:3,7
441:7 442:5
444:6,9,16
445:9 446:5,14
446:16,18
449:7,16 450:8
451:16 454:5
455:11 456:1
464:8 473:12
474:15,18
476:3 478:11

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 292 of 301

481:3 482:2
485:22 492:23
496:5 500:10
501:6,16 502:9
503:12 504:10
**trial**   306:21
  321:7,10
  324:15
**truck**   370:16
  416:19,23
  417:16
**true**   321:2,15
  322:3,4 359:1
  414:24 445:23
  459:2,2 461:1
  476:4 496:19
  529:8
**truthfully**
  303:12
**try**   408:8
  505:16 507:12
  521:6
**trying**   312:11
  312:23 319:2
  378:9 386:20
  386:22 405:13
  427:17 459:23
  471:9 502:15
**tt**   514:18 515:8
  516:13 517:7
  518:12 520:16
  523:12 524:13
**turn**   345:16
  346:3 355:11

355:22 357:8
359:10,24
364:23 372:7
376:9 377:2
399:4 401:11
415:6 417:3,14
418:2 419:17
419:18,19
446:3 453:21
505:15,20
524:6
**turned**   428:21
  429:1 441:18
  441:20
**turning**   384:16
  384:18
**two**   319:18
  332:9 341:8
  348:13 358:19
  358:20 406:17
  421:13 422:5
  423:2 424:8
  428:11,11
  431:17 433:15
  447:9,12,17
  454:14 467:16
  487:4 490:20
  493:11 494:11
  495:18,19
  504:23
**tx**   294:7
**type**   309:13
  323:15 331:19
  372:14 503:5

508:9 509:3
510:9 512:24
522:1
**typical**   495:14
  501:24 502:8
  503:11 518:18
**typically**
  510:11,13

**u**

**u.s.**   294:13
  299:9 321:23
  323:20
**uh**   388:22
  389:4 405:18
  455:8 465:23
  479:24
**uncertain**
  511:7
**uncertainty**
  333:3,21 334:2
  334:4,17 487:6
  487:17 489:12
  515:13 518:19
**under**   303:1
  304:18 306:14
  308:13 362:11
  362:14 373:7
  373:17 400:8
  420:5 492:20
  529:1,4,12
**understand**
  302:22,24
  303:4 306:11

312:11,23
313:17,17
318:19 324:12
327:21 380:4
386:21 390:6
390:24 393:7
393:19 406:23
408:7 471:6,7
489:1 501:18
502:16 519:5
**understanding**
  314:3 315:12
  346:16 350:19
  373:12 399:15
  432:18 433:14
  434:18 447:19
  453:1 455:16
  472:7,11 474:7
  474:23 480:10
  493:2,3 499:17
  499:18 500:5
  529:11
**understood**
  303:8 404:4
**united**   291:1
  294:12 301:12
  301:13 302:6
  304:13,17
**universe**
  405:14
**university**
  327:16 331:1
**unknown**
  313:15

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ        Document 459-21        Filed 08/24/25        Page 293 of 301

**upstream**
438:2,4,6,12
443:2
**usa** 298:12,17
300:12 353:24
377:8 397:7
**usdoj.gov**
294:19,20
**use** 319:9 376:8
377:11 386:4
431:22 458:7
460:5 464:1,5
464:14 465:11
467:2 471:3,5
475:23 484:10
490:16 494:2,7
496:3,24
497:13 507:15
507:19 510:19
511:11 519:17
**used** 339:17,18
360:15,20,23
361:1,1 376:4
398:8 417:19
417:22,24
423:19 425:11
428:12 436:19
441:23 443:12
451:5 457:22
458:7,10 460:1
461:12 462:9
462:16 465:17
468:19 472:4
475:18 487:12

493:11 495:16
495:17 498:23
498:24 499:9
499:10 504:23
509:8 510:5
511:16 515:14
523:11
**usgs** 340:20
**using** 360:14
382:14 397:23
451:8 512:6
513:24
**usmcgen**
298:19 300:6
440:12 484:18
**ust02-00000...**
297:20
**ust02-00000...**
297:23
**ust02-00000...**
298:4
**ust02-00005...**
297:12 310:18
**ust02-00005...**
297:15 314:23
**ust02-00041...**
300:4 477:22
**utilities** 325:15

**v**

**vaguely** 315:11
348:11 475:16
487:20 488:22
490:11

**valid** 498:1
**validity** 450:24
451:6
**value** 426:2
465:17 467:23
510:13,14,14
511:11
**values** 450:16
512:13,15
**valve** 434:22
435:7,10
444:16 445:8
445:19 446:15
446:23 447:8
447:15
**valves** 434:19
435:14 436:3
436:11,15
437:8 443:20
**variability**
365:23 428:22
429:7
**variation**
428:23 429:1
**vary** 508:7
**vents** 444:1
**verbatim** 530:8
**verified** 491:7
**verify** 380:18
400:18 401:1
482:19 483:7
483:17 484:5
491:19

**veritext** 301:6
**versions** 355:6
**versus** 301:12
304:17
**vertical** 375:13
375:19,23
379:22
**vertically**
387:16
**vicinities** 299:9
**vickery** 291:23
292:21 301:21
530:3,21
**video** 291:13
292:10 301:9
408:18 410:3
**videographer**
295:4 301:3,6
301:17 352:15
352:18 413:19
413:22 477:4,7
513:18 522:23
523:2 526:21
**violation** 364:2
**virgin** 323:20
**visit** 317:1
353:17 354:4
354:21 357:15
370:15 376:17
394:6 414:3
415:22 418:15
500:23 501:2
**visited** 357:6
444:14

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 294 of 301

**visits** 357:15
500:19,19
**visual** 369:23
370:17,19
371:1 379:9,10
379:12,17
393:3 395:11
**voc** 298:6 363:5
**vocs** 412:7,22
**volatile** 411:9
412:11
**volatilization**
357:24 358:4
359:2,12
360:12 376:4
410:10,23
411:10,24
**volatizing**
412:8
**volume** 291:11
292:11
**vortex** 366:3

**w**

**wait** 309:14
346:22 457:22
470:1 479:4
506:23,24
**waiting** 344:6
**waived** 527:1
**want** 303:17
320:18 331:9
352:22 362:3
368:8 374:12

380:3 385:2
394:21 399:2
401:6 410:21
412:4 414:1
419:16 421:16
421:19 423:23
425:10 429:5
447:20 448:12
452:15 477:3
478:21 501:8
505:14 506:14
507:24 514:14
523:14
**wanted** 313:17
315:14 408:3
**washington**
292:17 294:17
301:10 338:5,8
**watched**
408:11
**watching**
403:23 404:18
405:19
**water** 291:7
299:5,8 301:11
304:20 305:23
306:9 311:15
312:12 313:2
315:23 316:9
329:24 337:16
338:2,17
339:17 353:9
356:20,24
357:24 359:12

365:6,10,17,24
366:14,21,24
367:3,6,16,21
368:2,3,5,10
369:4,16 370:7
371:2 373:15
377:12,22
378:2,4 393:10
394:9,18
397:17 398:3
398:14,16,17
399:8 401:7,14
401:20 402:1,4
402:5,10,16,23
403:9,22 404:2
404:4,10,12,14
404:15,18,20
404:21 405:9
405:14,20,22
406:4,10,19
407:8,9,19
408:1,11,15,21
409:5,8,12
410:4,11,18,24
411:10,22
412:6,8,22,23
413:8,9 414:22
415:8,17,21
416:4,8,12,22
417:5,9,17
418:3,5,17,22
418:23 419:7
419:24,24
420:11,12,18

420:23 421:7
421:18 422:2,4
422:8,9,19,20
423:2,5,15,17
424:7,10,18,19
425:18 426:20
427:3,5,12,13
427:18,21,22
428:2 429:17
429:19,22
430:5 431:2,11
432:7,7,13,22
433:3,10,11,22
434:2,3,4,7,8,9
434:14,15,20
434:20 435:3
435:15,16
436:3,4,12,16
436:16 437:4
437:12,13
438:13,16,17
438:18 439:2
441:7,23 442:5
442:10,11,14
442:21 443:12
443:20 444:3,6
444:9,15,17
445:8,9,19
446:5,12,14,15
446:16,17,17
446:24 447:7
449:4,6,7,15,16
449:16,23,24
450:7,9 451:15

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 459-21 Filed 08/24/25 Page 295 of 301

453:24 454:4,4
455:4,10,11,24
456:1,13
460:13 462:9
462:11,15
463:16 464:2,7
464:10,13,15
464:17,19,20
465:18 473:12
474:13,15,17
476:2,2 478:11
481:3 482:1
485:22 492:23
492:23 495:6,6
496:5 500:10
501:6,16 502:1
502:8 503:12
503:18,18
504:10,10

**watermodeling**
298:8 299:12
299:17,21
452:9 457:15
477:19

**waters** 338:3
435:19,20

**way** 345:3
364:21,22
374:1 381:19
383:2,13 384:8
384:11 400:18
401:3,4 402:7
402:18 404:12
414:22 429:12

434:7 437:23
440:4 442:16
442:17 444:22
445:3,14
447:14 457:2
459:13 464:24
491:6,15
496:18 497:20
497:21 501:1
513:8 516:3

**ways** 312:13
410:6 447:6

**we've** 317:9
346:19 387:18
401:8 415:11
476:12 483:9

**webpage** 308:5
**website** 308:22
321:5,8

**wednesday**
291:16 292:7

**week** 496:16
**weekend**
348:14

**weeks** 348:13
**weigh** 404:2
**weir** 375:16,19
376:2,5,6
379:1

**weitz** 293:4
**weitzlux.com**
293:10,11

**wells** 313:5,6,6
313:16 430:6

442:7 451:8,14
451:20 452:17
452:20,20
453:10,24
454:6 455:4,12
455:23 456:22
456:24 458:8
458:20,21
459:4,7,20
460:1,12,21,22
460:23 461:4
461:19,23
464:1,3,5,11,12
464:14,19,20
465:1,7,10
466:14,18
467:3,6,18
468:2,5,9
469:3,3 474:8
474:10 475:18
475:24 479:12
480:5,11
484:10 485:3
485:12 486:12
488:9,10
492:22 494:7
494:22 495:2
495:16,17
496:7,13,20
497:9 498:18
498:23 499:8
500:1 502:14
503:1,2,7,21,21
503:22 504:5,8

504:23 505:11
511:13

**went** 317:1,4
324:15,17
406:24 442:11
488:6

**white** 295:4
301:5

**wide** 510:10
**widely** 508:7
**william** 295:12
**williams**
295:12 297:10
314:24

**wise** 390:18
**wish** 319:24
323:12 513:2

**withdraw**
330:17

**withheld** 349:1
**withhold**
348:23

**witness** 305:13
306:18 309:18
311:10 317:20
317:23 321:22
328:20 330:7
331:8,16,23
332:14 333:18
334:1,22 335:4
336:8 337:2,18
338:21 339:13
339:22 342:9
343:23 344:3

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 296 of 301

| | | | |
|---|---|---|---|
| 344:12 345:7 | 466:17 467:10 | **words** 336:14 | **works** 436:9 |
| 346:15 347:19 | 472:6,15,24 | 471:2 499:8 | **write** 385:12 |
| 348:11 349:3 | 473:11,18,23 | **work** 305:17,22 | 386:6 487:23 |
| 350:18 351:7 | 474:20 475:13 | 309:4,8 310:4 | **writing** 311:3 |
| 351:22 352:6 | 476:10,24 | 312:21 313:11 | 418:20 |
| 352:12 354:7 | 481:2,20 | 313:23 314:5,6 | **written** 363:5 |
| 355:19 358:8 | 482:10 483:12 | 314:12 322:8 | 400:8 459:14 |
| 360:19 370:9 | 483:20 484:7 | 322:11,16 | **wrong** 400:24 |
| 371:6,23 | 488:17 489:22 | 323:11,15,16 | 435:22,23 |
| 374:22 375:8 | 490:9 491:1,10 | 323:21 325:10 | **wrote** 326:24 |
| 375:18 376:22 | 491:22 492:6 | 325:24 326:7 | 342:1 408:20 |
| 379:8 380:2,14 | 493:17,24 | 326:11 335:1 | 419:6 421:5 |
| 381:8 382:4 | 494:21 496:24 | 336:5 343:14 | 486:17 |
| 383:17 389:12 | 498:4,14 | 343:19 344:15 | **wtp** 422:19 |
| 390:17 391:16 | 499:16 502:4 | 345:2 346:11 | **x** |
| 393:13,21 | 502:12 503:16 | 347:11 350:23 | **x's** 299:14 |
| 394:16,24 | 504:3,14 505:3 | 351:19,24 | 467:5 480:15 |
| 396:1,10 | 507:6 509:12 | 352:3 363:2 | 480:22 491:14 |
| 397:20 398:22 | 510:23 511:20 | 386:20 486:2 | **y** |
| 399:14,24 | 512:11 515:3 | 525:17 | **yeah** 307:18 |
| 400:17 405:6 | 515:10 516:16 | **worked** 322:7 | 314:1,1,1,3 |
| 406:7 407:13 | 517:10 518:6 | 323:13 325:13 | 324:12 327:12 |
| 409:20 411:3 | 518:15 519:14 | 325:14,15,16 | 330:5 338:9,21 |
| 415:3 419:2 | 519:21 520:11 | 326:2 336:17 | 340:22 342:7 |
| 430:11 432:11 | 520:21 521:17 | 337:24 340:13 | 345:18 349:15 |
| 436:23 438:24 | 522:9,14 | 340:20 341:2 | 352:12 355:4 |
| 439:6 444:8 | 524:16 530:6 | 361:21 471:13 | 356:20 358:19 |
| 445:2 449:10 | **witnessed** | 474:13,17 | 371:14,23 |
| 449:19 450:12 | 406:18 | 475:9 476:2 | 386:11 392:13 |
| 452:24 456:10 | **wonder** 362:20 | 501:15 | 392:13 393:15 |
| 456:18 457:11 | **wondering** | **working** | 417:2,9 424:1 |
| 458:13 459:12 | 398:18 | 303:18,20 | 425:6 426:20 |
| 461:8,17 462:7 | **word** 432:3 | 324:7 328:12 | 427:2 431:16 |
| 463:2 465:5 | 493:9 | 435:13 469:2 | |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 459-21     Filed 08/24/25     Page 297 of 301

443:10,18
447:16,17
453:16,19
454:12 458:4
463:3,6,6,9
466:9 479:6,21
479:21 482:5
492:9,14 502:7
505:12 507:6
508:12 513:19
519:6 520:21
525:9 526:20
**year** 322:6,9,14
322:15
**years** 308:9,18
309:22 321:7
322:21,22
328:12 416:8
470:12 493:6
496:21 497:17
497:24 498:11
501:15 505:8
**yields** 420:9
**york** 293:8
**youtube** 410:3

**z**

**zero** 334:9
496:1
**zina** 294:5
**zina.bash**
294:9
**zoom** 293:6,16
294:5 295:5,6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 459-21    Filed 08/24/25    Page 298 of 301

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.