**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:23-CV-897**

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**          **INDEX OF EXHIBITS**
                                           **PHASE II (Volume 1)**
**This Document Relates To:**

**ALL CASES**

# Joint Appendix (Phase II Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE II Reports** | | | | |
| 063 | PLG Phase II Exp Discl | PLG | PLG's Phase II Expert Disclosure (December 9, 2024) | 12/9/2024 |
| 064 | PLG Phase II Rebuttal Exp Discl | PLG | PLG's Phase II Rebuttal Expert Disclosure (March 15, 2025) | 3/15/2025 |
| 065 | PLG Phase II Am Rebuttal Exp Discl | PLG | PLG's Phase II Amended Rebuttal Expert Disclosure (April 15, 2025) | |
| 066 | US Phase II Exp Discl | United States | USA's Phase II Expert Disclosure (Feb. 7, 2025) | 2/7/2025 |
| **Bladder Cancer Reports** | | | | |
| 067 | Bird GC Rep (Bladder) | Bird, Steven | Bird - General Causation Report - Bladder Cancer | 12/9/2024 |
| 068 | Bird GC MCL (Bladder) | Bird, Steven | Bird - Materials Considered List to Bladder Cancer | 12/16/2024 |
| 069 | Bird GC 1st Suppl MCL (Bladder) | Bird, Steven | Bird - Supplemental Materials Considered List to Bladder Cancer - 1 | 4/24/2025 |
| 070 | Culp Rep | Stephen H Culp | RULE 26 REPORT OF STEPHEN H CULP, MD, PhD | 12/9/2024 |
| 071 | Culp MCL | Stephen Culp | STEPHEN H CULP, MD, PhD'S RELIANCE FILES (Materials Considered List) | 12/16/2024 |
| 072 | Culp Suppl MCL | Stephen Culp | DR STEPHEN CULP – SUPPLEMENTAL MATERIALS CONSIDERED | 4/24/2025 |
| 073 | Gilbert Rep (Bladder) | Kathleen M Gilbert | General Causation Expert Report of KATHLEEN M GILBERT, PHD TCE, PCE, benzene and bladder cancer | 12/9/2024 |
| 074 | Gilbert MCL (Bladder) | Kathleen M Gilbert | Gilbert - Materials Considered List (Bladder) | |
| 075 | Goodman Rep (Bladder) | Julie E Goodman | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene Exposure and Bladder Cancer Risk | 2/7/2025 |

# Joint Appendix (Phase II Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 076 | Hatten GC Rep (Bladder) | Benjamin Hatten | CAMP LEJEUNE: BLADDER CANCER EXPERT REPORT OF BENJAMIN HATTEN, MD, MPH | 12/9/2024 |
| 077 | Hatten GC MCL (Bladder) | Benjamin Hatten | Materials Considered List - Bladder Cancer Expert Report | |
| 078 | Hatten GC 1st Supp MCL | Benjamin Hatten | DR. BENJAMIN HATTEN – SUPPLEMENTAL MATERIALS CONSIDERED | 12/8/2024 |
| 079 | Hatten GC 2nd Suppl MCL | Benjamin Hatten | DR. BENJAMIN HATTEN – SECOND SUPPLEMENTAL MATERIALS CONSIDERED LIST | 12/8/2024 |
| 080 | McCabe Rep (Bladder) | Michael J McCabe | GENERAL CAUSATION REPORT CAMP LEJEUNE WATER VOLATILE ORGANIC CHEMICALS AND KIDNEY CANCER | 2/7/2025 |
| 081 | Plunkett Rep | Laura Plunkett | EXPERT REPORT OF LAURA M PLUNKETT, PHD, DABT | 12/9/2024 |
| 082 | Plunkett Am Rep | Laura Plunkett | AMENDED EXPERT REPORT OF LAURA M PLUNKETT, PHD, DABT | 4/17/2025 |
| | **Kidney Cancer Reports** | | | |
| 083 | Bird GC Rep (Kidney) | Bird, Steven | Bird - General Causation Report - Kidney Cancer | 12/9/2024 |
| 084 | Bird GC MCL (Kidney) | Bird, Steven | Bird - Materials Considered List to Kidney Cancer | 12/16/2024 |
| 085 | Bird GC 1st Suppl MCL (Kidney) | Bird, Steven | Bird - Supplemental Materials Considered List to Kidney Cancer - 1 | 4/1/2025 |
| 086 | Freeman Rep (Kidney) | Michael D Freeman | RE: Camp Lejeune Water Contamination Litigation: Kidney cancer outcome | 12/8/2024 |
| 087 | Freeman Suppl MCL | Michael Freeman | Dr Michael Freeman - Supplemental Materials Considered | |
| 088 | Gilbert Rep (Kidney) | Kathleen M Gilbert | General Causation Expert Report of KATHLEEN M GILBERT, PHD TCE and Kidney Cancer | 12/8/2024 |

| | Joint Appendix (Phase II Volume 1) | | | |
|---|---|---|---|---|
| **Ex.** | **Short Cite** | **Author** | **Title** | **Date** |
| 089 | Gilbert MCL (Kidney) | Kathleen M Gilbert | Gilbert - Materials Considered List (Kidney) | |
| 090 | Hatten GC Rep (Kidney) | Benjamin Hatten | CAMP LEJEUNE: KIDNEY CANCER EXPERT REPORT OF BENJAMIN HATTEN, MD, MPH | 12/8/2024 |
| 091 | Hatten GC Addl MCL | Benjamin Hatten | DR. BENJAMIN HATTEN – ADDITIONAL MATERIALS CONSIDERED | 12/2024 |
| 092 | Mallon GC Rep (Kidney) | Timothy M Mallon | General Causation Expert Report of Timothy M Mallon, MD, MPH, MS | 12/9/2024 |
| 093 | Mallon GC Suppl MCL (Kidney) | Timothy M Mallon | General Causation - Kidney Cancer Supplemental Materials Considered | undated |
| 094 | Goodman Rep (Kidney) | Julie E Goodman | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene Exposure and Kidney Cancer | 2/7/2025 |
| 095 | McCabe Rep (Kidney) | Michael J McCabe | GENERAL CAUSATION REPORT CAMP LEJEUNE WATER VOLATILE ORGANIC CHEMICALS AND BLADDER CANCER | 2/7/2025 |
| | **Leukemia Reports** | | | |
| 096 | Gondek GC Rep | Gondek, Lukasz | Gondek - General Causation Report (Leukemia) | 12/9/2024 |
| 097 | Gondek GC Suppl MCL | Gondek, Lukasz | Gondek - General Causation Supplemental Materials Considered List to Leukemia Report | 4/4/2025 |
| 098 | Mallon GC Rep (Leukemia) | Timothy M Mallon | General Causation Expert Report of Timothy M Mallon, MD, MPH, MS Leukemia | 12/9/2024 |
| 099 | Mallon GC MCL (Leukemia) | Timothy M Mallon | General Causation - Leukemia Materials Considered List | 12/16/2024 |
| 100 | Mallon GC 1st Suppl MCL (Leukemia) | Timothy M Mallon | General Causation - Leukemia Supplemental Materials Considered | undated |

# Joint Appendix (Phase II Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|-----|-----------|--------|-------|------|
| 101 | Mallon GC 2d Suppl MCL (Leukemia) | Timothy M Mallon | General Causation - Leukemia Supplemental Materials Considered (same title, but different materials added) | undated |
| 102 | Goodman Rep (Leukemia) | Julie E Goodman | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene Exposure and Leukemia Risk | 2/7/2025 |
| | **Leukemia & NHL Reports** | | | |
| 103 | Bird GC Rep (NHL-Leuk) | Bird, Steven | Bird - General Causation Report - NHL & Leukemia | 12/9/2024 |
| 104 | Bird GC MCL (NHL-Leuk) | Bird, Steven | Bird - Materials Considered List to NHL & Leukemia Report | 12/16/2024 |
| 105 | Bird GC 1st Suppl MCL (NHL-Leuk) | Bird, Steven | Bird - Supplemental Materials Considered List to NHL & Leukemia Report - 0 | 4/4/2025 |
| 106 | Bird GC 2d Suppl MCL (NHL-Leuk) | Bird, Steven | Bird - Supplemental Materials Considered List to NHL & Leukemia Report - 1 | 4/24/2025 |
| 107 | Felsher GC Rep (NHL-Leuk) | Dean W Felsher | General Causation Expert Report of Dean W Felsher, MD, PhD Leukemia & Non-Hodgkin Lymphoma | 12/9/2024 |
| 108 | Gilbert Rep (NHL-Leuk) | Kathleen M Gilbert | General Causation Expert Report of KATHLEEN M GILBERT, PHD TCE, Non-Hodgkin Lymphoma, and Leukemia | 12/9/2024 |
| 109 | Gilbert MCL (NHL-Leuk) | Kathleen M Gilbert | Gilbert - Materials Considered List (NHL-Leuk) | |
| 110 | Gilbert Suppl MCL (NHL-Leuk) | Kathleen M Gilbert | Gilbert - Supplemental Materials Considered List (NHL-Leuk) | |
| 111 | Hu GC Rep | Howard Hu | General Causation Expert Report of Howard Hu, MD, MPH, ScD | 12/9/2024 |
| 112 | Hu GC MCL | Howard Hu | Howard Hu - Materials Considered List | 12/16/2025 |

# Joint Appendix (Phase II Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|-----|-----------|--------|-------|------|
| 113 | McCabe Rep (NHL-Leuk) | Michael J McCabe | GENERAL CAUSATION REPORT CAMP LEJEUNE WATER VOLATILE ORGANIC CHEMICALS AND NON-HODGKIN'S LYMPHOMA AND LEUKEMIA | 2/7/2025 |
| | **NHL Reports** | | | |
| 114 | Hu GC Suppl Rep | Howard Hu | January 31, 2025 Supplement to the December 9, 2024 General Causation Expert Report of Howard Hu, MD, MPH, ScD | 1/31/2025 |
| 115 | Hu GC 1st Suppl MCL | Howard Hu | Howard Hu - Supplemental Materials Considered List 1 | 4/24/2025 |
| 116 | Hu GC 2d Suppl MCL | Howard Hu | Howard Hu - Supplemental Materials Considered List 2 | 4/29/2025 |
| 117 | Goodman Rep (NHL) | Julie E Goodman | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-DCE Exposure and NHL Risk | 2/7/2025 |
| | **PD Reports** | | | |
| 118 | Bird GC Rep (PD) | Bird, Steven | Bird - General Causation Report - Parkinson's Disease | 12/9/2024 |
| 119 | Bird GC MCL (PD) | Bird, Steven | Bird - Materials Considered List to Parkinson's Disease | 12/16/2024 |
| 120 | Bird GC 2d Suppl MCL (PD) | Bird, Steven | Bird - Supplemental Materials Considered List to Parkinson's Disease - 2 | 4/9/2025 |
| 121 | Boehme Rep | Amelia K Boehme | Re: IN RE: CAMP LEJEUNE WATER LITIGATION IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA; Case No: 7:23-CV-897 | 12/8/2024 |
| 122 | Boehme Suppl MCL | Amelia K Boehme | Supplemental Materials Considered | 4/9/2025 |
| 123 | Cannon Rep | Jason Cannon | GENERAL CAUSATION REPORT: TETRACHLOROETHYLENE AND PARKINSON'S DISEASE | 12/8/2024 |

| Joint Appendix (Phase II Volume 1) | | | | |
|---|---|---|---|---|
| **Ex.** | **Short Cite** | **Author** | **Title** | **Date** |
| 124 | Cannon Suppl Rep | Jason Cannon | SUPPLEMENTAL REPORT TO 12/08/2024 (SUBMITTED ON 12/09/2024) GENERAL CAUSATION REPORT: TETRACHLOROETHYLENE AND PD | 1/2/2025 |
| 125 | Cannon Rebuttal | Jason Cannon | EXPERT REBUTTAL TO DR GOODMAN'S REPORT, ENTITLED "TRICHLOROETHYLENE, PERCHLOROETHYLENE, BENZENE, VINYL CHLORIDE, AND TRANS-1,2-DICHLOROETHYLENE AND PARKINSON'S DISEASE" | 3/15/2025 |
| 126 | Cannon Suppl MCL | Jason Cannon | Jason Cannon Supplemental Materials Considered List | |
| 127 | Costa Rep | Lucio Costa | Lucio G Costa, PhD REPORT | 12/9/2024 |
| 128 | Costa Suppl MCL | Lucio Costa | Lucio G Costa Materials Considered List | |
| 129 | De Miranda Rep | Briana De Miranda | Biological Mechanisms of Dopaminergic Neurotoxicity from Trichloroethylene Exposure | 12/8/2024 |
| 130 | De Miranda Suppl MCL | Briana De Miranda | Supplemental Materials Considered | 12/7/2024 |
| 131 | Freeman Rep (PD) | Michael Freeman | RE: Camp Lejeune Water Contamination Litigation: Parkinson's disease outcome | 12/6/2024 |
| 132 | Miller GC Rep | Gary Miller | Trichloroethylene and Parkinson's disease: an examination of causal associations at Camp Lejeune | 12/7/2024 |
| 133 | Miller GC Suppl MCL | Gary Miller | Supplemental Materials Considered | 12/7/2024 |
| 134 | Goodman Rep (PD) | Julie E Goodman | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene and Parkinson's Disease | 2/7/2025 |

# Joint Appendix (Phase II Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **Multiple Disease Reports** | | | | |
| 135 | Shields Rep | Peter G Shields | General Causation Peter G Shields, MD | 2/7/2025 |
| 136 | Bird GC MCL (Suppl) | Bird, Steven | Bird - Materials Considered List to Supplemental Report (ALL) | 2/12/2025 |
| 137 | Bird GC Suppl Rep | Bird, Steven | Bird - General Causation Report - Supplemental (ALL) | 2/4/2025 |
| 138 | Bird GC 1st Suppl MCL | Bird, Steven | Bird - Supplemental Materials Considered List (ALL) - 1 | 2/4/2025 |
| 139 | Bird GC 2d Suppl MCL | Bird, Steven | Bird - Supplemental Materials Considered List (ALL) - 2 | 5/6/2025 |
| 140 | Bird GC 3d Suppl MCL | Bird, Steven | Bird - Supplemental Materials Considered List (ALL) - 3 | 5/8/2025 |
| 141 | Bird GC 4th Suppl MCL | Bird, Steven | Bird - Supplemental Materials Considered List (ALL) - 4 | 5/12/2025 |
| 142 | Madigan Rebuttal | David Madigan | Comments on Camp Lejeune Defendants' Reports David Madigan, PhD | 3/16/2025 |
| 143 | Madigan Suppl MCL | David Madigan | General Causation Supp Materials Considered List | undated |
| 144 | Savitz Rebuttal | David Savitz | Rebuttal Report on Methodological Considerations in Epidemiological Studies: Evaluating Random Error and Statistical Significance Testing | 3/17/2025 |
| 145 | Goodman Suppl MCL | Julie E Goodman | Supplemental Materials Considered | 2/7/2025 |
| 146 | Lipscomb Rep | John C Lipscomb | Expert Report of John C Lipscomb, PhD, DABT | 2/7/2025 |
| 147 | Lipscomb Suppl Rep | John C Lipscomb | Supplemental Expert Report of John C Lipscomb, PhD, DABT | 2/28/2025 |