# Exhibit 78

**DR. BENJAMIN HATTEN – SUPPLEMENTAL MATERIALS CONSIDERED**
**General Causation Expert Reports of Benjamin Hatten, MD, MPH**
**December 8, 2024**

Goodman, Julie E., Zu, Ke, Loftus, Christine T., Lynch, Heather N., Prueitt, Robyn L., Mohar, Isaac, Shubin, Sara P., Sax, Sonja N. 2018. "Short-term ozone exposure and asthma severity: Weight-of-evidence analysis." Elsevier Environmental Research, p391-397.

Goodman, Julie E., Zu, Ke, Loftus, Christine T., Lynch, Heather N., Prueitt, Robyn L., Mohar, Isaac, Shubin, Sara P., Sax, Sonja N. 2018. "Short-term ozone exposure and asthma severity: Weight-of-evidence analysis." Supplemental Material.

LeMasters, Grace K., Genaidy, Ash M., Succop, Paul, Deddens, James, Sobeih, Tarek, Barriera-Viruet, Heriberto, Dunning, Kari, Lockey, James. 2006. "Cancer Risk Among Firefighters: A Review and Meta-analysis of 32 Studies." Journal of Occupational and Environmental Medicine, Volume 28, Number 11, November 2006, p1189-1202.