# Exhibit 79

**DR. BENJAMIN HATTEN – SECOND SUPPLEMENTAL MATERIALS CONSIDERED LIST**
**General Causation Expert Reports of Benjamin Hatten, MD, MPH**
**December 8, 2024**

Deposition Transcript of Dr. Kathleen M. Gilbert, April 11, 2025.

Deposition Transcript of Dr. Timothy M. Mallon, April 21, 2025.

Draft Deposition Transcript of Dr. Howard Hu, April 30, 2025.

Draft Deposition Transcript of Dr. Julie Goodman, April 29, 2025.