IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS
PHASE II (Volume 2)

# Joint Appendix (Phase II Volume 2)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE II Depositions** | | | | |
| | **PLG Experts** | | | |
| 148 | Bird GC Dep Tr | Bird, Steven | Bird - General Causation Deposition Transcript | 5/14/2025 |
| 149 | Madigan Dep Tr | David Madigan | Deposition Transcript | 6/11/2025 |
| 150 | Madigan Dep Err | David Madigan | 6/11/2025 Deposition Errata | 6/11/2025 |
| 151 | Mallon GC Dep Tr | Timothy M Mallon | Deposition Transcript | 4/21/2025 |
| 152 | Savitz 1st Dep Tr | David Savitz | Deposition Transcript 61024 | 6/10/2024 |
| 153 | Savitz 2d Dep Tr | David Savitz | Deposition Transcript 71724 | 7/17/2024 |
| 154 | Savitz 3d Dep Tr | David Savitz | Deposition Transcript | 5/16/2025 |
| 155 | Culp Dep Tr | Stephen Culp | Deposition Transcript | 5/8/2025 |
| 156 | Culp Dep Err | Stephen Culp | Deposition Errata | 5/8/2025 |
| 157 | Plunkett Dep Tr | Laura Plunkett | Deposition Transcript | 5/12/2025 |
| 158 | Hatten GC Dep Tr | Benjamin Hatten | Deposition Transcript | 5/12/2025 |
| 159 | Freeman Dep Tr | Michael Freeman | Deposition Transcript | 6/17/2025 |
| 160 | Gondek GC Dep Tr | Gondek, Lukasz | Gondek - General Causation Deposition Transcript | 4/23/2025 |
| 161 | Gondek GC Dep Err | Gondek, Lukasz | Gondek - General Causation Deposition Errata | 6/5/2025 |
| 162 | Hu GC Dep Tr | Howard Hu | Deposition Transcript - General Causation | 4/30/2025 |
| 163 | Hu GC Dep Err | Howard Hu | Howard Hu - Phase II Deposition Errata | 6/16/2025 |
| 164 | Felsher GC Dep Tr | Dean W Felsher | Deposition Transcript | 5/8/2025 |
| 165 | Gilbert Dep Tr | Kathleen M Gilbert | Deposition Transcript | 4/11/2025 |
| 166 | Gilbert Dep Err | Kathleen M Gilbert | 4/11/2025 Deposition Errata | 4/11/2025 |
| 167 | Boehme Dep Tr | Amelia K Boehme | Deposition Transcript | 5/2/2025 |
| 168 | Cannon Dep Tr | Jason Cannon | Deposition Transcript | 4/21/2025 |
| 169 | Costa Dep Tr | Lucio Costa | Deposition Transcript | 5/5/2025 |
| 170 | De Miranda Dep Tr | Briana De Miranda | Deposition Transcript | 4/14/2025 |
| 171 | Miller GC Dep Tr | Gary Miller | Deposition Transcript | 4/8/2025 |

# Joint Appendix (Phase II Volume 2)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| | **US Experts** | | | |
| 172 | Goodman Dep Tr | Julie E Goodman | Deposition Transcript | 4/29/2025 |
| 173 | Goodman Dep Err | Julie E Goodman | Errata Sheet | 6/13/2025 |
| 174 | Lipscomb Dep Tr | John C Lipscomb | Deposition Transcript | 5/14/2025 |
| 175 | Lipscomb Dep Err | John C Lipscomb | Errata Sheet | 6/24/2025 |
| 176 | McCabe Rep Err | Michael J McCabe | Expert Report Errata Sheet | |
| 177 | McCabe Dep Tr | Michael J McCabe | Deposition Transcript | 5/9/2025 |
| 178 | McCabe Dep Err | Michael J McCabe | 5/9/2025 Deposition Errata | 5/9/2025 |
| 179 | Shields 1st Dep Tr | Peter G Shields | Deposition Transcript | 5/12/2025 |
| 180 | Shields 2d Dep Tr | Peter G Shields | Deposition Transcript | 6/6/2025 |