IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS
PHASE II (Volume 3)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE II Studies** | | | | |
| | **ATSDR / Bove** | | | |
| 181 | ATSDR 2016 VC Add | ATSDR | Addendum to the Toxicological Profile for Vinyl Chloride | 2016 |
| 182 | ATSDR 2017 Assessment | ATSDR | Assessment of the Evidence for the Drinking Water Contaminants at Camp Lejeune and Specific Cancers and Other Diseases | 2017 |
| 183 | ATSDR 2017 PHA | ATSDR | Public Health Assessment for Camp Lejeune Drinking Water | 2017 |
| 184 | ATSDR 2018 Morbidity Study | ATSDR | Morbidity Study of Former Marines, Employees, and Dependents Potentially Exposed to Contaminated Drinking Water at US Marine Corps Base Camp Lejeune | 2018 |
| 185 | ATSDR 2019 PCE | ATSDR | Toxicological Profile for Tetrachloroethylene | 2019 |
| 186 | ATSDR 2019 TCE | ATSDR | Toxicological Profile for Trichloroethylene | 2019 |
| 187 | ATSDR 2024 Benzene | ATSDR | Toxicological Profile for Benzene | 2024 |
| 188 | ATSDR 2024 VC | ATSDR | Toxicological Profile for Vinyl Chloride | 2024 |
| 189 | Bove 2014 Mort Study - Civ | Bove, F; Ruckart P; Maslia, M; Larson, T | Mortality study of civilian employees exposed to contaminated drinking water at USMC Base Camp Lejeune: a retrospective cohort study | 2014 |
| 190 | Bove 2014 Mort Study - Mil | Bove, F; Ruckart P; Maslia, M; Larson, T | Evaluation of mortality among marines and navy personnel exposed to contaminated drinking water at USMC base Camp Lejeune: a retrospective cohort study | 2014 |
| 191 | Bove 2024 Cancer Incid Study | Bove, F; Greek, A; Gatiba, R; Boehm, R; Mohnsen, M | Cancer Incidence among Marines and Navy Personnel and Civilian Workers Exposed to Industrial Solvents in Drinking Water at US Marine Corps Base Camp Lejeune: A Cohort Study | 2024 |

# Joint Appendix (Phase II Volume 3)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 192 | Bove 2024 Cancer Incid Study - Preprint | Bove, F | Evaluation of cancer incidence among marines and navy personnel exposed to contaminated drinking water at USMC base Camp Lejeune: a cohort study | 2024 |
| 193 | Bove 2024 Mort Study | Bove, F | Evaluation of mortality among Marines, Navy personnel, and civilian workers exposed to contaminated drinking water at USMC base Camp Lejeune: a cohort study | 2024 |