IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

NOTICE OF FILING

The United States files this Notice of Filing of Unsealed Joint Appendix (Phase II Vol. 4) in support of the Parties' Phase II and Phase III Daubert motions and motions for summary judgment, in accordance with this Court's August 19, 2025 Order Amending Case Management Order No. 2 ("CMO 2"), D.E. 456.

Dated: August 24, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

JENNIFER E. ADAMS
Trial Attorney

*/s/ Jennifer E. Adams*
JENNIFER E. ADAMS
Virginia Bar No. 80149
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
1100 L Street, NW
Washington, DC 20005
(202) 702-4998
jennifer.e.adams@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Counsel for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

>*/s/ Jennifer E. Adams*
>JENNIFER E. ADAMS