IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS
PHASE II (Volume 4)

# Joint Appendix (Phase II Volume 4)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE II Studies** | | | | |
| | **Agency/Institution** | | | |
| 194 | EPA 1998 Benzene | US EPA | Carcinogenic Effects of Benzene: An Update | 1998 |
| 195 | EPA 2000 VC | US EPA | IRIS summary for vinyl chloride | 2000b |
| 196 | EPA 2011 TCE | US EPA | Toxicological Review of Trichloroethylene (CAS No 79-01-6) in Support of Summary Information on the Integrated Risk Information System (IRIS) (Final | 2011 |
| 197 | EPA 2012 PCE | US EPA | Toxicological Review of Tetrachloroethylene (Perchloroethylene) (CAS No 127-18-4) in Support of Summary Information on the Integrated Risk Information System (IRIS) (Final) | 2012 |
| 198 | EPA 2020 PCE Risk Eval | US EPA | Risk Evaluation for Perchloroethylene (Ethene, 1,1,2,2-Tetrachloro-) (CASRN: 127-18-4) (Final) | 2020a |
| 199 | EPA 2020 TCE Risk Eval | US EPA | Risk Evaluation for Trichloroethylene (CASRN: 79-01-6) (Final | 2020b |
| 200 | IARC 2012 Benzene | International Agency for Research on Cancer (IARC) | Benzene | 2012a |
| 201 | IARC 2014 Monograph 106 | International Agency for Research on Cancer (IARC) | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 106: TRICHLOROETHYLENE, TETRACHLOROETHYLENE, AND SOME OTHER CHLORINATED AGENTS | 2014 |
| 202 | IARC 2018 Monograph 120 | International Agency for Research on Cancer (IARC) | IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Volume 120: Benzene | 2018 |

# Joint Appendix (Phase II Volume 4)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 203 | IOM 2003 Insectides and Solvents | Institute of Medicine (IOM) | Gulf War and Health - Volume 2: Insecticides and Solvents | 2003 |
| 204 | IOM 2015 VA Guidance | Institute of Medicine (IOM) | Review of VA Clinical Guidance for the Health Conditions Identified by the Camp Lejeune Legislation | 2015 |
| 205 | NRC 2009 Report | NRC | Contaminated Water Supplies at Camp Lejeune: Assessing Potential Health Effects | 2009 |
| 206 | NTP 2015 Monograph TCE | National Toxicology Program (NTP) | Report on Carcinogens Monograph on Trichloroethylene (Final) | 2015 |
| 207 | NTP 2021 Benzene | National Toxicology Program (NTP) | Benzene (CAS No 71-43-2) | 2021c |
| 208 | NTP 2021 PCE | National Toxicology Program (NTP) | Tetrachloroethylene (CAS No 127-18-4) | 2021b |
| 209 | NTP 2021 TCE | National Toxicology Program (NTP) | Trichloroethylene (CAS No 79-01-6) | 2021a |
| 210 | NTP 2021 Vinyl Halides | National Toxicology Program (NTP) | Vinyl Halides (Selected) | 2021d |