IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS
PHASE II (Volume 5)

# Joint Appendix (Phase II Volume 5)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| | **Epidemiological Studies (A-R)** | | | |
| 211 | Alanee 2015 | Alanee | Trichloroethylene Is Associated with Kidney Cancer Mortality: A Population-based Analysis | 2015 |
| 212 | Al-Zalabani 2016 | Al-Zalabani et al | Modifiable risk factors for theprevention of bladder cancer: a systematic review of meta-analyses | 2016 |
| 213 | Andrew 2002 | Andrew, AS | Kidney Cancer Risk Associated with Historic Groundwater Trichloroethylene Contamination | 2002 |
| 214 | Anttila 1995 | Anttila, A | Cancer incidence among Finnish workers exposed to halogenated hydrocarbons | 1995 |
| 215 | Asal 1988 | Asal, NR | Risk factors in renal cell carcinoma: II Medical history, occupation, multivariate analysis, and conclusions | 1988 |
| 216 | Aschengrau 1993 | Aschengrau, A | Cancer risk and tetrachloroethylene contaminated drinking water in Massachusetts | 1993 |
| 217 | Auperin 1994 | Auperin, A | Occupational risk factors for renal cell carcinoma: A case-control study | 1994 |
| 218 | Axelson 1994 | Axelson, O | Updated and expanded Swedish cohort study on trichloroethylene and cancer risk | 1994 |
| 219 | Bahr 2011 | Bahr, DE | Occupational exposure to trichloroethylene and cancer risk for workers at the Paducah Gaseous Diffusion Plant | 2011 |
| 220 | Blair 2003 | Blair, A | Extended mortality follow-up of a cohort of dry cleaners | 2003 |
| 221 | Blair 1989 | Blair, A | Mortality among United States Coast Guard marine inspectors | 1989 |
| 222 | Boice 1999 | Boice, JD | Mortality among aircraft manufacturing workers | 1999 |
| 223 | Boice 2006 | Boice, JD | Mortality among Rocketdyne workers who tested rocket engines, 1948-1999 | 2006 |
| 224 | Brownson 1988 | Brownson, RC | A case-control study of renal cell carcinoma in relation to occupation, smoking, and alcohol consumption | 1988 |

# Joint Appendix (Phase II Volume 5)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 225 | Buhagen 2016 | Buhagen, M | Association between kidney cancer and occupational exposure to trichloroethylene | 2016 |
| 226 | Bulbulyan 1999 | Bulbulyan | Cancer mortality among women in the Russian printing industry | 1999 |
| 227 | Burns 1991 | Burns, PB and Swanson, GM | Risk of urinary bladder cancer among Blacks and Whites: the role of cigarette use and occupation | 1991 |
| 228 | Callahan 2019 | Callahan | Extended mortality follow-up in a cohort of dry cleaners | 2019 |
| 229 | Calvert 2011 | Calvert, GM | Mortality and end-stage renal disease incidence among dry cleaning workers | 2011 |
| 230 | Carreon 2014 | Carreon, T et al | Coronary Artery Disease and Cancer Mortality in a Cohort of Workers Exposed to Vinyl Chloride, Carbon Disulfide, Rotating Shift Work, and o-Toluidine at a Chemical Manufacturing Plant | 2014 |
| 231 | Chang 2003 | Chang, YM | A cohort mortality study of workers exposed to chlorinated organic solvents in Taiwan | 2003 |
| 232 | Charbotel 2006 | Charbotel, B | Case-control study on renal cell cancer and occupational exposure to trichloroethylene Part II: Epidemiological aspects | 2006 |
| 233 | Christensen 2013 | Christensen, KY | Risk of selected cancers due to occupational exposure to chlorinated solvents in a case-control study in Montreal | 2013 |
| 234 | Cohn 1994 | Cohn, P; Klotz, J; Bove, F; Berkowitz, M; Fagliano, J | Drinking Water Contamination and the Incidence of Leukemia and Non-Hodgkin's Lymphoma | 1994 |
| 235 | Collingwood 1996 | Collingwood, KW | An updated cohort mortality study of workers at a northeastern United States petroleum refinery | 1996 |
| 236 | Collins 2015 | Collins, JJ | Lymphatic and hematopoietic cancers among benzene-exposed workers | 2015 |
| 237 | Colt 2004 | Colt, JS et al | Occupation and bladder cancer risk in a population-based case-control study in New Hampshire | 2004 |

# Joint Appendix (Phase II Volume 5)

| Ex. | Short Cite | Author | Title | Date |
| --- | --- | --- | --- | --- |
| 238 | Colt 2011 | Colt, JS et al | Occupation and bladder cancer in a population-based case-control study in Northern New England | 2011 |
| 239 | Consonni 1999 | Consonni, D | Mortality study in an Italian oil refinery: Extension of the follow-up | 1999 |
| 240 | Costa 1989 | Costa, G; Merletti, F; Segnan, N | A mortality cohort study in a north Italian aircraft factory | 1989 |
| 241 | Dagg 1992 | Dagg, TG et al | An updated cause specific mortality study of petroleum refinery workers | 1992 |
| 242 | Delahunt 1995 | Delahunt, B | Occupational risk for renal cell carcinoma A case-control study based on the New Zealand Cancer Registry | 1995 |
| 243 | DeMoulin 2024 | DeMoulin, D | Occupational benzene exposure and cancer risk among Chinese men: A report from the Shanghai Men's Health Study | 2024 |
| 244 | Divine 1999a | Divine, BJ; Hartman, CM; Wendt, JK | Update of the Texaco mortality study 1947-93: Part I Analysis of overall patterns of mortality among refining, research, and petrochemical workers | 1999a |
| 245 | Divine 1999b | Divine, BJ; Hartman, CM; Wendt, JK | Update of the Texaco mortality study 1947-93: Part II Analyses of specific causes of death for white men employed in refining, research, and petrochemicals | 1999b |
| 246 | Dosemeci 1999 | Dosemeci, M | Gender differences in risk of renal cell carcinoma and occupational exposures to chlorinated aliphatic hydrocarbons | 1999 |
| 247 | Dryson 2008 | Dryson, E et al | Case-control study of high risk occupations for bladder cancer in New Zealand | 2008 |
| 248 | Flaig 2024 | TW Flaig et al | NCCN Guidelines® Insights: Bladder Cancer, Version 32024: FeaturedUpdates to the NCCN Guidelines | 2024 |
| 249 | Gaertner 2004 | Gaertner, RRW | A case-control study of occupational risk factors for bladder cancer in Canada | 2004 |
| 250 | Garabrant 1988 | Garabrant, DH | Mortality and aircraft manufacturing workers in southern California | 1988 |

# Joint Appendix (Phase II Volume 5)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 251 | Gerin 1998 | Gérin, M | Associations between several sites of cancer and occupational exposure to benzene, toluene, xylene, and styrene: Results of a case-control study in Montreal | 1998 |
| 252 | Goldman 2012 | Samuel M Goldman et al | Solvent Exposures and Parkinson Disease Risk in Twins | 2012 |
| 253 | Goldman 2023 | Samuel M Goldman et al | Risk of Parkinson Disease Among Service Members at Marine Corps Base Camp Lejeune | 2023 |
| 254 | Goldman 2024 | Samuel M Goldman et al | Parkinson's Disease Progression and Exposure to Contaminated Water at Camp Lejeune | 2024 |
| 255 | Greenland 1994 | Greenland, S | A case-control study of cancer mortality at a transformer-assembly facility | 1994 |
| 256 | Gun 2006 | Gun, RT; Pratt, N; Ryan, P; Roder, D | Update of mortality and cancer incidence in the Australian petroleum industry cohort | 2006 |
| 257 | Halaseh 2022 | Halaseh et al | A Review of the Etiology and Epidemiology of Bladder Cancer: All You Need to Know | 2022 |
| 258 | Hansen 2001 | Hansen, J | Cancer incidence among Danish workers exposed to trichloroethylene | 2001 |
| 259 | Hansen 2013 | Hansen, J | Risk of cancer among workers exposed to trichloroethylene: Analysis of three Nordic cohort studies | 2013 |
| 260 | Honda 1995 | Honda, Y | An updated study of mortality among workers at a petroleum manufacturing plant | 1995 |
| 261 | Hu 2002 | Hu, J | Renal cell carcinoma and occupational exposure to chemicals in Canada | 2002 |
| 262 | Huebner 2004 | Huebner, WW | Mortality Updates (1970-1997) of Two Refinery/Petrochemical Plant Cohorts at Baton Rouge, Louisiana, and Baytown, Texas | 2004 |
| 263 | Jensen 1988 | Jensen, OM | The Copenhagen case-control study of renal pelvis and ureter cancer: Role of smoking and occupational exposure | 1988 |
| 264 | Karami 2012 | Karami, S | Occupational trichloroethylene exposure and kidney cancer risk: A meta-analysis | 2012 |

| | | | | |
|---|---|---|---|---|
| **Joint Appendix (Phase II Volume 5)** | | | | |
| Ex. | Short Cite | Author | Title | Date |
| 265 | Katz 1981 | katz and jowett | Female Laundry and Dry Cleaning Workers in Wisconsin: A Mortality Analysis | 1981 |
| 266 | Kelsh 2010 | Kelsh, MA | Occupational trichloroethylene exposure and kidney cancer: a meta-analysis | 2010 |
| 267 | Koh 2011 | Koh, DH et al | Lymphohematopoietic Cancer Mortality and Morbidity of Workers in a Refinery / Petrochemical Complex in Korea | 2011 |
| 268 | Lewis 2000 | Lewis, RJ | Mortality Among Three Refinery / Petrochemical Plant Cohorts I 1970 to 1982 Active/Terminated Workers | 2000 |
| 269 | Lewis 2003 | Lewis | Mortality and cancer morbidity in a cohort of Canadian petroleum workers | 2003 |
| 270 | Linet 2015 | Linet, MS et al | A retrospective cohort study of cause-specific mortality and incidence of hematopoietic malignancies in Chinese benzene-exposed workers | 2015 |
| 271 | Lipworth 2011 | Lipworth, L | Cancer mortality among aircraft manufacturing workers: An extended follow-up | 2011 |
| 272 | Lynge 1997 | Lynge, E | Risk of cancer and exposure to gasoline vapors | 1997 |
| 273 | Ma 2009 | ma j, et al | Diet, Lifestyle, and Acute Myeloid Leukemia in the NIH–AARP Cohort | 2009 |
| 274 | Mandel 1995 | Mandel, JS | International renal cell cancer study: IV. Occupation | 1995 |
| 275 | Mattioli 2002 | Mattioli, S | Occupational risk factors for renal cell cancer: A case-control study in northern Italy | 2002 |
| 276 | Mellemgaard 1994 | Mellemgaard, A | Occupational risk factors for renal-cell carcinoma in Denmark | 1994 |
| 277 | Michalek 2019 | Michalek, IM | Heavy metals, welding fumes, and other occupational exposures, and the risk of kidney cancer: A population-based nested case-control study in three Nordic countries | 2019 |

# Joint Appendix (Phase II Volume 5)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 278 | Moore 2010 | Moore, LE | Occupational trichloroethylene exposure and renal carcinoma risk: Evidence of genetic susceptibility by reductive metabolism gene variants | 2010 |
| 279 | Morgan 1998 | Morgan, RW | Mortality of aerospace workers exposed to trichloroethylene | 1998 |
| 280 | Mundt 2000 | Mundt, KA | Historical cohort studies of 10109 men in the North American vinyl chloride industry, 1942-1972: Update of cancer mortality to 31 December 1995 | 2000 |
| 281 | Mundt 2017 | Mundt, KA | Quantitative estimated exposure to vinyl chloride and risk of angiosarcoma of the liver and hepatocellular cancer in the US industry-wide vinyl chloride cohort: mortality update through 2013 | 2017 |
| 282 | Parker 1981 | Parker, GS | Woburn: Cancer Incidence and Environmental Hazards 1969 – 1978 | 1981 |
| 283 | Pesch 2000a | Pesch | Occupational risk factors for renal cell carcinoma: Agent-specific results from a case-control study in Germany | 2000 |
| 284 | Pesch 2000b | Pesch | Occupational risk factors for urothelial carcinoma: Agent-specific results from a case-control study in Germany | 2000 |
| 285 | Pukkala 1998 | Pukkala, E | Cancer Incidence Among Finnish Oil Refinery Workers, 1971-1994 | 1998 |
| 286 | Purdue 2017 | Purdue, MP | Occupational exposure to chlorinated solvents and kidney cancer: A case-control study | 2017 |
| 287 | Raaschou-Nielsen 2003 | Raaschou-Nielsen, O | Cancer risk among workers at Danish companies using trichloroethylene: A cohort study | 2003 |
| 288 | Radican 2008 | Radican, L | Mortality of Aircraft Maintenance Workers Exposed to Trichloroethylene and Other Hydrocarbons and Chemicals: Extended Follow-Up | 2008 |
| 289 | Ritz 1999 | Ritz, B | Cancer mortality among workers exposed to chemicals during uranium processing | 1999 |
| 290 | Ruder 1994 | Ruder, AM | Cancer mortality in female and male dry-cleaning workers | 1994 |