IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS
PHASE II (Volume 6)

# Joint Appendix (Phase II Volume 6)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE II Studies** | | | | |
| | **Epidemiological Studies (S-Z)** | | | |
| 291 | Saginala 2020 | Saginala et al | Epidemiology of Bladder Cancer | 2020 |
| 292 | Satin 1996 | Satin, KP | A 50-year mortality follow-up of a large cohort of oil refinery workers in Texas | 1996 |
| 293 | Savitz 2023 | David A Savitz and Stephen G Schwartz | Epidemiology and the Law (Juris Publishing, Inc) | 2023 |
| 294 | Schoenberg 1984 | Schoenberg, JB et al | Case-Control Study of Bladder Cancer in New Jersey: I. Occupational Exposures in White Males | 1984 |
| 295 | Sciannameo 2019 | Sciannameo, V et al | New insights on occupational exposure and bladder cancer risk: a pooled analysis of two Italian case-control studies | 2019 |
| 296 | Scott 2011 | Scott, CS | Trichloroethylene and cancer: Systematic and quantitative review of epidemiologic evidence for identifying hazards | 2011 |
| 297 | Selden 2011 | Selden, A and Ahlborg, G | Cancer morbidity in Swedish dry-cleaners and laundry workers: historically prospective cohort study | 2011 |
| 298 | Seyyedsalehi 2024 | Seyyedsalehi, MS | Occupational benzene exposure and risk of kidney and bladder cancers: A systematic review and meta-analysis | 2024 |
| 299 | Shannon 1988 | Shannon, HS et al | Cancer Morbidity in Lamp Manufacturing Workers | 1988 |
| 300 | Siemiatycki 1994 | Siemiatycki, J; Dewar, R; Nadon, L; Gerin, M | Occupational Risk Factors for Bladder Cancer: Results from a Case-Control Study in Montreal, Quebec, Canada | 1994 |
| 301 | Silver 2014 | Silver, SR | Retrospective cohort study of a microelectronics and business machine facility | 2014 |
| 302 | Silverman 1990 | Silverman, DT; Levin, LI; Hoover, RN | Occupational Risks of Bladder Cancer Among White Women in the United States | 1990 |
| 303 | Sinks 1992 | Sinks, T et al | Renal Cell Cancer among Paperboard Printing Workers | 1992 |

# Joint Appendix (Phase II Volume 6)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 304 | Sorahan 2002 | Sorahan, T | Mortality of United Kingdom oil refinery and petroleum distribution workers | 2002 |
| 305 | Sorahan 2005 | Sorahan, T | Cancer risks in a historical UK cohort of benzene exposed workers | 2005 |
| 306 | Steineck 1990a | Steineck, G et al | Increased Risk of Urothelial Cancer in Stockholm During 1985-87 After Exposure to Benzene and Exhausts | 1990a |
| 307 | Steineck 1990b | Steineck, G et al | Vitamin A Supplements, Fried Foods, Fat And Urothelial Cancer A Case-Referent Study In Stockholm In 1985-87 | 1990b |
| 308 | Sung 2007 | Sung, TI | Increased standardized incidence ratio of breast cancer in female electronics workers | 2007 |
| 309 | Swanson 1995 | Swanson, GM and Burns, PB | Cancer Incidence Among Women in the Workplace: A Study of the Association Between Occupation and Industry and 11 Cancer Sites | 1995 |
| 310 | Teschke 1997 | Teschke, K et al | Surveillance of nasal and bladder cancer to locate sources of exposure to occupational carcinogens | 1997 |
| 311 | Teta 1990 | Teta, MJ | Mortality surveillance in a large chemical company: The Union Carbide Corporation experience, 1974-1983 | 1990 |
| 312 | Travier 2002 | Travier, N et al | Cancer incidence of dry cleaning, laundry and ironing workers in Sweden | 2002 |
| 313 | Tsai 1993 | Tsai, SP | A cohort mortality study of two California refinery and petrochemical plants | 1993 |
| 314 | Tsai 1996 | Tsai, SP | Long-Term Follow-Up Mortality Study of Petroleum Refinery and Chemical Plant Employees | 1996 |
| 315 | Tsai 2003 | Tsai, SP | mortality and morbidity study of refinery and petrochemical employees in Louisiana California refinery and petrochemical plants | 2003 |
| 316 | Tsai 2007 | Tsai, SP | A 56-Year Mortality Follow-Up of Texas Petroleum Refinery and Chemical Employees, 1948-2003 | 2007 |

# Joint Appendix (Phase II Volume 6)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 317 | Vlaanderen 2013 | Vlaanderen, J | Occupational exposure to trichloroethylene and perchloroethylene and the risk of lymphoma, liver, and kidney cancer in four Nordic countries | 2013 |
| 318 | Wang 2023 | Wang, J; Ma, Y; Tang, L; Li, D; Xie, J; Sun, Y; Tian Y | Long-Term Exposure to Low Concentrations of Ambient Benzene and Mortality in a National English Cohort | 2023 |
| 319 | Wong 1987a | Wong, O | An industry wide mortality study of chemical workers occupationally exposed to benzene II Dose response analyses | 1987a |
| 320 | Wong 1987b | Wong, O | An industry wide mortality study of chemical workers occupationally exposed to benzene II Dose response analyses | 1987b |
| 321 | Wong 2001a | Wong, O | Updated mortality study of workers at a petroleum refinery in Torrance, California, 1959 to 1997 | 2001a |
| 322 | Wong 2001b | Wong, O | An updated mortality study of workers at a petroleum refinery in Beaumont, Texas, 1945 to 1996 | 2001b |
| 323 | Yu 2025 | Yu, K; Xiong, Y; Chen, R; Cai, J; Huang, Y; Kan, H | Long-term exposure to low-level ambient BTEX and site-specific cancer risk: A national cohort study in the UK Biobank | 2025 |
| 324 | Zhao 2005 | Zhao, Y | Estimated effects of solvents and mineral oils on cancer incidence and mortality in a cohort of aerospace workers | 2005 |
| 325 | Zheng 2002 | Zheng, T et al | Occupational and Bladder Cancer: A Population-Based, Case-Control Study in Iowa | 2002 |