IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS
PHASE III (Volume 1)

# Joint Appendix (Phase III Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE III** | | | | |
| | **Expert Disclosures & Reports** | | | |
| 326 | PLG Phase III 2d Am Exp Discl | PLG | PLG's Phase III Second Amended Expert Disclosure (March 31, 2025) | 3/31/2025 |
| 327 | PLG Phase III Rebuttal Exp Discl | PLG | PLG's Phase III Rebuttal Expert Disclosure (May 14, 2025) | 5/14/2025 |
| 328 | US Phase III Exp Discl | United States | USA's Phase III Expert Disclosure (April 8, 2025) | 4/8/2025 |
| | **Bladder Cancer** | | | |
| 329 | Bird SC Rep (Cagiano) | Steven B Bird | Bird - Specific Causation Report - Mark Cagiano | 2/7/2025 |
| 330 | Bird SC Am Rep (Cagiano) | Bird, Steven | Bird - Specific Causation Report - Mark Cagiano - 2 | 6/11/2025 |
| 331 | Bird SC Rep (Criswell) | Steven B Bird | Bird - Specific Causation Report - Mike Criswell | 2/7/2025 |
| 332 | Bird SC Am Rep (Criswell) | Bird, Steven | Bird - Specific Causation Report - Mike Criswell - 2 | 6/11/2025 |
| 333 | Bird SC Rep (Dyer) | Bird, Steven | Bird - Specific Causation Report - Terry Dyer - 3 | 6/11/2025 |
| 334 | Bird SC Am Rep (Dyer) | Steven B Bird | Bird - Specific Causation Report - Terry Dyer | 2/7/2025 |
| 335 | Bird SC Suppl Rep (Dyer) | Steven B Bird | Bird - Specific Causation Report - Terry Dyer 2 | 2/14/2025 |
| 336 | Bird SC Rep (Laramore) | Steven B Bird | Bird - Specific Causation Report - Jimmy Laramore | 2/7/2025 |
| 337 | Bird SC Am Rep (Laramore) | Bird, Steven | Bird - Specific Causation Report - Jimmy Laramore - 2 | 6/11/2025 |
| 338 | Bird SC Rep (Raymond) | Steven B Bird | Bird - Specific Causation Report - Edward Raymond | 2/7/2025 |
| 339 | Bird SC Am Rep (Raymond) | Bird, Steven | Bird - Specific Causation Report - Edward Raymond - 2 | 6/11/2025 |
| 340 | Bird SC Suppl MCL (Bladder) | Bird, Steven | Bird - Supplemental Materials Considered List to Bladder Cancer Plaintiffs | 7/16/2025 |
| 341 | Bivins Rep (Raymond) | Vincent Bivins | Specific Causation Expert Report for Edward Raymond | 2/7/2025 |
| 342 | Hatten SC Rep (Cagiano) | Benjamin Hatten | Re: Camp Lejeune (Cagiano) | 2/7/2025 |

# Joint Appendix (Phase III Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 343 | Hatten SC Rep (Criswell) | Benjamin Hatten | Re: Camp Lejeune (Criswell) | 2/7/2025 |
| 344 | Hatten SC Rep (Dyer) | Benjamin Hatten | Re: Camp Lejeune (Dyer) | 2/7/2025 |
| 345 | Hatten SC Rep (Laramore) | Benjamin Hatten | Re: Camp Lejeune (Laramore) | 2/7/2025 |
| 346 | Hatten SC Rep (Raymond) | Benjamin Hatten | Re: Camp Lejeune (Raymond) | 2/7/2025 |
| 347 | Longo Rep (Criswell) | Thomas Longo | Specific Causation Expert Report for Jefferson Criswell<br>Thomas Longo, MD | 2/7/2025 |
| 348 | Longo MCL (Criswell) | Thomas Longo | Materials Considered List (Criswell) | 2/14/2025 |
| 349 | Longo Rep (Dyer) | Thomas Longo | Specific Causation Expert Report for Terry Dyer<br>Thomas Longo, MD | 2/7/2025 |
| 350 | Longo MCL (Dyer) | Thomas Longo | Materials Considered List (Dyer) | 2/14/2025 |
| 351 | Longo Rebuttal | Thomas Longo | Rebuttal Expert Report<br>Thomas Longo, MD | 5/14/2025 |
| 352 | Longo 1st Suppl MCL | Thomas Longo | Supplemental Materials Considered List (Criswell & Dyer) | 6/9/2025 |
| 353 | Longo 2d Suppl MCL | Thomas Longo | Second Supplemental Materials Considered (Criswell & Dyer) | 6/13/2025 |
| 354 | Sfakianos Rep (Cagiano) | John Sfakianos | Specific Causation Expert Report for Mark Cagiano<br>John P Sfakianos, MD | 2/7/2025 |
| 355 | Sfakianos MCL (Cagiano) | John Sfakianos | Materials Considered List (Cagiano) | 2/14/2025 |
| 356 | Sfakianos MCL (Laramore) | John Sfakianos | Materials Considered List (Laramore) | 2/14/2025 |
| 357 | Sfakianos Rep (Laramore) | John Sfakianos | Specific Causation Expert Report for Jimmy Laramore<br>John P Sfakianos, MD | 2/7/2025 |
| 358 | Sfakianos Rebuttal | John Sfakianos | Rebuttal Expert Report<br>John Sfakianos, MD | 5/14/2025 |
| 359 | Sfakianos Suppl MCL | John Sfakianos | Supplemental Materials Considered List (Laramore & Cagiano) | 6/20/2025 |

# Joint Appendix (Phase III Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 360 | Kates Rep (Cagiano) | Max Kates | Re: Cagiano v United States, Case No:7:23-cv-00569<br>Request for Urologic Oncology Expert Review | 4/8/2025 |
| 361 | Kates Rep (Criswell) | Max Kates | Re: Criswell v United States, Case No: 7:23-cv-01482-BO<br>Request for Urologic Oncology Expert Revieiv | 4/8/2025 |
| 362 | Kates Rep (Dyer) | Max Kates | Re: Dyer v United States, Case No: 7:23-cv-00357<br>Request for Urologic Oncology Expert Review | 4/8/2025 |
| 363 | Kates Rep (Fiolek) | Max Kates | Re: Robert J Fiolek v United States, Case No: 7:23-cv-00062-D-BM Request for Urologic Oncology Expert Review | 4/8/2025 |
| 364 | Kates Rep (Laramore) | Max Kates | Re: Laramore v United States, Case No: 7:23-cv-00594 Request for Urologic Oncology Expert Review | 4/8/2025 |
| 365 | Kates Rep (Raymond) | Max Kates | Re: Raymond v United States, Case No: 7:23-cv-00546 Requst for Urologic Oncology Expert Review | 4/8/2025 |
| 366 | LaKind Rep (Cagiano) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Cagiano v United States | 4/8/2025 |
| 366 | LaKind Rep Att (Cagiano) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Cagiano v United States | 4/8/2025 |
| 367 | LaKind Rep (Criswell) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Criswell v United States | 4/8/2025 |
| 367 | LaKind Rep Att (Criswell) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Criswell v United States | 4/8/2025 |

# Joint Appendix (Phase III Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 368 | LaKind Rep (Dyer) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Dyer v United States | 4/8/2025 |
| 368 | LaKind Rep Att (Dyer) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Dyer v United States | 4/8/2025 |
| 369 | LaKind Rep (Laramore) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Laramore v United States | 4/8/2025 |
| 369 | LaKind Rep Att (Laramore) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Laramore v United States | 4/8/2025 |
| 370 | LaKind Rep (Raymond) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Raymond v United States | 4/8/2025 |
| 370 | LaKind Rep Att (Raymond) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Raymond v United States | 4/8/2025 |
| 371 | Bailey Rep (Cagiano) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Mark Cagiano v United States | 4/8/2025 |
| 372 | Miller SC Rep (Laramore) | Henry Miller | JIMMY LARAMORE EXPERT REPORT OF DR HENRY MILLER | 4/8/2025 |
| 373 | Bailey Rep (Carter) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD In the Case of: Frances Carter (as Representative of Ronald Carter) v United States | 4/8/2025 |
| 374 | Bailey Rep (Criswell) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD In the Case of: Jefferson Criswell v United States | 4/8/2025 |
| 375 | Bailey Rep (Dyer) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD In the Case of: Terry Dyer v United States | 4/8/2025 |

# Joint Appendix (Phase III Volume 1)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 376 | Bailey Rep (Laramore) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD In the Case of: Jimmy Laramore v United States | 4/8/2025 |
| 377 | Bailey Rep (Raymond) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD In the Case of: Edward Raymond v United States | 4/8/2025 |
| | | | | |
| | | | | |