IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS
PHASE III (Volume 2)

# Joint Appendix (Phase III Volume 2)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE III** | | | | |
| | **Expert Reports** | | | |
| | **Kidney Cancer** | | | |
| 378 | Allen Rep (Tukes) | Irving C Allen | Expert Report on the Review of Genetic Testing Records for Jacqueline Tukes - Renal Cell Carcinoma | 2/7/2025 |
| 379 | Allen Rebuttal (Tukes) | Irving C Allen | Response to "Expert Report on the Case of Jacqueline Y Tukes for the Department of Justice" prepared by Gail H Vance, MD, dated April 8, 2025 | 5/13/2025 |
| 380 | Allen MCL (Tukes) | Irving C Allen | Materials Considered List for Irving Allen (Tukes) | |
| 381 | Allen Suppl MCL | Irving C Allen | Supplemental Materials Considered List for Irving Allen (Kidney Cancer) | Undated |
| 382 | Cooper Rep (Mousser) | Matthew Cooper | Specific Causation Expert Report: Frank W Mousser | 2/2/2025 |
| 383 | Cooper Rep (Tukes) | Matthew Cooper | Specific Causation Expert Report: Jacqueline Tukes | 2/2/2025 |
| 384 | Del Pizzo Rep (Fancher) | Joseph Del Pizzo | Specific Causation Expert Report: David Fancher | 2/3/2025 |
| 385 | Del Pizzo Rep (Howard) | Joseph Del Pizzo | Specific Causation Expert Report: Allan Wayne Howard | 2/3/2025 |
| 386 | Del Pizzo Rep (Mousser) | Joseph Del Pizzo | Specific Causation Expert Report: Frank W Mousser | 2/2/2025 |
| 387 | Del Pizzo Suppl Rep (Mousser) | Joseph Del Pizzo | Specific Causation Expert Supplemental Report: Frank W Mousser | 4/8/2025 |
| 388 | Del Pizzo Rebuttal | Joseph Del Pizzo | Specific Causation Expert Supplemental Report | 5/14/2025 |
| 389 | Hoppe Rep (Howard) | Hoppe, Richard | Richard T Hoppe, MD, FACR, FASTRO, FARS (Howard) | 2/3/2025 |
| 390 | Hoppe MCL (Howard) | Hoppe, Richard | Materials Considered List for Richard T Hoppe's Report on Plaintiff Allan W Howard | 2/14/2025 |
| 391 | Hoppe 1st Suppl MCL (Howard) | Hoppe, Richard | Supplemental Materials Considered List - Dr Richard Hoppe | 5/29/2025 |
| 392 | Hoppe 2d Suppl MCL (Howard) | Hoppe, Richard | Additional Supplemental Materials Considered List - Dr Richard Hoppe | 7/24/2025 |

| Joint Appendix (Phase III Volume 2) | | | | |
|---|---|---|---|---|
| Ex. | Short Cite | Author | Title | Date |
| 393 | Josephson Rep (Howard) | David Josephson | SPECIFIC CAUSATION EXPERT WITNESS REPORT: ALLAN HOWARD | 2/7/2025 |
| 394 | Josephson Rep (Tukes) | David Josephson | SPECIFIC CAUSATION EXPERT WITNESS REPORT: JACQUELINE TUKES | 2/7/2025 |
| 395 | Lotan Rep (Downs) | Yair Lotan | Specific Causation Expert Report: David Downs | 2/6/2025 |
| 396 | Lotan MCL (Downs) | Yair Lotan | Materials Considered List (Downs) | 2/14/2025 |
| 397 | Lotan Rep (Fancher) | Yair Lotan | Specific Causation Expert Report: David Fancher | 2/5/2025 |
| 398 | Lotan MCL (Fancher) | Yair Lotan | Materials Considered List (Fancher) | 2/14/2025 |
| 399 | Lotan Rebuttal | Yair Lotan | Specific Causation Rebuttal Report | 5/14/2025 |
| 400 | Lotan 1st Suppl MCL | Yair Lotan | 1st Suppl Materials Considered List | 5/29/2025 |
| 401 | Lotan 2d Suppl MCL | Yair Lotan | 2nd Suppl Materials Considered List | 6/13/2025 |
| 402 | Mallon SC Rep (Downs) | Timothy M Mallon | Specific Causation Report of Timothy M Mallon, MD, MPH, MS For Mr David Downs | 2/7/2025 |
| 403 | Mallon SC MCL (Downs) | Timothy M Mallon | Specific Causation - Downs Materials Considered List | undated |
| 404 | Mallon SC Rep (Tukes) | Timothy M Mallon | Specific Causation Report of Timothy M Mallon, MD, MPH, MS For Ms Jacqueline Tukes | 2/7/2025 |
| 405 | Mallon SC MCL (Tukes) | Timothy M Mallon | Specific Causation - Tukes Materials Considered List | undated |
| 406 | Mallon SC 1st Suppl MCL (Kidney) | Timothy M Mallon | Specific Causation - 1st Supp Materials Considered List (Downs and Tukes) | undated |
| 407 | Mallon SC 2d Suppl MCL (Kidney) | Timothy M Mallon | Specific Causation - 2nd Supp Materials Considered List (Downs and Tukes) | undated |
| 408 | Mallon SC 3d Suppl MCL (Kidney) | Timothy M Mallon | Specific Causation - 3rd Supp Materials Considered List (Downs and Tukes) | undated |
| 409 | Mallon SC Rep Err | Timothy M Mallon | Errata to Phase 3 Expert Reports | 8/12/2025 |

# Joint Appendix (Phase III Volume 2)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 410 | Margulis Rep (Downs) | Vitaly Margulis | Specific Causation Expert Report: David Downs | 2/7/2025 |
| 411 | Smith Rep (Howard) | Armine Smith | Specific Causation Expert Report for Allan Howard | 2/7/2025 |
| 412 | Smith Rep (Mousser) | Armine Smith | Specific Causation Expert Report for Frank Mousser | 2/7/2025 |
| 413 | Smith Suppl Rep (Mousser) | Armine Smith | Supplemental Specific Causation Expert Report for Frank Mousser | |
| 414 | Smith Rep (Tukes) | Armine Smith | Specific Causation Expert Report for Patient Jacqueline Tukes | 2/7/2025 |
| 415 | Smith Rebuttal Rep | Armine Smith | Specific Causation Rebuttal Report | 2/7/2025 |
| 416 | Weiss Rep (Fancher) | Matthew Weiss | Specific Causation Expert Report for David Fancher | 2/5/2025 |
| 417 | Weiss MCL | Matthew Weiss | Materials Considered List | 2/14/2025 |
| 418 | LaKind Rep (Downs) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Downs v United States | 4/8/2025 |
| 419 | LaKind Rep (Fancher) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Fancher v United States | 4/8/2025 |
| 420 | LaKind Rep (Howard) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Howard v United States | 4/8/2025 |
| 421 | LaKind Rep (Mousser) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Mousser v United States | 4/8/2025 |
| 422 | LaKind Rep (Tukes) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Tukes v United States | 4/8/2025 |
| 423 | Bailey Rep (Downs) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD In the Case of: David Downs v United States | 4/8/2025 |

# Joint Appendix (Phase III Volume 2)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 424 | Bailey Rep (Fancher) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: David Fancher v United States | 4/8/2025 |
| 425 | Bailey Rep (Howard) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Allan Howard v United States | 4/8/2025 |
| 426 | Bailey Rep (Mousser) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Frank Mousser v United States | 4/8/2025 |
| 427 | Bailey Rep (Tukes) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Jacqueline Tukes v United States | 4/8/2025 |
| 428 | Johnstone Rep (Mousser) | Duncan Johnstone | Re: Frank Mousser | 4/7/2025 |
| 429 | Johnstone MCL (Mousser) | Duncan Johnstone | Materials Considered List (Mousser) | 4/15/2025 |
| 430 | Johnstone Rep (Tukes) | Duncan Johnstone | Re: Jacqueline J Tukes | 4/7/2025 |
| 431 | Johnstone MCL (Tukes) | Duncan Johnstone | Materials Considered List (Tukes) | 4/15/2025 |
| 432 | Stadler Rep (Downs) | Walter Stadler | Report of Walter Stadler, MD, FACP Downs v United States, 7:23-cv-01145 (EDNC) | 4/8/2025 |
| 433 | Stadler MCL (Downs) | Walter Stadler | Materials Considered List (Downs) | 4/15/2025 |
| 434 | Stadler Rep (Fancher) | Walter Stadler | Report of Walter Stadler, MD, FACP Fancher v United States, 7:23-cv-00275 (EDNC) | 4/8/2025 |
| 435 | Stadler MCL (Fancher) | Walter Stadler | Materials Considered List (Fancher) | 4/15/2025 |
| 436 | Stadler Rep (Howard) | Walter Stadler | Report of Walter Stadler, MD, FACP<br>Howard v United States, 7:23-cv-00490 (EDNC) | 4/8/2025 |
| 437 | Stadler MCL (Howard) | Walter Stadler | Materials Considered List (Howard) | 4/15/2025 |

# Joint Appendix (Phase III Volume 2)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 438 | Stadler Rep (Mousser) | Walter Stadler | Report of Walter Stadler, MD, FACP<br>Mousser v United States, 7:23-cv-00667 (EDNC) | 4/8/2025 |
| 439 | Stadler Suppl Rep (Mousser) | Walter Stadler | Mousser v United States, 7:23-cv-06667 (EDNC) | 5/15/2025 |
| 440 | Stadler MCL (Mousser) | Walter Stadler | Materials Considered List (Mousser) | 4/15/2025 |
| 441 | Stadler Rep (Tukes) | Walter Stadler | Report of Walter Stadler, MD, FACP<br>Tukes v United States, 7:23-cv-01553 (EDNC) | 4/8/2025 |
| 442 | Stadler MCL (Tukes) | Walter Stadler | Materials Considered List (Tukes) | 4/15/2025 |
| 443 | Stadler Suppl MCL | Walter Stadler | 1st Suppl Materials Considered List | 7/9/2025 |
| 444 | Vance Rep (Tukes) | Gail Vance | EXPERT REPORT ON THE CASE OF JACQUELINE Y TUKES FOR THE DEPARTMENT OF JUSTICE GAIL H VANCE, MD | 4/8/2025 |
| 445 | Vance MCL (Tukes) | Gail Vance | Materials Considered List (Tukes) | 4/15/2025 |
| 446 | Vance Suppl MCL (Tukes) | Gail Vance | 1st Suppl Materials Considered List | 7/2/2025 |
| 447 | Miller SC Rep (Mousser) | Henry Miller | FRANK MOUSSER V UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DR HENRY MILLER | 4/8/2025 |
| 448 | Miller SC Suppl Rep (Mousser) | Henry Miller | FRANK MOUSSER V UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION AMENDED EXPERT REPORT OF DR HENRY MILLER | 6/2/2025 |

# Joint Appendix (Phase III Volume 2)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 449 | Miller SC Rep (Tukes) | Henry Miller | JACQUELINE TUKES V UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DR HENRY MILLER | 4/8/2025 |