IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

INDEX OF EXHIBITS
PHASE III (Volume 3)

**This Document Relates To:**

ALL CASES

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **Joint Appendix (Phase III Volume 3)** | | | | |
| **PHASE III** | | | | |
| | **Expert Reports** | | | |
| | **Leukemia** | | | |
| 450 | Felsher SC Rep (Hill) | Dean W Felsher | Specific Causation on Expert Report of Dean W Felsher, MD, PhD | 2/7/2025 |
| 451 | Felsher Am SC Rep (Hill) | Dean W Felsher | Specific Causation on Amended Expert Report of Dean W Felsher, MD, PhD | 7/1/2025 |
| 452 | Felsher 1st Suppl MCL (Hill) | Dean W Felsher | Supplemental Materials Considered List (Hill) | |
| 453 | Felsher 2d Suppl MCL (Hill) | Dean W Felsher | Supplemental Materials Considered List (Hill) | |
| 454 | Felsher 3d Suppl MCL (Hill) | Dean W Felsher | Supplemental Materials Considered List (Hill) | |
| 455 | Gondek SC Rep (Amsler) | Gondek, Lukasz | Gondek - Specific Causation Report - Karen Amsler | 2/7/2025 |
| 456 | Gondek SC Rep (Connard) | Gondek, Lukasz | Gondek - Specific Causation Report - Stephen Connard | 2/7/2025 |
| 457 | Gondek SC Suppl MCL (Connard) | Gondek, Lukasz | Gondek - Specific Causation Supplemental Materials Considered List - Stephen Connard | 2/14/2025 |
| 458 | Gondek SC Suppl MCL (Amsler) | Gondek, Lukasz | Gondek - Specific Causation Supplemental Materials Considered List - Karen Amsler | 2/14/2025 |
| 459 | Laber Rep (Fiolek) | Damian Laber | Specific Causation Expert Report of Damian A Laber, MD, FACP (Fiolek) | 2/7/2025 |
| 460 | Laber Suppl MCL (Fiolek) | Damian Laber | Dr Damian Laber - Additional Materials Considered February 2025 Specific Causation Expert Report of Damian A Laber, MD, FACP [Robert Fiolek - Leukemia - Case No 7:23-cv-00062] | 7/3/2025 |
| 461 | Laber Rep (Gleesing) | Damian Laber | Specific Causation Expert Report of Damian A Laber, MD, FACP (Gleesing) | 2/7/2025 |

# Joint Appendix (Phase III Volume 3)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 462 | Laber Suppl MCL (Gleesing) | Damian Laber | Dr Damian Laber - Additional Materials Considered February 2025 Specific Causation Expert Report of Damian A Laber, MD, FACP [Joseph Gleesing - Leukemia - Case No 7:23-cv-01486] | 7/3/2025 |
| 463 | LaKind Rep (Amsler) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Amsler v United States | 4/8/2025 |
| 464 | LaKind Rep (Connard) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Connard v United States | 4/8/2025 |
| 465 | LaKind Rep (Fiolek) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Fiolek v United States | 4/8/2025 |
| 466 | LaKind Rep (Gleesing) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Gleesing v United States | 4/8/2025 |
| 467 | LaKind Rep (Hill) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Hill v United States | 4/8/2025 |
| 468 | Bailey Rep (Amsler) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD In the Case of: Karen Amsler v United States | 4/8/2025 |
| 469 | Bailey Rep (Connard) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD In the Case of: Vivian Connard (as Representative of Stephen Connard) v United States | 4/8/2025 |
| 470 | Bailey Rep (Fiolek) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD In the Case of: Robert Fiolek v United States | 4/8/2025 |

# Joint Appendix (Phase III Volume 3)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 471 | Bailey Rep (Gleesing) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Joseph Gleesing v United States | 4/8/2025 |
| 472 | Bailey Rep (Hill) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Bruce Hill v United States | 4/8/2025 |
| 473 | Erba Rep (Amsler) | Erba, Harry | Erba - Specific Causation Report - Karen Amsler | 4/8/2025 |
| 474 | Erba Rep (Connard) | Erba, Harry | Erba - Specific Causation Report - Stephen Connard | 4/8/2025 |
| 475 | Erba Rep (Fiolek) | Erba, Harry | Erba - Specific Causation Report - Robert Fiolek | 4/8/2025 |
| 476 | Erba Rep (Gleesing) | Erba, Harry | Erba - Specific Causation Report - Joseph Gleesing | 4/8/2025 |
| 477 | Erba Rep (Hill) | Erba, Harry | Erba - Specific Causation Report - Bruce Hill | 4/8/2025 |
| 478 | Erba 1st Suppl MCL | Erba, Harry | Erba - Supplemental Materials Considered List to Leukemia Plaintiffs - 1 | 4/16/2025 |
| 479 | Erba 2d Suppl MCL | Erba, Harry | Erba - Supplemental Materials Considered List to Leukemia Plaintiffs - 2 | 7/14/2025 |
| 480 | Erba 3d Suppl MCL | Erba, Harry | Erba - Supplemental Materials Considered List to Leukemia Plaintiffs - 3 | 7/21/2025 |
| 481 | Miller SC Rep (Hill) | Henry Miller | BRUCE HILL V UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DR HENRY MILLER | 4/8/2025 |
|  | **NHL** |  |  |  |
| 482 | Felsher SC Rep (Keller) | Dean W Felsher | Specific Causation Expert Report of Dean W Felsher, MD, PhD: Scott Richard Keller v United States of America<br>US District Court for Eastern District of NC, Southern Division Case No 7:23-cv-01501 | 2/7/2025 |

# Joint Appendix (Phase III Volume 3)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 483 | Felsher 1st Suppl MCL (Keller) | Dean W Felsher | Supplemental Materials Considered List (Keller) | |
| 484 | Felsher 2d Suppl MCL (Keller) | Dean W Felsher | Supplemental Materials Considered List (Keller) | |
| 485 | Felsher 3d Suppl MCL (Keller) | Dean W Felsher | Supplemental Materials Considered List (Keller) | |
| 486 | Hoppe Rep (Davis) | Hoppe, Richard | Specific Causation Expert Report of Richard T Hoppe, MD, FACR, FASTRO, FARS Cometto J Davis v United States of America US District Court for Eastern District of NC, Southern Division Case No 7:23-cv-00043 | 2/6/2025 |
| 487 | Hoppe MCL (Davis) | Hoppe, Richard | Additional Materials Considered - Expert Report of Richard T Hoppe (Davis) | 2/14/2025 |
| 488 | Hoppe 1st Suppl MCL (Davis) | Hoppe, Richard | First Supplemental Materials Considered List - Expert Report of Richard T Hoppe (Davis) | 6/3/2025 |
| 489 | Hoppe 2d Suppl MCL (Davis) | Hoppe, Richard | Second Supplemental Materials Considered List - Expert Report of Richard T Hoppe (Davis) | 7/24/2025 |
| 490 | Hu SC Rep (Carter) | Howard Hu | Specific Causation Expert Report of Howard Hu, MD, MPH, ScD Frances Carter (for the Estate of Ronald Lee Carter) v United States of America US District Court for Eastern District of NC, Southern Division Case No 7:23-cv-01565 | 2/7/2025 |
| 491 | Hu SC 1st Suppl MCL (Carter) | Howard Hu | NHL - SC Expert Report of Howard Hu - Additional Materials Considered - Ronald Carter | 2/14/2025 |
| 492 | Hu SC 2d Suppl MCL (Carter) | Howard Hu | Howard Hu - 4-24-2025 Supplemental Materials Considered List to SC Carter NHL Report | 4/24/2025 |

| | | | | |
|---|---|---|---|---|
| **Joint Appendix (Phase III Volume 3)** | | | | |
| Ex. | Short Cite | Author | Title | Date |
| 493 | Hu SC 3d Suppl MCL (Carter) | Howard Hu | Howard Hu - 4-29-2025 Supplemental Materials Considered List to SC Carter NHL Report | 4/29/2025 |
| 494 | Hu SC Rebuttal Ambinder (Carter) | Howard Hu | Rebuttal to Report of Dr Richard F Ambinder re: Ronald Lee Carter | 5/16/2025 |
| 495 | Hu SC Rebuttal Bailey (Carter) | Howard Hu | Rebuttal to Report of Dr Lisa A Bailey re: Ronald Lee Carter | 5/16/2025 |
| 496 | Hu SC Rep (Kidd) | Howard Hu | Specific Causation Expert Report of Howard Hu, MD, MPH, ScD Robert Kidd v United States of America US District Court for Eastern District of NC, Southern Division Case No 7:23-cv-01489 | 2/7/2025 |
| 497 | Hu SC 1st Suppl MCL (Kidd) | Howard Hu | NHL - SC Expert Report of Howard Hu - Additional Materials Considered - Robert Kidd | 2/14/2025 |
| 498 | Hu SC 2d Suppl MCL (Kidd) | Howard Hu | Howard Hu - 4-24-2025 Supplemental Materials Considered List to SC Kidd NHL Report | 4/24/2025 |
| 499 | Hu SC 3d Suppl MCL (Kidd) | Howard Hu | Howard Hu - 4-29-2025 Supplemental Materials Considered List to SC Kidd NHL Report | 4/29/2025 |
| 500 | Hu SC Rebuttal Ambinder (Kidd) | Howard Hu | Rebuttal to Report of Dr Richard F Ambinder re: Robert Arnold Kidd | 5/16/2025 |
| 501 | Hu SC Rebuttal Bailey (Kidd) | Howard Hu | Rebuttal to Report of Dr Lisa A Bailey re: Robert Arnold Kidd | 5/16/2025 |

# Joint Appendix (Phase III Volume 3)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 502 | Michaels Rep (Vidana) | Paul J Michaels | Specific Causation Expert Report of<br>Paul J Michaels, MD<br>Jose Vidana v United States of America<br>US District Court for Eastern District of NC, Southern Division<br>Case No 7:23-CV-01575 | 2/7/2025 |
| 503 | Michaels MCL (Vidana) | Paul J Michaels | Additional Materials Considered - Expert Report of Paul J Michaels (Vidana) | 2/14/2025 |
| 504 | Michaels 1st Suppl MCL (Vidana) | Paul J Michaels | First Supplemental Materials Considered List - Expert Report of Paul J Michaels (Vidana) | 4/24/2025 |
| 505 | Michaels 2d Suppl MCL (Vidana) | Paul J Michaels | Second Supplemental Materials Considered List - Expert Report of Paul J Michaels (Vidana) | 7/30/2025 |
| 506 | LaKind Rep (Carter) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Carter v United States | 4/8/2025 |
| 507 | LaKind Rep (Davis) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Davis v United States | 4/8/2025 |
| 508 | LaKind Rep (Keller) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Keller v United States | 4/8/2025 |
| 509 | LaKind Rep (Kidd) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Kidd v United States | 4/8/2025 |
| 510 | LaKind Rep (Vidana) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Vidana v United States | 4/8/2025 |
| 511 | Bailey Rep (Davis) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Cometto Davis v United States | 4/8/2025 |

# Joint Appendix (Phase III Volume 3)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 512 | Bailey Rep (Keller) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Scott Keller v United States | 4/8/2025 |
| 513 | Bailey Rep (Kidd) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Robert Kidd v United States | 4/8/2025 |
| 514 | Bailey Rep (Vidana) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Jose Vidana v United States | 4/8/2025 |
| 515 | Ambinder Rep (Carter) | Richard Ambinder | Expert Report of Richard F Ambinder, MD, PhD: Estate of Ronald Carter v United States, No. 7:23-cv-01565 | 4/8/2025 |
| 516 | Ambinder Rep (Davis) | Richard Ambinder | Expert Report of Richard F Ambinder, MD, PhD: Cometto Davis v United States, No. 7:23-cv-00043 | 4/8/2025 |
| 517 | Ambinder Rep (Howard) | Richard Ambinder | Expert Report of Richard F Ambinder, MD, PhD: Allan Howard v United States, No. 7:23-cv-00490 | 4/8/2025 |
| 518 | Ambinder Rep (Keller) | Richard Ambinder | Expert Report of Richard F Ambinder, MD, PhD: Scott Keller v United States, No. 7:23-cv-01501 | 4/8/2025 |
| 519 | Ambinder Rep (Kidd) | Richard Ambinder | Expert Report of Richard F Ambinder, MD, PhD: Robert Kidd v United States, No. 7:23-cv-01489 | 4/8/2025 |
| 520 | Ambinder Rep (Vidana) | Richard Ambinder | Expert Report of Richard F Ambinder, MD, PhD: Jose Vidana v United States, No. 7:23-cv-01575 | 4/8/2025 |
| 521 | Ambinder MCL Pt A | Richard Ambinder | Materials Considered List Attachment A | 4/8/2025 |
| 522 | Ambinder MCL Pt B | Richard Ambinder | Materials Considered List Attachment B | 4/8/2025 |
| 523 | Ambinder Suppl MCL | Richard Ambinder | Supplemental Materials Considered List | |

# Joint Appendix (Phase III Volume 3)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 524 | D'Alessio Rep (Keller) | David D'Alessio | Expert Report of David A D'Alessio, MD<br>Scott Keller v United States<br>7:23-cv-01501<br>United States District Court for the Eastern District of North Carolina | 4/8/2025 |