IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS
PHASE III (Volume 4)

# Joint Appendix (Phase III Volume 4)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE III** | | | | |
| | **Expert Reports** | | | |
| | **PD** | | | |
| 525 | Andruska Rep (Rothchild) | Kristin Andruska | Expert Report of Kristin Andruska, MD, PhD: Rothchild v United States, No. 7:23-cv-00858-D-KS | 2/6/2025 |
| 526 | Andruska 1st Suppl MCL | Kristin Andruska | Amended Materials Considered List of Kristin Andruska, MD, PhD | 2/14/2025 |
| 527 | Andruska 2d Suppl MCL | Kristin Andruska | Supplemental Materials Considered List of Kristin Andruska, MD, PhD | 7/7/2025 |
| 528 | Barbano Rep (McElhiney) | Richard Barbano | Expert Witness Report: Gary McElhiney | 2/7/2025 |
| 529 | Barbano Rep (Peterson) | Richard Barbano | Expert Witness Report: Edgar Peterson IV | 2/7/2025 |
| 530 | Barbano 1st Suppl MCL | Richard Barbano | Supplemental Materials Considered | 5/6/2025 |
| 531 | Barbano 2d Suppl MCL | Richard Barbano | Second Supplemental Materials Considered | 5/29/2025 |
| 532 | Barbano 3d Suppl MCL | Richard Barbano | Third Supplemental Materials Considered | 6/23/2025 |
| 533 | Schwarz Rep (Sparks) | Heidi Schwarz | Dr Heidi Schwarz Specific Causation Expert Report re Richard Sparks | 2/5/2025 |
| 534 | Schwarz Rep (Welch) | Heidi Schwarz | Dr Heidi Schwarz Specific Causation Expert Report re Robert Welch | 2/5/2025 |
| 535 | Schwarz MCL | Heidi Schwarz | Materials Considered List | 2/14/2025 |
| 536 | Schwarz 1st Suppl MCL | Heidi Schwarz | Supplemental Materials Considered List | 5/6/2025 |
| 537 | Schwarz 2d Suppl MCL | Heidi Schwarz | Second Supplemental Materials Considered List | 6/23/2025 |
| 538 | LaKind Rep (McElhiney) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of McElhiney v United States | 4/8/2025 |
| 539 | LaKind Rep (Peterson) | Judy LaKind | Expert Report of Judy S LaKind, PhD In the Matter of Peterson v United States | 4/8/2025 |

# Joint Appendix (Phase III Volume 4)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 540 | LaKind Rep (Rothchild) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Rothchild v United States | 4/8/2025 |
| 541 | LaKind Rep (Sparks) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Sparks v United States | 4/8/2025 |
| 542 | LaKind Rep (Welch) | Judy LaKind | Expert Report of Judy S LaKind, PhD<br>In the Matter of Welch v United States | 4/8/2025 |
| 543 | Bailey Rep (McElhiney) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Gary McElhiney v United States | 4/8/2025 |
| 544 | Bailey Rep (Peterson) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Edgar Peterson v United States | 4/8/2025 |
| 545 | Bailey Rep (Rothchild) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Diane Rothchild v United States | 4/8/2025 |
| 546 | Bailey Rep (Sparks) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Richard Sparks v United States | 4/8/2025 |
| 547 | Bailey Rep (Welch) | Lisa Bailey | Expert Report of Lisa A Bailey, PhD<br>In the Case of: Robert Welch v United States | 4/8/2025 |
| 548 | Gollomp Rep (Rothchild) | Stephen Gollomp | Expert Report of Stephen M Gollomp, MD<br>DIANE ROTHCHILD v UNITED STATES OF AMERICA<br>Case No 7:23-CV-00858 | 5/8/2025 |
| 549 | Gollomp Rep (Welch) | Stephen Gollomp | Expert Report of Stephen M Gollomp, MD<br>ROBERT WELCH v UNITED STATES OF AMERICA<br>Case No 7:23-CV-01503 | 5/8/2025 |

# Joint Appendix (Phase III Volume 4)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 550 | Young Rep (McElhiney) | Michael Young | Expert Report of Michael Young, MD, MPhil<br>In the Case of: Gary L McElhiney v United States, Case No 7:23-cv-01368 | 5/8/2025 |
| 551 | Young MCL (McElhiney) | Michael Young | Materials Considered List of Michael Young, MD, MPhil<br>In the Case of: Gary L McElhiney v United States, Case No 7:23-cv-01368 | 5/15/2025 |
| 552 | Young Suppl MCL (McElhiney) | Michael Young | Supplemental Materials Considered List of Michael Young, MD, MPhil<br>In the Case of: Gary L McElhiney v United States, Case No 7:23-cv-01368 | 7/17/2025 |
| 553 | Young Rep (Peterson) | Michael Young | Expert Report of Michael Young, MD, MPhil<br>In the Case of: Edgar A Peterson, IV, v United States, Case No 7:23-cv-01576 | 5/8/2025 |
| 554 | Young MCL (Peterson) | Michael Young | Materials Considered List of Michael Young, MD, MPhil<br>In the Case of: Edgar A Peterson, IV, v United States, Case No 7:23-cv-01576 | 5/15/2025 |
| 555 | Young Suppl MCL (Peterson) | Michael Young | Supplemental Materials Considered List of Michael Young, MD, MPhil<br>In the Case of: Edgar A Peterson, IV, v United States, Case No 7:23-cv-01576 | 7/17/2025 |
| 556 | Young Rep (Sparks) | Michael Young | Expert Report of Michael Young, MD, MPhil<br>In the Case of Richard Sparks v United States, 7:23-cv-00682 | 5/8/2025 |
| 557 | Young MCL (Sparks) | Michael Young | Materials Considered List of Michael Young, MD, MPhil<br>In the Case of: Richard Sparks v United States, 7:23-cv-00682 | 5/15/2025 |

# Joint Appendix (Phase III Volume 4)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 558 | Young Suppl MCL (Sparks) | Michael Young | Supplemental Materials Considered List of Michael Young, MD, MPhil<br>In the Case of: Richard Sparks v United States, 7:23-cv-00682 | 7/17/2025 |
| 559 | Brod Rep (McElhiney) | Andrew Brod | Expert Report of Andrew Brod, PhD<br>In the matter of Gary Layne McElhiney, Sr v United States of America<br>Case No 7:23-CV-01368-BO | 5/8/2025 |
| 560 | Brod Rep (Peterson) | Andrew Brod | Expert Report of Andrew Brod, PhD<br>In the matter of Edgar Allen Peterson, IV v United States of America<br>Case No 7:23-CV-01576 | 5/8/2025 |
| 561 | Brod Rep (Rothchild) | Andrew Brod | Expert Report of Andrew Brod, PhD<br>In the matter of Diane L Rothchild v United States of America<br>Case No 7:23-CV-00858 | 5/8/2025 |
| 562 | Brod Rep (Sparks) | Andrew Brod | Expert Report of Andrew Brod, PhD<br>In the matter of Richard Sparks v United States of America<br>Case No 7:23-CV-00682 | 5/8/2025 |
| 563 | Brod Rep (Welch) | Andrew Brod | Expert Report of Andrew Brod, PhD<br>In the matter of Robert Welch v United States of America<br>Case No 7:23-CV-01503 | 5/8/2025 |
| 564 | Miller SC Rep (McElhiney) | Henry Miller | GARY MCELHINEY V UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>EXPERT REPORT OF DR HENRY MILLER | 5/8/2025 |

| Joint Appendix (Phase III Volume 4) | | | | |
|---|---|---|---|---|
| Ex. | Short Cite | Author | Title | Date |
| 565 | Miller SC Rep (Peterson) | Henry Miller | EDGAR PETERSON V UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DR HENRY MILLER | 5/8/2025 |
| 566 | Miller SC Rep (Rothchild) | Henry Miller | DIANE ROTHCHILD V UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DR HENRY MILLER | 5/8/2025 |
| 567 | Miller SC Rep (Sparks) | Henry Miller | RICHARD SPARKS V UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DR HENRY MILLER | 5/8/2025 |
| 568 | Miller SC Rep (Welch) | Henry Miller | ROBERT WELCH V UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DR HENRY MILLER | 5/8/2025 |