IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

**This Document Relates To:**

ALL CASES

INDEX OF EXHIBITS
PHASE III (Volume 5)

# Joint Appendix (Phase III Volume 5)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **PHASE III** | | | | |
| | **Expert Reports** | | | |
| | **Multiple Diseases** | | | |
| 569 | Reynolds Rep | Kelly Reynolds | Cumulative Exposure Expert Report<br>Kelly A Reynolds, MSPH, PhD | 2/7/2025 |
| 570 | Reynolds 1st Suppl MCL | Kelly Reynolds | Supplemental Materials Considered | |
| 571 | Reynolds 2d Suppl MCL | Kelly Reynolds | Second Supplemental Materials Considered | |
| 572 | Reynolds Rep Err (Cagiano) | Kelly Reynolds | ERRATA – February 7, 2025 Expert Report of Kelly A Reynolds, PhD<br>Appendix 1, Mark Cagiano Calculations, Chart 3 and Exposure Data Summary | undated |
| 573 | Reynolds Appx (Dyer) | Kelly Reynolds | (Corrected) Appendix 3 Terry F Dyer (Bladder Cancer) | undated |
| 574 | Reynolds Appx (Connard) | Kelly Reynolds | (Corrected) Appendix 12 Vivian Connard: For Estate of Stephen Matthew Connard (Leukemia) | undated |
| 575 | Reynolds Appx (Hill) | Kelly Reynolds | (Corrected) Appendix 15 Bruce Wayne Hill (Leukemia) | undated |
| 576 | Schuhmann Rebuttal (Bailey) | Richard J Schuhmann | Rebuttal Report by Richard J Schuhmann, PhD: Observations regarding expert reports of Lisa A Bailey, PhD | 5/13/2025 |
| 577 | Schuhmann Rebuttal (LaKind) | Richard J Schuhmann | Rebuttal Report by Richard J Schuhmann, PhD: Observations regarding the expert reports of Judy S LaKind, PhD | 5/13/2025 |
| 578 | LaKind Rep Err | Judy LaKind | Errata - Expert Report of Judy S LaKind, PhD | |
| 579 | LaKind Suppl Rep | Judy LaKind | Supplemental Report | |
| 580 | LaKind Suppl MCL | Judy LaKind | Supplemental Materials Considered List | |