IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

**This Document Relates To:**

ALL CASES

INDEX OF EXHIBITS
PHASE III (Volume 6)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| **Joint Appendix (Phase III Volume 6)** | | | | |
| **PHASE III** | | | | |
| | **Depositions** | | | |
| 581 | Bird SC Dep Tr | Bird, Steven | Bird - Specific Causation Deposition Transcript | 7/18/2025 |
| 582 | Bivins Dep Tr | Vincent Bivins | Deposition Transcript | 6/27/2025 |
| 583 | Hatten SC Dep Tr | Benjamin Hatten | Deposition Transcript | 7/7/2025 |
| 584 | Longo Dep Tr | Thomas Longo | Deposition Transcript | 6/16/2025 |
| 585 | Sfakianos Dep Tr | John Sfakianos | Deposition Transcript | 7/2/2025 |
| 586 | Kates Dep Tr | Max Kates | Deposition Transcript | 7/11/2025 |
| 587 | Allen Dep Tr | Irving C Allen | Deposition Transcript | 6/17/2025 |
| 588 | Cooper Dep Tr | Matthew Cooper | Deposition Transcript | 7/10/2025 |
| 589 | Del Pizzo Dep Tr | Joseph Del Pizzo | Deposition Transcript | 7/30/2025 |
| 590 | Hoppe Dep Tr | Hoppe, Richard | Deposition Transcript | 6/9/2025 |
| 591 | Hoppe Dep Err | Hoppe, Richard | 6/9/2025 Deposition Errata | |
| 592 | Josephson Dep Tr | David Josephson | Deposition Transcript | 6/18/2025 |
| 593 | Lotan Dep Tr | Yair Lotan | Deposition Transcript | 7/14/2025 |
| 594 | Mallon SC Dep Tr | Timothy M Mallon | Deposition Transcript | 6/24/2025 |
| 595 | Margulis Dep Tr | Vitaly Margulis | Deposition Transcript | 7/11/2025 |
| 596 | Michaels Dep Tr | Paul Michaels | Deposition Transcript | 8/6/2025 |
| 597 | Smith Dep Tr | Armine Smith | Deposition Transcript | 7/2/2025 |
| 598 | Weiss Dep Tr | Matthew Weiss | Deposition Transcript | 6/30/2025 |
| 599 | Johnstone Dep Tr | Duncan Johnstone | Deposition Transcript | 6/20/2025 |
| 600 | Stadler Dep Tr | Walter Stadler | Deposition Transcript | 7/16/2025 |
| 601 | Vance Dep Tr | Gail Vance | Deposition Transcript | 7/8/2025 |
| 602 | Hu SC Dep Tr | Howard Hu | Deposition Transcript - Specific Causation | 7/23/2025 |
| 603 | Gondek SC Dep Tr | Gondek, Lukasz | Gondek - Specific Causation Deposition Transcript | 6/12/2025 |

# Joint Appendix (Phase III Volume 6)

| Ex. | Short Cite | Author | Title | Date |
|---|---|---|---|---|
| 604 | Gondek SC Dep Err | Gondek, Lukasz | Gondek - Specific Causation Deposition Errata | 7/23/2025 |
| 605 | D'Alessio Dep Tr | David D'Alessio | Deposition Transcript | 6/25/2025 |
| 606 | Felsher SC Dep Tr | Dean W Felsher | Deposition Transcript | 7/10/2025 |
| 607 | Laber Dep Tr | Damian Laber | Deposition Transcript | 7/9/2025 |
| 608 | Erba Dep Tr | Erba, Harry | Erba - Specific Causation Deposition Transcript | 7/23/2025 |
| 609 | Andruska Dep Tr | Kristin Andruska | Deposition Transcript of Kristin Andruska MD PhD | 7/8/2025 |
| 610 | Barbano Dep Tr | Richard Barbano | Deposition Transcript | 6/30/2025 |
| 611 | Schwarz Dep Tr | Heidi Schwarz | Deposition Transcript | 7/1/2025 |
| 612 | Young Dep Tr | Michael Young | Deposition Transcript | 7/24/2025 |
| 613 | Reynolds Dep Tr | Kelly Reynolds | Deposition Transcript | 6/25/2025 |
| 614 | Gollomp Dep Tr | Stephen Gollomp | Deposition Transcript | 7/25/2025 |
| 615 | Reynolds 2d Dep Tr | Kelly Reynolds | Deposition Transcript | 8/12/2025 |
| 616 | Reynolds Dep Err | Kelly Reynolds | Deposition Errata | 8/15/2025 |
| 617 | LaKind Dep Tr | Judy LaKind | Deposition Transcript | 7/17/2025 |
| 618 | Bailey Dep Tr | Lisa Bailey | Deposition Transcript | 7/9/2025 |
| 619 | Bailey Dep Err | Lisa Bailey | Deposition Errata | 8/14/2025 |