IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

*Gary Layne McElhiney, Sr.
and Simmone McElhiney v.
United States of America,*
Case No. 7:23-cv-1368

THE UNITED STATES' PARTIAL
MOTION TO DISMISS OR MOTION FOR
PARTIAL SUMMARY JUDGMENT
REGARDING SIMMONE MCELHINEY'S
LOSS OF CONSORTIUM CLAIM

Pursuant to Federal Rule of Civil Procedure 56(c), the United States submits this Partial Motion to Dismiss or Motion for Partial Summary Judgment on Plaintiff Simmone McElhiney's loss of consortium claim. As set forth in the accompanying memorandum of law, Mrs. McElhiney lacks standing to bring such claim under the Camp Lejeune Justice Act of 2022 because she fails to, and cannot, allege that she resided, worked, or was otherwise exposed to water at Camp Lejeune between August 1, 1953 and December 31, 1987. Accordingly, the United States respectfully requests that the Court grant its Partial Motion to Dismiss or, in the alternative, Motion for Partial Summary Judgment, and dismiss Mrs. McElhiney's claim.

Dated: September 9, 2025					Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

HAROON ANWAR
SARA J. MIRSKY
Acting Assistant Directors
Camp Lejeune Justice Act Section

*/s/ Jennifer E. Adams*
JENNIFER E. ADAMS
Virginia Bar No. 80149
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
(202) 702-4998
jennifer.e.adams@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Counsel for Defendant,*
*United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

                                    /s/ Jennifer E. Adams
                                    JENNIFER E. ADAMS