IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | **UNITED STATES' MOTION TO** |
| ) | **EXCLUDE CERTAIN PLAINTIFFS'** |
| CAMP LEJEUNE WATER LITIGATION ) | **GENERAL CAUSATION EXPERTS'** |
| ) | **TESTIMONY UTILIZING THE "AT** |
| This Document Relates To: ) | **LEAST AS LIKELY AS NOT"** |
| ) | **STANDARD** |
| ALL CASES | |

Pursuant to Federal Rules of Evidence 702 and 704, the United States submits this Motion to Exclude Certain Opinions of Plaintiffs' General Causation Experts' Testimony Utilizing the "At Least As Likely As Not" Standard.

In support of this Motion, the United States submits and relies upon its accompanying Memorandum in Support and the exhibits referenced therein.

*[Signature page to follow]*

1

Dated: September 10, 2025	Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

ELIZABETH K. PLATT
ANNA E. ELLISON
DAVID R. ORTIZ
Trial Attorneys

<u>/s/ Sara J. Mirsky</u>
Sara J. Mirsky
N.Y. Bar No. 5147590
Assistant Director
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
1100 L Street, NW
Washington, DC 20005
202.908.7726
Sara.j.mirsky@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*