IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No: 7:23-cv-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

### [PROPOSED] ORDER ON THE UNITED STATES' MOTION TO EXCLUDE CERTAIN PLAINTIFFS' GENERAL CAUSATION EXPERTS' TESTIMONY UTILIZING THE "AT LEAST AS LIKELY AS NOT" STANDARD

Upon consideration of the United States' Motion to Exclude Certain Opinions of Plaintiffs' General Causation Experts' Testimony Utilizing the "At Least As Likely As Not" Standard ("Motion"), the opposition thereto, and all other relevant filings,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. Accordingly, the expert testimony and opinions utilizing the "at least as likely as not" standard are excluded and experts may not testify in the above-captioned cases regarding these opinions.

IT IS SO ORDERED. This ____ day of September, 2025.

_____  
Judge Richard E. Myers II  
Chief United States District Judge

_____  
Terrence W. Boyle  
United States District Judge

_____  
Louise W. Flanagan  
United States District Judge

_____  
James C. Dever III  
United States District Judge

1