# Exhibit 2

1          IN THE UNITED STATES DISTRICT COURT

        FOR THE EASTERN DISTRICT OF NORTH CAROLINA

2               SOUTHERN DIVISION

3             No. 7:23-CV-897

4  _____

5  IN RE:

6  CAMP LEJEUNE WATER LITIGATION

7  This Document Relates To:

    ALL CASES

8  _____

9

10

11

12

13

14     VIDEOTAPED & VIDEOCONFERENCED DEPOSITION OF

              DR. FRANK J. BOVE

15

16             Atlanta, Georgia

17        Thursday, October 17, 2024

18

19

20

21

22

23

24

25  Court Reporter:  Michelle M. Boudreaux-Phillips, CCR

Golkow Technologies,
A Veritext Division
877-370-3377                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 2 of 405

1

2

3

4

5

6          October 17, 2024

7          9:33 a.m.

8

9

10         Videotaped and videoconferenced

11    deposition of DR. FRANK J. BOVE, held at the

12    Centers for Disease Control and Prevention,

13    1600 Clifton Road NE, Atlanta, Georgia,

14    pursuant to Agreement, before Michelle M.

15    Boudreaux-Phillips, a Certified Court

16    Reporter in the State of Georgia.

17

18

19

20

21

22

23

24

25

```
 1                    A P P E A R A N C E S
 2
 3    On behalf of the Plaintiffs:
 4         ROBIN L. GREENWALD, Esq.
           Weitz & Luxenberg, P.C.
 5         700 Broadway
           New York, New York 10003
 6         212.558.5500
           rgreenwald@weitzlux.com
 7
           BENJAMIN VANSLYKE, Esq.
 8         Weitz & Luxenberg, P.C.
           Fisher Building, 24th Floor
 9         3011 West Grand Boulevard
           Detroit, Michigan 48202
10         313.800.4170
           bvanslyke@weitzlux.com
11
           RANDY L. LEE, Esq.
12         PAT TELAN, Esq.
           Bell Legal Group
13         219 North Ridge Street
           Georgetown, South Carolina 29440
14         843.279.5185
           rlee@belllegalgroup.com
15         ptelan@belllegalgroup.com
16
      On behalf of the Defendant:
17
           ADAM BAIN, Esq.
18         U.S. Department of Justice
           Environmental Tort Litigation Section
19         P.O. Box 340, Ben Franklin Station
           Washington, D.C. 20044
20         202.616.4209
           adam.bain@usdoj.gov
21
           ELIZABETH K. PLATT, Esq.
22         U.S. Department of Justice
           Civil Division
23         1100 L Street, NW
           LST 3520
24         Washington, D.C. 20005
           202.616.4211
25         elizabeth.k.platt@usdoj.gov
```

Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 4 of 405

1                    APPEARANCES (Cont'd)

2

3   Also Present:   Lena Yueh
                    Samantha Girschick (via Zoom)
4                   Bill Williams (via Zoom)
                    Deanna Havai (via Zoom)
5                   Diana Gjonaj (via Zoom)
                    Mike Dowling (via Zoom)
6                   Suzanne Yurk (via Zoom)

7

    Videographer:   Safaa Sammander

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3327                                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 540-2     Filed 09/10/25     Page 5 of 405

1                    INDEX
2
3                 EXAMINATIONS
4     By Ms. Greenwald ............................ 9
5     By Mr. Bain ................................. 173
6                      - - -
7                   EXHIBITS
8   Exhibit                                        Page
9   Exhibit 1 ...................................... 13
        January 10 & 12, 2023 email chain
10      [CLJA_ATSDR_BOVE-0000054934, etc.]
11  Exhibit 2 ...................................... 13
        Curriculum Vitae of Frank J. Bove, Sc.D
12      [CLJA_ATSDR_BOVE-0000054947, etc.]
13  Exhibit 3 ...................................... 39
        "Evaluation of mortality among Marines and
14      Navy personnel exposed to contaminated
        drinking water at USMC Base Camp Lejeune: a
15      retrospective cohort study"
        [CCLJA_HEALTHEFFECCTS-0000141103, etc.]
16
    Exhibit 4 ...................................... 40
17      "Mortality study of civilian employees exposed
        to contaminated drinking water at USMC Base
18      Camp Lejeune: a retrospective cohort study"
        [CLJA_VA_RFP_4THSET_0000135084, etc.]
19
    Exhibit 5 ...................................... 40
20      "ATSDR Assessment of the Evidence for the
        Drinking Water Contaminants at Camp Lejeune
21      and Specific Cancers and Other Diseases"
        [CLJA_HEALTHEFFECTS-0000044276, etc.]
22
    Exhibit 6 ...................................... 40
23      "Evaluation of mortality among Marines, Navy
        personnel, and civilian workers exposed to
24      contaminated drinking water at USMC Base Camp
        Lejeune: a cohort study"
25

1                      INDEX (Cont'd)
2
3    Exhibit                                                  Page
4    Exhibit 7 ...................................... 41
         "Evaluation of cancer incidence among Marines
5        and Navy personnel and civilian workers
         exposed to contaminated drinking water at USMC
6        Base Camp Lejeune: a cohort study"
         [CLJA_ATSDR_BOVE-0000060101, etc.]
7
     Exhibit 8 ...................................... 41
8        "CDC Epidemiologist Wins 2014 Ozonoff Award
         for Studies of Camp Lejeune Families,"
9        April 17, 2014
10   Exhibit 9 ...................................... 52
         "About ACE: Mission/Vision/Values/Member
11       Snapshot/History"
12   Exhibit 10 ..................................... 52
         "American College of Epidemiology Ethics
13       Guidelines"
14   Exhibit 11 ..................................... 58
         "ATSDR Background and Congressional Mandates"
15
     Exhibit 12 ..................................... 58
16       "ATSDR Mission, Vision, and Impact"
17   Exhibit 13 ..................................... 64
         12/31/2008 email to Maureen Orr from
18       Frank Bove [CLJA_ATSDR_BOVE-0000010891]
19   Exhibit 14 ..................................... 64
         Frank Bove self-appraisal
20       [CLJA_ATSDR_BOVE-0000010892, etc.]
21   Exhibit 15 ..................................... 66
         11/16/2018 email to Frank Bove from Haverford
22       [CLJA_ATSDR_BOVE-0000073102, etc.]
23   Exhibit 16 ..................................... 69
         "Public health practice for and with
24       communities" (Frank J. Bove, Sc.D)
         [CLJA_ATSDR_BOVE-0000121758, etc.]
25

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 7 of 405

1                   INDEX (Cont'd)
2
3   Exhibit                                              Page
4   Exhibit 17 ................................... 81
        "Peer Review Questions and Answers"
5
    Exhibit 18 ................................... 173
6       "Drinking Water Contamination and the
        Incidence of Leukemia and Non-Hodgkin's
7       Lymphoma" (Perry Cohn, et al.)
8   Exhibit 19 ................................... 175
        "Evaluation of exposure to contaminated
9       drinking water and specific birth defects and
        childhood cancers at Marine Corps Base Camp
10      Lejeune, North Carolina: a case-control
        study" (Perri Ruckart, et al.)
11      [CLJA_HEALTHEFFECTS-0000000791, etc.]
12  Exhibit 20 ................................... 183
        "Evaluation of contaminated drinking water and
13      male breast cancer at Marine Corps Base Camp
        Lejeune: a case control study"
14      (Perri Ruckart, et al.)
        [CLJA_HEALTHEFFECTS-0000000365, etc.]
15
    Exhibit 21 ................................... 241
16      4/2/2007 email chain
        [CLJA_ATSDR_BOVE-0000021658, etc.]
17
    Exhibit 22 ................................... 266
18      "Current U.S. Military Fluid Replacement
        Guidelines" (Margaret Kolka, et al.)
19      [CLJA_HEALTHEFFECTS-0000308480, etc.]
20  Exhibit 23 ................................... 294
        "Morbidity Study of Former Marines, Employees,
21      and Dependents Potentially Exposed to
        Contaminated Drinking Water at U.S. Marine
22      Corps Base Camp Lejeune, April 2018"
        [CLJA_HEALTHEFFECTS-0000201088, etc.]
23
24
25

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 8 of 405

1          THE VIDEOGRAPHER:  We are now on the

2     record.  My name is Safaa Sammander.  I'm the

3     videographer for Golkow Litigation Services.

4          Today's date is October 17th, 2024.  The

5     time is approximately 9:33 a.m.  This video

6     deposition is being held in Atlanta, Georgia,

7     in the matter of In Re Camp Lejeune Water

8     Litigation.  The deponent is Dr. Frank Bove.

9          Will counsel please identify yourselves

10    for the record, after which the

11    court reporter will swear in the witness.

12         MS. GREENWALD:  Robin Greenwald for the

13    plaintiffs.

14         MR. VANSLYKE:  Ben VanSlyke for the

15    plaintiffs.

16         MR. TELAN:  Pat Telan for the plaintiffs

17         MR. LEE:  Good morning.  Randy Lee for

18    the plaintiffs.

19         MR. BAIN:  Adam Bain for the United

20    States.

21         MS. PLATT:  Elizabeth Platt for the

22    United States.

23         MS. YUEH:  Lena Yueh, representing HHS.

24  ///

25  ///

Golkow Technologies,
A Veritext Division
877-370-3327                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 9 of 405

1                    DR. FRANK J. BOVE,

2     being first duly sworn, was examined and testified as

3     follows:

4                       EXAMINATION

5     BY MS. GREENWALD:

6          Q    Good morning, Dr. Bove.  My name is

7     Robin Greenwald.  I know we met off the record, but I

8     just wanted to introduce myself on the record, and I'm

9     one of the lawyers working on the Camp Lejeune Justice

10    Act litigation on behalf of the plaintiffs, okay?

11              Can you state your full name for the record,

12    please?

13         A    Frank Joseph Bove.

14         Q    Are you represented by an attorney today?

15         A    No.

16         Q    Did you meet with anyone from the government

17    before your deposition today?

18         A    Yes.

19         Q    And who was that?

20         A    We had a prep meeting yesterday to go over

21    the logistics of this deposition, so there was someone

22    from -- a lawyer from the DOJ, HHS lawyers.  And that's

23    basically what was discussed, you know, what kind of

24    objections you might raise, that I have to report

25    truthfully, and so on.  So it was just basically going

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 10 of 405

1   over what this was going to be.

2       Q    Okay.  And who from the Department of Justice

3   did you meet with?

4       A    I don't remember the person's name.

5       Q    No one in the room right now?

6       A    No.

7       Q    Okay.  And who from -- you said the other

8   lawyers were from HHS?

9       A    Deborah Tress, Leah Yueh.  I think that was

10  it.  I think that's -- that's all I can recall in the

11  room.  Yeah.

12      Q    Okay.  And what type of things did they tell

13  you that you should -- I think you said be prepared to

14  address today.  Was that one of the things you said?

15      A    No, no.  To answer all questions.

16      Q    Okay.

17      A    Unless there's a -- I forget which type of

18  objective [sic], where -- a privilege objection, I

19  don't have to answer those, but you will -- I will be

20  informed which ones those are.  And just going over the

21  procedure.

22      Q    Okay.  Did you look at any documents

23  yesterday when you prepared?

24      A    I looked at documents last night when I was

25  home.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 11 of 405

1    Q   Okay.

2    A   Just to refresh my memory because I -- I have

3  forgotten a lot since I retired. I put Lejeune out of

4  my mind. So I had to take a quick look at least at

5  some of the studies.

6    Q   All right. Well, you've also done a lot of

7  work on Camp Lejeune, so -- and I'm going to give you

8  copies of everything today.

9    A   That's good.

10    Q   This is not a memory test.

11    A   Good.

12    Q   So maybe -- now that I've done that, let's

13  talk a little bit about depositions. I know you had a

14  meeting yesterday, but maybe we can go over a couple of

15  the rules.

16       I think you mentioned to me before we started

17  today that you've never had your deposition taken

18  before?

19    A   Right.

20    Q   Okay. So I guess I have the privilege of

21  being the first, and I promise I will make this as

22  painless as possible.

23       I guess the first thing I would like to tell

24  is if for any reason I ask you a question that doesn't

25  make sense or you don't understand, just please tell me

Golkow Technologies,
A Veritext Division
877-370-3377                                www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 12 of 405

1 and I'll rephrase it --

2      A     Right.

3      Q     -- okay?  And the other thing I want to

4 mention is this is not a memory test.  If you don't

5 remember something, that's fine, and just tell me.

6 Okay?

7      A     Can I ask for a document to help me --

8      Q     Yeah, I was just -- you anticipated my next

9 question.  So if you think a document would help you,

10 by all means let me know, and I'll give it to you if I

11 have it.  If I don't have it with me, I won't be able

12 to give it to you.

13      A     Okay.

14      Q     Very soon, I'm going to mark many of the

15 studies that we think are relevant to today, and so

16 you'll have those at your disposal to look at as you

17 see fit.  Okay?

18      A     Okay.

19      Q     All right.  Did you ask at any point of the

20 government to pay for a lawyer to represent you today?

21      A     No.

22      Q     Okay.  Are you testifying today as a

23 representative of the United States government?

24      A     No.

25      Q     Okay.  And you didn't bring any documents

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 13 of 405

1  with you today --

2      A    No.

3      Q    -- did you?  Okay.

4           I forgot to tell you one other rule we have,

5  for the court reporter's sake.  So when we start

6  talking, oftentimes we'll anticipate what the question

7  is or what the answer is, and we might talk over each

8  other, and that makes it impossible for the

9  court reporter to get a record.  So we should try to

10  wait until I finish the question, and I will do my best

11  to also wait until you finish the answer.  Okay?

12      A    Okay.

13      Q    Otherwise, we'll get scolded and rightly so.

14           Okay.  I think I mentioned this already, but

15  if I didn't, important for me to say it.  If at any

16  time you need a break, just tell me and we'll take a

17  break.  Again, you might want to stretch your legs, get

18  a glass of water, whatever.  Please just tell me you

19  want a break, and we will take a break.

20      A    Okay.

21           (Exhibit 1 marked for identification.)

22           (Exhibit 2 marked for identification.)

23      Q    (By Ms. Greenwald)  So before we get into

24  your work at -- in any detail at the ATSDR by

25  Camp Lejeune, I want to go over your background with

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 14 of 405

1   you.  So I'm going to show you what's been marked as
2   Exhibit 1 and 2.
3           One is an email that I believe dates your CV,
4   and -- there's the email.
5           And then No. -- Exhibit No. 2 is your CV.
6           (Discussion off the written record.)
7       Q   (By Ms. Greenwald)  And here is the CV that
8   was attached to that.
9           So the email is dated January 2023.  Is this
10  your CV in or around January of 2023?
11      A   Yeah.  Yeah, I would think so.  Yeah.
12      Q   Okay.  And so at that time, you were still
13  working at the ATSDR; is that right?
14      A   Right.
15      Q   Okay.  And since then, you've left the ATSDR,
16  right?
17      A   Yeah.  I left on June 28th.  That's the
18  Friday -- the last day of the pay period.
19      Q   Of this year?
20      A   Yeah, this year.
21      Q   Okay.  So other than the -- other than the
22  fact that you're now retired from the ATSDR, is this,
23  generally speaking, an up-to-date version of your CV?
24      A   Uh-huh.
25      Q   Is that a yes?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 15 of 405

1      A    Yes.  I'm sorry.

2      Q    The other thing we have to do -- no, my

3  fault.  I didn't say that.

4      A    No, I --

5      Q    They probably told you yesterday.

6      A    Right, right.

7      Q    We have to say "yes" and "no."

8      A    Right.

9      Q    But --

10      A    Sorry.

11      Q    No, no, no, no.  It's okay.

12          All right.  So I would like to go through

13  your CV with you, if that's okay, and tell -- let you

14  tell us a little bit about your background.

15          So you went to The Haverford School in

16  Pennsylvania.  That was your high school?

17      A    Yes.

18      Q    I only know that's relevant because of your

19  questions that they interviewed you at some point --

20      A    Oh.

21      Q    -- in 2018, and we'll be going over that, so

22  that's why I wanted to mention that.

23      A    Okay.

24      Q    So that's your alma mater from high school,

25  right?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 16 of 405

1      A     Right.

2      Q     Okay.  And then you went to University of

3  Pennsylvania, and you majored in political science and

4  philosophy?

5      A     That's right.

6      Q     Okay.  And you graduated in May of 1973?

7      A     Yes.

8      Q     Did you go to work straight from there, or

9  did you go straight to graduate school?

10     A     I went straight to graduate -- well, I had a

11  summer job, but I went straight to graduate school.

12     Q     I see you went to graduate school at

13  Boston University, in philosophy, in 1973 --

14     A     Right.

15     Q     -- and spent a couple of years?

16     A     Year and a half -- well, yeah, two years,

17  year and a half.

18     Q     And what was your study there?

19     A     Well, I studied philosophy of science, I

20  studied western philosophy mostly, and some ethics, but

21  that's pretty much --

22     Q     Okay.  And you left before getting a graduate

23  degree from there --

24     A     Right.

25     Q     -- is that right?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 17 of 405

1    A    Right.

2    Q    Okay.  And what did you do when you left

3  Boston University?

4    A    Well, the first thing I did was take a job

5  with an organization called Science for the People,

6  which is where I became exposed to environmental health

7  and occupational health issues and energy issues.  And

8  they put out a bimonthly magazine.  I worked for them

9  for about two years and -- I was going to say by the

10  date.  They disbanded in '89.  They've re -- reborn the

11  last few years and produce a bimonthly magazine.

12    Q    Okay.

13    A    So that's -- I worked with them for two

14  years.  And then after that, I worked for the Clamshell

15  Alliance, in the Boston office.  The Clamshell Alliance

16  was an anti-nuclear, pro renewable energy and energy

17  efficiency organization that was involved with an

18  occupation of the Seabrook nuclear power plant in 1977,

19  which I participated in, and other demonstrations at

20  Seabrook, New Hampshire.  And then after --

21    Q    Before -- I'm sorry.

22    A    Yeah.

23    Q    What did you do with Clamshell Alliance?

24  What was your job there?

25    A    I was an organizer.

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 18 of 405

1     Q    Organizer.  Okay.

2     A    That's pretty much what I did at Science for

3   the People, too, although I helped edit articles in the

4   magazine.

5     Q    All right.  And you were going to go to the

6   next job.  I'm sorry.

7     A    Right.  I worked for the Massachusetts Public

8   Interest Research Group for a year on energy issues.

9   Near the end, they started to do some environmental

10   issues, but mostly it was energy.

11     Q    Okay.  And what did you do there?

12   Researcher?

13     A    Research and also, again, organizing.  And

14   then -- and then I worked for a Community Action

15   Agency, which is part of the war on poverty that --

16   during the Johnson era, these agencies were created to

17   work with the communities, in particular to focus on

18   low-income communities.  And so there, again, working

19   as an organizer, worked on doing weatherization

20   workshops, giving weatherization kits to low-income

21   community, and then we branched out into utility

22   shutoffs, electric utility in particular, and gas, and

23   also fuel assistance where there were threats to cut

24   fuel assistance, so we were organizing around that, and

25   then public housing and tenant issues as well.  So all

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 19 of 405

1    of it was focused on low-income community.

2         Q    And how many years did you do that for?

3         A    Let's see.  Two years.

4         Q    Two?

5         A    Roughly, yeah.

6         Q    Okay.  Again, mostly organizing and then some

7    research?

8         A    That one was mostly -- well, you have to do

9    some research in organizing, but mostly organizing,

10   mostly organizing.

11        Q    And then --

12        A    Then I went to public health school.

13        Q    All right.  And what was it that -- was there

14   anything in particular about the positions you held

15   after being at Boston University that drove -- that

16   spoke to you for going to public health school?

17        A    Well, as I said, the Science for the People

18   job, it exposed me to environmental health and

19   occupational health.  It got me very interested in

20   that, as well as energy.  And I was always interested

21   in social justice issues, going back to my high school

22   days, because of the Civil Rights Movement, Anti-War

23   Movement, and so on during the '60s.  So that was my

24   orientation going in.

25             So when I went to Penn and then when I went

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 20 of 405

```
 1   to Boston University, I focused on, as I said,
 2   progressive philosophy, if you will, western
 3   philosophy, Hegel, Kant, and so on and so forth.
 4          So -- yeah.  So I think that what propelled
 5   me to public health school was definitely the
 6   Science for the People exposure and then being
 7   interested in that, and realizing that occupation --
 8   being an organizer as an occupation was going to be
 9   difficult.  I think I was starting to get tired, burned
10   out, as they say, and that -- and it was time to move
11   on.
12      Q    Okay.  I would love to talk to you about your
13   philosophy, but that's not the subject of today.
14      A    Right.
15      Q    So now we have to go into public health,
16   another important topic, of course.
17          And so you went to Harvard School of Public
18   Health, right?
19      A    Right.
20      Q    And what year did you start there?
21      A    '82.  So September '82.
22      Q    And what degrees did you get from the
23   Harvard School of Public Health?
24      A    Well, as you can see from the resume,
25   environmental health science in '84, and then I decided
```

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 21 of 405

1    to continue on.

2         I had a brief period working for the

3    Tufts University hazardous waste program, but then --

4    that was pretty much just the summer and part of the

5    fall, and then went back to school and got a doctorate

6    in epidemiology and also in occupational health,

7    although they call it something else.  I can't remember

8    what Harvard called the occupational health degree.

9    It's something about physiology or something, but it

10   was occupational health.

11        Q    Uh-huh.

12        A    So that's why I put it that way.  And it's an

13   Sc.D.  They don't have PhDs for these kinds of degrees,

14   so there's a Doctor of Science.

15        Q    Okay.  And what's the -- I'm just curious.

16   Is there a difference between -- I mean, what is the

17   intersection between epidemiology and occupational

18   health?  Is there one?

19        A    Oh, yeah.

20        Q    Yeah.

21        A    Yeah.  I mean, there's --

22        Q    How would you describe that?

23        A    Well, epidemiology is conducting studies

24   mostly.  And occupational health would include

25   occupational -- industrial hygiene.  It would include

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 22 of 405

1   just being -- just doing exposure assessments at

2   plants.

3           We went in, for example, to a plant where

4   they were using trichloroethylene, for example, in

5   buckets underneath their workstation, and so -- you

6   know, so we went to plants like that, went to a rubber

7   plant and so on, just to get a feel for the kinds of

8   occupational exposures.

9           Actually, I had had some experience with

10  occupational exposures in my summer jobs way back in

11  college when I worked at a shipyard in Chester and was

12  exposed to all kinds of solvents and asbestos and lead

13  and so on, while working at a summer job.  So I had

14  some previous knowledge of this, although back then

15  I didn't realize how bad things were at that shipyard.

16  I didn't have any idea, in fact.  But, yes, that helped

17  me understand what was going on in these plants.

18          So that's part of what occupational health

19  is, is exposure assessment, making recommendations for

20  more safety at the workplace, alternatives to using

21  toxic chemicals, and so on.  So that's -- that's

22  occupational health.

23          Occupational epi would be doing studies at

24  these plants, so -- let's see if I can -- so my

25  dissertation was looking at neurological symptoms, in

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 23 of 405

1    this case, temperature and vibration sensitivity among

2    industrial painters.  Solvents have an impact on

3    peripheral neuropathy, and this is an early sign of

4    that, and so -- so that's an example of occupational

5    epi.

6         Q    Okay.  And that's basically the --

7    essentially the field you practiced in for the 37 years

8    since you --

9         A    Well, it was mostly environmental.  Most of

10   the studies I've done have been environmental studies.

11   I'm trying to think of which -- if I've done any worker

12   studies since the dissertation.  I mean, I look at

13   civilian workers at Camp Lejeune, but that's an

14   environmental exposure.  It's not a workplace exposure.

15        Q    Okay.  So you're distinguishing between

16   exposures to the environment at large versus exposure

17   to chemicals in a workplace setting?

18        A    Right.

19        Q    Okay.

20        A    So the civilian workers also were exposed

21   to -- were doing some kind of job where they were using

22   solvents or something like that.  That would be a

23   workplace exposure.  But drinking water exposure, I

24   would characterize as an environmental exposure.

25        Q    Yeah, I was actually noticing, when I was

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 24 of 405

```
 1    looking at your CV -- let's jump to that now -- that
 2    when you go through the -- wrong document.
 3            I noticed when you were referring to your
 4    publications, you have quite a few, but it appeared to
 5    me that 12 of them relate to drinking water
 6    contamination.  Does that sound about right to you?
 7       A    Probably, yeah, yeah.  Yeah, I did a study in
 8    New Jersey looking at birth defects and birth weight
 9    and small for gestational age.  I worked on a study on
10    leukemia and non-Hodgkin's lymphoma, as well, and
11    drinking water contamination.
12            New Jersey had a unique drinking water
13    contamination database and also had a cancer registry
14    and a birth defect registry, so that enabled us to do
15    those studies.
16            I don't know if they were really -- I was
17    hoping they would be replicated in other states, but I
18    don't think they really were.
19            And then the Camp Lejeune studies were
20    drinking water studies.  And I'm trying to think were
21    there others.
22            Other studies included toxic air emissions
23    from a U.S. Air Force base in Oklahoma which impacted a
24    community right next door, a low-income community, and
25    we looked at birth weight there.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 25 of 405

1          I was involved with the Hanford study looking

2    at iodine-131 emissions in the '40s and pre-term birth.

3    So -- and then I was also involved in a cluster

4    investigation.  I was involved with an autism cluster

5    investigation in Brick Township, New Jersey.  And in

6    Fallon, Nevada, a childhood leukemia cluster.  So I did

7    some of that.  But most of the -- mostly I did work at

8    Camp Lejeune, was the lion's share of what I was

9    doing.

10         Q    And that's your time at the ATSDR, right?

11         A    Yeah, all this is at the ATSDR.

12         Q    Okay.  Let's talk about your first job after

13    you -- let me step back for a minute.

14         When you were in graduate school, did you

15    have certain internships, like something at the

16    Massachusetts Cancer Registry?

17         A    Yes.

18         Q    Can you tell us about that?

19         A    Yes.  I was asked to investigate the

20    databases that existed in hazardous waste or any

21    other -- and the asbestos information, as well, that we

22    had, and overlay that with diseases, cancers.

23         And we -- in those days, we didn't have a

24    GIS, so it was physically overlaying a mesothelioma map

25    and -- where the school were [sic] that we knew had

1  asbestos, and we saw -- we could see a connection, but

2  we didn't do a formal study.  But that was the role I

3  had there.

4          I also did an internship while at school.  I

5  can't remember the program.  It was part of the

6  Health Policy and Management Program --

7      Q    Right.

8      A    -- looking -- contacting activists across the

9  state who were dealing with toxic waste sites and doing

10  a survey, asking them how helpful was the EPA, how

11  helpful was the Massachusetts environmental agency,

12  what kinds of needs they had, and so on.  So that -- I

13  wrote that up as a report.  I can't remember the name

14  of the report.  That's too far in the past --

15      Q    Okay.

16      A    -- to remember.  I didn't put that in here

17  either.

18      Q    I thought it was, "Research at Harvard School

19  of Public Health, Community Health Improvement

20  Program."  Is that --

21      A    Yes.  That's good.

22      Q    It is -- it is in there, from '82 to '83.

23      A    Oh, it's in there?  Okay.

24      Q    Yep.

25      A    Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 27 of 405

1      Q    And then there's another one after that says,
2    "Researcher at Tufts University, Department of
3    Community Health."  Was that a similar type of
4    internship?
5      A    That was the toxic waste -- they were trying
6    to set up a toxic waste program -- hazardous waste
7    program.  And, in fact, they came here to discuss
8    issues with Dr. Kahn, if I remember right, and -- so
9    they were trying to develop this project, and I was
10   helping them do that as a job.  And I also was doing
11   some teaching assistance for the medical students in
12   epidemiology.
13     Q    While you were doing your Doctor of Science?
14     A    No.  What I was doing that -- that brief
15   period between getting the degree in -- the master's
16   degree in environmental health and going back to school
17   was a little bit more than a four- or five-month
18   period, I think it was.  So during that period.
19     Q    Okay.  And then the last thing I see on your
20   CV is, "Epidemiologist, Commonwealth of Massachusetts
21   Agent Orange Program."
22     A    Right.  That was a brief job as well.  I'm
23   trying to remember what I did there.  I think it was
24   looking over surveys of veterans who were exposed or at
25   least thought they were, you know, in Vietnam.  I can't

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 28 of 405

1    recall exactly what that work was --

2         Q    Okay.

3         A    -- but that was -- yeah.

4         Q    All right.

5         A    It's too long ago for me to remember now.

6         Q    So your first job, if I'm correct, after you

7    finished your Doctor of Science, was as a research

8    scientists at the New Jersey Department of Health?

9         A    Yeah, I actually started there before I

10   finished the doctorate.

11        Q    Okay.

12        A    Yeah, so 1986 I started work at New Jersey,

13   finished my doctorate while I was there.

14        Q    All right.  And what did you do -- you were

15   there until 1991, so about five years; is that right?

16        A    Yes.  Yeah.

17        Q    What kind of work did you do, generally, when

18   you were there?

19        A    Well, I did these drinking water studies I

20   was mentioning --

21        Q    Right.

22        A    -- looking at birth defects and small for

23   gestational age and pre-term birth and -- and that

24   hadn't been done before.  In particular, I was able to

25   link a disinfection byproduct called trihalomethanes

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 29 of 405

1    and small for gestational age, neural tube defects,

2    oral clefts.  And that was unique and caused a lot of

3    stir because we knew -- or we -- we had some experience

4    with cancer and these contaminants, but no one had

5    looked at birth outcomes before.

6             And so, as I said, it did raise a lot of

7    interest at EPA.  There was a conference I remember the

8    ILSI, I-L-S-I, put on where they sort of questioned me

9    on the study, you know, and I had to defend the study

10   and so on.

11            So it had that big of an impact.  And it

12   also, I think, encouraged the EPA to do some research

13   looking at neural tube defects and the trihalomethanes

14   and the other disinfection byproducts.  So that was a

15   good outcome of --

16       Q    That's a great outcome.

17       A    Yeah.  So that was the key one.  I also, as I

18   said, worked on a leukemia and non-Hodgkin's lymphoma

19   study, again, with drinking water.

20       Q    Do you remember what the chemical was?

21       A    The chemicals in the drinking water that were

22   in the database that was the focus of the study was

23   trichloroethylene, perchloroethylene, vinyl chloride,

24   benzene, and 1,2-dichloroethylene.

25       Q    So similar to the contaminants at

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 30 of 405

1    Camp Lejeune?

2        A    Right.  But they -- you know, we -- I think

3    that that -- those were the chemicals that people were

4    most concerned about, going back to the 1980s.  And

5    trihalomethanes, as I said, they were the other -- that

6    was a different database in New Jersey, but I decided

7    to -- I was asked -- I was tasked by -- actually, it

8    was a cooperative agreement from CDC/ATSDR to look at

9    toxic waste sites and birth defects.  I did try to do

10   that, but the data from the remedial investigations

11   from our health surveys were not -- the health

12   assessments were not good enough to do a really good

13   study.

14           So I focused on the drinking water data that

15   New Jersey had, which was the best in the country.

16   And those were the chemicals -- TCE, PCE,

17   1,2-dichloroethylene, vinyl chloride -- were the ones

18   that they covered, and then there was a separate

19   database on trihalomethanes.

20           I decided to include the trihalomethanes in

21   the study, just because it was there, and didn't expect

22   to see anything.  And that's the contaminants that had

23   the strongest findings.  And so that -- as I point out

24   to people all the time, you never know what you're

25   going to get in a science study, and sometimes the

1    unexpected happened.

2           In this case, I had no idea I would see

3    anything with trihalomethanes, and it was there.  I did

4    see something with trichloroethylene.  I think the

5    problem there was just not enough numbers of people or

6    populations exposed to get a strong finding.  And also,

7    birth defects are rare, and so you have small numbers

8    to start with.

9           So, you know, it was hard to interpret those

10   studies to some extent, but I did see something with

11   trichloroethylene and perchloroethylene and benzene.

12       Q     Okay.

13       A     Yeah.

14       Q     And I think you mentioned this, but I was

15   just going to ask you.  I see it in your -- when you

16   were describing your job with New Jersey, that it was a

17   cooperative with the -- cooperative agreement.

18           Was that the entire time -- it says,

19   "Responsibilities:  Co-principal investigator on a

20   5-year cooperative agreement with ATSDR/CDC."

21       A     That was pretty --

22       Q     Was that the entirety of your job there, or

23   were there other parts of your work with New Jersey?

24       A     That was most.  I mean, I think my salary

25   came out of that, pretty much.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 32 of 405

1    Q    Okay.

2    A    But I did do a land -- there was this study I

3    was involved with looking at birth outcomes around a

4    landfill that was one of the major landfills in the

5    country called Lipari Landfill.  I think -- that was

6    one of the landfills that pushed Lautenberg to push for

7    a superfund, along with Love Canal.

8         And so we did see small for gestational age

9    in a small ring around the landfill.  So, again, that

10   was the first time that that was done.  So we were able

11   to do a lot of initial work on these things because of

12   the data we had in New Jersey.

13   Q    Just a couple of other quick questions here.

14   Were you also an adjunct faculty member at Drexel?

15   A    Right.  I think I did that only one year --

16   Q    Uh-huh.

17   A    -- teaching medical -- was that the -- yeah,

18   I think that was the medical students.

19   Q    You say --

20   A    Oh, no.  I'm sorry.  That wasn't medical

21   students.  That was graduate students, I think, and --

22   Q    Department of Environmental Engineering?

23   A    Yeah, and I was teaching them epidemiology.

24   And all the -- all the teaching, I'm teaching

25   epidemiology.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 33 of 405

1    Q    Okay.

2    A    Okay.  So I was -- later, I did a -- taught

3  in India, for example, epidemiology to doctors there.

4  So the doctors I taught, that was at the -- Tufts,

5  right.  And the Drexel was the, right, as you said,

6  engineers.

7    Q    Okay.  So after your five years at New Jersey

8  Department of Health, you joined the ATSDR; is that

9  right?

10   A    Right.

11   Q    And what position did you join the ATSDR as?

12   A    I started out as a senior epidemiologist and

13  stayed a senior epidemiologist the whole time.

14   Q    So when you left, what, 32 years later --

15  were you with ATSDR for 32 years?

16   A    Almost 33.

17   Q    Almost 33?

18   A    Yeah.

19   Q    So for 33 years, you were a senior

20  epidemiologist for the ATSDR?

21   A    Right.

22   Q    Well, we thank you for your service.

23       Okay.  So let's just do a little high level

24  now about your time at ATSDR because, obviously, we're

25  going to focus on Camp Lejeune --

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 34 of 405

1        A      Right.

2        Q      -- at this deposition.  I just wanted to get

3   a background in epidemiology first before we dive into

4   some of this --

5        A      Okay.

6        Q      -- information on Camp Lejeune.  And I also

7   wanted to mention -- that I forgot at the beginning, is

8   that we're in Phase 1 of the litigation, so the focus

9   is going to be on five diseases today.  We're not going

10  to go into birth defects today because it's not part of

11  Phase 1.  So it's, just so you know -- I think you

12  might know this already, but just in case, it's kidney

13  cancer, bladder cancer, non-Hodgkin's lymphoma,

14  leukemia, and Parkinson's disease.  So that's going to

15  be the focus today, and not even much on that

16  specifically, but I won't be going into birth defects

17  much in detail.  While I know you've done a ton of work

18  on that, it won't be today.  I just wanted to mention

19  that.

20            So with that prelude, I wanted to just have

21  you give sort of a high level, as we start out, about

22  your job at the ATSDR over the almost 33 years.

23       A      Okay.  It's the Agency for Toxic Substances

24  and Disease Registry.  It's part of the Centers for

25  Disease Control.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 35 of 405

1          Initially, I was still finishing up some work

2    on that drinking water study in New Jersey.  I did a

3    little bit of additional analyses and wrote a journal

4    article.  So that was one thing.

5          But the main reason -- my main job at the

6    beginning was this hazardous waste workers surveillance

7    project, which entailed surveying hazardous waste

8    workers who were part of the Laborers' International

9    Union of North America, LIUNA, and working with that

10   union to serve hazardous waste workers.

11         And we did one survey, and then we -- I guess

12   it must have been a year or two later, we did another

13   survey asking about, you know, the job they were doing,

14   also what kinds of exposures they think they had and

15   any -- I'm pretty sure there was some health -- yes,

16   there definitely was some health component, as well, in

17   the surveys.

18         That didn't -- that wasn't as successful a

19   project.  I think partly because when you do a survey,

20   it's very difficult to get a good participation, and I

21   think that that was the major problem.  Even though we

22   worked with the union, we didn't get a high percentage

23   of workers participating.

24     Q    Just generally speaking, how would you

25   distinguish a survey that you just mentioned, that type

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 36 of 405

1    of study, from the kind of cohort study that I know

2    you've done many of while you're at the ATSDR -- while

3    you were at the ATSDR?

4         A    Well, a survey could be -- you can survey a

5    cohort --

6         Q    Right.

7         A    -- and that's -- a survey is like we did with

8    the birth defect study at Lejeune, where we first try

9    to find out who has a birth defect.  There was no birth

10   defect registry.  The only way to approach that was to

11   survey the families.  And we were lucky to have some

12   information on the birth certificate to help us that

13   way, and there was also some hospital records that

14   helped us identify the people who had been on base and

15   gave birth, and then there was word of mouth.  So you

16   had that group of people.

17        We did a phone survey, which is just asking

18   questions --

19        Q    Right.

20        A    -- you know, did you -- you know, who you

21   are, when were you on the base, and did your child have

22   a cancer or birth defect.  Okay?  So that's a survey.

23        And then we surveyed them again, those people

24   who we had medical records on that confirmed that they

25   had the birth defect we were interested in, which was

1    neural tube defects and oral clefts.  We would -- we

2    did a, again, phone interview to get additional

3    information.

4              So that is a survey, but you could call it a

5    cohort study as well.  So any time you use a

6    questionnaire or do interviews, I would call that a

7    survey.

8         Q    Okay.

9         A    And the question is what's the -- you know,

10   one of the questions of a survey is how many people

11   participated, what's the percentage.

12        Q    Right.

13        A    Right.

14             We did a survey later on trying to survey

15   Marines, Navy personnel, and civilian workers at

16   Camp Lejeune.  And, again, we sent -- that was a mail

17   survey, so we sent out a survey to everybody, hundreds

18   of thousands of people.  But the participation rate

19   there was around, which you would expect these days,

20   about 30 percent.  So that's a survey.

21        Q    Uh-huh.

22        A    You can -- for an occupational study, you

23   would want to use plant records to identify the

24   workers, you would have plant records on what kinds

25   of -- what jobs they had.  You had maybe some

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 38 of 405

1    information on what chemicals are used in those jobs,

2    so you have -- that's on the exposure side.  And you'd

3    either have -- you would have medical records from the

4    plant.  Or if you did a cancer incidence study, you

5    might use a cancer registry to help you do that and so

6    on.  So that's a different kind of study altogether.

7           So if you use hard data, let's say, if you're

8    not doing an interview but you're basing it on data

9    that you obtained, maybe you -- you test people.  You

10   can test people, like I did in my dissertation, where I

11   tested these painters for vibration and temperature

12   sensitivity, and there were other tests being done at

13   the same time looking at neurobehavioral problems.  So

14   that's -- that's a study; that's not a survey.

15        Q    Okay.

16        A    So that's how I distinguish it.

17        Q    That's really helpful.

18             And is it fair to say that the number of

19   participants you have in a study is relevant to the

20   power of that study, typically?

21        A    Oh, sure.

22        Q    Okay.

23        A    Sure.

24        Q    And so the lower the participants, the weaker

25   the results?

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 39 of 405

1    A    Well, also you have to worry about bias.
2   It's not just a power issue.  You have to worry about
3   selection bias, who -- or volunteer bias, whatever you
4   want to call it, why these people and not others, was
5   it because they were already sick and they wanted to be
6   in this and the people who weren't sick didn't
7   participate.  You have to deal with issues like that,
8   and sometimes you don't have information to tease out
9   how bad the bias might be, so...
10   Q    All right.  So let me mark your -- some of
11  the studies that you may or may not want to refer to
12  over the course of the deposition today.
13       I am going to mark first as Exhibit 3 your
14  "Evaluation of mortality among Marines and Navy
15  personnel exposed to contaminated drinking water at
16  USMC Base Camp Lejeune:  a retrospective cohort study."
17   A    Right.
18   Q    That's No. 3.
19   A    Uh-huh.
20       (Exhibit 3 marked for identification.)
21       MS. GREENWALD:  No. 4 is going to be the
22       "Mortality study of civilian employees
23       exposed to contaminated drinking water at
24       USMC Base Camp Lejeune: a retrospective
25       cohort study."

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 40 of 405

1              (Exhibit 4 marked for identification.)

2              MS. GREENWALD:  The next one is -- 5 is

3        the "ATSDR Assessment of the Evidence for the

4        Drinking Water Contaminants at Camp Lejeune

5        and Specific Cancers and Other Diseases."

6              THE WITNESS:  Right.

7              MS. GREENWALD:  That's a big one.

8              (Exhibit 5 marked for identification.)

9              MS. GREENWALD:  Exhibit 6 is "Evaluation

10       of mortality among Marines, Navy personnel,

11       and civilian workers exposed to contaminated

12       drinking water at USMC Base Camp Lejeune: a

13       cohort study," of 2024.

14             THE WITNESS:  Right.

15             MS. GREENWALD:  This is the updated

16       one.

17             THE WITNESS:  Right.

18             (Exhibit 6 marked for identification.)

19             MS. GREENWALD:  And last, but not least,

20       is the cancer incidence study.  So this is

21       the "Evaluation of cancer incidence among

22       Marines and Navy personnel and civilian

23       workers exposed to contaminated drinking

24       water at USMC Base Camp Lejeune: a cohort

25       study," and this is also 2024.  That's No. 7.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 41 of 405

 1          THE WITNESS:  Uh-huh.

 2          (Exhibit 7 marked for identification.)

 3     Q    (By Ms. Greenwald)  I just wanted to give you

 4   those so you can have them to refer to at any time you

 5   want.  Okay?

 6     A    Uh-huh.

 7     Q    And, again, as I said earlier, anything else

 8   you might want to look at, just ask me for it; and if I

 9   have it, I'll give it to you.

10          I just want to ask some preliminary

11   questions.  You're the primary author on the documents

12   I just gave you, Exhibit 3 through 7, right?

13     A    Well, the first or second author.

14     Q    Okay.

15     A    But I -- yeah, I directed -- I wrote the

16   protocol for all of them.

17     Q    And that pretty much defines a lot of your

18   life's work at the ATSDR; is that fair?

19     A    Uh-huh.

20     Q    So I want to go over a couple of awards you

21   got relating to some of the work you did.  So I want to

22   show you what I'm going to mark as Exhibit 8.

23          (Exhibit 8 marked for identification.)

24     Q    (By Ms. Greenwald)  Do you recall receiving

25   the Ozonoff Award for your studies at Camp Lejeune?

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 42 of 405

1     A     Yes.

2     Q     So congratulations on this.

3           Here is the notice that appears on the

4   Boston University School of Public Health.

5     A     Uh-huh.

6     Q     What did you receive that award for?

7     A     Well, I received it for both the research I

8   did at Camp Lejeune up to that point, which was the

9   mortality studies, the birth defect studies, and the

10  birth weight studies, as well as my work with the

11  community assistance panel at Camp Lejeune, working

12  closely with them on a number of issues, trying to work

13  with them to get presumption.  I mean, that was

14  something that we were thinking about way back,

15  actually, as the only real solution to this problem.

16  My agency pretty much agreed with that.  That wasn't

17  just my opinion.  And, you know -- but we didn't know

18  how to get there.  So we were hoping the studies might

19  help push that, but we gave as much -- I gave as much

20  information I could on health effects and coached the

21  CAP on that.  And so they were able to do the lobbying

22  necessary to actually get that to happen.

23          So I think that both those things, my work

24  with the CAP and my research, they decided to give me

25  the Unsung Hero Aware.  They also knew that I had some

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 43 of 405

1   difficulties within the agency at points, and also

2   dealing with the Navy, on getting these studies to

3   happen.

4           I think the -- the NRC report in 2009 was

5   used, to some extent, by -- well, used by a great

6   extent by the Marine Corps and Navy, and to some extent

7   within my agency, as a reason maybe we shouldn't go any

8   further on these studies.

9           And in particular, after the mortality

10  studies were done, the next step, which would be a

11  cancer incidence study -- I mean, we did a male breast

12  cancer study, but that was pretty easy to do using VA

13  data, so that wasn't a concern.

14          The survey, we were forced to do by Congress,

15  and the -- but they did not want internally -- and

16  also, definitely the Navy and Marine Corps were not

17  interested in a cancer incidence study.  Everyone

18  thought it was going to be too expensive.

19          So they knew I was battling on that issue,

20  and I think that was part of the reason for the

21  award.

22      Q    Okay.  Can we -- let's -- there was a lot in

23  that answer that I would love to explore with you.

24      A    Okay.

25      Q    I was going to do it later, but let's do it

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 44 of 405

1    now.

2            Let's go to the CAP, and then we'll go to the

3    NRC.  So the NRC report is the report in 2009 that

4    evaluated the ATSDR's ability to really do the kind of

5    studies that you wanted to do; is that fair?

6        A    Yes.

7        Q    Okay.  There was a lot of controversy about

8    that report, wasn't there?

9        A    Yes.

10       Q    Okay.  I have some documents to show you

11   about that, but we'll wait a little bit on that.  But I

12   would like to talk to you about the CAP because I know

13   that is an important part of your work at the ATSDR and

14   just generally as an epidemiologist.

15           So explain a little bit about how that CAP

16   program -- how you were a part of -- that CAP program

17   become [sic] part of the ATSDR generally and

18   specifically for Camp Lejeune.

19       A    Well, I always think that it's important for

20   a community to be involved in the science as much as

21   possible, either giving us direction by telling us what

22   their health concerns are or what other concerns they

23   have or that they want the research to meet.  That

24   would include health assessments too.  I feel that

25   there should be CAPs for that too, but that hasn't

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 45 of 405

1   happened in the agency.

2           It is time-consuming to develop a CAP, who's

3   going to be on it, who isn't.

4           I worked on one CAP that was in Cape Cod,

5   Massachusetts, around the -- it used to be Otis Air

6   Force Base.  I can't remember what it's called now.

7   That CAP was very controversial.  There was a lot of

8   animosity between a few CAP members and the agency, and

9   everybody else, for that matter.  And because of my

10  organizing experience, I went there and tried to calm

11  the situation down and work with them more closely to

12  get what they wanted done.  And it benefited both --

13  everybody, I think.

14          So I was not going to do any work on

15  Camp Lejeune without having a CAP in place.  I made

16  that clear to the agency.  There was some, again, you

17  know, resistance because it does take work to develop a

18  CAP.

19      Q    So why did you feel that you couldn't and

20  wouldn't do any work at Camp Lejeune without a CAP?

21      A    Because I thought that it was important for

22  the affected community to have some say and input.  We

23  did have a meeting that was required by Congress to

24  look at endpoints other than childhood endpoints, so

25  look at adult endpoints.  That meeting was in 2005 or

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 46 of 405

1   before that.  I'm trying to -- I can't remember the
2   exact dates.
3            At that meeting, I talked to the two
4   co-chairs and said, "If you can do anything, push for a
5   CAP."  And they did.  And because they pushed and
6   because I was pushing internally, a CAP was formed.
7        Q    And the ATSDR eventually embraced the concept
8   of a CAP, correct?
9        A    Well, they embraced the concept of a CAP
10  before that.  It's just that -- you know, we're
11  involved in thousands of sites.  You can't set up a CAP
12  on every site, so which ones do you choose, I think
13  that was one problem.  And it's difficult, who's going
14  to be on the CAP, who isn't.  We had a bad experience
15  with the Cape -- I didn't have a bad experience, but
16  the agency had a bad experience -- so did the health
17  department -- had a bad experience in the Cape Cod CAP,
18  so -- so there's those reasons.  So it's not automatic.
19           But the agency pretty much thought it was
20  important, and they -- you know, they had no problem
21  with the Camp Lejeune CAP once the science panel made
22  that recommendation.
23       Q    Okay.
24       A    It went quickly to set it up.
25       Q    And that was, like, in 2005, right, that the

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 47 of 405

1   science panel recommended that?

2       A    Yeah, I think -- yeah, it's in the website.

3   I think it's 2005.  And so the CAP must have started in

4   2006.  I think that --

5       Q    I have the document from 2005 here somewhere.

6       A    Yeah, I'm trying to remember exactly, but

7   that's roughly.

8       Q    So can you just say -- so what is a CAP?  I

9   mean, if you can describe that in your words what a CAP

10  is.

11      A    Well, it's supposed -- a CAP, a community --

12  we call it a community assistance panel because it's

13  not an advisory panel --

14      Q    Right.

15      A    -- so it doesn't follow the advisory panel

16  laws or regulations.  So it's an assistance panel.

17  It's named that way for that reason.

18           So there wasn't a need to have a vote on

19  stuff.  We did have votes, but just to get a sense for

20  the meeting.  But it didn't require those kind of

21  rules, it -- who was on the CAP, in this case -- you

22  know, you do different things in different communities.

23  In this case, there were two groups already formed on

24  Camp Lejeune, either dependents or Marines who were

25  there during the contamination.  So we just asked both

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 48 of 405

1    groups to nominate four people, I think it was.  So

2    that's how we formed the Lejeune CAP.  I'm not sure how

3    the other CAPs are formed.

4            The CAP I helped form at New Hampshire for

5    the Pease PFAS study -- I did work on other things.

6    That's why I'm --

7        Q    I saw that.

8        A    Not just Camp Lejeune.

9            That one, we asked both -- there were three

10   activists already, and we asked them to nominate other

11   people, we brought scientists in there as well, and

12   formed that CAP a little differently than the Lejeune

13   CAP.

14           So it really depends on the community, so --

15   and we use the CAP, if you will, to explain what we are

16   thinking about doing, explain the studies if we are

17   going to do one, and have the CAP -- in an ideal

18   situation, have the CAP have input into how that study

19   is designed or what kinds of endpoints we look at, how,

20   you know -- and in this case, the Camp Lejeune CAP was

21   crucial because -- for science information, because

22   they knew, and the Marine Corps apparently didn't know,

23   where barracks were placed on base, where units were

24   barracked on base.  And we relied on CAP members plus

25   people they knew who had that memory, for example.

Golkow Technologies,
A Veritext Division
877-370-3377                                                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 49 of 405

1        So there were -- and also, we wouldn't have

2    done, I think, a male breast cancer study because --

3    wouldn't have even thought of doing it, but we did

4    because the CAP had done its own research, identified a

5    lot of male breast cancer cases, made a big public, you

6    know, media thing about it.  And we said yes, good

7    idea, we'll pursue it.  At least initially, using VA

8    data, which is limited, we had small numbers, but it

9    was a first look, and we were certainly going to

10   include it in any cancer incidence study or mortality

11   study to the extent we could look at it.

12       Q    Okay.  So -- I think, if I understood your

13   answer, so the CAP is sometimes populated by people who

14   have been active, and you ask them to nominate people

15   to be on the CAP; is that right?

16       A    Well, the CAP should be representative -- I

17   mean, the idea is to have it representative of the

18   community and also have -- like I said, in Boston, have

19   the health department involved, any other relevant

20   agency also involved.

21       So the Camp Lejeune CAP, the relevant parties

22   would have been a representative from the Marine Corps,

23   which they did send for the early days of the CAP.  And

24   that was it.  There wasn't -- we didn't really have a

25   health department.  We were the health department,

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 50 of 405

1    so -- so that was a little different.

2          Other -- there are a few other CAPs that

3    would involve the health department serving the area

4    where the site was.

5          Q     So how many members was the CAP for the

6    Camp Lejeune work?

7          A     It varied.  I'm trying -- we had eight at one

8    point.  It went back and forth.  You know, I'm also

9    confusing it with the Pease CAP.  We had a lot more

10   there, so I -- but roughly eight or nine.  You could

11   tell from the transcripts.

12         Q     So you had more on the Pease, you said?

13         A     The Pease CAP was much bigger, yes.  Yeah.  I

14   think because we included the scientists.  We didn't

15   really count the scientists.  There were two technical

16   people for the CAP, and we asked the CAP to -- well, we

17   helped the CAP come up with who those people were that

18   would be helpful.

19         Q     Okay.

20         A     And at Pease, there were a number of people

21   we wanted, because it was a new substance and new

22   effort, really.

23         Q     Okay.  We got on that discussion over your

24   Ozonoff Award.  Let me ask you a couple of other

25   background questions before we talk about some of these

1  studies.

2          So are you aware -- do you know about the

3  American College of Epidemiology?

4      A    Well, I've heard of them, yeah.

5      Q    You're not a member?

6      A    No.

7      Q    Were you ever a member?

8      A    No.

9      Q    As a government employee, were you allowed to

10  be members of those kind of organizations?  I know some

11  government rules have --

12      A    I think we were.  I just didn't join.

13      Q    Okay.

14      A    I haven't been -- I don't think I've -- at

15  one point, I think I was a member of the APHA, American

16  Public Health Association, briefly because I had to in

17  order to do a speaking engagement at their convention.

18      Q    Okay.

19      A    But I tried not to be involved in those.  My

20  focus was on the work, and so I didn't join any of

21  these organizations.

22      Q    Okay.  I want to show you a couple of

23  exhibits that talk about just some of the views of the

24  American College of Epidemiology to see if you agree

25  with them.  So 9 is their mission and vision.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 52 of 405

1          (Exhibit 9 marked for identification.)

2     Q    (By Ms. Greenwald)  And then I'm just going

3    to go over some -- a couple of the guidelines with you.

4    That will be Exhibit 10.

5          (Exhibit 10 marked for identification.)

6     Q    (By Ms. Greenwald)  And here's the

7    guidelines.  I'm just going to ask you if you agree

8    with some of these views of epidemiology generally.

9          So if you look at the vision on page 2, it

10   says, "We envision a world where the value of

11   epidemiology in public health is universally

12   recognized, driven by a community dedicated to

13   education, innovation, and transformative research."

14         Would you agree that that's a vision that

15   epidemiologists --

16    A    I think that's a --

17    Q    -- would embrace?

18    A    -- good mission.  To me, an epidemiologist

19   needs to be a public health -- have a public health

20   perspective, and that sounds like what they're saying

21   here.

22    Q    Exactly.  So I'm going to go to the

23   guidelines, because I think that's probably the most

24   relevant, then, based on what you just said.

25    A    Is that 10?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 53 of 405

1      Q     That's Exhibit 11.

2      A     Oh, Exhibit 11.

3      Q     No, 10.  I'm sorry.

4      A     Ten.  Okay.  I was going to say --

5      Q     You're absolutely right.

6            So if you look at the -- on page 3 of

7     Exhibit 10, at the bottom, under "Core Values, Duties,

8     and Virtues in Epidemiology."  Do you see that?  It's

9     at the bottom of page 3.

10     A     Well, it's not numbered, so I'm trying --

11     Q     Oh.  On the top -- there's no number in the

12    top left?

13     A     Oh, maybe there -- oh, here it is, "Page 3."

14    I'm sorry, I didn't see --

15     Q     Oh, no, no, no.

16     A     Core values.

17     Q     It's because the paper clip is in the way.

18     A     Right.  Sorry.

19     Q     It says, "In this section we define and

20    discuss core values, scientific and ethical precepts

21    widely held within the profession, as well as duties

22    and virtues in epidemiology.  We also relate core

23    values to the mission of epidemiology:  the pursuit of

24    knowledge through scientific research and the

25    improvement of public health through the application of

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 54 of 405

1    that knowledge."

2           So you would agree with that statement --

3      A    Yes.

4      Q    -- right?

5      A    Yes.

6      Q    Okay.  And there's a number of those

7    throughout here.  I'm going to jump -- I don't want to

8    waste -- I don't want to spend too much time on this so

9    we can make this as short as possible for you.

10     A    Uh-huh.

11     Q    If you can go to page 6, under "Providing

12   Benefits."  Do you see that?

13     A    Uh-huh.

14     Q    "Epidemiologists should ensure that the

15   potential benefits of studies to research participants

16   and to society are maximized by, for example,

17   communicating results in a timely fashion.  Steps

18   should also be taken to maximize the potential benefits

19   of public health practice activities."

20           Would you agree with that?

21     A    Yes.  And I think that that's why a CAP is

22   important, just for these reasons, to make sure that we

23   can communicate to the community and have the CAP do

24   that for us, and also to make sure that what we're

25   doing is useful to that community.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 55 of 405

1      Q    And the timely communication is important as

2    well, right?

3      A    Well, that's what I mean, yeah, yeah.

4      Q    And then apropos to what you're saying, on

5    page 8, 2.8.2 talks about "Involving community

6    representatives in research."  And that's, again,

7    something you strongly agree with, right?

8      A    Yes.

9      Q    Okay.  So right under that, it says,

10   "2.9 Avoiding Conflicts of Interest and Partiality -

11   Epidemiologists should avoid conflicts of interest and

12   be objective.  They should maintain honesty and

13   impartiality in the design, conduct, interpretation,

14   and reporting of research."

15            You would agree with that --

16     A    Yes.

17     Q    -- also, right?

18     A    Yes.  Sure.

19     Q    And they're not inconsistent, correct?

20   Involving the community isn't inconsistent with 2.9, is

21   it?

22     A    Well, it depends on how you define "conflict

23   of interest."  My view is that you're supposed to serve

24   the -- especially government workers -- supposed to

25   serve the public.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 56 of 405

1            So working on promoting public health would
2    not be a conflict of interest if you work with the
3    community.  That's the whole point of promoting public
4    health, is working with communities to enhance their
5    health.  So some people do see that as a conflict.  I
6    don't.
7        Q    But -- yeah, I think -- so here -- let me
8    step back and ask it a different way.
9        A    Uh-huh.
10        Q    Your involvement with a CAP in any of your
11    projects, from the time you've been an epidemiologist
12    until the time you retired a couple of months ago, you
13    would never have had that involvement impact the
14    design, conduct, interpretation, and reporting of your
15    research, right?
16        A    No.
17        Q    I'm just trying to save time here, so give me
18    one second.
19            Okay, so if you go to page 13, the first
20    full -- the second paragraph.  I'm sorry.
21            "The potential benefits of epidemiologic
22    research include providing scientific data that
23    policymakers can use to formulate sound public health
24    policy.  The responsibilities of epidemiologists to
25    facilitate the development of health policy include

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 57 of 405

1  publishing objective research findings in a form that
2  can be utilized by policymakers.  The publication of
3  both positive and negative research findings is
4  important, since it helps to prevent publication bias
5  and allows for additional benefits to be gleaned
6  through meta-analyses."
7        You would agree with that --
8    A    Yes.
9    Q    -- right?
10   A    Yes.
11   Q    And then I -- we've talked about this a fair
12  amount.  3.8 talks about maintaining public trust.  On
13  page 19.  I'm sorry.  On page 19.  And over on page 20,
14  it says, on the first full paragraph, "Maintaining
15  public trust is especially important in planning and
16  carrying out community studies.  In identifying public
17  health problems to be studied, and their priority for
18  study, epidemiologists should take into account the
19  perceived importance of the problem to the people
20  living in a community after information about the
21  problem has been provided.  However, if epidemiologists
22  perceive that a health problem exists but is being
23  ignored or its existence denied by the community, it
24  may well be appropriate to proceed with a study of a
25  health problem (or an outbreak investigation that must

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 58 of 405

1  be initiated without delay to address an urgent public

2  health concern) while simultaneously working with the

3  community to gain their confidence and support."

4         You would agree with that --

5    A    Yes.

6    Q    -- right?

7    A    Yes.

8    Q    Okay.  I think we can put this one aside.

9  Lots more in there, but...

10        How are you doing?  Do you need a break?  Are

11 you good?

12   A    Maybe in 15 minutes or so.

13   Q    Okay.  Okay.

14        So I know you were with the ATSDR for about

15 33 years, right?

16   A    Right.

17   Q    So -- almost.  I'm going to show you a couple

18 of documents that the ATSDR says about its

19 mission/vision.  So this is No. 11.  It's "ATSDR

20 Background and Congressional Mandates."  And No. 12 is

21 "ATSDR Mission, Vision, and Impact."

22        (Exhibit 11 marked for identification.)

23        (Exhibit 12 marked for identification.)

24   Q    (By Ms. Greenwald)  So under "ATSDR

25 Background and Congressional Mandate," it first

Golkow Technologies,
A Veritext Division
877-370-3377                                                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 59 of 405

1   describes that Congress created the ATSDR in 1980 "to

2   implement the health-related sections of laws that

3   protect the public from hazardous waste and

4   environmental spills of hazardous substances."

5   Do you see that?

6       A    Uh-huh.  Yes.

7       Q    Would you agree that was part of your

8   mission?

9       A    Yes.

10      Q    And then, that statute is called CERCLA?

11      A    Yes.

12      Q    "CERCLA, commonly known as the 'Superfund'

13  Act, provided the Congressional mandate to remove or

14  clean up abandoned and inactive hazardous waste sites

15  and to provide federal assistance in toxic emergencies.

16  As the lead agency within the Public Health Service for

17  implementing the health-related provisions of CERCLA,

18  ATSDR is charged under the Superfund Act to assess the

19  presence and nature of health hazards at Superfund

20  sites, to help prevent or reduce further exposure and

21  the illnesses that result from such exposures, and to

22  expand the knowledge base about health effects from

23  exposure to hazardous substances."

24            Do you agree with that?

25      A    Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 60 of 405

1    Q    And is that what you did for the 33 years you
2    worked there?
3    A    Yes.  In particular, the cooperative
4    agreement back in 19 -- I'm sorry, 1986, when we
5    received it in New Jersey, the health department, and I
6    worked on that cooperative agreement, is trying to meet
7    this mission --
8    Q    I see.
9    A    -- to look at -- because, as I said, they
10   hadn't looked at toxic waste sites and birth outcomes,
11   and that was a key area where they wanted to -- ATSDR
12   wanted to -- and CDC wanted to expand the knowledge
13   base on that.
14   Q    So you were at the forefront of a lot of
15   these issues?
16   A    Yes.
17   Q    Then the last paragraph says, "With the
18   passage of the Superfund Amendments and Reauthorization
19   Act of 1986 (SARA), ATSDR received additional
20   responsibilities in environmental public health.  This
21   act broadened ATSDR's responsibilities in the areas of
22   public health assessments, establishment and
23   maintenance of toxicologic databases, information
24   dissemination, and medical education."
25            Was that also part of what you did in your

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 61 of 405

1    years at ATSDR?

2         A     Well, I did not work on public health

3    assessments directly.  Sometimes I was asked to help

4    with some of the information going into them, but --

5    and I was -- again, with toxicology -- and we had a tox

6    profile program -- that, I helped on occasion.  I

7    actually wish I had been able to help more because I

8    think that the epidemiologic information in the tox

9    profiles could have been enhanced if I had had more of

10   a role there.  But I was very busy doing other work,

11   and I think that was part of the problem.  But, yeah, I

12   mean, that's what we were supposed to do --

13        Q     Okay.

14        A     -- as an agency.

15        Q     And then if you go to Exhibit 13 --

16        A     Or 12?

17        Q     Twelve.  I'm sorry.

18        A     It's okay.

19        Q     It's 12.  I had a different order in my

20   notes.

21        A     Right.

22        Q     The vision:  "Most trusted agency protecting

23   American communities from environmental health threats

24   through application of state-of-the-art science."

25              Is that what you practiced during your years?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 62 of 405

1    A    I did, yes.  Yeah.

2    Q    And that was important to you to fulfill that

3    vision?

4    A    Yes.

5    Q    And the mission:  "ATSDR protects communities

6    from harmful health effects related to exposure to

7    natural and man-made hazardous substances.  We do this

8    by responding to environmental health emergencies;

9    investigating emerging environmental health threats;

10   conducting research on the health impacts of hazardous

11   waste sites; and building capabilities of and providing

12   actionable guidance to state and local health

13   partners."

14        Is that also part of the mission you feel you

15   fulfilled all those years?

16   A    Yes.  Yes.

17   Q    And then there's a number of core values.  I

18   won't read them, but they are Accountability,

19   Collaboration, Innovation, Equity, Integrity, and

20   Respect.

21        And if you could just read those to yourself,

22   if you don't know them, or you can read them out loud,

23   whatever.  But do you agree that those are core values

24   that you followed and believed in for the 30 -- almost

25   33 years --

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 63 of 405

1      A    Yes.

2      Q    -- you worked --

3      A    Yes.

4      Q    Okay.  And then "ATSDR Priorities," the

5  bottom of the list, it says, "In addition to the goals

6  and objectives outlined in the strategic plan,

7  NCEH/ATSDR aims to focus on four topical priority

8  areas:  asthma, children's health, safe drinking water,

9  and innovative laboratory methods."  Do you see that?

10     A    Uh-huh.  Yes.

11     Q    And safe drinking water, we talked about

12  earlier, has been a big part of your work with the

13  ATSDR, right?

14     A    Yes.

15     Q    And that was central to the issues in

16  Camp Lejeune, right?

17     A    Yes.

18     Q    Okay.  So you're sometimes referred to as an

19  advocate, right?  You know that, right?

20     A    Yes.

21     Q    Okay.  I applaud that term, and I want to go

22  over a little bit about what I believe you define as an

23  advocate, but I don't want to put words in your mouth.

24          So I'm going to show you an email that is one

25  of your self-appraisals.  It appears to be from 2008,

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 64 of 405

1  which -- first is the email, just to give you a time

2  frame, and then the self-appraisal.  So the email will

3  be Exhibit 13, and then the self-appraisal will be 14.

4            (Exhibit 13 marked for identification.)

5            (Exhibit 14 marked for identification.)

6      Q    (By Ms. Greenwald)  Here's the email that

7  gives it a time frame, and here's the self-appraisal.

8  Here's your self-appraisal, which is 14.

9            This appears to be a 2008 self-appraisal.

10  Does that seem right?

11      A    I guess.  I'm trying to figure out why this

12  was -- why I did it and what the point was.

13      Q    I mean, I can help tell you why I think it's

14  the right one.  In the bottom right-hand corner, see

15  it's got some funny numbers?  Those are Bates numbers.

16  And it says 10891.

17      A    Uh-huh.

18      Q    And then the next one is 10892.  So that

19  means they were produced to us together.

20      A    Uh-huh.

21      Q    And that's why I believe it's a 2008 --

22      A    No, that wasn't the --

23      Q    I'm sorry.

24      A    I wasn't sure why I was asked to do this.  I

25  guess that's what -- at the time.  I'm trying to

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 65 of 405

1  remember.  But anyway...

2      Q    Yeah, I was wondering about that because

3  that's the only one we found.  It doesn't mean there

4  aren't others, but I -- you don't remember doing this

5  on an annual basis?

6      A    Yeah.  Right.  Okay.  It's part of the

7  performance called PMAS, performance -- yeah.  Every --

8  yeah, you're supposed to do a self-appraisal both at

9  the six-month period and at the end of the year to help

10  your supervisor decide what -- how you performed that

11  year.  So that's -- so, yes, this happened every year

12  then.  Okay.  That's -- thanks for reminding me.

13      Q    No, it's okay.

14          Under "Advocacy" on page -- the second page,

15  which ends in Bates 10893 --

16      A    Yes.

17      Q    -- can you read the -- since it's your words,

18  can you read the paragraph under "Efficacy," the first

19  paragraph?

20      A    "Worked very closely with those affected by

21  exposures to contaminated drinking water at

22  Camp Lejeune, including daily phone conversations and

23  emails, CAP meetings, and informal meetings.  Provided

24  informational materials on the risks of exposures to

25  the contaminants, as well as general materials on the

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 66 of 405

1  toxicology of the contaminants, epidemiologic study

2  designs, genetics (for example, gene-environment

3  interactions involving the contaminants), and water

4  modeling issues."

5      Q    Okay.  And then beyond that, you talk about a

6  couple of other pieces of work you were doing at that

7  time, right?

8      A    Right.

9      Q    Is that one of the ways in which you define

10 "advocacy"?

11     A    Yeah.  That's one of the ways, yeah.

12     Q    Okay.  And we talked earlier about your

13 interview in May 2018 by your alma mater called

14 Fords in Four.  Do you remember that?

15     A    Yes.

16     Q    Okay.  So we have that interview.  This will

17 be Exhibit 15.

18         (Exhibit 15 marked for identification.)

19         THE WITNESS:  So you also have a picture

20     of my daughter and I that's a part of that,

21     or no?

22         MS. GREENWALD:  I don't.

23         (Discussion off the written record.)

24     Q    (By Ms. Greenwald)  Here's Exhibit 15.

25     A    That went -- the picture went with this

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 67 of 405

1    thing.

2         Q    Oh, okay.  We don't have it with the picture.

3    I'm sorry.

4              Okay, this appears to be from May of 2018?

5         A    I think so.

6         Q    It says, "Fords in" -- under "Bove," it says,

7    "Frank Bove, 69, senior epidemiologist."  Do you see

8    that in the upper left?  Did I give you the right

9    document?

10        A    You probably did, but --

11        Q    I don't know -- let me just look at that and

12   find out.

13        A    I'm trying to see where --

14        Q    I have a different version.

15        A    Oh, okay.

16        Q    Okay, so mine looks a little different.  So

17   yours is part of an email.  Okay, never mind.  Yours is

18   part of an email.  I'm just going to go straight to

19   this -- well, you -- do you remember being interviewed

20   by your undergraduate alma mater about this?

21        A    Yes.

22        Q    Did you know about this Fords in Four before

23   you were --

24        A    No.

25        Q    -- contacted?

1      A      No.

2      Q      Okay.

3      A      I've had very little contact with the school.

4      Q      Do you know about this program, or is it just

5      out of the blue they called you?

6      A      Out of the blue.  I think they saw the Unsung

7      Hero Award, the Ozonoff Award, that prompted them.

8      Q      Okay.  So on page -- well, now I don't know

9      how to do this.  Let's see.  Question 3.  Unless I have

10     a different version, Question 3.

11     A      "What have you done since Haverford," is that

12     the --

13     Q      It says, "What do you do on a day-to-day

14     basis as a senior epidemiologist?  How would you

15     explain your work to others?"  That should be

16     Question 3.  Is it?

17     A      It's --

18     Q      All right, so I have a different version.

19     A      You have a different version.

20     Q      I apologize.  I'm going to do this -- let

21     me -- I'm going to let you keep that, and I will do

22     this after our break, because my version is not the

23     same as yours.  Sorry about that.  So we'll go back to

24     that.

25            One more document, or do you want to take a

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 69 of 405

1    break?

2         A    One more document.

3         Q    Okay.  So I'm going to show you what I'm

4    going to mark as, now, Exhibit 16.  This one will be

5    the same.

6              (Exhibit 16 marked for identification.)

7         Q    (By Ms. Greenwald)  Do you recognize this

8    PowerPoint?

9         A    Yes.

10        Q    And did you prepare it?

11        A    Yes.

12        Q    Do you remember when?  I don't see a date on

13   it.

14        A    This looks similar to a TED Talk I did at

15   CDC, but I don't remember the date.

16        Q    Did you do a TED Talk on Camp Lejeune?

17        A    Camp Lejeune was part of it, but I was

18   talking more -- yeah, Camp Lejeune was definitely a

19   part of it, I used that as an example, but I think I

20   used other examples too.  I talked about the issues

21   around how to interpret studies, in particular

22   statistical hypothesis testing and so on.  So I talked

23   about that in here and then did so in the TEDMED.

24              So the TEDMED, I had to do without looking at

25   anything, but pretty much what I see in here is what I

Golkow Technologies,
A Veritext Division
877-370-3377                                                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 70 of 405

1    presented.

2         Q    Okay.  Do you remember about when that was?

3         A    Is it in my resume?

4         Q    I didn't see it.  So if it was there, I

5    missed it, so -- it's okay.

6         A    Okay.

7         Q    It doesn't matter.

8         A    I can't remember exactly when.

9         Q    Okay.  If you go to the -- so these aren't

10   numbered.  We're going to use the Bates numbers --

11        A    This is before the pandemic, let's put it

12   that way.

13        Q    Okay.  All right.

14        A    So it's probably sometime 2014 to 2017,

15   around that middle --

16        Q    Okay.  That's always helpful.  That's what we

17   all use now, sadly, for our time frame.

18        A    Yeah, yeah.

19        Q    So I'm going to use the numbers on the bottom

20   right-hand corner because this isn't numbered.

21        A    Okay.

22        Q    So go to the second slide, which is Bates

23   121759.

24        A    "Main Points."

25        Q    "Main Points."  The second one is, "To be

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 71 of 405

1  responsible to the needs and concerns of communities,

2  public health practice should adopt aspects of the

3  precautionary principle."

4        What is that?  Can you describe what the

5  precautionary principle means to you?

6     A     Yeah, well, I think it gives us -- there must

7  be a slide in here that actually -- yes.

8     Q     There is?

9     A     Sixty-three.

10    Q     Okay.  Let's jump to 63.

11    A     And those are the, as I have there, central

12  tenets of the precautionary principle.

13    Q     Uh-huh.

14    A     I mean, heeding early warnings is, in

15  general, what the precautionary principle means.  But

16  unpacking that, you have, "Take preventive action in

17  the face of uncertainty."  So you don't wait until all

18  the bodies are in front of you.  If you have some

19  information to act, you act.  You may -- and there's

20  always uncertainty anyway.  So that's the first one.

21        The key one -- a key one is shifting the

22  burden of proof from those who are upset or concerned

23  about a project to those who are advocating for a

24  project.  For example, if someone wanted to put an

25  incinerator in your community, they have to show that

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 72 of 405

1    it's safe.  You don't have to show that it's dangerous.

2        Q    And why is that important?

3        A    Because it's stacked the other way.  It's

4    stacked the other way.  In almost all situations, the

5    polluter or proposed -- whatever it is that has that

6    potential to pollute doesn't have to prove -- doesn't

7    have to prove that it's safe.  The advocates, people of

8    the community, has to -- is given -- usually has the

9    burden of proof to -- and so that's trying to redress

10   that.

11            These are -- by the way, the precautionary

12   principle is something that was adopted in the

13   European Union.  This is not, you know -- and so it's,

14   you know --

15       Q    Right.

16       A    It's not something --

17       Q    It's a well-accepted principle?

18       A    Yeah.  It's not --

19            MR. BAIN:  Objection.

20            THE WITNESS:  Yeah, I mean, we haven't

21       accepted it -- the EPA has discussed it, and

22       I would say what the FDA does is sort of

23       precautionary, testing drugs before they're

24       put to use.  So there are aspects of this

25       already, but not the whole -- not in this

1          country.

2          Q    (By Ms. Greenwald)  So can we stay on your

3     point about for a minute about shifting the burden,

4     sometimes referred to "as level the playing field."

5     But whatever word we use, is that not because the

6     proponent of an action that could cause harm or a

7     facility or an entity that's already caused harm has

8     most of the facts, and the community being impacted is

9     really without a lot of the facts?

10          A    That's part of it.

11               MR. BAIN:  Object to form.

12               You can answer.  Go ahead.

13               THE WITNESS:  That's part of it, lack of

14          information, because some of -- the company

15          may say it's proprietary, for example.

16               But there's also another issue, which

17          is, as I said, the burden of proof is on the

18          community oftentimes, in many instances.

19               So anyway -- so that's a part of it,

20          just to make -- "level the playing field" is

21          not a bad description of that.  And then look

22          for alternatives too.  And a key one for me

23          is increase public participation in

24          decision-making.  That's the whole point of

25          having a CAP or some kind of entity, that the

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 74 of 405

1      community has input into your work.

2      Q    (By Ms. Greenwald)  So if we can go to the

3      slide -- a couple back -- that ends in 61.  The bottom

4      bullet point in red says, "Advocate for public

5      health - an obligation to act," as one of the primary

6      duties of public health practitioners, right?  And

7      would you consider that a primary duty for

8      epidemiologists --

9      A    Yes.

10      Q    -- as well?

11      A    Yes.  That's controversial.  There are

12      epidemiologists who say that you should not do any of

13      this work or that your science should be pure and not

14      have any -- or not have direct policy implications, or

15      at least epidemiologists shouldn't be involved in that

16      effort.

17           So, I mean, I'm thinking of Kenneth Rothman,

18      for example, who has made that case over the years.

19      But I disagree with that.  I think that epidemiologists

20      should play a role.  We know something; we should play

21      a role in the policymaking.  And in the case of

22      information we have on the dangers of a substance or

23      dangers of an exposure, we should act.

24      Q    So I notice on the bottom of that slide, you

25      have some notes, and it says -- the last is, "They

1    think" -- "they," I assume that's people who don't

2    agree with you -- "They think you cannot be both a

3    scientist and an advocate/activist."  Do you see that?

4         A    Yes, I see that.

5         Q    You believe those are compatible, don't you?

6         A    Yes, absolutely.

7         Q    Okay.  So if you go to slide 66, did you use

8    the Woburn example as an example of why advocacy and

9    public participation advances science and knowledge?

10        A    This is the Long Island breast cancer work,

11   where they had a map of where the breast cancers were,

12   also any information they had on environmental

13   exposures, and they put it together, the community put

14   it together.  And that impacted the research that was

15   done, I guess, by NCI.  I'm trying to remember who did

16   all the research.  I think NCI was involved.  I don't

17   remember if CDC was involved as well, doing -- looking

18   at Long Island breast cancer and doing a sequence of --

19   and, of course, the health department -- the New York

20   health department was involved.

21             It was -- a lot of the work was instigated by

22   the community's work itself.  And that was true of

23   Woburn.  The families, in particular one family whose

24   son had -- I think it was a son -- had leukemia, went

25   around and identified many of the cases.

1          That was also the case in Brick Township.

2     One family who had two children with autism identified

3     most of the cases in the community before health people

4     showed up, so that's -- that was an important -- that's

5     citizen science of a sort.

6          Q     Okay.

7          A     Yeah.

8          Q     On page 69, you refer -- and also on page

9     70 -- I think they're similar -- a couple of slides

10    here talk about the difference between false positives

11    and false negatives and why -- sort of your views on

12    the importance -- or the -- let me ask this question

13    right.

14          What are your views on the significance of

15    false positives -- the lack of concern of false

16    positives versus the risk of false negatives?

17          A     Well, what -- the way statistical testing is

18    set up is a problem because they use -- arbitrarily use

19    a .05 as an error rate for a false positive.  And they

20    oftentimes, for no good reason, set .20 for a false

21    negative.

22          And so -- and my view is that they either

23    should be equal, so both should be .05 or .20, or there

24    should be some cost analysis done as to what is the

25    cost of a false positive and what is the cost of a

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 77 of 405

1  false negative, who bears those costs, right, and all

2  that should be put into -- if you're going to use this

3  method, that's -- you should do that.  But no one does

4  that, and so that's part of the reason I am opposed to

5  using significance testing.  There's a whole list of

6  reasons why I'm opposed, and a lot of -- most of those

7  reasons, if not all of them, are in American

8  Statistical Association articles that were written in

9  2016 and 2019 and where the American Statistical

10 Association, the head of it, in one paper in 2019 said

11 basically don't use it, simply said don't use

12 significance testing, and I agree with that.

13      Q    Is there a shift right now in statistical

14 significance dialogue among scientists and

15 biostatisticians now on this issue?

16      A    This issue is at least a hundred years old.

17 I, in fact, found something in the 1800s where there

18 was something like a dispute about this, so it goes way

19 back.

20           I know that Sander Greenland, who is a

21 well-known theoretician in epidemiology, and two

22 researchers put out a call for how many people -- how

23 many researchers agree with their position not to use

24 significance testing.  And they initially got something

25 like 7- or 800 researchers saying, "We agree with you."

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 78 of 405

1        But I would say at this point, it's still
2   very much a controversy.  The journalists and the
3   researchers still use it.  And I've had to battle both
4   journalists and within the agency around this issue
5   over the years, trying to, you know, go through why
6   it's not a good approach, what the deficiencies are,
7   trying to promote a different approach, which, again,
8   some of these well-known theoreticians are pushing as
9   well.
10       Q    I want to ask you about -- on page -- on
11  slide 74 -- not your cartoon, although I like your
12  cartoon a lot -- you write here, "Even when an
13  association between exposure and disease is observed,
14  the agency may claim that the finding does not
15  constitute 'definitive' or 'conclusive' proof of
16  causality."  And this is the sentence I want to focus
17  on, "But this is misleading because no study, by
18  itself, can provide 'conclusive proof.'"
19       So that goes both ways, right?  So no one
20  positive study, in the absence of everything else, and
21  no one negative study, in the absence of positive
22  information, can really answer a question on its own,
23  right?
24       A    Right.  Because most research, if not all
25  research, there is a background that promoted that

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 79 of 405

1   research in the first place.  There's some information,

2   animal data, maybe -- in the case of vinyl chloride and

3   angiosarcoma of the liver, you know, reports that there

4   were too many cases, because you didn't expect any, in

5   a plant, so, you know, then you do a study.

6          So it's -- the study is built on previous

7   information and subsequent information.  So in trying

8   to determine what the evidence -- how strong the

9   evidence is -- because in science, you hate to use the

10  term "proof," but how strong the evidence is, you have

11  to bring all that together.

12         So even for smoking and lung cancer, you

13  know, the epidemiologic studies done in the '50s were

14  helpful, you know, but there was also other

15  information.  And together, with animal data and with

16  what they knew, they made a convincing case.  They

17  still don't know the mechanism, though, and that would

18  make it even more convincing, and that's, you know --

19  so I'm just -- so that's what I mean here, is that a

20  lot of times -- and when I say "agency" here, I'm not

21  talking about ATSDR specifically.

22     Q    Right.

23     A    I actually think more about health

24  departments more often and cluster investigations where

25  they say, "Well, it's not statistically significant;

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 80 of 405

1  there's no problem here."  And that's happened at

2  Woburn too.  The way they -- they analyzed the wrong

3  outcome in particular on -- in that situation.

4          But again, you know, even if it's not

5  statistically significant or -- you know, you have

6  another information.  Maybe workers who work with the

7  substance have had that disease or something like that.

8  So you need to bring in what they call our priors, our

9  background information, and inform the current study.

10         And that's what we did at Lejeune too.  I

11  mean, the outcomes we focused on -- starting with the

12  birth defect study, we looked at outcomes that I found

13  in the New Jersey study and also the Woburn study and,

14  actually, the other New Jersey cancer study.  So those

15  informed the Lejeune study there, the birth outcomes

16  and the birth defect cancer study.

17         The mortality study, occupational studies

18  really pushed that, because there was some evidence

19  already about trichloroethylene and kidney cancer, for

20  example.

21    Q    And just one more thing and then break time,

22  because I know I've gone past the 15 minutes.

23         The second [sic] sentence there says,

24  "Nevertheless, a study can provide important evidence

25  for a causal association that, linked with evidence

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 81 of 405

1    from other research, can be scientifically convincing."

2        A    Right.  Yes.

3        Q    So that's the flip side of what we just

4    talked about --

5        A    Yes.

6        Q    -- right?

7        A    Yes.

8        Q    Okay, you want to take a break?

9        A    Sure.

10           THE VIDEOGRAPHER:  Okay.  The time is

11       11:02 a.m.  Going off the video record.

12           (Recess taken.)

13           THE VIDEOGRAPHER:  We are back on the

14       record.  The time is 11:16 a.m.

15       Q    (By Ms. Greenwald)  Okay.  Let's move to some

16    of the work you did at Camp Lejeune.

17       A    Okay.

18       Q    But before we do that, I want to ask you a

19    little bit about the peer-review process at the ATSDR

20    for published papers, basically any paper that you

21    worked on when you were there.  I'll mark this as

22    Exhibit 17, in case you want this for reference.  You

23    don't have to read it.  I just wanted to

24    [indiscernible] need it for reference.

25           (Exhibit 17 marked for identification.)

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 82 of 405

1     Q    (By Ms. Greenwald)  So can you explain the

2  peer-review process to us, please?

3     A    Well, it has -- we're required by the CERCLA

4  or SARA -- I can't remember which -- to peer-review all

5  our studies.  And that would sometimes include

6  peer-reviewing the protocol, as well as the report on

7  the study or the article.

8          So we have -- so it goes through an

9  independent peer-review process.  We usually pick

10 three -- either the science office at ATSDR asks us to

11 recommend people, or if we don't have any -- for some

12 reason, we don't have any ideas, they pick the people.

13 Their decision is the final decision, though.  They may

14 disagree with your representations and pick three

15 people.

16         But usually, they pick at least one -- for

17 the epi studies, one epidemiology [sic], at least one

18 statistician, sometimes two epidemiologists and a

19 statistician.  It varies.  It depends on the study too.

20         So -- so, yeah, so every -- for example, the

21 cancer incidence study, we had not only a peer review,

22 but there was a meeting to discuss the protocol, to go

23 over it with a group of scientists in the room.  And

24 then -- and then they had a chance to go back and then

25 provide additional comments to the initial protocol.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 83 of 405

1    So that was -- so -- that and the -- I don't

2  think the mortality studies went through that rigorous

3  a situation, that was kind of rare, but we all -- all

4  the studies have to go through a peer-review process

5  set up by the Office of Science at ATSDR.  And then

6  when it goes to a journal, it goes through another

7  peer-review process.

8    Q    So I want to ask you about this -- where you

9  say sometimes the protocol itself goes through peer

10 review.  So that's before you actually write the study,

11 that's when you come up with the protocol, and before

12 you even start doing the work on the study, you have

13 to -- you go through peer review on just how it's going

14 to be done?

15   A    Yes.

16   Q    And you said that was done for the cancer

17 incidence study?

18   A    Yes, we had -- as I said, we had a meeting

19 of -- I don't know how many -- six, seven, eight

20 people, experts in epidemiology, in cancer registries.

21 We had at least one person who was a part of the

22 National Association of -- the North American

23 Association of Central Cancer Registries, NAACCR, and

24 also researchers who had done other cancer incidence

25 studies themselves.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 84 of 405

1           So we had a room full of these people, and

2    went back and forth as to whether the protocol was the

3    proper approach.  Some people thought there was another

4    approach that might be useful.  We had that debate.

5    But the protocol pretty much was accepted pretty much

6    the way it was.  So that reassured us and it was --

7    that was important for the -- they felt that way.

8           The mortality studies were more -- were

9    simpler.  They really were -- you know, mortality

10   studies are standard pretty much in the occupational

11   field, occupational health field.  So I don't think

12   that was -- I don't remember the protocol there, going

13   through the, kind of, committee meeting like that.  It

14   may have been peer-reviewed, I can't remember, the

15   earlier mortality study.  But the study itself was -- I

16   mean, the report was peer-reviewed, the --

17        Q    Right.

18        A    Yeah.  Whether the protocol was, I can't

19   remember.  But the protocol for the cancer incidence,

20   and I think also for the current mortality study, was

21   also evaluated.  So -- and for the assessment of the

22   evidence, there was a peer review early on, and that's

23   a whole -- there's a whole story behind that one.  And

24   then --

25        Q    We'll get to it.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 85 of 405

1      A     -- there was a peer review once the report --

2    a draft was written.  So there was two peer reviews

3    there.  And those were the only two peer reviews for

4    that because that was not submitted to a journal.

5      Q     Okay.  So let me ask you a couple of

6    follow-up questions to your answer.

7            So I think you mentioned -- and if I got it

8    down wrong, please correct me.  I think you said that

9    the protocol for mortality studies are more standard in

10   the occupational field than the cancer incidence study

11   would have been.  Did I get that right?

12     A     Yeah.

13     Q     So what does that mean, "more standard"?

14     A     Well, first of all, the data is easier to

15   obtain.  The National Death Index is available.

16   There's no such thing as a national cancer incidence

17   database where you have personal identifying

18   information linked to it.

19            So that's a major difference right there.

20   There are very few studies done on cancer incidence

21   because they're difficult to do, and -- whereas

22   mortality studies, you have -- if you can identify the

23   cohort, you have some identifier, like social security

24   number would be important to have, then you can match

25   it to the National Death Index, get causes of death,

1    specific causes of death, and do a study.

2            I mean, it's not that simple, but -- but at

3    least there's that database.  Otherwise, as I said, for

4    cancer incidence, you either have to go to a cancer

5    registry or a group of cancer registries like the --

6    NIOSH did a study of firefighters, and I think they

7    used 10 cancer registries that were around the

8    firefighters that -- the cities, the three cities, I

9    think, they have.

10           So there are cancer incidence studies, but

11   they're difficult to conduct for that reason.

12       Q    I see.

13       A    But there's no national registry.

14       Q    And so -- so talking about mortality studies,

15   the death --

16       A    National Death Index.

17       Q    National Death Index.  That just refers to

18   the cause of death on a death certificate, right?

19       A    Right.

20       Q    Okay.  So if someone -- I know you -- I think

21   it's in one of your papers or somewhere, I saw a

22   comment that if someone had cancer, but they were

23   killed in a car accident, the cause of death would be

24   the car accident, not cancer?

25       A    It would be missed, yeah.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 87 of 405

1      Q     Okay.

2      A     That's a limitation of mortality studies, is

3  that you'd rather have -- for cancer or for Parkinson's

4  or any of the diseases, you'd rather have incidence

5  data than mortality data.  But all else fails, you have

6  mortality data.

7      Q     Okay.  And so -- so you mentioned that the

8  cancer incidence study went through a peer review for

9  the protocol.

10      A     Yes.

11      Q     Was that the kind of peer review that you

12  talked about where you recommended a few people, and

13  then other people recommended people, and those people

14  were brought together and looked at the protocol?

15      A     I think I was the one who recommended all

16  those people because I knew who had done studies on

17  cancer incidence --

18      Q     Okay.

19      A     -- and who was -- who worked for a registry

20  that was -- you know, we asked a couple of registry

21  people on one, you know, so I -- if I recall, I did --

22  I picked those people for the most part.  And I think

23  that's because the Office of Science deferred to me

24  because I was the internal expert on this.

25      Q     Uh-huh.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 88 of 405

1      A      And that's, you know -- but as I said, they

2   often asked us for recommendations.  And most of the

3   time, I would say, they used our recommendations, maybe

4   add one person or -- oftentimes, some of the people we

5   recommend can't do it.

6      Q      Okay.

7      A      People are busy, so --

8      Q      And when you -- I'm sorry.  I didn't mean to

9   cut you off

10     A      So they pick somebody if we're having trouble

11  getting people.  And that's happened on occasion.

12     Q      Okay.  When you send a paper in to a journal

13  for peer review, those are -- are those blind, or do

14  you also recommend --

15     A      No, no, no.  The journal -- the journal picks

16  them.

17     Q      Right.

18     A      I noticed Environmental Health Perspectives

19  said, "Do you have some people in mind?"  So they

20  actually do that, but that may be -- that's new for me.

21  I don't recall that in any of the other journals, so --

22  I was never asked.  That was the first time I was asked

23  by a journal.  Whether they actually picked those

24  people, I have no idea.

25             Some journals will let you know who the

1   reviewers are, and some won't.  It's up to, actually,

2   sometimes the interviewer, does the reviewer want you

3   to know.

4        Q    Okay.  So when you're talking about doing a

5   study, like a mortality study or a cancer incidence

6   study, which I understand is a more complex, robust

7   type of study based on --

8             (Interruption in the proceedings.)

9        Q    (By Ms. Greenwald)  Apologies, Dr. Bove, for

10  that little interlude.

11            Are there, sort of, key components that one

12  would look for in a high-quality study of either

13  mortality and/or cancer incidence that would be, like,

14  common to these type of studies, or do you have to look

15  at them separately?  Is there a commonality between

16  them as far as what would be a high-quality study?  And

17  maybe I should go over some of the ideas I have, and

18  maybe that would be easier for you.

19       A    Well, I mean, a high-quality study would have

20  a good exposure assessment.  And also, good outcome

21  data that's verified, that would be good.

22            The problem with a survey, for example, is

23  oftentimes we don't verify the outcomes that are

24  reported to us.  But if you have -- but the

25  occupational studies, some use a job exposure matrix,

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 90 of 405

1    depending on the study.  Some use plant-specific, which

2    is better than a generic job exposure matrix, which

3    would cover various occupations and various plants that

4    use the chemicals.  That's a little less accurate to

5    some extent.

6              So the better the exposure assessment, the

7    better the study, in particular if you have -- if you

8    take body sample -- fluid samples or, you know, you

9    take some kind of sampling that enhances the exposure

10   assessment.  So that's one side.  The other side is to

11   have verified outcome data --

12        Q    Okay.

13        A    -- cancer registry data, National Death

14   Index, or some medical records to do that.

15             So those are -- now, some people say, well,

16   if you don't look at smoking, you know, you don't ask

17   for smoking, that's a detriment to your study, for

18   example, if you're doing a cancer or any

19   smoking-related diseases.

20             However, you can -- you can deal with that

21   problem to a great extent by determining whether other

22   diseases that are smoking-related, but not related to

23   the exposure you're interested in, are elevated or not.

24             If you don't see -- for example, in the work

25   we did in the cancer incidence study and the mortality

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 91 of 405

 1   study, chronic obstructive pulmonary disease, it's not

 2   related to any of these chemicals in the drinking

 3   water, at least as far as we know, but it is

 4   smoking-related.

 5           So if you don't see an increase in COPD in

 6   one group versus another, there probably isn't much of

 7   a smoking difference.  Between the two, there's not

 8   much of a smoking difference.  There's really no

 9   problem with confounding or very minimal confounding.

10           So even if you don't get smoking information,

11   you can tease out how bad the bias might be and in what

12   direction.

13           So I don't -- so to me, a good --

14   high-quality study, sure, if they get smoking

15   information and it's good information, that's fine.

16   But a high-quality study doesn't necessarily have to

17   have smoking information.

18       Q    Okay.

19       A    The main thing is to have a good assessment,

20   exposure assessment, good outcome assessment, and

21   interpret it properly -- that's another problem -- and

22   minimize as many of the biases as you can.  For

23   occupational studies, a healthy worker; for veteran

24   studies, a healthy veteran effect.  You have to keep

25   those biases in mind.  Selection bias could be a

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 92 of 405

 1    problem because you've lost people to follow-up, for

 2    example.

 3           So, you know, if you minimize these biases,

 4    that would be a high-quality study.

 5           And high-quality studies are -- you know,

 6    when NCI does a study or NIOSH, they're usually high

 7    quality.

 8    Q    Uh-huh.

 9    A    And IARC, when they do a study, usually high

10    quality.

11    Q    So can I go through some of the factors

12    that -- I'm going to ask you, for example, if these are

13    factors or components that you would say are present in

14    the studies that you did for Camp Lejeune --

15    A    Uh-huh.

16    Q    -- that you have in front of you right there.

17    A    Uh-huh.

18    Q    So the cohort size, is that something you

19    would consider the larger the cohort size, the stronger

20    the study?

21    A    Yes, as long as it doesn't impact your

22    exposure assessment.  If you --

23    Q    What do you mean by that?

24    A    In other words, if you -- if you include more

25    people, oftentimes -- sometimes, it may weaken your

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 340-2    Filed 09/10/25    Page 93 of 405

1  exposure assessment, because you're putting people in
2  there you're not sure of their exposures and stuff.
3      Q    Okay.
4      A    So as long as it doesn't affect -- it doesn't
5  impact the exposure assessment, yes, the larger the
6  cohort, the better, especially if you're looking at a
7  rare disease, like cancers.
8      Q    Okay.  So a large cohort provided that cohort
9  are exposed people?
10     A    That you've defined the exposure properly.
11     Q    Okay.
12     A    So they could have various exposures, as long
13  as you define them properly --
14     Q    Okay.
15     A    -- assess them properly.
16     Q    And would you also agree that extensive or
17  regular follow-up is something also important if you're
18  doing a longer-term study?
19     A    If you can do follow-ups, yeah.  Oftentimes,
20  that's -- studies haven't been followed up.  But in the
21  occupational field, some have.  There have been
22  dry-cleaning studies where the NCI has followed these
23  people over time and keeps reporting new findings from
24  it.
25     Q    And a term that I've seen in some of the

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 94 of 405

1    materials is "AIC" -- I don't know how to say this --
2    Akaike Information Criteria.  It's A-K-A-I-K-E.
3        A    Yeah.
4        Q    I don't know how to say that word.  How -- do
5    you know how to say it?
6        A    No.
7        Q    Okay.
8        A    It's a person's name.
9        Q    We'll just call it AIC.  It's a modeling to
10   define study ranges; is that right?
11       A    Yeah, I see it as one measure of the model
12   fit, and it's useful, I mean, if you're looking at
13   various different models.  For example, if you have
14   four variables in one model -- exposure, maybe smoking,
15   alcohol, and, I don't know, some other thing -- and
16   this study has three, you can compare them with this
17   AIC if you take -- if you have two models with -- both
18   having four variables in it, but different ones, you
19   can, again, look at AIC.
20            If you're -- I used AIC quite a bit to look
21   at the splines, the -- how to explain this -- the
22   dose-response curves that aren't -- that are -- that
23   take into account that the curve may change its shape,
24   and you can look at AIC to see which -- where to put
25   the knots where the changes occur.

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 95 of 405

1              So there's various things you can do with
2      AIC.  But mostly, in general, it's some kind of
3      goodness-of-fit approach.  There are other statistics
4      that also look at goodness-of-fit, but AIC seems to be
5      one that a lot of people use.
6          Q     So you're looking for a high number for AIC,
7      is that -- or just --
8          A     I can't remember now.
9          Q     Okay.
10         A     This, I can't remember.
11         Q     Okay.  That's okay.
12         A     I haven't used it in a while.
13         Q     Okay.  And if a study has a bad AIC, whatever
14     that -- whether it's high or low --
15         A     Yeah.
16         Q     -- what would that mean?
17         A     Just means that the fit is not as good, so
18     you may want to go with the model that has the better
19     AIC.  And, again, I can't remember if it's higher or
20     lower.
21         Q     That's okay.
22         A     That's what happens in retirement.
23         Q     What about SMR, Standardized Mortality Ratio?
24         A     Yeah, SMR could also stand for Standardized
25     Morbidity Ratio.  But, yeah, usually -- because it's

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 96 of 405

1   hard to do incidence studies, it's usually death

2   studies, it's a standardized mortality ratio.  And

3   that's the observed over the expected, and you -- the

4   observed number of cases of the particular cause of

5   death you're interested in.  The expected number comes

6   from the age distribution and maybe sex and race

7   distribution of your population times the -- some kind

8   of standard rates, usually taken from, like, CDC WONDER

9   or cancer -- U.S. cancer rates or whatever.  And NDI

10  actually has their own death rates that you can use

11  automatically.  So if you put the data in properly, you

12  get -- it kicks out an SMR for you for each cause of

13  death.

14      Q    Okay.

15      A    So that's why there's a lot of -- mortality

16  studies, it's very useful, the National Death Index,

17  and makes it easier for you to do these studies.

18      Q    Okay.  What about the Cox Proportionate [sic]

19  Hazard modeling?  And I think -- if I recall, one of

20  your studies used Cox and the other one Poisson,

21  POISSON.

22      A    Yeah.  They're actually similar.

23      Q    Okay.

24      A    The Cox model looks at each age -- or age is

25  the time variable that we do.  Other researchers use

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 97 of 405

1     time to tumor or some other time variable, but because

2     cancer and age are so highly related, it's useful to

3     use age as your time variable.

4           So as people age and you have an event, like

5     a cancer, that you're interested in, the Cox model

6     takes that into account. So the Cox -- whereas the

7     Poisson, instead of fine -- more fine ages, the Cox

8     model -- the Poisson model will use age groupings.

9           So if you want to think about it, Cox model

10    is more individual level, Poisson is more aggregate --

11    is aggregate level, not more aggregate level.

12       Q     Okay.

13       A     So if you don't have -- if you have broad

14    information on people, but you don't have specific

15    information on when they died or what age they died,

16    but you have sort of a -- if you can group -- if you

17    can use age -- broad age groupings, five-year age

18    groupings, ten-year age groupings, and you have race,

19    sex, and so on, you can do a Poisson model, and you get

20    roughly -- you can get roughly the same answer.

21          The value of a Cox model is it takes into

22    account when the cancer -- disease occurred, as well as

23    the difference -- the magnitude of the difference

24    between the two, so -- whereas if you do logistic

25    regression, for example, it figures out how many deaths

1  occur at the end of follow-up and compares that with --

2  you know, if you have an exposed group and unexposed

3  group, which one has a higher odds, but it doesn't take

4  into account when those diseases occur, what ages, were

5  the ages among younger people.  The Cox model takes

6  that into account.  So it's more suitable, a better

7  model to use, if you can use it, if you have that

8  individual level of data.

9      Q    Understood.  Okay.  And then what about

10 QBA --

11     A    Quantitative bias analysis.

12     Q    -- quantitative bias analysis methods --

13     A    Yeah.

14     Q    -- what about that?  How does that play

15 into --

16     A    Okay.

17     Q    -- a high-quality study?

18     A    Well, most studies don't use quantitative

19 bias analysis.  That's -- there was a textbook that was

20 produced a couple of years -- well, several years ago

21 now that there's been a second edition -- trying to

22 promote the use of quantitative bias analysis to look

23 at confounding.

24          People concerned about confounding all the

25 time, well, just how bad is it and what direction is

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 99 of 405

1    it.  It's not enough to say, oh, they didn't take into

2    account smoking; there must be confounding.  Oh, yeah,

3    well, how much, which direction?  That's what

4    quantitative bias analysis is getting at.  If you have

5    a selection bias problem, how much, you know, which

6    direction again.  And same with exposure

7    misclassification.

8              For those biases -- selection, confounding,

9    exposure misclassification -- you can do these methods

10   that we do in these studies.  But there are other

11   methods you can use.  You can -- again, I mentioned --

12   it's called negative control diseases.  You can look at

13   COPD, and the chemicals that you're interested in don't

14   cause it.  So if there's a difference in COPD in the

15   exposed versus unexposed, it must be because there's a

16   smoking difference.  But if you don't see a difference

17   in COPD, then they're probably similar in smoking.

18             So you can do a quantitative bias analysis

19   just by doing that.  I would consider that part -- and

20   we use a -- we use both.  We use negative control

21   diseases and the formal quantitative bias analysis in

22   the cancer incidence and mortality study.

23        Q    In both of them?

24        A    In both of them.

25        Q    Okay.  Now, is that true for all three

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 100 of 405

1  mortality studies?

2       A    No.  The other ones, we did more of what I --

3  the other approach.  We didn't use quantitative bias

4  analysis.  We used negative controls.  I think we even

5  call it that in that paper.  I can't remember.  But

6  yeah, so instead of actually coming up with a -- if you

7  look at the cancer incidence study, for example, there

8  are these tables where -- different possibilities of

9  the bias and what the impact would be.  That's a

10  quantitative bias.  We didn't do that for the earlier

11  mortality studies.

12       Q    These are factors that you would take into

13  account anytime you're going to do a study, and you

14  decide what to apply in the various studies given the

15  facts and the materials that -- the information that

16  you have?

17       A    Can you repeat that again?

18       Q    Sure.

19       A    I missed the early part of that --

20       Q    So we went through a lot of different

21  factors.

22       A    Yeah.

23       Q    And I realize in some of the factors, just,

24  like you said, for example, the QBA, you applied in the

25  cancer incidence study and the 2024 mortality study,

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 101 of 405

1    but not in the 2014 studies?

2        A    Right.

3        Q    So as an epidemiologist, when you're

4    designing a study, do you consider these various

5    factors and decide what you can use based on the

6    information you have?  Like, how does one decide which

7    of these components you're going to apply to your data

8    and your analysis?

9        A    I mean, it depends on if you're -- I mean, I

10    anticipate that people will be concerned about smoking

11    and alcohol consumption and maybe even lifestyle

12    differences between Camp Lejeune and Camp Pendleton,

13    for example.  And so that pushes me to try to address

14    those by looking at how big the bias might be.

15            We didn't collect that information.  We

16    didn't collect information on what they ate, what

17    they -- drinking.  Even if you collected that

18    information now, how good would it be back then?  So to

19    address those issues, you try to use negative control

20    diseases, for example, and quantitative bias analysis

21    is also useful.

22            As I said, quantitative bias analysis is

23    slowly getting used, but I rarely see it yet.  I think

24    that it will continue because they're teaching it.  And

25    it's easy to do now because they have spreadsheets that

```
 1   make it easy for you to use it.  But, you know, it's
 2   new, so to speak, relatively speaking.  So that's the
 3   reason I did those -- I would do that, is because I'm
 4   concerned that people might -- attack the study for
 5   those reasons.  I want to head that off by saying this
 6   is how bad it might be or not bad at all.
 7        Q    So you mean, like, the impact it would have
 8   on the --
 9        A    Yeah, I mean, confounding -- most people
10   think of confounding -- that it means that you have an
11   elevated risk ratio, for example, but it's really not
12   that.  It's elevated because of smoking or something.
13            So that -- you know, so the direction of the
14   biases in that direction to inflate something, that's
15   what most people are afraid of.  But actually, it can
16   go in the other direction.  It really depends on the
17   prevalence of that confounder, smoking, let's say, in
18   the groups you're comparing.
19            So if there's no difference, there's no
20   confounding.  If one group has -- you know, if the
21   exposed people smoke less, then you're underestimating,
22   you know.  And if they smoke more, you're
23   overestimating, for example.
24        Q    Right.  So if they smoke less, it --
25        A    Then --
```

1     Q   Bias is to the null?

2     A   Bias is towards the null.  So bias towards

3 the null happens -- it could happen in confounding, but

4 most people think of it as the other direction.

5          Again, oftentimes because the paradigm is

6 smoking, and comparing a workforce with the general

7 community or something of that sort where that -- there

8 would be differences.  But if you actually compare

9 workers in a plant, usually there's no -- hardly any

10 differences.  They all smoke.  Or in the case of

11 Marines, most of -- many of them smoked back then, and

12 so there are really no differences.  You don't see

13 any.

14     Q   When you say "differences," you're thinking

15 of Camp Lejeune versus Camp Pendleton?

16     A   Yeah, I mean, in general, Marines back then,

17 at least half of them, maybe more, smoked a lot.  So,

18 you know, smoking is a question, and so it's important

19 to indicate just how bad that might be, how bad --

20 affecting which direction it would go.  And that's -- I

21 think that's important.  A good study will -- certainly

22 in the future, good studies will use these methods.

23 I'm sure they will.  But anyway -- so I don't know if

24 that answers the question.

25     Q   So for purposes of some of your comparisons

1  between Camp Lejeune and Camp Pendleton, I know you do
2  address smoking and alcohol consumption in those; but
3  essentially am I correct that because these are similar
4  demographics of young men, predominantly, entering, in
5  their late teens, early 20s, into the military, you
6  didn't see that as a big factor -- as a difference
7  between those two populations; is that fair?
8          MR. BAIN:  Object to the form.
9          THE WITNESS:  Yeah, I didn't think that
10     we would see a big difference, but I wanted
11     to show it.
12          MS. GREENWALD:  Right.
13     Q    (By Ms. Greenwald)  Okay, let's go to the
14  2017 assessment, the big one --
15     A    The big one.
16     Q    -- which I think is Exhibit -- let me just
17  look -- Exhibit 6.  No, not Exhibit 6.
18     A    There it is.  Five.
19     Q    Exhibit 5.  Okay.
20          Are you one of the principal authors of the
21  2017 assessment?
22     A    I am the author.
23     Q    You are the sole author?
24     A    (Nods head affirmatively.)
25     Q    Okay.  Can you just sort of give, like, an

Golkow Technologies,
A Veritext Division
877-379-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 105 of 405

1   overview of what you were -- why you did this study and
2   what you were trying to accomplish?  And then I'm going
3   to ask you some questions specifically.
4        A    Well, first of all, it's not a study.  It's
5   an assessment.
6        Q    Assessment.  I'm so sorry.
7        A    It's not a meta-analysis.
8        Q    Right.  Correct.
9        A    It's not -- it's sort of, kind of, a
10  systematic review, but the whole -- but we
11  don't normally -- ATSDR doesn't normally do this.
12           What happened was the VA decided, with a lot
13  of pressure being put on them, to list kidney cancer,
14  acute myeloid leukemia, and angiosarcoma of the liver
15  as the three presumptive diseases that they wanted to
16  do.  And that was not acceptable to the CAP or to the
17  three senators in this room that we were in
18  Washington -- in Congress.  The three senators were the
19  head of the -- I forget his name.  But anyway, there
20  were three senators, the two senators from
21  North Carolina and the senator from Georgia, who I'm
22  blanking on, who's died, who has since passed.
23           And if you looked at -- kidney cancer, for
24  sure, should be on a presumption list, there's no
25  question about that, when dealing with

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 106 of 405

1   trichloroethylene.

2           Acute myeloid leukemia makes a lot of sense

3   if we're talking about benzene, for sure.

4           Acute -- angiosarcoma of the liver, you would

5   never see at Camp Lejeune.  That's an -- you have to

6   have a heavy exposure to vinyl chloride, which you

7   would only get in certain manufacturing.  It's a rare

8   disease anyway; and, in fact, I think there was, like,

9   three at this one plant that started the whole -- that

10  was a cluster.  So you rarely see it, even in a vinyl

11  chloride plant, but you shouldn't see it at all.

12          So putting that on the -- really, there

13  were -- so there were really only two diseases, really,

14  that made any sense to be on that list that the VA was

15  proposing.

16          And so they were -- the senators pushed them

17  hard.  The VA secretary looked to me and Dr. Breysse,

18  who was the head of the agency at that point, and said,

19  "Can you help us?"

20          And we said, "Yes."

21          "Can you give us something in six weeks?"

22          "Yeah, we'll do it."

23          So I dropped everything and -- most of the

24  tables you see in here were done within that six-week

25  period.

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 107 of 405

1     During that period, I had enough material
2 together so that it was peer-reviewed by two people to
3 give their advice.  One person liked it, one person
4 didn't like it, but that -- so -- and I took their
5 comments into account.  And we briefed the VA
6 researchers/scientists.

7     So this was, I think, in -- July 2015 was the
8 meeting with the senators, somewhere around there.  The
9 briefing was six weeks later.  It was, roughly, in the
10 middle of September 2015.

11     And for the most part, they agreed with what
12 my -- with what my assessment was.  There were some
13 disagreements.  Bladder cancer was a disagreement.
14 Scleroderma was a disagreement.  Chronic kidney disease
15 was a disagreement.  Cardiac defects at the end was put
16 in there because a CAP member wanted me to address it,
17 but it was really not something the VA was concerned
18 about.  So --

19     Q    I'm sorry.  Go ahead.

20     A    So I started to write it up.  But we also had
21 this debate with the VA around bladder cancer in
22 particular and tetrachloroethylene.  And there was a --
23 IARC had done -- the International --

24     Q    International Agency for Research on Cancer.

25     A    I always have problems with it.  I just call

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 108 of 405

1    it IARC all the time.

2           Again, what they do is just a systematic

3    review at that point, although they did a quickie

4    meta-analysis.  I was there when they were discussing

5    the TCE and PCE.

6           For TCE, the kidney cancer was -- everyone

7    agreed.  Non-Hodgkin's lymphoma, there was a debate.

8    Liver cancer was -- it was not as well-supported.

9    Non-Hodgkin's lymphoma, there was a big debate.

10        Q    Can I stop you for a minute there?

11        A    Yeah.

12        Q    The debate, was that with the VA, or was that

13   the debate that you had with IARC?

14        A    No, no.  I'm sorry.  In IARC, yeah, yeah,

15   yeah.

16        Q    I just want to make sure this is clear.

17        A    Right.

18        Q    So the debates you're talking about right --

19   I didn't mean to cut you off.

20        A    Right now, this has to do with IARC and TCE

21   and PCE.

22        Q    Understood.

23        A    For PCE, bladder cancer, there was some

24   evidence.  There was a debate about that, how strong

25   the evidence was, and then -- and to try to deal with

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 109 of 405

1    the issue, IARC commissioned the meta-analysis looking
2    at bladder cancer, in particular with dry-cleaning
3    workers, but also workers who use PCE in the
4    manufacturing process.

5            And their meta-analysis is included in this
6    report, this assessment.  I thought it was strong
7    enough to conclude that bladder cancer was sufficient
8    evidence.  I think it was a strong meta-analysis done
9    by IARC.  And I'm pretty sure they would have said so
10   too, but they didn't -- they haven't -- I don't know if
11   they've revisited PCE since then.

12           But anyway, so I pushed that with the VA.  I
13   also was able to produce some mechanistic ideas, how
14   PCE might cause bladder cancer.  And that's all in
15   here.

16           So while I was writing the other parts of the
17   assessment, I was researching bladder cancer and PCE
18   and trying to make a case so the VA would change their
19   position, and they did change their position.  So
20   that's why bladder cancer is on the presumption list
21   and why it's -- in here, it's called sufficient
22   evidence.  I thought there was strong evidence for
23   chronic kidney disease and scleroderma.  My
24   understanding was OMB decided there wasn't for
25   scleroderma, without giving any reasons, to me anyway.

1          Chronic kidney disease, I think the VA felt

2     that that would be a huge grab bag of people having all

3     kinds of kidney problems, similar to the problem

4     they're having with neurobehavioral effects, which is

5     also a grab bag and, you know, can include almost

6     anything.  So I think that's why they objected to that.

7     I think the evidence is strong there, but we didn't win

8     that one, that battle.

9          Q    Okay.  So let me unpack some of this, okay?

10         A    Sure.

11         Q    So when you were talking about that -- we

12    have a couple of "disagreements" here, and I want to

13    make sure -- you were referring to "disagreements," not

14    you and I.

15         A    Oh, okay.

16         Q    I want to make sure that I know which

17    disagreements you're referring to.

18              When you were talking about bladder,

19    scleroderma, and chronic kidney disease, that was

20    disagreements --

21         A    With the VA.

22         Q    -- with the VA and the assessment -- or, I'm

23    sorry, the VA believing that those diseases should

24    be --

25         A    Remember --

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 111 of 405

1      Q     -- [indiscernible] diseases?

2      A     -- initially it was a briefing --

3      Q     Right.

4      A     -- with these tables, for the most part.

5      Q     Okay.

6      A     I did add things to the tables when we

7  continued the literature review.  But both of these

8  tables are pretty similar to what I presented to them

9  in the long briefing that we would do.

10     Q     So this -- so the discussion, disagreement,

11 whatever we want to call it, that you were having with

12 the VA was based on the tables but not the text?

13     A     Well, it was based on the text, too, because

14 I had written some of the text.

15     Q     Okay.

16     A     Yeah.  The text, I kept working on, and then

17 reacted to peer-reviewers of the -- a draft of this.

18     Q     Okay.

19     A     So, again, the task was to help the VA to

20 develop a presumption list.  So the key thing was the

21 initial briefing that I gave them in September 2015,

22 and then the discussions back and forth around bladder

23 cancer.

24           Once that was decided, and then they decided

25 not to include chronic kidney disease and scleroderma,

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 112 of 405

1    they said OMB decided for some reason not to include,

2    that the list was set.  And so I just, you know, did

3    some more writing, but most of the writing had already

4    been done, and then we peer-reviewed it, made some

5    changes, and so on.

6              So a lot of the introduction, too, had been

7    written, and that was peer-reviewed initially by the

8    two people.  And I think there were just two.  They

9    also looked at some of the tables and some of my

10   assessment, I'm pretty sure.  By that point, they would

11   have seen that table you see on page --

12        Q    Which table are you referring?

13        A    Let me see if I can find it in here.  Pages

14   13, I think it is --

15        Q    Okay.

16        A    The table that has the overall summary.  I

17   think they probably saw that too, the first group of

18   peer-reviewers.

19        Q    So you're talking about pages 13 --

20        A    Yeah.

21        Q    -- and 14?

22        A    Uh-huh.

23        Q    Okay.  And so it was this -- this table that

24   was available during your discussions with the VA?

25        A    Yeah, I think so.

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 113 of 405

1    Q    Okay.

2    A    Yeah, because I had to have some summary

3    thing.  I probably had that already done for them.  I

4    also had tables.  It was done in a Zoom call, but I

5    think there was someone in the room, and they had --

6    they were able to get the hard copies, I think.  I'm

7    trying to remember.  It was a long briefing.

8    Q    Okay.  So do you know who the two

9    peer-reviewers were?  Do you remember?

10   A    David Kriebel, who's at Lowell.  He's done a

11   lot of occupational epi studies.  And I'm blanking on

12   the other one.  He's at Emory.  Kyle Steenland.

13   Q    So were the peer-reviewers reviewing this for

14   methodology, or were they reviewing it for outcomes?

15   Both?  Neither?

16   A    Both.  I think Kyle Steenland focused a lot

17   on the outcomes.  His comments were, "Well, this

18   doesn't jibe with what IARC says."  But IARC says some

19   things, EPA says some things, the National Toxicology

20   Program says some things.  Trying to bring them all

21   together, that was the point of this.  So I had a

22   problem with what -- that advice from him.

23        But the methodology, he didn't have any

24   problem with.  David Kriebel had some ideas on that, in

25   particular trying to decide how long you had to be

1  exposed before you -- you know, it would be sufficient
2  to see something.  And I was trying to figure that out,
3  looking at all the studies.  And his comment was,
4  "Don't try.  You won't be able to find it."  And I
5  think he was right.
6         It is impossible to know how -- if it's a
7  birth defect, you know, exposures during a particular
8  point in time, you don't know how much, but probably a
9  very low dose could cause something if you hit it at
10 the right moment.  But for cancers, how long you have
11 to be exposed really depends on how high the exposure
12 was you got in the first place.  But we don't have any
13 information.
14        I know that the World Trade Center, they've
15 come up with some minimum exposures.  But I feel, in
16 looking at the literature, it would be hard -- I
17 wouldn't feel comfortable doing that.  And so that was
18 one of the suggestions:  Don't do it.
19        I'm trying to think of something that was --
20    Q    We will get to that in a minute.  I guess
21 I --
22    A    The -- no one had a problem with the
23 classification scheme, at least in the initial peer
24 review.  So later ones, I think they -- they wanted to
25 know why I put this together.  I thought I had made

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 115 of 405

1    that case pretty clear, but I probably added additional

2    text to strengthen that.

3         Q    So when you refer to "classification scheme,"

4    are you referring to pages 6 and 7?  Is that what you

5    mean?

6         A    Yes.

7         Q    Or are you also including page 5,

8    "Classification of Evidence"?  I want to make sure --

9         A    Six has -- 6 and 7 --

10        Q    Right --

11        A    What's on page 5?

12        Q    -- that's the scheme.  Five is where you talk

13   about the evidence.

14        A    Yeah, here's the scheme.  Sufficient

15   evidence, equipoise and above --

16        Q    Right.  Okay.

17        A    -- that was the one I chose.  IOM used

18   another one for Agent Orange.  They used -- I think

19   they used the same one for Gulf War.  But they had

20   recommended this for VA work.  And they also kept

21   changing the definition, I thought, when I looked

22   through the Gulf War reports.

23             So I thought the best thing to do was to do

24   what the VA should do, which is give the benefit of the

25   doubt to the --

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 116 of 405

1    Q    Uh-huh.

2    A    And so equipoise made sense.

3    Q    I know you mentioned IARC earlier.  The

4    methodology you -- not necessarily the classification

5    exactly, but the methodology you used to determine

6    whether something is equipoise or above or sufficient

7    or below equipoise, isn't that really similar to the

8    methodology used by IARC?

9    A    Well, IARC takes -- you know, has separate

10   analysis of the animal data, the tox information,

11   mechanistic information, and the epi, you know, and

12   they make -- they classify both, and then they bring it

13   all together and it's an overall classification, so --

14   so that's different.

15             I mean, these are all -- they're similar.

16   NTP has one.  EPA sort of has one.  And, you know, it's

17   roughly -- they're roughly similar.  It's all a

18   judgment call, you know, what a high-quality study, do

19   you agree with that meta-analysis, do you agree with

20   that systematic review, do you have any -- you know, it

21   is a judgment call where you put it.  And I wanted to

22   make that clear in here too --

23   Q    Right.

24   A    -- that it is a judgment call.

25   Q    And I want to make sure I understand what --

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 117 of 405

1  how you -- what evidence you used to reach your

2  conclusions here.  Again, I'm focusing on the five

3  diseases in Track 1.

4          If I understand right, you used data, if it

5  was available, on the chemicals and those outcomes from

6  EPA?

7      A    Uh-huh.

8      Q    National Toxicology Program?

9      A    Yes.

10     Q    IARC?

11     A    Yes.

12     Q    And then you did your own PubMed search?

13     A    Yes.

14     Q    But only for sure epidemiology; is that

15  right?

16     A    Yes.

17     Q    And you only considered animal data and/or

18  mechanistic data if it was included in IARC or one of

19  the epidemiological studies that you looked at; is that

20  right?

21     A    Yes.

22     Q    Okay.

23     A    Because -- right, because you didn't have

24  time.  I mean, I had -- you know, it was really done

25  quickly to help the VA.  That was the whole point of

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 118 of 405

1   it.  We wouldn't have done it otherwise, except we were
2   requested.
3           So in order to do that quickly -- and that's
4   why I did it alone.  Because by the time I tried to
5   train somebody in this, I wouldn't have been able to do
6   it in time.
7           So that -- so, yes, I -- the -- each study,
8   including the Camp Lejeune studies, usually has a
9   discussion section where it pulls in that kind of
10  information.  So since these studies did do that, just
11  like the Camp Lejeune study, you could use that to get
12  a sense of what the animal data looks like without
13  having to do a lit review yourself.  They've done it.
14      Q    Right.
15      A    So use it.
16      Q    And as you just mentioned, if IARC had done a
17  monograph on this chemical, it would have had a
18  separate section for animal data?
19      A    Yes.
20      Q    And it would have had a separate section for
21  mechanistic data?
22      A    Yes.
23      Q    So the only thing that you would have been
24  missing was if that was 10 years old, and so if there
25  was mechanistic data in that 10-year period and you

Golkow Technologies,
A Veritext Division
877-379-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 119 of 405

1  didn't pick it up -- and it wasn't in some other

2  epidemiological study, it wouldn't have made it into

3  your analysis --

4      A    Yes.

5      Q    -- is that right?

6      A    Right.  Yes.

7      Q    Okay.  And then am I also correct that the

8  data had a cutoff period of August 2016?

9      A    That was the last time I looked at the

10 literature.

11     Q    Okay.  So if there's been any kind of animal

12 data, mechanistic data, or epidemiological data

13 and/or meta-analyses from August 2016 to the present,

14 that would not be included in your assessment --

15     A    Right.

16     Q    -- in Exhibit No. 5; is that right?

17     A    Yes.

18     Q    Okay.  And so the conclusions that you reach

19 here were conclusions based on whatever science was

20 available, based on the ones we talked about, as of

21 August 2016 --

22     A    Yes.

23     Q    -- fair?

24     A    Yes.

25     Q    Okay.  So did you do this -- you said you did

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 120 of 405

1   this all by yourself?

2       A    Yes.

3       Q    And you did this in six weeks?

4       A    Yeah.

5       Q    Had you been working on some of this

6   gathering of data and looking into --

7       A    Sure.

8       Q    -- these chemicals and diseases before then?

9       A    Yes.

10      Q    So you had files that you could pull up

11  and --

12      A    Yes.

13      Q    Okay.

14      A    But I was -- that's why I was the only one to

15  do it, because I had -- in order to write a protocol

16  for the cancer incidence study, in order to write a

17  protocol for the mortality studies, you have to also do

18  a literature search and report what the literature is

19  in order to justify why you're doing the study in the

20  first place.

21          So I -- and I also attended that IARC meeting

22  where they discussed trichloroethylene and PCE, so I

23  was there for all the discussions.  So I was in a good

24  place to do this.  That's why Dr. Breysse tasked me

25  with it.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 121 of 405

1          And, again, in order to bring someone else up

2     to speed on that would have taken too long.

3          Q    Okay.  Have you done any updates on this

4     since 2017?

5          A    I've identified -- I think it was the end of

6     last year, I had identified a slew of studies since

7     2017 that would make a different -- an additional -- if

8     we wanted to update this, we could, but there wasn't --

9     there was some talk about doing that, but then it sort

10    of dissipated somehow.

11         But I was able to use some of that material

12    in the "Discussion" sections of the cancer incidence

13    study and the mortality study.  For example, there were

14    several studies looking at benzene, and I think it was

15    breast cancer, that were new.  And that -- those new

16    studies got included in the discussion for the cancer

17    incidence study and the mortality study.  So if you

18    look at the "Discussion" sections, you'll see studies

19    there mentioned that aren't in here because they were

20    done after 2016.

21         Q    But in the cancer incidence study, I

22    assume -- correct me if I'm wrong -- that you would not

23    have put in discussions of new data or studies for

24    diseases that you didn't address in the cancer

25    incidence study; is that right?

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 122 of 405

1    A    Well, there wouldn't be Parkinson's, for

2    example.

3    Q    Right.

4    A    But Parkinson's was discussed in the

5    mortality study.

6         If I didn't see an association, an increased

7    hazard ratio, which is the measure we use, then I

8    probably didn't address it.  But even -- for some of

9    the cancers that I didn't see it for the primary tumor,

10   I saw for a histological subgroup sometimes, and then I

11   would bring in the literature for that.

12   Q    Okay.  Okay.

13   A    That was just the cancer incidence study.

14   You don't have histological information --

15   Q    From mortality.

16   A    -- from the mortality study.

17   Q    I learned enough that I knew that.

18   A    Yeah.

19   Q    Okay.  And you state on page 2 of Exhibit

20   No. 5, the last sentence of the second paragraph,

21   "This report represents ATSDR's assessment of the state

22   of evidence at this time," right?

23   A    Where is --

24   Q    It's the last sentence of the second

25   paragraph on page 2, under "Overview."

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 123 of 405

1      A     Oh, yeah.  Yes, yes, yes.

2      Q     It says, "This report represents" --

3      A     Yeah.  Sorry.

4      Q     Okay.  And that would be, really, August of

5   2016?

6      A     Yeah.

7      Q     Okay.  So on page 3, you refer to MCLs for

8   various chemicals.

9      A     Uh-huh.

10     Q     Why is an MCL relevant to your health

11   assessment?  How do you use MCLs in your health

12   assessment?

13     A     Well, it's just -- this was background

14   information so that people -- so that people know what

15   the levels -- the maximum contaminant levels that were

16   adopted -- most of them were adopted, for these

17   chemicals, in 1989 or 1991, around that period -- what

18   the levels were and what was at Camp Lejeune prior to

19   these MCLs being established and -- for comparison.  So

20   if someone saw 366 parts per billion of something, what

21   does that mean?

22     Q     Uh-huh.

23     A     A hundred parts per billion of

24   1,2-dichloroethylene is the standard for that.  If you

25   see 100 part per billion of TCE, on the other hand,

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 124 of 405

1    that's a different story.  So we put the MCLs in there
2    just for reference so the reader would know.
3         Q    Right.  And MCL is the maximum --
4         A    Contaminant level --
5         Q    -- level that you can put in --
6         A    -- that's set by the EPA.
7         Q    For drinking water, right?
8         A    For drinking water, yeah.
9         Q    Okay.  And so no one can serve drinking water
10   above the MCL?
11        A    They shouldn't, no.
12        Q    Okay.  No one should serve drinking water
13   above the MCL?
14        A    For example, in New Jersey, there were water
15   companies that did, and they had to get it down --
16        Q    Right.
17        A    -- you know.  Yeah.
18        Q    Okay.  So on -- also in -- under
19   "Background," there's references to estimated amounts
20   of water that a Marine would drink.  Where did you get
21   that data from?
22        A    Well, ATSDR got that data for their public
23   health -- for the Camp Lejeune public health assessment
24   that was published in 2016.  There were -- I think
25   there were two different reports that I saw -- I

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 125 of 405

1    provided that to the health assessment -- which talks

2    about how much Marines drank.

3             So this wasn't from the Marine Corps itself.

4    We didn't ask the Marine Corps how much -- this was two

5    documents that discussed this.  That's my -- that's all

6    I can remember.

7        Q    Okay.

8        A    I don't remember the names of the documents.

9        Q    That's okay.

10       A    If you go to the Camp Lejeune public health

11   assessment, though, they should list the references.

12       Q    Okay.

13            All right.  So we talked earlier about the

14   fact that you used EPA, NTP, and IARC for your

15   literature -- not your PubMed, but what they had

16   evaluated for these chemicals.

17            Why did you choose those three bodies for

18   your literature?

19       A    Well, because they -- because -- well, IARC

20   is -- that's tasked -- IARC is tasked to evaluate these

21   chemicals for cancers.  NTP is tasked to look at these

22   chemicals for other -- not just cancers, but other

23   endpoints.  And that's similar for EPA.

24            So since we weren't just focused on cancers

25   here, it would have been important, for example, to

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 126 of 405

1  look at EPA and NTP.  But the other thing is that there
2  are some differences in their assessment, one -- and
3  time differences.  Some were more recent than IARC and
4  so on.

5          So it was important -- I thought it was
6  important to look at all the reports by the agencies
7  that are responsible for this, as part of the
8  assessment.  Again, to try to limit the amount of time
9  to do this, because if others have -- who I respect,
10 EPA -- I respect EPA, NTP, and IARC -- if others have
11 done that work, I was going to use it.

12     Q    And IARC isn't an agency, right?  That's an
13 independent --

14     A    It's part of WHO.

15     Q    Right.  But it is a research arm of the WHO,
16 right?

17     A    Yeah.

18     Q    And so they don't regulate any particular
19 chemicals --

20     A    No.

21     Q    -- in any --

22     A    No.

23     Q    -- governmental setting?

24     A    I don't think so, no.  They're
25 research-oriented.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 127 of 405

1    Q    Yeah.  Okay.  And they only look at cancer,

2    right?

3    A    They only --

4    Q    Right.  So as you mentioned, you couldn't use

5    IARC for non-cancer endpoints?

6    A    Right.

7    Q    Okay.

8         Okay, let's go to the "Classification of

9    Evidence" on page 5.

10        You said you looked at the various ways that

11   these entities classified evidence, and you chose IOM,

12   right?

13   A    Uh-huh.  Yes.

14   Q    And tell us why you chose IOM for this

15   purpose.

16   A    Well, I chose -- well, IOM had different

17   classification schemes, one for -- as I said, for

18   Gulf War and Agent Orange, which I think changed over

19   time.  But they also had a report specifically for the

20   VA and the presumption program, whatever you want to

21   call it.  And so that's what we were tasked to do, is

22   to help them with the presumption list.  So I used that

23   classification scheme for that reason.

24   Q    Okay.  Fair.

25        Okay.  So you mentioned earlier -- let's go

1  to page 5 [sic], "Classification scheme categories."

2       A    Uh-huh.

3       Q    You mentioned -- and my notes are bad, so I'm

4  going to --

5       A    We're on page 6, I think.

6       Q    I'm sorry.  Page 6.

7       A    Yeah.

8       Q    I'm going to -- my notes are really bad on

9  this.  I think you said that everyone agreed or no one

10  disagreed with the classification scheme.  Did I get

11  that right?  You said something about the

12  classification scheme.

13       A    Yeah, I don't recall anyone having a problem

14  with this classification scheme.  I think -- you know,

15  they would say why this one and not another one, but

16  they weren't -- they didn't have a problem per se with

17  this one.

18       Q    Okay.  So let me just go through a couple of

19  things with you on this.

20            So for "Sufficient evidence for causation,"

21  you say, "The evidence is sufficient to conclude that a

22  causal relationship exists," right?

23       A    Yeah.  Yes.

24       Q    So when you use the word "sufficient"

25  there -- I know IARC uses "sufficient" for epidemiology

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 129 of 405

1    as the highest category.

2         A    Right.

3         Q    Are you using it in the same context there

4    that IARC would use it, as the highest category of

5    epidemiological evidence, that bias and chance can be

6    ruled out with reasonable confidence?

7         A    Yeah, again, they also incorporate animal and

8    mechanistic assessments in that, but -- and since this

9    is focused on epidemiology --

10        Q    Okay.

11        A    -- it's slightly -- it would be a little bit

12   different.  But, no, this would probably be similar.

13   This is strong evidence, I think, that -- you know, for

14   example, kidney cancer, IARC said it was sufficient

15   evidence.  I concluded, certainly, that it was too,

16   and, you know, so that -- it does --

17        Q    Uh-huh.

18        A    It is similar.

19        Q    But your scheme also does take into account

20   animal data, because on -- right, because on No. 2, you

21   do -- you can reach sufficient evidence if there's less

22   than sufficient evidence from epidemiological studies,

23   human studies.  But there's sufficient evidence in

24   animal studies, which, again, would be strong, right --

25        A    Yeah.

1    Q    -- strong animal data, and strong evidence
2    that the agent acts through a relevant mechanism in
3    humans --
4    A    Yeah.
5    Q    -- or what we call mechanistic data?
6    A    Yes, I take that into account, but it's not
7    the same as what IARC does, which that's a separate lit
8    review for that and a separate assessment for that.
9    Q    Fair.
10   A    That's the difference.
11   Q    Okay.  I understand.
12         Okay, so -- but there's two ways under your
13   scheme that you can reach sufficient evidence --
14   A    Yes.
15   Q    -- for causation?
16   A    Yeah.
17   Q    Okay.  And then you go -- you explain the
18   considerations --
19   A    Uh-huh.
20   Q    -- of assessing evidence using Bradford Hill.
21         Can you explain why you chose -- I think
22   there's, like, nine considerations.  What is it about
23   the ones you chose that are important to your
24   evaluation?
25   A    There's some -- there are viewpoints,

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 131 of 405

1    suggested viewpoints, by the way, by Hill, and some are
2    more relevant for infectious disease.  For example, a
3    specific -- specificity, an infection will cause a
4    specific disease, okay, but TCE might cause kidney
5    cancer, non-Hodgkin's lymphoma, Parkinson's disease.
6    So you wouldn't want to rule any of those things out
7    because it's not specific, that it doesn't cause one
8    disease.  So specificity is not relevant --
9        Q    Okay.
10       A    -- off the top.  The -- I'm trying to think
11   of some of the other ones that aren't.
12       Q    Maybe you could just say why these are
13   important [indiscernible] --
14       A    Yeah, these are --
15       Q    -- positive.
16       A    -- relevant to the kind of work we're doing.
17   These would be all relevant to environmental and
18   occupational epi studies.
19       Q    Okay.
20       A    Temporal relationship, of course, would be
21   relevant to anything.  If you don't have temporal
22   relationship, you know --
23       Q    Right.
24       A    -- then -- but the rest are also relevant --
25   some are relevant for infectious disease, but all of

Golkow Technologies,
877-370-3377                    A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 132 of 405

1  these are relevant to looking at occupational or

2  environmental exposures.

3      Q    Okay.

4          All right.  Then let's look at "Equipoise and

5  above evidence for causation."  Before I get -- can I

6  ask you a question?  Would you say equipoise would be

7  the same as "as likely as not"?

8      A    Yeah.

9          MR. BAIN:  Objection, form.

10         MS. GREENWALD:  What's the objection?

11         MR. BAIN:  Form.

12         MS. GREENWALD:  Yeah, but what's wrong

13     with the form?

14         MR. BAIN:  Calls for a legal conclusion.

15         MS. GREENWALD:  Okay.

16     Q    (By Ms. Greenwald)  As an epidemiologist, do

17  you have an opinion about whether equipoise would --

18  well, let me ask it this way:  What does equipoise mean

19  to you?

20     A    The way I explain it to a layperson is just

21  that, as likely as not.

22     Q    Okay.

23         All right, so for equipoise and above, this

24  is -- so if it's above equipoise, it would be

25  sufficient; is that fair?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 133 of 405

1      A    No.  There's -- no.

2      Q    No?

3      A    Just like other classification systems,

4  there's a space there --

5      Q    Okay.

6      A    -- so, you know, it may be equipoise, but

7  it's not here (gesturing), it's in between, so it's

8  equipoise and above.

9      Q    Okay.

10     A    That's how I --

11     Q    All right.

12     A    So maybe the language is a problem here

13  because it's -- it means as likely as not or better,

14  but not to the level of sufficient.

15     Q    And you wrote this "Classification scheme

16  categories," right?  The sections we're looking at

17  right now --

18     A    Yeah.

19     Q    -- you drafted these?

20     A    Yes, yes, yes.  Yes.

21     Q    Okay.  And then you have -- let me see if I

22  have any other questions about that.

23          So you can have equipoise and above and

24  without sufficient epidemiological studies, right?

25     A    Without sufficient evidence.  The way I

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 134 of 405

1    thought about it -- and, again, I think I base much --

2    most of this on the IOM report that pushed this scheme,

3    was if you have one really high-quality epi study, that

4    might be enough to push you over there.

5              For example, the Parkinson's study that was

6    done of -- the earlier one that Goldman did was pretty

7    strong evidence on its own, but not strong enough on

8    its own to go beyond equipoise, you know, so it didn't

9    reach sufficient evidence, just that study alone, but

10   it was -- that -- I would consider it a high-quality

11   study and would push it at least into this category.

12        Q    Is that the Goldman 2023 study --

13        A    That's the -- no --

14        Q    -- [indiscernible] thinking --

15        A    -- it's the earlier one.

16        Q    -- of the earlier one?

17        A    Yeah.  It would be referenced here.

18        Q    Okay.  When Dr. Goldman was -- did he write

19   another paper after the one you're referring to that's

20   referenced here on Parkinson's?

21        A    It wouldn't be --

22        Q    No, I'm sorry, in addition to the one

23   referenced --

24        A    Yeah, yeah.  Yes.  He did one at

25   Camp Lejeune.

Golkow Technologies,
A Veritext Division
877-379-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 135 of 405

1    Q    Okay.  And that was when?  About 2023?

2    A    Yeah, I think that was late 2023, I think it

3    was, yeah.

4    Q    Okay.  Do you recall talking to Dr. Goldman

5    while he was working on that paper?

6    A    On and off, because I gave him the

7    Defense Manpower Data Center data and talked to him

8    about the study.  But they had their own researchers,

9    and they did their thing.

10    Q    Did he offer to put you on as an author of

11    that paper?

12    A    No.  He acknowledged me.  I wasn't really

13    part of the research team, and so I didn't -- you know,

14    I shouldn't be an author, but he did acknowledge me in

15    the paper.

16    Q    Do you remember a discussion with him where

17    he asked if you wanted to be an author of the paper,

18    but there was a discussion between you that it would

19    take too long --

20    A    Oh, well, that may --

21    Q    -- [indiscernible] ATSDR?

22    A    -- we may have discussed it.  And everyone

23    knows, I think, that the peer-review process at CDC was

24    a lengthy process.  I don't think that's news to

25    anybody, and so -- and I don't know if it's gotten any

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 136 of 405

1    better, really.

2         So that's what I told him, that it would have

3    to go through our own process and may take years to see

4    the light of day.  So -- but it wasn't necessary.

5    Again, I wasn't part of the research team.  It was nice

6    of him to ask, but I didn't feel that I should be on

7    the list.

8         Q    Okay.  And then on page 9, you talk about

9    "Impact of Bias."

10        A    Right.

11        Q    And then the third sentence under that is

12   "The key limitation of all the studies was exposure

13   misclassification.  The impact of exposure

14   misclassification bias would likely be to bias

15   dichotomous comparisons (i.e. [sic], exposed versus

16   unexposed) towards the null if an effect of the

17   exposure is truly present, and to distort

18   exposure-response trends."  Do you see that?

19        A    Yes.

20        Q    So does that mean that if there are people

21   considered in the exposed group who were, in fact, not

22   exposed --

23        A    Yes.

24        Q    -- that would bias towards the null?

25        A    Most likely.

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 137 of 405

1      Q      Okay.

2      A      There are rare instances where it could go

3   the other direction.  You can't rule it out.  But the

4   tendency is in the direction of the null.

5      Q      Okay.  You mentioned earlier that you've sort

6   of looked at some of the data on these chemicals since

7   you did the 2017 paper.

8      A      Uh-huh.

9      Q      Are those documents that you left at the CDC

10  when you retired, or did you bring them with you?

11     A      I think that everything was put in a box and

12  given to -- I don't have any of them.

13     Q      Okay.

14     A      But they would be -- a lot of them, also, I

15  had electronically by then.

16     Q      Okay.

17     A      So I had hard-copy paper studies and also

18  electronically.  But all that was left behind.  I

19  didn't --

20     Q      Do you know what kind of -- what you would

21  have called -- if it was electronic, what would be a

22  likely title or a name for the file if one were looking

23  for it?

24     A      I think the file may have been called

25  "Solvents," actually, if I remember right.  That's

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 138 of 405

 1   where I had all that literature electronically.

 2        Q    And how -- if someone were looking for that,

 3   how would they be able to see what your update was from

 4   the 2017 assessment?  Would there be any reference in

 5   your files about that?

 6        A    The list of studies since 2016 would be in

 7   that folder.

 8        Q    In the "Solvents" folder?

 9        A    Yeah.

10        Q    Okay.

11        A    That's where I would look for all this stuff,

12   yeah.

13        Q    So did you do any analysis, or did you just

14   collect studies and put them in the folder?

15        A    I did have -- I drafted an update for the

16   lung cancer, for cervical cancer, and also made

17   changes -- updated the breast cancer --

18        Q    Okay.

19        A    -- because there were new studies since 2016.

20   And it's all in there, but we didn't go -- it didn't go

21   to peer review.  It didn't go any further than a draft

22   because, first of all, I was too busy with the studies,

23   and there was no impetus from the agency to do it.  I

24   just couldn't do it on my own.  I had to get some kind

25   of sanction to do it.

Golkow Technologies,
A Veritext Division
877-379-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 139 of 405

1      Q    Okay.  But am I right that, based on what you
2  just said, you didn't do any of that work for any of
3  the Track 1 diseases -- kidney, bladder, non-Hodgkin's
4  lymphoma, leukemia, or Parkinson's disease --
5      A    No --
6      Q    -- that you recall?
7      A    -- because they were done.  I thought this
8  was good enough for that.  Any new studies are
9  mentioned in the cancer incidence study, because I did
10 see histological subgroups of non-Hodgkin's lymphoma
11 that were elevated, so I discussed that there.
12     Q    Okay.  I want to get through this quickly,
13 and then I'm told we have to break for lunch.  Let me
14 just ask you a couple more questions about the
15 assessment, and then I don't want to be in the way of
16 anyone's hunger.
17          Okay.  If you can jump to page 11.
18     A    Duration.
19     Q    Yeah, "Assumptions on Duration of Exposure."
20          I want to focus on the paragraph that says,
21 "The studies evaluated in this report."  And -- I'm
22 going to read it, and then I want to ask you a couple
23 of questions.  Okay?
24          It says, "The studies evaluated in this
25 report provide very limited information concerning the

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 140 of 405

 1  level or duration of exposure associated with an

 2  increased risk of a cancer or other disease.  For

 3  example, those studies that evaluated cumulative

 4  exposure or exposure duration often used wide

 5  categorizations (example, duration of exposure greater

 6  than zero to five years).  An additional interpretive

 7  difficulty is the possible inverse relationship between

 8  duration and exposure intensity; example, high exposure

 9  intensities may require only a short duration of

10  exposure, whereas low exposure intensities may require

11  longer exposure durations.  Although cumulative

12  exposure is a useful metric, it obscures this interplay

13  between duration and intensity.  Specifying a minimum

14  duration of exposure also presupposes that there is a

15  known threshold amount of exposure below which there is

16  no excess risk.  However, there is no compelling

17  evidence that such thresholds exist for the

18  contaminants and the cancers and other diseases

19  evaluated in this report."

20          Okay, so I want to ask you a couple of

21  questions.

22          When you mention that there's no compelling

23  evidence that such thresholds exist for these

24  contaminants and cancers and other diseases evaluated,

25  is it correct to say that based on your findings,

1  there's no minimum threshold of TCE, PCE, vinyl
2  chloride, or benzene exposure below which a person
3  would be safe from a risk of developing cancer or other
4  disease?
5      A    I'm saying that we don't know, basically.
6  There's no compelling evidence.  So we don't know where
7  that line would be drawn.
8          It's not like lead, where we have -- you
9  know, lead is a good example.  Asbestos might be, but
10  lead is.  We don't have that kind of specific
11  information here.
12          If you have a certain amount of lead in your
13  blood, you'll have this kind of outcome and so on.
14  There's nothing like that for almost all exposures --
15  chemical exposures.  Even radiation, there's some
16  difficulties there as well.
17          So that's what I'm saying.  I'm saying we
18  don't know, basically.  There's no compelling evidence
19  to draw that line.  And so what agencies do is assume
20  there's no threshold for cancers when they do their
21  modeling, and that's -- you know, it is controversial,
22  but that's what they've done to be on the cautious
23  side.  That doesn't mean that it's inaccurate,
24  necessarily, because there may be a threshold
25  somewhere.  We just don't know where it is.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 142 of 405

1      Q   Right.  And so just because a study -- just

2  because there's, like, for example, a workers study

3  that shows an effect at -- I'm just going to pick a

4  number -- 500 parts per billion of a chemical and an

5  outcome of leukemia --

6      A   Right.

7      Q   -- that doesn't mean that that's the

8  threshold; that just means, for example, that that

9  particular study evaluated people at that level and saw

10  an effect?

11      A   Yes.

12      Q   It doesn't mean that below that number, it

13  doesn't also have an effect --

14      A   Right.

15      Q   -- fair?

16      A   Right.

17      Q   Okay.

18      A   Yes.  I mean, in animal studies, they have

19  enough information they control, it's a controlled

20  experiment, so they can try to make a case for we don't

21  see it at this level, we don't see the -- whatever the

22  outcome they're looking at.

23      So with a controlled experiment like that,

24  you might be able to make a case.  I don't -- you know,

25  again, it may not be correct, but you could at least

Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 143 of 405

1    make a case of where that line may be drawn.  But in

2    human studies, as I said, the data is not there.

3        Q    Right.  And would you agree that when human

4    studies don't have that data, in other words, there

5    isn't a study that says, "Oh, this person was exposed

6    to 20 parts per billion and there was no cancer

7    outcome," if that doesn't exist, would one look at

8    mechanistic data to try to understand the mechanism by

9    which cancer occurs?

10        A    Sure, if there was such -- and, again,

11   mechanistic information is also very sparse and limited

12   for many of these chemicals.  But, yes, if you have --

13   any information like that would be helpful.  If you had

14   an animal study, for example, where they actually

15   picked a NOAEL, as they call it, that would be of

16   interest.  However, it's an animal, and is it the right

17   animal model for the human?  That's a big discussion

18   right there.  And is this the right -- is this endpoint

19   relevant to humans?  That's another big problem.

20             So even though you have -- it's a controlled

21   experiment and you can draw a line where you don't see

22   the endpoint, its relevance to humans has to be argued.

23   I mean, it's not obvious.

24        Q    Right.  But some mechanistic studies, you

25   would agree, are -- is done on human blood, is done on

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 144 of 405

1    human beings, actually, they look at cause and effect?

2        A    There are some, yes.

3        Q    Okay.

4        A    Yeah, yeah.

5        Q    Would you agree that even low concentrations

6    of the chemicals at issue here could still pose a risk,

7    depending on other factors like duration or intensity

8    of exposure?

9        A    Well, again, it depends on the endpoint too.

10   As I said, with a birth defect, it may not require much

11   at all.  It's the timing that's key.  For cancers among

12   adults, that's different.  So duration is important.

13           The wording here, I notice how this is

14   written, and it could have been written better.  High

15   exposure intensities don't require a short duration.

16   The idea here was that you could have high duration of

17   a very low exposure.  You can have a long -- short

18   duration with a high exposure, long duration with a low

19   exposure.  Cumulative exposure puts them together, so

20   it doesn't tease it out.  So, you know, the studies

21   have this problem.

22           And oftentimes why you see differences in

23   studies is how the exposure occurred.  Did it occur --

24   how high it was, but also how long it was, and -- so

25   those are issues.

Golkow Technologies,
A Veritext Division
877-379-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 145 of 405

1     Q   So, in other words, the level of exposure is

2 dependent oftentimes on the duration of exposure and

3 vice versa?

4     A   Sometimes, yes.  Sometimes --

5     Q   Or it can be?

6     A   Yeah, or not.  Like I -- right.

7     Q   So I read this to suggest, and perhaps I read

8 it wrong, that cumulative exposure alone also wouldn't

9 provide a complete picture of the risk associated with

10 exposure.  Is that fair?

11     A   Yeah.

12     Q   Okay.  What additional factors would you want

13 to consider in understanding the full risk of

14 developing cancer from these chemicals or Parkinson's

15 disease other than cumulative exposure?

16     A   Well, again, it would be good to tease that

17 out from looking at intensity and duration, as well as

18 cumulative exposure, and seeing what you saw.

19         But in many of the occupational -- in

20 probably most of the occupational studies, again, the

21 categorization of exposure is kind of wide, which

22 doesn't help you.  If you're interested in whether one

23 month is enough and the studies look at zero to one

24 year, what are you going to say?  I mean, that's

25 been -- that is the problem in trying to do that.

1             And I know -- as I said, NIOSH has done it

2     for the World Trade Center.  I've looked at that.  For

3     the life of me, I'm not sure how they did it because

4     the studies they are quoting have this problem.  And so

5     it's -- it's a limitation of these studies, in a sense,

6     but that's what they have, that's all the data they

7     have.  That's all they can do and still see something

8     that's interesting and important --

9         Q     Okay.

10        A     -- but not for this purpose, to try to find a

11    line in the sand where if you don't have it this much

12    or don't have it this long, it won't hurt you.  We

13    don't have that.

14        Q     Okay.

15            MS. GREENWALD:  I am going to break for

16        lunch --

17            THE WITNESS:  Sure.

18            MS. GREENWALD:  -- for you all.

19            THE VIDEOGRAPHER:  The time is 12:34

20        p.m.  Going off the video record.

21            (Lunch recess taken.)

22            THE VIDEOGRAPHER:  We are back on the

23        record.  The time is 1:32 p.m.

24        Q     (By Ms. Greenwald)  So welcome back from

25    lunch.  I want to move to the cancer incidence study,

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 147 of 405

1    which I don't have my exhibit number on it.  That's
2    what number?
3         A    Seven.
4         Q    Okay, Exhibit No. 7.
5              This paper hasn't been published in any
6    journal, right?
7         A    Not yet.  It will be.
8         Q    It's awaiting publication?
9         A    Yeah.  It was accepted in Environmental
10   Health Perspectives about two-and-a-half weeks ago.
11        Q    Oh.  Congratulations.
12        A    Thank you.
13        Q    So like the other studies we talked about --
14   we've already talked about the peer-review process for
15   this cancer incidence study, right?
16        A    Right.
17        Q    Okay.  So I just want to ask you a couple of
18   questions.
19        A    Actually, the journal went through, I would
20   say, two rounds of peer review on this paper.
21        Q    The journal where it's being published?
22        A    Yeah, yeah, yeah.
23        Q    And do you know why two -- why two rounds?
24        A    I think -- well, because it doesn't use
25   significance testing, that might be one reason,

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 148 of 405

1    although they didn't have a problem with that.  And I
2    think because it's Camp Lejeune, I have a feeling that
3    that might be the issue.
4            In the past, Environmental Health
5    Perspectives was not that interested in Camp Lejeune
6    studies, at least back in the day when we were doing
7    the early mortality study, so -- but they've changed
8    their mind, obviously, but, um -- I don't know, they're
9    maybe just being careful.  The comments the second time
10   around were mostly stylistic.
11        Q    Okay.
12        A    So...
13        Q    So what is the significance -- excuse me
14   using it twice -- of not using significance testing?
15        A    Well, as I said, this is controversy that's
16   existed amongst statisticians for a long time.  And the
17   question is:  Is it useful to use significance testing
18   to interpret results?
19            And the problem -- I don't want to get into
20   the whole philosophy and theory about it, but it
21   really -- it's both a decision rule and an inference
22   rule, you know, so -- and it's kind of conflated,
23   unfortunately.
24            As a decision rule, it's yes, no, whatever
25   level you pick, okay, so that's -- you know, that's

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 149 of 405

1    supposed to be a good decision, rule and it's not.

2           And then there's the inference rule, which is

3    how do you interpret a .05 p-value or .10 p-value and

4    so on, and it's not very good at that either.  So it

5    fails on both sides -- issues.

6           And so there's a number of reasons why

7    significance testing is problematic.  And as I said,

8    unless you really want me to go through some of them,

9    there's -- there's the whole number of articles that

10   were never part of the American Statistical

11   Association's 2016 journal on this, and then there was

12   again -- for the 2019, their final say on it, which was

13   don't use it at all.

14        Q    Okay.  So this goes back to the -- using the

15   95th percent confidence interval, right?

16        A    It -- well, a p-value of .05 and using --

17        Q    Okay.

18        A    -- 95th percent, kind of same thing.

19        Q    Right.  Okay.

20        A    There's no difference, really.

21        Q    Okay.

22        A    That's a misuse of the confidence interval,

23   is what it is.

24        Q    Okay.  If you can turn -- just a couple of

25   questions.  We talked about this a lot already, so I'm

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 150 of 405

1    just going to ask a couple of questions.

2         A    Uh-huh.

3         Q    If you can turn to the page that, on the

4    bottom, that little Bates number is -- the last three

5    numbers are 106.

6         A    106.

7         Q    And on this one, I can actually point you to

8    lines.

9         A    Uh-huh, yeah.

10        Q    If you can go to line 157 --

11        A    Uh-huh.

12        Q    -- and 158.

13        A    Uh-huh.

14        Q    It says here, "The drinking water exposures

15   at Camp Lejeune" --

16        A    Right.

17        Q    -- "include contributions to total internal

18   body dose from three routes:  ingestion, inhalation,

19   and dermal."

20        A    Uh-huh.

21        Q    When you're talking about that, all of those

22   routes of exposure are from the water at Camp Lejeune,

23   right?

24        A    Yes.  Yeah.  The chemicals are volatile, so

25   you inhale them when you use hot water, any hot water

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 151 of 405

1   use, and they also have a dermal because they're

2   solvents.

3       Q   Okay.  If you go to page 117, that little

4   number at the bottom, the Bates number --

5       A   117.

6       Q   -- and if you go to line 498 and '99, it

7   says, "This study was approved by the Centers for

8   Disease Control" --

9       A   Yeah.

10      Q   -- "and Prevention Institutional Review

11  Board."

12      A   Right.

13      Q   What is that?

14      A   It's for human subjects.

15      Q   Okay.

16      A   So to protect human subjects.

17      Q   So would that be true for --

18      A   Every study has to go through IRB.

19      Q   Oh, so --

20      A   That involves human subjects.  Even -- yeah,

21  even the mortality study, we have no contact with

22  people.  Or this one, we'd have no contact with people.

23  It goes through IRB.

24      Q   Okay.  I was going to ask if the mortality

25  study --

Golkow Technologies,
A Veritext Division
877-379-3377                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 152 of 405

1      A     Yeah.

2      Q     So they all go through that.  Okay.

3      A     Oh, yeah, every -- all -- every study that we

4  did at Camp Lejeune when through IRB, except the

5  assessment of the evidence, which wasn't a study,

6  right.

7      Q     So was this like another level of peer review

8  separate and apart from what we've talked about?

9      A     They do -- well, in order to protect

10  health -- human subjects, the research needs to be

11  useful.

12          Now, if it's not useful research or done

13  poorly, it impacts human subjects.  People are put

14  through an ordeal that they don't need to because the

15  study is not good, worthless, or at least the proposed

16  study is not.

17          So, yes, they -- they do make quite a bit of

18  comments that you would get from a peer-review

19  situation.

20      Q     Okay.  And then if you look at page 118 --

21      A     Uh-huh.

22      Q     -- lines 507 and 508, it says, "The median

23  age of the Camp Lejeune and Camp Pendleton Marine/Navy

24  personnel subgroup at the start of follow-up was 35

25  years, and the median age at the end of follow-up was

Golkow Technologies,
A Veritext Division
877-379-3377                                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 153 of 405

1    57 years."  See that?

2         A    Yep.

3         Q    And it refers to Table 1a.

4         A    Right.

5         Q    So this -- am I correct that this cancer

6    incidence study would not reach the median age of many

7    of the cancers that were being looked at for

8    Camp Lejeune?

9         A    Right.  Yes, it's a young cohort.

10        Q    Okay.  I want to ask you some questions now

11   about some of the data collection for the cancer

12   incidence study --

13        A    Uh-huh.

14        Q    -- and I'll try to -- let me just -- can you

15   explain the process by which personnel data for

16   full-time civilian workers at Camp Lejeune and

17   Camp Pendleton were collected for this study?

18        A    So the Defense Manpower Data Center -- I

19   think that's what you're talking about -- the Defense

20   Manpower Data Center has personnel records for Marines,

21   Navy personnel, and civilian workers.

22        Q    Uh-huh.

23        A    The civilian workers' database starts in 1972

24   and have it -- I think it's the last quarter of --

25        Q    Uh-huh.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 154 of 405

1      A    -- 1972.  Yeah.  And -- however, they didn't

2    include name in the database until sometime in '81, I

3    think it was.  So it's, you know -- but they had

4    Social Security number, and so Social Security

5    number -- so it still could be used for that purpose,

6    for the purpose we wanted to use it for.

7           But for some reason, they didn't capture

8    either the full name or sometimes maybe there's a

9    partial -- last name or something, if I remember right.

10   But it was -- for some reason, they didn't collect the

11   full name until '81.

12     Q    Okay.

13     A    And the -- and then there's a database for

14   Marines, personnel database, which for Marines starts

15   in April -- second quarter of '75.

16          Before that, they had data probably going

17   back to '71, but they did not have the unit code.

18   Without the unit code, you have no idea where they

19   were.  The unit code is key to knowing which base they

20   were stationed.

21     Q    So what if you -- what if they found someone

22   that didn't have a unit code?  They just weren't

23   included in the study?

24     A    No, everyone had a unit code --

25     Q    Oh, I'm sorry.

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 155 of 405

1      A     -- starting in April '75.

2      Q     I see.

3      A     If you were -- to be in the study, you had to

4  be at Camp Lejeune or Pendleton --

5      Q     Uh-huh.

6      A     -- sometime between April '75 and December

7  '85.  Those people who started active duty before that

8  time, we didn't know where they were until April '75.

9  Then we have a unit code.

10          Now, there are muster rolls that were

11 computerized by the Marine Corps, and I do that in

12 italics because you can really just do one person at a

13 time.  It really was not a -- that kind of a searchable

14 database.  At least when I was shown it in Quantico, it

15 was not a database like the DMDC, where you can get all

16 this data together and actually use it.  So --

17     Q     You didn't use the muster rolls for --

18     A     I didn't use the muster rolls at all, no.

19     Q     And how -- do you appreciate -- do you

20 understand the difference what -- the kind of

21 information that would be on a muster roll versus the

22 data that would be in the DMDC?  Is there a difference?

23     A     Yeah.  The muster roll would have a lot more

24 information than the DMDC data.  It would have -- if

25 would, first of all, say what base you were and your

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 156 of 405

1   whole record of what you did.

2           And so that's not really available in the

3   DMDC.  What's available in the DMDC is, again, the

4   Social Security number, their name, date of birth, sex,

5   race, rank at the time when they were there, the

6   quarter, and a few other things, occupational code and

7   so on.

8           So there's plenty information in the DMDC,

9   but the muster roll will give you more information.  In

10  particular, it would tell us what we didn't know.  If

11  someone started active duty before April '75, we

12  wouldn't know where they were.  The muster rolls tell

13  you.

14      Q    Okay.  It also wouldn't show, am I correct,

15  if someone was deployed off base at Camp Lejeune?

16      A    Yes.

17      Q    -- and then came back?

18      A    Yeah, it has more information like that.  So

19  that's a problem with the -- with all these studies, is

20  that the unit code is helpful, but the person may not

21  be with the -- where the unit is based at that point in

22  time.  They may be somewhere else, yeah.

23      Q    Okay.  What specific data points were -- and

24  you may have answered this and I'm just not fully

25  understanding, but what specific data points were

Golkow Technologies,
A Veritext Division
877-379-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 157 of 405

1  collected for civilian workers and why were they

2  important in assessing cohort characteristics, like,

3  what data points for civilian workers?

4      A    Well, as I said, the key ones, for matching

5  purposes with the cancer registries and the National

6  Death Index, would be the Social Security number and

7  the date of birth.

8      Q    Okay.

9      A    Those two are key.  With the Marines, we also

10 had name.  That was key.

11     Q    Uh-huh.

12     A    And sex would be key.  So those four

13 variables are the key for matching.  And we had at

14 least three of them for the -- for all civilian

15 workers, and four for civilian workers from '81 or so

16 on.

17     Q    Okay.  And so for the -- for the data

18 points -- now I'm going to talk about Marines.

19     A    Uh-huh.

20     Q    Would it be the same factors, the Social

21 Security, rank --

22     A    For matching purposes, the Social Security

23 number, name, date of birth, and sex, but rank was

24 important.  We used that in the model, as well as race

25 and sex.  What else, um --

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 158 of 405

1    Q    Why was rank important?

2    A    I think rank gives you some sense of -- we're

3  looking for some socioeconomic status type of

4  variables, and rank is one of them.  Education level at

5  the time they were there at the base is also an

6  indicator.  These are not strong indicators, just the

7  only ones in the database that might be useful.

8         There was occupational code, but that didn't

9  help much.  So we really -- we tried to use it, but it

10  didn't really explain anything, so we stuck with the

11  variables of sex, race, education level, and rank.  And

12  for the workers, it was their pay grade.

13    Q    Okay.  Did you choose --

14    A    Oh, no, it wasn't the pay grade.

15    Q    Okay.

16    A    I'm sorry.  It was blue collar, yes/no.

17  Yeah.  I'm sorry.

18    Q    Did you choose to use Camp Pendleton as a

19  comparison to the Camp Lejeune cohort?

20    A    Yes.

21    Q    And why did -- why did you choose

22  Camp Pendleton?

23    A    Wanted a Marine base very similar to

24  Camp Lejeune that did not have contaminated drinking

25  water, and so -- especially contamination with these

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 159 of 405

1   chemicals.  And so Pendleton fit the bill.  There were

2   no other Marine bases we could think of that would fit

3   the bill as well as Pendleton would.  They're very

4   similar in so many ways, including the activities that

5   go on there and the lifestyle and everything else, even

6   though it's in California.

7          The other thing is that a lot of Marines went

8   to both bases; in other words, they went back and

9   forth.  There's that.  And, you know, there was some

10  talk about half the -- the middle of the country on to

11  the West went to Pendleton, middle of the country to

12  the East went to Lejeune.  But I find that that

13  probably wasn't necessarily the case at all.  So people

14  came from all different places to either one of these

15  camps.

16     Q    If they went to both, were they excluded from

17  the study?

18     A    No, no.  No, no, no.  The way --

19     Q    So how did you factor in -- I'm sorry.

20     A    The way we describe it is that if you're at

21  Camp Pendleton, as soon as you go to -- if you move to

22  Camp Lejeune, from then on you're assumed to be Camp --

23     Q    Okay.

24     A    -- you're characterized as Camp Lejeune.  If

25  the other -- the reverse doesn't happen.  If you're at

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 160 of 405

1    Camp Lejeune, then go to Pendleton, you're at

2    Camp Lejeune.

3         Q    Okay.

4         A    Okay?  Because that's the exposure.

5         Q    That makes sense.  Okay..

6              How does the large sample size at

7    Camp Lejeune and Camp Pendleton contribute to the

8    study's finding of liability?

9         A    Well, it gives you more power, statistical

10   power.  You'll have more outcomes.  Just, you know, if

11   it was -- if it was a smaller cohort with the same age

12   distribution, you would have very small numbers of

13   outcomes.  It's a young cohort.  The larger you can

14   make it, the better.

15             So we looked at two different sizes.  We

16   looked at everyone who -- regardless of when they

17   started active duty --

18        Q    Uh-huh.

19        A    -- and then we limited it to those who

20   started active duty -- actually, some were -- we went

21   back to December '74, actually, to get as much of the

22   new people in, I mean, people that weren't in the

23   earlier mortality study.

24             So we -- from December to the first quarter

25   of '75, those were new people to the study that were

1  not in the earlier studies.

2      Q    Okay.

3      A    Just, again, to increase the size because we

4  knew, with cancer in particular, if we're going to look

5  at histological subgroups, it was going to be difficult

6  to interpret.

7      Q    So can you explain the process you used to

8  collect the cancer data for the cohorts?

9      A    Right.  So the first thing -- we had a

10 contractor, Battelle, and their subcontractor was the

11 North American Association of Central Cancer

12 Registries.  We call it NAACCR.

13     Q    Uh-huh.

14     A    NAACCR is the trade group, if you will, or

15 organization of all the cancer -- state cancer

16 registries in the U.S. and Canada.  And by having them

17 involved, they were -- at that time, they were starting

18 a program to begin the early stages of having a

19 national registry, at least making it easier to do

20 these kinds of studies, and we gave them Camp Lejeune

21 data to push that effort forward.

22          They were going to look at three cancer

23 registries and get data for us from three, just for a

24 test.  And we said, "No, go after all of them," and

25 that -- some started that group.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 162 of 405

1          But anyway, so NAACCR helped us -- helped
2     Battelle -- it was very important because the cancer
3     registries trusted NAACCR.  They didn't know us from
4     Adam.  They're very protective, very protective, as
5     they should be, of their --
6          Q     Uh-huh.
7          A     -- cancer data.  And so it was really helpful
8     to have NAACCR intercede for Battelle and for us so
9     that -- so we -- I gave them those -- the DMDC data,
10    particularly with those variables I mentioned, and then
11    they had a test run with the registries to see how
12    things -- with a few, to see how things worked out, and
13    then they did it with all of them, sent the data to all
14    the registries, including the VA registry.
15          The VA registry was unique in the sense that
16    a cancer registry staff person in Kansas who was
17    extremely familiar with the VA registry actually did
18    the matching, not the VA.  The VA couldn't do the
19    matching.
20          The Department of Defense data, cancer
21    registry, I did the matching.  That, we spent -- we got
22    all the data from -- I'm jumping around, but we got all
23    the data, the cancer data, from all the states and the
24    VA in mid -- certainly by mid 2020 -- early 2021.  And
25    I didn't get the Department of Defense data until,

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 163 of 405

1   like, September of 2022, so almost a year and a half of
2   going back and forth and back and forth.
3          I think the problem there was that they --
4   they weren't resistant.  It was more of their
5   bureaucracy and people not knowing how to navigate
6   their own system, which took forever.  But they also
7   said point blank, "We do not do matching."
8   Q    This is DOD said that?
9   A    Yeah.
10  Q    Okay.
11  A    Said, "We'll give you" -- they gave me all
12  their data, and then I -- you know, the entire cancer
13  registry data.  And you'll see -- if you've gotten
14  those -- my email -- I mean my files, you'll see it
15  there.  It was a big dump.
16         What that meant was that -- I had already
17  done the analysis, and then I had to redo it with this
18  new data.
19         So anyway -- so that's how it worked.  It
20  worked with the -- I gave the DMDC data to Battelle.
21  Battelle and NAACCR worked with the cancer registries.
22  They did the matching, they all used the same software,
23  except the DOD, because I did the matching --
24  Q    Okay.
25  A     -- and -- linkage software -- and except for

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 164 of 405

1  the VA, they all did some sort of quality control,

2  removing duplicates, checking the positive matches and

3  some of the negative matches.  They all did that work,

4  which they do, normally, at a cancer registry.

5       Q    You say a negative match.  In other words,

6  the --

7       A    A match that didn't -- I'm sorry, a match

8  that didn't -- a non-match.

9       Q    Okay.

10       A    They checked some non-matches just to make

11  sure --

12       Q    Let me try --

13       A    Right.  I'm sorry.

14       Q    That's okay.

15            So you mentioned -- I think this is clear,

16  but I just want to clarify.  When you said "all

17  registries," you're talking about the state registries,

18  not any kind of national registry, right?

19       A    There is no national registry.

20       Q    Right.

21       A    So we used all the state registries.  We did

22  not get individual-level data from West Virginia.  They

23  had a state law prohibiting it.  So did Kansas.  But

24  Kansas went this extra step to actually get consent

25  from the patients.  So for most of the matches in

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 165 of 405

1    Kansas, we got individual-level data.  There were

2    some --

3         Q    Uh-huh.

4         A    -- we just got aggregate data, just like

5    West Virginia.  So that was unfortunate, but that

6    was -- but all the other states gave us

7    individual-level data, and we could link it to a

8    Social Security number and all the DMDC data, so we had

9    a complete data set to do the study.

10        Q    Okay.  And I want to make sure I'm right

11   about the VA, but --

12        A    Uh-huh.

13        Q    -- did the VA do manual reviews?

14        A    No.

15        Q    Okay.  So for those registries that didn't

16   perform manual reviews, like the VA and the DOD, how --

17        A    Those are the only two.

18        Q    How can you verify the accuracy of the

19   sources coming from those two entities?

20        A    How can I verify it?  Well, I went through,

21   also, and removed -- I mean the contractor went through

22   and removed duplicates, and then I saw some extra

23   duplicates and removed them as well.  So I went through

24   and combed the data myself --

25        Q    Uh-huh.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 166 of 405

1      A    -- to make sure that there were no

2  duplicates.

3         The problem -- part of the problem was that

4  if someone was diagnosed in Kansas and then diagnosed

5  in a neighboring state, they were in both registries.

6  So that's a duplicate, right?  So we had to remove

7  that.

8         So, no, we could not check -- in the VA

9  cancer data, we could not check for, as I said,

10  checking the positive matches and checking the

11  non-matches --

12      Q    Uh-huh.

13      A    -- like the other registries could do, no.

14      Q    So I'm just trying to understand --

15      A    But that's with the -- I mean, but that's --

16  if -- anything you see from the VA that has to do with

17  cancer, this is what they do.  They -- I doubt that

18  they ever take care of that database, and that's

19  probably the reason why we had to get someone from

20  Kansas who knew the database well, because they -- the

21  states use the VA's data.  They want to make -- have

22  complete ascertainment.

23         If someone goes to the VA hospitals,

24  sometimes the VA doesn't report that to the State,

25  apparently, and so -- we're not sure how big the

1    problem is, but it's -- the states try to get that
2    information from the VA.
3        Q    You were anticipating my next question.  So
4    the VA doesn't automatically provide its cancer data to
5    the state registries; is that fair?
6        A    I'm not sure I understand -- you may have to
7    ask someone from NAACCR --
8        Q    Uh-huh.
9        A    -- in particular about this or the CDC's
10   cancer group.  But it's -- it's a -- I think for some
11   states, there is cooperation; and for some states,
12   there isn't.  That's my understanding.  But we -- but
13   the idea was to get the VA data so we wouldn't be
14   missing any cases because of that.
15       Q    Okay.  So you had the full VA data set and
16   then --
17       A    Well, they did the -- as I said, the
18   matching --
19       Q    Right.
20       A    The VA's cancer data was used to do the
21   matching, just like any registry.
22       Q    Okay.
23       A    So -- yeah.
24       Q    So I think you've answered this, how you
25   dealt with duplicate records.  Was that the contractor

Golkow Technologies,
A Veritext Division
877-379-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 168 of 405

1  who did -- dealt with duplicate records except for --

2  you to DOD, right?

3       A    Well --

4       Q    To the extent there were duplicate records.

5       A    -- the data I get from any contractor, I

6  always go through and --

7       Q    Okay.

8       A    -- I do extra cleaning because you never get

9  an entirely clean data set, in my experience.  So they

10  did their job in getting rid of as many duplicates as

11  they saw, but I saw additional ones, and so those I

12  took out.

13       So if there was a lung cancer at one date and

14  then three years later there's another -- the same lung

15  cancer, again, that's a duplicate, you know.  They

16  missed some of those.  I didn't.

17       Q    Okay.  All right.

18       Let me just show you one more document.  This

19  is a study with your name on it.  And am I correct that

20  this is a study that you did when you were with the

21  New Jersey Department of Environmental Health?

22       A    Yeah.  But by the time this was published, I

23  was already at ATSDR --

24       Q    Okay.

25       A    -- I'm pretty sure.  What's the year on this?

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 169 of 405

1      Q    I think --

2      A    Yeah.  So, yes, I definitely was.  Yeah.

3      Q    But this was based on the work you did while

4  you were --

5      A    Yeah, I helped Perry -- first of all, they

6  used my assessment of the contamination, so the

7  exposure assessment here is mine.  I also showed Perry

8  how to do the analysis.  So that's -- that was my

9  contribution to this.  This is -- we did an earlier

10  study.  I was the third author there because I came in

11  late into the study.  Dr. Fagliano was the last --

12      Q    Uh-huh.

13      A    -- was the lead on that, and I did the

14  Poisson regression in that study.

15           So, yes, both of these were done -- either I

16  was helping them while I was still in New Jersey and

17  then I left and they continued the study, or I was -- I

18  did it entirely in New Jersey, depending on the study.

19      Q    Okay.  And I want to make sure I'm -- and

20  this looked at both TCE and PCE and trihalomethanes,

21  right?

22      A    No.

23      Q    No?

24      A    Just trichloroethylene and perchloroethylene.

25  This -- the birth defect study looked at --

1    Q    Okay.  Okay, so this is just TCE and PCE --

2    A    Right.

3    Q    -- in that particular study?

4    A    Yeah, yeah.  On the previous one as well.

5    Q    Okay.  And did you average those together in

6  coming up with your -- let me get to the right table.

7  Just a minute.  If you go to Table 2.

8    A    Table 2.  Okay.

9    Q    Do you have -- this is actually -- let me

10  withdraw that question because I see right here it says

11  TCE.  So Table 2 only addresses TCE contamination --

12    A    Right.

13    Q    -- is that right?

14    A    There's one that there's a typo, where it

15  says TC -- I thought.  I seem to remember there's one

16  that says TCE when it should have said PCE.

17    Q    Okay.

18    A    Yes, Table 4.

19    Q    Okay.

20    A    It says, "TCE exposure (ppb)."  It should be

21  "PCE."  So they were evaluated separately.

22    Q    So Table 4 is actually PCE, not TCE, correct?

23  Is that what you're saying?

24    A    Yeah.  Perchloroethylene, yeah.

25    Q    Okay.  Sorry.

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 171 of 405

 1      A    So first we looked at the trichloroethylene,
 2   we looked at the --
 3      Q    All right.
 4      A    -- leukemia and non-Hodgkin's and
 5   perchloroethylene.
 6      Q    Okay.  So looking at page 559 --
 7      A    Uh-huh.
 8      Q    -- for NHL --
 9      A    Uh-huh.
10      Q    -- I just want to make sure I'm reading this
11   right.  For concentrations in -- this is drinking
12   water, right?
13      A    Yes.
14      Q    Okay.  For concentrations in drinking water
15   between .1 part per billion and 5 parts per billion,
16   you saw a relative risk of 1.28 for males and 1.02 for
17   females?
18      A    Yeah.  Uh-huh.
19      Q    Okay.  And this is for NHL?
20      A    Yes.
21      Q    Okay.
22      A    Total -- all NHLs, and then we have them
23   defined by grade.
24      Q    Right.  And then you have them broken down by
25   subparts -- subtypes --

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 172 of 405

1        A    Yeah.

2        Q    -- excuse me, right?  Okay.

3        A    By grade, yeah.  I didn't do that in our

4    cancer incidence study.  I separated them by

5    histological subgroup, which I thought was more

6    informative.

7        Q    Okay.  So let me go to PCE now --

8        A    Uh-huh.

9        Q    -- on Table 4 --

10        A    Uh-huh.

11        Q    -- which I understand you've just corrected.

12    The "TCE" is actually "PCE" on page 560.

13        A    Same problem with Table 3, by the way.

14        Q    Oh, okay.  We'll look at that too.

15        A    Change the T to a P on Table 3 and Table 4.

16        Q    So Table 3 is also P?

17        A    Yeah.

18        Q    Okay.

19        A    One and two is TCE.

20        Q    Okay.  So if you look at Table 4, so for PCE

21    for NHL --

22        A    Uh-huh.

23        Q    -- between .1 part per billion and 5 part per

24    billion, the relative risk for males is 1.25; is that

25    correct?

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 173 of 405

1        A    Yeah.

2        Q    Okay.

3        A    And for females, it's .95.

4        Q    Right.  And for 5 parts per billion and over,

5    it's 1.10 for males and 1.08 for females?

6        A    Yes.

7        Q    And, again, underneath there, there's

8    differentials for the various grade of NHL, right?

9        A    (Nods head affirmatively.)

10            MS. GREENWALD:  Okay.  I don't have any

11       more questions for you right now.

12            THE WITNESS:  Okay.

13            MS. GREENWALD:  Oh, I didn't put a

14       sticker on your copy.  So this will be

15       Exhibit -- thank you -- Exhibit 18.

16            (Exhibit 18 marked for identification.)

17            MS. GREENWALD:  Thank you very much for

18       your time this morning and early afternoon.

19       I will ask the witness --

20            MR. BAIN:  You want to keep going, or do

21       you want to take a break?

22            THE WITNESS:  Sure, if it's okay.

23                        EXAMINATION

24    BY MR. BAIN:

25        Q    Okay, Dr. Bove, my name is Adam Bain, as I

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 174 of 405

1    introduced myself to you earlier today.  I represent

2    the United States in the case.  And I'm going to ask

3    you some questions about your Camp Lejeune studies.

4         A    Okay.

5         Q    First of all, what percentage of your work

6    over the past 15 years would you say has been devoted

7    to Camp Lejeune?

8         A    Past 15 years, so that goes back to 2009, I

9    would say a major portion.  I also worked on the PFAS

10   stuff as well, which also took some time, but I think

11   Camp Lejeune was the major.

12        Q    So it would be over 50 percent?

13        A    Oh, yeah.  Oh, yeah.

14        Q    Now, I know we're focused on the five

15   diseases that --

16        A    Uh-huh.

17        Q    -- Ms. Greenwald mentioned, but I do want to

18   go back to some of your earlier studies just to get

19   some methodological issues --

20        A    Uh-huh.

21        Q    -- clarified.

22             So I think I want to start with what I

23   believe is, and correct me if I'm wrong, the first

24   Camp Lejeune epidemiological study, which was -- would

25   that be the birth defects and childhood cancer study?

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 175 of 405

1    A   That's the first one, except for there was a

2  study done by -- what's her name -- Nancy Sonnenfeld,

3  which was part of her dissertation, which looked at

4  birth outcomes, but that was prior to the water

5  modeling being done.

6         And so there was -- there was a major error

7  in assuming that Holcomb Boulevard was unexposed when

8  they -- there was a period of time before 1972 when it

9  actually received Hadnot Point water.  So we redid it

10  for that reason, but -- so based on the water model,

11  that was the first study, yes.

12    Q   Okay.

13         MR. BAIN:  So I'd like to make this the

14       next exhibit, which I believe would be

15       Exhibit 19.

16         (Exhibit 19 marked for identification.)

17    Q   (By Mr. Bain)  Dr. Bove, can you identify

18  Exhibit 19 as the birth defects and childhood cancer

19  study --

20    A   Yes.

21    Q   -- that we were just referencing?

22    A   Yes.

23    Q   And this was published in the journal

24  Environmental Health; is that right?

25    A   Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 176 of 405

1      Q    And you're listed as the author, along with

2   Perri Ruckart and Morris Maslia?

3      A    Yes.

4      Q    What was your role as compared to

5   Perri Ruckart and Morris Maslia?

6      A    My role was to sort of direct the study and

7   to -- initially we had -- my supervisor was directing

8   the study.  I helped with the protocol.  But she moved

9   on, and I directed the study.  Perri did the

10  statistical analysis.  And Morris, of course, did the

11  water modeling.  So -- and then I helped with the

12  interpretation, helped with the writing, and so on.

13     Q    Okay.  And as I understand it, in this study

14  you looked at live births between 1968 and 1985 to

15  mothers who resided on Camp Lejeune during a pregnancy?

16     A    Yes.

17     Q    And that would have been a case-control

18  study; is that right?

19     A    Yes.

20     Q    Can you describe what a case-control study

21  is?

22     A    A case-control study in particular, in this

23  situation, we identify the cases and then we take -- so

24  that's the case group.  And then we take a sample of

25  the non-diseased or other diseases, depending on the

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 177 of 405

1    kind of study, as your control group.

2         Q    Uh-huh.

3         A    And you look and see if the -- if the case

4    group has higher exposures than the control group.

5         Q    So you had a case group that you found of the

6    particular conditions that you were looking at --

7         A    Right.

8         Q    -- and then a control group of people who did

9    not have those conditions?

10        A    Right, yes.

11        Q    And you compared the exposure between the

12   two?

13        A    Yeah.

14        Q    For the exposure value for the mothers, you

15   used the historic reconstruction of contaminant levels

16   that ATSDR had done through the groundwater fate and

17   transport and water distribution model?

18        A    Yes.

19        Q    And that's why Morris Maslia is listed as an

20   author; he was the one responsible for that?

21        A    Right.  In fact, the reason Morris was given

22   that task was for this study.

23        Q    And that water modeling provided monthly

24   average estimates of the concentrations of contaminants

25   in the drinking water delivered to certain residences?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 178 of 405

1        A     Yes.

2        Q     Would you agree that there was a data

3    limitation, with respect to the water modeling, because

4    there was a small number of drinking water contaminant

5    results from actual samples that were taken at the

6    water treatment plant?

7        A     Well, yes.  That's why we had a model, for

8    those reasons.

9        Q     Would you agree that the dose calculations

10   generated from the ATSDR's water model are simulated

11   values with uncertainty inherent in such simulations?

12       A     Sure, yes.  And it's stated so in the

13   documents themselves, yeah.

14       Q     So the actual concentrations could have been

15   higher or lower than the values generated by the model?

16       A     Well, again, two different things.  A sample

17   is a -- is a -- is a point in time.  They're averaging

18   over the month.  So the highest average -- monthly

19   average for TCE didn't approach the high level of

20   1400 parts per billion from a point sample in 1982.  So

21   right off the bat, there are those differences because

22   we're looking at different periods of time, point

23   estimate versus month.

24             But they did try to compare the model

25   estimates with the sample data that they did have, and

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 179 of 405

1    it was in agreement to the extent that you would in

2    these kind of modeling exercises.

3         Q    But you're aware they only had actual

4    sampling from the 1980s and they actually modeled it

5    for decades earlier?

6         A    Yes.

7         Q    And the models that -- or you don't really

8    know what the actual concentrations were in those prior

9    decades?

10        A    Of course not.  They did not sample it.

11   They -- yeah.

12        Q    And the levels that the model produced could

13   have been either higher or lower than what the actual

14   levels were?

15        A    Sure, yes.  There's uncertainty.

16        Q    Now, to determine residency for the exposure

17   inputs for the study, you used the residential

18   information that you collected during interviews; is

19   that right?

20        A    Yes.  We also had family housing records as

21   well.

22        Q    Okay.

23        A    So we used both.

24        Q    And you matched that information, using both

25   the residency and the housing records, to the water

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 180 of 405

1    modeling results to determine concentration levels?

2         A    Well, yeah, if the resident was at

3    Tarawa Terrace, for example, we used the Tarawa Terrace

4    values.  If they were at Hadnot -- Hospital Point or if

5    they were at any of the Holcomb Boulevard areas, we

6    applied the levels --

7         Q    Okay.

8         A    -- for that.

9         Q    So for both the case group and the control

10   group, were there some people who you determined would

11   be, quote, unexposed within those groups?

12        A    Yeah, there were -- there were housing

13   areas where the water was not contaminated.

14   Holcomb Boulevard treatment plant, for example, from

15   '72 on, except for a few periods, was clean, and so

16   that would be -- and then there was variations on

17   levels.  So earlier our estimates were lower, then

18   as -- then as time went on, they kept going up.

19        Q    Okay.  So you divide that -- you divide the

20   people who were in the study, both the cases and

21   controls, into exposed and unexposed groups; and then

22   for those who were exposed, you matched those to the

23   concentration levels in the model?

24        A    Yeah, and so we have -- if you see some of

25   the tables, we have different levels of contamination

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 181 of 405

1   for each of the mothers.  So you either had none or --

2   I'd have to look and see what the levels are, but the

3   tables have -- let me see if I can get to the table.

4   Let's see.

5             So Table -- 797, Table 4, for example,

6   unexposed -- so we have unexposed versus exposed.

7   Let's say for PCE, you can see the values there and the

8   numbers and so on.

9             Then we looked at below MCL and above MCL.

10  Okay?  So we divided the cases and controls into those

11  categories to see if there were more cases in those

12  categories than controls.  But for some, like benzene

13  and clefts, we just looked at unexposed versus exposed.

14  We didn't have enough data to do anything more.  And

15  similarly for neural tube defects.

16      Q    And did you -- so differentiating into the

17  different levels, were you looking for some type of an

18  exposure-response relationship?

19      A    Yes, yes.  That strengthens your

20  interpretation if you see that, yes.

21      Q    Okay.  And do you recall generally what the

22  results of this study were?

23      A    The odds ratios for benzene and

24  trichloroethylene were elevated for neural tube

25  defects.  For childhood cancers, it was PCE,

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 182 of 405

1  perchloroethylene.  We didn't see anything for clefts,

2  if I recall, which is -- I've seen in other studies

3  that you don't oftentimes see an effect among clefts,

4  so that wasn't surprising.

5      Q    Okay.  Since we're not really focused on

6  childhood cancers and birth defects, I'm not going to

7  spend too much time on that, but this paper was -- was

8  this paper first submitted to Environmental Health

9  Perspectives?

10     A    No.

11     Q    No?

12     A    No.  It was submitted to Environmental

13  Health.

14     Q    Okay.  And why was it submitted to

15  Environmental Health; do you recall?

16     A    Well, it's a good journal.  I think at the

17  time, we thought that Environmental Health Perspectives

18  was not interested in Camp Lejeune studies, so that

19  was -- I don't know who -- how that -- who found that

20  out or what.  I just heard that from leadership, that

21  they probably won't publish Camp Lejeune work.  And

22  why, I have no idea.

23          Anyways, but it was a good journal, and so we

24  decided to send it to them.  We could have sent it to

25  an epidemiologic journal, like American Journal of

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 183 of 405

1  Epidemiology, but this kind of study really fit this
2  journal better than just a straight epidemiologic
3  journal.
4       Q    Okay.  But do you recall any communications
5  between ATSDR and Environmental Health Perspectives
6  about this study or any of the earlier --
7       A    No.
8       Q    -- Camp Lejeune studies?
9       A    No.  I just hear -- it's hearsay, and so we
10 just didn't bother to even try --
11      Q    Okay.
12      A    -- Environmental Health Perspectives.  That
13 was true for the mortality studies back then too.
14      Q    Okay.  I want to turn to the male breast
15 cancer study that was done.
16      A    Okay.  Do I have that or --
17      Q    I'm going to give you a copy.
18      A    Okay.
19           MR. BAIN:  Mark this as the next
20      exhibit.
21           (Exhibit 20 marked for identification.)
22      Q    (By Mr. Bain)  I've marked as Exhibit 20 the
23 2014 study entitled "Evaluation of contaminated
24 drinking water and male breast cancer at Marine Corps
25 Base Camp Lejeune: a case control study."  Do you see

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 184 of 405

1  that?

2      A    Yes.

3      Q    And you're the author of the study again,

4  along with Perri Ruckart and Morris Maslia and, on this

5  study, also Edwin Shanley?

6      A    Yes.

7      Q    What was your role on this study?

8      A    It was my idea.  And also, I developed the

9  protocol.  And that's about it.  I think that -- and I

10 reviewed the write-up, helped with the write-up, but I

11 did not -- oh, no.  I'm sorry.  I did do some analysis,

12 yes.  The proportional hazards analysis is mine in

13 here.

14     Q    And this study was also submitted to

15 Environmental Health; is that right?

16     A    Yes.

17     Q    Do you know whether it was submitted to any

18 other journals?

19     A    I don't think so, no.

20     Q    And like the childhood birth defect and

21 cancer study, this was a case-control study, right?

22     A    Yes.

23     Q    But unlike the birth defect and cancer study,

24 the cases and controls were not limited to those who

25 had been at Camp Lejeune; is that right?

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 185 of 405

1        A     Right.  It was all Marines.

2        Q     And --

3        A     So the -- but the exposure was Camp Lejeune

4   versus all other Marines, yeah.

5        Q     Right.  So the cases and controls were

6   Marines that were included in VA's Central Cancer

7   Registry; is that right?

8        A     The cases were those who were in the Marines

9   and the database, the VA database, who had male breast

10  cancer.  And the controls -- we would pick three other

11  cancers that we felt were unrelated to these

12  contaminants as the control group and took those.

13       Q     And the controls were those who had a type of

14  cancer that you determined were not associated with

15  solvent exposures, including skin cancer, bone cancer,

16  and mesothelioma?

17       A     Right, yes.

18       Q     And as with the childhood birth defect and

19  cancer study, you used ATSDR's water modeling as part

20  of the exposure assessment?

21       A     Yes.

22       Q     And, again, that's why Morris Maslia is

23  listed as an author?

24       A     Right.

25       Q     And, in fact, if you look at this particular

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 186 of 405

1    study --

2         A    Uh-huh.

3         Q    -- it actually includes charts for the

4    different housing areas at Camp Lejeune, right?

5         A    Right.

6         Q    And those charts are included in the paper as

7    Figures 1 through 7?

8         A    Yes.

9         Q    Those charts designate different residential

10   areas such as Tarawa Terrace, Knox Trailer Park,

11   Midway Park, Paradise Point, Watkins Village,

12   Berkeley Manor, and Hadnot Point, right?

13        A    Yes.

14        Q    And you used this data, with information from

15   family housing areas and barrack units, to assign

16   contaminant-specific residential exposure levels for

17   each case and control assigned to Camp Lejeune?

18        A    Right.

19        Q    However, a case or control, even if assigned

20   to Camp Lejeune, was designated as unexposed if the

21   individual lived off base or in an area that received

22   uncontaminated drinking water?

23        A    Right, yes.

24        Q    The actual contamination levels during most

25   of the study period were unknown, right?

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 187 of 405

1      A     The sample -- there's no sample data before

2     1980.

3      Q     Okay.  So the actual contamination levels --

4     what was the -- what was the year of -- the subjects of

5     this study, what were the years at Camp Lejeune; do you

6     recall?

7      A     I'm trying to remember.  It should be

8     somewhere here.  Let's see.  Well, we wanted to make

9     sure they were -- the eligible study members were male

10    Marines born before 1969 and diagnosed with or treated

11    for cancer from January 1st, 1995, which is when

12    they -- the VA registry actually started, till

13    May 2013, when I guess the data was last available.

14            So they excluded those born after

15    January 1st, 1969, as those individuals were not old

16    enough to serve during the period of contamination at

17    Camp Lejeune.  You have to be at least 17 years --

18    right, so that's -- so they wanted -- so these -- it

19    could have gone back quite a bit, whatever -- if they

20    were diagnosed in the VA registry, right, they could

21    have been at Camp Lejeune in the '40s --

22     Q     Uh-huh.

23     A     -- for all -- for all I know, or '50s.

24     Q     So if you look at page 3 where it says

25    "Exposure Assessment," the first sentence says,

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 188 of 405

1   "Actual contamination levels during most of the study

2   period are unknown."  Do you see that?

3       A    Right.  Yes.  Yes.

4       Q    And then if you look at the Table 4 on page

5   12 --

6       A    Uh-huh.

7       Q    -- the study found some positive hazard

8   ratios above 2, as reflected in Table 4, right?

9       A    Right.

10      Q    In particular, hazard ratios were above 2 for

11  higher cumulative PCE, TCE, and vinyl chloride

12  exposures?

13      A    Right.

14      Q    Would you agree that the confidence intervals

15  were very wide for all relationships?

16      A    Yes.  There were only two cases, for example,

17  and eight controls in the high exposure group for PCE,

18  for example, and something like that for some of the --

19  you know, similar small numbers like that.  So when you

20  have small numbers, you have high confidence intervals.

21      Q    And I noticed in several of your studies, you

22  refer to confidence interval ratios, or CIRs, right?

23      A    Right.  We didn't do that for this study.

24      Q    Okay.

25      A    Yeah.

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 189 of 405

1     Q    What is a confidence interval ratio

2  calculated to reflect?

3     A    Okay, well, the ratio is upper limit divided

4  by the lower limit, okay?

5     Q    Uh-huh.

6     A    And it's a measure of precision.  Instead of

7  worrying about where the confidence interval lies,

8  because it can move because of bias, it's trying to get

9  at just the precision issue, just how wide it is --

10    Q    Uh-huh.

11    A    -- and have a metric that you can use to

12 compare with other studies and other associations you

13 might have.  So that's what a confidence interval ratio

14 is.

15         It's been promoted by -- it's new, relatively

16 new, although there is a 2001 paper that advocated for

17 it.  And Dr. Savitz, for example, in his book

18 recommends it too, and others have recommended it, and

19 so we use it.

20    Q    So is it fair to say the narrower the

21 confidence interval ratio is -- or the narrower the

22 confidence --

23    A    The smaller the ratio is, yes, but it also

24 is -- it indicates how narrow the confidence interval

25 is, sure.

1    Q    So the smaller the ratio is, the more precise
2    the effect?
3    A    Yes.  Yes.
4    Q    And the more confidence you have in it?
5    A    I hate to use that term.  It's a poorly
6    chosen term by the people who came up with it.  It's
7    just a precision; it means that there's less
8    uncertainty about that point estimate.
9         The focus is on the point estimate, the
10   hazard -- in this case, the hazard ratio; and in the
11   other cases, it's the odds ratio, whatever.  And you're
12   just trying to get a handle on what kind of -- how much
13   uncertainty there is about that estimate.
14        So that's what we're trying to do with a
15   confidence interval ratio.  And that's what you should
16   be doing with a confidence interval in general.
17   Q    Is the confidence interval ratio -- I think
18   you mentioned it's relatively new.
19   A    Uh-huh.
20   Q    Would I find it in any standard
21   epidemiological references?
22   A    I just mentioned one.
23   Q    Okay.  Which one is that?
24   A    Dr. Savitz's book, which I'd have to -- I
25   don't have it in front of -- the title, but it's in

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 191 of 405

1    second edition, I know that, and it was published a

2    couple years ago.  Yeah.

3        Q    So it's Savitz's -- he has several books, I

4    know.

5        A    Well, this one is on interpreting epi --

6    epidemiological data.  I don't know if I referenced it

7    in the cancer incidence study or not.  I can't

8    remember.  Because I had other references for it.  You

9    can see journal articles.  I'm wondering if it's -- I

10   mean, the Modern Epidemiology, Volume 4 -- not

11   Volume 4, the Fourth Edition, talks about how to use a

12   confidence interval in similar ways, but they don't

13   actually use the term "confidence interval ratio."

14   They're just basically saying -- looking at the width

15   of a confidence interval, which is what that --

16       Q    Uh-huh.

17       A    -- ratio is.  And similarly, that's what

18   Savitz says in his book.  So I think those are pretty

19   standard.  Certainly, Modern Epidemiology is the

20   standard book in the field.

21       Q    Modern Epidemiology?

22       A    Yes.

23       Q    Do you consider that to be an authoritative

24   treatise in your field?

25       A    Yes.

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 192 of 405

1    Q    Are there any others in the field of
2    epidemiology that you consider to be, you know,
3    authoritative treatises?
4    A    Not -- I mean, that is --
5    Q    That is it?
6    A    That -- to me, that's the most important
7    epidemiological textbook.  It's the most difficult as
8    well, but it involves a whole slew of well-known
9    researchers, including top theoreticians in
10   epidemiology.  It's always been the standard.  Each
11   edition is pretty much the standard.
12   Q    And as far as, you know, determining what an
13   appropriate confidence interval ratio is for precision,
14   has that been agreed upon and --
15   A    No.
16   Q    No?
17   A    No.
18   Q    So you would not find that specified in any
19   literature, like it needs to be 2 or it needs --
20   A    No.
21   Q    -- to be 3?
22   A    No, no.
23   Q    And here in the male breast cancer studies,
24   the confidence interval ratios were well above 3 for
25   all relationships, right?

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 193 of 405

1    A    Right.  Some of them are more than 10, yeah.

2    Q    Yeah, in fact, some of them were more than

3    20, right?

4    A    It may be, yeah.  Yeah, yeah, so -- yes.  But

5    you can see the width.  You could see it.  They're

6    wide.  I mean, you don't have to calculate a confidence

7    interval ratio.

8    Q    And, in fact, you say in the "Limitations"

9    section of the study on page 13, in the second

10   sentence, that "Findings from this study were based on

11   a small number of exposed male breast cancer cases

12   resulting in wide confidence intervals for the

13   estimated ORs."

14   A    Right.  My view was this was a first look

15   that could be done quickly, although it wasn't done as

16   quickly as I was hoping it would be, because we had VA

17   data.  Getting data on -- getting additional data on

18   each of the cases and controls using service records,

19   that took time.

20   Q    Uh-huh.

21   A    And that probably slowed things down.

22   Q    Okay, I'm done with that one now.  I'm going

23   to go to the 2014 mortality study, which I think you

24   already have.

25   A    Yes.

1          Q     Exhibit No. 3.

2          A     The first one, yeah.  Yeah.

3          Q     So I'm showing to Exhibit No. 3.  This is

4     entitled "Evaluation of mortality among Marines and

5     Navy personnel exposed to contaminated drinking water

6     at USMC Base Camp Lejeune: a retrospective cohort

7     study," correct?

8          A     Yes.

9          Q     And you are listed as an author of this

10    study, along with Perri Ruckart, Morris Maslia, and

11    Theodore Larson?

12         A     Yes.

13         Q     What was your role in comparison to the other

14    authors?

15         A     I wrote the protocol, did the analysis, wrote

16    it up, pretty much did almost everything, except the

17    water modeling, of course.  Morris Maslia does that.

18    Perri helped with working with the contractor in

19    collecting the data, so I included her.  And she was

20    involved in the writing to some extent, or at least

21    editing my writing.  And Ted Larson gave me some

22    statistical -- not statistical -- programming codes and

23    helped with the data management.

24         Q     Okay.  And like the childhood birth defect

25    and cancer study and the male breast cancer study, this

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 195 of 405

1    was also published in Environmental Health, right?

2        A    Right.  Yes.

3        Q    Is there any reason that you kept submitting

4    studies to the same journal?

5        A    We just think it's a good journal that people

6    read, and we were trying to get these results out,

7    disseminated.

8        Q    Ms. Greenwald brought up the fact that you

9    had gotten the Ozonoff Award.  Do you recall that?

10       A    Yes.

11       Q    And is it true that David Ozonoff is the

12   founder of this particular journal?

13       A    He is one of the two founders.  Dr. Grandjean

14   is the other, as far as I understand, yes.

15       Q    Did you have any particular relationship with

16   Dr. Ozonoff during this period of time?

17       A    No.

18       Q    Okay.  You did not really know him

19   personally?

20       A    Oh, no, I did --

21       Q    Uh-huh.

22       A    -- years ago.  When I worked for Science for

23   the People, he wrote an article for the magazine way

24   back in '76.

25       Q    Uh-huh.

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 196 of 405

1    A    So I've known him for a long time.  We both

2    participated in a -- in the NAS panel on drinking

3    water.  We produced three books, and he was the lead

4    person in that committee, and I was on that committee.

5          So we've worked on stuff before, and we've

6    been interested in toxic waste sites and health

7    effects, so -- but we -- but -- we sent it to this

8    journal not because he was there, but because we felt

9    that the journal would be interested in these and also

10   would be receptive to the idea that they weren't using

11   significance testing to decide what was important and

12   what wasn't.

13         So we figured that that -- this journal would

14   be open to that as well.  So for those reasons.  And

15   also because, as I said, it is a popular journal for

16   environmental health.  It's gotten more popular as time

17   has gone on.

18   Q    You were questioned by Ms. Greenwald about

19   the precautionary principle, and you were asked several

20   questions about that.

21   A    Uh-huh.

22   Q    Would -- the scientists who do not use

23   significance are more in line with those who believe in

24   the precautionary principle?

25   A    No.

1    Q    Okay.  There's no relationship at all
2  between --
3    A    Not that I -- no.  For example,
4  Sander Greenland, who, as I said, is one of the top
5  theoreticians in the field, is definitely opposed to
6  significance testing.  He's been writing about that for
7  years.  But I doubt he would be for the precautionary
8  principle.  I just don't -- I don't know if he would
9  even have a position on it, for example.
10    Q    Okay.  Now, this particular study was a
11  retrospective cohort study, correct?
12    A    Yes.
13    Q    And that's a different type of study from the
14  prior two studies that we looked at, the childhood
15  birth defects and cancer study and the male breast
16  cancer study, right?
17    A    Yes.
18    Q    And what's the difference between those two
19  types of studies?
20    A    This is following a cohort over time to see
21  if they have an event, in this case death --
22    Q    Uh-huh.
23    A    -- from a particular cause.  So in that
24  sense, it's different.  You're following two cohorts,
25  basically, the exposed cohort and the unexposed cohort,

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 198 of 405

1  over time and seeing if -- when the event occurs, and

2  you use proportional hazards for that too.  I used

3  proportional hazards in the case-control study.  That's

4  not normally done.

5          So for the male breast cancer -- you can do

6  it, and there's papers that tell you how to do it, but

7  most people don't do it.  I did it just because I

8  wanted to see if there was anything else we can get out

9  of this information that we had, but -- so what was I

10  saying?

11      Q    But it's standard for cohort studies, is

12  that --

13      A    Proportional hazards is standard.  So are

14  SMRs.  And both are in this paper.

15      Q    Okay.  And for this particular study, you had

16  data from about 154,000 personnel at Camp Lejeune

17  between 1975 and 1985 and about 154,000 personnel at

18  Camp Pendleton during that same period --

19      A    Uh-huh.

20      Q    - who had not been stationed at Camp Lejeune,

21  right?

22      A    Right.

23      Q    And this study did not include any individual

24  who began active duty before 1975; is that right?

25      A    Right.

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 199 of 405

1      Q      And the deaths in the group at Camp Lejeune

2    were compared to the deaths from the group at

3    Camp Pendleton, right?

4      A      Yes.

5      Q      And in the abstract on the first page, you

6    report elevated hazard ratios for kidney cancer, liver

7    cancer, esophageal cancer, cervical cancer, Hodgkin

8    lymphoma, and multiple myeloma, right?

9      A      Right.

10      Q      The only hazard ratio that was above 1.5,

11    however, was for multiple myeloma; is that right?

12      A      It looks like that, yes.  Yeah.

13      Q      It was at 1.68?

14      A      Six eight, yeah, yeah.

15      Q      All the rest were below 1.5?

16      A      Right.

17      Q      And the confidence interval for each of those

18    hazard ratios are reported in the abstract, right?

19      A      Yes.

20      Q      And would it be correct to say that none of

21    the confidence interval ratios for these diseases were

22    less than or equal to 2?

23      A      I'd have to look and see.  But for all

24    cancers, it was -- it was certainly less than 2.  For

25    individual cancers, probably not, because, again,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 200 of 405

1    it's -- it was a young cohort, and these are rare

2    outcomes, so I -- no, I don't see it, so no.

3        Q    In fact, for cervical cancer, Hodgkin

4    lymphoma, and multiple myeloma, the confidence internal

5    ratios were all well over 3, right?

6        A    Probably, yeah.  Remember, there are very few

7    women in this cohort to begin with.

8        Q    For cervical cancer, right?

9        A    Yes.

10       Q    I'm going to come back to this, but I want to

11   look at the mortality study for civilian employees --

12       A    Exhibit 4.

13       Q    -- which I believe is also in here.

14       A    Yeah, Exhibit 4.

15       Q    Okay.  Exhibit 4.  So just to identify this,

16   Exhibit 4 is the "Mortality study of civilian employees

17   exposed to contaminated drinking water at USMC Base

18   Camp Lejeune: a retrospective cohort study," right?

19       A    Yes.

20       Q    And you're listed again as the author, along

21   with Perri Ruckart, Morris Maslia, and Theodore Larson,

22   right?

23       A    Yes.

24       Q    And would you have had the same role for this

25   study that you had for the study looking at Marines and

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 201 of 405

1    Navy personnel?

2         A    Yes.

3         Q    And this, again, was published in

4    Environmental Health, right?

5         A    Yes.

6         Q    And this is -- the type of study is a

7    retrospective cohort study comparing Camp Lejeune to

8    Camp Pendleton?

9         A    Right.

10        Q    But for this study, the population was the

11   civilian employees, right?

12        A    Right.  Yes.

13        Q    And where did you get the information about

14   civilian employees from?

15        A    Defense Manpower Data Center personnel

16   records.

17        Q    And for this particular study, the results

18   were based on data for approximately 4600 full-time

19   workers employed at Camp Lejeune between 1973 and 1985

20   and about 4700 full-time workers employed at

21   Camp Pendleton between '73 and '85 who had not been to

22   Camp Lejeune, right?

23        A    Right.  In this study, we had less -- we

24   really did not have a problem with people going back

25   and forth between the two bases; where with the

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 202 of 405

1    Marines, we did.
2         Q    Right.  Because if you're in the military,
3    you might be --
4         A    Right.
5         Q    -- changing your station --
6         A    Workers tend to stay on the same base, yeah.
7         Q    And, again, you compared the deaths with
8    the -- this group between Camp Lejeune and
9    Camp Pendleton, right?
10        A    Right.
11        Q    And in the abstract, you report elevated
12   hazard ratios for kidney cancer, leukemias, multiple
13   myeloma, rectal cancer, oral cavity cancer, and
14   Parkinson's disease, right?
15        A    Right.
16        Q    And none of the confidence interval ratios
17   for these diseases was less than or equal to 2, right?
18        A    Right.
19        Q    And there was only one hazard ratio greater
20   than 2, which was for Parkinson's disease at 3.13,
21   right?
22        A    Right.
23        Q    And, in fact, in this particular study, the
24   confidence interval ratios were much higher than for
25   the Marine and Navy personnel cohort study, right?

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 203 of 405

1      A    Right.

2      Q    And it's because there were fewer subjects?

3  One of the reasons was there were fewer subjects,

4  right?

5      A    That's the main reason, yeah.  This is an

6  older cohort, so there were -- if there were more

7  workers to study, it may have had a lot more power and

8  narrower confidence intervals, but we were stuck with

9  what we had.

10     Q    Because you might have had more deaths to

11  study?

12     A    More deaths to study, yes.

13     Q    For all the diseases where you reported a

14  hazard ratio of over 1.5, the confidence interval

15  ratios were well over 5, right?

16     A    I didn't calculate them, but I can see that

17  they are, for some of them anyway, yeah.  For most of

18  them.

19     Q    In fact, except for leukemias, all the

20  confidence interval ratios were over 10, some well over

21  10, right?

22     A    For what?  I'm sorry.  Repeat that.

23     Q    In fact, for all the results, except for

24  leukemias, the confidence interval ratios were over 10,

25  some were well over 10; is that right?

Golkow Technologies,
877-370-3377                        A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 204 of 405

1      A     Again, I'm looking at them -- it looks like

2   that, yes.

3      Q     Okay.  In both of these two studies, in

4   Exhibit 3 and 4, exposure assessments were done, right?

5      A     Uh-huh.  Yes.

6      Q     And those assessments were done based on

7   ATSDR's fate and transport and distribution models?

8      A     Yes.  We first compared Camp Lejeune to

9   Camp Pendleton without using the model information.

10  And then we used the model information for residential

11  exposure.

12     Q     So there were two type of exposure

13  assessments done?

14     A     Well, we decided -- we determined who was at

15  Pendleton and who was at Lejeune based on the unit

16  codes --

17     Q     Uh-huh.

18     A     -- and did that analysis just straight up

19  with the idea that the residential exposure would be

20  important, but there was also training exposures, which

21  we had no information on.

22           Also, the fact that they had a -- had family

23  housing did not necessarily mean the person lived

24  there.  The family may have lived there.  The person

25  could be deployed elsewhere.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 205 of 405

1          So there were problems with -- just because
2     of those reasons.  But we used the modeling for that
3     analysis to see if we could -- what exposure-response
4     relationships we could see given the limitations that I
5     just mentioned.  Yeah.
6          Q    Okay.  Just so I get this straight, is that
7     when you're comparing the -- Camp Lejeune to
8     Camp Pendleton, you don't really need the exposure
9     model for that?
10         A    No.
11         Q    You're just looking -- you're just assuming
12    everybody at Camp Pendleton was exposed?
13         A    No.
14         Q    I mean, excuse me, everyone at Camp Lejeune
15    was exposed, everyone at Camp --
16         A    Right.
17         Q    -- Pendleton was unexposed?
18         A    Right.  Exactly.
19         Q    But you did have the model that had been
20    done, so you looked at --
21         A    We felt that we should use the model because
22    it was -- it was -- you know, a lot of work was put
23    into it.  We could see what we could see with it, but
24    the -- but because of those limitations I just said --
25    for example, a lot of people either were in housing

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 206 of 405

1    that didn't get contaminated water or lived off base,

2    but could have been more exposed in training than some

3    of the people who lived on base in Tarawa Terrace, for

4    example.  It's -- you know, it depended on where they

5    were training, what their unit was, and so on.  And

6    that information, we really didn't have.

7         So there's going to be a lot of exposure

8    misclassification, not due to the modeling, but due to

9    these issues.  Okay?

10        Q    Yeah.  You also mentioned people being

11   deployed when they would be a resident --

12        A    Yeah, the unit says they're here, but they're

13   somewhere else.

14        Q    Okay.

15        A    And, again, without the muster rolls, you

16   really can't tease that out.

17        Q    Okay.  Well, nevertheless, I want to ask you

18   some questions about that analysis that was done.

19        A    Okay.

20        Q    So the model produced monthly mean

21   contaminant concentrations of TCE, PCE, and vinyl

22   chloride at Tarawa Terrace, right?

23        A    And Hadnot Point.

24        Q    Yes.  And Hadnot Point, you looked at those

25   chemicals and also benzene, right?

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 207 of 405

1        A     Right.

2        Q     As I recall, benzene was not part of the

3    Tarawa Terrace model?

4        A     Benzene was not a problem, yeah.

5        Q     Okay.  And --

6        A     The Tarawa Terrace was a dry-cleaner, so they

7    don't use benzene, so...

8        Q     Right.  So that was perchloroethylene

9    breaking down into TCE and DCE?

10       A     Right.  And vinyl chloride, yeah.

11       Q     And vinyl chloride, right.

12             In the Marine Corps/Navy study, which I think

13    is Exhibit 3 --

14       A     Oh, okay.

15       Q     -- each Camp Lejeune subject in the study was

16    assigned as exposed or unexposed based on certain

17    information; is that right?

18       A     Are you quoting from somewhere?

19       Q     Well --

20       A     The -- okay, again, there's two different

21    analyses.

22       Q     Yeah.

23       A     Yes, no, ever at Camp Lejeune.

24       Q     Right.

25       A     This is -- okay.  And then the second

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 208 of 405

1  analyses takes into account where we thought the units
2  were barracked.  Again, we had very little information
3  on that, and the information we did have was from the
4  CAP members and people who had -- other Marines who had
5  recollections.  The Marine Corps couldn't help us.  So
6  where the barracks were and the family housing records,
7  and all that was used with the modeling results.
8         And, you know, there were some things we
9  didn't know and learned maybe later from the
10 Marine Corps, for example, where women were, were they
11 with their unit, were they at Camp Johnson.  We never
12 got a clear answer on that, which added more problems
13 with that exposure-response analysis, using the
14 modeling and the -- and the residential exposure.
15     Q    Okay.
16     A    So...
17         MR. BAIN:  Do you want to take a break
18     now, short break, 10 minutes?
19         THE WITNESS:  Sure.
20         MR. BAIN:  If you need to.
21         THE WITNESS:  Yeah.
22         MR. BAIN:  Okay.
23         THE VIDEOGRAPHER:  Okay.  The time is
24     2:41 p.m.  Going off the video record.
25         (Recess taken.)

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 209 of 405

1      THE VIDEOGRAPHER:  We are back on the

2      record.  The time is 2:52 p.m.

3      Q    (By Mr. Bain)  Okay, Dr. Bove, before we went

4  off the record, we were talking about the mortality

5  study among Marines and Navy personnel at Camp Lejeune

6  in comparison to Camp Pendleton.

7      A    Uh-huh.

8      Q    And we talked about two different type of

9  analyses that you were doing here.  One was just

10  comparing the Camp Lejeune to Camp Pendleton groups.

11      A    Uh-huh.

12      Q    The other was doing an exposure analysis for

13  those who were at Camp Lejeune.  And I want to refer

14  you to Figure 1, which is on page 5 --

15      A    Right.

16      Q    -- of the study.  And this shows how you

17  determined how to categorize people for purposes of

18  exposure, right?

19      A    For the second analysis, the

20  exposure-response, yes.

21      Q    Exposure-response analysis, right?

22      A    Yes, uh-huh.

23      Q    And so depending on information you had on

24  different individuals, you put them into different

25  categories; for example, you could categorize them as

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 210 of 405

1    unexposed, based on information, right?

2        A    Yes.

3        Q    And those who were in the exposed category

4    were assigned a monthly average contaminant

5    concentration based on other information, right?

6        A    Based on the modeling information and where

7    they were --

8        Q    Okay.

9        A    -- with the residences, yeah.  Or where --

10   yeah, based on this.  If they had family housing

11   records, that was the residence.  If they -- if they

12   had different unit codes, we asked the CAP members and

13   other Marines to tell us where units were barracked.

14       Q    Okay.  So let's go through a couple of

15   examples.  For example, if the information showed that

16   a person was married and lived at Tarawa Terrace or

17   Mainside, Hadnot Point, they would be categorized as

18   exposed, correct?

19       A    Yes.

20       Q    If the information showed that the person --

21       A    Hold on.

22       Q    Okay.

23       A    They would be given a monthly average -- or

24   cumulative exposure based on the monthly averages at

25   that residence.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 211 of 405

1     Q     Okay.

2     A     Okay?

3     Q     But they would be considered exposed and then

4     given a monthly average?

5     A     Yeah.  Yes.

6     Q     If the information showed the person was

7     married and residing at Holcomb Boulevard, you would

8     consider them to have intermittent exposures during the

9     summer and spring, right?

10     A     Right.  Because by the time this study starts

11     in '75, Holcomb Boulevard system is up and running.

12     Q     If the information was the person was married

13     and residing elsewhere on base or off base, in other

14     words, not at Tarawa Terrace or Mainside or Holcomb

15     Boulevard, that person was classified as unexposed,

16     right?

17     A     Yeah.  And, again, this is residential

18     exposures.  They could have been exposed in training.

19     Q     But for purposes of the exposure-response

20     analysis, they were considered unexposed?

21     A     Yes, yes.

22     Q     And you made these determinations based on

23     family housing records as well as the name, rank,

24     occupancy, and dates stationed at the base?

25     A     Family housing records and unit code and

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 212 of 405

1    whether they were married or not.

2         Q    Okay.  So looking at the other side of the

3    figure, if an individual was single, divorced, or

4    marital status was unknown, then you would divide them

5    up into either males or females.  So if it was a

6    male --

7         A    Uh-huh.

8         Q    -- and enlisted, for example, and the

9    barracks were on Mainside, they were considered

10   exposed, but if the barracks were not on Mainside,

11   considered unexposed, right?

12        A    Right.

13        Q    How did you get the information on which

14   barracks an individual was in?

15        A    Again, we asked the CAP members, and they

16   identified other retired Marines who had the knowledge

17   of where units were barracked.  We would have liked to

18   get that information from the Marine Corps, but they

19   said they didn't have that information, so we had to

20   rely on that.

21        Q    Do you recall where the barracks were that

22   weren't on Mainside, where they were located?

23        A    They could have been at the rifle range.

24   They could have been down near the beach area, I forget

25   what it's called, Onslow Beach.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 213 of 405

1     Q    Onslow Beach?

2     A    They could be -- where else would barracks

3  be?  There was another -- I'm trying to -- I'm trying

4  to remember the different areas.  But there were no

5  barracks at Tarawa Terrace.  I don't remember -- there

6  were probably some -- maybe there were some barracks at

7  Camp Johnson.  I'm trying to remember.  And so

8  that's -- but most of them -- most of the barracks were

9  on Mainside, a majority of them anyway.

10     Q    There's a note in Figure 1 that says,

11  "8th Marines" --

12     A    Right.

13     Q    -- "(both enlisted and officers) moved to

14  Camp Geiger."

15     A    Right.  We're not sure when.  The only

16  information I had was from a CAP member who said they

17  moved in '77, and then the Command Chronologies -- I

18  was able to find a 1980 Command Chronology, which talks

19  about them at Geiger.  So 1980, I know they're

20  at Geiger -- I'm pretty sure they're at Geiger, I

21  should say.  Before that, I don't -- I'm not sure when

22  they moved.

23     Q    And did Geiger have barracks, as far as you

24  know?

25     A    Yeah.  For the 8th Marines, yeah.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 214 of 405

1    Q    Okay.

2    A    And probably other units too.  Yeah.

3    Q    And Geiger was considered -- Camp Geiger was

4  considered an unexposed area for purposes of this

5  analysis?

6    A    Yes, yes.

7    Q    Okay.  One more scenario.  If an individual

8  was single, divorced, and marital status unknown --

9    A    Right.

10    Q    -- was male and an officer --

11    A    Okay.

12    Q    -- if an individual was at the bachelor

13  officer quarters at Holcomb Boulevard, that person had

14  intermittent exposures during the dry spring and summer

15  months, right?

16    A    Right.  But it could be -- I mean, again,

17  some of the officers may have been -- it's not usual,

18  but they could have been barracked with their unit, but

19  we assumed that they were at the BOQ.

20    Q    If the individual was single, divorced --

21    A    Divorced.

22    Q    -- or unknown marital status and the

23  individual was male and an officer, if the individual

24  was not at the bachelor officer quarters at

25  Holcomb Boulevard, that individual was considered not

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 215 of 405

1    exposed, right?  If you look at the note at the bottom,

2    "BOQs elsewhere on base were" --

3         A    Yeah, yeah, yeah.  Yes, yes, yes, yes.

4    Sorry.  Yeah, yeah.

5         Q    That's correct?

6         A    Yeah.

7         Q    Do you know where the bachelor officer

8    quarters were that weren't at Holcomb Boulevard?

9         A    I can't remember.

10        Q    Okay.  And then you mentioned females earlier

11   in your testimony.  And here on this particular figure,

12   there's an indication for females who are single,

13   divorced, or marital status unknown.  And it mentions

14   that prior to June 1977, they were barracked at

15   Mainside and considered exposed; but after June of '77,

16   they were barracked at Camp Johnson and considered

17   unexposed.  Is that right?

18        A    That's what we assumed at this point.  But

19   later, talking to the Marine Corps, they said, well,

20   some of the women may have been barracked with their

21   unit.

22             Again, there's a lot of uncertainty not

23   in the water -- the water modeling has its own

24   uncertainty.  There's plenty of uncertainty here, which

25   is why I put more emphasis on the -- just a straight-up

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 216 of 405

1    Lejeune versus Pendleton comparison.

2         Q    Okay.  Do you recall what the June 1977

3    distinction was based on?

4         A    There's a document, actually, that says that.

5    That was pretty clear.  There was a document about it,

6    and the Marine Corps agreed with that assessment as

7    well.  The question was what happens after 6/77, not

8    before, whether they were -- some went to Camp Johnson

9    for sure, but some may have went with their barrack --

10   the unit.

11        Q    Okay.  So just so I'm clear, with respect to

12   this exposure-response analysis only, is what I'm

13   focusing on --

14        A    Uh-huh.

15        Q    -- the people who resided off base were

16   considered to be unexposed, right?

17        A    Right.

18        Q    The people who resided at Camp Geiger were

19   considered to be unexposed?

20        A    Right.

21        Q    The people who resided at Camp Johnson were

22   considered to be unexposed?

23        A    Right.

24        Q    But as you mentioned, another analysis that

25   you did comparing Camp Lejeune to Camp Pendleton, you

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 217 of 405

1  assumed everyone at Camp Lejeune was exposed to

2  contaminated drinking water at their residence or

3  during daily activities, while those at Camp Pendleton

4  were unexposed, right?

5       A    Right.

6       Q    Did you consider removing the people who

7  resided off base from the analysis comparing

8  Camp Lejeune to Camp Pendleton?

9       A    No.

10      Q    Why not?

11      A    Because they could have been exposed in

12 training, as I said before.  And, in fact, they might

13 have been more exposed in training, depending on the

14 kind of training they were doing and where they were

15 training, because the water buffaloes that were used at

16 Hadnot Point, sort of a general area where a lot of the

17 training was, came from the Hadnot Point system, so --

18 and they also showered on site too.

19           So they could have had at least -- certainly

20 if someone had residential exposure and training

21 exposure, they have higher.  But it could be that some

22 of the people, residential exposure wasn't that high

23 and the training exposure could have been higher.

24           So for all those reasons, we -- I felt that

25 the straight-up comparison made sense.

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 218 of 405

1    Q    And for the same reason, you did consider

2    removing the people who resided at Camp Geiger or

3    Camp Johnson from the comparison analysis?

4    A    The -- that's -- I think what happened there

5    was I looked at a number of different scenarios, and

6    that was true for the mortality study here.

7    8th Marines at Geiger, 8th Marines not at Geiger, and

8    looked at it in those ways.

9         So if they were -- so for the analysis where

10   I looked at Lejeune versus Pendleton and I decided to

11   put 8th Marines at Geiger, then they wouldn't be at

12   Camp Lejeune.  They would be out of the -- out of the

13   study.  But for the main analysis, they're all in.

14   Q    Even if they're at Camp Geiger?

15   A    Even if they're at Camp -- well, for the

16   8th Marines, they're kept in, yes.

17   Q    And what about people at Camp Johnson?

18   A    Camp Johnson is always in.

19   Q    Okay.  And why are you making the distinction

20   between Camp Geiger and Camp Johnson?

21   A    Camp Johnson, there was a connection with

22   Tarawa Terrace of sorts.  And even some people think

23   that there might have been some exposure over there.

24   But the reason -- the main reason is that the Camp --

25   and the reason the VA counts the whole area as

1   Camp Lejeune and exposure is because people don't stay

2   at Geiger.  They come in, they're -- a lot of the

3   facilities are at Hadnot Point.  And so they would get

4   exposure if they came in and ate in the commissary or

5   whatever.

6          So -- but, again, that's part of the exposure

7   misclassification I talked about earlier.  No matter

8   which way you do these -- this analysis, you're going

9   to be faced with those problems.

10      Q    Uh-huh.

11      A    There's no question about it.  And then you

12  have to figure out how bad it is and what it might mean

13  for the interpretation.

14      Q    With respect to the information that you

15  mentioned about people at Camp Geiger going to

16  Mainside, what was that based on?

17      A    Just what -- discussions with the

18  Marine Corps.  There was -- there's no documents, no.

19      Q    With respect to people training and using

20  water buffaloes from Hadnot Point, what was that based

21  on?

22      A    Again, discussions with the Marine Corps.

23      Q    Any particular people in the Marine Corps who

24  were giving you that information?

25      A    Well, Scott Williams -- I've had a lot of

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 220 of 405

1    conversations over the years, so some of this

2    information probably came from him.

3         Q    What about from Jerry Ensminger?

4         A    Jerry Ensminger, of course, and other CAP

5    members.

6         Q    Okay.  Let's go back to the exposure-response

7    analysis --

8         A    But when I say "Marine Corps," I'm talking

9    about Scott Williams --

10        Q    You're talking about --

11        A    -- not Jerry Ensminger.

12        Q    Okay.

13        A    When I talk about the CAP, I mean

14   Jerry Ensminger --

15        Q    Okay.

16        A    -- and others on the CAP.

17        Q    Okay.  But you received information from

18   both?

19        A    I received information from all kinds of

20   people.  But the Marine Corps, in particular,

21   Scott Williams was our point of contact.  So a lot of

22   information from him, a lot of information from the

23   CAP, a lot of information with people who were retired

24   Marine Corps calling me about their health and then

25   talking to me about the situation there.  I tried to

1   get information every which way because I could not

2   count on the Marine Corps to give me information that I

3   needed all the time.

4       Q     Uh-huh.  Okay.

5             Going to the exposure-response analysis, with

6   respect to those who were considered exposed -- we've

7   talked about this before -- you determined cumulative

8   exposures --

9       A     Uh-huh.

10      Q     -- that were expressed in

11  microgram/liter/months for each contaminant and for

12  total contaminants, right?

13      A     Right.

14      Q     And that was based on average contaminant

15  concentrations in the water system serving the

16  individual's residence?

17      A     Uh-huh.  Yes.

18      Q     And those concentrations are based on the

19  values generated by ATSDR's water model, right?

20      A     Yes.

21      Q     And the cumulative exposure number was based

22  on the length of a person's occupancy at the residence?

23      A     Right.  Or the barracks where their unit was

24  if they were single, for example.

25      Q     Okay.  And how was the length of the

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 222 of 405

1  residency determined?

2      A    How was the length of the -- we had

3  concentrations for each housing, for each water system.

4      Q    Uh-huh.

5      A    Okay?  So if you were barracked at

6  Hadnot Point, you got the Hadnot Point values.  If you

7  were barracked elsewhere, you were either unexposed --

8  or if you lived in family housing in Tarawa Terrace, of

9  course, you'd get that, and then so on.

10          So -- and Holcomb Boulevard, if you lived

11  there, it -- you got some contamination on occasion.

12  We took that into account.  So you'd have probably on

13  the low end of the cumulative exposure, because most of

14  the time the water was clean.

15      Q    But did you assign a cumulative exposure to

16  each individual --

17      A    Yes.

18      Q    -- in the study?

19      A    Yeah.  Well, I mean, for Pendleton, they'd

20  have zero.

21      Q    Right.

22      A    People who were unexposed, they'd have zero,

23  but yes.

24      Q    I should have been more specific.  For each

25  exposed person --

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 223 of 405

1    A    Yes.

2    Q    -- in the study, you had a cumulative

3    exposure?

4    A    Right, we had a cumulative exposure.

5    Q    So was that also based on how long that

6    individual was at that particular area?

7    A    Yes.

8    Q    So it's not only the average concentration

9    for the area, but how long that --

10    A    Duration, yes.  Yeah, uh-huh.

11    Q    And to determine how long that person was

12    there, what information did you use?

13    A    The DMDC data.  For family housing, the

14    family housing records.  That's all we had.  Yes,

15    that's all we had.

16    Q    Were you able to take into account a Marine's

17    deployment off of Camp Lejeune?

18    A    No.

19    Q    So for purposes of this analysis, you assumed

20    that the DMDC data represented continuous presence at

21    Camp Lejeune?

22    A    For the quarters that they were there, yeah.

23    For the quarters that they're in the DMDC data with

24    their unit code that corresponds to Camp Lejeune, yes.

25    Q    But you're aware that a Marine could be

Golkow Technologies,
A Veritext Division
877-370-3377                                               www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 224 of 405

1  deployed overseas while the DMDC data represented a

2  duty station at Camp Lejeune?

3      A     Overseas, other -- they're training at other

4  basis.  During the survey, we heard that from some

5  Marines, yeah.

6      Q     And what significance would that have in the

7  exposure-response analysis?

8      A     Well, that is exposure misclassification.  It

9  could distort the -- instead of a line like this

10  (gesturing), it could go like this (gesturing).  It

11  could go, you know, all kinds of different ways because

12  of the exposure, but usually what happens is it goes

13  like this (gesturing).

14         The upper people -- or more exposed people

15  tend to be put in the middle and -- but it could go the

16  other way.  It could go any which way, and that's why

17  it makes it even more difficult, when you have exposure

18  misclassification, to interpret an exposure-response

19  relationship, because the curves are funny that way.

20      Q     Yeah.

21      A     And, in fact, they used splines to capture

22  that.  I'm pretty sure I did it in this study.  Yeah,

23  yeah, I did.

24      Q     Okay.  And I'm going to move so some

25  questions regarding that now.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 225 of 405

1      A      Uh-huh.

2      Q      So, generally, seeing an increase in effect

3  as the dose of exposure increases supports a conclusion

4  of causality, right?

5      A      It's more evidence, yeah.  Yeah, yeah.  Yes.

6      Q      But if you don't see an increase in effect as

7  the dose of exposure increases, the dose-response

8  analysis does not support a conclusion of causality?

9      A      You could take that position, or you can say

10  that there was exposure misclassification and it's hard

11  to interpret.  You get more information if you see a

12  monotonic straight relationship.  If you don't see it,

13  it doesn't -- obviously it doesn't provide much support

14  for what you've seen already, but it doesn't

15  necessarily oppose that.  It's just not helpful.

16      Q      Right.  I'm not saying it opposes it.  It's

17  just not providing support?

18      A      Yeah, right.  It doesn't provide additional

19  support, no.

20      Q      Now, in this report, you distinguish between

21  monotonic exposure-response trends and non-monotonic --

22      A      Right.

23      Q      -- exposure-response trends, right?

24      A      Right.

25      Q      And can you describe the difference between

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 226 of 405

1    the two?

2        A    A monotonic relationship is an increase with

3    every increase in dose.  It could stay level for a

4    period, but it can't go down.

5            So as I said, some of the curves, you'll see

6    it go like this (gesturing).  That's not monotonic.  It

7    has to either be straight like that (gesturing), or it

8    can be like this (gesturing) --

9        Q    Uh-huh.

10       A    -- but it -- okay?  So it can't change

11   direction.

12       Q    (Gesturing.)

13       A    Right.

14       Q    So, for example, if you have three or more

15   exposure values, a monotonic trend means each

16   incremental higher exposure has either the same effect

17   or an incremental higher effect?

18       A    Exactly.

19       Q    But for a non-monotonic trend for three

20   exposures means that each of the incremental higher

21   exposure shows a higher effect from the lowest

22   exposure, but they aren't incremental where the highest

23   exposure category is always the highest effect?

24       A    It -- the shape could be any which way, you

25   know.  It's unclear.  That's all I can, you know -- so

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 227 of 405

1  with exposure misclassification, it can look any way.

2      Q    What is the basis for a non-monotonic

3  exposure trend supporting causality?

4      A    If you have some -- for example, if the curve

5  goes like this (gesturing), you may have some

6  additional information that says that at a certain

7  level of exposure, you don't produce any more cases,

8  you've reached the limit -- the saturation --

9      Q    Uh-huh.

10     A    -- for example.  So if you have additional

11 information to explain the non-monotonic relationship,

12 then that actually might be supportive even.  Without

13 that, I would say that it doesn't really -- it doesn't

14 add additional support, a non-monotonic relationship.

15     Q    Okay.

16     A    But if you see -- if you see -- if you can

17 figure out what's going on -- if you see something like

18 this and then it goes up and it's definitely higher in

19 the higher exposure group, it could be that you needed

20 more exposure for an effect to be actually seen in

21 this -- in that study.  So, again, it's not a

22 dichotomous cut, yes, no, provide support.

23     Q    Uh-huh.

24     A    You know, if you have additional information

25 or can explain the curve, it might provide support.

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 228 of 405

1  Okay?

2      Q    So if you have a non-monotonic trend, you

3  would need additional information to --

4      A    I would say it would help, yes.  Yeah.

5      Q    Okay.  If you look at Table 7 on page 10 --

6      A    Table 7 on page -- yeah, right here.  Uh-huh.

7      Q    -- you report the exposure-response

8  relationship for certain chemicals and certain

9  diseases.  Do you see that?

10     A    Yes.

11     Q    And some of the relationships are monotonic

12 and some of the relationships are non-monotonic, right?

13     A    Right.

14     Q    So the only monotonic ones that I see are

15 total VOCs in kidney, TCE in Hodgkin --

16     A    Uh-huh.

17     Q    -- benzene in Hodgkin --

18     A    Uh-huh.

19     Q    -- TVOC in Hodgkin, and PCE in ALS.  Does

20 that look right to you?

21     A    Uh-huh, right.

22     Q    And the rest are --

23     A    Well, if the initial -- if any of them are

24 below 1, that would not make it a monotonic.  So .69

25 would make it not monotonic.

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 229 of 405

1    Q    Okay.  So it has to be at least 1?

2    A    Yeah, it has to be at least 1, so that's

3 not -- I wouldn't consider that monotonic.

4    Q    So you're talking about PCE in ALS, right?

5    A    Right.  So none of the ALS ones -- yeah, none

6 of the ALS ones are monotonic, I would say.  The only

7 interesting thing about the ALS was at the high

8 exposure level, cumulative exposure level, we had odds

9 ratios that were pretty high there, but it wasn't --

10 and, again, you could say something about that.  It

11 goes as far as -- it doesn't go that far, but it does

12 provide some indication.

13    Q    So Table 7 is somewhat selective in that you

14 did not report the exposure-response relationships for

15 many of the chemicals and many of the diseases, right?

16    A    Right.

17    Q    Would it be fair to assume that the

18 relationships that were not reported in Table 7 did not

19 exhibit any type of exposure-response relationship?

20    A    Yeah, I think that -- I must say something

21 about that in the -- well, there was an additional

22 file, that's right, an additional file that had all the

23 splines and all the results.  So, yes, these are the

24 ones I highlighted, but all the results were in the

25 supplemental file.

Golkow Technologies,
A Veritext Division
877-379-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 230 of 405

1    Q    So, right, the ones that you highlighted here
2    were the only ones that showed an exposure-response
3    relationship, increasing exposure-response
4    relationship?
5    A    Yeah, but I also put them -- for kidney
6    cancer, I was going to do it anyway because of the
7    trichloroethylene.
8    Q    Uh-huh.
9    A    Hodgkin's lymphoma, we don't have much
10   information on Hodgkin and these chemicals.
11   Non-Hodgkin's is different.
12   Q    So you mentioned -- is there reference to a
13   supplemental file in the report that was provided to
14   the journal along with the article?
15   A    Yeah, they have -- they had all of it, yes.
16   Q    And that would have shown all the
17   relationships?
18   A    Yes.  I think it says that on page -- well,
19   1111, "Analysis internal to the Camp Lejeune cohort:
20   Full results for categorical and continuous cumulative
21   exposure are in Additional File 2, Additional File 3."
22   It looks like -- I think the splines are there too.
23   Q    What page are you referring to?
24   A    It -- in the bottom, it's -- the last four
25   digits are 1's, 1111.  At the top it says, "Page 9 of

Golkow Technologies,
A Veritext Division
877-379-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 231 of 405

1   14."

2       Q    Okay.  I see it.

3       A    Yeah, let me just see.  I'm sure I did --

4   yeah.  Yeah, I did splines.  Yeah.

5       Q    And, again, if there isn't an

6   exposure-response relationship, that factor cannot

7   provide a support for a finding of causality, right?

8       A    Unless -- unless with the caveat I said, that

9   if you have additional information, then you might be

10  able to explain why it's not monotonic.

11      Q    Right.  But if there isn't either a monotonic

12  or non-monotonic relationship, but -- nothing there at

13  all, then it doesn't provide support for causality?

14      A    Unless it's -- yeah, if it's a monotonic, it

15  does.  If it's not monotonic, then in that situation it

16  wouldn't.  Yes.

17      Q    And so what is the universal relationships?

18  There's monotonic, non-monotonic.  What would you call

19  everything else?

20      A    Those are the two.  It's either monotonic or

21  non-monotonic.

22      Q    What if it's going down?  As the exposure

23  increases, the effect --

24      A    Well, the idea of monotonic is it's

25  increasing unless -- the hypothesis is that it's

Golkow Technologies,
A Veritext Division
877-379-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 232 of 405

1    protective, and that's the hypothesis.  Then going like

2    this (gesturing) would be similar to if it went like

3    this (gesturing) for a positive hypothesis -- in other

4    words, if the hypothesis is this chemical protects you

5    from ALS --

6        Q    Uh-huh.

7        A    -- for some reason, and you have this

8    (gesturing,) that's strong evidence.  Okay?

9             If it's TCE in kidney cancer, you would want

10   to see -- I'm using the same hand -- you like to see it

11   going this way (gesturing), right?  So it depends on

12   the hypothesis too.

13            So that's why I say if it's less than zero --

14   because the hypotheses we're evaluating are not

15   protective.  We don't assume these are protective of

16   anything.  We assume that either they don't have an

17   effect at all or they're going to have an effect if it

18   was -- but there are instances where some things are

19   protective.  In fact, I think smoking -- was it smoking

20   and Parkinson's?  I think I wrote about that.  Yes.

21   The direction went the other way.  Yeah.

22       Q    So just so I'm clear, on these dose-response

23   relationships, if it's a monotonic increasing trend,

24   that, without anything else, supports causality?

25       A    That provides some support, yeah.  It's part

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 233 of 405

1    of Hill's viewpoints.

2        Q    Right.

3        A    So you can -- you can use that as part of

4    your argument.  It doesn't make it definite or anything

5    of the sort.

6        Q    Right.

7        A    It's just more evidence.

8        Q    And if there's a non-monotonic increasing

9    trend --

10       A    It would be helpful to have more information

11   or at least -- at least try to explain why you're

12   seeing that and why, by explaining that, you might be

13   able to provide support.

14       Q    And if you have any other trend, then it does

15   not support causality?

16       A    Well, you wouldn't have any other trend.  You

17   either have one or the other.  I don't -- it's either

18   non-monotonic, which is not as -- if it -- in other

19   words, it has different shapes, non-monotonic.  So it's

20   really monotonic or not, okay?  I mean, I don't know

21   what could fit what you're trying to get --

22       Q    If it was decreasing, if every level of a --

23   you know, you called it protective and it might support

24   a hypothesis --

25       A    If your hypothesis is that it's not

1    protective and the curve is going that way (gesturing),

2    I wouldn't call that a monotonic relationship.  It's --

3        Q    Or non-monotonic?

4        A    All right.  Okay, you got me.  You could

5    call --

6        Q    I'm just trying to understand.

7        A    You could call it that.  Again, you could

8    call it non-monotonic in the sense that it's not

9    increasing with every increasing dose.

10       Q    Okay.

11       A    That's the definition of "monotonic."

12       Q    I thought non-monotonic at least had to show

13   some increase on the curve, just not a linear increase.

14       A    Well, it can go down.  You look at some of my

15   splines, they go below 1.

16       Q    Uh-huh.

17       A    So no.

18       Q    Okay.  Okay.  I think I've exhausted my

19   understanding of that.

20            Let's look at Table 6 on this.

21       A    Still on the same -- okay.

22       Q    It's on the same page.  Page 10 at the top.

23       A    There it is, Table 6.  Okay.

24       Q    Table 6 of this study reflects the

25   "Categorization of cumulative exposure variables within

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 235 of 405

1    the Camp Lejeune cohort," right?

2         A    Right.

3         Q    And this shows how many people within the

4    cohort were in each exposure level, right?

5         A    Yes.

6         Q    What does the reference level indicate?

7         A    It's similar to saying they're not exposed.

8    If you -- it's the -- it's where you're comparing it

9    to.

10        Q    Okay.

11        A    So instead of comparing Camp Lejeune to

12   Camp Pendleton, you're comparing greater than 1,

13   greater than 155, greater than 380 with the less than

14   or equal to 1 group.

15        Q    So would it be fair to say that the reference

16   level indicates the people who are at Camp Lejeune who

17   are classified as unexposed for the exposure-response

18   analysis?

19        A    For that -- yeah, for residential exposure,

20   yes.

21        Q    And so if you look at the TVOC level, which

22   is the one at the -- at the bottom, would that mean

23   that 57,328 people were considered unexposed to any of

24   the chemicals for this analysis because the total VOC

25   number is less than 1?

1    A    Well, they would have less than 1.  They may
2  have had some -- a tiny bit of exposure.  Again,
3  residential, yeah.
4    Q    And that represents approximately 37 percent
5  of the entire Camp Lejeune cohort; would that be fair?
6    A    Yes.  That's what I have there, yeah.
7  Uh-huh.
8    Q    Would it have been possible for you to
9  exclude these individuals from the Camp Lejeune cohort,
10  in the analysis comparing the Camp Lejeune cohort to
11  the Camp Pendleton cohort, to reduce the potential for
12  the exposure misclassification?
13    A    No.  Because, again, they could have had
14  training exposures, and that could be worse, as I said
15  before, than the residential exposure, so no.
16        Just because there's 37 percent without
17  residential exposure -- and this could be -- it's a
18  weak number, as well, given the information.  It does
19  not mean that all 37 percent of these people, or even
20  most of them, didn't have an exposure.  Okay?  So
21  that's why they can't be deleted.
22        Again, the -- this is why I don't do it in
23  the more recent studies.  This is problematic.  We
24  wanted to use the water modeling as much as possible,
25  but really the water modeling made sense for

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 237 of 405

1    characterizing people who actually got their exposure
2    almost entirely, if not entirely, residential.  And
3    that would be family members who resided in -- on base.
4    Okay?  That's -- and that's why we did the water
5    modeling in the first place, was for those studies, the
6    reproductive outcome studies.
7         Q    Okay.
8         A    Stretching it to fit this study was probably
9    not the best idea because of all these issues.  And
10   people would say what you just said, "Oh, well,
11   37 percent were not exposed."  That's not true.  Okay?
12        Q    Because this is based just on residential
13   exposure?
14        A    Just based on what information we have on
15   residential, which, as I said, has some uncertainty as
16   well.
17        Q    Did you consider doing -- or confining the
18   exposure-response analysis to just those people who had
19   only residential exposure?
20        A    I wouldn't know that.  Right.  I wouldn't
21   know.  If I had that information, I would have done
22   something totally different here.  That is the problem,
23   is we don't have information on training.
24        Q    Okay.  Did you do any analysis -- did you do
25   the analysis, run the numbers excluding that group of

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 238 of 405

1    57,000 people, just to see what it looked --

2         A    No.  That's the reference group.  No.  That's

3    the reference -- you need a reference group.

4         Q    I know, but going back to the Camp Lejeune

5    versus Camp Pendleton analysis -- and I understand your

6    position that if you were to exclude them, that would

7    be exposure misclassification, but did you do that

8    analysis, did you -- did you look at what that would

9    look like?

10        A    So you're saying in the analysis comparing

11   Camp Lejeune and Camp Pendleton, did I remove these

12   people?

13        Q    Yes.

14        A    No.  No, I wouldn't even consider doing that.

15        Q    Okay.  Let's look at page 12 of the paper,

16   which is the "Limitations" section.

17             In this section, you state that exposure

18   misclassifications could bias hazard ratios in

19   comparison between the Camp Lejeune (exposed) and the

20   Camp Lejeune [sic] (unexposed) toward the null value of

21   1.0, resulting in underestimates of the effects of the

22   exposure, right?

23        A    Uh-huh.

24        Q    Is that a yes?

25        A    Yes.  Sorry.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 239 of 405

1    Q    But as you just said, you didn't do any

2  analysis removing the people who were considered to be

3  unexposed, in the exposure-response analysis from a

4  cohort, to determine what those odds ratios would have

5  been?

6    A    Right, because residential -- again,

7  residential exposure is not the only way you get

8  exposed at Camp Lejeune.

9    Q    Okay.  You have a statement at the bottom of

10 that page that "specificity of the exposure

11 classification would be much lower (e.g., between 0.70

12 and 0.85) because all members of the Camp Lejeune

13 cohort were considered 'exposed' although it is likely

14 that some were not exposed."  Do you see that?

15   A    I'm trying to see what I'm saying here.

16        Yeah, the specificity would be much lower

17 because all members of the Camp Lejeune cohort were

18 considered exposed, although it is likely that some

19 were not exposed.  Yes.

20   Q    And what's the basis for that statement?

21   A    It's a guess.  How many I thought might not

22 be exposed because they didn't get it residentially and

23 they didn't get it in training.  Or if they did get

24 exposure from eating at the commissary, it wouldn't be

25 that important, necessarily.  If that's the only source

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 240 of 405

1    of exposure, is going to a restaurant at Camp Lejeune,

2    it may not have any effect at all.

3         Q    And then above that, you're talking about

4    sensitivity, and you say "the sensitivity of the

5    exposure classification would be very high

6    (e.g., greater than 0.95) and the false-negative

7    proportion would be very low because very few of those

8    classified as 'unexposed' (i.e., the Camp Pendleton

9    cohort) would have an exposure to these contaminants."

10   Do you see that?

11        A    Yes.

12        Q    And what's the basis of that statement?

13        A    I'm assuming that no one at Camp Pendleton

14   was exposed because the drinking water was not

15   contaminated with these contaminants during this

16   period.

17        Q    Did you do any research into whether there

18   was a potential for exposure to these chemicals at

19   Camp Pendleton?

20        A    I looked at the health assessment.  We have a

21   health assessment of Camp Pendleton.

22        Q    That's the ATSDR public health assessment?

23        A    Yes, ATSDR public health assessment.

24        Q    Do you recall what year that was?

25        A    I reference it somewhere.

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 241 of 405

1    Q    Do you recall having a communication with

2  Dr. Sinks in 2007 saying that there were problems with

3  trying to do a comparison between Camp Lejeune and

4  Camp Pendleton Marines because the Pendleton Marines

5  may have been exposed to contaminants at that base?

6    A    I don't recall a conversation, no.

7    Q    Okay.

8    A    That might have been something he said,

9  not --

10    Q    Okay, well --

11    A    I don't think I said that.  That's what I'm

12  trying to --

13    Q    That might be correct.

14    A    Yeah.  There always was some question.  I

15  remember not only Sinks, but Dr. Funk and -- also

16  asking that question.  And they were also questioning

17  whether there were other exposures that might be

18  important, like when you clean your gun and things of

19  that sort.  So we had those discussions back then while

20  we were thinking of how we were going to do these

21  studies.

22    Q    Okay.

23         MR. BAIN:  Let me just make this the

24      next exhibit.

25         (Exhibit 21 marked for identification.)

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 242 of 405

1          Q    (By Mr. Bain)  So, Dr. Bove, I've marked as

2     Exhibit 21 an email between you and Dr. Sinks and

3     others.

4          A    Uh-huh.

5          Q    It's an email chain from April 2007.  And

6     take a minute to look it over.

7          A    Okay, I sort of perused it, but in particular

8     what --

9          Q    Yes.

10         A    What are you focused on here?

11         Q    Does this reflect some communication you

12    had back and forth with Dr. Sinks regarding the

13    suitability of doing an analysis of Camp Lejeune

14    versus Camp Marine [sic] populations?

15         A    This is a discussion of what kind of study

16    and whether a study made sense at Camp Lejeune, not

17    more than dealing with Camp Pendleton.

18              The question -- what I see from Sinks is,

19    "Before we commit to any cohort analysis, we ought to

20    know if we can reasonably estimate exposure," and so on

21    and so forth.

22              So the issue right off the bat was:  Can we

23    do a study at Camp Lejeune?  Does it make sense?

24              And as I said, some of the issues raised were

25    not only do we have an unexposed group, can we actually

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 243 of 405

1   properly assess exposure to the Camp Lejeune Marines,

2   and what about other solvent exposures at work and,

3   again, cleaning your gun and so on and so forth.

4           So at this point -- we were asked in 2005 to

5   do a mortality study, to do a cancer incidence study if

6   it was feasible, and here we are going back and forth

7   as to whether we could actually do one and what it

8   would entail.  So that's my understanding of this.

9   That seems to be what's going on here.

10      Q    And if you look at the email that you wrote

11  to Dr. Bove [sic] on Monday, April 2nd, 2007, and if

12  you look at the next-to-last paragraph, it starts

13  "At the CAP meeting."  Do you see that one?

14      A    Uh-huh.

15      Q    You mention here, third sentence, "Another

16  approach is to compare the Lejeune Marines to

17  Camp Pendleton Marines, but this may be difficult to

18  do, and the Pendleton Marine may have been exposed to

19  contaminants at that base," right?

20      A    Okay, I see that, yeah.

21      Q    And --

22      A    I'm not sure whether the health -- I had

23  looked at the health assessment at that point or

24  whether it had been published by that point.  It

25  probably was either in the pipeline or published by

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 244 of 405

1    2007, but I'd have to look that up.

2        Q    Okay, but --

3        A    Again, we were -- I raised -- a number of

4    things have been raised in this memo or whatever,

5    email.  A lot of different ideas were thrown around

6    between Dick Clapp's idea of using NIOSH data and so

7    on.  So we were at the exploratory point here, so this

8    is a deliberate -- what do you call it, a deliberative

9    discussion, or whatever you want to call it.  This --

10       Q    You're right, deliberative process.

11       A    Yes.  We're -- you know, we're throwing

12   around ideas.  I had no information indicating -- at

13   this time for sure -- that Pendleton had a problem, you

14   know, because I was raising the possibility that

15   Pendleton would be the comparison group, and that's why

16   we're having that discussion.

17       Q    So as far as you can recall, what you did was

18   looked at the public health assessment for

19   Camp Pendleton, and that assured you that there wasn't

20   that problem?

21       A    Right.

22       Q    Did you look at anything else with respect to

23   Camp Pendleton?

24       A    I tried to.  I tried to look at water quality

25   statements that might have been online.  I searched

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 245 of 405

1  high and low, but the only information we had was from

2  that PA, that public health assessment.

3      Q    Okay.  Were there any other issues --

4      A    And the public health assessment, now that I

5  remember it, so it must have come out after that,

6  talked about other issues at the base such as -- the

7  same issues that Camp Lejeune had, lead in certain

8  areas because the piping and the kind of -- soft water

9  and so on.  There was those issues.  There were a few

10  THM issues which also was a problem at Camp Lejeune,

11  and New River in particular.

12        So it's not like the drinking water was

13  totally clean.  It just did not have those contaminants

14  in it.  There was some of -- a type of radiation that

15  was found in a groundwater sample, not necessarily in a

16  drinking water sample.  So during the -- there was also

17  a pesticide that was detected in groundwater sample.  I

18  remember that.  Again, not found -- not detected in the

19  drinking water itself.

20        So there is a potential, but the PHA

21  basically did not -- basically said that this is it,

22  that was the only contaminants, if they were

23  contaminants, in my understanding -- in my recollection

24  of the PHA.

25      Q    Okay.  Were there any other issues that you

Golkow Technologies,
A Veritext Division
877-379-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 246 of 405

1    recall comparing the Camp Lejeune population to the

2    Camp Pendleton population?

3        A    I mean, people raised the issue, and

4    Marine Corps certainly raised the issue, "Well, that's

5    California."  I know some people in my agency thought,

6    "Well, you know, they're New Age out there," and, you

7    know, Camp Lejeune -- in fact, one of the reviewers

8    said, "Well, Camp Lejeune, they probably smoke a lot

9    more because it's North Carolina," not understanding

10   that that -- the people came from everywhere and that

11   everybody smoked.

12        So, you know -- so there were these kinds of

13   things brought up, but there really -- there really was

14   not a better comparison group than Pendleton.

15        Q   Okay.  Turning briefly back to the civilian

16   study, which is Exhibit No. 4.

17        A   Uh-huh.  Exhibit 4.

18        Q   Go to page 11 of that study.

19        A   Okay.

20        Q   The last full paragraph, which starts with

21   "Another serious limitation."  Do you see that?

22        A   Yes.

23        Q   You state, "Another serious limitation of the

24   study was exposure misclassification bias."

25        A   Uh-huh.

1      Q     This is because you assumed that all the

2   Camp Lejeune workers spent considerable time during the

3   workday at the Mainside area of the base --

4      A     Right.

5      Q     -- served by Hadnot Point even though,

6   undoubtedly, some did not work at Mainside, right?

7      A     Yes.

8      Q     And additionally, you didn't have information

9   on the workers' water usage, and some may have been

10  unexposed because they didn't use the drinking water?

11     A     Yes.

12     Q     You also assumed that all the workers resided

13  off base and were not served by contaminated water at

14  their residences, right?

15     A     Right.  And I subsequently learned that there

16  may have been some teachers that lived on base.

17     Q     Okay.

18     A     You know, but -- you know, we didn't

19  distinguish teachers from the rest of the workers.

20     Q     Okay.  Let's turn to the 2017 assessment of

21  evidence, which Ms. Greenwald asked you about,

22  Exhibit No. 5.

23     A     Yep.

24     Q     You testified, in response to Ms. Greenwald's

25  questions, that you were the sole author of this

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 248 of 405

1    particular document; is that right?

2        A    Yes.

3        Q    I notice, though, your name, as far as I can

4    tell, is not listed anywhere on the document.

5        A    Yes, that's true.

6        Q    Is there any particular reason for that?

7        A    I wanted it to be an ATSDR report.  I didn't

8    want it identified with me because I felt that if it

9    was -- if my name was the only name on there, they just

10   would say that it's Dr. Bove's opinion --

11       Q    Uh-huh.

12       A    -- and not take into account that it was

13   peer-reviewed twice, went through agency clearance and

14   so on, in other words, the agency stood behind it.  So

15   that's why I felt I didn't need my name on it, make it

16   an ATSDR report.  The leadership had no problem with

17   that, agreed with it.

18       Q    So there was some discussion at the agency

19   about that?

20       A    Not much.  I -- you know, I said it makes

21   sense that we do it that way.  They agreed.  There

22   wasn't a formal discussion.  I just -- if I remember

23   right.  I just had a good relationship with

24   Dr. Breysse, and we probably just talked it out

25   informally.

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 249 of 405

1      Q    Was there any precedence in the agency for
2  this type of report?
3      A    No.
4      Q    So this was the first of its kind?
5      A    Yes.  And, again, I think I went through why
6  we did it.  We would not have done it if the VA had not
7  requested assistance.
8      Q    Are there any type of reports that you know
9  at ATSDR that do not list who the author is?
10     A    I'm trying to think.  Does the survey have
11 our names on it, the report online?  Any other reports?
12 I'm not sure.
13     Q    Okay.
14     A    I'd have to say that.
15     Q    So you said that you were the sole author,
16 but there were two peer-reviewers, I believe you said,
17 right?
18     A    Two different sets of peer review.  There
19 were two peer-reviewers in the -- in the initial stage,
20 before I did the briefing, in September of 2015.  That
21 was David Kriebel at the University of Lowell and
22 Kyle Steenland at Emory.
23          And then there was a subsequent peer review
24 when the document was written in draft form later in
25 2016, before it was published on our website, and I

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 250 of 405

1    don't remember who those peer-reviewers were.  There

2    were -- there were three, I'm sure, just like we

3    normally do.

4         Q    Were those people within ATSDR?

5         A    No, no, no.  No.

6         Q    They're external?

7         A    Always.

8         Q    Okay.

9         A    The peer-review process is always external.

10        Q    By the time you got the second peer review,

11   were there any substantive comments in that peer

12   review; do you recall?

13        A    I'd have to look.

14        Q    Okay.

15        A    I'm sure there were some.  I don't remember

16   having to change much.  There were disagreements.  A

17   peer-reviewer comment you disagree with, you -- you can

18   disagree with it and write your reasons, and then the

19   Office of Science decides whether you answered the

20   issue or whether you responded appropriately.

21             So -- but that was -- whatever comments I

22   got, we solved any of them that might have been

23   problematic, or it wouldn't have been released.

24        Q    So were the peer-reviewers, Dr. Kriebel and

25   Dr. Steenland, were they both epidemiologists?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 251 of 405

1      A     Yes, both of them have worked in the field of

2   occupational epidemiology.  Kyle Steenland worked at

3   NIOSH before he taught at Emory.  David went to

4   Harvard.  I was in the same class as him.  It's --

5   well, he may have been ahead of me, but we knew each

6   other from school.  He has worked on a lot of

7   exposure-response-type modeling, as well as

8   occupational epi studies, and was a co-author of one of

9   the key books in occupational epidemiology.

10     Q     Would it be fair to say that there were no

11  toxicologists involved in the assessment of evidence in

12  this report; you were the sole author, but no

13  toxicologists involved in peer review?

14     A     No toxicologist was involved in peer review.

15  The tox program made comments, and we went back and

16  forth.  There were a lot of disagreements.

17          And, again, the problem here was the

18  toxicologists are not epidemiologists and do not

19  understand epidemiologic studies or the methodology or

20  how to interpret them.  They know how to interpret

21  animal studies.

22          And so we had a back-and-forth internally.  I

23  don't know if there are any documents that you are able

24  to find with that, but there was an internal

25  discussions about the tox.

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 252 of 405

1            And some of the -- some of the stuff I did
2      here ended up in tox profile, so it was -- they didn't
3      totally object to what I'm saying in here.
4            And the other thing is, it's a different
5      purpose.  The purpose here is to discuss what evidence
6      there -- what diseases might make sense for presumption
7      at Camp Lejeune, and the tox people at ATSDR have a
8      different mandate.  They're looking at
9      chemical-specific, not sites, not -- and what the
10     animal data looks like, what the human data looks like,
11     and so on.
12            So we're -- we're not really working in the
13     same ballpark, and so that came -- that was part of the
14     problem.  We were talking past each other.
15            But no toxicologist per se was a
16     peer-reviewer.  I'm -- but I'm not sure about that
17     because I don't remember who the three peer-reviewers
18     were in the --
19        Q    The second peer review?
20        A    Yeah, I can't remember who they were.  I'd
21     have to -- if you have documents, that might refresh my
22     memory and I could tell you if one of them was a
23     toxicologist.
24        Q    Yeah, I don't have any right on the top of
25     my head.

1    A    It was -- you should have gotten --

2    Q    Uh-huh.

3    A    -- that because I identified it in the --

4  among the files.

5    Q    Okay.

6    A    I'm pretty sure.

7    Q    Okay.  When you said the tox program was

8  involved in providing some input, that's separate from

9  the peer review?

10   A    Totally separate.  In fact, they did it on --

11 they decided to do it on their own for some reason.  It

12 was not something that Dr. Breysse wanted them to do,

13 let's put it that way.

14   Q    Do you recall who that was?

15   A    It was -- no, I don't.  It was a couple of

16 people in the tox program who worked on it, and I can't

17 remember who they were, but they were -- they've been

18 involved with the tox profiles themselves.  So this is

19 something they decided to do on their own.

20   Q    Okay.

21   A    You know, I listened to it because there is

22 some material in here that's toxicological, that's

23 mechanistic.  As I said, for bladder cancer, I

24 evaluated studies that looked at mechanism.

25            And so I was interested in seeing how they

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 254 of 405

1  felt about those -- that part of the text, because that

2  is something they do know something about.  And I can't

3  remember whether they provided useful information on

4  that or not.

5      Q    Okay.  Were there any oncologists involved in

6  this report at all, either giving you input informally,

7  like the tox program did, or through peer review?

8      A    Oncologists?  No.

9      Q    Okay.  Were there any people who held

10 themselves --

11     A    But why would an oncologist have any

12 information on the evidence for an exposure -- chemical

13 exposure and a cancer?  Oncologists know about cancers.

14 They don't know about exposures unless they're -- also

15 have background in environmental or occupational

16 health.

17     Q    Right.

18     A    That's part of the problem, okay, with --

19     Q    That's a good -- that's a really good point.

20     A    Yeah.

21     Q    What about people who are experts in these

22 particular chemicals, were there any of those people

23 involved, other than the toxicologist you already

24 mentioned?

25     A    I'm not sure who the other three

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 255 of 405

1    peer-reviewers were.  I mean, Kyle Steenland has worked
2    with -- as I say, worked at NIOSH, looked at a lot of
3    different occupational groupings.  And I'm sure at
4    least one of them would be workers involved with TCE or
5    PCE or both.
6            So Steenland -- and David Kriebel, he --
7    his -- I think the exposures he's focused on are more
8    respiratory issues, but I'm not positive.  I don't have
9    his CV.  But David would know.  David Kriebel would
10   know about TCE and PCE.
11           And Dick Clapp was around to talk to.  He was
12   on the CAP.  And Dick Clapp knows about TCE and PCE for
13   sure and also knows about cancer.  But he was not a
14   peer-reviewer because he's on a CAP.  Right.
15       Q    Did the CAP get a copy of this before it was
16   issued?
17       A    I think so.  Again, I can't remember when we
18   gave it to the CAP.  But either -- when we published
19   it, we certainly gave it to them.  We may have given
20   them -- I don't remember --
21       Q    Okay.
22       A    -- I have to say.  I have to say.  Probably
23   when we released it, we gave it to them, and they also
24   made it available to the Marine Corps.  I don't
25   think -- Marine Corps, sometimes we gave them materials

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 256 of 405

1   a day or two before so they could handle the press on

2   it.

3       Q    Uh-huh.

4       A    I don't know if they did that for this.

5       Q    Other than what has been mentioned with

6   respect to the tox program and the peer-reviewers, were

7   there any other scientists from any other disciplines

8   who became involved in this report?

9       A    No.

10      Q    Was this submitted to any academic journal

11  for publication?

12      A    No.

13      Q    Any particular reason why not?

14      A    That wasn't the purpose of it.  The purpose

15  was, again, to help the VA and their presumption list.

16  And once they put the presumption list, we felt we

17  ought to at least put this out as a report.

18      Q    You mentioned the background of this being to

19  assist the VA with respect to their presumption list.

20      A    Yes.

21      Q    Is that basically true?

22      A    Yes.

23      Q    What -- how did that affect the standards

24  that you used, if at all, in reviewing the evidence?

25      A    It just meant that they gave me six weeks to

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 257 of 405

1    brief them.

2         Q    Okay.

3         A    And so it made me have to make quick

4    decisions on classification scheme and to also -- the

5    literature -- gathering the literature together, making

6    the tables and so on.  So that's the only impact.

7         Q    At one point this morning, I think in

8    response to one of Ms. Greenwald's questions, you

9    mentioned giving the benefit of the doubt to the

10   veteran.  I think that's also mentioned here in this

11   report.

12            Did that have an effect on how you reviewed

13   the evidence?

14        A    No, that's -- that had an impact on the

15   choice of the classification scheme because they have

16   that position, the VA has that position, and the IOM

17   acknowledged that in determining what kind of

18   classification that made sense for presumption.  So I

19   followed that.  But that doesn't impact the specific

20   assessments of each of the chemicals and diseases in

21   here.

22        Q    It affects the classification scheme?

23        A    Scheme, yeah.  The classification scheme was

24   adopted because it fit the VA's presumption and the way

25   VA does things.

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 258 of 405

1    Q    Okay.

2    A    And, again, I'm briefing the VA on a program

3    they're going to establish, so I want it to be relevant

4    to what they do.

5    Q    Okay.  If you look at the second paragraph of

6    page 2 --

7    A    Okay.

8    Q    -- it states, "ATSDR integrated the findings

9    from its Camp Lejeune studies with findings from

10    studies of other populations exposed occupationally or

11    environmentally to the chemicals detected in the

12    drinking water at Camp Lejeune:  trichloroethylene

13    (TCE), tetrachloroethylene (also known as

14    perchloroethylene or PCE), vinyl chloride and benzene."

15    A    Uh-huh.

16    Q    "The purpose was to assess the strength of

17    the evidence supporting causality of adverse health

18    effects from exposures to the drinking water

19    contaminants at Camp Lejeune.  This report represents

20    ATSDR's assessment of the state of the evidence at this

21    time."  Did I read that correctly?

22    A    Yes.

23    Q    So is it fair to say that this analysis

24    considered the findings of prior Camp Lejeune studies,

25    as well as epidemiological literature, with respect to

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 259 of 405

1  the specific diseases and chemicals listed:  TCE, PCE,

2  vinyl chloride, and benzene?

3      A    Yes, we tried to integrate those findings.

4  Uh-huh.

5      Q    And the report includes a table of the

6  epidemiological literature for each disease, followed

7  by a summary of the EPA, NTP, and IARC toxicological

8  reviews and the ATSDR's assessment, right?

9      A    Right.  For some chemicals and diseases,

10  there wasn't a report.  So if there wasn't one, of

11  course, we didn't discuss it.  But if there was one by

12  EPA, NTP, or IARC, we discussed it.

13      Q    Okay.

14      A    Uh-huh.

15      Q    On page 7 of the report, there's a section

16  entitled "ATSDR's Methods Used to Assess the Strength

17  of the Evidence for Causation."

18      A    Uh-huh.

19      Q    Do you see that?

20      A    Yep.

21      Q    On page 8, if you turn it, and it's in this

22  section, it's the last full paragraph, it says, "In the

23  disease-specific tables, 95 percent confidence

24  intervals were provided in order solely to indicate the

25  level of precision or uncertainty in the effect

1    estimates.  An effect estimate (e.g., risk ratio, odds
2    ratio, or standardized mortality ratio) was considered
3    to have good precision (or less uncertainty) if the
4    ratio of the upper limit to lower limit of its 95
5    percent confidence interval was less than or equal to
6    2," right?
7         A    Uh-huh.
8         Q    Is that yes?
9         A    Yes.  Sorry.
10        Q    That's okay.  It's common.
11             So then that's what we talked about before,
12   is the confidence interval ratio, right?
13        A    Yes.
14        Q    And as you mentioned before, there's no
15   standard in epidemiological [sic], setting it at a
16   particular number?
17        A    Or in a statistical setting, no.  There --
18   it's a judgment call.
19        Q    So --
20        A    What you decide.
21        Q    So would it be fair to say that using less
22   than or equal to 2 was your judgment call with respect
23   to the precision needed?
24        A    Yes.
25        Q    And what would you explain as the purpose of

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 261 of 405

1    using a ratio of less than or equal to 2?

2         A    Well, again, it's not -- was not meant to be

3    a dichotomous thing, like a .05 p-value, which is just

4    as arbitrary, by the way, as a confidence interval

5    ratio of less than or equal to 2 or any other value.

6              But I thought that if it has a confidence

7    interval ratio that tight, that's good -- that's

8    darn good precision.  Higher than that doesn't mean

9    it's got bad precision.  Of course, if you a confidence

10   interval ratio of 4, 5, 6, 10, then we're talking about

11   very little precision.  So it's a continuum.  It's not

12   yes, no, good precision.  It's a continuum.

13        Q    So what would be the effect of changing that

14   number to 3?

15        A    I don't think it would have much effect at

16   all.

17        Q    Okay.  If you look to page 30, and I believe

18   this is the table for non-Hodgkin's lymphoma.  Can you

19   confirm whether that's correct or not?  It goes back to

20   page 23.  I think it's the table that starts on page

21   23.

22        A    So this table goes on.  Okay.  Let me

23   double-check.  Okay.  Yeah, yeah.  Okay.  Okay.

24        Q    Okay.  I want to focus on the part of the

25   table that has the Camp Lejeune studies.

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 262 of 405

1    A    Yeah.

2    Q    So for NHL, the assessment of the evidence

3    found sufficient evidence of causation, right?

4    A    Yes.

5    Q    With respect to the specific Camp Lejeune

6    studies, the hazard ratios in both the Marine/Navy

7    mortality study and the civilian workers mortality

8    study were less than 1, right?

9    A    Right.  This is causes of death, yes.

10   Q    Which means that there were fewer NHLs at

11   Camp Lejeune than there were at Camp Pendleton,

12   controlling for other factors?

13   A    Right, for causes of -- as a cause of death,

14   yeah.

15        Remember, non-Hodgkin's lymphoma is a

16   survivable cancer.  It's a cancer of older ages, and

17   this is a young cohort.  So it's included in here

18   because it's done -- it was done, it was analyzed, but

19   the other studies in the occupational field were much

20   stronger on this issue.

21   Q    Okay.  Let's look at the table for bladder

22   cancer.

23   A    Do you know what page?

24   Q    The Camp Lejeune study's on page 89.  The

25   table, I'm sure, starts before that.  The table starts

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 263 of 405

1   on page 86 --

2        A     Uh-huh.

3        Q     -- and the Camp Lejeune study's on page 89.

4        A     Right.

5        Q     Bladder cancer, the assessment of evidence

6   found sufficient evidence of causation, right?

7        A     Right.

8        Q     The Camp Lejeune studies, both the

9   Marine/Navy mortality study and the civilian worker

10  studies, show the hazard ratio of much less than 1,

11  right?

12       A     Right.  For civilian workers, it's based on

13  only two cases.

14       Q     Okay.  But it's based on much larger cases

15  for Marine and Navy?

16       A     Eleven.

17       Q     Okay.  And so what this indicates is that

18  more individuals at Camp Pendleton had bladder cancer

19  or died of bladder cancer than those at Camp Lejeune --

20       A     Yes.

21       Q     -- controlling for age and other factors?

22       A     Right.  That's what -- yeah.

23       Q     Okay.  Let's go to page 3 of the report, and

24  I think Ms. Greenwald asked you about this as well.  If

25  you look at the paragraph right before the "Methods"

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 264 of 405

1     section, it states, "A Marine in training at

2     Camp Lejeune consumes an estimated 6 liters of water

3     per day for three days per week and 3 liters per

4     water [sic] the rest of the day [sic]." Do you see

5     that?

6         A    Yeah. No, no --

7         Q    "Per day for the rest of the week." I'm

8     sorry. I misstated that.

9         And you cite the ATSDR 2016 for that

10     statement, right?

11         A    Yes. It's the public health assessment at

12     Camp Lejeune, yeah.

13         Q    Do you recall what the public health

14     assessment relied upon for that statement?

15         A    There were at least two -- one document,

16     probably two documents, where the information was

17     mentioned. And I think I found them and gave them to

18     the health assessment, but I don't have -- I don't know

19     if I have referenced it anywhere. They referenced it.

20     So if you've got the health assessment, you can see the

21     references.

22         Q    I think you referenced it in --

23         A    Did I reference --

24         Q    -- your mortality study.

25         A    The new one or the old one?

Golkow Technologies,
A Veritext Division
877-370-3377     www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 265 of 405

1      Q      2014.

2      A      Let's see.

3      Q      Wait.  Maybe not.

4      A      No, I don't think so.  I don't think I found

5  it until after that.

6      Q      Okay.

7      A      I think it came up because the health

8  assessment wanted to have some notion of how to

9  evaluate the exposures that a typical person -- a

10  typical Marine, a typical civilian worker, a typical

11  resident, a dependent would get.  And so we scoured

12  around looking for articles that would tell us this.

13      Q      Okay.  If you look back on page 3, the next

14  sentence says, "Under warm weather conditions, a Marine

15  may consume between 1 and 2 quarts of water per hour

16  and shower twice a day."  Do you see that?

17      A      Yes.

18      Q      And you cite --

19      A      Right.

20      Q      -- Bove 2014a, which I think is the --

21      A      Yeah, it's the Marines study.  I'm not sure

22  where I got that from, so I'll have to look, if that's

23  the same document.

24      Q      I believe that's Cite 30 in that particular

25  document.

1      A    Oh, yeah.  Oh, yeah.  Okay, so that's --
2  that -- now I remember.  That is one of the two I'm
3  talking about.
4      Q    Kolka 2003?
5      A    Yeah, yeah.  Aviation, Space, and
6  Environmental Medicine, yes.  Yep.  There was another
7  one, I thought, too, but it's not listed here.  I may
8  have found that later.
9      Q    I'm going to make the Kolka article an
10 exhibit.
11          MR. BAIN:  Can you get that?
12          THE WITNESS:  Oh, you have it.
13          MR. BAIN:  Yeah.
14          THE WITNESS:  Okay.
15          (Exhibit 22 marked for identification.)
16     Q    (By Mr. Bain)  Dr. Bove, I have shown you
17 what's been marked as Exhibit 22.  Do you recognize
18 that as an article by Kolka, et al., on "Current U.S.
19 Military Fluid Replacement Guidelines"?
20     A    Yes.
21     Q    And is this an article that you cited for the
22 statements regarding a Marine's water consumption?
23     A    Let's see.  So this is one of the two.  I
24 think there's another one that -- again, if you went
25 back to the health assessment, you could confirm that

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 267 of 405

1    there is -- whether there was another one.  I seem to

2    remember that there was.

3         Q    Okay.

4         A    Because I don't see -- this -- the first --

5    the first statement, where it actually breaks it down

6    by -- in the same way I have it here, so -- I'd have to

7    go through this and look it over anyway.  But I would

8    again refer you to the health assessment because that's

9    where they reference it and that's -- I wasn't

10   involved other than to help.  I was not involved in

11   writing the health assessment.

12        Q    But you believe there's another article aside

13   from this one?

14        A    I think so.  So -- but, again -- because I

15   don't -- it was clear to me in one article that -- and

16   it was clear to the people writing the health

17   assessment that it was 6 liters of water per day for

18   three days and 3 liters for the rest of the week.  And

19   it was specific for Marines.  Not specific for Marines

20   at Camp Lejeune, but Marines.  And I don't see that

21   here.  So I think this is the source for the other

22   statement, the 1 to 2 quarters -- 1 to 2 quarts of

23   water per hour.

24        Q    Okay.

25        A    I think that's where this -- that came from.

Golkow Technologies,
A Veritext Division
877-379-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 268 of 405

1    But where the other statement came from, I think it's

2    another document.

3        Q    I'll try to run that down tonight.

4        A    Yeah.

5        Q    But with respect to this particular study --

6        A    Uh-huh.

7        Q    -- were you aware that this study was focused

8    on -- I'm going to mispronounce this -- hyponatremia?

9        A    No.

10       Q    Do you know what hyponatremia is?

11       A    My guess is just dehydration, but I do not

12   know for sure.

13       Q    My understanding is hyponatremia is having

14   ill effects from drinking too much water.  Have you

15   ever heard of that before?

16       A    No.

17       Q    Okay.  Do you know whether the -- and this

18   study appears to be focused on whether or not the

19   guidelines that the Marine Corps had could result in

20   hyponatremia.

21       A    Uh-huh.

22       Q    Other than that other study you think might

23   exist, are you aware of any studies regarding how much

24   water Marines at Camp Lejeune actually drank during

25   training?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 269 of 405

1      A     No.  But the Marine Corps did review the

2      health assessment.  I saw that statement and --

3      Q     Okay.

4      A     -- had no problem with it, as far as I know.

5      Q     And ATSDR independently never investigated

6      Marines' actual water consumption habits at

7      Camp Lejeune?

8      A     I think we -- in the survey, we might have

9      asked.  But the problem was you're asking them now what

10     they drank 20 years ago, and you never get good

11     information doing that.

12          So I -- if we did ask in the survey, the

13     health survey, the big one, whether -- how much they

14     drank, I don't think the information would have been

15     useful anyway, so we may not have asked.  So I --

16     Q     Would information about how much water

17     Marines currently drink in training have any value to

18     you in determining -- making determinations on this?

19     A     It might.  Again, I wasn't -- the purpose --

20     it depends on what your purpose is.  For the purposes

21     of the public health assessment and trying to figure

22     out what the typical person might have been exposed to

23     and what the health effects might be, yes.  For the

24     epidemiologic studies, no.

25     Q     Why not?  Why the distinction?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 270 of 405

1       A    Just not as useful.  I mean, you won't know

2    whether -- what individual drank how much, even with

3    that information.  It's only good for the typical

4    person.  Okay.

5       Q    And you believe -- because I didn't see

6    anything in the Kolka article about the showering

7    habits of Marines.  You believe that might be in the

8    other document that's referenced?

9       A    I believe that that -- but I'm not -- I don't

10   know for sure, so I want to be honest.  But I think

11   there were two documents.  I seem to remember two

12   documents.  But, again, you can check the health

13   assessment.  It should be referenced there.  And if

14   it's not -- if it's not clear there, you need to talk

15   to someone who worked on that health assessment --

16      Q    Okay.

17      A    -- if you can still find them.

18      Q    If there is another document, it either

19   should be referenced in the health assessment or the

20   person who did that assessment should know what the

21   statement is based on?

22      A    Yeah, but I think it has -- they really

23   should reference it.  If they didn't, they were

24   neglect -- negligent, but they should have.

25      Q    Negligence, that's a word we've got to watch

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 271 of 405

1    out for.

2        A    I'm sorry.  I don't want to use that term

3    either.  They should have made the references known,

4    yeah.

5        Q    Okay.  At the end of that paragraph, you say,

6    "It is likely that during training, the water supplied

7    in the field came from the Hadnot Point water system

8    with both measured and estimated levels of TCE and PCE

9    substantially higher than their MCLs," right?

10       A    Uh-huh.  Yes.

11       Q    And what's the basis of that statement?

12       A    Again, discussions with the Marine Corps

13   where water was -- where the water for training came

14   from and -- and the water buffaloes.  That's my memory

15   of it.  There may have -- I don't remember a document

16   saying it specifically, but there may have.

17           Again, you may want to check the public

18   health assessment to see if they discuss it and if they

19   have a reference.

20       Q    Are you aware of whether ATSDR did any

21   investigation of where the water fill points were at

22   Camp Lejeune?

23       A    Where the?

24       Q    The places --

25       A    Where the -- no, no, we did -- we did not.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 272 of 405

1          Q    So ATSDR would be not have been familiar

2    whether there were water fill points for the water

3    buffaloes on both the western and eastern side of

4    New River?

5          A    I wouldn't know that, no.

6          Q    Are you aware of where the training areas

7    were on the eastern and western sides of New River?

8          A    No.

9          Q    Do you know how many miles the training areas

10   on the western side of New River are from Hadnot Point?

11         A    No idea.

12         Q    Do you have any basis to state as a fact that

13   the water buffaloes were filled at Hadnot Point for

14   training exercises on the western side of New River?

15         A    Was that said here in this sentence?  What we

16   said here is that if you were -- well, what was implied

17   here, I think, is that if you were training on

18   Mainside, where a lot of the training occurred, your

19   water buffalo would have been coming from Hadnot Point.

20   If you were training at New River, obviously the water

21   might -- it would come closer to where that training

22   is.  But that's not what we're saying here.

23              What we're saying here is that much of the

24   training, if not most of the training, was in the

25   Hadnot Point or Mainside vicinity and that the water

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 273 of 405

1 would come from there.

2   Q Okay.  Yeah, I understand that now, and that

3 helps clarify this sentence because it just refers to

4 training generally, not training --

5   A Yeah, we should have made that clear, I

6 agree.  Okay.

7   Q I think you answered this this morning, but

8 why does the report compare levels of TCE and PCE to

9 the MCL?

10   A Just as a reference.  This is the background

11 section of this assessment.  Just, if people see -- we

12 did this for the studies too -- if people see 1400

13 parts per billion, what does that mean?  If they see

14 benzene at 12 parts per billion, what does that mean?

15 I mean, they -- you know, people aren't -- who are not

16 drinking water experts might have a problem

17 understanding what that might mean.

18   Let's -- I know that the Marine Corps doesn't

19 like it when we mention MCLs because they keep saying

20 that they weren't in place when the drinking water was

21 contaminated.  This is a true statement, they weren't,

22 but that's not the point I'm mentioning.  The point is,

23 again, to give people a sense of what -- how high

24 this -- how high this contamination really was.

25   MR. BAIN:  Do you want to take a break?

Golkow Technologies,
A Veritext Division
877-379-3377        www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 274 of 405

1        THE WITNESS:  No, let's --

2        THE COURT REPORTER:  I would like to

3     take a break.

4        MR. BAIN:  Okay.

5        THE VIDEOGRAPHER:  The time is 4:12 p.m.

6     Going off the video record.

7        (Recess taken.)

8        THE VIDEOGRAPHER:  We are back on the

9     record.  The time is 4:23 p.m.

10     Q    (By Mr. Bain)  Okay, Dr. Bove, I want to keep

11  talking a little bit about the assessment of the

12  evidence --

13     A    Uh-huh.

14     Q    -- which is Exhibit No. 5.  If you turn to

15  page 5 and the last paragraph of page 5, it says,

16  "The classification scheme adopted for this report is

17  the one recommended by an IOM panel that reviewed the

18  VA's presumptive disability decision-making process for

19  veterans," and you cite IOM 2008.  Do you see that?

20     A    Yes.

21     Q    And we talked a little bit about that

22  earlier -- or you did with plaintiffs' counsel.

23        Are you aware whether or not the IOM

24  ultimately adopted this recommendation for the

25  classification scheme?

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 275 of 405

1       A    It was not for their purposes.  I think the

2  report, if I recall, is for the VA's purposes, the idea

3  that -- but in many instances, the VA then turns to IOM

4  and asks them to do an assessment, like Gulf War or --

5  so on and so forth.

6            So -- but my understanding is that this -- if

7  the VA was going to have a presumption program and

8  wanted to assess, they should use this

9  classification -- or at least they were recommending

10  that classification scheme.

11       Q    Do you know whether the VA ultimately ever

12  used that particular classification scheme?

13       A    I don't -- that's a question for the VA

14  because they claim that they did their -- they looked

15  at this, but they have their own assessment.  I've

16  never seen their -- a real assessment from them.  I saw

17  some brief tables that a toxicologist put together, and

18  I don't know if that went anywhere.  So I don't know if

19  they used this or not.

20       Q    You're aware that the NRC, in their report on

21  Camp Lejeune, used a different classification scheme?

22       A    Yes.  Yes.

23       Q    How would you characterize the difference

24  between the classification scheme that the NRC used and

25  the one that you used?

Golkow Technologies,
A Veritext Division
877-379-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 276 of 405

1    A    Well, the one that they used is more in line

2    with -- I think with the Agent Orange, which is

3    sufficient evidence, I think it was, then there was

4    statistical association, and then there was limited,

5    and then non -- or whatever the heck it was below that.

6    So it doesn't quite fit with -- I mean, sufficient

7    evidence would be the same.

8    Q    Uh-huh.

9    A    The equipoise and above could be a

10   combination of some of the limited and some of the

11   statistical.  So it doesn't fit exactly.  It's a

12   different -- it's a different classification scheme

13   because of -- the focus was of the VA, and the NRC was

14   using just a classification scheme that they had used

15   for Agent Orange.  IOM, but, you know, the same entity,

16   National Academy, so...

17   Q    So would you say that this classification

18   scheme that you used was more lenient in any way than

19   the classification scheme that the NRC used?

20   A    No.  In fact -- no, no.  It's different.  It

21   mirrors the fact that the VA has this policy.  So if

22   the VA has this policy of giving the veteran the

23   benefit of the doubt, then you want to tailor a

24   classification scheme to their -- the way they -- their

25   policy.  So that's -- that's my understanding, again,

Golkow Technologies,
A Veritext Division
877-379-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 277 of 405

 1   of why IOM recommended this classification scheme.

 2        Q    And how does this classification scheme, in

 3   your view, give the veteran the benefit of the doubt?

 4        A    Well, having an equipoise and above does

 5   that.  And I think that's what the IOM thought.

 6        Q    Okay.  The next sentence of the report says,

 7   "This scheme makes clear when the evidence for

 8   causality is 'at least as likely as not' or at the

 9   level of 'equipoise and above.'"  Do you see that?

10        A    Yeah.

11        Q    What do you mean by that?

12        A    Just that -- I'm not sure what I mean by

13   that, I have to say.  Just -- it's basically a

14   restatement of what the classification is, there's --

15   that there is a classification level called "equipoise

16   and above," which means "at least as likely as not."  I

17   mean, I don't know that there's anything more that that

18   sentence is saying.

19        Q    Are you trying to contrast it to the one that

20   the NRC used?

21        A    No, no, no.  I think it's just trying to

22   define what that level is.  It's at least as likely as

23   not, and we're calling it equipoise and above.  I think

24   that's what the sentence is all about.

25        Q    What methodology did you use to weigh the

1   evidence to determine which category applied to the

2   relationship between the chemical and the disease?

3       A    Okay, that -- some of that is mentioned on

4   page 6 and some on page 7.  So for sufficient evidence,

5   I had a couple of rules there, one -- two rules in

6   particular.  There is sufficient evidence from human

7   studies in which chance and bias, mostly bias, can be

8   ruled out, because that really is the main reason, the

9   main issue.

10          And the second one is that there's less than

11  sufficient evidence from human studies, but evidence

12  from other sources, animal studies, mechanism,

13  whatever, that is relevant to humans.

14          So -- and then I give some of Hill's

15  viewpoints under that that I use in assessing a study's

16  quality and what -- and assessing the evidence that a

17  study can provide.

18          And then the next level was equipoise and

19  above, which that previous sentence we talked about is

20  describing.  And there, there's less information than

21  sufficient evidence.  There's -- there may be only one

22  high-quality study, but a meta-analysis may be

23  inconclusive, you know, so -- but there is at least one

24  high-quality study that pushes it above the next level,

25  which is there's not enough information here to make a

1    determination almost, and that's below equipoise.

2         Q    And how did the odds ratios and confidence

3    interval ratios in particular studies factor into this

4    classification scheme?

5         A    Right.  The point estimate, the odds ratio,

6    the SMR, the relative risk --

7         Q    Uh-huh.

8         A    -- the hazard ratio, depending on the study,

9    what they used, is the key element, key -- that's the

10   key, along with, of course, temporal, but we all

11   assumed that there was a temporal relationship with

12   these studies that are included in here.  So the rest

13   of Hill's criteria are how -- what's the magnitude of

14   that point estimate.

15             And the next thing is what the

16   exposure-response relationship looks like, if there is

17   one, if they did that.  And then whatever other

18   information makes it biologically plausible, including

19   animal data and mechanistic data and so on.

20             If the studies are pretty consistent, you see

21   something that's somewhat the same kind of effect, not

22   the exact same point estimate, but in the ballpark

23   across studies, that's helpful.

24             If you understand why there are differences,

25   because the exposures might have been less at one plant

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 280 of 405

1    than at another, one study than another study, or

2    something of that sort, that's another thing to take

3    into account.

4             So that's what -- that's how the assessment

5    is done.  And, again, some of the work was done already

6    for me by the meta-analysis done by NCI, by EPA, by

7    IARC, and so on.

8        Q    Okay.

9        A    Yeah.

10       Q    So for the third factor in the Hill criteria,

11   the magnitude of the effect, you're looking at the

12   point estimate, which could be the risk ratio, the odds

13   ratio, the SMR.  And is that where you integrate the

14   1.2, and looking at a confidence interval ratio of less

15   than or equal to 2, and to the analysis?  Is that where

16   that comes in?

17       A    The -- I think that the confidence interval

18   ratio really doesn't come into the assessment unless

19   the -- there is such a wide confidence interval that

20   you can't really have any confidence -- I hate to use

21   that term -- that there's so much uncertainty in the

22   point estimate.

23            The magnitude of the odds ratio absolutely

24   does impact the assessment.  Whether it's 1.2 or higher

25   is not necessarily -- again, there's no cutoff.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 281 of 405

1    Everything is a continuous measure and a judgment call
2    throughout, you know, and so -- so that's how the
3    assessment was done.

4              Relies on work that others have done, as I
5    said, if they've summarized -- you know, if EPA has
6    summarized the evidence themselves and I think it's a
7    good summary, then I go with that because -- unless
8    there's additional studies that even provide more
9    support or whatever.

10        Q    So would it be fair to say there's no
11   particular algorithm, but a lot of it is just dependent
12   on your judgment as an experienced epidemiologist?

13        A    Yes.  There's no specific algorithm.  It uses
14   whatever information we have on that chemical and that
15   disease.  At the time, up to 2016, middle of 2016.

16        Q    Okay.  You were asked about this a little bit
17   by plaintiffs' counsel, but she stayed on pages 8 and
18   9, when you're talking about the Hill criteria or Hill
19   viewpoints, as you refer to them, that the assessment
20   of the evidence considered some of the viewpoints
21   associated with Hill.

22        A    What page are you on?

23        Q    Pages 8 and 9, bottom of 8 and over to the
24   top of 9.

25        A    Oh, bottom of 8.  Okay.  Some of the -- okay,

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 282 of 405

1    here it is.  Uh-huh.

2        Q    And these are also referred to sometimes as

3    the Bradford Hill criteria, right?

4        A    People do call it a criteria.  He did not.

5        Q    How do you -- how do you distinguish

6    "criteria" from "viewpoints"?

7        A    "Criteria" has a stronger connotation to it.

8    What he is suggesting here is these are things to think

9    about when you're trying to make a case for causality,

10   so if you think about it that way.  These are -- you

11   know, may want to touch on the size of the

12   relationship.

13            Now, of course, as I said, you can't have a

14   relationship at all if it's not temporal.  If the

15   exposure happened after the cause, you know, it's --

16   but the other ones are points that you may want to

17   raise in making a case.

18            That's pretty much how he's -- if you read

19   the original article, that's where he's coming from.

20   He doesn't use the word "criteria" and doesn't want

21   to -- doesn't want these to sound like hard-and-fast --

22   or an algorithm or anything of the sort.  So I take the

23   same position on it.

24            These are -- these are qualities or issues or

25   whatever you want to call them, viewpoints, that should

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 283 of 405

1   be looked at when you're assessing the evidence.

2        Q    And one of them that was discussed earlier,

3   that is not even here considered a viewpoint, was

4   specificity.  And you mentioned earlier in your

5   testimony that you didn't consider this to be

6   particularly relevant to environmental exposures, that

7   it was more applicable to infections.  Is that --

8        A    I'm not the only one who thinks that.

9        Q    Okay.

10       A    Right.  But yes.

11       Q    But that's what you said, right?

12       A    Yes.  And I agree with those who say that,

13  yes.

14       Q    And when you say you're not the only one who

15  says that, is there any particular reference that you

16  can point me to that says you shouldn't apply this to

17  environmental exposures?

18       A    I'm not sure.  If you look at Modern

19  Epidemiology, they discuss Hill's criteria.  Actually,

20  they -- okay, I used that term.  Hill's viewpoints.

21  They are pretty negative about using Hill's viewpoints,

22  actually, at all, if I remember right, but they may

23  have a discussion there.  There may have been a

24  discussion in Savitz's book.  It's just general

25  knowledge that there are certain viewpoints that make

1   sense to use and others that don't in any particular
2   situation.
3            In occupational and environmental health, we
4   never use specificity because it's not -- there's no
5   exposure we can think of that it only causes one
6   disease.  Even asbestos.  It causes mesothelioma, yes,
7   but it also causes lung cancer and other -- and
8   possibly gastrointestinal cancer, you know.
9            Certainly the chemicals we're talking about
10  here could cause a multitude of different cancers, so
11  why -- specificity doesn't make any sense to use.
12       Q    Okay.  Well, if I state the principle this
13  way -- I'm going to ask you whether you agree with it
14  or not.
15       A    Okay.
16       Q    "When an exposure is associated with only one
17  or a small number of health outcomes, it is more likely
18  to be causal than when it is associated with many
19  health outcomes.  The reasoning is that finding an
20  inordinate number of conditions that are associated
21  with exposure suggests some form of bias."
22            Do you agree with that statement?
23       A    No, because I -- yes and no.  There -- if --
24  what is an inordinate amount?  I mean, I would have to
25  unpack that definition.  What is -- this is my

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 285 of 405

1  philosophy training here -- what's the inordinate

2  amount?

3          Certainly, a chemical like TCE could because

4  kidney cancer, non-Hodgkin's lymphoma, Parkinson's

5  disease, and so on.  Is that -- you're going to rule it

6  out then because it shouldn't have so many endpoints?

7  I mean, smoking --

8      Q    Uh-huh.

9      A    -- we're going to rule that out because it

10  has all these different endpoints.  Does that mean

11  there's bias?  So that's what I'm trying to say.  It's

12  not a useful viewpoint, and I'm sure Hill would say the

13  same for this -- for these -- for this context.

14          In infectious disease, it makes a lot of

15  sense, and he's writing these viewpoints with the idea

16  of both infectious and non-infectious disease.  And so

17  he lists viewpoints that you can consider.  Again, he's

18  not saying this is a checklist, okay --

19      Q    Uh-huh.

20      A    -- he's not saying you have to use all of

21  them or most of them.  These are just suggestions on

22  how to address the issue of causality, the evidence for

23  causality.  So I wouldn't agree with it.

24      Q    You wouldn't agree with that statement?

25      A    No, not entirely, because I think there are

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 286 of 405

1  many cases where that wouldn't fit.

2      Q    With respect to biological grading or

3  dose-response --

4      A    Uh-huh.

5      Q    -- you include a parenthetical -- and I'm

6  looking at the top of page 9, and this is No. 4,

7  "exposure-response relationship."  You say "although

8  the relationship could be non-linear or non-monotonic."

9  Do you see that?

10     A    Yes.

11     Q    And is that included in Hill's discussion of

12 that relationship?

13     A    I'm not sure it is or it isn't.  I'd have to

14 go back and look at Hill.  Again, I -- he doesn't have

15 a hard-and-fast rule about what a gradient would look

16 like.  That, I seem to remember.  But I'd have to go

17 back to the article to see it.  But that goes back to

18 our earlier discussion that if you have additional

19 information as to why it's non-monotonic or you had

20 some information as to -- well, if you have information

21 on why it's non-monotonic and it refers to evidence

22 that would support it, then -- so...

23     Q    Okay.  Let's turn back to page 5.  And at the

24 bottom of that paragraph, you -- in the last sentence,

25 you say -- this is in reference to the classification

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 287 of 405

1   scheme that you're using -- "Additionally, the scheme

2   is one that is already in use by the U.S. Department of

3   Veterans Affairs (VA) in its decision-making concerning

4   compensation for service-related disability

5   compensation claims.  The issue of compensation has

6   been of major concern for the Camp Lejeune community."

7   Do you see that?

8       A    Yeah, so I wasn't -- maybe I misspoke when I

9   said they haven't used it.  Maybe they have used it on

10  certain of the presumption -- for example, for -- I'm

11  trying to think.  They do have one for Agent Orange,

12  but they -- how they decided on that, I think it was

13  based on the IOM's classification.

14          So I'm not aware -- I guess I'm confused

15  here.  I'm not sure where the Department of -- where

16  the VA used this classification scheme --

17      Q    Okay.

18      A    -- and whether they have.  That's a question

19  for the VA, I guess.

20      Q    What I want to focus on is the sentence, "The

21  issue of compensation has been of major concern for the

22  Camp Lejeune community."

23      A    Yes, it was.

24      Q    And why did you consider that to be something

25  that should be included here in this evaluation of

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 288 of 405

1    scientific evidence?

2        A    It could have been in the background instead,

3    more appropriate in the background section.

4        Q    But why would that be relevant at all to

5    include in a report like this?

6        A    I think that it's important to state what the

7    community -- the affected community, what their

8    concerns were in a study or a report, if you can, if it

9    makes sense to do that.  I think this sentence probably

10   is in the wrong place, but I don't see why it wouldn't

11   be in the background section.

12       Q    Okay, so --

13       A    I agree with you, it's not a scientific

14   statement --

15       Q    Okay.

16       A    -- or have anything to do with the evaluation

17   of the assessment of the individual chemicals and

18   diseases.

19       Q    So you're saying it might be misplaced in the

20   "Classification of Evidence" section?

21       A    Yeah, yeah, probably was.

22       Q    Okay.  If you turn to page 13, this is a

23   chart you referred to earlier, which is, I think, the

24   overall summary --

25       A    Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 289 of 405

1    Q    -- of the evidence.

2    A    Yes.

3    Q    The diseases that you classified as

4    sufficient evidence of causation for at least one of

5    the chemicals are kidney cancer for TCE, NHL for TCE

6    and benzene, leukemia for benzene, liver cancer for

7    vinyl chloride, bladder cancer for PCE, and cardiac

8    defects for TCE, correct?

9    A    Yes.  I don't think I see any other ones.

10   The other ones were equipoise and above, yeah.

11   Q    Yeah.  So the other diseases you classified

12   as equipoise and above evidence for causation for at

13   least one of the chemicals are NHL with PCE; multiple

14   myeloma were TCE and benzene; leukemia is TCE; liver

15   cancer, TCE; Parkinson's disease, TCE; kidney disease,

16   TCE and PCE; and systemic sclerosis/scleroderma, TCE?

17   A    Yeah.

18   Q    Correct?

19   A    Yeah.

20   Q    For the other diseases you looked at, which

21   were pancreatic cancer, prostate cancer, breast cancer,

22   esophageal cancer, rectal cancer, and brain cancer, the

23   evidence was all right below equipoise?

24   A    Right, uh-huh, as of 2016.  And, again, some

25   of this might have changed with the recent literature,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 290 of 405

1    if this was updated.

2         Q    This was -- this study was done in 2017, and

3    you included some other prior reviews that had been

4    done by EPA and IARC and NTP, is that right, or NCP?

5         A    Okay, it was -- most of the work was done

6    between July or August of 2015 and January -- well, by

7    January 2017, the work had been finished and

8    peer-reviewed and everything else.  So most of the work

9    was done between, say, July or August of 2015 and mid

10   2016.

11             It's not a study.  That's second thing.  It's

12   an assessment, similar to a systematic review, though

13   systematic reviews can have an algorithm or some other

14   method, so we don't call it a systematic review.

15        Q    Okay, so it was an assessment.  Most of the

16   work was done in 2016?

17        A    And late 2015.

18        Q    Late 2015.

19        A    Yeah.

20        Q    And it included, I think as we discussed

21   earlier, a review of the systematic reviews that had

22   been -- or inclusion of the systematic reviews that had

23   been done by EPA, IARC --

24        A    NTP, National Toxicology Program, yeah.

25        Q    And then you also did PubMed research of --

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 291 of 405

1        A    Yeah.

2        Q    -- any epidemiological studies that might

3    have been done?

4        A    Right.

5        Q    But I notice, by its absence, was the

6    National Academy of Sciences' 2009 report, which was a

7    review of evidence, some of the same relationships

8    between these diseases and these chemicals.  Any

9    particular reason why that was not mentioned at all?

10        A    Yes.  I thought that their review was

11    inadequate, to be nice.  Seriously, for them to say

12    that there was limited evidence for kidney cancer at a

13    time when it was obvious that there was sufficient

14    evidence or very close to being it, the fact that no

15    disease made it beyond -- made it above limited, but we

16    know that benzene causes acute myeloid leukemia, where

17    we know that many of these things I'm saying as above

18    equipoise or equipoise and above should at least have

19    been in the statistical association.  So, to me, that

20    report is useless.

21        Q    So you disagree with the judgments made by

22    the scientists?

23        A    I think it's useless, yeah.

24        Q    Okay.

25        A    Yeah.

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 292 of 405

1      Q    So for that reason, you didn't -- you didn't

2   mention it at all?

3      A    Right, because the other -- the other

4   documents, the documents from EPA, NTP, IARC, were far

5   and away better and later, too, than theirs.  And I

6   just felt that those were the reliable sources.  They

7   are the ones mandated to look at these chemicals and

8   make an assessment.  NRC responds to questions provided

9   to them by the entity that pays them.  That's a

10  different situation.  Okay?

11          So if we're talking about EPA, they have a

12  mandate to do this kind of analysis, so does IARC, so

13  does NTP, so that's why I rely on them.  NRC does great

14  meta-analyses.  I rely on that.  They have -- their

15  mandate is to do good research.

16          NRC, in this case, was to respond to the

17  kinds of questions that they were paid to look at.  And

18  that's different.

19      Q    Have you ever referred to or relied upon

20  studies done by the National Academy of Sciences?

21      A    I've written -- I've been a part of three

22  books with the NRC -- the National Academy of Sciences,

23  I should say.

24      Q    But at NRC?

25      A    Well, I guess it was the NRC at that point.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 293 of 405

1   It was back in -- I can look at my resume, whether I
2   put NAS or NRC.  But we were asked -- in that
3   situation, we were asked by EPA to come up with a new
4   method of evaluating emerging threats to drinking water
5   and how would you do that, what kind of algorithm you
6   would develop.  So that was our mandate, and that's
7   what we did in those books.  Whether EPA did anything
8   with that is another story, but that was the mandate
9   for that.
10          The mandate -- I'm not sure what the exact
11  questions were that the Navy gave to the NRC for that
12  NRC report, but it certainly wasn't to do a thorough
13  assessment, because they did not do it, of the diseases
14  and the chemicals, so...
15     Q    Wasn't the mandate actually from Congress but
16  the study was funded by the Navy?
17     A    No, my understanding is that the Navy
18  provided the questions.
19     Q    That's your understanding.  Okay.
20     A    That's my understanding.  That's what I was
21  told, so...
22     Q    You referred to one authoritative treatise
23  today, which was second edition of Interpreting
24  Epidemiological Data [sic] , right?
25     A    Savitz's focus --

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 294 of 405

1      Q    He's the author of that book, right,

2  David Savitz?

3      A    Yes, he is.

4      Q    And you're aware that he was a chairman of

5  the NRC committee?

6      A    Certainly was, yes.  Yes.  Just because I

7  like his book does not mean I like everything he does.

8  I do think it's a useful book, and I have -- you know,

9  again, Modern Epidemiology is extremely difficult to

10  slog through.  And as I said, it is the key book for

11  epidemiology, but it's difficult.  And Savitz's book is

12  written in a way that most epidemiologists could follow

13  in terms of at least interpreting -- how to interpret

14  studies.

15      Q    Okay.

16      A    So...

17      Q    That's helpful.  Okay, I'm done with this for

18  now, and I'm going to start -- we're making headway.  I

19  want to turn to the 2018 morbidity study.  I don't

20  think --

21          MS. GREENWALD:  I didn't mark it.

22          MR. BAIN:  You didn't mark that one?

23          (Exhibit 23 marked for identification.)

24      Q    (By Mr. Bain)  I'm showing what's been marked

25  as Exhibit 23.  Can you identify this as the "Morbidity

Golkow Technologies,
A Veritext Division
877-379-3377          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 295 of 405

1    Study of Former Marines, Employees, and Dependants

2    Potentially Exposed to Contaminated Drinking Water at

3    U.S. Marine Corps Base Camp Lejeune"?

4         A    Yes.

5         Q    And were you involved in this study?

6         A    Yes.

7         Q    What was your role?

8         A    To help with the -- well, let's start with

9    the protocol, which I would say was co-written with

10   Perri Ruckart -- I don't think I wrote it entirely by

11   myself -- and was involved in the -- in the data

12   management, like I've done with all the studies.

13   I didn't mention that, but I've been involved with the

14   data management for all the studies, and some of the

15   analyses.  And I'm also -- you know, gave advice to

16   Perri on her analysis of this.

17        Q    Other than you and Dr. Ruckart, was anyone

18   else involved in the study?

19        A    The contractor.  I forget which contractor.

20   And I don't know if they mention it in here.

21        Q    Yeah, I didn't see any names listed on this

22   study either of contractors.

23        A    Yeah.  Okay.  Yeah.  I don't mention the

24   contractor --

25        Q    You just don't recall who it was?

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 296 of 405

1      A    Right.  We had -- I'm also blanking on -- we

2   had RTI at one point for some studies.  We had

3   another -- I forget the one in the D.C. area.  I'm

4   blanking on it.  Sorry.

5      Q    Okay.  Was this study ever submitted to any

6   peer-reviewed journals?

7      A    No.

8      Q    Why not?

9      A    Because the participation rate was so low.

10  And also, we really couldn't verify the outcomes, so --

11  we tried.  Some people sent in their medical records,

12  but there was extreme limitations.

13        It was mandated by Congress that a survey be

14  done.  We were supposed to just supply the

15  questionnaire, and the Navy/Marine Corps was supposed

16  to actually do the survey, if I remember, legislation,

17  but we decided that we would take it on.  I don't think

18  the Marine Corps wanted to take it on.

19        And we thought we might be able to use this

20  as a way of getting at cancer and other diseases that

21  we couldn't get in the mortality study, but we -- but

22  it didn't turn out that way.  And so we didn't send it

23  to a journal because we thought it was a very limited

24  study.

25      Q    Did the study undergo any peer review at all?

Golkow Technologies,
A Veritext Division
877-370-3377                                   www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 297 of 405

1      A     Nothing gets done without a peer review.

2      Q     Okay.

3      A     No, it was peer-reviewed.

4      Q     And can you describe what the peer-review

5   process was for this study, if you recall?

6      A     It's the same.  They use outside

7   peer-reviewers that either we recommend to the

8   Office of Science and/or they add to it or they decide

9   who it is.

10     Q     And --

11     A     Also, in this -- in this -- now things are

12  coming back.  We did have a panel to look over the

13  protocol for this study, as well, because we are not

14  experts in survey research.  We wanted to bring in some

15  people who were, and so we did.  And, again, my

16  recollection is good.  Both Perri and I worked on the

17  protocol, and it went -- we presented it to this panel

18  as well, so -- but be that as it may, still the results

19  of the study were that we had a low participation rate,

20  and we didn't really feel that we could make a lot out

21  of this, unfortunately.

22     Q     The study included both a cohort study and a

23  nested case-control study, right?

24     A     Right.

25     Q     And I understand the cohort study which

1    compared Camp Lejeune to Camp Pendleton.  What was the
2    nested case-control study?
3        A    Do you know what page we're -- because that
4    might help my memory.
5        Q    No, I don't know.  I don't know.
6        A    Okay.  This is, again, trying to use the
7    residential exposures.
8        Q    So that would refer to exposure-response
9    analysis?
10       A    Huh?
11       Q    Would that refer, then, to some type of an
12   exposure-response analysis?
13       A    Yeah.  Yeah, I mean -- yeah.  So let me look
14   this over because my memory is not good for this study.
15            Yeah.  Okay.  So two different types of
16   samples were taken here.  And a case -- case control is
17   really a sampling method.
18            So the first one, we were interested in, say,
19   kidney cancer, for lack of a better -- okay, so we get
20   all the kidney cancers.  And the first analysis
21   includes Pendleton, so we get all the kidney cancers
22   regardless of which base --
23       Q    Uh-huh.
24       A    -- okay, and then we take a random sample of
25   the people without that disease from -- a random sample

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 299 of 405

1    which includes people from both bases.

2        Q    Uh-huh.

3        A    And that's the first analysis.  And then

4    there's the internal analysis, which we would then --

5    instead of having Pendleton in the sample at all, it's

6    all just Camp Lejeune, and the idea there would be

7    your -- the reference group would be those people who

8    had no exposure -- or no residential exposure, I should

9    say, as the reference group, just -- okay?  So that's

10   how we did that.

11       Q    I see.

12       A    And we did that in order to see if we could

13   get better information, we could use the family housing

14   records and their survey information to try to get at

15   where they were on base.

16            One of the things about -- I didn't mention

17   before about -- the family housing records, trying to

18   match them with the DMDC data, just for your knowledge,

19   is difficult because the family housing records has

20   their name -- sometimes they have a middle initial for

21   middle name, sometimes they don't have that middle

22   name -- and rank, and then the place where they lived

23   and the dates.  Okay?  Trying to match that with the

24   DMDC data, when there's so many common names, was very

25   difficult.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 300 of 405

1     Q     Uh-huh.

2     A     We tried to do it.  We had a contractor do

3     it.  I tried to do it.  I'm sure that a lot of the

4     matches were not correct because of that problem of

5     trying to go from one to the other.  But you would have

6     to do that to do a good job of using that -- you would

7     have to link the two.

8     Q     Right.

9     A     And so I think what we're thinking about here

10    is we -- if we had a smaller group of people, we could

11    more intensely see if -- but we'd still have this

12    problem.  We still had this problem, yes.  So that's --

13    so you understand what --

14    Q     Yeah.

15    A     -- [indiscernible] case control --

16    Q     Got it.  Got it.

17    A     Okay.

18    Q     Thanks.  That's helpful.

19    A     Yeah.

20    Q     I didn't understand that before.

21          So it appears that you sent out or someone

22    sent out about 250,000 surveys --

23    A     Right, our contractor, yeah.

24    Q     -- contractor did -- for those who were

25    present at either Camp Lejeune or Camp Pendleton in the

Golkow Technologies,
A Veritext Division
877-379-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 301 of 405

1  mid 1970s through mid 1980s, right?

2      A    Yeah.

3      Q    If you look at page 65 of the report,

4  Table 1, for the Camp Lejeune Marines, you've got about

5  a 25 percent completion rate, right?

6      A    Something like that.  Let me see.

7      Q    In the first column, 25.2 percent.

8      A    Yeah.  Completed a survey, yeah.

9      Q    And for Camp Pendleton, you got 23.3 percent?

10     A    Yeah.

11     Q    And --

12     A    Yes.  Yes.

13     Q    That's true?  Okay.

14          You also asked the participants to complete a

15  HIPAA form so you could confirm the reported diseases;

16  is that right?

17     A    Yes.

18     Q    And there was a larger percentage of

19  Camp Lejeune survey respondents who complied with that,

20  completing the HIPAA form, than the Camp Pendleton

21  respondents, right?

22     A    Yes.

23     Q    And for about 50 percent of Marines and

24  40 percent of civilians, you could not confirm the

25  diagnosis because a HIPAA form was not completed; is

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 302 of 405

1   that true?

2          A    Where are we?

3          Q    That's on page 55.

4          A    Okay.  Fifty-five or sixty-five?

5          Q    Fifty-five, I think.  Yeah, look at 55,

6   middle of the page.  You see where it says --

7          A    Yeah, yeah, yeah.  So that's another

8   limitation.  As I was saying, we didn't -- we couldn't

9   confirm a lot of the reports --

10         Q    Okay.

11         A    -- reported diseases.

12         Q    And I think you mentioned before and you're

13  familiar with the term "epidemiologist selection bias"?

14         A    Yes.

15         Q    And it was a significant limitation for this

16  study, would you agree?

17         A    Yes.

18         Q    And that would be because people at

19  Camp Lejeune with health problems would have been more

20  likely to return a survey due to publicity surrounding

21  the Camp Lejeune contamination?

22         A    Sure, yes.  And on the other side of the

23  coin, Pendleton wouldn't participate because they, you

24  know, either don't have a health problem or don't care,

25  this is a Camp Lejeune issue.  Yeah.  Yeah.

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 303 of 405

1      Q     And that bias would have overestimated any

2   effects resulting in higher odd ratios when comparing

3   Camp Lejeune to Camp Pendleton?

4      A     Most likely, yes.  Yeah.  So you had the

5   selection bias problem, but you also had exposure

6   misclassification problem.  They could have crossed

7   each other to some extent.  We don't know the magnitude

8   of either one in this study.

9      Q     And like the other cohort studies that we

10  looked at from 2014, this one assumed that all the

11  study participants at Camp Lejeune were exposed, in

12  comparison to Camp Pendleton?

13     A     Yes.

14     Q     And this -- again, as you mentioned in the

15  other studies, this likely would have included people

16  in the Camp Lejeune cohort who had little or no

17  exposure to contaminated water?

18     A     Yes.

19     Q     And as in the earlier studies, you used the

20  water modeling to assign exposure values for the study

21  participants in the Camp Lejeune cohort?

22     A     Yes.

23     Q     Did you follow the same criteria for

24  determining exposure as you used in the 2014 study, do

25  you recall, or did you have --

1          A    Yeah, I think so.

2          Q    Okay.

3          A    Again, if we know their residence and we

4     know -- then we have the data from the water modeling

5     to apply to, and we know how long they were there, so

6     yes.

7          Q    So essentially that same figure that we

8     looked at, as to how you classify people as exposed or

9     unexposed, would have been used?

10         A    I think here the survey participant was asked

11    where they -- where they were, where they -- what --

12         Q    Okay.

13         A    You know, so where they lived on base, so

14    where they -- you know, whether they were in barracks

15    and where the barracks were.  I'm pretty sure we asked

16    those questions.  So between the family housing records

17    and what they said in the survey, we could pinpoint to

18    a better extent where they were.

19              But the internal -- the case -- the nested

20    case-control sample was done precisely for this

21    purpose.  My understanding is when we were comparing

22    Camp Pendleton and Camp Lejeune straight up, we were

23    using all the people, not taking a sample.  It's not a

24    case-control sample.  Okay?  So I think that that's --

25    my memory is that that's probably what we did because

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 305 of 405

1   it made sense.  You have a smaller group of people you

2   have to evaluate when you do a case-control sample, and

3   it's still as good as if you had gotten everybody in.

4   That's the beauty of that kind of approach.

5          Q    Okay.  So stepping back a little bit --

6          A    Okay.

7          Q    -- instead of making assumptions based on

8   married or unmarried, you would have used, actually,

9   the information they gave you on the form?

10         A    Yes.  If they provided it, right, yeah.  Yes.

11         Q    And what happens if they didn't provide the

12  information?

13         A    Then we would have to use other --

14         Q    Other assumptions?

15         A    Yeah, other assumptions.  We may have to use

16  what we did in 2014.  We would look at the family

17  housing records and see if they matched this person, if

18  we could make any -- you know, so on and so forth.

19         Q    And based on, you know, the -- those

20  determinations and the time that they lived at

21  Camp Lejeune, you assigned separate cohorts into low,

22  medium, and high exposure?

23         A    I think so, yeah.  Yes.  I'd have to look at

24  the tables, but I think that's what we did.  Yeah, low,

25  medium, and high.

Golkow Technologies,
A Veritext Division
877-379-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 306 of 405

1       Q    Okay.  On page 20 of the study --

2       A    Uh-huh.

3       Q    -- at the last paragraph, you say,

4    "Self-reported cancers and other diseases of interest

5    were confirmed by medical records, cancer registry

6    information, or death certificates."  Do you see that?

7       A    Yes.

8       Q    So if you did not have a HIPAA release, were

9    there other ways to confirm self-reported cancers?

10   Could you use the cancer registry information to do so?

11      A    I think that we'd have to have the HIPAA to

12   do that --

13      Q    Okay.

14      A    -- my recollection.  First of all, it wasn't

15   like the cancer incidence study where we had a

16   relationship -- we formed a relationship with all the

17   cancer registries.  And you would have had to have done

18   that here.  People were diagnosed all over the country.

19          So I'm not sure how we used cancer registry

20   data.  I think there were some cancer registries that

21   participated, and I can't remember how many.  They may

22   be mentioned in here.

23      Q    Yeah, there's a statement in the report that

24   you had approval from 13 cancer registries, covering

25   60 percent of the cancers in the study.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 307 of 405

1    A    Yeah, so we may have asked the cancer

2    registry, "This person X said they have kidney cancer.

3    Do you have a record in your registry?"  So we may have

4    done it that way.

5         We didn't do what we did in the cancer

6    incidence study, where we sent all the DMDC data -- or

7    the whole cohort to every registry to match.  Okay?  So

8    it would have been individual by individual.

9    Q    Okay.  Do you have -- do you know what

10   percentage of self-reported cancers or other diseases

11   were confirmed?

12   A    Well, I thought these -- that other sentence,

13   we said 40 to 50 percent couldn't be confirmed.

14   Q    Okay.

15   A    I don't know.  I'd have to go look through

16   this report.  I haven't looked at this in many years.

17   And because we didn't really want to emphasize this

18   report because of the limitations, it's hard for me --

19   I'd have to look it through.

20   Q    Okay.  Okay.

21   A    There may be a -- there may be a table that

22   actually tells you this, and that's what I'm wondering.

23   I'd have to read the survey.  I don't see it, so I'd

24   have to --

25   Q    Okay.

1    A    -- look harder for it.

2    Q    That's okay.

3         I want to focus on the five diseases that

4    we've been focusing on, which are kidney cancer,

5    bladder cancer, NHL, leukemia, and Parkinson's disease.

6    And the first four -- kidney cancer, bladder cancer,

7    NHL, and leukemia -- were identified as sufficient

8    evidence of causation in the study we just looked at

9    earlier, the 2017 ATSDR assessment, right?

10   A    Right.

11   Q    Parkinson's was classified as equipoise and

12   above, right?

13   A    Right.

14   Q    Now, if you look at Table 6 in this

15   particular study --

16   A    Which -- the survey?

17   Q    The survey.

18   A    We're still at the survey?

19   Q    Yes.

20        (Discussion off the written record.)

21        THE WITNESS:  Do you know where it

22   starts?

23        MS. GREENWALD:  It's on page 74.

24        MR. BAIN:  Page 74.

25        THE WITNESS:  Because before that,

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 309 of 405

1      there's a summary table.  Okay.

2      Q    (By Mr. Bain)  So at least this one compares

3  the odds ratios, comparing cancers and other diseases

4  among Camp Lejeune Marines with those at

5  Camp Pendleton.

6      A    Uh-huh.

7      Q    If you look at Table 6, comparing the

8  Camp Lejeune Marines and the CCamp Pendleton Marines,

9  of those five diseases that we've been focusing on,

10  only bladder cancer has an odds ratio above 1.5 at

11  1.64?

12      A    Uh-huh.

13      Q    Is that right?

14      A    Yes.

15      Q    And turn back a page -- to page 72.  And

16  you're looking at the Camp Lejeune Marine high-exposure

17  subcohort and the Camp Pendleton cohort.  The odds

18  ratio for bladder cancer drops below 1 to .9.  Do you

19  see that?

20      A    Yes.  Yes.

21      Q    Looking back at Table 6, the odds ratios for

22  leukemia and Parkinson's disease were below 1.  Do you

23  see that?

24      A    Say that again.  Sorry.  Parkinson's disease

25  was less than 1.  And what was the other one?

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 310 of 405

1    Q    Leukemia.

2    A    Yes.

3    Q    And that means that there's a higher

4  percentage of these diseases in the Camp Pendleton

5  cohort compared to Camp Lejeune?

6    A    In the survey, yeah.

7    Q    In the survey, right.

8    A    Yes.

9    Q    The odds ratio for lymphomas, you don't have

10  a breakdown here of non-Hodgkin's.  It's just

11  classified all as "lymphomas."  Do you see that?

12    A    Yes.

13    Q    It's slightly over 1 at 1.06, right?

14    A    Right.

15    Q    And the odds ratio for kidney cancer is 1.31.

16  Do you see that?

17    A    Yes.

18    Q    There were higher odds ratios in the survey

19  above 2 for cancers that are not referenced in the 2017

20  ATSDR's assessment of the evidence as sufficient or

21  equipoise and above, such as you see pancreatic cancer

22  is at 2.26?

23    A    Where is -- oh, there it is, up here.  Okay,

24  yes, 2.26.  Laryngeal is 2.28.  Cervical is 2.01.

25  There's a whole bunch -- again, the problem with

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 311 of 405

1  this -- what you're seeing probably here is selection

2  bias for some of these.  Who knows.

3          Q    Okay.

4          A    I mean, we don't know.  But, yes, there are a

5  number of them, including abnormal sperm, having a

6  high -- and infertility.  So a lot of different

7  outcomes here that had higher -- whether these are real

8  or bias is, you know, hard to tell.

9          Q    And there were a couple that were

10  significantly below 1, such as scleroderma at .37

11  and --

12          A    Right.

13          Q    -- ALS at .81, right?

14          A    Right, right.

15          Q    Which would mean that there were more cases

16  at Camp Pendleton, as reported in the survey, versus

17  Camp Lejeune, right?

18          A    Yeah, well, we're talking seven -- yeah,

19  we're talking small numbers of cases.

20          Q    Okay.

21          A    Oh, that's right.  Yeah, right.  Yes,

22  because -- I mean, there are less cases at

23  Camp Pendleton than Lejeune in the table, but that's

24  because Pendleton is a smaller group, right.

25              MR. BAIN:  I think I'm going to stop

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 312 of 405

1          right there.  I'm in the middle of this

2          report, but I promised the court reporter

3          we'd stop at 5:15.

4                THE VIDEOGRAPHER:  Okay.  The time is

5          5:13 p.m.  Going off the video record.

6                (Deposition adjourned at 5:13 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
A Veritext Division
877-379-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 313 of 405

1                 C E R T I F I C A T E

2

3     STATE OF GEORGIA

4     COUNTY OF COBB

5

6          I, MICHELLE M. BOUDREAUX-PHILLIPS, do hereby

7     certify that DR. FRANK J. BOVE, the witness whose

8     deposition is hereinbefore set forth, was duly sworn by

9     me and that such deposition is a true record of the

10    testimony given by such witness.

11

12         I further certify that I am not related to

13    any of the parties to this action by blood or marriage

14    and that I am in no way interested in the outcome of

15    this matter.

16

17         IN WITNESS WHEREOF, I have hereunto set my

18    hand this 21st day of October 2024.

19                    *Michelle M. Boudreaux*

20         _____

              MICHELLE M. BOUDREAUX-PHILLIPS, CCR

21

22

23

24

25

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 314 of 405

1     ERRATA SHEET FOR THE TRANSCRIPT OF:

2  Case Name:  In Re: Camp Lejeune Water Litigation

3  Deposition Date:  October 17, 2024

4  Deponent:  Dr. Frank J. Bove

5

6  Pg.   Ln.   Now Reads          Should Read       Reason

7  ___   ___   _____       _____      _____

8  ___   ___   _____       _____      _____

9  ___   ___   _____       _____      _____

10 ___   ___   _____       _____      _____

11 ___   ___   _____       _____      _____

12 ___   ___   _____       _____      _____

13 ___   ___   _____       _____      _____

14 ___   ___   _____       _____      _____

15 ___   ___   _____       _____      _____

16 ___   ___   _____       _____      _____

17 ___   ___   _____       _____      _____

18 ___   ___   _____       _____      _____

19

20                              _____
                                Signature of Deponent

21

22

   SUBSCRIBED AND SWORN BEFORE ME

23 THIS _____ DAY OF _____ 20____.

24 _____
   (SIGNATURE OF NOTARY PUBLIC)

25 MY COMMISSION EXPIRES:_____

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 315 of 405

| & | | | |
|---|---|---|---|
| **&** 1:14 3:4,8 5:9 | | | |

**0**

| | | | |
|---|---|---|---|
| **0.70** 239:11 | **0000308480** 7:19 | **1.68** 199:13 | **121759** 70:23 |

**&** 1:14 3:4,8
5:9

**0**

**0.70** 239:11
**0.85** 239:12
**0.95** 240:6
**0000000365**
7:14
**0000000791**
7:11
**0000010891**
6:18
**0000010892**
6:20
**0000021658**
7:16
**0000044276**
5:21
**0000054934**
5:10
**0000054947**
5:12
**0000060101** 6:6
**0000073102**
6:22
**0000121758**
6:24
**0000135084**
5:18
**0000141103**
5:15
**0000201088**
7:22

**0000308480**
7:19
**05** 76:19,23
149:3,16 261:3

**1**

**1** 5:9 13:21
14:2 34:8,11
117:3 139:3
171:15 172:23
186:7 209:14
213:10 228:24
229:1,2 234:15
235:12,14,25
236:1 262:8
263:10 265:15
267:22,22
301:4 309:18
309:22,25
310:13 311:10
**1's** 230:25
**1,2** 29:24 30:17
123:24
**1.0** 238:21
**1.02** 171:16
**1.06** 310:13
**1.08** 173:5
**1.10** 173:5
**1.2** 280:14,24
**1.25** 172:24
**1.28** 171:16
**1.31.** 310:15
**1.5** 199:10,15
203:14 309:10
**1.64** 309:11

**1.68** 199:13
**10** 5:9 6:12
52:4,5,25 53:3
53:7 86:7
118:24,25
149:3 193:1
203:20,21,24
203:25 208:18
228:5 234:22
261:10
**100** 123:25
**10003** 3:5
**106** 150:5,6
**10891** 64:16
**10892** 64:18
**10893** 65:15
**11** 6:14 53:1,2
58:19,22
139:17 246:18
**11/16/2018**
6:21
**1100** 3:23
**1111** 230:19,25
**117** 151:3,5
**118** 152:20
**11:02** 81:11
**11:16** 81:14
**12** 5:9 6:15
24:5 58:20,23
61:16,19 188:5
238:15 273:14
**12/31/2008**
6:17
**12067** 313:19

**121759** 70:23
**13** 5:9,11 6:17
56:19 61:15
64:3,4 112:14
112:19 193:9
288:22 306:24
**131** 25:2
**14** 6:19 64:3,5
64:8 112:21
231:1
**1400** 178:20
273:12
**15** 6:21 58:12
66:17,18,24
80:22 174:6,8
**154,000** 198:16
198:17
**155** 235:13
**157** 150:10
**158** 150:12
**16** 6:23 69:4,6
**1600** 2:13
**17** 1:17 2:6 6:9
7:4 81:22,25
187:17 314:3
**173** 5:5 7:5
**175** 7:8
**17th** 8:4
**18** 7:5 173:15
173:16
**1800s** 77:17
**183** 7:12
**19** 7:8 57:13,13
60:4 175:15,16
175:18

**1968** 176:14
**1969** 187:10,15
**1970s** 301:1
**1972** 153:23
  154:1 175:8
**1973** 16:6,13
  201:19
**1975** 198:17,24
**1977** 17:18
  215:14 216:2
**1980** 59:1
  187:2 213:18
  213:19
**1980s** 30:4
  179:4 301:1
**1982** 178:20
**1985** 176:14
  198:17 201:19
**1986** 28:12
  60:4,19
**1989** 123:17
**1991** 28:15
  123:17
**1995** 187:11
**1:32** 146:23
**1a** 153:3
**1st** 187:11,15

**2**

**2** 5:11 13:22
  14:2,5 52:9
  122:19,25
  129:20 170:7,8
  170:11 188:8
  188:10 192:19
  199:22,24

202:17,20
230:21 258:6
260:6,22 261:1
261:5 265:15
267:22,22
280:15 310:19
**2.01.** 310:24
**2.26** 310:22
**2.26.** 310:24
**2.28.** 310:24
**2.8.2** 55:5
**2.9** 55:10,20
**20** 7:12 57:13
  76:20,23 143:6
  183:21,22
  193:3 269:10
  306:1 314:23
**20005** 3:24
**2001** 189:16
**2003** 266:4
**20044** 3:19
**2005** 45:25
  46:25 47:3,5
  243:4
**2006** 47:4
**2007** 241:2
  242:5 243:11
  244:1
**2008** 63:25
  64:9,21 274:19
**2009** 43:4 44:3
  174:8 291:6
**2013** 187:13
**2014** 6:8,9
  70:14 101:1

183:23 193:23
265:1 303:10
303:24 305:16
**2014a** 265:20
**2015** 107:7,10
  111:21 249:20
  290:6,9,17,18
**2016** 77:9
  119:8,13,21
  121:20 123:5
  124:24 138:6
  138:19 149:11
  249:25 264:9
  281:15,15
  289:24 290:10
  290:16
**2017** 70:14
  104:14,21
  121:4,7 137:7
  138:4 247:20
  290:2,7 308:9
  310:19
**2018** 7:22
  15:21 66:13
  67:4 294:19
**2019** 77:9,10
  149:12
**202.616.4209**
  3:20
**202.616.4211**
  3:24
**2020** 162:24
**2021** 162:24
**2022** 163:1

**2023** 5:9 14:9
  14:10 134:12
  135:1,2
**2024** 1:17 2:6
  8:4 40:13,25
  100:25 313:18
  314:3
**20s** 104:5
**21** 7:15 241:25
  242:2
**212.558.5500**
  3:6
**219** 3:13
**21st** 313:18
**22** 7:17 266:15
  266:17
**23** 7:20 261:20
  261:21 294:23
  294:25
**23.3** 301:9
**241** 7:15
**24th** 3:8
**25** 301:5
**25.2** 301:7
**250,000** 300:22
**266** 7:17
**28th** 14:17
**294** 7:20
**29440** 3:13
**2:41** 208:24
**2:52** 209:2
**2nd** 243:11

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 317 of 405

| 3 | 4 |
|---|---|
| **3** 5:13 39:13,18 39:20 41:12 53:6,9,13 68:9 68:10,16 123:7 172:13,15,16 187:24 192:21 192:24 194:1,3 200:5 204:4 207:13 230:21 261:14 263:23 264:3 265:13 267:18 | **4** 5:16 39:21 40:1 170:18,22 172:9,15,20 181:5 188:4,8 191:10,11 200:12,14,15 200:16 204:4 246:16,17 261:10 286:6 |
| **3.13** 202:20 | **4/2/2007** 7:16 |
| **3.8** 57:12 | **40** 5:16,19,22 301:24 307:13 |
| **30** 37:20 62:24 261:17 265:24 | **40s** 25:2 187:21 |
| **3011** 3:9 | **41** 6:4,7 |
| **313.800.4170** 3:10 | **4600** 201:18 |
| | **4700** 201:20 |
| **32** 33:14,15 | **48202** 3:9 |
| **33** 33:16,17,19 34:22 58:15 60:1 62:25 | **498** 151:6 |
| | **4:12** 274:5 |
| **340** 3:19 | **4:23** 274:9 |
| **35** 152:24 | **4thset** 5:18 |
| **3520** 3:23 | |

| 5 |
|---|
| **5** 5:19 31:20 40:2,8 104:19 115:7,11 119:16 122:20 127:9 128:1 171:15 172:23 173:4 203:15 209:14 247:22 261:10 274:14 274:15,15 286:23 |

(continued from column 3)

**366** 123:20
**37** 23:7 236:4 236:16,19 237:11 311:10
**380** 235:13
**39** 5:13

| 50 ... |
|---|
| **50** 174:12 301:23 307:13 |
| **500** 142:4 |
| **507** 152:22 |
| **508** 152:22 |
| **50s** 79:13 187:23 |
| **52** 6:10,12 |
| **55** 302:3,5 |
| **559** 171:6 |
| **560** 172:12 |
| **57** 153:1 |
| **57,000** 238:1 |
| **57,328** 235:23 |
| **58** 6:14,15 |
| **5:13** 312:5,6 |
| **5:15** 312:3 |

| 6 |
|---|
| **6** 5:22 40:9,18 54:11 104:17 104:17 115:4,9 128:5,6 234:20 234:23,24 261:10 264:2 267:17 278:4 308:14 309:7 309:21 |
| **6/77** 216:7 |
| **60** 306:25 |
| **60s** 19:23 |
| **61** 74:3 |
| **63** 71:10 |
| **64** 6:17,19 |
| **65** 301:3 |

| 66 ... |
|---|
| **66** 6:21 75:7 |
| **69** 6:23 67:7 76:8 228:24 |

| 7 |
|---|
| **7** 6:4 40:25 41:2,12 77:25 115:4,9 147:4 186:7 228:5,6 229:13,18 259:15 278:4 |
| **70** 76:9 |
| **700** 3:5 |
| **71** 154:17 |
| **72** 180:15 309:15 |
| **73** 201:21 |
| **74** 78:11 160:21 308:23 308:24 |
| **75** 154:15 155:1,6,8 156:11 160:25 211:11 |
| **76** 195:24 |
| **77** 213:17 215:15 |
| **797** 181:5 |
| **7:23** 1:3 |

| 8 |
|---|
| **8** 6:7 41:22,23 55:5 259:21 281:17,23,23 281:25 |

**800** 77:25
**81** 7:4 154:2,11
    157:15 311:13
**82** 20:21,21
    26:22
**83** 26:22
**84** 20:25
**843.279.5185**
    3:14
**85** 155:7
    201:21
**86** 263:1
**89** 17:10
    262:24 263:3
**897** 1:3
**8th** 213:11,25
    218:7,7,11,16

**9**

**9** 5:4 6:10
    51:25 52:1
    136:8 230:25
    281:18,23,24
    286:6 309:18
**95** 173:3
    259:23 260:4
**95th** 149:15,18
**99** 151:6
**9:33** 2:7 8:5

**a**

**a.m.** 2:7 8:5
    81:11,14
**abandoned**
    59:14

**ability** 44:4
**able** 12:11
    28:24 32:10
    42:21 61:7
    109:13 113:6
    114:4 118:5
    121:11 138:3
    142:24 213:18
    223:16 231:10
    233:13 251:23
    296:19
**abnormal**
    311:5
**above** 115:15
    116:6 124:10
    124:13 132:5
    132:23,24
    133:8,23 181:9
    188:8,10
    192:24 199:10
    240:3 276:9
    277:4,9,16,23
    278:19,24
    289:10,12
    291:15,17,18
    308:12 309:10
    310:19,21
**absence** 78:20
    78:21 291:5
**absolutely** 53:5
    75:6 280:23
**abstract** 199:5
    199:18 202:11
**academic**
    256:10

**academy**
    276:16 291:6
    292:20,22
**acceptable**
    105:16
**accepted** 72:17
    72:21 84:5
    147:9
**accident** 86:23
    86:24
**accomplish**
    105:2
**account** 57:18
    94:23 97:6,22
    98:4,6 99:2
    100:13 107:5
    129:19 130:6
    208:1 222:12
    223:16 248:12
    280:3
**accountability**
    62:18
**accuracy**
    165:18
**accurate** 90:4
**ace** 6:10
**acknowledge**
    135:14
**acknowledged**
    135:12 257:17
**act** 9:10 59:13
    59:18 60:19,21
    71:19,19 74:5
    74:23

**action** 18:14
    71:16 73:6
    313:13
**actionable**
    62:12
**active** 49:14
    155:7 156:11
    160:17,20
    198:24
**activist** 75:3
**activists** 26:8
    48:10
**activities** 54:19
    159:4 217:3
**acts** 130:2
**actual** 178:5,14
    179:3,8,13
    186:24 187:3
    188:1 269:6
**actually** 22:9
    23:25 28:9
    30:7 42:15,22
    61:7 71:7
    79:23 80:14
    83:10 88:20,23
    89:1 96:10,22
    100:6 102:15
    103:8 137:25
    143:14 144:1
    147:19 150:7
    155:16 160:20
    160:21 162:17
    164:24 170:9
    170:22 172:12
    175:9 179:4

186:3 187:12
191:13 216:4
227:12,20
237:1 242:25
243:7 267:5
268:24 283:19
283:22 293:15
296:16 305:8
307:22
**acute** 105:14
106:2,4 291:16
**adam** 3:17 8:19
162:4 173:25
**adam.bain** 3:20
**add** 88:4 111:6
227:14 297:8
**added** 115:1
208:12
**addition** 63:5
134:22
**additional** 35:3
37:2 57:5
60:19 82:25
115:1 121:7
140:6 145:12
168:11 193:17
225:18 227:6
227:10,14,24
228:3 229:21
229:22 230:21
230:21 231:9
281:8 286:18
**additionally**
247:8 287:1

**address** 10:14
58:1 101:13,19
104:2 107:16
121:24 122:8
285:22
**addresses**
170:11
**adjourned**
312:6
**adjunct** 32:14
**adopt** 71:2
**adopted** 72:12
123:16,16
257:24 274:16
274:24
**adult** 45:25
**adults** 144:12
**advances** 75:9
**adverse** 258:17
**advice** 107:3
113:22 295:15
**advisory** 47:13
47:15
**advocacy** 65:14
66:10 75:8
**advocate** 63:19
63:23 74:4
75:3
**advocated**
189:16
**advocates** 72:7
**advocating**
71:23
**affairs** 287:3

**affect** 93:4
256:23
**affected** 45:22
65:20 288:7
**affecting**
103:20
**affects** 257:22
**affirmatively**
104:24 173:9
**afraid** 102:15
**afternoon**
173:18
**age** 24:9 28:23
29:1 32:8 96:6
96:24,24 97:2
97:3,4,8,15,17
97:17,17,18
152:23,25
153:6 160:11
246:6 263:21
**agencies** 18:16
126:6 141:19
**agency** 18:15
26:11 34:23
42:16 43:1,7
45:1,8,16
46:16,19 49:20
59:16 61:14,22
78:4,14 79:20
106:18 107:24
126:12 138:23
246:5 248:13
248:14,18
249:1

**agent** 27:21
115:18 127:18
130:2 276:2,15
287:11
**ages** 97:7 98:4
98:5 262:16
**aggregate**
97:10,11,11
165:4
**ago** 28:5 56:12
98:20 147:10
191:2 195:22
269:10
**agree** 51:24
52:7,14 54:2
54:20 55:7,15
57:7 58:4 59:7
59:24 62:23
75:2 77:12,23
77:25 93:16
116:19,19
143:3,25 144:5
178:2,9 188:14
273:6 283:12
284:13,22
285:23,24
288:13 302:16
**agreed** 42:16
107:11 108:7
128:9 192:14
216:6 248:17
248:21
**agreement** 2:14
30:8 31:17,20
60:4,6 179:1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 320 of 405

**ahead** 73:12
  107:19 251:5
**aic** 94:1,9,17,19
  94:20,24 95:2
  95:4,6,13,19
**aims** 63:7
**air** 24:22,23
  45:5
**akaike** 94:2
**al** 7:7,10,14,18
  266:18
**alcohol** 94:15
  101:11 104:2
**algorithm**
  281:11,13
  282:22 290:13
  293:5
**alliance** 17:15
  17:15,23
**allowed** 51:9
**allows** 57:5
**alma** 15:24
  66:13 67:20
**als** 228:19
  229:4,5,6,7
  232:5 311:13
**alternatives**
  22:20 73:22
**altogether** 38:6
**amendments**
  60:18
**america** 35:9
**american** 6:12
  51:3,15,24
  61:23 77:7,9

83:22 149:10
  161:11 182:25
**amount** 57:12
  126:8 140:15
  141:12 284:24
  285:2
**amounts**
  124:19
**analyses** 35:3
  57:6 119:13
  207:21 208:1
  209:9 292:14
  295:15
**analysis** 76:24
  98:11,12,19,22
  99:4,18,21
  100:4 101:8,20
  101:22 105:7
  108:4 109:1,5
  109:8 116:10
  116:19 119:3
  138:13 163:17
  169:8 176:10
  184:11,12
  194:15 204:18
  205:3 206:18
  208:13 209:12
  209:19,21
  211:20 214:5
  216:12,24
  217:7 218:3,9
  218:13 219:8
  220:7 221:5
  223:19 224:7
  225:8 230:19

235:18,24
  236:10 237:18
  237:24,25
  238:5,8,10
  239:2,3 242:13
  242:19 258:23
  278:22 280:6
  280:15 292:12
  295:16 298:9
  298:12,20
  299:3,4
**analyzed** 80:2
  262:18
**angiosarcoma**
  79:3 105:14
  106:4
**animal** 79:2,15
  116:10 117:17
  118:12,18
  119:11 129:7
  129:20,24
  130:1 142:18
  143:14,16,17
  251:21 252:10
  278:12 279:19
**animosity** 45:8
**annual** 65:5
**answer** 10:15
  10:19 13:7,11
  43:23 49:13
  73:12 78:22
  85:6 97:20
  208:12
**answered**
  156:24 167:24

250:19 273:7
**answers** 7:4
  103:24
**anti** 17:16
  19:22
**anticipate** 13:6
  101:10
**anticipated**
  12:8
**anticipating**
  167:3
**anybody**
  135:25
**anyone's**
  139:16
**anytime** 100:13
**anyway** 65:1
  71:20 73:19
  103:23 105:19
  106:8 109:12
  109:25 162:1
  163:19 203:17
  213:9 230:6
  267:7 269:15
**anyways**
  182:23
**apart** 152:8
**apha** 51:15
**apologies** 89:9
**apologize** 68:20
**apparently**
  48:22 166:25
**appearances**
  3:1 4:1

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 321 of 405

| | | | |
|---|---|---|---|
| **appeared** 24:4 | **approved** | **articles** 18:3 | **assessing** |
| **appears** 42:3 | 151:7 | 77:8 149:9 | 130:20 157:2 |
| 63:25 64:9 | **approximately** | 191:9 265:12 | 278:15,16 |
| 67:4 268:18 | 8:5 201:18 | **asbestos** 22:12 | 283:1 |
| 300:21 | 236:4 | 25:21 26:1 | **assessment** |
| **applaud** 63:21 | **april** 6:9 7:22 | 141:9 284:6 | 5:20 22:19 |
| **applicable** | 154:15 155:1,6 | **ascertainment** | 40:3 84:21 |
| 283:7 | 155:8 156:11 | 166:22 | 89:20 90:6,10 |
| **application** | 242:5 243:11 | **aside** 58:8 | 91:19,20,20 |
| 53:25 61:24 | **apropos** 55:4 | 267:12 | 92:22 93:1,5 |
| **applied** 100:24 | **arbitrarily** | **asked** 25:19 | 104:14,21 |
| 180:6 278:1 | 76:18 | 30:7 47:25 | 105:5,6 107:12 |
| **apply** 100:14 | **arbitrary** 261:4 | 48:9,10 50:16 | 109:6,17 |
| 101:7 283:16 | **area** 50:3 60:11 | 61:3 64:24 | 110:22 112:10 |
| 304:5 | 186:21 212:24 | 87:20 88:2,22 | 119:14 122:21 |
| **appraisal** 6:19 | 214:4 217:16 | 88:22 135:17 | 123:11,12 |
| 64:2,3,7,8,9 | 218:25 223:6,9 | 196:19 210:12 | 124:23 125:1 |
| 65:8 | 247:3 296:3 | 212:15 243:4 | 125:11 126:2,8 |
| **appraisals** | **areas** 60:21 | 247:21 263:24 | 130:8 138:4 |
| 63:25 | 63:8 180:5,13 | 269:9,15 | 139:15 152:5 |
| **appreciate** | 186:4,10,15 | 281:16 293:2,3 | 169:6,7 185:20 |
| 155:19 | 213:4 245:8 | 301:14 304:10 | 187:25 216:6 |
| **approach** | 272:6,9 | 304:15 307:1 | 240:20,21,22 |
| 36:10 78:6,7 | **argued** 143:22 | **asking** 26:10 | 240:23 243:23 |
| 84:3,4 95:3 | **argument** | 35:13 36:17 | 244:18 245:2,4 |
| 100:3 178:19 | 233:4 | 241:16 269:9 | 247:20 251:11 |
| 243:16 305:4 | **arm** 126:15 | **asks** 82:10 | 258:20 259:8 |
| **appropriate** | **art** 61:24 | 275:4 | 262:2 263:5 |
| 57:24 192:13 | **article** 35:4 | **aspects** 71:2 | 264:11,14,18 |
| 288:3 | 82:7 195:23 | 72:24 | 264:20 265:8 |
| **appropriately** | 230:14 266:9 | **assess** 59:18 | 266:25 267:8 |
| 250:20 | 266:18,21 | 93:15 243:1 | 267:11,17 |
| **approval** | 267:12,15 | 258:16 259:16 | 269:2,21 |
| 306:24 | 270:6 282:19 | 275:8 | 270:13,15,19 |
| | 286:17 | | 270:20 271:18 |

273:11 274:11
275:4,15,16
280:4,18,24
281:3,19
288:17 290:12
290:15 292:8
293:13 308:9
310:20
**assessments**
22:1 30:12
44:24 60:22
61:3 129:8
204:4,6,13
257:20
**assign** 186:15
222:15 303:20
**assigned**
186:17,19
207:16 210:4
305:21
**assist** 256:19
**assistance**
18:23,24 27:11
42:11 47:12,16
59:15 249:7
**associated**
140:1 145:9
185:14 281:21
284:16,18,20
**association**
51:16 77:8,10
78:13 80:25
83:22,23 122:6
161:11 276:4
291:19

**association's**
149:11
**associations**
189:12
**assume** 75:1
121:22 141:19
229:17 232:15
232:16
**assumed**
159:22 214:19
215:18 217:1
223:19 247:1
247:12 279:11
303:10
**assuming** 175:7
205:11 240:13
**assumptions**
139:19 305:7
305:14,15
**assured** 244:19
**asthma** 63:8
**ate** 101:16
219:4
**atlanta** 1:16
2:13 8:6
**atsdr** 5:10,12
5:20 6:6,14,16
6:18,20,22,24
7:16 13:24
14:13,15,22
25:10,11 30:8
31:20 33:8,11
33:15,20,24
34:22 36:2,3
40:3 41:18

44:13,17 46:7
58:14,18,19,21
58:24 59:1,18
60:11,19 61:1
62:5 63:4,7,13
79:21 81:19
82:10 83:5
105:11 124:22
135:21 168:23
177:16 183:5
240:22,23
248:7,16 249:9
250:4 252:7
258:8 264:9
269:5 271:20
272:1 308:9
**atsdr's** 44:4
60:21 122:21
178:10 185:19
204:7 221:19
258:20 259:8
259:16 310:20
**attached** 14:8
**attack** 102:4
**attended**
120:21
**attorney** 9:14
**august** 119:8
119:13,21
123:4 290:6,9
**author** 41:11
41:13 104:22
104:23 135:10
135:14,17
169:10 176:1

177:20 184:3
185:23 194:9
200:20 247:25
249:9,15 251:8
251:12 294:1
**authoritative**
191:23 192:3
293:22
**authors** 104:20
194:14
**autism** 25:4
76:2
**automatic**
46:18
**automatically**
96:11 167:4
**available** 85:15
112:24 117:5
119:20 156:2,3
187:13 255:24
**average** 170:5
177:24 178:18
178:19 210:4
210:23 211:4
221:14 223:8
**averages**
210:24
**averaging**
178:17
**aviation** 266:5
**avoid** 55:11
**avoiding** 55:10
**awaiting** 147:8
**award** 6:8
41:25 42:6

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 323 of 405

43:21 50:24
68:7,7 195:9
**awards** 41:20
**aware** 42:25
51:2 179:3
223:25 268:7
268:23 271:20
272:6 274:23
275:20 287:14
294:4

**b**

**bachelor**
214:12,24
215:7
**back** 19:21
21:5 22:10,14
25:13 27:16
30:4 42:14
50:8 56:8 60:4
68:23 74:3
77:19 81:13
82:24 84:2
101:18 103:11
103:16 111:22
146:22,24
148:6 149:14
154:17 156:17
159:8 160:21
163:2,2 174:8
174:18 183:13
187:19 195:24
200:10 201:24
209:1 220:6
238:4 241:19
242:12 243:6

246:15 251:15
251:22 261:19
265:13 266:25
274:8 286:14
286:17,17,23
293:1 297:12
305:5 309:15
309:21
**background**
6:14 13:25
15:14 34:3
50:25 58:20,25
78:25 80:9
123:13 124:19
254:15 256:18
273:10 288:2,3
288:11
**bad** 22:15 39:9
46:14,15,16,17
73:21 91:11
95:13 98:25
102:6,6 103:19
103:19 128:3,8
219:12 261:9
**bag** 110:2,5
**bain** 3:17 5:5
8:19,19 72:19
73:11 104:8
132:9,11,14
173:20,24,25
175:13,17
183:19,22
208:17,20,22
209:3 241:23
242:1 266:11

266:13,16
273:25 274:4
274:10 294:22
294:24 308:24
309:2 311:25
**ballpark**
252:13 279:22
**barrack** 186:15
216:9
**barracked**
48:24 208:2
210:13 212:17
214:18 215:14
215:16,20
222:5,7
**barracks** 48:23
208:6 212:9,10
212:14,21
213:2,5,6,8,23
221:23 304:14
304:15
**base** 5:14,17,24
6:6 7:9,13,22
24:23 36:14,21
39:16,24 40:12
40:24 45:6
48:23,24 59:22
60:13 134:1
154:19 155:25
156:15 158:5
158:23 183:25
186:21 194:6
200:17 202:6
206:1,3 211:13
211:13,24

215:2 216:15
217:7 237:3
241:5 243:19
245:6 247:3,13
247:16 295:3
298:22 299:15
304:13
**based** 52:24
89:7 101:5
111:12,13
119:19,20
139:1 140:25
156:21 169:3
175:10 193:10
201:18 204:6
204:15 207:16
210:1,5,6,10,24
211:22 216:3
219:16,20
221:14,18,21
223:5 237:12
237:14 263:12
263:14 270:21
287:13 305:7
305:19
**bases** 159:2,8
201:25 299:1
**basically** 9:23
9:25 23:6
77:11 81:20
141:5,18
191:14 197:25
245:21,21
256:21 277:13

**basing** 38:8
**basis** 65:5
  68:14 224:4
  227:2 239:20
  240:12 271:11
  272:12
**bat** 178:21
  242:22
**bates** 64:15
  65:15 70:10,22
  150:4 151:4
**battelle** 161:10
  162:2,8 163:20
  163:21
**battle** 78:3
  110:8
**battling** 43:19
**beach** 212:24
  212:25 213:1
**bears** 77:1
**beauty** 305:4
**began** 198:24
**beginning** 34:7
  35:6
**behalf** 3:3,16
  9:10
**beings** 144:1
**believe** 14:3
  63:22 64:21
  75:5 174:23
  175:14 196:23
  200:13 249:16
  261:17 265:24
  267:12 270:5,7
  270:9

**believed** 62:24
**believing**
  110:23
**bell** 3:12
**belllegalgrou...**
  3:14,15
**ben** 3:19 8:14
**benefit** 115:24
  257:9 276:23
  277:3
**benefited** 45:12
**benefits** 54:12
  54:15,18 56:21
  57:5
**benjamin** 3:7
**benzene** 29:24
  31:11 106:3
  121:14 141:2
  181:12,23
  206:25 207:2,4
  207:7 228:17
  258:14 259:2
  273:14 289:6,6
  289:14 291:16
**berkeley**
  186:12
**best** 13:10
  30:15 115:23
  237:9
**better** 90:2,6,7
  93:6 95:18
  98:6 133:13
  136:1 144:14
  160:14 183:2
  246:14 292:5

298:19 299:13
  304:18
**beyond** 66:5
  134:8 291:15
**bias** 39:1,3,3,9
  57:4 91:11,25
  98:11,12,19,22
  99:4,5,18,21
  100:3,9,10
  101:14,20,22
  103:1,2,2
  129:5 136:9,14
  136:14,24
  189:8 238:18
  246:24 278:7,7
  284:21 285:11
  302:13 303:1,5
  311:2,8
**biases** 91:22,25
  92:3 99:8
  102:14
**big** 29:11 40:7
  49:5 63:12
  101:14 104:6
  104:10,14,15
  108:9 143:17
  143:19 163:15
  166:25 269:13
**bigger** 50:13
**bill** 4:4 159:1,3
**billion** 123:20
  123:23,25
  142:4 143:6
  171:15,15
  172:23,24

173:4 178:20
  273:13,14
**bimonthly** 17:8
  17:11
**biological**
  286:2
**biologically**
  279:18
**biostatisticians**
  77:15
**birth** 7:9 24:8,8
  24:14,25 25:2
  28:22,23 29:5
  30:9 31:7 32:3
  34:10,16 36:8
  36:9,9,12,15,22
  36:25 42:9,10
  60:10 80:12,15
  80:16 114:7
  144:10 156:4
  157:7,23
  169:25 174:25
  175:4,18 182:6
  184:20,23
  185:18 194:24
  197:15
**births** 176:14
**bit** 11:13 15:14
  27:17 35:3
  44:11,15 63:22
  81:19 94:20
  129:11 152:17
  187:19 236:2
  274:11,21
  281:16 305:5

**bladder** 34:13
107:13,21
108:23 109:2,7
109:14,17,20
110:18 111:22
139:3 253:23
262:21 263:5
263:18,19
289:7 308:5,6
309:10,18
**blank** 163:7
**blanking**
105:22 113:11
296:1,4
**blind** 88:13
**blood** 141:13
143:25 313:13
**blue** 68:5,6
158:16
**board** 151:11
**bodies** 71:18
125:17
**body** 90:8
150:18
**bone** 185:15
**book** 189:17
190:24 191:18
191:20 283:24
294:1,7,8,10,11
**books** 191:3
196:3 251:9
292:22 293:7
**boq** 214:19
**boqs** 215:2

**born** 187:10,14
**boston** 16:13
17:3,15 19:15
20:1 42:4
49:18
**bother** 183:10
**bottom** 53:7,9
63:5 64:14
70:19 74:3,24
150:4 151:4
215:1 230:24
235:22 239:9
281:23,25
286:24
**boudreaux**
1:25 2:15
313:6,20
**boulevard** 3:9
175:7 180:5,14
211:7,11,15
214:13,25
215:8 222:10
**bove** 1:14 2:11
5:10,11,12 6:6
6:18,18,19,20
6:21,22,24,24
7:16 8:8 9:1,6
9:13 67:6,7
89:9 173:25
175:17 209:3
242:1 243:11
265:20 266:16
274:10 313:7
314:4

**bove's** 248:10
**box** 3:19
137:11
**bradford**
130:20 282:3
**brain** 289:22
**branched**
18:21
**break** 13:16,17
13:19,19 58:10
68:22 69:1
80:21 81:8
139:13 146:15
173:21 208:17
208:18 273:25
274:3
**breakdown**
310:10
**breaking** 207:9
**breaks** 267:5
**breast** 7:13
43:11 49:2,5
75:10,11,18
121:15 138:17
183:14,24
185:9 192:23
193:11 194:25
197:15 198:5
289:21
**breysse** 106:17
120:24 248:24
253:12
**brick** 25:5 76:1
**brief** 21:2
27:14,22 257:1

275:17
**briefed** 107:5
**briefing** 107:9
111:2,9,21
113:7 249:20
258:2
**briefly** 51:16
246:15
**bring** 12:25
79:11 80:8
113:20 116:12
121:1 122:11
137:10 297:14
**broad** 97:13,17
**broadened**
60:21
**broadway** 3:5
**broken** 171:24
**brought** 48:11
87:14 195:8
246:13
**buckets** 22:5
**buffalo** 272:19
**buffaloes**
217:15 219:20
271:14 272:3
272:13
**building** 3:8
62:11
**built** 79:6
**bullet** 74:4
**bunch** 310:25
**burden** 71:22
72:9 73:3,17

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 326 of 405

| | | | |
|---|---|---|---|
| **bureaucracy** 163:5 | **called** 17:5 21:8 28:25 32:5 45:6 59:10 65:7 66:13 68:5 99:12 109:21 137:21 137:24 212:25 233:23 277:15 | 148:2,5 150:15 150:22 152:4 152:23,23 153:8,16,17 155:4 156:15 158:18,19,22 158:24 159:21 159:22,22,24 160:1,2,7,7 161:20 174:3,7 174:11,24 176:15 182:18 182:21 183:8 183:25 184:25 185:3 186:4,17 186:20 187:5 187:17,21 194:6 198:16 198:18,20 199:1,3 200:18 201:7,8,19,21 201:22 202:8,9 204:8,9 205:7 205:8,12,14,15 207:15,23 208:11 209:5,6 209:10,10,13 213:7,14 214:3 215:16 216:8 216:18,21,25 216:25 217:1,3 217:8,8 218:2 218:3,12,14,15 218:17,18,20 218:20,21,24 | 219:1,15 223:17,21,24 224:2 230:19 235:1,11,12,16 236:5,9,10,11 238:4,5,11,11 238:19,20 239:8,12,17 240:1,8,13,19 240:21 241:3,4 242:13,14,16 242:17,23 243:1,17 244:19,23 245:7,10 246:1 246:2,7,8 247:2 252:7 258:9,12,19,24 261:25 262:5 262:11,11,24 263:3,8,18,19 264:2,12 267:20 268:24 269:7 271:22 275:21 287:6 287:22 295:3 298:1,1 299:6 300:25,25 301:4,9,19,20 302:19,21,25 303:3,3,11,12 303:16,21 304:22,22 305:21 309:4,5 309:8,16,17 |
| **burned** 20:9 | | | |
| **busy** 61:10 88:7 138:22 | | | |
| **bvanslyke** 3:10 | | | |
| **byproduct** 28:25 | | | |
| **byproducts** 29:14 | | | |
| **c** | **calling** 220:24 277:23 | | |
| **c** 313:1,1 | **calls** 132:14 | | |
| **calculate** 193:6 203:16 | **calm** 45:10 | | |
| **calculated** 189:2 | **camp** 1:6 5:14 5:18,20,24 6:6 6:8 7:9,13,22 8:7 9:9 11:7 13:25 23:13 24:19 25:8 30:1 33:25 34:6 37:16 39:16,24 40:4 40:12,24 41:25 42:8,11 44:18 45:15,20 46:21 47:24 48:8,20 49:21 50:6 63:16 65:22 69:16,17,18 81:16 92:14 101:12,12 103:15,15 104:1,1 106:5 118:8,11 123:18 124:23 125:10 134:25 | | |
| **calculations** 178:9 | | | |
| **california** 159:6 246:5 | | | |
| **call** 21:7 37:4,6 39:4 47:12 77:22 80:8 94:9 100:5 107:25 111:11 113:4 116:18 116:21,24 127:21 130:5 143:15 161:12 231:18 234:2,5 234:7,8 244:8 244:9 260:18 260:22 281:1 282:4,25 290:14 | | | |

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 327 of 405

310:4,5 311:16
311:17,23
314:2
**camps** 159:15
**canada** 161:16
**canal** 32:7
**cancer** 6:4 7:13
24:13 25:16
29:4 34:13,13
36:22 38:4,5
40:20,21 43:11
43:12,17 49:2
49:5,10 75:10
75:18 79:12
80:14,16,19
82:21 83:16,20
83:23,24 84:19
85:10,16,20
86:4,4,5,7,10
86:22,24 87:3
87:8,17 89:5
89:13 90:13,18
90:25 96:9,9
97:2,5,22
99:22 100:7,25
105:13,23
107:13,21,24
108:6,8,23
109:2,7,14,17
109:20 111:23
120:16 121:12
121:15,16,21
121:24 122:13
127:1,5 129:14
131:5 138:16

138:16,17
139:9 140:2
141:3 143:6,9
145:14 146:25
147:15 153:5
153:11 157:5
161:4,8,11,15
161:15,22
162:2,7,16,20
162:23 163:12
163:21 164:4
166:9,17 167:4
167:10,20
168:13,15
172:4 174:25
175:18 183:15
183:24 184:21
184:23 185:6
185:10,14,15
185:15,19
187:11 191:7
192:23 193:11
194:25,25
197:15,16
198:5 199:6,7
199:7,7 200:3
200:8 202:12
202:13,13
230:6 232:9
243:5 253:23
254:13 255:13
262:16,16,22
263:5,18,19
284:7,8 285:4
289:5,6,7,15,21

289:21,21,22
289:22,22
291:12 296:20
298:19 306:5
306:10,15,17
306:19,20,24
307:1,2,5
308:4,5,6,6
309:10,18
310:15,21
**cancers** 5:21
7:9 25:22 40:5
75:11 93:7
114:10 122:9
125:21,22,24
140:18,24
141:20 144:11
153:7 181:25
182:6 185:11
199:24,25
254:13 284:10
298:20,21
306:4,9,25
307:10 309:3
310:19
**cap** 42:21,24
44:2,12,15,16
45:2,4,7,8,15
45:18,20 46:5
46:6,8,9,11,14
46:17,21 47:3
47:8,9,11,21
48:2,4,12,13,15
48:17,18,20,24
49:4,13,15,16

49:21,23 50:5
50:9,13,16,16
50:17 54:21,23
56:10 65:23
73:25 105:16
107:16 208:4
210:12 212:15
213:16 220:4
220:13,16,23
243:13 255:12
255:14,15,18
**capabilities**
62:11
**cape** 45:4 46:15
46:17
**caps** 44:25 48:3
50:2
**capture** 154:7
224:21
**car** 86:23,24
**cardiac** 107:15
289:7
**care** 166:18
302:24
**careful** 148:9
**carolina** 1:1
3:13 7:10
105:21 246:9
**carrying** 57:16
**cartoon** 78:11
78:12
**case** 7:10,13
23:1 31:2
34:12 47:21,23
48:20 74:18,21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 328 of 405

76:1 79:2,16
81:22 103:10
109:18 115:1
142:20,24
143:1 159:13
174:2 176:17
176:20,22,24
177:3,5 180:9
183:25 184:21
186:17,19
190:10 197:21
198:3 282:9,17
292:16 297:23
298:2,16,16
300:15 304:19
304:20,24
305:2 314:2
**cases** 1:7 49:5
75:25 76:3
79:4 96:4
167:14 176:23
180:20 181:10
181:11 184:24
185:5,8 188:16
190:11 193:11
193:18 227:7
263:13,14
286:1 311:15
311:19,22
**categorical**
230:20
**categories**
128:1 133:16
181:11,12
209:25

**categorization**
145:21 234:25
**categorizations**
140:5
**categorize**
209:17,25
**categorized**
210:17
**category** 129:1
129:4 134:11
210:3 226:23
278:1
**causal** 80:25
128:22 284:18
**causality** 78:16
225:4,8 227:3
231:7,13
232:24 233:15
258:17 277:8
282:9 285:22
285:23
**causation**
128:20 130:15
132:5 259:17
262:3 263:6
289:4,12 308:8
**cause** 73:6
86:18,23 96:4
96:12 99:14
109:14 114:9
131:3,4,7
144:1 197:23
262:13 282:15
284:10

**caused** 29:2
73:7
**causes** 85:25
86:1 262:9,13
284:5,6,7
291:16
**cautious**
141:22
**caveat** 231:8
**cavity** 202:13
**ccamp** 309:8
**cclja** 5:15
**ccr** 1:25 313:20
**cdc** 6:8 30:8
31:20 60:12
69:15 75:17
96:8 135:23
137:9
**cdc's** 167:9
**center** 114:14
135:7 146:2
153:18,20
201:15
**centers** 2:12
34:24 151:7
**central** 63:15
71:11 83:23
161:11 185:6
**cercla** 59:10,12
59:17 82:3
**certain** 25:15
106:7 141:12
177:25 207:16
227:6 228:8,8
245:7 283:25

287:10
**certainly** 49:9
103:21 129:15
162:24 191:19
199:24 217:19
246:4 255:19
284:9 285:3
293:12 294:6
**certificate**
36:12 86:18
**certificates**
306:6
**certified** 2:15
**certify** 313:7,12
**cervical** 138:16
199:7 200:3,8
310:24
**chain** 5:9 7:16
242:5
**chairman**
294:4
**chairs** 46:4
**chance** 82:24
129:5 278:7
**change** 94:23
109:18,19
172:15 226:10
250:16
**changed**
127:18 148:7
289:25
**changes** 94:25
112:5 138:17
**changing**
115:21 202:5

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 329 of 405

261:13
**characteristics** 157:2
**characterize** 23:24 275:23
**characterized** 159:24
**characterizing** 237:1
**charged** 59:18
**chart** 288:23
**charts** 186:3,6 186:9
**check** 166:8,9 261:23 270:12 271:17
**checked** 164:10
**checking** 164:2 166:10,10
**checklist** 285:18
**chemical** 29:20 118:17 141:15 142:4 232:4 252:9 254:12 278:2 281:14 285:3
**chemicals** 22:21 23:17 29:21 30:3,16 38:1 90:4 91:2 99:13 117:5 120:8 123:8,17 125:16,21,22 126:19 137:6

143:12 144:6 145:14 150:24 159:1 206:25 228:8 229:15 230:10 235:24 240:18 254:22 257:20 258:11 259:1,9 284:9 288:17 289:5 289:13 291:8 292:7 293:14
**chester** 22:11
**child** 36:21
**childhood** 7:9 25:6 45:24 174:25 175:18 181:25 182:6 184:20 185:18 194:24 197:14
**children** 76:2
**children's** 63:8
**chloride** 29:23 30:17 79:2 106:6,11 141:2 188:11 206:22 207:10,11 258:14 259:2 289:7
**choice** 257:15
**choose** 46:12 125:17 158:13 158:18,21
**chose** 115:17 127:11,14,16 130:21,23

**chosen** 190:6
**chronic** 91:1 107:14 109:23 110:1,19 111:25
**chronologies** 213:17
**chronology** 213:18
**cirs** 188:22
**cite** 264:9 265:18,24 274:19
**cited** 266:21
**cities** 86:8,8
**citizen** 76:5
**civil** 3:22 19:22
**civilian** 5:17,23 6:5 23:13,20 37:15 39:22 40:11,22 153:16,21,23 157:1,3,14,15 200:11,16 201:11,14 246:15 262:7 263:9,12 265:10
**civilians** 301:24
**claim** 78:14 275:14
**claims** 287:5
**clamshell** 17:14 17:15,23

**clapp** 255:11 255:12
**clapp's** 244:6
**clarified** 174:21
**clarify** 164:16 273:3
**class** 251:4
**classification** 114:23 115:3,8 116:4,13 127:8 127:17,23 128:1,10,12,14 133:3,15 239:11 240:5 257:4,15,18,22 257:23 274:16 274:25 275:9 275:10,12,21 275:24 276:12 276:14,17,19 276:24 277:1,2 277:14,15 279:4 286:25 287:13,16 288:20
**classified** 127:11 211:15 235:17 240:8 289:3,11 308:11 310:11
**classify** 116:12 304:8
**clean** 59:14 168:9 180:15

222:14 241:18
245:13
**cleaner** 207:6
**cleaning** 93:22
109:2 168:8
243:3
**clear** 45:16
108:16 115:1
116:22 164:15
208:12 216:5
216:11 232:22
267:15,16
270:14 273:5
277:7
**clearance**
248:13
**clefts** 29:2 37:1
181:13 182:1,3
**clifton** 2:13
**clip** 53:17
**clja** 5:10,12,18
5:21 6:6,18,20
6:22,24 7:11
7:14,16,19,22
**close** 291:14
**closely** 42:12
45:11 65:20
**closer** 272:21
**cluster** 25:3,4,6
79:24 106:10
**coached** 42:20
**cobb** 313:4
**cod** 45:4 46:17
**code** 154:17,18
154:19,22,24

155:9 156:6,20
158:8 211:25
223:24
**codes** 194:22
204:16 210:12
**cohn** 7:7
**cohort** 5:15,18
5:24 6:6 36:1,5
37:5 39:16,25
40:13,24 85:23
92:18,19 93:6
93:8,8 153:9
157:2 158:19
160:11,13
194:6 197:11
197:20,25,25
198:11 200:1,7
200:18 201:7
202:25 203:6
230:19 235:1,4
236:5,9,10,11
239:4,13,17
240:9 242:19
262:17 297:22
297:25 303:9
303:16,21
307:7 309:17
310:5
**cohorts** 161:8
197:24 305:21
**coin** 302:23
**collaboration**
62:19
**collar** 158:16

**collect** 101:15
101:16 138:14
154:10 161:8
**collected**
101:17 153:17
157:1 179:18
**collecting**
194:19
**collection**
153:11
**college** 6:12
22:11 51:3,24
**column** 301:7
**combed** 165:24
**combination**
276:10
**come** 50:17
83:11 114:15
200:10 219:2
245:5 272:21
273:1 280:18
293:3
**comes** 96:5
280:16
**comfortable**
114:17
**coming** 100:6
165:19 170:6
272:19 282:19
297:12
**command**
213:17,18
**comment** 86:22
114:3 250:17

**comments**
82:25 107:5
113:17 148:9
152:18 250:11
250:21 251:15
**commissary**
219:4 239:24
**commission**
314:25
**commissioned**
109:1
**commit** 242:19
**committee**
84:13 196:4,4
294:5
**common** 89:14
260:10 299:24
**commonality**
89:15
**commonly**
59:12
**commonwealth**
27:20
**communicate**
54:23
**communicating**
54:17
**communication**
55:1 241:1
242:11
**communicati...**
183:4
**communities**
6:24 18:17,18
47:22 56:4

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 331 of 405

61:23 62:5
71:1
**community**
18:14,21 19:1
24:24,24 26:19
27:3 42:11
44:20 45:22
47:11,12 48:14
49:18 52:12
54:23,25 55:5
55:20 56:3
57:16,20,23
58:3 71:25
72:8 73:8,18
74:1 75:13
76:3 103:7
287:6,22 288:7
288:7
**community's**
75:22
**companies**
124:15
**company** 73:14
**compare** 94:16
103:8 178:24
189:12 243:16
273:8
**compared**
176:4 177:11
199:2 202:7
204:8 298:1
310:5
**compares** 98:1
309:2

**comparing**
102:18 103:6
201:7 205:7
209:10 216:25
217:7 235:8,11
235:12 236:10
238:10 246:1
303:2 304:21
309:3,7
**comparison**
123:19 158:19
194:13 209:6
216:1 217:25
218:3 238:19
241:3 244:15
246:14 303:12
**comparisons**
103:25 136:15
**compatible**
75:5
**compelling**
140:16,22
141:6,18
**compensation**
287:4,5,5,21
**complete** 145:9
165:9 166:22
301:14
**completed**
301:8,25
**completing**
301:20
**completion**
301:5

**complex** 89:6
**complied**
301:19
**component**
35:16
**components**
89:11 92:13
101:7
**computerized**
155:11
**concentration**
180:1,23 210:5
223:8
**concentrations**
144:5 171:11
171:14 177:24
178:14 179:8
206:21 221:15
221:18 222:3
**concept** 46:7,9
**concern** 43:13
58:2 76:15
287:6,21
**concerned** 30:4
71:22 98:24
101:10 102:4
107:17
**concerning**
139:25 287:3
**concerns** 44:22
44:22 71:1
288:8
**conclude** 109:7
128:21

**concluded**
129:15
**conclusion**
132:14 225:3,8
**conclusions**
117:2 119:18
119:19
**conclusive**
78:15,18
**conditions**
177:6,9 265:14
284:20
**conduct** 55:13
56:14 86:11
**conducting**
21:23 62:10
**conference**
29:7
**confidence**
58:3 129:6
149:15,22
188:14,20,22
189:1,7,13,21
189:22,24
190:4,15,16,17
191:12,13,15
192:13,24
193:6,12
199:17,21
200:4 202:16
202:24 203:8
203:14,20,24
259:23 260:5
260:12 261:4,6
261:9 279:2

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 332 of 405

280:14,17,19
280:20
**confining**
237:17
**confirm** 261:19
266:25 301:15
301:24 302:9
306:9
**confirmed**
36:24 306:5
307:11,13
**conflated**
148:22
**conflict** 55:22
56:2,5
**conflicts** 55:10
55:11
**confounder**
102:17
**confounding**
91:9,9 98:23
98:24 99:2,8
102:9,10,20
103:3
**confused**
287:14
**confusing** 50:9
**congratulations**
42:2 147:11
**congress** 43:14
45:23 59:1
105:18 293:15
296:13
**congressional**
6:14 58:20,25

59:13
**connection**
26:1 218:21
**connotation**
282:7
**consent** 164:24
**consider** 74:7
92:19 99:19
101:4 134:10
145:13 191:23
192:2 211:8
217:6 218:1
229:3 237:17
238:14 283:5
285:17 287:24
**considerable**
247:2
**considerations**
130:18,22
**considered**
117:17 136:21
211:3,20 212:9
212:11 214:3,4
214:25 215:15
215:16 216:16
216:19,22
221:6 235:23
239:2,13,18
258:24 260:2
281:20 283:3
**consistent**
279:20
**constitute**
78:15

**consume**
265:15
**consumes**
264:2
**consuming**
45:2
**consumption**
101:11 104:2
266:22 269:6
**cont'd** 4:1 6:1
7:1
**contact** 68:3
151:21,22
220:21
**contacted**
67:25
**contacting** 26:8
**contaminant**
123:15 124:4
177:15 178:4
186:16 206:21
210:4 221:11
221:14
**contaminants**
5:20 29:4,25
30:22 40:4
65:25 66:1,3
140:18,24
177:24 185:12
221:12 240:9
240:15 241:5
243:19 245:13
245:22,23
258:19

**contaminated**
5:14,17,24 6:5
7:8,12,21
39:15,23 40:11
40:23 65:21
158:24 180:13
183:23 194:5
200:17 206:1
217:2 240:15
247:13 273:21
295:2 303:17
**contamination**
7:6 24:6,11,13
47:25 158:25
169:6 170:11
180:25 186:24
187:3,16 188:1
222:11 273:24
302:21
**context** 129:3
285:13
**continue** 21:1
101:24
**continued**
111:7 169:17
**continuous**
223:20 230:20
281:1
**continuum**
261:11,12
**contractor**
161:10 165:21
167:25 168:5
194:18 295:19
295:19,24

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 333 of 405

300:2,23,24
**contractors**
295:22
**contrast** 277:19
**contribute**
160:7
**contribution**
169:9
**contributions**
150:17
**control** 2:12
7:10,13 34:25
99:12,20
101:19 142:19
151:8 164:1
176:17,20,22
177:1,4,8
180:9 183:25
184:21 185:12
186:17,19
198:3 297:23
298:2,16
300:15 304:20
304:24 305:2
**controlled**
142:19,23
143:20
**controlling**
262:12 263:21
**controls** 100:4
180:21 181:10
181:12 184:24
185:5,10,13
188:17 193:18

**controversial**
45:7 74:11
141:21
**controversy**
44:7 78:2
148:15
**convention**
51:17
**conversation**
241:6
**conversations**
65:22 220:1
**convincing**
79:16,18 81:1
**cooperation**
167:11
**cooperative**
30:8 31:17,17
31:20 60:3,6
**copd** 91:5
99:13,14,17
**copies** 11:8
113:6
**copy** 137:17
173:14 183:17
255:15
**core** 53:7,16,20
53:22 62:17,23
**corner** 64:14
70:20
**corps** 7:9,13,22
43:6,16 48:22
49:22 125:3,4
155:11 183:24
207:12 208:5

208:10 212:18
215:19 216:6
219:18,22,23
220:8,20,24
221:2 246:4
255:24,25
268:19 269:1
271:12 273:18
295:3 296:15
296:18
**correct** 28:6
46:8 55:19
85:8 104:3
105:8 119:7
121:22 140:25
142:25 153:5
156:14 168:19
170:22 172:25
174:23 194:7
197:11 199:20
210:18 215:5
241:13 261:19
289:8,18 300:4
**corrected**
172:11
**correctly**
258:21
**corresponds**
223:24
**cost** 76:24,25
76:25
**costs** 77:1
**counsel** 8:9
274:22 281:17

**count** 50:15
221:2
**country** 30:15
32:5 73:1
159:10,11
306:18
**counts** 218:25
**county** 313:4
**couple** 11:14
16:15 32:13
41:20 50:24
51:22 52:3
56:12 58:17
66:6 74:3 76:9
85:5 87:20
98:20 110:12
128:18 139:14
139:22 140:20
147:17 149:24
150:1 191:2
210:14 253:15
278:5 311:9
**course** 20:16
39:12 75:19
131:20 176:10
179:10 194:17
220:4 222:9
259:11 261:9
279:10 282:13
**court** 1:1,25
2:15 8:11 13:5
13:9 274:2
312:2
**cover** 90:3

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 334 of 405

covered 30:18
covering
  306:24
cox 96:18,20,24
  97:5,6,7,9,21
  98:5
created 18:16
  59:1
criteria 94:2
  279:13 280:10
  281:18 282:3,4
  282:6,7,20
  283:19 303:23
crossed 303:6
crucial 48:21
cumulative
  140:3,11
  144:19 145:8
  145:15,18
  188:11 210:24
  221:7,21
  222:13,15
  223:2,4 229:8
  230:20 234:25
curious 21:15
current 7:18
  80:9 84:20
  266:18
currently
  269:17
curriculum
  5:11
curve 94:23
  227:4,25 234:1
  234:13

curves 94:22
  224:19 226:5
cut 18:23 88:9
  108:19 227:22
cutoff 119:8
  280:25
cv 1:3 14:3,5,7
  14:10,23 15:13
  24:1 27:20
  255:9

**d**

d.c. 3:19,24
  296:3
daily 65:22
  217:3
dangerous 72:1
dangers 74:22
  74:23
darn 261:8
data 30:10,14
  32:12 38:7,8
  43:13 49:8
  56:22 79:2,15
  85:14 87:5,5,6
  89:21 90:11,13
  96:11 98:8
  101:7 116:10
  117:4,17,18
  118:12,18,21
  118:25 119:8
  119:12,12,12
  120:6 121:23
  124:21,22
  129:20 130:1,5
  135:7,7 137:6

143:2,4,8
146:6 153:11
153:15,18,20
154:16 155:16
155:22,24
156:23,25
157:3,17 161:8
161:21,23
162:7,9,13,20
162:22,23,23
162:25 163:12
163:13,18,20
164:22 165:1,4
165:7,8,9,24
166:9,21 167:4
167:13,15,20
168:5,9 178:2
178:25 181:14
186:14 187:1
187:13 191:6
193:17,17,17
194:19,23
198:16 201:15
201:18 223:13
223:20,23
224:1 244:6
252:10,10
279:19,19
293:24 295:11
295:14 299:18
299:24 304:4
306:20 307:6
database 24:13
  29:22 30:6,19
  85:17 86:3

153:23 154:2
154:13,14
155:14,15
158:7 166:18
166:20 185:9,9
databases
  25:20 60:23
date 8:4 14:23
  17:10 69:12,15
  156:4 157:7,23
  168:13 314:3
dated 14:9
dates 14:3 46:2
  211:24 299:23
daughter 66:20
david 113:10
  113:24 195:11
  249:21 251:3
  255:6,9,9
  294:2
day 14:18
  68:13,13 136:4
  148:6 256:1
  264:3,4,7
  265:16 267:17
  313:18 314:23
days 19:22
  25:23 37:19
  49:23 264:3
  267:18
dce 207:9
deal 39:7 90:20
  108:25
dealing 26:9
  43:2 105:25

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 335 of 405

242:17
**dealt** 167:25
168:1
**deanna** 4:4
**death** 85:15,25
85:25 86:1,15
86:16,17,18,18
86:23 90:13
96:1,5,10,13,16
157:6 197:21
262:9,13 306:6
**deaths** 97:25
199:1,2 202:7
203:10,12
**debate** 84:4
107:21 108:7,9
108:12,13,24
**debates** 108:18
**deborah** 10:9
**decades** 179:5
179:9
**december**
155:6 160:21
160:24
**decide** 65:10
100:14 101:5,6
113:25 196:11
260:20 297:8
**decided** 20:25
30:6,20 42:24
105:12 109:24
111:24,24
112:1 182:24
204:14 218:10
253:11,19

287:12 296:17
**decides** 250:19
**decision** 73:24
82:13,13
148:21,24
149:1 274:18
287:3
**decisions** 257:4
**decreasing**
233:22
**dedicated**
52:12
**defect** 24:14
36:8,9,10,22,25
42:9 80:12,16
114:7 144:10
169:25 184:20
184:23 185:18
194:24
**defects** 7:9 24:8
28:22 29:1,13
30:9 31:7
34:10,16 37:1
107:15 174:25
175:18 181:15
181:25 182:6
197:15 289:8
**defend** 29:9
**defendant** 3:16
**defense** 135:7
153:18,19
162:20,25
201:15
**deferred** 87:23

**deficiencies**
78:6
**define** 53:19
55:22 63:22
66:9 93:13
94:10 277:22
**defined** 93:10
171:23
**defines** 41:17
**definite** 233:4
**definitely** 20:5
35:16 43:16
69:18 169:2
197:5 227:18
**definition**
115:21 234:11
284:25
**definitive** 78:15
**degree** 16:23
21:8 27:15,16
**degrees** 20:22
21:13
**dehydration**
268:11
**delay** 58:1
**deleted** 236:21
**deliberate**
244:8
**deliberative**
244:8,10
**delivered**
177:25
**demographics**
104:4

**demonstrations**
17:19
**denied** 57:23
**department**
3:18,22 10:2
27:2 28:8
32:22 33:8
46:17 49:19,25
49:25 50:3
60:5 75:19,20
162:20,25
168:21 287:2
287:15
**departments**
79:24
**dependants**
295:1
**depended**
206:4
**dependent**
145:2 265:11
281:11
**dependents**
7:21 47:24
**depending** 90:1
144:7 169:18
176:25 209:23
217:13 279:8
**depends** 48:14
55:22 82:19
101:9 102:16
114:11 144:9
232:11 269:20
**deployed**
156:15 204:25

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 336 of 405

206:11 224:1
**deployment**
223:17
**deponent** 8:8
314:4,20
**deposition** 1:14
2:11 8:6 9:17
9:21 11:17
34:2 39:12
312:6 313:8,9
314:3
**depositions**
11:13
**dermal** 150:19
151:1
**describe** 21:22
47:9 71:4
159:20 176:20
225:25 297:4
**describes** 59:1
**describing**
31:16 278:20
**description**
73:21
**design** 55:13
56:14
**designate** 186:9
**designated**
186:20
**designed** 48:19
**designing**
101:4
**designs** 66:2
**detail** 13:24
34:17

**detected**
245:17,18
258:11
**determination**
279:1
**determinations**
211:22 269:18
305:20
**determine** 79:8
116:5 179:16
180:1 223:11
239:4 278:1
**determined**
180:10 185:14
204:14 209:17
221:7 222:1
**determining**
90:21 192:12
257:17 269:18
303:24
**detriment**
90:17
**detroit** 3:9
**develop** 27:9
45:2,17 111:20
293:6
**developed**
184:8
**developing**
141:3 145:14
**development**
56:25
**devoted** 174:6
**diagnosed**
166:4,4 187:10

187:20 306:18
**diagnosis**
301:25
**dialogue** 77:14
**diana** 4:5
**dichloroethyl...**
29:24 30:17
123:24
**dichotomous**
136:15 227:22
261:3
**dick** 244:6
255:11,12
**died** 97:15,15
105:22 263:19
**difference**
21:16 76:10
85:19 91:7,8
97:23,23 99:14
99:16,16
102:19 104:6
104:10 130:10
149:20 155:20
155:22 197:18
225:25 275:23
**differences**
101:12 103:8
103:10,12,14
126:2,3 144:22
178:21 279:24
**different** 30:6
38:6 47:22,22
50:1 56:8
61:19 67:14,16
68:10,18,19

78:7 94:13,18
100:8,20
116:14 121:7
124:1,25
127:16 129:12
144:12 159:14
160:15 178:16
178:22 180:25
181:17 186:4,9
197:13,24
207:20 209:8
209:24,24
210:12 213:4
218:5 224:11
230:11 233:19
237:22 244:5
249:18 252:4,8
255:3 275:21
276:12,12,20
284:10 285:10
292:10,18
298:15 311:6
**differentials**
173:8
**differentiating**
181:16
**differently**
48:12
**difficult** 20:9
35:20 46:13
85:21 86:11
161:5 192:7
224:17 243:17
294:9,11
299:19,25

**difficulties** 43:1
141:16
**difficulty** 140:7
**digits** 230:25
**direct** 74:14
176:6
**directed** 41:15
176:9
**directing** 176:7
**direction** 44:21
91:12 98:25
99:3,6 102:13
102:14,16
103:4,20 137:3
137:4 226:11
232:21
**directly** 61:3
**disability**
274:18 287:4
**disagree** 74:19
82:14 250:17
250:18 291:21
**disagreed**
128:10
**disagreement**
107:13,14,15
111:10
**disagreements**
107:13 110:12
110:13,17,20
250:16 251:16
**disbanded**
17:10
**disciplines**
256:7

**discuss** 27:7
53:20 82:22
252:5 259:11
271:18 283:19
**discussed** 9:23
72:21 120:22
122:4 125:5
135:22 139:11
259:12 283:2
290:20
**discussing**
108:4
**discussion** 14:6
50:23 66:23
111:10 118:9
121:12,16,18
135:16,18
143:17 242:15
244:9,16
248:18,22
283:23,24
286:11,18
308:20
**discussions**
111:22 112:24
120:23 121:23
219:17,22
241:19 251:25
271:12
**disease** 2:12
34:14,24,25
78:13 80:7
91:1 93:7
97:22 106:8
107:14 109:23

110:1,19
111:25 131:2,4
131:5,8,25
139:4 140:2
141:4 145:15
151:8 202:14
202:20 259:6
259:23 278:2
281:15 284:6
285:5,14,16
289:15,15
291:15 298:25
308:5 309:22
309:24
**diseased**
176:25
**diseases** 5:21
25:22 34:9
40:5 87:4
90:19,22 98:4
99:12,21
101:20 105:15
106:13 110:23
111:1 117:3
120:8 121:24
139:3 140:18
140:24 174:15
176:25 199:21
202:17 203:13
228:9 229:15
252:6 257:20
259:1,9 288:18
289:3,11,20
291:8 293:13
296:20 301:15

302:11 306:4
307:10 308:3
309:3,9 310:4
**disinfection**
28:25 29:14
**disposal** 12:16
**dispute** 77:18
**disseminated**
195:7
**dissemination**
60:24
**dissertation**
22:25 23:12
38:10 175:3
**dissipated**
121:10
**distinction**
216:3 218:19
269:25
**distinguish**
35:25 38:16
225:20 247:19
282:5
**distinguishing**
23:15
**distort** 136:17
224:9
**distribution**
96:6,7 160:12
177:17 204:7
**district** 1:1,1
**dive** 34:3
**divide** 180:19
180:19 212:4

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 338 of 405

**divided** 181:10
189:3
**division** 1:2
3:22
**divorced** 212:3
214:8,20,21
215:13
**dmdc** 155:15
155:22,24
156:3,3,8
162:9 163:20
165:8 223:13
223:20,23
224:1 299:18
299:24 307:6
**doctor** 21:14
27:13 28:7
**doctorate** 21:5
28:10,13
**doctors** 33:3,4
**document** 1:7
12:7,9 24:2
47:5 67:9
68:25 69:2
168:18 216:4,5
248:1,4 249:24
264:15 265:23
265:25 268:2
270:8,18
271:15
**documents**
10:22,24 12:25
41:11 44:10
58:18 125:5,8
137:9 178:13

219:18 251:23
252:21 264:16
270:11,12
292:4,4
**dod** 163:8,23
165:16 168:2
**doing** 18:19
22:1,23 23:21
25:9 26:9
27:10,13,14
35:13 38:8
48:16 49:3
54:25 58:10
61:10 65:4
66:6 75:17,18
83:12 89:4
90:18 93:18
99:19 114:17
120:19 121:9
131:16 148:6
190:16 209:9
209:12 217:14
237:17 238:14
242:13 269:11
**doj** 9:22
**door** 24:24
**dose** 94:22
114:9 150:18
178:9 225:3,7
225:7 226:3
232:22 234:9
286:3
**double** 261:23
**doubt** 115:25
166:17 197:7

257:9 276:23
277:3
**dowling** 4:5
**dr** 1:14 2:11
8:8 9:1,6 27:8
89:9 106:17
120:24 134:18
135:4 169:11
173:25 175:17
189:17 190:24
195:13,16
209:3 241:2,15
242:1,2,12
243:11 248:10
248:24 250:24
250:25 253:12
266:16 274:10
295:17 313:7
314:4
**draft** 85:2
111:17 138:21
249:24
**drafted** 133:19
138:15
**drank** 125:2
268:24 269:10
269:14 270:2
**draw** 141:19
143:21
**drawn** 141:7
143:1
**drexel** 32:14
33:5
**drink** 124:20
269:17

**drinking** 5:14
5:17,20,24 6:5
7:6,9,12,21
23:23 24:5,11
24:12,20 28:19
29:19,21 30:14
35:2 39:15,23
40:4,12,23
63:8,11 65:21
91:2 101:17
124:7,8,9,12
150:14 158:24
171:11,14
177:25 178:4
183:24 186:22
194:5 196:2
200:17 217:2
240:14 245:12
245:16,19
247:10 258:12
258:18 268:14
273:16,20
293:4 295:2
**driven** 52:12
**dropped**
106:23
**drops** 309:18
**drove** 19:15
**drugs** 72:23
**dry** 93:22
109:2 207:6
214:14
**due** 206:8,8
302:20

Golkow Technologies,
877-379-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 339 of 405

| | | | |
|---|---|---|---|
| **duly** 9:2 313:8 | 137:5 160:23 | 142:10,13 | 231:11,20 |
| **dump** 163:15 | 161:1 169:9 | 144:1 182:3 | 232:16 233:17 |
| **duplicate** 166:6 | 174:1,18 179:5 | 190:2 225:2,6 | 233:17 243:25 |
| 167:25 168:1,4 | 180:17 183:6 | 226:16,17,21 | 254:6 255:18 |
| 168:15 | 215:10 219:7 | 226:23 227:20 | 270:18 271:3 |
| **duplicates** | 274:22 283:2,4 | 231:23 232:17 | 295:22 297:7 |
| 164:2 165:22 | 286:18 288:23 | 232:17 240:2 | 300:25 302:24 |
| 165:23 166:2 | 290:21 303:19 | 257:12 259:25 | 303:8 |
| 168:10 | 308:9 | 260:1 261:13 | **electric** 18:22 |
| **duration** | **early** 23:3 | 261:15 279:21 | **electronic** |
| 139:18,19 | 49:23 71:14 | 280:11 | 137:21 |
| 140:1,4,5,8,9 | 84:22 100:19 | **effects** 42:20 | **electronically** |
| 140:13,14 | 104:5 148:7 | 59:22 62:6 | 137:15,18 |
| 144:7,12,15,16 | 161:18 162:24 | 110:4 196:7 | 138:1 |
| 144:18,18 | 173:18 | 238:21 258:18 | **element** 279:9 |
| 145:2,17 | **easier** 85:14 | 268:14 269:23 | **elevated** 90:23 |
| 223:10 | 89:18 96:17 | 303:2 | 102:11,12 |
| **durations** | 161:19 | **efficacy** 65:18 | 139:11 181:24 |
| 140:11 | **east** 159:12 | **efficiency** | 199:6 202:11 |
| **duties** 53:7,21 | **eastern** 1:1 | 17:17 | **eleven** 263:16 |
| 74:6 | 272:3,7 | **effort** 50:22 | **eligible** 187:9 |
| **duty** 74:7 155:7 | **easy** 43:12 | 74:16 161:21 | **elizabeth** 3:21 |
| 156:11 160:17 | 101:25 102:1 | **eight** 50:7,10 | 8:21 |
| 160:20 198:24 | **eating** 239:24 | 83:19 188:17 | **elizabeth.k.pl...** |
| 224:2 | **edit** 18:3 | 199:14 | 3:25 |
| **e** | **editing** 194:21 | **either** 26:17 | **email** 5:9 6:17 |
| **e** 94:2 313:1,1 | **edition** 98:21 | 38:3 44:21 | 6:21 7:16 14:3 |
| **e.g.** 239:11 | 191:1,11 | 47:24 76:22 | 14:4,9 63:24 |
| 240:6 260:1 | 192:11 293:23 | 82:10 86:4 | 64:1,2,6 67:17 |
| **earlier** 41:7 | **education** | 89:12 149:4 | 67:18 163:14 |
| 63:12 66:12 | 52:13 60:24 | 154:8 159:14 | 242:2,5 243:10 |
| 84:15 100:10 | 158:4,11 | 169:15 179:13 | 244:5 |
| 116:3 125:13 | **edwin** 184:5 | 181:1 205:25 | **emails** 65:23 |
| 127:25 134:6 | **effect** 91:24 | 212:5 222:7 | **embrace** 52:17 |
| 134:15,16 | 136:16 142:3 | 226:7,16 | |

**embraced** 46:7
46:9
**emergencies**
59:15 62:8
**emerging** 62:9
293:4
**emissions**
24:22 25:2
**emory** 113:12
249:22 251:3
**emphasis**
215:25
**emphasize**
307:17
**employed**
201:19,20
**employee** 51:9
**employees** 5:17
7:20 39:22
200:11,16
201:11,14
295:1
**enabled** 24:14
**encouraged**
29:12
**ended** 252:2
**endpoint**
143:18,22
144:9
**endpoints**
45:24,24,25
48:19 125:23
127:5 285:6,10
**ends** 65:15 74:3

**energy** 17:7,16
17:16 18:8,10
19:20
**engagement**
51:17
**engineering**
32:22
**engineers** 33:6
**enhance** 56:4
**enhanced** 61:9
**enhances** 90:9
**enlisted** 212:8
213:13
**ensminger**
220:3,4,11,14
**ensure** 54:14
**entail** 243:8
**entailed** 35:7
**entering** 104:4
**entire** 31:18
163:12 236:5
**entirely** 168:9
169:18 237:2,2
285:25 295:10
**entirety** 31:22
**entities** 127:11
165:19
**entitled** 183:23
194:4 259:16
**entity** 73:7,25
276:15 292:9
**environment**
23:16 66:2
**environmental**
3:18 17:6 18:9

19:18 20:25
23:9,10,14,24
26:11 27:16
32:22 59:4
60:20 61:23
62:8,9 75:12
88:18 131:17
132:2 147:9
148:4 168:21
175:24 182:8
182:12,15,17
183:5,12
184:15 195:1
196:16 201:4
254:15 266:6
283:6,17 284:3
**environment...**
258:11
**envision** 52:10
**epa** 26:10 29:7
29:12 72:21
113:19 116:16
117:6 124:6
125:14,23
126:1,10,10
259:7,12 280:6
281:5 290:4,23
292:4,11 293:3
293:7
**epi** 22:23 23:5
82:17 113:11
116:11 131:18
134:3 191:5
251:8

**epidemiologic**
56:21 61:8
66:1 79:13
182:25 183:2
251:19 269:24
**epidemiologi...**
117:19 119:2
119:12 129:5
129:22 133:24
174:24 190:21
191:6 192:7
258:25 259:6
260:15 291:2
293:24
**epidemiologist**
6:8 27:20
33:12,13,20
44:14 52:18
56:11 67:7
68:14 101:3
132:16 281:12
302:13
**epidemiologi...**
52:15 54:14
55:11 56:24
57:18,21 74:8
74:12,15,19
82:18 250:25
251:18 294:12
**epidemiology**
6:12 21:6,17
21:23 27:12
32:23,25 33:3
34:3 51:3,24
52:8,11 53:8

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 341 of 405

53:22,23 77:21
82:17 83:20
117:14 128:25
129:9 183:1
191:10,19,21
192:2,10 251:2
251:9 283:19
294:9,11
**equal** 76:23
199:22 202:17
235:14 260:5
260:22 261:1,5
280:15
**equipoise**
115:15 116:2,6
116:7 132:4,6
132:17,18,23
132:24 133:6,8
133:23 134:8
276:9 277:4,9
277:15,23
278:18 279:1
289:10,12,23
291:18,18
308:11 310:21
**equity** 62:19
**era** 18:16
**errata** 314:1
**error** 76:19
175:6
**esophageal**
199:7 289:22
**especially**
55:24 57:15
93:6 158:25

**esq** 3:4,7,11,12
3:17,21
**essentially** 23:7
104:3 304:7
**establish** 258:3
**established**
123:19
**establishment**
60:22
**estimate**
178:23 190:8,9
190:13 242:20
260:1 279:5,14
279:22 280:12
280:22
**estimated**
124:19 193:13
264:2 271:8
**estimates**
177:24 178:25
180:17 260:1
**et** 7:7,10,14,18
266:18
**ethical** 53:20
**ethics** 6:12
16:20
**european** 72:13
**evaluate**
125:20 265:9
305:2
**evaluated** 44:4
84:21 125:16
139:21,24
140:3,19,24
142:9 170:21

253:24
**evaluating**
232:14 293:4
**evaluation** 5:13
5:23 6:4 7:8,12
39:14 40:9,21
130:24 183:23
194:4 287:25
288:16
**event** 97:4
197:21 198:1
**eventually** 46:7
**everybody**
37:17 45:9,13
205:12 246:11
305:3
**evidence** 5:20
40:3 79:8,9,10
80:18,24,25
84:22 108:24
108:25 109:8
109:22,22
110:7 115:8,13
115:15 117:1
122:22 127:9
127:11 128:20
128:21 129:5
129:13,15,21
129:22,23
130:1,13,20
132:5 133:25
134:7,9 140:17
140:23 141:6
141:18 152:5
225:5 232:8

233:7 247:21
251:11 252:5
254:12 256:24
257:13 258:17
258:20 259:17
262:2,3 263:5
263:6 274:12
276:3,7 277:7
278:1,4,6,11,11
278:16,21
281:6,20 283:1
285:22 286:21
288:1,20 289:1
289:4,12,23
291:7,12,14
308:8 310:20
**exact** 46:2
279:22 293:10
**exactly** 28:1
47:6 52:22
70:8 116:5
205:18 226:18
276:11
**examination**
9:4 173:23
**examinations**
5:3
**examined** 9:2
**example** 22:3,4
23:4 33:3
48:25 54:16
66:2 69:19
71:24 73:15
74:18 75:8,8
80:20 82:20

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 342 of 405

89:22 90:18,24
92:2,12 94:13
97:25 100:7,24
101:13,20
102:11,23
121:13 122:2
124:14 125:25
129:14 131:2
134:5 140:3,5
140:8 141:9
142:2,8 143:14
180:3,14 181:5
188:16,18
189:17 197:3,9
205:25 206:4
208:10 209:25
210:15 212:8
221:24 226:14
227:4,10
287:10
**examples** 69:20
210:15
**except** 118:1
152:4 163:23
163:25 168:1
175:1 180:15
194:16 203:19
203:23
**excess** 140:16
**exclude** 236:9
238:6
**excluded**
159:16 187:14
**excluding**
237:25

**excuse** 148:13
172:2 205:14
**exercises** 179:2
272:14
**exhausted**
234:18
**exhibit** 5:8,9,11
5:13,16,19,22
6:3,4,7,10,12
6:14,15,17,19
6:21,23 7:3,4,5
7:8,12,15,17,20
13:21,22 14:2
14:5 39:13,20
40:1,8,9,18
41:2,12,22,23
52:1,4,5 53:1,2
53:7 58:22,23
61:15 64:3,4,5
66:17,18,24
69:4,6 81:22
81:25 104:16
104:17,17,19
119:16 122:19
147:1,4 173:15
173:15,16
175:14,15,16
175:18 183:20
183:21,22
194:1,3 200:12
200:14,15,16
204:4 207:13
229:19 241:24
241:25 242:2
246:16,17

247:22 266:10
266:15,17
274:14 294:23
294:25
**exhibits** 5:7
51:23
**exist** 140:17,23
143:7 268:23
**existed** 25:20
148:16
**existence** 57:23
**exists** 57:22
128:22
**expand** 59:22
60:12
**expect** 30:21
37:19 79:4
**expected** 96:3,5
**expensive**
43:18
**experience** 22:9
29:3 45:10
46:14,15,16,17
168:9
**experienced**
281:12
**experiment**
142:20,23
143:21
**expert** 87:24
**experts** 83:20
254:21 273:16
297:14
**expires** 314:25

**explain** 44:15
48:15,16 68:15
82:1 94:21
130:17,21
132:20 153:15
158:10 161:7
227:11,25
231:10 233:11
260:25
**explaining**
233:12
**exploratory**
244:7
**explore** 43:23
**exposed** 5:14
5:17,23 6:5
7:21 17:6
19:18 22:12
23:20 27:24
31:6 39:15,23
40:11,23 93:9
98:2 99:15
102:21 114:1
114:11 136:15
136:21,22
143:5 180:21
180:22 181:6
181:13 193:11
194:5 197:25
200:17 205:12
205:15 206:2
207:16 210:3
210:18 211:3
211:18 212:10
215:1,15 217:1

217:11,13
221:6 222:25
224:14 235:7
237:11 238:19
239:8,13,14,18
239:19,22
240:14 241:5
243:18 258:10
269:22 295:2
303:11 304:8
**exposure** 7:8
20:6 22:1,19
23:14,14,16,23
23:23,24 38:2
59:20,23 62:6
74:23 78:13
89:20,25 90:2
90:6,9,23
91:20 92:22
93:1,5,10
94:14 99:6,9
106:6 114:11
136:12,13,17
136:18 139:19
140:1,4,4,5,8,8
140:10,10,11
140:12,14,15
141:2 144:8,15
144:17,18,19
144:19,23
145:1,2,8,10,15
145:18,21
150:22 160:4
169:7 170:20
177:11,14

179:16 181:18
185:3,20
186:16 187:25
188:17 204:4
204:11,12,19
205:3,8 206:7
208:13,14
209:12,18,20
209:21 210:24
211:19 216:12
217:20,21,22
217:23 218:23
219:1,4,6
220:6 221:5,21
222:13,15
223:3,4 224:7
224:8,12,17,18
225:3,7,10,21
225:23 226:15
226:16,21,22
226:23 227:1,3
227:7,19,20
228:7 229:8,8
229:14,19
230:2,3,21
231:6,22
234:25 235:4
235:17,19
236:2,12,15,17
236:20 237:1
237:13,18,19
238:7,17,22
239:3,7,10,24
240:1,5,9,18
242:20 243:1

246:24 251:7
254:12,13
279:16 282:15
284:5,16,21
286:7 298:8,12
299:8,8 303:5
303:17,20,24
305:22 309:16
**exposures** 22:8
22:10 23:16
35:14 59:21
65:21,24 75:13
93:2,12 114:7
114:15 132:2
141:14,15
150:14 177:4
185:15 188:12
204:20 211:8
211:18 214:14
221:8 226:20
236:14 241:17
243:2 254:14
255:7 258:18
265:9 279:25
283:6,17 298:7
**expressed**
221:10
**extensive** 93:16
**extent** 31:10
43:5,6,6 49:11
90:5,21 168:4
179:1 194:20
303:7 304:18
**external** 250:6
250:9

**extra** 164:24
165:22 168:8
**extreme** 296:12
**extremely**
162:17 294:9

**f**

**f** 313:1
**face** 71:17
**faced** 219:9
**facilitate** 56:25
**facilities** 219:3
**facility** 73:7
**fact** 14:22
22:16 27:7
77:17 106:8
125:14 136:21
177:21 185:25
193:2,8 195:8
200:3 202:23
203:19,23
204:22 217:12
224:21 232:19
246:7 253:10
272:12 276:20
276:21 291:14
**factor** 104:6
159:19 231:6
279:3 280:10
**factors** 92:11
92:13 100:12
100:21,23
101:5 144:7
145:12 157:20
262:12 263:21

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 344 of 405

facts 73:8,9
100:15
faculty 32:14
fagliano 169:11
fails 87:5 149:5
fair 38:18
41:18 44:5
57:11 104:7
119:23 127:24
130:9 132:25
142:15 145:10
167:5 189:20
229:17 235:15
236:5 251:10
258:23 260:21
281:10
fall 21:5
fallon 25:6
false 76:10,11
76:15,15,16,19
76:20,25 77:1
240:6
familiar 162:17
272:1 302:13
families 6:8
36:11 75:23
family 75:23
76:2 179:20
186:15 204:22
204:24 208:6
210:10 211:23
211:25 222:8
223:13,14
237:3 299:13
299:17,19

304:16 305:16
far 26:14 89:16
91:3 192:12
195:14 213:23
229:11,11
244:17 248:3
269:4 292:4
fashion 54:17
fast 282:21
286:15
fate 177:16
204:7
fault 15:3
fda 72:22
feasible 243:6
federal 59:15
feel 22:7 44:24
45:19 62:14
114:15,17
136:6 297:20
feeling 148:2
felt 84:7 110:1
185:11 196:8
205:21 217:24
248:8,15 254:1
256:16 292:6
females 171:17
173:3,5 212:5
215:10,12
fewer 203:2,3
262:10
field 23:7 73:4
73:20 84:11,11
85:10 93:21
191:20,24

192:1 197:5
251:1 262:19
271:7
fifty 302:4,5
figure 64:11
114:2 209:14
212:3 213:10
215:11 219:12
227:17 269:21
304:7
figured 196:13
figures 97:25
186:7
file 137:22,24
229:22,22,25
230:13,21,21
files 120:10
138:5 163:14
253:4
fill 271:21
272:2
filled 272:13
final 82:13
149:12
find 36:9 67:12
112:13 114:4
146:10 159:12
190:20 192:18
213:18 251:24
270:17
finding 31:6
78:14 160:8
231:7 284:19
findings 30:23
57:1,3 93:23

140:25 193:10
258:8,9,24
259:3
fine 12:5 91:15
97:7,7
finish 13:10,11
finished 28:7
28:10,13 290:7
finishing 35:1
firefighters
86:6,8
first 9:2 11:21
11:23 17:4
25:12 28:6
32:10 34:3
36:8 39:13
41:13 49:9
56:19 57:14
58:25 64:1
65:18 71:20
79:1 85:14
88:22 105:4
112:17 114:12
120:20 138:22
155:25 160:24
161:9 169:5
171:1 174:5,23
175:1,11 182:8
187:25 193:14
194:2 199:5
204:8 237:5
249:4 267:4,5
298:18,20
299:3 301:7
306:14 308:6

Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 345 of 405

fisher  3:8
fit  12:17 94:12
  95:3,4,17
  159:1,2 183:1
  233:21 237:8
  257:24 276:6
  276:11 286:1
five  27:17
  28:15 33:7
  34:9 97:17
  104:18 115:12
  117:2 140:6
  174:14 302:4,4
  302:5 308:3
  309:9
flip  81:3
floor  3:8
fluid  7:18 90:8
  266:19
focus  18:17
  29:22 33:25
  34:8,15 51:20
  63:7 78:16
  139:20 190:9
  261:24 276:13
  287:20 293:25
  308:3
focused  19:1
  20:1 30:14
  80:11 113:16
  125:24 129:9
  174:14 182:5
  242:10 255:7
  268:7,18

focusing  117:2
  216:13 308:4
  309:9
folder  138:7,8
  138:14
follow  47:15
  85:6 92:1
  93:17,19 98:1
  152:24,25
  294:12 303:23
followed  62:24
  93:20,22
  257:19 259:6
following
  197:20,24
follows  9:3
force  24:23
  45:6
forced  43:14
fords  66:14
  67:6,22
forefront  60:14
forever  163:6
forget  10:17
  105:19 212:24
  295:19 296:3
forgot  13:4
  34:7
forgotten  11:3
form  48:4 57:1
  73:11 104:8
  132:9,11,13
  249:24 284:21
  301:15,20,25
  305:9

formal  26:2
  99:21 248:22
formed  46:6
  47:23 48:2,3
  48:12 306:16
former  7:20
  295:1
formulate
  56:23
forth  20:3 50:8
  84:2 111:22
  159:9 163:2,2
  201:25 242:12
  242:21 243:3,6
  251:16,22
  275:5 305:18
  313:8
forward  161:21
found  65:3
  77:17 80:12
  154:21 177:5
  182:19 188:7
  245:15,18
  262:3 263:6
  264:17 265:4
  266:8
founder  195:12
founders
  195:13
four  27:17 48:1
  63:7 66:14
  67:22 94:14,18
  157:12,15
  230:24 308:6

fourth  191:11
frame  64:2,7
  70:17
frank  1:14 2:11
  5:11 6:18,19
  6:21,24 8:8 9:1
  9:13 67:7
  313:7 314:4
franklin  3:19
friday  14:18
front  71:18
  92:16 190:25
fuel  18:23,24
fulfill  62:2
fulfilled  62:15
full  9:11 56:20
  57:14 84:1
  145:13 153:16
  154:8,11
  167:15 201:18
  201:20 230:20
  246:20 259:22
fully  156:24
funded  293:16
funk  241:15
funny  64:15
  224:19
further  43:8
  59:20 138:21
  313:12
future  103:22

## g

gain  58:3
gas  18:22

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 346 of 405

gastrointestinal 284:8

gathering 120:6 257:5

geiger 213:14 213:19,20,20 213:23 214:3,3 216:18 218:2,7 218:7,11,14,20 219:2,15

gene 66:2

general 65:25 71:15 95:2 103:6,16 190:16 217:16 283:24

generally 14:23 28:17 35:24 44:14,17 52:8 181:21 225:2 273:4

generated 178:10,15 221:19

generic 90:2

genetics 66:2

georgetown 3:13

georgia 1:16 2:13,16 8:6 105:21 313:3

gestational 24:9 28:23 29:1 32:8

gesturing 133:7 224:10,10,13 226:6,7,8,12 227:5 232:2,3 232:8,11 234:1

getting 16:22 27:15 43:2 88:11 99:4 101:23 168:10 193:17,17 296:20

girschick 4:3

gis 25:24

give 11:7 12:10 12:12 34:21 41:3,9 42:24 56:17 64:1 67:8 104:25 106:21 107:3 115:24 156:9 163:11 183:17 221:2 273:23 277:3 278:14

given 72:8 100:14 137:12 177:21 205:4 210:23 211:4 236:18 255:19 313:10

gives 64:7 71:6 158:2 160:9

giving 18:20 44:21 109:25 219:24 254:6 257:9 276:22

gjonaj 4:5

glass 13:18

gleaned 57:5

go 9:20 11:14 13:25 15:12 16:8,9 18:5 20:15 24:2 34:10 41:20 43:7 44:2,2 52:3,22 54:11 56:19 61:15 63:21 67:18 68:23 70:9,22 73:12 74:2 75:7 78:5 82:22,24 83:4 83:13 86:4 89:17 92:11 95:18 102:16 103:20 104:13 107:19 125:10 127:8,25 128:18 130:17 134:8 136:3 137:2 138:20 138:20,21 149:8 150:10 151:3,6,18 152:2 159:5,21 160:1 161:24 168:6 170:7 172:7 174:18 193:23 210:14 220:6 224:10 224:11,15,16

226:4,6 229:11 234:14,15 246:18 263:23 267:7 281:7 286:14,16 300:5 307:15

goals 63:5

goes 77:18 78:19 82:8 83:6,6,9 149:14 151:23 166:23 174:8 224:12 227:5 227:18 229:11 261:19,22 286:17

going 9:25 10:1 10:20 11:7 12:14 14:1 15:21 17:9 18:5 19:16,21 19:24 20:8 22:17 27:16 30:4,25 31:15 33:25 34:9,9 34:14,16 39:13 39:21 41:22 43:18,25 45:3 45:14 46:13 48:17 49:9 52:2,7,22 53:4 54:7 58:17 61:4 63:24 67:18 68:20,21 69:3,4 70:10

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 347 of 405

70:19 77:2
81:11 83:13
84:12 92:12
100:13 101:7
105:2 126:11
128:4,8 139:22
142:3 145:24
146:15,20
150:1 151:24
154:16 157:18
161:4,5,22
163:2 173:20
174:2 180:18
182:6 183:17
193:22 200:10
201:24 206:7
208:24 219:8
219:15 221:5
224:24 227:17
230:6 231:22
232:1,11,17
234:1 238:4
240:1 241:20
243:6,9 258:3
266:9 268:8
274:6 275:7
284:13 285:5,9
294:18 311:25
312:5
**goldman** 134:6
134:12,18
135:4
**golkow** 8:3
**good** 8:17 9:6
11:9,11 26:21

29:15 30:12,12
35:20 49:6
52:18 58:11
76:20 78:6
89:20,20,21
91:13,15,19,20
95:17 101:18
103:21,22
120:23 139:8
141:9 145:16
149:1,4 152:15
182:16,23
195:5 248:23
254:19,19
260:3 261:7,8
261:12 269:10
270:3 281:7
292:15 297:16
298:14 300:6
305:3
**goodness** 95:3
95:4
**gotten** 135:25
163:13 195:9
196:16 253:1
305:3
**government**
9:16 12:20,23
51:9,11 55:24
**governmental**
126:23
**grab** 110:2,5
**grade** 158:12
158:14 171:23
172:3 173:8

**gradient**
286:15
**grading** 286:2
**graduate** 16:9
16:10,11,12,22
25:14 32:21
**graduated** 16:6
**grand** 3:9
**grandjean**
195:13
**great** 29:16
43:5 90:21
292:13
**greater** 140:5
202:19 235:12
235:13,13
240:6
**greenland**
77:20 197:4
**greenwald** 3:4
5:4 8:12,12 9:5
9:7 13:23 14:7
39:21 40:2,7,9
40:15,19 41:3
41:24 52:2,6
58:24 64:6
66:22,24 69:7
73:2 74:2
81:15 82:1
89:9 104:12,13
132:10,12,15
132:16 146:15
146:18,24
173:10,13,17
174:17 195:8

196:18 247:21
263:24 294:21
308:23
**greenwald's**
247:24 257:8
**groundwater**
177:16 245:15
245:17
**group** 3:12
18:8 36:16
82:23 86:5
91:6 97:16
98:2,3 102:20
112:17 136:21
161:14,25
167:10 176:24
177:1,4,4,5,8
180:9,10
185:12 188:17
199:1,2 202:8
227:19 235:14
237:25 238:2,3
242:25 244:15
246:14 299:7,9
300:10 305:1
311:24
**groupings** 97:8
97:17,18,18
255:3
**groups** 47:23
48:1 102:18
180:11,21
209:10
**guess** 11:20,23
35:11 64:11,25

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 348 of 405

75:15 114:20
187:13 239:21
268:11 287:14
287:19 292:25
**guidance** 62:12
**guidelines** 6:13
7:18 52:3,7,23
266:19 268:19
**gulf** 115:19,22
127:18 275:4
**gun** 241:18
243:3

**h**

**habits** 269:6
270:7
**hadnot** 175:9
180:4 186:12
206:23,24
210:17 217:16
217:17 219:3
219:20 222:6,6
247:5 271:7
272:10,13,19
272:25
**half** 16:16,17
103:17 147:10
159:10 163:1
**hampshire**
17:20 48:4
**hand** 64:14
70:20 123:25
232:10 313:18
**handle** 190:12
256:1

**hanford** 25:1
**happen** 42:22
43:3 103:3
159:25
**happened** 31:1
45:1 65:11
80:1 88:11
105:12 218:4
282:15
**happens** 95:22
103:3 216:7
224:12 305:11
**hard** 31:9 38:7
96:1 106:17
113:6 114:16
137:17 225:10
282:21 286:15
307:18 311:8
**harder** 308:1
**harm** 73:6,7
**harmful** 62:6
**harvard** 20:17
20:23 21:8
26:18 251:4
**hate** 79:9 190:5
280:20
**havai** 4:4
**haverford** 6:21
15:15 68:11
**hazard** 96:19
122:7 188:7,10
190:10,10
199:6,10,18
202:12,19
203:14 238:18

262:6 263:10
279:8
**hazardous** 21:3
25:20 27:6
35:6,7,10 59:3
59:4,14,23
62:7,10
**hazards** 59:19
184:12 198:2,3
198:13
**head** 77:10
102:5 104:24
105:19 106:18
173:9 252:25
**headway**
294:18
**health** 6:23
17:6,7 19:12
19:16,18,19
20:5,15,18,23
20:25 21:6,8
21:10,18,24
22:18,22 26:6
26:19,19 27:3
27:16 28:8
30:11,11 33:8
35:15,16 42:4
42:20 44:22,24
46:16 49:19,25
49:25 50:3
51:16 52:11,19
52:19 53:25
54:19 56:1,4,5
56:23,25 57:17
57:22,25 58:2

59:2,16,17,19
59:22 60:5,20
60:22 61:2,23
62:6,8,9,10,12
63:8 71:2 74:5
74:6 75:19,20
76:3 79:23
84:11 88:18
123:10,11
124:23,23
125:1,10
147:10 148:4
152:10 168:21
175:24 182:8
182:13,15,17
183:5,12
184:15 195:1
196:6,16 201:4
220:24 240:20
240:21,22,23
243:22,23
244:18 245:2,4
254:16 258:17
264:11,13,18
264:20 265:7
266:25 267:8
267:11,16
269:2,13,21,23
270:12,15,19
271:18 284:3
284:17,19
302:19,24
**healtheffeccts**
5:15

Golkow Technologies,
A Veritext Division
877-379-3377                                                         www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 349 of 405

**healtheffects**
5:21 7:11,14
7:19,22
**healthy** 91:23
91:24
**hear** 183:9
**heard** 51:4
182:20 224:4
268:15
**hearsay** 183:9
**heavy** 106:6
**heck** 276:5
**heeding** 71:14
**hegel** 20:3
**held** 2:11 8:6
19:14 53:21
254:9
**help** 12:7,9
36:12 38:5
42:19 59:20
61:3,7 64:13
65:9 106:19
111:19 117:25
127:22 145:22
158:9 208:5
228:4 256:15
267:10 295:8
298:4
**helped** 18:3
22:16 36:14
48:4 50:17
61:6 162:1,1
169:5 176:8,11
176:12 184:10
194:18,23

**helpful** 26:10
26:11 38:17
50:18 70:16
79:14 143:13
156:20 162:7
225:15 233:10
279:23 294:17
300:18
**helping** 27:10
169:16
**helps** 57:4
273:3
**hereinbefore**
313:8
**hereunto**
313:17
**hero** 42:25 68:7
**hhs** 8:23 9:22
10:8
**high** 15:16,24
19:21 33:23
34:21 35:22
89:12,16,19
91:14,16 92:4
92:5,6,9 95:6
95:14 98:17
114:11 116:18
134:3,10 140:8
144:14,16,18
144:24 178:19
188:17,20
217:22 229:7,9
240:5 245:1
273:23,24
278:22,24

305:22,25
309:16 311:6
**higher** 95:19
98:3 177:4
178:15 179:13
188:11 202:24
217:21,23
226:16,17,20
226:21 227:18
227:19 261:8
271:9 280:24
303:2 310:3,18
311:7
**highest** 129:1,4
178:18 226:22
226:23
**highlighted**
229:24 230:1
**highly** 97:2
**hill** 130:20
131:1 280:10
281:18,18,21
282:3 285:12
286:14
**hill's** 233:1
278:14 279:13
283:19,20,21
286:11
**hipaa** 301:15
301:20,25
306:8,11
**histological**
122:10,14
139:10 161:5
172:5

**historic** 177:15
**history** 6:11
**hit** 114:9
**hodgkin** 199:7
200:3 228:15
228:17,19
230:10
**hodgkin's** 7:6
24:10 29:18
34:13 108:7,9
131:5 139:3,10
171:4 230:9,11
261:18 262:15
285:4 310:10
**holcomb** 175:7
180:5,14 211:7
211:11,14
214:13,25
215:8 222:10
**hold** 210:21
**home** 10:25
**honest** 270:10
**honesty** 55:12
**hoping** 24:17
42:18 193:16
**hospital** 36:13
180:4
**hospitals**
166:23
**hot** 150:25,25
**hour** 265:15
267:23
**housing** 18:25
179:20,25
180:12 186:4

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 350 of 405

186:15 204:23
205:25 208:6
210:10 211:23
211:25 222:3,8
223:13,14
299:13,17,19
304:16 305:17
**huge** 110:2
**huh** 14:24
21:11 32:16
37:21 39:19
41:1,6,19 42:5
54:10,13 56:9
59:6 63:10
64:17,20 71:13
87:25 92:8,15
92:17 112:22
116:1 117:7
123:9,22
127:13 128:2
129:17 130:19
137:8 150:2,9
150:11,13,20
152:21 153:13
153:22,25
155:5 157:11
157:19 160:18
161:13 162:6
165:3,12,25
166:12 167:8
169:12 171:7,9
171:18 172:8
172:10,22
174:16,20
177:2 186:2

187:22 188:6
189:5,10
190:19 191:16
193:20 195:21
195:25 196:21
197:22 198:19
204:5,17 209:7
209:11,22
212:7 216:14
219:10 221:4,9
221:17 222:4
223:10 225:1
226:9 227:9,23
228:6,16,18,21
230:8 232:6
234:16 236:7
238:23 242:4
243:14 246:17
246:25 248:11
253:2 256:3
258:15 259:4
259:14,18
260:7 263:2
268:6,21
271:10 274:13
276:8 279:7
282:1 285:8,19
286:4 289:24
298:10,23
299:2 300:1
306:2 309:6,12
**human** 129:23
143:2,3,17,25
144:1 151:14
151:16,20

152:10,13
252:10 278:6
278:11
**humans** 130:3
143:19,22
278:13
**hundred** 77:16
123:23
**hundreds**
37:17
**hunger** 139:16
**hurt** 146:12
**hygiene** 21:25
**hyponatremia**
268:8,10,13,20
**hypotheses**
232:14
**hypothesis**
69:22 231:25
232:1,3,4,12
233:24,25

**i**

**i.e.** 136:15
240:8
**iarc** 92:9
107:23 108:1
108:13,14,20
109:1,9 113:18
113:18 116:3,8
116:9 117:10
117:18 118:16
120:21 125:14
125:19,20
126:3,10,12
127:5 128:25

129:4,14 130:7
259:7,12 280:7
290:4,23 292:4
292:12
**idea** 22:16 31:2
49:7,17 88:24
144:16 154:18
167:13 182:22
184:8 196:10
204:19 231:24
237:9 244:6
272:11 275:2
285:15 299:6
**ideal** 48:17
**ideas** 82:12
89:17 109:13
113:24 244:5
244:12
**identification**
13:21,22 39:20
40:1,8,18 41:2
41:23 52:1,5
58:22,23 64:4
64:5 66:18
69:6 81:25
173:16 175:16
183:21 241:25
266:15 294:23
**identified** 49:4
75:25 76:2
121:5,6 212:16
248:8 253:3
308:7
**identifier** 85:23

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 351 of 405

**identify** 8:9
36:14 37:23
85:22 175:17
176:23 200:15
294:25
**identifying**
57:16 85:17
**ignored** 57:23
**illnesses** 59:21
**ilsi** 29:8
**impact** 6:16
23:2 29:11
56:13 58:21
92:21 93:5
100:9 102:7
136:9,13 257:6
257:14,19
280:24
**impacted** 24:23
73:8 75:14
**impacts** 62:10
152:13
**impartiality**
55:13
**impetus** 138:23
**implement** 59:2
**implementing**
59:17
**implications**
74:14
**implied** 272:16
**importance**
57:19 76:12
**important**
13:15 20:16

44:13,19 45:21
46:20 54:22
55:1 57:4,15
62:2 72:2 76:4
80:24 84:7
85:24 93:17
103:18,21
125:25 126:5,6
130:23 131:13
144:12 146:8
157:2,24 158:1
162:2 192:6
196:11 204:20
239:25 241:18
288:6
**impossible** 13:8
114:6
**improvement**
26:19 53:25
**inaccurate**
141:23
**inactive** 59:14
**inadequate**
291:11
**incidence** 6:4
7:6 38:4 40:20
40:21 43:11,17
49:10 82:21
83:17,24 84:19
85:10,16,20
86:4,10 87:4,8
87:17 89:5,13
90:25 96:1
99:22 100:7,25
120:16 121:12

121:17,21,25
122:13 139:9
146:25 147:15
153:6,12 172:4
191:7 243:5
306:15 307:6
**incinerator**
71:25
**include** 21:24
21:25 30:20
44:24 49:10
56:22,25 82:5
92:24 110:5
111:25 112:1
150:17 154:2
198:23 286:5
288:5
**included** 24:22
50:14 109:5
117:18 119:14
121:16 154:23
185:6 186:6
194:19 262:17
279:12 286:11
287:25 290:3
290:20 297:22
303:15
**includes** 186:3
259:5 298:21
299:1
**including** 65:22
115:7 118:8
159:4 162:14
185:15 192:9
279:18 311:5

**inclusion**
290:22
**income** 18:18
18:20 19:1
24:24
**inconclusive**
278:23
**inconsistent**
55:19,20
**incorporate**
129:7
**increase** 73:23
91:5 161:3
225:2,6 226:2
226:3 234:13
234:13
**increased**
122:6 140:2
**increases** 225:3
225:7 231:23
**increasing**
230:3 231:25
232:23 233:8
234:9,9
**incremental**
226:16,17,20
226:22
**independent**
82:9 126:13
**independently**
269:5
**index** 5:1 6:1
7:1 85:15,25
86:16,17 90:14
96:16 157:6

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 352 of 405

**india** 33:3
**indicate** 103:19
235:6 259:24
**indicates**
189:24 235:16
263:17
**indicating**
244:12
**indication**
215:12 229:12
**indicator** 158:6
**indicators**
158:6
**indiscernible**
81:24 111:1
131:13 134:14
135:21 300:15
**individual**
97:10 98:8
164:22 165:1,7
186:21 198:23
199:25 212:3
212:14 214:7
214:12,20,23
214:23,25
222:16 223:6
270:2 288:17
307:8,8
**individual's**
221:16
**individuals**
187:15 209:24
236:9 263:18
**industrial**
21:25 23:2

**infection** 131:3
**infections**
283:7
**infectious**
131:2,25
285:14,16,16
**inference**
148:21 149:2
**infertility**
311:6
**inflate** 102:14
**inform** 80:9
**informal** 65:23
**informally**
248:25 254:6
**information**
25:21 34:6
36:12 37:3
38:1 39:8
42:20 48:21
57:20 60:23
61:4,8 71:19
73:14 74:22
75:12 78:22
79:1,7,7,15
80:6,9 85:18
91:10,15,15,17
94:2 97:14,15
100:15 101:6
101:15,16,18
114:13 116:10
116:11 118:10
122:14 123:14
139:25 141:11
142:19 143:11

143:13 155:21
155:24 156:8,9
156:18 167:2
179:18,24
186:14 198:9
201:13 204:9
204:10,21
206:6 207:17
208:2,3 209:23
210:1,5,6,15,20
211:6,12
212:13,18,19
213:16 219:14
219:24 220:2
220:17,19,22
220:22,23
221:1,2 223:12
225:11 227:6
227:11,24
228:3 230:10
231:9 233:10
236:18 237:14
237:21,23
244:12 245:1
247:8 254:3,12
264:16 269:11
269:14,16
270:3 278:20
278:25 279:18
281:14 286:19
286:20,20
299:13,14
305:9,12 306:6
306:10

**informational**
65:24
**informative**
172:6
**informed** 10:20
80:15
**ingestion**
150:18
**inhalation**
150:18
**inhale** 150:25
**inherent**
178:11
**initial** 32:11
82:25 111:21
114:23 228:23
249:19 299:20
**initially** 35:1
49:7 77:24
111:2 112:7
176:7
**initiated** 58:1
**innovation**
52:13 62:19
**innovative** 63:9
**inordinate**
284:20,24
285:1
**input** 45:22
48:18 74:1
253:8 254:6
**inputs** 179:17
**instances** 73:18
137:2 232:18
275:3

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 353 of 405

**instigated**
75:21
**institutional**
151:10
**integrate** 259:3
280:13
**integrated**
258:8
**integrity** 62:19
**intensely**
300:11
**intensities**
140:9,10
144:15
**intensity** 140:8
140:13 144:7
145:17
**interactions**
66:3
**intercede** 162:8
**interest** 18:8
29:7 55:10,11
55:23 56:2
143:16 306:4
**interested**
19:19,20 20:7
36:25 43:17
90:23 96:5
97:5 99:13
145:22 148:5
182:18 196:6,9
253:25 298:18
313:14
**interesting**
146:8 229:7

**interlude** 89:10
**intermittent**
211:8 214:14
**internal** 87:24
150:17 200:4
230:19 251:24
299:4 304:19
**internally**
43:15 46:6
251:22
**international**
35:8 107:23,24
**internship** 26:4
27:4
**internships**
25:15
**interplay**
140:12
**interpret** 31:9
69:21 91:21
148:18 149:3
161:6 224:18
225:11 251:20
251:20 294:13
**interpretation**
55:13 56:14
176:12 181:20
219:13
**interpreting**
191:5 293:23
294:13
**interpretive**
140:6
**interruption**
89:8

**intersection**
21:17
**interval** 149:15
149:22 188:22
189:1,7,13,21
189:24 190:15
190:16,17
191:12,13,15
192:13,24
193:7 199:17
199:21 202:16
202:24 203:14
203:20,24
260:5,12 261:4
261:7,10 279:3
280:14,17,19
**intervals**
188:14,20
193:12 203:8
259:24
**interview** 37:2
38:8 66:13,16
**interviewed**
15:19 67:19
**interviewer**
89:2
**interviews** 37:6
179:18
**introduce** 9:8
**introduced**
174:1
**introduction**
112:6
**inverse** 140:7

**investigate**
25:19
**investigated**
269:5
**investigating**
62:9
**investigation**
25:4,5 57:25
271:21
**investigations**
30:10 79:24
**investigator**
31:19
**involve** 50:3
**involved** 17:17
25:1,3,4 32:3
44:20 46:11
49:19,20 51:19
74:15 75:16,17
75:20 161:17
194:20 251:11
251:13,14
253:8,18 254:5
254:23 255:4
256:8 267:10
267:10 295:5
295:11,13,18
**involvement**
56:10,13
**involves** 151:20
192:8
**involving** 55:5
55:20 66:3
**iodine** 25:2

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 354 of 405

**iom** 115:17
127:11,14,16
134:2 257:16
274:17,19,23
275:3 276:15
277:1,5
**iom's** 287:13
**irb** 151:18,23
152:4
**island** 75:10,18
**issue** 39:2
43:19 73:16
77:15,16 78:4
109:1 144:6
148:3 189:9
242:22 246:3,4
250:20 262:20
278:9 285:22
287:5,21
302:25
**issued** 255:16
**issues** 17:7,7
18:8,10,25
19:21 27:8
39:7 42:12
60:15 63:15
66:4 69:20
101:19 144:25
149:5 174:19
206:9 237:9
242:24 245:3,6
245:7,9,10,25
255:8 282:24
**italics** 155:12

**j**

**j** 1:14 2:11 5:11
6:24 9:1 313:7
314:4
**january** 5:9
14:9,10 187:11
187:15 290:6,7
**jerry** 220:3,4
220:11,14
**jersey** 24:8,12
25:5 28:8,12
30:6,15 31:16
31:23 32:12
33:7 35:2 60:5
80:13,14
124:14 168:21
169:16,18
**jibe** 113:18
**job** 16:11 17:4
17:24 18:6
19:18 22:13
23:21 25:12
27:10,22 28:6
31:16,22 34:22
35:5,13 89:25
90:2 168:10
300:6
**jobs** 22:10
37:25 38:1
**johnson** 18:16
208:11 213:7
215:16 216:8
216:21 218:3
218:17,18,20
218:21

**join** 33:11
51:12,20
**joined** 33:8
**joseph** 9:13
**journal** 35:3
83:6 85:4
88:12,15,15,23
147:6,19,21
149:11 175:23
182:16,23,25
182:25 183:2,3
191:9 195:4,5
195:12 196:8,9
196:13,15
230:14 256:10
296:23
**journalists**
78:2,4
**journals** 88:21
88:25 184:18
296:6
**judgment**
116:18,21,24
260:18,22
281:1,12
**judgments**
291:21
**july** 107:7
290:6,9
**jump** 24:1 54:7
71:10 139:17
**jumping**
162:22
**june** 14:17
215:14,15

216:2
**justice** 3:18,22
9:9 10:2 19:21
**justify** 120:19

**k**

**k** 3:21 94:2,2
**kahn** 27:8
**kansas** 162:16
164:23,24
165:1 166:4,20
**kant** 20:3
**keep** 68:21
91:24 173:20
273:19 274:10
**keeps** 93:23
**kenneth** 74:17
**kept** 111:16
115:20 180:18
195:3 218:16
**key** 29:17 60:11
71:21,21 73:22
89:11 111:20
136:12 144:11
154:19 157:4,9
157:10,12,13
251:9 279:9,9
279:10 294:10
**kicks** 96:12
**kidney** 34:12
80:19 105:13
105:23 107:14
108:6 109:23
110:1,3,19
111:25 129:14
131:4 139:3

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 355 of 405

199:6 202:12
228:15 230:5
232:9 285:4
289:5,15
291:12 298:19
298:20,21
307:2 308:4,6
310:15
**killed** 86:23
**kind** 9:23 23:21
28:17 36:1
38:6 44:4
47:20 51:10
73:25 83:3
84:13 87:11
90:9 95:2 96:7
105:9 118:9
119:11 131:16
137:20 138:24
141:10,13
145:21 148:22
149:18 155:13
155:20 164:18
177:1 179:2
183:1 190:12
217:14 242:15
245:8 249:4
257:17 279:21
292:12 293:5
305:4
**kinds** 21:13
22:7,12 26:12
35:14 37:24
48:19 110:3
161:20 220:19

224:11 246:12
292:17
**kits** 18:20
**knew** 25:25
29:3 42:25
43:19 48:22,25
79:16 87:16
122:17 161:4
166:20 251:5
**knots** 94:25
**know** 9:7,23
11:13 12:10
15:18 22:6
24:16 27:25
29:9 30:2,24
31:9 34:11,12
34:17 35:13
36:1,20,20
37:9 42:17,17
44:12 45:17
46:10,20 47:22
48:20,22 49:6
50:8 51:2,10
58:14 62:22
63:19 67:11,22
68:4,8 72:13
72:14 74:20
77:20 78:5
79:3,5,13,14,17
79:18 80:4,5
80:22 83:19
84:9 86:20
87:20,21 88:1
88:25 89:3
90:8,16 91:3

92:3,5 94:1,4,5
94:15 98:2
99:5 102:1,13
102:20,22
103:18,23
104:1 109:10
110:5,16 112:2
113:8 114:1,6
114:7,8,14,25
116:3,9,11,16
116:18,20
117:24 123:14
124:2,17
128:14,25
129:13,16
131:22 133:6
134:8 135:13
135:25 137:20
141:5,6,9,18,21
141:25 142:24
144:20 146:1
147:23 148:8
148:22,25
154:3 155:8
156:10,12
159:9 160:10
162:3 163:12
168:15 174:14
179:8 182:19
184:17 187:23
188:19 191:1,4
191:6 192:2,12
195:18 197:8
205:22 206:4
208:8,9 213:19

213:24 215:7
224:11 226:25
226:25 227:24
233:20,23
237:20,21
238:4 242:20
244:11,14
246:5,6,7,12
247:18,18
248:20 249:8
251:20,23
253:21 254:2
254:13,14
255:9,10 256:4
262:23 264:18
268:10,12,17
269:4 270:1,10
270:20 272:5,9
273:15,18
275:11,18,18
276:15 277:17
278:23 281:2,5
282:11,15
284:8 291:16
291:17 294:8
295:15,20
298:3,5,5
302:24 303:7
304:3,4,5,13,14
305:18,19
307:9,15
308:21 311:4,8
**knowing**
154:19 163:5

**knowledge**
22:14 53:24
54:1 59:22
60:12 75:9
212:16 283:25
299:18
**known** 59:12
77:21 78:8
140:15 192:8
196:1 258:13
271:3
**knows** 135:23
255:12,13
311:2
**knox** 186:10
**kolka** 7:18
266:4,9,18
270:6
**kriebel** 113:10
113:24 249:21
250:24 255:6,9
**kyle** 113:12,16
249:22 251:2
255:1

**l**

**l** 3:4,11,23 29:8
**laboratory**
63:9
**laborers** 35:8
**lack** 73:13
76:15 298:19
**land** 32:2
**landfill** 32:4,5
32:9

**landfills** 32:4,6
**language**
133:12
**large** 23:16
93:8 160:6
**larger** 92:19
93:5 160:13
263:14 301:18
**larson** 194:11
194:21 200:21
**laryngeal**
310:24
**late** 104:5
135:2 169:11
290:17,18
**lautenberg**
32:6
**law** 164:23
**laws** 47:16 59:2
**lawyer** 9:22
12:20
**lawyers** 9:9,22
10:8
**layperson**
132:20
**lead** 22:12
59:16 141:8,9
141:10,12
169:13 196:3
245:7
**leadership**
182:20 248:16
**leah** 10:9
**learned** 122:17
208:9 247:15

**lee** 3:11 8:17,17
**left** 14:15,17
16:22 17:2
33:14 53:12
67:8 137:9,18
169:17
**legal** 3:12
132:14
**legislation**
296:16
**legs** 13:17
**lejeune** 1:6
5:14,18,20,24
6:6,8 7:10,13
7:22 8:7 9:9
11:3,7 13:25
23:13 24:19
25:8 30:1
33:25 34:6
36:8 37:16
39:16,24 40:4
40:12,24 41:25
42:8,11 44:18
45:15,20 46:21
47:24 48:2,8
48:12,20 49:21
50:6 63:16
65:22 69:16,17
69:18 80:10,15
81:16 92:14
101:12 103:15
104:1 106:5
118:8,11
123:18 124:23
125:10 134:25

148:2,5 150:15
150:22 152:4
152:23 153:8
153:16 155:4
156:15 158:19
158:24 159:12
159:22,24
160:1,2,7
161:20 174:3,7
174:11,24
176:15 182:18
182:21 183:8
183:25 184:25
185:3 186:4,17
186:20 187:5
187:17,21
194:6 198:16
198:20 199:1
200:18 201:7
201:19,22
202:8 204:8,15
205:7,14
207:15,23
209:5,10,13
216:1,25 217:1
217:8 218:10
218:12 219:1
223:17,21,24
224:2 230:19
235:1,11,16
236:5,9,10
238:4,11,19,20
239:8,12,17
240:1 241:3
242:13,16,23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 357 of 405

243:1,16 245:7
245:10 246:1,7
246:8 247:2
252:7 258:9,12
258:19,24
261:25 262:5
262:11,24
263:3,8,19
264:2,12
267:20 268:24
269:7 271:22
275:21 287:6
287:22 295:3
298:1 299:6
300:25 301:4
301:19 302:19
302:21,25
303:3,11,16,21
304:22 305:21
309:4,8,16
310:5 311:17
311:23 314:2
**lena** 4:3 8:23
**length** 221:22
221:25 222:2
**lengthy** 135:24
**lenient** 276:18
**leukemia** 7:6
24:10 25:6
29:18 34:14
75:24 105:14
106:2 139:4
142:5 171:4
289:6,14
291:16 308:5,7

309:22 310:1
**leukemias**
202:12 203:19
203:24
**level** 33:23
34:21 73:4,20
97:10,11,11
98:8 124:4,5
133:14 140:1
142:9,21 145:1
148:25 152:7
158:4,11
164:22 165:1,7
178:19 226:3
227:7 229:8,8
233:22 235:4,6
235:16,21
259:25 277:9
277:15,22
278:18,24
**levels** 123:15
123:15,18
177:15 179:12
179:14 180:1,6
180:17,23,25
181:2,17
186:16,24
187:3 188:1
271:8 273:8
**liability** 160:8
**lies** 189:7
**life** 146:3
**life's** 41:18
**lifestyle** 101:11
159:5

**light** 136:4
**liked** 107:3
212:17
**likely** 132:7,21
133:13 136:14
136:25 137:22
239:13,18
271:6 277:8,16
277:22 284:17
302:20 303:4
303:15
**limit** 126:8
189:3,4 227:8
260:4,4
**limitation** 87:2
136:12 146:5
178:3 246:21
246:23 302:8
302:15
**limitations**
193:8 205:4,24
238:16 296:12
307:18
**limited** 49:8
139:25 143:11
160:19 184:24
276:4,10
291:12,15
296:23
**line** 141:7,19
143:1,21
146:11 150:10
151:6 196:23
224:9 276:1

**linear** 234:13
286:8
**lines** 150:8
152:22
**link** 28:25
165:7 300:7
**linkage** 163:25
**linked** 80:25
85:18
**lion's** 25:8
**lipari** 32:5
**list** 63:5 77:5
105:13,24
106:14 109:20
111:20 112:2
125:11 127:22
136:7 138:6
249:9 256:15
256:16,19
**listed** 176:1
177:19 185:23
194:9 200:20
248:4 259:1
266:7 295:21
**listened** 253:21
**lists** 285:17
**lit** 118:13 130:7
**liter** 221:11
**literature**
111:7 114:16
119:10 120:18
120:18 122:11
125:15,18
138:1 192:19
257:5,5 258:25

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 358 of 405

259:6 289:25
**liters** 264:2,3
267:17,18
**litigation** 1:6
3:18 8:3,8 9:10
34:8 314:2
**little** 11:13
15:14 27:17
33:23 35:3
44:11,15 48:12
50:1 63:22
67:16 68:3
81:19 89:10
90:4 129:11
150:4 151:3
208:2 261:11
274:11,21
281:16 303:16
305:5
**liuna** 35:9
**live** 176:14
**lived** 186:21
204:23,24
206:1,3 210:16
222:8,10
247:16 299:22
304:13 305:20
**liver** 79:3
105:14 106:4
108:8 199:6
289:6,14
**living** 57:20
**ln** 314:6
**lobbying** 42:21

**local** 62:12
**located** 212:22
**logistic** 97:24
**logistics** 9:21
**long** 28:5 75:10
75:18 92:21
93:4,12 111:9
113:7,25
114:10 121:2
135:19 144:17
144:18,24
146:12 148:16
196:1 223:5,9
223:11 304:5
**longer** 93:18
140:11
**look** 10:22 11:4
12:16 23:12
30:8 41:8
45:24,25 48:19
49:9,11 52:9
53:6 60:9
67:11 73:21
89:12,14 90:16
94:19,20,24
95:4 98:22
99:12 100:7
104:17 121:18
125:21 126:1,6
127:1 132:4
138:11 143:7
144:1 145:23
152:20 161:4
161:22 172:14
172:20 177:3

181:2 185:25
187:24 188:4
193:14 199:23
200:11 215:1
227:1 228:5,20
234:14,20
235:21 238:8,9
238:15 242:6
243:10,12
244:1,22,24
250:13 258:5
261:17 262:21
263:25 265:13
265:22 267:7
283:18 286:14
286:15 292:7
292:17 293:1
297:12 298:13
301:3 302:5
305:16,23
307:15,19
308:1,14 309:7
**looked** 10:24
24:25 29:5
60:10 80:12
87:14 105:23
106:17 112:9
115:21 117:19
119:9 127:10
137:6 146:2
153:7 160:15
160:16 169:20
169:25 171:1,2
175:3 176:14
181:9,13

197:14 205:20
206:24 218:5,8
218:10 238:1
240:20 243:23
244:18 253:24
255:2 275:14
283:1 289:20
303:10 304:8
307:16 308:8
**looking** 22:25
24:1,8 25:1
26:8 27:24
28:22 29:13
32:3 38:13
69:24 75:17
93:6 94:12
95:6 101:14
109:1 114:3,16
120:6 121:14
132:1 133:16
137:22 138:2
142:22 145:17
158:3 171:6
177:6 178:22
181:17 191:14
200:25 204:1
205:11 212:2
252:8 265:12
280:11,14
286:6 309:16
309:21
**looks** 67:16
69:14 96:24
118:12 199:12
204:1 230:22

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 359 of 405

252:10,10
279:16
**lost** 92:1
**lot** 11:3,6 29:2
29:6 32:11
41:17 43:22
44:7 45:7 49:5
50:9 60:14
73:9 75:21
77:6 78:12
79:20 95:5
96:15 100:20
103:17 105:12
106:2 112:6
113:11,16
137:14 149:25
155:23 159:7
203:7 205:22
205:25 206:7
215:22 217:16
219:2,25
220:21,22,23
244:5 246:8
251:6,16 255:2
272:18 281:11
285:14 297:20
300:3 302:9
311:6
**lots** 58:9
**loud** 62:22
**love** 20:12 32:7
43:23
**low** 18:18,20
19:1 24:24
95:14 114:9

140:10 144:5
144:17,18
222:13 240:7
245:1 296:9
297:19 305:21
305:24
**lowell** 113:10
249:21
**lower** 38:24
95:20 178:15
179:13 180:17
189:4 239:11
239:16 260:4
**lowest** 226:21
**lst** 3:23
**lucky** 36:11
**lunch** 139:13
146:16,21,25
**lung** 79:12
138:16 168:13
168:14 284:7
**luxenberg** 3:4,8
**lymphoma** 7:7
24:10 29:18
34:13 108:7,9
131:5 139:4,10
199:8 200:4
230:9 261:18
262:15 285:4
**lymphomas**
310:9,11

---
**m**
---

**m** 1:25 2:14
313:6,20

**made** 45:15
46:21 49:5
62:7 74:18
79:16 106:14
112:4 114:25
116:2 119:2
138:16 211:22
217:25 236:25
242:16 251:15
255:24 257:3
257:18 271:3
273:5 291:15
291:15,21
305:1
**magazine** 17:8
17:11 18:4
195:23
**magnitude**
97:23 279:13
280:11,23
303:7
**mail** 37:16
**main** 35:5,5
70:24,25 91:19
203:5 218:13
218:24 278:8,9
**mainside**
210:17 211:14
212:9,10,22
213:9 215:15
219:16 247:3,6
272:18,25
**maintain** 55:12
**maintaining**
57:12,14

**maintenance**
60:23
**major** 32:4
35:21 85:19
174:9,11 175:6
287:6,21
**majored** 16:3
**majority** 213:9
**make** 11:21,25
54:9,22,24
73:20 79:18
102:1 108:16
109:18 110:13
110:16 115:8
116:12,22,25
121:7 142:20
142:24 143:1
152:17 160:14
164:10 165:10
166:1,21
169:19 171:10
175:13 187:8
228:24,25
233:4 241:23
242:23 248:15
252:6 257:3
266:9 278:25
282:9 283:25
284:11 292:8
297:20 305:18
**makes** 13:8
96:17 106:2
160:5 224:17
248:20 277:7
279:18 285:14

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 360 of 405

288:9
**making** 22:19
  73:24 161:19
  218:19 257:5
  269:18 274:18
  282:17 287:3
  294:18 305:7
**male** 7:13
  43:11 49:2,5
  183:14,24
  185:9 187:9
  192:23 193:11
  194:25 197:15
  198:5 212:6
  214:10,23
**males** 171:16
  172:24 173:5
  212:5
**man** 62:7
**management**
  26:6 194:23
  295:12,14
**mandate** 58:25
  59:13 252:8
  292:12,15
  293:6,8,10,15
**mandated**
  292:7 296:13
**mandates** 6:14
  58:20
**manor** 186:12
**manpower**
  135:7 153:18
  153:20 201:15

**manual** 165:13
  165:16
**manufacturing**
  106:7 109:4
**map** 25:24
  75:11
**margaret** 7:18
**marine** 7:9,13
  7:21 43:6,16
  48:22 49:22
  124:20 125:3,4
  152:23 155:11
  158:23 159:2
  183:24 202:25
  207:12 208:5
  208:10 212:18
  215:19 216:6
  219:18,22,23
  220:8,20,24
  221:2 223:25
  242:14 243:18
  246:4 255:24
  255:25 262:6
  263:9,15 264:1
  265:10,14
  268:19 269:1
  271:12 273:18
  295:3 296:15
  296:18 309:16
**marine's**
  223:16 266:22
**marines** 5:13
  5:23 6:4 7:20
  37:15 39:14
  40:10,22 47:24

103:11,16
  125:2 153:20
  154:14,14
  157:9,18 159:7
  185:1,4,6,8
  187:10 194:4
  200:25 202:1
  208:4 209:5
  210:13 212:16
  213:11,25
  218:7,7,11,16
  224:5 241:4,4
  243:1,16,17
  265:21 267:19
  267:19,20
  268:24 269:6
  269:17 270:7
  295:1 301:4,23
  309:4,8,8
**marital** 212:4
  214:8,22
  215:13
**mark** 12:14
  39:10,13 41:22
  69:4 81:21
  183:19 294:21
  294:22
**marked** 13:21
  13:22 14:1
  39:20 40:1,8
  40:18 41:2,23
  52:1,5 58:22
  58:23 64:4,5
  66:18 69:6
  81:25 173:16

175:16 183:21
  183:22 241:25
  242:1 266:15
  266:17 294:23
  294:24
**marriage**
  313:13
**married** 210:16
  211:7,12 212:1
  305:8
**maslia** 176:2,5
  177:19 184:4
  185:22 194:10
  194:17 200:21
**massachusetts**
  18:7 25:16
  26:11 27:20
  45:5
**master's** 27:15
**match** 85:24
  164:5,7,7,8
  299:18,23
  307:7
**matched**
  179:24 180:22
  305:17
**matches** 164:2
  164:3,10,25
  166:10,11
  300:4
**matching** 157:4
  157:13,22
  162:18,19,21
  163:7,22,23
  167:18,21

mater   15:24
   66:13 67:20
material   107:1
   121:11 253:22
materials   65:24
   65:25 94:1
   100:15 255:25
matrix   89:25
   90:2
matter   8:7 45:9
   70:7 219:7
   313:15
maureen   6:17
maximize
   54:18
maximized
   54:16
maximum
   123:15 124:3
mcl   123:10
   124:3,10,13
   181:9,9 273:9
mcls   123:7,11
   123:19 124:1
   271:9 273:19
mean   21:16,21
   23:12 31:24
   42:13 43:11
   47:9 49:17
   55:3 61:12
   64:13 65:3
   71:14 72:20
   74:17 79:19
   80:11 84:16
   85:13 86:2

88:8 89:19
92:23 94:12
95:16 101:9,9
102:7,9 103:16
108:19 115:5
116:15 117:24
123:21 132:18
136:20 141:23
142:7,12,18
143:23 145:24
160:22 163:14
165:21 166:15
191:10 192:4
193:6 204:23
205:14 206:20
214:16 219:12
220:13 222:19
233:20 235:22
236:19 246:3
255:1 261:8
270:1 273:13
273:14,15,17
276:6 277:11
277:12,17
284:24 285:7
285:10 294:7
298:13 311:4
311:15,22
means   12:10
   64:19 71:5,15
   95:17 102:10
   133:13 142:8
   190:7 226:15
   226:20 262:10
   277:16 310:3

meant   163:16
   256:25 261:2
measure   94:11
   122:7 189:6
   281:1
measured
   271:8
mechanism
   79:17 130:2
   143:8 253:24
   278:12
mechanistic
   109:13 116:11
   117:18 118:21
   118:25 119:12
   129:8 130:5
   143:8,11,24
   253:23 279:19
media   49:6
median   152:22
   152:25 153:6
medical   27:11
   32:17,18,20
   36:24 38:3
   60:24 90:14
   296:11 306:5
medicine   266:6
medium   305:22
   305:25
meet   9:16 10:3
   44:23 60:6
meeting   9:20
   11:14 45:23,25
   46:3 47:20
   82:22 83:18

84:13 107:8
   120:21 243:13
meetings   65:23
   65:23
member   6:10
   32:14 51:5,7
   51:15 107:16
   213:16
members   45:8
   48:24 50:5
   51:10 187:9
   208:4 210:12
   212:15 220:5
   237:3 239:12
   239:17
memo   244:4
memory   11:2
   11:10 12:4
   48:25 252:22
   271:14 298:4
   298:14 304:25
men   104:4
mention   12:4
   15:22 34:7,18
   140:22 243:15
   273:19 292:2
   295:13,20,23
   299:16
mentioned
   11:16 13:14
   31:14 35:25
   85:7 87:7
   99:11 116:3
   118:16 121:19
   127:4,25 128:3

Golkow Technologies,
A Veritext Division
877-370-3377   www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 362 of 405

137:5 139:9
162:10 164:15
174:17 190:18
190:22 205:5
206:10 215:10
216:24 219:15
230:12 254:24
256:5,18 257:9
257:10 260:14
264:17 278:3
283:4 291:9
302:12 303:14
306:22
**mentioning**
28:20 273:22
**mentions**
215:13
**mesothelioma**
25:24 185:16
284:6
**met** 9:7
**meta** 57:6
105:7 108:4
109:1,5,8
116:19 119:13
278:22 280:6
292:14
**method** 77:3
290:14 293:4
298:17
**methodologi...**
174:19
**methodology**
113:14,23
116:4,5,8

251:19 277:25
**methods** 63:9
98:12 99:9,11
103:22 259:16
263:25
**metric** 140:12
189:11
**michelle** 1:25
2:14 313:6,20
**michigan** 3:9
**microgram**
221:11
**mid** 162:24,24
290:9 301:1,1
**middle** 70:15
107:10 159:10
159:11 224:15
281:15 299:20
299:21,21
302:6 312:1
**midway** 186:11
**mike** 4:5
**miles** 272:9
**military** 7:18
104:5 202:2
266:19
**mind** 11:4
67:17 88:19
91:25 148:8
**mine** 67:16
169:7 184:12
**minimal** 91:9
**minimize** 91:22
92:3

**minimum**
114:15 140:13
141:1
**minute** 25:13
73:3 108:10
114:20 170:7
242:6
**minutes** 58:12
80:22 208:18
**mirrors** 276:21
**misclassificat...**
99:7,9 136:13
136:14 206:8
219:7 224:8,18
225:10 227:1
236:12 238:7
246:24 303:6
**misclassificat...**
238:18
**misleading**
78:17
**misplaced**
288:19
**mispronounce**
268:8
**missed** 70:5
86:25 100:19
168:16
**missing** 118:24
167:14
**mission** 6:10,16
51:25 52:18
53:23 58:19,21
59:8 60:7 62:5
62:14

**misspoke** 287:8
**misstated**
264:8
**misuse** 149:22
**model** 94:11,14
95:18 96:24
97:5,8,8,9,19
97:21 98:5,7
143:17 157:24
175:10 177:17
178:7,10,15,24
179:12 180:23
204:9,10 205:9
205:19,21
206:20 207:3
221:19
**modeled** 179:4
**modeling** 66:4
94:9 96:19
141:21 175:5
176:11 177:23
178:3 179:2
180:1 185:19
194:17 205:2
206:8 208:7,14
210:6 215:23
236:24,25
237:5 251:7
303:20 304:4
**models** 94:13
94:17 179:7
204:7
**modern** 191:10
191:19,21
283:18 294:9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 363 of 405

**moment** 114:10
**monday** 243:11
**monograph**
118:17
**monotonic**
225:12,21,21
226:2,6,15,19
227:2,11,14
228:2,11,12,14
228:24,25
229:3,6 231:10
231:11,12,14
231:15,18,18
231:20,21,24
232:23 233:8
233:18,19,20
234:2,3,8,11,12
286:8,19,21
**month** 27:17
65:9 145:23
178:18,23
**monthly**
177:23 178:18
206:20 210:4
210:23,24
211:4
**months** 56:12
214:15 221:11
**morbidity** 7:20
95:25 294:19
294:25
**morning** 8:17
9:6 173:18
257:7 273:7

**morris** 176:2,5
176:10 177:19
177:21 184:4
185:22 194:10
194:17 200:21
**mortality** 5:13
5:17,23 39:14
39:22 40:10
42:9 43:9
49:10 80:17
83:2 84:8,9,15
84:20 85:9,22
86:14 87:2,5,6
89:5,13 90:25
95:23 96:2,15
99:22 100:1,11
100:25 120:17
121:13,17
122:5,15,16
148:7 151:21
151:24 160:23
183:13 193:23
194:4 200:11
200:16 209:4
218:6 243:5
260:2 262:7,7
263:9 264:24
296:21
**mothers** 176:15
177:14 181:1
**mouth** 36:15
63:23
**move** 20:10
81:15 146:25
159:21 189:8

224:24
**moved** 176:8
213:13,17,22
**movement**
19:22,23
**multiple** 199:8
199:11 200:4
202:12 289:13
**multitude**
284:10
**muster** 155:10
155:17,18,21
155:23 156:9
156:12 206:15
**myeloid** 105:14
106:2 291:16
**myeloma** 199:8
199:11 200:4
202:13 289:14

**n**

**naaccr** 83:23
161:12,14
162:1,3,8
163:21 167:7
**name** 8:2 9:6
9:11 10:4
26:13 94:8
105:19 137:22
154:2,8,9,11
156:4 157:10
157:23 168:19
173:25 175:2
211:23 248:3,9
248:9,15
299:20,21,22

314:2
**named** 47:17
**names** 125:8
249:11 295:21
299:24
**nancy** 175:2
**narrow** 189:24
**narrower**
189:20,21
203:8
**nas** 196:2 293:2
**national** 83:22
85:15,16,25
86:13,16,17
90:13 96:16
113:19 117:8
157:5 161:19
164:18,19
276:16 290:24
291:6 292:20
292:22
**natural** 62:7
**nature** 59:19
**navigate** 163:5
**navy** 5:14,23
6:5 37:15
39:14 40:10,22
43:2,6,16
152:23 153:21
194:5 201:1
202:25 207:12
209:5 262:6
263:9,15
293:11,16,17
296:15

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 364 of 405

nceh   63:7
nci   75:15,16
    92:6 93:22
    280:6
ncp   290:4
ndi   96:9
ne   2:13
near   18:9
    212:24
necessarily
    91:16 116:4
    141:24 159:13
    204:23 225:15
    239:25 245:15
    280:25
necessary
    42:22 136:4
need   13:16
    47:18 58:10
    80:8 81:24
    152:14 205:8
    208:20 228:3
    238:3 248:15
    270:14
needed   221:3
    227:19 260:23
needs   26:12
    52:19 71:1
    152:10 192:19
    192:19
negative   57:3
    76:21 77:1
    78:21 99:12,20
    100:4 101:19
    164:3,5 240:6

283:21
negatives   76:11
    76:16
neglect   270:24
negligence
    270:25
negligent
    270:24
neighboring
    166:5
neither   113:15
nested   297:23
    298:2 304:19
neural   29:1,13
    37:1 181:15,24
neurobehavio...
    38:13 110:4
neurological
    22:25
neuropathy
    23:3
nevada   25:6
never   11:17
    30:24 56:13
    67:17 88:22
    106:5 149:10
    168:8 208:11
    269:5,10
    275:16 284:4
nevertheless
    80:24 206:17
new   3:5,5 17:20
    24:8,12 25:5
    28:8,12 30:6
    30:15 31:16,23

32:12 33:7
    35:2 48:4
    50:21,21 60:5
    75:19 80:13,14
    88:20 93:23
    102:2 121:15
    121:15,23
    124:14 138:19
    139:8 160:22
    160:25 163:18
    168:21 169:16
    169:18 189:15
    189:16 190:18
    245:11 246:6
    264:25 272:4,7
    272:10,14,20
    293:3
news   135:24
nhl   171:8,19
    172:21 173:8
    262:2 289:5,13
    308:5,7
nhls   171:22
    262:10
nice   136:5
    291:11
night   10:24
nine   50:10
    130:22
niosh   86:6 92:6
    146:1 244:6
    251:3 255:2
noael   143:15
nods   104:24
    173:9

nominate   48:1
    48:10 49:14
non   7:6 24:10
    29:18 34:13
    108:7,9 127:5
    131:5 139:3,10
    164:8,10
    166:11 171:4
    176:25 225:21
    226:19 227:2
    227:11,14
    228:2,12
    230:11 231:12
    231:18,21
    233:8,18,19
    234:3,8,12
    261:18 262:15
    276:5 285:4,16
    286:8,8,19,21
    310:10
normally
    105:11,11
    164:4 198:4
    250:3
north   1:1 3:13
    7:10 35:9
    83:22 105:21
    161:11 246:9
notary   314:24
note   213:10
    215:1
notes   61:20
    74:25 128:3,8
notice   42:3
    74:24 144:13

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 365 of 405

248:3 291:5
**noticed** 24:3
88:18 188:21
**noticing** 23:25
**notion** 265:8
**nrc** 43:4 44:3,3
275:20,24
276:13,19
277:20 292:8
292:13,16,22
292:24,25
293:2,11,12
294:5
**ntp** 116:16
125:14,21
126:1,10 259:7
259:12 290:4
290:24 292:4
292:13
**nuclear** 17:16
17:18
**null** 103:1,2,3
136:16,24
137:4 238:20
**number** 38:18
42:12 50:20
53:11 54:6
62:17 85:24
95:6 96:4,5
142:4,12 147:1
147:2 149:6,9
150:4 151:4,4
154:4,5 156:4
157:6,23 165:8
178:4 193:11

218:5 221:21
235:25 236:18
244:3 260:16
261:14 284:17
284:20 311:5
**numbered**
53:10 70:10,20
**numbers** 31:5,7
49:8 64:15,15
70:10,19 150:5
160:12 181:8
188:19,20
237:25 311:19
**nw** 3:23

## o

**object** 73:11
104:8 252:3
**objected** 110:6
**objection** 10:18
72:19 132:9,10
**objections** 9:24
**objective** 10:18
55:12 57:1
**objectives** 63:6
**obligation** 74:5
**obscures**
140:12
**observed** 78:13
96:3,4
**obstructive**
91:1
**obtain** 85:15
**obtained** 38:9
**obvious** 143:23
291:13

**obviously**
33:24 148:8
225:13 272:20
**occasion** 61:6
88:11 222:11
**occupancy**
211:24 221:22
**occupation**
17:18 20:7,8
**occupational**
17:7 19:19
21:6,8,10,17,24
21:25 22:8,10
22:18,22,23
23:4 37:22
80:17 84:10,11
85:10 89:25
91:23 93:21
113:11 131:18
132:1 145:19
145:20 156:6
158:8 251:2,8
251:9 254:15
255:3 262:19
284:3
**occupationally**
258:10
**occupations**
90:3
**occur** 94:25
98:1,4 144:23
**occurred** 97:22
144:23 272:18
**occurs** 143:9
198:1

**october** 1:17
2:6 8:4 313:18
314:3
**odd** 303:2
**odds** 98:3
181:23 190:11
229:8 239:4
260:1 279:2,5
280:12,23
309:3,10,17,21
310:9,15,18
**offer** 135:10
**office** 17:15
82:10 83:5
87:23 250:19
297:8
**officer** 214:10
214:13,23,24
215:7
**officers** 213:13
214:17
**oftentimes** 13:6
73:18 76:20
88:4 89:23
92:25 93:19
103:5 144:22
145:2 182:3
**oh** 15:20 21:19
26:23 32:20
38:21 53:2,11
53:13,13,15
67:2,15 99:1,2
110:15 123:1
135:20 143:5
147:11 151:19

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 366 of 405

| | | | |
|---|---|---|---|
| 152:3 154:25 | 63:4,18,21 | 132:3,15,22 | 175:12 176:13 |
| 158:14 172:14 | 65:6,12,13 | 133:5,9,21 | 179:22 180:7 |
| 173:13 174:13 | 66:5,12,16 | 134:18 135:1,4 | 180:19 181:10 |
| 174:13 184:11 | 67:2,4,15,16,17 | 136:8 137:1,5 | 181:21 182:5 |
| 195:20 207:14 | 68:2,8 69:3 | 137:13,16 | 182:14 183:4 |
| 237:10 266:1,1 | 70:2,5,6,9,13 | 138:10,18 | 183:11,14,16 |
| 266:12 281:25 | 70:16,21 71:10 | 139:1,12,17,23 | 183:18 187:3 |
| 310:23 311:21 | 75:7 76:6 81:8 | 140:20 142:17 | 188:24 189:3,4 |
| **okay**　9:10 10:2 | 81:10,15,17 | 144:3 145:12 | 190:23 193:22 |
| 10:7,12,16,22 | 85:5 86:20 | 146:9,14 147:4 | 194:24 195:18 |
| 11:1,20 12:3,6 | 87:1,7,18 88:6 | 147:17 148:11 | 197:1,10 |
| 12:13,17,18,22 | 88:12 89:4 | 148:25 149:14 | 198:15 200:15 |
| 12:25 13:3,11 | 90:12 91:18 | 149:17,19,21 | 204:3 205:6 |
| 13:12,14,20 | 93:3,8,11,14 | 149:24 151:3 | 206:9,14,17,19 |
| 14:12,15,21 | 94:7 95:9,11 | 151:15,24 | 207:5,14,20,25 |
| 15:11,13,23 | 95:11,13,21 | 152:2,20 | 208:15,22,23 |
| 16:2,6,22 17:2 | 96:14,18,23 | 153:10 154:12 | 209:3 210:8,14 |
| 17:12 18:1,11 | 97:12 98:9,16 | 156:14,23 | 210:22 211:1,2 |
| 19:6 20:12 | 99:25 104:13 | 157:8,17 | 212:2 214:1,7 |
| 21:15 23:6,15 | 104:19,25 | 158:13,15 | 214:11 215:10 |
| 23:19 25:12 | 110:9,9,15 | 159:23 160:3,4 | 216:2,11 |
| 26:15,23,25 | 111:5,15,18 | 160:5 161:2 | 218:19 220:6 |
| 27:19 28:2,11 | 112:15,23 | 163:10,24 | 220:12,15,17 |
| 31:12 32:1 | 113:1,8 115:16 | 164:9,14 | 221:4,25 222:5 |
| 33:1,2,7,23 | 117:22 119:7 | 165:10,15 | 224:24 226:10 |
| 34:5,23 36:22 | 119:11,18,25 | 167:15,22 | 227:15 228:1,5 |
| 37:8 38:15,22 | 120:13 121:3 | 168:7,17,24 | 229:1 231:2 |
| 41:5,14 43:22 | 122:12,12,19 | 169:19 170:1,1 | 232:8 233:20 |
| 43:24 44:7,10 | 123:4,7 124:9 | 170:5,8,17,19 | 234:4,10,18,18 |
| 46:23 49:12 | 124:12,18 | 170:25 171:6 | 234:21,23 |
| 50:19,23 51:13 | 125:7,9,12 | 171:14,19,21 | 235:10 236:20 |
| 51:18,22 53:4 | 127:1,7,8,24,25 | 172:2,7,14,18 | 237:4,7,11,24 |
| 54:6 55:9 | 128:18 129:10 | 172:20 173:2 | 238:15 239:9 |
| 56:19 58:8,13 | 130:11,12,17 | 173:10,12,22 | 241:7,10,22 |
| 58:13 61:13,18 | 131:4,9,19 | 173:25 174:4 | 242:7 243:20 |

Case 7:23-cv-00897-RJ　　Document 540-2　　Filed 09/10/25　　Page 367 of 405

244:2 245:3,25
246:15,19
247:17,20
249:13 250:8
250:14 253:5,7
253:20 254:5,9
254:18 255:21
257:2 258:1,5
258:7 259:13
260:10 261:17
261:22,23,23
261:23,24
262:21 263:14
263:17,23
265:6,13 266:1
266:14 267:3
267:24 268:17
269:3 270:4,16
271:5 273:2,6
274:4,10 277:6
278:3 280:8
281:16,25,25
283:9,20
284:12,15
285:18 286:23
287:17 288:12
288:15,22
290:5,15
291:24 292:10
293:19 294:15
294:17 295:23
296:5 297:2
298:6,15,19,24
299:9,23
300:17 301:13

302:4,10 304:2
304:12,24
305:5,6 306:1
306:13 307:7,9
307:14,20,20
307:25 308:2
309:1 310:23
311:3,20 312:4
**oklahoma**
24:23
**old** 77:16
118:24 187:15
264:25
**older** 203:6
262:16
**omb** 109:24
112:1
**once** 46:21 85:1
111:24 256:16
**oncologist**
254:11
**oncologists**
254:5,8,13
**ones** 10:20
30:17 46:12
94:18 100:2
114:24 119:20
130:23 131:11
157:4 158:7
168:11 228:14
229:5,6,24
230:1,2 282:16
289:9,10 292:7
**online** 244:25
249:11

**onslow** 212:25
213:1
**open** 196:14
**opinion** 42:17
132:17 248:10
**oppose** 225:15
**opposed** 77:4,6
197:5
**opposes** 225:16
**oral** 29:2 37:1
202:13
**orange** 27:21
115:18 127:18
276:2,15
287:11
**ordeal** 152:14
**order** 51:17
61:19 118:3
120:15,16,19
121:1 152:9
259:24 299:12
**organization**
17:5,17 161:15
**organizations**
51:10,21
**organizer**
17:25 18:1,19
20:8
**organizing**
18:13,24 19:6
19:9,9,10
45:10
**orientation**
19:24

**oriented**
126:25
**original** 282:19
**orr** 6:17
**ors** 193:13
**otis** 45:5
**ought** 242:19
256:17
**outbreak** 57:25
**outcome** 29:15
29:16 80:3
89:20 90:11
91:20 141:13
142:5,22 143:7
237:6 313:14
**outcomes** 29:5
32:3 60:10
80:11,12,15
89:23 113:14
113:17 117:5
160:10,13
175:4 200:2
284:17,19
296:10 311:7
**outlined** 63:6
**outside** 297:6
**overall** 112:16
116:13 288:24
**overestimated**
303:1
**overestimating**
102:23
**overlay** 25:22
**overlaying**
25:24

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 368 of 405

**overseas** 224:1
  224:3
**overview** 105:1
  122:25
**own** 49:4 78:22
  96:10 117:12
  134:7,8 135:8
  136:3 138:24
  163:6 215:23
  253:11,19
  275:15
**ozonoff** 6:8
  41:25 50:24
  68:7 195:9,11
  195:16

**p**

**p** 149:3,3,16
  172:15,16
  261:3
**p.c.** 3:4,8
**p.m.** 146:20,23
  208:24 209:2
  274:5,9 312:5
  312:6
**p.o.** 3:19
**pa** 245:2
**page** 5:8 6:3
  7:3 52:9 53:6,9
  53:13 54:11
  55:5 56:19
  57:13,13,13
  65:14,14 68:8
  76:8,8 78:10
  112:11 115:7
  115:11 122:19

122:25 123:7
127:9 128:1,5
128:6 136:8
139:17 150:3
151:3 152:20
171:6 172:12
187:24 188:4
193:9 199:5
209:14 228:5,6
230:18,23,25
234:22,22
238:15 239:10
246:18 258:6
259:15,21
261:17,20,20
262:23,24
263:1,3,23
265:13 274:15
274:15 278:4,4
281:22 286:6
286:23 288:22
298:3 301:3
302:3,6 306:1
308:23,24
309:15,15
**pages** 112:13
  112:19 115:4
  281:17,23
**paid** 292:17
**painless** 11:22
**painters** 23:2
  38:11
**pancreatic**
  289:21 310:21

**pandemic**
  70:11
**panel** 42:11
  46:21 47:1,12
  47:13,15,16
  196:2 274:17
  297:12,17
**paper** 53:17
  77:10 81:20
  88:12 100:5
  134:19 135:5
  135:11,15,17
  137:7,17 147:5
  147:20 182:7,8
  186:6 189:16
  198:14 238:15
**papers** 81:20
  86:21 198:6
**paradigm**
  103:5
**paradise**
  186:11
**paragraph**
  56:20 57:14
  60:17 65:18,19
  122:20,25
  139:20 243:12
  246:20 258:5
  259:22 263:25
  271:5 274:15
  286:24 306:3
**parenthetical**
  286:5
**park** 186:10,11

**parkinson's**
  34:14 87:3
  122:1,4 131:5
  134:5,20 139:4
  145:14 202:14
  202:20 232:20
  285:4 289:15
  308:5,11
  309:22,24
**part** 18:15 21:4
  22:18 26:5
  34:10,24 35:8
  43:20 44:13,16
  44:17 59:7
  60:25 61:11
  62:14 63:12
  65:6 66:20
  67:17,18 69:17
  69:19 73:10,13
  73:19 77:4
  83:21 87:22
  99:19 100:19
  107:11 111:4
  123:25 126:7
  126:14 135:13
  136:5 149:10
  166:3 171:15
  172:23,23
  175:3 185:19
  207:2 219:6
  232:25 233:3
  252:13 254:1
  254:18 261:24
  292:21

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 369 of 405

partial 154:9
partiality 55:10
participant
  304:10
participants
  38:19,24 54:15
  301:14 303:11
  303:21
participate
  39:7 302:23
participated
  17:19 37:11
  196:2 306:21
participating
  35:23
participation
  35:20 37:18
  73:23 75:9
  296:9 297:19
particular
  18:17,22 19:14
  28:24 43:9
  60:3 69:21
  75:23 80:3
  90:7 96:4
  107:22 109:2
  113:25 114:7
  126:18 142:9
  156:10 161:4
  167:9 170:3
  176:22 177:6
  185:25 188:10
  195:12,15
  197:10,23
  198:15 201:17

202:23 215:11
219:23 220:20
223:6 242:7
245:11 248:1,6
254:22 256:13
260:16 265:24
268:5 275:12
278:6 279:3
281:11 283:15
284:1 291:9
308:15
particularly
  162:10 283:6
parties 49:21
  313:13
partly 35:19
partners 62:13
parts 31:23
  109:16 123:20
  123:23 142:4
  143:6 171:15
  173:4 178:20
  273:13,14
passage 60:18
passed 105:22
past 26:14
  80:22 148:4
  174:6,8 252:14
pat 3:12 8:16
patients 164:25
pay 12:20
  14:18 158:12
  158:14
pays 292:9

pce 30:16 108:5
  108:21,23
  109:3,11,14,17
  120:22 141:1
  169:20 170:1
  170:16,21,22
  172:7,12,20
  181:7,25
  188:11,17
  206:21 228:19
  229:4 255:5,10
  255:12 258:14
  259:1 271:8
  273:8 289:7,13
  289:16
pease 48:5 50:9
  50:12,13,20
peer 7:4 81:19
  82:2,4,6,9,21
  83:4,7,9,13
  84:14,16,22
  85:1,2,3 87:8
  87:11 88:13
  107:2 111:17
  112:4,7,18
  113:9,13
  114:23 135:23
  138:21 147:14
  147:20 152:7
  152:18 248:13
  249:16,18,19
  249:23 250:1,9
  250:10,11,17
  250:24 251:13
  251:14 252:16

252:17,19
253:9 254:7
255:1,14 256:6
290:8 296:6,25
297:1,3,4,7
pendleton
  101:12 103:15
  104:1 152:23
  153:17 155:4
  158:18,22
  159:1,3,11,21
  160:1,7 198:18
  199:3 201:8,21
  202:9 204:9,15
  205:8,12,17
  209:6,10 216:1
  216:25 217:3,8
  218:10 222:19
  235:12 236:11
  238:5,11 240:8
  240:13,19,21
  241:4,4 242:17
  243:17,18
  244:13,15,19
  244:23 246:2
  246:14 262:11
  263:18 298:1
  298:21 299:5
  300:25 301:9
  301:20 302:23
  303:3,12
  304:22 309:5,8
  309:17 310:4
  311:16,23,24

Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 370 of 405

**penn** 19:25
**pennsylvania**
 15:16 16:3
**people** 17:5
 18:3 19:17
 20:6 30:3,24
 31:5 36:14,16
 36:23 37:10,18
 38:9,10 39:4,6
 48:1,11,25
 49:13,14 50:16
 50:17,20 56:5
 57:19 72:7
 75:1 76:3
 77:22 82:11,12
 82:15 83:20
 84:1,3 87:12
 87:13,13,13,16
 87:21,22 88:4
 88:7,11,19,24
 90:15 92:1,25
 93:1,9,23 95:5
 97:4,14 98:5
 98:24 101:10
 102:4,9,15,21
 103:4 107:2
 110:2 112:8
 123:14,14
 136:20 142:9
 151:22,22
 152:13 155:7
 159:13 160:22
 160:22,25
 163:5 177:8
 180:10,20

 190:6 195:5,23
 198:7 201:24
 205:25 206:3
 206:10 208:4
 209:17 216:15
 216:18,21
 217:6,22 218:2
 218:17,22
 219:1,15,19,23
 220:20,23
 222:22 224:14
 224:14 235:3
 235:16,23
 236:19 237:1
 237:10,18
 238:1,12 239:2
 246:3,5,10
 250:4 252:7
 253:16 254:9
 254:21,22
 267:16 273:11
 273:12,15,23
 282:4 296:11
 297:15 298:25
 299:1,7 300:10
 302:18 303:15
 304:8,23 305:1
 306:18
**perceive** 57:22
**perceived**
 57:19
**percent** 37:20
 149:15,18
 174:12 236:4
 236:16,19

 237:11 259:23
 260:5 301:5,7
 301:9,23,24
 306:25 307:13
**percentage**
 35:22 37:11
 174:5 301:18
 307:10 310:4
**perchloroeth...**
 29:23 31:11
 169:24 170:24
 171:5 182:1
 207:8 258:14
**perform** 165:16
**performance**
 65:7,7
**performed**
 65:10
**period** 14:18
 21:2 27:15,18
 27:18 65:9
 106:25 107:1
 118:25 119:8
 123:17 175:8
 186:25 187:16
 188:2 195:16
 198:18 226:4
 240:16
**periods** 178:22
 180:15
**peripheral** 23:3
**perri** 7:10,14
 176:2,5,9
 184:4 194:10
 194:18 200:21

 295:10,16
 297:16
**perry** 7:7 169:5
 169:7
**person** 83:21
 88:4 107:3,3
 141:2 143:5
 155:12 156:20
 162:16 196:4
 204:23,24
 210:16,20
 211:6,12,15
 214:13 222:25
 223:11 265:9
 269:22 270:4
 270:20 305:17
 307:2
**person's** 10:4
 94:8 221:22
**personal** 85:17
**personally**
 195:19
**personnel** 5:14
 5:23 6:5 37:15
 39:15 40:10,22
 152:24 153:15
 153:20,21
 154:14 194:5
 198:16,17
 201:1,15
 202:25 209:5
**perspective**
 52:20
**perspectives**
 88:18 147:10

148:5 182:9,17
183:5,12
**perused** 242:7
**pesticide**
245:17
**pfas** 48:5 174:9
**pg** 314:6
**pha** 245:20,24
**phase** 34:8,11
**phds** 21:13
**phillips** 1:25
2:15 313:6,20
**philosophy**
16:4,13,19,20
20:2,3,13
148:20 285:1
**phone** 36:17
37:2 65:22
**physically**
25:24
**physiology**
21:9
**pick** 82:9,12,14
82:16 88:10
119:1 142:3
148:25 185:10
**picked** 87:22
88:23 143:15
**picks** 88:15
**picture** 66:19
66:25 67:2
145:9
**pieces** 66:6
**pinpoint**
304:17

**pipeline** 243:25
**piping** 245:8
**place** 45:15
79:1 114:12
120:20,24
237:5 273:20
288:10 299:22
**placed** 48:23
**places** 159:14
271:24
**plaintiffs** 3:3
8:13,15,16,18
9:10 274:22
281:17
**plan** 63:6
**planning** 57:15
**plant** 17:18
22:3,7 37:23
37:24 38:4
79:5 90:1
103:9 106:9,11
178:6 180:14
279:25
**plants** 22:2,6
22:17,24 90:3
**platt** 3:21 8:21
8:21
**plausible**
279:18
**play** 74:20,20
98:14
**playing** 73:4,20
**please** 8:9 9:12
11:25 13:18
82:2 85:8

**plenty** 156:8
215:24
**plus** 48:24
**pmas** 65:7
**point** 12:19
15:19 30:23
42:8 50:8
51:15 56:3
64:12 73:3,24
74:4 78:1
106:18 108:3
112:10 113:21
114:8 117:25
150:7 156:21
163:7 175:9
178:17,20,22
180:4 186:11
186:12 190:8,9
206:23,24
210:17 215:18
217:16,17
219:3,20
220:21 222:6,6
243:4,23,24
244:7 247:5
254:19 257:7
271:7 272:10
272:13,19,25
273:22,22
279:5,14,22
280:12,22
283:16 292:25
296:2
**points** 43:1
70:24,25

156:23,25
157:3,18
271:21 272:2
282:16
**poisson** 96:20
96:21 97:7,8
97:10,19
169:14
**policy** 26:6
56:24,25 74:14
276:21,22,25
**policymakers**
56:23 57:2
**policymaking**
74:21
**political** 16:3
**pollute** 72:6
**polluter** 72:5
**poorly** 152:13
190:5
**popular** 196:15
196:16
**populated**
49:13
**population**
96:7 201:10
246:1,2
**populations**
31:6 104:7
242:14 258:10
**portion** 174:9
**pose** 144:6
**position** 33:11
77:23 109:19
109:19 197:9

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 372 of 405

225:9 238:6
257:16,16
282:23
**positions** 19:14
**positive** 57:3
76:19,25 78:20
78:21 131:15
164:2 166:10
188:7 232:3
255:8
**positives** 76:10
76:15,16
**possibilities**
100:8
**possibility**
244:14
**possible** 11:22
44:21 54:9
140:7 236:8,24
**possibly** 284:8
**potential** 54:15
54:18 56:21
72:6 236:11
240:18 245:20
**potentially**
7:21 295:2
**poverty** 18:15
**power** 17:18
38:20 39:2
160:9,10 203:7
**powerpoint**
69:8
**ppb** 170:20
**practice** 6:23
54:19 71:2

**practiced** 23:7
61:25
**practitioners**
74:6
**pre** 25:2 28:23
**precautionary**
71:3,5,12,15
72:11,23
196:19,24
197:7
**precedence**
249:1
**precepts** 53:20
**precise** 190:1
**precisely**
304:20
**precision** 189:6
189:9 190:7
192:13 259:25
260:3,23 261:8
261:9,11,12
**predominantly**
104:4
**pregnancy**
176:15
**preliminary**
41:10
**prelude** 34:20
**prep** 9:20
**prepare** 69:10
**prepared** 10:13
10:23
**presence** 59:19
223:20

**present** 4:3
92:13 119:13
136:17 300:25
**presented** 70:1
111:8 297:17
**press** 256:1
**pressure**
105:13
**presumption**
42:13 105:24
109:20 111:20
127:20,22
252:6 256:15
256:16,19
257:18,24
275:7 287:10
**presumptive**
105:15 274:18
**presupposes**
140:14
**pretty** 16:21
18:2 21:4
31:21,25 35:15
41:17 42:16
43:12 46:19
69:25 84:5,5
84:10 109:9
111:8 112:10
115:1 134:6
168:25 191:18
192:11 194:16
213:20 216:5
224:22 229:9
253:6 279:20
282:18 283:21

304:15
**prevalence**
102:17
**prevent** 57:4
59:20
**prevention**
2:12 151:10
**preventive**
71:16
**previous** 22:14
79:6 170:4
278:19
**primary** 41:11
74:5,7 122:9
**principal** 31:19
104:20
**principle** 71:3
71:5,12,15
72:12,17
196:19,24
197:8 284:12
**prior** 123:18
175:4 179:8
197:14 215:14
258:24 290:3
**priorities** 63:4
**priority** 57:17
63:7
**priors** 80:8
**privilege** 10:18
11:20
**pro** 17:16
**probably** 15:5
24:7 52:23
67:10 70:14

91:6 99:17
112:17 113:3
114:8 115:1
122:8 129:12
145:20 154:16
159:13 166:19
182:21 193:21
199:25 200:6
213:6 214:2
220:2 222:12
237:8 243:25
246:8 248:24
255:22 264:16
288:9,21
304:25 311:1
**problem** 31:5
35:21 42:15
46:13,20 57:19
57:21,22,25
61:11 76:18
80:1 89:22
90:21 91:9,21
92:1 99:5
110:3 113:22
113:24 114:22
128:13,16
133:12 143:19
144:21 145:25
146:4 148:1,19
156:19 163:3
166:3,3 167:1
172:13 201:24
207:4 237:22
244:13,20
245:10 248:16

251:17 252:14
254:18 269:4,9
273:16 300:4
300:12,12
302:24 303:5,6
310:25
**problematic**
149:7 236:23
250:23
**problems** 38:13
57:17 107:25
110:3 205:1
208:12 219:9
241:2 302:19
**procedure**
10:21
**proceed** 57:24
**proceedings**
89:8
**process** 81:19
82:2,9 83:4,7
109:4 135:23
135:24 136:3
147:14 153:15
161:7 244:10
250:9 274:18
297:5
**produce** 17:11
109:13 227:7
**produced**
64:19 98:20
179:12 196:3
206:20
**profession**
53:21

**profile** 61:6
252:2
**profiles** 61:9
253:18
**program** 21:3
26:5,6,20 27:6
27:7,21 44:16
44:16 61:6
68:4 113:20
117:8 127:20
161:18 251:15
253:7,16 254:7
256:6 258:2
275:7 290:24
**programming**
194:22
**progressive**
20:2
**prohibiting**
164:23
**project** 27:9
35:7,19 71:23
71:24
**projects** 56:11
**promise** 11:21
**promised** 312:2
**promote** 78:7
98:22
**promoted**
78:25 189:15
**promoting** 56:1
56:3
**prompted** 68:7
**proof** 71:22
72:9 73:17

78:15,18 79:10
**propelled** 20:4
**proper** 84:3
**properly** 91:21
93:10,13,15
96:11 243:1
**proponent** 73:6
**proportion**
240:7
**proportional**
184:12 198:2,3
198:13
**proportionate**
96:18
**proposed** 72:5
152:15
**proposing**
106:15
**proprietary**
73:15
**prostate** 289:21
**protect** 59:3
151:16 152:9
**protecting**
61:22
**protective**
162:4,4 232:1
232:15,15,19
233:23 234:1
**protects** 62:5
232:4
**protocol** 41:16
82:6,22,25
83:9,11 84:2,5
84:12,18,19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 374 of 405

85:9 87:9,14
120:15,17
176:8 184:9
194:15 295:9
297:13,17
**prove**  72:6,7
**provide**  59:15
78:18 80:24
82:25 139:25
145:9 167:4
225:13,18
227:22,25
229:12 231:7
231:13 233:13
278:17 281:8
305:11
**provided**  57:21
59:13 65:23
93:8 125:1
177:23 230:13
254:3 259:24
292:8 293:18
305:10
**provides**
232:25
**providing**
54:11 56:22
62:11 225:17
253:8
**provisions**
59:17
**ptelan**  3:15
**public**  6:23
18:7,25 19:12
19:16 20:5,15

20:17,23 26:19
42:4 49:5
51:16 52:11,19
52:19 53:25
54:19 55:25
56:1,3,23
57:12,15,16
58:1 59:3,16
60:20,22 61:2
71:2 73:23
74:4,6 75:9
124:22,23
125:10 240:22
240:23 244:18
245:2,4 264:11
264:13 269:21
271:17 314:24
**publication**
57:2,4 147:8
256:11
**publications**
24:4
**publicity**
302:20
**publish**  182:21
**published**
81:20 124:24
147:5,21
168:22 175:23
191:1 195:1
201:3 243:24
243:25 249:25
255:18
**publishing**  57:1

**pubmed**  117:12
125:15 290:25
**pull**  120:10
**pulls**  118:9
**pulmonary**
91:1
**pure**  74:13
**purpose**  127:15
146:10 154:5,6
252:5,5 256:14
256:14 258:16
260:25 269:19
269:20 304:21
**purposes**
103:25 157:5
157:22 209:17
211:19 214:4
223:19 269:20
275:1,2
**pursuant**  2:14
**pursue**  49:7
**pursuit**  53:23
**push**  32:6
42:19 46:4
134:4,11
161:21
**pushed**  32:6
46:5 80:18
106:16 109:12
134:2
**pushes**  101:13
278:24
**pushing**  46:6
78:8

**put**  11:3 17:8
21:12 26:16
29:8 58:8
63:23 70:11
71:24 72:24
75:13,13 77:2
77:22 94:24
96:11 105:13
107:15 114:25
116:21 121:23
124:1,5 135:10
137:11 138:14
152:13 173:13
205:22 209:24
215:25 218:11
224:15 230:5
253:13 256:16
256:17 275:17
293:2
**puts**  144:19
**putting**  93:1
106:12

### q

**qba**  98:10
100:24
**qualities**
282:24
**quality**  89:12
89:16,19 91:14
91:16 92:4,5,7
92:10 98:17
116:18 134:3
134:10 164:1
244:24 278:16
278:22,24

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 375 of 405

**quantico**
155:14
**quantitative**
98:11,12,18,22
99:4,18,21
100:3,10
101:20,22
**quarter**  153:24
154:15 156:6
160:24
**quarters**
214:13,24
215:8 223:22
223:23 267:22
**quarts**  265:15
267:22
**question**  11:24
12:9 13:6,10
37:9 68:9,10
68:16 76:12
78:22 103:18
103:24 105:25
132:6 148:17
167:3 170:10
216:7 219:11
241:14,16
242:18 275:13
287:18
**questioned**
29:8 196:18
**questioning**
241:16
**questionnaire**
37:6 296:15

**questions**  7:4
10:15 15:19
32:13 36:18
37:10 41:11
50:25 85:6
105:3 133:22
139:14,23
140:21 147:18
149:25 150:1
153:10 173:11
174:3 196:20
206:18 224:25
247:25 257:8
292:8,17
293:11,18
304:16
**quick**  11:4
32:13 257:3
**quickie**  108:3
**quickly**  46:24
117:25 118:3
139:12 193:15
193:16
**quite**  24:4
94:20 152:17
187:19 276:6
**quote**  180:11
**quoting**  146:4
207:18

**r**

**r**  313:1
**race**  96:6 97:18
156:5 157:24
158:11

**radiation**
141:15 245:14
**raise**  9:24 29:6
282:17
**raised**  242:24
244:3,4 246:3
246:4
**raising**  244:14
**random**  298:24
298:25
**randy**  3:11
8:17
**range**  212:23
**ranges**  94:10
**rank**  156:5
157:21,23
158:1,2,4,11
211:23 299:22
**rare**  31:7 83:3
93:7 106:7
137:2 200:1
**rarely**  101:23
106:10
**rate**  37:18
76:19 296:9
297:19 301:5
**rates**  96:8,9,10
**rather**  87:3,4
**ratio**  95:23,25
96:2 102:11
122:7 189:1,3
189:13,21,23
190:1,10,11,15
190:17 191:13
191:17 192:13

193:7 199:10
202:19 203:14
260:1,2,2,4,12
261:1,5,7,10
263:10 279:5,8
280:12,13,14
280:18,23
309:10,18
310:9,15
**ratios**  181:23
188:8,10,22
192:24 199:6
199:18,21
200:5 202:12
202:16,24
203:15,20,24
229:9 238:18
239:4 262:6
279:2,3 303:2
309:3,21
310:18
**reach**  117:1
119:18 129:21
130:13 134:9
153:6
**reached**  227:8
**reacted**  111:17
**read**  62:18,21
62:22 65:17,18
81:23 139:22
145:7,7 195:6
258:21 282:18
307:23 314:6
**reader**  124:2

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 376 of 405

reading 171:10
reads 314:6
real 42:15
  275:16 311:7
realize 22:15
  100:23
realizing 20:7
really 24:16,18
  30:12 38:17
  44:4 48:14
  49:24 50:15,22
  73:9 78:22
  80:18 84:9
  91:8 102:11,16
  103:12 106:12
  106:13,13
  107:17 114:11
  116:7 117:24
  123:4 128:8
  134:3 135:12
  136:1 148:21
  149:8,20
  155:12,13
  156:2 158:9,10
  162:7 179:7
  182:5 183:1
  195:18 201:24
  205:8 206:6,16
  227:13 233:20
  236:25 246:13
  246:13 252:12
  254:19 270:22
  273:24 278:8
  280:18,20
  296:10 297:20

298:17 307:17
reason 11:24
  35:5 43:7,20
  47:17 76:20
  77:4 82:12
  86:11 102:3
  112:1 127:23
  147:25 154:7
  154:10 166:19
  175:10 177:21
  195:3 203:5
  218:1,24,24,25
  232:7 248:6
  253:11 256:13
  278:8 291:9
  292:1 314:6
reasonable
  129:6
reasonably
  242:20
reasoning
  284:19
reasons 46:18
  54:22 77:6,7
  102:5 109:25
  149:6 178:8
  196:14 203:3
  205:2 217:24
  250:18
reassured 84:6
reauthorization
  60:18
reborn 17:10
recall 10:10
  28:1 41:24

87:21 88:21
96:19 128:13
135:4 139:6
181:21 182:2
182:15 183:4
187:6 195:9
207:2 212:21
216:2 240:24
241:1,6 244:17
246:1 250:12
253:14 264:13
275:2 295:25
297:5 303:25
receive 42:6
received 42:7
  60:5,19 175:9
  186:21 220:17
  220:19
receiving 41:24
recent 126:3
  236:23 289:25
receptive
  196:10
recess 81:12
  146:21 208:25
  274:7
recognize 69:7
  266:17
recognized
  52:12
recollection
  245:23 297:16
  306:14
recollections
  208:5

recommend
  82:11 88:5,14
  297:7
recommendat...
  46:22 274:24
recommendat...
  22:19 88:2,3
recommended
  47:1 87:12,13
  87:15 115:20
  189:18 274:17
  277:1
recommending
  275:9
recommends
  189:18
reconstruction
  177:15
record 8:2,10
  9:7,8,11 13:9
  14:6 66:23
  81:11,14
  146:20,23
  156:1 208:24
  209:2,4 274:6
  274:9 307:3
  308:20 312:5
  313:9
records 36:13
  36:24 37:23,24
  38:3 90:14
  153:20 167:25
  168:1,4 179:20
  179:25 193:18
  201:16 208:6

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 377 of 405

210:11 211:23
211:25 223:14
296:11 299:14
299:17,19
304:16 305:17
306:5
**rectal** 202:13
289:22
**red** 74:4
**redid** 175:9
**redo** 163:17
**redress** 72:9
**reduce** 59:20
236:11
**refer** 39:11
41:4 76:8
115:3 123:7
188:22 209:13
267:8 281:19
298:8,11
**reference** 81:22
81:24 124:2
138:4 230:12
235:6,15 238:2
238:3,3 240:25
264:23 267:9
270:23 271:19
273:10 283:15
286:25 299:7,9
**referenced**
134:17,20,23
191:6 264:19
264:19,22
270:8,13,19
310:19

**references**
124:19 125:11
190:21 191:8
264:21 271:3
**referencing**
175:21
**referred** 63:18
73:4 282:2
288:23 292:19
293:22
**referring** 24:3
110:13,17
112:12 115:4
134:19 230:23
**refers** 86:17
153:3 273:3
286:21
**reflect** 189:2
242:11
**reflected** 188:8
**reflects** 234:24
**refresh** 11:2
252:21
**regarding**
224:25 242:12
266:22 268:23
**regardless**
160:16 298:22
**registries** 83:20
83:23 86:5,7
157:5 161:12
161:16,23
162:3,11,14
163:21 164:17
164:17,21

165:15 166:5
166:13 167:5
306:17,20,24
**registry** 24:13
24:14 25:16
34:24 36:10
38:5 86:5,13
87:19,20 90:13
161:19 162:14
162:15,16,17
162:21 163:13
164:4,18,19
167:21 185:7
187:12,20
306:5,10,19
307:2,3,7
**regression**
97:25 169:14
**regular** 93:17
**regulate** 126:18
**regulations**
47:16
**relate** 24:5
53:22
**related** 59:2,17
62:6 90:19,22
90:22 91:2,4
97:2 287:4
313:12
**relates** 1:7
**relating** 41:21
**relationship**
128:22 131:20
131:22 140:7
181:18 195:15

197:1 224:19
225:12 226:2
227:11,14
228:8 229:19
230:3,4 231:6
231:12 234:2
248:23 278:2
279:11,16
282:12,14
286:7,8,12
306:16,16
**relationships**
188:15 192:25
205:4 228:11
228:12 229:14
229:18 230:17
231:17 232:23
291:7
**relative** 171:16
172:24 279:6
**relatively** 102:2
189:15 190:18
**release** 306:8
**released** 250:23
255:23
**relevance**
143:22
**relevant** 12:15
15:18 38:19
49:19,21 52:24
123:10 130:2
131:2,8,16,17
131:21,24,25
132:1 143:19
258:3 278:13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 378 of 405

283:6 288:4
**reliable** 292:6
**relied** 48:24
264:14 292:19
**relies** 281:4
**rely** 212:20
292:13,14
**remedial** 30:10
**remember** 10:4
12:5 21:7 26:5
26:13,16 27:8
27:23 28:5
29:7,20 45:6
46:1 47:6 65:1
65:4 66:14
67:19 69:12,15
70:2,8 75:15
75:17 82:4
84:12,14,19
95:8,10,19
100:5 110:25
113:7,9 125:6
125:8 135:16
137:25 154:9
170:15 187:7
191:8 200:6
213:4,5,7
215:9 241:15
245:5,18
248:22 250:1
250:15 252:17
252:20 253:17
254:3 255:17
255:20 262:15
266:2 267:2

270:11 271:15
283:22 286:16
296:16 306:21
**reminding**
65:12
**remove** 59:13
166:6 238:11
**removed**
165:21,22,23
**removing**
164:2 217:6
218:2 239:2
**renewable**
17:16
**repeat** 100:17
203:22
**rephrase** 12:1
**replacement**
7:18 266:19
**replicated**
24:17
**report** 9:24
26:13,14 43:4
44:3,3,8 82:6
84:16 85:1
109:6 120:18
122:21 123:2
127:19 134:2
139:21,25
140:19 166:24
199:6 202:11
225:20 228:7
229:14 230:13
248:7,16 249:2
249:11 251:12

254:6 256:8,17
257:11 258:19
259:5,10,15
263:23 273:8
274:16 275:2
275:20 277:6
288:5,8 291:6
291:20 293:12
301:3 306:23
307:16,18
312:2
**reported** 89:24
199:18 203:13
229:18 301:15
302:11 306:4,9
307:10 311:16
**reporter** 1:25
2:16 8:11 13:9
274:2 312:2
**reporter's** 13:5
**reporting**
55:14 56:14
93:23
**reports** 79:3
115:22 124:25
126:6 249:8,11
302:9
**represent**
12:20 174:1
**representations**
82:14
**representative**
12:23 49:16,17
49:22

**representatives**
55:6
**represented**
9:14 223:20
224:1
**representing**
8:23
**represents**
122:21 123:2
236:4 258:19
**reproductive**
237:6
**requested**
118:2 249:7
**require** 47:20
140:9,10
144:10,15
**required** 45:23
82:3
**research** 18:8
18:13 19:7,9
26:18 28:7
29:12 42:7,24
44:23 49:4
52:13 53:24
54:15 55:6,14
56:15,22 57:1
57:3 62:10
75:14,16 78:24
78:25 79:1
81:1 107:24
126:15,25
135:13 136:5
152:10,12
240:17 290:25

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 379 of 405

292:15 297:14
**researcher**
18:12 27:2
**researchers**
77:22,23,25
78:3 83:24
96:25 107:6
135:8 192:9
**researching**
109:17
**resided** 176:15
216:15,18,21
217:7 218:2
237:3 247:12
**residence**
210:11,25
217:2 221:16
221:22 304:3
**residences**
177:25 210:9
247:14
**residency**
179:16,25
222:1
**resident** 180:2
206:11 265:11
**residential**
179:17 186:9
186:16 204:10
204:19 208:14
211:17 217:20
217:22 235:19
236:3,15,17
237:2,12,15,19
239:6,7 298:7

299:8
**residentially**
239:22
**residing** 211:7
211:13
**resistance**
45:17
**resistant** 163:4
**respect** 62:20
126:9,10 178:3
216:11 219:14
219:19 221:6
244:22 256:6
256:19 258:25
260:22 262:5
268:5 286:2
**respiratory**
255:8
**respond** 292:16
**responded**
250:20
**respondents**
301:19,21
**responding**
62:8
**responds** 292:8
**response** 94:22
136:18 181:18
205:3 208:13
209:20,21
211:19 216:12
220:6 221:5
224:7,18 225:7
225:21,23
228:7 229:14

229:19 230:2,3
231:6 232:22
235:17 237:18
239:3 247:24
251:7 257:8
279:16 286:3,7
298:8,12
**responsibilities**
31:19 56:24
60:20,21
**responsible**
71:1 126:7
177:20
**rest** 131:24
199:15 228:22
247:19 264:4,7
267:18 279:12
**restatement**
277:14
**restaurant**
240:1
**result** 59:21
268:19
**resulting**
193:12 238:21
303:2
**results** 38:25
54:17 148:18
178:5 180:1
181:22 195:6
201:17 203:23
208:7 229:23
229:24 230:20
297:18

**resume** 20:24
70:3 293:1
**retired** 11:3
14:22 56:12
137:10 212:16
220:23
**retirement**
95:22
**retrospective**
5:15,18 39:16
39:24 194:6
197:11 200:18
201:7
**return** 302:20
**reverse** 159:25
**review** 7:4
81:19 82:2,4,9
82:21 83:4,7
83:10,13 84:22
85:1 87:8,11
88:13 105:10
108:3 111:7
114:24 116:20
118:13 130:8
135:23 138:21
147:14,20
151:10 152:7
152:18 249:18
249:23 250:9
250:10,12
251:13,14
252:19 253:9
254:7 269:1
290:12,14,21
291:7,10

| | | | |
|---|---|---|---|
| 296:25 297:1,4 | 16:1,5,14,24,25 | 115:10,16 | 176:18 177:7 |
| **reviewed** 84:14 | 17:1 18:5,7 | 116:23 117:4 | 177:10,21 |
| 84:16 107:2 | 19:13 20:14,18 | 117:15,20,23 | 178:21 179:19 |
| 112:4,7 184:10 | 20:19 23:18 | 118:14 119:5,6 | 184:15,21,25 |
| 248:13 257:12 | 24:6,24 25:10 | 119:15,16 | 185:1,5,7,17,24 |
| 274:17 290:8 | 26:7 27:8,22 | 121:25 122:3 | 186:4,5,12,18 |
| 296:6 297:3 | 28:4,14,15,21 | 122:22 124:3,7 | 186:23,25 |
| **reviewer** 89:2 | 30:2 32:15 | 124:16 125:13 | 187:18,20 |
| 250:17 252:16 | 33:5,5,9,10,21 | 126:12,15,16 | 188:3,8,9,13,22 |
| 255:14 | 34:1 36:6,19 | 127:2,4,6,12 | 188:23 192:25 |
| **reviewers** 89:1 | 37:12,13 39:10 | 128:11,22 | 193:1,3,14 |
| 111:17 112:18 | 39:17 40:6,14 | 129:2,20,24 | 195:1,2 197:16 |
| 113:9,13 246:7 | 40:17 41:12 | 131:23 132:4 | 198:21,22,24 |
| 249:16,19 | 46:25 47:14 | 132:23 133:11 | 198:25 199:3,8 |
| 250:1,24 | 49:15 53:5,18 | 133:16,17,24 | 199:9,11,16,18 |
| 252:17 255:1 | 54:4 55:2,7,9 | 136:10 137:25 | 200:5,8,18,22 |
| 256:6 297:7 | 55:17 56:15 | 139:1 142:1,6 | 201:4,9,11,12 |
| **reviewing** 82:6 | 57:9 58:6,15 | 142:14,16 | 201:22,23 |
| 113:13,14 | 58:16 61:21 | 143:3,16,18,18 | 202:2,4,9,10,14 |
| 256:24 | 63:13,16,19,19 | 143:24 145:6 | 202:15,17,18 |
| **reviews** 85:2,3 | 64:10,14,14 | 147:6,15,16 | 202:21,22,25 |
| 165:13,16 | 65:6 66:7,8 | 149:15,19 | 203:1,4,15,21 |
| 259:8 290:3,13 | 67:8 68:18 | 150:16,23 | 203:25 204:4 |
| 290:21,22 | 70:13,20 72:15 | 151:12 152:6 | 205:16,18 |
| **revisited** | 74:6 76:13 | 153:4,9 154:9 | 206:22,25 |
| 109:11 | 77:1,13 78:19 | 161:9 164:13 | 207:1,8,10,11 |
| **rfp** 5:18 | 78:23,24 79:22 | 164:18,20 | 207:17,24 |
| **rgreenwald** 3:6 | 81:2,6 84:17 | 165:10 166:6 | 209:15,18,21 |
| **rid** 168:10 | 85:11,19 86:18 | 167:19 168:2 | 210:1,5 211:9 |
| **ridge** 3:13 | 86:19 88:17 | 168:17 169:21 | 211:10,16 |
| **rifle** 212:23 | 92:16 94:10 | 170:2,6,10,12 | 212:11,12 |
| **right** 10:5 11:6 | 101:2 102:24 | 170:13 171:3 | 213:12,15 |
| 11:19 12:2,19 | 104:12 105:8 | 171:11,12,24 | 214:9,15,16 |
| 14:13,14,16 | 108:17,18,20 | 172:2 173:4,8 | 215:1,17 |
| 15:6,6,8,12,25 | 111:3 114:5,10 | 173:11 175:24 | 216:16,17,20 |

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 381 of 405

216:23 217:4,5
221:12,13,19
221:23 222:21
223:4 225:4,16
225:18,22,23
225:24 226:13
228:6,12,13,20
228:21 229:4,5
229:15,16,22
230:1 231:7,11
232:11 233:2,6
234:4 235:1,2
235:4 237:20
238:22 239:6
242:22 243:19
244:10,21
247:4,6,14,15
248:1,23
249:17 252:24
254:17 255:14
259:8,9 260:6
260:12 262:3,8
262:9,13 263:4
263:6,7,11,12
263:22,25
264:10 265:19
271:9 279:5
282:3 283:10
283:11,22
289:23,24
290:4 291:4
292:3 293:24
294:1 296:1
297:23,24
300:8,23 301:1

301:5,16,21
305:10 308:9
308:10,12,13
309:13 310:7
310:13,14
311:12,13,14
311:14,17,21
311:21,24
312:1
**rightly** 13:13
**rights** 19:22
**rigorous** 83:2
**ring** 32:9
**risk** 76:16
102:11 140:2
140:16 141:3
144:6 145:9,13
171:16 172:24
260:1 279:6
280:12
**risks** 65:24
**river** 245:11
272:4,7,10,14
272:20
**rlee** 3:14
**road** 2:13
**robin** 3:4 8:12
9:7
**robust** 89:6
**role** 26:2 61:10
74:20,21 176:4
176:6 184:7
194:13 200:24
295:7

**roll** 155:21,23
156:9
**rolls** 155:10,17
155:18 156:12
206:15
**room** 10:5,11
82:23 84:1
105:17 113:5
**rothman** 74:17
**roughly** 19:5
47:7 50:10
97:20,20 107:9
116:17,17
**rounds** 147:20
147:23
**routes** 150:18
150:22
**rti** 296:2
**rubber** 22:6
**ruckart** 7:10,14
176:2,5 184:4
194:10 200:21
295:10,17
**rule** 13:4 131:6
137:3 148:21
148:22,24
149:1,2 285:5
285:9 286:15
**ruled** 129:6
278:8
**rules** 11:15
47:21 51:11
278:5,5
**run** 162:11
237:25 268:3

**running** 211:11

**s**

**s** 29:8
**sadly** 70:17
**safaa** 4:7 8:2
**safe** 63:8,11
72:1,7 141:3
**safety** 22:20
**sake** 13:5
**salary** 31:24
**samantha** 4:3
**sammander** 4:7
8:2
**sample** 90:8
160:6 176:24
178:16,20,25
179:10 187:1,1
245:15,16,17
298:24,25
299:5 304:20
304:23,24
305:2
**samples** 90:8
178:5 298:16
**sampling** 90:9
179:4 298:17
**sanction**
138:25
**sand** 146:11
**sander** 77:20
197:4
**sara** 60:19 82:4
**saturation**
227:8

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 382 of 405

save 56:17
savitz 189:17
  191:18 294:2
savitz's 190:24
  191:3 283:24
  293:25 294:11
saw 26:1 48:7
  68:6 86:21
  112:17 122:10
  123:20 124:25
  142:9 145:18
  165:22 168:11
  168:11 171:16
  269:2 275:16
saying 52:20
  55:4 77:25
  102:5 141:5,17
  141:17 170:23
  191:14 198:10
  225:16 235:7
  238:10 239:15
  241:2 252:3
  271:16 272:22
  272:23 273:19
  277:18 285:18
  285:20 288:19
  291:17 302:8
says 27:1 31:18
  52:10 53:19
  55:9 57:14
  58:18 60:17
  63:5 64:16
  67:6,6 68:13
  74:4,25 80:23
  113:18,18,19

113:20 123:2
139:20,24
143:5 150:14
151:7 152:22
170:10,15,16
170:20 187:24
187:25 191:18
206:12 213:10
216:4 227:6
230:18,25
259:22 265:14
274:15 277:6
283:15,16
302:6
sc.d 5:11 6:24
sc.d. 21:13
scenario 214:7
scenarios 218:5
scheme 114:23
  115:3,12,14
  127:23 128:1
  128:10,12,14
  129:19 130:13
  133:15 134:2
  257:4,15,22,23
  257:23 274:16
  274:25 275:10
  275:12,21,24
  276:12,14,18
  276:19,24
  277:1,2,7
  279:4 287:1,1
  287:16
schemes 127:17

school 15:15,16
  15:24 16:9,11
  16:12 19:12,16
  19:21 20:5,17
  20:23 21:5
  25:14,25 26:4
  26:18 27:16
  42:4 68:3
  251:6
science 16:3,19
  17:5 18:2
  19:17 20:6,25
  21:14 27:13
  28:7 30:25
  44:20 46:21
  47:1 48:21
  61:24 74:13
  75:9 76:5 79:9
  82:10 83:5
  87:23 119:19
  195:22 250:19
  297:8
sciences 291:6
  292:20,22
scientific 53:20
  53:24 56:22
  288:1,13
scientifically
  81:1
scientist 75:3
scientists 28:8
  48:11 50:14,15
  77:14 82:23
  107:6 196:22
  256:7 291:22

scleroderma
  107:14 109:23
  109:25 110:19
  111:25 289:16
  311:10
sclerosis
  289:16
scolded 13:13
scott 219:25
  220:9,21
scoured 265:11
se 128:16
  252:15
seabrook 17:18
  17:20
search 117:12
  120:18
searchable
  155:13
searched
  244:25
second 41:13
  56:18,20 65:14
  70:22,25 80:23
  98:21 122:20
  122:24 148:9
  154:15 191:1
  193:9 207:25
  209:19 250:10
  252:19 258:5
  278:10 290:11
  293:23
secretary
  106:17

**section** 3:18
53:19 118:9,18
118:20 193:9
238:16,17
259:15,22
264:1 273:11
288:3,11,20
**sections** 59:2
121:12,18
133:16
**security** 85:23
154:4,4 156:4
157:6,21,22
165:8
**see** 12:17 16:12
19:3 20:24
22:24 26:1
27:19 30:22
31:2,4,10,15
32:8 51:24
53:8,14 54:12
56:5 59:5 60:8
63:9 64:14
67:7,13 68:9
69:12,25 70:4
75:3,4 86:12
90:24 91:5
94:11,24 99:16
101:23 103:12
104:6,10 106:5
106:10,11,24
112:11,13
114:2 121:18
122:6,9 123:25
133:21 136:3

136:18 138:3
139:10 142:21
142:21 143:21
144:22 146:7
153:1 155:2
162:11,12
163:13,14
166:16 170:10
177:3 180:24
181:2,3,4,7,11
181:20 182:1,3
183:25 187:8
188:2 191:9
193:5,5 197:20
198:8 199:23
200:2 203:16
205:3,4,23,23
225:6,11,12
226:5 227:16
227:16,17
228:9,14 231:2
231:3 232:10
232:10 238:1
239:14,15
240:10 242:18
243:13,20
246:21 259:19
264:4,20 265:2
265:16 266:23
267:4,20 270:5
271:18 273:11
273:12,13
274:19 277:9
279:20 286:9
286:17 287:7

288:10 289:9
295:21 299:11
299:12 300:11
301:6 302:6
305:17 306:6
307:23 309:19
309:23 310:11
310:16,21
**seeing** 145:18
198:1 225:2
233:12 253:25
311:1
**seem** 64:10
170:15 267:1
270:11 286:16
**seems** 95:4
243:9
**seen** 93:25
112:11 182:2
225:14 227:20
275:16
**selection** 39:3
91:25 99:5,8
302:13 303:5
311:1
**selective**
229:13
**self** 6:19 63:25
64:2,3,7,8,9
65:8 306:4,9
307:10
**senator** 105:21
**senators**
105:17,18,20
105:20 106:16

107:8
**send** 49:23
88:12 182:24
296:22
**senior** 33:12,13
33:19 67:7
68:14
**sense** 11:25
47:19 106:2,14
116:2 118:12
146:5 158:2
160:5 162:15
197:24 217:25
234:8 236:25
242:16,23
248:21 252:6
257:18 273:23
284:1,11
285:15 288:9
305:1
**sensitivity** 23:1
38:12 240:4,4
**sent** 37:16,17
162:13 182:24
196:7 296:11
300:21,22
307:6
**sentence** 78:16
80:23 122:20
122:24 136:11
187:25 193:10
243:15 265:14
272:15 273:3
277:6,18,24
278:19 286:24

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 384 of 405

287:20 288:9
307:12
**separate** 30:18
116:9 118:18
118:20 130:7,8
152:8 253:8,10
305:21
**separated**
172:4
**separately**
89:15 170:21
**september**
20:21 107:10
111:21 163:1
249:20
**sequence** 75:18
**serious** 246:21
246:23
**seriously**
291:11
**serve** 35:10
55:23,25 124:9
124:12 187:16
**served** 247:5,13
**service** 33:22
59:16 193:18
287:4
**services** 8:3
**serving** 50:3
221:15
**set** 27:6 46:11
46:24 76:18,20
83:5 112:2
124:6 165:9
167:15 168:9

313:8,17
**sets** 249:18
**setting** 23:17
126:23 260:15
260:17
**seven** 83:19
147:3 311:18
**several** 98:20
121:14 188:21
191:3 196:19
**sex** 96:6 97:19
156:4 157:12
157:23,25
158:11
**shanley** 184:5
**shape** 94:23
226:24
**shapes** 233:19
**share** 25:8
**sheet** 314:1
**shift** 77:13
**shifting** 71:21
73:3
**shipyard** 22:11
22:15
**short** 54:9
140:9 144:15
144:17 208:18
**show** 14:1
41:22 44:10
51:22 58:17
63:24 69:3
71:25 72:1
104:11 156:14
168:18 234:12

263:10
**showed** 76:4
169:7 210:15
210:20 211:6
230:2
**shower** 265:16
**showered**
217:18
**showering**
270:6
**showing** 194:3
294:24
**shown** 155:14
230:16 266:16
**shows** 142:3
209:16 226:21
235:3
**shutoffs** 18:22
**sic** 10:18 25:25
44:17 80:23
82:17 96:18
128:1 136:15
238:20 242:14
243:11 260:15
264:4,4 293:24
**sick** 39:5,6
**side** 38:2 81:3
90:10,10
141:23 212:2
272:3,10,14
302:22
**sides** 149:5
272:7
**sign** 23:3

**signature**
313:19 314:20
314:24
**significance**
76:14 77:5,12
77:14,24
147:25 148:13
148:14,17
149:7 196:11
196:23 197:6
224:6
**significant**
79:25 80:5
302:15
**significantly**
311:10
**similar** 27:3
29:25 69:14
76:9 96:22
99:17 104:3
110:3 111:8
116:7,15,17
125:23 129:12
129:18 158:23
159:4 188:19
191:12 232:2
235:7 290:12
**similarly**
181:15 191:17
**simple** 86:2
**simpler** 84:9
**simply** 77:11
**simulated**
178:10

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 385 of 405

**simulations**
   178:11
**simultaneously**
   58:2
**single**  212:3
   214:8,20
   215:12 221:24
**sinks**  241:2,15
   242:2,12,18
**site**  46:12 50:4
   217:18
**sites**  26:9 30:9
   46:11 59:14,20
   60:10 62:11
   196:6 252:9
**situation**  45:11
   48:18 80:3
   83:3 152:19
   176:23 220:25
   231:15 284:2
   292:10 293:3
**situations**  72:4
**six**  65:9 83:19
   106:21,24
   107:9 115:9
   120:3 199:14
   256:25
**sixty**  71:9
   302:4
**size**  92:18,19
   160:6 161:3
   282:11
**sizes**  160:15
**skin**  185:15

**slew**  121:6
   192:8
**slide**  70:22 71:7
   74:3,24 75:7
   78:11
**slides**  76:9
**slightly**  129:11
   310:13
**slog**  294:10
**slowed**  193:21
**slowly**  101:23
**small**  24:9
   28:22 29:1
   31:7 32:8,9
   49:8 160:12
   178:4 188:19
   188:20 193:11
   284:17 311:19
**smaller**  160:11
   189:23 190:1
   300:10 305:1
   311:24
**smoke**  102:21
   102:22,24
   103:10 246:8
**smoked**  103:11
   103:17 246:11
**smoking**  79:12
   90:16,17,19,22
   91:4,7,8,10,14
   91:17 94:14
   99:2,16,17
   101:10 102:12
   102:17 103:6
   103:18 104:2

   232:19,19
   285:7
**smr**  95:23,24
   96:12 279:6
   280:13
**smrs**  198:14
**snapshot**  6:11
**social**  19:21
   85:23 154:4,4
   156:4 157:6,20
   157:22 165:8
**society**  54:16
**socioeconomic**
   158:3
**soft**  245:8
**software**
   163:22,25
**sole**  104:23
   247:25 249:15
   251:12
**solely**  259:24
**solution**  42:15
**solved**  250:22
**solvent**  185:15
   243:2
**solvents**  22:12
   23:2,22 137:25
   138:8 151:2
**somebody**
   88:10 118:5
**somewhat**
   229:13 279:21
**son**  75:24,24
**sonnenfeld**
   175:2

**soon**  12:14
   159:21
**sorry**  15:1,10
   17:21 18:6
   32:20 53:3,14
   53:18 56:20
   57:13 60:4
   61:17 64:23
   67:3 68:23
   88:8 105:6
   107:19 108:14
   110:23 123:3
   128:6 134:22
   154:25 158:16
   158:17 159:19
   164:7,13
   170:25 184:11
   203:22 215:4
   238:25 260:9
   264:8 271:2
   296:4 309:24
**sort**  29:8 34:21
   72:22 76:5,11
   89:11 97:16
   103:7 104:25
   105:9 116:16
   121:9 137:5
   164:1 176:6
   217:16 233:5
   241:19 242:7
   280:2 282:22
**sorts**  218:22
**sound**  24:6
   56:23 282:21

sounds 52:20
source 239:25
  267:21
sources 165:19
  278:12 292:6
south 3:13
southern 1:2
space 133:4
  266:5
sparse 143:11
speak 102:2
speaking 14:23
  35:24 51:17
  102:2
specific 5:21
  7:9 40:5 86:1
  90:1 97:14
  131:3,4,7
  141:10 156:23
  156:25 186:16
  222:24 252:9
  257:19 259:1
  259:23 262:5
  267:19,19
  281:13
specifically
  34:16 44:18
  79:21 105:3
  127:19 271:16
specificity
  131:3,8 239:10
  239:16 283:4
  284:4,11
specified
  192:18

specifying
  140:13
speed 121:2
spend 54:8
  182:7
spent 16:15
  162:21 247:2
sperm 311:5
spills 59:4
splines 94:21
  224:21 229:23
  230:22 231:4
  234:15
spoke 19:16
spreadsheets
  101:25
spring 211:9
  214:14
stacked 72:3,4
staff 162:16
stage 249:19
stages 161:18
stand 95:24
standard 84:10
  85:9,13 96:8
  123:24 190:20
  191:19,20
  192:10,11
  198:11,13
  260:15
standardized
  95:23,24 96:2
  260:2
standards
  256:23

start 13:5
  20:20 31:8
  34:21 83:12
  152:24 174:22
  294:18 295:8
started 11:16
  18:9 28:9,12
  33:12 47:3
  106:9 107:20
  155:7 156:11
  160:17,20
  161:25 187:12
starting 20:9
  80:11 155:1
  161:17
starts 153:23
  154:14 211:10
  243:12 246:20
  261:20 262:25
  262:25 308:22
state 2:16 9:11
  26:9 61:24
  62:12 122:19
  122:21 161:15
  164:17,21,23
  166:5,24 167:5
  238:17 246:23
  258:20 272:12
  284:12 288:6
  313:3
stated 178:12
statement 54:2
  239:9,20
  240:12 264:10
  264:14 267:5

267:22 268:1
269:2 270:21
271:11 273:21
284:22 285:24
288:14 306:23
statements
  244:25 266:22
states 1:1 8:20
  8:22 12:23
  24:17 162:23
  165:6 166:21
  167:1,11,11
  174:2 258:8
  264:1
station 3:19
  202:5 224:2
stationed
  154:20 198:20
  211:24
statistical
  69:22 76:17
  77:8,9,13
  149:10 160:9
  176:10 194:22
  194:22 260:17
  276:4,11
  291:19
statistically
  79:25 80:5
statistician
  82:18,19
statisticians
  148:16
statistics 95:3

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ   Document 540-2   Filed 09/10/25   Page 387 of 405

**status** 158:3
212:4 214:8,22
215:13
**statute** 59:10
**stay** 73:2 202:6
219:1 226:3
**stayed** 33:13
281:17
**steenland**
113:12,16
249:22 250:25
251:2 255:1,6
**step** 25:13
43:10 56:8
164:24
**stepping** 305:5
**steps** 54:17
**sticker** 173:14
**stir** 29:3
**stood** 248:14
**stop** 108:10
311:25 312:3
**story** 84:23
124:1 293:8
**straight** 16:8,9
16:10,11 67:18
183:2 204:18
205:6 215:25
217:25 225:12
226:7 304:22
**strategic** 63:6
**street** 3:13,23
**strength**
258:16 259:16

**strengthen**
115:2
**strengthens**
181:19
**stretch** 13:17
**stretching**
237:8
**strong** 31:6
79:8,10 108:24
109:6,8,22
110:7 129:13
129:24 130:1,1
134:7,7 158:6
232:8
**stronger** 92:19
262:20 282:7
**strongest** 30:23
**strongly** 55:7
**stuck** 158:10
203:8
**students** 27:11
32:18,21,21
**studied** 16:19
16:20 57:17
**studies** 6:8 11:5
12:15 21:23
22:23 23:10,10
23:12 24:15,19
24:20,22 28:19
31:10 39:11
41:25 42:9,9
42:10,18 43:2
43:8,10 44:5
48:16 51:1
54:15 57:16

69:21 79:13
80:17 82:5,17
83:2,4,25 84:8
84:10 85:9,20
85:22 86:10,14
87:2,16 89:14
89:25 91:23,24
92:5,14 93:20
93:22 96:1,2
96:16,17,20
98:18 99:10
100:1,11,14
101:1 103:22
113:11 114:3
117:19 118:8
118:10 120:17
121:6,14,16,18
121:23 129:22
129:23,24
131:18 133:24
136:12 137:17
138:6,14,19,22
139:8,21,24
140:3 142:18
143:2,4,24
144:20,23
145:20,23
146:4,5 147:13
148:6 156:19
161:1,20 174:3
174:18 182:2
182:18 183:8
183:13 188:21
189:12 192:23
195:4 197:14

197:19 198:11
204:3 236:23
237:5,6 241:21
251:8,19,21
253:24 258:9
258:10,24
261:25 262:6
262:19 263:8
263:10 268:23
269:24 273:12
278:7,11,12
279:3,12,20,23
281:8 291:2
292:20 294:14
295:12,14
296:2 303:9,15
303:19
**study** 5:15,17
5:18,24 6:6
7:10,13,20
16:18 24:7,9
25:1 26:2 29:9
29:9,19,22
30:13,21,25
32:2 35:2 36:1
36:1,8 37:5,22
38:4,6,14,19,20
39:16,22,25
40:13,20,25
43:11,12,17
48:5,18 49:2
49:10,11 57:18
57:24 66:1
78:17,20,21
79:5,6 80:9,12

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 388 of 405

80:13,13,14,15
80:16,17,24
82:7,19,21
83:10,12,17
84:15,15,20
85:10 86:1,6
87:8 89:5,5,6,7
89:12,16,19
90:1,7,17,25
91:1,14,16
92:4,6,9,20
93:18 94:10,16
95:13 98:17
99:22 100:7,13
100:25,25
101:4 102:4
103:21 105:1,4
116:18 118:7
118:11 119:2
120:16,19
121:13,13,17
121:17,21,25
122:5,13,16
134:3,5,9,11,12
135:8 139:9
142:1,2,9
143:5,14
146:25 147:15
148:7 151:7,18
151:21,25
152:3,5,15,16
153:6,12,17
154:23 155:3
159:17 160:23
160:25 165:9

168:19,20
169:10,11,14
169:17,18,25
170:3 172:4
174:24,25
175:2,11,19
176:6,8,9,13,18
176:20,22
177:1,22
179:17 180:20
181:22 183:1,6
183:15,23,25
184:3,5,7,14,21
184:21,23
185:19 186:1
186:25 187:5,9
188:1,7,23
191:7 193:9,10
193:23 194:7
194:10,25,25
197:10,11,13
197:15,16
198:3,15,23
200:11,16,18
200:25,25
201:6,7,10,17
201:23 202:23
202:25 203:7
203:11,12
207:12,15
209:5,16
211:10 218:6
218:13 222:18
223:2 224:22
227:21 234:24

237:8 242:15
242:16,23
243:5,5 246:16
246:18,24
262:7,8 263:9
264:24 265:21
268:5,7,18,22
278:17,22,24
279:8 280:1,1
288:8 290:2,11
293:16 294:19
295:1,5,18,22
296:5,21,24,25
297:5,13,19,22
297:22,23,25
298:2,14
302:16 303:8
303:11,20,24
306:1,15,25
307:6 308:8,15
**study's** 160:8
262:24 263:3
278:15
**stuff** 47:19 93:2
138:11 174:10
196:5 252:1
**stylistic** 148:10
**subcohort**
309:17
**subcontractor**
161:10
**subgroup**
122:10 152:24
172:5

**subgroups**
139:10 161:5
**subject** 20:13
207:15
**subjects** 151:14
151:16,20
152:10,13
187:4 203:2,3
**submitted** 85:4
182:8,12,14
184:14,17
256:10 296:5
**submitting**
195:3
**subparts**
171:25
**subscribed**
314:22
**subsequent**
79:7 249:23
**subsequently**
247:15
**substance**
50:21 74:22
80:7
**substances**
34:23 59:4,23
62:7
**substantially**
271:9
**substantive**
250:11
**subtypes**
171:25

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 389 of 405

**successful**
35:18
**sufficient** 109:7
109:21 114:1
115:14 116:6
128:20,21,24
128:25 129:14
129:21,22,23
130:13 132:25
133:14,24,25
134:9 262:3
263:6 276:3,6
278:4,6,11,21
289:4 291:13
308:7 310:20
**suggest** 145:7
**suggested**
131:1
**suggesting**
282:8
**suggestions**
114:18 285:21
**suggests** 284:21
**suitability**
242:13
**suitable** 98:6
**summarized**
281:5,6
**summary**
112:16 113:2
259:7 281:7
288:24 309:1
**summer** 16:11
21:4 22:10,13
211:9 214:14

**superfund** 32:7
59:12,18,19
60:18
**supervisor**
65:10 176:7
**supplemental**
229:25 230:13
**supplied** 271:6
**supply** 296:14
**support** 58:3
225:8,13,17,19
227:14,22,25
231:7,13
232:25 233:13
233:15,23
281:9 286:22
**supported**
108:8
**supporting**
227:3 258:17
**supportive**
227:12
**supports** 225:3
232:24
**supposed** 47:11
55:23,24 61:12
65:8 149:1
296:14,15
**sure** 35:15
38:21,23 48:2
54:22,24 55:18
64:24 81:9
91:14 93:2
100:18 103:23
105:24 106:3

108:16 109:9
110:10,13,16
112:10 115:8
116:25 117:14
120:7 143:10
146:3,17
164:11 165:10
166:1,25 167:6
168:25 169:19
171:10 173:22
178:12 179:15
187:9 189:25
208:19 213:15
213:20,21
216:9 224:22
231:3 243:22
244:13 249:12
250:2,15
252:16 253:6
254:25 255:3
255:13 262:25
265:21 268:12
270:10 277:12
283:18 285:12
286:13 287:15
293:10 300:3
302:22 304:15
306:19
**surprising**
182:4
**surrounding**
302:20
**surveillance**
35:6

**survey** 26:10
35:11,13,19,25
36:4,4,7,11,17
36:22 37:4,7
37:10,14,14,17
37:17,20 38:14
43:14 89:22
224:4 249:10
269:8,12,13
296:13,16
297:14 299:14
301:8,19
302:20 304:10
304:17 307:23
308:16,17,18
310:6,7,18
311:16
**surveyed** 36:23
**surveying** 35:7
**surveys** 27:24
30:11 35:17
300:22
**survivable**
262:16
**suzanne** 4:6
**swear** 8:11
**sworn** 9:2
313:8 314:22
**symptoms**
22:25
**system** 163:6
211:11 217:17
221:15 222:3
271:7

Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 390 of 405

**systematic**
105:10 108:2
116:20 290:12
290:13,14,21
290:22
**systemic**
289:16
**systems** 133:3

**t**

**t** 172:15 313:1
313:1
**table** 112:11,12
112:16,23
153:3 170:6,7
170:8,11,18,22
172:9,13,15,15
172:16,20
181:3,5,5
188:4,8 228:5
228:6 229:13
229:18 234:20
234:23,24
259:5 261:18
261:20,22,25
262:21,25,25
301:4 307:21
308:14 309:1,7
309:21 311:23
**tables** 100:8
106:24 111:4,6
111:8,12 112:9
113:4 180:25
181:3 257:6
259:23 275:17
305:24

**tailor** 276:23
**take** 11:4 13:16
13:19 17:4
45:17 57:18
68:25 71:16
81:8 90:8,9
94:17,23 98:3
99:1 100:12
129:19 130:6
135:19 136:3
166:18 173:21
176:23,24
208:17 223:16
225:9 242:6
248:12 273:25
274:3 280:2
282:22 296:17
296:18 298:24
**taken** 11:17
54:18 81:12
96:8 121:2
146:21 178:5
208:25 274:7
298:16
**takes** 97:6,21
98:5 116:9
208:1
**talk** 11:13 13:7
20:12 25:12
44:12 50:25
51:23 66:5
69:14,16 76:10
115:12 121:9
136:8 157:18
159:10 220:13

255:11 270:14
**talked** 46:3
57:11 63:11
66:12 69:20,22
81:4 87:12
119:20 125:13
135:7 147:13
147:14 149:25
152:8 209:8
219:7 221:7
245:6 248:24
260:11 274:21
278:19
**talking** 13:6
69:18 79:21
86:14 89:4
106:3 108:18
110:11,18
112:19 135:4
150:21 153:19
164:17 209:4
215:19 220:8
220:10,25
229:4 240:3
252:14 261:10
266:3 274:11
281:18 284:9
292:11 311:18
311:19
**talks** 55:5
57:12 125:1
191:11 213:18
**tarawa** 180:3,3
186:10 206:3
206:22 207:3,6

210:16 211:14
213:5 218:22
222:8
**task** 111:19
177:22
**tasked** 30:7
120:24 125:20
125:20,21
127:21
**taught** 33:2,4
251:3
**tc** 170:15
**tce** 30:16 108:5
108:6,20
123:25 131:4
141:1 169:20
170:1,11,11,16
170:20,22
172:12,19
178:19 188:11
206:21 207:9
228:15 232:9
255:4,10,12
258:13 259:1
271:8 273:8
285:3 289:5,5
289:8,14,14,15
289:15,16,16
**teachers**
247:16,19
**teaching** 27:11
32:17,23,24,24
101:24
**team** 135:13
136:5

tease   39:8
    91:11 144:20
    145:16 206:16
technical   50:15
ted   69:14,16
    194:21
tedmed   69:23
    69:24
teens   104:5
telan   3:12 8:16
    8:16
tell   10:12 11:23
    11:25 12:5
    13:4,16,18
    15:13,14 25:18
    50:11 64:13
    127:14 156:10
    156:12 198:6
    210:13 248:4
    252:22 265:12
    311:8
telling   44:21
tells   307:22
temperature
    23:1 38:11
temporal
    131:20,21
    279:10,11
    282:14
ten   53:4 97:18
tenant   18:25
tend   202:6
    224:15
tendency   137:4

tenets   71:12
term   25:2
    28:23 63:21
    79:10 93:18,25
    190:5,6 191:13
    271:2 280:21
    283:20 302:13
terms   294:13
terrace   180:3,3
    186:10 206:3
    206:22 207:3,6
    210:16 211:14
    213:5 218:22
    222:8
test   11:10 12:4
    38:9,10 161:24
    162:11
tested   38:11
testified   9:2
    247:24
testifying   12:22
testimony
    215:11 283:5
    313:10
testing   69:22
    72:23 76:17
    77:5,12,24
    147:25 148:14
    148:17 149:7
    196:11 197:6
tests   38:12
tetrachloroet...
    107:22 258:13
text   111:12,13
    111:14,16

115:2 254:1
textbook   98:19
    192:7
thank   33:22
    147:12 173:15
    173:17
thanks   65:12
    300:18
theirs   292:5
theodore
    194:11 200:21
theoretician
    77:21
theoreticians
    78:8 192:9
    197:5
theory   148:20
thing   11:23
    12:3 15:2 17:4
    27:19 35:4
    49:6 67:1
    80:21 85:16
    91:19 94:15
    111:20 113:3
    115:23 118:23
    126:1 135:9
    149:18 159:7
    161:9 229:7
    252:4 261:3
    279:15 280:2
    290:11
things   10:12,14
    22:15 32:11
    42:23 47:22
    48:5 95:1

111:6 113:19
    113:19,20
    128:19 131:6
    156:6 162:12
    162:12 178:16
    193:21 208:8
    232:18 241:18
    244:4 246:13
    257:25 282:8
    291:17 297:11
    299:16
think   10:9,10
    10:13 11:16
    12:9,15 13:14
    14:11 20:4,9
    23:11 24:18,20
    27:18,23 29:12
    30:2 31:4,14
    31:24 32:5,15
    32:18,21 34:11
    35:14,19,21
    42:23 43:4,20
    44:19 45:13
    46:12 47:2,3,4
    48:1 49:2,12
    50:14 51:12,14
    51:15 52:16,23
    54:21 56:7
    58:8 61:8,11
    64:13 67:5
    68:6 69:19
    71:6 74:19
    75:1,2,16,24
    76:9 79:23
    83:2 84:11,20

Golkow Technologies,
A Veritext Division
877-370-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 392 of 405

85:7,8 86:6,9
86:20 87:15,22
96:19 97:9
100:4 101:23
102:10 103:4
103:21 104:9
104:16 106:8
107:7 109:8
110:1,6,7
112:8,14,17,25
113:5,6,16
114:5,19,24
115:18 121:5
121:14 124:24
126:24 127:18
128:5,9,14
129:13 130:21
131:10 134:1
135:2,2,23,24
137:11,24
147:24 148:2
153:19,24
154:3 158:2
159:2 163:3
164:15 167:10
167:24 169:1
174:10,22
182:16 184:9
184:19 190:17
191:18 193:23
195:5 207:12
218:4,22
229:20 230:18
230:22 232:19
232:20 234:18

241:11 249:5
249:10 255:7
255:17,25
257:7,10
261:15,20
263:24 264:17
264:22 265:4,4
265:7,20
266:24 267:14
267:21,25
268:1,22 269:8
269:14 270:10
270:22 272:17
273:7 275:1
276:2,3 277:5
277:21,23
280:17 281:6
282:8,10 284:5
285:25 287:11
287:12 288:6,9
288:23 289:9
290:20 291:23
294:8,20
295:10 296:17
300:9 302:5,12
304:1,10,24
305:23,24
306:11,20
311:25
**thinking** 42:14
48:16 74:17
103:14 134:14
241:20 300:9
**thinks** 283:8

**third** 136:11
169:10 243:15
280:10
**thm** 245:10
**thorough**
293:12
**thought** 26:18
27:25 43:18
45:21 46:19
49:3 84:3
109:6,22
114:25 115:21
115:23 126:5
134:1 139:7
170:15 172:5
182:17 208:1
234:12 239:21
246:5 261:6
266:7 277:5
291:10 296:19
296:23 307:12
**thousands**
37:18 46:11
**threats** 18:23
61:23 62:9
293:4
**three** 48:9 71:9
82:10,14 86:8
94:16 99:25
105:15,17,18
105:20 106:9
125:17 150:4
150:18 157:14
161:22,23
168:14 185:10

196:3 226:14
226:19 250:2
252:17 254:25
264:3 267:18
292:21
**threshold**
140:15 141:1
141:20,24
142:8
**thresholds**
140:17,23
**throwing**
244:11
**thrown** 244:5
**thursday** 1:17
**tight** 261:7
**till** 187:12
**time** 8:5 13:16
14:12 20:10
25:10 30:24
31:18 32:10
33:13,24 37:5
38:13 41:4
45:2 54:8
56:11,12,17
64:1,7,25 66:7
70:17 80:21
81:10,14 88:3
88:22 93:23
96:25 97:1,1,3
98:25 108:1
114:8 117:24
118:4,6 119:9
122:22 126:3,8
127:19 146:19

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 393 of 405

146:23 148:9
148:16 153:16
155:8,13 156:5
156:22 158:5
161:17 168:22
173:18 174:10
175:8 178:17
178:22 180:18
182:7,17
193:19 195:16
196:1,16
197:20 198:1
201:18,20
208:23 209:2
211:10 221:3
222:14 244:13
247:2 250:10
258:21 274:5,9
281:15 291:13
305:20 312:4
**timely** 54:17
55:1
**times** 79:20
96:7
**timing** 144:11
**tiny** 236:2
**tired** 20:9
**title** 137:22
190:25
**today** 9:14,17
10:14 11:8,17
12:15,20,22
13:1 20:13
34:9,10,15,18
39:12 174:1

293:23
**today's** 8:4
**together** 64:19
75:13,14 79:11
79:15 87:14
107:2 113:21
114:25 116:13
144:19 155:16
170:5 257:5
275:17
**told** 15:5 136:2
139:13 293:21
**ton** 34:17
**tonight** 268:3
**took** 107:4
163:6 168:12
174:10 185:12
193:19 222:12
**top** 53:11,12
131:10 192:9
197:4 230:25
234:22 252:24
281:24 286:6
**topic** 20:16
**topical** 63:7
**tort** 3:18
**total** 150:17
171:22 221:12
228:15 235:24
**totally** 237:22
245:13 252:3
253:10
**touch** 282:11
**toward** 238:20

**towards** 103:2
103:2 136:16
136:24
**township** 25:5
76:1
**tox** 61:5,8
116:10 251:15
251:25 252:2,7
253:7,16,18
254:7 256:6
**toxic** 22:21
24:22 26:9
27:5,6 30:9
34:23 59:15
60:10 196:6
**toxicologic**
60:23
**toxicological**
253:22 259:7
**toxicologist**
251:14 252:15
252:23 254:23
275:17
**toxicologists**
251:11,13,18
**toxicology** 61:5
66:1 113:19
117:8 290:24
**track** 117:3
139:3
**trade** 114:14
146:2 161:14
**trailer** 186:10
**train** 118:5

**training** 204:20
206:2,5 211:18
217:12,13,14
217:15,17,20
217:23 219:19
224:3 236:14
237:23 239:23
264:1 268:25
269:17 271:6
271:13 272:6,9
272:14,17,18
272:20,21,24
272:24 273:4,4
285:1
**transcript**
314:1
**transcripts**
50:11
**transformative**
52:13
**transport**
177:17 204:7
**treated** 187:10
**treatise** 191:24
293:22
**treatises** 192:3
**treatment**
178:6 180:14
**trend** 226:15
226:19 227:3
228:2 232:23
233:9,14,16
**trends** 136:18
225:21,23

tress   10:9
trichloroethyl...
    22:4 29:23
    31:4,11 80:19
    106:1 120:22
    169:24 171:1
    181:24 230:7
    258:12
tried   45:10
    51:19 118:4
    158:9 220:25
    244:24,24
    259:3 296:11
    300:2,3
trihalometha...
    28:25 29:13
    30:5,19,20
    31:3 169:20
trouble   88:10
true   75:22
    99:25 151:17
    183:13 195:11
    218:6 237:11
    248:5 256:21
    273:21 301:13
    302:1 313:9
truly   136:17
trust   57:12,15
trusted   61:22
    162:3
truthfully   9:25
try   13:9 30:9
    36:8 101:13,19
    108:25 114:4
    126:8 142:20

143:8 146:10
153:14 164:12
167:1 178:24
183:10 233:11
268:3 299:14
trying   23:11
    24:20 27:5,9
    27:23 37:14
    42:12 46:1
    47:6 50:7
    53:10 56:17
    60:6 64:11,25
    67:13 72:9
    75:15 78:5,7
    79:7 98:21
    105:2 109:18
    113:7,20,25
    114:2,19
    131:10 145:25
    166:14 187:7
    189:8 190:12
    190:14 195:6
    213:3,3,7
    233:21 234:6
    239:15 241:3
    241:12 249:10
    269:21 277:19
    277:21 282:9
    285:11 287:11
    298:6 299:17
    299:23 300:5
tube   29:1,13
    37:1 181:15,24
tufts   21:3 27:2
    33:4

tumor   97:1
    122:9
turn   149:24
    150:3 183:14
    247:20 259:21
    274:14 286:23
    288:22 294:19
    296:22 309:15
turning   246:15
turns   275:3
tvoc   228:19
    235:21
twelve   61:17
twice   148:14
    248:13 265:16
two   16:16 17:9
    17:13 19:3,4
    35:12 46:3
    47:23 50:15
    76:2 77:21
    82:18 85:2,3
    91:7 94:17
    97:24 104:7
    105:20 106:13
    107:2 112:8,8
    113:8 124:25
    125:4 130:12
    147:10,20,23
    147:23 157:9
    160:15 165:17
    165:19 172:19
    177:12 178:16
    188:16 195:13
    197:14,18,24
    201:25 204:3

204:12 207:20
209:8 226:1
231:20 249:16
249:18,19
256:1 263:13
264:15,16
266:2,23
270:11,11
278:5 298:15
300:7
type   10:12,17
    27:3 35:25
    89:7,14 158:3
    181:17 185:13
    197:13 201:6
    204:12 209:8
    229:19 245:14
    249:2,8 251:7
    298:11
types   197:19
    298:15
typical   265:9
    265:10,10,10
    269:22 270:3
typically   38:20
typo   170:14

**u**

u.s.   3:18,22
    7:18,21 24:23
    96:9 161:16
    266:18 287:2
    295:3
uh   14:24 21:11
    32:16 37:21
    39:19 41:1,6

41:19 42:5
54:10,13 56:9
59:6 63:10
64:17,20 71:13
87:25 92:8,15
92:17 112:22
116:1 117:7
123:9,22
127:13 128:2
129:17 130:19
137:8 150:2,9
150:11,13,20
152:21 153:13
153:22,25
155:5 157:11
157:19 160:18
161:13 162:6
165:3,12,25
166:12 167:8
169:12 171:7,9
171:18 172:8
172:10,22
174:16,20
177:2 186:2
187:22 188:6
189:5,10
190:19 191:16
193:20 195:21
195:25 196:21
197:22 198:19
204:5,17 209:7
209:11,22
212:7 216:14
219:10 221:4,9
221:17 222:4

223:10 225:1
226:9 227:9,23
228:6,16,18,21
230:8 232:6
234:16 236:7
238:23 242:4
243:14 246:17
246:25 248:11
253:2 256:3
258:15 259:4
259:14,18
260:7 263:2
268:6,21
271:10 274:13
276:8 279:7
282:1 285:8,19
286:4 289:24
298:23 299:2
300:1 306:2
309:6,12
**ultimately**
274:24 275:11
**um** 148:8
157:25
**uncertainty**
71:17,20
178:11 179:15
190:8,13
215:22,24,24
237:15 259:25
260:3 280:21
**unclear** 226:25
**uncontaminat...**
186:22

**under** 53:7
54:11 55:9
58:24 59:18
65:14,18 67:6
122:25 124:18
130:12 136:11
265:14 278:15
**underestimates**
238:21
**underestimati...**
102:21
**undergo**
296:25
**undergraduate**
67:20
**underneath**
22:5 173:7
**understand**
11:25 22:17
89:6 116:25
117:4 130:11
143:8 155:20
166:14 167:6
172:11 176:13
195:14 234:6
238:5 251:19
273:2 279:24
297:25 300:13
300:20
**understanding**
109:24 145:13
156:25 167:12
234:19 243:8
245:23 246:9
268:13 273:17

275:6 276:25
293:17,19,20
304:21
**understood**
49:12 98:9
108:22
**undoubtedly**
247:6
**unexpected**
31:1
**unexposed** 98:2
99:15 136:16
175:7 180:11
180:21 181:6,6
181:13 186:20
197:25 205:17
207:16 210:1
211:15,20
212:11 214:4
215:17 216:16
216:19,22
217:4 222:7,22
235:17,23
238:20 239:3
240:8 242:25
247:10 304:9
**unfortunate**
165:5
**unfortunately**
148:23 297:21
**union** 35:9,10
35:22 72:13
**unique** 24:12
29:2 162:15

| | | | |
|---|---|---|---|
| **unit** 154:17,18 | **unrelated** | 122:7 123:11 | 161:7 163:22 |
| 154:19,22,24 | 185:11 | 126:11 127:4 | 164:21 167:20 |
| 155:9 156:20 | **unsung** 42:25 | 128:24 129:4 | 169:6 177:15 |
| 156:21 204:15 | 68:6 | 147:24 148:17 | 179:17,23 |
| 206:5,12 | **update** 121:8 | 149:13 150:25 | 180:3 185:19 |
| 208:11 210:12 | 138:3,15 | 151:1 154:6 | 186:14 198:2 |
| 211:25 214:18 | **updated** 40:15 | 155:16,17,18 | 204:10 205:2 |
| 215:21 216:10 | 138:17 290:1 | 158:9,18 | 208:7 217:15 |
| 221:23 223:24 | **updates** 121:3 | 166:21 189:11 | 224:21 256:24 |
| **united** 1:1 8:19 | **upper** 67:8 | 189:19 190:5 | 259:16 275:12 |
| 8:22 12:23 | 189:3 224:14 | 191:11,13 | 275:19,21,24 |
| 174:2 | 260:4 | 196:22 198:2 | 275:25 276:1 |
| **units** 48:23 | **ups** 93:19 | 205:21 207:7 | 276:14,18,19 |
| 186:15 208:1 | **upset** 71:22 | 223:12 233:3 | 277:20 279:9 |
| 210:13 212:17 | **urgent** 58:1 | 236:24 247:10 | 283:20 287:9,9 |
| 214:2 | **usage** 247:9 | 271:2 275:8 | 287:16 303:19 |
| **universal** | **usdoj.gov** 3:20 | 277:25 278:15 | 303:24 304:9 |
| 231:17 | 3:25 | 280:20 282:20 | 305:8 306:19 |
| **universally** | **use** 37:5,23 | 284:1,4,11 | **useful** 54:25 |
| 52:11 | 38:5,7 48:15 | 285:20 287:2 | 84:4 94:12 |
| **university** 16:2 | 56:23 70:10,17 | 296:19 297:6 | 96:16 97:2 |
| 16:13 17:3 | 70:19 72:24 | 298:6 299:13 | 101:21 140:12 |
| 19:15 20:1 | 73:5 75:7 | 305:13,15 | 148:17 152:11 |
| 21:3 27:2 42:4 | 76:18,18 77:2 | 306:10 | 152:12 158:7 |
| 249:21 | 77:11,11,23 | **used** 38:1 43:5 | 254:3 269:15 |
| **unknown** | 78:3 79:9 | 43:5 45:5 | 270:1 285:12 |
| 186:25 188:2 | 89:25 90:1,4 | 69:19,20 86:7 | 294:8 |
| 212:4 214:8,22 | 95:5 96:10,25 | 88:3 94:20 | **useless** 291:20 |
| 215:13 | 97:3,8,17 98:7 | 95:12 96:20 | 291:23 |
| **unmarried** | 98:7,18,22 | 100:4 101:23 | **uses** 128:25 |
| 305:8 | 99:11,20,20,20 | 115:17,18,19 | 281:13 |
| **unpack** 110:9 | 100:3 101:5,19 | 116:5,8 117:1 | **using** 22:4,20 |
| 284:25 | 102:1 103:22 | 117:4 125:14 | 23:21 43:12 |
| **unpacking** | 109:3 118:11 | 127:22 140:4 | 49:7 77:5 |
| 71:16 | 118:15 121:11 | 154:5 157:24 | 129:3 130:20 |

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 397 of 405

148:14,14
149:14,16
179:24 193:18
196:10 204:9
208:13 219:19
232:10 244:6
260:21 261:1
276:14 283:21
287:1 300:6
304:23
**usmc** 5:14,17
5:24 6:5 39:16
39:24 40:12,24
194:6 200:17
**usual** 214:17
**usually** 72:8
82:9,16 92:6,9
95:25 96:1,8
103:9 118:8
224:12
**utility** 18:21,22
**utilized** 57:2

**v**

**va** 5:18 43:12
49:7 105:12
106:14,17
107:5,17,21
108:12 109:12
109:18 110:1
110:21,22,23
111:12,19
112:24 115:20
115:24 117:25
127:20 162:14
162:15,17,18

162:18,24
164:1 165:11
165:13,16
166:8,16,23,24
167:2,4,13,15
185:9 187:12
187:20 193:16
218:25 249:6
256:15,19
257:16,25
258:2 275:3,7
275:11,13
276:13,21,22
287:3,16,19
**va's** 166:21
167:20 185:6
257:24 274:18
275:2
**value** 52:10
97:21 149:3,3
149:16 177:14
238:20 261:3,5
269:17
**values** 6:10
53:7,16,20,23
62:17,23
178:11,15
180:4 181:7
221:19 222:6
226:15 303:20
**vanslyke** 3:7
8:14,14
**variable** 96:25
97:1,3

**variables** 94:14
94:18 157:13
158:4,11
162:10 234:25
**variations**
180:16
**varied** 50:7
**varies** 82:19
**various** 90:3,3
93:12 94:13
95:1 100:14
101:4 123:8
127:10 173:8
**verified** 89:21
90:11
**verify** 89:23
165:18,20
296:10
**versa** 145:3
**version** 14:23
67:14 68:10,18
68:19,22
**versus** 23:16
76:16 91:6
99:15 103:15
136:15 155:21
178:23 181:6
181:13 185:4
216:1 218:10
238:5 242:14
311:16
**veteran** 91:23
91:24 257:10
276:22 277:3

**veterans** 27:24
274:19 287:3
**vibration** 23:1
38:11
**vice** 145:3
**vicinity** 272:25
**video** 8:5 81:11
146:20 208:24
274:6 312:5
**videoconfere...**
1:14 2:10
**videographer**
4:7 8:1,3 81:10
81:13 146:19
146:22 208:23
209:1 274:5,8
312:4
**videotaped**
1:14 2:10
**vietnam** 27:25
**view** 55:23
76:22 193:14
277:3
**viewpoint**
283:3 285:12
**viewpoints**
130:25 131:1
233:1 278:15
281:19,20
282:6,25
283:20,21,25
285:15,17
**views** 51:23
52:8 76:11,14

Case 7:23-cv-00897-RJ    Document 540-2    Filed 09/10/25    Page 398 of 405

**village** 186:11
**vinyl** 29:23
  30:17 79:2
  106:6,10 141:1
  188:11 206:21
  207:10,11
  258:14 259:2
  289:7
**virginia** 164:22
  165:5
**virtues** 53:8,22
**vision** 6:10,16
  51:25 52:9,14
  58:19,21 61:22
  62:3
**vitae** 5:11
**voc** 235:24
**vocs** 228:15
**volatile** 150:24
**volume** 191:10
  191:11
**volunteer** 39:3
**vote** 47:18
**votes** 47:19

**w**

**wait** 13:10,11
  44:11 71:17
  265:3
**want** 12:3
  13:17,19,25
  37:23 39:4,11
  41:5,8,10,20,21
  43:15 44:23
  51:22 54:7,8
  63:21,23 68:25

78:10,16 81:8
81:18,22 83:8
89:2 95:18
97:9 102:5
108:16 110:12
110:16 111:11
115:8 116:25
127:20 131:6
139:12,15,20
139:22 140:20
145:12 146:25
147:17 148:19
149:8 153:10
164:16 165:10
166:21 169:19
171:10 173:20
173:21 174:17
174:22 183:14
200:10 206:17
208:17 209:13
232:9 244:9
248:8 258:3
261:24 270:10
271:2,17
273:25 274:10
276:23 282:11
282:16,20,21
282:25 287:20
294:19 307:17
308:3
**wanted** 9:8
  15:22 34:2,7
  34:18,20 39:5
  41:3 44:5
  45:12 50:21

60:11,12,12
71:24 81:23
104:10 105:15
107:16 114:24
116:21 121:8
135:17 154:6
158:23 187:8
187:18 198:8
236:24 248:7
253:12 265:8
275:8 296:18
297:14
**war** 18:15
  19:22 115:19
  115:22 127:18
  275:4
**warm** 265:14
**warnings** 71:14
**washington**
  3:19,24 105:18
**waste** 21:3
  25:20 26:9
  27:5,6,6 30:9
  35:6,7,10 54:8
  59:3,14 60:10
  62:11 196:6
**watch** 270:25
**water** 1:6 5:14
  5:17,20,24 6:5
  7:6,9,12,21 8:7
  13:18 23:23
  24:5,11,12,20
  28:19 29:19,21
  30:14 35:2
  39:15,23 40:4

40:12,24 63:8
63:11 65:21
66:3 91:3
124:7,8,9,12,14
124:20 150:14
150:22,25,25
158:25 171:12
171:14 175:4,9
175:10 176:11
177:17,23,25
178:3,4,6,10
179:25 180:13
183:24 185:19
186:22 194:5
194:17 196:3
200:17 206:1
215:23,23
217:2,15
219:20 221:15
221:19 222:3
222:14 236:24
236:25 237:4
240:14 244:24
245:8,12,16,19
247:9,10,13
258:12,18
264:2,4 265:15
266:22 267:17
267:23 268:14
268:24 269:6
269:16 271:6,7
271:13,13,14
271:21 272:2,2
272:13,19,20
272:25 273:16

| | | | |
|---|---|---|---|
| 273:20 293:4 | we've 57:11 | 159:7,8,11,12 | 104:9 146:17 |
| 295:2 303:17 | 147:14 152:8 | 159:16 160:20 | 173:12,19,22 |
| 303:20 304:4 | 196:5,5 221:6 | 164:24 165:20 | 208:19,21 |
| 314:2 | 270:25 308:4 | 165:21,23 | 266:12,14 |
| **watkins** 186:11 | 309:9 | 180:18 209:3 | 274:1 308:21 |
| **way** 21:12 | **weak** 236:18 | 216:8,9 232:2 | 308:25 313:7 |
| 22:10 36:10,13 | **weaken** 92:25 | 232:21 248:13 | 313:10,17 |
| 42:14 47:17 | **weaker** 38:24 | 249:5 251:3,15 | **woburn** 75:8 |
| 53:17 56:8 | **weather** 265:14 | 266:24 275:18 | 75:23 80:2,13 |
| 70:12 72:3,4 | **weatherization** | 297:17 | **women** 200:7 |
| 72:11 76:17 | 18:19,20 | **west** 3:9 159:11 | 208:10 215:20 |
| 77:18 80:2 | **website** 47:2 | 164:22 165:5 | **wonder** 96:8 |
| 84:6,7 131:1 | 249:25 | **western** 16:20 | **wondering** |
| 132:18,20 | **week** 106:24 | 20:2 272:3,7 | 65:2 191:9 |
| 133:25 139:15 | 264:3,7 267:18 | 272:10,14 | 307:22 |
| 159:18,20 | **weeks** 106:21 | **whereof** 313:17 | **word** 36:15 |
| 172:13 195:23 | 107:9 120:3 | **wide** 140:4 | 73:5 94:4 |
| 219:8 221:1 | 147:10 256:25 | 145:21 188:15 | 128:24 270:25 |
| 224:16,16,19 | **weigh** 277:25 | 189:9 193:6,12 | 282:20 |
| 226:24 227:1 | **weight** 24:8,25 | 280:19 | **wording** |
| 232:11,21 | 42:10 | **widely** 53:21 | 144:13 |
| 234:1 239:7 | **weitz** 3:4,8 | **width** 191:14 | **words** 47:9 |
| 248:21 253:13 | **weitzlux.com** | 193:5 | 63:23 65:17 |
| 257:24 261:4 | 3:6,10 | **williams** 4:4 | 92:24 143:4 |
| 267:6 276:18 | **welcome** | 219:25 220:9 | 145:1 159:8 |
| 276:24 282:10 | 146:24 | 220:21 | 164:5 211:14 |
| 284:13 294:12 | **went** 15:15 | **win** 110:7 | 232:4 233:19 |
| 296:20,22 | 16:2,10,11,12 | **wins** 6:8 | 248:14 |
| 307:4 313:14 | 19:12,25,25 | **wish** 61:7 | **work** 11:7 |
| **ways** 66:9,11 | 20:17 21:5 | **withdraw** | 13:24 16:8 |
| 78:19 127:10 | 22:3,6,6 45:10 | 170:10 | 18:17 25:7 |
| 130:12 159:4 | 46:24 50:8 | **witness** 8:11 | 28:1,12,17 |
| 191:12 218:8 | 66:25,25 75:24 | 40:6,14,17 | 31:23 32:11 |
| 224:11 306:9 | 83:2 84:2 87:8 | 41:1 66:19 | 34:17 35:1 |
| | 100:20 147:19 | 72:20 73:13 | 41:18,21 42:10 |

| | | | |
|---|---|---|---|
| 42:12,23 44:13 | **workers** 5:23 | **worry** 39:1,2 | **x** |
| 45:11,14,17,20 | 6:5 23:13,20 | **worrying** 189:7 | **x** 307:2 |
| 48:5 50:6 | 35:6,8,10,23 | **worse** 236:14 | |
| 51:20 56:2 | 37:15,24 40:11 | **worthless** | **y** |
| 61:2,10 63:12 | 40:23 55:24 | 152:15 | **yeah** 10:11 |
| 66:6 68:15 | 80:6 103:9 | **write** 78:12 | 12:8 14:11,11 |
| 74:1,13 75:10 | 109:3,3 142:2 | 83:10 107:20 | 14:11,17,20 |
| 75:21,22 80:6 | 153:16,21,23 | 120:15,16 | 16:16 17:22 |
| 81:16 83:12 | 157:1,3,15,15 | 134:18 184:10 | 19:5 20:4 |
| 90:24 115:20 | 158:12 201:19 | 184:10 250:18 | 21:19,20,21 |
| 126:11 131:16 | 201:20 202:6 | **writing** 109:16 | 23:25 24:7,7,7 |
| 139:2 164:3 | 203:7 247:2,9 | 112:3,3 176:12 | 25:11 28:3,9 |
| 169:3 174:5 | 247:12,19 | 194:20,21 | 28:12,16 29:17 |
| 182:21 205:22 | 255:4 262:7 | 197:6 267:11 | 31:13 32:17,23 |
| 243:2 247:6 | 263:12 | 267:16 285:15 | 33:18 41:15 |
| 280:5 281:4 | **workforce** | **written** 14:6 | 47:2,2,6 50:13 |
| 290:5,7,8,16 | 103:6 | 66:23 77:8 | 51:4 55:3,3 |
| **workday** 247:3 | **working** 9:9 | 85:2 111:14 | 56:7 61:11 |
| **worked** 17:8,13 | 14:13 18:18 | 112:7 144:14 | 62:1 65:2,6,7,8 |
| 17:14 18:7,14 | 21:2 22:13 | 144:14 249:24 | 66:11,11 69:18 |
| 18:19 22:11 | 35:9 42:11 | 292:21 294:12 | 70:18,18 71:6 |
| 24:9 29:18 | 56:1,4 58:2 | 295:9 308:20 | 72:18,20 76:7 |
| 35:22 45:4 | 111:16 120:5 | **wrong** 24:2 | 82:20 84:18 |
| 60:2,6 63:2 | 135:5 194:18 | 80:2 85:8 | 85:12 86:25 |
| 65:20 81:21 | 252:12 | 121:22 132:12 | 93:19 94:3,11 |
| 87:19 162:12 | **workplace** | 145:8 174:23 | 95:15,24,25 |
| 163:19,20,21 | 22:20 23:14,17 | 288:10 | 96:22 98:13 |
| 174:9 195:22 | 23:23 | **wrote** 26:13 | 99:2 100:6,22 |
| 196:5 251:1,2 | **workshops** | 35:3 41:15 | 102:9 103:16 |
| 251:6 253:16 | 18:20 | 133:15 194:15 | 104:9 106:22 |
| 255:1,2 270:15 | **workstation** | 194:15 195:23 | 108:11,14,14 |
| 297:16 | 22:5 | 232:20 243:10 | 108:15 111:16 |
| **worker** 23:11 | **world** 52:10 | 295:10 | 112:20,25 |
| 91:23 263:9 | 114:14 146:2 | | 113:2 115:14 |
| 265:10 | | | 120:4 122:18 |
| | | | 123:1,3,6 |

124:8,17
126:17 127:1
128:7,13,23
129:7,25 130:4
130:16 131:14
132:8,12
133:18 134:17
134:24,24
135:2,3 138:9
138:12 139:19
144:4,4 145:6
145:11 147:9
147:22,22,22
150:9,24 151:9
151:20 152:1,3
154:1 155:23
156:18,22
158:17 163:9
167:23 168:22
169:2,2,5
170:4,4,24,24
171:18 172:1,3
172:17 173:1
174:13,13
177:13 178:13
179:11 180:2
180:12,24
185:4 188:25
191:2 193:1,2
193:4,4,4
194:2,2 199:12
199:14,14
200:6,14 202:6
203:5,17 205:5
206:10,12

207:4,10,22
208:21 210:9
210:10 211:5
211:17 213:25
213:25 214:2
215:3,3,3,4,4,6
222:19 223:10
223:22 224:5
224:20,22,23
225:5,5,5,18
228:4,6 229:2
229:5,20 230:5
230:15 231:3,4
231:4,4,14
232:21,25
235:19 236:3,6
239:16 241:14
243:20 252:20
252:24 254:20
257:23 261:23
261:23 262:1
262:14 263:22
264:6,12
265:21 266:1,1
266:5,5,13
268:4 270:22
271:4 273:2,5
277:10 280:9
287:8 288:21
288:21 289:10
289:11,17,19
290:19,24
291:1,23,25
295:21,23,23
298:13,13,13

298:15 300:14
300:19,23
301:2,8,8,10
302:5,7,7,7,25
302:25 303:4
304:1 305:10
305:15,23,24
306:23 307:1
310:6 311:18
311:18,21
**year** 14:19,20
16:16,17 18:8
20:20 31:20
32:15 35:12
65:9,11,11
97:17,18
118:25 121:6
145:24 163:1
168:25 187:4
240:24
**years** 16:15,16
17:9,11,14
19:2,3 23:7
28:15 33:7,14
33:15,19 34:22
58:15 60:1
61:1,25 62:15
62:25 74:18
77:16 78:5
98:20,20
118:24 136:3
140:6 152:25
153:1 168:14
174:6,8 187:5
187:17 191:2

195:22 197:7
220:1 269:10
307:16
**yep** 26:24
153:2 247:23
259:20 266:6
**yesterday** 9:20
10:23 11:14
15:5
**york** 3:5,5
75:19
**young** 104:4
153:9 160:13
200:1 262:17
**younger** 98:5
**yueh** 4:3 8:23
8:23 10:9
**yurk** 4:6

**z**

**zero** 140:6
145:23 222:20
222:22 232:13
**zoom** 4:3,4,4,5
4:5,6 113:4

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 540-2 Filed 09/10/25 Page 402 of 405

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.