**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:23-CV-897**

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**[1]

**<u>Leukemia Cases</u>:**
***Amsler v. United States* 7:23-cv-00284**
***Connard v. United States* 7:23-cv-01557**
***Fiolek v. United States* 4:23-cv-00062**
***Gleesing v. United States* 7:23-cv-01486**
***Hill v. United States* 7:23-cv-00028**

**<u>NHL Cases</u>:**
***Carter v. United States* 7:23-cv-01565**
***Davis v. United States* 7:23-cv-00043**
***Keller v. United States* 7:23-cv-01501**
***Kidd v. United States* 7:23-cv-01489**
***Vidana v. United States* 7:23-cv-01575**
***Howard v. United States* 7:23-cv-00490**

**DEFENDANT UNITED STATES' INDEX OF EXHIBITS**

Defendant the United States files the following exhibits in support of its Motion to Exclude General Causation Opinions of Plaintiffs' Leukemia and NHL Experts Under Federal Rule of Evidence 702(c):

| Exhibit | Description |
|---|---|
| 1 | Relevant excerpts from the World Health Organization Classification of Tumours Editorial Board, Haematolymphoid Tumours, International Agency for Research on Cancer (5th ed., vol. 11, 2024). Full copy available upon request. |
| 2 | Fagliano, *Drinking Water Contamination and the Incidence of Leukemia: An Ecologic Study*, 80 AM. J. PUB. HEALTH 1209 (1990) |

[1] The Parties have reached agreement in principle on a settlement amount in *Fiolek* and *Vidana*. The Parties are finalizing the terms of the settlements. The United States will notify the Court and withdraw this motion as to *Fiolek* and *Vidana* once the settlements are final.

| | |
|---|---|
| 3 | Morton, *Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project*, 48 J. NAT'L CANCER INST. MONOGRAPHS 1 (2014) |
| 4 | Liu, *Benzene Exposure Increases the Risk of Non-Hodgkin's Lymphoma: A Systematic Review and Meta-Analysis of Observational Studies*, 11 TRANSLATIONAL CANCER RES. 1750 (2022) |
| 5 | J.S. Stenehjem, et al., *Benzene exposure and risk of lymphohaematopoietic cancers in 25,000 offshore oil industry workers*, 112 BRIT. J. CANCER 1603, 1605 (2015) |
| 6 | Andrea 't Mannetje, et al., *Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium*, 124 ENVTL. HEALTH PERSPS. 396 (2016) |