WHO Classification of Tumours • 5th Edition

# Haematolymphoid Tumours Part A

Edited by the WHO Classification of Tumours Editorial Board




















International Agency for Research on Cancer

World Health Organization

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 1 of 195

Property of Bridget Bailey Lipscomb

WHO Classification of Tumours • 5th Edition

# Haematolymphoid Tumours

## Part A

WHO Classification of Tumours Editorial Board

International Agency for Research on Cancer
World Health Organization

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 3 of 195

© International Agency for Research on Cancer 2024
All rights reserved.

**Suggested citation**
WHO Classification of Tumours Editorial Board. Haematolymphoid tumours.
Lyon (France): International Agency for Research on Cancer; 2024.
(WHO classification of tumours series, 5th ed.; vol. 11).
https://publications.iarc.who.int/637.

**Sales, rights, and permissions**
Print copies are distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
Tel.: +41 22 791 3264; Fax: +41 22 791 4857; email: bookorders@who.int; website: https://whobluebooks.iarc.who.int/

To purchase IARC publications in electronic format, see the IARC Publications website (https://publications.iarc.who.int).

Requests for permission to reproduce or translate IARC publications – whether for sale or for non-commercial distribution – should be submitted through the IARC Publications website (https://publications.iarc.who.int/Rights-And-Permissions).

**Third-party materials**
If you wish to reuse material from this work that is attributed to a third party, such as figures, tables, or boxes, it is your responsibility to determine whether permission is needed for that reuse and to obtain permission from the copyright holder. See *Sources*, pages 259–262 (Part A) and 835–840 (Part B). The risk of claims resulting from infringement of any third-party-owned component in the work rests solely with the user.

The contributors of all images in which the patient may be identifiable have affirmed that the appropriate informed consent has been obtained for the use of said images in this publication.

**General disclaimers**
The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of WHO or contributing agencies concerning the legal status of any country, territory, city, or area, or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted and dashed lines on maps represent approximate border lines for which there may not yet be full agreement.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by WHO or contributing agencies in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

All reasonable precautions have been taken by WHO to verify the information contained in this publication. However, the published material is being distributed without warranty of any kind, either expressed or implied. The responsibility for the interpretation and use of the material lies with the reader. In no event shall WHO or contributing agencies be liable for damages arising from its use.

First print run (12 500 copies)

Updated corrigenda can be found at https://publications.iarc.who.int

**IARC Library Cataloguing-in-Publication Data**
Names: WHO Classification of Tumours Editorial Board.
Title: Haematolymphoid tumours / edited by WHO Classification of Tumours Editorial Board.
Description: Fifth edition. | Lyon: International Agency for Research on Cancer, 2024. | Series: World Health Organization classification of tumours.
| Includes bibliographical references and index.
Identifiers: ISBN 9789283245209 (pbk.) | ISBN 9789283245216 (ebook)
Subjects: MESH: Hematologic Neoplasms – classification. | Lymphoma – classification.
Classification: NLM WH 490

**The WHO classification of haematolymphoid tumours presented in this book reflects the views of the WHO Classification of Tumours Editorial Board that convened via video conference from 30 March to 1 April 2022, as well as subsequent consultation.**

# The WHO Classification of Tumours Editorial Board

**Patient Representative:**
Mol, Jan A.
Stichting Hematon
Utrecht

## Expert members: Haematolymphoid tumours

Akkari, Yassmine
Nationwide Children's Hospital
Columbus

Alaggio, Rita
Sapienza Università di Roma, IRCCS Ospedale Pediatrico Bambino Gesù
Rome

Campbell, Peter J.
Wellcome Sanger Institute
Hinxton

Chan, John K.C.
Queen Elizabeth Hospital
Kowloon, Hong Kong SAR

Chng, Wee Joo
National University Cancer Institute
Singapore

Coupland, Sarah E.
Institute of Systems, Molecular and Integrative Biology, University of Liverpool
Liverpool

Dave, Sandeep S.
Duke Center for Genomic and Computational Biology
Durham

de Jong, Daphne
Netherlands Cancer Institute / Antoni van Leeuwenhoek Hospital
Amsterdam

Du, Ming-Qing
Addenbrooke's Hospital, University of Cambridge
Cambridge

Ferry, Judith A.
Massachusetts General Hospital
Boston

Gujral, Sumeet
Tata Memorial Hospital
Mumbai

Hochhaus, Andreas
Universitätsklinikum Jena
Jena

Kantarjian, Hagop M.
University of Texas MD Anderson Cancer Center
Houston

Lim, Megan S.
Memorial Sloan Kettering Cancer Center
New York

Nagai, Hirokazu
National Hospital Organization, Nagoya Medical Center
Nagoya

Naresh, Kikkeri N.
Fred Hutchison Cancer Center
Seattle

Ott, German
Robert-Bosch-Krankenhaus
Stuttgart

Sayed, Shahin
Aga Khan University
Nairobi

Schuh, Anna
University of Oxford
Oxford

Sewell, William Arthur
Garvan Institute and St Vincent's Hospital Sydney
Darlinghurst

Siebert, Reiner
Ulm University and Ulm University Medical Center
Ulm

Solary, Eric
Gustave Roussy
Villejuif

Wood, Brent Lee
Children's Hospital Los Angeles
Los Angeles

The molecular data presented in this volume was provided with support from the **Compendium of Cancer Genome Aberrations (CCGA)**

The Compendium
www.ccga.io

For the complete list of all contributors and their affiliations, see pages 815–833.

# The WHO Classification of Tumours Editorial Board (continued)

## Standing members

Cree, Ian A. (Editorial Board Chair)
International Agency for Research on Cancer
Lyon

Denton, Erika R.E.
Norfolk and Norwich University Hospitals NHS Foundation Trust
Norwich

Eden, Michael
Cambridge University Hospitals NHS Foundation Trust
Cambridge

Field, Andrew S.*
University of NSW Sydney and University of Notre Dame Medical Schools, St Vincent's Hospital Sydney
Darlinghurst

Gill, Anthony J.
Royal North Shore Hospital
St Leonards

Hodge, Jennelle C.*
Indiana University School of Medicine
Indianapolis

Khoury, Joseph David*
University of Nebraska Medical Center
Omaha

Lax, Sigurd F.
General Hospital Graz II, Medical University of Graz
Graz

Lazar, Alexander J.
University of Texas MD Anderson Cancer Center
Houston

Moch, Holger
University of Zürich and University Hospital Zürich
Zürich

Rous, Brian
NHS England
Fulbourn, Cambridge

Srigley, John R.
University of Toronto, Trillium Health Partners
Mississauga

Tan, Puay Hoon
Luma Medical Centre
Singapore

Thompson, Lester D.R.
Head and Neck Pathology Consultations
Woodland Hills

Tsuzuki, Toyonori
Aichi Medical University Hospital
Nagakute

Washington, Mary K.
Vanderbilt University Medical Center
Nashville

* Standing members marked with an asterisk also served as expert members for this volume.

For the complete list of all contributors and their affiliations, see pages 815–833.

# WHO Classification of Tumours
## Haematolymphoid Tumours


| | |
|---|---|
| Edited by | The WHO Classification of Tumours Editorial Board |
| IARC Editors | Faiq Ahmed<br>Ian A. Cree<br>Daphne de Jong<br>Anil Felix Angelo Fonseca<br>Gabrielle Goldman-Lévy<br>Dilani Lokuhetty |
| Project Assistant | Asiedua Asante |
| Assistant | Anne-Sophie Bres |
| Production Editor<br>Editorial Consultancy | Jessica Cox<br>Julia Slone-Murphy |
| Principal Information Assistant<br>Information Assistant | Alberto Machado<br>Catarina Marques |
| Layout | Meaghan Fortune<br>Catarina Marques |
| Printed by | Omnibook<br>74370 Argonay, France |
| Publisher | International Agency for Research on Cancer (IARC)<br>25 Av. Tony Garnier, CS 90627<br>69366 Lyon, CEDEX 07, France |


# Contents

Please note that the contents of this volume have been split into two parts for publication in print: Part A (in this book) and Part B (in the accompanying book).


**List of abbreviations** xi

**Foreword** xii

**PART A (IN THIS BOOK)**

**ICD-O topographical coding** 1

**ICD-O morphological coding** 1
- Myeloid proliferations and neoplasms 2
- Histiocytic/dendritic cell neoplasms 5
- B-cell lymphoid proliferations and lymphomas 6
- T-cell and NK-cell lymphoid proliferations and lymphomas 10
- Stroma-derived neoplasms of lymphoid tissues 12

**1 General introduction to haematolymphoid tumours** 13

**2 Myeloid proliferations and neoplasms** 17

Myeloid precursor lesions
- Clonal haematopoiesis
  - Introduction 19
  - Clonal haematopoiesis 20
  - Clonal cytopenia of undetermined significance 24

Myeloproliferative neoplasms
- Myeloproliferative neoplasms
  - Introduction 26
  - Chronic myeloid leukaemia 28
  - Chronic neutrophilic leukaemia 34
  - Chronic eosinophilic leukaemia 37
  - Polycythaemia vera 40
  - Essential thrombocythaemia 44
  - Primary myelofibrosis 47
  - Juvenile myelomonocytic leukaemia 53
  - Myeloproliferative neoplasm NOS (unclassifiable) 57

Mastocytosis
- Introduction 60
- Cutaneous mastocytosis 61
- Systemic mastocytosis 64
- Mast cell sarcoma 71

Myelodysplastic neoplasms
- Introduction 73
- Myelodysplastic neoplasms with defining genetic abnormalities
  - Myelodysplastic neoplasm with low blasts and 5q deletion 76
  - Myelodysplastic neoplasm with low blasts and *SF3B1* mutation 78
  - Myelodysplastic neoplasm with biallelic *TP53* inactivation 80
- Myelodysplastic neoplasms defined morphologically
  - Myelodysplastic neoplasm with low blasts 83
  - Myelodysplastic neoplasm, hypoplastic 85
  - Myelodysplastic neoplasm with increased blasts 87
- Myelodysplastic neoplasms of childhood
  - Childhood myelodysplastic neoplasm with low blasts 90
  - Childhood myelodysplastic neoplasm with increased blasts 93

Myelodysplastic/myeloproliferative neoplasms
- Introduction 95
- Chronic myelomonocytic leukaemia 96
- Myelodysplastic/myeloproliferative neoplasm with neutrophilia 102
- Myelodysplastic/myeloproliferative neoplasm with *SF3B1* mutation and thrombocytosis 105
- Myelodysplastic/myeloproliferative neoplasm NOS (unclassifiable) 108

Acute myeloid leukaemia
- Introduction 110
- Acute myeloid leukaemia with defining genetic abnormalities
  - Acute promyelocytic leukaemia with *PML::RARA* fusion 112
  - Acute myeloid leukaemia with *RUNX1::RUNX1T1* fusion 115
  - Acute myeloid leukaemia with *CBFB::MYH11* fusion 118
  - Acute myeloid leukaemia with *DEK::NUP214* fusion 121
  - Acute myeloid leukaemia with *RBM15::MRTFA* fusion 123
  - Acute myeloid leukaemia with *BCR::ABL1* fusion 125
  - Acute myeloid leukaemia with *KMT2A* rearrangement 127
  - Acute myeloid leukaemia with *MECOM* rearrangement 130
  - Acute myeloid leukaemia with *NUP98* rearrangement 133
  - Acute myeloid leukaemia with *NPM1* mutation 135
  - Acute myeloid leukaemia with *CEBPA* mutation 138
  - Acute myeloid leukaemia, myelodysplasia-related 140
  - Acute myeloid leukaemia with other defined genetic alterations 144
- Acute myeloid leukaemia defined by differentiation
  - Acute myeloid leukaemia with minimal differentiation 147
  - Acute myeloid leukaemia without maturation 149
  - Acute myeloid leukaemia with maturation 151
  - Acute basophilic leukaemia 153
  - Acute myelomonocytic leukaemia 155
  - Acute monocytic leukaemia 157
  - Acute erythroid leukaemia 160
  - Acute megakaryoblastic leukaemia 162
- Myeloid sarcoma
  - Myeloid sarcoma 165

Secondary myeloid neoplasms
- Myeloid neoplasms and proliferations associated with antecedent or predisposing conditions
  - Introduction 169
  - Myeloid neoplasm post cytotoxic therapy 170
  - Myeloid neoplasms associated with germline predisposition 173
  - Myeloid proliferations associated with Down syndrome 182

Myeloid/lymphoid neoplasms
- Myeloid/lymphoid neoplasms with eosinophilia and tyrosine kinase gene fusions
  - Introduction 184
  - Myeloid/lymphoid neoplasm with *PDGFRA* rearrangement 185
  - Myeloid/lymphoid neoplasm with *PDGFRB* rearrangement 188
  - Myeloid/lymphoid neoplasm with *FGFR1* rearrangement 191
  - Myeloid/lymphoid neoplasm with *JAK2* rearrangement 194
  - Myeloid/lymphoid neoplasm with *FLT3* rearrangement 197
  - Myeloid/lymphoid neoplasm with *ETV6::ABL1* fusion 199
  - Myeloid/lymphoid neoplasms with other tyrosine kinase gene fusions 201

Acute leukaemias of mixed or ambiguous lineage
Introduction 203
Acute leukaemia of ambiguous lineage with defining genetic abnormalities
Mixed-phenotype acute leukaemia with *BCR::ABL1* fusion 206
Mixed-phenotype acute leukaemia with *KMT2A* rearrangement 208
Acute leukaemia of ambiguous lineage with other defined genetic alterations 210
Acute leukaemia of ambiguous lineage defined immunophenotypically
Mixed-phenotype acute leukaemia, B/myeloid 212
Mixed-phenotype acute leukaemia, T/myeloid 214
Mixed-phenotype acute leukaemia, rare types 216
Acute leukaemia of ambiguous lineage NOS 218
Acute undifferentiated leukaemia 219

3 **Histiocytic/dendritic cell neoplasms** **221**
Introduction 222
Plasmacytoid dendritic cell neoplasms
Plasmacytoid dendritic cell neoplasms
Mature plasmacytoid dendritic cell proliferation associated with myeloid neoplasm 224
Blastic plasmacytoid dendritic cell neoplasm 226
Langerhans cell and other dendritic cell neoplasms
Langerhans cell neoplasms
Langerhans cell histiocytosis 230
Langerhans cell sarcoma 234
Other dendritic cell neoplasms
Indeterminate dendritic cell tumour 237
Interdigitating dendritic cell sarcoma 240
Histiocyte/macrophage neoplasms
Histiocytic neoplasms
Juvenile xanthogranuloma 242
Erdheim–Chester disease 245
Rosai–Dorfman disease 248
ALK-positive histiocytosis 252
Histiocytic sarcoma 255

**Sources (Part A)** **259**

**References (Part A)** **263**

PART B (IN ACCOMPANYING BOOK)

4 B-cell lymphoid proliferations and lymphomas 295
Introduction to B-cell lymphoproliferative disorders and neoplasms 297
Tumour-like lesions with B-cell predominance
Introduction 305
Reactive B-cell–rich lymphoid proliferations that can mimic lymphoma 309
IgG4-related disease 315
Unicentric Castleman disease 319
Idiopathic multicentric Castleman disease 322
KSHV/HHV8-associated multicentric Castleman disease 325
Precursor B-cell neoplasms
B-lymphoblastic leukaemias/lymphomas
Introduction 328
B-lymphoblastic leukaemia/lymphoma 330
B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy 336
B-lymphoblastic leukaemia/lymphoma with hypodiploidy 338
B-lymphoblastic leukaemia/lymphoma with iAMP21 340
B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1* fusion 342
B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1*-like features 345
B-lymphoblastic leukaemia/lymphoma with *KMT2A* rearrangement 348
B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1* fusion 350
B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1*-like features 352
B-lymphoblastic leukaemia/lymphoma with *TCF3::PBX1* fusion 354
B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion 356
B-lymphoblastic leukaemia/lymphoma with *TCF3::HLF* fusion 358
B-lymphoblastic leukaemia/lymphoma with other defined genetic alterations 360
B-lymphoblastic leukaemia/lymphoma NOS 364
Mature B-cell neoplasms
Preneoplastic and neoplastic small lymphocytic proliferations
Introduction 365
Monoclonal B-cell lymphocytosis 366
Chronic lymphocytic leukaemia / small lymphocytic lymphoma 368
Splenic B-cell lymphomas and leukaemias
Introduction 378
Hairy cell leukaemia 380
Splenic marginal zone lymphoma 385
Splenic diffuse red pulp small B-cell lymphoma 389
Splenic B-cell lymphoma/leukaemia with prominent nucleoli 391
Lymphoplasmacytic lymphoma
Lymphoplasmacytic lymphoma 394
Marginal zone lymphoma
Introduction 399
Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue 401
Primary cutaneous marginal zone lymphoma 409
Nodal marginal zone lymphoma 412
Paediatric nodal marginal zone lymphoma 417
Follicular lymphoma
Introduction 420
In situ follicular B-cell neoplasm 421
Follicular lymphoma 423
Paediatric-type follicular lymphoma 434
Duodenal-type follicular lymphoma 437
Cutaneous follicle centre lymphoma
Primary cutaneous follicle centre lymphoma 440
Mantle cell lymphoma
Introduction 443
In situ mantle cell neoplasm 444
Mantle cell lymphoma 446
Leukaemic non-nodal mantle cell lymphoma 453
Transformations of indolent B-cell lymphomas
Introduction 455
Transformations of indolent B-cell lymphomas 456
Large B-cell lymphomas
Introduction 461
Diffuse large B-cell lymphoma NOS 463
T-cell/histiocyte-rich large B-cell lymphoma 473
Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements 476
ALK-positive large B-cell lymphoma 481
Large B-cell lymphoma with *IRF4* rearrangement 484
High-grade B-cell lymphoma with 11q aberration 486
Lymphomatoid granulomatosis 489
EBV-positive diffuse large B-cell lymphoma 493
Diffuse large B-cell lymphoma associated with chronic inflammation 497
Fibrin-associated large B-cell lymphoma 500
Fluid overload–associated large B-cell lymphoma 503
Plasmablastic lymphoma 506
Primary large B-cell lymphoma of immune-privileged sites 509
Primary cutaneous diffuse large B-cell lymphoma, leg type 517
Intravascular large B-cell lymphoma 520
Primary mediastinal large B-cell lymphoma 523
Mediastinal grey zone lymphoma 527
High-grade B-cell lymphoma NOS 530
Burkitt lymphoma
Burkitt lymphoma 532
KSHV/HHV8-associated B-cell lymphoid proliferations and lymphomas
Introduction 539
Primary effusion lymphoma 541
KSHV/HHV8-positive diffuse large B-cell lymphoma 545
KSHV/HHV8-positive germinotropic lymphoproliferative disorder 547
Lymphoid proliferations and lymphomas associated with immune deficiency and dysregulation
Introduction 549
Hyperplasias arising in immune deficiency/dysregulation 555
Polymorphic lymphoproliferative disorders arising in immune deficiency/dysregulation 561
EBV-positive mucocutaneous ulcer 565
Lymphomas arising in immune deficiency/dysregulation 568
Inborn error of immunity–associated lymphoid proliferations and lymphomas 573
Hodgkin lymphoma
Introduction 579
Classic Hodgkin lymphoma 580
Nodular lymphocyte-predominant Hodgkin lymphoma 591
Plasma cell neoplasms and other diseases with paraproteins
Introduction 598
Monoclonal gammopathies
Cold agglutinin disease 599
IgM monoclonal gammopathy of undetermined significance 602
Non-IgM monoclonal gammopathy of undetermined significance 603
Monoclonal gammopathy of renal significance 605
Diseases with monoclonal immunoglobulin deposition
Immunoglobulin-related amyloidosis (AL amyloidosis) 608
Monoclonal immunoglobulin deposition disease 611
Heavy chain diseases
Introduction 613
Mu heavy chain disease 615
Gamma heavy chain disease 617
Alpha heavy chain disease 619
Plasma cell neoplasms
Introduction 621
Plasmacytoma 622
Plasma cell myeloma / multiple myeloma 625
Plasma cell neoplasms with associated paraneoplastic syndrome 631

5 **T-cell and NK-cell lymphoid proliferations and lymphomas** **635**
Introduction 637
Tumour-like lesions with T-cell predominance
Kikuchi–Fujimoto disease 643
Autoimmune lymphoproliferative syndrome 646
Indolent T-lymphoblastic proliferation 649
Precursor T-cell neoplasms
T-lymphoblastic leukaemia/lymphoma
T-lymphoblastic leukaemia/lymphoma NOS 651
Early T-precursor lymphoblastic leukaemia/lymphoma 656
Mature T-cell and NK-cell neoplasms
Mature T-cell and NK-cell leukaemias
Introduction 658
T-prolymphocytic leukaemia 659
T-large granular lymphocytic leukaemia 662
NK-large granular lymphocytic leukaemia 665
Adult T-cell leukaemia/lymphoma 667
Sézary syndrome 674
Aggressive NK-cell leukaemia 677
Primary cutaneous T-cell lymphoid proliferations and lymphomas
Introduction to primary cutaneous T-cell neoplasms 680
Primary cutaneous CD4-positive small or medium T-cell lymphoproliferative disorder 682
Primary cutaneous acral CD8-positive T-cell lymphoproliferative disorder 685
Mycosis fungoides 688
Primary cutaneous CD30-positive T-cell lymphoproliferative disorder: Lymphomatoid papulosis 694
Primary cutaneous CD30-positive T-cell lymphoproliferative disorder: Primary cutaneous anaplastic large cell lymphoma 698
Subcutaneous panniculitis-like T-cell lymphoma 700
Primary cutaneous gamma-delta T-cell lymphoma 702
Primary cutaneous CD8-positive aggressive epidermotropic cytotoxic T-cell lymphoma 705
Primary cutaneous peripheral T-cell lymphoma NOS 708
Intestinal T-cell and NK-cell lymphoid proliferations and lymphomas
Introduction 710
Indolent T-cell lymphoma of the gastrointestinal tract 712
Indolent NK-cell lymphoproliferative disorder of the gastrointestinal tract 715
Enteropathy-associated T-cell lymphoma 717
Monomorphic epitheliotropic intestinal T-cell lymphoma 722
Intestinal T-cell lymphoma NOS 725
Hepatosplenic T-cell lymphoma
Hepatosplenic T-cell lymphoma 727
Anaplastic large cell lymphoma
Introduction 730
ALK-positive anaplastic large cell lymphoma 731
ALK-negative anaplastic large cell lymphoma 734
Breast implant–associated anaplastic large cell lymphoma 738
Nodal T follicular helper cell lymphoma
Introduction 742
Nodal T follicular helper cell lymphoma, angioimmunoblastic type 744
Nodal T follicular helper cell lymphoma, follicular type 752
Nodal T follicular helper cell lymphoma NOS 755
Other peripheral T-cell lymphomas
Peripheral T-cell lymphoma NOS 757
EBV-positive T-cell and NK-cell lymphomas
EBV-positive nodal T- and NK-cell lymphoma 762
Extranodal NK/T-cell lymphoma 765
EBV-positive T-cell and NK-cell lymphoid proliferations and lymphomas of childhood
Introduction 770
Severe mosquito bite allergy 772

Hydroa vacciniforme lymphoproliferative disorder 774
Systemic chronic active EBV disease 777
Systemic EBV-positive T-cell lymphoma of childhood 779

6 Stroma-derived neoplasms of lymphoid tissues 783
Introduction 784
Mesenchymal dendritic cell neoplasms
Follicular dendritic cell neoplasms
Follicular dendritic cell sarcoma 787
EBV-positive inflammatory follicular dendritic cell sarcoma 791
Fibroblastic reticular cell tumour 794
Myofibroblastic tumours
Myofibroblastic tumours
Intranodal palisaded myofibroblastoma 796
Spleen-specific vascular-stromal tumours
Splenic vascular-stromal tumours
Littoral cell angioma 798
Splenic hamartoma 800
Sclerosing angiomatoid nodular transformation of spleen 802

7 Genetic tumour syndromes associated with haematolymphoid tumours 805
Introduction 806
Fanconi anaemia 807
Bloom syndrome 809
Ataxia–telangiectasia 810
RASopathies 812

Contributors 815

Declaration of interests 828

IARC/WHO Committee for ICD-O 833

Sources (Part B) 835

References (Part B) 841

Subject index 915

Previous volumes in the series 930


# List of abbreviations

**3D** three-dimensional
**ATP** adenosine triphosphate
**BL-IPI** Burkitt Lymphoma International Prognostic Index
**bp** base pair
**CI** confidence interval
**CMV** cytomegalovirus
**CNS** central nervous system
**CT** computed tomography
**CXR** chest X-ray
**DNA** deoxyribonucleic acid
**EBV** Epstein–Barr virus
**ELN** European LeukemiaNet
**ESR** erythrocyte sedimentation rate
**EUS-FNAB** endoscopic ultrasound–guided fine-needle aspiration biopsy
**EWOG-MDS** European Working Group of Myelodysplastic Syndrome
**FDG** 18F-fluorodeoxyglucose
**FISH** fluorescence in situ hybridization
**FNA** fine-needle aspiration
**FNAB** fine-needle aspiration biopsy
**FNAC** fine-needle aspiration cytology
**GHSG** German Hodgkin Study Group
**H&E** haematoxylin and eosin stain
**HBV** hepatitis B virus
**HCV** hepatitis C virus
**HIV** human immunodeficiency virus
**HPF** high-power field
**HPV** human papillomavirus
**HRS cell** Hodgkin/Reed–Sternberg cell
**HRS-like cell** Hodgkin/Reed–Sternberg–like cell
**HTLV-1** human T-lymphotropic virus type 1
**IARC** International Agency for Research on Cancer
**ICD-11** International Classification of Diseases, 11th revision
**ICD-O** International Classification of Diseases for Oncology
**IMWG** International Myeloma Working Group
**kb** kilobase
**kDa** kilodalton
**KSHV/HHV8** Kaposi sarcoma–associated herpesvirus / human herpesvirus 8
**M:F ratio** male-to-female ratio
**MIM number** Mendelian Inheritance in Man number
**MRI** magnetic resonance imaging
**mRNA** messenger ribonucleic acid
**N:C ratio** nuclear-to-cytoplasmic ratio
**NCI** Untied States National Cancer Institute
**NK cell** natural killer cell
**NOS** not otherwise specified
**NSAID** non-steroidal anti-inflammatory drug
**Pap** Papanicolaou stain
**PAS staining** periodic acid–Schiff staining
**PCR** polymerase chain reaction
**PET** positron emission tomography
**PET-CT** positron emission tomography–computed tomography
**RNA** ribonucleic acid
**RT-PCR** reverse transcription polymerase chain reaction
**SEER Program** Surveillance, Epidemiology, and End Results Program
**SNP** single-nucleotide polymorphism
**SNV** single-nucleotide variant
**TNM** tumour, node, metastasis
**TNMB** tumour, node, metastasis, blood



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 7 of 195

# Foreword

The WHO Classification of Tumours is a taxonomy of cancer, published as a series of books (also known as the WHO Blue Books) and now as a website (https://tumourclassification.iarc.who.int). It is an essential tool for standardizing diagnostic practice worldwide. It also serves as a vehicle for the translation of cancer research into practice. The diagnostic criteria and standards that make up the classification are underpinned by evidence evaluated and debated by experts in the field. More than 400 authors and editors participated in the production of this volume, and they gave their time freely to this task. We are very grateful for their help; it is a remarkable international team effort of great significance to both patients and their doctors.

This volume of the fifth edition of the WHO Blue Books has been a considerable challenge for all involved. It has been completely rewritten and reorganized, so it has taken more than 18 months to produce. Along the way we have had many excellent scientific discussions, and we hope that the final product meets with your approval. Classifications evolve over time, and there will be an opportunity in the next edition to make changes on the basis of new evidence. This volume has been coordinated as much as possible with other later fifth-edition WHO Classification of Tumours volumes, although there may still be some differences between volumes.

This volume, like the rest of the fifth edition, has been led by the WHO Classification of Tumours Editorial Board, composed of standing and expert members. The standing members, who have been nominated by pathology organizations, are the equivalent of the series editors of previous editions. The expert members for each volume, equivalent to the volume editors of previous editions, are selected on the basis of informed bibliometric analysis and advice from the standing members. The diagnostic process is increasingly multidisciplinary, and we are delighted that several radiology and clinical experts have joined us to address specific needs.

The most conspicuous change to the format of the books in the fifth edition is that tumour types common to multiple systems are dealt with together. There is also a chapter on genetic tumour syndromes associated with haematolymphoid tumours.

We have attempted to take a more systematic approach to the multifaceted nature of tumour classification; each tumour type is described on the basis of its localization, clinical features, epidemiology, etiology, pathogenesis, histopathology, diagnostic molecular pathology, staging, and prognosis and prediction. We have also included information on macroscopic appearance and cytology, as well as essential and desirable diagnostic criteria. This standardized, modular approach makes it easier for the books to be accessible online, and it also enables us to call attention to areas in which there is little information, and where serious gaps in our knowledge remain to be addressed. Genetic disorders are of increasing importance to diagnosis in individual patients, and the study of these disorders has undoubtedly informed our understanding of tumour biology and behaviour over the past decade.

The organization of the WHO Blue Books content now follows the normal progression from benign to malignant – a break with the fourth edition, but one we hope will be welcome.

**Table A** Approximate number of fields per 1 mm² based on the field diameter and its corresponding area

| Field diameter (mm) | Field area (mm²) | Approximate number of fields per 1 mm² |
|---|---|---|
| 0.40 | 0.126 | 8 |
| 0.41 | 0.132 | 8 |
| 0.42 | 0.138 | 7 |
| 0.43 | 0.145 | 7 |
| 0.44 | 0.152 | 7 |
| 0.45 | 0.159 | 6 |
| 0.46 | 0.166 | 6 |
| 0.47 | 0.173 | 6 |
| 0.48 | 0.181 | 6 |
| 0.49 | 0.188 | 5 |
| 0.50 | 0.196 | 5 |
| 0.51 | 0.204 | 5 |
| 0.52 | 0.212 | 5 |
| 0.53 | 0.221 | 5 |
| 0.54 | 0.229 | 4 |
| 0.55 | 0.237 | 4 |
| 0.56 | 0.246 | 4 |
| 0.57 | 0.255 | 4 |
| 0.58 | 0.264 | 4 |
| 0.59 | 0.273 | 4 |
| 0.60 | 0.283 | 4 |
| 0.61 | 0.292 | 3 |
| 0.62 | 0.302 | 3 |
| 0.63 | 0.312 | 3 |
| 0.64 | 0.322 | 3 |
| 0.65 | 0.332 | 3 |
| 0.66 | 0.342 | 3 |
| 0.67 | 0.352 | 3 |
| 0.68 | 0.363 | 3 |
| 0.69 | 0.374 | 3 |



Most volumes are still organized by anatomical site (digestive system, breast, soft tissue and bone, etc.), and each tumour type is listed within a taxonomic classification that follows the format below, which helps to structure the books in a systematic manner:

**Site:** e.g. lung

**Category:** e.g. tumours

**Family (class):** e.g. papillomas

**Type:** e.g. bronchial papillomas

**Subtype:** e.g. glandular papilloma

For this volume, however, we have replaced sites by lineages (e.g. myeloid, lymphoid), and these serve as the headings for the chapters, within which the categories are further defined on the basis of differentiation (e.g. precursor B-cell neoplasms, mature B-cell neoplasms). Within each category, families are defined (e.g. marginal zone lymphoma), and finally tumour types (e.g. primary cutaneous marginal zone lymphoma, nodal marginal zone lymphoma).

The issue of whether a given tumour type represents a distinct entity rather than a subtype continues to exercise pathologists, and it is the topic of many publications in the literature. We continue to deal with this issue on a case-by-case basis, but we believe there are inherent rules that can be applied. For example, tumours in which multiple histological patterns contain shared truncal mutations are clearly of the same type, despite the differences in their appearance. Equally, genetic heterogeneity within the same tumour type may have implications for treatment. A small shift in terminology in the fifth edition is that the term "variant" in reference to a specific kind of tumour has been wholly superseded by "subtype", in an effort to more clearly differentiate this meaning from that of "variant" in reference to a genetic alteration. Genetic tumour syndromes associated with haematolymphoid tumours are addressed in a dedicated chapter at the end of the volume.

Another important change in this edition of the WHO Classification of Tumours series is the conversion of mitotic count from the traditional denominator of 10 HPF to a defined area expressed in mm² {304}. This serves to standardize the true area over which mitoses are enumerated, because different microscopes have high-power fields of different sizes. This change will also be helpful for anyone reporting using digital systems. The approximate number of fields per 1 mm² based on the field diameter and its corresponding area is presented in Table A.

We are continually working to improve the consistency and standards within the classification. In addition to having moved to the International System of Units (SI) for all mitotic counts, we have standardized genomic nomenclature by using Human Genome Variation Society (HGVS) notation. This includes the recent move in fusion gene notation to the separation of involved genes by a double colon (e.g. *BCR::ABL1*) {180}. We have also standardized our use of units of length, adopting the convention used by the International Collaboration on Cancer Reporting (https://www.iccr-cancer.org/) and the UK Royal College of Pathologists (https://www.rcpath.org/), so that the size of tumours is now given exclusively in millimetres (mm) rather than centimetres (cm). This is clearer, in our view, and avoids the use of decimal points – a common source of medical errors.

The WHO Blue Books are much appreciated by pathologists of all types, and they are of increasing importance to practitioners of other clinical disciplines involved in cancer management, as well as to researchers. We, along with the entire editorial board, certainly hope that the series will continue to meet the need for standards in diagnosis and to facilitate the translation of diagnostic research into practice worldwide. It is particularly important that cancers continue to be classified and diagnosed according to the same standards internationally so that patients can benefit from multicentre clinical trials, as well as from the results of local trials conducted on different continents.

Dr Ian A. Cree

Former Head, WHO Classification of Tumours Programme
International Agency for Research on Cancer

Dr Dilani Lokuhetty

Head, WHO Classification of Tumours Programme
International Agency for Research on Cancer



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 8 of 195

# ICD-O topographical coding of haematolymphoid tumours

The ICD-O topography codes for the main anatomical sites covered in this volume are as follows {498}:

**C42 Haematopoietic and reticuloendothelial systems**
- C42.0 Blood
- C42.1 Bone marrow
- C42.2 Spleen
- C42.3 Reticuloendothelial system, NOS
- C42.4 Haematopoietic system, NOS

**C77 Lymph nodes**
- C77.0 Lymph nodes of head, face, and neck
- C77.1 Intrathoracic lymph nodes
- C77.2 Intra-abdominal lymph nodes
- C77.3 Lymph nodes of axilla or arm
- C77.4 Lymph nodes of inguinal region or leg
- C77.5 Pelvic lymph nodes
- C77.8 Lymph nodes of multiple regions
- C77.9 Lymph node, NOS

# ICD-O morphological coding: Introduction

The ICD-O coding system uses a topography (T) code and a morphology (M) code together, but these are presented in separate lists for ease of use. Behaviour is coded /0 for benign tumours; /1 for unspecified, borderline, or uncertain behaviour; /2 for carcinoma in situ and grade III intraepithelial neoplasia; /3 for malignant tumours, primary site; and /6 for malignant tumours, metastatic site. Behaviour code /6 is not generally used by cancer registries. For various reasons, the ICD-O morphology terms may not always be identical to the entity names used in the WHO classification, but they should be sufficiently similar to avoid confusion. The designation "NOS" ("not otherwise specified") is provided to designate disease types for which no terminal defining attribute is currently known, or to make coding possible when subtypes exist but exact classification may not be possible. Therefore, it is usual to have "NOS" even when a more specific alternative term is listed in ICD-O.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 9 of 195

# ICD-O coding of myeloid proliferations and neoplasms

| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| **Myeloid precursor lesions** | |
| *Clonal haematopoiesis* | |
| 9860/0* | Clonal haematopoiesis |
| 9860/0* | Clonal haematopoiesis of indeterminate potential |
| 9860/0* | VEXAS syndrome |
| 9980/1* | Clonal cytopenia of undetermined significance |
| **Myeloproliferative neoplasms** | |
| 9875/3 | Chronic myeloid leukaemia |
| 9963/3 | Chronic neutrophilic leukaemia |
| 9964/3 | Chronic eosinophilic leukaemia |
| 9950/3 | Polycythaemia vera |
| 9962/3 | Essential thrombocythaemia |
| 9961/3 | Primary myelofibrosis |
| 9961/3 | Primary myelofibrosis, prefibrotic |
| 9961/3 | Primary myelofibrosis, fibrotic |
| 9946/3 | Juvenile myelomonocytic leukaemia |
| 9975/3 | Myeloproliferative neoplasm, NOS (unclassifiable) |
| **Mastocytosis** | |
| 9740/1 | Cutaneous mastocytosis |
| 9740/1 | Maculopapular cutaneous mastocytosis† |
| 9740/1 | Diffuse cutaneous mastocytosis |
| 9740/1 | Mastocytoma |
| 9741/1 | Systemic mastocytosis |
| 9741/1 | Indolent systemic mastocytosis |
| 9741/1 | Bone marrow mastocytosis† |
| 9741/1 | Smouldering systemic mastocytosis† |
| 9741/3 | Aggressive systemic mastocytosis |
| 9741/3 | Systemic mastocytosis with an associated haematological neoplasm |
| 9742/3 | Mast cell leukaemia |
| 9740/3 | Mast cell sarcoma |
| **Myelodysplastic neoplasms** | |
| *Myelodysplastic neoplasms with defining genetic abnormalities* | |
| 9986/3 | Myelodysplastic neoplasm with low blasts and 5q deletion† |
| 9982/3 | Myelodysplastic neoplasm with low blasts and *SF3B1* mutation† |
| 9985/3 | Myelodysplastic neoplasm with biallelic *TP53* inactivation† |
| *Myelodysplastic neoplasms defined morphologically* | |
| 9985/3 | Myelodysplastic neoplasm with low blasts† |
| 9980/3 | Myelodysplastic neoplasm with low blasts and single-lineage dysplasia† |
| 9985/3 | Myelodysplastic neoplasm with low blasts and multilineage dysplasia† |
| 9985/3 | Myelodysplastic neoplasm, hypoplastic† |
| 9983/3 | Myelodysplastic neoplasm with increased blasts† |
| 9983/3 | Myelodysplastic neoplasm with increased blasts-1† |
| 9983/3 | Myelodysplastic neoplasm with increased blasts-2† |
| 9983/3 | Myelodysplastic neoplasm with increased blasts and fibrosis† |
| *Myelodysplastic neoplasms of childhood* | |
| 9985/3 | Childhood myelodysplastic neoplasm with low blasts† |
| 9985/3 | Childhood myelodysplastic neoplasm with low blasts, hypocellular† |
| 9983/3 | Childhood myelodysplastic neoplasm with increased blasts† |
| **Myelodysplastic/myeloproliferative neoplasms** | |
| 9945/3 | Chronic myelomonocytic leukaemia |
| 9945/3 | Myelodysplastic chronic myelomonocytic leukaemia† |
| 9945/3 | Myeloproliferative chronic myelomonocytic leukaemia† |
| 9876/3 | Myelodysplastic/myeloproliferative neoplasm with neutrophilia† |
| 9982/3 | Myelodysplastic/myeloproliferative neoplasm with *SF3B1* mutation and thrombocytosis† |
| 9975/3 | Myelodysplastic/myeloproliferative neoplasm, NOS (unclassifiable) |



| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| **Acute myeloid leukaemia** | |
| *Acute myeloid leukaemia with defining genetic abnormalities* | |
| 9866/3 | Acute promyelocytic leukaemia with *PML::RARA* fusion |
| 9866/3 | Acute promyelocytic leukaemia with a variant *RARA* translocation† |
| 9896/3 | Acute myeloid leukaemia with *RUNX1::RUNX1T1* fusion |
| 9871/3 | Acute myeloid leukaemia with *CBFB::MYH11* fusion |
| 9865/3 | Acute myeloid leukaemia with *DEK::NUP214* fusion |
| 9911/3 | Acute myeloid leukaemia with *RBM15::MRTFA* fusion |
| 9912/3 | Acute myeloid leukaemia with *BCR::ABL1* fusion |
| 9897/3 | Acute myeloid leukaemia with *KMT2A* rearrangement |
| 9869/3 | Acute myeloid leukaemia with *MECOM* rearrangement |
| 9861/3 | Acute myeloid leukaemia with *NUP98* rearrangement |
| 9877/3 | Acute myeloid leukaemia with *NPM1* mutation |
| 9878/3 | Acute myeloid leukaemia with *CEBPA* mutation |
| 9895/3 | Acute myeloid leukaemia, myelodysplasia-related |
| 9861/3 | Acute myeloid leukaemia with other defined genetic alterations† |
| 9861/3 | Acute myeloid leukaemia with *CBFA2T3::GLIS2* fusion |
| 9861/3 | Acute myeloid leukaemia with *KAT6A::CREBBP* fusion |
| 9861/3 | Acute myeloid leukaemia with *FUS::ERG* fusion† |
| 9861/3 | Acute myeloid leukaemia with *MNX1::ETV6* fusion |
| 9861/3 | Acute myeloid leukaemia with *NPM1::MLF1* fusion |
| *Acute myeloid leukaemia defined by differentiation* | |
| 9872/3 | Acute myeloid leukaemia with minimal differentiation |
| 9873/3 | Acute myeloid leukaemia without maturation |
| 9874/3 | Acute myeloid leukaemia with maturation |
| 9870/3 | Acute basophilic leukaemia |
| 9867/3 | Acute myelomonocytic leukaemia |
| 9891/3 | Acute monocytic leukaemia |
| 9840/3 | Acute erythroid leukaemia |
| 9910/3 | Acute megakaryoblastic leukaemia |
| *Myeloid sarcoma* | |
| 9930/3 | Myeloid sarcoma |
| **Secondary myeloid neoplasms** | |
| *Myeloid neoplasms and proliferations associated with antecedent or predisposing conditions* | |
| 9920/3 | Myeloid neoplasm post cytotoxic therapy† |
| 9987/3 | Myelodysplastic neoplasm post cytotoxic therapy† |
| 9920/3 | Myelodysplastic/myeloproliferative neoplasm post cytotoxic therapy† |
| 9920/3 | Acute myeloid leukaemia post cytotoxic therapy† |
| | Myeloid neoplasms associated with germline predisposition (code as condition) |
| 9898/3 | Myeloid leukaemia associated with Down syndrome |
| 9898/1 | Transient abnormal myelopoiesis |
| **Myeloid/lymphoid neoplasms** | |
| *Myeloid/lymphoid neoplasms with eosinophilia and tyrosine kinase gene fusions* | |
| 9965/3 | Myeloid/lymphoid neoplasm with *PDGFRA* rearrangement |
| 9966/3 | Myeloid/lymphoid neoplasm with *PDGFRB* rearrangement |
| 9967/3 | Myeloid/lymphoid neoplasm with *FGFR1* rearrangement |
| 9968/3 | Myeloid/lymphoid neoplasm with *JAK2* rearrangement† |
| 9968/3 | Myeloid/lymphoid neoplasm with *FLT3* rearrangement† |
| 9968/3 | Myeloid/lymphoid neoplasm with *ETV6::ABL1* fusion† |
| 9968/3 | Myeloid/lymphoid neoplasms with other tyrosine kinase fusion genes† |
| **Acute leukaemias of mixed or ambiguous lineage** | |
| *Acute leukaemia of ambiguous lineage with defining genetic abnormalities* | |
| 9806/3 | Mixed-phenotype acute leukaemia with *BCR::ABL1* fusion |
| 9807/3 | Mixed-phenotype acute leukaemia with *KMT2A* rearrangement† |
| 9805/3 | Acute leukaemia of ambiguous lineage with other defined genetic alterations† |
| 9805/3 | Mixed-phenotype acute leukaemia with *ZNF384* rearrangement† |
| 9805/3 | Acute leukaemia of ambiguous lineage with *BCL11B* rearrangement† |



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 10 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 11 of 195

| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| *Acute leukaemia of ambiguous lineage defined immunophenotypically* | |
| 9808/3 | Mixed-phenotype acute leukaemia, B/myeloid |
| 9809/3 | Mixed-phenotype acute leukaemia, T/myeloid |
| | Mixed-phenotype acute leukaemia, rare types |
| 9805/3 | Mixed-phenotype acute leukaemia, B/T† |
| 9805/3 | Mixed-phenotype acute leukaemia, B/T/myeloid† |
| 9805/3 | Mixed-phenotype acute leukaemia, T/megakaryocytic† |
| 9805/3 | Acute leukaemia of ambiguous lineage, NOS† |
| 9801/3 | Acute undifferentiated leukaemia |

These morphology codes are from the International Classification of Diseases for Oncology, third edition, second revision (ICD-O-3.2) {751}. Behaviour is coded /0 for benign tumours; /1 for unspecified, borderline, or uncertain behaviour; /2 for carcinoma in situ and grade III intraepithelial neoplasia; /3 for malignant tumours, primary site; and /6 for malignant tumours, metastatic site. Behaviour code /6 is not generally used by cancer registries.

This classification is modified from the previous WHO classification, taking into account changes in our understanding of these lesions.

* Codes marked with an asterisk were approved by the IARC/WHO Committee for ICD-O at its meeting in September 2022, or during subsequent consultation.

† Labels marked with a dagger have undergone a change in terminology of a previous code.



# ICD-O coding of histiocytic/dendritic cell neoplasms

| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| **Plasmacytoid dendritic cell neoplasms** | |
| 9727/1 | Mature plasmacytoid dendritic cell proliferation associated with myeloid neoplasm |
| 9727/3 | Blastic plasmacytoid dendritic cell neoplasm |
| **Langerhans cell and other dendritic cell neoplasms** | |
| *Langerhans cells neoplasms* | |
| 9751/1 | Langerhans cell histiocytosis |
| 9751/3 | Langerhans cell histiocytosis, disseminated |
| 9756/3 | Langerhans cell sarcoma |
| 9756/3 | Primary Langerhans cell sarcoma† |
| 9756/3 | Secondary Langerhans cell sarcoma (following or associated with another haematological neoplasm)† |
| *Other dendritic cell neoplasms* | |
| 9757/3 | Indeterminate dendritic cell tumour |
| 9757/3 | Interdigitating dendritic cell sarcoma |
| **Histiocyte/macrophage neoplasms** | |
| *Histiocytic neoplasms* | |
| 9749/1 | Juvenile xanthogranuloma |
| 9749/3 | Erdheim–Chester disease |
| 9749/3 | Rosai–Dorfman disease |
| 9750/3 | ALK-positive histiocytosis† |
| 9755/3 | Histiocytic sarcoma |

These morphology codes are from the International Classification of Diseases for Oncology, third edition, second revision (ICD-O-3.2) {751}. Behaviour is coded /0 for benign tumours; /1 for unspecified, borderline, or uncertain behaviour; /2 for carcinoma in situ and grade III intraepithelial neoplasia; /3 for malignant tumours, primary site; and /6 for malignant tumours, metastatic site. Behaviour code /6 is not generally used by cancer registries.

This classification is modified from the previous WHO classification, taking into account changes in our understanding of these lesions.

* Codes marked with an asterisk were approved by the IARC/WHO Committee for ICD-O at its meeting in September 2022, or during subsequent consultation.

† Labels marked with a dagger have undergone a change in terminology of a previous code.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 12 of 195

# ICD-O coding of B-cell lymphoid proliferations and lymphomas

| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| **Tumour like lesions with B-cell predominance** | |
| | Reactive B-cell–rich lymphoid proliferations that can mimic lymphoma |
| 9760/1* | IgG4-related disease |
| | Unicentric Castleman disease |
| | Idiopathic multicentric Castleman disease |
| | KSHV/HHV8-associated multicentric Castleman disease |
| **Precursor B-cell neoplasms** | |
| *B-lymphoblastic leukaemias/lymphomas* | |
| 9811/3 | B-lymphoblastic leukaemia/lymphoma |
| 9815/3 | B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy |
| 9816/3 | B-lymphoblastic leukaemia/lymphoma with hypodiploidy† |
| 9816/3 | B-lymphoblastic leukaemia/lymphoma with hypodiploidy, near-haploid |
| 9816/3 | B-lymphoblastic leukaemia/lymphoma with hypodiploidy, low hypodiploid |
| 9816/3 | B-lymphoblastic leukaemia/lymphoma with hypodiploidy, high hypodiploid |
| 9811/3 | B-lymphoblastic leukaemia/lymphoma with iAMP21 |
| 9812/3 | B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1* fusion |
| 9819/3 | B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1*-like features |
| 9813/3 | B-lymphoblastic leukaemia/lymphoma with *KMT2A* rearrangement |
| 9814/3 | B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1* fusion |
| 9814/3 | B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1*-like features |
| 9818/3 | B-lymphoblastic leukaemia/lymphoma with *TCF3::PBX1* fusion |
| 9817/3 | B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion |
| 9818/3 | B-lymphoblastic leukaemia/lymphoma with *TCF3::HLF* fusion |
| 9811/3 | B-lymphoblastic leukaemia/lymphoma with other defined genetic alterations |
| 9811/3 | B-lymphoblastic leukaemia with *DUX4* rearrangement |
| 9811/3 | B-lymphoblastic leukaemia with *MEF2D* rearrangement |
| 9811/3 | B-lymphoblastic leukaemia with *ZNF384* rearrangement |
| 9811/3 | B-lymphoblastic leukaemia with *PAX5*alt |
| 9811/3 | B-lymphoblastic leukaemia with *PAX5* p.P80R |
| 9811/3 | B-lymphoblastic leukaemia with *NUTM1* rearrangement |
| 9811/3 | B-lymphoblastic leukaemia with *MYC* rearrangement† |
| 9811/3 | B-lymphoblastic leukaemia/lymphoma, NOS |
| **Mature B-cell neoplasms** | |
| *Preneoplastic and neoplastic small lymphocytic proliferations* | |
| 9823/1 | Monoclonal B-cell lymphocytosis, chronic lymphocytic leukaemia type |
| | Monoclonal B-cell lymphocytosis, low count or clonal B-cell expansion (chronic lymphocytic leukaemia / small lymphocytic lymphoma type) |
| 9591/1 | Monoclonal B-cell lymphocytosis, non–chronic lymphocytic leukaemia type |
| 9823/3 | Chronic lymphocytic leukaemia / small lymphocytic lymphoma |
| *Splenic B-cell lymphomas and leukaemias* | |
| 9940/3 | Hairy cell leukaemia |
| 9689/3 | Splenic marginal zone lymphoma |
| 9591/3 | Splenic diffuse red pulp small B-cell lymphoma |
| 9591/3 | Splenic B-cell lymphoma/leukaemia with prominent nucleoli† |
| *Lymphoplasmacytic lymphoma* | |
| 9671/3 | Lymphoplasmacytic lymphoma |
| 9761/3 | IgM-type lymphoplasmacytic lymphoma / Waldenström macroglobulinaemia† |
| 9761/3 | Non–IgM-type lymphoplasmacytic lymphoma / Waldenström macroglobulinaemia† |
| *Marginal zone lymphoma* | |
| 9699/3 | Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue |
| 9762/3 | Immunoproliferative small intestinal disease (alpha heavy chain disease) |
| 9699/3 | Primary cutaneous marginal zone lymphoma† |
| 9699/3 | Primary cutaneous marginal zone lymphoma, heavy chain class-switched form (IgG+, IgA+, or IgE+)† |
| 9699/3 | Primary cutaneous marginal zone lymphoma, non–class-switched form (IgM+)† |
| 9699/3 | Nodal marginal zone lymphoma |
| 9699/3 | Paediatric nodal marginal zone lymphoma |



| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| *Follicular lymphoma* | |
| 9695/1 | In situ follicular B-cell neoplasm† |
| 9690/3 | Follicular lymphoma |
| 9698/3 | Follicular large B-cell lymphoma† |
| 9690/3 | Follicular lymphoma with uncommon features |
| 9690/3 | Paediatric-type follicular lymphoma |
| 9695/3 | Duodenal-type follicular lymphoma |
| *Cutaneous follicle centre lymphoma* | |
| 9597/3 | Primary cutaneous follicle centre lymphoma |
| *Mantle cell lymphoma* | |
| 9673/1 | In situ mantle cell neoplasm† |
| 9673/3 | Mantle cell lymphoma |
| 9673/3 | Cyclin D1–positive mantle cell lymphoma† |
| 9673/3 | Cyclin D1–negative mantle cell lymphoma† |
| 9673/3 | Leukaemic non-nodal mantle cell lymphoma† |
| *Transformations of indolent B-cell lymphomas* | |
| | See indolent lymphoma type |
| *Large B-cell lymphomas* | |
| 9680/3 | Diffuse large B-cell lymphoma, NOS |
| 9680/3 | Diffuse large B-cell lymphoma, centroblastic subtype |
| 9684/3 | Diffuse large B-cell lymphoma, immunoblastic subtype |
| 9680/3 | Diffuse large B-cell lymphoma, anaplastic subtype |
| 9680/3 | Diffuse large B-cell lymphoma, germinal-centre B-cell subtype |
| 9680/3 | Diffuse large B-cell lymphoma, activated B-cell subtype |
| 9680/3 | Diffuse large B-cell lymphoma with *MYC* and *BCL6* rearrangements |
| 9688/3 | T-cell/histiocyte–rich large B-cell lymphoma |
| | T-cell/histiocyte–rich large B-cell lymphoma, de novo† |
| | T-cell/histiocyte–rich large B-cell lymphoma, progressed from nodular lymphocyte-predominant Hodgkin lymphoma† |
| 9680/3 | Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements (DLBCL/HGBL-*MYC/BCL2*) |
| | DLBCL/HGBL-*MYC/BCL2* without *BCL6* rearrangement |
| | DLBCL/HGBL-*MYC/BCL2* with *BCL6* rearrangement |
| | DLBCL/HGBL-*MYC/BCL2* (with or without *BCL6* rearrangement) with TdT expression |
| 9737/3 | ALK-positive large B-cell lymphoma |
| 9698/3 | Large B-cell lymphoma with *IRF4* rearrangement |
| 9687/3 | High-grade B-cell lymphoma with 11q aberration |
| 9766/1 | Lymphomatoid granulomatosis, NOS |
| 9766/1 | Lymphomatoid granulomatosis, grade 1 |
| 9766/1 | Lymphomatoid granulomatosis, grade 2 |
| 9766/3 | Lymphomatoid granulomatosis, grade 3 |
| 9680/3 | EBV-positive diffuse large B-cell lymphoma |
| 9680/3 | Diffuse large B-cell lymphoma associated with chronic inflammation |
| 9678/3 | Fibrin-associated large B-cell lymphoma† |
| 9678/3 | Fluid overload–associated large B-cell lymphoma† |
| 9735/3 | Plasmablastic lymphoma |
| 9680/3 | Primary large B-cell lymphoma of immune-privileged sites† |
| 9680/3 | Primary large B-cell lymphoma of the CNS |
| 9680/3 | Primary large B-cell lymphoma of the vitreoretina |
| 9680/3 | Primary large B-cell lymphoma of the testis |
| 9680/3 | Primary cutaneous diffuse large B-cell lymphoma, leg type |
| 9712/3 | Intravascular large B-cell lymphoma |
| 9679/3 | Mediastinal large B-cell lymphoma |
| 9596/3 | Mediastinal grey zone lymphoma |
| 9680/3 | High-grade B-cell lymphoma, NOS |
| 9680/3 | High-grade B-cell lymphoma, NOS, with *MYC* and *BCL6* rearrangements |

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 13 of 195

| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| *Burkitt lymphoma* | |
| 9687/3 | Burkitt lymphoma |
| | *Traditional subtypes:* |
| 9687/3 | Endemic Burkitt lymphoma |
| 9687/3 | Sporadic Burkitt lymphoma |
| 9687/3 | Immunodeficiency-associated Burkitt lymphoma |
| | *Recommended subtypes:* |
| 9687/3 | EBV-associated Burkitt lymphoma† |
| 9687/3 | EBV-negative Burkitt lymphoma† |
| *KSHV/HHV8-associated B-cell lymphoid proliferations and lymphomas* | |
| 9678/3 | Primary effusion lymphoma |
| 9678/3 | Extracavitary primary effusion lymphoma† |
| 9738/3 | KSHV/HHV8-positive diffuse large B-cell lymphoma† |
| | KSHV/HHV8-positive germinotropic lymphoproliferative disorder |
| *Lymphoid proliferations and lymphomas associated with immune deficiency and dysregulation* | |
| | Hyperplasias arising in immune deficiency/dysregulation |
| 9971/1 | Polymorphic lymphoproliferative disorders arising in immune deficiency/dysregulation |
| 9680/1 | EBV-positive mucocutaneous ulcer |
| | Lymphomas arising in immune deficiency/dysregulation (code as type of lymphoma) |
| | Inborn error of immunity-associated lymphoid proliferations and lymphomas (code as type of lymphoma) |
| **Hodgkin lymphoma** | |
| 9650/3 | Classic Hodgkin lymphoma |
| 9663/3 | Classic Hodgkin lymphoma, nodular sclerosis |
| 9652/3 | Classic Hodgkin lymphoma, mixed cellularity |
| 9651/3 | Classic Hodgkin lymphoma, lymphocyte-rich |
| 9653/3 | Classic Hodgkin lymphoma, lymphocyte-depleted |
| 9659/3 | Nodular lymphocyte-predominant Hodgkin lymphoma |
| **Plasma cell neoplasms and other diseases with paraproteins** | |
| *Monoclonal gammopathies* | |
| 9760/1* | Cold agglutinin disease |
| 9761/1 | IgM monoclonal gammopathy of undetermined significance |
| 9765/1 | Non-IgM monoclonal gammopathy of undetermined significance† |
| 9765/1 | IgG monoclonal gammopathy of undetermined significance† |
| 9765/1 | IgA monoclonal gammopathy of undetermined significance† |
| 9765/1 | IgD monoclonal gammopathy of undetermined significance† |
| 9765/1 | IgE monoclonal gammopathy of undetermined significance† |
| 9765/1 | Light chain monoclonal gammopathy of undetermined significance† |
| 9765/1 | Monoclonal gammopathy of renal significance† |
| *Diseases with monoclonal immunoglobulin deposition* | |
| 9769/1 | Immunoglobulin-related amyloidosis (AL amyloidosis)† |
| 9769/1 | Systemic AL amyloidosis† |
| 9769/1 | Localized AL amyloidosis† |
| 9769/1 | Heavy chain AL amyloidosis† |
| 9769/1 | Monoclonal immunoglobulin deposition disease |
| 9769/1 | Light chain deposition disease† |
| 9769/1 | Light and heavy chain deposition disease† |
| 9762/3 | Heavy chain deposition disease |
| *Heavy chain diseases* | |
| 9762/3 | Mu heavy chain disease |
| 9762/3 | Gamma heavy chain disease |
| 9762/3 | Alpha heavy chain disease |



| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| *Plasma cell neoplasms* | |
| | Plasmacytoma |
| 9731/3 | Solitary plasmacytoma of bone |
| 9734/3 | Extramedullary plasmacytoma |
| 9732/3 | Plasma cell myeloma |
| 9732/3 | Smouldering (asymptomatic) myeloma† |
| 9732/3 | Non-secretory myeloma† |
| 9733/3 | Plasma cell leukaemia |
| | Plasma cell neoplasms with associated paraneoplastic syndrome (code as tumour type) |

These morphology codes are from the International Classification of Diseases for Oncology, third edition, second revision (ICD-O-3.2) {751}. Behaviour is coded /0 for benign tumours; /1 for unspecified, borderline, or uncertain behaviour; /2 for carcinoma in situ and grade III intraepithelial neoplasia; /3 for malignant tumours, primary site; and /6 for malignant tumours, metastatic site. Behaviour code /6 is not generally used by cancer registries.

This classification is modified from the previous WHO classification, taking into account changes in our understanding of these lesions.

* Codes marked with an asterisk were approved by the IARC/WHO Committee for ICD-O at its meeting in September 2022, or during subsequent consultation.

† Labels marked with a dagger have undergone a change in terminology of a previous code.

# ICD-O coding of T-cell and NK-cell lymphoid proliferations and lymphomas

| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| **Tumour-like lesions with T-cell predominance** | |
| | Kikuchi–Fujimoto disease |
| | Autoimmune lymphoproliferative syndrome (ALPS) |
| | ALPS with germline homozygous or heterozygous *FAS* mutation |
| | ALPS with somatic *FAS* mutation |
| | ALPS with other specified FAS-pathway germline mutation (*FASLG, CASP10, CASP8, FADD*) |
| | ALPS with unknown underlying mutation |
| | Indolent T-lymphoblastic proliferation |
| **Precursor T-cell neoplasms** | |
| *T-lymphoblastic leukaemia/lymphoma* | |
| 9837/3 | T-lymphoblastic leukaemia/lymphoma, NOS |
| 9837/3 | Early T-precursor lymphoblastic leukaemia/lymphoma |
| **Mature T-cell and NK-cell neoplasms** | |
| *Mature T-cell and NK-cell leukaemias* | |
| 9834/3 | T-prolymphocytic leukaemia |
| 9831/3 | T-large granular lymphocytic leukaemia |
| 9831/3 | NK-large granular lymphocytic leukaemia |
| 9827/3 | Adult T-cell leukaemia/lymphoma |
| 9827/3 | Smouldering adult T-cell leukaemia/lymphoma† |
| 9827/3 | Chronic adult T-cell leukaemia/lymphoma† |
| 9827/3 | Lymphoma adult T-cell leukaemia/lymphoma |
| 9827/3 | Acute adult T-cell leukaemia/lymphoma† |
| 9701/3 | Sézary syndrome |
| 9948/3 | Aggressive NK-cell leukaemia |
| *Primary cutaneous T-cell lymphoid proliferations and lymphomas* | |
| 9709/1 | Primary cutaneous CD4-positive small or medium T-cell lymphoproliferative disorder |
| 9709/3 | Primary cutaneous acral CD8-positive T-cell lymphoproliferative disorder† |
| 9700/3 | Mycosis fungoides |
| 9700/3 | Folliculotropic mycosis fungoides |
| 9700/3 | Pagetoid reticulosis |
| 9700/3 | Granulomatous slack skin disease |
| 9718/1 | Primary cutaneous CD30-positive T-cell lymphoproliferative disorder, lymphomatoid papulosis |
| 9718/1 | Primary mucosal CD30-positive T-cell lymphoproliferative disorder |
| 9718/1 | Lymphomatoid papulosis subtypes A, B, C, D, E |
| 9718/1 | Lymphomatoid papulosis with *DUSP22* locus rearrangement |
| 9718/3 | Primary cutaneous CD30-positive T-cell lymphoproliferative disorder, primary cutaneous anaplastic large cell lymphoma |
| 9708/3 | Subcutaneous panniculitis-like T-cell lymphoma |
| 9726/3 | Primary cutaneous gamma-delta T-cell lymphoma |
| 9709/3 | Primary cutaneous CD8-positive aggressive epidermotropic cytotoxic T-cell lymphoma |
| 9709/3 | Primary cutaneous peripheral T-cell lymphoma, NOS |
| *Intestinal T-cell and NK-cell lymphoid proliferations and lymphomas* | |
| 9702/1 | Indolent T-cell lymphoma of the gastrointestinal tract |
| 9702/1 | Indolent NK-cell lymphoproliferative disorder of the gastrointestinal tract† |
| 9717/3 | Enteropathy-associated T-cell lymphoma |
| 9717/3 | Monomorphic epitheliotropic intestinal T-cell lymphoma |
| 9717/3 | Intestinal T-cell lymphoma, NOS |
| *Hepatosplenic T-cell lymphoma* | |
| 9716/3 | Hepatosplenic T-cell lymphoma |
| *Anaplastic large cell lymphoma* | |
| 9714/3 | ALK-positive anaplastic large cell lymphoma |
| 9715/3 | ALK-negative anaplastic large cell lymphoma |
| 9715/3 | Breast implant–associated anaplastic large cell lymphoma |



| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented); Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| *Nodal T follicular helper cell lymphoma* | |
| 9705/3 | Nodal T follicular helper cell lymphoma, angioimmunoblastic type† |
| 9702/3 | Nodal T follicular helper cell lymphoma, follicular type |
| 9702/3 | Nodal T follicular helper cell lymphoma, NOS |
| *Other peripheral T-cell lymphomas* | |
| 9702/3 | Peripheral T-cell lymphoma, NOS |
| *EBV-positive T-cell and NK-cell lymphomas* | |
| 9702/3 | EBV-positive nodal T- and NK-cell lymphoma† |
| 9719/3 | Extranodal NK/T-cell lymphoma† |
| *EBV-positive T-cell and NK-cell lymphoid proliferations and lymphomas of childhood* | |
| | Severe mosquito bite allergy |
| 9725/1 | Hydroa vacciniforme lymphoproliferative disorder |
| 9725/1 | Systemic chronic active EBV-positive disease† |
| 9724/3 | Systemic EBV-positive T-cell lymphoma of childhood |

These morphology codes are from the International Classification of Diseases for Oncology, third edition, second revision (ICD-O-3.2) {751}. Behaviour is coded /0 for benign tumours; /1 for unspecified, borderline, or uncertain behaviour; /2 for carcinoma in situ and grade III intraepithelial neoplasia; /3 for malignant tumours, primary site; and /6 for malignant tumours, metastatic site. Behaviour code /6 is not generally used by cancer registries.

This classification is modified from the previous WHO classification, taking into account changes in our understanding of these lesions.

* Codes marked with an asterisk were approved by the IARC/WHO Committee for ICD-O at its meeting in September 2022, or during subsequent consultation.

† Labels marked with a dagger have undergone a change in terminology of a previous code.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 14 of 195

# ICD-O coding of stroma-derived neoplasms of lymphoid tissues

| ICD-O-3.2 | ICD-O label (subtypes are indicated in grey text, with the label indented) Please note that the WHO classification of tumour types is more readily reflected in the table of contents |
|---|---|
| **Mesenchymal dendritic cell neoplasms** | |
| *Follicular dendritic cell neoplasms* | |
| 9758/3 | Follicular dendritic cell sarcoma |
| 9758/3 | EBV-positive inflammatory follicular dendritic cell sarcoma† |
| 9759/3 | Fibroblastic reticular cell tumour |
| **Myofibroblastic tumours** | |
| *Myofibroblastic tumours* | |
| 8825/0 | Intranodal palisaded myofibroblastoma† |
| **Spleen-specific vascular-stromal tumours** | |
| *Splenic vascular-stromal tumours* | |
| 9120/0 | Littoral cell angioma† |
| | Splenic hamartoma |
| 9125/0 | Sclerosing angiomatoid nodular transformation of spleen† |

These morphology codes are from the International Classification of Diseases for Oncology, third edition, second revision (ICD-O-3.2) {751}. Behaviour is coded /0 for benign tumours; /1 for unspecified, borderline, or uncertain behaviour; /2 for carcinoma in situ and grade III intraepithelial neoplasia; /3 for malignant tumours, primary site; and /6 for malignant tumours, metastatic site. Behaviour code /6 is not generally used by cancer registries.

This classification is modified from the previous WHO classification, taking into account changes in our understanding of these lesions.

* Codes marked with an asterisk were approved by the IARC/WHO Committee for ICD-O at its meeting in September 2022, or during subsequent consultation.

† Labels marked with a dagger have undergone a change in terminology of a previous code.






# 1

# General introduction to haematolymphoid tumours

Edited by: Chan JKC

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 15 of 195

# General introduction to haematolymphoid tumours

Khoury JD

Evidence-based classification of disease is fundamental for the treatment of individual patients; for monitoring of global disease incidence; and for investigating all aspects of disease causation, prevention, and therapy. The World Health Organization (WHO) classification of haematolymphoid tumours has provided a global reference since its third edition was published in 2001. The definitions laid down in the successive WHO classifications have not only been adopted for use by pathologists, clinicians, and basic and translational research scientists, but they have also been incorporated into the International Classification of Diseases (ICD) and have thus served as a global reference for epidemiological monitoring across national and international health policy organizations.

The fifth edition of the WHO classification of haematolymphoid tumours (WHO-HAEM5) is the first major update to the classification since the publication of the fourth edition in 2008, which was followed by a revision in 2017. While this classification builds on prior editions, it incorporates several fundamental structural and content updates that reflect scientific developments and clinical advances that occurred in the years following the publication of the fourth edition. The current edition has enhanced the hierarchical organization of the classification, improved the clarity and practicability of disease categories, and incorporated for the first time a clinical advisory component within the fabric of the team that wrote and edited this volume. At a fundamental level, the classification aims to strike a balance between incorporating scientific advances and retaining clinical pertinence and worldwide applicability.

The production of this volume was overseen by an editorial board composed of standing members, nominated by the major pathology societies around the world, and expert members, selected for contemporary multidisciplinary expertise and recognition in the field. The editorial board, in turn, carefully identified authors through an informed bibliometric process, with an eye on relevant expertise and a balance across geography and other equity factors. A total of approximately 420 individuals contributed to this volume as editors or authors. By design, multidisciplinary author/editor groups shared overlapping coverage of disease categories to ensure conceptual continuity and content harmonization. This approach reflects the ways in which the classification is meant to be implemented, with multidisciplinary input that emphasizes a holistic approach to patient care from diagnosis through to disease monitoring.

## Applicability and diagnostic integration

The definition and diagnosis of distinct disease (tumour) types in this classification continues to be based on multiple clinicopathological parameters, but with refinements of diagnostic criteria and defining genetic features, as well as an emphasis on therapeutically and/or prognostically actionable biomarkers. Indeed, the application of this classification is predicated on integrating morphological (cytological and histological), immunophenotypic, molecular, and cytogenetic data. Therefore, using the classification to its fullest extent requires one or more specialized diagnostic techniques, which may include immunophenotyping, karyotyping, fluorescence in situ hybridization (FISH), and/or molecular diagnostics. This is in line with previous editions, with expanded numbers of disease types and subtypes that are molecularly defined. This point necessitates, in turn, an integrated diagnostic approach that incorporates multiple layers of information, sometimes from different sources, often coming in at different times. Various diagnostic modalities may also be needed to exclude differential diagnostic considerations, even for entities whose diagnosis might not per se require a particular type of diagnostic evaluation.

To enhance the practicability of the classification and the timeliness of its utilization in clinical care settings, the structure was redesigned in a way that facilitates the placement of a disease in a higher tier of the hierarchy when necessary. This permits reverting to category-level or family (class)-level definitions when detailed molecular genetic analyses may not be available at a given timepoint, or even feasible at all.

The subsection termed "essential and desirable diagnostic criteria", introduced for the first time in the fifth edition of the series, is intended to facilitate the applicability of the classification by distilling the key diagnostic components needed to classify a particular disease type. Essential diagnostic criteria are considered must-have features to establish a diagnosis, whereas desirable diagnostic criteria are good-to-have features (i.e. they support the diagnosis but this information is not mandatory). Obviously, it should be realized that it is neither intended nor feasible to cover within a concise list of essential and desirable diagnostic criteria all possible exceptions and variations that may be encountered in rare cases. In such instances, a final decision remains based on a balanced integration of clinical, morphological, immunophenotypic, and genetic data.

The listing of essential diagnostic criteria that have the broadest possible applicability is also intended to aid in applying the classification with the lowest burden of resources where feasible. Notwithstanding, it is hoped that the broader genetic underpinnings of WHO-HAEM5 will prompt and encourage the mobilization of healthcare resources, public or otherwise, to ensure that necessary clinical testing platforms are available so that the classification can be applied to its fullest potential for the broadest number of people possible worldwide. The importance of such resources being available locally stems from the fact that sending out tests to distant reference laboratories tends to limit the availability of accurate local public health data in some regions or even in some countries.

## Classification principles and structure

The broadest organization of the WHO-HAEM5 taxonomy is along haematopoietic lineages, each in its own chapter, plus a distinct chapter on stroma-derived neoplasms of lymphoid tissues and another on genetic tumour syndromes. This lineage-based framework then flows broadly from benign to malignant, and precursor cell neoplasms are followed by mature cell malignancies. The classification then branches down hierarchically from category to family, followed by type (entity), and then subtype. That is, it organizes diseases in order of increasing levels of specification: category (e.g. mature B-cell neoplasms), family/class (e.g. large B-cell lymphomas), entity/type (e.g. diffuse large B-cell lymphoma NOS), and subtype (e.g. diffuse large B cell lymphoma NOS, germinal centre B-cell–like).

Where possible, a triad of attributes was systematically applied and included: lineage + dominant clinical/anatomical attribute + dominant biological attribute. Lineage attribution rests on immunophenotyping using flow cytometry and/or immunohistochemistry. Dominant clinical attributes are general features of the untreated disease and include descriptors such as acute or chronic, association with cytopenias (myelodysplasia) or cytoses (myeloproliferation), or anatomical location (splenic, cutaneous, etc.). Most biological attributes include gene fusions, rearrangements, and mutations. Fusions are part of the nomenclature of types/subtypes when the identities of both implicated genes are required or often desirable criteria for diagnosis (e.g. *PML::RARA*). Rearrangements, a broad term that encompasses a range of structural genomic alterations leading to gene fusions, are part of the nomenclature of types/subtypes when there are multiple possible fusion partner genes of a biologically dominant gene (e.g. *KMT2A*). Of note, the use of the term "rearrangements" is maintained in the classification due to its wide usage across prior editions, although we recognize that this term is more appropriate for genomic modifications in genes consisting of various segments (e.g. immunoglobulin genes and T-cell receptor genes). A deliberate attempt has been made to prioritize classifying tumour types based on *defining genetic abnormalities* where possible. Taken together, this approach was the basis for organizing several categories within the myeloid chapter, as well as precursor B-cell neoplasms.

The first portion of the classification is dedicated to myeloid proliferations and neoplasms, the biology of which has now been relatively well elucidated. Key changes to this portion of the classification include the introduction of clonal haematopoiesis; the reorganization of myelodysplastic neoplasms and revision of their nomenclature; and the reorganization of acute myeloid leukaemia (AML), secondary myeloid neoplasms, myeloid/lymphoid neoplasms with eosinophilia and tyrosine kinase fusion genes, and acute leukaemias of mixed or ambiguous lineage.

Reflecting their unique lineage, histiocytic/dendritic cell neoplasms are classified together in a separate following chapter in a manner that naturally highlights the distinctive features shared by many of these diseases despite their varied clinical manifestations.

WHO-HAEM5 introduces preneoplastic diseases and tumour-like lesions that mimic B-cell and T-cell neoplasms. Lymphoblastic leukaemias/lymphomas are grouped by lineage. The chapter on B-cell lymphoid proliferations and lymphomas covers a large group of diseases that together constitute the most common lymphoid neoplasms worldwide. An attempt to separate the taxonomy of T-cell and NK-cell neoplasms was considered by the editorial board but was ultimately set aside for this edition, because it was felt that such a separation remains too difficult to apply in current routine practice.

Following a structure similar to that applied for myeloid and lymphoid proliferations and neoplasms, the classification of neoplasms derived from lymphoid tissue stroma was improved by creating a framework that permits their classification on the basis of their putative cells of origin.

For the first time, the initial draft of this edition of the haematolymphoid classification was presented online for public input. The editorial board reviewed and considered public comments before finalizing the classification framework. Extensive input on the content of the beta version of this volume was also received from subscribers to the WHO Classification of Tumours Online. Such feedback was immensely constructive and permitted an unprecedented level of community engagement and curated contributions.

## Gene and protein nomenclature

The fifth-edition WHO Classification of Tumours follows the Human Genome Organisation (HUGO) Gene Nomenclature Committee (HGNC) system for gene symbols and gene names (https://www.genenames.org/) {181}, the Human Genome Variation Society (HGVS) recommendations for sequence variants (https://varnomen.hgvs.org/) {352}, and the International System for Human Cytogenomic Nomenclature (ISCN) 2020 reporting guidelines for chromosomal alterations {1077}. Gene symbols are presented in italics, but the names of proteins and gene groups (e.g. the IDH gene family) are not italicized. The new designation of gene fusions using double colons (::) has been adopted in this volume {180}.

A sequence alteration relative to a transcript reference sequence is reported using the prefix "c." for the coding DNA sequence, followed by the nucleotide number and the nucleotide change. The predicted protein sequence change then follows the prefix "p.", specifying the reference amino acid, the amino acid number, and the variant amino acid resulting from the mutation. For example, the most common *BRAF* variant is *BRAF* c.1799T>A p.Val600Glu (or *BRAF* c.1799T>A p.V600E if single-letter amino acid codes are preferred, as have been used throughout this volume). Notably, however, this example assumes that a particular *BRAF* transcript reference sequence accession and version have previously been defined (e.g. NM_004333.5).

## Newly recognized entities

A number of newly recognized entities have been added into this edition of the WHO classification. The majority reflect entities that became increasingly recognized thanks to the wider availability of sequencing techniques permitting the detection of novel fusions or mutations.

Emerging entities are listed as disease subtypes under a novel rubric of "other defined genetic alterations" or are discussed in the text under the "Histology" subheading where appropriate. This is envisioned as a landing spot in the WHO classification to incorporate new/rare entities whose recognition is increasing as high-throughput molecular diagnostic tools become more available. Provisional entities were not created in WHO-HAEM5, because these, by definition, lack sufficient evidence. It is recognized that the diagnosis of such subtypes might not be feasible in all practice settings. A set of decision-support





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 16 of 195

guidelines was adopted to aid in determining what subtypes would qualify in this context; the criteria include: (1) having distinct molecular or cytogenetic features driven by established oncogenic mechanisms; (2) not meeting subtype criteria under other tumour types with defining genetic abnormalities; (3) having distinct pathological and clinical features, including but not limited to response to therapeutic interventions; and (4) having been described in at least two quality peer-reviewed publications by distinct investigator groups.

**Terminology and revised nomenclature**

The disease names and other terms refined or introduced in this edition reflect a consensus approach by experts in the field. Decisions were based on evidence where such evidence exists, and expert consensus was sought where data were limited. The broad principles that guided nomenclature revisions included the following: reflecting/improving scientific accuracy, harmonizing across related categories, and minimizing the use of confusing terminology that could pose clinical risks.

The classification retains the use of the term "not otherwise specified" (NOS) to designate disease types for which no terminal defining attribute is currently known. In other words, NOS is used to denote a disease type where specific defining genetic abnormalities or other defining features have been excluded. It replaces the previous term "unclassifiable" in some instances. Of note, the term NOS should not be used to classify a case as a result of technical limitations (e.g. insufficient material) or resource limitations (e.g. lack of availability of certain diagnostic modalities). Such limitations, particularly the latter, could be mitigated by going up the classification hierarchy to the family level or category level, or by using the term "not further classified" (NFC).

**Concluding remarks**

The WHO Classification of Tumours is a remarkable global achievement. It is a body of work that has been in the making for more than 60 years. It transcends borders and provides a common thread for the study of cancer – and the fight against it – around the world. WHO-HAEM5 is another building block in that effort, rooted in scientific evidence, dedicated expertise, and a shared vision to achieve a more perfect classification scheme for the benefit of humanity. The result is an enhanced, contemporary, evidence-based classification based on molecular biology and systematized within an organizational structure that will ensure future scalability as new discoveries inexorably continue to inform future editions.





# 2

# Myeloid proliferations and neoplasms

Edited by: Akkari Y, Campbell PJ, Cree IA, Hochhaus A, Hodge JC, Kantarjian HM, Khoury JD, Naresh KN, Sewell WA, Solary E, Wood BL


- Myeloid precursor lesions
  - Clonal haematopoiesis
    - Clonal haematopoiesis
    - Clonal cytopenia of undetermined significance
- Myeloproliferative neoplasms
  - Myeloproliferative neoplasms
    - Chronic myeloid leukaemia
    - Chronic neutrophilic leukaemia
    - Chronic eosinophilic leukaemia
    - Polycythaemia vera
    - Essential thrombocythaemia
    - Primary myelofibrosis
    - Juvenile myelomonocytic leukaemia
    - Myeloproliferative neoplasm NOS (unclassifiable)
- Mastocytosis
  - Cutaneous mastocytosis
  - Systemic mastocytosis
  - Mast cell sarcoma
- Myelodysplastic neoplasms
  - Myelodysplastic neoplasms with defining genetic abnormalities
    - Myelodysplastic neoplasm with low blasts and 5q deletion
    - Myelodysplastic neoplasm with low blasts and *SF3B1* mutation
    - Myelodysplastic neoplasm with biallelic *TP53* inactivation
  - Myelodysplastic neoplasms defined morphologically
    - Myelodysplastic neoplasm with low blasts
    - Myelodysplastic neoplasm, hypoplastic
    - Myelodysplastic neoplasm with increased blasts
  - Myelodysplastic neoplasms of childhood
    - Childhood myelodysplastic neoplasm with low blasts
    - Childhood myelodysplastic neoplasm with increased blasts
- Myelodysplastic/myeloproliferative neoplasms
  - Chronic myelomonocytic leukaemia
  - Myelodysplastic/myeloproliferative neoplasm with neutrophilia
  - Myelodysplastic/myeloproliferative neoplasm with *SF3B1* mutation and thrombocytosis
  - Myelodysplastic/myeloproliferative neoplasm NOS (unclassifiable)
- Acute myeloid leukaemia
  - Acute myeloid leukaemia with defining genetic abnormalities
    - Acute promyelocytic leukaemia with *PML::RARA* fusion
    - Acute myeloid leukaemia with *RUNX1::RUNX1T1* fusion
    - Acute myeloid leukaemia with *CBFB::MYH11* fusion
    - Acute myeloid leukaemia with *DEK::NUP214* fusion
    - Acute myeloid leukaemia with *RBM15::MRTFA* fusion
    - Acute myeloid leukaemia with *BCR::ABL1* fusion
    - Acute myeloid leukaemia with *KMT2A* rearrangement
    - Acute myeloid leukaemia with *MECOM* rearrangement
    - Acute myeloid leukaemia with *NUP98* rearrangement
    - Acute myeloid leukaemia with *NPM1* mutation
    - Acute myeloid leukaemia with *CEBPA* mutation
    - Acute myeloid leukaemia, myelodysplasia-related
    - Acute myeloid leukaemia with other defined genetic alterations


(Continued on next page)

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 17 of 195

# 2

# Myeloid proliferations and neoplasms (continued)


Acute myeloid leukaemia defined by differentiation
- Acute myeloid leukaemia with minimal differentiation
- Acute myeloid leukaemia without maturation
- Acute myeloid leukaemia with maturation
- Acute basophilic leukaemia
- Acute myelomonocytic leukaemia
- Acute monocytic leukaemia
- Acute erythroid leukaemia
- Acute megakaryoblastic leukaemia

Myeloid sarcoma
- Myeloid sarcoma

Secondary myeloid neoplasms
- Myeloid neoplasms and proliferations associated with antecedent or predisposing conditions
  - Myeloid neoplasm post cytotoxic therapy
  - Myeloid neoplasms associated with germline predisposition
  - Myeloid proliferations associated with Down syndrome

Myeloid/lymphoid neoplasms
- Myeloid/lymphoid neoplasms with eosinophilia and tyrosine kinase gene fusions
  - Myeloid/lymphoid neoplasm with *PDGFRA* rearrangement
  - Myeloid/lymphoid neoplasm with *PDGFRB* rearrangement
  - Myeloid/lymphoid neoplasm with *FGFR1* rearrangement
  - Myeloid/lymphoid neoplasm with *JAK2* rearrangement
  - Myeloid/lymphoid neoplasm with *FLT3* rearrangement
  - Myeloid/lymphoid neoplasm with *ETV6::ABL1* fusion
  - Myeloid/lymphoid neoplasms with other tyrosine kinase gene fusions

Acute leukaemias of mixed or ambiguous lineage
- Acute leukaemia of ambiguous lineage with defining genetic abnormalities
  - Mixed-phenotype acute leukaemia with *BCR::ABL1* fusion
  - Mixed-phenotype acute leukaemia with *KMT2A* rearrangement
  - Acute leukaemia of ambiguous lineage with other defined genetic alterations
- Acute leukaemia of ambiguous lineage defined immunophenotypically
  - Mixed-phenotype acute leukaemia, B/myeloid
  - Mixed-phenotype acute leukaemia, T/myeloid
  - Mixed-phenotype acute leukaemia, rare types
  - Acute leukaemia of ambiguous lineage NOS
  - Acute undifferentiated leukaemia


## Clonal haematopoiesis: Introduction

Busque L



The clonal origin of cancer was first documented using the principle of random X-chromosome inactivation in females {1012, 966}. Skewing from the expected balanced ratio of X-chromosome inactivation was documented in healthy ageing women without haematological abnormalities {478,194}, leading to the identification of mutation-driven clonal haematopoiesis (CH) several years later {195}. Analysis of sequencing data from > 30 000 people identified CH as a common age-dependent occurrence in healthy people that was associated with an increased risk of haematological cancers, cardiovascular diseases, and all-cause mortality {781,532,1867,1079}.

Because "clonal haematopoiesis" is a broad term that is applicable to numerous entities, several terms were introduced to describe clonality detected in people without a diagnosed haematological disorder {111} (see Table 2.01). The term "age-related clonal haematopoiesis" has been used to refer to CH associated with ageing; however, it has no defined specific gene alteration or quantitative criteria {1551}. The term "clonal haematopoiesis of indeterminate potential" (CHIP) was coined to denote the presence of myeloid cancer–associated somatic mutations in otherwise healthy individuals without underlying myeloid neoplasia or unexplained blood count abnormalities {1603}. A variant allele frequency (VAF) cut-off point of ≥ 2% has been proposed as a criterion for CHIP {1603}, and this has been adopted to define CH in the present edition of the WHO classification of haematolymphoid tumours. CHIP is regarded as a premalignant state, and risk factors for clonal expansion, and ultimately cancer progression, are beginning to be identified. Although screening haematologically normal individuals for CHIP outside the research setting is not routinely advocated at this stage, CHIP may be incidentally discovered in persons undergoing genetic sequencing for other conditions {1834,1826, 1396,1522}, including direct-to-consumer genetic tests {690}.

CH detected in individuals with unexplained cytopenia is designated as "clonal cytopenia of undetermined significance" (CCUS) and confers a significant risk of progression to haematological cancers. In this edition, CCUS includes any demonstrable molecular or cytogenetic clonal event detected in an individual with cytopenia lacking morphological evidence of myeloid neoplasia. It is anticipated that data will emerge in the coming years to help risk-stratify CCUS patients and identify optimal management approaches accordingly. In the absence of evidence of clonality, sustained unexplained cytopenia(s) should be referred to as "idiopathic cytopenia of unknown significance".

**Table 2.01** Terminology of clinical-genetic conditions relevant to clonal haematopoiesis

| Condition | Description |
|---|---|
| **Clonal haematopoiesis (CH)** | Clonal outgrowth of haematopoietic cells from affected stem or progenitor cells, regardless of cause or disease state |
| **Age-related clonal haematopoiesis (ARCH)** | CH detectable in blood or bone marrow and associated with ageing without a diagnosed haematological disorder or cytopenia; does not refer to specific gene alterations or quantitative criteria reflecting clonal abundance |
| **Clonal haematopoiesis of indeterminate potential (CHIP)** | CH with somatic mutations of myeloid malignancy–associated genes detected in the blood or bone marrow present at a variant allele frequency of ≥ 2% in individuals without a diagnosed haematological disorder or unexplained cytopenia |
| **Clonal cytopenia of undetermined significance (CCUS)** | CH detected in the presence of one or more persistent cytopenias that are otherwise unexplained by haematological or non-haematological conditions and that do not meet diagnostic criteria for defined myeloid neoplasms |
| **Idiopathic cytopenia of unknown significance (ICUS)** | Sustained and unexplained cytopenia without detectable blood cancer–associated driver mutations |

The recently described CH-related disorder referred to as VEXAS syndrome (vacuoles, E1 enzyme, X-linked, autoinflammatory, somatic *UBA1* mutations) {103,612} is listed under the section on CH in this edition (see *Clonal haematopoiesis*, p. 20). As additional data continue to emerge on this disorder, it is likely that it might constitute a distinct disease entity/type in future editions of the WHO classification.

Scientific data on CH and CCUS are accumulating rapidly, and definitions may require updates as the field develops further. Nevertheless, the maiden inclusion of these premalignant states at the start of this volume reflects the importance of their recognition as precursors of diverse myeloid neoplasms and their links to an increasingly broad range of non-haematological diseases.

# Clonal haematopoiesis

Busque L
Bejar R
Jaiswal S
Platzbecker U
Vassiliou GS

## Definition
Clonal haematopoiesis (CH) in the context of ageing refers to the presence of a population of cells derived from a multipotent stem/progenitor cell harbouring one or more driver gene mutations resulting in selective growth advantage in individuals without unexplained cytopenias, haematological cancers, or other clonal disorders.

## ICD-O coding
9860/0 Clonal haematopoiesis
9860/0 Clonal haematopoiesis of indeterminate potential
9860/0 VEXAS syndrome

## ICD-11 coding
None

## Related terminology
*Acceptable:* age-related clonal haematopoiesis (ARCH).

## Subtype(s)
Clonal haematopoiesis of indeterminate potential (CHIP); VEXAS syndrome

## Localization
Blood and bone marrow




**Fig. 2.01** Prevalence of clonal haematopoiesis. The estimated prevalence of clonal haematopoiesis as a function of age varies according to the sequencing method used. Methods that are more sensitive, such as deep sequencing of select genes, will detect clonal haematopoiesis in more people than methods such as exome or genome sequencing, which typically have a much lower depth of coverage. The clinical consequences of clonal haematopoiesis are best understood for larger clones (≥ 2% variant allele frequency [VAF]). ECS, error-corrected sequencing; WES, whole-exome sequencing; WGS, whole-genome sequencing.

## Clinical features
CH is nearly always an incidental finding without associated clinical features. An exception includes the recently recognized CH-related disorder referred to as VEXAS syndrome, which has specific clinicopathological associations {103,612}. All patients with VEXAS syndrome described to date have somatic mutations involving the X-linked gene *UBA1*, and they usually have a progressive systemic autoinflammatory syndrome involving the skin, lungs, blood vessels, joints, and cartilage, and/or various haematological conditions, including cytopenias {102}.




**Fig. 2.02** Evolution of clonal haematopoiesis of indeterminate potential (CHIP). Mutations are acquired slowly over time through endogenous mutational processes. In a subset (10–40%) of patients, the clone will expand under the influence of several factors to meet the diagnostic criteria for CHIP (variant allele frequency [VAF]: ≥ 2%). A small proportion of patients with CHIP will develop haematological cancer. The clone size, identity of the driver gene, number of mutations, and concomitant presence of chromosomal mosaicism are risk factors for progression. CHIP is also a risk factor for non-haematological diseases/sequelae. Patients without CHIP may also develop haematological cancer, but they have a lower risk. AML, acute myeloid leukaemia; MDS, myelodysplastic neoplasm; MPN, myeloproliferative neoplasm.

## Epidemiology
The estimated prevalence of CH is linked to sequencing depth and analytical sensitivity {780}. However, CH is rare in individuals younger than 40 years of age, increases steadily in incidence in those aged > 65 years, and affects 10–40% of elderly individuals {781,192}.

## Etiology
Ageing is the dominant risk factor for CH {1867,781,532,1079}, but smoking {532,1928,129}, male sex {781}, exposure to cytotoxic therapies {816,152}, and aplastic anaemia {1895} have been associated with an increased risk of certain mutations. Several germline variants have been associated with a predisposition to CH {1928,129}. Germline deletion in intron 3 of the telomerase reverse transcriptase gene (*TERT*) may predispose to CH {1928}. Hispanic ancestry is associated with a decreased risk of CH {781,129}, but few other predisposing sociodemographic factors have been identified to date.

## Pathogenesis
The mutations that cause CH are most often base substitutions or small insertions/deletions, but CH due to acquired chromosomal mosaicism is increasingly recognized {938,773}. The reason for the selective advantage (fitness) of a particular clone may be gene-dependent, mutation-specific, and influenced by the clinical context and timing of acquisition {1825}. The most frequently reported mutations in CH occur in the key epigenetic modifiers *DNMT3A*, *TET2*, and *ASXL1*. Mice with loss of function of *Tet2* or *Dnmt3a* display stem and progenitor cell expansion, but the mechanisms underlying these changes remain obscure {1140,240}. Mutations in *PPM1D* and *TP53* may permit haematopoietic stem cells to bypass cell-cycle checkpoints after DNA damage, therefore leading to clonal expansion in the setting of chemotherapy {816}. Less is known about the mechanisms of clonal expansion for other genes associated with CH, such as *ASXL1*, *SF3B1*, *SRSF2*, and *U2AF1*, in part because murine models for these mutations show no clonal advantage for mutated haematopoietic stem cells {1177,1222,860,1550}. Clonal expansion can also occur in the absence of a known driver mutation, possibly due to unknown driver mutations or genetic drift in older individuals with a relatively depleted active haematopoietic stem cell pool {1928}.

## Macroscopic appearance
Not relevant

**Table 2.02** Clonal haematopoiesis driver genes and common mutations (continued on next page)

| Gene | Criteria for classification as a clonal haematopoiesis driver mutation | Reference transcript |
|---|---|---|
| **Common and/or clinically significant** | | |
| *DNMT3A* | Frameshift/nonsense/splice-site; missense in amino acid ranges p.292-350, p.482-614, and p.634-912 | NM_022552 |
| *TET2* | Frameshift/nonsense/splice-site; missense in amino acid ranges p.1104-1481 and p.1843-2002 | NM_001127208 |
| *ASXL1* | Frameshift/nonsense/splice-site in exons 11–12 | NM_015338 |
| *JAK2* | p.V617F; missense/indel in amino acid range p.536-547 | NM_004972 |
| *TP53* | Frameshift/nonsense/splice-site; missense in amino acid ranges p.72, p.95-288, and p.337 | NM_001126112 |
| *SF3B1* | Missense in terminal HEAT domains (p.529-1201) | NM_012433 |
| *PPM1D* | Frameshift/nonsense/splice-site in exon 5/6 | NM_003620 |
| *SRSF2* | Missense/in-frame deletion involving p95 | NM_003016 |
| *IDH1* | Missense at p.R132 | NM_005896 |
| *IDH2* | Missense at p.R140 or p.R172 | NM_002168 |
| *U2AF1* | Missense at p.S34/p.R156/p.Q157 | NM_006758 |
| *KRAS* | Missense at p.G12/p.G13/p.Q61/p.A146 | NM_033360 |
| *NRAS* | Missense at p.G12/p.G13/p.Q61 | NM_002524 |
| *CTCF* | Frameshift/nonsense/splice-site, p.R377C, p.R377H, p.P378A, p.P378L | NM_006565 |
| *CBL* | Missense in linker / RING finger domains (p.345-434) | NM_005188 |
| *GNB1* | Missense at p.K57/p.G53/p.I81 | NM_002074 |
| *BRCC3* | Frameshift/nonsense/splice-site | NM_024332 |
| *PTPN11* | Missense in amino acid ranges p.58-76 and p.491-510 | NM_002834 |
| *GNAS* | Missense at p.R201 | NM_016592 |
| *BCOR* | Frameshift/nonsense/splice-site | NM_001123385 |
| *BCORL1* | Frameshift/nonsense/splice-site | NM_021946 |




Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 19 of 195

**Table 2.02** Clonal haematopoiesis driver genes and common mutations (continued)

| Gene | Criteria for classification as a clonal haematopoiesis driver mutation | Reference transcript |
|---|---|---|
| Other | | |
| *BRAF* | Missense in amino acid range p.590-615; missense at p.G469 | NM_004333 |
| *CALR* | Frameshift in exon 9 | NM_004343 |
| *CEBPA* | Frameshift/nonsense/splice-site | NM_004364 |
| *CREBBP* | Frameshift/nonsense/splice-site | NM_004380 |
| *CSF1R* | Missense at p.L301/p.Y969 | NM_005211 |
| *CSF3R* | p.T615A, p.T618I, truncating c.741-791 | NM_000760 |
| *CUX1* | Frameshift/nonsense/splice-site | NM_181552 |
| *ETV6* | Frameshift/nonsense/splice-site | NM_001987 |
| *EZH2* | Frameshift/nonsense/splice-site; missense in SET domain (p.617-732) | NM_001203247 |
| *GATA2* | Frameshift/nonsense/splice-site, p.R293Q, p.N317H, p.A318T, p.A318V, p.A318G, p.G320D, p.L321P, p.L321F, p.L321V, p.Q328P, p.R330Q, p.R361L, p.L359V, p.A372T, p.R384G, p.R384K | NM_001145661 |
| *JAK3* | p.M511T, p.M511I, p.A572V, p.A572T, p.A573V, p.R657Q, p.V715I, p.V715A | NM_000215 |
| *KDM6A* | Frameshift/nonsense/splice-site | NM_021140 |
| *KIT* | ins503, p.V559A, p.V559D, p.V559G, p.V559I, p.V560D, p.V560A, p.V560G, p.V560E, del560, p.E561K, del579, p.P627L, p.P627T, p.R634W, p.K642E, p.K642Q, p.V654A, p.V654E, p.H697Y, p.H697D, p.E761D, p.K807R, p.D816H, p.D816Y, p.D816F, p.D816I, p.D816V, p.D816H, del551-559 | NM_000222 |
| *KMT2A* | Frameshift/nonsense/splice-site | NM_005933 |
| *MPL* | p.S505G, p.S505N, p.S505C, p.L510P, del513, p.W515A, p.W515R, p.W515K, p.W515S, p.W515L, p.A519T, p.A519V, p.Y591D, p.W515-518KT | NM_005373 |
| *MYD88* | p.L265P | NM_002468 |
| *NOTCH1* | Frameshift/nonsense/splice-site/missense in exons 26–34 | NM_017617 |
| *PHF6* | Frameshift/nonsense/splice-site | NM_001015877 |
| *PIGA* | Frameshift/nonsense/splice-site | NM_002641 |
| *PRPF40B* | Frameshift/nonsense/splice-site | NM_001031698 |
| *PTEN* | Frameshift/nonsense/splice-site | NM_000314 |
| *RAD21* | Frameshift/nonsense/splice-site | NM_006265 |
| *RUNX1* | Frameshift/nonsense/splice-site, p.S73F, p.H78Q, p.H78L, p.R80C, p.R80P, p.R80H, p.L85Q, p.P86L, p.P86H, p.S114L, p.D133Y, p.L134P, p.R135G, p.R135K, p.R135S, p.R139Q, p.R142S, p.A165V, p.R174Q, p.R177L, p.R177Q, p.A224T, p.D171G, p.D171V, p.D171N, p.R205W, p.R223C | NM_001001890 |
| *SETBP1* | p.D868N, p.D868T, p.S869N, p.G870S, p.I871T, p.D880N, p.D880Q | NM_015559 |
| *SF1* | Frameshift/nonsense/splice-site | NM_004630 |
| *SF3A1* | Frameshift/nonsense/splice-site | NM_005877 |
| *SMC1A* | Missense at p.R96/p.R586 | NM_006306 |
| *SMC3* | Frameshift/nonsense/splice-site | NM_005445 |
| *STAG2* | Frameshift/nonsense/splice-site | NM_006603 |
| *STAT3* | Missense in SH2 domain (p.580-670) | NM_139276 |
| *U2AF2* | Missense in RNA recognition motif domains (p.149-231, p.259-337, p.381-462) | NM_007279 |
| *WT1* | Frameshift/nonsense/splice-site | NM_024426 |
| *ZRSR2* | Frameshift/nonsense/splice-site | NM_005089 |

## Histopathology

There are no known histopathological features that correlate with CH or CHIP. Indeed, the absence of histopathological features of defined myeloid neoplasms is integral to the definition of CH.

Bone marrow evaluation of patients with VEXAS syndrome shows cytoplasmic vacuoles in myeloid and erythroid precursors. Other findings include hypercellularity, usually without dysplasia {103,612}. Progression to myelodysplastic neoplasm (MDS) is a common feature in VEXAS syndrome. Cases in which bone marrow findings fulfil the diagnostic criteria for MDS should be diagnosed as such.

## Cytology

See *Histopathology*, above.

## Diagnostic molecular pathology

A diagnosis of CHIP is predicated on the detection of one or more somatic mutations in the CH driver genes listed in Table 2.02 (p. 21), typically in an individual with normal peripheral blood indices {1867,781,532,1079}. Cases with mutations in CH driver genes outside the regions specified in the table may qualify for a diagnosis of CHIP if the mutations are predicted to be deleterious and not rare, non-pathogenic variants. The presence of explainable abnormal red blood cell indexes or certain idiopathic findings such as a raised red blood cell distribution width (RDW) or mean corpuscular volume (MCV) does not preclude the diagnosis. The diagnosis is made by sequencing of DNA extracted from whole blood, but it can also be made using DNA from purified blood cell populations (e.g. granulocytes or mononuclear cells).

The use of non-sequencing approaches to detect mutation-bearing CH, such as flow cytometry or immunohistochemistry, is not recommended at present.

## Essential and desirable diagnostic criteria

*Clonal haematopoiesis of indeterminate potential*

*Essential:* detection of one or more somatic mutations involving the CH driver genes listed in Table 2.02 (p. 21) with a variant allele frequency (VAF) of ≥ 2% (≥ 4% for X-linked gene mutations in male patients) in DNA from blood or bone marrow cells; absence of unexplained cytopenias; absence of features diagnostic for defined myeloid neoplasms.

## Staging

Not relevant

## Prognosis and prediction

CHIP is recognized as a precursor state that is distinct from haematological neoplasms and has a predominantly benign natural history {781,532,192}. CHIP progresses to frank malignancy at a rate of about 0.5–1% of cases per year {781,532}, but the risk varies considerably according to several variables. The presence of a large clone or multiple gene mutations usually portends an increased risk of progression to myeloid malignancy. The risk of progression is greater for CHIP driven by mutations in *TP53*, *U2AF1*, *SRSF2*, *IDH2*, *IDH1*, *SF3B1*, and *ASXL1* {7,354,1519}. Also, the concomitant presence of mosaic clonal genetic alterations is an independent risk factor for progression to leukaemia {518}. Mutations involving CH driver genes with a very low VAF (< 2%) may be highly prevalent by middle age {1898}, but such clones have not been demonstrated to have pathological consequences.

CHIP is also associated with an increased risk of all-cause mortality, possibly due to atherosclerotic cardiovascular disease {781,532,128,1458} and with autoimmune diseases {666}.

MDS in the context of VEXAS syndrome appears to have lower-risk features and few mutations besides those involving *UBA1* {612}.

# Clonal cytopenia of undetermined significance

Busque L
Bejar R
Jaiswal S
Platzbecker U
Vassiliou GS

## Definition
Clonal cytopenia of undetermined significance (CCUS) refers to clonal haematopoiesis (CH) detected in the presence of one or more persistent cytopenias that are otherwise unexplained by haematological or non-haematological conditions.

## ICD-O coding
9980/1 Clonal cytopenia of undetermined significance

## ICD-11 coding
None

## Related terminology
*Not recommended:* clonal idiopathic cytopenia of unknown significance; clonal cytopenia.

## Subtype(s)
None

## Localization
Blood and bone marrow

## Clinical features
Patients present with a history of one or more persistent unexplained cytopenias, usually of 4 months or longer in duration.

When common causes of cytopenias are eliminated, patients are often suspected of having myelodysplastic neoplasm (MDS) or another myeloid disorder. Diagnostic evaluation, including bone marrow examination, will identify a somatic mutation in a CH driver gene or a clonal cytogenetic abnormality, but by definition the case will not meet diagnostic criteria of a defined myeloid neoplasm {921,1030}. Some cytopenias will be sustained and unexplained without meeting diagnostic criteria for CCUS; such cases should be termed "idiopathic cytopenia of unknown significance".

## Epidemiology
In a large population-based study, anaemia had a prevalence of 4.2%, thrombocytopenia 1.6%, and neutropenia 4.8%. Anaemia and thrombocytopenia increase in prevalence with age, but neutropenia does not {1766}. Approximately 30% of people with one or more cytopenias will have a detectable mutation in a myeloid driver gene or a chromosomal abnormality, meeting the criteria for CCUS {509}.

## Etiology
The etiology is possibly similar to that of CH. CCUS can occur sporadically or after exposure to cytotoxic treatment {509}.

## Pathogenesis
The pathogenesis is possibly similar to that of CH.




**Fig. 2.03** Clonal cytopenia of undetermined significance. Patients with clonal cytopenia of undetermined significance will have at least one somatic mutation in a myeloid malignancy gene in their blood or bone marrow cells and must not have another identifiable cause for their cytopenias, including benign conditions or myeloid neoplasms. A bone marrow biopsy is required to exclude myeloid neoplasms. Patients with clonal cytopenia of undetermined significance have an increased, variable risk of progression to a myeloid neoplasm, whereas patients with unexplained cytopenias and no myeloid gene mutations have a low risk of progression. AML, acute myeloid leukaemia; COPD, chronic obstructive pulmonary disease; MDS, myelodysplastic neoplasm; MPN, myeloproliferative neoplasm; NGS, next-generation sequencing.



## Macroscopic appearance
Not relevant

## Histopathology
Bone marrow examination is needed to rule out other causes of cytopenia, including other myeloid neoplasms. Dysplastic changes, if present, must fall short of the diagnostic criteria for MDS. Blasts should not be increased.

## Cytology
See *Histopathology,* above.

## Diagnostic molecular pathology
A diagnosis of CCUS requires the identification of a clonal population harbouring one or more CH or myeloid neoplasia–associated somatic driver mutations or chromosomal alterations. Mutations are typically detected by sequencing DNA from whole blood or bone marrow cells.

Clonal chromosomal abnormalities can be detected by karyotyping, FISH, or next-generation sequencing techniques. The use of array-based techniques or other non-sequencing approaches such as flow cytometry or immunohistochemistry as sole diagnostic modalities to establish a diagnosis of CCUS is not recommended.

## Essential and desirable diagnostic criteria
*Essential:* detection of one or more somatic mutations involving CH driver genes listed in Table 2.02 (p. 21) with a variant allele frequency (VAF) of ≥ 2% (≥ 4% for X-linked gene mutations in male patients) in DNA from blood or bone marrow cells, or a clonal chromosomal abnormality; one or more otherwise unexplained persistent cytopenias; absence of features diagnostic for defined myeloid neoplasms on bone marrow examination.

## Staging
Not relevant

## Prognosis and prediction
The risk of progression from CCUS to a frank myeloid neoplasm, particularly MDS, increases with the size of the clonal population, the number of somatic alterations present {518}, and the presence of specific gene mutations such as those in *TP53, PPM1D, JAK2, RUNX1, SF3B1, SRSF2, U2AF1, IDH2*, and *IDH1* {1030}. The number and severity of cytopenias may also be a risk factor for clinical progression, particularly in patients with a prior history of exposure to cytotoxic therapy {152,850}. Isolated mutation in *DNMT3A* seems to confer a low risk of progression to MDS or acute myeloid leukaemia {509}.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 21 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 22 of 195

# Myeloproliferative neoplasms: Introduction

Khoury JD

Myeloproliferative neoplasms (MPNs) are a category of myeloid neoplasms characterized by excessive production of mature white blood cells, erythrocytes, and/or platelets. This category is distinct from myelodysplastic/myeloproliferative neoplasms by virtue of the absence of myelodysplasia at presentation.

The main disease entities/types remain largely unchanged from the prior edition. Initial diagnostic evaluation of MPN continues to depend on close correlation between clinical features, molecular diagnostics, and usually morphological evaluation of a trephine bone marrow biopsy. Most MPN patients are diagnosed in chronic phase (CP), which may progress into a blast phase (BP) associated with the accumulation of secondary cytogenetic and/or molecular aberrations.

Three major changes are introduced in this category. The first includes the omission of "accelerated phase" in chronic myeloid leukaemia (CML) and consolidation of the disease into chronic and blast phases, with emphasis on risk features in chronic phase. The second change includes updated diagnostic criteria for chronic eosinophilic leukaemia (CEL) and omission of "NOS" from its name. The third major change is the categorization of juvenile myelomonocytic leukaemia (JMML) as an MPN. The classification retains an emphasis on distinguishing between polycythaemia vera (PV), essential thrombocythaemia (ET), and primary myelofibrosis (PMF) using diagnostic criteria established in previous editions, with only minor refinements.

As in prior editions, MPN not otherwise specified (MPN-NOS) is a designation that should be reserved for cases with clinical, laboratory, morphological, and molecular features of MPN but lacking diagnostic criteria of any specific MPN type or with features that overlap across distinct MPN types.

### *Disease phases in MPN*

In the era of tyrosine kinase inhibitors, CML is practically a biphasic disease. The concept of an accelerated phase (AP) was developed when haematological response was the major goal of therapy. The current edition of the WHO classification of haematolymphoid tumours emphasizes the notion of "high-risk features" as an alternative to the traditional notion of AP. It is important to note that risk-associated features continue to incorporate those previously used to define AP. A major impetus underlying this paradigm shift is the need to develop more refined risk-stratification elements for patients with CML, at presentation and during treatment, to inform future editions. High-risk features identified at presentation include various clinical and genetic findings that should be considered for deciding on a treatment plan. Additionally, awareness of factors associated with resistance during tyrosine kinase inhibitor therapy is increasingly needed for selecting the most appropriate next line of treatment. Therefore, risk features identified at presentation should be distinguished from those that arise during the course of treatment; this remains a gap in many studies published on the topic.




**Fig. 2.04** Common driver mutations in essential thrombocythaemia, polycythaemia vera, and primary myelofibrosis. Acquired gain-of-function mutations in the three common disease driver genes (*JAK2*, *CALR*, and *MPL*) leading to constitutive activation of cell-signalling pathways.

The notion of AP in the context of PV, ET, and PMF remains relatively crude and based primarily on increased blasts. In this edition, reference to AP in these diseases is based on the presence of ≥ 10% blasts in peripheral blood and/or bone marrow at any point during the course of the disease.

Myeloid blast phase in CML and other MPN types is defined on the basis of ≥ 20% blasts in peripheral blood and/or bone marrow. Evidence to establish a cut-off value for defining lymphoid blast phase in CML remains limited, and until such scientific evidence is available a diagnosis of lymphoid blast phase should be based on clinical judgement.

### *Somatic genomic features of MPN*

As a group, the majority of MPN types harbour somatic mutations involving genes that encode tyrosine kinases leading to constitutive activation of cell signalling pathways that promote cell proliferation and survival. The *BCR::ABL1* fusion is the sine qua non feature of CML, and activating RAS mutations are highly prevalent in JMML, while other types of MPNs are often driven by mutations in *JAK2*, *MPL*, and/or *CALR*.

The *JAK2* p.V617F mutation is detectable in > 95% of patients with PV and 50–60% of patients with ET or PMF. Valine 617 is located in the JH2 domain of JAK-2, which acts to supress its kinase activity. Many mutations in exon 12 of *JAK2* (usually small in-frame insertions or deletions affecting the pseudokinase domain) have been reported in almost all patients with *JAK2* p.V617F–negative PV; these patients tend to have isolated erythrocytosis, and exon 12 mutations are also not found in ET. Activating point mutations in the thrombopoietin receptor gene, *MPL*, were identified in 2006 in 5–10% of patients with ET and PMF, but not in patients with PV. *MPL*-mutant disease is characterized by thrombocytosis and/or marrow fibrosis without erythrocytosis, reflecting the activation of pathways limited to the thrombopoietin receptor, unlike in *JAK2*-mutant disease, in which these pathways are not specifically activated. Mutations in *CALR* were identified in 2013 and found in 25–35% of patients with ET and PMF, but not in patients with PV. *CALR* frameshift mutations are all predicted to result in a novel C-terminal protein sequence, the commonest being 52 bp deletion (type 1) or 5 bp insertion (type 2). These are found at similar frequencies in ET; type 1 mutations are much more common than type 2 mutations in PMF. Mutant calreticulin interacts with the thrombopoietin receptor (MPL) within the endoplasmic reticulum, leading to altered trafficking of MPL to the cell surface and activation of downstream signalling pathways. It can also act as a rogue cytokine, activating MPL, which explains the phenotypic similarities with *MPL*-mutant disease.

Additional mutations in other myeloid driver genes are found in more than half of all patients with MPN; these often include *TET2*, *ASXL1*, and *DNMT3A* {586,1844}. Mutations affecting splicing regulators (*SRSF2*, *SF3B1*, *U2AF1*, *ZRSR2*) and other regulators of chromatin structure, epigenetic functions, and cellular signalling (e.g. *EZH2*, *IDH1*, *IDH2*, *CBL*, *KRAS*, *NRAS*, *STAG2*, *TP53*) are less common. The chronological order of such mutations relative to the main driver mutations seems to influence clinical features, response to therapy, and clonal evolution {1252}. These additional mutations are more common in the late stage and blast phase than in typical PV and ET, and some are known to carry a poorer prognostic risk (e.g. *EZH2*, *IDH1*, *IDH2*, *SRSF2*, *U2AF1*, and *ASXL1* mutations in PMF). *TP53* mutations are associated with leukaemic transformation and identify a disease category with a particularly unfavourable outlook.

### *Germline predisposition to MPN*

Although *JAK2* p.V617F or exon 12, *CALR*, and *MPL* mutations are acquired, several germline factors have been found to alter the risk of developing an MPN. A number of common variants that are present in control populations have been found to weakly predispose to the development of MPNs. The *JAK2* 46/1 haplotype, present in a quarter of the population, is enriched in patients with MPNs, and *JAK2* mutations occur preferentially on the 46/1 haplotype allele. Interestingly, 46/1 is associated with *JAK2* exon 12–mutant MPNs and also *MPL*-mutant disease in some studies. SNPs in other genes (e.g. *TERT*, *TET2*, *SH2B3*, *MECOM*, *CHEK2*, *ATM*, *LINC-PINT* [*PINT*], *GFI1B*) have also been associated with MPNs {112A,1741,690}.

Furthermore, first-degree relatives of patients with MPN have a 5- to 7-fold risk of developing an MPN, with familial clusters of cases accounting for < 5% of cases, typically with incomplete penetrance and variable phenotypes, and often with acquired *JAK2* p.V617F, *CALR*, *MPL*, and additional mutations found in sporadic cases. In most families the predisposing allele has not been identified, but a small number of rare germline variants have been shown to contribute to such familial clusters, including structural variants at the *TCL1A*/*ATG2B*/*GSKIP* locus and *RBBP6* variants {1325}.

# Chronic myeloid leukaemia

Apperley JF
Cortes J
Cross NCP
Godley LA
Hu S
Naresh KN
Radich JP
Rousselot P
Subramanian PG

## Definition
Chronic myeloid leukaemia (CML) is a myeloproliferative neoplasm defined by the *BCR::ABL1* fusion gene and characterized by neutrophilic granulocytosis.

## ICD-O coding
9875/3 Chronic myeloid leukaemia

## ICD-11 coding
2A20.0Z Chronic myelogenous leukaemia, *BCR::ABL1*-positive, unspecified
2A20.0Y Other specified chronic myelogenous leukaemia, *BCR::ABL1*-positive
2B33.2 Chronic myeloid leukaemia, not elsewhere classified

## Related terminology
*Not recommended:* chronic myelogenous leukaemia; chronic granulocytic leukaemia; chronic myelocytic leukaemia.

## Subtype(s)
None

## Localization
In the chronic phase (CP), the neoplastic cells are mostly confined to the blood, bone marrow, spleen, and liver. In the blast phase (BP), the blasts can infiltrate any extramedullary site, with a predilection for the spleen, liver, lymph nodes, skin, and soft tissues.

## Clinical features
Most patients (> 95%) with CML are diagnosed in CP, which usually has an insidious onset {699,1482}. Some newly diagnosed cases can be asymptomatic and discovered when a blood count is performed as part of a routine medical examination. Common findings at presentation include splenomegaly, fatigue, malaise, weight loss, night sweats, and anaemia {699}.

Untreated, most cases of CML progress from CP to an advanced phase within a few years after diagnosis. Progression is characterized clinically by declining performance status; constitutional signs such as fever and weight loss; and symptoms related to severe anaemia, thrombocytopenia, increased white blood cell count, and splenic enlargement {668,769}.

The natural history of untreated CML before the introduction of the targeted tyrosine kinase inhibitor (TKI) was biphasic or triphasic: an initial indolent CP followed by an accelerated phase (AP) and/or BP. The designation "AP" is less useful in the TKI era, as discussed below, and it is now called "high-risk chronic phase", which may be identified at presentation or during the course of the disease while the patient is on TKI therapy.

## Epidemiology
Worldwide, CML has an annual incidence of 1–2 cases per 100 000 population, with a slight male predominance. The annual incidence increases with age, from < 0.1 cases per 100 000 children to ≥ 2.5 cases per 100 000 elderly individuals {699,701}. No significant ethnic or geographical variations have been reported, but a lower median age at onset has been observed in low- and middle-income countries {1034}. Owing to the success of TKI therapy in reducing mortality rates (down to only 2–3% per year), the prevalence of CML has increased considerably {738}.

## Etiology
The predisposing factors for CML are largely unknown. Acute radiation exposure has been implicated based on reports of increased incidence of CML among survivors of atomic bombings {135,300}. Unlike with other myeloproliferative neoplasms, there is little, if any, inherited predisposition {927,1384}.



**Fig. 2.05** Chronic myeloid leukaemia (CML). Splenomegaly is a common finding in CML. **A** The spleen is enlarged, with a uniform dark-red appearance and a fine nodular pattern of retained white pulp areas. **B** Granulocytes, eosinophils, and small hypolobulated megakaryocytes can be appreciated in dilated splenic sinuses.



## Pathogenesis
At diagnosis, 90–95% of cases of CML have the characteristic t(9;22)(q34;q11.2) reciprocal translocation that results in the so-called Philadelphia (Ph) chromosome. This translocation fuses sequences of the *BCR* gene on chromosome 22 with regions of *ABL1* on chromosome 9. The remaining cases have either variant translocations that involve a third or even fourth chromosome (in addition to chromosomes 9 and 22) or a cryptic translocation of 9q34 and 22q11.2 that cannot be identified on routine cytogenetic analysis. In such cases, the *BCR::ABL1* fusion gene is present and can be detected by FISH analysis and/or molecular diagnostics.

It is generally accepted that the increased tyrosine kinase activity of BCR::ABL1 is necessary and sufficient to cause CML-CP through constitutive activation of proteins in several signal transduction pathways. Among the many pathways affected are the JAK/STAT (cell growth and survival), PI3K/AKT (cell growth, cell survival, and inhibition of apoptosis), and RAS/MEK/MAPK (activation of transcription factors, including NF-κB) pathways.

The understanding of the abnormal signalling in CML cells led to the design and synthesis of small molecules that target the tyrosine kinase activity of BCR::ABL1, of which imatinib was the first to be successfully used to treat CML. Imatinib competes with ATP for binding to the BCR::ABL1 kinase domain, thus preventing phosphorylation of tyrosine residues on its substrates. Interruption of the oncogenic signal in this way is effective for control of the disease, particularly when used early in CP. However, the emergence of subclones of leukaemic progenitor cells that have *ABL1* point mutations that alter amino acids and prevent the binding of the inhibitor to the BCR::ABL1 kinase domain can lead to drug resistance {952,1470}. The second and third generations of TKIs (i.e. nilotinib, dasatinib, bosutinib, and ponatinib) can circumvent this form of drug failure in the presence of most kinase domain mutations. Recently, a new class of small molecules called "specifically targeting the ABL1 myristoyl pocket" (STAMP) inhibitors has been introduced for the treatment of CML, with the first of these being asciminib {740,1398}.

Transformation to BP is usually associated with clonal evolution, with 70–80% of cases demonstrating additional chromosomal aberrations (ACAs) besides the Ph chromosome {1224}. Such ACAs include 3q26.2 rearrangements, monosomy 7, trisomy 8, isochromosome 17q, trisomy 19, trisomy 21, an additional Ph chromosome, and complex karyotypes {561,262,1816}. Controversy remains as to the prognostic impact of ACAs present at the time of diagnosis in CP. There is general agreement that 3q26.2 (*MECOM*) rearrangements, monosomy 7, isochromosome 17q, and complex karyotypes (high-risk ACAs) are associated with an increased risk of progression to BP {1397,1815,1814,1816,561}. Others have also identified an increased risk of progression if trisomy 8, trisomy 19, trisomy 21, a second Ph chromosome, or involvement of 11q23 is present at diagnosis {434,287}. A large study of > 1500 patients recently showed that at low (1–15%) blast levels, patients with a high-risk ACA showed an increased risk of death, as compared with patients without an ACA {669}. No effect was observed at blast levels of 20–30%. Each individual abnormality is rare at diagnosis, which adds to the difficulty in assessing their biological significance. In contrast, the acquisition of ACAs during the course of the disease is clearly associated with an increased risk of progression to BP.

Genes reported to be altered in the transformed stages include *TP53*, *RB1*, *MYC*, *CDKN2A*, *NRAS*, *KRAS*, *RUNX1*, *TET2*, *CBL*, *ASXL1*, *IDH1*, and *IDH2*, but their exact role in transformation is unknown {1224,1027,1593}.

## Macroscopic appearance
Not applicable

## Histopathology
### *Chronic phase*
The peripheral blood shows leukocytosis (white blood cell count: 12–1000 × $10^9$/L, median: ~80 × $10^9$/L) due primarily to neutrophils in various stages of maturation, with peaks in the proportions of myelocytes and segmented neutrophils {1715}. Children often have a higher white blood cell count (median: ~250 × $10^9$/L) than adults {548,49}. Granulocytic dysplasia should be absent. Absolute basophilia and eosinophilia are common {699}. Absolute monocytosis may be present, but the proportion of monocytes is usually < 3%, except in rare cases with the p190 *BCR::ABL1* isoform, which often mimic chronic myelomonocytic leukaemia. Blasts typically account for < 2% of the white blood cells. Platelet counts are normal or increased to > 1000 × $10^9$/L, and marked thrombocytopenia is uncommon



**Fig. 2.06** Chronic myeloid leukaemia (CML), chronic phase. **A** Bone marrow core biopsy shows hypercellularity and notable granulocytic hyperplasia with left shift and increased eosinophils. **B** Megakaryocytic hyperplasia is seen. The megakaryocytes are characteristically smaller than normal megakaryocytes (dwarf megakaryocytes) and may be relatively few in number. **C** Other cases show markedly increased dwarf megakaryocytes.



**Fig. 2.07** Chronic myeloid leukaemia (CML), blast phase. Bone marrow biopsy shows sheets of blasts.

in CP {699}. Atypical presentations include marked thrombocytosis without leukocytosis that mimics essential thrombocythaemia or other types of myeloproliferative neoplasms {199,149}.

The bone marrow is hypercellular, with marked granulocytic proliferation at all stages of differentiation. Dysplastic changes should be absent. Erythroid precursors are typically decreased. Megakaryocytes are increased in number in more than half of the cases, typically with altered morphology that includes small size and hyposegmented nuclei (referred to as dwarf megakaryocytes) {1715}. Eosinophils and basophils are usually increased in number, and pseudo-Gaucher cells are common. These features are mirrored in trephine biopsy sections, in which a layer of immature granulocytes (5–10 cells in thickness) is common around bone trabeculae, in contrast to the normal thickness of 2–3 cells.

Reticulin fibrosis of the bone marrow may be seen in as many as 30% of cases at diagnosis, often in proportion to the number of megakaryocytes {186}. This finding does not correlate with response to imatinib {827}.

### Blast phase

The criteria defining BP are listed in Box 2.01. Peripheral blood and bone marrow evaluation typically reveals increased blasts. In bone marrow biopsy specimens, sheets of blasts that occupy focal but substantial areas of the bone marrow (e.g. an entire intertrabecular space or more) can be considered presumptive evidence of BP even if the rest of the marrow shows CP.

Extramedullary BP may be an initial manifestation of transformation. Extramedullary blast proliferations are most common in the skin, lymph nodes, bone, and CNS, but they can occur anywhere; they may be of myeloid, lymphoid, or mixed-lineage immunophenotype {260,771}.

In most cases, BP is myeloblastic in nature and consists of blasts that have myeloid morphology and express a myeloid immunophenotype. In such cases, blasts should constitute at least 20% of cells on differential counts in peripheral blood and/or bone marrow.

In a minority of cases, BP is lymphoblastic in nature and consists of blasts that express a precursor B immunophenotype (see below). The detection of bona fide lymphoblasts in the peripheral blood or bone marrow (even if < 10%) is generally considered consistent with the diagnosis of BP {410,1797,1786}.

In myeloid BP, blasts have strong, weak, or no myeloperoxidase activity but express one or more antigens associated with granulocytic, monocytic, megakaryocytic, and/or erythroid differentiation, such as CD33, CD13, CD14, CD11b, CD11c, KIT (CD117), CD15, CD41, CD61, and glycophorins A and C. However, in many myeloid BP cases, the blasts also express one or more lymphoid-related antigens {849,1403,1459}. A recent study showed a higher frequency of unusual blast types and immunophenotypes (e.g. basophil blasts or megakaryoblasts) after the introduction of TKI therapy, although this may be due in part to improved immunophenotyping technology {1542}.

Most lymphoblastic BP blasts are of precursor-B origin and express TdT in addition to B cell–related antigens (e.g. CD19, CD10, CD79a, PAX5, and CD20), but a minority of lymphoblastic BP blasts are of T-cell origin and express T cell–related antigens (e.g. CD3, CD2, CD5, CD4, CD8, and CD7). Expression of one or more myeloid-related antigens by the blasts is common in both B- and T-cell–derived blast transformations. Bilineage cases (i.e. with distinct populations of myeloid and lymphoid blasts) also occur {260,1459}, and sequential lymphoblastic BP and myeloblastic BP have been reported {202}.

**Box 2.01** Diagnostic criteria for chronic myeloid leukaemia blast phase

- Detection of ≥ 20% myeloid blasts in peripheral blood or bone marrow, *or*
- Presence of an extramedullary blast proliferation, *or*
- Detection of lymphoblasts in peripheral blood or bone marrow (even if < 10%)



**Fig. 2.08** Chronic myeloid leukaemia (CML), blast phase. **A** A paraspinal mass shows myeloid sarcoma. The blasts are positive for CD34 (**B**) and for KIT (CD117) (**C**).



### Cytology

See *Histopathology*, above.

## Diagnostic molecular pathology

### Molecular diagnostics

*BCR::ABL1* exists in several different isoforms depending on the precise position of the t(9;22)(q34;q11.2) genomic breakpoints. The two most common isoforms are known as e13a2 and e14a2, i.e. *BCR* exon 13 and *BCR* exon 14, respectively, spliced to *ABL1* exon 2. Historically, these two fusions were referred to as b2a2 and b3a2, with b2 (*BCR* exon 13) and b3 (*BCR* exon 14) corresponding to the second and third exons within the classically defined 5.8 kb major breakpoint cluster region within *BCR*.

Collectively, e13a2 and e14a2 *BCR::ABL1* account for 98% of CML cases, with the majority of these expressing e14a2. About 10% of cases express both isoforms {57}. A large international survey of CML cases found small but significant differences in the relative prevalence of the two fusions according to age and sex, with e13a2 being more frequent in male patients and less common in the elderly {57}. Several studies have shown that patients carrying e13a2 *BCR::ABL1* have inferior molecular responses at various time points after starting imatinib therapy than those carrying e14a2, but the underlying reason for this remains unclear; only one study to date has shown any impact on overall survival {1003,630,777,221,1338}, and it is possible that difference in the levels of the two transcripts is an artefact of the RT-PCR technology {377}.

The remaining 2% of patients carry atypical *BCR::ABL1* transcripts that arise from *BCR* breakpoints outside the major breakpoint cluster region or downstream of *ABL1* exon 2. The most common are e1a2, e19a2, e13a3, and e14a3, i.e. mRNA fusions of *BCR* exons 1 or 19 to *ABL1* exon 2, or of *BCR* exons 13 or 14 to *ABL1* exon 3. Several less common recurrent fusions have also been described (e.g. e6a2 {696}), as well as patient-specific variants with unique fusion exons and/or incorporation of exons from other genes as a result of complex genomic rearrangements {722}. Case reports have associated atypical *BCR::ABL1* fusions with an unusually aggressive or benign clinical course, but these are probably subject to substantial ascertainment or publication bias, and in general atypical variants are not considered to be markers of prognosis. An exception appears to be the e1a2 transcript, which encodes p190 *BCR::ABL1*, the predominant isoform in Ph chromosome–positive acute lymphoblastic leukaemia that is also seen in 1% of CML cases. Recent data on CML with p190 have indicated a relatively poor response to imatinib, possibly associated with frequent mutations in epigenetic modifier genes {1780,560,12}.



**Fig. 2.09** Chronic myeloid leukaemia (CML), chronic phase. Peripheral blood shows granulocytic left shift with a myelocyte bulge, basophilia, eosinophilia, and rare circulating blasts.

The *BCR::ABL1* transcript type in any given patient is stable over time because it is determined by the position of the t(9;22) genomic breakpoints. However, the sensitivity and specificity of qRT-PCR may occasionally cause some confusion. For example, rearrangements that give rise to e13a2 and e14a2 *BCR::ABL1* have the capability to generate e1a2 mRNA by alternative splicing. Indeed, very low levels of e1a2 transcripts can be detected in most cases of CML before treatment but are generally believed to be of no clinical significance {1765}. These cases should not be considered as p190 CML, because the level of e1a2 expression is typically 100–1000 times lower than that of the predominant isoform, and clonal evolution of p210 to p190 is at best exceedingly rare {1765}.

Detection of resistance-associated mutations in the BCR::ABL1 tyrosine kinase domain is recommended in patients showing signs of resistance to TKI therapy {312,695}. Several mutations between amino acids 217 and 514 have been identified in imatinib-resistant patients.



**Fig. 2.10** Chronic myeloid leukaemia (CML), chronic phase. **A** Bone marrow aspirate smear shows granulocytic left shift and increased basophils and eosinophils. **B** Bone marrow aspirate particle shows markedly increased dwarf megakaryocytes. **C** Pseudo-Gaucher cells may be present, as well as sea-blue histiocytes (**inset**).



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 24 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 25 of 195



**Fig. 2.11** Chronic myeloid leukaemia (CML), blast phase. Cerebrospinal fluid shows numerous myeloblasts (Giemsa).

### *Cytogenetic analysis and FISH*

A bone marrow aspirate is preferred for cytogenetic analysis at presentation and can be performed on the same sample taken for morphological analysis to diagnose disease phase. Cytogenetic evaluation identifies t(9;22)(q34,q11.2) and the Ph chromosome in nearly 85–90% of cases. A variant translocation is detected in 5–10% of cases. Rare cases of CML (~1%) may lack visible chromosomal alterations involving chromosome 9 or 22 on conventional karyotyping. A diagnosis of CML in such cases necessitates the use of FISH and/or molecular diagnostics.

Additional chromosomal abnormalities (ACAs) in the CML clone that are unrelated to the t(9;22) are detected in up to 30% of CP {1157,1050,1816}. They may be acquired during the disease course and are identified at a higher frequency in BP. An extra Ph chromosome, isochromosome 17q, and gain of chromosome 8 or 19 are referred to as major route karyotypic abnormalities. Minor route ACAs may include balanced translocations or chromosomal gains/losses rarely observed in CML.

## Essential and desirable diagnostic criteria

*Essential:* peripheral blood neutrophilic leukocytosis; detection of the Ph chromosome and/or *BCR::ABL1* by cytogenetic and/or other molecular genetic techniques.

*Desirable:* bone marrow evaluation at diagnosis or at suspected progression for assessment of disease phase; evaluation for ACAs.

## Staging

Not relevant

## Prognosis and prediction

In the current era of TKI therapy, the most important prognostic indicator is response to treatment at the haematological, cytogenetic, and molecular levels. Therapeutic milestones have been developed by the European LeukemiaNet (ELN) to categorize treatment response during treatment as "optimal", "warning", or "failure" {695}. At diagnosis, the risk scores based on clinical and haematological findings (Sokal {1579} and EUTOS long-term survival [ELTS] {1337}) are also useful, with low-risk patients responding to TKIs significantly better than high-risk patients and having a lower probability of dying of CML-related causes {58}. Overall, the complete cytogenetic response rate to imatinib is 70–90%, with 5-year progression-free and overall survival rates of 80–95%. Beyond cytogenetics, follow-up is recommended using a standardized quantitative RT-PCR approach adjusted to an international scale (IS) {312}. The achievement of a stable deep molecular response, defined as a 4-log reduction in tumour load as measured by qRT-PCR adjusted to the international scale (IS) (*BCR::ABL1*$^{IS}$ ≤ 0.01%) and sustained for at least a year, is a prerequisite for trials of treatment discontinuation. Several studies have confirmed that about 50% of patients can then remain off treatment indefinitely; this is known as treatment-free remission {1025,1481,1379}. Major molecular responses (*BCR::ABL1*$^{IS}$ ≤ 0.1%) and deeper molecular responses (*BCR::ABL1*$^{IS}$ ≤ 0.01% {311}) are achieved faster and more frequently with second-generation TKIs, predicting that treatment-free remission will be achieved in more patients than was possible with imatinib. However, the progression-free survival rate is only marginally improved, and overall survival is the same irrespective of the TKI used as first-line therapy.

Recognition of disease progression (phases) is important for treatment and prognostic purposes, but the clinical and morphological boundaries between CP, AP (formerly), and BP are not always sharp, and the parameters used to define them have differed between investigators. Furthermore, gene expression studies of CP, AP, and BP suggest that progression of CP to AP and/or BP is more consistent with a two-step process, with new gene expression profiles occurring early in AP (or late in CP), before the accumulation of blasts and other features often used to define AP {1378,1084}. Abrupt onset of BP, directly from CP, has long been recognized but is more frequent in the TKI era.

Recognition of CML phases was of substantial prognostic importance in the pre-TKI era when effective treatment without allogeneic transplant was not available, but the efficacy of TKIs has blurred the lines between the phases as defined traditionally {826}. For example, studies show that some newly diagnosed patients who initially present in AP may have similar outcomes when treated with TKIs as patients with newly diagnosed CP {1228,1397}. A recent population-based study from the Kingdom of the Netherlands showed that patients with blast counts of 10–15%, defined as AP by previous WHO criteria, have an outcome equivalent to those with lower blast counts at diagnosis {529}. In clinical practice, newly presenting patients satisfying the previous definition of AP are treated just as patients in CP, with treatment modifications made on the basis of response or lack thereof. BP continues to have a very poor outcome, even with TKI therapy {668}.

In this edition, AP at diagnosis or during treatment has been omitted, with only CP and BP now recognized as CML phases. Instead, this new paradigm emphasizes high-risk features associated with CP progression and resistance to TKIs. When such features are detected, the qualifier "chronic phase with high-risk features" should be used, and the additional clarification "(formerly accelerated phase)" is permissible and may be considered in accordance with local practice. High-risk features include 10–19% blasts in bone marrow or peripheral blood, ≥ 20% basophils in the peripheral blood, and/or an additional major route ACA (see Box 2.02). Some of these features are incorporated into risk scores such as Sokal and ELTS, but others are not. For instance, the poor prognostic impact of ACAs emerging on treatment is well recognized, but the role of individual ACAs at diagnosis (as discussed above) is less clear, as reflected by their variable inclusion in previous definitions of AP. Emerging data suggest that the presence of mutations other than *BCR::ABL1* might also carry prognostic impact {168,1220, 864}. If and when validated, new genetic information can be incorporated into this simplified framework of CML phases and used to support management decisions.

In BP, the increase in blasts not only indicates a loss of response to therapy but also signifies that the disease has acquired characteristics of acute leukaemia. Some investigators and the majority of clinical trials of TKIs have used a threshold of ≥ 30% blasts in the peripheral blood and/or bone marrow to define BP. Data from the EUTOS registry showed that patients with blast percentages of 20–29% at diagnosis had an inferior survival, more similar to those with > 30% blasts than to those with < 20% blasts {939}.




**Fig. 2.12** Chronic myeloid leukaemia with t(9;22)(q34;q11.2). **A** The translocation results from the breakage and rejoining of bands 9q34 and 22q11.2. G-banded normal chromosomes 9 and 22 are shown on the outside of each pair of homologues, and the points of rearrangement on the derivative chromosomes 9 and 22 from the translocation are indicated by arrows. **B** Dual-colour dual-fusion FISH with probes for *ABL1* (9q34) and *BCR* (22q11.2). Representative interphase nucleus with abnormal *BCR::ABL1* dual-fusion signal pattern (arrow): one red normal *ABL1*, one green normal *BCR*, and two *BCR::ABL1* fusion signals indicating the 9;22 translocation. A normal nucleus is also present (two red signals for normal *ABL1* and two green signals for normal *BCR*). Images of individual nuclei were merged from the same case. **C** Dual-colour dual-fusion FISH with probes for *ABL1* (9q34) and *BCR* (22q11.2). Representative interphase nuclei with abnormal *BCR::ABL1* triple-fusion signal pattern (arrows): one red normal *ABL1*, one green normal *BCR*, and three *BCR::ABL1* fusion signals indicating the 9;22 translocation and gain of an additional Philadelphia chromosome during disease progression. A normal nucleus is also present (two red signals for normal *ABL1* and two green signals for normal *BCR*). Images of individual nuclei were merged from the same case.

**Box 2.02** Features in chronic-phase chronic myeloid leukaemia associated with an increased risk of disease progression

**At diagnosis or emerging on treatment:**
- ≥ 10% blasts in peripheral blood and/or bone marrow
- ≥ 20% basophils in peripheral blood
- Additional chromosomal abnormalities in Ph+ cells[a]

**At diagnosis:**

| | | | |
|---|---|---|---|
| • ELTS score: {1337} | | 0.0025 × (age/10)$^3$ | Low risk: < 1.5680 |
| | + | 0.0615 × spleen size | Intermediate risk: 1.5680–2.2185 |
| | + | 0.1052 × peripheral blood blasts | |
| | + | 0.4104 × (platelet count / 1000)$^{-0.5}$ | High risk: > 2.2185 |

**Emerging on treatment:**
- Resistance to TKIs as defined by the European LeukemiaNet (ELN) in 2020 {695}, including loss of prior responses
- Emergence of additional chromosomal abnormalities[a]
- *BCR::ABL1* kinase domain mutations

ELTS, EUTOS long-term survival; Ph, Philadelphia chromosome; TKI, tyrosine kinase inhibitor.
[a]Include the following: 3q26.2 rearrangements, monosomy 7, trisomy 8, 11q23 rearrangements, isochromosome 17q, trisomy 19, trisomy 21, additional Ph chromosome, and/or complex karyotype defined as two or more additional chromosomal abnormalities. Evidence of an association between an additional Ph chromosome and disease progression is less clear.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 26 of 195



# Chronic neutrophilic leukaemia

Patel K
Mesa R
Tyner JW

## Definition
Chronic neutrophilic leukaemia (CNL) is a myeloproliferative neoplasm characterized by sustained isolated peripheral blood neutrophilia and the presence of activating *CSF3R* mutations in most cases, without morphological dysplasia or detectable *BCR::ABL1*.

## ICD-O coding
9963/3 Chronic neutrophilic leukaemia

## ICD-11 coding
2A20.1 Chronic neutrophilic leukaemia

## Related terminology
None

## Subtype(s)
None

## Localization
The peripheral blood and bone marrow are always involved, and the spleen and liver usually show leukaemic infiltrates.

## Clinical features
Patients have sustained, mature peripheral blood neutrophilia, which may be identified incidentally. Monocytosis, eosinophilia or basophilia are notably absent. Most patients have mild anaemia at presentation {416}. Presenting symptoms may include fatigue, severe infection, easy bruising or bleeding from mucosal surfaces, gout, or pruritis {1723,416}. Hepatomegaly and/or splenomegaly, occasionally symptomatic, may be present {1647}.



**Fig. 2.13** Chronic neutrophilic leukaemia. The bone marrow is hypercellular, with an absolute increase in mature granulocytes and an increased myeloid-to-erythroid ratio.

## Epidemiology
The disease is rare. A review of public datasets showed an overall incidence of 0.1 cases per 1 million person-years in the USA {1445}. CNL generally affects older adults, but cases have been reported in adolescents and young adults {660,1897,1929}. In one study, the median age at presentation was 66 years and the M:F ratio was 1.6:1 {68}.

## Etiology
Some cases have arisen after cytotoxic chemotherapy {416}, and there have been reports of familial/germline predisposition {881,93,1598,392}. The majority of cases harbour genetic features consistent with clonal haematopoiesis.




**Fig. 2.14** Chronic neutrophilic leukaemia. **A** A peripheral blood smear with characteristic neutrophilic leukocytosis. **B** Variable degrees of toxic granulation can be observed.



## Pathogenesis
In the majority of cases, the primary pathogenic event is an activating mutation involving *CSF3R*, either *CSF3R* p.T618I or other activating *CSF3R* mutations {1072}. However, most cases have at least four pathogenic point mutations, suggesting that this disease arises from the sequential acquisition of mutational events within a bone marrow haematopoietic stem cell. This probably begins with a state of clonal haematopoiesis and progresses to a state of extreme skewing of haematopoietic differentiation towards the neutrophilic lineage. In a minority of cases of CNL or an apparently similar condition, the neutrophilia was associated with an underlying neoplasm, most often multiple myeloma or monoclonal gammopathy of undetermined significance. The majority of such cases constitute a neutrophilic leukaemoid reaction resulting from the synthesis of G-CSF by neoplastic plasma cells; however, in rare reported cases, patients appear to have had both a plasma cell neoplasm and true CNL {137, 1192,1611}.

## Macroscopic appearance
Not relevant

## Histopathology
The peripheral blood shows neutrophilia. The neutrophils are usually segmented, but there may also be an increase in band forms. Neutrophil precursors (promyelocytes, myelocytes, and metamyelocytes) usually account for < 5% of the white blood cells (WBCs), although they can account for up to 10%. Myeloblasts are almost never observed in the blood. There are no diagnostic cytomorphological features. The neutrophils often show toxic granulation and Döhle bodies, but they may also appear normal. It should be noted that toxic granulation and Döhle bodies are more often present in plasma cell–associated leukaemoid reactions than in CNL {68}. Neutrophil dysplasia should be absent. Red blood cell and platelet morphology is usually normal.

The bone marrow is uniformly hypercellular, with notable neutrophilic proliferation and an increased myeloid-to-erythroid ratio that may exceed 20:1. Myelocytes and mature neutrophils are increased in number and percentage, but precursor forms are not increased in percentage. Megakaryocytes may be cytologically normal or there may be increased smaller forms. Significant dysplasia is not present in any of the cell lineages. If sufficient dysplastic changes are present, another diagnosis, such as myelodysplastic/myeloproliferative neoplasm with neutrophilia (MDS/MPN-N), should be considered. Reticulin fibrosis is uncommon.

Splenomegaly and hepatomegaly result from tissue infiltration by neutrophils. In the spleen, the infiltrate is mainly confined to the red pulp; in the liver, infiltration may affect the sinusoids, portal areas, or both {1897,1929}.

No significant immunophenotypic abnormalities are detected by immunohistochemistry or flow cytometry.

## Differential diagnosis
Neutrophilic leukocytosis can be observed in a variety of clinical conditions. The diagnosis of CNL requires careful exclusion of underlying causes of reactive neutrophilia and other neoplastic myeloid disorders such as myeloproliferative neoplasm (MPN) and MDS/MPN, particularly MDS/MPN-N {1647}.



**Fig. 2.15** Chronic neutrophilic leukaemia. Bone marrow aspirate smear with neutrophilic proliferation primarily consisting of myelocyte and segmented forms that show toxic granulation but no significant morphological abnormalities.

Given the frequency of neutrophilic leukaemoid reaction in association with plasma cell disorders, the bone marrow should be examined for evidence of a plasma cell neoplasm. If plasma cell abnormalities are present, clonality of the neutrophil lineage should be demonstrated by cytogenetic or molecular techniques before a diagnosis of CNL is made.

## Cytology
See *Histopathology*, above

## Diagnostic molecular pathology
The identification of *CSF3R* mutation as a disease-associated genomic abnormality has aided the assessment of these cases {1647}. A median of four variants of known significance are observed {1915,326}. Mutations associated with clonal haematopoiesis are common. Nearly all cases exhibit mutation in *ASXL1* (70–80%), *TET2* (10–20%), and/or *DNMT3A* (5–20%). Other genes frequently mutated impact proliferative signalling (e.g. *CBL*, *JAK2*, *NRAS*, *PTPN11*), splicing machinery (e.g. *SRSF2*, *U2AF1*, *U2AF2*, *SF3B1*, *ZRSR2*), transcription factors (*CUX1*, *GATA2*, *RUNX1*), enzymes (*ETNK1*), epigenetic regulators (*SETBP1*, *EZH2*), and chromosomal separation regulators (*STAG2*) {566,315,417,936,1072,1279,1098,1915,326}.

The overall mutation profile of CNL is similar to that of chronic myelomonocytic leukaemia, MDS/MPN-N, and MDS/MPN-NOS, with the exception of *CSF3R* mutations, which are more common in CNL (> 60% in CNL vs < 20% in MDS/MPN-N). Hence, although the above mutations may be helpful for confirming a clonal neoplasm, morphological criteria are important for distinguishing these diagnoses. Complete cytogenetic remission with imatinib was reported in a patient with CNL and t(15;19)(q13;p13.3), suggesting the possibility of unidentified fusion genes in some cases {272}, which may rarely involve *CSF3R* {1538}.

Cytogenetic studies are normal in nearly 90% of cases. In the remaining cases, reported clonal karyotypic abnormalities are variable and show no specific recurrent alterations {415}. Clonal cytogenetic abnormalities may appear during the course of the disease.

**Box 2.03** Diagnostic criteria for chronic neutrophilic leukaemia

- Peripheral blood WBC count ≥ 25 × $10^9$/L; segmented neutrophils plus banded neutrophils constitute ≥ 80% of the WBCs; neutrophil precursors (promyelocytes, myelocytes, and metamyelocytes) constitute < 10% of the WBCs; myeloblasts are rarely observed; monocytes constitute < 10% of the peripheral blood leukocytes; absolute monocytosis not meeting criteria for chronic myelomonocytic leukaemia; no dysgranulopoiesis
- Hypercellular bone marrow; neutrophil granulocytes increased in percentage and number; neutrophil maturation appears normal; myeloblasts constitute < 5% of the nucleated cells
- Not meeting diagnostic criteria for chronic myeloid leukaemia (CML), polycythaemia vera, essential thrombocythaemia, or primary myelofibrosis, and exclusion of reactive neutrophilia
- No evidence of disease-defining gene rearrangements such as in *PDGFRA*, *PDGFRB*, or *FGFR1*, and no *PCM1::JAK2* fusion
- Presence of *CSF3R* p.T618I or another activating *CSF3R* mutation **OR** persistent neutrophilia (≥ 3 months), splenomegaly, and no identifiable cause of reactive neutrophilia including absence of a plasma cell neoplasm or, if a plasma cell neoplasm is present, demonstration of clonality of myeloid cells by cytogenetic or molecular studies

## Essential and desirable diagnostic criteria
See Box 2.03.

## Staging
Not relevant

## Prognosis and prediction
CNL has a variable prognosis; the disease can range from latent to aggressive, with variable survival times (from 6 months to > 20 years). Neutrophilia is usually progressive; anaemia and thrombocytopenia may follow, and when they occur, survival is likely to worsen correspondingly. The development of myelodysplastic features may signal progression and risk of transformation to acute myeloid leukaemia. *ASXL1* mutation is associated with a worse prognosis in CNL {416}.





# Chronic eosinophilic leukaemia

Cross NCP
Haferlach C
Padron E
Wang W

## Definition
Chronic eosinophilic leukaemia (CEL) is a myeloproliferative neoplasm (MPN) characterized by an autonomous, clonal proliferation of eosinophil precursors, resulting in persistent eosinophilia in the blood and bone marrow.

## ICD-O coding
9964/3 Chronic eosinophilic leukaemia

## ICD-11 coding
2A20.3 Chronic eosinophilic leukaemia

## Related terminology
*Acceptable:* chronic eosinophilic leukaemia NOS.

## Subtype(s)
None

## Localization
CEL is a systemic multiorgan disorder. The peripheral blood and bone marrow are always involved; splenic and hepatic involvement is common. Tissue infiltration by eosinophils and the release of cytokines and humoral factors from the eosinophil granules may lead to tissue damage in a number of organs, particularly the heart, lungs, CNS, skin, and gastrointestinal tract {672,1148}.

## Clinical features
Eosinophilia is sometimes detected incidentally in patients who are otherwise asymptomatic. In other cases, patients experience constitutional symptoms such as weight loss, night sweats, and fever, as well as a variety of other symptoms including fatigue, cough, angio-oedema, muscle pain, pruritus, and diarrhoea. The most serious clinical findings relate to endomyocarditis, which results in endomyocardial fibrosis and ensuing restrictive cardiomyopathy. Scarring of the mitral and tricuspid valves leads to valvular regurgitation and the formation of intracardiac thrombi, which can embolize to the brain or elsewhere. Cardiac failure can occur. Peripheral neuropathy, CNS dysfunction, and pulmonary symptoms due to lung infiltration may also ensue.

Hypereosinophilia (HE) is defined as peripheral blood eosinophilia > 1.5 × $10^9$/L on at least two occasions over an interval of at least 4 weeks, but it is recognized that some cases with life-threatening organ damage may require urgent therapy without waiting for confirmation of sustained eosinophilia {1758,1406}.

## Epidemiology
Because of the rarity of CEL and the difficulty in distinguishing it from non-clonal HE, the true incidence is unknown. CEL is more common in men, with a median age of presentation in the seventh decade of life {1811,672,1148}. In one study, only 1.2% of cases with peripheral blood eosinophilia fulfilled the criteria for CEL {1148}.




**Fig. 2.16** Chronic eosinophilic leukaemia. Diagnostic workflow for patients presenting with hypereosinophilia. ¹Some cases with myeloid/lymphoid neoplasm with tyrosine kinase fusion may present as T-cell lymphoma.

## Etiology
No known risk factors or genetic predisposition

## Pathogenesis
For most cases, the specific driver of HE is unclear {1351, 1148}. Some cases have oncogenic mutations in genes encoding signal transduction components, but these are frequently seen in cases without pronounced eosinophilia; for example, *JAK2* p.V617F and *KIT* p.D816V are seen in 3–4% of cases with HE {1506} but are much more common in MPNs and systemic mastocytosis, respectively. *JAK2* exon 13 indels have been shown to activate the β cytokine receptor common chain in the absence of ligand, with the maximum effect observed for IL-5R, consistent with a clinical phenotype of eosinophilia with or without polycythaemia vera {1300}.

## Macroscopic appearance
Not relevant

## Histopathology
### *Peripheral blood*
The peripheral blood smear shows HE (eosinophils > 1.5 × $10^9$/L) and usually leukocytosis, although the latter is not required to diagnose CEL. Eosinophils are mostly mature but usually show a range of abnormal morphological features including abnormal granulation (hypogranulation or uneven granulation), cytoplasmic vacuoles, abnormal nuclear lobation (non-lobated or multilobated), or increased size. Of note, isolated cytological abnormalities of eosinophils are not specific to CEL or related neoplastic conditions and can also be seen in reactive conditions. However, the absence of eosinophil dysplasia generally



**Fig. 2.17** Chronic eosinophilic leukaemia. The bone marrow core biopsy shows dysplastic megakaryocytes and increased eosinophils.

favours reactive eosinophilia {1811}. Normocytic or macrocytic anaemia is present in the majority of patients and thrombocytopenia is present in nearly half of patients {672,1811,844}. Rare cases show increased platelets on peripheral blood smears. Some cases show mild monocytosis but do not meet all the criteria for chronic myelomonocytic leukaemia.

### *Bone marrow*

Bone marrow smears show an elevated myeloid-to-erythroid ratio with increased eosinophils. Morphological abnormalities in lineages beyond eosinophils are present {1809,1148,844}, with hypercellularity and megakaryocytic dysplasia being the most common findings. Megakaryocytes predominantly show changes associated with myelodysplastic neoplasia, such as a small size with hypolobated/non-lobated nuclei or separated nuclear lobes. Granulocytic dysplasia (hypogranular, hypolobated), erythroid dysplasia (including ring sideroblasts), and significant marrow fibrosis (≥ MF-2) are also present in some cases. Charcot–Leyden crystals may be present, and eosinophils show morphological abnormalities similar to those described in the blood. The bone marrow core biopsy shows a hypercellular marrow with eosinophilic infiltrates invariably present. CEL should not be diagnosed if criteria for another specific myeloid neoplasm are fulfilled; for example, cases that fulfil the criteria for chronic myelomonocytic leukaemia would be classified as chronic myelomonocytic leukaemia with eosinophilia, and cases with ≥ 20% myeloblasts in the blood or bone marrow should be considered as acute myeloid leukaemia (AML) with eosinophilia.

Recent studies have demonstrated that most CEL cases have abnormal marrow morphology, and such a finding is a strong indicator of clonality {1809,1148}. This is the basis for adding abnormal bone marrow morphology as a requirement for a diagnosis of CEL. Notwithstanding, in rare cases where evidence of clonality in a patient with HE is detected without definitive morphological abnormalities, a diagnosis of CEL may still be rendered if differential diagnostic considerations are excluded (see below).

Additionally, in the previous edition, criteria allowed for an excess of blasts (≥ 2% in peripheral blood or 5–19% in bone marrow) as an alternative to clonality; however, subsequent studies have found that only a very small proportion of cases were diagnosed with CEL on this basis. Given the advances in genomics and the new requirement for abnormal bone marrow morphology, an excess of blasts as a criterion for CEL is no longer required. This definition recognizes the fact that CEL is a poor-prognosis disorder and thus an indication for allogeneic stem cell transplantation {1406}.

### *Differential diagnosis*

A diagnosis of CEL requires the integration of morphology, genetics, clinical features, and other laboratory parameters. The distinction between neoplastic HE (which includes CEL and other myeloid/lymphoid neoplasms), reactive HE, and other forms of HE for which the underlying pathogenesis is unknown may be challenging, and the working diagnosis may change as new information emerges {1758,1406,729}. Cases that do not fulfil the criteria for neoplastic HE or reactive HE are diagnosed as hypereosinophilic syndrome (HES) if organ damage is present and HE of uncertain significance in the absence of organ damage. Patients with HES and HE of uncertain significance should be regularly monitored, because evidence may subsequently emerge that the condition is leukaemic in nature and treatment may be necessary; this may be particularly important for cases with suggestive evidence for clonality or abnormal bone marrow morphology. Identification of the presence, pattern, degree, and extent of eosinophil-mediated tissue damage may be challenging, and although it is not required for a diagnosis of CEL, it is very important for case management {671}.

Exclusion of secondary causes should consider parasitic infections, drug reactions, allergic disorders, gastrointestinal disease, non-haematological malignancies, and other conditions {196,729}. Flow cytometric analysis to demonstrate abnormal T-cell populations (often sCD3–/CD4+) may identify lymphocytic variant HES, in which cytokine release from a clonal circulating T-cell population with a T helper 2 (Th2) profile results in secondary non-clonal eosinophilia {1564,731,213}. Conversely, the demonstration of immunophenotypic aberrancy in the blast population favours the diagnosis of neoplastic HE. Patients with clonal/neoplastic HE frequently present with constitutional symptoms such as fever, weight loss, and night sweats, whereas symptoms related to eosinophilic activation such as allergy, urticaria, oedema, asthma, and eosinophil-mediated organ injury are less frequently seen. Patients with CEL are older than those with HES and have higher leukocyte and eosinophil counts and a higher eosinophil percentage {729,1148}.

Eosinophilia at HE levels may be present in other myeloid neoplasms. Some cases with a very high eosinophil percentage and clinical manifestations of eosinophilic infiltration may be more appropriately considered as CEL even if the criteria for another myeloid neoplasm are technically fulfilled; however, the possibility of coexisting disorders should also be considered. Nonetheless, cytogenetic and molecular studies should be used to exclude chronic myeloid leukaemia (CML), AML with *CBFB::MYH11*, and myeloid/lymphoid neoplasms with eosinophilia and tyrosine kinase gene fusions (MLN-TK). Tests for MLN-TK should not be limited to *FIP1L1::PDGFRA* but should cover other *PDGFRA* fusions, *ETV6::ABL1*, and fusions involving *PDGFRB*, *FGFR1*, *JAK2*, or *FLT3*. Eosinophilia may also be secondary to T-cell lymphoma, classic Hodgkin lymphoma, and B-lymphoblastic leukaemia with IGH::*IL3*. The finding of *KIT* p.D816V or *JAK2* variants should prompt consideration of the



**Fig. 2.18** Chronic eosinophilic leukaemia. **A** The peripheral blood smear shows eosinophilia with mostly mature forms. Cytoplasmic vacuoles are present, as well as unevenly distributed cytoplasmic granules with clear areas. **B** The bone marrow smear shows increased eosinophils with many immature forms.

possibility of mastocytosis or MPN, respectively {1506}. Markedly elevated serum tryptase levels also point to the possibility of mastocytosis.

Demonstration of clonality by cytogenetic or molecular studies is required but is not sufficient for a diagnosis of CEL. A major caveat is that CEL tends to occur in elderly patients who may have clonal haematopoiesis of indeterminate potential rather than a myeloid neoplasm. In general, mutations with a variant allele frequency (VAF) of < 2% should not be used to support clonality in the context of a diagnosis of CEL. Abnormalities in *DNMT3A*, *TET2*, and *ASXL1* should be considered with caution, and age-related loss of the Y chromosome as the sole cytogenetic abnormality should not be considered as clear evidence of clonality in the absence of supporting mutation data. Mutations in other genes associated with myeloid neoplasms tend to be more specific indicators of a neoplastic process, particularly those with a higher VAF (e.g. > 10%) and in combination with other mutations {1811,1351,844}, but there is no definitive boundary that distinguishes between clonal haematopoiesis of indeterminate potential and myeloid neoplasia. For a diagnosis of CEL this uncertainty is mitigated by the additional requirement of abnormal marrow morphology consistent with a myeloid neoplasm.

### Cytology

See *Histopathology*, above.

### Diagnostic molecular pathology

A combination of approaches is required, to exclude other haematological neoplasms associated with fusion genes and other defined abnormalities and to provide evidence for clonality. Standard approaches include chromosome banding, FISH, RT-PCR, and gene panels, but broad genomic screening by RNA sequencing or whole-genome sequencing are expected to become more mainstream approaches. Although the direct demonstration of clonal eosinophils is not feasible on a routine basis, clonality may be inferred by the finding of somatic mutations in myeloid neoplasia–associated genes, or by the finding of a clonal cytogenetic abnormality associated with myeloid neoplasia. Molecular analysis should include *KIT* p.D816V, *JAK2* p.V617F, *JAK2* exon 13 indels, and *STAT5B* p.N642H, each of which are seen in 1–4% of cases with HE {1506,1351,313,1300}. Other evidence for clonality may be provided by somatic variants in other genes, including but not limited to *DNMT3A*, *ASXL1*, *TET2*, *EZH2*, *SRSF2*, *SETBP1*, and *CBL* {1811,1351,1148}; however, consideration needs to be given to the pathogenicity of any variant, as well as the possibility of clonal haematopoiesis of indeterminate potential, especially in elderly patients. In many cases, genetic analysis will suggest or demonstrate an alternative diagnosis to CEL.

### Essential and desirable diagnostic criteria

*Essential:* HE, defined as peripheral blood eosinophilia > 1.5 × $10^9$/L on at least two occasions over an interval of at least 4 weeks; evidence of clonality; abnormal bone marrow morphology; not meeting diagnostic criteria for other myeloid or lymphoid neoplasms.

### Staging

Not applicable

### Prognosis and prediction

The prognosis of CEL is generally poor. The median survival time is about 2 years, with death occurring from infection, bleeding, or disease-related organ failure. Transformation to AML may occur {672,1809,729,1148}. Individuals with *STAT5B* p.N642H as the sole abnormality or in combination with *SF3B1* seem to have a markedly longer overall survival (median: 65 months) than those with *STAT5B* p.N642H combined with other additional somatic mutations (median survival time: 14 months) {313}. A population-based study has suggested that overall survival may not be as poor as that suggested from small case series {1444}; however, such studies suffer from a lack of clear diagnostic criteria, which makes them difficult to interpret.

Response to imatinib is uncommon but has been reported {672}. One study noted that HE in association with *KIT* p.M541L responded to imatinib {764}; however, this variant is a recognized polymorphism, and the robustness of the association has been disputed {694}. Similarly, point mutations in *PDGFRA* have been identified in cases of unexplained HE, some of which were sensitive to imatinib in model systems {414}, but no clinical value of *PDGFRA* mutation screening has emerged. Other factors such as an abnormal karyotype, atypical megakaryocytes, thrombocytopenia, and bone marrow fibrosis have been reported as potential adverse prognostic markers {1809,1148}, but larger case series are needed to identify robust predictive markers for this very rare disorder.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 29 of 195

# Polycythaemia vera

Harrison CN
Dave SS
Giraudier S
Godley LA
Mesa R
Naresh KN
Verstovsek S

## Definition

Polycythaemia vera (PV) is a myeloproliferative neoplasm (MPN) characterized by erythrocytosis, frequently accompanied by leukocytosis and/or thrombocytosis, and typically associated with activating *JAK2* mutations.

## ICD-O coding

9950/3 Polycythaemia vera

## ICD-11 coding

2A20.4 Polycythaemia vera

## Related terminology

*Not recommended:* polycythaemia rubra vera; primary polycythaemia.

## Subtype(s)

None

## Localization

Blood and bone marrow

## Clinical features

The presentation of PV can be quite variable and can include asymptomatic erythrocytosis (or leukocytosis or thrombocytosis) discovered at the time of routine laboratory testing (e.g. annual health examination or preoperative testing), at the time of evaluation of PV-related symptoms, or at the time of evaluation of an unexpected vascular event (e.g. thrombosis or bleeding). PV is classically characterized by an increase in erythrocytes not explainable by a secondary physiological driver such as chronic hypoxia from cardiorespiratory diseases. Laboratory studies at presentation of PV usually demonstrate clear erythrocytosis, but at times erythrocytosis may be masked by an underlying iron deficiency if present. Leukocytosis (usually neutrophilia) and/or thrombocytosis are variably present at baseline in PV.

In nearly 20% of cases of PV, presentation is at the time of an unexpected venous event (e.g. deep vein thrombosis, pulmonary embolus, or sagittal vein thrombosis) or arterial event (e.g. myocardial infarction, cerebrovascular event). Moreover, patients who experience vascular events in the portal circulation, especially mesenteric, portal, and splenic vein thrombosis, are likely to be diagnosed with either PV or a related MPN driven by *JAK2* p.V617F. Patients with such presentations of PV can have normal blood counts, with more overt erythrocytosis and other haematological findings sometimes occurring subsequently.

Patients with PV are usually symptomatic, with the most common symptoms including fatigue, pruritus (frequently aquagenic and worsened by bathing), and night sweats, as well as a range of symptoms driven by high red blood cell mass, such



**Fig. 2.19** Polycythaemia vera, Budd–Chiari. Portal phase CT examination of a patient with chronic Budd–Chiari syndrome. There is a thrombus within the inferior vena cava (arrow) and peripheral hypoenhancement of the liver. The central liver is hypertrophied and enhances normally. There is splenomegaly, and ascites.



**Fig. 2.20** Polycythaemia vera. Appearance of a patient presenting with polycythaemia vera.

as headaches (including migraines), difficulties with concentration, and less commonly bone pain or splenomegaly-related symptoms.

Physical manifestations of PV are not universal but can include plethora (especially pre-phlebotomy), occasionally splenomegaly, and rarely hepatomegaly.

There has been active discussion regarding the optimal numerical values to be used for the formal diagnosis of PV and which assessment of erythrocytosis (elevated haemoglobin, haematocrit, or red cell mass) should be used to define the diagnostic hallmark of PV. Additionally, a "masked PV" label has been proposed for patients with *JAK2* mutation and suspicion





of PV but who lack sufficient erythrocytosis. However, we prefer to avoid this term by assigning a diagnosis of MPN-NOS and reviewing the patient closely. Clinical studies that facilitate the diagnosis of PV include the detection of *JAK2* p.V617F or functionally similar mutation (e.g *JAK2* exon 12) and subnormal serum erythropoietin levels.

## Epidemiology

According to data from the Surveillance, Epidemiology, and End Results (SEER) Program, the overall incidence rate is 1.57 cases (95% CI: 1.55–1 60) per 100 000 person-years {1784}.

## Etiology

Unknown

## Pathogenesis

Acquired somatic mutations in *JAK2*, at chromosome band 9p24.1, play a role in the pathogenesis of PV. The most common mutation, *JAK2* p.V617F, results in a ligand-independent constitutively active cytoplasmic JAK-2 protein, which activates the STAT, MAPK, and PI3K signalling pathways to promote the transformation and proliferation of haematopoietic progenitors. Valine 617 is located in the JH2 domain of JAK-2, which acts to supress its kinase activity {553}. Other mutations in exon 12 of *JAK2*, usually in-frame insertions or deletions affecting the pseudokinase domain, have been reported in almost all cases

**Box 2.04** Diagnostic criteria for polycythaemia vera

**Major criteria:**

1. Elevated haemoglobin concentration (> 16.5 g/dL in men, > 16.0 g/dL in women) or elevated haematocrit (> 49%[a] in men, > 48% in women)
2. Bone marrow biopsy showing age-adjusted hypercellularity with trilineage growth (panmyelosis), including prominent erythroid, granulocytic, and megakaryocytic proliferation with pleomorphic, mature megakaryocytes (differences in size)[b]
3. Presence of *JAK2* p.V617F or *JAK2* exon 12 mutation

**Minor criterion:**

- Subnormal serum erythropoietin level

The diagnosis of polycythaemia vera requires either all three major criteria or the first two major criteria plus the minor criterion

[a]Haematocrit for diagnosis in the presence of a *JAK2* mutation. In the absence of a *JAK2* mutation, a higher haematocrit target (e.g. 52%) could be considered in men before further investigation is required. [b]Major criterion 2 (bone marrow biopsy) may not be required in patients with sustained absolute erythrocytosis (haemoglobin concentrations of > 18.5 g/dL in men or > 16.5 g/dL in women, or haematocrit values of > 55.5% in men or > 49.5% in women) if major criterion 3 and the minor criterion are present. Note: Determination of the red cell mass with $^{51}Cr$-labelled red cells allows the differentiation between true polyglobulia and pseudopolyglobulia. This is not a method for routine clinical use.

lacking *JAK2* p.V617F; these patients have a more isolated erythrocytosis {1513}.

## Macroscopic appearance

Not relevant




**Fig. 2.21** Polycythaemia vera. **A** A core biopsy showing bone marrow involvement by polycythaemia vera, characterized by hypercellularity and notable erythroid and megakaryocytic hyperplasia. **B** At higher magnification, relative erythroid hyperplasia can be appreciated. **C** Clustering of large, pleomorphic megakaryocytes can be variable.




**Fig. 2.22** Polycythaemia vera. Postpolycythaemic myelofibrosis (MF-3). **A** Postpolycythaemic myelofibrosis showing notable stromal fibrosis in a patient with a documented history of polycythaemia vera. **B** Reticulin stain shows major reticulin fibrosis. **C** Trichrome stain highlights collagen fibrosis.

**Box 2.05** Diagnostic criteria for post–polycythaemia vera myelofibrosis

**Required criteria:**
- Documentation of a previous diagnosis of WHO-defined polycythaemia vera
- Bone marrow fibrosis of grade 2–3 on a scale of 0–3

**Additional criteria (two are required):**
- Anaemia (below the reference range, given age, sex, and altitude considerations) or sustained loss of requirement of either phlebotomy (in the absence of cytoreductive therapy) or cytoreductive treatment for erythrocytosis
- Leukoerythroblastosis
- Increasing splenomegaly, defined as either an increase in palpable splenomegaly of > 50 mm from baseline (distance from the left costal margin) or the development of a newly palpable splenomegaly
- Development of any two (or all three) of the following constitutional symptoms: > 10% weight loss in 6 months, night sweats, unexplained fever (> 37.5 °C)

**Box 2.06** Thrombotic risk assessment (risk factors) in patients with polycythaemia vera {582}

**Low risk:**
- Age < 60 years and no prior history of thrombosis {82}

**High risk:**
- Age ≥ 60 years and a prior history of thrombosis {82}
- Conclusions from the REVEAL study that was conducted in > 2500 patients with polycythaemia vera from US clinical practices {1607}
- The estimated 4-year mortality rate for patients with a mean age of ~66 years at enrolment was > 10%, and 33% of the deaths were attributed to thrombotic complications

## Histopathology

### *Peripheral blood and bone marrow findings*

At higher haematocrit levels, peripheral blood smear evaluation may show close packing and cell distortion. Red blood cells are usually normochromic and normocytic, but iron deficiency may result in hypochromic and microcytic erythrocytes. Neutrophilia with some left shift and rarely basophilia may be present. There is moderate thrombocytosis. Postpolycythaemic myelofibrosis is usually associated with leukoerythroblastic findings, including poikilocytosis and teardrop-shaped red blood cells (dacrocytes).

Bone marrow smears show a prominent erythroid proliferation with either a normal or a reduced myeloid-to-erythroid ratio. Erythroid precursors mostly show a normoblastic maturation pattern. Granulocytic cells show a normal pattern of maturation, and blasts are not increased. Megakaryocytes are increased in number and show atypical morphology, with enlarged and hypersegmented nuclei.

Histological sections usually show a hypercellular bone marrow with proliferation in all lineages (panmyelosis), often with erythroid predominance in untreated patients. Erythroid islands are usually large and prominent. Granulocytic maturation is normal. Megakaryocytic abnormalities are typical and include increased numbers, aberrant distribution, and atypical morphology. Megakaryocytes often form loose clusters and lie in proximity to the endosteal surface of bone trabeculae. Megakaryocytes vary in size and morphology and usually include forms with hypersegmented (staghorn-like) hyperchromatic nuclei. {1562}. Blast-phase PV is characterized by overt myelodysplasia and moderate to severe myelofibrosis {686}.

Reticulin and Masson trichrome stains usually show absent (MF-0) or mild (MF-1) myelofibrosis (European Consensus System) {83,1562,1712}. Reactive nodular lymphoid aggregates can be seen in some cases. Most cases show reduced iron stores {1717}.



**Fig. 2.23** Polycythaemia vera. A bone marrow aspirate smear is notable for panmyelosis with erythroid predominance.

### *Postpolycythaemic myelofibrosis*

About 20% of PV patients develop postpolycythaemic myelofibrosis (post-PV MF) over time {1688}. Bone marrow cellularity is highly variable and varies from hypercellular to hypocellular. Sinuses are dilated, and intrasinusoidal haematopoietic cells are present. Megakaryocytes tend to be a prominent component, exhibiting atypical morphology and present in tight clusters. Myelofibrosis graded as MF-2 or MF-3 is present, by definition, often in conjunction with osteosclerosis {147,1474}. Bone marrow aspirate smears are usually of limited diagnostic value.

### *Differential diagnosis*

PV must be distinguished from reactive or secondary polycythaemias on the one hand and from other MPNs (essential thrombocythaemia [ET] and prefibrotic primary myelofibrosis [pre-PMF]) on the other. Some cases in patients with PV may initially be diagnosed as MPN-NOS, often in the context of splanchnic vein thrombosis. Similarly, post-PV MF must be distinguished from primary myelofibrosis (PMF) and myelodysplastic neoplasm with fibrosis. Furthermore, accelerated- and blast-phase PV needs to be distinguished from therapy-related myeloid neoplasms.

## Cytology

See *Histopathology*, above.

## Diagnostic molecular pathology

Molecular diagnostic tests are typically aimed at detecting *JAK2* p.V617F or mutations in exon 12 of *JAK2*. The advent of next-generation sequencing has allowed the detection of such mutations in the context of broader mutation panels. Other genes commonly mutated in in PV include *TET2*, *ASXL1*, *IDH2*, and *SRSF2* {1692,1690}.

Up to 20% of patients have an abnormal karyotype at diagnosis, including isolated del(20q), trisomy 8, and trisomy 9 {1663}. Disease progression and blast phase transformation are associated with additional abnormalities and complex karyotypes.

## Essential and desirable diagnostic criteria

See Box 2.04 (p. 41) and Box 2.05.

**Box 2.07** Risk models for survival in polycythaemia vera (PV)

**Risk-stratified survival data from a large study at Mayo Clinic** that included 665 patients with PV {1648} based on a conventional risk model included age (≥ 67 years, 5 points; 57–66 years, 2 points), venous thrombosis (1 point), and leukocytosis (≥ 15 × $10^9$/L; 1 point) {1698}

Median survival time: High risk (≥ 3 points), 9.6 years; intermediate risk (1–2 points), 18 years; low risk (0 points), 28 years {1648}

**Three-tiered model: MIPSS-PV** {1690}

Hazard ratio–based risk factors:
- Age > 67 years (3 points)
- Leukocyte count ≥ 15 × $10^9$/L (2 points)
- Abnormal karyotype (1 point)
- *SRSF2* mutations (2 points)
- Median survival time: High risk (≥ 4 points), 3.2 years; intermediate risk (2–3 points), 13.1 years; low risk (0–1 points), 24 years

**Risk-stratified survival data from a large study at Mayo Clinic** that included 665 patients with PV {1648} based on a conventional risk model included age (≥ 67 years, 5 points; 57–66 years, 2 points), venous thrombosis (1 point), and leukocytosis (≥ 15 × $10^9$/L; 1 point) {1698}

Median survival time: High risk (≥ 3 points), 9.6 years; intermediate risk (1–2 points), 18 years; low risk (0 points), 28 years {1648}

**Selected risk factors (selected literature):**

**Substantiated**

Age: > 65 years {1044}, ≥ 65 years {233}, ≥ 50 years {973}

History of thrombotic events {1291,1044,340,233}

Erythrocytosis: Haematocrit ≥ 45–50% significantly increased the risk of major thrombosis (CYTO-PV study) {1045}

**Described but not universally utilized**

Leukocytosis
- WBC count > 15 × $10^9$/L {516,928}
- WBC count > 11 × $10^9$/L {81}; WBC count ≥ 11 × $10^9$/L {233}
- WBC count in the range 9.5–25.0 × $10^9$/L; systematic review and meta-analysis {211}

*JAK2* p.V617F allele burden
- *JAK2* p.V617F VAF ≥ 75% was associated with major cardiovascular events (3.56-fold higher risk) {1769}
- *JAK2* p.V617F VAF ≥ 50% increased the incidence of thrombosis by a factor of 4.632, as compared with *JAK2* p.V617F VAF < 50% {1919}

Arterial hypertension {233,973}
- Arterial hypertension increased the risk of thrombosis 2-fold, as compared with the group without hypertension in low-risk patients with PV {87}

Hyperlipidaemia {233}

Red blood cell distribution width (RDW)
- Thrombotic-free survival was shorter when RDW was < 14% at diagnosis {973}
- Thrombotic-free survival was shorter when RDW was > 15.6% {897}

Inflammation
- Higher C-reactive protein was associated with increased major thrombotic events {80}

Major haemorrhage
- Risk factor for thrombosis {233}

MIPSS-PV, Mutation-Enhanced International Prognostic Scoring System for Polycythaemia Vera; VAF, variant allele frequency; WBC, white blood cell.

## Staging

Not relevant

## Prognosis and prediction

PV is a relatively indolent disease, but it does impact negatively on survival, as compared with an age- and sex-matched population (see Box 2.06 and Box 2.07) {1648,1291}. Leukaemic transformation occurs in 2.3–14.4% of patients with PV within 10 years and in 5.5–18.7% within 15 years {1698,234}. Risk factors for leukaemic transformation include age and leukocytosis {1698,234,1044,1010,155}. Cytogenetic abnormalities associated with transformation include del(20q), +9, +8, double abnormalities, and complex karyotype {1663,1698,234,92,686}. In addition, mutations involving *SRSF2*, *IDH2*, *RUNX1*, *TP53*, *ASXL1*, *IDH1*, and *IDH2* have been correlated with leukaemic transformation {1690,686,1010,234,1520,1692}. Transformation has also been associated with the acquisition of one or more additional mutations during the chronic phase {1010}. Some have reported an association between certain cytoreductive agents and leukaemic transformation {1698}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 31 of 195

# Essential thrombocythaemia

Harrison CN
Dave SS
Giraudier S
Godley LA
Mesa R
Naresh KN

## Definition
Essential thrombocythaemia (ET) is a myeloproliferative neoplasm (MPN) characterized by sustained thrombocytosis and increased numbers of large, mature megakaryocytes in a normocellular bone marrow.

## ICD-O coding
9962/3 Essential thrombocythaemia

## ICD-11 coding
3B63.1Z & XH4ZM5 Acquired thrombocytosis, unspecified & Essential thrombocythaemia

## Related terminology
None

## Subtype(s)
None

## Localization
Blood and bone marrow

## Clinical features
ET is usually diagnosed in the chronic phase. In a small number of cases, ET progresses to the accelerated phase and blast phase, diagnosed when bone marrow / peripheral blood blasts are 10–19% and ≥ 20%, respectively {1526}.

The presentation of ET can be quite variable clinically, ranging from asymptomatic thrombocytosis observed at the time of routine laboratory testing, to ET-related symptoms (e.g. headache, erythromelalgia) or a thrombotic or haemorrhagic event. Thrombocytosis is the defining feature, especially when sustained and without obvious secondary cause (e.g. trauma, infection, reactive state, iron deficiency, or injury). Indeed, often patients have had thrombocytosis for years before it is evaluated, and a sizable minority of patients may also have leukocytosis, whereas any amount of erythrocytosis or iron deficiency (especially in the setting of the *JAK2* p.V617F mutation) should raise the question of whether the diagnosis is more accurately polycythaemia vera (PV).



**Fig. 2.24** Essential thrombocythaemia. Bone marrow trephine showing normocellular bone marrow with an increased number of large to giant atypical megakaryocytes

Presentations can be asymptomatic, and patients with ET have a lower level of MPN symptoms overall than patients with PV or primary myelofibrosis (PMF). About 50–60% of ET patients present with ET-related symptoms, including disease-related fatigue, and many have a range of microvascular symptoms, including erythromelalgia and thrombocytosis-related symptoms such as headaches and difficulties with concentration. Less commonly, there are features that are more typical of PV, such as night sweats and pruritus, or of PMF, such as mild splenomegaly and splenomegaly-related symptoms (pain, early satiety). ET-associated vascular events include both venous thrombosis (deep vein thrombosis, sagittal vein thrombosis, pulmonary embolus) and arterial thrombosis (myocardial infarction, cerebrovascular accident, etc.). Moreover, patients who experience visceral thrombotic events (portal vein thrombosis, mesenteric vein thrombosis, splenic vein thrombosis) have a high rate (up to 40%) of being diagnosed with an underlying MPN. Such patients may be diagnosed with ET, PV, or MPN-NOS, dependent on their variable presenting phenotypes meeting the diagnostic criteria of different MPNs. Bleeding events can also complicate ET, sometimes associated with acquired von Willebrand syndrome, and can manifest as bleeding from mucosal surfaces or gastrointestinal bleeding.

Although many patients may remain asymptomatic, progression to post-ET MF and/or acute myeloid leukaemia (AML) may occur. ET is usually diagnosed in the chronic phase. In a small number of cases, ET progresses to a post-ET MF, or, depending on blast numbers in peripheral blood and/or bone marrow, to the accelerated phase (10–19% blasts) or the blast phase (≥ 20% blasts) {1526}



**Fig. 2.25** Essential thrombocythaemia. **A** The enlarged megakaryocytes are randomly distributed in the marrow or arranged in small, loose clusters. **B** The megakaryocytes show abundant cytoplasm and deeply lobulated and hyperlobulated (staghorn-like) nuclei. **C** The nuclear morphology is variable on histomorphology.

## Epidemiology
According to SEER data, the overall incidence rate is 1.55 cases (95% CI: 1.52–1.57) per 100 000 person-years {1784}.

## Etiology
Unknown

## Pathogenesis
Acquired somatic mutations in *JAK2*, at chromosome band 9p24.1, play a role in the pathogenesis of ET. The most common mutation, *JAK2* p.V617F, results in a ligand-independent constitutively active cytoplasmic JAK-2, which activates the STAT, MAPK, and PI3K signalling pathways to promote the transformation and proliferation of haematopoietic progenitors. Valine 617 is located in the JH2 domain of JAK-2, which acts to supress its kinase activity {553}.

Other pathogenic mechanisms include mutations in *MPL* and *CALR*. Thereby, the *MPL* p.W515L/K–mutant thrombopoietin receptors phosphorylate wildtype JAK-2 in the absence of thrombopoietin, resulting in the activation of signalling pathways downstream of JAK-2. Mutant calreticulin acquires an increased affinity to MPL, and their interaction results in constitutive JAK/STAT activation.

## Macroscopic appearance
Not relevant

## Histopathology
### *Peripheral blood smear and bone marrow findings*
Peripheral blood smear evaluation shows varying degrees of thrombocytosis. The platelets vary in size and morphology, and atypical large or giant platelets, agranular platelets, and other unusual forms may be seen. Most often, the red and white cells do not show any changes. Iron deficiency related to recurrent haemorrhage can cause iron deficiency and resultant microcytic and hypochromic red blood cells {84,550,1688,1699,1713}.

Bone marrow cellularity is typically normal for age. Hypocellularity or hypercellularity without a clear cause should prompt careful consideration of other differential diagnostic possibilities. The myeloid-to-erythroid ratio is usually in the normal range, but concurrent anaemia may result in expansion of precursors. The most striking abnormality is a marked proliferation



**Fig. 2.26** Essential thrombocythaemia. Post–essential thrombocythaemia myelofibrosis. A bone marrow trephine shows highly abnormal megakaryocytes partly located in dilated sinuses, and depletion of erythroid and granulocytic cells.



**Fig. 2.27** Essential thrombocythaemia. The typical staghorn-like nuclear constellation is best appreciated on aspirate morphology.

of megakaryocytes, with a predominance of large to giant forms displaying abundant mature cytoplasm and deeply lobed and hypersegmented (staghorn-like) nuclei. Clustering of megakaryocytes is not a prominent feature, and atypical megakaryocytes with hyperchromatic nuclei are not prominent. Some megakaryocytes may show emperipolesis of bone marrow elements, a finding of uncertain significance. Dysplastic changes should not be present in any lineage, and blasts are not increased.

Myelofibrosis is usually absent (MF-0) or mild (MF-1) {83,1562,1712,84,898,1716}. Reticulin fibrosis may increase over time, and in a small subset of patients, post-ET MF may ensue.

CD61 or CD42b immunostains can be used to highlight the increased numbers of megakaryocytes and the cytological changes noted within the megakaryocyte population. CD34-positive cells are usually few

### *Differential diagnosis*
Distinction from reactive megakaryocytic hyperplasias and other MPNs and myelodysplastic/myeloproliferative neoplasms is essential. In immune thrombocytopenic purpura and other autoimmune or reactive states, bone marrow biopsy histology may show increased numbers of megakaryocytes, but these would be normal in size or even smaller than normal and lack

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 32 of 195

**Box 2.08** Diagnostic criteria for essential thrombocythaemia

**Major criteria:**
- Platelet count ≥ 450 × $10^9$/L
- Bone marrow biopsy showing proliferation mainly of the megakaryocytic lineage, with increased numbers of enlarged, mature megakaryocytes with hyperlobulated nuclei; no significant increase or left shift in neutrophil granulopoiesis or erythropoiesis; very rarely a minor (grade 1) increase in reticulin fibres
- WHO criteria for *BCR::ABL1*-positive chronic myeloid leukaemia, polycythaemia vera, primary myelofibrosis, and other myeloid neoplasms are not met
- *JAK2*, *CALR*, or *MPL* mutation

**Minor criteria:**
- Presence of a clonal marker

**OR**
- Exclusion of reactive thrombocytosis

The diagnosis of essential thrombocythaemia requires either all the major criteria or the first three major criteria plus a minor criterion to be met.

**Box 2.09** Diagnostic criteria for post–essential thrombocythaemia myelofibrosis (post-ET MF)

**Required criteria:**
- Documentation of a previous diagnosis of WHO-defined essential thrombocythaemia
- Bone marrow fibrosis of grade 2–3 on a scale of 0–3

**Additional criteria:**
- Anaemia (below the reference range, given age, sex, and altitude considerations) and a > 2 g/dL decrease from baseline haemoglobin concentration
- Leukoerythroblastosis
- Increasing splenomegaly, defined as either an increase in palpable splenomegaly of > 50 mm from baseline (distance from the left costal margin, or on imaging) or the development of newly palpable splenomegaly
- Elevated LDH level (above the reference range)
- Development of any two (or all three) of the following constitutional symptoms: > 10% weight loss in 6 months, night sweats, unexplained fever (> 37.5 °C)

The diagnosis of post-ET MF requires either both of the required criteria or at least two additional criteria.

the characteristic atypia. Patients with immune thrombocytopenia who are receiving treatment with thrombopoietic receptor agonists show megakaryocytic hyperplasia with morphological features that may resemble those seen in ET or other MPNs, as well as increased bone marrow fibrosis {700}.

Marked bone marrow hypercellularity, significant megakaryocytic atypia, tight clustering of the megakaryocytes, dysplastic features in any of the haematopoietic lineages, or significant myelofibrosis (MF-2 or MF-3) should prompt alternative diagnoses such as PV, prefibrotic primary myelofibrosis (pre-PMF), PMF, or myelodysplastic/myeloproliferative neoplasm. In cases that lack mutant *JAK2*, *CALR*, and *MPL*, a diagnosis of ET might remain challenging.

## Cytology

See *Histopathology*, above.

## Diagnostic molecular pathology

The *JAK2* p.V617F mutation is detectable in 50–60% of patients. Mutations in *CALR* are found in 25–35% of patients {868}. *CALR* frameshift mutations are all predicted to result in a novel C-terminal protein sequence, the commonest being 52 bp deletion (type 1) or 5 bp insertion (type 2); these types are found with similar frequency in ET. Activating point mutations in *MPL* are identified in 5–10% of patients {1281}.

## Essential and desirable diagnostic criteria

See Box 2.08. The diagnostic criteria for post-ET MF are given in Box 2.09.

## Staging

Not relevant

## Prognosis and prediction

ET is an indolent disorder characterized by long symptom-free intervals interrupted by occasional life-threatening thromboembolic or haemorrhagic events {212,418,481,482,550,642,1171,1293,1694}. After many years, 10–15% of patients develop post-ET MF {551,1474}. In large series, the relative incidence rates of post-ET MF were found to be approximately half those of post-PV MF {84,1688}. Risk factors associated with the development of post-ET MF and blast phase transformation include age (≥ 60 years), anaemia, leukocytosis, and therapy resistance to hydroxycarbamide {1687,586,681}. Other factors associated with post-ET MF include absence of *JAK2* p.V617F and mutations in epigenetic regulators and *ASXL1* {1687,586}. Other factors associated with blast phase transformation include platelet count > 1000 × $10^9$/L and mutations of *TP53* or *RUNX1* {1687,586}.

Median survival times may approach 20 years {1688}. Because ET is usually diagnosed late in middle age, life expectancy is near normal for many patients {84,549,1688}. A substantial difference in prognosis has been reported when pre-PMF is carefully excluded {918}.

Treatment indication is based on risk assessment for thrombotic or haemorrhagic complications {301,411,86}, and although scores predicting survival are available {1294,1690}, they generally do not guide treatment decisions.





# Primary myelofibrosis

Kanagal-Shamanna R
Dave SS
Giraudier S
Harrison CN
Mesa R
Milojkovic D
Naresh KN

## Definition

Primary myelofibrosis (PMF) is a myeloproliferative neoplasm (MPN) characterized by abnormal proliferation of the megakaryocytic and granulocytic lineages associated with progressive marrow fibrosis, osteosclerosis, and extramedullary haematopoiesis.

## ICD-O coding

9961/3 Primary myelofibrosis
9961/3 Primary myelofibrosis, prefibrotic
9961/3 Primary myelofibrosis, fibrotic

## ICD-11 coding

2A20.2 Primary myelofibrosis

## Related terminology

*Not recommended:* chronic idiopathic myelofibrosis; myelofibrosis with myeloid metaplasia; agnogenic myeloid metaplasia; idiopathic myelofibrosis.

## Subtype(s)

Primary myelofibrosis, prefibrotic; primary myelofibrosis, fibrotic

## Localization

The blood and bone marrow are always involved. In the later stages of the disease, extramedullary haematopoiesis becomes prominent, particularly in the spleen. This is because the spleens of PMF patients appear to be capable of sequestering malignant haematopoietic stem cells {1820}. Extramedullary disease may be detected in nearly any organ.

## Clinical features

One third of patients are asymptomatic at diagnosis, and many of these cases are discovered after unrelated blood tests show modest abnormalities, such as anaemia and thrombocytopenia. Splenomegaly and hepatomegaly are common and may be massive {599}. Extramedullary lesions may be detected in a variety of organs, including lymph nodes, CNS, skin, pericardium, peritoneum, pleura, ovaries, kidneys, adrenals, gastrointestinal tract, and lungs.

Many patients experience a hypermetabolic state manifesting with fever, anorexia, weight loss, and night sweats, sometimes early in the disease. Other symptoms include fatigue, bone pain, and splenomegaly-related symptoms such as pain and early satiety. The presence of specific symptoms, such as weight loss, night sweats, and fever, is prognostically significant. It is generally recommended that symptoms should be assessed using a specific score such as the MPN symptom assessment form (MPN-SAF) or MPN-10 {422,595}.

Thrombosis and haemorrhage are prevalent in patients with PMF and prefibrotic PMF (pre-PMF) {1739}. Anaemia is frequent, especially in more advanced stages, and often coincides with



**Fig. 2.28** Primary myelofibrosis. Splenectomy specimen with a solid, deep-red appearance and areas of infarction standing out as light-coloured.

thrombocytopenia {682}. Leukaemic transformation occurs in 20–25% of patients and is characterized by the persistent presence of 20% blasts in blood or bone marrow {422}.

## Epidemiology

The estimated incidence of fibrotic PMF is 0.44–1.5 cases per 100 000 person-years {1090,1153,1686,1784}. Data on the incidence of pre-PMF are limited, but some reports suggest that it accounts for 30–50% of all PMF cases. The prevalence of PMF is probably increasing because of earlier diagnosis (at the stage of pre-PMF) and prolonged survival {235}. PMF affects men and women nearly equally, and although the disease may be diagnosed in young adults, it occurs most commonly in the sixth to seventh decades of life {720,1649,1693,1691,1695}.

## Etiology

Unknown

## Pathogenesis

A central pathogenic feature of PMF is activation of the JAK/STAT signalling pathway as a result of mutations in *JAK2*, *MPL*, or *CALR* {1857,872}. Of note, constitutive activation of JAK/STAT signalling is a signature that is also present in cases that lack these driver mutations {1383}.

Pathogenic mechanisms underlying PMF remain incompletely understood and have been inferred largely through mouse studies. Driver mutations and other alterations that initiate PMF result in increased generation of megakaryocytes by haematopoietic progenitor cells coupled with impaired apoptosis resulting from overexpression of antiapoptotic proteins such as BCL-XL {285}. These primary events result in secretion of TGF-β and MMP9, which induce stromal fibrosis {1805}. Increased production of

**Table 2.03** The WHO grading system for myelofibrosis, based in part on {915}

| Grade | Grade definition[a] | Collagen pattern[b] | Osteosclerosis[c] |
|---|---|---|---|
| MF-0 | Scattered linear reticulin with no intersections (crossovers), corresponding to normal bone marrow | Perivascular collagen only (normal) | Regular bone trabeculae (distinct paratrabecular borders) |
| MF-1 | Loose network of reticulin with many intersections, especially in perivascular areas | Focal paratrabecular or central collagen deposition with no connecting meshwork | Focal budding, hooks, spikes, or paratrabecular apposition of new bone |
| MF-2 | Diffuse and dense increase in reticulin with extensive intersections, occasionally with focal bundles of thick fibres mostly consistent with collagen and/or focal osteosclerosis | Paratrabecular or central deposition of collagen with focally connecting meshwork or generalized paratrabecular apposition of collagen | Diffuse paratrabecular formation of new bone with thickening of trabeculae, occasionally with focal interconnections |
| MF-3 | Diffuse and dense increase in reticulin with extensive intersections and coarse bundles of thick fibres consistent with collagen, usually associated with osteosclerosis | Diffuse (complete) connecting meshwork of collagen in > 30% of marrow spaces | Extensive interconnecting meshwork of new bone with overall effacement of marrow spaces |

[a]Reticulin and collagen fibre density should be assessed only in haematopoietic areas; if the pattern of reticulin fibrosis, collagen deposition, and/or osteosclerosis is heterogeneous, the final grade is determined by the highest grade present in ≥ 30% of the marrow area. [b]Using trichrome staining (Masson trichrome or Martius Scarlet Blue); the stain is recommended for grades MF-2 and MF-3. [c]Best performed on a bone marrow core biopsy of sufficient length, taken at a right angle from the cortical bone without significant fragmentation.

TGF-β results from hyperactivation of the thrombopoietin/MPL/JAK2 axis by downregulating GATA1 expression in megakaryocytes {545,1927}. TGF-β1 is a dominant signal emanating from megakaryocytes for maintaining haematopoietic stem cell quiescence. Notably, aberrant megakaryocytes harbouring activating *JAK2* mutations result in increased proliferation and number of haematopoietic stem cells through secretion of CXCL4 {1922,185}.

Epigenetic and spliceosome dysregulation are present in the majority of PMF patients {1691}. The most common of these mutations involve *ASXL1*, *TET2*, *SRSF2*, and *U2AF1*. The precise mechanism by which these alterations contribute to the pathogenesis of PMF remains incompletely understood.

## Macroscopic appearance

Extramedullary haematopoiesis is neoplastic in PMF {1240,889}. The most common site of extramedullary haematopoiesis is the spleen, followed by the liver. Patients of PMF rarely undergo splenectomy, and available reports are few in number {1239,1363}.



**Fig. 2.29** Primary myelofibrosis, prefibrotic. **A** Bone marrow trephine biopsy showing hypercellular-for-age marrow with increased megakaryocytes with an abnormal distribution and relatively normal erythroid and myeloid maturation. **B** High magnification highlights increased numbers and clusters of megakaryocytes with marked variation in size and nuclear lobulation. Nuclear hypolobulation and hyperlobulation is seen, as well as sporadic megakaryocytes with hyperchromatic chromatin. **C** Atypical megakaryocytic hyperplasia with a dilated sinus showing intrasinusoidal haematopoiesis including an intrasinusoidal megakaryocyte. **D** Reticulin stain highlights scattered linear reticulin fibres with rare intersections. Interstitial collagen deposits were absent. **E** Higher magnification shows atypical megakaryocytes and immature myeloid cells.



## Histopathology

The morphological features of PMF are quite variable, and they differ significantly between pre-PMF and PMF. Because the key distinction between these subtypes rests on the severity of myelofibrosis (MF), grading using reproducible and standard criteria is necessary {1708}. This edition adopts the semiquantitative WHO grading system for MF as detailed in Table 2.03 {915,1712}.

MF grading is required at baseline and during follow up evaluation to document amelioration in the severity of MF in response to certain treatments, particularly JAK2 inhibitors and allogeneic stem cell transplantation {1842,919,644,782,901}. Prompt reduction in bone marrow fibrosis after allogeneic stem cell transplant is a favourable marker of overall survival {902}.

### Pre-PMF

It is estimated that 30–50% of PMF cases are first detected in the prefibrotic/early stage {599,91}, with no significant increase in reticulin and/or collagen fibres (MF-0 and MF-1). Pre-PMF is a subtype of PMF characterized by a hypercellular bone marrow, minimal to absent reticulin fibrosis (grade 0 or 1), and a more latent disease course.

The peripheral blood smear usually shows thrombocytosis and/or leukocytosis. Bone marrow evaluation shows a hypercellular marrow with myeloid predominance showing granulocytic predominance. Erythroid islands may not be well formed, but erythroid precursors do not show any dysplastic features. The megakaryocytes are increased in number and arranged in loose clusters. They are frequently present in perisinusoidal and paratrabecular locations. Megakaryocytes show marked variation in size and nuclear lobulation; larger forms are more characteristic. Megakaryocytic nuclei are frequently hyperchromatic and bulbous, and they show cloud-like chromatin. Both hyperlobated and hypolobated forms are noted {917,1714,1711}. Megakaryocyte numbers and their morphological features may be further highlighted using immunohistochemistry for CD42b or CD61. There is no increase in blasts or overt dysplasia.

A recent study suggested that the presence of megakaryocytic activation, a morphological triad comprising megakaryocytic emperipolesis, megakaryocytic clustering (in groups of three or more), and perimegakaryocytic fibrosis, was specific as a predictor of fibrotic evolution {1488}.

### Fibrotic PMF

The peripheral blood smear shows anisopoikilocytosis of red blood cells, dacrocytes (teardrop forms), and leukoerythroblastosis.

The key morphological feature is atypical megakaryocytic proliferation. The megakaryocytes are increased in number and often seen in tight clusters, and they show abnormal paratrabecular, perisinusoidal, and intrasinusoidal localization. The megakaryocytes show defects in maturation, leading to abnormal N:C ratios, dense chromatin clumping, nuclear hyperchromasia, bulbous (cloud-like) nuclear lobes, and naked nuclei. Erythropoiesis is relatively decreased, as compared with granulopoiesis. There is no significant dysplasia in erythroid or granulocytic precursors at the time of initial diagnosis.

Moderate (MF-2) or severe (MF-3) MF is by definition present. Cellularity may be normal or decreased for age. The bone marrow eventually gets replaced by reticulin and/or collagen fibres, connective tissue, and adipose tissue interspersed with scattered foci of residual haematopoiesis. Additional features



**Fig. 2.30** Primary myelofibrosis, fibrotic. **A** Bone marrow trephine biopsy showing hypercellular-for-age marrow with atypical megakaryocytic hyperplasia, myelofibrosis, and osteosclerosis. There is a diffuse and dense increase in reticulin fibres with extensive intersections. Coarse bundles of thick fibres and extensive trabecular bone remodelling with interconnecting bone bridges are present. **B** High-power magnification highlights atypical megakaryocytic proliferation in tight clusters showing hyperchromatic nuclei, abnormal N:C ratios, and cloud-like nuclei. **C** Atypical megakaryocytic proliferation in tight clusters with hyperchromatic nuclei, naked nuclei, and abnormal paratrabecular localization. There are dilated sinuses with background fibrosis. **D** Reticulin stain shows a diffuse and dense increase in reticulin fibres with extensive intersections and coarse bundles of thick fibres consistent with collagen, usually associated with osteosclerosis. **E** High-power magnification highlighting the diffuse and dense increase in reticulin fibres with extensive intersections. **F** Trichrome stain at high magnification highlights multifocal interstitial collagen deposits with connecting meshwork in > 30% of marrow spaces.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 33 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 34 of 195

**Box 2.10** Diagnostic criteria for primary myelofibrosis, prefibrotic

**Major criteria:**
- Megakaryocytic proliferation and atypia, without reticulin fibrosis grade > 1[a], accompanied by increased age-adjusted bone marrow cellularity, granulocytic proliferation, and (often) decreased erythropoiesis
- Not meeting diagnostic criteria for chronic myeloid leukaemia, polycythaemia vera, essential thrombocythaemia, myelodysplastic neoplasms, or other defined myeloid neoplasms
- *JAK2*, *CALR*, or *MPL* mutation or presence of another clonal marker[b] or absence of reactive bone marrow fibrosis[c]

**Minor criteria:**
- Anaemia not attributed to a comorbid condition
- Leukocytosis ≥ 11 × $10^9$/L
- Splenomegaly detected clinically and/or by imaging
- LDH level above the upper limit of the institutional reference range

The diagnosis of prefibrotic primary myelofibrosis requires all three major criteria and at least one minor criterion to be confirmed in two consecutive determinations.

[a]See Table 2.03 (p. 48). [b]In the absence of any of the three major clonal mutations, a search for other mutations associated with myeloid neoplasms (e.g. *ASXL1*, *EZH2*, *TET2*, *IDH1*, *IDH2*, *SRSF2*, and *SF3B1* mutations) may be of help in determining the clonal nature of the disease. [c]Minor (grade 1) reticulin fibrosis secondary to infection, autoimmune disorder or other chronic inflammatory conditions, hairy cell leukaemia or another lymphoid neoplasm, metastatic malignancy, or toxic (chronic) myelopathies.

**Box 2.11** Diagnostic criteria for primary myelofibrosis, fibrotic stage

**Major criteria:**
- Megakaryocytic proliferation and atypia, accompanied by reticulin and/or collagen fibrosis grade 2 or 3[a]
- Not meeting diagnostic criteria for chronic myeloid leukaemia, polycythaemia vera, essential thrombocythaemia, myelodysplastic neoplasms, or other defined myeloid neoplasms[b]
- *JAK2*, *CALR*, or *MPL* mutation or presence of another clonal marker[c] or absence of reactive bone marrow fibrosis[d]

**Minor criteria:**
- Anaemia not attributed to a comorbid condition
- Leukocytosis ≥ 11 × $10^9$/L
- Splenomegaly detected clinically and/or by imaging
- LDH level above the upper limit of the institutional reference range
- Leukoerythroblastosis

The diagnosis of overt primary myelofibrosis requires all three major criteria and at least one minor criterion to be met in two consecutive determinations.

[a]See Table 2.03 (p. 48). [b]Myeloproliferative neoplasms (MPNs) can be associated with monocytosis, or patients can develop it during the course of the disease. These cases may mimic chronic myelomonocytic leukaemia; in these rare instances, a history of MPN excludes chronic myelomonocytic leukaemia, whereas the presence of MPN features in the bone marrow and/or MPN-associated mutations (in *JAK2*, *CALR*, or *MPL*) tends to support the diagnosis of MPN with monocytosis rather than chronic myelomonocytic leukaemia. [c]In the absence of any of the three major clonal mutations, a search for other mutations associated with myeloid neoplasms (e.g. *ASXL1*, *EZH2*, *TET2*, *IDH1*, *IDH2*, *SRSF2*, and *SF3B1* mutations) may be of help in determining the clonal nature of the disease. [d]Bone marrow fibrosis secondary to infection, autoimmune disorder or another chronic inflammatory condition, hairy cell leukaemia or another lymphoid neoplasm, metastatic malignancy, or toxic (chronic) myelopathy.

include prominent vasculature with increased numbers of vessels and dilated sinuses showing intrasinusoidal haematopoiesis. The degree of osteosclerosis can vary, ranging from focal bud-like appositional new bone formation to broad interconnecting bridges extensively replacing the marrow {1709}.

CD34 and/or KIT (CD117) may be used to help enumerate blasts and immature myeloid cells. CD61 or CD42b can further help highlight the number and topography of megakaryocytes. Megakaryocytes would be positive for CAL2 by immunohistochemistry in cases with mutant *CALR* {1213}.

### *Extramedullary disease*

Extramedullary disease in the spleen can have a diffuse, nodular, or mixed pattern. All three haematopoietic lineages are represented in these patterns. In the diffuse pattern, the abnormal infiltrate is mostly restricted to the red pulp. Erythroid precursors are noted predominantly within the splenic sinusoids, the granulocytic precursors are noted mostly within the splenic cords and megakaryocytes at both sites. Megakaryocytes are frequently pleomorphic, showing the entire range of morphological features similar to those seen in the bone marrow. The nodular pattern forms an expansile tumour. A subset of cases can demonstrate megakaryocyte-rich splenic nodules, which are composed of haematopoietic cells with numerous abnormal megakaryocytes with a peripheral meshwork of reticulin fibres {613}. A proportion of cases can show > 20% blasts (usually CD34-positive) qualifying the case as blast-phase and requiring correlation with bone marrow findings.

### *Differential diagnosis*

The distinction of pre-PMF from other MPNs and reactive proliferations is important because most cases of pre-PMF eventually evolve into fibrotic PMF. No single morphological feature can assist in this distinction; a constellation of morphological features and clinical presentation is essential to evaluate cases that are diagnostically challenging. The bone marrow in pre-PMF is hypercellular (unlike most cases of essential thrombocythaemia [ET]) and most often shows a significant increase in myeloid-to-erythroid ratio (unlike both ET and polycythaemia vera [PV]). Prominent clustering of megakaryocytes and a prominence of megakaryocytes with hyperchromatic nuclei and marked atypical features such as the presence of smaller cells favour a diagnosis of pre-PMF.

Fibrotic PMF should be distinguished from post-PV MF and post-ET MF, chronic myelomonocytic leukaemia with fibrosis {248}, desmoplasia associated with metastatic epithelial tumours, metastatic mesenchymal tumours such as splenic angiosarcomas {728}, and autoimmune fibrosis {1778}. The bone marrow in autoimmune conditions typically shows erythroid-predominant hyperplasia with lymphoid aggregates and polytypic plasmacytosis without megakaryocytic clustering or atypia. Autoimmune fibrosis lacks peripheral blood changes of leukoerythroblastosis and teardrop poikilocytosis {1778}.

### Cytology

See *Histopathology*, above.

### Diagnostic molecular pathology

Molecular diagnostic tests are typically aimed at detecting mutations in *JAK2* (p.V617F or exon 12 mutations), *CALR*, or *MPL*. The *JAK2* p.V617F mutation is detected in nearly 60% of patients {598}. Mutations in the calreticulin gene, *CALR*, are found in 25–35% of patients; type 1 *CALR* mutations are much more common than type 2 mutations in PMF, and in this context they carry a more favourable prognosis than other mutations. Activating point mutations in the thrombopoietin receptor gene, *MPL*, are found in 5–10% of patients. The advent of next-generation sequencing has allowed the detection of such mutations in the context of broader mutation panels.



**Fig. 2.31** Primary myelofibrosis, prefibrotic. Peripheral blood smear showing thrombocytosis with occasional teardrop forms.

Mutations in other cancer driver genes are found in more than half of all patients. They commonly include mutations in *TET2*, *ASXL1*, and *DNMT3A*. Less prevalent are mutations in splicing regulators (*SRSF2*, *SF3B1*, *U2AF1*, and *ZRSR2*) and other regulators of chromatin structure, epigenetic functions, and cellular signalling (e.g. *EZH2*, *IDH1*, *IDH2*, *CBL*, *KRAS*, *NRAS*, *STAG2*, and *TP53*). These additional mutations are more common in PMF and blast phases than in pre-PMF, PV, and ET. Some of these mutations are known to be associated with a worse prognosis (e.g. *EZH2*, *IDH1*, *IDH2*, *SRSF2*, and *ASXL1*). Mutation of *TP53* is associated with leukaemic transformation and identifies a disease category with a particularly unfavourable outlook.

Cytogenetic abnormalities are detected in up to 45% of PMF patients {1696,1688} and in about 18% of patients with pre-PMF {599,819}. By definition, the Philadelphia (Ph) chromosome and *BCR::ABL1* should be absent. Rare cases with concurrent *BCR::ABL1* and mutations in *JAK2* are often a result of the two distinct myeloproliferative neoplasms {1575}. The most common recurrent abnormalities are del(20q), del(13q), trisomy 8, and trisomy 9 {1696}. Complex karyotype, inv(3), monosomy 5 or del(5q), monosomy 7 or del(7q), del(12p), 11q23 rearrangement, and i(17q) are considered unfavourable and can be detected in 4–8% of pre-PMF patients {599,819} and up to 40% of PMF patients {745,515,1648}.

### Essential and desirable diagnostic criteria

See Box 2.10, Box 2.11, and Table 2.04.

### Staging

Not relevant

### Prognosis and prediction

#### *Pre-PMF*

See *Pre-PMF* under the *Histopathology* subheading, above.

#### *Fibrotic PMF*

The detection of 10–19% blasts in the peripheral blood and/or bone marrow, especially with CD34 immunohistochemistry showing clusters of blasts, indicates progression to the accelerated phase. Detection of ≥ 20% blasts indicates transformation to the blast phase. Other evidence of progression includes new-onset monocytosis and/or the development of dysplastic changes.

The prognosis for patients with fibrotic PMF has been studied extensively, whereas data on the prognosis for those with pre-PMF are quite limited but suggest that PMF prognostic scoring tools are probably not applicable. Additionally, the prognosis for patients with post-ET or post-PV MF is distinct (based on multiple features, especially the fact that cytopenias are not as common or as severe in these disease states; see Table 2.05, p. 52, and the MF Secondary to PV and ET Prognostic Model [MYSEC PM] score) {569,236,515,1289,1292,1290}. Survival time in pre-PMF (median: 14.7 years) appears to be shorter in general than in ET (median: 31 years; $P < 0.0001$). Furthermore, being diagnosed with fibrotic PMF was reported to correspond to a hazard ratio for reduced survival of 2.3 ($P < 0.0001$), as compared with being diagnosed with pre-PMF. Leukaemia-free survival was shorter in fibrotic PMF than pre-PMF; the cumulative incidence rates of leukaemia in patients with pre-PMF and with fibrotic PMF were, respectively, 7% and 11% at 5 years, and 12% and 23% at 10 years – much higher than those in patients with ET (0% and 1% at 5 years and at 10 years, respectively) {599}.

A few key observations have been made regarding the prognosis of PMF. First, survival times can vary dramatically, from < 3 years on the higher-risk side to decades on the lower-risk side. Second, the disease features that reproducibly impact prognosis include multiple disease features from patient features, peripheral blood counts, bone marrow features, and genetic studies. Third, the clinical state, availability of data for the required variables, and usage need to be considered when

**Table 2.04** Morphological features that are helpful in distinguishing essential thrombocythaemia from prefibrotic/early primary myelofibrosis[a]

| Morphological feature | Essential thrombocythaemia | Prefibrotic/early primary myelofibrosis |
|---|---|---|
| Cellularity (age-adjusted) | Normal | Increased |
| Myeloid-to-erythroid ratio | Normal | Increased |
| Dense megakaryocyte clusters | Rare | Frequent |
| Megakaryocyte size | Large/giant | Variable |
| Megakaryocyte nuclear lobulation | Hyperlobulated | Bulbous/hypolobulated |
| Reticulin fibrosis, grade 1[b] | Very rare | More frequent |

[a]On the basis of a representative, artefact-free bone marrow biopsy (> 15 mm) taken at a right angle (90°) from the cortical bone. [b]According to the WHO grading system for myelofibrosis (see Table 2.03, p. 48).

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 35 of 195

**Table 2.05** Constituting parameters and applications of various commonly used myelofibrosis prognostic scoring systems

| Parameter | IPSS | DIPSS | DIPSS Plus | MIPSS70 | MIPSS70 2.0 | MYSEC PM |
|---|---|---|---|---|---|---|
| **Patient features (adverse listed)** | | | | | | |
| Age | > 65 years | > 65 years | > 65 years | All < 70 years | All < 70 years | > 65 years |
| Constitutional symptoms | Present | Present | Present | Present | Present | Present |
| **Peripheral blood (adverse listed)** | | | | | | |
| Anaemia | < 100 g/L | < 100 g/L | < 100 g/L (+ if TX DEP) | < 100 g/L | Moderate/severe | < 100 g/L |
| Leukocytes | > 25 × 10⁹/L | > 25 × 10⁹/L | > 25 × 10⁹/L | > 25 × 10⁹/L | n/a | n/a |
| Platelets | n/a | n/a | < 100 × 10⁹/L | n/a | n/a | n/a |
| Blasts | > 1% | > 1% | > 1% | ≥ 2% | ≥ 2% | > 1% |
| **Bone marrow features** | | | | | | |
| Reticulin fibrosis | n/a | n/a | n/a | ≥ Grade 2 | n/a | n/a |
| **Genetics (adverse listed)** | | | | | | |
| Karyotype | n/a | n/a | Unfavourable | n/a | 2 tiers Unfavourable | n/a |
| Driver mutation status | n/a | n/a | n/a | Non-*CALR* Type 1 | Non-*CALR* Type 1 | Non-*CALR* Type 1 |
| Other somatic mutations | n/a | n/a | n/a | 0, 1, or ≥ 2 HMR | 0, 1, or ≥ 2 HMR | n/a |
| **Comments scoring** | | | | | | |
| Tiers | 4 | 4 | 4 | 3 | 5 | 4 |
| Usage | PMF at diagnosis | PMF anytime | PMF anytime | PMF anytime < 70 years | PMF anytime < 70 years | Post-ET/PV MF |
| Footnotes | | | Unfavourable karyotype | HMR = *ASXL1, SRSF2, EZH2, IDH1, IDH2* | HMR = *ASXL1, SRSF2, EZH2, IDH1, IDH2, U2AF1* p.Q157 | |

DIPSS, Dynamic International Prognostic Scoring System; ET, essential thrombocythaemia; HMR, high molecular risk; IPSS, International Prognostic Scoring System; MF, myelofibrosis; MIPSS70, Mutation-Enhanced International Prognostic Scoring System for Transplant-Age Patients; MYSEC PM, Myelofibrosis Secondary to Polycythaemia Vera and Essential Thrombocythaemia Prognostic Model; n/a, not applicable; PMF, primary myelofibrosis; PV, polycythaemia vera; TX DEP, transfusion-dependent.

applying. Fourth, the prognosis does not necessarily equate to the clinical disease burden, because certain high-risk patients may be less symptomatic, and certain lower-risk patients may be more symptomatic {643}. The main clinical utility of PMF prognostic scores is in separating lower-risk patients from everyone else, and these scores have more of an impact on guiding decisions on stem cell transplantation than on the selection of medical therapy. The prognostic scores and required data elements are included in Table 2.05. The International Prognostic Scoring System (IPSS) is unique in being able to be used solely at the time of diagnosis, whereas the others can be used throughout the disease course {236}.

The Dynamic IPSS (DIPSS) is probably the most universally used tool, whereas the DIPSS Plus provides greater clarity when the karyotype is available {1289,515}.

The Mutation-Enhanced International Prognostic Scoring System for Transplant-Age Patients (MIPSS70) and MIPSS70 2.0 are applicable for patients aged < 70 years (with a view to guiding stem cell transplantation), but they do require molecular phenotype. Although other scores have been published, this portfolio serves most clinical needs, with additional scores perhaps refining the prognosis for the stem cell transplant decision {598,1689,1696}.





# Juvenile myelomonocytic leukaemia

Elghetany MT
Cavé H
De Vito R
Patnaik M

## Definition

Juvenile myelomonocytic leukaemia (JMML) is a RAS pathway activation–driven myeloproliferative neoplasm of early childhood leading to peripheral granulocytosis and monocytosis, with frequent organ infiltration.

## ICD-O coding

9946/3 Juvenile myelomonocytic leukaemia

## ICD-11 coding

2A42.Z Juvenile myelomonocytic leukaemia, unspecified
2A42.0 Juvenile myelomonocytic leukaemia in complete remission
2A42.Y Other specified juvenile myelomonocytic leukaemia

## Related terminology

*Not recommended:* juvenile chronic myeloid leukaemia; infantile monosomy 7 syndrome.

## Subtype(s)

*PTPN11*-mutated JMML; *NRAS*-mutated JMML; *KRAS*-mutated JMML; JMML in neurofibromatosis type 1; JMML in children with *CBL* syndrome; JMML-like disorders in children with Noonan syndrome

## Localization

The bone marrow and peripheral blood are always involved, and leukaemic infiltrates are almost always seen in the spleen and frequently seen in the liver. Lymph nodes, skin, lung, and gastrointestinal tract may also show leukaemic infiltrates {1008, 1204}. JMML rarely involves the CNS {1182,1846,1572,925}.

## Clinical features

Initial symptoms are usually pallor and fever (in > 50% of cases) and less frequently upper respiratory infection, dry cough,




**Fig. 2.32** RAS-driven oncogenesis in juvenile myelomonocytic leukaemia. Germline and somatic mutations in RAS genes and RAS pathway regulators lead to constitutive activation of the RAS signalling pathway and, via its effector proteins, to an increased sensitivity of myeloid progenitors to granulocyte–macrophage colony–stimulating factor.

pleomorphic skin lesions, bleeding, abdominal distention, and gastrointestinal symptoms {1204,1746}.

Physical examination usually shows splenomegaly (in ~90% of cases), hepatomegaly (in ~80%), lymphadenopathy (in ~50%), and maculopapular skin rash (in ~30%) {1204,45,1008, 1746}. JMML may also cause enlarged tonsils, myeloid sarcoma of the CNS, facial palsy, and diabetes insipidus {1204}.

Approximately 25% of JMML cases develop in the context of a germline genetic syndrome that may be suggested by associated features. Patients with neurofibromatosis type 1 (NF1; MIM number: 162200) can present with xanthomas and café-au-lait spots (≥ 6 lesions of > 5 mm in size). Patients with Noonan syndrome (MIM number: 163950) show typical facial dysmorphia, congenital heart defects, and lymphatic effusions, among other developmental defects, and patients with germline *CBL* syndrome also typically show autoimmunity, particularly vasculitis



**Fig. 2.33** Juvenile myelomonocytic leukaemia. **A** A bone marrow biopsy showing hypercellular marrow with myelomonocytic hyperplasia and decreased megakaryocytes. **B** CD14 immunohistochemistry highlights a modest and focal increase in monocytes.



**Fig. 2.34** Juvenile myelomonocytic leukaemia. **A** Lymph node involvement showing expansion of the interfollicular areas with very small residual lymphoid follicles. **B** CD14 immunohistochemistry highlights increased interfollicular monocytes in the expanded interfollicular area.

(Noonan syndrome–like disorder with or without JMML, MIM number: 613563) {1388,1057,665}.

The complete blood count generally shows leukocytosis, thrombocytopenia, and often anaemia {1008,1204}. The median reported white blood cell count varies from 25 to 30 × $10^9$/L; occasionally the total white blood cell count is within the normal range. In addition to immature granulocytes, occasional blasts may be present {224,1204}. There is usually a striking monocytosis, with a monocyte count > 1 × $10^9$/L {1347,993,985}.

Many patients with JMML display markedly increased synthesis of haemoglobin F {1204}.

Occasional features include elevated immunoglobulin levels and the presence of autoantibodies, which rarely cause clinical symptoms {224,1204}.

## Epidemiology

JMML is a rare disorder (annual incidence: 1.2 cases per 1 million children aged 0–14 years) with a male predominance (M:F ratio: > 2:1) {651,1296}. The median age at diagnosis is 2 years (range: 0.1–11.4 years) {1008,1204}. About 9% of patients are diagnosed before 4 months of age, and only 5% of patients are older than 4 years of age {1204,984,324,420}.

Some inherited syndromes, such as NF1, Noonan syndrome, and *CBL* syndrome, which belong to the RASopathies (developmental disorders associated with constitutional hyperactivation of the RAS/MAPK pathway; see *RASopathies*, p. 812), predispose to JMML or JMML-like disorder. Approximately 25% of JMML cases develop in a context of germline mutation.

## Etiology

JMML is associated with the presence of a RAS-activating genetic lesion in the haematopoietic stem cell {226,999}.

This lesion can occur either during the perinatal period (including prenatally) {108} or be inherited in the context of a developmental disorder associated with RAS pathway constitutional activation (RASopathies) such as NF1 or *CBL* syndrome.

In patients with an inherited *CBL-* or *NF1*-associated syndrome, JMML is usually associated with the somatic alteration of the second allele in the haematopoietic compartment {1533,1206}.

## Pathogenesis

JMML is considered a unique example of RAS-driven oncogenesis because it is associated in > 90% of cases with mutations in RAS genes (*NRAS* in 15–25%; *KRAS* in 15–20%; rarely *RRAS*, *RRAS2*, or *RIT1*) or in regulators of the RAS pathway (*PTPN11* in 35–40%; *NF1* in 5–10%; or *CBL* in 12–15%) leading to constitutive activation of the RAS signalling pathway and increasing the sensitivity of myeloid progenitors to granulocyte–macrophage colony-stimulating factor.

RAS-activating mutations are generally mutually exclusive and define subgroups with distinct clinical and haematological presentations. In 40% of somatically acquired mutations, the initial event can be traced back to birth, before disease development, implying that the initial genetic event occurs in utero {108}.

Secondary somatic mutations can be seen in select patients and can be associated with tumour progression and poor outcomes {227}. They include second hits in one of the other RAS pathway genes, as well as mutations in various other targets {1463,1615,227}.

Altered DNA methylation is a common feature {1235}, and DNA hypermethylation may be associated with a more aggressive clinical course and secondary mutations {970,1614,1169,1498}.

## Macroscopic appearance

Not applicable

## Histopathology

Peripheral blood smears typically show leukocytosis > 10 × $10^9$/L, including monocytosis > 1 × $10^9$/L. Monocytes often have atypical morphology. Neutrophilia is usually present and sometimes shows abnormal nuclear segmentation and pseudo-Pelger–Huët forms. Granulocytic precursors (e.g. promyelocytes, myelocytes, and metamyelocytes) are seen, and basophilia and eosinophilia may be occasionally present. Red blood cells are usually normocytic, but macrocytosis is observed in some patients, particularly those with monosomy 7. Microcytosis was reported in children with acquired thalassaemia or iron deficiency {483}. Nucleated red blood cells, large polychromatophilic red cells, and dacrocytes are frequent. Blasts and promonocytes usually constitute about 2% of white blood cells {1204,985}. Platelet count is often decreased.

Bone marrow morphology alone is not diagnostic but can be suggestive in the appropriate clinical setting. Myeloid cells are hyperplastic with maturation and show no or minimal dysplastic features, such as hypogranular or pseudo-Pelger–Huët neutrophils. Auer rods are typically absent. Erythroid precursors may show megaloblastic features.

On bone marrow sections, cellularity is normal or increased, with a predominant granulocytic proliferation, occasional erythroid hyperplasia {1204}, and limited monocyte infiltration (5–10% of cells), as compared with the prominent peripheral blood monocytosis (monocyte recognition can be improved by immunohistochemical stains for CD14 or CD68, including CD68R). Megakaryocytes are usually reduced in number, without significant dysplastic features {421}. Blasts, including blast-equivalent promonocytes, can be moderately elevated but lower than 20%.

Flow cytometry studies on the bone marrow show an aberrant blast population expressing CD7 and decreased levels of CD13 and CD33. Abnormal maturation pattern of granulocytes can also be detected particularly using CD13 and CD16. HLA-DR expression is decreased on monocytes {1189}.

Leukaemic infiltrates are commonly identified in numerous tissues and organs. In the liver, leukaemic cells (monocytes/



**Fig. 2.35** Juvenile myelomonocytic leukaemia. **A** Peripheral blood smear showing granulocytes and monocytes (Giemsa). **B** Nucleated red blood cells and teardrop red cells (Giemsa).



**Fig. 2.36** Juvenile myelomonocytic leukaemia. Bone marrow aspirate showing myelomonocytic hyperplasia with minimal dysplastic features (Giemsa).

**Box 2.12** Diagnostic criteria for juvenile myelomonocytic leukaemia

**Clinical, haematological, and laboratory criteria (all five criteria are required):**
- Peripheral blood monocyte count ≥ 1 × $10^9$/L
- Blast and promonocyte percentage of < 20% in peripheral blood and bone marrow
- Clinical evidence of organ infiltration, most commonly splenomegaly
- No Philadelphia (Ph) chromosome or *BCR::ABL1* fusion
- No *KMT2A* (*MLL1*) gene rearrangement

**Genetic criteria (one criterion is required):**
- Mutation in a component or a regulator of the canonical RAS pathway:
  - Clonal somatic mutation in *PTPN11*, *KRAS*, or *NRAS*[a], **or**
  - Clonal somatic or germline *NF1* mutation and loss of heterozygosity or compound heterozygosity of *NF1*, **or**
  - Clonal somatic or germline *CBL* mutation and loss of heterozygosity of *CBL*[b]
- Non-canonical clonal RAS pathway pathogenic variant[c] or fusions causing activation of genes upstream of the RAS pathway, such as *ALK*, *PDGFRB*, and *ROS1*

**Other criteria:**
Cases that do not meet any of the genetic criteria listed above (or for which genetic testing is not available) must meet at least two of the following criteria in addition to the aforementioned clinical, haematological, and laboratory criteria:
- Increased haemoglobin F for age
- Myeloid (promyelocytes, myelocytes, metamyelocytes) and erythroid precursors on peripheral blood smear
- Thrombocytopenia with hypercellular marrow often showing a decreased number of megakaryocytes; dysplastic features may or may not be evident
- Hypersensitivity of myeloid progenitors to GM-CSF as tested in clonogenic assays in methylcellulose or by measuring STAT5 phosphorylation in the absence of or with a low dose of exogenous GM-CSF

GM-CSF, granulocyte–macrophage colony-stimulating factor.
[a]Germline mutation in *PTPN11*, *KRAS*, and *NRAS* (RASopathies resulting in Noonan syndrome) may produce juvenile myelomonocytic leukaemia–like transient myeloproliferative disorder. [b]Occasional cases have heterozygous splice-site mutations. [c]For example, *RRAS* or *RRAS2*.




Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 36 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 37 of 195

**Box 2.13** Suggested workflow for the diagnosis of juvenile myelomonocytic leukaemia (JMML)

- Patient manifesting with JMML compatible clinical and haematological picture
- Absent *BCR::ABL1* fusion gene and *KMT2A* gene rearrangement
- Detection of a molecular pathogenic lesion in leukaemic cells in one of the five canonical RAS pathway driver genes in leukaemic cells (> 90% of JMML cases are defined by these molecular alterations):
  - Biallelic pathogenic alterations of *NF1*
  - Pathogenic *PTPN11* variant
  - Pathogenic *NRAS* variant
  - Pathogenic *KRAS* variant
  - Biallelic pathogenic (in some cases heterozygous only) variants involving the *CBL* gene

  **OR** detection of a non-canonical genetic abnormality:
  - Fusions leading to upstream RAS pathway activation (*ALK*, *PDGFRB*, and others)
  - Pathogenic variant in a non-canonical RAS pathway (*RRAS* or *RRAS2*) variant
- In the absence of any of these alterations (or if molecular analysis is not possible):
  - Performing additional laboratory studies as outlined in Box 2.12 (p. 55)
  - Exclusion of conditions mimicking JMML, such as viral infection {996,1210}, infantile malignant osteopetrosis, and Wiskott–Aldrich syndrome
  - If monosomy 7 is detected, elimination of syndromes commonly associated with this cytogenetic abnormality, such as *GATA2*-associated, *SAMD9*-associated, or *SAMD9L*-associated disorders

histiocytes, myeloid precursors, and mature granulocytes) infiltrate portal tracts and sinusoids. In the spleen, these cells infiltrate the red pulp predominantly; in the skin, the perivascular and periadnexal areas; in lymph nodes, the interfollicular and sinusoidal areas; and in the lung they spread from the vascular bed into alveolar septa and alveoli.

### Cytology

See *Histopathology*, above.

### Diagnostic molecular pathology

The presence of one of the five canonical RAS pathway mutations (*KRAS*, *NRAS*, *PTPN11*, *NF1*, *CBL*) facilitates the diagnosis. These mutations can be somatically acquired (55–65% of cases) or inherited in the context of RASopathies (20–30% of cases) {1206,665,1533}. It is therefore strongly recommended that genetic testing also be performed on non-haematopoietic tissue {1203}.

Occasional cases of fusion-driven JMML causing the activation of genes upstream of the RAS pathway, such as *ALK*, *PDGFRB*, *ROS1*, *FLT3*, and *PDGFRA*, have been reported in a group of older patients with JMML {1169,1142,188}.

Secondary events are most commonly detected in *SETBP1*, *ASXL1*, *EZH2*, *JAK3*, or *SH2B3* or in additional RAS pathway genes. These secondary events are exceedingly rare in *CBL*-associated JMML.

In some children with Noonan syndrome (MIM number: 163950) related to germline mutation in *PTPN11* {62,501,1626}, or rarely in *NRAS* {335}, *KRAS* {1500}, or *RIT1* {225,1193}, a transient myeloproliferative disorder that can be hard to distinguish from JMML may be encountered, because most germline variants impart a weaker gain-of-function effect than do the somatic *PTPN11* variants observed in children with JMML {894,1626}. However, some cases may run an aggressive course, requiring therapy, and some patients may have persistent monocytosis or splenomegaly for an extended period of time {1626,95}.

JMML with somatically mutated *NRAS* or *KRAS* shares features with a disorder named RAS-associated lymphoproliferative disease, a rare intrinsic lymphocyte apoptosis defect associated with somatic gain-of-function mutations in *KRAS* or *NRAS* that induces a leukopenia with frequent lymphadenopathy and immunological manifestations but also shares many clinical and laboratory findings with JMML. JMML features associated with *KRAS* or *NRAS* mutations, in patients who show spontaneous regression of myeloproliferative manifestations despite the persistence of RAS-mutated clones and autoimmune manifestations, are compatible with RAS-associated lymphoproliferative disease {1650}. The two entities may represent different phenotypes or a spectrum of the same disease {203,1200}.

Cytogenetic studies show a normal karyotype in 65% of cases, sole monosomy 7 in about 25% of cases {985}, and other aberrations in 10% of cases {1204}. The likelihood of an abnormal karyotype varies among genetic subtypes, with monosomy 7 most often noted in *KRAS*-mutated diseases {1498}.

### Essential and desirable diagnostic criteria

The diagnostic criteria are summarized in Box 2.12 (p. 55). The diagnosis requires all five clinical, haematological, and laboratory criteria to be met, plus one molecular criterion or at least two of the other non-molecular criteria. The suggested workflow for diagnosis is shown in Box 2.13.

### Staging

Not relevant

### Prognosis and prediction

Poor prognostic factors include older age (> 2 years), low platelet counts (< 33 × $10^9$/L), elevated haemoglobin F levels and/or overexpression of *LIN28B* (a regulator of haemoglobin F expression) {1204,674}. Somatic variants in *PTPN11*-related or *NF1*-related JMML {1893,227} and acquisition of secondary somatic mutations of *SETBP1*, *ASXL1*, *EZH2*, and other genes {985,227,1615,1613} have also been associated with adverse outcomes. A DNA-hypermethylated profile {1169,970,1614} has been shown to be predictive of outcome in JMML.

In contrast, some patients with germline *CBL*-associated JMML and many patients with Noonan syndrome–associated myeloproliferative disorder show spontaneous remission.

The *NRAS*-mutated subgroup is the most heterogeneous.

Blast crisis occurs in approximately 30% of patients, with no identified predictive factors.

Finally, Noonan syndrome and *CBL* syndrome with or without loss of heterozygosity in haematopoietic cells are associated with a wide spectrum of haematological manifestations, ranging from transient myeloproliferation with thrombocytopenia or serious immune deregulation to life-threatening neonatal myeloproliferative neoplasms meeting the definition of JMML {894,1626,1625}. Despite a certain degree of genotype–phenotype correlation in Noonan syndrome, predicting the course and behaviour of JMML-like myeloproliferative disorder remains challenging. A watch-and-wait approach may be considered in these situations.





# Myeloproliferative neoplasm NOS (unclassifiable)

Kanagal-Shamanna R
Deeg HJ
Godley LA
Harrison CN
Mathews V
Mesa R
Subramanian PG

### Definition

Myeloproliferative neoplasm (MPN) not otherwise specified (NOS) is a diagnosis of exclusion for cases that have definite clinical, laboratory, morphological, and molecular features of an MPN but fail to meet the diagnostic criteria for any of the specific types in this disease category.

### ICD-O coding

9975/3 Myeloproliferative neoplasm, NOS (unclassifiable)

### ICD-11 coding

2A4Z & XH5HH7 Myelodysplastic and myeloproliferative neoplasms, unspecified & Myeloproliferative neoplasm, NOS

### Related terminology

*Acceptable:* myeloproliferative neoplasm, unclassifiable.

### Subtype(s)

None

### Localization

The blood and bone marrow are the major sites of involvement, but in advanced stages the spleen and liver as the major sites of extramedullary haematopoiesis may be also affected.

### Clinical features

The clinical features are similar to those of other MPNs. In the early stages, organomegaly may be minimal or absent, but splenomegaly and hepatomegaly can be massive in advanced cases in which bone marrow specimens are characterized by marked myelofibrosis and/or increased blasts {542,1717}. The haematological values are also variable, ranging from mild leukocytosis to moderate or marked thrombocytosis, with or without



**Fig. 2.37** Myeloproliferative neoplasm NOS. Hypercellular marrow with increased megakaryocytes with atypical features. There is prominent erythroid proliferation in the background. The findings do not meet the criteria for polycythaemia vera, essential thrombocythaemia, or primary myelofibrosis. Next-generation sequencing showed mutations in *CALR* and *MPL*.

accompanying anaemia. Prominent cytopenia or myelodysplastic features should always prompt the definitive exclusion of myelodysplastic/myeloproliferative neoplasm (MDS/MPN) {85,914}. Discrepancies between morphological and clinical features are particularly common in cases presenting with otherwise unexplained portal or splanchnic vein thrombosis {426,543,1476}.

### Epidemiology

The exact incidence of MPN-NOS is unknown, given that this is largely a diagnosis by exclusion. Therefore, thorough synthesis of clinical, morphological, and molecular features limits the frequency to ≤ 5% of all cases of MPN {85,408,542,765,914,1021,355}.



**Fig. 2.38** Myeloproliferative neoplasm NOS in a patient with mild anaemia, splenomegaly, and splanchnic venous thrombosis not meeting the clinical, morphological, and molecular diagnostic criteria for any of the specific myeloproliferative neoplasms. **A** Bone marrow trephine biopsy highlights hypercellular-for-age marrow with increased megakaryocytes with occasional tight clusters, and with eosinophilia, panmyelosis (unusual in prefibrotic primary myelofibrosis), and minimal fibrosis. **B** Higher-magnification view highlighting the atypical megakaryocytes in clusters. **C** Reticulin stain shows sparse scattered linear reticulin fibres with rare intersections.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 38 of 195

## Etiology
Like for other MPNs, the etiology is largely unknown. Some patients have an underlying hereditary predisposition to MPN {1233,859,806,412,647,1466,1325,1450}.

## Pathogenesis
Like in specific MPN types, driver mutations involving *JAK2*, *CALR*, or *MPL* are often also present in MPN-NOS. An increase in JAK/STAT signalling is the common denominator of the pathophysiology of MPN, including in patients who are triple-negative, i.e. do not show any of these three identified driver gene mutations. Mutations in epigenetic regulators, transcription factors, and signalling components are instrumental for disease initiation and contribute to disease progression, although no single mutation is pathognomonic. Furthermore, particularly in older patients, it is important to consider the possibility that any one of these (and other) mutations may be age-associated and cannot per se serve to label the disease as an MPN {781}. Nevertheless, the mutation landscape, including the three driver mutations and mutations in genes such as *ASXL1*, *TET2*, *EZH2*, or *IDH1*/*IDH2*, indicative of clonal haematopoiesis, provide clues to the disease mechanism {1185}. It may be challenging to dissect the mechanisms in the infrequent cases where patients present with both *JAK2* mutations and *BCR::ABL1* fusion {542}.

## Macroscopic appearance
Not applicable

## Histopathology
Most cases that are diagnosed as MPN-NOS constitute very early stage disease, in which the differentiation between essential thrombocythaemia, primary myelofibrosis (PMF), and polycythaemia vera may be very difficult {914,916,917}. Bone marrow biopsy specimens frequently show hypercellularity and prominent megakaryocytic proliferation, with variable degrees of granulocytic and erythroid proliferation {914,917,1714,1718, 1719}. Occasional cases with normal blood counts but not meeting diagnostic criteria for other MPN types, and incidental isolated unexplained splenomegaly with characteristic MPN-associated driver mutations, may also be classified as MPN-NOS {1202}. These cases are best classified as MPN-NOS until careful follow-up or additional laboratory studies provide sufficient evidence for a more precise diagnosis {914,917}.

In late-stage disease, bone marrow specimens may show dense fibrosis and/or osteosclerosis, indicating a terminal burnt-out stage; every possible effort should be made to identify the specific type of MPN. If no previous history or histology is available, it may be impossible to distinguish between the post-polycythaemic stage of polycythaemia vera (post–polycythaemia vera myelofibrosis) or, rarely, essential thrombocythaemia (post–essential thrombocythaemia myelofibrosis) and the overt fibrotic/osteosclerotic stage of PMF {147,1707,1710,1714,1717}. Differential diagnosis with myelodysplastic neoplasm (MDS), or MDS/MPN-NOS, associated with severe bone marrow fibrosis may be challenging in cases with multilineage dysplasia because of overlapping clinical and morphological features {63,350,347,1246}. In these cases, meticulous investigation with respect to splenomegaly, blood cell count, peripheral blood and bone marrow findings, presence or absence of MPN-associated mutations (*JAK2*, *MPL*, or *CALR*) and other mutations, and karyotypic findings may facilitate the diagnosis {499,1246}.

The presence of ≥ 10% blasts in the peripheral blood or bone marrow and/or the finding of significant dysplastic changes generally indicates a transition to a more aggressive, often terminal phase of the disease {145,146}. Cases initially diagnosed as MPN-NOS in which 10–19% blasts are found in the peripheral blood or bone marrow are considered to be in the accelerated phase. It is important to rule out oligoblastic acute myeloid leukaemia (AML) with defining genetic abnormalities, especially AML with *RUNX1::RUNX1T1* fusion. The blast phase is defined on the basis of ≥ 20% blasts in the peripheral blood and/or bone marrow in a patient previously diagnosed with MPN-NOS. In most of these advanced-stage cases, fibrosis can cause dilution of bone marrow aspirates; therefore, immunohistochemical staining of the bone marrow biopsy sections for CD34 provides diagnostic value by demonstrating increased numbers and/or clusters or aggregates of blasts {1714,1717}.

Common pitfalls include MPN-like presentations of myeloid/lymphoid neoplasms with *FGFR1* rearrangements, particularly those showing minimal involvement by T or B lymphoblasts, and cases with *ABL1* rearrangements should be diagnosed using morphological, immunophenotypic, cytogenetic, and molecular genetic analysis as appropriate. It is also necessary to rule out an underlying plasma cell neoplasm with a paraneoplastic leukaemoid reaction mimicking MPN {68}.

**Box 2.14** Diagnostic criteria for myeloproliferative neoplasm NOS (unclassifiable)

**Requires all three of the following:**
- Presence of any one of the following features:
  - Clinical and haematological features of an MPN (e.g. splenomegaly, leukocytosis, thrombocytosis) in the absence of significant monocytosis and significant eosinophilia
  - Bone marrow hypercellularity with megakaryocytic hyperplasia and varying degrees of granulocytic and erythroid hyperplasia, without dysplastic features
  - Clinical and morphological features can be discrepant[a]
- Not meeting criteria for any other MPN, MDS, MDS/MPN[b], or myeloid/lymphoid neoplasms with eosinophilia and tyrosine kinase gene fusions
- Presence of driver mutations such as *JAK2*, *CALR*, or *MPL* mutations, or another clonal marker[c]

**Requires the absence of both of the following:**
- Insufficient clinical data or inadequate bone marrow specimen for accurate evaluation and classification
- Recent history of cytotoxic or growth factor therapy, particularly when dysplastic features are seen

CML, chronic myeloid leukaemia; MDS, myelodysplastic neoplasm; MDS/MPN, myelodysplastic/myeloproliferative neoplasm; MPN, myeloproliferative neoplasm.
[a]In the pathology report, it is important to describe the morphological findings, summarize the reasons for the difficulty in the classification of a specific MPN subtype, specify any particular MPN types that can be excluded, and recommend additional workup such as expanded molecular testing or repeat peripheral blood / bone marrow within a reasonable duration for further classification. [b]Effects of any previous treatment, severe comorbidity, and changes during the natural progression of the disease process must be excluded.
[c]In the absence of any of the three major clonal mutations, a search for other mutations associated with myeloid neoplasms (e.g. *ASXL1*, *EZH2*, *TET2*, *IDH1*, *IDH2*, *SRSF2*, and *SF3B1* mutations) and translocations such as those involving *ABL1* may be of help in confirming the clonal nature of a suspected MPN-NOS.



## Cytology
See *Histopathology*, above.

## Diagnostic molecular pathology
There is no cytogenetic or molecular genetic finding specific to this disease type. There is no rearrangement of *PDGFRA*, *PDGFRB*, or *FGFR1*, and no fusions involving *JAK2* or *ABL1*, emphasizing the utility of comprehensive profiling for chromosomal alterations. The presence of a phenotypic driver mutation in *JAK2*, *CALR*, or *MPL* supports the diagnosis of MPN. Cases that do not meet the clinical and/or morphological criteria for a specific MPN type or any other specific disease category are best categorized as MPN-NOS. MPN-NOS is a diagnosis of exclusion and hence requires the presence of morphological changes of MPN on bone marrow examination, and a clonal genetic marker {355,1116}. The term MPN-NOS should not be used in instances where a full diagnostic workup was not performed. MPN-NOS is genetically heterogeneous despite improvements and refinements in the classification criteria for definitive subtypes of MPN, such as prefibrotic PMF and masked polycythaemia vera {765}. Studies have demonstrated that the majority of cases have mutations in MPN drivers: mostly *JAK2*, followed by *CALR* {542,355,863}. The remaining cases have mutations in one or more non-driver genes such as *TET2*, *ASXL1*, *SRSF2*, *RUNX1*, and *DNMT3A* {355}. Nearly 90% of cases show normal cytogenetics. The presence of certain genetic alterations such as MDS-defining cytogenetic abnormalities or the presence of isolated isochromosome 17q at diagnosis should prompt a thorough search for concurrent dysplastic changes, rule out secondary causes of proliferation, and prompt consideration of MDS or MDS/MPN {1485,578,821, 823}. The triple-negative nature of essential thrombocythaemia–like presentations should be confirmed with sensitive mutation assays {1116}.

## Essential and desirable diagnostic criteria
See Box 2.14.

## Staging
Not relevant

## Prognosis and prediction
The prognosis of MPN-NOS is dependent upon the mutation landscape, cytogenetic abnormalities, patient age, comorbid conditions, and (presumably) factors not yet recognized as contributory. In cases that present very early in the disease course, before clinical and laboratory characteristics have fully developed, additional observation is generally needed to assess prognosis as indicated by the evolution into one of the well-characterized entities such as PMF, polycythaemia vera, or essential thrombocythaemia {1186}. Some cases will have a worse prognosis than those that present with classic features of essential thrombocythaemia or polycythaemia vera (e.g. cases with non-driver *ASXL1* mutations), so careful diagnostic annotation is important. For patients who present with advanced disease with an increase in myeloblasts, extensive fibrosis (often not restricted to the bone marrow), and extramedullary haematopoiesis, the prognosis is poor {554,869}. Currently, the only strategy that may lead to long-term survival is allogeneic haematopoietic cell transplantation.

# Mastocytosis: Introduction

Hochhaus A

Mastocytosis comprises rare, heterogeneous diseases characterized by the accumulation of abnormal mast cells in various organs or tissues. It exhibits a complex pathology and diverse clinical behaviour. This disease category includes cutaneous mastocytosis, systemic mastocytosis with its various clinicopathological subtypes, and mast cell sarcoma (see Box 2.15).

Mastocytosis develops via activating mutations of the gene encoding the KIT receptor, which is involved in the proliferation of mast cells, germ cells, melanocytes, and haematopoietic cells. A somatic point mutation in *KIT* at codon D816 is found in > 80% of patients with systemic mastocytosis. Rare activating *KIT* aberrations comprise mutations in the extracellular domain (e.g. deletion of codon 419 in exon 8 or p.A502_Y503dup in exon 9), transmembrane domain (e.g. *KIT* p.F522C), or juxtamembrane domain (e.g. *KIT* p.V560G), which are found in < 1% of advanced systemic mastocytosis cases but seem to be enriched in cases of indolent systemic mastocytosis. Most patients with *KIT* p.D816V and advanced systemic mastocytosis have somatic mutations in additional genes, most frequently *TET2*, *SRSF2*, *ASXL1*, *RUNX1*, and *JAK2*. In patients with these mutations, an associated haematological neoplasm, most commonly a myeloid neoplasm, may be detected.

Whereas patients with indolent systemic mastocytosis have a normal or near-normal life expectancy, patients with advanced mast cell neoplasms, including aggressive systemic mastocytosis and mast cell leukaemia, have a poor prognosis with a short survival time. Independent of the category of mastocytosis and the serum tryptase level, patients may have mediator-related symptoms and/or osteopathy. Depending on the presence of comorbidities, the symptomatology in such patients may be mild, severe, or even life-threatening. The most relevant comorbidities in such patients are IgE-dependent allergies, vitamin D deficiency, and psychiatric and psychological conditions. The diagnosis and management of mastocytosis is an emerging challenge in clinical practice and requires specialized knowledge, a multidisciplinary approach, and personalized procedures.

**Box 2.15** Classification of mastocytosis

- Cutaneous mastocytosis
  - Maculopapular cutaneous mastocytosis
    - Monomorphic subtype
    - Polymorphic subtype
  - Diffuse cutaneous mastocytosis
  - Cutaneous mastocytoma
- Systemic mastocytosis[a]
  - Bone marrow mastocytosis
  - Indolent systemic mastocytosis
  - Smouldering systemic mastocytosis
  - Aggressive systemic mastocytosis
  - Systemic mastocytosis with an associated haematological neoplasm
  - Mast cell leukaemia
- Mast cell sarcoma
- Extracutaneous mastocytoma

[a]Well-differentiated systemic mastocytosis represents a morphological subtype that may occur in any systemic mastocytosis type, including mast cell leukaemia.





# Cutaneous mastocytosis

Colmenero I
Alvarez-Twose I
Sotlar K
Torrelo A

## Definition
Cutaneous mastocytosis (CM) is a form of mastocytosis primarily affecting the skin.

## ICD-O coding
9740/1 Cutaneous mastocytosis

## ICD-11 coding
2A21.1 Cutaneous mastocytosis
2A21.1Y Other specified cutaneous mastocytosis

## Related terminology
*Not recommended:* urticaria pigmentosa; telangiectasia macularis eruptiva perstans.

## Subtype(s)
Maculopapular cutaneous mastocytosis (MPCM); diffuse cutaneous mastocytosis (DCM); mastocytoma

## Localization
Maculopapular cutaneous mastocytosis (MPCM) favours the trunk and proximal extremities, but other areas may be involved. The palms, soles, and central face are usually spared. Diffuse cutaneous mastocytosis (DCM) involves the whole skin surface. Mastocytomas may appear anywhere, more frequently on the trunk and scalp {645,1839}.

## Clinical features
The classification of CM is based on the number of lesions and morphological features (see Table 2.06, p. 62). Swelling, reddening, pruritus, or blistering can occur when mast cells are activated, usually upon stroking (Darier sign) or temperature changes. Systemic symptoms originating from the release of mast cell mediators can occur in some cases and include flushing, headache, diarrhoea, abdominal pain or cramping, and even anaphylaxis in the most severe cases. These are more frequently seen in children with extensive skin involvement and elevated tryptase levels {30}. However, elevated tryptase is not a reliable marker for systemic




**Fig. 2.39** Cutaneous mastocytosis. Clinical presentation of polymorphic maculopapular cutaneous mastocytosis (**A**), monomorphic maculopapular cutaneous mastocytosis (**B**), diffuse cutaneous mastocytosis (**C**), and mastocytoma (**D**).

**Table 2.06** Classification and clinical features of cutaneous mastocytosis

| Subtype | Clinical features |
|---|---|
| **Maculopapular cutaneous mastocytosis (MPCM)** {645,1839} | |
| **Polymorphic MPCM** | • Usually seen in children<br>• Brown, yellow, or pale red papules, plaques, and/or nodules<br>• Heterogeneity in number, shape, size, margination, and degree of confluence of the lesions |
| **Monomorphic MPCM** | • The most common subtype in adults; may be present from infancy or childhood<br>• Small, round, pigmented macules and papules, ranging from a few scattered lesions to generalized skin involvement with confluent lesions |
| **Diffuse cutaneous mastocytosis** {1099,929} | • An extremely rare form of cutaneous mastocytosis occurring in infants<br>• Generalized erythroderma, thickened skin, exaggerated folds, and episodic blistering often accompanied by severe systemic symptoms<br>• Absence of individual skin lesions |
| **Mastocytoma** {645,56} | • The most frequent type of mastocytosis in infants<br>• Mastocytomas are usually solitary lesions, but as many as three lesions are accepted<br>• Yellow to brown papules, nodules, or plaques, often with a leathery texture; less frequently, small and pigmented macules<br>• Rubbing may cause wheals, blisters, and occasionally flushing and hypotension |

mastocytosis in children, because most children with elevated tryptase levels have disease limited to the skin {217}.

## Epidemiology
CM is a rare disease, most commonly affecting children {222, 646,1754,1851}. The true incidence and prevalence of CM are unknown.

## Etiology
Unknown

## Pathogenesis
Somatic activating mutations in *KIT* cause mastocytosis {994}. The *KIT* p.D816V mutation in exon 17 is present in > 80% of adult cases and in 35–40% of paediatric cases {522,1586,1099}. Of the paediatric cases, *KIT* mutations in exons 8–11 are observed in as many as 40%, whereas 15–20% are *KIT*-wildtype {142}. Germline *KIT* mutations have been reported in familial forms of mastocytosis {1917,29}.

*KIT* mutations cause constitutional, ligand-independent hyperactivation of the receptor tyrosine kinase KIT {251}. Downstream mediators of oncogenic *KIT* signalling include PI3K, STAT5, NF-κB, mTORC2, and PKCδ. They induce the proliferation and increased growth and survival of neoplastic mast cells, leading to their pathological accumulation in organs and tissues {251}.

## Macroscopic appearance
Not relevant

## Histopathology
Skin biopsies show a highly variable increase in dermal mast cells when stained for Giemsa, toluidine blue, mast cell tryptase, or CD117 {198,526,1851,645}. In MPCM, mast cells are often loosely scattered, with a tendency to aggregate around blood vessels and adnexa or form small, or even band-like, compact infiltrates in the upper dermis {1851,645}. Mast cells are usually markedly increased in DCM and form nodular infiltrates in mastocytomas {1851,645}. Mast cells appear as unremarkable histiocyte-like cells {1851,877}. With Giemsa, mast cells can be spindle-shaped or round, with hypergranulated cytoplasm (well-differentiated morphology) {645,1851,28}. They always coexpress tryptase and CD117. Expression of CD2, CD25, and/or CD30 supports their neoplastic nature {706,118,1584,930,1449}. Mast cells with a well-differentiated phenotype typically lack CD25 and CD2



**Fig. 2.40** Paediatric cutaneous mastocytosis (polymorphic maculopapular cutaneous mastocytosis). **A** The epidermis shows elongated rete ridges and pronounced hyperpigmentation. Pale-staining histiocytoid cells infiltrate the upper dermis. **B** Immunohistochemistry for tryptase identifies these cells as mast cells.







**Fig. 2.41** Cutaneous mastocytosis. **A** Mastocytosis in the skin in an adult with clinical features of cutaneous mastocytosis (monomorphic maculopapular cutaneous mastocytosis). Immunohistochemistry for tryptase shows a moderate increase in mostly spindle-shaped mast cells. **B** Only a few neoplastic mast cells show an aberrant expression of CD25. A bone marrow biopsy is indicated in this situation, because > 90% of adult patients with the preliminary diagnosis of mastocytosis in the skin have systemic mastocytosis, usually indolent systemic mastocytosis.



**Fig. 2.42** Mastocytoma. **A** Sheets of isomorphic round cells with a histiocytoid appearance are seen expanding the dermis. **B** The neoplastic cells show numerous cytoplasmic metachromatic granules (Giemsa). **C** A moderate cytoplasmic expression of tryptase is evident. **D** In addition, the neoplastic mast cells demonstrate a strong membranous expression of KIT (CD117). Of note, no expression of CD25 and no *KIT* mutations (neither p.D816V nor mutations in other relevant regions of *KIT*) were found.

but they express CD30 in most cases {28,735,27}. Increased numbers of mast cells showing striking nuclear pleomorphism with bilobed and multilobed nuclei (promastocytes) can be observed in CM with well-differentiated features. There is no evidence that promastocytes represent a malignant phenotype {877,28}.

## Cytology
Not relevant

## Diagnostic molecular pathology
The detection of *KIT* mutations supports the diagnosis of mastocytosis.

## Essential and desirable diagnostic criteria
*Essential:* cutaneous lesions with clinical features typical of mastocytosis; absence of clinical signs of systemic mastocytosis; bone marrow evaluation (when indicated) not meeting the criteria for systemic mastocytosis; skin biopsy showing increased numbers of mast cells; mast cells immunoreactive for KIT (CD117) and/or tryptase.

*Desirable:* aberrant dermal mast cell immunophenotype (CD2+, CD25+, and/or CD30+); detection of *KIT* mutation in lesional skin.

## Staging
In children with mastocytosis involving the skin and with normal serum tryptase levels, the diagnosis of CM is assumed without the need for further investigations. A complete bone marrow study is recommended in all adults regardless of tryptase levels {1755}.

## Prognosis and prediction
CM in children tends to resolve around puberty. DCM may be potentially fatal, but most cases involute in childhood, leaving wrinkled and thickened skin. In adult-onset CM, skin lesions usually persist for life, with variable degrees of mast cell activation symptoms, but the disease does not have an impact on life expectancy {645}. In cases with aberrant/clonal bone marrow mast cells that do not meet enough criteria for a diagnosis of systemic mastocytosis, close follow-up is recommended in order to detect eventual progression to systemic mastocytosis.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 41 of 195

# Systemic mastocytosis

Verstovsek S
Alvarez-Twose I
Colmenero I
Cozzolino I
Sotlar K

## Definition
Systemic mastocytosis (SM) is a myeloid neoplasm characterized by clonal proliferation of mast cells, typically harbouring mutant *KIT*, involving at least one extracutaneous organ system, with or without evidence of skin lesions.

## ICD-O coding
9741/1 Systemic mastocytosis
9741/1 Indolent systemic mastocytosis
9741/1 Bone marrow mastocytosis
9741/1 Smouldering systemic mastocytosis
9741/3 Aggressive systemic mastocytosis
9741/3 Systemic mastocytosis with an associated haematological neoplasm
9742/3 Mast cell leukaemia

## ICD-11 coding
2A21.00 Mast cell leukaemia
2A21.0Z Systemic mastocytosis, unspecified
2A21.0Y Other specified systemic mastocytosis

## Related terminology
*Acceptable:* systemic mast cell disease; systemic mastocytosis with an associated clonal haematological non–mast cell lineage disease.

## Subtype(s)
Indolent systemic mastocytosis (ISM), bone marrow mastocytosis (BMM); smouldering systemic mastocytosis (SSM); aggressive systemic mastocytosis (ASM); systemic mastocytosis with an associated haematological neoplasm (SM-AHN); mast cell leukaemia (MCL)

## Localization
The bone marrow is nearly always involved in SM. It is therefore necessary to undertake morphological and molecular analyses of a bone marrow biopsy/aspirate specimen in adults to confirm a diagnosis of SM {1756,1232,719,951}. Rarely, circulating mast cells are detected in the peripheral blood {321,675}. Other organs (spleen, lymph nodes, liver, gastrointestinal tract) may be involved in SM {523,712,715,718,951,1705,1757}. Skin lesions are frequent in ISM and SSM, as compared with advanced SM (AdvSM), which includes ASM, SM-AHN, and MCL {1284,1757,8}. In BMM, skin lesions are absent.

**Box 2.16** Clinical features of systemic mastocytosis

**Presenting symptoms**[a] {1343,1906,679,1757,1487,500,107,1437,564,779,779,1683}
- Constitutional symptoms (fatigue, weight loss, fever, diaphoresis)
- Skin manifestations (pruritus, urticaria, dermatographia flushing)[b]
- Mediator-related systemic events (abdominal pain, gastrointestinal distress, syncope, headache, hypotension, tachycardia, respiratory symptoms)[c]
- Musculoskeletal symptoms (bone pain, osteopenia/osteoporosis, fractures, arthralgias, myalgias)

**Clinical findings**[d] {1343,1742,679,564,779,711,712,715,1108}
- Lymphadenopathy
- Hepatomegaly {711,712,715,1108}
- Splenomegaly (often minimal)

**Haematological abnormalities** {1343,1742,679,66,1597,790,779,714,891,1283}
- Anaemia
- Leukocytosis
- Eosinophilia (a common finding)
- Neutropenia and thrombocytopenia
- Bone marrow failure[e]
- Increased circulating mast cells[f]
- Associated haematological neoplasm[g]

**Serum tryptase levels** {1343,1742,1755,500,679,1487}
- > 20 ng/mL[h]

[a]These disease manifestations can range in severity from mild to life-threatening. Symptoms related to organ impairment due to mast cell infiltration can also occur, in particular in patients with high-grade systemic mastocytosis (SM), including aggressive SM and mast cell leukaemia. [b]Absent in bone marrow mastocytosis and indolent SM without skin lesions. Absence of skin lesions is often observed in advanced SM {1755}. [c]Severe systemic symptoms can occur in patients with indolent SM as a result of extensive generation and release of biochemical mediators such as histamine, eicosanoids, proteases, and heparin. For example, gastrointestinal manifestations such as peptic ulcer disease and diarrhoea are more commonly attributed to the release of biologically active mediators than to infiltration of the gastrointestinal tract by excessive numbers of abnormal mast cells {383,795}. [d]Organomegaly is often absent in indolent SM but is usually present (along with impaired organ function) in advanced SM, including aggressive SM and mast cell leukaemia. [e]Occurs only in patients with aggressive or leukaemic disease variants. [f]Suggestive of mast cell leukaemia {779,1757}. [g]In as many as 75% of SM cases, an associated haematological neoplasm (SM-AHN) is diagnosed before, simultaneously with, or after SM. In principle, any defined myeloid or lymphoid malignancy can occur with an associated haematological neoplasm, but myeloid neoplasms predominate, with chronic myelomonocytic leukaemia and myelodysplastic/myeloproliferative neoplasm, unclassifiable, being most common {714,716,717,1587,1596,1608}. In patients with SM-AHN, the clinical symptoms, disease course, and prognosis relate both to SM and to the associated haematological neoplasm {963,1596,1757}; in many cases, the clinical outcome is determined primarily by the associated haematological neoplasm {218,1697}. Therefore, both the type of SM and the type of associated haematological neoplasm should be classified according to the WHO criteria in all cases. [h]Serum total tryptase persistently > 20 ng/mL suggests SM and is a minor criterion for diagnosis {1755,1757}. Because a number of other conditions are associated with an elevated tryptase level, the following restrictions should apply: (1) only the basal serum tryptase level (measured in a symptom-free interval) qualifies as a minor SM criterion; (2) the basal serum tryptase level does not qualify as a SM criterion when an associated haematological neoplasm is also diagnosed; and (3) in patients with known hereditary α-tryptasaemia, the basal tryptase level should be corrected accordingly.





**Fig. 2.43** Lymphoplasmacytic lymphoma. Typically an increased number of non-neoplastic mature mast cells is found, representing reactive mast cell hyperplasia (CAE stain).

## Clinical features
SM presents with heterogeneous manifestations ranging from indolent presentations without impairment of life expectancy to highly aggressive neoplasms associated with multiorgan failure and poor survival. The signs and symptoms of SM are summarized in Box 2.16.

## Epidemiology
SM is most common in adults and is generally diagnosed after the second decade of life, with an M:F ratio of 1:1–1.5 {1107, 1284}. The true incidence of SM is unknown. One study showed an incidence rate of 0.89 cases per 100 000 person-years for all SM subtypes {292}. Well-differentiated SM (WDSM; see below) has a female predominance and usually arises in childhood, and familial aggregation is common {28}.

## Etiology
The etiology of sporadic cases is unknown. Rare cases of familial SM have been reported, mostly among patients with WDSM and childhood onset of disease {1662,28}.



**Fig. 2.44** Indolent systemic mastocytosis. **A** Two compact mast cell infiltrates (Giemsa). **B** A diffuse-interstitial infiltrate of neoplastic mast cells is highlighted by KIT (CD117) immunohistochemistry. **C** Higher-power magnification shows a focal compact infiltrate of spindle-shaped mast cells accompanied by lymphocytes and eosinophils (Giemsa).



**Fig. 2.45** Systemic mastocytosis with intestinal involvement. **A** A colon mucosa biopsy shows pronounced eosinophilia of the lamina propria and a pale-staining rim of neoplastic mast cells that cannot be sufficiently appreciated in an H&E stain. **B** KIT (CD117) immunohistochemistry highlights the infiltrate.

## Pathogenesis

SM is driven by gain-of-function *KIT* mutations in exon 17 (primarily *KIT* p.D816V in > 90% of adult cases), regardless of SM subtype {1782,48,441,1753}. *KIT* p.D816V mutations and consequent aberrant (constitutive) activation of KIT drive the differentiation, proliferation, and survival of mast cells {71,441, 1753}. KIT-mediated signalling activates multiple downstream pathways, including PI3K, JAK/STAT, and MAPK {441}.

In almost all cases, *KIT* mutation is somatic and acquired over the course of life. Familial aggregation with first-degree family members has been described, especially in paediatric patients and more rarely in adults {1662,28}.

**Box 2.17** Diagnostic criteria for systemic mastocytosis {1755}

**Major criterion:**
- Multifocal dense infiltrates of mast cells (≥ 15 mast cells in aggregates) detected in sections of bone marrow and/or other extracutaneous organ(s)

**Minor criteria:**
- Atypical mast cell morphology, including spindle shape or immature morphology, present in > 25% of all mast cells on bone marrow smears or in other extracutaneous organ(s)[a]
- Mast cells aberrantly express one or more of the following antigens: CD2, CD25, CD30
- *KIT* p.D816V mutation or other activating *KIT* mutation[b] detected in peripheral blood, bone marrow, or other extracutaneous organ(s)
- Baseline serum tryptase concentration of > 20 ng/mL in the absence of an associated myeloid neoplasm; in the case of a known HαT, the tryptase level could be adjusted[c]

The diagnosis of systemic mastocytosis can be made if the major criterion and at least one minor criterion are fulfilled, or if at least three minor criteria are fulfilled.

HαT, hereditary α-tryptasaemia.
[a]Well-differentiated round cell morphology may be seen in a small subset of cases; mast cells in such cases are usually positive for CD30 and negative for CD2 and CD25. [b]Any type of *KIT* mutation counts as a minor systemic mastocytosis criterion when published solid evidence for its transforming behaviour is available (an overview of potentially activating *KIT* mutations is provided in the supplementary material of {1755}). [c]A possible mode for adjustment has been proposed by Valent et al. (2021) {1755}: the basal tryptase level may be divided by 1 plus the number of extra copies of the α-tryptase gene. For example, if the tryptase level is 30 ng/mL and two extra copies of the α-tryptase gene are found in a patient with HαT, the HαT-corrected tryptase level is 10 ng/mL (30/3 = 10), thereby not meeting the level of a minor systemic mastocytosis criterion.

**Table 2.07** Diagnostic criteria and morphological and molecular features for systemic mastocytosis (SM) subtypes {1755} (continued on next page)

| Subtype | Diagnostic criteria | Morphological features | Other features | Differential diagnoses |
|---|---|---|---|---|
| **Bone marrow mastocytosis (BMM)** | • SM criteria fulfilled<br>• No skin lesions<br>• No B findings[a]<br>• Basal serum tryptase < 125 ng/mL<br>• No dense SM infiltrates in an extramedullary organ | • Low to very low MC burden in BM<br>• Compact bone marrow MC infiltrates in > 70% of cases<br>• Morphological features otherwise as in ISM<br>• WD morphology rarely observed | • In patients with WD morphology, mutation analysis in all other relevant regions of the *KIT* gene may be considered {48,15,28} | • ISM without skin lesions |
| **Indolent systemic mastocytosis (ISM)** | • SM criteria fulfilled<br>• Typical skin lesions<br>• At most one B finding[a]<br>• *ISM without skin lesions:* at most one B finding[a,b] and/or basal serum tryptase ≥ 125 ng/mL and/or dense SM infiltrates in an extramedullary organ | • Low MC burden in BM (usually < 5–10% of section area)<br>• Compact MC infiltrates in > 70% of cases, typically of mixed morphology, containing numerous eosinophils, lymphocytes, fibroblasts, and histiocytes, in addition to neoplastic MCs<br>• Usually > 25% spindle-shaped MCs<br>• Haematopoiesis usually normal, mild reactive changes possible<br>• Paratrabecular compact MC infiltrates often with prominent reticulin or collagen fibrosis and osteosclerotic changes in adjacent trabeculae<br>• Atypical MCs in BM smears<br>• WD morphology possible | • *KIT* p.D816V mutation in 90–95%<br>• In patients with WD morphology, mutation analysis in all other relevant regions of the *KIT* gene may be considered {48,15,28} | • Cutaneous mastocytosis<br>• SSM<br>• ASM |
| **Smouldering mastocytosis (SSM)** | • SM criteria fulfilled<br>• At least two B findings[a]<br>• No C findings[a] | • High MC burden in the BM (usually > 30% of section area)<br>• Diffuse-compact MC infiltration pattern<br>• Usually spindle-shaped MCs embedded in a dense fibrotic stroma with pronounced osteosclerosis<br>• Haematopoiesis often with mild dysplastic changes (not fulfilling WHO criteria for AHN)<br>• WD morphology rarely observed | • *KIT* p.D816V almost always present, usually with multilineage involvement<br>• In patients with WD morphology, mutation analysis in all other relevant regions of the *KIT* gene may be considered {48,15,28}<br>• High tryptase levels, organomegaly, and skin lesions in most cases | • ISM<br>• ASM |

AHN, associated haematological neoplasm; AML, acute myeloid leukaemia; ASM, aggressive systemic mastocytosis; BM, bone marrow; BMM, bone marrow mastocytosis; CMML, chronic myelomonocytic leukaemia; ISM, indolent systemic mastocytosis; MC, mast cell; MCL, mast cell leukaemia; MDS/MPN, myelodysplastic/myeloproliferative neoplasm; MPN, myeloproliferative neoplasm; SSM, smouldering systemic mastocytosis; WD, well-differentiated.
[a]B findings and C findings are listed in Box 2.18 (p. 68). [b]Serum tryptase levels may be > 200 ng/mL (if no other B finding is detected) or < 200 ng/mL (in which case one B finding may be detected) {1908}.





## Macroscopic appearance

Not relevant

## Histopathology

The diagnosis and subtyping of SM are usually based on the histopathological investigation of a bone marrow trephine biopsy specimen. The diagnostic hallmark of SM is the presence of compact mast cell infiltrates consisting of ≥ 15 mast cells in the bone marrow (and/or other extracutaneous organs) {646,718, 1757}. The diagnostic criteria for SM and its subtypes are listed in Box 2.17 and Table 2.07 (for B findings and C findings, see Box 2.18, p. 68). Of note, in > 50% of BMM cases, in as many as 30% of ISM cases, and in SM-AHN, compact mast cell infiltrates are missing {118,197,31}. Four major infiltration patterns have been defined (see Table 2.08, p. 69) {903}.

In smear preparations, normal mast cells are round, medium-sized cells with abundant metachromatic granules in Pappenheim/Wright–Giemsa or toluidine blue stains. In enzyme cytochemistry, mast cells strongly react with naphthol AS-D CAE but do not express myeloperoxidase {718}. Usually, mast cells account for far less than 1% of all nucleated bone marrow cells. Enumeration of mast cells must be performed outside crushed



**Fig. 2.46** Aggressive systemic mastocytosis. Bone marrow histology shows large, confluent mast cell infiltrates with accompanying fibrosis and osteosclerosis completely effacing the normal bone marrow architecture. Of note, similar morphological features can be observed in smouldering systemic mastocytosis.

**Table 2.07** Diagnostic criteria and morphological and molecular features for systemic mastocytosis (SM) subtypes {1755} (continued)

| Subtype | Diagnostic criteria | Morphological features | Other features | Differential diagnoses |
|---|---|---|---|---|
| **Aggressive systemic mastocytosis (ASM)** | • SM criteria fulfilled<br>• At least one C finding[a] | • High to very high MC burden in the BM<br>• Diffuse-compact MC infiltration pattern<br>• Usually spindle-shaped MCs embedded in a dense fibrotic stroma, occasionally with pronounced osteosclerosis<br>• Pure ASM is less frequent than ASM-AHN<br>• In BM smears, MCs > 5% and < 20% indicate ASM in transformation {1761}<br>• Haematopoiesis, often with mild dysplastic changes (not fulfilling WHO criteria for AHN)<br>• WD morphology possible | • *KIT* p.D816V almost always present, usually with multilineage involvement<br>• In patients with WD morphology, mutation analysis in all other relevant regions of the *KIT* gene may be considered {48,15,28}<br>• High tryptase levels<br>• Skin lesions frequently absent | • SSM<br>• ASM-AHN<br>• MCL |
| **Systemic mastocytosis with an associated haematological neoplasm (SM-AHN)** | • SM criteria fulfilled<br>• Criteria for a WHO-defined haematological neoplasm; both disease compartments are classified according to WHO definitions | • Any subtype of SM and any type of myeloid neoplasm can be detected, most frequently MDS/MPN (CMML), MDS, MPN, or AML<br>• Morphology may encompass ASM or MCL, which would not be designated if an AHN diagnosis is established<br>• WD morphology possible | • *KIT* p.D816V usually present when sensitive techniques are applied<br>• In patients with WD morphology, mutation analysis in all other relevant regions of the *KIT* gene may be considered {48,15,28}<br>• Non-*KIT* mutations typically found in AHN | • SSM<br>• ASM<br>• MCL<br>• Tryptase-positive AML<br>• Myeloid/lymphoid neoplasms with eosinophilia |
| **Mast cell leukaemia (MCL)** | • SM criteria fulfilled<br>• ≥ 20% MCs in BM smears<br>• No AHN<br>• In peripheral blood smears: ≥ 10% MCs in classic MCL, < 10% MCs in aleukaemic MCL<br>• In acute MCL, C findings are detectable; chronic MCL (no C findings) has a much better prognosis[a] | • High MC burden is common in BM<br>• Diffuse-compact MC infiltration pattern<br>• Predominantly round and hypogranulated MCs in most cases<br>• Rarely, highly pleomorphic MCs with hypogranulation and cytoplasmic vacuolization<br>• Reticulin content usually much lower than in SSM/ASM<br>• WD morphology rarely observed (chronic MCL) | • *KIT* p.D816V in ~50–70%<br>• Other *KIT* codon 816 mutations, and mutations in other regions of *KIT*, are more frequent than in other SM subtypes<br>• In patients with WD morphology, mutation analysis in all other relevant regions of the *KIT* gene may be considered {48,15,28}<br>• Skin lesions absent in most patients | • MCL-AHN<br>• ASM<br>• Tryptase-positive AML<br>• Acute basophilic leukaemia<br>• Monocytic leukaemias |

AHN, associated haematological neoplasm; AML, acute myeloid leukaemia; ASM, aggressive systemic mastocytosis; BM, bone marrow; BMM, bone marrow mastocytosis; CMML, chronic myelomonocytic leukaemia; ISM, indolent systemic mastocytosis; MC, mast cell; MCL, mast cell leukaemia; MDS/MPN, myelodysplastic/myeloproliferative neoplasm; MPN, myeloproliferative neoplasm; SSM, smouldering systemic mastocytosis; WD, well-differentiated.
[a]B findings and C findings are listed in Box 2.18 (p. 68). [b]Serum tryptase levels may be > 200 ng/mL (if no other B finding is detected) or < 200 ng/mL (in which case one B finding may be detected) {1908}.




**Fig. 2.47** Indolent systemic mastocytosis. **A** A bone marrow smear showing typical spindle-shaped mast cells (atypical mast cell type I) (toluidine blue stain). **B** A bone marrow trephine showing loosely scattered mast cells without compact infiltrates (Giemsa).

bone marrow particles. Neoplastic mast cells in mastocytosis show various degrees of cellular atypia, including spindle shape, hypogranulation, or multinucleation (see Table 2.09) {1595,1757,1761}. In WDSM, mast cells show an apparently normal or nearly normal morphology, with frequent small clusters of two or three mast cells outside bone marrow particles {28}.

In H&E-stained tissue sections, normal or reactive mast cells may be difficult to differentiate from histiocytic cells or fibroblasts. Mast cells have round to oval nuclei with clumped chromatin and abundant cytoplasm. Nucleoli are usually absent. Compact mast cell infiltrates often appear granulomatoid. Appropriate special stains (e.g. basic dyes like Giemsa and toluidine blue) for metachromatic granules allow the identification of mast cells (see Table 2.09) {951,1284,1757}. However metachromatic granules may be reduced or even absent in neoplastic mast cells. Therefore, immunohistochemistry using antibodies against tryptase and KIT (CD117) is the most specific and reliable method for mast cells and determining the predominant mast cell infiltration pattern, and it should be applied in every case of suspected SM. A (reactive) mast



**Fig. 2.48** Systemic mastocytosis. Well-differentiated systemic mastocytosis with exclusively round and hypergranulated mast cells showing diffuse interstitial and compact infiltrates (Giemsa).

**Box 2.18** Definitions of B findings (burden of disease) and C findings (cytoreduction required) {1755}

**B findings:**
- High mast cell burden: Infiltration in bone marrow ≥ 30% and/or serum tryptase ≥ 200 ng/mL[a] and/or *KIT* p.D816V variant allele frequency (VAF) ≥ 10% in bone marrow or peripheral blood leukocytes
- Signs of myeloproliferation and/or myelodysplasia not fulfilling criteria for AHN[b]
- Hepatomegaly on palpation or imaging (ultrasound, CT, or MRI) without ascites or other signs of organ damage and/or splenomegaly on palpation or imaging without hypersplenism and/or lymphadenopathy on palpation or imaging (> 20 mm)

**C findings:**
- Cytopenia(s) (one or more found):
  - Absolute neutrophil count < 1 × $10^9$/L
  - Haemoglobin < 10 g/dL
  - Platelet count < 1.0 × $10^9$/L
- Hepatopathy: Ascites and elevated liver enzymes[c] ± hepatomegaly or cirrhotic liver ± portal hypertension
- Spleen: Palpable splenomegaly with hypersplenism ± weight loss ± hypoalbuminaemia
- Gastrointestinal tract: Malabsorption with hypoalbuminaemia ± weight loss
- Bone: Large-sized osteolysis (≥ 20 mm) ± pathological fracture ± bone pain

AHN, associated haematological neoplasm; MDS, myelodysplastic neoplasm; MDS/MPN, myelodysplastic/myeloproliferative neoplasm; MPN, myeloproliferative neoplasm; SM, systemic mastocytosis; SM-AHN, systemic mastocytosis with an associated haematological neoplasm.
[a]In the case of a known hereditary α-tryptasaemia (HαT), the basal serum tryptase level can be adjusted. The optimal method of adjustment is not definitively defined. A common method is to divide the basal tryptase level by 1 plus the number of extra copies of the α-tryptase gene. For example, with a tryptase level of 300 and two extra copies of the α-tryptase gene in a patient with HαT, the HαT-corrected tryptase level is 100 (300/3 = 100) and therefore does not qualify as a B finding. [b]Signs of myeloproliferation and/or myelodysplasia must be discrete and stable and must not meet diagnostic criteria for an MPN, MDS, or MDS/MPN, excluding SM-AHN. The presence of a myeloid AHN excludes B findings and smouldering systemic mastocytosis by definition. [c]Alkaline phosphatase levels are typically elevated in patients with advanced SM and SM-induced liver damage. In some of these patients, only elevated liver enzymes are found, without (clinically relevant) ascites.



**Table 2.08** Histological mast cell infiltration pattern in tissue sections {903}

| Infiltration pattern | Description | Systemic mastocytosis subtype |
|---|---|---|
| I. Focal/multifocal | Disseminated dense/compact mast cell infiltrates | BMM, ISM, SM-AHN |
| II. Diffuse-interstitial | Increased loosely scattered mast cells<br>Usually also present in cases with multifocal infiltration | BMM, ISM, SM-AHN |
| III. Packed/diffuse-compact | Complete effacement of the pre-existing bone marrow | MCL, SSM, ASM |
| IV. Mixed | Focal/multifocal and diffuse-interstitial | Any |

ASM, aggressive systemic mastocytosis; BMM, bone marrow mastocytosis; ISM, indolent systemic mastocytosis; MCL, mast cell leukaemia; SM-AHN, systemic mastocytosis with an associated haematological neoplasm; SSM, smouldering systemic mastocytosis.

cell hyperplasia can be observed in a variety of myeloid and lymphoid neoplasms, in association with marrow aplasia/hypoplasia or fibrosis, and secondary to stem cell factor (SCF) administration.

### *Immunohistochemistry*

Virtually all reactive and neoplastic mast cells express tryptase and KIT (CD117) {719,29,409}. Aberrant expression of CD25, CD2, and/or CD30 in neoplastic mast cells, detected by immunohistochemistry or flow cytometry, underscores the neoplastic nature of the mast cells {1143,1584,430}. Although CD25 can be detected in nearly all SM cases, expression of CD2 and CD30 is less consistent {1588,1143,1584}.

### *Well-differentiated systemic mastocytosis*

This morphological pattern with mature-appearing mast cells can occur in any SM subtype (present in about 5% of patients with SM, overall). The percentage of mast cells in the bone marrow is usually high, and the cells are round, with a centrally placed nucleus and well-granulated cytoplasm. In WDSM, mast cells have a CD25–/low, CD2–/low, CD30+ immunophenotype {28,1143,1755}; therefore, CD30 is a very useful diagnostic marker in WDSM. Notably, *KIT* p.D816V mutation is rare, unlike in SM subtypes {28}.



**Fig. 2.49** Well-differentiated systemic mastocytosis with haematological neoplasm. Bone marrow smear with round and hypergranulated mast cells (Pappenheim/Wright–Giemsa).

## Cytology

See above.

## Diagnostic molecular pathology

Activating mutations in the tyrosine kinase 2 (TK2) domain (exon 17) of the *KIT* gene, especially *KIT* p.D816V, are the molecular hallmark of SM and are detected in about 90% of

**Table 2.09** Morphologically defined mast cell subsets in bone marrow smears – the following mast cell types have been defined in bone marrow smears of patients with systemic mastocytosis (adapted from {1595,1757,1761})

| Mast cell type | Description | Systemic mastocytosis subtype |
|---|---|---|
| Metachromatic blast cell | Blastoid cell<br>High N:C ratio<br>Metachromatic granules<br>Hypogranulation<br>Indistinguishable from basophil precursors | (Acute) MCL (rarely and only a minority of mast cells), MML |
| Atypical mast cell type II (promastocyte) | Bilobed/multilobed mast cells<br>Variably hypogranulated | SSM, ASM, (acute) MCL |
| Atypical mast cell type I | Spindle-shaped mast cell<br>Ovoid nucleus<br>Variably hypogranulated | BMM, ISM, SSM, ASM, SM-AHN, (chronic) MCL |
| Normal-appearing mast cell | Mature-appearing mast cells<br>Round mast cell<br>Round to ovoid nucleus<br>No granulation defects | Normal/reactive mast cells, BMM, ISM, WDSM |

ASM, aggressive systemic mastocytosis; BMM, bone marrow mastocytosis; ISM, indolent systemic mastocytosis; MCL, mast cell leukaemia; MML, myelomastocytic leukaemia; SM-AHN, systemic mastocytosis with an associated haematological neoplasm; SSM, smouldering systemic mastocytosis; WDSM, well-differentiated systemic mastocytosis (a morphological pattern with mature-appearing mast cells that can occur in any systemic mastocytosis subtype).





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 43 of 195



**Fig. 2.50** Mast cell leukaemia. Bone marrow smear showing myeloid blast cells with intermingled spindle-shaped mast cells (atypical mast cell type I) (Pappenheim/Wright–Giemsa).

cases, depending on the SM subtype (see Table 2.07, p. 66) {522,441,48}. In a small number of adult patients, especially those with MCL and WDSM, other *KIT* mutations may be detected in regions outside of the TK2 domain of *KIT* {29,522, 28}. Unlike *KIT* p.D816V, these mutations do not cause imatinib resistance {29}. *KIT* p.D816V mutation is uncommon in WDSM {28}.

With highly sensitive methods, *KIT* p.D816V can be detected in the peripheral blood of most patients with SM and can therefore serve as a tool for screening and disease monitoring {899,428,698,581}. Detection of *KIT* p.D816V outside the mast cell lineage (known as multilineage involvement) has adverse prognostic importance {429}. In SM-AHN, *KIT* p.D816V and other mutations have been shown in both disease compartments, thus demonstrating a clonal relationship and common haematological progenitor {1589,1587,1583,1585}. Detection of non-*KIT* mutations usually indicates an associated (myeloid) haematological neoplasm, and some (e.g. *SRSF2*, *ASXL1*, and/or *RUNX1*) have shown adverse prognostic significance {1737, 1505,792,791,1167,1405,790,1166}.

**Essential and desirable diagnostic criteria**
See Box 2.17 (p. 66).

**Staging**
Not relevant

**Prognosis and prediction**
The vast majority of patients with ISM have a life expectancy similar to that of the general population. However, a small subset of cases can progress to AdvSM, usually after long-lasting ISM {429}. The risk of progression strongly relies on the extent of bone marrow involvement as determined by a high *KIT* p.D816V variant allele frequency (VAF) at diagnosis {1165}. The clinical course of SSM is often stable for many years, but progression to AdvSM can occur. The *KIT* p.D816V mutation burden in bone marrow and peripheral blood correlates with subtypes of mastocytosis and is overall predictive of survival in patients with SM {698,581}.

ASM, SM-AHN, and MCL have a poor prognosis {962, 1597}, and the presence of at least one mutation in genes besides *KIT*, including *SRSF2*, *ASXL1*, or *RUNX1*, has a negative prognostic impact in AdvSM {790,1166}. Rare patients with AdvSM may have a relatively good outcome. Favourable prognostic markers for AdvSM include absence of significant cytopenias, a low *KIT* p.D816V VAF, and absence of additional mutations {1190,1166,698}. Moreover, SM patients with atypical *KIT* mutations involving exons 8–10 (usually patients with the WDSM pattern); SM-AHN patients with PDGFR rearrangements, which are highly sensitive to first-generation KIT or PDGFR tyrosine kinase inhibitors {29}; and those with SM-AHN presenting with ISM associated with a low-risk associated haematological neoplasm entity (e.g. essential thrombocythaemia), whenever this associated haematological neoplasm is adequately controlled, have a relatively favourable prognosis {207}.

KIT p.D816V–selective inhibitors show significant clinical activity, with a high rate of clinical, morphological, and molecular responses in AdvSM, likely impacting on prognosis and the impact of prognostic factors in the near future {1346,343,567}.



**Fig. 2.51** Systemic mastocytosis. **A** Bone marrow smear of a t(8;21) rearranged case showing a highly atypical immature mast cell (atypical mast cell type II and metachromatic blast cells) with cytoplasmic vacuolizations and some multinucleated mast cells (Pappenheim/Wright–Giemsa). **B** Bone marrow histology shows a dense diffuse-compact infiltrate of neoplastic mast cells with a histiocytoid appearance, accompanied by eosinophils. Appreciable fibrosis is absent.



# Mast cell sarcoma

Colmenero I
Alvarez-Twose I
Cozzolino I
Sotlar K

**Definition**
Mast cell sarcoma (MCS) is a rare and clinically aggressive form of mastocytosis characterized by the presence of a locally destructive solid tumour comprising highly atypical mast cells.

**ICD-O coding**
9740/3 Mast cell sarcoma

**ICD-11 coding**
2A21.2 Mast cell sarcoma

**Related terminology**
*Not recommended:* malignant mast cell tumour; malignant mastocytoma.

**Subtype(s)**
None

**Localization**
Any organ or system may be involved, although the bones and gastrointestinal tract are most often affected, followed by the lymph nodes, skin, spleen, and liver {1128}.

**Clinical features**
MCS can present de novo (classic MCS), or as a transformation of a previous mast cell neoplasm (MCS-like progression) {896, 52,603}. More rarely, the disease is diagnosed concomitantly with systemic involvement by neoplastic mast cells, often fulfilling criteria for mast cell leukaemia {1394}.

The clinical presentation varies depending on the location of the mass. As many as 30% of the patients present with symptoms of mast cell activation syndrome, including flushing, fever, malaise, diarrhoea, and tachycardia {1128}.

**Epidemiology**
MCS is exceedingly rare. Most patients are adults, but children can also be affected. The median age of adults with MCS is 55 years (range: 1–77 years), and there is a slight female predominance (M:F ratio. 1:1.3) {1128}.

**Etiology**
The etiology is unknown. MCS is almost exclusively sporadic, and only one case of MCS diagnosed in the context of familial cutaneous mastocytosis has been reported {533}.

**Pathogenesis**
*KIT* mutations are rarely demonstrated in MCS, as compared with systemic mastocytosis. *KIT* is wildtype in 50% of the reported cases and the canonical *KIT* p.D816V mutation is found in only 21% of patients. Other *KIT* mutations have been described in single cases {1394,1451}. The paucity of *KIT* p.D816V mutations suggests that MCS is molecularly distinct from systemic mastocytosis.



**Fig. 2.52** Mast cell sarcoma. **A** Highly polymorphic tumour cells are intermingled with numerous eosinophils. The neoplastic cells are polymorphic, sometimes with bilobated nuclei. **B** The tumour cells show metachromatic granules (Giemsa). **C** Immunohistochemistry shows strong cytoplasmic tryptase expression. **D** Strong membranous expression of KIT (CD117). The tumour cells are positive for CD25 (**E**) and CD30 (**F**).





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 44 of 195

### Macroscopic appearance
Not relevant

### Histopathology
MCS manifests as a localized tumour of immature and often highly atypical cells showing an infiltrative and destructive growth pattern {713,882,276}. An increase in eosinophils is frequently observed. Neoplastic cells can only be appreciated as mast cells when special stains, including immunohistochemistry for mast cell tryptase and KIT (CD117), are applied. Otherwise, MCS may be misdiagnosed as undifferentiated, pleomorphic, or round cell soft tissue sarcoma, or even carcinoma {1501,1128, 1394}. Variable expression of CD2, CD25, and CD30 has been reported {1394}. Neoplastic mast cells may also express CD68, CD45, CD43, and other nonspecific antigens, possibly causing differential diagnostic problems {1451,1128,1394}.

MCS needs to be differentiated from extracutaneous mastocytoma, an extremely rare localized and benign tumour consisting of mature mast cells without histopathological evidence of invasive growth or atypia. Most reported cases of extracutaneous mastocytoma have been in the lung {1539,249,906, 55,278}.

### Cytology
Given the localized nature of MCS and the sites involved, cytology of the primary lesion is not usually obtained. In cases with bone marrow infiltration, the cytological features are not specific and share features with other subtypes of mastocytosis {1128}.

### Diagnostic molecular pathology
No systematic molecular analyses have been performed in MCS. Whole *KIT* sequencing is recommended, given the low frequency of MCSs harbouring the typical imatinib-resistant *KIT* p.D816V mutation {1394}.

### Essential and desirable diagnostic criteria
*Essential:* a localized infiltrative lesion composed of highly atypical mast cells expressing KIT (CD117) and tryptase; criteria for systemic mastocytosis are not fulfilled in cases of classic MCS.
*Desirable:* immunohistochemical expression of CD2, CD25, and/or CD30.

### Staging
Not applicable

### Prognosis and prediction
The prognosis for patients with MCS is dismal. MCS usually shows locally destructive growth and progression to aggressive systemic mastocytosis or mast cell leukaemia in a short time {713,276,533,1128}. Life expectancy from diagnosis ranges from a few months to several years. The terminal phase of MCS is often indistinguishable from mast cell leukaemia {1394}.





# Myelodysplastic neoplasms: Introduction

Khoury JD
Campbell PJ

This edition introduces the term "myelodysplastic neoplasm" (MDS) to replace "myelodysplastic syndrome", underscoring the neoplastic nature of these diseases and harmonizing the terminology with that of myeloproliferative neoplasm (MPN). The abbreviation "MDS" was favoured over "MDN" in view of the phonetic and syntactical similarities between "MDN" and "MPN". Fundamentally, the WHO classification recognizes MDS as a category of clonal haematopoietic stem cell neoplasms, defined by cytopenias and morphological dysplasia, and clinically characterized by progressively ineffective haematopoiesis and an increased risk of acute myeloid leukaemia (AML).

According to data from the SEER database, the age-adjusted incidence rate of MDS for 2014–2018 was 4.2 per 100 000 person-years. Epidemiological studies in Europe and Australia have shown similar incidence rates {1910,54,371,1083}. Patients with MDS have a median age of 77 years at diagnosis, and < 10% are younger than 50 years of age. The incidence of MDS is very low in people aged < 40 years (0.1 cases per 100 000 person-years) but increases progressively between the ages of 60 and 90 years (from 2.2 to 56.8 cases per 100 000 person-years) {1556,1910}. A younger age at disease onset is more common among Asian patient populations {752,943}. There is a slight male predominance, except in MDS with low blasts and 5q deletion (MDS-5q), which has a higher incidence in women {1198,1014}. Evaluation of the SEER data for race/ethnicity indicates a higher rate of MDS among White individuals than among non-Hispanic Black, Hispanic, and Asian / Pacific Islander individuals (4.6, 3.5, 3, and 2.8 per 100 000 person-years, respectively). Data from the SEER database and from the two large international populations of patients with MDS that were utilized to generate the International Prognostic Scoring System (IPSS) and the Revised IPSS (IPSS-R) indicated that 34–39% of patients present with higher-risk disease {576,578}.

A unified framework for defining cytopenias is now adopted across clonal cytopenia of undetermined significance, MDS, and myelodysplastic/myeloproliferative neoplasms in view of their biological and clinical overlap. These definitions include haemoglobin < 13 g/dL in male patients and < 12 g/dL in female patients for anaemia, absolute neutrophil count < $1.8 \times 10^9$/L for leukopenia, and platelets < $150 \times 10^9$/L for thrombocytopenia {577}. Cytopenia in at least one haematopoietic lineage is required for a diagnosis of MDS. A diagnosis of MDS may still be made in patients with milder degrees of anaemia if definitive morphological and cytogenetic findings are present {577}. In determining whether a patient is cytopenic, it is important to be cognizant of each laboratory's lower reference range and to consider conditional variants of these values, including ethnicity and sex. Persistent neutrophilia, monocytosis, erythrocytosis, or thrombocytosis in a patient with cytopenias and dysplastic morphology generally warrants classification as a myelodysplastic/myeloproliferative neoplasm or myeloproliferative neoplasm. However, thrombocytosis (platelet count ≥ $450 \times 10^9$/L) is allowed in MDS-5q.

**Table 2.10** Morphological features of dysplasia

| Lineage | Dysplastic changes |
|---|---|
| **Dyserythropoiesis** | |
| Nuclear | Budding<br>Internuclear bridging<br>Multinuclearity<br>Megaloblastic changes<br>Karyorrhexis |
| Cytoplasmic | Ring sideroblasts<br>Vacuolization<br>PAS positivity |
| **Dysgranulopoiesis** | |
| Nuclear | Hyposegmentation (pseudo–Pelger–Huët)<br>Hypersegmentation |
| Cytoplasmic | Hypogranularity<br>Pseudo–Chédiak–Higashi granules<br>Small size<br>Auer rods |
| **Dysmegakaryopoiesis** | |
| Nuclear | Hypolobation in megakaryocytes of all sizes<br>Multinucleation (multiple widely separated nuclei) |
| Cytoplasmic | Micromegakaryocytes |

The utilization of a variety of diagnostic techniques in the evaluation of MDS improves diagnostic accuracy, because no single technique captures the broad diagnostic complexity of this disease. Diagnostic evaluation should always include microscopic examination of adequate bone marrow and peripheral blood smears, coupled with one or more of the following: chromosome analysis (e.g. conventional karyotyping, FISH, etc.), mutation analysis (e.g. next-generation sequencing mutation profiling), and immunophenotypic evaluation by multiparameter flow cytometry. Although mutation profiling has improved the diagnostic accuracy of MDS with normal karyotype by conventional cytogenetics, the role of karyotyping remains paramount for diagnostic and prognostic purposes. Flow cytometry may be a helpful adjunct for diagnosing MDS, but its role as a primary diagnostic tool in this context remains to be determined.

Dysplasia in one or more myeloid lineages is the morphological hallmark of MDS. The threshold for dysplasia is set at 10% for all lineages and across all MDS types, as well as for myelodysplastic/myeloproliferative neoplasms. Dysplasia may be accompanied by an increase in myeloid blasts in the peripheral blood and/or bone marrow, but the blast percentage is always < 20%. The myeloid lineages affected by cytopenias are not necessarily those that manifest dysplasia {537,1016}. To determine blast percentage in the bone marrow and blood, a 500-cell differential count of all nucleated cells in a smear or trephine biopsy imprint is recommended for the bone marrow, and a 200-leukocyte differential count for the peripheral blood.

Table 2.11 Overview of the classification and defining features (morphological, cytogenetic, and molecular) of myelodysplastic neoplasms (MDSs)

| MDS type | Blasts | Cytogenetics | Mutations |
|---|---|---|---|
| **MDS with defining genetic abnormalities** | | | |
| MDS with low blasts and 5q deletion | < 5% BM and < 2% PB | 5q deletion alone, or with one other abnormality other than monosomy 7 or 7q deletion | Any except multi-hit *TP53* |
| MDS with low blasts and *SF3B1* mutation[a] | < 5% BM and < 2% PB | Absence of 5q deletion, monosomy 7, or complex karyotype | *SF3B1* |
| MDS with biallelic *TP53* inactivation | < 20% BM and PB | Usually complex | Multi-hit *TP53* alterations (two or more *TP53* mutations, or one mutation with evidence of *TP53* copy-number loss or copy-neutral LOH) |
| **MDS, morphologically defined** | | | |
| MDS with low blasts<br>MDS, hypoplastic[b] | < 5% BM and < 2% PB | Any | Any except multi-hit *TP53* or *SF3B1* |
| **MDS with increased blasts (MDS-IB)** | | | |
| MDS-IB1 | ≥ 5% and < 10% BM and/or ≥ 2% and < 5% PB | Any | Any except multi-hit *TP53* or *SF3B1* |
| MDS-IB2 | ≥ 10% and < 20% BM and/or ≥ 5% and < 20% PB or Auer rods | Any | Any except multi-hit *TP53* or *SF3B1* |
| MDS with fibrosis | ≥ 5% and < 20% BM and/or ≥ 2% and < 20% PB | Any | Any except multi-hit *TP53* or *SF3B1* |

BM, bone marrow; LOH, loss of heterozygosity; PB, peripheral blood.
[a]Detection of ≥ 15% ring sideroblasts may substitute for *SF3B1* mutation. Acceptable related term: "MDS with low blasts and ring sideroblasts". [b]Blast enumeration to the nearest tenth should be rounded to the nearest integer. Blast ranges with 19% as an upper limit should be interpreted to mean < 20%.

The blast count is expressed as a percentage of all nucleated cells in the bone marrow (always including nucleated erythroid cells) and as a percentage of the leukocytes (excluding nucleated erythroid cells) in the peripheral blood.

Dyserythropoiesis manifests principally as nuclear alterations, including budding, internuclear bridging, karyorrhexis, and multinuclearity. Megaloblastic (preferred over the term "megaloblastoid") changes are common but by themselves are insufficient to establish dyserythropoiesis {555}. Cytoplasmic features include the formation of ring sideroblasts, vacuolization, and aberrant PAS positivity (either diffuse or granular). Dysgranulopoiesis is characterized primarily by nuclear hyposegmentation (pseudo–Pelger–Huët anomaly) or hypersegmentation, cytoplasmic hypogranularity, pseudo–Chédiak–Higashi granules, and small size {557}. Megakaryocyte dysplasia is characterized by micromegakaryocytes, non-lobated nuclei in megakaryocytes of all sizes, and multiple widely separated nuclei {558}. Megakaryocytic dysplasia is readily apparent in bone marrow sections, and both biopsy (or clot) and aspirate specimens should be evaluated. The morphological manifestations of dysplasia in each lineage are summarized in Table 2.10 (p. 73).

As a general precaution, no patient should be diagnosed with MDS if the clinical and drug history is unknown, and no case of MDS should be reclassified while the patient is on growth factor therapy, including erythropoietin. Certain drugs, infections, metabolic deficiencies, and immune disorders can cause both cytopenias and morphological dysplasia; these possible secondary etiologies must be carefully considered before rendering a diagnosis of MDS.

In this edition of the WHO classification of haematolymphoid tumours, MDS entities are grouped into two families: (1) those with defining genetic abnormalities and (2) those that are morphologically defined (see Table 2.11). The intention of this reorganization is to enhance classification rigour by emphasizing genetically defined disease types and ceding the prior emphasis on risk-based grouping (based on blast percentage, ring sideroblasts, and the number of lineages with dysplasia) in favour of more comprehensive risk-stratification schemes that incorporate other relevant variables such as age, severity of cytopenias, and cytogenetic findings. An additional modification is a clarified terminology to distinguish between MDS with low blasts and MDS with increased blasts, while retaining long-standing cut-off values.

MDSs with defining genetic abnormalities are now grouped together and comprise MDS-5q, MDS with low blasts and *SF3B1* mutation (MDS-*SF3B1*), and MDS with biallelic *TP53* inactivation. This last diagnosis supersedes MDS-5q and MDS-*SF3B1*. The qualifier "low blasts" has been added to MDS-5q and MDS-*SF3B1* for clarity.

The diagnostic criteria for MDS-5q have not changed. The presence of *SF3B1* or a *TP53* mutation (not multi-hit), although recognized as a factor that may potentially alter the biology and/or prognosis of the disease, does not per se override the diagnosis of MDS-5q.

Recent studies have identified MDS-*SF3B1* as a distinct disease type that includes > 90% of cases of MDS with ≥ 5% ring sideroblasts. Nevertheless, the term "MDS with low blasts and ring sideroblasts" has been retained as an acceptable alternative to be used for cases with wildtype *SF3B1* and/or ≥ 15% ring sideroblasts, to help broaden applicability in low-resource settings and provide an option to include rare MDS cases harbouring driver mutations in other RNA splicing components.

The introduction of MDS with biallelic *TP53* inactivation recognizes the unique biological and clinical features of such cases, which often have very high risk features and complex cytogenetics. This remains an area of active research, which will undoubtedly result in future refinements. How such cases are optimally detected in various practice settings and whether biallelic *TP53* inactivation in myeloid neoplasms is per se an AML-defining molecular alteration are some of the questions for consideration in future editions of the WHO classification.

Changes under morphologically defined MDSs include the recognition of hypoplastic MDS as a distinct disease type. Long recognized as having distinctive features, hypoplastic MDS is associated with a T cell–mediated immune attack on haematopoietic stem and progenitor cells, along with oligoclonal expansion of CD8+ cytotoxic T cells overproducing interferon and/or TNF-α. Several features overlap across the triad of hypoplastic MDS, paroxysmal nocturnal haemoglobinuria, and aplastic anaemia, including an association with clonal haematopoiesis. Because the number of dysplastic lineages is usually dynamic and often represents clinical and phenotypic manifestations of clonal evolution within an MDS type, rather than being a distinctive separate MDS type per se, the distinction between single-lineage and multilineage dysplasia is now considered optional. The updated MDS classification scheme and the incorporation of clonal cytopenia of undetermined significance in the present WHO classification obviate the need for the attributes "NOS" or "unclassifiable". Specifically, MDS, unclassifiable, which was present in the prior edition, has been removed.

Reassessment of the bone marrow blast percentage defining the boundary between MDS with increased blasts-2 (MDS-IB2) and AML has been advocated for several cogent reasons and in view of novel therapeutic approaches that show efficacy in cases currently classified as MDS or AML with 10–30% myeloid blasts. Salient practical challenges underpinning arguments for such a reassessment include the following: (1) any blast-based cut-off point is arbitrary and cannot reflect the biological continuity naturally inherent in myeloid pathogenic mechanisms; (2) blast enumeration is subject to sampling variations/error and subjective evaluation; and (3) no gold standard for blast enumeration exists, and orthogonal testing platforms can and often do produce discordant results. The pros and cons of merging MDS-IB2 with AML and adopting a 10% cut-off point for what would be called MDS/AML were explored in multidisciplinary expert discussions and at editorial board meetings in the course of producing this volume. Lowering the blast cut-off point to define AML was felt to suffer from the same challenges listed above and would merely replace one cut-off point with another. Furthermore, an arbitrary cut-off point of 10% blasts to define AML (even if qualified as MDS/AML or AML/MDS) carries a risk of overtreatment. Accordingly, a balanced approach was adopted by eliminating blast cut-off points for most AML types with defining genetic alterations but retaining a 20% blast cut-off point to delineate MDS from AML. Nevertheless, there was broad agreement that MDS-IB2 may be regarded as AML-equivalent for therapeutic considerations and from a clinical trial design perspective when appropriate.

Childhood MDS is a clonal haematopoietic stem cell neoplasm arising in children and adolescents (by definition ≤ 18 years of age) leading to ineffective haematopoiesis, cytopenia, and risk of progression to AML. The terminology of childhood MDS types has been updated. The qualifying term "childhood" emphasizes that this category of myeloid neoplasms is biologically distinct from that seen in adults, underscoring the need to further elucidate its pathogenesis, which remains incompletely understood. The term "childhood MDS with low blasts" replaces the former term "refractory cytopenia of childhood". It includes two subtypes: childhood MDS with low blasts, hypocellular; and childhood MDS with low blasts NOS. Childhood MDS with increased blasts is defined as having ≥ 5% blasts in the bone marrow or ≥ 2% blasts in the peripheral blood.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 46 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 47 of 195

# Myelodysplastic neoplasm with low blasts and 5q deletion

Platzbecker U
Ades L
Fontenay M
Germing U
Haase D
Ito M
Jansen JH
Khoury JD
Komrokji R
Nardi V
Naresh KN
Ogawa S
Park S
Patkar NV
Sallman DA
Zerbini MCN

## Definition
Myelodysplastic neoplasm (MDS) with low blasts and 5q deletion (MDS-5q) is a myeloid neoplasm with cytopenia and dysplasia, characterized by chromosome 5q deletion occurring in isolation or with one additional cytogenetic abnormality other than monosomy 7 or 7q deletion.

## ICD-O coding
9986/3 Myelodysplastic neoplasm with low blasts and 5q deletion

## ICD-11 coding
2A36 Myelodysplastic syndrome with isolated del(5q)

## Related terminology
*Acceptable:* myelodysplastic syndrome with del(5q).
*Not recommended:* 5q− syndrome.

## Subtype(s)
None

## Localization
Bone marrow and peripheral blood

## Clinical features
Most patients present with clinical symptoms related to anaemia, which is often macrocytic and transfusion dependent. Thrombocytosis (platelet count ≥ 450 × $10^9$/L) is present in one third of cases. Thrombocytopenia is uncommon {1627} and reflects advanced disease.

## Epidemiology
MDS-5q accounts for about 2.5% of all MDS cases and has an incidence of about 0.1 cases per 100 000 person-years {1198}. Patients have a median age of 67 years, and women are more frequently affected than men.

## Etiology
The etiology is unknown. Cases with a history of benzene exposure {1616} or previous radiotherapy or chemotherapy {803, 955} have been reported.

## Pathogenesis
The presumed pathogenesis is a loss of genes in the commonly deleted region (CDR) of approximately 1.5 Mb at 5q32-q33.1 flanked by D5S413 and the gene *GLRA1*.

The erythroid phenotype involves haploinsufficiency of the gene *RPS14*, which encodes a structural protein of the small ribosome subunit, through MDM2-driven p53 pathway activation {90, 398,502,396,1494}. Erythroid lineage sensitivity to a decreased ribosome pool {398,90,166} results in translation selectivity at the expense of erythroid genes, including the gene encoding the master erythroid transcription factor GATA1 {848,166}.

Innate immune signalling and NF-κB activation may involve the combined haploinsufficiency of miR-146a and TIFAB, resulting in increased expression of the toll-like receptor mediator TRAF6 and activation of TLR4 {1602,1771}. The high production of calprotectin (the S100A8/S100A9 heterodimer) by innate immune cells participates in the erythroid defect {1494}.

Additional loss of *RIOK2* at 5q15 may contribute to anaemia through p53-dependent T cell overproduction of IL-22 {1390}.



**Fig. 2.53** Myelodysplastic neoplasm with low blasts and 5q deletion. **A** Bone marrow histology shows numerous megakaryocytes of various sizes, several with non-lobulated, simple nuclei. **B** Bone marrow aspirate highlights megakaryocytes with non-lobulated, rounded nuclei.



Haploinsufficiency of miR-145 and miR-146a contributes to thrombocytosis and activation of innate immune signalling in the bone marrow {1602,454}.

Clonal dominance is driven by haploinsufficiency of *CSNK1A1* (encoding casein kinase 1α) through the deregulation of the WNT/β-catenin pathway {1493}. Haploinsufficiency of additional genes outside the CDR in the more centromeric portion of 5q31, such as *APC* (another WNT pathway regulator) and *EGR1*, or inactivation of *CTNNA1* by deletion and hypermethylation of the remaining allele, may also play a role {809,978}.

## Macroscopic appearance
Not relevant

## Histopathology
The bone marrow is usually normocellular or hypercellular, and it frequently exhibits erythroid hypoplasia. Megakaryocytes are usually increased in number and are normal to decreased in size, with conspicuously non-lobated and hypolobated nuclei. In contrast, dysplasia in the erythroid and granulocytic lineages is less pronounced. Significant granulocytic dysplasia is uncommon. Blasts constitute < 5% of bone marrow cells.

Ring sideroblasts (or *SF3B1* mutation) may be present and do not exclude the diagnosis of MDS-5q, provided the other criteria are fulfilled. Bone marrow fibrosis is typically absent.

Assessment of p53 expression pattern by immunohistochemistry may be helpful to identify high-risk disease in patients with MDS-5q (see below). Strong p53 expression in ≥ 1% of bone marrow cells has been shown to be significantly associated with a higher risk of transformation to acute myeloid leukaemia (AML) and a shorter overall survival {1454}.

## Cytology
See *Histopathology*, above.

## Diagnostic molecular pathology
The defining cytogenetic abnormality involves an interstitial deletion of chromosome 5. The size of the deletion and the breakpoints vary, but bands q31-q33 are invariably deleted. Compared with other MDS types, MDS-5q cases more often contain only one driver event {1033}. Patients with a single additional clonal chromosomal abnormality have similar features and outcomes to those with MDS-5q, provided the abnormality is not monosomy 7 or 7q deletion {1473}.

MDS-5q with *SF3B1* mutation (20% of the cases) is included in this category, because the *SF3B1* mutation is probably a secondary event in this context {1852}. A minority of patients with 5q deletion have concomitant mutations in *JAK2* p.V617F or *MPL* p.W515L, which do not appear to alter the disease phenotype or prognosis {1315}; in some of these cases, the *JAK2* mutation and 5q deletion have been found in different clones {1580}.

## Essential and desirable diagnostic criteria
*Essential:* anaemia, with or without other cytopenias and/or thrombocytosis, dysplasia involving megakaryocytes, with or without dysplasia involving other lineages; blasts constitute < 5% of cells in the bone marrow and < 2% in the peripheral blood; detection of 5q deletion, isolated or with one additional cytogenetic aberration other than monosomy 7 or 7q deletion; not fulfilling diagnostic criteria for MDS with biallelic *TP53* inactivation, MDS with increased blasts, or myelodysplastic/myeloproliferative neoplasm.

## Staging
Not relevant

## Prognosis and prediction
The immunomodulatory drug lenalidomide benefits patients with MDS-5q by targeting casein kinase 1A for ubiquitin-mediated degradation. Transfusion independence is achieved in two thirds of patients and is closely linked to suppression of the abnormal clone {467,1700}.

The defining cytogenetic criteria for MDS-5q are in the "good" prognosis cytogenetic subgroup in the Revised International Prognostic Scoring System (IPSS-R), and most patients are stratified as low-risk or intermediate-1-risk {578}. Male sex, older age, transfusion need, low absolute neutrophil count, and low platelet count are associated with a worse prognosis {536,940}.

*TP53* mutation, detected at diagnosis in as many as 18% of patients, is associated with a decreased response to lenalidomide and an increased risk of transformation to AML {775,1151}. Mutations detected in patients who developed AML transformation have included *TP53*, *RUNX1*, and *TET2* {1486}. *SF3B1* mutations may also predict worse outcomes in MDS-5q {1033,1087}.

# Myelodysplastic neoplasm with low blasts and *SF3B1* mutation

Fontenay M
Ades L
Germing U
Haase D
Ito M
Jansen JH
Khoury JD
Komrokji R
Nardi V
Naresh KN
Ogawa S
Park S
Patkar NV
Platzbecker U
Sallman DA
Zerbini MCN

## Definition
Myelodysplastic neoplasm (MDS) with low blasts and *SF3B1* mutation (MDS-*SF3B1*) is a myeloid neoplasm with cytopenia and dysplasia characterized by *SF3B1* mutation and often ring sideroblasts.

## ICD-O coding
9982/3 Myelodysplastic neoplasm with low blasts and *SF3B1* mutation

## ICD-11 coding
2A4Y Other specified myelodysplastic and myeloproliferative neoplasms

## Related terminology
*Acceptable:* MDS with low blasts and ring sideroblasts.

## Subtype(s)
None

## Localization
MDS-*SF3B1* occurs in the bone marrow and peripheral blood. The liver and spleen may show evidence of iron overload.

## Clinical features
Patients may present with macrocytic normochromic or normocytic normochromic anaemia. Initial symptoms are usually related to anaemia (57%) and less commonly to thrombocytopenia (13%) and neutropenia (8%). Symptoms later in the disease course might be related to iron overload in heavily transfused patients.

## Epidemiology
MDS-*SF3B1* accounts for 17% of all MDS cases {1627,1198}, with an incidence of 0.84 cases per 100 000 person-years {1198}. Patients have a median age of 70–75 years {1627}. There is a slight male preponderance. Cases with low blasts and ≥ 15% ring sideroblasts without *SF3B1* mutation account for 3–4% of all MDS cases {1627}.

## Etiology
Unknown

## Pathogenesis
Ring sideroblasts are erythroid precursors with an abnormal accumulation of iron within the mitochondria, including some iron deposited as mitochondrial ferritin {229}. The disease is associated with heterozygous mutations in *SF3B1*, which encodes a core component of the U2 small nuclear ribonucleoprotein (snRNP) spliceosome that is critical for RNA splicing



**Fig. 2.54** Myelodysplastic neoplasm with low blasts and *SF3B1* mutation. Perls Prussian blue staining of ferric iron in bone marrow ring sideroblasts.



**Fig. 2.55** Myelodysplastic neoplasm with low blasts and *SF3B1* mutation. Increased numbers of ring sideroblasts in hypercellular marrow and pronounced erythropoiesis in a patient with myelodysplastic neoplasm with low blasts and *SF3B1* mutation.

{1890,1273}. *SF3B1* mutations occur in haematopoietic stem cells {1852,1115,265}. Cases of MDS with ring sideroblasts and wildtype *SF3B1* usually have mutations in other genes that control RNA splicing; the optimal classification of such cases is unclear at this time.

Haematopoietic progenitors display poor erythroid colony formation in vitro, mitochondrial apoptosis, and deregulated expression of genes involved in mitochondrial biology and iron metabolisms {346,376,538,153}. Mutant *SF3B1* activity can result in the use of cryptic 3′ splice-site generating splicing isoforms of the mitochondrial iron–sulfur cluster transporter gene *ABCB7*, several other mitochondrion metabolism genes, and iron homeostasis regulatory genes including *ERFE*. These alterations contribute to the disease phenotype, including ineffective erythropoiesis with ring sideroblasts and systemic iron overload preceding transfusions {1208,328,153}.

## Macroscopic appearance
Not relevant

## Histopathology
The red blood cells in the peripheral blood smear may show a dimorphic pattern, with a major population of normochromic red blood cells and a minor population of hypochromic cells. Blasts in the peripheral blood are absent or very rare. Most cases do not show dysplastic features in granulocytes {1033}.

The bone marrow is typically hypercellular and shows erythroid predominance. Erythroid precursors are dysplastic, often with left-shift maturation. Staining for iron typically shows increased numbers of ring sideroblasts, which are defined by having ≥ 5 iron granules encircling at least one third of the nucleus {1158,537,1033}. The granulocytic lineage may show dysplastic changes, but megakaryocytic dysplasia is uncommon. Blasts constitute < 5% of bone marrow cells.

Erythroid-lineage cells can be highlighted using immunostains such as CD71, and the increase in immature erythroid cells can be highlighted with E-cadherin and CD117 {1033,348,388}. Bone marrow fibrosis is typically absent.

### *Differential diagnosis*
Ring sideroblasts as well as *SF3B1* mutation can be detected in other MDS types or other myeloid neoplasms, including acute myeloid leukaemia (AML) and MDS with increased blasts. Cases that fulfil the criteria for MDS with low blasts and 5q deletion should be classified as such, even if ring sideroblasts and/or *SF3B1* mutation are identified {1033}. In patients who present with thrombocytosis, detection of *SF3B1* mutation concurrently with *JAK2* p.V617F, *CALR*, or *MPL* mutations qualifies for a diagnosis of myelodysplastic/myeloproliferative neoplasm with *SF3B1* mutation and thrombocytosis {1318}. Non-neoplastic causes of ring sideroblasts, including alcohol, toxins (e.g. lead and benzene), drugs (e.g. isoniazid), copper deficiency (which may be induced by zinc administration), and congenital sideroblastic anaemia must be excluded. Patients with congenital sideroblastic anaemia tend to present at a much younger age and with microcytic (rather than macrocytic) anaemia {1229}.

Notably, the related term "MDS with low blasts and ring sideroblasts" should be only used when *SF3B1* mutation analysis is not available and ring sideroblasts constitute ≥ 15% of erythroid precursors.

## Cytology
See *Histopathology*, above.

## Diagnostic molecular pathology
The identification of typically heterozygous *SF3B1* mutations (~50% affecting codon 700, other hotspots at codons 666, 662, 622, and 625), usually at a high variant allele frequency (VAF; median: 35–43%), is required for diagnosis. Identification of ring sideroblasts constituting ≥ 15% of erythroid precursors can be used as a surrogate when molecular analysis is not possible. *SF3B1* mutation is detected in 90% of MDS cases that have ≥ 5% of ring sideroblasts. The presence of a *SF3B1* variant at a VAF of < 5% does not qualify for MDS-*SF3B1*. The presence of a mutation in a spliceosome component in a case with wildtype *SF3B1* excludes MDS-*SF3B1*, although the term "MDS with low blasts and ring sideroblasts" (not "MDS-*SF3B1*") may be used in such a context when a case has ring sideroblasts constituting ≥ 15% of the erythroid precursors. Additional studies are needed to determine the optimal classification of such cases.

Certain co-mutations with *SF3B1* mutation have been suggested as adverse prognostic markers in MDS-*SF3B1* patients. Initial data implicated *TP53*, *RUNX1*, *EZH2*, and *FLT3* {1033, 886}. More recent data suggest that the presence of co-mutations involving *BCOR*, *BCORL1*, *NRAS*, *RUNX1*, *SRSF2*, or *STAG2* are associated with significantly different outcomes to mutation in *SF3B1* alone {120}.

Most cases of MDS-*SF3B1* have a normal karyotype or abnormalities involving a single chromosome {1879,1031,1013}. Cases with 5q deletion, monosomy 7 / 7q deletion, or complex karyotype are excluded {1031}, although additional studies are needed to support this premise, particularly the impact of 5q deletion in rare cases of MDS with mutant *SF3B1*.

## Essential and desirable diagnostic criteria
*Essential:* cytopenia involving one or more lineages, without thrombocytosis; erythroid lineage dysplasia; blasts constitute < 5% of cells in the bone marrow and < 2% of cells in the peripheral blood; detection of *SF3B1* mutation (if *SF3B1* mutation analysis is not available, demonstration of ring sideroblasts constituting ≥ 15% of the erythroid precursors); absence of 5q deletion, monosomy 7 / 7q deletion, or complex karyotype; not fulfilling diagnostic criteria for AML, MDS with low blasts and 5q deletion, MDS with biallelic *TP53* inactivation, MDS with increased blasts, or any type of myelodysplastic/myeloproliferative neoplasm.

## Staging
Not relevant

## Prognosis and prediction
MDS-*SF3B1* has the best outcome among all the MDS types {314,1031}. The presence of multilineage dysplasia has no significant prognostic impact in the presence of *SF3B1* mutation {1031,1033}. Most patients are stratified into lower-risk groups in the Revised International Prognostic Scoring System (IPSS-R) {578}. Patients who depend on red blood cell transfusion have worse outcomes and a higher risk of AML transformation. Erythrocyte-stimulating agents and luspatercept are widely approved for the management of anaemia in these patients {1349,469}.

MDS with low blasts, ring sideroblasts, and wildtype *SF3B1* has a less favourable overall survival and leukaemia-free survival {1031}. The favourable outcome associated with *SF3B1* mutation is lost as soon as an excess of blasts is observed {886}.

The spectrum of subclonal genetic alterations identified in MDS-*SF3B1* and driving disease progression is limited. Additional mutations in epigenetic regulators, including *DNMT3A*, *TET2*, and *ASXL1*, do not affect the disease outcome. In contrast, mutations in *TP53*, *RUNX1*, and *EZH2* {1033,886} are associated with a poorer outcome.

# Acute myeloid leukaemia: Introduction

Solary E
Gujral S

The classification of acute myeloid leukaemia (AML) has been restructured to emphasize major breakthroughs over the past few years in how this disease is understood and managed. Foremost is the separation of AML with defining genetic abnormalities from AML defined by differentiation. The latter eliminates the previously confusing use of the term "AML-NOS", under which types based on differentiation were listed. Another key change is the elimination of the 20% blast requirement for AML types with defining genetic abnormalities (with the exception of AML with *BCR::ABL1* fusion and AML with *CEBPA* mutation). This approach was deemed more appropriate than assigning another arbitrary lower bone marrow blast cut-off point. Removal of the blast cut-off point engenders necessary correlation between morphological findings and molecular genetic studies, including the size of the clone carrying the defining genetic alteration as estimated using variant allele frequency (VAF) or fusion transcript quantitation. In future years, standardization of VAF and fusion gene calculations is anticipated to facilitate the definition of optimal lower-limit cut-off points for certain AML types with defining genetic abnormalities. A third component of the new structure is the introduction of a section on AML with other defined genetic alterations, a landing spot for new and/or uncommon AML subtypes that may (or may not) become defined types in future editions of the WHO classification. Thus, the overall AML classification structure continues to place emphasis on the integration of clinical, molecular/genetic, and pathological parameters and on clinicopathological judgement.

Although this edition retains many of the established diagnostic criteria for AML with *PML::RARA*, AML with *RUNX1::RUNX1T1*, and AML with *CBFB::MYH11*, an increased recognition of the importance of highly sensitive techniques for evaluating measurable residual disease and of the impact of concurrent molecular alterations reflects factors that impact case management and therapeutic decisions in current practice. Namely, prognostic factors have expanded from *KIT* mutations, which are still relevant, to include additional cytogenetic features and measurable residual disease status after induction. The diagnostic criteria for AML with *DEK::NUP214* and AML with *RBM15::MRTFA* (formerly *RBM15::MKL1*) have also remained largely unchanged.

AML with *BCR::ABL1* and AML with *CEBPA* mutation are the only disease types with a defined genetic abnormality that require ≥ 20% blasts for diagnosis. The blast cut-off point requirement is needed for the former to avoid overlap with chronic myeloid leukaemia (CML). Distinguishing AML with *BCR::ABL1* from the initial myeloid blast phase of CML can be challenging, and additional evidence continues to be needed to better characterize this AML type. There are insufficient data to support any change in the blast cut-off criterion for AML with *CEBPA* mutation.

Three AML types with characteristic rearrangements involving *KMT2A*, *MECOM*, and *NUP98* are recognized. A blast count under 20% is acceptable, based on studies demonstrating that patients with < 20% blasts (myelodysplastic neoplasm [MDS]) and any of these rearrangements have clinical features that resemble those with higher blast counts. It is important to note that rearrangements involving these three genes, particularly *NUP98*, may be cryptic on conventional karyotyping. The new term "AML with *KMT2A* rearrangement" replaces "AML with t(9;11)(p22;q23); *KMT2A::MLLT3*". More than 80 *KMT2A* fusion partners have been described, with *MLLT3*, *AFDN*, *ELL*, and *MLLT10* being the most common. Although not required, identification of the fusion partner is desirable because it could provide prognostic information and may impact disease monitoring. Adult patients often present with high blast counts, usually with monocytic differentiation. In children particularly, AML with *KMT2A::MLLT3* and *KMT2A::MLLT10* shows megakaryoblastic differentiation and/or low blast counts in bone marrow aspirate smears.

AML defined by mutations includes AML with *NPM1* mutation and AML with *CEBPA* mutation. AML with *NPM1* mutation can be diagnosed irrespective of the blast count, albeit again with emphasis on judicious clinicopathological correlation. This approach aligns with data showing that cases previously classified as MDS or myelodysplastic/myeloproliferative neoplasm (MDS/MPN) with *NPM1* progress to AML in a short period of time. Similar data have emerged from patients with clonal haematopoiesis who acquire *NPM1* mutation. The definition of AML with *CEBPA* mutation has been changed to include biallelic mutations (bi*CEBPA*) as well as single mutations located in the bZIP region of the gene (smbZIP-*CEBPA*). The favourable prognosis associated with smbZIP-*CEBPA* has been demonstrated in cohorts of children and adults aged up to 70 years. *RUNX1* mutations in AML overlap with such a broad range of defining molecular features that it was determined they lacked enough specificity to define a standalone AML type.

Several changes were introduced to the entity formerly called AML with myelodysplasia-related changes, now called AML, myelodysplasia-related. This AML type is defined as a neoplasm with ≥ 20% blasts expressing a myeloid immunophenotype and harbouring specific cytogenetic and molecular abnormalities associated with MDS, arising de novo or after a known history of MDS or MDS/MPN. Key changes include (1) the removal of morphology alone as a diagnostic premise to make a diagnosis of myelodysplasia-related AML; (2) updated defining cytogenetic criteria; and (3) the introduction of a mutation-based definition, defined by a set of eight genes (*SRSF2*, *SF3B1*, *U2AF1*, *ZRSR2*, *ASXL1*, *EZH2*, *BCOR*, and *STAG2*), which are characteristic for AML arising after MDS or MDS/MPN.

The family of "AML defined by differentiation" includes cases that lack defining genetic abnormalities. More studies are needed to elucidate the pathogenesis of such cases, whereby the new classification scheme for AML sets the stage for better identification and characterization in the future.





The classification includes an updated comprehensive framework of differentiation markers and criteria, harmonized with those of mixed-phenotype acute leukaemia and early T-precursor lymphoblastic leukaemia/lymphoma (see appropriate sections). Indeed, the recent identification of *BCL11B* rearrangements in T/myeloid mixed-phenotype acute leukaemia, early T-precursor lymphoblastic leukaemia/lymphoma, acute leukaemia of ambiguous lineage, and a subset of AML with minimal differentiation suggests a biological continuum across these entities, a finding with likely implications on future editions of the WHO classification.

Acute erythroid leukaemia (previously pure erythroid leukaemia, an acceptable related term in this edition) is a distinct AML type characterized by a neoplastic proliferation of erythroid cells with features of maturation arrest and a high prevalence of biallelic *TP53* alterations. Diagnostic criteria include erythroid predominance, usually ≥ 80% of bone marrow elements, of which ≥ 30% are proerythroblasts (or pronormoblasts). The occurrence of acute erythroid leukaemia cases in which nucleated erythroid cells constitute < 80% of bone marrow cellularity is recognized. The central role that biallelic *TP53* mutations play in this aggressive AML type is underscored. The diagnosis of acute erythroid leukaemia supersedes that of myelodysplasia-related AML.

Several molecular drivers can give rise to acute megakaryoblastic leukaemia, which arises within three clinical groups: children with Down syndrome, children without Down syndrome, and adults. Immunophenotyping and the detection of markers of megakaryocytic differentiation are required to make a diagnosis of acute megakaryoblastic leukaemia and detect the newly described RAM immunophenotype, which correlates with *CBFA2T3::GLIS2*, a subtype of AML with other defined genetic alterations.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 49 of 195

# Acute promyelocytic leukaemia with *PML::RARA* fusion

Platzbecker U
Akkari Y
Haferlach T
Khoury JD
Mathews V
Tembhare PR

## Definition
Acute promyelocytic leukaemia (APL) with *PML::RARA* is a type of acute myeloid leukaemia (AML), characterized by a predominance of abnormal promyelocytes and fusion of the promyelocytic leukaemia gene (*PML*) with the retinoic acid receptor alpha gene (*RARA*).

## ICD-O coding
9866/3 Acute promyelocytic leukaemia with *PML::RARA* fusion
9866/3 Acute promyelocytic leukaemia with a variant *RARA* translocation

## ICD-11 coding
2A60.0 & XH1A50 Acute myeloid leukaemia with recurrent genetic abnormalities & Acute promyelocytic leukaemia

## Related terminology
*Acceptable:* acute promyelocytic leukaemia with t(15;17)(q24.1;q21.2); acute promyelocytic leukaemia.

## Subtype(s)
Acute promyelocytic leukaemia with a variant *RARA* translocation

## Localization
The peripheral blood and bone marrow are the principal sites of involvement. However, rare cases have extramedullary involvement.

## Clinical features
Two thirds of patients present with leukopenia. APL is frequently associated with coagulopathy and a risk of disseminated intravascular coagulation resulting from a complex interplay of disease-related thrombocytopenia and hyperfibrinolysis, often exacerbated on initiation of treatment {332}. Coagulopathy is significantly associated with early death in patients with APL and requires careful monitoring and adequate blood product support {1478}. In microgranular APL (see below), patients present with a very high white blood cell (WBC) count with a short doubling time.

## Epidemiology
The annual incidence rate in the USA is now 0.08 cases per 100 000 population {261}. A higher incidence is reported in US patients originating from Latin American counties {381}. APL accounts for 5–8% of all AML cases in younger patients, with a lower relative frequency in elderly patients. The disease can occur at any age, but most patients are aged 20–59 years {381}. There is no sex predilection.

## Etiology
The etiology is unknown in most cases. Some cases arise in individuals with prior exposure to cytotoxic therapy {171,1521,1670}.




**Fig. 2.75** Acute promyelocytic leukaemia with *PML::RARA* fusion. Translocation results from the breakage and rejoining of bands 15q24 and 17q21. G-banded normal chromosomes 15 and 17 are shown on the outside of each pair of homologues, and the points of rearrangement on each derivative chromosome 15 and 17 from the translocation are indicated by arrows.

## Pathogenesis
The genetic hallmark of APL is a balanced chromosomal translocation, t(15;17)(q24;q21), leading to fusion of *PML* and *RARA*. The fusion gene results in a chimeric oncoprotein, PML::RARA, which plays a causative role in APL pathogenesis, impairing myeloid differentiation. The resulting PML::RARA protein silences genes that are critical for cell differentiation, resulting in both a differentiation block and an expansion of myeloid progenitors {341,245}. Secondary cooperating genetic events, including chromosomal and genetic alterations, also contribute to the leukaemic phenotype.

## Macroscopic appearance
Not relevant

## Histopathology
The bone marrow is usually hypercellular, but aspirate smears may be aparticulate. Abnormal promyelocytes in APL are considered equivalent to blasts in terms of blast enumeration. Hypergranular (classic) and microgranular (hypogranular) cytomorphological variants are recognized on Romanowsky-type stains, and the two may coexist in some cases. Abnormal promyelocytes are also observed in the peripheral blood but may be few.

Hypergranular APL is characterized by abnormal promyelocytes whose cytoplasm contains densely packed (or even coalescent) large granules, staining bright pink, red, or purple. Characteristic cells containing bundles of Auer rods randomly distributed within the cytoplasm (faggot cells) are present in most cases. Myeloblasts with single Auer rods may also be observed. The Auer rods are usually larger than those in other types of AML. Nuclear size and shape in the abnormal promyelocytes can be highly variable, often including kidney-shaped or bilobed nuclei.

Microgranular APL is characterized by blasts with an apparent paucity or absence of granules and many bilobed nuclei. The hypogranular appearance of the cytoplasm is due to the submicroscopic size of the granules. The morphological features may overlap with those of acute myelomonocytic or acute monocytic leukaemia on Romanowsky-stained preparations; however, a small number of abnormal promyelocytes with clearly visible granules and/or bundles of Auer rods can be identified in many cases.

### *Immunophenotype*
Hypergranular promyelocytes are characterized by negative expression of CD34 and HLA-DR, with characteristically high side scatter and forward scatter {485,1266,1267,379,473,709,976}. They are positive for CD13, CD33, and KIT (CD117). CD64 is frequently positive, but CD15, CD65, CD66b, and CD66c are often negative {1248,473,709,976}. CD56 is expressed in approximately 10% of APL cases, frequently with CD34 and CD2 {472,1138,1703,1574}. Leukocyte integrins such as CD11a, CD11b, and CD18 are typically negative {709,1267}. Expression of monocytic markers (CD14 and CD36) and other lymphoid markers (e.g. CD4, CD5, CD7, CD19, c/sCD22, and cCD79a) is rare {1266,1267}. Rare cases may have weak cCD3 or TdT expression {247}.

APL and a subset of AML with *NPM1* mutation may have overlapping immunophenotypic features, but CD2, CD13, CD33, and CD110 are usually differentially expressed and could help with this distinction {473}.

Micrangular blasts are frequently located in the traditional blast gate on plots of CD45 versus side scatter, and they have immunophenotypic features that are largely similar to those of cells in the hypergranular variant {563}. Exceptions include CD2 and CD34, which are more frequently expressed in the micro-granular variant and correlate with the expression of breakpoint cluster region 3 (see below) {485,1267,600}. CD2 expression in APL has been associated with *FLT3* internal tandem duplication (ITD) mutation {1266}.

### *Cytochemistry*
Myeloperoxidase is uniformly strongly positive in leukaemic cells, in both hypergranular and microgranular APL. Butyrate esterase is negative or (rarely) weakly positive.

## Cytology
See above.

## Diagnostic molecular pathology
The cytogenetic diagnosis of APL is confirmed by establishing fusion of the *RARA* gene on chromosome 17q21.2 with a nuclear regulatory factor gene, *PML*, on 15q24.1 {341,162}. *PML::RARA* is present in 90–95% of morphologically typical APLs. Depending on the PML breakpoint location on chromosome 15, three *PML::RARA* transcript isoforms can be detected: (1) long (located in intron 6, breakpoint cluster region 1), (2) variant (located in exon 6, breakpoint cluster region 2), and (3) short (located in intron 3, breakpoint cluster region 3) {584,971}. Atypical isoforms of PML::RARA transcripts involving intron 4, exon 6, and exon 7 can also be detected in sporadic cases {971}. Rare APL cases have submicroscopic insertion of *RARA* into *PML*, known as cryptic or masked t(15;17)(q24.1;q21.2), or complex rearrangements involving an additional chromosome {1095,1020}. These may not be detected by conventional cytogenetics, but they can be detected by other molecular methods.

Approximately 40% of patients with APL harbour additional chromosomal alterations identified by conventional cytogenetics. Deletion 7q and trisomy 8 are the most frequent alterations {971}.

Somatic mutations detected at diagnosis in APL include those in *FLT3* (~40%), *WT1* (14%), *NRAS* (7–10%), *USP9X* (9%), *ARID1A* (4%), *EED* (4%), and *KRAS* (3–4%). Mutations commonly seen in other AMLs, such as *DNMT3A*, *TET2*, *ASXL1*, and *IDH1*/*IDH2*, are rare {1020,1920,1212}. *FLT3* mutations include *FLT3* ITD and *FLT3*p.D835; they are generally associated with an elevated WBC count {1478,971}.

### *Variant RARA translocations in APL*
A subset (~5%) of cases with morphological, cytochemical, and immunophenotypic features of APL show variant translocations involving *RARA* at 17q21.2. These variant fusion partners include *ZBTB16* at 11q23, *NUMA1* at 11q13, *NPM1* at 5q35, *STAT5B* at 17q21, *PRKAR1A* at 17q24, *FIP1L1* at 4q12, *BCOR* at Xp11.4, *NABP1* (*OBFC2A*) at 2q32, *TBL1XR1* (*TBLR1*) at 3q26, *GTF2I* at 7q11.23, *IRF2BP2* at 1q42, and *FNDC3B* at 3q26. Cases with *RARA* variant translocations involving fusion partners *ZBTB16* and *STAT5B* respond poorly to all-trans retinoic




**Fig. 2.76** Acute promyelocytic leukaemia (APL) with *PML::RARA* fusion. **A** Characteristic APL blasts showing densely packed cytoplasm with large granules and bundles of Auer rods (Giemsa). **B** Bone marrow smear of an APL promyelocyte representing the micrograular form of APL (variant).

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 51 of 195




**Fig. 2.77** Acute promyelocytic leukaemia with *PML::RARA* fusion. **A,B** Dual-colour dual-fusion FISH strategy with probes for *PML* (15q24.1) and *RARA* (17q21.2). **A** Representative interphase nucleus with abnormal *PML::RARA* dual-fusion signal pattern (arrow): one normal *PML* signal (red), one normal *RARA* signal (green), and two *PML::RARA* fusion signals indicating the 15;17 translocation; a normal nucleus is also present (two red signals for normal *PML* and two green signals for normal *RARA*). **B** Representative interphase nucleus with an atypical pattern of three *RARA* signals and no *PML::RARA* rearrangement (arrows): two normal *PML* signals (red) and three *RARA* signals (green), which may indicate gain of *RARA* at 17q21.2 or rearrangement of *RARA* with a partner other than *PML*. A normal nucleus is also present (two red signals for normal *PML* and two green signals for normal *RARA*). Images of individual nuclei were merged from the same case. **C** Break-apart probe strategy for *RARA* (17q21.2). Representative interphase nuclei with abnormal *RARA* rearrangement signal pattern (arrows): one normal intact fusion signal and separated red 5′ *RARA* and green 3′ *RARA* signals; this confirms that the pattern of three *RARA* signals shown in **B** represents one normal *RARA* signal and one *RARA* rearrangement with a partner other than *PML*. A normal nucleus is also present (two intact fusion signals). Confirming *RARA* rearrangement has implications for the potential treatment response, which may vary depending on the partner gene.

acid (ATRA) and arsenic trioxide (ATO) therapies {1478}. A subgroup of cases with *ZBTB16::RARA* shows a predominance of cells with regular nuclei, many granules, usually an absence of Auer rods, neutrophils with pseudo–Pelger–Huët changes, and strong myeloperoxidase reactivity {1460}. Cases with these variant translocations should be diagnosed as APL with a variant *RARA* translocation.

## Essential and desirable diagnostic criteria

*Essential:* a myeloid neoplasm with increased peripheral blood and/or bone marrow atypical promyelocytes showing characteristic abnormal hypergranular promyelocytes or microgranular blasts (may be < 20%); detection of *PML::RARA*; no history of exposure to cytotoxic therapy.
*Desirable:* detection of t(15;17)(q24;q21).

## Staging

Not relevant

## Prognosis and prediction

At diagnosis, a WBC count of ≥ $10 \times 10^9$/L places patients into a high-risk subset, whereas those with lower WBC counts are further stratified into low- and intermediate-risk categories on the basis of platelet count cut-off values of > $40 \times 10^9$/L and ≤ $40 \times 10^9$/L, respectively {843,1886}.

Combination therapy with all-trans retinoic acid and arsenic trioxide (ATRA+ATO) without conventional chemotherapy is highly effective and largely curative for patients with low/intermediate-risk APL and is currently the standard of care for these patients {924,987,1348,843,1478,842}. In patients with high-risk APL, either an additional anthracycline along with ATRA and ATO regimens or the use of ATRA plus conventional chemotherapy regimens is recommended {1478}.

Previously reported adverse prognostic factors, including hyperleukocytosis, CD56 expression, and *FLT3* ITD, are not relevant with current treatment regimens {1478,1886}. Indeed, long-term cure rates for patients with APL exceed 90% for low/intermediate-risk and high-risk groups.





# Acute myeloid leukaemia with *RUNX1::RUNX1T1* fusion

Yeung CCS
Bullinger L
Eisfeld AK
Haferlach T
Huang XJ
Ketterling RP
Ogawa S
Patkar NV
Spiekermann K

## Definition

Acute myeloid leukaemia (AML) with *RUNX1::RUNX1T1* is characterized by fusion of the RUNX family transcription factor 1 gene (*RUNX1*) and the RUNX1 partner transcriptional co-repressor 1 gene (*RUNX1T1*).

## ICD-O coding

9896/3 Acute myeloid leukaemia with *RUNX1::RUNX1T1* fusion

## ICD-11 coding

2A60.0 & XH3CX5 Acute myeloid leukaemia with recurrent genetic abnormalities & Acute myeloid leukaemia, t(8;21)(q22;q22)

## Related terminology

*Acceptable:* acute myeloid leukaemia with t(8;21)(q22;q22.1).
*Not recommended:* acute myeloid leukaemia with *AML1/ETO*.

## Subtype(s)

None

## Localization

The blood and bone marrow are always involved. Some patients may present with myeloid sarcoma.

## Clinical features

Presenting symptoms and signs are typically secondary to bone marrow failure and include fatigue, bruising or bleeding, and infection. Organomegaly may be present. Patients who present with myeloid sarcoma may have low blast counts in the blood or bone marrow.

## Epidemiology

The t(8;21)(q22;q22.1) translocation is found in 1–5% of AML cases. *RUNX1::RUNX1T1* is the predominant core-binding factor (CBF) rearrangement found in African-American patients with AML (~55–70% of CBF-AML in these patients) {1515}. Similarly, CBF-AML is enriched in patients of eastern Asian ancestry (~20%) {1828}, with a predominance of *RUNX1::RUNX1T1* (70–80% of CBF-AML cases in these patients) {1828}.

## Etiology

Unknown

## Pathogenesis

The CBF is a transcription factor complex comprising a DNA-binding CBFα subunit (RUNX1, RUNX2, or RUNX3) and a non–DNA-binding heterodimerization partner CBFβ subunit (encoded by *CBFB*). RUNX1 (AML1) is a master transcriptional regulator of adult haematopoiesis expressed by all haematopoietic lineages. RUNX1 and CBFβ form a DNA-binding heterodimer that regulates haematopoietic differentiation.




**Fig. 2.78** Acute myeloid leukaemia (AML) with *RUNX1::RUNX1T1* fusion. **A** Organization of the fusion gene. The breakpoints cluster within *RUNX1T1* exon 1a–2 and RUNX1 exon 5–6. **B** Structure of the fusion protein. Transcription factors and epigenetic regulators that form complexes with RUNX1::RUNX1T1 are indicated below the regions with which they interact.




**Fig. 2.79** Acute myeloid leukaemia (AML) with *RUNX1::RUNX1T1*. I-CBFit disease-free survival (DFS). Patients with core-binding factor (CBF) AML with low I-CBFit scores (defined as < 0) have significantly better DFS than patients with high I-CBFit scores (defined as ≥ 0).

RUNX1T1 is a transcriptional co-repressor whose expression is limited to the megakaryocytic and erythrocytic lineages, but not haematopoietic stem and progenitor cells {1641}. The *RUNX1::RUNX1T1* fusion resulting from t(8;21)(q22;q22.1)

**Table 2.14** Acute myeloid leukaemia (AML) with *RUNX1::RUNX1T1* fusion: co-mutations in t(8;21) AML

| Gene | Frequency | References |
|---|---|---|
| *KIT* | 12–40% | {435,1527,1243,406,391} |
| *NRAS* | 13–23% | {435,1527,1243,406,391} |
| *ASXL2* | 9–29% | {405,1118,435,1527,1243,391} |
| *ZBTB7A* | 7–23% | {435,1243} |
| *RAD21* | 3–14% | {435,1527,1243,406,391} |
| *ASXL1* | 3–14% | {1243,406,391} |
| *CCND2* | 4–12% | {405,435,406} |
| *FLT3* | 4–10% | {1243,406,391} |
| *SMC3* | 4–8% | {1243,406} |
| *SMC1A* | 4–6% | {435,1527,1243,406} |
| *DHX15* | 4–5% | {435,1243} |
| *FLT3* | 3–7% | {1243,406,391} |
| *EZH2* | 2–7% | {435,1243,406,391} |
| *KDM6A* | 2–6% | {1527,1243} |
| *KRAS* | 1–7% | {435,1527,1243,406,391} |



**Fig. 2.80** Acute myeloid leukaemia (AML) with *RUNX1::RUNX1T1*. Interaction of somatic mutations in AML with *RUNX1::RUNX1T1*.

plays a critical role in leukaemogenesis by blocking myeloid differentiation but requires other cooperating pathogenic alterations for leukaemic development and progression (see Table 2.14). Such alterations include mutations in *DHX15* and *ZBTB7A*, as well as an enrichment of mutations in epigenetic regulators, including *ASXL2* and the cohesin complex {435, 391,941}. Other cooperating factors include mutations resulting in RAS pathway activation {941,391}. Secondary cytogenetic abnormalities occur in approximately 66% of cases, with the more frequently reported aberrations being del(9q) (in 15% of cases) and loss of a sex chromosome (loss of the X chromosome in 37% of female patients, loss of the Y chromosome in 44% of male patients) {629}.

## Macroscopic appearance

Not relevant

## Histopathology

Bone marrow trephine biopsy or clot preparation usually shows extensive replacement by immature cells. Bone marrow smears show increased blasts and myeloid precursors at various stages of maturation in about 90% of cases. Approximately 10% of cases have features of AML without maturation. Blasts are large, with abundant basophilic cytoplasm, often containing numerous azurophilic granules and perinuclear clearing (hof). Few blasts containing large Chédiak–Higashi–like granules may be seen. Auer rods are frequently found and appear as a single long rod with tapered ends. Promyelocytes, myelocytes, and mature neutrophils show variable degrees of dysplasia. The latter may show abnormal nuclear segmentation (e.g. pseudo-Pelger–Huët nuclei) and/or cytoplasmic staining abnormalities, including homogeneous pink cytoplasm in neutrophils. However, dysplasia of other cell lines is uncommon. Monocytes are typically few or absent. Eosinophil precursors are frequently increased, but they do not exhibit cytological (or cytochemical) abnormalities. Basophils may be increased. Mast cells are sometimes increased, and concurrent systemic mastocytosis may be present rarely {1872,805}.

### *Immunophenotype*

Leukaemic cells express a characteristic immunophenotype that includes high-intensity expression of CD34 and aberrant expression of the lymphoid markers CD19 and cCD79a. CD56 is positive in some cases, with expression on myeloblasts and maturing neutrophils {1881,755,1529}. Neutrophils usually show abnormal maturation patterns. Other markers commonly expressed include HLA-DR, CD13, and myeloperoxidase, whereas CD33 is usually weak or negative {853,1529}. Blasts may show maturation asynchrony (e.g. coexpression of CD34 and CD15). PAX5 expression is usually present {1392}.

### *Cytochemistry*

Blasts are usually positive for myeloperoxidase. Butyrate esterase may show a Golgi-zone signal in some cases, but such a finding should not be regarded as evidence of monocytic differentiation.

## Cytology

See above.

## Diagnostic molecular pathology

Detection of t(8;21)(q22;q22.1) and/or *RUNX1::RUNX1T1* can be achieved using chromosome banding analysis, FISH, and various molecular techniques.

The number of somatic mutations is usually low in comparison to that in AML with a normal karyotype {206,406}. At least one mutation can be identified in 85–90% of cases of AML with *RUNX1::RUNX1T1*, but a high mutation burden (≥ 2) may be present in some cases {895,1527}.

## Essential and desirable diagnostic criteria

*Essential:* a myeloid neoplasm with increased peripheral blood and/or bone marrow blasts (may be < 20%); detection of *RUNX1::RUNX1T1*; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.

*Desirable:* detection of t(8;21)(q22;q22.1).

## Staging

Not applicable

## Prognosis and prediction

Most patients have higher rates of complete remission and long-term disease-free survival when treated with intensive consolidation therapy (e.g. high-dose cytarabine) {689,1772}. Some factors appear to adversely affect prognosis, including the presence of *KIT* mutations (in adults) and CD56 expression {801,755}. The presence of KIT p.D816 in adults correlates with a lower relapse-free survival rate, whereas hyperdiploidy and/or the presence of del(9q) is associated with a longer overall survival {1751}. Based on these clinical and molecular features, the derived I-CBFit score may specifically predict survival {1751}. A high mutation burden (≥ 2) is associated with inferior outcomes {895,1527}.

Early reduction in the level of *RUNX1::RUNX1T1* fusion transcripts after induction therapy represents an independent prognostic factor for better disease-free and overall survival {1888,140}. Patients who do not achieve major molecular remission after consolidation therapy are at a high risk of relapse and may benefit from allogeneic stem cell transplant therapy {1823}. Detection of measurable residual disease either by flow cytometry or PCR-based techniques is associated with lower complete remission rates and shorter survival, even after transplantation {1874}.



**Fig. 2.81** Acute myeloid leukaemia (AML) with *RUNX1::RUNX1T1*. Giemsa-stained aspirate smear of AML with t(8;21) featuring increased blasts with granular cytoplasm, some with perinuclear clearing. Some granulocyte maturation and nuclear to cytoplasmic asynchrony is also noted.



**Fig. 2.82** Acute myeloid leukaemia (AML) with *RUNX1::RUNX1T1* fusion. Interphase nucleus with an abnormal *RUNX1::RUNX1T1* fusion signal pattern (one red signal for normal *RUNX1T1*, one green signal for normal *RUNX1*, and two *RUNX1::RUNX1T1* fusion signals indicating a translocation) using a RUNX1::RUNX1T1 dual-colour dual-fusion probe. A normal nucleus is also present (two red signals for normal *RUNX1T1* and two green signals for normal *RUNX1*).

# Acute myeloid leukaemia with *CBFB::MYH11* fusion

Yeung CCS
Bullinger L
Eisfeld AK
Haferlach T
Ketterling RP
Spiekermann K

## Definition
Acute myeloid leukaemia (AML) with *CBFB::MYH11* fusion is characterized by fusion of the core-binding factor beta subunit gene (*CBFB*) and the myosin heavy chain 11 gene (*MYH11*).

## ICD-O coding
9871/3 Acute myeloid leukaemia with *CBFB::MYH11* fusion

## ICD-11 coding
2A60.0 Acute myeloid leukaemia with recurrent genetic abnormalities

## Related terminology
*Acceptable:* acute myeloid leukaemia with *CBFB* rearrangement; acute myeloid leukaemia with t(16;16)(p13.1;q22); acute myeloid leukaemia with inv(16)(p13.1q22).

## Subtype(s)
None

## Localization
The blood and bone marrow are nearly always involved. Some patients may present with myeloid sarcoma.

## Clinical features
Presenting symptoms and signs are typically secondary to bone marrow failure and include fatigue, bruising or bleeding, and infection. Patients often present with an elevated white blood cell count. Extramedullary disease may constitute the only evidence of relapse in some patients.

## Epidemiology
AML with *CBFB::MYH11* fusion constitutes 5–8% of all AML cases in younger patients, and the incidence decreases in older patients. *CBFB::MYH11* is the predominant core-binding factor (CBF) rearrangement in White AML patients (60–70% of CBF-AML in these patients). The incidence is lower in African-American patients or in patients of eastern Asian ancestry {1515,972}.

## Etiology
Unknown

## Pathogenesis
The CBF is a transcription factor complex comprising a DNA-binding CBFα subunit (RUNX1, RUNX2, or RUNX3) and a non-DNA-binding heterodimerization partner CBFβ subunit (encoded by *CBFB*). *MYH11*, which codes for smooth muscle myosin heavy chain, combines with *CBFB*. The resulting fusion protein interferes with the function of RUNX1/CBFb transcription factor complex, causing dysregulation of myeloid cell growth and differentiation {435,1923}.



**Fig. 2.83** Acute myeloid leukaemia (AML) with *CBFB::MYH11* fusion. Colon mucosal biopsy sample showing localization of inv(16) myeloid sarcoma.



**Fig. 2.84** Acute myeloid leukaemia (AML) with *CBFB::MYH11* fusion. Two blast cell populations are present: a more immature population with dim CD45 expression (blue), and a more mature and monocytic population with bright CD45 expression (red). Both populations express myeloid markers like CD13. The more immature population is expressing the progenitor cell marker CD34 and typically is asynchronously coexpressing the maturation-associated marker CD15. The more mature monocytic population is lacking CD34 expression and typically is aberrantly expressing the T-cell marker CD2. Normal lymphocytes and granulocytes are shown in grey.

## Macroscopic appearance
Not relevant

## Histopathology
The bone marrow is hypercellular, with a myeloid predominance and increased immature cells. Bone marrow smears show increased blasts, usually with morphological features of myelomonocytic differentiation. Marrow eosinophilia and the presence of abnormal eosinophils is a feature of AML with *CBFB::MYH11* and is seen in the majority of cases, with few exceptions. Eosinophils have immature granules resembling those normally seen in the late promyelocytic and myelocyte stages of eosinophil maturation. However, these granules are often abnormally large and are distinctly dark purple-violet on Romanowsky-type stains. They may be few or abundant in some cells. Peripheral blood eosinophilia may be present, but abnormal circulating eosinophils are usually rare.



**Fig. 2.85** Acute myeloid leukaemia (AML) with *CBFB::MYH11* fusion. G-banding karyotype showing inv(16)(p13.1q22).

### *Immunophenotype*
Two aberrant blast populations are usually identified. One, a CD45-dim immature blast population, expresses CD34 and myeloid markers such as CD13, KIT (CD117), and myeloperoxidase. The second, a more mature monocytic CD45-bright population, expresses monocytic antigens such as CD14, CD64, and lysozyme, in addition to myeloid markers, but lacks CD34 expression.

### *Cytochemistry*
Blasts are positive for myeloperoxidase. Monoblasts and promonocytes are usually weakly positive for nonspecific esterase reactivity. The naphthol AS-D CAE reaction, which is normally negative in eosinophils, is characteristically faintly positive in the abnormal eosinophils.

## Cytology
See above.

## Diagnostic molecular pathology
Detection of *CBFB::MYH11* and/or inv(16)(p13.1q22) or t(16;16)(p13.1;q22) can be achieved using chromosomal banding analysis, FISH, and various molecular techniques. Although detection of the fusion and/or fusion transcript is optimal, the diagnosis is permissible on the basis of *CBFB* rearrangement using a break-apart FISH probe in the appropriate morphological context. The most common cytogenetic alteration, inv(16)(p13.1q22), detected in about 95% of patients, may be difficult to identify on conventional karyotyping in some cases. Cases with suspicious morphological features that lack inv(16)(p13.1q22) or t(16;16)(p13.1;q22) should be assessed thoroughly with the aid of FISH or molecular diagnostics.

Secondary chromosomal aberrations are present in about 45% of AML cases with *CBFB::MYH11* and include trisomy 8 (10–20%), trisomy 21 (~5%), and trisomy 22 (15–25%), as well as del(7q) (~5%) {1489,1286,629}.



**Fig. 2.86** Acute myeloid leukaemia (AML) with *CBFB::MYH11* fusion. Giemsa staining of bone marrow aspirate smear in AML with inv(16), showing abnormal immature eosinophils with large basophilic granules seen admixed with myelomonocytic blasts.



**Fig. 2.87** Acute myeloid leukaemia (AML) with *CBFB::MYH11* fusion. **A** Break-apart FISH showing an abnormal *CBFB* rearrangement signal pattern (one intact fusion signal, and one red signal separated from one green signal indicating a disruption), using a *CBFB* break-apart probe. **B** An interphase nucleus with an abnormal *CBFB::MYH11* fusion signal pattern (one red signal for normal *MYH11*, one green signal for normal *CBFB*, and two *CBFB::MYH11* fusion signals indicating an inversion or translocation), demonstrated using a *CBFB::MYH11* dual-colour, dual-fusion probe. A normal nucleus is also present (two red signals for normal *MYH11* and two green signals for normal *CBFB*).

Different fusion transcripts of *CBFB::MYH11* are recognized, with 85–88% of cases having transcript type A. Transcripts D and E are each detected in about 5% of cases. At least eight other fusion transcript types have been reported, but these are rare {1496,732}.

Somatic mutations are detected in > 90% of cases and most commonly involve *NRAS* (30–50%) and *KRAS* (10–15%), followed by *KIT*, *ASXL2*, *ASXL1*, *NF1*, *TET2*, *EZH2*, *FLT3* tyrosine kinase domain (TKD), and *FLT3* internal tandem duplication (ITD) {1286,391,1274,435,277,1243}.

## Essential and desirable diagnostic criteria
*Essential:* a myeloid neoplasm with increased peripheral blood and/or bone marrow blasts (may be < 20%); detection of *CBFB::MYH11*; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.
*Desirable:* detection of inv(16)(p13.1q22) or t(16;16)(p13.1;q22).

## Staging
Not applicable

## Prognosis and prediction

The prognosis of AML with *CBFB::MYH11* is favourable, with long-term survival rates of about 50% in adults {585,1274,373, 1772}. Treatment with high-dose cytarabine-containing regimens and the addition of gemtuzumab ozogamicin to induction therapy has improved survival {1195,689}.

The impact of additional chromosomal abnormalities on outcome is still unclear. Trisomy 8 and trisomy 22 have been shown to be associated with better outcomes in some studies but not all {1489,1047,1286,629}. A lack of molecular remission after induction therapy represents an independent prognostic factor for relapse and poor survival {298,1888,140}. *CBFB::MYH11* fusion types are associated with distinct clinical and genetic features {1510} but do not seem to have a prognostic impact {1496}. The presence of trisomy 8 is associated with better overall survival {629}. The presence of *KIT* mutations (exon 17) or multiple kinase mutations (e.g. *KIT*, RAS, *FLT3*) seems to correlate with a higher relapse rate in some studies {1287,811} but not others {1352,140,163}.





# Acute myeloid leukaemia with *DEK::NUP214* fusion

Fogelstrand L
Haferlach T
Hodge JC
Patkar NV

## Definition

Acute myeloid leukaemia (AML) with *DEK::NUP214* fusion is characterized by fusion of the proto-oncogene *DEK* and the nucleoporin 214 gene (*NUP214*).

## ICD-O coding

9865/3 Acute myeloid leukaemia with *DEK::NUP214* fusion

## ICD-11 coding

2A60.0 & XH9Y46 Acute myeloid leukaemia with recurrent genetic abnormalities & Acute myeloid leukaemia with t(6;9)(p23;q34); *DEK-NUP214*

## Related terminology

*Acceptable:* acute myeloid leukaemia with t(6;9)(p22.3;q34.1).

## Subtype(s)

None

## Localization

Blood and bone marrow

## Clinical features

Most patients present with anaemia and thrombocytopenia {1569,453}. Leukocytosis is common at presentation, but some patients, particularly those with features of myelodysplastic neoplasm (MDS), may present with pancytopenia {1569,453}.

## Epidemiology

AML with *DEK::NUP214* is rare. It accounts for 0.6–1.7% of AML cases in children {1471,1674} and about 1% of AML cases in adults {1569,1274}. The median age at diagnosis is 10–13 years in children {1569,1471,1674} and 35–51 years in adults {1259, 453,840}. There is no clear sex predilection.

## Etiology

Unknown

## Pathogenesis

The mechanisms for leukaemogenesis induced by *DEK::NUP214* are not fully elucidated, but the fusion appears to disrupt the localization of proteins essential for nucleocytoplasmic transport {1461,1096}, probably by inhibiting NF-κB–mediated transcription {1461}.

## Macroscopic appearance

Not relevant

## Histopathology

The bone marrow is typically hypercellular. Bone marrow smears show increased blasts with maturation or with myelomonocytic differentiation {1576,1471,453}. In some patients the morphological features are those of MDS with increased blasts {1576,453}. Multilineage dysplasia is common {1569,1471,1787,453}, including abnormal nuclear lobulation in erythroblasts and myeloid cells, ring sideroblasts, hypogranular myelopoiesis, and micromegakaryocytes {1259,453,26}. Auer rods are infrequent, and basophils may be increased in a minority of cases {1576,1471,453}.




**Fig. 2.88** Acute myeloid leukaemia (AML) with *DEK::NUP214* fusion. **A** The translocation results from the breakage and rejoining of bands 6p22 and 9q34. G-banded normal chromosomes 6 and 9 are shown on the outside of each pair of homologues, and the points of rearrangement on the derivative chromosomes 6 and 9 from the translocation are indicated by arrows. **B** Dual-colour dual-fusion FISH strategy with probes for *DEK* (6p22.3) and *NUP214* (9q34.1). Representative interphase nucleus with an abnormal *DEK::NUP214* dual-fusion signal pattern (arrow): one green signal for normal *DEK*, one red signal for normal *NUP214*, and two *DEK::NUP214* fusion signals indicating the 6;9 translocation. A normal nucleus is also present (two green signals for normal *DEK* and two red signals for normal *NUP214*). Images of individual nuclei were merged from the same case.

## *Immunophenotype*

Leukaemic cells are usually positive for CD13, CD33, CD34, CD38, KIT (CD117), CD123, HLA-DR, and myeloperoxidase {1259,1569,1787,453}. CD7, CD9, CD15, CD64, and TdT are variably expressed, and CD34 may be negative {26,1259,1569, 605,1787,453}.

### Cytology
See above.

### Diagnostic molecular pathology
This AML type is defined by karyotype-based evidence of t(6;9)(p22.3;q34.1) or molecular confirmation of in-frame fusion of *DEK* on chromosome 6p22.3 and *NUP214* (*CAN*) on 9q34.1. The oncogenic fusion of 5′ *DEK* and 3′ *NUP214* occurs on the derivative chromosome 6 {1793}. The t(6;9) translocation is a driver alteration and often the sole karyotype finding {1569, 1274}. Less commonly, some cases have additional karyotypic abnormalities and occasionally a complex karyotype {1259, 1471}. Detection of the *DEK::NUP214* fusion may be achieved with FISH and/or molecular diagnostic techniques. Concurrent *FLT3* internal tandem duplication (ITD) mutation occurs in 50–88% of patients, whereas *FLT3* tyrosine kinase domain (TKD) mutations are generally absent {1259,1569,1674}. Mutations involving RAS pathway genes are common {453}.

### Essential and desirable diagnostic criteria
*Essential:* a myeloid neoplasm with increased peripheral blood and/or bone marrow blasts (may be < 20%); presence of *DEK::NUP214* fusion; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.
*Desirable:* detection of t(6;9)(p22.3;q34.1).

### Staging
Not applicable

### Prognosis and prediction
AML with *DEK::NUP214* is associated with a poor prognosis and short overall survival {1569,1471,453}. In a comparison of patients with *DEK::NUP214* who were initially diagnosed with AML versus those diagnosed with myelodysplastic neoplasm (MDS), there was no difference in overall survival, and 61% of patients with MDS developed AML. In a recent study, patients who did not undergo allogeneic stem cell transplantation died within 45 months, although the median survival time of patients with AML was shorter than that of patients with MDS (13 vs 26 months) {453}. Based on the high frequency of progression to AML, similar prognosis, and patterns of co-mutations, the presence of *DEK::NUP214* is regarded as an AML-defining alteration irrespective of the blast count at presentation {1471, 453}.

*FLT3* ITD is present in a majority of cases and does not impact overall survival, but it has been associated with faster relapse kinetics {1241}. Whether FLT3 inhibition is effective in this type of AML remains to be seen. Allogeneic stem cell transplantation seems to improve survival {757,840,453}.





# Acute myeloid leukaemia with *RBM15::MRTFA* fusion

Abla O
Haferlach T
Hodge JC
Makita S

### Definition
Acute myeloid leukaemia (AML) with *RBM15::MRTFA* (*MKL1*) is a specific type of AML characterized by megakaryocytic differentiation.

### ICD-O coding
9911/3 Acute myeloid leukaemia with *RBM15::MKL1* fusion

### ICD-11 coding
2A60.0 & XH16K4 Acute myeloid leukaemia with recurrent genetic abnormalities & Acute myeloid leukaemia (megakaryoblastic) with t(1;22)(p13;q13); *RBM15-MKL1*

### Related terminology
*Acceptable:* acute megakaryoblastic leukaemia with *RBM15::MRTFA*.
*Not recommended:* acute myeloid leukaemia with *RBM15::MKL1*; acute megakaryoblastic leukaemia with *RBM15::MKL1*; acute myeloid leukaemia with *OTT::MAL*.

### Subtype(s)
None

### Localization
The peripheral blood, bone marrow, lymph nodes, and spleen are commonly involved. The disease can often arise in extramedullary sites as myeloid sarcoma.

### Clinical features
Most patients present with marked hepatosplenomegaly, anaemia, thrombocytopenia, and a slightly elevated white blood count, with or without peripheral blood blasts. Infants often present with extramedullary disease and fibrotic abdominal organs such as the liver; the latter may result in presentation with Budd–Chiari syndrome {932}.

### Epidemiology
The disease is rare, accounting for < 1% of all AML cases and 10–12% of paediatric acute megakaryoblastic leukaemia cases {339}. It occurs more frequently in infants (first 6 months of life) and young children (aged ≤ 3 years) without trisomy 21 (Down syndrome), with a female predominance. A few adult cases have been reported {725,1462}.

### Etiology
Unknown




**Fig. 2.89** Acute myeloid leukaemia (AML) with *RBM15::MRTFA* fusion. **A** A bone marrow biopsy shows increased immature cells in a fibrotic background. **B** CD41 immunohistochemistry shows extensive positivity in tumour cells.




**Fig. 2.90** Acute myeloid leukaemia (AML) with *RBM15::MRTFA* fusion. **A** Blasts are medium to large in size, with fine reticular chromatin (Giemsa). Micromegakaryocytes are usually present (Giemsa) (**B**), and budding of atypical platelets may be seen (Giemsa) (**C**).




**Fig. 2.91** Acute myeloid leukaemia (AML) with *RBM15::MRTFA* fusion. AML with t(1;22)(p13.3;q13.1). The translocation results from the breakage and rejoining of bands 1p13 and 22q13. G-banded normal chromosomes 1 and 22 are shown on the outside of each pair of homologues, and the points of rearrangement on the derivative chromosomes 1 and 22 from the translocation are indicated by arrows. Note that the dark-staining heterochromatin region directly below the centromere of the derivative chromosome 1 is a normal variant.



**Fig. 2.92** Acute myeloid leukaemia (AML) with t(1;22). Dual-colour dual-fusion FISH strategy with probes for *RBM15* (1p13.3) and *MRTFA* (22q13.1). Representative interphase nucleus with an abnormal *RBM15::MRTFA* dual-fusion signal pattern (arrow): one red signal for normal *RBM15*, one green signal for normal *MRTFA*, and two *RBM15::MRTFA* fusion signals indicating the 1;22 translocation. A normal nucleus is also present (two red signals for normal *RBM15* and two green signals for normal *MRTFA*).

### Pathogenesis
The *RBM15::MRTFA* fusion gene modulates HOX-induced differentiation and extracellular signalling pathways, which are associated with leukaemogenesis {1102,593}. However, in an *RBM15::MRTFA* knock-in mouse model, the fusion gene resulted in abnormal megakaryopoiesis but was not sufficient to induce leukaemia {1103}, suggesting that additional mechanisms contribute to the development of AML. A case associated with a *TERT* promoter variant has been reported {932}.

### Macroscopic appearance
Not applicable

### Histopathology
Blasts have megakaryocytic differentiation and may or may not exceed 20% of bone marrow cellularity. Megakaryoblasts are usually medium-sized to large, with a round, irregular, or convoluted nucleus containing several nucleoli and fine reticular chromatin. The cytoplasm is often agranular and basophilic, and it may have blebs. Micromegakaryocytes are common, but dysplasia of granulocytic and erythroid lineages is usually absent. Megakaryoblasts may be mixed with more morphologically undifferentiated blasts with a high N:C ratio, resembling lymphoblasts.

The bone marrow may be normocellular or hypercellular, usually with reticulin and collagenous fibrosis. Fibrosis often results in limited bone marrow aspirates and could lead to a falsely low blast count; therefore, a bone marrow trephine biopsy is required for full evaluation.

#### *Immunophenotype*
Blasts and megakaryocytes express one or more platelet glycoproteins: CD41, CD61, and/or CD42b. Cytoplasmic CD41 or CD61 is more specific and sensitive than surface staining. CD36 is typically positive but not specific. Blasts can be positive for CD13 and CD33, whereas CD34, CD45, HLA-DR, myeloperoxidase, TdT, and lymphoid markers are negative.

### Cytology
See above.

### Diagnostic molecular pathology
Cases are defined by karyotype-based evidence of t(1;22)(p13.3;q13.1) or molecular confirmation of in-frame fusion between *RBM15* (*OTT*) at 1p13 3 and *MRTFA* (*MKL1*) at 22q13.1. The oncogenic fusion of *RBM15* and *MRTFA* on the derivative chromosome 22 produces a transcript encoding all of the putative functional domains of both genes {1015}. Most cases have t(1;22)(p13.3;q13.1) as the sole karyotype abnormality at diagnosis. Less frequently, and typically in older infants (aged > 6 months), a hyperdiploid karyotype with t(1;22) and +der(1)t(1;22) can be observed {215}. Paediatric non–Down syndrome acute megakaryoblastic leukaemia may also arise from chimeric oncogenes and cooperating mutations that are mutually exclusive with *RBM15::MRTFA* {339,337}.

The high incidence of myelofibrosis may complicate cytogenetic diagnosis based on conventional karyotyping; therefore, other tests (e.g. FISH) to detect *RBM15::MRTFA* or its fusion product may be required for an accurate diagnosis.

### Essential and desirable diagnostic criteria
*Essential:* a myeloid neoplasm with increased peripheral blood and/or bone marrow blasts (may be < 20%); detection of *RBM15::MRTFA* fusion by FISH and/or RT-PCR or a similar molecular technique.
*Desirable:* detection of t(1;22)(p13.3;q13.1) by karyotype analysis; demonstration of megakaryocytic differentiation.

### Staging
Not applicable

### Prognosis and prediction
The prognosis is not uniform. Two studies showed intermediate overall survival and poor event-free survival {1509,749}. However, a large international paediatric study showed a 4-year overall survival rate of 70%, a 4-year event-free survival rate of 62%, and a 4-year cumulative incidence of relapse of 19% {339}. Furthermore, a hyperdiploid karyotype was an independent good prognostic factor for event-free survival but not for overall survival.





# Acute myeloid leukaemia with *BCR::ABL1* fusion


Hu S
Haferlach T
Hodge JC
Khattry N
Radich JP


### Definition
Acute myeloid leukaemia (AML) with *BCR::ABL1* fusion is a *de novo* AML with *BCR::ABL1* detected at initial diagnosis and where no evidence of chronic myeloid leukaemia (CML) can be established.

### ICD-O coding
9912/3 Acute myeloid leukaemia with *BCR::ABL1* fusion

### ICD-11 coding
2A60.0 & XH6FZ7 Acute myeloid leukaemia with recurrent genetic abnormalities & Acute myeloid leukaemia with *BCR-ABL1*

### Related terminology
*Acceptable:* acute myeloid leukaemia with t(9;22)(q34;q11.2).

### Subtype(s)
None

### Localization
The bone marrow and blood are always involved. Rarely, extramedullary sites may be involved {14}.

### Clinical features
Patients frequently present with leukocytosis and variable degrees of anaemia and/or thrombocytopenia. Compared to patients with the myeloid blast phase of CML, patients with AML with *BCR::ABL1* tend to have a higher percentage of blasts (median: 47% vs 13%), a lower percentage of basophils (median: 0% vs 2.5%) and absolute basophil count, and a lower frequency of splenomegaly (25% vs 65%) {1592,890}.

### Epidemiology
AML with *BCR::ABL1* is rare and accounts for < 0.5% of all cases of AML and < 0.5% of all cases of acute and chronic leukaemia with *BCR::ABL1*. It occurs mainly in adults, with a male predominance {1592,890,1251}.

### Etiology
Unknown

### Pathogenesis
The chimeric BCR::ABL1 fusion protein is a constitutively active tyrosine kinase. About 70–80% of cases of AML with *BCR::ABL1* harbour p210 transcripts, and 50–60% of cases demonstrate additional chromosomal alterations {1592,890,1175,1251}. Additional chromosomal alterations typical of the myeloid blast phase of CML are less common in AML with *BCR::ABL1*.

Cryptic deletions within IG and TR genes are nearly universal, and they are frequently accompanied by losses of the *IKZF1* and/or *CDKN2A/B* genes detected by array comparative genomic hybridization. Although not seen in the myeloid blast phase of CML, these deletions are recurrent in the lymphoid blast phase of CML and in mixed-phenotype acute leukaemia with *BCR::ABL1* {1174,1175}. *RUNX1* mutation is common in AML with *BCR::ABL1* and occurs in about 40% of cases. Other mutated genes include *ASXL1*, *BCOR*, *IDH1*/*IDH2*, and *SRSF2*, and these each occur in 10–15% of cases. This mutation profile appears similar to that of the myeloid blast phase of CML {406,1251}.

### Macroscopic appearance
Not relevant

### Histopathology
#### *Bone marrow*
The morphological spectrum of AML with *BCR::ABL1* is broad and can encompass AML with minimal differentiation, without maturation, or with monocytic differentiation {317,1268,1592,890,1175,1196}. Compared with the myeloid blast phase of CML, AML with *BCR::ABL1* shows a lower myeloid-to-erythroid ratio (median: 2.0 vs 4.8) and a lower frequency of > 2% basophils (13% vs 53%) in the bone marrow {1592}. Dwarf megakaryocytes are rare {890}.

#### *Immunophenotype*
Most cases express CD34, HLA-DR, and myeloid antigens (CD13, CD33, and KIT [CD117]). Expression of CD7, CD19, and TdT is not uncommon {317,1268,1592}.

#### *Differential diagnosis*
Given that AML with *BCR::ABL1* may aberrantly express lymphoid antigens, mixed-phenotype acute leukaemia with *BCR::ABL1* should be considered in the differential diagnosis. The co-occurrence of a genetic abnormality with t(9;22)(q34;q11.2) that defines another de novo AML subtype would take precedence over the diagnosis of AML with *BCR::ABL1* {59,890}. *BCR::ABL1* may be acquired secondarily in AML transforming from a previous myelodysplastic neoplasm or in relapsed/refractory AML previously lacking *BCR::ABL1* {912}. These cases should not be included in this category. Distinguishing AML with *BCR::ABL1* from the initial myeloid blast phase of CML is often challenging.

### Cytology
See above.

### Diagnostic molecular pathology
Karyotype analysis identifies the t(9;22)(q34;q11.2) translocation that defines this subtype of AML; t(9;22)(q34;q11.2) may be the sole finding or occur with additional chromosomal abnormalities {1592,890}. Additionally, molecular methods to detect the resulting *BCR::ABL1* fusion, with primers/probes designed



Fig. 2.93 Acute myeloid leukaemia (AML) with *BCR::ABL1* fusion. **A** Bone marrow core biopsy shows sheets of blasts. **B** Bone marrow differential reveals 91% blasts. **C** FISH analysis shows 99% of cells positive for *BCR::ABL1* rearrangement. Chromosomal banding for this case showed a karyotype of 46,XX,del(5)(q13q35),der(9)inv(9)(p12q13)t(9;22)(q34;q11.2),der(22)t(9;22)[9]/46,idem,add(15)(q26.1)[11] (data not shown).

to identify all common breakpoint variants when applicable, include dual-colour dual-fusion FISH, RT-PCR, qPCR, and RNA or DNA sequencing.

### Essential and desirable diagnostic criteria

*Essential:* a myeloid neoplasm with > 20% blasts expressing a myeloid immunophenotype in the bone marrow and/or peripheral blood; detection of *BCR::ABL1* at initial diagnosis; lack of features of CML before or at diagnosis or after therapy.
*Desirable:* presence of t(9;22)(q34;q11.2) on conventional karyotyping; determination of the *BCR::ABL1* transcript subtype and establishment of a baseline level of *BCR::ABL1* transcript for monitoring treatment response

### Staging

Not applicable

### Prognosis and prediction

Response to standard AML induction chemotherapy is poor, with a median survival time of < 9 months {317,1592}. Treatment with single-agent tyrosine kinase inhibitors does not seem to be effective, but there is a single case report of a patient achieving molecular remission with dasatinib and chemotherapy {1592, 1535}. Survival after allogeneic transplantation appears similar to that for intermediate-risk AML, with one report demonstrating a 3-year overall survival rate of 73% {1124}.



# Acute myeloid leukaemia with *KMT2A* rearrangement

Fogelstrand L
Greipp PT
Haferlach T
Patkar NV
Spiekermann K



### Definition

Acute myeloid leukaemia (AML) with *KMT2A* rearrangement is a myeloid neoplasm in which the *KMT2A* locus on chromosome 11q23.3 is fused with any of a number of partner genes.

### ICD-O coding

9897/3 Acute myeloid leukaemia with *KMT2A* rearrangement

### ICD-11 coding

2A60.0 & XH1E41 Acute myeloid leukaemia with recurrent genetic abnormalities & Acute myeloid leukaemia, 11q23 abnormalities

### Related terminology

*Acceptable:* acute myeloid leukaemia with *KMT2A::MLLT3* or other exact fusion; acute myeloid leukaemia with t(9;11)(p21.3;q23.3) or other exact balanced translocation.
*Not recommended:* acute myeloid leukaemia with *MLL* rearrangement.

### Subtype(s)

None

### Localization

The blood and bone marrow are always involved. Extramedullary involvement is relatively frequent and identified in one third of adult patients with AML with *KMT2A* rearrangement. Also in children, extramedullary involvement is common, with approximately half of patients presenting with liver and/or splenic involvement, and 15% presenting with CNS involvement {74}.

### Clinical features

Patients presenting with this AML may have varying white blood cell counts. They can present with leukopenia or overt leukocytosis, with a white blood count as high as 200 × $10^9$/L. In adults, the white blood cell count does not differ significantly from that of age-matched AML patients with normal cytogenetics, and no significant differences have been reported between patients with different *KMT2A* fusion partners {131,759}. Children often present with hyperleukocytosis {74}. Extramedullary involvement manifesting as gingival hypertrophy or skin lesions is common {138,1422,480}.

### Epidemiology

*KMT2A* rearrangements are detected at all ages, with their frequency showing an inverse relationship with age. In children, *KMT2A* rearrangement is the most common genetic abnormality, accounting for 20% of all AML cases {151}; the frequency exceeds 50% in infants and 10% in adolescents with AML {74, 1422}. In adults, *KMT2A* rearrangements are found in 2–3% of patients with AML, with *KMT2A::MLLT3* being the most common {1497,1609,759}.



Fig. 2.94 Acute myeloid leukaemia (AML) with *KMT2A* rearrangement. Circos plot showing the spectrum of *KMT2A* fusions according to their frequency.

**Box 2.23** Partner genes reported in *KMT2A*-rearranged acute myeloid leukaemia (AML)

| | | |
|---|---|---|
| *ABI1* | *EDC4* | *NRIP3* |
| *ABI2* | *ELL* | *NT5C2* |
| *ACACA* | *EP300* | *NUP98* |
| *ACTN4* | *EPS15* | *PDS5A* |
| *AFDN* | *FLNA* | *PICALM* |
| *AFF1* | *FNBP1* | *PRPF19* |
| *AFF3* | *FOXO3* | *PRRC1* |
| *AFF4* | *FOXO4* | *RARA* |
| *AKAP13* | *FRYL* | *RNF214* |
| *AP2A2* | *GAS7* | *SARNP* |
| *ARAP1* | *GMPS* | *SEPTIN11* |
| *ARHGAP26* | *GPHN* | *SEPTIN14* |
| *ARHGEF12* | *KNL1* | *SEPTIN2* |
| *ARHGEF17* | *LAMC3* | *SEPTIN5* |
| *ARHGEF37* | *LASP1* | *SEPTIN6* |
| *BTBD18* | *LPP* | *SEPTIN9* |
| *BTK* | *LYN* | *SH3GL1* |
| *BTN3A1* | *MAML2* | *SMAP1* |
| *BUD13* | *ME2* | *SORBS2* |
| *C2CD3* | *MEF2C* | *SUGP2* |
| *CASP8AP2* | *MLLT1* | *TCF12* |
| *CCNJL* | *MLLT10* | *TET1* |
| *CBL* | *MLLT11* | *TIRAP* |
| *CENPK* | *MLLT3* | *TOP3A* |
| *CEP170B* | *MLLT6* | *USO1* |
| *CIP2A* | *MYH11* | *USP10* |
| *CLTC* | *MYO18A* | *USP2* |
| *CREBBP* | *MYO1F* | *VAV1* |
| *CT45A2* | *NCBP1* | *YJU2* |
| *DAB2IP* | *NCKIPSD* | *ZFYVE19* |
| *DCPS* | *NEBL* | |
| *DOCK11* | *NOX4* | |



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 57 of 195

**Table 2.15** Frequencies of different *KMT2A* fusion partners in acute myeloid leukaemia (AML) with *KMT2A* rearrangement

| *KMT2A* fusion partner | Translocation | Proportion of cases of AML with *KMT2A* rearrangement | |
|---|---|---|---|
| | | In children | In adults |
| ***MLLT3 (AF9)*** | t(9;11)(p21.3;q23.3) | 33–43% | 24–57% |
| ***AFDN (AF6, MLLT4)*** | t(6;11)(q27;q23.3) | 4.6–14% | 5–17% |
| ***ELL*** | t(11;19)(q23.3;p13.11) | 4.5–11% | 8–15% |
| ***MLLT10 (AF10)*** | t(10;11)(p12.31;q23.3) | 13–19% | 2–8.8% |
| ***MLLT1 (ENL)*** | t(11;19)(q23.3;p13.3) | 3.3–6.2% | 2.5–14% |
| ***SEPTIN9 (SEPT9)*** | t(11;17)(q23.3;q25.3) | 1.5 | 1.6–3% |
| ***EPS15 (MLLT5)*** | t(1;11)(p32.3;q23.3) | 1.5–3% | 1.3% |
| ***AFF1 (AF4, MLLT2)*** | t(4;11)(q21.3;q23.3) | 0.88–1.7% | 0.8–1% |

Note: Data for children were obtained from {900,74,1112}, and those for adults from {900,592,1112,131,759}.

## Etiology

The etiology of de novo *KMT2A* rearrangements is largely unknown in AML. In acute lymphoblastic leukaemia, they can occur in utero, and a prenatal origin has been validated by twin and backtracking studies. This has not been confirmed in AML, although fewer cases have been studied {1046}.

Rearrangement of *KMT2A* has been observed after treatment with topoisomerase II inhibitors, and such cases should be diagnosed as myeloid neoplasm post cytotoxic therapy. Specifically, the presence of the translocation t(11;16)(q23;p13) leading to *KMT2A::CREBBP* is considered presumptive evidence and should prompt a search for a history of malignancy and cytotoxic therapy {1442,1869}.

## Pathogenesis

*KMT2A* gene rearrangements result from deletions, duplications, inversions, and translocations at the 11q23 locus {367}. These rearrangements typically disrupt a 100 kb region in exons 5–11. The resulting derivative chromosome 11 harbours the *KMT2A* promoter and coding regions 5′ to the breakpoint {367}. The rearrangement results in a chimeric protein with a *KMT2A*-encoded N-terminus and a C-terminus encoded by the partner gene {367}. *KMT2A*-rearranged leukaemias have a distinct gene expression profile resembling early haematopoietic progenitor cells and characterized by the overexpression of



**Fig. 2.95** Acute myeloid leukaemia (AML) with *KMT2A* rearrangement. Bone marrow smear shows various monoblasts with abundant cytoplasm, vacuoles, and azurophilic granules in this case of AML (monoblastic) with t(9;11)(p21.3;q23.3)/*KMT2A::MLLT3* rearrangement (Pappenheim).

HOX genes {47}. Another common finding in *KMT2A*-rearranged AML is deregulated EVI1 protein overexpression, especially in cases with *KMT2A::MLLT3* {132,591}.

More than 80 fusion partners have been described in *KMT2A*-rearranged AML {1112} (see Box 2.23, p. 127); they occur at different frequencies in paediatric and adult populations (see Table 2.15). Overall, *MLLT3*, *AFDN*, *ELL*, and *MLLT10* are most commonly implicated in *KMT2A*-rearranged AML, resulting from the translocations t(9;11)(p22;q23), t(6;11)(q27;q23), t(11;19)(p13.1;q23), and t(10;11)(p12;q23), respectively {1156,131,1112,759}. As compared with AML with a normal karyotype, the presence of *KMT2A* rearrangement is associated with a lower mutation burden {759}. Adult patients predominantly have mutations in genes encoding the RAS pathway (*NRAS*, *KRAS*, and *PTPN11*). *FLT3* tyrosine kinase domain (TKD) mutations, as well as mutations in *RUNX1*, *TET2*, *PLCG2*, and *ZRSR2*, have also been described {131,759}. Mutations in *NRAS*, *KRAS*, *PTPN11*, and *FLT3*-TKD often occur at low (< 20%) variant allele frequencies (VAFs), indicating a subclonal nature {592,131}. *DNMT3A*, *NPM1*, *CEBPA*, and *FLT3* internal tandem duplication (ITD) mutations are uncommon {131,759}.

## Macroscopic appearance

Not relevant

## Histopathology

AML with *KMT2A* rearrangement can be associated with a broad range of blast morphology and myeloid differentiation, with most cases having monocytic, monoblastic, or myelomonocytic features {1497}. Blasts are usually large, with abundant basophilic cytoplasm, and they may include many promonocytes. Especially in children, a wide range of other cytomorphological features can be observed, and in this age group any morphology except acute promyelocytic and erythroid leukaemia morphology has been reported {74}.

### *Immunophenotype*

The immunophenotype of leukaemic cells with a *KMT2A* rearrangement varies depending on cell lineage. Most often, the leukaemic cells are of the monocytic lineage and express CD33, CD65, CD4, CD15, HLA-DR, and lysozyme. Expression of CD34 and KIT (CD117) varies depending on subtype (most often negative in monocytic cases). Expression of CD13 and CD56 has been reported in some cases, but expression of CD7 is rare {306,1164,759}. A very common finding, although not completely exclusive, for leukaemic cells with *KMT2A* rearrangement is expression of CSPG4 (NG2) {1860}, which is often heterogeneous.

In children especially, *KMT2A::MLLT3* and *KMT2A::MLLT10* can present as acute megakaryoblastic leukaemia {74,337,633}. In such cases, the blast percentage in aspirates may be < 20%, and in trephine biopsy samples immunohistochemical megakaryocytic markers are helpful to support the diagnosis.

### *Differential diagnosis*

Cases with subpopulations of leukaemic cells fulfilling the criteria for mixed-phenotype acute leukaemia should be classified as such, and not as AML.

## Cytology

See above

## Diagnostic molecular pathology

Detection of *KMT2A* rearrangements may be accomplished using conventional karyotyping. However, some *KMT2A* rearrangements can be cytogenetically cryptic and require alternative techniques for detection, such as FISH or RNA sequencing. In addition, some rearrangements such as *KMT2A::USP2* may be cryptic by FISH {1307}.

Determination of the fusion partner may have prognostic implications and can provide an opportunity for molecular monitoring. The finding of a partial tandem duplication (PTD) in *KMT2A*, which is common in adults with AML, should not lead to the diagnosis of AML with *KMT2A* rearrangement.

## Essential and desirable diagnostic criteria

*Essential:* a myeloid neoplasm with increased peripheral blood and/or bone marrow blasts (may be < 20%), or the presence of a myeloid sarcoma; blasts express a myeloid immunophenotype, not fulfilling immunophenotypic criteria for mixed-phenotype acute leukaemia; presence of a *KMT2A* rearrangement; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.




**Fig. 2.96** Acute myeloid leukaemia (AML) with *KMT2A* rearrangement. *KMT2A* rearrangement shown by interphase FISH using a *KMT2A* break-apart probe. 5′ KMT2A is green and 3′ *KMT2A* is red. Arrows indicate separation of 5′ *KMT2A* and 3′ *KMT2A*.

*Desirable:* identification of the *KMT2A* fusion partner.

## Staging

Not relevant

## Prognosis and prediction

For AML with *KMT2A* rearrangement, the prognostic impact depends on the fusion partner. In adults, clinical remission rates for intensively treated patients are similar across fusion partners, but patients with *KMT2A::MLLT3* fusion have an intermediate risk of relapse, whereas other *KMT2A* rearrangements are associated with a poor prognosis {1156,373,131,759}. In children, the prognostic impact of fusion partners is debated and might depend on the treatment given. The *KMT2A* fusion partners *ABI1*, *AFDN*, *AFF1*, *MLLT1*, and *MLLT10* have been associated with a high risk of relapse, and *ELL*, *MLLT3*, *MLLT11*, and *SEPTIN6* with a standard risk {74}.







Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 58 of 195

# Acute myeloid leukaemia with *MECOM* rearrangement

Khoury JD
Ades L
Bejar R
Campbell PJ
Gujral S
Haferlach C
Wu D

## Definition
Acute myeloid leukaemia (AML) with *MECOM* rearrangement is a myeloid neoplasm characterized by rearrangements involving the *MDS1* and *EVI1* complex locus gene (*MECOM*).

## ICD-O coding
9869/3 Acute myeloid leukaemia with *MECOM* rearrangement

## ICD-11 coding
2A60.0 & XH2KE3 Acute myeloid leukaemia with recurrent genetic abnormalities & Acute myeloid leukaemia with inv(3)(q21;q26.2) or t(3.3)(q21;q26.2); *RPN1-EVI1*

## Related terminology
*Not recommended:* acute myeloid leukaemia with *EVI1* rearrangement.

## Subtype(s)
None

## Localization
Blood and bone marrow

## Clinical features
Most patients present with cytopenias, but some may have leukocytosis or thrombocytosis {1428,517}. Increased peripheral blood blasts are usually present, but approximately one third of patients present with a low blast count {1428,1637}. Hepatosplenomegaly may be present in some patients {1428}.

## Epidemiology
All age groups are affected, but the incidence is highest among adults aged 18–40 years; in this age group, AML with *MECOM* rearrangement accounts for about 1.2% of de novo AML cases {307}. Patients aged 57–66 years generally present with AML or features of myelodysplastic neoplasm (MDS) {1428,1637}. In children, the frequency is 2% and the median age is 3 years {641,307}. There is no sex predilection.

## Etiology
Unknown

## Pathogenesis
*MECOM*, on chromosome 3q26, encodes several alternative transcripts through the use of different transcription starting sites and intergenic splicing {460}, including *EVI1*; the longer *MDS1-EVI1*; and a truncated non-oncogenic variant, *EVI1Δ324* {161}. EVI1 is an oncogenic transcription factor {89,88}. Its expression in neoplastic myeloid cells disrupts myeloid differentiation, cell-cycle regulation, and cell signalling pathways {552}. In rearrangements of the *MECOM* locus, the translocated partner gene enhancer causes overexpression of *EVI1* but not of *MDS1-EVI1*.

The most common cytogenetic alterations involving *MECOM* include inv(3)(q21.3q26.2) and t(3;3)(q21.3;q26.2) (approximately 40% of all *MECOM* rearrangements), which result in hijacking of the *GATA2* enhancer by *MECOM*, leading to EVI1 overexpression and functional *GATA2* haploinsufficiency {589,1877}. Because *GATA2* encodes a transcription factor essential for normal haematopoietic development {1425}, functional loss of a *GATA2* allele further enhances the transforming ability of *EVI1* {835}.

More than 30 additional 3q26.2 rearrangements have been described, most of them characterized at the molecular level. In these rearrangements, *MECOM* is brought into the vicinity of regulatory elements of genes active in myeloid cells, such as *RUNX1*, *ETV6*, *NRIP1*, *THADA*, *CDK6*, *MYC*, *ARID1B*, *CD164*, *PROM1*, or *FSCN1*/*EIF2AK1* {618,1668,1256}.



**Fig. 2.97** Acute myeloid leukaemia (AML) with *MECOM* rearrangement. **A** Bone marrow core biopsy showing hypercellular bone marrow with a diffuse infiltrate of myeloid blasts. Increased eosinophils are conspicuous and atypical; mononuclear megakaryocytes are present. **B** This case is characterized by prominent reticulin fibrosis.





## Macroscopic appearance
Not relevant

## Histopathology
Peripheral blood smears often show dysplastic neutrophils, with or without associated blasts. Red blood cell changes are usually mild, without teardrop cells. Giant and hypogranular platelets, as well as bare megakaryocyte nuclei, may be present.

Bone marrow cellularity is variable, and features of fibrosis may be present. Blasts in the bone marrow have variable morphology, often resembling those seen in AML without maturation, acute myelomonocytic leukaemia, or acute megakaryoblastic leukaemia. Multilineage dysplasia is common and most pronounced in megakaryocytes, which are often small and have a non-lobated or bilobed nucleus, although other forms of megakaryocytic dysplasia may also occur. Erythroid and granulocytic dysplasia is also common. Marrow eosinophils, basophils, and/or mast cells may be increased.

### *Immunophenotype*
Blasts are positive for CD34, CD33, CD13, KIT (CD117), and HLA-DR; most are CD38-positive, with aberrant CD7 expression frequently observed {1085}. High CD34 expression is more common with inv(3) than with t(3;3) {1393}. A subset of cases may express megakaryocytic markers such as CD41 and CD61.

## Cytology
See above.

## Diagnostic molecular pathology
The most frequent rearrangement is *GATA2::MECOM*, which results from either inv(3)(q21.3q26.2) or t(3;3)(q21.3;q26.2), but > 30 partner genes have been described. The most frequent are: 2p21/*THADA*, 3p24.3, 6q25.3/*ARID1B*, 7q21.2/*CDK6*, 8q24.21/*MYC*, 12p13/*ETV6*, 21q11.2/*NRIP1*, and 21q22/*RUNX1* {1256,1637,618,1257}. Most 3q26.2/*MECOM* rearrangements are detectable by chromosome banding analysis; however, a subset are cytogenetically cryptic {618}. Therefore, several guidelines recommend the use of FISH using break-apart probes that flank the breakpoints within *MECOM* {373,1377,1668,1921}.

Additional chromosomal abnormalities are common and include monosomy 7 or del(7q), del(5q), and complex karyotype {1007,1514}. The spectrum and frequency of additional chromosomal abnormalities in cases with inv(3)/t(3;3) does not differ from that seen in cases with other *MECOM* rearrangements {1637}. The frequency of additional cytogenetic aberrations seems to be higher in cases with ≥ 20% bone marrow blasts than in those with lower blast counts {1637}.

Quantitative RT-PCR can be performed to detect increased *EVI1* expression, but such a finding is not specific and can be



**Fig. 2.98** Acute myeloid leukaemia (AML) with *MECOM* rearrangement. Bone marrow smear in a case with *MECOM* rearrangement with increased cellularity showing some myeloid blasts, erythroid dysplasia, and (especially) several dysplastic megakaryocytes with non-lobed or bilobed nuclei (Giemsa).



**Fig. 2.99** Acute myeloid leukaemia (AML) with *MECOM* rearrangement from inv(3)(q21.3q26.2) or t(3;3)(q21.3;q26.2). **A** The paracentric inversion results from the breakage and rejoining of bands 3q21 and 3q26.2 within one chromosome 3. G-banded normal chromosome 3 is shown on the left of each pair of homologues, and the points of rearrangement on each derivative chromosome 3 from the inversion are indicated by arrows. **B** The translocation results from the breakage and rejoining of bands 3q21 and 3q26.2 between chromosome 3 homologues. G-banded derivative chromosome 3 is shown for each pair of homologues, with the points of rearrangement indicated by arrows. **C** Dual-colour dual-fusion FISH strategy with probes for *GATA2* (3q21.3) and *MECOM* (3q26.2). Representative interphase nucleus with abnormal close proximity of *GATA2* and *MECOM* resulting in a dual-fusion signal pattern (arrows): one green signal for normal *GATA2*, one red signal for normal *MECOM*, and two fusion signals for *GATA2* proximal to *MECOM* indicating a chromosome 3 inversion. A normal nucleus is also present (two green signals for normal *GATA2* region and two red signals for normal *MECOM*). Images of individual nuclei were merged from the same case.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 60 of 195

seen in other contexts, including *KMT2A* rearrangement {39, 588,591,132}. A hallmark of AML with *MECOM* rearrangement is EVI1 overexpression in the absence of *MDS1-EVI1* transcription {1256}.

Gene mutations are found in virtually all cases of AML with *MECOM* rearrangement. Mutations of genes activating RAS / receptor tyrosine kinase signalling pathways are reported in nearly all cases, most commonly affecting *NRAS* (in ~25% of cases); *PTPN11* (in ~20%); *FLT3*, *KRAS*, *NF1*, and *CBL* (in ~10% each); and *KIT* (in 2%). Other commonly mutated genes are *SF3B1* (mutated in ~25% of cases, often co-mutated with *GATA2*); *ASXL1* (in ~20%); *GATA2*, *SRSF2*, and *RUNX1* (in ~15% each); and *DNMT3A* and *TP53* (in ~10% each) {590,1221,1637}.

Cases with inv(3)/t(3;3) with < 20% versus ≥ 20% bone marrow blast counts do not differ in mutation patterns or gene expression profiles {590,1637}.

Patients with chronic myeloid leukaemia (CML) may acquire *MECOM* rearrangement; such cases are defined as blast phase regardless of the number of blasts. Although rare, cases with concurrent *BCR::ABL1* and *MECOM* rearrangement at presentation are best regarded as blast phase CML.

### Essential and desirable diagnostic criteria
*Essential:* a myeloid neoplasm with increased peripheral blood and/or bone marrow blasts (may be < 20%); detection of *MECOM* rearrangement; no history of myeloproliferative neoplasm; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.

*Desirable:* detection of inv(3)(q21.3q26.2), t(3;3)(q21;q26), t(3;21)(q26.2;q22), or t(3;12)(q26.2;p13).

### Staging
Not relevant

### Prognosis and prediction
AML with *MECOM* rearrangement is an aggressive disease with short survival, irrespective of the blast percentage {1428, 1637}. No difference in outcome was observed between cases with inv(3)/t(3;3) and those with *MECOM* rearrangements with other partners {1637}. Complex karyotype and additional monosomy 7, as well as at least two additional mutations, are associated with an even worse prognosis {1007,1428,1637}.





# Acute myeloid leukaemia with *NUP98* rearrangement

Patkar NV
Greipp PT
Haferlach T
Meshinchi S
Patkar NV
Westerman DA

### Definition
Acute myeloid leukaemia (AML) with *NUP98* rearrangement is characterized by chromosomal translocations involving *NUP98* on chromosome 11p15.4 and various partner genes.

### ICD-O coding
9861/3 Acute myeloid leukaemia with *NUP98* rearrangement

### ICD-11 coding
2A60.0 Acute myeloid leukaemia with recurrent genetic abnormalities

### Related terminology
None

### Subtype(s)
None

### Localization
Peripheral blood and bone marrow, occasionally with extramedullary sites

### Clinical features
Patients present with anaemia and thrombocytopenia and usually show leukocytosis. Those with *NUP98::KDM5A* tend to have lower white blood cell counts {1104,1215}

### Epidemiology
*NUP98* rearrangements have been reported in 2–4.8% of childhood AML cases, with an age range of 10–15 years {705,1544, 1255,1628,134,1209,634,1215}. Patients with *NUP98::KDM5A* have a median age of 3.2 years {1255,1215}. *NUP98::NSD1* has a male predilection {1255,1544}. In adults, 2.3% of patients with AML have *NUP98* rearrangement {705}.

### Etiology
Unknown

### Pathogenesis
More than 40 fusion partners of *NUP98* have been reported (see Box 2.24, p. 134) {1117}. Those fusion partners are categorized into HOX and non-HOX genes, of which *NSD1*, a non-HOX partner, is the most common, especially in paediatric patients. The *NUP98* gene encodes a component of the nuclear pore complex. *NUP98* fusion partners are typically placed at the C-terminal portion of the fusion gene. Fusion partners are categorized according to the presence or absence of a homeodomain moiety. These fusions leverage *NUP98*-associated functions along with transcriptional and epigenetic regulatory activities of the partner genes. Altered expression of HOXA- and HOXB-family genes, *MEIS1*, and several other genes has been reported {1117}.




**Fig. 2.100** Acute myeloid leukaemia (AML) with *NUP98* rearrangement. *NUP98* translocation–associated fusion partners reported in AML, depicted in a Circos plot according to frequency.




**Fig. 2.101** Acute myeloid leukaemia (AML) with *NUP98* rearrangement. The rearrangement resulted from a cryptic t(5;11)(q35;p15) chromosomal translocation resulting in *NUP98::NSD1* fusion.

### Macroscopic appearance
Not relevant

### Histopathology
Morphological findings vary considerably, but most cases have a high blast count in the bone marrow. Leukaemic blasts may or may not show maturation, which when present tends to be

**Box 2.24** *NUP98* fusion partners reported in acute myeloid leukaemia (AML)

| | | |
|---|---|---|
| *ADD3* | *HOXC13* | *PRRX1* |
| *ANKRD28* | *HOXD11* | *PRRX2* |
| *BPTF* | *HOXD13* | *PSIP1* |
| *BRWD3* | *IQCG* | *RAP1GDS1* |
| *CADM1* | *JADE2* | *RARA* |
| *CCDC28A* | *KAT7* | *RARG* |
| *DDX10* | *KDM5A* | *SET* |
| *GSX2* | *KMT2A* | *SETBP1* |
| *HHEX* | *LNP1* | *TOP1* |
| *HMGB3* | *MLLT10* | *TOP2B* |
| *HOXA11* | *NSD1* | *VRK1* |
| *HOXA13* | *NSD3* | *ZNF91* |
| *HOXA9* | *PHF23* | |
| *HOXC11* | *POU1F1* | |

myelomonocytic or monocytic {746,1433,1631,705 1722,456, 1544,1215}. Dysplastic changes may be seen. In as many as 34% of patients aged < 3 years, leukaemic blasts have megakaryoblastic differentiation {634,1215} and are seen especially in association with *NUP98::KDM5A* {338}. Acute leukaemias with erythroid differentiation in children are commonly associated with *NUP98* rearrangement {270}.

### *Immunophenotype*

Leukaemic blasts usually express stem cell and myeloid markers, including CD34, KIT (CD117), CD13, CD33, HLA DR, and myeloperoxidase {1829}. Other markers that may be expressed include CD123, CD11b, CD11c, CD14, CD36, CD7, CD15, and CD64 {746,1433,1399,1736,270}. Megakaryocytic (CD41, CD42b, CD61) and erythroid (CD71, E-cadherin) markers usually correlate with morphological features.

### *Cytochemistry*

The blasts are often positive for myeloperoxidase.

### Cytology

See above.

### Diagnostic molecular pathology

Rearrangements involving *NUP98* are often cryptic on conventional karyotyping, owing to the terminal location of *NUP98* on chromosome 11p15.4 {1209,1628,705}. Most patients actually have a normal karyotype, although trisomy 8 and chromosome 13 abnormalities may be observed {1117}. FISH using *NUP98* break-apart probes, RT-PCR for *NUP98::NSD1*, and RNA sequencing form the major diagnostic modalities.

Evaluation for *NUP98* rearrangement has been proposed in AML cases with normal karyotype and *FLT3* internal tandem duplication (ITD) mutation and/or *WT1* mutation {1209,1117}. Most cases with *NUP98::NSD1* harbour *FLT3* ITD at frequencies ranging from 67% to 91% {1628}, and *WT1* mutation is reported in 33–55% of cases {1117}. Other recurrent alterations concurrent with *NUP98* rearrangement include mutations in *NBPF14*, *BCR*, *ODF1*, *NRAS*, *KRAS*, *MYC*, *KIT*, *ASXL1*, and *CEBPA* {1628, 1117}. Loss of *RB1* (at 13q14) is particularly associated with *NUP98::KDM5A* {1117}.

Paediatric patients with acute megakaryoblastic leukaemia should be evaluated for *NUP98* rearrangement, particularly *NUP98::KDM5A* {338,634}. A *NUP98::RARG* fusion associated with morphological findings resembling acute promyelocytic leukaemia has been reported {1631}. Rare cases of *NUP98::HOXA9* and *NUP98::DDX10* in the context of blast phase and imatinib resistance in chronic myeloid leukaemia (CML) have also been reported {1875,1876}.

### Essential and desirable diagnostic criteria

*Essential:* a myeloid neoplasm with increased peripheral blood and/or bone marrow blasts (may be < 20%); detection of *NUP98* rearrangement and/or specific fusion products such as *NUP98::NSD1*.

*Desirable:* identification of the *NUP98* fusion partner at diagnosis is desirable to enable PCR-based disease monitoring.

### Staging

Not relevant

### Prognosis and prediction

AML with *NUP98* rearrangement is associated with a poor prognosis {1215}. Patients who also have *FLT3* ITD have much worse outcomes than those who do not {134,1117}. Among paediatric patients with refractory AML, as many as 50% have *NUP98* rearrangement. Allogeneic stem cell transplantation should be considered for patients who achieve remission {1080}.





# Acute myeloid leukaemia with *NPM1* mutation

Loghavi S
Ades L
Campbell PJ
Gujral S
Haferlach C
Wu D

### Definition

Acute myeloid leukaemia (AML) with *NPM1* mutation is a myeloid neoplasm characterized by the presence of somatic mutations involving the nucleophosmin 1 gene (*NPM1*)

### ICD-O coding

9877/3 Acute myeloid leukaemia with *NPM1* mutation

### ICD-11 coding

2A60.0 & XH74W8 Acute myeloid leukaemia with recurrent genetic abnormalities & Acute myeloid leukaemia with mutated *NPM1*

### Related terminology

*Not recommended:* myelodysplastic neoplasm with *NPM1* mutation; myelodysplastic/myeloproliferative neoplasm with *NPM1* mutation

### Subtype(s)

None

### Localization

The blood and bone marrow are nearly always involved. Some patients may present initially with myeloid sarcoma involving the skin, gingiva, lymph nodes, or other extramedullary sites {374, 445}.

### Clinical features

Anaemia and thrombocytopenia are common, typically associated with a high white blood cell count. The platelet count may be higher than that typically seen in other AML types {374,1706}.

### Epidemiology

Nearly one third of adult patients with AML have *NPM1* mutation. The peak incidence is in middle age, and there is a female predominance. Most patients have a normal karyotype {449, 374,1706,450}. The incidence decreases with advanced age, but AML with *NPM1* mutation still accounts for about 20% of AML cases in patients aged > 70 years {1178}. Approximately 6–8% of paediatric patients with AML have *NPM1* mutation {228,178,1162,169}.

### Etiology

Although *NPM1* mutations are not typically detected in individuals with clonal haematopoiesis, emerging data suggest that AML with *NPM1* mutation develops from a background of clonal haematopoiesis in most cases {1552,1361,983}.

### Pathogenesis

*NPM1* encodes a multifunctional nucleolar protein with chaperone and shuttling features. The mutation is typically characterized by a 4 bp insertion in exon 12 of the gene {461}. Wildtype



**Fig. 2.102** Acute myeloid leukaemia (AML) with *NPM1* mutation. Positive cytoplasmic signal by immunohistochemistry for NPM1.



**Fig. 2.103** Acute myeloid leukaemia (AML) with *NPM1* mutation AML with *NPM1* mutation showing many immature blasts, as well as blasts with cup-like nuclear morphology (Giemsa).

*NPM1* resides predominantly in the nucleolus, with domains allowing its cytoplasmic, nucleoplasmic, and nucleolar localization. It is involved in several key cellular functions including ribosome biogenesis, maintenance of genomic stability, stress

response, growth suppression, and response to apoptotic stimuli {664}. The protein may be exported to the cytoplasm to perform select functions under specific biological conditions, mediated by binding of CRM1 to nuclear export signal (NES) motifs.

*NPM1* mutations result in the creation of a new NES motif and loss of the tryptophan residue at codon 288 or 290, leading to aberrant localization of mutant NPM1 to the cytoplasm resulting from loss of the nucleolar localization signal and addition of a nuclear export signal {1813,442,447}. Cytoplasmic localization of mutant NPM1 is thought to be critical for its role in leukaemogenesis. However, the exact mechanisms by which mutant *NPM1* drives leukaemogenesis have yet to be determined {1813,664}. Pathogenetic mechanisms include interaction with chromatin-bound *XPO1* at HOX loci to facilitate their expression {183}, and binding and exporting several nuclear proteins (including tumour suppressors and transcription factors) to the cytoplasm, probably inhibiting their normal functions {150}.

## Macroscopic appearance

Not relevant

## Histopathology

Most cases are characterized by markedly hypercellular bone marrow. Myelomonocytic or monocytic differentiation is common {449,450}; however, morphological features vary widely, and in some cases blasts may show less maturation. Multilineage dysplasia is observed in 20–25% of cases {619,446,365}.

Blasts with cup-like nuclear morphology are strongly associated with the presence of *NPM1* and *FLT3* ITD mutations {257}. Identification of this finding in > 10% of blasts is highly specific for AML with *NPM1* mutation {117}.

Cytochemistry stains demonstrate the presence of myeloperoxidase in blasts in the majority of cases. In cases with monocytic differentiation, butyrate esterase will be reactive in the monocytic component.

### *Immunophenotype*

The detection of cytoplasmic NPM1 by immunohistochemistry is a surrogate marker of *NPM1* mutation {443}, including rare mutations occurring outside exon 12 {448,1052}. Mutant NPM1 may be present in various lineages, including myeloid, monocytic, erythroid, and megakaryocytic {1288}.

The immunophenotype is variable, but about 80% of cases have an absence of CD34 expression {1214,990}. CD33, KIT (CD117), and CD123 expression is common, whereas CD13 is usually low. Immunophenotypic categories include cases with a predominance of immature myeloid blasts (CD34+, KIT [CD117]+; or CD34–, KIT [CD117]+, HLA-DR+), cases with acute promyelocytic leukaemia-like features (CD34–, HLA-DR–, KIT [CD117]+, myeloperoxidase+), and cases with a predominance of myelomonocytic or monocytic differentiation (CD14+, CD36+, CD64+) {981,990,1214,1065}. A small population with the immunophenotype of leukaemic stem cells (CD34+, CD38–, CD123+) is detectable by flow cytometry in most cases {1051}.

Immunophenotypically abnormal CD34+ myeloid progenitors may persist after molecular remission of the *NPM1*-mutant clone, and they appear to be associated with persistent clonal haematopoiesis. The persistence of these cells does not correlate with relapse-free survival and should not be interpreted as measurable residual AML by flow cytometry immunophenotyping {990}.

### *Differential diagnosis*

The broad morphological spectrum of AML with *NPM1* mutation may overlap with a variety of myeloid neoplasms. The presence of dysplasia results in morphological overlap with myelodysplasia-related AML and with several AML types with defining genetic abnormalities.

Recent data suggest that the presence of *NPM1* mutation is an AML-defining event on biological and clinical grounds; therefore, rare cases with features of myelodysplastic neoplasms (MDSs) or myelodysplastic/myeloproliferative neoplasms, particularly chronic myelomonocytic leukaemia, should be regarded as AML with *NPM1* mutation when such mutation is detected at presentation {1918,1762,1134,1304, 490}. Although the presence of an *NPM1* variant is considered an AML-defining event irrespective of bone marrow blast count, data on the clinical significance and outcome of rare cases of myeloid neoplasms harbouring *NPM1* variants with a very low variant allele frequency (VAF; < 10%) and no increase in bone marrow or peripheral blood blasts are lacking, and for the time being, these cases should be interpreted with caution, because definitive classification as AML may not be possible in such cases.

## Cytology

See above.

## Diagnostic molecular pathology

*NPM1* mutations are invariably heterozygous and primarily restricted to exon 12 (< 1% involving other exons) {444}. Leukaemic cells have a normal karyotype in about 85% of cases {449, 619}. When present, chromosomal abnormalities often include gains of chromosomes 8 and 4 and del(9q) {1706,619}.

The most frequent concurrent mutations involve *FLT3* and RAS pathway signalling (*KRAS*, *NRAS*, *PTPN11*), epigenetic regulators (*DNMT3A*, *TET2*, *IDH1*/*IDH2*), and the cohesin complex (*STAG2*) {449,206,990}. *TET2* and *SRSF2* mutations are more commonly co-mutated in elderly patients {1335}. Although *NPM1* mutation is a class-defining lesion, it is frequently a later event in leukaemogenesis, commonly secondary to mutations in epigenetic modifiers {904,299,1552,1147,1120}. Therefore, the latter mutations may persist after remission of the *NPM1*-mutant leukaemic clone {208}.

Monitoring of measurable residual disease by sensitive molecular techniques for the detection of mutant *NPM1* provides helpful information to guide therapeutic decisions {905, 208,685}.

## Essential and desirable diagnostic criteria

*Essential:* a myeloid neoplasm with increased peripheral blood and/or bone marrow blasts (may be < 20%); detection of *NPM1* mutation; no history of exposure to cytotoxic therapy.

*Desirable:* detection of cytoplasmic *NPM1* by immunohistochemistry.

## Staging

Not relevant





## Prognosis and prediction

According to the European LeukemiaNet (ELN) prognostication scheme, determining the mutation status of *NPM1* (together with *FLT3*) is mandatory for accurate risk stratification of AML. AML with mutated *NPM1* typically shows a good response to induction therapy {373,449}. Hypomethylating agents combined with venetoclax have shown better results than traditional standard-of-care regimens in older patients with *NPM1*-mutated AML {923}. Higher *NPM1* mutant transcript levels after induction and consolidation therapy are associated with an increased risk of relapse and death {905,807,766}.

Although rare, the detection of *NPM1* mutation in a patient with MDS with low blasts might warrant close follow-up to exclude the possibility of a subclonal variant. Furthermore, in patients with MDS with *NPM1* mutation, relapses without mutant *NPM1* have been described after chemotherapy, showing the subclonal nature of the *NPM1* mutation {1146,683}.

The prognosis of *NPM1*-mutated AML is influenced by other co-occurring mutations. Cases with a normal karyotype, in the absence of *FLT3* internal tandem duplication (ITD) mutation, have a characteristically favourable prognosis {1706,1779}. *NPM1*-mutated AML without *FLT3* ITD or with *FLT3* ITD-low (mutant allele ratio: < 0.5) are classified as favourable risk, whereas *NPM1*-mutated AML with *FLT3* ITD-high (mutant allele ratio: > 0.5) is regarded as intermediate risk, according to the ELN risk-stratification scheme {373}. Morphological dysplasia in the setting of *NPM1* mutation does not appear to affect prognosis {619,446,365}. Myelodysplasia-related AML–defining mutations involving chromatin modifiers and the splicing complex are rare in AML with *NPM1* mutation and may have a negative prognostic impact {1274}.

Younger patients with a normal karyotype and no *FLT3* ITD have a prognosis comparable to that of patients with core-binding factor (CBF) AML. At least in younger adult patients, the coexistence of *FLT3* ITD mutations, particularly in cases with a high VAF, is associated with a poorer prognosis, but these patients still appear to have a better prognosis than those with AML with *FLT3* ITD and wildtype *NPM1*, especially when the VAF of *FLT3* ITD is low {507,1364,1490,1619,375,443}. The negative prognostic impact of a concomitant *FLT3* ITD mutation in older patients with AML with mutated *NPM1* is less clear {104}. Co-occurrence of *NPM1*, *FLT3* ITD, and *DNMT3A* mutations has been associated with a particularly poor outcome {992,125, 208}. Patients with *NPM1* and *NRAS* mutation {1274} or *NPM1* and *FLT3* tyrosine kinase domain (TKD) double-mutated AML {141} have a relatively good prognosis. The presence of concurrent *WT1* mutations appears to be associated with a poor outcome {404}. Adverse-risk cytogenetic abnormalities confer a poor prognosis in the setting of *NPM1*-mutated/FLT3-wildtype (or *FLT3* ITD-low) genotype {35}.

# Acute myeloid leukaemia with *CEBPA* mutation

Fogelstrand L
Haferlach T
Ketterling RP
Spiekermann K
Yeung CCS

## Definition

Acute myeloid leukaemia (AML) with *CEBPA* mutation is characterized by *CEBPA* mutation that should be biallelic (bi*CEBPA*) or, if single, must be located in the bZIP region of the gene (smbZIP-*CEBPA*).

## ICD-O coding

9878/3 Acute myeloid leukaemia with *CEBPA* mutation

## ICD-11 coding

2A60.0 & XH4M02 Acute myeloid leukaemia with recurrent genetic abnormalities & Acute myeloid leukaemia with biallelic mutation of *CEBPA*

## Related terminology

*Acceptable:* acute myeloid leukaemia with biallelic mutation of *CEBPA*.

## Subtype(s)

None

## Localization

Blood and bone marrow

## Clinical features

Presenting symptoms and signs are typically secondary to bone marrow failure and include fatigue, bruising or bleeding, and infection. Patients with bi*CEBPA* and smbZIP-*CEBPA* are younger and have higher white blood cell counts than those with a single mutation in the N-terminal transactivation domain (TAD) {1680}. Detection of bi*CEBPA* should raise suspicion of a germline *CEBPA* variant and referral for genetic counselling (see *Myeloid neoplasms associated with germline predisposition*, p. 173).



**Fig. 2.104** Acute myeloid leukaemia (AML) with *CEBPA* mutation. Bone marrow smear from a child diagnosed with AML with *KAT6A::CREBBP*. One of the blast cells displays the erythrophagocytosis characteristic for this genetic aberration (Giemsa).

## Epidemiology

AML with *CEBPA* mutation constitutes approximately 5% of AML cases in children and 5–11% of AML cases in adults {1675, 1680,1800}.

## Etiology

Among cases with bi*CEBPA*, approximately 5–10% have a germline N-terminal mutation {1678}. In the familial form, AML has very high penetrance and presents relatively early (median age: 24.5 years) {1682}.




**Fig. 2.105** Acute myeloid leukaemia (AML) with *CEBPA* mutation. Clinical outcome according to *CEBPA* mutation status: wildtype *CEBPA* (*CEBPA*-WT), double or biallelic *CEBPA* mutation (*CEBPA*-double mut), single mutation bZIP (*CEBPA*-bZip). **A** Event-free survival in children and young adults. **B** Overall survival in children and young adults. Number of patients: 2795 children and young adults with *CEBPA*-WT, 28 with *CEBPA*-bZip, and 132 with *CEBPA*-double mut.



**Table 2.16** Incidence and prognostic impact of *CEBPA* mutations in adults with acute myeloid leukaemia (AML)

| *CEBPA* mutation type | Percentage of newly diagnosed cases | Prognosis |
|---|---|---|
| Double mutation | 2.8% of AML cases | |
| With bZIP | 91% of *CEBPA* double-mutation cases | Favourable |
| Without bZIP | 9% of *CEBPA* double-mutation cases | Conflicting evidence |
| Single mutation | 2.3% of AML cases | |
| bZIP | 32% of *CEBPA* single-mutation cases | Favourable |
| TAD | 68% of *CEBPA* single-mutation cases | Similar to that of AML with wildtype *CEBPA* |
| Wild type | 95% of AML cases | |

TAD, transactivation domain.
Note: Data are from {1680,1800}.

## Pathogenesis

The gene *CEBPA* encodes for a bZIP transcription factor that is essential for myeloid lineage commitment and regulates myeloid differentiation and stem/progenitor cell function {53}. The bZIP region is required for dimerization and DNA binding of this protein {1194,954}. The protein can interact with CDK2 and CDK4. Mutations can be biallelic or monoallelic (see Table 2.16).

## Macroscopic appearance

Not relevant

## Histopathology

Smear preparations show increased blasts with or without maturation {389,575,704,1680}. Dysplasia is common, especially dysgranulopoiesis and dysmegakaryopoiesis {61}.

The leukaemic cells are often positive for CD7, CD13, CD15, CD33, CD34, and HLA-DR, but they rarely express CD56 or CD14 {965}.

## Cytology

See above.

## Diagnostic molecular pathology

*CEBPA* mutation can be defined by various molecular techniques (including PCR with fragment analysis and next-generation sequencing) that appropriately interrogate the *CEBPA* gene for mutation location.

## Essential and desirable diagnostic criteria

*Essential:* ≥ 20% blasts with a myeloid immunophenotype in the bone marrow or blood; presence of biallelic mutations in *CEBPA*, or a single mutation located in the bZIP region; absence of criteria allowing for classification into other AMLs with defining genetic abnormalities; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.




**Fig. 2.106** Acute myeloid leukaemia (AML) with *CEBPA* mutation. Distribution of mutations in the *CEBPA* gene. In cases with biallelic mutations in *CEBPA*, almost all somatic N-terminal mutations are located N-terminal direction of the p30 start codon {575}, located at amino acid (aa) 120. In cases with a single mutation, the mutation should be located in the bZIP region in order to confer the diagnosis of AML with *CEBPA* mutation {1675,1680,1800}. DBD, DNA-binding domain; LZD leucine zipper domain; TAD, transactivation domain.

## Staging

Not relevant

## Prognosis and prediction

The prognostic impact of different *CEBPA* mutations is shown in Table 2.16. bi*CEBPA* was previously required for this AML subtype because of the association with a favourable prognosis {1858,389,575}. A similarly favourable prognosis has recently been shown for smbZIP-*CEBPA* in cohorts of children and adults aged up to 70 years {1675,1680,1800}, justifying the inclusion of this additional *CEBPA* mutation subset.

# Acute myeloid leukaemia, myelodysplasia-related

Haferlach T
Bejar R
Bullinger L
Germing U
Greenberg PL
Hodge JC
Ketterling RP
Ogawa S
Padron E
Patkar NV
Percival ME
Raca G

## Definition

Myelodysplasia-related acute myeloid leukaemia (AML-MR) is a myeloid neoplasm harbouring specific cytogenetic and/or molecular abnormalities associated with myelodysplastic neoplasia, arising de novo or after a known diagnosis of myelodysplastic neoplasm (MDS) or myelodysplastic/myeloproliferative neoplasm (MDS/MPN).

## ICD-O coding

9895/3 Acute myeloid leukaemia, myelodysplasia-related

## ICD-11 coding

2A60.1 Acute myeloid leukaemia with myelodysplasia-related changes

## Related terminology

*Acceptable:* acute myeloid leukaemia post myelodysplastic neoplasm; acute myeloid leukaemia post myelodysplastic/myeloproliferative neoplasm.

*Not recommended:* acute myeloid leukaemia with myelodysplasia-related changes; secondary acute myeloid leukaemia.

## Subtype(s)

None

## Localization

The peripheral blood and bone marrow are always involved. Rarely, AML-MR may manifest as myeloid sarcoma {1555}.

## Clinical features

AML-MR patients often present with severe pancytopenia and symptoms related to cytopenias.

## Epidemiology

AML-MR is estimated to account for 24–35% of all cases of acute myeloid leukaemia (AML) {622,1880,334,1870,41}, notwithstanding changes in diagnostic criteria over time. Patients have a median age of about 70 years (range: 18–94 years), and there is a male predominance {451,1131}.

## Etiology

AML-MR arises from antecedent MDS or MDS/MPN. The etiology is unknown for cases presenting as de novo disease.

## Pathogenesis

Pathogenetic mechanisms that underpin the development and progression of myeloid neoplasms with myelodysplastic biology characterize AML-MR. Exclusion of cases classified as AML-MR based solely on multilineage dysplasia is anticipated to mitigate pathogenetic heterogeneity. Mechanistic associations related to specific numerical and unbalanced structural chromosomal alterations that define MDS and MDS/MPN have been well studied {1594}. Balanced translocations are no longer considered defining for AML-MR. Translocations involving t(v;5q33) are very rare {1873}, limiting definitive associations with MDS-related biological features. Additionally, the pathogenetic impact of other balanced translocations previously used to define this entity is often distinct and in line with other AML types. For example, in t(1;3)(p36.3;q21.2), *PRDM16* hijacks the *GATA2* enhancer to cause overexpression of *PRDM16* and functional haploinsufficiency of *GATA2*, which mirrors the mechanism of t(3;3)(q21.3;q26.2) {589}.

Recent findings have demonstrated that certain somatic mutations are highly associated with AML arising in a background of MDS, providing further insight into the cellular mechanisms that underlie the biology of AML-MR {357,967,1131,267}. Such mutations involve chromatin modifiers (*ASXL1*, *BCOR*, *EZH2*), the splicing complex (*SF3B1*, *SRSF2*, *U2AF1* and *ZRSR2*), and the cohesin complex (*STAG2*) {967}. This reflects the pathogenic factors shared across MDS, MDS/MPN, and secondary AML {1594}. Several studies have demonstrated a high frequency of *TP53* mutations in AML-MR, likely reflecting an association with complex karyotype {358}. Conversely, *FLT3* and *DNMT3A* mutations are uncommon {967}.



**Fig. 2.107** Acute myeloid leukaemia (AML), myelodysplasia-related. Myelodysplasia-related AML with a *TP53* mutation, resulting in overexpression of p53 as demonstrated by immunohistochemistry.




**Fig. 2.108** Acute myeloid leukaemia (AML), myelodysplasia-related. Association between individual mutated genes and clinically defined secondary AML or de novo AML ontogeny, depicted by odds ratios. Colour indicates genes with > 95% specificity for secondary AML (blue), > 95% specificity for de novo AML (red), or < 95% specificity for secondary AML or de novo AML (orange or green) {967}.

## Macroscopic appearance

Not relevant

## Histopathology

Most cases have morphological evidence of multilineage dysplasia, which must be assessed on well-stained smears of peripheral blood and bone marrow. Dysgranulopoiesis is characterized by neutrophils with hypogranular cytoplasm, hyposegmented nuclei (pseudo-Pelger-Huët), or unusually segmented nuclei. Dyserythropoiesis is characterized by megaloblastosis and karyorrhexis, as well as nuclear irregularity, fragmentation, or multinucleation. Ring sideroblasts and cytoplasmic vacuoles are additional features of dyserythropoiesis. Dysmegakaryopoiesis is characterized by micromegakaryocytes and normal-sized or large megakaryocytes with non-lobated or multiple separate nuclei.

### *Immunophenotype*

Increased numbers of blasts can be identified by multiparameter flow cytometry or immunohistochemistry. Blasts often express CD34, KIT (CD117), and HLA-DR, as well as myeloid markers such as myeloperoxidase and CD13. Expression of such antigens is usually at aberrantly high or low levels. Maturing monocyte, myeloid, and/or erythroid lineages can also show immunophenotypic aberrations {1763}.




**Fig. 2.109** Acute myeloid leukaemia (AML), myelodysplasia-related. The G-banded karyogram and the results of 24-colour FISH of the same metaphase show a complex clone: 45,XX,−3,der(5)t(3;5)(q21;q23),+8,der(12;17)(q10;q10),−15,+21. In addition, targeted sequencing detected a *TP53* mutation. The Circos plot shows the respective abnormalities assessed by whole-genome sequencing. Defining cytogenetic abnormalities may be identified by chromosome banding analysis or any other technique capable of assessing structural and copy-number variants genome-wide.




**Fig. 2.110** Acute myeloid leukaemia (AML), myelodysplasia-related. The G-banded karyogram shows a deletion in the short arm of chromosome 1, a deletion in the long arm of chromosome 5, and a trisomy 8: 47,XX,del(1)(p36.3p36.1),del(5)(q14q34),+8. FISH on metaphase and interphase nuclei showing a 5q31 deletion (probes for 5p15 labelled in green, two signals; and for 5q31 labelled in red, one signal) and interphase FISH showing a trisomy 8 (centromeric probe for chromosome 8 labelled in red, three signals). In addition, panel sequencing detected an *SF3B1* mutation. The Circos plot shows the respective abnormalities assessed by whole-genome sequencing.

### *Differential diagnosis*

In patients diagnosed with MDS or MDS/MPN, the diagnosis of AML-MR is usually straightforward if the blast count is demonstrated to be ≥ 20%.

The differential diagnosis of de novo AML-MR may be broader, and its consideration should be informed by the AML diagnostic hierarchy (see *Acute myeloid leukaemia: Introduction*, p. 110). Patients should not have a history of myeloproliferative neoplasm or prior cytotoxic therapy for an unrelated disease. In addition, no genetic fusion or mutation defining a specific AML type must be present. Cytomorphological dysplasia may be present but is not sufficient for classification as AML-MR {1880,1119,1131,800,817}. Rather, AML defined by differentiation should be a differential diagnostic consideration if criteria for AML-MR are not met. It should be noted that the diagnosis of acute erythroid leukaemia (formerly pure erythroid leukaemia) supersedes AML-MR in view of its distinct clinicopathological features.

In paediatric patients, myeloid neoplasms associated with germline predisposition should be considered in the differential diagnosis of AML-MR.

### Cytology

See above.

### Diagnostic molecular pathology

A list of chromosomal abnormalities and somatic mutations that define AML-MR is provided in Box 2.25. Chromosomal abnormalities that define AML-MR often involve the gain or loss of major segments of certain chromosomes, with complex karyotype, loss of chromosome 7, 7q deletion, 5q deletion, and unbalanced translocations involving 5q being the most common. Although monosomy 5 can be identified on conventional karyotyping, bona fide loss of chromosome 5 is uncommon, as remnant 5p material is often detected on ring or marker chromosomes. These defining cytogenetic abnormalities should be identified by chromosome banding analysis or any other technique capable of assessing structural and copy-number variants genome-wide. Balanced translocations and other rearrangements that fulfil the diagnostic criteria for AML with defined genetic alterations (e.g. *MECOM* or *KMT2A* rearrangements) are excluded from AML-MR.

Detection of somatic mutations in *SRSF2, SF3B1, U2AF1, ZRSR2, ASXL1, EZH2, BCOR*, or *STAG2* is considered defining of AML-MR, because > 95% are present specifically in AML arising after MDS or MDS/MPN {967,519}.





**Box 2.25** Cytogenetic and molecular abnormalities defining acute myeloid leukaemia (AML), myelodysplasia-related

| Defining cytogenetic abnormalities: | Defining somatic mutations: |
|---|---|
| • Complex karyotype (at least three abnormalities)[a] | • *ASXL1* |
| • 5q deletion or loss of 5q due to unbalanced translocation | • *BCOR* |
| • Monosomy 7, 7q deletion, or loss of 7q due to unbalanced translocation | • *EZH2* |
| • 11q deletion | • *SF3B1* |
| • 12p deletion or loss of 12p due to unbalanced translocation | • *SRSF2* |
| • Monosomy 13 or 13q deletion | • *STAG2* |
| • 17p deletion or loss of 17p due to unbalanced translocation | • *U2AF1* |
| • Isochromosome 17q | • *ZRSR2* |
| • idic(X)(q13) | |

[a]The International System for Human Cytogenomic Nomenclature (ISCN) should be used to determine the number of chromosomal abnormalities necessary to meet the criteria for a complex karyotype {1077}, using the following guidelines:
1. Only clonal abnormalities are counted; abnormalities present in only one metaphase are ignored.
2. Numerical gains and losses, simple and complex balanced translocations, unbalanced aberrations involving one chromosome, and multiplication of a complete chromosome set are counted as one abnormality.
3. Unbalanced aberrations involving two or more chromosomes, tetrasomy of the same chromosome, triplication or quadruplication, and isoderivative chromosomes are counted as two abnormalities.
4. Constitutional abnormalities are not counted.
5. In the case of multiple clones (subclones or independent clones), chromosomal abnormalities in each clone/subclone are counted separately, and the number of chromosomal abnormalities is defined by the clone with the highest number of abnormalities.
6. For composite karyotypes, clonal chromosomal aberrations are counted in metaphases with the highest number of abnormalities.

### Essential and desirable diagnostic criteria

*Essential:* ≥ 20% blasts in blood or marrow; presence of at least one of the following two criteria: (1) a history of MDS or MDS/MPN, (2) one or more cytogenetic or molecular abnormalities listed in Box 2.25; absence of the following: a history of exposure to cytotoxic therapy, a history of myeloproliferative neoplasm, criteria for AML with defining genetic abnormalities, and criteria for myeloid neoplasms associated with germline predisposition.

### Staging

Not relevant

### Prognosis and prediction

AML-MR generally has a poor prognosis, with a lower rate of complete remission than other AML subtypes {44,1880}. *TP53* is frequently mutated in AML-MR and is strongly associated with a complex karyotype; several studies have suggested that it may independently impart a worse prognosis in this group {357,1230,358}.

Some cases in patients with prior MDS and < 30% bone marrow blasts (oligoblastic AML-MR) may behave in a manner more similar to MDS than other AML types and may be managed accordingly {432,369}. Managing cases in patients with oligoblastic AML-MR and a stable clinical course for ≥ 2 months akin to high-risk MDS has been proposed {432}. Several findings support this recommendation: (1) patients with oligoblastic AML-MR have shown response on therapeutic trials for MDS {468,763}; (2) their overall and leukaemia-free survival times are similar to those of patients classified as having MDS with increased blasts {578,369}; and (3) the molecular and cytogenetic features of these two patient groups are very similar {60}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 66 of 195

# Acute myeloid leukaemia with other defined genetic alterations

Xiao W
Ades L
Bejar R
Fogelstrand L
Haferlach T
Meshinchi S
Padron E
Patkar NV
Raca G
Sorouri Khorashad J
Spiekermann K

## Definition
Acute myeloid leukaemia (AML) with other defined genetic alterations includes emerging AML subtypes with distinct genetic features.

## ICD-O coding
9861/3 Acute myeloid leukaemia with other defined genetic alterations
9861/3 Acute myeloid leukaemia with *CBFA2T3::GLIS2* fusion
9861/3 Acute myeloid leukaemia with *KAT6A::CREBBP* fusion
9861/3 Acute myeloid leukaemia with *FUS::ERG* fusion
9861/3 Acute myeloid leukaemia with *MNX1::ETV6* fusion
9861/3 Acute myeloid leukaemia with *NPM1::MLF1* fusion

## ICD-11 coding
2A60.0 Acute myeloid leukaemia with recurrent genetic abnormalities

## Related terminology
None

## Subtype(s)
Acute myeloid leukaemia with *CBFA2T3::GLIS2* fusion; acute myeloid leukaemia with *KAT6A::CREBBP* fusion; acute myeloid leukaemia with *FUS::ERG* fusion; acute myeloid leukaemia with *MNX1::ETV6* fusion; acute myeloid leukaemia with *NPM1::MLF1* fusion



**Fig. 2.111** Acute myeloid leukaemia (AML) with *KAT6A::CREBBP*. MGG staining of a bone marrow smear showing erythrophagocytosis.

## Localization
Blood and bone marrow

## Clinical features
There are no unique clinical features.

**Table 2.17** Characteristics of acute myeloid leukaemia (AML) with other defined genetic alterations

| Genetic alteration | Chromosomal alteration | Percentage of newly diagnosed AML cases | Salient pathological features | Immunophenotype | Common genetic associations | Salient clinical features |
|---|---|---|---|---|---|---|
| ***CBFA2T3::GLIS2*** {1282,1721,594, 337,403,1063} | inv(16)(p13q24) | 3% in children, mostly infants | Usually megakaryoblastic | > 50% show the RAM phenotype<br>Strong CD56 expression, lack of HLA-DR, and underexpression of CD45 and CD38 | None | Poor prognosis |
| ***KAT6A::CREBBP*** {289} | t(8;16)(p11.2;p13.3) | 0.5% in children, peak in neonates, 0.2% in adults | Myelomonocytic or monocytic<br>Erythrophagocytosis | Positive: HLA-DR, CD15, myeloperoxidase, CD13, CD33, sometimes CD56, CD14<br>Negative: CD34, KIT (CD117) | *ASXL1*, *FLT3*, *TP53*, *RUNX1*, *TET2*, complex karyotype | Similar to paediatric AML in general |
| ***FUS::ERG*** {1270,1216} | t(16;21)(p11.2;q22) | Very rare | Any, except erythroid differentiation<br>Auer rods | Unknown | +8, +10, complex karyotype | Poor prognosis |
| ***MNX1::ETV6*** {431,151} | t(7;12)(q36;p13) | < 1% in children, almost only infants | Usually minimal differentiation or without maturation | Positive: CD34, HLA-DR, often KIT (CD117), T-cell markers CD7 and CD4 | Often +19, sometimes +8 | Poor prognosis, but may be protocol-dependent |
| ***NPM1::MLF1*** {961,40} | t(3;5)(q25;q35) | Very rare | Any | Unknown | +8, complex karyotype | Poor prognosis |

AMKL, acute megakaryoblastic leukaemia.



## Epidemiology
See Table 2.17.

*AML with CBFA2T3::GLIS2:* This cryptic inversion/fusion is exclusively seen in children aged < 5 years, with the highest incidence during infancy, and is often associated with non-Down syndrome–related acute megakaryoblastic leukaemia (18–30% of newly diagnosed childhood AML cases) {1721,594, 337}.

*AML with KAT6A::CREBBP:* This rare entity can occur at any age. In children, the peak incidence is in the neonatal period {289}. In adults, the median age is 60 years, and it is more often seen in AML post cytotoxic therapy than in de novo AML {620, 539}.

*AML with FUS::ERG:* This entity is mainly found in young adults (median age: 30 years) {887,1216}.

*AML with MNX1::ETV6:* This entity constitutes < 1% of newly diagnosed childhood AML cases, but as many as one third of the cases in patients aged 0–2 years {1791,431}.

*AML with NPM1::MLF1:* This entity is rare. It occurs in both children and adults, with a mean age of 34.5 years and a male preponderance {961,40}. A small subset of patients may have antecedent myelodysplastic neoplasm (MDS) {40}.

## Etiology
Unknown

## Pathogenesis
*CBFA2T3::GLIS2*: Cells harbouring this fusion demonstrate enhanced self-renewal in vitro {594}. Mechanistically, gene expression of known targets of the hedgehog pathway, including BMPs and PTCH1, is upregulated by this fusion {1721,594}.

*KAT6A::CREBBP*: Gene expression profiling has shown striking similarities with AML with *KMT2A* rearrangements, with deregulation of the HOXA cluster member genes {620,289}. It may also regulate microRNA that targets the proto-oncogene *RET* {364}. Recurrent co-mutations are identified in *ASXL1*, *FLT3*, *TP53*, *RUNX1*, and *TET2* {839}.

*FUS::ERG*: The fusion acts in the context of a heptad of proteins (ERG, FLI1, G-ATA2, LYL1, LMO2, RUNX1, and TAL1) central to the proper expression of genes involved in maintaining a stem cell haematopoietic phenotype {1590}. Moreover, the fusion protein co-occupies genomic regions bound by the nuclear receptor heterodimer RAR/RXR inhibiting target gene expression and interfering with haematopoietic differentiation {748,1590}. Co-mutations in genes such as *RUNX1*, *DNMT3A*, *ASXL1*, and *BCOR* can be seen {758,1913}.

*MNX1::ETV6*: Although the production of a chimeric MNX1::ETV6 protein as an oncogenic trigger remains unclear {1735}, highly increased MNX1 expression in these patients suggests that ectopic expression of MNX1 may promote leukaemogenesis {1507,1791,75}.

*NPM1::MLF1*: This fusion may influence the organization of the chromatin-remodelling complexes SWI/SNF, nucleosome remodelling and deacetylase (NuRD) and polybromo-associated BAF (PBAF) in haematopoietic cells, resulting in differential gene expression {329}.

### Other rare fusions
Reported *RARG* (12q13) fusions include *CPSF6::RARG*, t(12;12)(q13;q15) {1369,977}, *NUP98::RARG*, t(11;12)(p15;q13) {1631}; *PML::RARG*, t(12;15)(q13;q22) {616}; and *HNRNPC::RARG* (cytogenetic analysis not available) {1629}. These fusions are associated with acute promyelocytic leukaemia–like features and resistance to all-trans retinoic acid (ATRA)-based therapy.



t(8;16)(p11.2;p13.3)

**Fig. 2.112** Acute myeloid leukaemia (AML) with *KAT6A::CREBBP*. Karyotype showing t(8;16)(p11.2;p13) rearrangement. The normal chromosomes 8 and 16 are shown on the left of each pair, and the derivative chromosomes on the right.



**Fig. 2.113** Acute myeloid leukaemia (AML) with other defined genetic alterations. *ETV6* break-apart probe showing rearrangement in interphase and metaphase nuclei in a case of AML with *ETV6::MNX1*.

## Macroscopic appearance
Not relevant

## Histopathology
See Table 2.17.

*CBFA2T3::GLIS2*: The blasts often show the RAM immunophenotype – strong CD56 expression and lack of HLA-DR and CD38 {403,1063,1907}.

*KAT6A::CREBBP*: Patients often present with acute monoblastic/monocytic leukaemia (defined by differentiation). AML with *KAT6A::CREBBP* is frequently associated with erythrophagocytosis (70%), leukaemia cutis (58%), and disseminated intravascular coagulation (39%) {620,289}. Blast cells show strong peroxidase and esterase activities and express CD4, CD14, CD13, CD33, CD56, and HLA-DR, whereas they lack CD34 and KIT (CD117) expression {620,1868}.

*FUS::ERG*: The blasts have no specific differentiation pattern or immunophenotype {887,1216}.

*MNX1::ETV6*: The blasts have no specific differentiation pattern but approximately 10% show megakaryoblastic




**Fig. 2.114** Acute myeloid leukaemia (AML) with other defined genetic alterations. FACS plots showing the RAM immunophenotype, which is often seen in AML with *CBFA2T3::GLIS2*. Leukaemic cells are shown in purple.

differentiation {431}. Leukaemic cells may express T-cell markers in addition to myeloid markers.

*NPM1::MLF1*: The blasts have no specific differentiation pattern or immunophenotype, but multilineage dysplasia can be seen {40}.

## Cytology

See Table 2.17 (p. 144).

## Diagnostic molecular pathology

These subtypes are defined by their genetic abnormalities as detected by chromosome analysis for non-cryptic alterations and/or by proving fusion presence by FISH or another molecular method. The presence of additional mutations does not alter the subclassification or diagnosis.

*CBFA2T3::GLIS2, inv(16)(p13.3q24)*. Concomitant cytogenetic abnormalities are uncommon, and cases usually have few somatic mutations {1282,1721,594,337}.

*KAT6A::CREBBP, t(8;16)(p11.2;p13.3)*. Concomitant cytogenetic abnormalities, even complex karyotypes, can be seen {1868}.

*FUS::ERG, t(16;21)(p11.2;q22)*: In about one third of cases, this translocation is part of a complex karyotype {887,1216}.

*MNX1::ETV6, t(7;12)(q36;p13)*: This is a cryptic translocation and may also be misdiagnosed as del(12)(p13) and/or del(7q), therefore FISH analysis is needed for its identification. Most cases also have trisomy 19, suggesting a potential cooperative role in leukaemogenesis {431}.

*NPM1::MLF1, t(3;5)(q25;q35)*: In 70% of cases, t(3;5) is the sole chromosomal abnormality. Trisomy 8 is the most common specific additional chromosomal abnormality (9.8%), and approximately 10% of patients have a complex karyotype {961}.

## Essential and desirable diagnostic criteria

*Essential:* ≥ 20% blasts with myeloid immunophenotype in bone marrow and/or blood; detection of one or more of the cytogenetic or molecular aberrations listed in Table 2.17 (p. 144); not fulfilling diagnostic criteria for AML with defining genetic abnormalities, myelodysplasia-related AML, AML post cytotoxic therapy, or mixed-phenotype acute leukaemia.

## Staging

Not relevant

## Prognosis and prediction

*CBFA2T3::GLIS2*: This fusion is associated with an adverse outcome {403,1063}.

*KAT6A::CREBBP*: Similarly to in transient abnormal myelopoiesis in Down syndrome, spontaneous remission may occur in children diagnosed with *KAT6A::CREBBP* AML in the early neonatal period. Some cases with spontaneous remission subsequently recur {289}. In adults with *KAT6A::CREBBP* AML but no prior cytotoxic therapy or antecedent myeloid neoplasm, allogeneic stem cell transplantation can substantially improve outcome {839}.

*FUS::ERG*: The prognosis is dismal {1216}, despite allogeneic stem cell transplantation {1733}. The t(16;21)(p11;q22) (*FUS::ERG*) fusion should not be confused with the t(16;21)(q24;q22) (*RUNX1::CBFA2T3* [*RUNX1T3*]) fusion, with which AML has a favourable outcome {1216}.

*MNX1::ETV6*: Studies have demonstrated a high risk of relapse in patients with *MNX1::ETV6* fusions, and variable survival {1791,1735,431}.

*NPM1::MLF1*: Patients may achieve remission but may relapse, with a median survival time of < 1 year; allogeneic stem cell transplantation may substantially improve outcome {40}.





# Acute myeloid leukaemia with minimal differentiation

Chen W
Davis KL
Haferlach T
Marcogliese AN
Miyazaki Y
Nejati R
Olavarria E

## Definition

Acute myeloid leukaemia (AML) with minimal differentiation is an acute leukaemia with immunophenotypic but not morphological or cytochemical evidence of myeloid differentiation that lacks defining genetic abnormalities.

## ICD-O coding

9872/3 Acute myeloid leukaemia with minimal differentiation

## ICD-11 coding

2A60.30 Acute myeloid leukaemia with minimal differentiation

## Related terminology

*Not recommended:* acute myeloid leukaemia, M0.

## Subtype(s)

None

## Localization

The blood and bone marrow are always involved.

## Clinical features

Patients present with clinical features similar to those of other acute leukaemias, typically secondary to cytopenias {736,79,568,1302,1830}.

## Epidemiology

AML with minimal differentiation accounts for < 5% of AML cases. Children and adults may be affected, and the median age in the latter is 50–60 years. There is a slight male predominance (M:F ratio: ~1.5:1) {736,220,79,568,1302,1830}.

## Etiology

Unknown




**Fig. 2.115** Acute myeloid leukaemia (AML) with minimal differentiation. Immunophenotype of blasts by flow cytometry. Blasts (in red) express CD34, CD13, KIT (CD117), and CD7, but lack cCD3 and myeloperoxidase. Populations in blue represent normal lymphocytes, monocytes, and granulocytes.

## Pathogenesis

Recent evidence points to rearrangements of *BCL11B* on chromosome 14q32 imparting a pathogenetic continuum across AML with minimal differentiation, T/myeloid mixed-phenotype acute leukaemia, early T-precursor lymphoblastic leukaemia/lymphoma, and acute undifferentiated leukaemia {1262,359,1135}. Such rearrangements are present in about 30% of cases of AML with minimal differentiation. Resultant fusions include *ZEB2::BCL11B*, *CCDC26::BCL11B*, *ARID1B::BCL11B*, and *CDK6::BCL11B* {1734,359,1135}. Dysregulation of *BCL11B* is associated frequently with cooperative mutations in *FLT3* (~85%, most as *FLT3* internal tandem duplication [ITD]) and mutations involving epigenetic modulators, most frequently *DNMT3A*, *TET2*, and *WT1* {359,491}.

## Macroscopic appearance

Not relevant

## Histopathology

The bone marrow is usually markedly hypercellular with sheets of poorly differentiated blasts. The blasts lack features of myeloid differentiation and are usually medium-sized with dispersed nuclear chromatin and round or slightly indented nuclei with




**Fig. 2.116** Acute myeloid leukaemia (AML) with minimal differentiation. Cytomorphology of blasts. **A** Giemsa-stained smear showing blasts lacking morphological evidence of myeloid differentiation. These are medium-sized to large, with dispersed nuclear chromatin and round or slightly indented nuclei. The cytoplasm lacks granules or Auer rods and has a variable degree of basophilia. **B** Myeloperoxidase-stained smear showing blasts lacking expression of myeloperoxidase. The cell with positive myeloperoxidase staining is an eosinophil (internal control).

one or two nucleoli. The cytoplasm lacks granules or Auer rods. Less frequently, the blasts are small to medium-sized, resembling lymphoblasts

*Immunophenotype*
The blasts express at least two myeloid-associated markers, most often CD13, CD33, and CD117. Most cases also express CD34, CD38, CD123, and HLA-DR. CD7 and TdT are expressed in about 30% of cases {1302}. Myeloperoxidase is negative. Markers of specific lineages, including granulocytic (e.g. CD15, CD65), monocytic (e.g. CD11c, CD14, CD36, and CD64), and B-cell (e.g. CD19), are often absent {1302,1830}.

*Cytochemistry*
Blasts are negative (< 3%) for myeloperoxidase, Sudan Black B, and naphthol AS-D CAE

Cytology
See above.

Diagnostic molecular pathology
Approximately 40% of cases have an abnormal karyotype, including trisomies (e.g. trisomy 13) and other structural abnormalities {113,870,1302,1830}. Frequent mutations are detected in *RUNX1* (~30%), *ASXL1* (~30%), *DNMT3A* (~20%), *IDH1*/*IDH2*, *FLT3* ITD (~20%), *STAG2* (10%), and spliceosome genes (~30%, including *SRSF2* ~20%) {1441,1560,1302,828,506,1434,263,1830}. The clinical relevance of detecting *BCL11B* rearrangement in cases of AML with minimal differentiation is not clear at this time {1136}. It should be noted that some of the aforementioned mutations now qualify for myelodysplasia-related AML (see *Acute myeloid leukaemia, myelodysplasia-related*, p. 140).

Essential and desirable diagnostic criteria
*Essential:* ≥ 20% blasts in bone marrow and/or blood, lacking morphological and cytochemical evidence of myeloid differentiation; positive for at least two myeloid-associated immunophenotypic markers (e.g. CD13, CD33, CD117); not fulfilling diagnostic criteria for AML types with defined genetic alterations; not fulfilling diagnostic criteria for mixed-phenotype acute leukaemia; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.

Staging
Not relevant

Prognosis and prediction
There are limited data specifically on prognosis and prediction in patients classified as having AML with minimal differentiation using the current criteria.





# Acute myeloid leukaemia without maturation

Nejati R
Haferlach T
Olavarria E
Tembhare PR

Definition
Acute myeloid leukaemia (AML) without maturation is an AML with myeloid differentiation and maturation arrest that lacks defining genetic abnormalities.

ICD-O coding
9873/3 Acute myeloid leukaemia without maturation

ICD-11 coding
2A60.31 Acute myeloid leukaemia without maturation

Related terminology
*Not recommended:* acute myeloid leukaemia, M1.

Subtype(s)
None

Localization
The blood and bone marrow are always involved.

Clinical features
Patients generally present with weakness, easy fatigability, and other symptoms related to complications of bone marrow failure, such as anaemia, thrombocytopenia, and neutropenia. There may be leukocytosis with markedly increased blasts.

Epidemiology
There are limited data using the current definition criteria.

Etiology
Unknown

Pathogenesis
Unknown

Macroscopic appearance
Not relevant

Histopathology
The bone marrow is usually markedly hypercellular, although exceptions may occur. The blasts are medium-sized to large, with high N:C ratios, pale grey-blue cytoplasm, round or slightly indented nuclei, and one to two distinct nucleoli. Some cases are characterized by blasts with azurophilic granules and/or Auer rods. In other cases, blasts resemble lymphoblasts and lack azurophilic granules. A defining feature of this AML type is the presence of granulocytic maturation, albeit such cells should by convention constitute < 10% of cellular elements in the bone marrow.

*Immunophenotype*
The blasts express cytoplasmic myeloperoxidase (≥ 3%) and two or more myeloid-associated antigens such as CD13, CD33, and CD117. Blasts are often positive for CD34 and HLA-DR. Markers of granulocytic maturation (e.g. CD15, CD65) and monocytic differentiation (e.g. CD11c, CD14, CD36, and CD64) are usually negative {1181,948,219,875,602}. CD7 and/or CD56 expression is detected in as many as one third of cases. Expression of CD2, CD5, CD19, c/sCD22, and cCD79a is rare {1181, 948,219,875,602}. CD3 is typically negative.

*Cytochemistry*
Blasts are positive for myeloperoxidase and/or Sudan Black B (≥ 3%). They are usually negative for naphthol AS-D CAE.



**Fig. 2.117** Acute myeloid leukaemia (AML) without maturation **A** Bone marrow aspirate smear. The cells are predominantly medium-sized to large myeloblasts with greyish-blue cytoplasm; there is no evidence of maturation beyond the myeloblast stage. **B** Myeloperoxidase reaction highlights myeloblasts with strong peroxidase expression. **C** Bone marrow histology shows a uniform proliferation of myeloblasts completely replacing the pre-existing haematopoiesis.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 69 of 195

### Cytology
See above.

### Diagnostic molecular pathology
Approximately two thirds of cases have a normal karyotype. The rest have either single trisomies (e.g. trisomy 8, 11, 13, or 21) or rare structural abnormalities {870}. Frequently mutated genes include *DNMT3A* (~30%), *RUNX1* (~30%), *ASXL1* (~25%), *IDH2* (~25%), and *IDH1* (~20%); less commonly mutated genes include *TET2*, *STAG2*, *NRAS*, *SRSF2*, *U2AF1*, *SF3B1*, and *ZRSR2*. *FLT3* internal tandem duplication (ITD) and tyrosine kinase domain (TKD) mutations are present in 15% and 10% of cases, respectively {1434,263}. It should be noted that some of the aforementioned mutations now qualify for myelodysplasia-related AML (see *Acute myeloid leukaemia, myelodysplasia-related*, p. 140).

### Essential and desirable diagnostic criteria
*Essential:* ≥ 20% blasts in bone marrow and/or blood, with cytochemical evidence of myeloid differentiation (≥ 3%) and limited (< 10%) morphological features of granulocytic maturation; positive for at least two myeloid-associated markers (e.g. CD13, CD33, CD117); not fulfilling criteria for AML types with defined genetic alterations; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.

### Staging
Not relevant

### Prognosis and prediction
There are limited data specifically on prognosis and prediction in patients classified as having AML without maturation using the current definition criteria.



# Acute myeloid leukaemia with maturation

Nejati R
Haferlach T
Tembhare PR



### Definition
Acute myeloid leukaemia (AML) with maturation is an AML with morphological features of granulocytic maturation that lacks defining genetic abnormalities.

### ICD-O coding
9874/3 Acute myeloid leukaemia with maturation

### ICD-11 coding
2A60.32 Acute myeloid leukaemia with maturation

### Related terminology
*Not recommended:* acute myeloid leukaemia, M2.

### Subtype(s)
None

### Localization
This leukaemia predominantly involves the peripheral blood and bone marrow.

### Clinical features
Patients generally present with weakness, easy fatigability, and other symptoms related to complications of bone marrow failure, such as anaemia, thrombocytopenia, and neutropenia. There may be leukocytosis with markedly increased blasts.

### Epidemiology
There are limited data using the current definition criteria.

### Etiology
Unknown

### Pathogenesis
Unknown

### Macroscopic appearance
Not relevant

### Histopathology
Bone marrow biopsy sections usually show hypercellularity with infiltration of a monotonous blast population. Blasts may have azurophilic granules and Auer rods. Maturing granulocytic-lineage cells, including promyelocytes, myelocytes, and mature neutrophils constitute ≥ 10% of bone marrow cells. Variable degrees of mainly neutrophilic dysplasia may be present. Monocytes should not be increased and comprise < 20% of bone marrow cells.

### *Immunophenotype*
The blasts usually show intermediate to strong expression of myeloperoxidase and two or more myeloid-associated antigens, such as CD13, CD33, and CD117. Blasts are often positive for CD34 and HLA-DR. They usually express markers associated with granulocytic maturation, including CD11b, CD15, and CD65. The expression of monocytic markers (e.g. CD11c, CD14, CD36, and CD64) is rare. CD7 and CD56 are occasionally expressed. Expression of CD2, CD5, CD19, c/sCD22, and cCD79a is uncommon.



**Fig. 2.118** Acute myeloid leukaemia (AML) with maturation. Giemsa-stained bone marrow aspirate smear shows, in addition to the myeloblasts, maturing granulocytic-lineage cells including promyelocytes, myelocytes, and mature neutrophils.




**Fig. 2.119** Flow cytometry scatter plots. **A** Side scatter (SSC) versus CD45 histogram showing a major population of dim CD45+ blasts. Blasts are red; residual normal lymphocytes, blue; monocytes, purple; and granulocytes, brown. **B** The myeloid-associated markers CD33 and KIT (CD117) are expressed on the blasts, with variable CD33 up to levels comparable to those seen on the residual normal granulocytes (in brown). **C** The blasts are CD34+, and a small population of blasts coexpress CD56 and CD34. **D** Most of the blasts are positive for myeloperoxidase.

### *Cytochemistry*
Blasts are positive for myeloperoxidase and/or Sudan Black B. They are negative or show limited positivity for naphthol AS-D CAE.

### Cytology
See above.

### Diagnostic molecular pathology
Approximately two thirds of cases have a normal karyotype. The rest have either single trisomies (e.g. trisomy 8, 11, 13, or 21) or rare structural abnormalities {870}. Frequently mutated genes include *ASXL1* (~40%), *RUNX1* (~30%), *STAG2* (~30%), *IDH2* (~25%), and *DNMT3A* (~20%); less commonly mutated genes include *IDH1, TET2, NRAS, SRSF2, U2AF1, SF3B1*, and *ZRSR2*. *FLT3* internal tandem duplication (ITD) and tyrosine kinase domain (TKD) mutations are present in 5–10% and 3% of cases, respectively {1434}. It should be noted that some of the aforementioned mutations now qualify for myelodysplasia-related AML (see *Acute myeloid leukaemia, myelodysplasia-related*, p. 140).

### Essential and desirable diagnostic criteria
*Essential:* ≥ 20% blasts in bone marrow and/or blood, with cytochemical evidence of myeloid differentiation and morphological features of granulocytic maturation in ≥ 10% of bone marrow cells; positive for at least two myeloid-associated markers (e.g. myeloperoxidase, CD13, CD33, CD117); monocytic-lineage cells constitute < 20% of bone marrow cells; not fulfilling criteria for AML types with defined genetic alterations; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.

### Staging
Not relevant

### Prognosis and prediction
There are limited data specifically on prognosis and prediction in patients classified as having AML with maturation using the current definition criteria



# Acute basophilic leukaemia

Tembhare PR
Haferlach T

### Definition
Acute basophilic leukaemia is an acute myeloid leukaemia (AML) with basophilic differentiation that lacks defining genetic abnormalities.

### ICD-O coding
9870/3 Acute basophilic leukaemia

### ICD-11 coding
2A60.37 Acute basophilic leukaemia

### Related terminology
*Not recommended:* basophilic leukaemia.

### Subtype(s)
A rare subtype occurs in infant boys, characterized by t(X;6)(p11;q23) generating a *MYB::GATA1* fusion gene {1371,385}.

### Localization
Bone marrow and peripheral blood

### Clinical features
Patients usually present with features of bone marrow failure. Cutaneous involvement, hepatosplenomegaly, lytic bone lesions, and symptoms related to hyperhistaminaemia may be present {892,1760}.

### Epidemiology
This is a very rare type of AML and the epidemiology is unknown.

### Etiology
Unknown



**Fig. 2.120** Acute basophilic leukaemia. Bone marrow trephine biopsy shows sheets of blasts and immature basophils replacing normal haematopoietic elements.

### Pathogenesis
Recurrent translocation of t(X;6)(p11.2;q23) resulting in a *MYB::GATA1* fusion gene has been reported in infant boys {1371}. The fusion product promotes basophilic differentiation by inducing the expression of IL-33 and nerve growth factor (NGF), the ligands of IL1RL1 and NTRK1, respectively {385}. A case of acute basophilic leukaemia with t(16;21)(p11.2;q22) resulting in *FUS::ERG* fusion has also been reported {1728}. Other genetic aberrations reported include *U2AF1* mutation {216} and monosomy 7 {1549}. Sporadic cases with *TET2, TP53*, and *NPM1* mutations have also been reported, but no clear molecular pathway has been suggested {1548}.

### Macroscopic appearance
Not relevant




**Fig. 2.121** Acute basophilic leukaemia. **A** Giemsa-stained bone marrow smear showing immature basophils with irregular nuclei and coarse basophilic granules of varying sizes. **B** The basophil granules vary from small to large and coarse. **C** Blasts and immature basophils show metachromasia on toluidine blue staining.




**Fig. 2.122** Acute basophilic leukaemia, flow cytometry dot plots. Dot plots show the immunophenotype of blasts (red), immature and mature basophils (purple), lymphocytes (light blue), and granulocytes (brown). The blasts show relatively bright CD45 and heterogeneous CD34 (**A**), moderate to weak CD13 and KIT (CD117) (**B**), heterogeneous CD11b and negative HLA-DR (**C**), bright CD33 and negative CD25 (**D**), moderate CD123 and partial CD203c (**E**), and negative cytoplasmic myeloperoxidase and sCD22 (**F**) expression. Immature/mature basophils are highlighted with bright CD45 and negative CD34 (**A**), moderate CD13 and negative KIT (CD117) (**B**), moderate CD11b and negative HLA-DR (**C**), bright CD33 and CD25 (**D**), and bright CD123 and CD203c (**E**) expression.

### Histopathology
Bone marrow biopsy shows hypercellularity with diffuse replacement by blasts. Blasts are medium sized to large and characterized by a high N:C ratio; an oval, round, or irregular nucleus with dispersed chromatin; and one to several prominent nucleoli. The cytoplasm contains variable numbers of coarse basophilic granules. Auer rods are absent. Immature basophils constitute 20–80% of cellular elements in the bone marrow {892,1760}. Immature basophils are characterized by irregular or segmented nuclei with relatively clumped chromatin and a varying number of coarse basophilic granules. Mature basophils are usually sparse {386,1760}. Electron microscopy shows electron-dense membrane-bound basophil granules; theta granules containing pale amorphous material are also seen {386,1760,1728}.

### *Immunophenotype*
Flow cytometry usually detects a blast population and a population of cells showing basophilic maturation. The blasts are usually positive for CD11b, CD13, CD33, CD34, CD38, CD123, and CD203c. Blasts may also express CD9 and weak CD117 but are usually negative for HLA-DR. Strong expression of CD117 in abnormal mast cells distinguishes mast cell leukaemia from acute basophilic leukaemia {1760,1728,216,1548}.

### *Cytochemistry*
Blasts and immature forms show characteristic metachromatic staining with toluidine blue. Blasts are negative (< 3%) for myeloperoxidase, Sudan Black B, naphthol AS-D CAE, and nonspecific esterase. A lack of CAE reactivity can distinguish basophilic blasts from mast cells {386,1760,1728}.

### *Differential diagnosis*
The differential diagnosis includes the blast phase of a myeloproliferative neoplasm (chronic myeloid leukaemia [CML]), other AML types with basophilia (e.g. AML with *DEK::NUP214*), AML with *BCR::ABL1*, and mast cell leukaemia). Concomitant eosinophilia may indicate the presence of a tyrosine kinase fusion gene such as *FIP1L1::PDGFRA*, or others (see above).

### Cytology
See above

### Diagnostic molecular pathology
Cytogenetic and molecular characterization is needed to exclude potential differential diagnostic considerations and assess for molecular features such as *MYB::GATA1*.

### Essential and desirable diagnostic criteria
*Essential:* ≥ 20% blasts, with increased immature and mature basophils; blasts/basophils metachromatic on toluidine blue staining and negative for myeloperoxidase, Sudan Black B, and nonspecific esterase; blasts positive for at least two myeloid-associated markers (e.g. myeloperoxidase, CD13, CD33, CD117); not fulfilling criteria for AML types with defined genetic alterations; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.
*Desirable:* blasts positive for CD9 and/or CD203c, and negative for HLA-DR.

### Staging
Not relevant

### Prognosis and prediction
There are limited data on prognosis and prediction specifically. Reported cases have shown varying outcomes





# Acute myelomonocytic leukaemia

Marcogliese AN
Haferlach T
Nejati R
Tembhare PR

### Definition
Acute myelomonocytic leukaemia is an acute myeloid leukaemia (AML) with evidence of granulocytic and monocytic maturation that lacks defining genetic abnormalities.

### ICD-O coding
9867/3 Acute myelomonocytic leukaemia

### ICD-11 coding
2A60.33 Acute myelomonocytic leukaemia

### Related terminology
*Not recommended:* acute myeloid leukaemia, M4.

### Subtype(s)
None

### Localization
This leukaemia predominantly involves the peripheral blood and bone marrow.

### Clinical features
Patients usually present with symptoms related to cytopenias, including fatigue. Some may present with peripheral blood leukocytosis with circulating blasts and promonocytes.

### Epidemiology
Acute myelomonocytic leukaemia occurs in all age groups, although it is more common in adults. There are limited data using the current definition criteria.

### Etiology
Unknown

### Pathogenesis
Unknown

### Macroscopic appearance
Not relevant

### Histopathology
Bone marrow biopsy sections usually show hypercellularity with infiltration of immature cells, sometimes associated with a starry-sky pattern. Smears show myeloblasts and cells with various degrees of myelomonocytic differentiation. Blasts are medium-sized or large, with abundant basophilic cytoplasm that is often vacuolated. Nuclei have delicate, lace-like chromatin and one or more prominent nucleoli. Promonocytes are considered blast equivalents (see also *Chronic myelomonocytic leukaemia*, p. 96).

Peripheral blood smears typically show an increase in monocytes, which are often more mature than those in the bone marrow. The monocytic component may be more evident in the peripheral blood than in the bone marrow.

### *Immunophenotype*
By flow cytometry, blasts commonly express myeloid-associated antigens such as CD13, CD15, CD33, CD65, and/or CD117. Monocytic markers are also typically present, including CD4, CD11b, CD11c, CD14, CD36, CD64, and CD163. CD7 and CD56 expression is common.

### *Cytochemistry*
Blasts are positive (≥ 3%) for myeloperoxidase. The monoblasts, promonocytes, and monocytes are typically positive for nonspecific esterase and may also have myeloperoxidase-positive granules.



**Fig. 2.123** Acute myelomonocytic leukaemia. **A** Giemsa-stained bone marrow aspirate shows a mix of blasts and promonocytes. Promonocytes have more lobular and convoluted nuclear contours. Blasts and promonocytes have fine, lacy chromatin with prominent nucleoli and abundant pale basophilic cytoplasm. **B** Some blasts show cytoplasmic protrusions (Giemsa). **C** Fine azurophilic granules can be present.




**Fig. 2.124** Acute myelomonocytic leukaemia, flow cytometry dot plots. Dot plots show the immunophenotype of blasts (red), immature monocytes (cyan), mature monocytes (purple), lymphocytes (light blue), and granulocytes (brown). The blasts show moderate CD45 and low side scatter on a log scale (**A**), bright CD34 and moderate CD33 (**B**), variable CD64 and CD117 (**C**), dim to negative (subset) CD36 (**D**), negative CD11c and CD14 (**E**), dim to negative (subset) CD11b and strong CD15 (**F**), strong CD13 (**G**), and bright HLA-DR (**H**) expression. Immature monocytes show relatively bright CD45 and side scatter that is higher than that of blasts but lower than that of granulocytes (**A**), bright CD33 (**B**), bright CD64 and negative CD117 (**C**), dim to negative CD36 (**D**), variable CD11c and dim to negative CD14 (**E**), moderate CD11b and CD15 (**F**), dim to negative CD13 (**G**), and moderate HLA-DR and CD14 (**H**) expression. Mature monocytes show bright CD45 and side scatter that is higher than that of blasts but lower than that of granulocytes (**A**), bright CD33 (**B**), bright CD64 and negative CD117 (**C**), moderate CD36 (**D**), moderate CD11c and CD14 (**E**), bright CD11b and dim to negative CD15 (**F**), dim to negative CD13 (**G**), and moderate to bright HLA-DR and CD14 (**H**) expression. Granulocytes show high side scatter, moderate CD45, CD33, dim CD64, dim CD11c, variable CD11b, variable CD13, and bright CD15 expression but are negative for CD34, CD117 CD36, CD14, and HLA-DR.

## *Differential diagnosis*

The differential diagnosis of AML with monocytic differentiation should primarily include microgranular acute promyelocytic leukaemia and AML with *NPM1* mutation.

## Cytology

See above.

## Diagnostic molecular pathology

Approximately two thirds of cases have a normal karyotype. The remaining cases show either isolated trisomy 8 or rare structural abnormalities {1434}. Frequently mutated genes include *TET2*, *RUNX1*, and *ASXL1*; less commonly mutated genes include *DNMT3A*, *STAG2*, *NRAS*, *IDH2*, *SRSF2*, *U2AF1*, *SF3B1*, and *ZRSR2*. *FLT3* internal tandem duplication (ITD) and tyrosine kinase domain (TKD) mutations are present in 25% and 10% of cases, respectively {1434}. It should be noted that some of the aforementioned mutations now qualify for myelodysplasia-related AML (see *Acute myeloid leukaemia, myelodysplasia-related*, p. 140).

## Essential and desirable diagnostic criteria

*Essential:* ≥ 20% blasts and blast equivalents (promonocytes) in bone marrow and/or blood; positive for myeloid-associated markers (e.g. myeloperoxidase, CD13, CD33, CD117); maturing granulocytes constitute ≥ 20% of bone marrow cells; monocyte-lineage cells constitute ≥ 20% of bone marrow cells; not fulfilling criteria for AML types with defined genetic alterations; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.

## Staging

Not relevant

## Prognosis and prediction

There are limited data specifically on prognosis and prediction in patients classified as having acute myelomonocytic leukaemia using the current definition criteria.





# Acute monocytic leukaemia

Marcogliese AN
Haferlach T
Nejati R
Tembhare PR

## Definition

Acute monocytic leukaemia is an acute myeloid leukaemia (AML) with monocytic differentiation that lacks defining genetic abnormalities

## ICD-O coding

9891/3 Acute monocytic leukaemia

## ICD-11 coding

2A60.34 & XH9NE2 Acute monoblastic or monocytic leukaemia & Acute monocytic leukaemia

## Related terminology

*Acceptable:* acute monoblastic leukaemia
*Not recommended:* acute myeloid leukaemia, M5; acute monoblastic leukaemia, M5a, acute monocytic leukaemia, M5b.

## Subtype(s)

None

## Localization

These leukaemias predominantly involve the blood and bone marrow. Extramedullary disease is common, particularly involving the gingiva, skin, and CNS.

## Clinical features

Patients commonly present with symptoms related to cytopenias and/or extramedullary disease. Some patients present with bleeding disorders or symptoms related to hyperleukocytosis.

## Epidemiology

All age groups may be affected. The immature form (monoblastic) is more common in children. There are limited data using the current definition criteria.



**Fig. 2.125** Acute monocytic leukaemia. Bone marrow biopsy shows sheets of blasts, varying in size from intermediate to large, with fine chromatin, distinct nucleoli, and irregular lobular nuclear contours.

## Etiology

Unknown

## Pathogenesis

Unknown

## Macroscopic appearance

Not relevant

## Histopathology

Bone marrow biopsy shows extensive infiltration by immature cells that are intermediate-sized to large, with eosinophilic cytoplasm, high N:C ratios, irregularly lobulated to reniform nuclear contours, fine chromatin, and distinct nucleoli.

Typical monoblasts are medium-sized or large, with abundant, moderately to intensely basophilic cytoplasm and round




**Fig. 2.126** Acute monocytic leukaemia. **A** Bone marrow aspirate shows a blast morphology with intermediate to large cells, with modest amounts of pale basophilic cytoplasm and oval to somewhat reniform nuclear contours with fine chromatin (Giemsa). **B** At higher magnification, lobulated and folded nuclear contours and immature chromatin can be appreciated. **C** Nonspecific esterase cytochemical stain highlights strongly positive monoblasts.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 73 of 195




**Fig. 2.127** Acute monocytic leukaemia. Flow cytometry dot plots show the immunophenotype of blasts (red), immature monocytes (cyan), mature monocytes (purple), lymphocytes (light blue), and granulocytes (brown). The blasts show dim to moderate CD45 and low side scatter on a log scale (**A**), bright CD11c and moderate CD123 (**B**), variable CD34 and moderate CD64 (**C**), variable CD15 and partial (subset) CD7 (**D**), negative CD14 (**E**), bright CD33 and HLA-DR (**F**), moderate CD36 and variable CD117 (**G**), and dim CD4 (**H**) expression.

to oval nuclei. The nuclei have delicate, lace-like chromatin and one or more prominent nucleoli. Blasts may also show scattered fine azurophilic granules and cytoplasmic vacuoles {556,493}. The presence of ≥ 80% monoblasts has been used to define acute monoblastic leukaemia, but although such a distinction is acceptable, it is not required.

Promonocytes have a delicately folded, convoluted nuclear configuration with fine, lace-like chromatin, and they usually show inconspicuous nuclei. The cytoplasm is blue-grey, with variable azurophilic granules and sometimes vacuoles. More mature monocytes also show abnormalities such as convoluted nuclei with less clumped nuclear chromatin and minute nucleoli, more cytoplasmic vacuolization, and/or granularity {556,493}.

Monocytes and promonocytes are not always readily distinguishable from maturing myeloid cells in routinely stained bone marrow smears; cytochemistry may be useful in such cases. The peripheral blood typically shows an increase in monocytes, which are often more mature-appearing than those in the bone marrow. The monocytic component may be more evident in the peripheral blood than in the bone marrow.

### *Immunophenotype*

By flow cytometry, blasts commonly express myeloid-associated antigens such as CD13, CD15, CD33 (bright), CD65, and CD117. Blasts may express CD34 and usually express HLA-DR. Markers of monocytic differentiation may be expressed by promonocytes and more mature monocytes (CD4 [dim], CD11b, CD11c, CD14, CD36 [bright], CD64 [bright], CD163, LILRB1, and LILRB4) {1067,279}. Coexpression of two or more monocytic markers is characteristic of monocytic differentiation. The expression of the lymphoid-associated markers CD7 and CD56 is frequent. Immature and mature monocytes may show asynchronous expression of antigens associated with monocytic differentiation. Blasts with monocytic differentiation and immature/mature monocytes can be identified in tissue sections by immunohistochemistry with CD68R (as recognized by PGM1) and CD163 {1245,1188}. Lysozyme and CD68 (KP1) are also positive but are not specific for monocytic differentiation.

### *Cytochemistry*

The monoblasts, promonocytes, and monocytes are typically positive for nonspecific esterase. Staining is usually strong and diffuse but may occasionally be weak or absent; that does not exclude this diagnosis if immunophenotypic markers are detected. Myeloperoxidase may be positive in a subset of blasts.

### *Differential diagnosis*

The differential diagnosis of AML should primarily include microgranular acute promyelocytic leukaemia, AML with *NPM1* mutation, AML with *KMT2A* rearrangements, and chronic myelomonocytic leukaemia (CMML). Occasionally, these cases resemble plasmablastic myeloma. Immunophenotyping with an adequate panel of markers, along with cytochemistry, can readily distinguish acute monocytic (monoblastic) leukaemia from other entities. Extramedullary myeloid (monoblastic) sarcoma may be confused with malignant lymphoma or soft tissue sarcomas and can be distinguished with CD45 (LCA), CD43, CD68, and CD163 on immunohistochemistry, or by a flow cytometry panel with myeloid markers. The differential diagnosis between acute monocytic leukaemia and CMML and may be difficult. Proper identification of promonocytes and their designation as blast equivalents is key in distinguishing between acute monocytic leukaemia and CMML, but this is difficult to reproduce. Bone marrow evaluation is critical for blast and promonocyte counts {1759}, because the peripheral blood component can appear more mature

Flow cytometry immunophenotyping can help in the quantitation of the proportion of immature and mature forms of monocytes and blasts {1759}. It usually helps in identifying the proportion of precursor monocytes equivalent to promonocytes, which can be identified with characteristic immunophenotypes such as weak or negative CD14, weak and variable CD36, strong CD64, and strong HLA-DR expression {1856,1249}. In addition to a higher percentage of blasts and promonocytes, the proportion of monocytic cells is usually significantly higher than that of granulocytic cells in acute monocytic leukaemia, and lower in CMML {846}.

### Cytology

See above.

### Diagnostic molecular pathology

Most cases show normal karyotypes, single trisomies, or rare structural abnormalities. No specific molecular genetic profile is described {1657,1434}.

### Essential and desirable diagnostic criteria

*Essential:* ≥ 20% blasts and blast equivalents (promonocytes) in bone marrow and/or blood; ≥ 80% of the leukaemic cells are monocytes and their precursors, including monoblasts and promonocytes, < 20% maturing granulocytic cells; not fulfilling criteria for AML types with defining genetic abnormalities; not fulfilling diagnostic criteria for myeloid neoplasm post cytotoxic therapy.

### Staging

Not relevant

### Prognosis and prediction

There are limited data specifically on prognosis and prediction in patients classified as having acute monocytic leukaemia using the current definition criteria.

# Acute erythroid leukaemia

Wang W
Haferlach T

### Definition
Acute erythroid leukaemia (AEL) is a neoplastic proliferation of erythroid cells with features of maturation arrest (increased proerythroblasts) and a high prevalence of biallelic *TP53* alterations.

### ICD-O coding
9840/3 Acute erythroid leukaemia

### ICD-11 coding
2A60.35 Acute erythroid leukaemia

### Related terminology
*Acceptable:* pure erythroid leukaemia.
*Not recommended:* Di Guglielmo disease; acute myeloid leukaemia, M6.

### Subtype(s)
None

### Localization
This leukaemia predominantly involves the peripheral blood and bone marrow.

### Clinical features
Patients may present with de novo AEL, but more often the disease arises after exposure to cytotoxic therapy or progression of a prior myeloid neoplasm, particularly myelodysplastic neoplasm (MDS) {979,1819,1129,1404}.

### Epidemiology
AEL is extremely rare and represents < 1% of all cases of acute myeloid leukaemia (AML). Patients are elderly, often in their late sixties. Men are affected more commonly.

### Etiology
Unknown

### Pathogenesis
Aberrant expression of key transcriptional regulators, including SKI, ERG, and CBFA2T3 (ETO2), appears to mediate the blockade of erythroid differentiation in murine erythroid progenitors and may play a role in the pathogenesis of AEL {439}.

### Macroscopic appearance
Not relevant

### Histopathology
On bone marrow smears, there is an overall erythroid predominance (usually ≥ 80% of marrow cellularity), which includes increased (≥ 30%) immature erythroid cells (proerythroblasts, or pronormoblasts) that are medium-sized to large with a round central nucleolus, dispersed to finely reticulated chromatin, one or several distinct nucleoli, and deeply basophilic and agranular cytoplasm. Cytoplasmic blebs and vacuoles are commonly seen. PAS stain shows a coarsely globular staining pattern in the cytoplasm. Erythroid precursors at later stages are often present and display prominent dysplastic features, including ring sideroblasts. Myeloid and megakaryocytic cells are significantly decreased. Dysmegakaryopoiesis is frequently present.

Bone marrow core biopsy is hypercellular and shows sheets of immature proerythroblasts that are large, with round nuclei, pale chromatin, one to several distinct nucleoli, and thin but distinct nuclear membranes. The nucleoli exhibit variable shapes, and some can be located at the periphery of the nucleus, touching the nuclear membrane. Occasionally, an intrasinusoidal growth pattern may be present {1806}.

#### *Immunophenotype*
CD71 is a pan-erythroid marker that stains nucleated erythroid precursors at all stages {380}, while mature anucleate red blood cells are negative. Thus, CD71 is an ideal marker for assessing the percentage of the erythroid component on bone marrow sections. Of note, although erythroid precursors have high levels of CD71 (an iron transporter), its expression is not specific and



**Fig. 2.128** Acute erythroid leukaemia. **A** Bone marrow core biopsy shows sheets of immature cells, consistent with pronormoblasts. **B** Immunohistochemistry for CD71 highlights nucleated erythroid cells. **C** Neoplastic cells are diffusely and strongly positive for p53 in a case of acute erythroid leukaemia with a *TP53* missense mutation. **D** Neoplastic cells show a complete loss of p53 expression in a case of acute erythroid leukaemia with a *TP53* splice-site mutation; scattered reactive cells in the background are weakly positive for p53.





**Fig. 2.129** Acute erythroid leukaemia. **A** Bone marrow smear shows numerous immature erythroid precursors with cytoplasmic vacuoles and blebs (Giemsa). **B** The cytoplasm of neoplastic cells shows coarsely granular PAS staining.

can be detected by flow cytometry in non-erythroid cells. KIT (CD117) and E-cadherin often only highlight proerythroblasts at early maturation stages {979,1404}. Glycophorin A and haemoglobin only highlight late erythroid cells, including mature anucleate red blood cells. Other markers such as ferritin {1817} and α-haemoglobin–stabilizing protein {1380,1899} may also be used to highlight pronormoblasts. All these markers cannot distinguish neoplastic from reactive erythroid cells. Detection of mutant p53 patterns (overexpression or complete loss) by immunohistochemistry is a helpful adjunct to the presence of *TP53* mutations {1819}. CD34-positive blasts are not increased in AEL.

By flow cytometry, proerythroblasts are positive for CD36, CD71, and KIT (CD117) (often in a subset of tumour cells only), and negative for CD34 and myeloperoxidase. CD235a (glycophorin A) is positive in a subset of cells that often corresponds to the KIT (CD117)-negative subset. CD45 expression is variable but often dimly positive. HLA-DR is negative or partially positive. Neoplastic proerythroblasts may show aberrant CD13, increased CD4, or decreased CD38 expression. Although not increased in number, CD34-positive myeloblasts in AEL frequently show an aberrant immunophenotype.

#### *Differential diagnosis*
The differential diagnosis of AEL is broad, including both reactive and neoplastic conditions associated with proerythroblast proliferation. Reactive erythroid hyperplasia with a prominent proerythroblast component can be seen in nutritional (vitamin B12 or folate) deficiency and haemolytic anaemia. Laboratory studies, *TP53* mutation analysis, and cytogenetic studies are helpful, because reactive proerythroblast proliferation shows no *TP53* mutation and a normal karyotype.

Exuberant erythroid hyperplasia is also present in some MDS cases. Erythroid cells in MDS often show sequential maturation with later-stage proerythroblasts as a predominant component, whereas in AEL, erythroid cells have maturation arrest at the proerythroblast stage. AEL shares morphological, molecular, cytogenetic, and prognostic features with myeloid neoplasms post cytotoxic therapy. Cases of AEL arising after cytotoxic therapy should be designated as such. Similarly, AEL shows overlap with myelodysplasia-related AML on the basis of complex karyotype. However, myelodysplasia-related AML requires the presence of ≥ 20% blasts, a criterion that would not typically be met in AEL, because myeloblasts in bona fide cases are generally below this threshold. Additional studies are needed to better characterize rare cases with ≥ 30 pronormoblasts and ≥ 20% myeloblasts.

### Cytology
See above.

### Diagnostic molecular pathology
Biallelic (or multi-hit) *TP53* loss of function is characteristic of AEL, which often shows mutation in one allele and deletion in another allele, or two or more *TP53* mutations in cases without *TP53* deletion {1129}. Missense *TP53* mutations are most common, followed by deletion and nonsense mutations. Mutations at splice sites are also rarely seen. *TP53* abnormalities are associated with complex karyotype, frequently with losses of 17/17p, 5/5q, and 7/7q. Biallelic *TP53* alterations are not unique to AEL and are seen in other myeloid neoplasms, including MDS {119}, with and without a history of exposure to cytotoxic therapy.

Detection of *TP53* mutation and the presence of a complex karyotype provides supportive data.

### Essential and desirable diagnostic criteria
*Essential:* erythroid predominance, usually ≥ 80% of bone marrow elements, of which ≥ 30% are proerythroblasts.
*Desirable:* evidence of *TP53* mutation.

### Staging
Not relevant

### Prognosis and prediction
Patients with AEL share distinctive histopathological and molecular genetic features and extremely poor outcomes. The prognosis is dismal, with a median survival time of 2–4 months.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 74 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 75 of 195

# Acute megakaryoblastic leukaemia

Loeb KR
Haferlach T
Marcogliese AN
Nejati R
Tembhare PR

### Definition
Acute megakaryoblastic leukaemia (AMKL) is characterized by ≥ 20% blasts with megakaryocytic differentiation.

### ICD-O coding
9910/3 Acute megakaryoblastic leukaemia

### ICD-11 coding
2A60.36 Acute megakaryoblastic leukaemia

### Related terminology
None

### Subtype(s)
None

### Localization
This leukaemia predominantly involves the peripheral blood and bone marrow. Extramedullary disease may also occur.

### Clinical features
The clinical presentation is similar to that of other types of acute myeloid leukaemia (AML), with symptoms related to peripheral cytopenias. Some patients may have thrombocytosis. Some AMKL cases are associated with mediastinal germ cell tumours in young men {1254,1161,33}.

### Epidemiology
AMKL represents 3–5% of AML. The incidence is higher in paediatric patients (4–15% of childhood AML) and rare in adults (1–2% of AML) {593,995,1082}.

### Etiology
Unknown

### Pathogenesis
Patients with AMKL fall into three clinical groups: children with Down syndrome (see *Myeloid proliferations associated with Down syndrome*, p. 182), children without Down syndrome, and adults. The majority (> 75%) of cases arising in children without Down syndrome harbour chromosomal translocations that encode fusion oncogenes that drive leukaemogenesis {995}. Examples include *CBFA2T3* (*ETO*)::*GLIS2*, *RBM15*::*MRTFA* (*MKL1*), *NUP98*::*KDM5A*, and *KMT2A* rearrangements. In cases with *CBFA2T3*::*GLIS2*, the fusion protein is thought to be sufficient for leukaemogenesis. Other fusion proteins are not sufficient by themselves and require additional mutations for complete leukaemogenesis (as examples: *NUP98*::*KDM5A* with mutated *RB1*, *KMT2A* rearrangements with RAS mutations, and HOX gene fusion events with mutations in *MPL*) {337,995,151}. Paediatric cases without fusion proteins often have similarities to



**Fig. 2.130** Acute megakaryoblastic leukaemia. Bone marrow biopsy shows a marked increase in marrow fibrosis, as highlighted by the marked increase in reticulin fibres throughout the bone marrow (reticulin stain).

Down syndrome cases with focal amplification of the Down syndrome critical region (DSCR) of chromosome 21, which includes several genes involved in megakaryopoiesis (*RUNX1*, *ERG*, and *ETS2*), along with mutations in *GATA1* (50%) and cohesin/*CTCF* {337,1082}. Cases that arise in adults are less well defined, with mutations usually in *TP53*, *RB1*, cohesin complex genes, splicing factor genes, *ASXL1*, and *DNMT3A* {1082}.

### Macroscopic appearance
Not relevant

### Histopathology
On bone marrow aspirate smears, blasts vary from small to large and from round to oval, with a slightly irregular or indented nucleus with fine chromatin, and one to three nucleoli. A few scattered binucleated (occasionally multinucleated) blasts may be present. The cytoplasm is usually moderately to deeply basophilic and agranular, and sometimes has cytoplasmic blebs. Rarely, blasts may show a few azurophilic granules and vacuoles. Some cases have megakaryocytic dysplasia and micromegakaryocytes, which should not be counted as blasts. Cases with small blasts and scant cytoplasm are often indistinguishable from those in acute undifferentiated leukaemia, AML with minimal differentiation, or acute lymphoblastic leukaemia. In some cases, megakaryoblasts appear somewhat cohesive and can mimic clumps of metastatic tumour cells {115,880,1123,527,1658,387,627}.

Bone marrow trephine biopsy usually shows sheets of undifferentiated blasts and sometimes a mixture of blasts, micromegakaryocytes, and dyspoietic megakaryocytes, typically with varying degrees of reticulin fibrosis {115,1123,1658}.





### *Immunophenotype*
Blasts are characteristically positive for megakaryocytic markers by flow cytometry, including CD36, CD41 (glycoprotein IIb), CD42b (glycoprotein Ib), and CD61 (glycoprotein IIIa). Cytoplasmic expression of CD41 or CD61 is more specific than surface expression alone and avoids false positive staining resulting from platelet aggregates and adhesion to blasts (cytoplasmic positivity should be interpreted along with surface staining, to avoid interpretation errors). Among myeloid-associated antigens, CD33 is commonly expressed, but CD13 and KIT (CD117) expression is less frequent. Myeloperoxidase is consistently negative. CD34 is positive in approximately half and HLA-DR is positive in one third to half of cases. CD45 expression is usually weak to negative. Expression of granulocytic markers (e.g. CD15, CD65) or monocytic markers (e.g. CD11c, CD14, CD64) is rare. Expression of CD4, CD7, and CD56 is common, but expression of other lymphoid markers, including CD2, CD5, CD19, CD22, and cCD79a, is rare {948,387,627}.

A subset of cases expresses a characteristic immunophenotypic signature known as the RAM phenotype {403,1271}, with strong CD56 expression, variable or moderate CD34, variable KIT (CD117), and negative expression of CD7, CD11b, CD13, CD36, CD45, CD38, and HLA-DR. This immunophenotype is distinctly associated with the *CBFA2T3*::*GLIS2* fusion {1063}. Immunohistological staining with von Willebrand factor is positive in biopsy sections {351}.

### *Cytochemistry*
Megakaryoblasts are negative for myeloperoxidase, Sudan Black B, and naphthol-AS-D-chloroacetate esterase. They may show diffuse positivity with PAS and focal positivity with non-specific esterase {115,880,527,1658,627}.

### *Differential diagnosis*
The differential diagnoses of AMKL includes entities/types of AML with defining genetic abnormalities, especially AML with *RBM15*::*MRTFA* fusion and AML with *MECOM* rearrangement, and other entities/types of AML defined by differentiation. A comprehensive immunophenotype including markers of megakaryocytic differentiation usually adequately distinguishes AMKL from other types of acute leukaemia. Cases in patients with a history of chronic myeloid leukaemia (CML) or other forms of myeloproliferative neoplasm that have transformed should be classified as myeloproliferative neoplasm in blast phase.

### Cytology
See above

### Diagnostic molecular pathology
Paediatric cases with chromosomal translocations that produce fusion proteins, including *CBFA2T3*::*GLIS2*, *RBM15*::*MRTFA*, *NUP98*::*KDM5A*, and *KMT2A* rearrangements, are identified by a combination of cytogenetics and mutation profiling. *CBFA2T3*::*GLIS2* is a small cryptic translocation that can be missed by routine cytogenetics.



**Fig. 2.131** Acute megakaryoblastic leukaemia. **A** Bone marrow biopsy demonstrates sheets of blasts of intermediate size with small amounts of cytoplasm, irregular nuclear contours, occasional binucleation, and dispersed chromatin with distinct nucleoli. **B** Sheets of intermediate to large blasts with dispersed chromatin and prominent nucleoli are intermixed with immature megakaryocytes and micromegakaryocytes. **C** Prominent fibrosis with entrapped blasts and immature megakaryocytes. **D** Higher magnification highlights entrapped blasts and micromegakaryocytes.



**Fig. 2.132** Acute megakaryoblastic leukaemia. **A** Bone marrow aspirate smear shows small to intermediate-sized blasts with high N:C ratios, pale basophilic cytoplasm with multiple cytoplasmic blebs or pseudopodal projections, fine chromatin, and small nucleoli (Giemsa). **B** A typical binucleated large blast with a high N:C ratio (Giemsa).




**Fig. 2.133** Acute megakaryoblastic leukaemia. Flow cytometry dot plots show the immunophenotype of blasts (red), monocytes (purple), lymphocytes (light blue), and granulocytes (brown). The blasts show dim CD45 and low side scatter (**A**), moderate to negative CD34 and heterogeneous CD61 (**B**), moderate to negative CD41 and KIT (CD117) in a subset (**C**), bright CD33 and heterogeneous HLA-DR (**D**), heterogeneous CD42b and bright CD36 (**E**), and dim to negative CD7 and dim CD4 (**F**) expression.

## Essential and desirable diagnostic criteria

*Essential:* ≥ 20% blasts with megakaryocytic differentiation in bone marrow and/or peripheral blood; blasts express at least one of the platelet glycoproteins: CD41, CD61, or CD42b; criteria for other defined AML types are not met, no history of myeloproliferative neoplasm.

*Desirable:* evaluation for possible Down syndrome.

## Staging

Not relevant

## Prognosis and prediction

The prognosis of AMKL depends on the molecular drivers. AMKL representing myeloid leukaemia of Down syndrome has an excellent prognosis, with high rates of long-term remission and overall survival. The prognosis of AMKL arising in other settings is more heterogeneous. Cases with fusion oncogene expression in paediatric patients have a poor prognosis; specifically, cases with the RAM immunophenotype have a high induction failure rate and an extremely poor prognosis {403}. Adult AMKL also has an extremely poor prognosis {337,1082, 1822}.



# Myeloid sarcoma

Chen W
Medeiros LJ



## Definition

Myeloid sarcoma is a tumour mass involving any anatomical site other than bone marrow (i.e. extramedullary) that effaces tissue architecture and is composed of myeloid blasts, with or without maturation.

## ICD-O coding

9930/3 Myeloid sarcoma

## ICD-11 coding

2A60.3 Myeloid sarcoma

## Related terminology

*Not recommended:* chloroma; granulocytic or monocytic sarcoma; extramedullary myeloid tumour.

## Subtype(s)

None

## Localization

Almost any site in the body can be involved. The most frequently affected sites are the skin, soft tissue, lymph nodes, gastrointestinal tract, bones, and head and neck region {1924,1155}; less frequently involved sites include the reproductive organs, brain, and lungs {274,580,1528,5}.

## Clinical features

Myeloid sarcoma is reported in 2–9% of patients with acute myeloid leukaemia (AML) and in 5–12% of patients who have undergone allogeneic stem cell transplantation. It most often occurs concurrently with or as a relapse of AML. Rarely, myeloid sarcoma can precede the onset of AML. Myeloid sarcoma may also present as the transformation of other myeloid neoplasms, including myelodysplastic neoplasm (MDS), myeloproliferative neoplasm (MPN), myelodysplastic/myeloproliferative neoplasm (MDS/MPN), or myeloid neoplasm secondary to prior cytotoxic therapy {1344, 1618,72}. De novo isolated myeloid sarcoma with morphologically normal-appearing bone marrow is rare, occurring in about 1% of patients with AML {106,5}. The clinical manifestations of myeloid sarcoma are diverse, because of the wide variety of sites in which myeloid sarcoma can develop, and depending on whether the bone marrow is involved by AML with associated cytopenias.

## Epidemiology

The epidemiological features are similar to those of AML. Myeloid sarcoma is a rare disease and can occur at any age, with reported median ages ranging from 46 to 59 years. The M:F ratio is 1.2:1 {1155,1528,106}.

## Etiology

The etiology is similar to that of AML. Adhesion molecules (e.g. ITGA7), chemokine receptor–ligand interactions, extracellular matrix interactions, and perturbation of the RAS pathway have been suggested to underly presentation as an extramedullary mass {433,1909,878}.

## Pathogenesis

Myeloid sarcoma shares cytogenetic and molecular abnormalities with bone marrow AML. Chromosomal abnormalities assessed by conventional cytogenetics and/or FISH are detected in about 50% of cases. These abnormalities include t(8;21)/*RUNX1*::*RUNX1T1*, inv(16)/*CBFB*::*MYH11*, trisomy 4, trisomy 8, monosomy 7, and deletions of 5q and 20q {1344, 1924}. Some of these abnormalities seem to be associated with particular sites of involvement; for example, inv(16)-associated myeloid sarcoma is more common in the abdominal region, whereas myeloid sarcoma associated with t(8;21) often involves the orbital region in children {1344,1924,323}.




**Fig. 2.134** Myeloid sarcoma. **A** Lymph node localization at low power magnification shows effacement of the architecture. A starry-sky pattern can be appreciated even at low magnification. **B** High magnification highlights a starry-sky pattern. The neoplastic cells have folded nuclei and immature, blastic chromatin. Some eosinophilic myelocytes are also present, and this neoplasm exhibits myelomonocytic differentiation.

WHO Classification of Tumours • 5th Edition

# Haematolymphoid Tumours Part B

Edited by the WHO Classification of Tumours Editorial Board




International Agency for Research on Cancer
World Health Organization

Property of Bullet Bailey Leopard

WHO Classification of Tumours • 5th Edition

# Haematolymphoid Tumours

## Part B

WHO Classification of Tumours Editorial Board

International Agency for Research on Cancer

World Health Organization

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 78 of 195

© International Agency for Research on Cancer 2024
All rights reserved.

**Suggested citation**
WHO Classification of Tumours Editorial Board. Haematolymphoid tumours.
Lyon (France): International Agency for Research on Cancer; 2024.
(WHO classification of tumours series, 5th ed.; vol. 11).
https://publications.iarc.who.int/637.

**Sales, rights, and permissions**
Print copies are distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
Tel.: +41 22 791 3264; Fax: +41 22 791 4857; email: bookorders@who.int; website: https://whobluebooks.iarc.who.int/

To purchase IARC publications in electronic format, see the IARC Publications website (https://publications.iarc.who.int).

Requests for permission to reproduce or translate IARC publications – whether for sale or for non-commercial distribution – should be submitted through the IARC Publications website (https://publications.iarc.who.int/Rights-And-Permissions).

**Third-party materials**
If you wish to reuse material from this work that is attributed to a third party, such as figures, tables, or boxes, it is your responsibility to determine whether permission is needed for that reuse and to obtain permission from the copyright holder. See *Sources*, pages 259–262 (Part A) and 835–840 (Part B). The risk of claims resulting from infringement of any third-party-owned component in the work rests solely with the user.

The contributors of all images in which the patient may be identifiable have affirmed that the appropriate informed consent has been obtained for the use of said images in this publication.

**General disclaimers**
The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of WHO or contributing agencies concerning the legal status of any country, territory, city, or area, or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted and dashed lines on maps represent approximate border lines for which there may not yet be full agreement.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by WHO or contributing agencies in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

All reasonable precautions have been taken by WHO to verify the information contained in this publication. However, the published material is being distributed without warranty of any kind, either expressed or implied. The responsibility for the interpretation and use of the material lies with the reader. In no event shall WHO or contributing agencies be liable for damages arising from its use.

First print run (12 500 copies)

Updated corrigenda can be found at https://publications.iarc.who.int

**IARC Library Cataloguing-in-Publication Data**
Names: WHO Classification of Tumours Editorial Board.
Title: Haematolymphoid tumours / edited by WHO Classification of Tumours Editorial Board.
Description: Fifth edition. | Lyon: International Agency for Research on Cancer, 2024. | Series: World Health Organization classification of tumours. | Includes bibliographical references and index.
Identifiers: ISBN 9789283245209 (pbk.) | ISBN 9789283245216 (ebook)
Subjects: MESH: Hematologic Neoplasms – classification. | Lymphoma – classification.
Classification: NLM WH 490

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 79 of 195

**The WHO classification of haematolymphoid tumours presented in this book reflects the views of the WHO Classification of Tumours Editorial Board that convened via video conference from 30 March to 1 April 2022, as well as subsequent consultation.**

# The WHO Classification of Tumours Editorial Board

**Patient Representative:**
Mol, Jan A.
Stichting Hematon
Utrecht

## Expert members: Haematolymphoid tumours

Akkari, Yassmine
Nationwide Children's Hospital
Columbus

Alaggio, Rita
Sapienza Università di Roma, IRCCS Ospedale Pediatrico Bambino Gesù
Rome

Campbell, Peter J.
Wellcome Sanger Institute
Hinxton

Chan, John K.C.
Queen Elizabeth Hospital
Kowloon, Hong Kong SAR

Chng, Wee Joo
National University Cancer Institute
Singapore

Coupland, Sarah E.
Institute of Systems, Molecular and Integrative Biology,
University of Liverpool
Liverpool

Dave, Sandeep S.
Duke Center for Genomic and Computational Biology
Durham

de Jong, Daphne
Netherlands Cancer Institute / Antoni van Leeuwenhoek Hospital
Amsterdam

Du, Ming-Qing
Addenbrooke's Hospital, University of Cambridge
Cambridge

Ferry, Judith A.
Massachusetts General Hospital
Boston

Gujral, Sumeet
Tata Memorial Hospital
Mumbai

Hochhaus, Andreas
Universitätsklinikum Jena
Jena

Kantarjian, Hagop M.
University of Texas MD Anderson Cancer Center
Houston

Lim, Megan S.
Memorial Sloan Kettering Cancer Center
New York

Nagai, Hirokazu
National Hospital Organization, Nagoya Medical Center
Nagoya

Naresh, Kikkeri N.
Fred Hutchison Cancer Center
Seattle

Ott, German
Robert-Bosch-Krankenhaus
Stuttgart

Sayed, Shahin
Aga Khan University
Nairobi

Schuh, Anna
University of Oxford
Oxford

Sewell, William Arthur
Garvan Institute and St Vincent's Hospital Sydney
Darlinghurst

Siebert, Reiner
Ulm University and Ulm University Medical Center
Ulm

Solary, Eric
Gustave Roussy
Villejuif

Wood, Brent Lee
Children's Hospital Los Angeles
Los Angeles

The molecular data presented in this volume was provided with support from the
**Compendium of Cancer Genome Aberrations (CCGA)**

The Compendium
www.ccga.io

For the complete list of all contributors and their affiliations, see pages 815–833.

# The WHO Classification of Tumours Editorial Board (continued)

## Standing members

Cree, Ian A. (Editorial Board Chair)
International Agency for Research on Cancer
Lyon

Denton, Erika R.E.
Norfolk and Norwich University Hospitals NHS Foundation Trust
Norwich

Eden, Michael
Cambridge University Hospitals NHS Foundation Trust
Cambridge

Field, Andrew S.*
University of NSW Sydney and University of Notre Dame Medical Schools, St Vincent's Hospital Sydney
Darlinghurst

Gill, Anthony J.
Royal North Shore Hospital
St Leonards

Hodge, Jennelle C.*
Indiana University School of Medicine
Indianapolis

Khoury, Joseph David*
University of Nebraska Medical Center
Omaha

Lax, Sigurd F.
General Hospital Graz II, Medical University of Graz
Graz

Lazar, Alexander J.
University of Texas MD Anderson Cancer Center
Houston

Moch, Holger
University of Zürich and University Hospital Zürich
Zürich

Rous, Brian
NHS England
Fulbourn, Cambridge

Srigley, John R.
University of Toronto, Trillium Health Partners
Mississauga

Tan, Puay Hoon
Luma Medical Centre
Singapore

Thompson, Lester D.R.
Head and Neck Pathology Consultations
Woodland Hills

Tsuzuki, Toyonori
Aichi Medical University Hospital
Nagakute

Washington, Mary K.
Vanderbilt University Medical Center
Nashville

* Standing members marked with an asterisk also served as expert members for this volume.

For the complete list of all contributors and their affiliations, see pages 815–833.

# WHO Classification of Tumours
## Haematolymphoid Tumours


| | |
|---|---|
| Edited by | The WHO Classification of Tumours Editorial Board |
| IARC Editors | Faiq Ahmed<br>Ian A. Cree<br>Daphne de Jong<br>Anil Felix Angelo Fonseca<br>Gabrielle Goldman-Lévy<br>Dilani Lokuhetty |
| Project Assistant | Asiedua Asante |
| Assistant | Anne-Sophie Bres |
| Production Editor | Jessica Cox |
| Editorial Consultancy | Julia Slone-Murphy |
| Principal Information Assistant | Alberto Machado |
| Information Assistant | Catarina Marques |
| Layout | Meaghan Fortune<br>Catarina Marques |
| Printed by | Omnibook<br>74370 Argonay, France |
| Publisher | International Agency for Research on Cancer (IARC)<br>25 Av. Tony Garnier, CS 90627<br>69366 Lyon, CEDEX 07, France |


# Contents

Please note that the contents of this volume have been split into two parts for publication in print: Part A (in the accompanying book) and Part B (in this book).


**List of abbreviations** xi

**Foreword** xii

PART A (IN ACCOMPANYING BOOK)

ICD-O topographical coding 1

ICD-O morphological coding 1
- Myeloid proliferations and neoplasms 2
- Histiocytic/dendritic cell neoplasms 5
- B-cell lymphoid proliferations and lymphomas 6
- T-cell and NK-cell lymphoid proliferations and lymphomas 10
- Stroma-derived neoplasms of lymphoid tissues 12

1 General introduction to haematolymphoid tumours 13

2 Myeloid proliferations and neoplasms 17
- Myeloid precursor lesions
  - Clonal haematopoiesis
    - Introduction 19
    - Clonal haematopoiesis 20
    - Clonal cytopenia of undetermined significance 24
- Myeloproliferative neoplasms
  - Myeloproliferative neoplasms
    - Introduction 26
    - Chronic myeloid leukaemia 28
    - Chronic neutrophilic leukaemia 34
    - Chronic eosinophilic leukaemia 37
    - Polycythaemia vera 40
    - Essential thrombocythaemia 44
    - Primary myelofibrosis 47
    - Juvenile myelomonocytic leukaemia 53
    - Myeloproliferative neoplasm NOS (unclassifiable) 57
- Mastocytosis
    - Introduction 60
    - Cutaneous mastocytosis 61
    - Systemic mastocytosis 64
    - Mast cell sarcoma 71
- Myelodysplastic neoplasms
  - Introduction 73
  - Myelodysplastic neoplasms with defining genetic abnormalities
    - Myelodysplastic neoplasm with low blasts and 5q deletion 76
    - Myelodysplastic neoplasm with low blasts and *SF3B1* mutation 78
    - Myelodysplastic neoplasm with biallelic *TP53* inactivation 80
  - Myelodysplastic neoplasms defined morphologically
    - Myelodysplastic neoplasm with low blasts 83
    - Myelodysplastic neoplasm, hypoplastic 85
    - Myelodysplastic neoplasm with increased blasts 87
  - Myelodysplastic neoplasms of childhood
    - Childhood myelodysplastic neoplasm with low blasts 90
    - Childhood myelodysplastic neoplasm with increased blasts 93
- Myelodysplastic/myeloproliferative neoplasms
    - Introduction 95
    - Chronic myelomonocytic leukaemia 96
    - Myelodysplastic/myeloproliferative neoplasm with neutrophilia 102
    - Myelodysplastic/myeloproliferative neoplasm with *SF3B1* mutation and thrombocytosis 105
    - Myelodysplastic/myeloproliferative neoplasm NOS (unclassifiable) 108
- Acute myeloid leukaemia
  - Introduction 110
  - Acute myeloid leukaemia with defining genetic abnormalities
    - Acute promyelocytic leukaemia with *PML::RARA* fusion 112
    - Acute myeloid leukaemia with *RUNX1::RUNX1T1* fusion 115
    - Acute myeloid leukaemia with *CBFB::MYH11* fusion 118
    - Acute myeloid leukaemia with *DEK::NUP214* fusion 121
    - Acute myeloid leukaemia with *RBM15::MRTFA* fusion 123
    - Acute myeloid leukaemia with *BCR::ABL1* fusion 125
    - Acute myeloid leukaemia with *KMT2A* rearrangement 127
    - Acute myeloid leukaemia with *MECOM* rearrangement 130
    - Acute myeloid leukaemia with *NUP98* rearrangement 133
    - Acute myeloid leukaemia with *NPM1* mutation 135
    - Acute myeloid leukaemia with *CEBPA* mutation 138
    - Acute myeloid leukaemia, myelodysplasia-related 140
    - Acute myeloid leukaemia with other defined genetic alterations 144
  - Acute myeloid leukaemia defined by differentiation
    - Acute myeloid leukaemia with minimal differentiation 147
    - Acute myeloid leukaemia without maturation 149
    - Acute myeloid leukaemia with maturation 151
    - Acute basophilic leukaemia 153
    - Acute myelomonocytic leukaemia 155
    - Acute monocytic leukaemia 157
    - Acute erythroid leukaemia 160
    - Acute megakaryoblastic leukaemia 162
  - Myeloid sarcoma
    - Myeloid sarcoma 165
- Secondary myeloid neoplasms
  - Myeloid neoplasms and proliferations associated with antecedent or predisposing conditions
    - Introduction 169
    - Myeloid neoplasm post cytotoxic therapy 170
    - Myeloid neoplasms associated with germline predisposition 173
    - Myeloid proliferations associated with Down syndrome 182
- Myeloid/lymphoid neoplasms
  - Myeloid/lymphoid neoplasms with eosinophilia and tyrosine kinase gene fusions
    - Introduction 184
    - Myeloid/lymphoid neoplasm with *PDGFRA* rearrangement 185
    - Myeloid/lymphoid neoplasm with *PDGFRB* rearrangement 188
    - Myeloid/lymphoid neoplasm with *FGFR1* rearrangement 191
    - Myeloid/lymphoid neoplasm with *JAK2* rearrangement 194
    - Myeloid/lymphoid neoplasm with *FLT3* rearrangement 197
    - Myeloid/lymphoid neoplasm with *ETV6::ABL1* fusion 199
    - Myeloid/lymphoid neoplasms with other tyrosine kinase gene fusions 201

Acute leukaemias of mixed or ambiguous lineage
Introduction 203
Acute leukaemia of ambiguous lineage with defining genetic abnormalities
Mixed-phenotype acute leukaemia with *BCR::ABL1* fusion 206
Mixed-phenotype acute leukaemia with *KMT2A* rearrangement 208
Acute leukaemia of ambiguous lineage with other defined genetic alterations 210
Acute leukaemia of ambiguous lineage defined immunophenotypically
Mixed-phenotype acute leukaemia, B/myeloid 212
Mixed-phenotype acute leukaemia, T/myeloid 214
Mixed-phenotype acute leukaemia, rare types 216
Acute leukaemia of ambiguous lineage NOS 218
Acute undifferentiated leukaemia 219

3 Histiocytic/dendritic cell neoplasms 221
Introduction 222
Plasmacytoid dendritic cell neoplasms
Plasmacytoid dendritic cell neoplasms
Mature plasmacytoid dendritic cell proliferation associated with myeloid neoplasm 224
Blastic plasmacytoid dendritic cell neoplasm 226
Langerhans cell and other dendritic cell neoplasms
Langerhans cell neoplasms
Langerhans cell histiocytosis 230
Langerhans cell sarcoma 234
Other dendritic cell neoplasms
Indeterminate dendritic cell tumour 237
Interdigitating dendritic cell sarcoma 240
Histiocyte/macrophage neoplasms
Histiocytic neoplasms
Juvenile xanthogranuloma 242
Erdheim–Chester disease 245
Rosai–Dorfman disease 248
ALK-positive histiocytosis 252
Histiocytic sarcoma 255

Sources (Part A) 259

References (Part A) 263

PART B (IN THIS BOOK)

4 **B-cell lymphoid proliferations and lymphomas** **295**
Introduction to B-cell lymphoproliferative disorders and neoplasms 297
Tumour-like lesions with B-cell predominance
Introduction 305
Reactive B-cell–rich lymphoid proliferations that can mimic lymphoma 309
IgG4-related disease 315
Unicentric Castleman disease 319
Idiopathic multicentric Castleman disease 322
KSHV/HHV8-associated multicentric Castleman disease 325
Precursor B-cell neoplasms
B-lymphoblastic leukaemias/lymphomas
Introduction 328
B-lymphoblastic leukaemia/lymphoma 330
B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy 336
B-lymphoblastic leukaemia/lymphoma with hypodiploidy 338
B-lymphoblastic leukaemia/lymphoma with iAMP21 340
B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1* fusion 342
B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1*-like features 345
B-lymphoblastic leukaemia/lymphoma with *KMT2A* rearrangement 348
B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1* fusion 350
B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1*-like features 352
B-lymphoblastic leukaemia/lymphoma with *TCF3::PBX1* fusion 354
B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion 356
B-lymphoblastic leukaemia/lymphoma with *TCF3::HLF* fusion 358
B-lymphoblastic leukaemia/lymphoma with other defined genetic alterations 360
B-lymphoblastic leukaemia/lymphoma NOS 364
Mature B-cell neoplasms
Preneoplastic and neoplastic small lymphocytic proliferations
Introduction 365
Monoclonal B-cell lymphocytosis 366
Chronic lymphocytic leukaemia / small lymphocytic lymphoma 368
Splenic B-cell lymphomas and leukaemias
Introduction 378
Hairy cell leukaemia 380
Splenic marginal zone lymphoma 385
Splenic diffuse red pulp small B-cell lymphoma 389
Splenic B-cell lymphoma/leukaemia with prominent nucleoli 391
Lymphoplasmacytic lymphoma
Lymphoplasmacytic lymphoma 394
Marginal zone lymphoma
Introduction 399
Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue 401
Primary cutaneous marginal zone lymphoma 409
Nodal marginal zone lymphoma 412
Paediatric nodal marginal zone lymphoma 417
Follicular lymphoma
Introduction 420
In situ follicular B-cell neoplasm 421
Follicular lymphoma 423
Paediatric-type follicular lymphoma 434
Duodenal-type follicular lymphoma 437
Cutaneous follicle centre lymphoma
Primary cutaneous follicle centre lymphoma 440
Mantle cell lymphoma
Introduction 443
In situ mantle cell neoplasm 444
Mantle cell lymphoma 446
Leukaemic non-nodal mantle cell lymphoma 453
Transformations of indolent B-cell lymphomas
Introduction 455
Transformations of indolent B-cell lymphomas 456
Large B-cell lymphomas
Introduction 461
Diffuse large B-cell lymphoma NOS 463
T-cell/histiocyte-rich large B-cell lymphoma 473
Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements 476
ALK-positive large B-cell lymphoma 481
Large B-cell lymphoma with *IRF4* rearrangement 484
High-grade B-cell lymphoma with 11q aberration 486
Lymphomatoid granulomatosis 489
EBV-positive diffuse large B-cell lymphoma 493
Diffuse large B-cell lymphoma associated with chronic inflammation 497
Fibrin-associated large B-cell lymphoma 500
Fluid overload–associated large B-cell lymphoma 503
Plasmablastic lymphoma 506
Primary large B-cell lymphoma of immune-privileged sites 509
Primary cutaneous diffuse large B-cell lymphoma, leg type 517
Intravascular large B-cell lymphoma 520
Primary mediastinal large B-cell lymphoma 523
Mediastinal grey zone lymphoma 527
High-grade B-cell lymphoma NOS 530
Burkitt lymphoma
Burkitt lymphoma 532
KSHV/HHV8-associated B-cell lymphoid proliferations and lymphomas
Introduction 539
Primary effusion lymphoma 541
KSHV/HHV8-positive diffuse large B-cell lymphoma 545
KSHV/HHV8-positive germinotropic lymphoproliferative disorder 547
Lymphoid proliferations and lymphomas associated with immune deficiency and dysregulation
Introduction 549
Hyperplasias arising in immune deficiency/dysregulation 555
Polymorphic lymphoproliferative disorders arising in immune deficiency/dysregulation 561
EBV-positive mucocutaneous ulcer 565
Lymphomas arising in immune deficiency/dysregulation 568
Inborn error of immunity–associated lymphoid proliferations and lymphomas 573
Hodgkin lymphoma
Introduction 579
Classic Hodgkin lymphoma 580
Nodular lymphocyte-predominant Hodgkin lymphoma 591
Plasma cell neoplasms and other diseases with paraproteins
Introduction 598
Monoclonal gammopathies
Cold agglutinin disease 599
IgM monoclonal gammopathy of undetermined significance 602
Non-IgM monoclonal gammopathy of undetermined significance 603
Monoclonal gammopathy of renal significance 605
Diseases with monoclonal immunoglobulin deposition
Immunoglobulin-related amyloidosis (AL amyloidosis) 608
Monoclonal immunoglobulin deposition disease 611
Heavy chain diseases
Introduction 613
Mu heavy chain disease 615
Gamma heavy chain disease 617
Alpha heavy chain disease 619
Plasma cell neoplasms
Introduction 621
Plasmacytoma 622
Plasma cell myeloma / multiple myeloma 625
Plasma cell neoplasms with associated paraneoplastic syndrome 631

5 **T-cell and NK-cell lymphoid proliferations and lymphomas** **635**
Introduction 637
Tumour-like lesions with T-cell predominance
Kikuchi–Fujimoto disease 643
Autoimmune lymphoproliferative syndrome 646
Indolent T-lymphoblastic proliferation 649
Precursor T-cell neoplasms
T-lymphoblastic leukaemia/lymphoma
T-lymphoblastic leukaemia/lymphoma NOS 651
Early T-precursor lymphoblastic leukaemia/lymphoma 656
Mature T-cell and NK-cell neoplasms
Mature T-cell and NK-cell leukaemias
Introduction 658
T-prolymphocytic leukaemia 659
T-large granular lymphocytic leukaemia 662
NK-large granular lymphocytic leukaemia 665
Adult T-cell leukaemia/lymphoma 667
Sézary syndrome 674
Aggressive NK-cell leukaemia 677
Primary cutaneous T-cell lymphoid proliferations and lymphomas
Introduction to primary cutaneous T-cell neoplasms 680
Primary cutaneous CD4-positive small or medium T-cell lymphoproliferative disorder 682
Primary cutaneous acral CD8-positive T-cell lymphoproliferative disorder 685
Mycosis fungoides 688
Primary cutaneous CD30-positive T-cell lymphoproliferative disorder: Lymphomatoid papulosis 694
Primary cutaneous CD30-positive T-cell lymphoproliferative disorder: Primary cutaneous anaplastic large cell lymphoma 698
Subcutaneous panniculitis-like T-cell lymphoma 700
Primary cutaneous gamma-delta T-cell lymphoma 702
Primary cutaneous CD8-positive aggressive epidermotropic cytotoxic T-cell lymphoma 705
Primary cutaneous peripheral T-cell lymphoma NOS 708
Intestinal T-cell and NK-cell lymphoid proliferations and lymphomas
Introduction 710
Indolent T-cell lymphoma of the gastrointestinal tract 712
Indolent NK-cell lymphoproliferative disorder of the gastrointestinal tract 715
Enteropathy-associated T-cell lymphoma 717
Monomorphic epitheliotropic intestinal T-cell lymphoma 722
Intestinal T-cell lymphoma NOS 725
Hepatosplenic T-cell lymphoma
Hepatosplenic T-cell lymphoma 727
Anaplastic large cell lymphoma
Introduction 730
ALK-positive anaplastic large cell lymphoma 731
ALK-negative anaplastic large cell lymphoma 734
Breast implant–associated anaplastic large cell lymphoma 738
Nodal T follicular helper cell lymphoma
Introduction 742
Nodal T follicular helper cell lymphoma, angioimmunoblastic type 744
Nodal T follicular helper cell lymphoma, follicular type 752
Nodal T follicular helper cell lymphoma NOS 755
Other peripheral T-cell lymphomas
Peripheral T-cell lymphoma NOS 757
EBV-positive T-cell and NK-cell lymphomas
EBV-positive nodal T- and NK-cell lymphoma 762
Extranodal NK/T-cell lymphoma 765
EBV-positive T-cell and NK-cell lymphoid proliferations and lymphomas of childhood
Introduction 770
Severe mosquito bite allergy 772

Hydroa vacciniforme lymphoproliferative disorder 774
Systemic chronic active EBV disease 777
Systemic EBV-positive T-cell lymphoma of childhood 779

6 **Stroma-derived neoplasms of lymphoid tissues** **783**
Introduction 784
Mesenchymal dendritic cell neoplasms
Follicular dendritic cell neoplasms
Follicular dendritic cell sarcoma 787
EBV-positive inflammatory follicular dendritic cell sarcoma 791
Fibroblastic reticular cell tumour 794
Myofibroblastic tumours
Myofibroblastic tumours
Intranodal palisaded myofibroblastoma 796
Spleen-specific vascular-stromal tumours
Splenic vascular-stromal tumours
Littoral cell angioma 798
Splenic hamartoma 800
Sclerosing angiomatoid nodular transformation of spleen 802

7 **Genetic tumour syndromes associated with haematolymphoid tumours** **805**
Introduction 806
Fanconi anaemia 807
Bloom syndrome 809
Ataxia–telangiectasia 810
RASopathies 812

**Contributors** **815**

**Declaration of interests** **828**

**IARC/WHO Committee for ICD-O** **833**

**Sources (Part B)** **835**

**References (Part B)** **841**

**Subject index** **915**

**Previous volumes in the series** **930**

# List of abbreviations

| | |
|---|---|
| **3D** | three-dimensional |
| **ATP** | adenosine triphosphate |
| **BL-IPI** | Burkitt Lymphoma International Prognostic Index |
| **bp** | base pair |
| **CI** | confidence interval |
| **CMV** | cytomegalovirus |
| **CNS** | central nervous system |
| **CT** | computed tomography |
| **CXR** | chest X-ray |
| **DNA** | deoxyribonucleic acid |
| **EBV** | Epstein–Barr virus |
| **ELN** | European LeukemiaNet |
| **ESR** | erythrocyte sedimentation rate |
| **EUS-FNAB** | endoscopic ultrasound–guided fine-needle aspiration biopsy |
| **EWOG-MDS** | European Working Group of Myelodysplastic Syndrome |
| **FDG** | 18F-fluorodeoxyglucose |
| **FISH** | fluorescence in situ hybridization |
| **FNA** | fine-needle aspiration |
| **FNAB** | fine-needle aspiration biopsy |
| **FNAC** | fine-needle aspiration cytology |
| **GHSG** | German Hodgkin Study Group |
| **H&E** | haematoxylin and eosin stain |
| **HBV** | hepatitis B virus |
| **HCV** | hepatitis C virus |
| **HIV** | human immunodeficiency virus |
| **HPF** | high-power field |
| **HPV** | human papillomavirus |
| **HRS cell** | Hodgkin/Reed–Sternberg cell |
| **HRS-like cell** | Hodgkin/Reed–Sternberg–like cell |
| **HTLV-1** | human T-lymphotropic virus type 1 |
| **IARC** | International Agency for Research on Cancer |
| **ICD-11** | International Classification of Diseases, 11th revision |
| **ICD-O** | International Classification of Diseases for Oncology |
| **IMWG** | International Myeloma Working Group |
| **kb** | kilobase |
| **kDa** | kilodalton |
| **KSHV/HHV8** | Kaposi sarcoma–associated herpesvirus / human herpesvirus 8 |
| **M:F ratio** | male-to-female ratio |
| **MIM number** | Mendelian Inheritance in Man number |
| **MRI** | magnetic resonance imaging |
| **mRNA** | messenger ribonucleic acid |
| **N:C ratio** | nuclear-to-cytoplasmic ratio |
| **NCI** | Untied States National Cancer Institute |
| **NK cell** | natural killer cell |
| **NOS** | not otherwise specified |
| **NSAID** | non-steroidal anti-inflammatory drug |
| **Pap** | Papanicolaou stain |
| **PAS staining** | periodic acid–Schiff staining |
| **PCR** | polymerase chain reaction |
| **PET** | positron emission tomography |
| **PET-CT** | positron emission tomography–computed tomography |
| **RNA** | ribonucleic acid |
| **RT-PCR** | reverse transcription polymerase chain reaction |
| **SEER Program** | Surveillance, Epidemiology, and End Results Program |
| **SNP** | single-nucleotide polymorphism |
| **SNV** | single-nucleotide variant |
| **TNM** | tumour, node, metastasis |
| **TNMB** | tumour, node, metastasis, blood |



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 83 of 195

# Foreword

The WHO Classification of Tumours is a taxonomy of cancer, published as a series of books (also known as the WHO Blue Books) and now as a website (https://tumourclassification.iarc.who.int). It is an essential tool for standardizing diagnostic practice worldwide. It also serves as a vehicle for the translation of cancer research into practice. The diagnostic criteria and standards that make up the classification are underpinned by evidence evaluated and debated by experts in the field. More than 400 authors and editors participated in the production of this volume, and they gave their time freely to this task. We are very grateful for their help; it is a remarkable international team effort of great significance to both patients and their doctors.

This volume of the fifth edition of the WHO Blue Books has been a considerable challenge for all involved. It has been completely rewritten and reorganized, so it has taken more than 18 months to produce. Along the way we have had many excellent scientific discussions, and we hope that the final product meets with your approval. Classifications evolve over time, and there will be an opportunity in the next edition to make changes on the basis of new evidence. This volume has been coordinated as much as possible with other later fifth-edition WHO Classification of Tumours volumes, although there may still be some differences between volumes.

This volume, like the rest of the fifth edition, has been led by the WHO Classification of Tumours Editorial Board, composed of standing and expert members. The standing members, who have been nominated by pathology organizations, are the equivalent of the series editors of previous editions. The expert members for each volume, equivalent to the volume editors of previous editions, are selected on the basis of informed bibliometric analysis and advice from the standing members. The diagnostic process is increasingly multidisciplinary, and we are delighted that several radiology and clinical experts have joined us to address specific needs.

The most conspicuous change to the format of the books in the fifth edition is that tumour types common to multiple systems are dealt with together. There is also a chapter on genetic tumour syndromes associated with haematolymphoid tumours.

We have attempted to take a more systematic approach to the multifaceted nature of tumour classification; each tumour type is described on the basis of its localization, clinical features, epidemiology, etiology, pathogenesis, histopathology, diagnostic molecular pathology, staging, and prognosis and prediction. We have also included information on macroscopic appearance and cytology, as well as essential and desirable diagnostic criteria. This standardized, modular approach makes it easier for the books to be accessible online, and it also enables us to call attention to areas in which there is little information, and where serious gaps in our knowledge remain to be addressed. Genetic disorders are of increasing importance to diagnosis in individual patients, and the study of these disorders has undoubtedly informed our understanding of tumour biology and behaviour over the past decade.

The organization of the WHO Blue Books content now follows the normal progression from benign to malignant – a break with the fourth edition, but one we hope will be welcome.

**Table A** Approximate number of fields per 1 mm² based on the field diameter and its corresponding area

| Field diameter (mm) | Field area (mm²) | Approximate number of fields per 1 mm² |
|---|---|---|
| 0.40 | 0.126 | 8 |
| 0.41 | 0.132 | 8 |
| 0.42 | 0.138 | 7 |
| 0.43 | 0.145 | 7 |
| 0.44 | 0.152 | 7 |
| 0.45 | 0.159 | 6 |
| 0.46 | 0.166 | 6 |
| 0.47 | 0.173 | 6 |
| 0.48 | 0.181 | 6 |
| 0.49 | 0.188 | 5 |
| 0.50 | 0.196 | 5 |
| 0.51 | 0.204 | 5 |
| 0.52 | 0.212 | 5 |
| 0.53 | 0.221 | 5 |
| 0.54 | 0.229 | 4 |
| 0.55 | 0.237 | 4 |
| 0.56 | 0.246 | 4 |
| 0.57 | 0.255 | 4 |
| 0.58 | 0.264 | 4 |
| 0.59 | 0.273 | 4 |
| 0.60 | 0.283 | 4 |
| 0.61 | 0.292 | 3 |
| 0.62 | 0.302 | 3 |
| 0.63 | 0.312 | 3 |
| 0.64 | 0.322 | 3 |
| 0.65 | 0.332 | 3 |
| 0.66 | 0.342 | 3 |
| 0.67 | 0.352 | 3 |
| 0.68 | 0.363 | 3 |
| 0.69 | 0.374 | 3 |

Most volumes are still organized by anatomical site (digestive system, breast, soft tissue and bone, etc.), and each tumour type is listed within a taxonomic classification that follows the format below, which helps to structure the books in a systematic manner:

**Site:** e.g. lung

**Category:** e.g. tumours

**Family (class):** e.g. papillomas

**Type:** e.g. bronchial papillomas

**Subtype:** e.g. glandular papilloma

For this volume, however, we have replaced sites by lineages (e.g. myeloid, lymphoid), and these serve as the headings for the chapters, within which the categories are further defined on the basis of differentiation (e.g. precursor B-cell neoplasms, mature B-cell neoplasms). Within each category, families are defined (e.g. marginal zone lymphoma), and finally tumour types (e.g. primary cutaneous marginal zone lymphoma, nodal marginal zone lymphoma).

The issue of whether a given tumour type represents a distinct entity rather than a subtype continues to exercise pathologists, and it is the topic of many publications in the literature. We continue to deal with this issue on a case-by-case basis, but we believe there are inherent rules that can be applied. For example, tumours in which multiple histological patterns contain shared truncal mutations are clearly of the same type, despite the differences in their appearance. Equally, genetic heterogeneity within the same tumour type may have implications for treatment. A small shift in terminology in the fifth edition is that the term "variant" in reference to a specific kind of tumour has been wholly superseded by "subtype", in an effort to more clearly differentiate this meaning from that of "variant" in reference to a genetic alteration. Genetic tumour syndromes associated with haematolymphoid tumours are addressed in a dedicated chapter at the end of the volume.

Another important change in this edition of the WHO Classification of Tumours series is the conversion of mitotic count from the traditional denominator of 10 HPF to a defined area expressed in mm² {836}. This serves to standardize the true area over which mitoses are enumerated, because different microscopes have high-power fields of different sizes. This change will also be helpful for anyone reporting using digital systems. The approximate number of fields per 1 mm² based on the field diameter and its corresponding area is presented in Table A.

We are continually working to improve the consistency and standards within the classification. In addition to having moved to the International System of Units (SI) for all mitotic counts, we have standardized genomic nomenclature by using Human Genome Variation Society (HGVS) notation. This includes the recent move in fusion gene notation to the separation of involved genes by a double colon (e.g. *BCR::ABL1*) {474}. We have also standardized our use of units of length, adopting the convention used by the International Collaboration on Cancer Reporting (https://www.iccr-cancer.org/) and the UK Royal College of Pathologists (https://www.rcpath.org/), so that the size of tumours is now given exclusively in millimetres (mm) rather than centimetres (cm). This is clearer, in our view, and avoids the use of decimal points – a common source of medical errors.

The WHO Blue Books are much appreciated by pathologists of all types, and they are of increasing importance to practitioners of other clinical disciplines involved in cancer management, as well as to researchers. We, along with the entire editorial board, certainly hope that the series will continue to meet the need for standards in diagnosis and to facilitate the translation of diagnostic research into practice worldwide. It is particularly important that cancers continue to be classified and diagnosed according to the same standards internationally so that patients can benefit from multicentre clinical trials, as well as from the results of local trials conducted on different continents.

Dr Ian A. Cree

Former Head, WHO Classification of Tumours Programme
International Agency for Research on Cancer

Dr Dilani Lokuhetty

Head, WHO Classification of Tumours Programme
International Agency for Research on Cancer

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 84 of 195



# 4

# B-cell lymphoid proliferations and lymphomas

Edited by: Akkari Y, Alaggio R, Chan JKC, Chng WJ, Coupland SE, Dave SS, de Jong D, Du MQ, Ferry JA, Gujral S, Khoury JD, Lazar AJ, Moch H, Nagai H, Naresh KN, Ott G, Sayed S, Schuh A, Sewell WA, Siebert R, Thompson LDR, Washington MK, Wood BL


- Tumour-like lesions with B-cell predominance
  - Reactive B-cell–rich lymphoid proliferations that can mimic lymphoma
  - IgG4-related disease
  - Unicentric Castleman disease
  - Idiopathic multicentric Castleman disease
  - KSHV/HHV8-associated multicentric Castleman disease
- Precursor B-cell neoplasms
  - B-lymphoblastic leukaemias/lymphomas
    - B-lymphoblastic leukaemia/lymphoma
    - B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy
    - B-lymphoblastic leukaemia/lymphoma with hypodiploidy
    - B-lymphoblastic leukaemia/lymphoma with iAMP21
    - B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1* fusion
    - B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1*-like features
    - B-lymphoblastic leukaemia/lymphoma with *KMT2A* rearrangement
    - B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1* fusion
    - B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1*-like features
    - B-lymphoblastic leukaemia/lymphoma with *TCF3::PBX1* fusion
    - B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion
    - B-lymphoblastic leukaemia/lymphoma with *TCF3::HLF* fusion
    - B-lymphoblastic leukaemia/lymphoma with other defined genetic alterations
    - B-lymphoblastic leukaemia/lymphoma NOS
- Mature B-cell neoplasms
  - Preneoplastic and neoplastic small lymphocytic proliferations
    - Monoclonal B-cell lymphocytosis
    - Chronic lymphocytic leukaemia / small lymphocytic lymphoma
  - Splenic B-cell lymphomas and leukaemias
    - Hairy cell leukaemia
    - Splenic marginal zone lymphoma
    - Splenic diffuse red pulp small B-cell lymphoma
    - Splenic B-cell lymphoma/leukaemia with prominent nucleoli
  - Lymphoplasmacytic lymphoma
    - Lymphoplasmacytic lymphoma
  - Marginal zone lymphoma
    - Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue
    - Primary cutaneous marginal zone lymphoma
    - Nodal marginal zone lymphoma
    - Paediatric nodal marginal zone lymphoma
  - Follicular lymphoma
    - In situ follicular B-cell neoplasm


(Continued on next page)

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 86 of 195

# 4

# B-cell lymphoid proliferations and lymphomas (continued)


Follicular lymphoma
- Paediatric-type follicular lymphoma
- Duodenal-type follicular lymphoma

Cutaneous follicle centre lymphoma
- Primary cutaneous follicle centre lymphoma

Mantle cell lymphoma
- In situ mantle cell neoplasm
- Mantle cell lymphoma
- Leukaemic non-nodal mantle cell lymphoma

Transformations of indolent B-cell lymphomas
- Transformations of indolent B-cell lymphomas

Large B-cell lymphomas
- Diffuse large B-cell lymphoma NOS
- T-cell/histiocyte-rich large B-cell lymphoma
- Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements
- ALK-positive large B-cell lymphoma
- Large B-cell lymphoma with *IRF4* rearrangement
- High-grade B-cell lymphoma with 11q aberration
- Lymphomatoid granulomatosis
- EBV-positive diffuse large B-cell lymphoma
- Diffuse large B-cell lymphoma associated with chronic inflammation
- Fibrin-associated large B-cell lymphoma
- Fluid overload–associated large B-cell lymphoma
- Plasmablastic lymphoma
- Primary large B-cell lymphoma of immune-privileged sites
- Primary cutaneous diffuse large B-cell lymphoma, leg type
- Intravascular large B-cell lymphoma
- Primary mediastinal large B-cell lymphoma
- Mediastinal grey zone lymphoma
- High-grade B-cell lymphoma NOS

Burkitt lymphoma
- Burkitt lymphoma

KSHV/HHV8-associated B-cell lymphoid proliferations and lymphomas
- Primary effusion lymphoma
- KSHV/HHV8-positive diffuse large B-cell lymphoma
- KSHV/HHV8-positive germinotropic lymphoproliferative disorder

Lymphoid proliferations and lymphomas associated with immune deficiency and dysregulation
- Hyperplasias arising in immune deficiency/dysregulation
- Polymorphic lymphoproliferative disorders arising in immune deficiency/dysregulation
- EBV-positive mucocutaneous ulcer
- Lymphomas arising in immune deficiency/dysregulation
- Inborn error of immunity–associated lymphoid proliferations and lymphomas

Hodgkin lymphoma
- Classic Hodgkin lymphoma
- Nodular lymphocyte-predominant Hodgkin lymphoma

Plasma cell neoplasms and other diseases with paraproteins
- Monoclonal gammopathies
  - Cold agglutinin disease
  - IgM monoclonal gammopathy of undetermined significance
  - Non-IgM monoclonal gammopathy of undetermined significance
  - Monoclonal gammopathy of renal significance
- Diseases with monoclonal immunoglobulin deposition
  - Immunoglobulin-related amyloidosis (AL amyloidosis)
  - Monoclonal immunoglobulin deposition disease
- Heavy chain diseases
  - Mu heavy chain disease
  - Gamma heavy chain disease
  - Alpha heavy chain disease
- Plasma cell neoplasms
  - Plasmacytoma
  - Plasma cell myeloma / multiple myeloma
  - Plasma cell neoplasms with associated paraneoplastic syndrome


## Introduction to B-cell lymphoproliferative disorders and neoplasms


Naresh KN
Du MQ
Ferry JA


The term "B-cell lymphoproliferative disorder" is used to describe both non-clonal and clonal expansions of B cells. Many non-clonal expansions occurring in response to infections or antigenic challenges can mimic neoplasms. In contrast, B-cell lymphomas are clonal tumours of mature and immature B cells. B-cell lymphomas have a highly variable clinical presentation – nodal or extranodal, localized or systemic, and indolent or aggressive. Although some B-cell lymphomas recapitulate the stages of normal B-cell differentiation and can be classified according to their corresponding normal stage, certain other B-cell lymphomas do not have a clearcut normal cell counterpart. The relatedness of B-cell lymphomas to their normal B-cell counterparts is a key aspect of the nomenclature in their classification. Many are also classified according to distinct genetic/genomic changes, association with specific infectious agents, or distinctive clinical presentation. Changes from the revised fourth edition of the WHO classification of haematolymphoid tumours are captured in Table 4.01, Table 4.02 (p. 298), and Table 4.03 (p. 298).

### *Normal B-cell maturation*

Normal B-cell development begins in the bone marrow, with a haematopoietic stem cell (HSC) giving rise to a pro-B cell, which later develops into an immature B cell via a pre-B-cell stage. These B-cell precursors, also known as B lymphoblasts, undergo immunoglobulin (IG) V(D)J gene rearrangement and



**Fig. 4.01** Normal B-cell development and maturation. Normal B-cell development begins in the bone marrow, with a haematopoietic stem cell (HSC) giving rise to a pro-B cell, which later develops into an immature B-cell via a pre-B-cell stage. Immunoglobulin V(D)J gene rearrangement occurs in the bone marrow at the pre-B-cell stage, finally resulting in IgM+/IgD+ naïve B cells. Upon encountering an antigen, naïve B cells can differentiate into IgM-producing plasma cells or enter a germinal centre and undergo affinity maturation, ultimately differentiating into antibody-secreting plasma cells and memory B cells. Centroblasts within the dark zone of the germinal centre undergo somatic hypermutation of the rearranged IG genes to improve their binding to antigen. These cells enter the light zone as centrocytes, where germinal-centre B cells expressing the highest-affinity B-cell receptors undergo class-switch recombination, which makes them switch from IgM production to IgG, IgA, or IgE production {1197,264,2043}. FDC, follicular dendritic cell. Figure created with BioRender.com.

**Table 4.01** B-cell lymphoproliferative disorders and neoplasms introduced in the fifth-edition WHO classification of haematolymphoid tumours

| Entity | Comment |
|---|---|
| Tumour-like lesions with B-cell predominance | Reactive B-cell–rich lymphoid proliferations that can mimic lymphoma; IgG4-related disease; different types of Castleman disease |
| B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1*-like features | |
| B-lymphoblastic leukaemia/lymphoma with *TCF3::HLF* fusion | |
| Splenic B-cell lymphoma/leukaemia with prominent nucleoli | Encompasses hairy cell leukaemia variant and some cases of B-cell prolymphocytic leukaemia |
| Primary cutaneous marginal zone lymphoma | Previously included under extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue |
| Transformations of indolent B-cell lymphomas | |
| Fibrin-associated large B-cell lymphoma | Previously considered a subtype of diffuse large B-cell lymphoma associated with chronic inflammation |
| Fluid overload–associated large B-cell lymphoma | |
| Primary large B-cell lymphoma of immune-privileged sites | Encompasses primary diffuse large B-cell lymphoma of the CNS, primary large B-cell lymphoma of the vitreoretinal areas, and primary large B-cell lymphoma of the testis |
| Lymphoid proliferations and lymphomas associated with immune deficiency and dysregulation | Encompasses the full range of lymphoid proliferations occurring in the settings of post–haematopoietic stem cell transplantation, post–solid organ transplantation, HIV infection, other iatrogenic immunodeficiency-associated settings, and primary immune disorders, among others. |
| Cold agglutinin disease | |
| Monoclonal gammopathy of renal significance | |

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 87 of 195

**Table 4.02** Significant changes to nomenclature in the fifth-edition WHO classification of haematolymphoid tumours

| Fifth edition | Revised fourth edition |
|---|---|
| B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy | B-lymphoblastic leukaemia/lymphoma with hyperdiploidy |
| B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1* fusion | B-lymphoblastic leukaemia/lymphoma with t(9;22)(q34.1;q11.2); *BCR-ABL1* |
| B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1*-like features | B-lymphoblastic leukaemia/lymphoma, *BCR-ABL1*–like |
| B-lymphoblastic leukaemia/lymphoma with *KMT2A* rearrangement | B-lymphoblastic leukaemia/lymphoma with t(v;11q23.3); *KMT2A*-rearranged |
| B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1* fusion | B-lymphoblastic leukaemia/lymphoma with t(12;21)(p13.2;q22.1); *ETV6-RUNX1* |
| B-lymphoblastic leukaemia/lymphoma with *TCF3::PBX1* fusion | B-lymphoblastic leukaemia/lymphoma with t(1;19)(q23;p13.3); *TCF3-PBX1* |
| B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion | B-lymphoblastic leukaemia/lymphoma with t(5;14)(q31.1;q32.1); IGH/*IL3* |
| In situ follicular B-cell neoplasm | In situ follicular neoplasia |
| Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements | High-grade B-cell lymphoma with *MYC* and *BCL2* and/or *BCL6* rearrangements |
| High-grade B-cell lymphoma with 11q aberration | Burkitt-like lymphoma with 11q aberration |
| EBV-positive diffuse large B-cell lymphoma | EBV-positive diffuse large B-cell lymphoma NOS |
| Mediastinal grey zone lymphoma | B-cell lymphoma, unclassifiable, with features intermediate between diffuse large B-cell lymphoma and classic Hodgkin lymphoma |
| KSHV/HHV8-positive diffuse large B-cell lymphoma | HHV8-positive diffuse large B-cell lymphoma NOS |
| KSHV/HHV8-positive germinotropic lymphoproliferative disorder | HHV8-positive germinotropic lymphoproliferative disorder |
| Immunoglobulin-related amyloidosis | Primary amyloidosis |
| Monoclonal immunoglobulin deposition disease | Light chain and heavy chain deposition diseases |

differentiate into mature but antigen-naïve B cells expressing surface immunoglobulin (IgM+, IgD+) {1197}. Naïve B cells are small resting lymphocytes that circulate in the peripheral blood and occupy primary lymphoid follicles and mantle zones of secondary follicles of peripheral lymphoid tissues {1721, 2033}. Upon encountering an antigen that fits their surface immunoglobulin receptors, naïve B cells are activated, and they proliferate and ultimately differentiate into memory B cells and antibody-secreting plasma cells. Activated B cells derived from naïve B cells that have encountered antigen may mature directly into plasma cells that produce the early IgM antibody response to antigen. This T-cell–independent maturation can take place outside the germinal centre (GC) {714}. Alternatively, antigen-exposed B cells migrate into the centre of a primary follicle, differentiate into centroblasts, and rapidly proliferate, forming a GC or secondary follicle {2389,2463}. GC centroblasts that mainly occupy the dark zone of the GC express low levels of surface immunoglobulin and lack expression of BCL2; they are highly susceptible to apoptosis {3388}. Two key events occur in the GC B cells: somatic hypermutation (SHM) of the rearranged IG genes, and class-switch recombination (CSR). The SHM process introduces mostly somatic point mutations in

**Table 4.03** Entities excluded from the fifth edition of the WHO classification of haematolymphoid tumours and their equivalents in the previous version

| Fifth edition | Revised fourth edition |
|---|---|
| Prolymphocytic progression of chronic lymphocytic leukaemia / small lymphocytic lymphoma or splenic B-cell lymphoma/leukaemia with prominent nucleoli | B-cell prolymphocytic leukaemia |
| Splenic B-cell lymphoma/leukaemia with prominent nucleoli | Hairy cell leukaemia variant |

the rearranged IG gene to improve antibody affinity, although it can also result in deleterious changes due to nonsense or frameshift mutations. Centroblasts differentiate into centrocytes that are predominantly seen in the light zone of the GC, and they can undergo multiple rounds of the SHM process by transiting between the dark and light zones. Centrocytes expressing high-affinity surface immunoglobulin receive pro-survival signals from B-cell receptor (BCR) signalling and T-cell help and are rescued from apoptosis and allowed to exit the GC to further differentiate into memory B cells or plasma cells {2463,264, 2043}. By CSR, B cells switch from IgM production to IgG, IgA, or IgE production. Through SHM and CSR mechanisms, GC B cells express higher-affinity class-switched antibodies {2464}. Post-GC memory B cells circulate in the peripheral blood and populate the marginal zones of B-cell follicles in lymph nodes, spleen, and mucosa-associated lymphoid tissue. Plasma cells produced in the GC enter the peripheral blood and home to the bone marrow. They express predominantly cytoplasmic IgG, IgA, or IgE, and they lack surface immunoglobulin. This is a simplified concept of GC biology, and novel single-cell RNA sequencing studies are likely to provide a more detailed understanding of the GC structure, with the identification of a larger number of subpopulations.

### *Transcriptional regulation of B-cell maturation*

During early B-cell development, HSCs give rise to lymphoid-primed multipotent progenitors with lymphoid and limited myeloid potential that further differentiate into common lymphoid progenitors, then into pro-B and pre-B cells. PU.1 (a purine-rich sequence binding factor), Ikaros (IKZF1), RAG1, and E2A are key transcription factors during the transition from HSC to lymphoid-primed multipotent progenitor; during this transition, RAG1 is essential for V(D)J recombination. Furthermore, E2A, EBF1, and PAX5






**Fig. 4.02** Transcription factors and key proteins during early B-cell development. During early B-cell development, haematopoietic stem cells (HSCs) give rise to lymphoid-primed multipotent progenitors with lymphoid and limited myeloid potential (LMPPs) that further differentiate into common lymphoid progenitors (CLPs), then giving rise to pro-B and pre-B cells. Multiple transcriptional factors (as shown) are key for this transition. E2A, EBF1, and PAX5 are essential for the commitment of cells to the B lineage {1197}. Figure created with BioRender.com.

are essential for the commitment of cells to the B lineage {1197, 2360,3745}. PU.1 and Ikaros (IKZF1) are key factors for controlling lymphoid versus myeloid cell fate. E2A initiates the B-lineage transcriptional programme by activating the gene *FOXO1*. FOXO1 activates EBF1 in a feed-forward loop, and EBF1 then activates PAX5. EBF1 and PAX5 activate the B-cell programme while repressing the myeloid programme genes.

Several transcription factors are key regulators of the initiation and maintenance of the GC stage. A concerted action of sequentially expressed and repressed transcription factors drives the differentiation of an antigen-engaged naïve B cell into a proliferating B cell in the dark zone of the GC. NF-κB and IRF4 are expressed and active at the initiation of the GC, while their expression and/or activation is downmodulated in dark-zone cells. Similarly, MYC is expressed at GC initiation, after




**Fig. 4.03** Transcription factors and key proteins during B-cell maturation in peripheral lymphoid tissues. Several transcription factors are key for the initiation and maintenance of the germinal centre (GC). Initiation of the GC after antigen activation of T and B cells requires NF-κB, IRF4, BOB1 (OCA-B), MEF2C, and MYC. Formation of an early germinal centre further requires interactions of MEF2B, BCL6, IRF8, MCL1, and E2A. EBF1, SPIB, DOCK8, and BACH2 are essential for the proliferation and maintenance of the GC {936}. TCR, T-cell receptor. Figure created with BioRender.com.

which it is repressed by BCL6, the master regulator of the GC, and thus most of the dark-zone GC cells do not express MYC. The proliferative activity in the dark-zone cells is governed by cyclin D3 (encoded by *CCND3*). MYC is transiently expressed in a very small subset of light-zone B cells and may help these cells to re-enter the dark zone to undergo further steps of proliferation and SHM. Along with BCL6, BACH2 maintains the GC programme and also represses the expression of Blimp1 (PRDM1), a transcription factor essential for plasma cell differentiation. Components of NF-κB complexes are active in the light-zone cells and are essential for B-cell maturation. Simultaneous stimulation of BCR through engagement with the antigen and costimulatory interaction with T follicular helper (TFH) cells via CD40 / CD154 (CD40L) result in activation of the transcription factor NF-κB. NF-κB transactivates IRF4, which represses BCL6. The repression of BCL6 leads to the expression of Blimp1 (PRDM1), which triggers plasma cell differentiation. Apart from maturing into plasma cells, an alternative fate of the selected light-zone cells is to exit the GC as memory B cells or marginal zone B cells. The molecular mechanisms underlying the differentiation of memory B cells from centrocytes are not yet fully understood {3360,2198,3098,265,4450,1660,3786,519,988, 2044,1549,936}. The plasma cell programme depends on two opposing sets of transcription factors: the suppression of PAX5, EBF1, and BCL6, and the expression of Blimp1, IRF4, and XBP1. Thereby, Blimp1 is a master regulator for plasma cell differentiation as it suppresses PAX5 and BCL6 {1048,2590,4030,3700}.




**Fig. 4.04** Interactions of transcription factors and key proteins in germinal-centre B cells. Several transcription factors and key proteins are responsible for the initiation and maintenance of the germinal centre (GC). Initiation of GC formation starts after antigen activation of a naïve B cell. BCL6 is essential for the initiation of germinal centre; MEF2B, IRF8, IRF4, Blimp1, EZH2, MYC (c-MYC), and p53 (TP53) are involved in regulating the expression of BCL6. BCL6 and BACH2 cooperatively allow the establishment of the GC B-cell programme. MEF2C is required for B-cell survival after antigen stimulation by upregulating BCL-XL. In the dark zone, activation-induced cytidine deaminase (AID) is a key enzyme regulating somatic hypermutation (SHM), and the expression of AID is controlled by PAX5, E2A, and IRF8. POLH, LIG4, and DNase I are also required for SHM and are highly expressed in dark zone B cells. FOXO1, cyclin D3 (CCND3), and YY1 are key proteins required for maintaining the GC dark zone B-cell programme. In the GC light zone, B-cell receptor (BCR) binding by antigen and CD40 stimulation by T follicular helper (TFH) cells trigger activation of NF-κB, which transactivates IRF4 expression. IRF4 suppresses BCL6 but enhances Blimp1 expression, hence initiating plasma cell differentiation. PAX5, E2A, and IRF4 are key factors in regulating AID expression in the light zone. BATF, downstream of FOXO1, regulates germline transcripts (GLTs) in centrocytes. GLT and AID in turn regulate class-switch recombination (CSR) in centrocytes {3786}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 88 of 195

## Impact of the microenvironment on B-cell maturation

In the bone marrow, B-cell development from the HSCs is dependent on its interactions with bone marrow stromal cells that provide the necessary growth factors and cytokines essential for survival and differentiation. The B-cell developmental niches in the bone marrow include mesenchymal cells, osteoblasts, endothelial cells, and HSCs {1048}. In the lymph node and other peripheral lymphoid organs, B-cell entry into the GC, migration between the dark and light zones, and maturation to memory B cells and plasma cells all depend on interactions with stromal cells, follicular dendritic cells, T cells, and macrophages. Antigen-primed naïve B cells upregulate the chemokine receptor CCR7, which facilitates the migration of B cells towards the CCR7 ligands CCL19 and CCL21, expressed in the T-cell zone. B cells present antigen on MHC class II to CD4+ helper T cells, triggering costimulatory signals via an interaction between CD40 and CD154 (CD40L). B cells proliferate and will either initiate the GC response or differentiate into short-lived extrafollicular plasma cells. Centroblasts in the dark zone express the chemokine receptor CXCR4, and the stromal cells in the dark zone express CXCL12, which functions as the ligand for CXCR4. Once centroblasts have undergone SHM in the dark zone, they downregulate CXCR4, migrate to the light zone, and transform as centrocytes that express CXCR5 {3821,3223,3035,1944,232}. Centrocytes interact with follicular dendritic cells in the light zone, where B cells are exposed to immune complexes presented by those cells. B cells with antigen receptors that have the highest affinity to the antigen can capture the greatest amounts of antigen, thus providing them with an advantage in the interaction with TFH cells that deliver the required pro-survival signals to the B cells, ultimately leading to positive selection {1048}. The mutual survival/costimulatory signals between B cells and TFH cells delivered via CD40 / CD154 (CD40L), CD80/CD28, and CD86/CD28 interactions are balanced by co-inhibitory signals between B cells and T follicular regulatory cells delivered via PDL1/PD1 and TNFRSF14 (HVEM) / BTLA interactions modulating B-cell competition and affinity maturation {1962,4423}.




**Fig. 4.05** The role of the microenvironment in B-cell maturation in peripheral lymphoid tissues. The initial interaction of an antigen-activated naïve B cell with a primed T cell is facilitated by CCR7, after which the formation of the germinal centre (GC) is initiated. The GC dynamics are further facilitated by a specialized microenvironment. The GC has two distinct compartments. The dark zone has a network of CXCL12-producing reticular cells; GC B-cell proliferation and somatic hypermutation occur in the dark zone. Centroblast traffic follows a CXCL13 gradient to enter the light zone as centrocytes. In the light zone, centrocytes capture antigen presented on follicular dendritic cells (FDCs) and internalize, process, and subsequently present it to T follicular helper (TFH) cells in order to undergo selection. This process is regulated by T follicular regulatory (TFreg) cells. The mutual survival/costimulatory signals between B cells and TFH cells delivered via CD40 / CD154 (CD40L), CD80/CD28, and CD86/CD28 interactions are balanced by co-inhibitory signals between B cells and TFreg cells involving PDL1/PD1 and TNFRSF14 (HVEM) / BTLA interactions modulating B-cell competition and affinity maturation. Such positively selected centrocytes re-enter the dark zone for further rounds of proliferation and somatic hypermutation, after which they exit the GC as memory B cells or high-affinity antibody-secreting plasma cells. Figure adapted from {3821}.

## Impact of ontogeny on the classification of B-cell lymphomas

Most B-cell lymphomas have a certain resemblance to the characteristic morphological, immunophenotypic, epigenetic, and gene-expression features of different stages in B-cell development. These features are also impacted and altered by lymphoma-associated genomic changes. This resemblance and variation are extremely useful in the diagnosis and classification of B-cell lymphomas. For example, B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) has many features of normal B-cell precursors; however, normal B-cell precursors are spread across discrete stages of maturation, each with a defined immunophenotype. Although the cells of B-ALL/LBL have morphological and immunophenotypic features of precursor B cells, they do not fully align with the maturation pathway of maturing B-cell precursors, and they may also show aberrant antigen expression {3664,647,3988,3986}. Follicular lymphoma cells express phenotypic features of GC B cells; however, unlike normal GC B cells, they express BCL2, which is a result of the IGH::*BCL2* translocation {3493,2267}. On similar principles, lymphoma cells of entities such as mantle cell lymphoma, Burkitt lymphoma, diffuse large B-cell lymphoma NOS, and plasma cell neoplasms resemble their normal cell counterparts: mantle zone B cells, dark-zone centroblasts, light-zone centroblasts or post-GC immunoblasts, and plasma cells, respectively, with certain alterations as modulated by their underlying genomic changes. Other lymphomas have a relation to more heterogeneous normal counterparts. As an example, some cases of chronic lymphocytic leukaemia / small lymphocytic lymphoma (CLL/SLL) resemble pre-GC or naïve-like B cells, whereas others resemble post-GC or memory-like B cells. There are also several B-cell lymphomas in which assigning B-cell ontogeny is difficult. It should also be noted that even the B-cell lymphomas that resemble their normal ontogenic counterparts are not strictly frozen to that morphology or immunophenotype. Their attributes can be altered by the microenvironment and additional genetic changes. Examples of this include plasmacytic differentiation occurring in several small B-cell lymphomas such as marginal zone lymphoma (MZL) and follicular lymphoma, and colonization of residual follicles by MZL.

## Characteristic genetic/genomic changes in B-cell lymphomas or their subtypes

Several B-cell neoplasms have characteristic genetic or genomic abnormalities that are important in determining their biological features and thereby lend support for classification (see Table 4.04) {1269,3232,193,1771,887,1882,2289}. Furthermore, characteristic epigenetic changes or methylome signatures are also noted in B-cell malignancies such as CLL/SLL and other lymphomas. Many of the genetic abnormalities are not restricted to a single lymphoma entity. In translocations



**Table 4.04** Examples of characteristic genomic/genetic changes in B-cell lymphomas

| Type of abnormality | Specific lesion | B-cell lymphoma |
|---|---|---|
| **Chromosomal translocations** | | |
| | *BCR::ABL1*<br>*ETV6::RUNX1*<br>*KMT2A* rearrangement | B-lymphoblastic leukaemia/lymphoma |
| | IGH::*CCND1* | Mantle cell lymphoma<br>Plasma cell myeloma |
| | IGH::*BCL2* | Follicular lymphoma<br>Diffuse large B-cell lymphoma NOS |
| | IGH::*MYC* | Burkitt lymphoma<br>Diffuse large B-cell lymphoma NOS<br>Plasmablastic lymphoma |
| | IG::*IRF4* | Large B-cell lymphoma with *IRF4* rearrangement |
| | *BIRC3::MALT1*<br>IGH::*BCL10*<br>IGH::*MALT1*<br>IGH::*FOXP1* | Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue |
| | *BCL6* rearrangement | Diffuse large B-cell lymphoma NOS |
| | *CLTC::ALK* | ALK-positive large B-cell lymphoma |
| **Point mutations** | | |
| | *BRAF* p.V600E | Hairy cell leukaemia<br>Langerhans cell histiocytosis and other histiocytic neoplasms |
| | *MYD88* p.L265P | Lymphoplasmacytic lymphoma<br>Diffuse large B-cell lymphoma, activated B-cell-like subtype |
| | *EZH2*<br>*TNFRSF14*<br>*STAT6*<br>*RRAGC* | Follicular lymphoma |
| **Chromosomal copy-number alterations** | | |
| | iAMP21 | B-lymphoblastic leukaemia/lymphoma |
| | 7q31-32 deletion | Splenic marginal zone lymphoma |
| | 1p36 deletion | Follicular lymphoma |
| | 11q gain/loss | High-grade B-cell lymphoma with 11q aberration |
| **Gene expression** | | |
| | *ETV6::RUNX1*-like<br>*BCR::ABL1*-like | B-lymphoblastic leukaemia/lymphoma |
| | GCB and ABC | Diffuse large B-cell lymphoma NOS |
| **Combination of chromosomal translocations and mutations** | | |
| | MCD, BN2, N1, EZB, A53, and ST2 | Diffuse large B-cell lymphoma NOS |

A53, aneuploidy with *TP53* inactivation; ABC, activated B cell; BN2, *BCL6* translocations and *NOTCH2* mutations; EZB, *EZH2* mutations and *BCL2* translocations; GCB, germinal-centre B cell; iAMP21, intrachromosomal amplification of chromosome 21; MCD, *MYD88* p.L265P and *CD79B* mutations; N1, *NOTCH1* mutations; ST2, *SGK1* and *TET2* mutations.

involving an IG gene, an oncogene comes under the influence of the IG enhancer, and the product of the oncogene is either overexpressed or inappropriately expressed; examples of this include BCL2 in follicular lymphoma, cyclin D1 in mantle cell lymphoma, and MYC in Burkitt lymphoma. These events have significant consequences. For example, in follicular lymphoma, the overexpression of BCL2 blocks apoptosis and mediates preferential expansion within the follicle centre. Translocations involving some of the other genes, such as *BCL6* in follicular lymphoma and diffuse large B-cell lymphoma (DLBCL), can involve an IG or a non-IG gene; such abnormalities nevertheless deregulate *BCL6*, leading to BCL6 overexpression {2127, 244}. Some of the other translocations result in fusion genes, leading to the expression of chimeric proteins. Examples of such gene fusions include *BIRC3::MALT1* in extranodal MZL, where N-terminal *BIRC3* is fused to the C-terminal sequences of *MALT1*; and the fusion of *ALK* with *CLTC* or various other genes in ALK-positive large B-cell lymphoma {3849,1739}.

Characteristic mutations are seen in several mature B-cell lymphomas {4016,2949,2895}. Like translocations, these mutations are not specific to a particular B-cell malignancy, and they can be seen in other lymphoid or other haematological malignancies. Mutation in *BRAF*, commonly seen in hairy cell leukaemia, is also seen in Langerhans cell histiocytosis and other histiocytic neoplasms, whereas *MYD88* mutation, commonly seen in lymphoplasmacytic lymphoma, is also seen in a subset of DLBCL. Changes in copy numbers of genes or chromosomal loci, including amplifications and deletions, are characteristic of several B-cell malignancies, such as B-ALL/LBL with intrachromosomal amplification of chromosome 21 (iAMP21), splenic MZL with 7q32 deletion, a subset of follicular lymphoma with 1p36 deletion, and high-grade B-cell lymphoma with 11q aberration {1509,1234,193,2895}. Hyperdiploidy is the defining feature of B-ALL/LBL with high hyperdiploidy (comprising 51–65 chromosomes) and a subset of plasma cell neoplasm




**Fig. 4.06** Ontogeny of B-cell lymphomas. Different B-cell malignancies show features characteristic or reminiscent of B cells at specific points during their differentiation/maturation. Please note that the image represents ontogenic relationships, not the morphological patterns of the lymphoma entities. CLL, chronic lymphocytic leukaemia; DLBCL, ABC, diffuse large B-cell lymphoma, activated B-cell–like subtype; DLBCL, GCB, diffuse large B-cell lymphoma, germinal-centre B-cell–like subtype; LPL, lymphoplasmacytic lymphoma; MYC & BCL2 DH lymphoma, double-hit lymphoma, diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements; NLPHL, nodular lymphocyte-predominant Hodgkin lymphoma. Figure created with BioRender.com.




**Fig. 4.07** B-cell lymphoproliferative disorders and neoplasms. Key antigens and proteins expressed at different stages of B-cell maturation and used in diagnostic practice. Figure created with BioRender.com.

with hyperdiploidy (multiple trisomies of the odd-numbered chromosomes) {3171,2153}.

Characteristic gene expression profiles define some B-cell neoplasms such as B-ALL/LBL with *ETV6::RUNX1*-like features and B-ALL/LBL with *BCR::ABL1*-like features {3102,1705}. Gene expression profiling was initially used to distinguish two major molecular subtypes of DLBCL, the germinal-centre and activated B-cell types {73}. More recent approaches towards the genomic classification of DLBCL have used a combination of gene expression and genetic abnormalities {4417,3629,644, 3386}. Using such strategies, six genetic subtypes of DLBCL have been identified: MCD (*MYD88* p.L265P and *CD79B* mutations), BN2 (*BCL6* translocations and *NOTCH2* mutations), N1 (*NOTCH1* mutations), EZB (*EZH2* mutations and *BCL2* translocations), A53 (aneuploidy with *TP53* inactivation), and ST2 (*SGK1* and *TET2* mutations) {4417}. Some of the small B-cell lymphomas, such as CLL/SLL, splenic MZL, and splenic diffuse red pulp small B-cell lymphoma, show skewed IG gene usage resulting in BCR stereotypy or the presence of (quasi-) identical BCRs shared by unrelated patients, supporting the selection and expansion of clonal B cells bearing BCRs specific for discrete antigens {33,3816,1780,4446}. The gene IGHV1-2*04 is employed by about 30% of all cases of splenic MZL {4446}. Splenic diffuse red pulp small B-cell lymphoma cases show biased usage of the genes IGHV3-23 and IGHV4-34 {364, 1780}. It is important to note that none of the presumed driver genetic abnormalities are sufficient on their own for the development of a lymphoma. For example, IGH::*BCL2*-positive B-cell clones can be detected in the peripheral blood at very low levels (~1–100 cells per 1 million B cells) in > 70% of healthy adults, the vast majority of whom will never develop follicular lymphoma {3488,2351,986}. Furthermore, most people with in situ follicular B-cell neoplasm, which can be noted in the lymph nodes of about 2% of the population, do not develop an overt follicular lymphoma {1793,3953,3029}. A complex interplay of the primary genetic abnormality with secondary genetic abnormalities and a supportive microenvironment is necessary for lymphomagenesis.

## *Key etiopathogenetic factors in B-cell lymphomas*

Infectious agents, other environmental factors, immune deficiency/dysregulation, and autoimmunity are some of the factors implicated in the etiopathogenesis of B-cell lymphomas (see Table 4.05). Viruses such as EBV, KSHV/HHV8, and HCV have been associated with various lymphomas {1480,3295, 2632, 4055, 1695, 3929, 3300, 904, 2390, 2408, 1850, 595, 3042, 436, 4543}. EBV and KSHV/HHV8 infect B cells and are present within the neoplastic cells. In contrast, other infectious agents do not infect B cells. EBV is present in nearly 100% of endemic Burkitt lymphoma cases. Furthermore, the presence of EBV in the neoplastic B cells is the defining feature of EBV-positive DLBCL, lymphomatoid granulomatosis, DLBCL associated with chronic inflammation, and EBV-positive mucocutaneous ulcer. In contrast, only a proportion of several other lymphomas, such as classic Hodgkin lymphoma, show association with EBV. KSHV/HHV8 is found in primary effusion lymphoma, KSHV/HHV8-positive multicentric Castleman disease, KSHV/HHV8-positive DLBCL, and KSHV/HHV8-positive germinotropic lymphoproliferative disorder. Lymphoid cells in primary effusion lymphoma and KSHV/HHV8-positive germinotropic lymphoproliferative disorder are infected with KSHV/HHV8 and very often coinfected with EBV. Bacteria and immune responses to bacterial antigens have also been implicated in the pathogenesis of MALT lymphomas at various sites {1693,2932, 4410,4411,593,23,635,3501,3299,3363}. Genetic and familial associations have been identified in several B-cell lymphomas through epidemiological studies {3867}. It should be noted that familial clustering does not necessarily imply genetic predisposition; it can also imply common exposures to infectious agents or chemicals.

Epidemiological studies have implicated environmental exposures to herbicide and pesticide use, as well as the use of hair dyes, in the development of follicular lymphoma and DLBCL {785,1512,4572}. Disruption in T-cell immunosurveillance is thought to play a major role in the development of B-cell lymphomas arising in the background of immune deficiencies and immune dysregulation. Most typical clinical scenarios include posttransplantation (both solid-organ and haematopoietic stem cell), iatrogenic / therapy-related, and HIV infection settings. Inborn errors of immunity, autoimmune diseases, and various forms of immunotherapy also increase the risk of developing lymphomas and lymphoproliferative disorders. These lymphomas and lymphoproliferative disorders are frequently associated with EBV and/or KSHV/HHV8, and, in comparison with similar types of lymphoma in patients without immune defects, these lymphomas carry fewer genetic alterations, and some may regress upon restoration of the immune response {2845, 2652,3296,2340,4007,3399}.

A large proportion of B-cell lymphomas have characteristic chromosomal translocations where an oncogene comes under the transcriptional regulation of an IG gene. Such chromosomal translocations are considered to occur because of an erroneous IG gene recombination during B-cell development. For translocations involving genes such as *CCND1*, *BCL2*, and *MALT1*, breaks at the IG gene are usually directly adjacent to D or J segments. In



some of the other translocations involving genes such as *BCL6* or *MYC*, breaks in the IG gene can also involve the IGH class-switch regions during an erroneous CSR event {2338}.

**Table 4.05** Examples of factors involved in the etiology and pathogenesis of B-cell lymphomas

| Etiopathogenic factors | Lymphoma entities |
|---|---|
| **Infectious agents and chronic autoimmune disorders** | |
| *Helicobacter pylori* (gastric)<br>*Borrelia burgdorferi* (cutaneous)<br>*Chlamydia psittaci* (ocular adnexa)<br>*Campylobacter jejuni* (intestinal)<br>*Achromobacter xylosoxidans* (pulmonary)<br>Sjögren syndrome (salivary gland)<br>Hashimoto thyroiditis (thyroid) | Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue |
| HCV | Lymphoplasmacytic lymphoma associated with type II cryoglobulinaemia<br>Splenic marginal zone lymphoma<br>Nodal marginal zone lymphoma<br>Diffuse large B-cell lymphoma |
| EBV | EBV-positive diffuse large B-cell lymphoma<br>Lymphomatoid granulomatosis<br>DLBCL associated with chronic inflammation<br>EBV-positive mucocutaneous ulcer<br>Fibrin-associated diffuse large B-cell lymphoma<br>Immune deficiency/dysregulation–associated lymphoproliferative disorders<br>Plasmablastic lymphoma |
| EBV | Burkitt lymphoma |
| KSHV/HHV8 | Multicentric Castleman disease<br>KSHV/HHV8-positive diffuse large B-cell lymphoma<br>Primary effusion lymphoma |
| KSHV/HHV8 and EBV | Primary effusion lymphoma<br>KSHV/HHV8-positive germinotropic lymphoproliferative disorder |
| **Environmental exposures** | |
| Herbicides and pesticides | Follicular lymphoma |
| Hair dyes | Diffuse large B-cell lymphoma |
| **Immune deficiency/dysregulation** | |
| Solid organ transplantation<br>Haematopoietic stem cell transplantation<br>Iatrogenic/therapy-related immunodeficiency<br>HIV infection<br>Inborn errors of immunity<br>Autoimmune diseases<br>Various forms of multichemotherapy and immunotherapy | Lymphoproliferative disorders<br>Lymphomas |

## *Principles of classification, subtyping, and workup*

Classification of lymphoid neoplasms is based on multiple parameters: clinical presentation, clinical/imaging investigations, and a multitude of laboratory investigations. It is not based on any single investigation, although morphology remains the key component of diagnostic decision-making. In addition to morphology, immunohistochemistry or immunophenotyping plays a major role in disease classification. B-cell lymphomas have immunophenotypic similarities to their ontogenic normal counterparts. Over the past two to three decades, we have noticed the immense impact of genetic/genomic investigations (performed using many different technologies) on lymphoma classification and subtyping. These have led to the discovery of distinct lymphomas and improved lymphoma subtyping. Such an approach has also impacted disease classification and stratification in a clinically meaningful manner.

In lymphoma diagnosis and classification, general consideration needs to be given to the following aspects:

FNA alone is generally insufficient for the diagnosis and classification of lymphomas, and it is not the recommended procedure for primary lymphoma diagnosis unless an extraordinary situation demands such an approach {608,2622}. FNA can be a good screening tool to exclude non-haematological diseases. In low- and middle-income (LMIC) settings, FNA can be an effective alternative diagnostic procedure, when limited financial and/or technical resources preclude complete histology-based lymphoma classification. In most instances, it is needed to revert the diagnosis to a higher hierarchical level in the classification (family, category) in such cases.

Given the multiparametric approach necessary to make an optimal diagnosis, having sufficient tissue is critical. Core needle biopsies are often not optimal for primary diagnosis, and every attempt should be made either for an excisional biopsy in patients with peripheral lymphadenopathy or for a larger biopsy in other situations. If these are not feasible because of the patient's clinical condition or the location of the lesion, performing (multiple) core needle biopsies should be considered.

Although immunohistochemistry is the preferred mode of investigating antigen/protein expression in the workup of lymphomas, immunophenotyping (flow cytometry) can be complementary and provide useful information in many situations. In the bone marrow, peripheral blood, or other fluid-based lymphomas, flow cytometry has distinct advantages.

Morphology and immunophenotype are sufficient for the diagnosis of most lymphoid neoplasms. However, no single immunophenotypic marker is specific for any neoplasm, and a combination of morphological features and a panel of immunophenotypic markers is necessary for correct diagnosis. Most B-cell lymphomas have characteristic immunophenotypic profiles that are very helpful for their diagnosis. Many lymphomas are defined by genetic abnormalities or by association with infectious agents. Appropriate genetic studies addressing chromosomal translocations, gains, and deletions, as well as molecular studies addressing clonality, chromosomal translocations, copy-number alterations, mutations, and gene expression, would be essential for precise disease classification in these situations. Performing investigations on platforms that can undertake a large and standardized panel of tests may impact precision diagnosis and help shape future versions of the WHO classification.

Multidisciplinary tumour board discussions remain key for optimal lymphoma diagnosis and management.

### *The practice of lymphoma classification in the setting of limited resources or limited sample (available material for investigation)*

Limitations posed by resources and/or technology are a major stumbling block for the practice of high-quality lymphoma diagnosis. If availability of resources is the main limiting factor, establishing minimal panels of immunohistochemistry that can be used in a staged algorithmic manner can be a strategy to adopt for arriving at a precise diagnosis of B-cell lymphoma, albeit at the cost of additional time and effort. Previous studies have shown that a correct diagnosis is achievable in as many as 70% of B-cell lymphomas with the application of a limited set of antibodies (three to five) in such a setting {965,2901}. The lack of infrastructure to perform FISH studies can be a major limitation for the diagnosis of Burkitt lymphoma in parts of the world such as sub-Saharan Africa, where the incidence of Burkitt lymphoma is high. In the WHO classification, Burkitt lymphoma is defined by the presence of *MYC* translocation. In an appropriate clinical and histological context, the presence of MYC protein expression in > 80% of the lymphoma cells correlates very highly with the presence of *MYC* translocation, thereby serving as a surrogate for FISH studies. In places with infrastructural constraints, an algorithmic approach can be used to diagnose Burkitt lymphoma in most cases, even in the absence of FISH studies {2903}.

The structure of the fifth edition of the WHO classification also assists the practice of lymphoma diagnosis in the setting of resource or sample limitations. Diagnostic entities are ordered in increasing levels of specification: category (e.g. mature B-cell), family/class (e.g. large B-cell lymphomas), entity/type (e.g. diffuse large B-cell lymphoma NOS), and subtype (e.g. diffuse large B-cell lymphoma NOS, germinal-centre B-cell–like subtype). Furthermore, the criteria for diagnosis are grouped under essential and desirable diagnostic criteria for each entity. In most instances, the essential criteria can be met in many parts of the world. In circumstances where these essential criteria, including molecular parameters if listed, are not achievable, a diagnostic label based on the family name of that entity can be applied, with the clarification "not further classified".

### *Conclusion*

The multiparameter approach adopted for the fifth edition of the WHO classification is essential for achieving reproducibility of diagnosis and optimal management. The reliability of the results of clinical and translational research studies is dependent on precise and reproducible diagnoses.



# Tumour-like lesions with B-cell predominance: Introduction

Ferry JA

These sections discuss a group of diseases that are rich in B cells, and that could be considered in the differential diagnosis of lymphoma, but that do not represent lymphoid neoplasms. They are included for the first time in the WHO classification of haematolymphoid tumours. Reactive B-cell–rich proliferations that can mimic lymphoma include lymph nodal proliferations characterized by distortion of the normal architecture and/or the presence of atypical cells, as well as unusually dense, extensive extranodal lymphoid infiltrates showing cytological atypia.

IgG4-related disease is characterized by extranodal lymphoplasmacytic infiltrates rich in IgG4+ plasma cells, accompanied by sclerosis; some patients also have lymphadenopathy. The clinical and pathological differential

**Table 4.06** Diagnostic criteria and helpful features for the subtypes of Castleman disease (continued on next page)

| | Hyaline-vascular unicentric Castleman disease[a] | Mixed/plasmacytic unicentric Castleman disease |
|---|---|---|
| **Major criteria (all three required)** | | |
| Enlarged lymph nodes | One enlarged lymph node (> 10 mm in the short axis diameter) or multiple enlarged lymph nodes in one lymph node station | One enlarged lymph node or multiple enlarged lymph nodes in one lymph node station |
| Morphological features consistent with Castleman disease spectrum | Including grade 2–3 regressed follicles / hyaline-vascular follicles[b] and:<br>• Prominent stroma<br>• Prominent high endothelial vessels<br>• Relatively few plasma cells | Including grade 2–3 plasmacytosis; regressed follicles / hyaline-vascular follicles can be seen |
| KSHV/HHV8 LANA IHC | Negative | Negative |
| **Additional supportive histopathological features (not required)** | | |
| | Variably prominent interfollicular stroma<br>Compressed sinuses<br>Plasmacytoid dendritic cell clusters<br>No grade 2–3 plasmacytosis<br>Indolent T-lymphoblastic proliferation | Usually includes a mix of atrophic and hyperplastic follicle features, but usually at least one regressed hyaline-vascular follicle is present |
| **Other supportive features (not required)** | | |
| | Mass lesion<br>Lack of symptoms (in most cases)<br>Co-occurring autoimmune diseases (in ~5%; paraneoplastic pemphigus, myasthenia gravis, bronchiolitis obliterans, etc.) | Mass lesion<br>Lack of symptoms (in most cases)<br>Inflammatory syndrome (in a subset)<br>Constitutional symptoms<br>Laboratory abnormalities including cytopenias, hypoalbuminaemia, polyclonal hypergammaglobulinaemia, elevated CRP and/or IL-6, etc. |
| **Exclusion criteria[c]** | | |
| Infection | HIV[d], KSHV/HHV8, CMV, etc. | HIV, KSHV/HHV8, COVID-19, syphilis, etc. |
| Autoimmune, inflammatory, or immunodeficiency disorders | SLE, rheumatoid arthritis, etc. | SLE, rheumatoid arthritis, adult-onset Still disease, juvenile idiopathic arthritis, IgG4-related disease, etc. |
| Malignancy | Non-Hodgkin lymphoma, Hodgkin lymphoma, thymoma | Non-Hodgkin lymphoma, Hodgkin lymphoma, plasma cell myeloma / plasmacytoma, POEMS syndrome, etc. |

ALPS, autoimmune lymphoproliferative syndrome; CRP, C-reactive protein; DAT, direct antiglobulin test; eGFR, estimated glomerular filtration rate; IHC, immunohistochemistry; iMCD, idiopathic multicentric Castleman disease; LANA, latency-associated nuclear antigen; POEMS, polyneuropathy, organomegaly, endocrinopathy, myeloma protein, and skin changes; SLE, systemic lupus erythematosus; TAFRO, thrombocytopenia, anasarca, fever / inflammatory symptoms, renal dysfunction / bone marrow reticulin fibrosis, organomegaly.
[a]The follicular and interfollicular changes in hyaline-vascular unicentric Castleman disease are usually better developed and more characteristic than in the other forms of Castleman disease. [b]Hyaline-vascular follicles are regressed follicles with hyalinization and lymphoid depletion, a concentric onion-skin appearance to the rings of the mantle zone cells, and penetrating vessels (lollipop). [c]Some patients with Castleman disease may also have some of these processes in addition to Castleman disease; careful clinical evaluation is needed. [d]HIV-positive patients can have hyaline-vascular unicentric Castleman disease. [e]See {1110}. [f]Patients with KSHV/HHV8+ multicentric Castleman disease should be carefully evaluated for other KSHV/HHV8-associated diseases (Kaposi sarcoma, primary effusion lymphoma / extracavitary primary effusion lymphoma, etc.). [g]Conditions combined from {4120} and {1321}.
References: {1110,4308,2967,4120,1321}.

**Table 4.06** Diagnostic criteria and helpful features for the subtypes of Castleman disease (continued from previous page, continued on next page)

| | iMCD-NOS | iMCD-TAFRO |
|---|---|---|
| **Major criteria (all three required)** | | |
| Enlarged lymph nodes | Enlarged lymph nodes in at least two lymph node stations | Enlarged lymph nodes in at least two lymph node stations |
| Morphological features consistent with Castleman disease spectrum | Including:<br>Grade 2–3 regressed follicles **OR** grade 2–3 plasmacytosis | Including:<br>Grade 2–3 regressed follicles **OR** grade 2–3 plasmacytosis |
| KSHV/HHV8 LANA IHC | Negative | Negative |
| **Major criteria for further subclassification of iMCD-TAFRO (all five required)** | | |
| | Does not demonstrate all five required features of iMCD-TAFRO | Anasarca (includes pleural effusions, ascites, subcutaneous oedema) |
| | | Thrombocytopenia (< 10 × 10⁴/μL) |
| | | Systemic inflammation: Fever > 37.5 °C **AND/OR** CRP ≥ 2 mg/dL |
| | | Organomegaly (CT): Small-volume lymphadenopathy (often < 10 mm in greatest diameter) in more than two lymph node stations **AND/OR** hepatomegaly **AND/OR** splenomegaly |
| | | At least one of the following: Bone marrow with reticulin fibrosis and/or megakaryocytic hyperplasia without another cause **OR** renal insufficiency (pretreatment; eGFR < 60 mL/min/1.73 m²; creatinine > 1.3 mg/dL in male patients, > 1.1 mg/dL in female patients) or renal failure (dialysis) |
| **Minor criteria** | Need at least two of the criteria below, with at least one laboratory criterion | |
| Laboratory criteria | Anaemia (< 12.5 g/dL in male patients, < 11.5 g/dL in female patients)<br>Thrombocytopenia (platelet count < 15 × 10⁴/μL) or thrombocytosis (platelet count > 40 × 10⁴/μL)<br>CRP > 1 mg/dL<br>Renal dysfunction or proteinuria<br>Polyclonal hypergammaglobulinaemia | If the above major criteria are met, then the criteria for iMCD-TAFRO are fulfilled |
| Clinical criteria | Constitutional symptoms<br>Large spleen and/or liver<br>Fluid accumulation (oedema, effusions, anasarca)<br>Eruptive cherry haemangiomatosis or violaceous papules<br>Lymphocytic interstitial pneumonitis | If the above major criteria are met, then the criteria for iMCD-TAFRO are fulfilled |
| **Additional supportive histopathological features (not required)** | | |
| | Grade 2–3 vascularity often present (hypervascular > hyaline-vascular)<br>Lymph nodes borderline enlarged (often ≤ 10 mm) | Grade 2–3 hyperplastic germinal centres often present (mixed/plasmacytic histopathological features)<br>At least one lymph node measuring > 10 mm on the short axis |
| **Other supportive features (not required)** | | |
| | Elevated levels of IL-6, sIL-2R, VEGF, and/or B2M<br>Elevated alkaline phosphatase without elevation in bilirubin or transaminases | Elevated levels of IL-6, sIL-2R, VEGF, IgA, IgE, LDH, and/or B2M<br>Reticulin marrow fibrosis<br>Typically associated with thrombocytosis and hypergammaglobulinaemia<br>Disorders associated with iMCD[e] |
| **Exclusion criteria[c]** | | |
| Infection | EBV, COVID-19, HIV, KSHV/HHV8, tuberculosis, etc. | EBV, COVID-19, HIV, KSHV/HHV8, tuberculosis, etc. |
| Autoimmune, inflammatory, or immunodeficiency disorders | SLE, rheumatoid arthritis, adult-onset Still disease, juvenile idiopathic arthritis, Sjögren syndrome, ALPS, haemophagocytic lymphohistiocytosis, IgG4-related disease, etc. | SLE, rheumatoid arthritis, adult-onset Still disease, juvenile idiopathic arthritis, Sjögren syndrome, ALPS, IgG4-related disease, etc. |
| Malignancy | Non-Hodgkin lymphoma, plasma cell myeloma / plasmacytoma, metastatic cancer, POEMS syndrome, etc. | Non-Hodgkin lymphoma, Hodgkin lymphoma, plasma cell myeloma / plasmacytoma, follicular dendritic cell sarcoma, POEMS syndrome, etc. |

ALPS, autoimmune lymphoproliferative syndrome; CRP, C-reactive protein; DAT, direct antiglobulin test; eGFR, estimated glomerular filtration rate; IHC, immunohistochemistry; iMCD, idiopathic multicentric Castleman disease; LANA, latency-associated nuclear antigen; POEMS, polyneuropathy, organomegaly, endocrinopathy, myeloma protein, and skin changes; SLE, systemic lupus erythematosus; TAFRO, thrombocytopenia, anasarca, fever / inflammatory symptoms, renal dysfunction / bone marrow reticulin fibrosis, organomegaly.
[a]The follicular and interfollicular changes in hyaline-vascular unicentric Castleman disease are usually better developed and more characteristic than in the other forms of Castleman disease. [b]Hyaline-vascular follicles are regressed follicles with hyalinization and lymphoid depletion, a concentric onion-skin appearance to the rings of the mantle zone cells, and penetrating vessels (lollipop). [c]Some patients with Castleman disease may also have some of these processes in addition to Castleman disease; careful clinical evaluation is needed. [d]HIV-positive patients can have hyaline-vascular unicentric Castleman disease. [e]See {1110}. [f]Patients with KSHV/HHV8+ multicentric Castleman disease should be carefully evaluated for other KSHV/HHV8-associated diseases (Kaposi sarcoma, primary effusion lymphoma / extracavitary primary effusion lymphoma, etc.). [g]Conditions combined from {4120} and {1321}.
References: {1110,4308,2967,4120,1321}.



**Table 4.06** Diagnostic criteria and helpful features for the subtypes of Castleman disease (continued)

| | KSHV/HHV8-MCD[f] |
|---|---|
| **Major criteria (all three required)** | |
| Enlarged lymph nodes | Enlarged lymph nodes in at least two lymph node stations |
| Morphological features consistent with Castleman disease spectrum | Including:<br>• Grade 2–3 regressed follicles<br>**AND/OR**<br>• Grade 2–3 plasmacytosis; plasmablasts |
| KSHV/HHV8 LANA IHC | Positive plasmablasts |
| **Minor criteria** | Need fever and CRP > 2 mg/dL and at least three laboratory/clinical criteria that are not related to other HIV infection complications[g] |
| Laboratory criteria | Hyponatraemia<br>Hypoalbuminaemia<br>Thrombocytopenia<br>Anaemia (including autoimmune haemolytic anaemia)<br><br>*For flares (after original diagnosis):*<br>Elevated KSHV/HHV8 viral load |
| Clinical criteria | Splenomegaly<br>Fatigue<br>Weight loss<br>Respiratory symptoms<br>Gastrointestinal symptoms<br>Neuropathy<br>Headache<br>Oedema<br>Rash<br>Myalgia<br>Fluid accumulation (oedema, effusions) |
| **Additional supportive histopathological features (not required)** | |
| | Plasmablasts express monotypic lambda light chain<br>Very prominent vascularity may be seen (hypervascular > hyaline-vascular)<br>Kaposi sarcoma is often also present |
| **Other supportive features (not required)** | |
| | Elevated KSHV/HHV8 viral load<br>Positive DAT<br>Elevated levels of vIL-6, IL-6, IL-10<br>Haemophagocytic lymphohistiocytosis<br>Other KSHV/HHV8-associated disease(s) |
| **Exclusion criteria[c]** | |
| Infection | EBV, COVID-19, tuberculosis, etc. |
| Autoimmune, inflammatory, or immunodeficiency disorders | SLE, rheumatoid arthritis, etc. |
| Malignancy | KSHV/HHV8-negative non-Hodgkin lymphoma, Hodgkin lymphoma, plasma cell myeloma / plasmacytoma, metastatic cancer, etc. |

ALPS, autoimmune lymphoproliferative syndrome; CRP, C-reactive protein; DAT, direct antiglobulin test; eGFR, estimated glomerular filtration rate; IHC, immunohistochemistry; iMCD, idiopathic multicentric Castleman disease; LANA, latency-associated nuclear antigen; POEMS, polyneuropathy, organomegaly, endocrinopathy, myeloma protein, and skin changes; SLE, systemic lupus erythematosus; TAFRO, thrombocytopenia, anasarca, fever / inflammatory symptoms, renal dysfunction / bone marrow reticulin fibrosis, organomegaly.
[a]The follicular and interfollicular changes in hyaline-vascular unicentric Castleman disease are usually better developed and more characteristic than in the other forms of Castleman disease. [b]Hyaline-vascular follicles are regressed follicles with hyalinization and lymphoid depletion, a concentric onion-skin appearance to the rings of the mantle zone cells, and penetrating vessels (lollipop). [c]Some patients with Castleman disease may also have some of these processes in addition to Castleman disease; careful clinical evaluation is needed. [d]HIV-positive patients can have hyaline-vascular unicentric Castleman disease. [e]See {1110}. [f]Patients with KSHV/HHV8+ multicentric Castleman disease should be carefully evaluated for other KSHV/HHV8-associated diseases (Kaposi sarcoma, primary effusion lymphoma / extracavitary primary effusion lymphoma, etc.). [g]Conditions combined from {4120} and {1321}.
References: {1110,4308,2967,4120,1321}.




**Fig. 4.08** Classification of Castleman disease. Structure of the classification of Castleman disease. POEMS, polyneuropathy, organomegaly, endocrinopathy, myeloma protein, and skin changes (see *Plasma cell neoplasms with associated paraneoplastic syndrome*, p. 631); TAFRO, thrombocytopenia, anasarca, fever / inflammatory symptoms, renal dysfunction / bone marrow reticulin fibrosis, organomegaly

diagnosis of IgG4-related disease is broad and includes malignancy, antineutrophil cytoplasmic antibody (ANCA) vasculitides, nonspecific chronic inflammatory changes, and others; establishing a diagnosis requires a multidisciplinary approach, incorporating clinical, pathological, radiographic, and serological findings.

Castleman disease is not a single disorder, but rather several different, etiologically unrelated diseases (see Table 4.06, p. 305). Nearly all cases of unicentric Castleman disease are of hyaline-vascular type, hyaline-vascular Castleman disease has well-defined pathological features and probably represents a neoplasm of stromal origin with abundant associated reactive lymphoid tissue. Multicentric Castleman disease (MCD) includes cases related to KSHV/HHV8 infection (KSHV/HHV8-MCD) and cases of uncertain etiology (idiopathic MCD). In a patient known to have multifocal lymphadenopathy, a diagnosis of KSHV/HHV8-MCD can be readily established on the basis of histological features and immunohistochemistry for KSHV/HHV8. Establishing a diagnosis of idiopathic MCD can be an elusive enterprise; it requires careful clinicopathological correlation, with integration of laboratory findings. A subset of cases of idiopathic MCD fulfil criteria for TAFRO (thrombocytopenia, anasarca, fever / inflammatory symptoms, renal dysfunction / bone marrow reticulin fibrosis, organomegaly). Recognition of this MCD type is important because of its differing prognosis and expected response to therapy.



# Reactive B-cell–rich lymphoid proliferations that can mimic lymphoma

Louissaint A Jr
Ferry JA
Natkunam Y

## Definition
These are non-neoplastic proliferations of lymphoid tissue in nodal or extranodal sites that may occasionally or frequently resemble B-cell lymphoma.

## ICD-O coding
None

## ICD-11 coding
4B07 Acquired lymphocytosis

## Related terminology
*Acceptable:* lymphadenitis.

## Subtype(s)
None

## Localization
See Table 4.07 (p. 310).

## Clinical features
Patients present with lymphadenopathy, enlarged tonsils or salivary glands, and/or mucosal ulceration. Symptoms vary by cause and organs involved. Manifestations may be more severe in immunodeficient patients.

## Epidemiology
See Table 4.07 (p. 310).

## Etiology
See Table 4.07 (p. 310).



**Fig. 4.09** Florid reactive lymphoid hyperplasia (lymphoma-like lesion) of the cervix. **A** Low-power view shows endocervix with a dense lymphoid infiltrate that fills the stroma and involves the surface epithelium. **B** Higher-magnification view shows a mixture small and large lymphoid cells, plasma cells, and neutrophils, with surface epithelial involvement. Large cells are present in a vaguely nodular pattern. **C** The infiltrate includes small and frequent large lymphoid cells, a few plasma cells, and frequent mitoses. **D** A focus with many large cells blends with an area with marked chronic cervicitis with many small lymphocytes and plasma cells. **E** The large cells are positive for CD20; they expressed CD30 (subset) and had a high proliferation index. Plasma cells were polytypic.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 93 of 195

### Pathogenesis

Infectious agents, drugs/toxins, or autoimmune phenomena

### Macroscopic appearance

Patients may present with enlarged lymph nodes, expanded extranodal lymphoid tissue, or ulceration, sometimes associated with necrosis.

### Histopathology

Reactive conditions mimicking lymphoma show one of several patterns. Key examples are described below.

## *Nodal follicular / nodular proliferations*

### *Florid follicular hyperplasia*

Florid follicular hyperplasia may be associated with a variety of reactive or inflammatory conditions, or conditions of infectious etiology, and can pose problems in its distinction from follicular lymphoma. Patients with autoimmune diseases such as rheumatoid arthritis and systemic lupus erythematosus, as well as those with HIV infection (particularly before HIV-specific treatment), sometimes present with florid follicular hyperplasia. Generally, follicles are widely spaced, are of uneven size and shape, and contain prominent germinal centres (GCs) with polarization and tingible-body macrophages. GC cells are negative for BCL2 expression, and the Ki-67 proliferation index is high.

**Table 4.07** Reactive B-cell–rich lymphoid proliferations that can mimic lymphoma[a] (continued on next page)

| Etiology | Entity | Patient characteristics | Clinical features and location | Histopathology | Differential diagnosis and differentiating features |
|---|---|---|---|---|---|
| **Nodal follicular / nodular proliferation** | | | | | |
| Unknown/ multiple | Florid follicular hyperplasia | Children / young adults; can be seen at all ages | Adenotonsillar hypertrophy; cervical or axillary lymphadenopathy<br>Location: Lymph nodes, tonsils, adenoids | Follicles are widely spaced and of uneven size and shape, and they contain prominent germinal centres with polarization and tingible-body macrophages; varying degrees of paracortical and sinusoidal hyperplasia may be present | Follicular lymphoma:<br>CD20 and germinal-centre B-cell markers highlight a preserved architecture; no aberrant BCL2 expression within follicles |
| Unknown/ multiple | Progressive transformation of germinal centres | Young/middle-aged adults; M > F | No or minor localized lymph node enlargement<br>Location: Lymph nodes | Enlarged follicles with involution of mantle zone B cells with resulting disruption of germinal centres | NLPHL:<br>In progressive transformation of germinal centres there is a lack of CD20+ LP cells and of PD1+ T-cell rosettes; mantle zone B cells are best highlighted by stains for IgD and BCL2 |
| Autoimmune | Systemic lupus erythematosus | Young/middle-aged adults; F > M; more common in people of African American, Hispanic, and Asian descent | Variable symptoms with periodic flares; treated with NSAIDs, corticosteroids, immunosuppressants, and biologicals; end-organ damage in kidney, brain, lung, heart, and blood vessels<br>Location: Lymph nodes | Paracortical expansion by immunoblasts, histiocytes, apoptotic and amorphous debris; neutrophils and granulomas are absent; prominent plasma cells | MZL:<br>Immunohistochemistry for CD20, MNDA, CD43, kappa, and lambda helps rule out MZL; absence of IG rearrangements |
| **Extranodal follicular / nodular proliferation** | | | | | |
| Autoimmune | Sjögren syndrome | Adults aged > 40 years; F > M | Dry eyes and dry mouth; some patients also have rheumatoid arthritis or SLE; increased risk of EMZL or DLBCL<br>Location: Salivary glands | Lymphoepithelial sialadenitis: follicular hyperplasia and prominent lymphoepithelial lesions | EMZL |
| Unknown/ multiple | Lymphoma-like lesions of the female genital tract | Women of reproductive age | Variable<br>Location: Cervix, uterus, vulva | Lymphoid hyperplasia, atypical variably sized B cells in polymorphous background | DLBCL |
| Unknown/ multiple | Rectal tonsil | Middle-aged adults | Localized, raised mass lesion<br>Location: Rectum, lamina propria and submucosa | Discrete nodule of organized lymphoid tissue with follicular hyperplasia | Follicular lymphoma, MZL:<br>Rectal tonsil shows hyperplastic germinal centres without excess extrafollicular B cells or clonal plasma cells; lacks clonal IGH rearrangements |

CHL, classic Hodgkin lymphoma; DLBCL, diffuse large B-cell lymphoma; EMZL, extranodal marginal zone lymphoma; LP, lymphocyte-predominant; MZL, marginal zone lymphoma; NLPHL, nodular lymphocyte-predominant Hodgkin lymphoma; NMZL, nodal marginal zone lymphoma SLE, systemic lupus erythematosus.
[a]Histiocytic necrotizing lymphadenitis (Kikuchi–Fujimoto disease) can have an immunoblastic proliferation that mimics lymphoma, but it is composed of T-lineage immunoblasts and so is not included in this table. [b]See separate sections on IgG4-related disease and mucocutaneous ulcer.



**Table 4.07** Reactive B-cell–rich lymphoid proliferations that can mimic lymphoma[a] (continued)

| Etiology | Entity | Patient characteristics | Clinical features and location | Histopathology | Differential diagnosis and differentiating features |
|---|---|---|---|---|---|
| Unknown/ multiple | IgG4-related disease[b] | Middle-aged and older adults; M > F | Variable symptoms with periodic flares; treated with NSAIDs, corticosteroids, immunosuppressants, and biologicals; end-organ damage in kidney, brain, lung, heart, and blood vessels; good response to steroids and/or rituximab in most cases<br>Location: Enlargement of salivary glands (submandibular > parotid) and/or lacrimal gland, and/or orbital soft tissue masses +/− lymphadenopathy +/− lesions beyond head and neck | Extranodal sites: follicular hyperplasia, mixed infiltrate of eosinophils and many plasma cells; obliterative phlebitis; storiform fibrosis; increased number and percentage of IgG4+ plasma cells<br>Lymph nodes: follicular and/or paracortical hyperplasia, some with progressively transformed germinal centres, some with sclerosis; some cases reminiscent of Castleman disease; increased number and percentage of IgG4+ plasma cells | Very broad (see main text) |
| Unknown/ multiple | Marginal zone hyperplasia | Unilateral or bilateral tonsillar enlargement or pharyngeal mass +/− dyspnoea or apnoea; other patients have involvement of appendix | Patients alive and well after excision of lesion | Expanded marginal zones with numerous B cells invading crypt epithelium +/− invasion of germinal centres, composed of CD20+ B cells that are usually CD43+, CD21+, IgM+, IgD+, monotypic lambda light chain +, IRF4 (MUM1)−, IRTA1+, high proliferation index | NMZL:<br>Absent clonal IGH or immunoglobulin light chain by gene rearrangement studies |
| **Nodal immunoblastic proliferation (interfollicular, paracortical, or diffuse pattern)** | | | | | |
| Iatrogenic | Postvaccination lymphadenitis | Variable | Variable<br>Location: Lymph nodes | Variable pattern, commonly mononucleosis-like | DLBCL and CHL:<br>Immunohistochemistry: immunoblasts show polytypic kappa/lambda light chain expression in reactive proliferations, and monotypic expression in lymphoma; CD15 is positive in CHL Hodgkin variants, whereas reactive immunoblasts are CD15-negative; immunohistochemistry for CMV can help identify CMV lymphadenitis<br>Serology: serological testing for EBV may be helpful<br>Molecular: gene rearrangement studies |
| Iatrogenic | Drug sensitivity, e.g. to phenytoin | Variable | Variable<br>Location: Lymph nodes | Variable pattern, commonly mononucleosis-like | |
| Infection | Infectious mononucleosis | Mainly adolescents and young adults | Fever, fatigue, sore throat, cervical lymphadenopathy, atypical lymphocytosis in peripheral blood; usually self-limited<br>Location: Lymph nodes | Tonsils and/or lymph nodes: interfollicular/paracortical expansion by B-lineage immunoblasts, small and medium-sized lymphoid cells, plasma cells +/− Reed–Sternberg–like B cells, frequent mitoses and necrosis | |
| Infection | CMV | Immunocompetent and immunodeficient patients over a broad age range | Localized or generalized lymphadenopathy, +/− symptoms similar to those of infectious mononucleosis; usually self-limited in immunocompetent patients<br>Location: Lymph nodes | Lymph nodes with florid follicular and monocytoid B-cell hyperplasia; rarely, there may be an immunoblastic proliferation | |
| **Extranodal immunoblastic proliferation** | | | | | |
| Infection | EBV+ mucocutaneous ulcer[b] | Immunosuppressed patients (elderly, iatrogenic, posttransplant) | Single, shallow, often painful ulcer; most cases regress spontaneously; respond to withdrawal of immunosuppression (if possible) or localized treatment<br>Location: Ulcerated lesion of skin, oral mucosa, tonsils, palate, gastrointestinal tract | Well-circumscribed ulcer with small and medium-sized lymphoid cells, plasma cells, and immunoblasts, +/− HRS-like cells and necrosis | DLBCL, Hodgkin lymphoma |
| **Other proliferations** | | | | | |
| Unknown/ multiple | Indolent B-lymphoblastic proliferation (haematogone hyperplasia) | Children | Nonspecific lymphadenopathy or tonsillar hypertrophy<br>Location: Lymph nodes, tonsils | Paracortical or sinusoidal proliferation of TdT-positive B cells | B-lymphoblastic lymphoma:<br>Lack of uniform expression of TdT and B-lineage markers |

CHL, classic Hodgkin lymphoma; DLBCL, diffuse large B-cell lymphoma; EMZL, extranodal marginal zone lymphoma; LP, lymphocyte-predominant; MZL, marginal zone lymphoma; NLPHL, nodular lymphocyte-predominant Hodgkin lymphoma; NMZL, nodal marginal zone lymphoma SLE, systemic lupus erythematosus.
[a]Histiocytic necrotizing lymphadenitis (Kikuchi–Fujimoto disease) can have an immunoblastic proliferation that mimics lymphoma, but it is composed of T-lineage immunoblasts and so is not included in this table. [b]See separate sections on IgG4-related disease and mucocutaneous ulcer.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 94 of 195



**Fig. 4.10** Infectious mononucleosis. **A** Tonsil with polymorphous diffuse interfollicular expansion. **B** Higher-magnification view shows interfollicular expansion by a predominance of immunoblasts, with admixed small and medium-sized lymphocytes and plasma cells. **C** Immunohistochemistry for CD20 shows that the infiltrate contains sheets of B-lineage immunoblasts. A reactive follicle present in the lower right corner. **D,E** Immunohistochemistry for immunoglobulin light chain shows polytypic expression of kappa (**D**) and lambda (**E**) light chain. **F** In situ hybridization for EBV-encoded small RNA (EBER) shows staining of cells of a wide range of sizes.

*Progressive transformation of germinal centres*

Progressive transformation of GCs has an unknown etiology and most frequently affects the cervical lymph nodes of children and young adults, in a background of reactive follicular hyperplasia {1491,1188,450}. The nodules are large and well-circumscribed, and they show infiltration of GCs by mantle zone B cells with gradual dismantling of GCs {1822,1526}. Rarely, progressive transformation of GCs may mimic nodular lymphocyte-predominant Hodgkin lymphoma, and may precede, co-occur with, or follow it.

Immunohistochemistry shows CD20+ GCs lacking lymphocyte-predominant cells and PD1+ rosettes; they are composed of IgD/BCL2+ mantle zone B cells admixed with varying proportions of GC B cells. Progressive transformation of GCs may also rarely resemble floral variant of follicular lymphoma or mantle cell lymphoma, which can be excluded by immunohistochemistry.

### Extranodal follicular / nodular proliferations

*Florid reactive lymphoid hyperplasia / lymphoma-like lesion of female genital tract*

The cervix and (less often) the endometrium and vulva are rarely involved by florid reactive lymphoid hyperplasia mimicking lymphoma (lymphoma-like lesions) {1462,4517}. Patients are usually of reproductive age. Lymphoma-like lesions can cause abnormal vaginal bleeding or may be an incidental finding. They may be associated with EBV, *Chlamydia trachomatis*, HIV, and HPV infection, or with intrauterine devices, or they may occur after surgery {1462,1327,3356}. They are typically superficially located, associated with erosion of overlying epithelium, lacking a mass lesion, and composed of a polymorphous infiltrate of small and large lymphoid cells, often with polytypic plasma cells and neutrophils. Large cells are mostly B cells. Sclerosis is absent {1462,4517}. Clonal IGH rearrangement is not



**Fig. 4.11** Reactive lymphoid hyperplasia with progressive transformation of germinal centres. **A** Low-power view shows an enlarged, dark, progressively transformed germinal centre with adjacent small, typical reactive follicles. **B** High-power view shows a predominance of small lymphocytes and remnants of a germinal centre (large lymphoid cells, mitotic figure, and apoptotic debris). **C** An immunostain for BCL2 shows staining of most cells in a large follicle with a progressively transformed germinal centre; remnants of the germinal centre are negative for BCL2.







**Fig. 4.12** Indolent B-lymphoblastic proliferation. **A** The lymph node has preservation of the normal architecture. **B** In areas with immature B cells, there is no significant cytological atypia. **C** In the medulla, close to the hilus, are frequent B cells expressing PAX5 more strongly than other B cells. **D** CD10+ cells are present in a distribution similar to that of the strongly PAX5+ cells. T cells were sparse in areas with CD10+ cells. **E** A subset of the CD10+ cells are TdT+.

uncommon, although patients are free of lymphoma on follow-up {4517,1327,3356}.

### Nodal/extranodal immunoblastic proliferations

*Infectious mononucleosis (IM)*

IM is caused by EBV in adolescents and young adults who present with lymphadenopathy and tonsillar enlargement. Later stages may show architectural distortion with paracortical expansion and increased numbers of large immunoblasts in a background of small lymphocytes and plasma cells. Occasionally, a diffuse proliferation of immunoblasts, including some resembling HRS cells, may mimic a large B-cell lymphoma or classic Hodgkin lymphoma (CHL), respectively. IM often shows incomplete architectural effacement and a mixed cellular infiltrate, with a predominance of CD8+ T cells, whereas the CHL microenvironment has an elevated CD4:CD8 ratio. IM immunoblasts usually have a post–germinal-centre phenotype (IRF4 [MUM1]+, CD10–, BCL6–) and show polytypic light chain expression. HRS-like cells in IM usually express both CD30 and CD45, but lack CD15, and include both B and T immunoblasts, in contrast to CHL. In CHL, EBV is positive in the HRS cells, whereas in IM, EBV is positive in a range of cells including large immunoblasts and background small lymphocytes.

*Extranodal immunoblastic proliferation*

See *EBV-positive mucocutaneous ulcer* (p. 565).

### Other proliferations

*Indolent B-lymphoblastic proliferations (haematogone hyperplasia)*

Expansions of TdT-positive B-lymphoblastic proliferations in reactive lymph nodes and tonsils may be mistaken for involvement by lymphoblastic lymphoma. These cells are typically small and involve the paracortex and/or medulla of the lymph node, and they occur most frequently in reactive lymph nodes in children. In contrast, B-lymphoblastic lymphoma is characterized by larger blasts with a uniform expression of TdT and B-cell markers {3065}. The clinical context further helps in distinguishing indolent proliferations.

#### Cytology

The distinction between reactive B-cell–rich lymphoid proliferations and B-cell lymphoma is challenging on FNA specimens. Flow cytometric analysis to assess for evidence of B-cell light chain monotypia may be supportive in this setting {3618}.

#### Diagnostic molecular pathology

Occasional cases may show such distortion of the normal architecture or cytological atypia as to raise the question of lymphoma. In such cases, gene rearrangement studies are useful to show the absence of a clonal B- or T-cell population. Genetic techniques can assist with the identification of certain infectious agents {3303}.

## Essential and desirable diagnostic criteria

*Essential:* identification of appropriate histological features along with documentation of the nature of the proliferation through supporting ancillary studies (see Table 4.07, p. 310), with no diagnostic evidence of lymphoma or another neoplasm.

*Desirable:* where appropriate, identification of an infectious agent by immunohistochemistry, special stains, microbiology culture, or molecular techniques; recognition of an underlying autoimmune disease, immunodeficiency, or other disease by clinical or laboratory criteria.

## Staging

Not applicable

## Prognosis and prediction

The outcome is dependent on the underlying disease and available therapy. Most cases due to infection resolve spontaneously or respond to antibiotics. The outcome in patients with autoimmune diseases or immunodeficiency is variable.





# IgG4-related disease

Cheuk W
Bledsoe JR
Deshpande V
Ferry JA
Flanagan M
Sato Y
Yamamoto H
Zen Y

## Definition

Immunoglobulin G4–related disease (IgG4-RD) is an immune-mediated disease characterized by mass-forming lesions with a lymphoplasmacytic infiltrate rich in IgG4+ plasma cells and storiform fibrosis, usually with an elevated serum IgG4 titre.

## ICD-O coding

9760/1 IgG4-related disease

## ICD-11 coding

4A43.0 IgG4-related disease

## Related terminology

*Not recommended:* IgG4-related autoimmune disease; IgG4-related sclerosing disease.

## Subtype(s)

None

## Localization

IgG4-RD can affect almost any organ, with the pancreas, salivary glands, and orbit being the most common {463}. Multiorgan involvement, synchronously or metachronously, is typical, with three organs being affected on average {4283,4122}. Four distinctive patterns of involvement have been described: pancreas/liver/biliary, retroperitoneum/aorta, head and neck, and systemic phenotypes {4283}. About 30–60% of patients show lymphadenopathy (> 10 mm) {2482,4282,4467}, most often involving the mediastinal, intra-abdominal, axillary, and cervical nodes {699}. Lymphadenopathy attributable to IgG4-RD has been termed IgG4-related lymphadenopathy, which commonly occurs concurrently with IgG4-RD, but may precede extranodal involvement, and typically involves lymph nodes regional to the extranodal site but may be more extensive and sometimes diffuse {3585,373}. Bone marrow involvement is rare {1858,1710, 2000,1696,4147}.




**Fig. 4.13** IgG4-related sialadenitis. **A** Low-power magnification shows variable degrees of inflammation, glandular atrophy, and fibrosis in different areas of the submandibular gland. Note the accentuated lobular architecture. **B** Periductal lymphocytic and plasma cell infiltrate is present, and lymphoepithelial lesions are typically absent. **C** There is an atrophic area with storiform fibrosis and a few residual ducts. **D,E** IgG immunostaining shows IgG4+ plasma cells (**D**) constituting > 60% of all IgG+ plasma cells (**E**).



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 95 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 96 of 195

## Clinical features

The patients, usually in good general condition, present with symptoms attributable to mass lesions or their localized effects, frequently mimicking malignancies clinically (see Table 4.08). Lymph nodes are usually non-tender and only moderately enlarged (< 30 mm), lacking necrosis and perinodal infiltration on imaging {699,1931}.

Elevated serum IgG4 generally correlates with disease activity, although it is not specific for IgG4-RD {2222}. Elevated eosinophil count, serum IgE, ESR, antinuclear antibodies, and rheumatoid factor are common, as are low complement levels, but serum LDH, IgA, and IgM are normal, and autoantibodies specific for other diseases are negative. C-reactive protein and IL-6 are typically normal {3585,3587,2966}, except in IgG4-related aortitis/periaortitis {1903}. IgG4-RD is FDG-avid on PET, which may reflect disease activity {290}.

## Epidemiology

IgG4-RD is an uncommon condition affecting adults, with a median age in the fifth or sixth decade of life, and a male predilection. Pancreatic/hepatic/biliary and retroperitoneal/aortic involvement is more common in White people and men, whereas head and neck involvement appears to be more common in people of Asian descent and women {4283}. Paediatric cases are rare {1889,2222}.

## Etiology

The etiology is unknown. IgG4-RD may be associated with chronic antigenic stimulation by self (ANXA11, laminin-511, galectin-3, prohibitin) or unidentified antigens in genetically susceptible individuals with impaired immunological tolerance {1003,1672,3203,2564,3729,1746}.

## Pathogenesis

Studies suggest that chronic antigenic stimulation and a breach of immune tolerance lead to oligoclonal expansion of circulating plasmablasts and CD4+ cytotoxic T cells. Meanwhile, increased follicular T helper cell subsets promote plasmablastic differentiation, IgG4 isotype switching, and germinal-centre formation in affected sites {2593,2592,56}. CD4+ cytotoxic T cells, IgG4+ plasmablasts, and locally recruited M2 macrophages in affected sites express profibrotic cytokines, leading to fibroblast activation and collagen production {3204}. IgG4 probably plays an anti-inflammatory role in an unsuccessful attempt to dampen the aberrant immune response.

## Macroscopic appearance

The lymph nodes are rubbery to firm or fibrotic, with tan-white cut surfaces. The extranodal lesions are non-circumscribed and firm; fibrosis can extend into the surrounding tissues

**Table 4.08** Common sites involved by IgG4-related disease, and corresponding clinical features

| Site | Clinical presentation | IgG4+/mm² |
|---|---|---|
| Pancreas | Parenchymal mass lesion mimicking pancreatic carcinoma (painless obstructive jaundice, pancreatic mass, abdominal pain) and/or pancreatic insufficiency (new-onset diabetes mellitus, steatorrhoea) | > 40 (biopsy)<br>> 200 (excision) |
| Hepatobiliary system | Biliary obstruction mimicking cholangiocarcinoma (obstructive jaundice, abnormal liver function tests) or sclerosing cholangitis exhibiting dramatic response to steroids {1859}<br>Gallbladder mass mimicking cancer (right upper quadrant pain, jaundice) {1152}<br>Hepatic mass mimicking cancer (right upper quadrant pain, jaundice) or abnormal liver function tests {2252} | > 40 (biopsy)<br>> 200 (excision) |
| Orbit | Unilateral or bilateral painless orbital swelling, proptosis, and diplopia; rarely, eye pain and visual impairment {698,2005} | > 400 |
| Salivary glands | Unilateral or bilateral painless swelling; occasionally simultaneous bilateral lacrimal, parotid, and submandibular gland involvement (Mikulicz disease); xerostomia is usually mild and responds well to steroids {2318} | > 400 |
| Retroperitoneum | Asymptomatic or nonspecific constitutional symptoms (fatigue, anorexia, fever, weight loss), low back or flank pain, leg oedema, abnormal renal function test, hydronephrosis on imaging {2705,731} | > 120 |
| Mediastinum | Asymptomatic or dyspnoea, haemoptysis, dysphagia, and chest pain {3933} | > 120 |
| Aorta | Asymptomatic or low back pain; some patients may present with aortic aneurysm or dissection {2963,2705} | > 200 |
| Lymph node | Asymptomatic or local mass effects (hydronephrosis or lower limb swelling for pelvic lymph nodes) {4561} | > 400 |
| Kidney | Incidental finding on imaging (nodular or wedge-shaped lesions, diffuse involvement, thickening of the renal pelvis) or abnormal renal function tests / urinalysis, hypocomplementaemia or elevated serum IgE {3519} | > 40 (biopsy)<br>> 120 (excision) |
| Dura | Headache, cranial nerve palsies, visual impairment, motor weakness, numbness, seizures, cognitive decline, and gait instability {8,2629} | > 40 |
| Pituitary | Headache, visual field defect, hyperprolactinaemia (galactorrhoea), hypopituitarism (diabetes insipidus, fatigue, amenorrhoea) {2323} | > 40 |
| Skin and soft tissue | Plaques or indurated nodules frequently in the head and neck region; local neurological symptoms (numbness and shoulder drop) due to associated nerve involvement are common {696} | > 800 |
| Lung and pleura | Incidental finding of abnormal chest imaging; or cough, chest pain, dyspnoea, haemoptysis<br>Nodules, ground-glass opacities, bronchial wall / bronchovascular bundle thickening, interlobular septal wall thickening, infiltrative shadow, pleural thickening or effusion {2587,2775} | > 80 (biopsy)<br>> 200 (excision) |
| Thyroid | Goitre and/or hypothyroidism {3942} | > 80 |






**Fig. 4.14** IgG4-related lymphadenopathy, follicular hyperplasia pattern. The follicular hyperplasia pattern is marked by many reactive lymphoid follicles (**A**) with perifollicular ring-like granulomas (**B**).

## Histopathology

The unifying morphological features of IgG4-RD are an IgG4+ plasma cell–rich lymphoplasmacytic and eosinophilic infiltrate, and storiform fibrosis, the former predominating in the early (inflammatory) phase and the latter in the late (fibrotic) phase. Because superficially located lesions (e.g. in the orbit, salivary gland, or skin) often present earlier than deep-seated counterparts (e.g. in the pancreas, retroperitoneum, or meninges), the diagnostic IgG4+ plasma cell count differs according to the site. Nevertheless, elevation of both the absolute IgG4+ cell count and the IgG4+:IgG+ ratio (> 40%) is required for the diagnosis {935}

Admixed reactive lymphoid follicles are common, particularly in head and neck lesions. Obliterative phlebitis, characterized by a transmural inflammatory infiltrate and fibrous occlusion of venous lumina, is common but is not always found {1184,4548}. Elastic stain is useful to demonstrate completely obliterated veins. Necrosis, abscess, neutrophilic infiltration, necrotizing vasculitis, and granulomas are not typical of IgG4-RD and should prompt consideration of alternative diagnoses.

Lymphadenopathy in patients with established IgG4-RD shows a spectrum of morphological patterns that are usually but not consistently associated with increased IgG4 count and IgG4+:IgG+ ratio (> 40%) {3585,373}. In the multicentric Castleman disease–like pattern (type I), hyperplastic and regressed follicles are accompanied by immature to mature plasma cells, small lymphocytes, and eosinophils, with abundant IgG4+ plasma cells {3587,2966}.

Similar features can be seen in patients with hyper–IL-6 syndrome (e.g. multicentric Castleman disease, rheumatoid arthritis), but the sheet-like proliferation of mature plasma cells and frequent haemosiderin deposition in this syndrome are not seen in IgG4-related lymphadenopathy {2966,3587}, and patients typically have prominent constitutional symptoms and elevated IL-6, C-reactive protein, IgA, and IgM {3585,3587,2966}. The follicular hyperplasia pattern (type II) features reactive follicular hyperplasia with many IgG4+ plasma cells in germinal centres or the interfollicular zone. The interfollicular expansion pattern (type III) shows a markedly expanded interfollicular zone with many high endothelial venules, small lymphocytes, immunoblasts, plasmablasts, plasma cells, and eosinophils. This pattern can be distinguished from angioimmunoblastic T-cell lymphoma by the absence of atypical T cells and irregularly expanded follicular dendritic cell meshworks. The progressive transformation of germinal centres pattern (type IV) shows transformed follicles that are two to four times as large as normal follicles, with markedly thickened mantle zones with inward extension breaking up the germinal centres, and many IgG4+ plasma cells in the germinal centres. The inflammatory pseudotumour-like pattern (type V) is the least common, featuring focal to extensive fibrosclerosis of the nodal parenchyma and infiltration of IgG4+ plasma cells and eosinophils.




**Fig. 4.15** IgG4-related lymphadenopathy, interfollicular expansion pattern. The interfollicular expansion pattern is characterized by a markedly expanded interfollicular region with a few follicles (**A**) and activated large cells, immature plasma cells, eosinophils, and some lymphocytes in the interfollicular region (**B**).

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 97 of 195



**Fig. 4.16** IgG4 related lymphadenopathy, inflammatory pseudotumour–like pattern. The inflammatory pseudotumour–like pattern shows partial effacement of nodal parenchyma by fibrosis and lymphoplasmacytic infiltrate (**A**) and storiform fibrosis with lymphocytes, plasma cells, and eosinophils (**B**).

A lymph node may show a combination of patterns, and different patterns can be found in different nodes. An inflammatory pseudotumour–like pattern and the presence of increased IgG4+ plasma cells and IgG4+:IgG+ ratio, with eosinophils in the fibrotic and/or interfollicular zones, are relatively specific features for IgG4-related lymphadenopathy {4114,373}. The presence of an isolated increase in intrafollicular IgG4+ plasma cells, Castleman disease–like features, follicular hyperplasia patterns, and progressive transformation of germinal centres patterns are less specific {373}. Perifollicular ring-like granulomas and phlebitis are useful but nonspecific morphological features that should prompt consideration of IgG4-RD, particularly in lymph nodes with plasmacytosis {271,373}. Obliterative phlebitis is rarely encountered in lymph nodes. However, none of these patterns are entirely specific for IgG4-RD {2550}. Hence, IgG4-related lymphadenopathy can only be confidently diagnosed in the context of IgG4-RD, sometimes retrospectively in patients who subsequently develop IgG4-RD. The biological nature of isolated lymphadenopathy with increased IgG4+ plasma cells is not certain. Lymph nodes from patients with established IgG4-RD may not demonstrate increased IgG4+ plasma cells or any specific pathological change.

IgG4+ plasma cells in IgG4-RD are polyclonal. Immunostaining or in situ hybridization for kappa and lambda light chains is recommended in all potential cases of IgG4-RD to demonstrate polyclonality and exclude an IgG4-expressing lymphoma with plasmacytic differentiation or plasma cell neoplasm {376,1329, 4210}. Rarely, oligoclonal expansions of IgG4+ plasma cells may be encountered in nodal or extranodal sites, which may raise the possibility of lymphoma or a plasma cell neoplasm {375}.

### Cytology
In extranodal sites, the aspirate is low in cellularity, comprising fibrous stromal fragments associated with a lymphoplasmacytic infiltrate. Scattered ductal structures enveloped by collagen bundles can be seen in aspirates from exocrine glands {693,1928}.

### Diagnostic molecular pathology
Not applicable

### Essential and desirable diagnostic criteria
*Extranodal presentation*

*Essential:* a lymphoplasmacytic infiltrate with increased IgG4+ plasma cells and an IgG4+:IgG+ plasma cell ratio of > 40%; storiform fibrosis; exclusion of well-defined entities that mimic IgG4-RD (e.g. antineutrophil cytoplasmic antibody [ANCA]-associated vasculitis, rheumatoid arthritis, multicentric Castleman disease, Rosai–Dorfman disease, inflammatory myofibroblastic tumour, chronic infection, lymphoma, plasma cell neoplasia).

*Desirable:* obliterative phlebitis; clinically compatible features: IgG4-RD in other body sites, elevated serum IgG4, and response to steroids/rituximab.

*Nodal presentation*

*Essential:* presence of extranodal IgG4-RD (prior, synchronous, or subsequent development); polytypic IgG4+ plasma cells > 400/mm², and an IgG4+:IgG+ plasma cell ratio of > 40%; exclusion of well-defined entities that mimic IgG4-RD (as listed above), hyper-IL-6 syndrome, and syphilis.

*Desirable:* IgG4+ plasma cells and eosinophils in the fibrotic and/or interfollicular zones of lymph nodes.

### Staging
Not applicable

### Prognosis and prediction
Although highly responsive to steroids, IgG4-RD follows a remitting and relapsing course and can lead to organ dysfunction and even death if not properly diagnosed and treated {698, 1682,243}. Multiorgan disease and high baseline IgG4, IgE, and peripheral eosinophilia are risk factors for relapse. Maintenance therapy with steroids, immunomodulators, and biological agents like rituximab have been used with variable success {2221}. An increased incidence of malignancy, including carcinoma and lymphoma, has been suggested in patients with IgG4-RD {1682,2570,158,3965,52}, but a causal relationship is still unclear {1593,1724,2403}.



# Unicentric Castleman disease

Chadburn A
Bower M
Cesarman E
Elenitoba-Johnson KSJ
Fajgenbaum DC
Iwaki N
Medeiros LJ
Meignin V
Natkunam Y
van Rhee F

### Definition
Unicentric Castleman disease (UCD) is a benign lymphoproliferative disorder with distinctive morphological features that involves a single lymph node or group of lymph nodes in one lymph node station.

### ICD-O coding
None

### ICD-11 coding
4B2Y Other specified disorders involving the immune system

### Related terminology
None

### Subtype(s)
Hyaline-vascular unicentric Castleman disease (HV-UCD), mixed/plasmacytic unicentric Castleman disease

### Localization
UCD usually involves a single lymph node, or occasionally, one group of lymph nodes. The most common nodal stations are the mediastinum, neck, abdomen, and retroperitoneum {3949}. Rarely, extranodal sites are involved {3949,2476}.

### Clinical features
Individuals of any age can develop UCD (median age: fourth decade of life) {4569,433,4308,4165}. There is a slight female predominance {4569,433} Most patients are asymptomatic and lesions are detected incidentally on physical examination or (more commonly) by imaging studies performed for unrelated reasons {4165,3884}. Depending on the size and location of UCD, patients may have symptoms related to compression. Autoimmune or paraneoplastic diseases are present in approximately 5% of patients with the hyaline-vascular subtype (HV-UCD) {3878}. A subset of patients with UCD, usually those with the mixed/plasmacytic subtype and uncommonly those with the HV-UCD subtype, have an inflammatory syndrome similar to that in patients with multicentric Castleman disease, including constitutional symptoms, hepatosplenomegaly, effusions, oedema, and laboratory abnormalities {4165,4564,3043,4524}. Secondary amyloid deposition of serum amyloid AA (AA amyloidosis) can occur in patients with the mixed/plasmacytic subtype {1146}. Approximately 15–20% of patients with UCD may have complicating disorders such as paraneoplastic pemphigus, bronchiolitis obliterans, follicular dendritic cell sarcoma, or lymphoma {433,4165}.

### Epidemiology
UCD represents 50–70% of all Castleman disease cases {2842, 4569}. The incidence of UCD is 16–19 cases per 1 million person-years, with 5000–6000 new patients per year in the USA {2842, 4165}. Approximately 70–80% of UCD cases are of the HV-UCD subtype {4569,4165}.

### Etiology
Unknown

### Pathogenesis
Evidence suggests that HV-UCD is a benign clonal neoplasm derived from lymph node stromal cells, possibly follicular dendritic cells (FDCs). The evidence includes the detection of clonal karyotypes, the results of human androgen receptor alpha (HUMARA) testing {630,507}, and the results of mutation analyses showing gene mutations (most commonly *PDGFRB*) in a subset of cases {2328}. Evidence suggesting an FDC origin is the observation of FDC dysplasia in occasional cases, rare FDC sarcomas that have arisen in UCD, and the absence of IG and TR gene rearrangements {630}.



**Fig. 4.17** Unicentric Castleman disease, hyaline-vascular subtype. **A** A follicle showing a hyaline-vascular lesion, also known as a lollipop lesion, with a regressed germinal centre and a prominent radial blood vessel with sclerosis. **B** The involuted follicle is relatively depleted of lymphocytes and contains multiple dysplastic, cytologically atypical follicular dendritic cells, including multinucleated forms. **C** The interfollicular (stromal) region is occupied by many small lymphocytes and a proliferation of many high endothelial blood vessels and other spindle-shape cells.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 98 of 195

The pathogenesis of mixed/plasmacytic UCD is unknown. Cytokine dysregulation is involved, particularly IL-6, which is probably the cause of systemic inflammatory-type symptoms and/or laboratory abnormalities.

### Macroscopic appearance

Lymph nodes vary in size, ranging from 20 to 200 mm {866}. HV-UCD lymph nodes tend to be large, with a firm, white, nodular cut surface. Dystrophic calcifications may be present. Lymph nodes involved by the mixed/plasmacytic UCD tend to be smaller and less firm.

### Histopathology

The overall lymph node architecture is distorted, with variable prominence of the follicular and interfollicular/stromal components (see Table 4.06, p. 305, in *Tumour-like lesions with B-cell predominance: Introduction*) {866,4308}.

#### *HV-UCD subtype*

Follicles are increased in number and size throughout the lesion. Germinal centres are lymphocyte-depleted and enriched in FDCs that may occasionally show dysplasia. Radially oriented hyalinized or sclerotic blood vessels penetrate into germinal centres, forming hyaline-vascular (lollipop) lesions. Mantle zones are expanded with lymphocytes arranged in concentric (onion-skin) rings around germinal centres. Follicles may contain two or more small germinal centres surrounded by a single mantle (twinning). Interfollicular areas, which can predominate, are populated predominantly by small lymphocytes, with few or no activated large lymphoid cells, and contain many (often sclerotic) high endothelial venules, clusters of plasmacytoid dendritic cells and increased fibrosis. Sinuses are compressed and usually obliterated. The lymph node capsule is fibrotic and thickened, and sclerotic bands may be present.

#### *Mixed/plasmacytic subtype*

Unlike in the HV-UCD subtype, the lymph node architecture is usually well preserved. Interfollicular areas are expanded by numerous mature plasma cells in groups and sheets associated with variably prominent blood vessels {4308}. Follicles range from large and hyperplastic to small with regressive changes. Characteristic hyaline-vascular follicles may be present but are usually less well formed than in HV-UCD {4165}.

#### *Immunohistochemistry*

Immunohistochemistry shows numerous concentric rings of CD21+, CD23+, CD35+, and (usually) CD106 (VCAM1)+ FDCs. Germinal centres are variably lymphocyte depleted, with the remaining B lymphocytes being CD10+, BCL6+, and BCL2–. Expanded mantle zones are composed of IgD+, BCL2+ B cells that may exhibit dim CD5 expression. Interfollicular blood vessels express vascular-associated markers such as CD31. Plasmacytoid dendritic cells are CD68+, CD123+, and TCL1+. The interfollicular plasma cells are usually polytypic, but there are reports of very rare cases describing the presence of monotypic plasma cells. TdT-positive cells can be present and rarely are numerous, consistent with a concomitant indolent T-lymphoblastic proliferation. CD3+ T cells show no evidence of an aberrant immunophenotype. In some cases, interfollicular regions may contain FDC hyperplasia (CD21+, CD35+) or smooth actin-positive spindle cells (angiomyoid areas) {2356}. KSHV/HHV8 latency-associated nuclear antigen (LANA) is negative. In situ hybridization for EBV-encoded small RNA (EBER) is negative or highlights rare bystander lymphocytes {4308}.

#### *Differential diagnosis*

The differential diagnosis of the HV-UCD subtype includes follicular hyperplasia and lymphomas with a nodular component (particularly follicular, mantle cell, or nodal marginal zone lymphoma). The differential diagnosis of the mixed/plasmacytic subtype includes autoimmune diseases (particularly rheumatoid arthritis, infectious disorders, lymphadenopathy of IgG4-related disease) and various neoplastic processes (particularly Hodgkin lymphomas and plasmacytoma). For the cases with monotypic plasma cells, POEMS syndrome (polyneuropathy, organomegaly, endocrinopathy, M protein, and skin changes), lymphoplasmacytic lymphoma, marginal zone lymphoma, and plasmacytoma should be excluded. Evaluation of histological and immunophenotypic features and correlation with clinical and laboratory findings is necessary to distinguish UCD from other disorders (see Table 4.06, p. 305, in *Tumour-like lesions with B-cell predominance: Introduction*).



**Fig. 4.18** Unicentric Castleman disease, hyaline-vascular subtype. **A** Low-power magnification showing large follicles composed of small, regressed germinal centres and expanded mantle zones with an onion-skin appearance. **B** Two follicles are shown, both with small, regressed germinal centres. One follicle has a prominent blood vessel penetrating the follicle, consistent with a hyaline-vascular lesion. **C** A large follicle contains two small, lymphocyte-depleted germinal centres, known as twinning.



### Cytology

Cytological examination of HV-UCD (as well as other types of Castleman disease) shows characteristic features {2854}; however, the findings are often not sufficiently specific to establish a definitive diagnosis {1807,3756}.

### Diagnostic molecular pathology

Molecular genetic testing is typically not required to establish a diagnosis.

### Essential and desirable diagnostic criteria

#### *HV-UCD subtype*

*Essential:* involvement of a single lymph node or multiple lymph nodes in a single lymph node station, requiring clinical/radiographic correlation; hyaline-vascular follicles, fibrotic and hypervascular stroma with sinus compression.

#### *Mixed/plasmacytic subtype*

*Essential:* involvement of a single lymph node or multiple lymph nodes in a single lymph node station, requiring clinical/radiographic correlation; dense, interfollicular sheets of plasma cells, extending to the cortex; polytypic, or rarely monotypic, plasmacytosis; variably sized lymphoid follicles, including some with regressive changes.

### Staging

Not applicable

### Prognosis and prediction

Complete surgical excision is adequate in most cases, regardless of subtype; recurrence is rare {4165,3297}. Patients with asymptomatic unresectable disease may be followed. For patients with compression symptoms and unresectable disease, radiation therapy, immunochemotherapy, or embolization may be used {4569,286}. For patients with inflammatory symptoms and unresectable disease, anti–IL-6 therapy (e.g. siltuximab or tocilizumab), or alternatively, immunotherapy with or without steroids, is considered the most appropriate initial treatment {4165}. UCD patients with paraneoplastic pemphigus, bronchiolitis obliterans, follicular dendritic cell sarcoma, or lymphoma have a less favourable prognosis {433,4165}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 99 of 195

# Idiopathic multicentric Castleman disease

Chadburn A
Bower M
Cesarman E
Elenitoba-Johnson KSJ
Fajgenbaum DC
Iwaki N
Medeiros LJ
Meignin V
Natkunam Y
van Rhee F

## Definition

Idiopathic multicentric Castleman disease (iMCD) is a lymphoproliferative disorder involving two or more lymph node sites, associated with systemic inflammatory symptoms and organ dysfunction related to hypercytokinaemia. The diagnosis requires fulfilment of morphological, clinical, and laboratory criteria, and exclusion of other diseases, including HIV infection, KSHV/HHV8 infection, and other forms of Castleman disease.

## ICD-O coding

None

## ICD-11 coding

4B2Y Other specified disorders involving the immune system

## Related terminology

*Not recommended:* angiofollicular lymph node hyperplasia (obsolete).

## Subtype(s)

iMCD-TAFRO (thrombocytopenia, anasarca, fever / inflammatory symptoms, renal dysfunction / bone marrow reticulin fibrosis, organomegaly); iMCD-NOS

## Localization

iMCD occurs in lymph nodes in any site, most frequently the neck, mediastinum, axilla, and abdomen, and in the spleen.

## Clinical features

More than 80% of patients present with systemic symptoms {4524,2831,4304}. The major clinical and laboratory findings are listed in the introduction (see Table 4.06, p. 305, in *Tumour-like lesions with B-cell predominance: Introduction*). Patients with iMCD often have fever, renal dysfunction, and abnormal laboratory values (including elevated C-reactive protein, elevations in cytokines, anaemia, and hypoalbuminaemia) {2831,4304,1110, 1256,3043,2371,2486,2967}. Whereas thrombocytopenia and significant fluid overload, including localized oedema, generalized oedema (anasarca), and body cavity effusions, are more frequent in iMCD-TAFRO, thrombocytosis and polyclonal hypergammaglobulinaemia are often present in iMCD-NOS {1256, 2486,2967,1753}. Many patients have a remitting and relapsing course, even on therapy, whereas others have severe and progressive disease, which may be fatal. In general, patients with iMCD-TAFRO are more likely to have multiorgan dysfunction, more aggressive disease, and shorter survival than patients with iMCD-NOS {4524,1256,2371,2486,968,1108,1238}.

## Epidemiology

iMCD can occur in individuals at any age (median age: ~50 years), with an M:F ratio close to 1:1 {4524,1256,2831,4304, 1753,2371,2486,284,1711,2569,3043,4523}. It can occur in a variety of ethnicities {4524,1753,2486,3043,4523}. The incidence of iMCD in the USA is estimated to be 3–3.5 cases per 1 million person-years {2831}, whereas in Japan it is 2.4–5.8 cases per 1 million person-years. TAFRO may be more common in Japan, with an incidence rate of 0.9–4.9 cases per 1 million person-years. Although TAFRO is found throughout the world, data from Europe and the USA are limited {2831,2371, 2486,2567}.

## Etiology

The underlying cause of hypercytokinaemia is unknown but may be inflammatory, neoplastic, or viral in origin, although molecular studies have not identified an associated virus or any significant recurring underlying genomic alterations {968,1108,1111,2861, 2875,507,1376}. Serum proteomic studies show heterogeneous iMCD profiles, suggesting multiple etiologies {3231}.

## Pathogenesis

The pathogenesis of iMCD is complex and incompletely understood, but many of the disease manifestations appear related to elevations in cytokines, such as IL-6, IL-2R, and VEGF {1108}. In many cases, the disease is probably driven by IL-6, given the correlation between serum IL-6 levels and disease flares, as well as the clinical effectiveness of IL-6 inhibitors {285,4167}. Limited in vivo, in vitro, serum proteomics, gene-set enrichment, sequencing, and genome-wide association studies have shown a variety of abnormalities, including increased T-cell activation, elevated serum VEGF levels, IG rearrangements, mutations in chromatin-remodelling genes, and alterations in pathways such as PIK3/AKT/mTOR, MAPK, JAK/STAT, and interleukin signalling {284,3231,146,1109,1376,507,2875}. However, the causative basis of iMCD has not been definitively determined.

## Macroscopic appearance

The lymph nodes in iMCD, by definition, must be ≥ 10 mm in short-axis diameter in at least two lymph node stations. The lymph nodes in iMCD-NOS tend to be larger than those in iMCD-TAFRO {1110,2568}.

## Histopathology

The histopathological findings in iMCD are variable and nonspecific. iMCD is evaluated according to five morphological features in lymph node biopsies (tissues from other sites cannot be used for grading): degree and number of regressed germinal centres, follicular dendritic cell prominence, vascularity, number of hyperplastic follicles, and degree of plasmacytosis, each graded on a scale of 0–3 {1110}. Grade 2 or 3 regressed germinal centres or plasmacytosis is required for diagnosis. In both clinicopathological subtypes, the morphological findings are a spectrum ranging from hypervascular to mixed to plasmacytic, and they overlap with those seen in unicentric Castleman disease, MCD associated with POEMS syndrome (polyneuropathy,






**Fig. 4.19** Idiopathic multicentric Castleman disease. Grading of idiopathic multicentric Castleman disease in lymph node biopsies in four grade levels (0–3) (depicted in the columns) on the basis of five morphological features (depicted in the rows).

organomegaly, endocrinopathy, myeloma protein, and skin changes), and KSHV/HHV8-associated MCD. However, iMCD-TAFRO cases tend to have more atrophic follicles, more high endothelial venules, and fewer interfollicular plasma cells, whereas iMCD-NOS cases tend to have more interfollicular plasma cells and fewer atrophic follicles. In comparison to unicentric Castleman disease, in iMCD dysplastic follicular dendritic cells are uncommon, sinuses are usually patent, and penetrating blood vessels are less sclerotic {1110,2967,1753,1238, 2568,4308,4420}. Initial studies employing these diagnostic criteria have correlated well with historical diagnosis and clinical impression and are currently undergoing prospective validation

by the Castleman Disease Collaborative Network {3043,2486}. Bone marrow in iMCD-NOS often shows plasmacytosis and increased megakaryocytes {4524,1238,2121}, whereas bone marrow in iMCD-TAFRO is often hypercellular, with megakaryocytic hyperplasia and clustering and increased reticulin fibres {2486,2967,1753,4420}.

### *Immunohistochemistry*

Immunohistochemistry shows CD20+ B cells and CD3+ T cells in appropriate locations, although the atrophic germinal centres are depleted of B cells. The interfollicular plasma cells are polytypic. Increased numbers of cells positive for phosphorylated ribosomal protein S6 and phosphorylated 4EBP1, consistent with mTOR pathway activation, have been seen in the interfollicular area. No KSHV/HHV8 latency-associated nuclear antigen (LANA)-positive cells should be present {1753,146,1109,4308,4420}.

### *Differential diagnosis*

The differential diagnosis includes KSHV/HHV8-associated MCD, MCD associated with POEMS syndrome, HIV-related lymphadenopathy, lymphadenopathy associated with autoimmune disorders, IgG4-related disease, Hodgkin lymphoma, and non-Hodgkin lymphomas. Immunostaining for LANA, immunoglobulin light chains, IgG/IgG4, CD30, and other pertinent markers, as well as IG and TR gene rearrangement studies and careful evaluation of the clinical history, are all helpful in separating these lesions {4308,4420,3084}.

## Cytology

The presence of branching or fragmented small vessels with a heterogeneous population of predominately small lymphocytes, variable numbers of plasma cells, and follicular dendritic cells may be helpful clues, but establishing a definitive diagnosis based on cytology is not possible {1334,932,3756,2854}.

## Diagnostic molecular pathology

There is typically no evidence of monoclonal antigen receptor gene rearrangements.

## Essential and desirable diagnostic criteria

*Essential:* enlarged lymph nodes in at least two sites; lymph node morphology showing grade 2 or 3 regressed germinal centres or plasmacytosis; clinical, laboratory, and exclusion criteria fulfilled (see Table 4.06, p. 305, in *Tumour-like lesions with B-cell predominance: Introduction*).

## Staging

Not relevant

## Prognosis and prediction

Because the etiology is unclear, identifying appropriate treatments for iMCD has been difficult {4182}. Anti-IL-6 therapy (siltuximab or tocilizumab) is recommended as the first-line treatment for all patients; very ill patients may require chemotherapy upon progression {1255,4166}. Approximately one third of patients will respond to anti-IL-6 therapy {4167}. For non-responders, treatment with steroids, chemotherapy, other monoclonal antibodies (including rituximab), immunomodulators, intravenous immunoglobulin, and thalidomide, alone or in various combinations, may reduce or eliminate symptoms {2831,1753,968,1108,1111,4182}. New data, such as the identification of elevated numbers of cells positive for phosphorylated S6 and phosphorylated 4EBP1 in lymph nodes from patients with iMCD, may support the use of mTOR inhibitors. However, additional targeted therapies are needed. The clinical course of iMCD-TAFRO is more aggressive, with significantly worse survival than that of iMCD-NOS {1256,968,1109}. The risk for both haematolymphoid and solid malignancies is suggested to be increased in patients with iMCD {2371}.



# KSHV/HHV8-associated multicentric Castleman disease

Chadburn A
Bower M
Cesarman E
Elenitoba-Johnson KSJ
Fajgenbaum DC
Iwaki N
Meignin V
Natkunam Y
van Rhee F

## Definition

Kaposi sarcoma–associated herpesvirus / human herpesvirus 8 (KSHV/HHV8)-associated multicentric Castleman disease (KSHV/HHV8-MCD) is a lymphoproliferative disorder featuring characteristic KSHV/HHV8-infected plasmablasts, idiopathic multicentric Castleman disease (iMCD)-like morphology, and systemic inflammatory symptoms due to proinflammatory hypercytokinaemia.

## ICD-O coding

None

## ICD-11 coding

4B2Y Other specified disorders involving the immune system

## Related terminology

*Acceptable:* HHV8-positive multicentric Castleman disease.
*Not recommended:* plasmablastic multicentric Castleman disease.

## Subtype(s)

None

## Localization

KSHV/HHV8-MCD involves lymph nodes (most frequently axillary, abdominal, pelvic, mediastinal, and cervical) and the spleen {436,1024}. Bone marrow involvement has been reported {204,1706}.

## Clinical features

Patients present with fever and other systemic symptoms, including fatigue, weight loss, and myalgias. They exhibit many laboratory abnormalities, including elevated C-reactive protein, anaemia, and hypoalbuminaemia. Nearly all have diffuse lymphadenopathy, and many have hepatosplenomegaly, effusions, and oedema. Some patients have pulmonary and/or gastrointestinal symptoms, autoimmune haemolytic anaemia, or haemophagocytic lymphohistiocytosis. Most patients, even with treatment, experience recurrent episodes of systemic inflammatory symptoms (flares), which correlate with elevations in KSHV/HHV8 viral load and cytokine levels, particularly human interleukin-6 (huIL-6), IL-10, and KSHV/HHV8-associated vIL-6 {436,1610,3272,3145,3043,3358,4043,2860,3044,3271}. The majority have Kaposi sarcoma, and 10–20% have a concurrent or subsequent diagnosis of lymphoma, which is often KSHV/HHV8-related {436,1024,1610,3145,3043,3358,4043,2860,3801,1369,3042}.

## Epidemiology

The majority (~80%) of patients with KSHV/HHV8-MCD are HIV-positive {3450}. In HIV-positive patients, the M:F ratio is 8:1, the median age is about 40–45 years, the HIV viral load is low or undetectable, and the median CD4+ cell count is usually 150–300/mL {436,1610,3272,3043,3358,4043,3801,3450,1322}. HIV-negative patients are older (median age is about 65 years) with a lower M:F ratio (2.4:1) {3145,3043,3801}. Most reported cases are in White people; however, KSHV/HHV8-MCD is likely to be underreported in sub-Saharan Africa {3043,3358,4043,2860}. The incidence of KSHV/HHV8 MCD is increasing in HIV-positive patients and is most recently at 8.3 cases per 10 000 patient-years {3289}.

## Etiology

KSHV/HHV8 is the etiological agent, although immunosuppression (e.g. related to HIV infection or immune senescence) and genetic characteristics are additional contributing factors {3043,3801,381,3602}

## Pathogenesis

The pathogenesis of KSHV/HHV8-MCD is complex and incompletely understood. Many of the manifestations are secondary



**Fig. 4.20** KSHV/HHV8-associated multicentric Castleman disease. **A** The lymph node shows an involved follicle and a hypervascular interfollicular compartment and interfollicular plasmacytosis. **B** Cases can be associated with Kaposi sarcoma (left side of image). **C** High magnification showing plasmablasts at the periphery of an involved germinal centre.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 100 of 195



**Fig. 4.21** KSHV/HHV8-associated multicentric Castleman disease. **A** The plasmablasts, based on immunostaining for latency-associated nuclear antigen (LANA; ORF73), are infected with KSHV/HHV8. This KSHV/HHV8 gene product tethers the virus to the human DNA. **Inset:** At higher magnification, immunostaining for LANA in the KSHV/HHV8-infected cells shows a characteristic nuclear-dot pattern. **B** A significant number of the LANA-positive plasmablasts also express vIL-6.

to hypercytokinaemia and B-cell proliferation. A key role of B cells is demonstrated by the effectiveness of B-cell depleting therapies, such as rituximab {1610,1322,594}. The KSHV/HHV8-encoded vIL-6 is a key cytokine expressed in the infected cells, promoting cell proliferation, differentiation, and survival, as well as angiogenesis and huIL-6 secretion {2860,649,129,465}. Other KSHV/HHV8 gene products, including vFLIP, vIRF3/LANA2, and viral microRNAs, impact KSHV/HHV8-infected cell survival, the host immune response, and cytokine production {594,465,226,1691}. Expression of other lytic viral genes, in addition to vIL-6, has been reported in KSHV/HHV8-MCD {1907}. Furthermore, infected B cells may represent a source of viraemia, contributing to the clinical manifestations {3271}. Cellular proteins (such as XBP1, which activates vIL-6 directly) and suboptimal invariant natural killer T-cell response may also play a role in disease development {3602,4306}.



**Fig. 4.22** KSHV/HHV8-associated multicentric Castleman disease. **A** Large groups of plasmablasts can be seen in KSHV/HHV8-associated multicentric Castleman disease. **B** The plasmablast aggregates are composed of KSHV/HHV8-positive cells, as demonstrated by immunostaining for latency-associated nuclear antigen (LANA) (immunoperoxidase staining). **C,D** Plasmablasts are polyclonal according to IG gene rearrangement studies, but at the protein level are lambda immunoglobulin light chain monotypic, as demonstrated by double immunostaining for LANA (brown) and kappa or lambda immunoglobulin light chain (red), in which the KSHV/HHV8-positive cells are kappa light chain–negative (immunoperoxidase staining, LANA, and streptavidin, kappa light chain) (**C**) but lambda light chain–positive (immunoperoxidase staining, LANA, and streptavidin, lambda light chain) (**D**).



## Macroscopic appearance

The macroscopic appearance is similar to that of iMCD.

## Histopathology

Lymph nodes and splenic white pulp show histological features similar to those seen in iMCD, with most cases exhibiting plasmacytic or mixed patterns (see Table 4.06, p. 305, in *Tumour-like lesions with B-cell predominance: Introduction*). KSHV/HHV8-MCD, in contrast to iMCD, contains a variable number of plasmablasts, which are medium-sized to large cells with one to two nucleoli and a moderate amount of amphophilic cytoplasm. The plasmablasts are located primarily in the mantle zone but may be seen in intrafollicular and perifollicular areas. Plasmablasts may be scattered individually, or occasionally form small clusters or larger aggregates (plasmablastic aggregates, formerly called microlymphomas). Foci of Kaposi sarcoma are often present {1024,3145,2860,1110,604,3045}.

The plasmablasts are immunopositive for latency associated nuclear antigen (LANA), a product of the KSHV/HHV8 gene *ORF73* {1024,3145,604,1011}. A proportion of plasmablasts are positive for vIL-6; expression of other KSHV/HHV8-related proteins, such as vIRF1, has been documented. The plasmablasts are positive for IRF4 (MUM1) and Blimp1 and express monotypic cytoplasmic IgM lambda. They are dim to negative for CD20 and other B-cell markers, negative for T-cell antigens, and they lack CD138 expression {1024,3145,604,1011,3144}. Although there is monotypic lambda light chain expression, the plasmablasts are polyclonal B cells according to molecular studies {1011}. In general, the KSHV/HHV8-infected plasmablasts are negative for EBV {1024,3145,604,1011}. Interfollicular KSHV/HHV8-negative polytypic plasma cells are numerous and usually IgM-negative {1024}.

The differential diagnosis includes iMCD, HIV-associated lymphadenopathy (particularly mixed follicular hyperplasia/involution and follicular involution), MCD associated with POEMS syndrome (polyneuropathy, organomegaly, endocrinopathy, myeloma protein, and skin changes), lymphadenopathy associated with autoimmune disorders, classic Hodgkin lymphoma, and non-Hodgkin lymphomas such as follicular lymphoma with small hypocellular follicles {605,4308,3247}. Clinical correlation, IG and TR gene rearrangement studies, and immunostaining for immunoglobulin light chains, IgM, IgG, IgG4, CD30, and LANA are helpful in separating these lesions.

## Cytology

KSHV/HHV8-MCD cannot be diagnosed by FNA with certainty. FNAs can show changes associated with reactive lymph nodes, and there are reports documenting a heterogeneous lymphoid cell population with branching capillaries often closely associated with groups of germinal centre cells {932}.

## Diagnostic molecular pathology

Molecular studies are not necessary for the diagnosis.

## Essential and desirable diagnostic criteria

*Essential:* lymph node showing the histological features of iMCD with KSHV/HHV8-positive plasmablasts (LANA-positive by immunostaining) in a patient with clinical and laboratory findings as outlined in Table 4.06 (p. 305) in *Tumour-like lesions with B-cell predominance: Introduction.*

## Staging

Not relevant

## Prognosis and prediction

KSHV/HHV8-MCD is a relapsing and remitting disease punctuated by flares, with systemic symptoms, elevated cytokine levels, elevated KSHV/HHV8 viral load, and lymphadenopathy. Patients with KSHV/HHV8-MCD have an increased risk of developing lymphoma; many have other KSHV/HHV8-associated diseases {436,3043,3358,3042,594}. In the past, overall survival was ≤ 2 years {2860,3045}. However, with better treatments, particularly rituximab (with liposomal doxorubicin for those with concurrent Kaposi sarcoma) and, in HIV-positive patients, antiretroviral therapy (ART), survival is much improved. Treatment with rituximab (and ART in HIV-positive patients) is also associated with a decreased risk of lymphoma development {1610,1322,594,4121}.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 101 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 102 of 195

# B-lymphoblastic leukaemias/lymphomas: Introduction

Wood BL
Akkari Y
Gujral S

B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) is diagnosed by a combination of morphology and immunophenotyping, whereas further classification is now largely by defined cytogenetic and/or molecular abnormalities. These genetic types form the basis of the present classification, and they may be associated with characteristic morphological, immunophenotypic, or clinical features with prognostic and/or therapeutic implications {3102,2023,1794}. The type/entity of "B-ALL/LBL-NOS" should only be used for cases lacking defined genetic abnormalities after comprehensive testing. In the absence of complete testing for genetic abnormalities, definitive diagnosis may not be possible {2708,1777} and the category "B-ALL/LBL not further classified" should be used. "B-ALL/LBL" should not be used for mature B-cell neoplasms (e.g. leukaemic Burkitt lymphoma). The general features of B-ALL/LBL and the overall classification structure are summarized in the next section, and the sections on each B-ALL/LBL type defined by genetics highlight the respective characterizing features. B-ALL/LBL subtypes with newly described or uncommon genetic drivers that may (or may not) become defined types in future editions of the classification are grouped under B-ALL/LBL with other defined genetic alterations.



**Fig. 4.23** B-lymphoblastic leukaemia/lymphoma. Histopathology at diagnosis. **A** Bone marrow trephine core biopsy showing that the maturing haematopoiesis is largely replaced by sheets of lymphoblasts. **B** The lymphoblasts are relatively monomorphic and show mitotic activity; some megakaryopoiesis is preserved.



**Fig. 4.24** B-lymphoblastic leukaemia/lymphoma. Bone marrow aspirate smears (Wright–Giemsa). The blasts are variably larger than red blood cells. The nuclei show irregular nuclear contours and finely dispersed chromatin. Nucleoli are typically indistinct. Pale vacuoles (**A**) and fine granules (**B**) are noted.







**Fig. 4.25** Extramedullary B-lymphoblastic lymphoma presenting as a paraspinal mass. Neoplastic cells are positive for PAX5 (**A**) and TdT (**B**).

# B-lymphoblastic leukaemia/lymphoma

Wood BL
Gujral S

## Definition
B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) is a neoplasm of precursor lymphoid cells committed to the B-cell lineage, involving bone marrow and usually peripheral blood (B-lymphoblastic leukaemia [B-ALL]) and often involving nodal or extranodal sites, which by definition are the primary sites of involvement in B-lymphoblastic lymphoma (B-LBL).

## ICD-O coding
9811/3 B-lymphoblastic leukaemia/lymphoma

## ICD-11 coding
2A70.0 B-lymphoblastic leukaemia or lymphoma, not elsewhere classified

## Related terminology
*Acceptable:* B-cell acute lymphoblastic leukaemia (B-ALL); precursor B-cell acute lymphoblastic leukaemia; B precursor or B-lymphoblastic leukaemia of defined precursor maturational stage (pro-B, pre-pre-B, pre-B, common, etc.).

## Subtype(s)
None

## Localization
B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL, with frequent sites being the CNS, testes, lymph nodes, liver, spleen, skin, and soft tissues {330,2357,2487}. Involvement of the CNS and testes is of special clinical importance, affecting treatment decisions for optimal disease control. Unlike in T-lymphoblastic leukaemia/lymphoma, mediastinal masses are uncommon {330,2487,3563}.

By convention, the term "leukaemia" (B-ALL) is used when peripheral blood and bone marrow are the primary site of involvement, and the term "lymphoma" (B-LBL) when the primary involvement is of lymph nodes or extranodal sites. The distinction becomes arbitrary when both bone marrow and non–bone marrow sites are involved. Unlike for myeloid neoplasms, a defined number of blasts in the blood or marrow is not a prerequisite for the diagnosis of B-ALL/LBL, although in practice the diagnosis should be made with caution when blasts are < 20%. Of note, there is no convincing evidence to suggest outcome is adversely affected by deferring therapy until blasts reach 20%.




**Fig. 4.26** B-precursor lymphoblastic leukaemia. Flow cytometry dot plots. B-lymphoblastic leukaemia blasts (red dots) show low side scatter and dim to negative CD45 (**A**), moderate CD19 and bright CD10 (**B**), dim to negative CD20 expression (**C**), moderate to dim sCD22 and cCD79a (**D**), and moderate CD34 and cytoplasmic PAX5 expression (**E**), but negative expression of cytoplasmic myeloperoxidase and cCD3 (**F**).

## Clinical features
Patients with B-ALL commonly present with bone marrow failure evidenced by thrombocytopenia, anaemia, and/or neutropenia. The leukocyte count is often elevated, sometimes markedly, but it may be normal or decreased. Lymphadenopathy and hepatosplenomegaly are frequent, and bone pain and arthralgias may be prominent symptoms. B-LBL is usually asymptomatic at presentation, with limited-stage disease including < 25% blasts in blood and marrow by definition {2357,2487}. Head and neck presentations of B-LBL are common, especially in children.

Most cases of B-ALL/LBL are now characterized by defined cytogenetic and/or molecular abnormalities, which form the basis for subclassification. These may be associated with characteristic morphological, immunophenotypic, or clinical features and may have prognostic and/or therapeutic implications. The category "B-ALL/LBL-NOS" should be used only for cases lacking defined genetic abnormalities after comprehensive testing. In the absence of complete testing for genetic abnormalities, definitive subclassification may not be possible {2708}, and the category "B-ALL/LBL not further classified" should be used.

## Epidemiology
B-ALL occurs predominantly in children, with 75% of all patients aged < 6 years, and is the most common leukaemia in the paediatric age group {1449}. However, the incidence is bimodal, with a second, smaller peak in the fifth decade of life {3166}. The estimated incidence worldwide is 1–4.75 cases per 100 000 person-years {3385}. B-LBL represents about 10% of lymphoblastic lymphoma cases, the remainder being of T lineage, and the majority of cases occur in patients aged < 18 years {417,2487}.

## Etiology
The etiology of B-ALL/LBL is unknown. Children with Down syndrome and other constitutional genetic disorders have an increased risk of B-ALL {4588}. Genome-wide association studies have shown an association of B-ALL with SNPs in a number of genes (*GATA3, ARID5B, IKZF1, CEBPE, CDKN2A*, and *CDKN2B*) {3131,3189}. However, true familial B-ALL is rare, with some kindreds described having mutations in *PAX5* {3690}, *ETV6*, and *TP53* {3288}. Translocations associated with B-ALL have been identified in neonatal specimens long before the development of leukaemia, and monozygotic twins with leukaemia often share the same genetic abnormalities that are thought to be acquired mutations {1400,2784}.

## Pathogenesis
The postulated normal counterpart is a haematopoietic precursor cell committed to B lineage. Multiple molecular pathways seem to be affected for leukaemogenesis.

## Macroscopic appearance
Not relevant

## Histopathology
On smears and touch preparations, B-ALL/LBL lymphoblasts vary from small cells with scant cytoplasm, condensed chromatin, and indistinct nucleoli to larger cells with moderate pale blue-grey cytoplasm with occasional vacuolation, dispersed chromatin, and multiple variably prominent nucleoli. Nuclei may be round or show convolutions. Coarse, cytoplasmic azurophilic granules may be seen in roughly 10% of cases, and cytoplasmic pseudopods may be present (hand-mirror cells). Normal B-cell precursors (haematogones) have a similar appearance, but with a higher N:C ratio, more uniform dispersed chromatin, and no discernible nucleoli. Morphological discrimination between B-ALL and normal B-cell precursors is challenging, and specialized techniques such as immunophenotyping are required for definitive assessment.

In marrow biopsies, blasts form mid-marrow sheets or loose collections that displace or admix with normal marrow elements. The lymphoblasts have a relatively uniform appearance, with scant cytoplasm, round to oval to indented or convoluted nuclei, fine chromatin, and variably distinct nucleoli. Mitotic figures vary in number. Lymph nodes show a diffuse or (less commonly) paracortical infiltrate, often with numerous mitotic figures and, in some cases, interspersed macrophages (starry-sky pattern).

No morphological features reliably distinguish B- and T-lineage lymphoblastic neoplasms.

Cytochemical stains are still often performed for the subtyping of acute leukaemia, particularly in resource-limited settings, but immunophenotyping is required for definitive lineage assignment. Lymphoblasts are invariably negative for myeloperoxidase but may stain light-grey and weakly with Sudan Black B when granules are present. Nonspecific esterase may show multifocal punctate or Golgi staining that is variably inhibited by sodium fluoride. PAS shows coarse, chunky cytoplasmic staining in some cases.

### *Immunophenotype*
The lymphoblasts in B-ALL/LBL essentially always express the B lineage–associated antigens CD19, cytoplasmic CD79a, and cytoplasmic and surface CD22, best demonstrated by flow cytometry. PAX5 is the most sensitive and specific B-lineage antigen demonstrated in tissue sections by immunohistochemistry, and cCD79a is also often used {4049}. However, CD19, cCD79a, and PAX5 may each be seen in acute myeloid leukaemia (AML) with t(8;21)(q22;q22.1), and cCD79a is commonly expressed at a variably low level in T-lymphoblastic leukaemia/lymphoma {1530}. Thus, although not entirely specific for B lineage individually, their presence in combination, or at an intensity approaching that seen in their normal B counterparts, indicates B lineage. CD13, CD33, and CD66c may be expressed individually or in combination, particularly in cases with t(9;22), but are not indicative of myeloid lineage {2036}. Myeloperoxidase may be seen infrequently by either immunohistochemistry or flow cytometry, but it does not suggest myeloid lineage unless at moderate to high intensity or with the variable intensity characteristic of normal early myeloid maturation, in which case either AML or B/myeloid mixed-phenotype acute leukaemia should be considered {137,1145}. Intriguingly, *ZNF384*-rearranged, *DUX4*-rearranged, and *PAX5* p.P80R B-ALL may show monocytic differentiation after therapy or even at diagnosis {2982,3613}, having implications for residual disease monitoring after therapy.

Patterns of antigen expression associated with B-cell immaturity are commonly present and imperfectly recapitulate stages of early B-cell maturation. These include CD45 expression (invariably lower than in mature lymphocytes), CD10 (often of moderate to high intensity), variably low to absent CD20, CD34




**Fig. 4.27** B-lymphoblastic leukaemia/lymphoma. Bone marrow smears show small, monomorphic-looking blasts with scant blue cytoplasm, condensed nuclear chromatin, and indistinct nucleoli (Giemsa) (**A**); or larger blasts with moderate pale or blue-grey cytoplasm with occasional vacuolation, dispersed chromatin, multiple variably prominent nucleoli, and nuclei that may be round or show convolutions (Giemsa) (**B**). Cytochemical stain for myeloperoxidase is negative in blasts; internal control neutrophil is positive (**C**).

(in many cases), and TdT (in the majority of cases). Historically, immunophenotypic similarity to stages of normal B-cell development were recognized, i.e. pro-B (CD19, cCD79, cCD22, TdT), common-B (CD10), pre-B (cytoplasmic mu), and transitional pre-B (heavy chain without light chains). Clonal surface light chains are typically absent but may be seen in up to 4% of cases, often associated with a more mature immunophenotype {2925}. Recognition of these immunophenotypic maturational stages is of limited clinical utility, in contrast to genetic classification. Nevertheless, there are immunophenotypic correlates to some genetic lesions, as described when relevant in the sections that follow, and these may be used as imperfect surrogates in resource-limited settings.

Immunophenotypic differences from normal B-cell precursors (haematogones) are invariably present and are very useful for the identification of residual leukaemia after therapy. Normal B-cell maturation proceeds through a series of relatively discrete stages with defined immunophenotypes, and comparing leukaemic cells with their closest normal counterpart is required for sensitive recognition of aberrant antigen expression. Common aberrancies include decreased expression of CD45 (below that of even the most immature normal B progenitors); increased or decreased expression of CD10; increased CD19; decreased expression of CD38 and CD81 {3664}; increased and uniform CD58; and increased CD66c, CD73, CD86, CD123, and CD304 {530,666,647,3988,3986}. These immunophenotypic differences may change after therapy, so reliance on the persistence of any single immunophenotypic abnormality is ill-advised.

## Cytology

See *Histopathology*, above.

## Diagnostic molecular pathology

Genetic abnormalities are now the fundamental basis of the classification of B-ALL/LBL. Although some entities can be defined by traditional karyotype or FISH analysis, many of the newer entities require next-generation sequencing or transcriptomics to identify defining (often cryptic) abnormalities. Thus, the comprehensive subclassification and risk stratification of B-ALL/LBL relies on a combination of genetic techniques (see Table 4.09).

**Table 4.09** Overview of defined genetic abnormalities associated with B-lymphoblastic leukaemia/lymphoma types and subtypes (continued on next page)

| Genetic entity | Additional genetic changes | Frequency | Genetic testing | Immunophenotypic correlates | Prognosis |
|---|---|---|---|---|---|
| Aneuploidy: hypodiploidy (24–43 chromosomes) | In near hypodiploidy: RTK/RAS pathway mutations (*NF1*), *IKZF3* deletion<br>In low hypodiploidy: *RB1*, *CDKN2A/B*, *IKZF2* deletions; *TP53* mutations (as many as 50% of *TP53* mutations are germline variants) {786} | ~2% of childhood cases are near-hypodiploid<br>~1% of childhood cases and 10% of adult cases are low-hypodiploid | Karyotyping/FISH | Flow cytometry DNA index can be used to estimate ploidy in situations where cytogenetics has failed or not been performed; it is especially useful to detect masked hypodiploidy characterized by duplication of the hypodiploid genome {563} | Unfavourable {786} for near and low hypodiploidy |
| Aneuploidy: high hyperdiploidy (> 50 chromosomes) | RAS pathway (*KRAS, NRAS, FLT3, PTPN11*) and *CREBBP* mutations | As many as 30% of childhood cases | Karyotyping/FISH | | Favourable {3172, 3171} |
| *BCR::ABL1* fusion {1206} | *IKZF1* deletions (in 80%) co-occurring with deletions of *PAX5* and *CDKN2A/B* {2834}; *EBF1* mutations (in 14%) | 2–5% in children, 6% in adolescents and young adults, and > 25% in adults | Karyotyping/FISH, PCR, or RNA sequencing for detection of *BCR::ABL1* fusion; RT-PCR and/or ddPCR for monitoring responses | CD19+, CD10+; often aberrant CD13/CD33 expression {2887,3090,3101,1269,812}; IL2RA (CD25) overexpression is frequent {2887,3090} | Unfavourable, but incorporation of TKI targeted therapy has improved outcomes {2834}; unfavourable for *IKZF1*-rearranged |
| *KMT2A* rearrangement {4388, 3162,2673} | > 90 partners of *KMT2A* described, of which *AFF1* (*AF4*), *MLLT3, MLLT1, MLLT10*, and *MLLT6* are common | 70–85% in infants, 2% in children and adults | Karyotyping/FISH; whole-genome or targeted RNA sequencing | Dim/absent CD10 and CD24; frequent positivity for CD15, CD65, and CSPG4 (NG2) {1648,3143,415,4545} | Unfavourable |
| *TCF3* fusion {1728} | *PBX1* is the most common partner; others include *ZNF384, NOP2* (*NOL1*), *TFPT*, and *HLF1* | *TCF3::PBX1* in 4–6% | Karyotyping/FISH for *TCF3::PBX1*; whole-genome or targeted RNA sequencing for uncommon partners | *TCF3::PBX1*-rearranged cases frequently express bright CD9 and negative CD34 {418,1033} | *TCF3::PBX1* has better outcomes with contemporary therapeutic regimens; *TCF3::HLF* has a universally dismal prognosis |
| IGH::*IL3* fusion {1224} | Frequent *IKZF1* deletion | Rare | Karyotyping/FISH | Marked eosinophilia | Intermediate |
| IG::*MYC* rearrangement {4265,1433} | Frequent mutations in genes involving RAS pathway, 1q gain | Rare in children, ~2% of adults | Karyotyping/FISH; genetic and epigenetic profile distinct from Burkitt lymphoma | MYC overexpression | Unfavourable |

B-ALL, B-lymphoblastic leukaemia; ddPCR, droplet digital PCR; iAMP21, intrachromosomal amplification of chromosome 21; LOH, loss of heterozygosity; MPAL, mixed-phenotype acute leukaemia; MRD, measurable residual disease; Ph, Philadelphia chromosome; RTK, receptor tyrosine kinase; TKI, tyrosine kinase inhibitor.



**Table 4.09** Overview of defined genetic abnormalities associated with B-lymphoblastic leukaemia/lymphoma types and subtypes (continued from previous page, continued on next page)

| Genetic entity | Additional genetic changes | Frequency | Genetic testing | Immunophenotypic correlates | Prognosis |
|---|---|---|---|---|---|
| *ETV6::RUNX1* fusion {496,2620} | | Nearly 25% of patients aged 2–10 years; < 3% of adults | FISH/PCR/RNA sequencing for detection of *ETV6::RUNX1*; RT-PCR and/or ddPCR for monitoring responses | Absent or partial expression of CD9, CD20, and CD66c; moderate to bright CD27 and dim to negative CD44 {419, 909,1648} | Favourable |
| iAMP21 {3431, 2769} | Defined by ≥ 5 copies of *RUNX1* per cell, with ≥ 3 copies on a single abnormal chromosome 21 {1505} | 1–2% | FISH for *ETV6::RUNX1* used to identify iAMP21 | None | Unfavourable; outcomes may improve with intensive chemotherapy |
| *BCR::ABL1*-like features {3962, 3504,1571,1774, 3426,3162,4352, 558,3962} | ABL-class fusions, involving *ABL1, ABL2, CSF1R, LYN, PDGFRA, PDGFRB*<br>JAK/STAT abnormalities, including enhancer-hijacking of promoter regions (IGH::*CRLF2*, *P2RY8::CRLF2*), fusions and mutations (e.g. *JAK2* p.R683G or *JAK1* p.V658F) in *JAK1/JAK2/JAK3* genes, and fusions / truncating deletions of *EPOR* (e.g. *EPOR*::IGH)<br>Miscellaneous fusions involving *FGFR1, NTRK3*, etc.<br>Frequently associated with *IKZF1* deletions and copy-number alterations in B-lymphoid transcription factors<br>Activating mutations involving cytokine receptors (e.g. IL7R and CRLF2) also constitute an underlying genetic abnormality | Frequency increases with age; 10–15% of children, 20–25% of adults | Whole-transcriptome or targeted RNA sequencing is the most reliable method for diagnosis; when unavailable, derivative methods like TaqMan low-density arrays, multiplex PCR, and FISH panels using break-apart probes may be used | CRLF2 overexpression by flow cytometry is a useful rapid screen for *CRLF2* aberrations and JAK/STAT pathway activation {2101, 487} | Unfavourable, associated with high MRD positivity rates; targeting the underlying genetic abnormality may improve survival rates |
| *ETV6::RUNX1*-like features {2342, 4530,2965} | Fusions or copy-number alterations involving *ETV6, ERG, FLI1, IKZF*, or *TCF3* are common | 3% of children | Whole-transcriptome or targeted RNA sequencing; increased frequency of *ETV6*-like B-ALL may be seen in patients with germline *ETV6* variants | Moderate to bright CD27 and dim to absent CD44 {4530} | Unfavourable |
| *DUX4* rearrangement {4489, 4531} | Fusions involving IGH are common, resulting in *DUX4* overexpression and *ERG* deletions | 4–7% of children; slightly higher frequency in the adolescent and young adult population | Difficult to identify using FISH and PCR, because of repetitive genome; whole-transcriptome or targeted RNA sequencing is more reliable | Aberrant CD2 and CD371 expression; monocytic differentiation may be seen, particularly after therapy | Favourable |
| *MEF2D* rearrangement {3892} | *BCL9* is the most common translocation partner; others include *HNRNPUL1, DAZAP1, CSF1R, SS18*, and *FOXJ2* | 4% of children, 10% of adults | *MEF2D::BCL9* is difficult to detect using FISH; whole-transcriptome or targeted RNA sequencing is more reliable | Dim/absent CD10, positivity for CD38 and PKCμ; aberrant CD5 expression variable {3013,1432} | Unfavourable |
| *ZNF384* rearrangement {3316, 1590,2982} | Numerous partners reported (*EP300, EWSR1, TAF15, TCF3*), either transcription partners or chromatin modifiers; *FLT3* overexpression also described | 5% of children and 10% of adults with B-ALL; 48% of patients with B/myeloid MPAL | FISH; whole-transcriptome or targeted RNA sequencing | Dim CD10 and aberrant CD13/CD33; lineage may change during disease progression | Favourable for *EP300::ZNF384*; unfavourable for *TCF3::ZNF384* |

B-ALL, B-lymphoblastic leukaemia; ddPCR, droplet digital PCR; iAMP21, intrachromosomal amplification of chromosome 21; LOH, loss of heterozygosity; MPAL, mixed-phenotype acute leukaemia; MRD, measurable residual disease; Ph, Philadelphia chromosome; RTK, receptor tyrosine kinase; TKI, tyrosine kinase inhibitor.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 104 of 195

Table 4.09 Overview of defined genetic abnormalities associated with B-lymphoblastic leukaemia/lymphoma types and subtypes (continued)

| Genetic entity | Additional genetic changes | Frequency | Genetic testing | Immunophenotypic correlates | Prognosis |
|---|---|---|---|---|---|
| *PAX5*[alt]/*PAX5* p.P80R {2982} | Numerous fusion partners; copy-number alterations are common; *PAX5* p.P80R is an inactivating mutation with a distinct expression profile and is commonly associated with deletion of alternate allele or copy-neutral LOH | *PAX5*[alt] in 7% and *PAX5* p.P80R in 3% | FISH; whole-transcriptome or targeted RNA sequencing | None | Intermediate for *PAX5*[alt] in children and unfavourable in adults; *PAX5* p.P80R may be unfavourable in children |
| *NUTM1* rearrangement {3835,387} | Numerous partners reported, either transcription partners or epigenetic regulators | < 2% | Whole-transcriptome or targeted RNA sequencing | NUT protein overexpression | Favourable |

B-ALL, B-lymphoblastic leukaemia; ddPCR, droplet digital PCR; iAMP21, intrachromosomal amplification of chromosome 21; LOH, loss of heterozygosity; MPAL, mixed-phenotype acute leukaemia; MRD, measurable residual disease; Ph, Philadelphia chromosome; RTK, receptor tyrosine kinase; TKI, tyrosine kinase inhibitor.

Genetic abnormalities in B-ALL/LBL can be broadly classified according to the techniques that can define them most readily.

### *Genetic abnormalities evident with conventional cytogenetic techniques*

*Aneuploidy*

The gain or loss of chromosome numbers (aneuploidy) is a defining feature in nearly 30% of B-ALL/LBL cases. This is commonly detected through conventional karyotyping, FISH, or flow cytometry. The prognostic significance depends upon the type of abnormality detected (see Table 4.09, p. 332).

*Recurrent rearrangements*

B-ALL/LBL with *BCR::ABL1* fusion is often identified by conventional karyotyping, although FISH or PCR may be required for more cryptic or unusual rearrangements. *KMT2A* gene rearrangements involving > 90 partners have been described and can often be detected using conventional karyotyping, FISH (using break-apart probes), and global or targeted RNA sequencing {4388,3162,2673}. B-ALL/LBL with *TCF3::PBX1* fusion and other *TCF3* partners can be identified by conventional karyotype analysis and FISH, including B-ALL/LBL with *TCF3::HLF* fusion (now recognized as a distinct entity). B-ALL/LBL with IGH::*IL3* fusion is a morphologically distinct entity that may be confused with a myeloproliferative process and can be identified by FISH.

### *Genetic abnormalities not evident by conventional karyotyping but diagnosed by FISH*

B-ALL with *ETV6::RUNX1* fusion is one of the most common subtypes of paediatric B-ALL/LBL and has a favourable prognosis. Intrachromosomal amplification of chromosome 21 (iAMP21) is a rare type of B-ALL/LBL with a poor prognosis that can show grossly abnormal chromosome 21 on karyotype analysis but is often observed by FISH while screening for *ETV6::RUNX1*.

### *Genetic abnormalities defined by transcriptomic analysis and largely driven by chimeric gene fusions*

B-ALL/LBL with *BCR::ABL1*-like features and B-ALL/LBL with *ETV6::RUNX1*-like features are phenocopies of their established types, harbouring diverse underlying alterations identified by gene expression profiling (see Table 4.09, p. 332). This underlying heterogeneity makes screening for these disorders challenging. Where genomic methods are not available, other approaches can sometimes be used; for example, CRLF2 expression by flow cytometry may be used to identify a major subset of B-ALL/LBL with *BCR::ABL1*-like features {2101,487}.

This edition recognizes a number of recently identified entities with distinct clinical, phenotypic, and/or prognostic features, described together under B-ALL/LBL with other defined genetic alterations. These include B-ALLs with *DUX4* {4489, 2342}, *MEF2D* {1432}, *ZNF384* {1590}, *NUTM1* {1629}, and *MYC* {4265,1700} rearrangements, as well as with *PAX5* alterations (*PAX5*[alt]) {1433} and *PAX5* p.P80R {3153} alterations.

In cases of familial B-ALL/LBL, germline testing for monogenic predisposition (e.g. linked to mutations in *PAX5* {3690}, *ETV6*, and *TP53* {3288}) and probable multigenic risk variants (e.g. in *GATA3*, *ARID5B*, *IKZF1*, *CEBPE*, *CDKN2A*, or *CDKN2B*) {3131,3189} should be considered. Suspicion should be raised by a strong family history.

## Essential and desirable diagnostic criteria

*Essential:* for B-ALL: predominantly peripheral blood and/or bone marrow presentation with demonstration of increased immunophenotypically abnormal lymphoblasts by flow cytometry; for B-LBL: predominantly lymph node or extranodal presentation and/or diffuse organ infiltration with effacement of the architecture by abnormal lymphoblasts; B-cell lineage supported by expression of CD19, CD22, cCD79a, and/or PAX5 by flow cytometry or immunohistochemistry; immature phenotype supported by TdT and CD34 (although CD34 and TdT expression may be absent in rare cases), and/or bright CD10, low CD45, low/absent CD20, and absent surface immunoglobulin light chain expression by flow cytometry or immunohistochemistry.

*Desirable:* demonstration of specific recurrent genetic abnormalities; demonstration of immunophenotypic profiles associated with specific recurrent genetic abnormalities.

## Staging

Not relevant

## Prognosis and prediction

Risk-stratified treatment approaches have led to significant improvements in the outcomes of B-ALL in children, with long-term remission rates of > 90% {1718}. However, the benefit in adult B-ALL/LBL has been more modest, because of the adverse biology and treatment toxicity in adult patients. Novel approaches based on disease biology have shown promise in recent years. The use of tyrosine kinase inhibitors in B-ALL/LBL with *BCR::ABL1* fusion, monoclonal antibodies (rituximab), antibody–drug conjugates (inotuzumab ozogamicin), bispecific antibodies (blinatumomab), and chimeric antigen receptor (CAR) T cells have demonstrated potential to improve outcomes {3557}.

The benefits of high cure rates in children, however, do not extend uniformly across the globe, and where a child is born is still the most important predictor of survival. It is estimated that the global 5-year net survival rate for B-ALL is currently 56.1%, varying from 22.4% in Africa to 52.6% in Asia and 82.8% in North America {1306}. Of the estimated 74 500 global cases of childhood B-ALL in 2015, approximately three quarters occurred in Asia and Africa {4320}, indicating that most children with B-ALL in the world are still not cured, and highlighting the importance of therapeutic implementation along with biological insights to improve survival.

Adverse prognostic factors include age (< 1 year or > 10 years), an elevated white blood cell count (> 50 000/μL), slow blast clearance with initial therapy, certain genomic entities (e.g. hypodiploidy), and the presence of residual disease at defined time points early after therapy (end of induction or consolidation) {827,3648,3748,4155}. The presence of CNS disease at diagnosis is associated with an adverse outcome and requires specific therapy. The prognosis of B-LBL is relatively favourable, more so in children than adults, similarly to for B-ALL {2487}. Genomic abnormalities are important prognostic factors and are discussed in the following sections.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 105 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 106 of 195

# B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy

Harrison CJ
Kettering RP
Parihar M
Rabin KR
Yasuda T

## Definition
B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with high hyperdiploidy is a neoplasm of lymphoblasts of B-cell lineage defined by a karyotype comprising 51–65 chromosomes, characterized by recurrent, non-random gains of one or more copies of entire chromosomes (usually the X chromosome and chromosomes 4, 6, 10, 14, 17, 18 and 21) in the absence of type-defining gene fusions and rearrangements.

## ICD-O coding
9815/3 B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy

## ICD-11 coding
2A70.Y & XH24C7 Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities & B-lymphoblastic leukaemia/lymphoma with hyperdiploidy

## Related terminology
None

## Subtype(s)
None

## Localization
B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).

## Clinical features
The clinical features of B-ALL/LBL with high hyperdiploidy are similar to those of other subtypes, except that B-ALL/LBL with high hyperdiploidy generally has low white blood cell counts {1460}.

## Epidemiology
Although rare in infants, high-hyperdiploid B-ALL/LBL is most frequent in children (25–35% of all B-ALL/LBL cases) and less common in adults (7–8% of all B-ALL/LBL cases) {2822}.

## Etiology
No unique features

## Pathogenesis
Although pathogenetic mechanisms are poorly understood, chromosomal gains are early events in the pathogenesis of B-ALL/LBL with high hyperdiploidy and are the main driver. Mutations in the receptor tyrosine kinase / RAS signalling pathway (*FLT3*, *NRAS*, *KRAS*, and *PTPN11* genes) are reported in about 51% of cases, suggesting that the receptor tyrosine kinase / RAS pathway and histone modifiers are involved in the pathogenesis {3172}.

## Macroscopic appearance
No unique features

## Histopathology
No unique features

## Cytology
No unique features

## Diagnostic molecular pathology
B-ALL/LBL with high hyperdiploidy is identified by chromosomal analysis, FISH, flow cytometric DNA index, or SNP array analysis. Karyotyping identifies clones with 51–65 chromosomes with non-random trisomies (most frequently of the X chromosome and chromosomes 4, 6, 10, 14, 17, and 18) and trisomy/tetrasomy 21. FISH studies can complement cytogenetic analysis to identify the common chromosomal gains (chromosomes 4, 10, 17, and 21) {3170} or as a surrogate for the detection of high hyperdiploidy hidden within a normal or failed karyotype {2768,1507,3171,3133}. Chromosomal microarrays are also useful to characterize high hyperdiploidy, particularly in distinguishing possible pseudohyperdiploidy due to a doubled-up hypodiploid clone. Such cases may also be identified by flow cytometry–based DNA index analysis, which may show two peaks, corresponding to the hypodiploid and pseudohyperdiploid clones (see *B-lymphoblastic leukaemia/lymphoma with hypodiploidy*, p. 338).

Because chromosome 21 is universally gained in high-hyperdiploid B-ALL/LBL, the presence of multiple (three to five) discrete *RUNX1* signals seen when using *ETV6::RUNX1* FISH probes suggests the presence of high hyperdiploidy {1506}. This status can be confirmed using centromeric probes targeting chromosomes 4, 10, and 17 in patients with a normal karyotype or failed cytogenetic result {3170}.




**Fig. 4.28** B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy. **A** Karyotype showing 54 chromosomes with trisomies of the X chromosome and chromosomes 4, 6, 14, 17, and 18, and tetrasomy 21. **B** A flow cytometry–based DNA index showing a peak of 1.2, consistent with a diagnosis of B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy. **C** Interphase FISH analysis using dual-colour/dual-fusion *ETV6::RUNX1* probes indicates four discrete copies of *RUNX1*, consistent with gain of chromosome 21.

## Essential and desirable diagnostic criteria
*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); demonstration of high-hyperdiploidy status (comprising 51–65 chromosomes) by karyotyping and/or FISH; exclusion of pseudohyperdiploidy by flow cytometry DNA index and/or SNP array analysis; absence of other subtype-defining translocations.

## Staging
Not relevant



**Fig. 4.29** B-lymphoblastic leukaemia/lymphoma with high hyperdiploidy. The SNP array profile shows evidence of one-copy gain of chromosomes 4, 5, 6, 8, 11, 14, and 17, as well as two- to three-copy gain of chromosomes 10, 18, 21, and X.

## Prognosis and prediction
B-ALL/LBL with high-hyperdiploidy has a very favourable prognosis, with long-term overall survival in > 90% of children, especially among children with a favourable US National Cancer Institute (NCI) risk profile and low measurable residual disease. Outcome has been shown to be linked to the specific chromosomal gains {2768,1085}. Associated structural abnormalities, including translocations, usually have no impact on the good outcome {2768}. Adverse risk factors such as advanced patient age and a high white blood cell count may adversely affect prognosis, but these patients may not fare as badly as others without this favourable genetic abnormality {712}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 107 of 195

# B-lymphoblastic leukaemia/lymphoma with hypodiploidy

Harrison CJ
Locatelli F
Parihar M
Rabin KR
Yasuda T

## Definition
B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with hypodiploidy is a neoplasm of lymphoblasts of B-cell lineage defined by the presence of ≤ 43 chromosomes.

## ICD-O coding
9816/3 B-lymphoblastic leukaemia/lymphoma with hypodiploidy
9816/3 B-lymphoblastic leukaemia/lymphoma with hypodiploidy, near-haploid
9816/3 B-lymphoblastic leukaemia/lymphoma with hypodiploidy, low hypodiploid
9816/3 B-lymphoblastic leukaemia/lymphoma with hypodiploidy, high hypodiploid

## ICD-11 coding
2A70.Y & XH2MD9 Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities & B-lymphoblastic leukaemia/lymphoma with hypodiploidy (hypodiploid ALL)

## Related terminology
None

## Subtype(s)
Near-haploid B-ALL/LBL with hypodiploidy (24–31 chromosomes); low-hypodiploid B-ALL/LBL with hypodiploidy (32–39 chromosomes); high-hypodiploid B-ALL/LBL with hypodiploidy (40–43 chromosomes)

## Localization
B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).



**Fig. 4.30** B-lymphoblastic leukaemia/lymphoma with hypodiploidy. SNP array profile shows evidence of a doubled near-haploid/low-hypodiploid clone. Copy-neutral loss of heterozygosity is apparent for chromosomes 2–5, 7, 9, 13–17, 20, and X, indicating that the disomic state for these chromosomes was achieved through endoreduplication.

## Clinical features
No unique features

## Epidemiology
Although low-hypodiploid B-ALL/LBL is rare in children (< 1%), the frequency increases with age, accounting for 5% of B-ALL/LBL cases in adolescents and young adults, and > 10% of cases in adults. The near-haploid subtype accounts for < 2% of paediatric B-ALL/LBL cases and is rare in adults.

## Etiology
Approximately 50% of children with low-hypodiploid B-ALL/LBL have germline *TP53* variants (Li–Fraumeni syndrome, an autosomal dominant inherited disorder associated with mutations of *TP53*) {2830,1620}.

## Pathogenesis
p53 is one of the most prominent tumour suppressors. Its activation as a transcription factor stimulates downstream pathways leading to protective cellular processes, including cell-cycle arrest, apoptosis, and senescence, to prevent the propagation of genetically altered cells {4246}. Evidence indicates that p53 also regulates other important processes, such as cell oxidative metabolism (the cellular response to nutrient deprivation), fertility, ferroptosis, and stem cell maintenance. The extent and consequences of the biological response elicited by p53 vary according to the stress and cell type {1905}. The functions of p53 rely mainly on its transcriptional activity, but it can also act via interactions with various proteins {2531, 2111}. Cells from individuals with Li–Fraumeni syndrome exhibit genomic instability, telomere dysfunction, and spontaneous immortalization {3128}.

## Macroscopic appearance
No unique features

## Histopathology
No unique features

## Cytology
No unique features

## Diagnostic molecular pathology
Karyotype, flow cytometry DNA index, FISH, and SNP arrays are all useful in establishing the diagnosis. Several genetic alterations are associated with specific hypodiploid subtypes {1620}. Near-haploid B-ALL/LBL frequently exhibits alterations in receptor tyrosine kinase and RAS pathway signalling, *IKZF3* deletions, and focal deletions of a histone gene cluster at 6p22. Low-hypodiploid B-ALL/LBL harbours *TP53* alterations in > 90% of cases; approximately half are somatic mutations and half are germline variants, the latter of which are associated with Li–Fraumeni syndrome {2830,1620}. *IKZF2* deletions and *RB1* mutations are also frequent in low-hypodiploid B-ALL/LBL.

### *Differential diagnosis*
Near-haploid and low-hypodiploid B-ALL/LBL may undergo doubling, resulting in a pseudohyperdiploid or near-triploid clone containing up to 78 chromosomes. If the original hypodiploid clone is not present, the hypodiploidy is regarded as masked, and the case may be mistaken for high-hyperdiploid B-ALL/LBL, resulting in an inappropriate prognostication {563, 835}. The two subtypes may be differentiated by SNP array analysis, demonstrating copy-neutral loss of heterozygosity for doubled monosomic chromosomes. The DNA index assessed by flow cytometry may also be helpful if distinct peaks representing the hypodiploid and doubled clones are both detectable {4519}. FISH and karyotype analysis demonstrating characteristic patterns of chromosomal gain and loss may also aid in differentiation.

## Essential and desirable diagnostic criteria
*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); demonstration of hypodiploidy (≤ 43 chromosomes) by karyotyping and/or FISH analysis; flow cytometry DNA index analysis and/or SNP array analysis to identify masked hypodiploidy.

## Staging
Not relevant

## Prognosis and prediction
Both near-haploid and low/high-hypodiploid B-ALL/LBL have a poor prognosis. Near-diploid cases (44–45 chromosomes) are not included in the hypodiploid category in clinical therapy-directed classification schemes because they do not share the poor prognosis observed {3310} in cases with ≤ 43 chromosomes. Lower modal chromosome numbers are associated with increasingly poor outcomes, and allogeneic haematopoietic stem cell transplantation does not appear to provide a significant outcome benefit {3310,2623,2862}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 108 of 195

# B-lymphoblastic leukaemia/lymphoma with iAMP21

Harrison CJ
Parihar M
Rabin KR

## Definition
B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with intrachromosomal amplification of chromosome 21 (iAMP21) is a neoplasm of lymphoblasts of B lineage, defined by the presence of gains and gross rearrangements involving the long arm of chromosome 21.

## ICD-O coding
9811/3 B-lymphoblastic leukaemia/lymphoma with iAMP21

## ICD-11 coding
2A70.Y & XH0KD4 Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities & B-lymphoblastic leukaemia/lymphoma with iAMP21

## Related terminology
None

## Subtype(s)
None

## Localization
B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).

## Clinical features
No unique features

## Epidemiology
Patients are usually older children (median age: 9 years) with low white blood cell counts. B-ALL/LBL with iAMP21 accounts for approximately 2% of paediatric B-ALL/LBL cases and is rare in adults {417,2487}.

## Etiology
Individuals with the rare constitutional Robertsonian translocation between chromosomes 15 and 21, rob(15;21)(q10;q10)c, have a > 2700-fold increased risk of developing B-ALL/LBL with iAMP21. Carriers of constitutional ring chromosome 21, r(21)c, also have an increased risk {1509,2326}.

## Pathogenesis

## Macroscopic appearance
No unique features

## Histopathology
No unique features

## Cytology
No unique features

## Diagnostic molecular pathology
B-ALL/LBL with iAMP21 is defined by the identification of a grossly abnormal chromosome 21 in the karyotype, supported by FISH using a probe for *RUNX1*, which detects additional copies of the *RUNX1* signal. To date, the FISH definition of B-ALL/LBL with iAMP21 is ≥ 5 copies of *RUNX1* per cell, with ≥ 3 copies on a single abnormal chromosome 21 {1505}. Care must be taken not to misinterpret the FISH result when ≥ 5 copies of *RUNX1* per cell are seen in interphase cells, because high-hyperdiploid B-ALL harbours additional copies of whole chromosome 21 and can produce the same FISH signal pattern. More recently, for a definitive diagnosis of B-ALL/LBL with iAMP21, the distinctive SNP array profile of chromosome 21 seen in these patients has been used to validate the FISH result {1025,1505,1508}. This is of particular importance when the *RUNX1* signal pattern differs from the expected result, for example < 5 signals per cell or involving other chromosomes in addition to chromosome 21 {1814}. Although these situations rarely occur, the region of highest gain on chromosome 21 may not always include *RUNX1*; other chromosomes may be involved in rearrangements with the iAMP21 chromosome, or it may be duplicated. Common associated secondary chromosomal abnormalities include gain of the X chromosome, abnormalities of chromosomes 7 and 11, and deletions of *RB1* and *ETV6*. *P2RY8::CRLF2* fusion occurs at a higher frequency than in other B-ALL subtypes. The co-occurrence of iAMP21 with additional driver abnormalities like *BCR::ABL1*-like features is rare. In such cases, iAMP21 should take precedence, because additional fusions are regarded as secondary events {2255}.



**Fig. 4.31** B-lymphoblastic leukaemia/lymphoma with iAMP21. **A** Interphase FISH showing multiple *RUNX1* signals in red and two *ETV6* signals in green. **B** Metaphase cell showing the expected (two) *RUNX1* signals on each chromatid of the normal chromosome 21 (upper-left red signals) and the remaining *RUNX1* signals clustered together on the iAMP21 chromosome (lower-right red signals). **C** Typical SNP array profile of chromosome 21 showing evidence of iAMP21 as illustrated by the alternating copy-number changes across the entire chromosome, in addition to amplification across the *RUNX1* locus and terminal copy-number loss.

## Essential and desirable diagnostic criteria
*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); demonstration of a grossly abnormal chromosome 21 by karyotyping; demonstration of ≥ 5 copies of *RUNX1* per cell, with ≥ 3 copies on a single abnormal chromosome 21 by karyotyping and FISH analysis.
*Desirable:* confirmation of FISH findings by SNP array analysis.

## Staging
No unique features

## Prognosis and prediction
It was previously reported that B-ALL/LBL with iAMP21 is associated with a high relapse risk on standard therapy. Treatment with more intensive therapy overcomes this adverse risk {1546, 2770}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 109 of 195

# B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1* fusion

Nardi V
Cassaday RD
Cazzaniga G
Harris MH
Hu S
Leventaki V
Weinstock DM

## Definition
B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with *BCR::ABL1* fusion is a neoplasm of lymphoblasts of B lineage defined by the presence of a rearrangement between *BCR* on chromosome 22q11.2 and the oncogene *ABL1* on chromosome 9q34.1.

## ICD-O coding
9812/3 B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1* fusion

## ICD-11 coding
2A70.1 B-lymphoblastic leukaemia or lymphoma with t(9:22)(q34;q11.2); *BCR-ABL1*

## Related terminology
*Not recommended:* Philadelphia chromosome–positive (Ph+) B-ALL/LBL.

## Subtype(s)
None

## Localization
B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).

## Clinical features
The clinical features of B-ALL/LBL with *BCR::ABL1* fusion are similar to those of other subtypes, and there tends to be a high white blood cell count.

## Epidemiology
The proportion of patients with B-ALL/LBL who harbour *BCR::ABL1* increases with age: 2–4% of B-ALL cases in children aged < 15 years, 10% in patients aged 15–39 years, 25% in patients aged 40–49 years, and 20–40% in patients aged > 50 years {2766,3311,3668,497}.

## Etiology
No unique features

## Pathogenesis
The chimeric BCR::ABL1 protein has a constitutively active tyrosine kinase. The majority (80–90%) of B-ALL/LBL cases with *BCR::ABL1* harbour a 190 kDa fusion protein (p190; transcript e1a2). Fewer *BCR::ABL1*-positive B-ALL/LBL cases harbour a 210 kDa fusion protein (p210; transcripts e13a2 or e14a2), which is more commonly found in chronic myeloid leukaemia (CML) (see Table 4.10). It should be noted that *BCR::ABL1* is not unique to the entity B-ALL/LBL with *BCR::ABL1* and can be acquired as a secondary event during treatment or follow-up in cases of various other types/entities of the B-ALL/LBL family.

## Macroscopic appearance
No unique features

## Histopathology
In addition to B-lineage markers, blasts frequently express the myeloid-associated antigens CD13 and CD33. CD25 is also frequently expressed {3101,1269}.

## Cytology
No unique features




**Fig. 4.32** B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1* fusion. Schematic illustration of *BCR::ABL1* fusion, and the functional domains and breakpoints. The dotted red line indicates the breakpoint, and the number denotes amino acids {2095,3384}. Actin BD, F-actin binding domain; CAP, N-terminal cap; CC, coiled-coil; DB, DNA-binding site; DH, double homology; NES, nuclear export signal; NLS, nuclear localization signal; PH, pleckstrin homology; Rho-GAP, Rho GTPase–activating protein





**Table 4.10** Typical and atypical/variant *BCR::ABL1* transcripts

| *BCR* exon | *ABL1* exon | *BCR::ABL1* transcript type | Protein size (kDa) | Typical and atypical breakpoints and transcripts {927,2218} | Frequency in CML (overall and among the non-atypical major breakpoint cluster region[a]) {3318,198} | Frequency in *BCR::ABL1*+ B-ALL {498,934,199,1364} |
|---|---|---|---|---|---|---|
| e13 (b2) | a2 | e13a2 (b2a2) | p210 | Major breakpoint cluster region | ~37.9% | 17.50%[b] |
| e14 (b3) | a2 | e14a2 (b3a2) | p210 | Major breakpoint cluster region | ~62.1% | 12.5%[b] |
| e1 | a2 | e1a2 | p190 | Minor breakpoint cluster region | < 1%, 16.9% | ~70% |
| e19 | a2 | e19a2 | p230 | Micro breakpoint cluster region | < 1%, 39.8% | Not available |
| e1 | a3 | e1a3 | p190 | Atypical/variant transcript | < 1%, 1.2% | < 1% |
| e13 | a3 | e13a3 (b2a3) | p203 | Atypical/variant transcript | < 1%, 7.2% | < 1% |
| e14 | a3 | e14a3 (b3a3) | p203 | Atypical/variant transcript | < 1%, 13.3% | < 1% |
| e6 | a2 | e6a2 | p195 | Atypical/variant transcript | < 1%, 3.6% | < 1% |
| e8 | a2 | e8a2 | p200 | Atypical/variant transcript | < 1%, 8.4% | Not available |
| e12 | a2 | e12a2 | Not available | Atypical/variant transcript | < 1%, 1.2% | Not available |
| e1 | a8 | e1a8 | p200 | Atypical/variant transcript | Not available | < 1% |

CML, chronic myeloid leukaemia.
[a]This category includes also unusual *BCR::ABL1* e13a2 transcripts (7.2%) and unusual *BCR::ABL1* e14a2 transcripts (1.2%), with insertions or inversions at the junction sites. [b]Calculated on the basis of a total p210-positive rate of about 30% and referring to the 58.5% frequency of *BCR::ABL1* e13a2 versus *BCR::ABL1* e14a2 (+/− *BCR::ABL1* e13a2) {199}.

## Diagnostic molecular pathology
Detection of the *BCR::ABL1* fusion via karyotyping, FISH, PCR, DNA, or RNA sequencing is required for the diagnosis of B-ALL/LBL with *BCR::ABL1*. Identification of the specific *BCR::ABL1* fusion transcripts (see Table 4.10) is useful for quantifying disease burden and monitoring therapeutic response. In patients who relapse or are refractory to initial *ABL1* tyrosine kinase inhibitor (TKI) therapy, mutation analysis of the *ABL1* kinase domain is recommended to guide the selection of TKIs {2767,4362}. Gain of a Ph chromosome, monosomy 7, +8, +X, +21, and del(9p) are among the commonly associated secondary abnormalities {2767,4362}. In the rare case when an additional subtype-defining cytogenetic finding is noted along with *BCR::ABL1* fusion, the presence of *BCR::ABL1* (as long as not subclonal) appears to govern the clinical features of the disease, and the disease should be subclassified as B-ALL/LBL with *BCR::ABL1* fusion {3803}. More than 80% of patients with B-ALL/LBL with *BCR::ABL1* fusion have deletion or splicing abnormalities of *IKZF1*. As many as 50% of patients have deletions, mutations, or rearrangements of *PAX5* {1127,1703}, and deletions of *CDKN2A* and/or *CDKN2B* {2836}

B-ALL/LBL with *BCR::ABL1* fusion should be differentiated from the B-lymphoid blast phase of CML showing *BCR::ABL1* with a p210 fusion protein {679}. *BCR::ABL1* can also be present in rare cases of T-lymphoblastic leukaemia and mixed-phenotype acute leukaemia {3345,3340,1363,3928,67}.

## Essential and desirable diagnostic criteria
*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330);




**Fig. 4.33** B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1* fusion. **A** The translocation results from the breakage and rejoining of bands 9q34 and 22q11.2. G-banded normal chromosomes 9 and 22 are shown on the outside of each pair of homologues, and the points of rearrangement on the derivative chromosomes 9 and 22 from the translocation are indicated by black arrows. **B** Dual-colour, dual-fusion FISH strategy with probes for *ABL1* (9q34) and *BCR* (22q11.2). Representative interphase nucleus with abnormal *BCR::ABL1* dual-fusion signal pattern (white arrow) (one red normal *ABL1*, one green normal *BCR*, and two *BCR::ABL1* fusion signals indicating the 9;22 translocation). A normal nucleus is also present (two red signals for normal *ABL1* and two green signals for normal *BCR*). **C** Dual-colour, dual-fusion FISH strategy with probes for *ABL1* (9q34) and *BCR* (22q11.2). Representative interphase nuclei with three *ABL1* signals and no *BCR::ABL1* rearrangement (white arrow) (three red *ABL1* and two normal *BCR*, which may indicate gain of *ABL1* at 9q34 or rearrangement of one *ABL1* locus with a partner other than *BCR*). A normal nucleus is also present (two red signals for normal *ABL1* and two green signals for normal *BCR*). **D** Break-apart probe strategy for *ABL1* (9q34). Representative interphase nucleus with abnormal *ABL1* rearrangement signal pattern (white arrow) (one normal intact fusion signal, and one separated green 5′ *ABL1* and red 3′ *ABL1*; this confirms that the pattern of three *ABL1* signals shown in **C** represents one normal *ABL1* signal and *ABL1* rearrangement with a partner other than *BCR* for consideration as a separate subtype). A normal nucleus is also present (two intact fusion signals).

demonstration of the *BCR::ABL1* fusion; exclusion of cases of B-ALL in which *BCR::ABL1* is acquired as a secondary event during treatment or follow-up; exclusion of B-lymphoid blast crisis of CML.

### Staging
Not relevant

### Prognosis and prediction
Historically, B-ALL/LBL with *BCR::ABL1* fusion had a relatively poor prognosis, even with more liberal use of haematopoietic stem cell transplantation in first remission {1359}. Incorporation of TKIs in the treatment of B-ALL/LBL with *BCR::ABL1* fusion has significantly improved the long-term survival rates for this leukaemia, which are now surpassing those of *BCR::ABL1*-negative acute lymphoblastic leukaemia in several studies in adults. Measurable residual disease is a strong predictor of disease relapse and overall survival {3734,583,4567}. The goal of therapy now is to achieve undetectable *BCR::ABL1* transcript, with a sensitivity of 0.01%, which, if achieved, identifies patients with a favourable prognosis {3734,583,4567}. *IKZF1* alterations are associated with a poor response to TKIs and worse overall survival {2834, 1702,4151,3762}. Discrepancies in measurable residual disease monitoring may reflect different subgroup involvement {1644,2873}.





# B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1*-like features

Nardi V
Cassaday RD
Harris MH
Ketterling RP
Weinstock DM

### Definition
*BCR::ABL1*-like B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) is a neoplasm of lymphoblasts of B-cell lineage defined by DNA alterations that induce a phenotype similar to that of *BCR::ABL1*-positive B-ALL but lack the pathognomonic *BCR::ABL1* rearrangement.

### ICD-O coding
9819/3 B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1*-like features

### ICD-11 coding
2A70.Y & XH1D04 Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities & B-lymphoblastic leukaemia/lymphoma, *BCR-ABL1*-like

### Related terminology
*Acceptable:* Philadelphia-like (Ph-like) B-ALL; *BCR::ABL1*-like B-ALL/LBL.

### Subtype(s)
None

### Localization
B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).

### Clinical features
B-ALL/LBL with *BCR::ABL1*-like features has clinical features similar to those of other subtypes, but it more often has a high white blood cell count {3427}.

### Epidemiology
The fraction of B-ALL cases that have *BCR::ABL1*-like features ranges from 10–15% in children to 25–30% in adolescents and young adults and 20–25% in older adults. In patients with Down syndrome, the fraction of all B-ALL cases that are B-ALL/LBL with *BCR::ABL1*-like features is 50–60% {2833,1574,3426, 3397}. The M:F ratio for this subtype is about 2:1 {1705}.

### Etiology
No unique features

### Pathogenesis
B-ALL/LBL with *BCR::ABL1*-like features harbours mutations or rearrangements that constitutively activate JAK/STAT, ABL-class, or other kinase signalling pathways {3428,3427}. Approximately 50% of cases have rearrangements of *CRLF2* with IGH (t(X/Y;14)) or *P2RY8* (intrachromosomal deletion in the pseudoautosomal region of the X or Y chromosome) that lead to aberrant expression of CRLF2 {2833,1574,4500}. In these cases, additional mutations lead to constitutive JAK/STAT activation downstream of *CRLF2* and include CRLF2 p.F232C or activating mutations of *JAK1* (most commonly p.V658F), *JAK2* (most commonly codon R683) or *IL7R*. *JAK2* gene fusions occur in about 7% of cases of B-ALL with *BCR::ABL1* features, and *EPOR* rearrangements occur in about 5% {1701}. Alterations in *SH2B3*, *IL2RB*, and *TYK2* genes occur in about 7% of patients and also activate JAK/STAT. Distinct from these leukaemias are cases with rearrangements of ABL-class kinase genes (*ABL1*, *ABL2*, *CSF1R*, *PDGFRA*, *PDGFRB*, and *LYN*), RAS pathway activating mutations (in *KRAS*, *NF1*, and *PTPN11*), or uncommon fusions involving *NTRK3*, *PTK2B*, *FLT3*, and *FGFR1*. *IKZF1* deletions occur in about 70–80% of adult patients and about 40–60% of paediatric patients {4150,929}, particularly in fusion-positive cases. Copy-number aberrations in cell-cycle regulators (*CDKN2A/B*, *TP53*, *RB1*) and in genes involved in B-cell development (*ETV6*, *PAX5*, *EBF1*), as well as extra copies of chromosome 21 (or intrachromosomal amplification of chromosome 21 [iAMP21]) {386} are also recurrent. Cases with *CRLF2* rearrangements commonly harbour additional copies of the X or Y chromosome. Of note, some of these genetic alterations (e.g. *P2RY8::CRLF2*) can be subclonal and not the main driving force of the acute lymphoblastic leukaemia {1086,2774,4228}.




**Fig. 4.34** B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with *BCR::ABL1*-like features detected with a quantitative RT-PCR–based low-density array assay. Quantitative RT-PCR–based low-density array evaluates the expression levels of 15 previously described genes (and a control gene) shown to be associated with the diagnosis of B-ALL/LBL with *BCR::ABL1*-like features {1527}. A score based on a composite of the individual amplification curves is generated to determine whether the case shows expression levels at or above the validated threshold of positivity. The assay also screens for multiple fusions that would preclude the diagnosis of B-ALL/LBL with *BCR::ABL1*-like features and fusions that are commonly associated with B-ALL/LBL with *BCR::ABL1*-like features, such as *P2RY8::CRLF2*. In this example, there is increased expression of *CRLF2* and *P2RY8::CRLF2* compared with a negative control, consistent with a positive result in a patient with B-ALL/LBL with *BCR::ABL1*-like features due to del(X)(p22.33;p22.33) causing *P2RY8::CRLF2* rearrangement.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 111 of 195

## Macroscopic appearance
No unique features

## Histopathology
*Immunophenotype*
TSLPR (encoded by *CRLF2*) overexpression by flow cytometric analysis is a useful surrogate for *CRLF2* rearrangement {3975, 487}.

## Cytology
No unique features

## Diagnostic molecular pathology
Whole-transcriptome analysis was traditionally used to define B-ALL/LBL with *BCR::ABL1*-like features, but it is not routinely available as a clinical assay. Quantitative RT-PCR of selected gene sets may be a valid alternative for identifying a *BCR::ABL1*-like signature {1872}. Whether or not this initial screening is performed, the specific genetic alteration driving *BCR::ABL1*-like B-ALL/LBL should be identified because it could have therapeutic implications. In most cases of B-ALL/LBL with *BCR::ABL1*-like features, rearrangements are cytogenetically cryptic. However, cytogenetics and FISH can be used to rule out known molecular subgroups, which are usually mutually exclusive. Break apart FISH probes are available for identifying the major rearrangements (involving *ABL1*, *ABL2*, *CRLF2*, *JAK2*, and *PDGFRB* as 3′ partners). Similarly, multiplex RT-PCR can be used to rapidly detect the most common gene fusions. DNA and RNA sequencing can provide additional information on JAK/STAT and RAS pathway mutations, as well as detecting rarer rearrangements (e.g. *ETV6::NTRK3*, *FLT3* rearrangements). Co-occurrence of iAMP21 with additional driver abnormalities including *BCR::ABL1*-like features is rare. In such cases iAMP21 should take precedence, because additional fusions are regarded as secondary events {2255}.




**Fig. 4.35** B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1*-like features. Schematic illustration of representative fusions with *BCR::ABL1*-like features, and their functional domains and breakpoints. Dotted red lines indicate the breakpoints, and numbers denote amino acids (**A** {1034,3976}; **B** {1701}; **C** {3427,3428}). AB, actin-binding domain; CC, coiled-coil oligomerization domain; DB, DNA-binding domain; FG, phenylalanine glycine; HLH, helix-loop helix; IG, immunoglobulin-like domain; IPT/TIG, immunoglobulin-like fold, plexins, transcription factors / transcription factor immunoglobulin; KD, kinase domain; LisH, Lis homology; PARP, PARP catalytic domain; PB, paired-box domain; PD, pointed domain; SD, SANT DNA binding domains; SH, SRC homology domain; SN, sorting nexin, N-terminal; SSDB, single-stranded DNA binding domain; T II-A, topoisomerase II–associated protein; TD, transmembrane domain; TR, tetratricopeptide repeat; TRFH, telomeric repeat binding factor; ZF, zinc finger domain.




**Fig. 4.36** B-lymphoblastic leukaemia/lymphoma with *BCR::ABL1*-like features. B-lymphoblastic leukaemia with CRLF2 expression: flow cytometry dot plot and histogram. **A** B-lymphoblastic leukaemia blasts show moderate expression of TSLPR (CRLF2). **B** An overlay histogram shows TSLPR (CRLF2)-positive B-lymphoblastic leukaemia blasts (red peak) and negative lymphocytes (blue peak).

## Essential and desirable diagnostic criteria
*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330), demonstration of a *BCR::ABL1*-like gene expression signature and/or demonstration of major *BCR::ABL1*-like B-ALL/LBL-associated rearrangements.

## Staging
No unique features

## Prognosis and prediction
B-ALL/LBL with *BCR::ABL1*-like features is associated with high-risk clinical features, such as an elevated leukocyte count at diagnosis and a poor treatment response. B-ALL/LBL with *BCR::ABL1*-like features has a worse 5-year and overall survival, a higher likelihood of measurable residual disease at the end of induction therapy, and a higher likelihood of relapse than other B-ALL/LBL types {1774,3426,1571,558}. Cases lacking *IKZF1* alterations may have a better prognosis than those with *IKZF1* alterations {3427}. Measurable residual disease–directed treatment has been shown to improve outcomes in patients with B-ALL/LBL with *BCR::ABL1*-like features. Recent studies have shown promising outcomes for B-ALL/LBL with *BCR::ABL1*-like features with the addition of tyrosine kinase inhibitors directed against specific genomic lesions {4352,558,3962}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 112 of 195

# B-lymphoblastic leukaemia/lymphoma with *KMT2A* rearrangement

Harris MH
Cassaday RD
Ketterling RP
Weinstock DM

## Definition
B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with *KMT2A* rearrangement is a neoplasm of lymphoblasts of B-cell lineage defined by the presence of a rearrangement between *KMT2A* and one of the numerous fusion partners.

## ICD-O coding
9813/3 B-lymphoblastic leukaemia/lymphoma with *KMT2A* rearrangement

## ICD-11 coding
2A70.Y & XH8GG0 Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities & B-lymphoblastic leukaemia/lymphoma with t(v;11q23); *MLL*-rearranged

## Related terminology
*Not recommended:* B-lymphoblastic leukaemia/lymphoma with t(v;11q23), *MLL*-rearranged.

## Subtype(s)
None

## Localization
B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).

## Clinical features
B-ALL/LBL with *KMT2A* rearrangement has clinical features similar to those of other clinical subtypes, but it more often has a high white blood cell count. CNS involvement is also common at presentation.

## Epidemiology
B-ALL with *KMT2A* rearrangement accounts for 70–80% of leukaemia cases in infants aged < 1 year {3232}. It is less common in older children and then becomes increasingly common with age into adulthood.

## Etiology
The etiology is unknown. In infants and young children, the *KMT2A* rearrangement is typically acquired in utero {1275,1141}. *KMT2A* breakpoints predominantly occur within an 8.3 kb region that includes multiple repeat sequences, DNase hypersensitivity sites, and targets for topoisomerase II cleavage, although the specific factors that affect breakage remain undefined {131}.

## Pathogenesis
KMT2A (also known as MLL) is a histone H3 lysine 4 (H3K4) methyltransferase. Rearrangements typically delete the methyltransferase domain and fuse *KMT2A* to a gene involved in transcription elongation {2540}. This dysregulates both H3K4 and H3K79 methylation, resulting in upregulation of HOXA genes {3036}. *KMT2A* rearrangement may be sufficient to drive leukaemogenesis, although leukaemias may harbour alterations of epigenetic modifiers or MAPK genes, including *FLT3* {117}.

## Macroscopic appearance
No unique features

## Histopathology
There are no unique morphological features.

### *Immunophenotype*
Cases of B-ALL/LBL with *KMT2A* rearrangements, especially t(4;11), typically have a CD19+, CD10–, CD24– immunophenotype and are often positive for the myeloid markers CD15 and CD65s, as well as the neural/glial antigen CSPG4 (NG2) {1648, 3143,415,4545}. TdT negativity, which is uncommon in B-ALL/LBL overall, is also relatively frequent in B-ALL/LB with *KMT2A* rearrangement {2037}.




**Fig. 4.37** B-lymphoblastic leukaemia/lymphoma with *KMT2A* rearrangement. **A** Partial karyotype of chromosomes 4 and 11, indicating a t(4;11)(q21;q23.3) translocation (arrows). **B** Interphase nuclei with an abnormal *KMT2A* rearrangement signal pattern (one intact fusion signal, one red signal separated from one green signal indicating a break) using a *KMT2A* break-apart probe. **C** Interphase nucleus with an abnormal *KMT2A::AFF1* fusion signal pattern (one red signal for the normal *AFF1* gene, one green signal for the normal *KMT2A* gene, and two *KMT2A::AFF1* fusion signals indicating a translocation) using a *KMT2A::AFF1* dual-colour, dual-fusion probe.



### *Differential diagnosis*
In some cases, it may be possible to recognize distinct lymphoblastic and monoblastic populations, a finding that can be confirmed by immunophenotyping; at diagnosis, such cases should be considered B/myeloid mixed-phenotype acute leukaemia. B-ALL/LBL with *KMT2A* rearrangement may undergo a lineage switch after either conventional therapy or anti-CD19–directed therapy {3484,1004}.

## Cytology
No unique features

## Diagnostic molecular pathology
More than 90 different gene partners for *KMT2A* have been identified across all leukaemia types {2672}. The seven most common fusion partners account for > 90% of cases (see Table 4.11).

B-ALL/LBL with *KMT2A* rearrangement is suspected by translocations/inversions at 11q23 in chromosome studies but requires verification by FISH, RT-PCR, or next-generation sequencing evaluation. *KMT2A* rearrangements can be cryptic by karyotype and/or FISH studies and require next-generation sequencing evaluation, which exemplifies the variable and complex genomics that can occur with *KMT2A*, particularly in infant/paediatric leukaemia {2940,370}.

## Essential and desirable diagnostic criteria
*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); immunophenotyping by FACS and/or immunohistochemistry to explore a frequently present immunophenotype (negative for CD10, CD24, and TdT; positive for myeloid markers CD15, CD65s, and NG2); demonstration of *KMT2A* rearrangement by FISH and/or RT-PCR and/or next-generation sequencing analysis.
*Desirable:* identification of *KMT2A* rearrangement partner.




**Fig. 4.38** B-lymphoblastic leukaemia/lymphoma with *KMT2A* rearrangement. Schematic illustration of *KMT2A*-involved fusions, and their functional domains and breakpoints. The dotted red line indicates the breakpoint and the number denotes amino acids {464,1275,3761}. AHD, Anc1 homology domain; ATHs, N-terminal AT hooks region; BD, bromodomain; CHD, chromodomain helicase DNA-binding domain; CXXC, DNA-binding CXXC region; ELL, ELL binding domain; FYRC, FY-rich C-terminal domains; FYRN, FY-rich N-terminal domains; MBM, menin binding motif; MLLT1, MLLT1 binding domain; PHD, plant homeodomain fingers; SNL, subnuclear localization domains; YEATS, YEATS domain.

## Staging
No unique features

## Prognosis and prediction
B-ALL/LBL with *KMT2A* rearrangement generally has a poor prognosis compared with other genetic types across age groups. The relative risk associated with different *KMT2A* partners continues to be a topic of investigation {3403,3232, 3309}.

**Table 4.11** Common fusion partners in *KMT2A*-rearranged B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) {2672,3208}

| Fusion partner | Previous names | Cytogenetic band | Infant ALL/LBL | Paediatric ALL/LBL | Adult ALL/LBL | Karyotype | Other considerations |
|---|---|---|---|---|---|---|---|
| *AFF1* | *AF4, MLLT2* | 4q21.3-q22.1 | 49% | 44% | 80% | t(4;11)(q21;q23) | Most common partner in ALL/LBL across age groups |
| *MLLT3* | *AF9* | 9p21.3 | 16% | 18% | 2% | t(9;11)(p21;q23) or t(9;11)(p22;q23) | Also common in AML, particularly in paediatric and adult cases |
| *MLLT1* | *ENL* | 19p13.3 | 22% | 18% | 12% | t(11;19)(q23;p13.3) | Easy to miss by karyotype banding; common partner in T-ALL |
| *MLLT10* | *AF10* | 10p12.31 | 6% | 4% | 0% | t(10;11)(p12;q23) | Typically complex; genes in cis orientation |
| *AFDN* | *AF6, MLLT4* | 6q27 | 0% | 5% | 2% | t(6;11)(q27;q23) | Easy to miss by karyotype banding; common partner in T-ALL |
| *EPS15* | *MLLT5, AF-1P* | 1p32.3 | 2% | 2% | 1% | t(1;11)(p32;q23) | None |
| *AFF3* | *LAF4, MLLT2-like* | 2q11.2 | 0% | 2% | 0% | t(2;11)(q11;q23) | None |
| Total | | | 95% | 93% | 97% | | |

AML, acute myeloid leukaemia; T-ALL, T-lymphoblastic leukaemia.

# B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1* fusion

Kovach AE
Buldini B
Cazzaniga G
Inaba H
Ketterling RP
Locatelli F

## Definition
B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with *ETV6::RUNX1* fusion is a neoplasm of lymphoblasts of B-cell lineage defined by the presence of rearrangement between *ETV6* on chromosome 12p13.2 and *RUNX1* on chromosome 21q22.1.

## ICD-O coding
9814/3 B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1* fusion

## ICD-11 coding
2A70.Y & XH4KA2 Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities & B-lymphoblastic leukaemia/lymphoma with t(12;21)(p13;q22); *TEL-AML1* (*ETV6-RUNX1*)

## Related terminology
*Not recommended:* B-lymphoblastic leukaemia/lymphoma with t(12;21)(p13;q22); *TEL-AML1* (*ETV6-RUNX1*).

## Subtype(s)
None

## Localization
B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).




**Fig. 4.39** B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1* fusion. Abnormal FISH pattern with the *RUNX1* (21q22) (red) and *ETV6* (12p13) (green) probes in a metaphase cell and interphase nuclei (**inset**) in B-lymphoblastic leukaemia/lymphoma with t(12;21)(p13.2;q22.1)/*ETV6::RUNX1*. The probe set utilizes the extra-signal (ES)-FISH strategy, producing the two red, one green, and one fusion signal pattern (2R1G1F) in abnormal cells. In the metaphase cell, the fusion signal indicative of an *ETV6::RUNX1* translocation is shown on derivative chromosome 21 (top, yellow signal). In interphase nuclei, the normal cell (**inset**, left) shows two red and two green signals corresponding to normal copies of the *RUNX1* and *ETV6* genes, respectively, and the abnormal cell (**inset**, right) shows the 2R1G1F pattern, consistent with an *ETV6::RUNX1* rearrangement.

## Clinical features
No unique features

## Epidemiology
*ETV6::RUNX1* is the most common recurrent translocation in childhood B-ALL/LBL, representing approximately 25% of B-ALL/LBL cases diagnosed in patients aged 2–10 years {2538,3735,2620,1282}. It is extremely rare in adults and infants {2708,1771}.

## Etiology
The *ETV6::RUNX1* fusion has been identified in archival blood spots of neonates who go on to develop this leukaemia in childhood, and in as many as 5% of healthy newborns, suggesting that it is an early event necessary but not sufficient for leukaemogenesis {4369,3607}. There is no known specific environmental or immunological trigger {1399}.

## Pathogenesis
B-ALL/LBL with *ETV6::RUNX1* fusion appears to derive from a B-cell progenitor rather than a haematopoietic stem cell {574, 4153}. The *ETV6::RUNX1* fusion results in the production of a fusion protein that probably acts in a dominant negative fashion to interfere with the normal function of the transcription factor RUNX1 and other proteins {2801}. This leukaemia appears to have a unique gene expression signature {4495}, including a characteristic high RAG1 expression signature {659} and high levels of expression of IGF2BP3 {2491}; abnormalities of the intact *ETV6* allele {578}; and *PAX5*, JAK/STAT pathway, *EPOR*, and DNA methylation abnormalities {4152,4403,4153,1271}.

## Macroscopic appearance
No unique features

## Histopathology
There are no unique features.

### *Immunophenotyping*
Negative or partially positive CD9, CD20, and CD66c appear relatively specific for this subtype {419,909,1648}. A CD27-positive, CD44-low-to-negative immunophenotype is seen in B-ALL/LBL with *ETV6::RUNX1* fusion, as well as in B-ALL/LBL with *ETV6::RUNX1*-like features {4188,4081}. Myeloid-associated antigens, especially CD13 and CD33, are frequently expressed {257,3014,1033}.

## Cytology
Not relevant



## Diagnostic molecular pathology
The *ETV6::RUNX1* fusion is identifiable by FISH, RT-PCR, and RNA sequencing methods {468} and not readily identifiable by standard cytogenetics. Derivative chromosomes and other non-prognostic karyotypic changes may be present {171}. Co-occurrence of other recurrent genetic abnormalities in B-ALL/LBL is rare {1430,218,1019}.

## Essential and desirable diagnostic criteria
*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); demonstration of *ETV6::RUNX1* fusion.

## Staging
Not relevant

## Prognosis and prediction
B-ALL/LBL with *ETV6::RUNX1* fusion has a very favourable prognosis, in part due to chemosensitivity {1244}. Age, presenting white blood cell count, and measurable residual disease after induction chemotherapy are important prognostic factors, but this entity may still have better outcomes than other B-ALL/LBL types with these adverse factors {2589,1794}. Relapses often occur later than do those of other types of B-ALL/LBL. It has been suggested that some late relapses derive from persistent preleukaemic clones that harbour the translocation and undergo additional genetic events after the first leukaemic clone has been eliminated {1218}. Derivative chromosomes by karyotype do not appear to alter the prognosis. Patients with relapsed B-ALL/LBL with *ETV6::RUNX1* fusion have a considerable chance of rescue.




**Fig. 4.40** B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1* fusion. Schematic illustration of *ETV6::RUNX1* fusion and the functional domains and breakpoints. The dotted red line indicates the breakpoint, and the numbers denote amino acids {4547}. ETS, erythroblast transformation specific domain; p300ID, p300 HAT interacting domain; PD, pointed domain.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 114 of 195

# B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1*-like features

Kovach AE
Buldini B
Cazzaniga G
Inaba H
Ketterling RP
Locatelli F

## Definition

B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with *ETV6::RUNX1*-like features is a neoplasm of lymphoblasts of B-cell lineage characterized by a gene expression profile similar to that of B-ALL with *ETV6::RUNX1*, in the absence of the *ETV6::RUNX1* translocation.

## ICD-O coding

9814/3 B-lymphoblastic leukaemia/lymphoma with *ETV6::RUNX1*-like features

## ICD-11 coding

2A70.Y Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities

## Related terminology

*Acceptable:* B-ALL, *ETV6::RUNX1*-like.

## Subtype(s)

None



**Fig. 4.41** B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with *ETV6::RUNX1*-like features. Relationship of RNA sequencing gene expression signatures of B-ALL/LBL with *ETV6::RUNX1* and B-ALL/LBL with *ETV6::RUNX1*-like features. Compared with other B-ALL subtypes, B-ALL/LBL with *ETV6::RUNX1* rearrangement (yellow, *n* = 84) shares a unique distribution with B-ALL/LBL with *ETV6::RUNX1*-like features (red, *n* = 9) by t-distributed stochastic neighbour embedding (t-SNE) plot (*N* = 519).

## Localization

B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).

## Clinical features

No unique features

## Epidemiology

Like B-ALL/LBL with *ETV6::RUNX1* fusion, B-ALL/LBL with *ETV6::RUNX1*-like features is more frequent in childhood, representing 1–3% of B-ALL/LBL cases in this population {2342}, and uncommon in adults {3102}.

## Etiology

Unknown

## Pathogenesis

Combined *ETV6* and *IKZF1* rearrangements or deletions appear common and specific to this entity, and they may underlie an alternative mechanism for *RUNX1* disruption in place of an *ETV6::RUNX1* fusion {2835,3055,2342}. *ETV6* rearrangement partners in this category identified to date include *BCL2L14*, *BORCS5*, *CREBBP*, *MSH6*, *NID1*, and *PMEL* {2342}. *ARPP21* deletion may be a secondary genetic event {4530}.

## Macroscopic appearance

Not relevant

## Histopathology

### *Immunophenotype*

Like B-ALL/LBL with *ETV6::RUNX1* fusion, this type also demonstrates a CD27-positive, CD44-low-to-negative immunophenotype {4530}.

## Cytology

Not relevant

## Diagnostic molecular pathology

The optimal clinical methods for the identification of this entity have not yet been established {2298}. Like in B-ALL/LBL with *ETV6::RUNX1* fusion, a high *RAG1* signature {659} and *IGF2BP3* {2491} expression and a CD27-positive, CD44-low-to-negative immunophenotype {4530} are suggestive but not fully specific {1779}.

## Essential and desirable diagnostic criteria

*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); lack of *ETV6::RUNX1* translocation and other defined recurrent genetic abnormalities in B-ALL/LBL; gene expression profile similar to that of B-ALL/LBL with *ETV6::RUNX1*.

*Desirable:* demonstration of a recognized *ETV6* fusion partner, with or without associated *IKZF1* alterations; demonstration of CD27-positive / CD44-low-to-negative immunophenotype.

## Staging

Not relevant

## Prognosis and prediction

Because the number of patients identified as having B-ALL with *ETV6::RUNX1*-like features is small, the outcome of patients with this subtype is still undefined. However, several relapses have been reported {1794}. *IKZF1* deletions and other alterations may not confer an unfavourable prognosis in this context like they do in others {2835}. Further studies are needed to determine the outcome of patients affected by B-ALL/LBL with *ETV6::RUNX1*-like features.

# B-lymphoblastic leukaemia/lymphoma with *TCF3::PBX1* fusion

Kovach AE
Buldini B
Cazzaniga G
Harris MH
Inaba H
Ketterling RP
Locatelli F
Rabin KR

## Definition
B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with *TCF3::PBX1* fusion is a neoplasm of lymphoblasts of B-cell lineage defined by the presence of rearrangement between *TCF3* on chromosome 19 and *PBX1* on chromosome 1.

## ICD-O coding
9818/3 B-lymphoblastic leukaemia/lymphoma with *TCF3::PBX1* fusion

## ICD-11 coding
2A70.Y & XH3GU8 Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities & B-lymphoblastic leukaemia/lymphoma with t(1;19)(q23;p13.3); *E2A-PBX1* (*TCF3-PBX1*)

## Related terminology
*Not recommended:* B-lymphoblastic leukaemia/lymphoma with *E2A::PBX1*.

## Subtype(s)
None

## Localization
B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).

## Clinical features
There are no unique features (see *B-lymphoblastic leukaemias/lymphomas: Introduction*, p. 328).

## Epidemiology
B-ALL/LBL with *TCF3::PBX1* fusion is relatively common in children, accounting for approximately 5% of paediatric B-ALL/LBL cases, and it is rare in adults {496}.

## Etiology
Unknown

## Pathogenesis
The *TCF3::PBX1* fusion, usually resulting from t(1;19)(q23;q13.3), has been identified in 0.6% of healthy newborns {1548}, suggesting that like *ETV6::RUNX1*, *TCF3::PBX1* is an early lesion necessary but not sufficient for leukaemogenesis. The *TCF3::PBX1* fusion results in the production of a fusion protein that has an oncogenic role as a transcriptional activator; it also probably interferes with the normal function of the transcription factors encoded by *TCF3* and *PBX1* {2246}. Gene expression profiling studies have identified a signature unique to this lesion {4495}, and *PHF6* mutations have been described {4116}. Downstream WNT signalling and PI3K abnormalities have been implicated in pathogenesis {1059,1901}.



**Fig. 4.42** B-lymphoblastic leukaemia/lymphoma with *TCF3::PBX1* fusion. Sequencing reads obtained after PCR amplification and next-generation sequencing of the *TCF3::PBX1* fusion junction using cDNA obtained from leukaemia cells. The presence of chimeric reads with sequence from *TCF3* exon 16 and *PBX1* exon 3 confirms the presence of the abnormal *TCF3::PBX1* fusion in the leukaemic clone.



**Fig. 4.43** B-lymphoblastic leukaemia/lymphoma with *TCF3::PBX1* fusion. Schematic illustration of *TCF3::PBX1* fusion, and the functional domains and breakpoints. The dotted red line indicates the breakpoint, and the numbers denote amino acids {2246}. AD, activation domain; bHLH, basic helix-loop-helix domain; HD, homeodomain.

## Macroscopic appearance
Not relevant

## Histopathology
There are no unique morphological features.

## *Immunophenotype*
The abnormal B lymphoblasts show strong CD9 expression, dim to negative CD34 expression, and at least partial absence of CD20, in addition to CD19 and CD10 expression {418,1033}. Cytoplasmic mu heavy chain expression is frequently present but not entirely specific for this entity {1033}.

## Cytology
No unique features



**Fig. 4.44** B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with *TCF3::PBX1* fusion. Flow cytometry dot plots. B-ALL/LBL tumour cells (in red) show moderate CD19 and moderate CD10 expression (**A**), moderate CD9 but negative CD34 expression (**B**), and negative CD123 and negative CD20 expression (**C**).

## Diagnostic molecular pathology
The *TCF3::PBX1* fusion is detectable by karyotype, FISH, and molecular methods {238,468}. The functional fusion gene resides on chromosome 19, and there may be loss of the derivative chromosome 1 in a majority of cases, resulting in an unbalanced translocation on karyotype analysis. Molecular methods may help identify cryptic translocations {3550} as well as alternate fusion partners {3494}.

Importantly, B-ALL/LBL with *TCF3* partners other than *PBX1* are not included in this entity. *TCF3* break-apart FISH is not sufficient, as this will not distinguish between *TCF3::PBX1* and *TCF3::HLF*. B-ALL/LBL with *TCF3::HLF* rearrangement carries a poor prognosis and is classified separately. In addition, cases of B-ALL/LBL, commonly with hyperdiploidy, have a karyotypically identical t(1;19) that involves neither *TCF3* nor *PBX1* and should not be classified as B-ALL/LBL with *TCF3::PBX1* fusion.

## Essential and desirable diagnostic criteria
*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); demonstration of *TCF3::PBX1* rearrangement.

## Staging
Not relevant

## Prognosis and prediction
With modern intensive therapy, B-ALL/LBL with *TCF3::PBX1* fusion is associated with intermediate to relatively favourable clinical outcomes {496,1158,2352,4499,4315,3102,1794,4579,3401}. However, there may be an increased relative risk of CNS relapse in these patients {1795}. Relapsed patients appear to have a dismal prognosis.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 116 of 195

# B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion

Leventaki V
Cassaday RD
Harris MH
Ketterling RP
Weinstock DM

## Definition
B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with IGH::*IL3* fusion is a neoplasm of lymphoblasts of B lineage defined by the juxtaposition of the IGH enhancer and the *IL3* promoter, with characteristic peripheral blood and bone marrow eosinophilia.

## ICD-O coding
9817/3 B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion

## ICD-11 coding
2A70.Y & XH4ZL2 Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities & B-lymphoblastic leukaemia/lymphoma with t(5;14)(q31;q32); *IL3*-IGH

## Related terminology
None

## Subtype(s)
None

## Localization
B-ALL and B-LBL represent the same disease. B-ALL with IGH::*IL3* fusion always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330). Eosinophilic infiltrates can involve solid organs, including the lungs, heart (Loeffler endocarditis), and CNS, even without infiltration by leukaemic blasts {397,2069,1224}.



**Fig. 4.45** B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion. Bone marrow aspirate with increased eosinophils and eosinophilic precursors and a smaller population of lymphoblasts.




**Fig. 4.46** B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion. A partial karyotype showing t(5;14)(q31.1;q32) (arrows).

## Clinical features
The clinical presentation can be quite variable, including a typical presentation of B-ALL/LBL with increased blasts; asymptomatic eosinophilia with low or absent peripheral blood blasts; or clinical manifestations of hypereosinophilic syndrome with organomegaly, dyspnoea, skin involvement, neurological symptoms, thromboembolic events, and eosinophilic cardiomyopathy {4044,1224,4029}.

## Epidemiology
This is a very rare type (< 1%) of B-ALL/LBL, with only case reports or small case series described in the literature. Most reported cases are in children and young adults (median age: 14.3 years), with a male predominance {1224}.

## Etiology
Unknown

## Pathogenesis
The IGH::*IL3* fusion is most commonly due to a balanced t(5;14)(q31.1;q32) that joins the IGH enhancer (14q32) to the *IL3* gene promoter (5q31.1) {2627,1418}. This results in IL-3 overexpression that drives the leukaemic clone in an autocrine manner and induces eosinophil maturation in the bone marrow and reactive eosinophilia in the peripheral blood {2064,2069}.

## Macroscopic appearance
Not relevant

## Histopathology
The bone marrow may show partial infiltration by lymphoblasts in a background of increased eosinophils. Peripheral blood blasts may be low, with a normal or slightly decreased haemoglobin and platelet count {1224,4521}.

### *Immunophenotype*
The lymphoblasts show typical expression of CD19 and CD10. A subset of cases shows expression of myeloid markers, CD33 and/or CD13 {1348,1224}. Both lymphoblasts and eosinophils express the IL-3 receptor, CD123 {2069}.

## Cytology
Peripheral blood and bone marrow aspirate smears commonly show increased eosinophils and variable numbers of lymphoblasts.

## Diagnostic molecular pathology
The t(5;14)(q31.1;q32) translocation can be detected by karyotyping or FISH, but detection can be challenging in cases with a low blast count or a cytogenetically cryptic rearrangement. FISH for IGH rearrangement can be applied, but it is not diagnostic. Next-generation sequencing assays may identify IGH::*IL3* fusion with greater sensitivity {1435,1224}.

## Essential and desirable diagnostic criteria
*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); demonstration of IGH::*IL3* fusion.

## Staging
Not relevant

## Prognosis and prediction
There are too few cases to be certain about the prognosis. A small case series suggested an intermediate prognosis, with a poor response to treatment and high levels of measurable residual disease at the end of induction {1224}. Blast percentage at diagnosis is not considered to be a prognostic factor. An increase in eosinophils during and after treatment may suggest relapsed disease.



**Fig. 4.47** B-lymphoblastic leukaemia/lymphoma with IGH::*IL3* fusion. Dual-colour FISH. Representative interphase nucleus with abnormal IGH rearrangement signal pattern (one intact fusion signal [yellow arrow], and separated red and green signals indicating a disruption [red and green arrows]), using an IGH break-apart probe. A normal nucleus is also present with a normal IGH signal pattern (two intact IGH fusion signals [yellow arrows]).

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 117 of 195

# B-lymphoblastic leukaemia/lymphoma with *TCF3::HLF* fusion

Harris MH
Buldini B
Cazzaniga G
Kovach AE
Locatelli F
Rabin KR

**Definition**

B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with *TCF3::HLF* fusion is a neoplasm of lymphoblasts of B-cell lineage defined by the presence of rearrangement between *TCF3* at 19p13.3 and *HLF* at 17q22.

**ICD-O coding**

9818/3 B-lymphoblastic leukaemia/lymphoma with *TCF3::HLF* fusion

**ICD-11 coding**

2A70.Y Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities

**Related terminology**

*Not recommended:* B-lymphoblastic leukaemia/lymphoma with *E2A::HLF* fusion.

**Subtype(s)**

B-ALL/LBL with *TCF3::HLF* has a distinct transcriptional profile. Rare cases of B-ALL/LBL with *TCF4::HLF* cluster with B-ALL/LBL with *TCF3::HLF* {2301,1433}.

**Localization**

B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).




**Fig. 4.48** B-lymphoblastic leukaemia with *TCF3::HLF* rearrangement. Schematic illustration of *TCF3::HLF* and *TCF4::HLF* fusion, and their functional domains and breakpoints. The dotted red lines indicates the breakpoint, and the numbers denote amino acids {1684,2246,1196,2301}. AD, activation domain; bHLH, basic helix-loop-helix domain; IS, intronic sequence.

**Clinical features**

Patients often present with hypercalcaemia and coagulopathy {1728}. PTHrP plays a major role in the development of hypercalcaemia, resulting in impairment of renal function {1728}.

**Epidemiology**

B-ALL/LBL with *TCF3::HLF* fusion is rare across age groups (< 1% of childhood B-ALL cases) {1433}. Most reported cases have been in children; rare cases have been described in adults {3940,3102}.

**Etiology**

Unknown

**Pathogenesis**

The *TCF3::HLF* fusion couples the transactivation domains (TADs) of *TCF3* fused to the DNA-binding and dimerization domains of *HLF*. Expression of *TCF3::HLF* leads to transcriptional reprogramming towards an immature state. Accompanying genetic lesions, including deletion of B-cell differentiation genes (*PAX5*, *VPREB1*, or *BTG1*), deletions of *CDKN2A/B*, and mutations in signalling pathways driving proliferation, are frequently observed {1196}.

**Macroscopic appearance**

Not relevant

**Histopathology**

There are no unique morphological features.

*Immunophenotype*

CD19 expression is typically high {2817}, but this feature is not specific.

**Cytology**

Not relevant

**Diagnostic molecular pathology**

Karyotype, FISH, and molecular methods are useful in establishing the diagnosis. *TCF3* break-apart FISH is not sufficient, because it cannot distinguish between *TCF3::HLF* and *TCF3::PBX1*. RT-PCR requires multiple primers to cover alternative fusion variants {1684,3123,2270}. Next-generation sequencing of RNA, either of targeted panels or of the whole transcriptome, can identify all transcript variants.





**Essential and desirable diagnostic criteria**

*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); demonstration of *TCF3::HLF* fusion.

**Staging**

Not relevant

**Prognosis and prediction**

B-ALL/LBL with *TCF3::HLF* fusion is characterized by dismal outcomes and until recently was considered incurable despite treatment intensification and allogeneic haematopoietic stem cell transplantation {1196}. Relapse usually occurs early. In view of the high and homogeneous expression of CD19 on blasts of this leukaemia subtype, these patients may benefit from CD19-directed immunotherapy, including bispecific T-cell engager (BiTE) molecules and chimeric antigen receptor (CAR) T cells {2817,2394}. The BCL2 inhibitor venetoclax has shown promising results in preclinical models {1196,1236}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 118 of 195

# B-lymphoblastic leukaemia/lymphoma with other defined genetic alterations

Choi JK
Fisher KE
Greipp PT
Hodge JC
Hunger SP
Mejstrikova E
Yasuda T

## Definition

B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with other defined genetic abnormalities includes neoplasms of lymphoblasts of B-cell lineage defined by the presence of specific newly described or uncommon genetic drivers.

## ICD-O coding

9811/3 B-lymphoblastic leukaemia/lymphoma with other defined genetic alterations
9811/3 B-lymphoblastic leukaemia with *DUX4* rearrangement
9811/3 B-lymphoblastic leukaemia with *MEF2D* rearrangement
9811/3 B-lymphoblastic leukaemia with *ZNF384* rearrangement
9811/3 B-lymphoblastic leukaemia with *PAX5*alt
9811/3 B-lymphoblastic leukaemia with *PAX5* p.P80R
9811/3 B-lymphoblastic leukaemia with *NUTM1* rearrangement
9811/3 B-lymphoblastic leukaemia with *MYC* rearrangement

## ICD-11 coding

2A70.Y Other B-lymphoblastic leukaemia/lymphoma with recurrent genetic abnormalities

## Related terminology

*Acceptable:* B-cell lymphoblastic leukaemia/lymphoma NOS.
*Not recommended:* precursor B-lymphoblastic leukaemia/lymphoma; B-cell acute lymphoid leukaemia; B-lymphoblastic lymphoma.

## Subtype(s)

B-lymphoblastic leukaemia with *DUX4* rearrangement; B-lymphoblastic leukaemia with *MEF2D* rearrangement; B-lymphoblastic leukaemia with *ZNF384* rearrangement; B-lymphoblastic leukaemia with *PAX5*alt; B-lymphoblastic leukaemia with *PAX5* p.P80R; B-lymphoblastic leukaemia with *NUTM1* rearrangement; B-lymphoblastic leukaemia with *MYC* rearrangement




**Fig. 4.49** B-lymphoblastic leukaemia/lymphoma with other defined genetic alterations. Flow cytometric scatterplot of B-lymphoblastic leukaemia with *DUX4* rearrangement. CD371 is expressed by leukaemic blasts (red) and normal granulocytes (brown), but not normal B cells or mature lymphocytes (blue).

## Localization

B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).

## Clinical features

The presenting features are similar to those seen in other B-ALLs (see *B-lymphoblastic leukaemias/lymphomas: Introduction*, p. 328).

## Epidemiology

These represent approximately 10–15% of paediatric B-ALL/LBL cases and 20–35% of adult B-ALL/LBL cases {3102,1794}; the individual subtypes are detailed in Table 4.12.

## Etiology

Like for other types, the initiating causes of these B-ALL/LBLs are unknown. For some B-ALL/LBL with other defined genetic alterations, a genetic predisposition is suggestive. Susceptibility to B-ALL/LBL has been described in patients with germline variants in the haematopoietic transcription factor gene *PAX5* {3690,186,1026}.

## Pathogenesis

The development of B-ALL/LBL, like other cancers, occurs secondary to cumulative disruptions of key cell regulatory pathways {1485,437,1662}. In particular, most dysregulations involve genes for self-renewal, cell proliferation, apoptosis, differentiation, or their signalling pathways {2406,4595,2714,1501,2501}.

*DUX4* activates the cleavage-specific transcriptional programme during embryogenesis, but it is normally repressed in adult tissue except for testis {1552}. *DUX4* rearrangement induces ectopic DUX4 expression in immature B cells and promotes leukaemogenesis in murine experimental models {4489}. DUX4 overexpression results in loss of function of ERG, either by depletion or induced expression of a novel isoform, showing the interplay between DUX4 and ERG deregulation in leukaemogenesis in this subtype {4559}.

*MEF2D* encodes a transcription factor expressed throughout B-cell differentiation and involved in early B-cell development {1553,1561}. Chimeric proteins created by *MEF2D* fusion genes gain aberrant function mediated by the MEF2D transcriptional activation domain and confer haematopoietic self-renewal {1432}. Mouse transplantation assays show that MEF2D fusion proteins have leukaemogenic activity in murine pro-B cells {4489}. MEF2D fusion proteins alter the transcription of downstream genes, resulting in upregulation of pre-B-cell receptor components that contributes to B-cell proliferation and survival {3518,4563}.

*ZNF384* (*CIZ*) at 12p13.31 encodes a zinc finger transcription factor important for regulation of extracellular matrix genes {2882}. *ZNF384* rearrangements are understood to occur in a subset of haematopoietic stem cells {67,484}. More than 10 *ZNF384* translocation partners exist, including *EP300*, *TCF3*, *CREBBP*, *SMARCA2*, *TAF15*, and *ARID1B* {1433,2301,4532,1589,3687}. These cryptic translocations that fuse the *ZNF384* coding region in-frame to the partner gene forming the 3′ part of the fusion gene {4533} can be observed in both B-ALL and B/myeloid mixed-phenotype acute leukaemia with the same transcriptional profile, and both leukaemias demonstrate lineage plasticity at diagnosis and relapse {67}.

*PAX5* encodes a transcription factor that regulates numerous signalling, adhesion, migration, differentiation, and proliferation genes important for normal B-cell development {3608,3800}. *PAX5* mutations are frequently detected in the *TCF3::PBX1*, *BCR::ABL1*, and *BCR::ABL1*-like subtypes {3051,1127} and can be seen rarely in mature B-cell lymphomas {3283}. Current models propose that *PAX5* functions overall as a tumour suppressor gene and that its mutations, including p.P80R, reduce or abolish its normal function, thereby promoting B-cell leukaemogenesis {3690,1433}. The *PAX5*alt subtype accounts for about 7.5% of B-ALL cases and differs from B-ALL with *PAX5* p.P80R in its expression profile, immunophenotype, and prognosis in adults {1433,3102}. Most of the *PAX5*alt leukaemias have a diverse variety of *PAX5* alterations, including rearrangements, point mutations other than p.P80R, and intragenic amplifications {1433}. More than two dozen translocation partner genes have been reported, all of which create in-frame fusion proteins, with *PAX5::ETV6* being the most common. *PAX5* p.P80R mutations impair B-lymphoid development, and B-cell leukaemogenesis occurs when a second *PAX5* alteration is acquired {3690,1433}. Mutations of the second *PAX5* allele, via loss of heterozygosity or an additional *PAX5* mutation, are present in nearly all cases {1700}. Signalling pathway mutations (RAS and JAK/STAT pathway genes, *FLT3*, *BRAF*, and *PIK3CA*) are present in almost all *PAX5* p.P80R cases {1433}.

NUTM1 normally functions as a chromatin modifier by increasing histone acetylation in postmeiotic spermatogenic cells {3730}. *NUTM1* rearrangements occur in as many as one third of infant B-ALL cases that have germline *KMT2A* variants, and are associated with a favourable prognosis {1148}. The majority of the *NUTM1* coding sequence fuses in-frame to the 5′ portion of multiple different transcription factor or epigenetic regulator partner genes including *ACIN1*, *AFF1*, *ATAD5*, *BRD9*, *CHD4*, *CUX1*, *IKZF1*, *RUNX1*, *SLC12A6*, and *ZNF618* {117,1432,2301,1433,1629,4116,1148,1794,387}. These fusions result in aberrant NUTM1 overexpression that may potentially alter global chromatin acetylation {1629,2301}, conferring sensitivity to histone deacetylase inhibitors, and possibly to bromodomain inhibitors in *NUTM1::BRD9* fusion cases.

*MYC* encodes a transcription factor that regulates many genes important for proliferation, differentiation, apoptosis, and immune regulation in many cell types {48}. *MYC* is overexpressed or dysregulated in > 70% of human cancers and is actively studied as a target of precision therapy {3799,2468}. Within B-cell neoplasms, *MYC* overexpression, because of its translocation to the IGH, IGK, and IGL loci, occurs in Burkitt lymphoma, diffuse large B-cell lymphoma, and plasmablastic lymphoma {3906}. IGH::*MYC*, IGK::*MYC*, or IGL::*MYC* is detected in 0.1% and 4.3% of paediatric and adult B-ALL, respectively {2925,3102}.

**Table 4.12** B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with other defined genetic alterations: clinical and immunophenotypic features

| Subtype: B-ALL/LBL with... | Frequency at different ages: ≤ 15 years | 16–39 years | ≥ 40 years | Prognosis[a], children | Prognosis[a], adults | Immunophenotype |
|---|---|---|---|---|---|---|
| ***DUX4* rearrangement** {4489,2342,4559,3014,3613} | 4–5% | 8% | 3% | Good, high early MRD | Good | CD2+ (70%), CD13++, CD34++, CD38++, CD371+ |
| ***MEF2D* rearrangement** {3013} | 1–4% | 3% | 1% | Intermediate to poor | Intermediate to poor | CD10−, CD5, CD38+, cMu+ |
| ***ZNF384* rearrangement** {1589,1590} | 1–4% | 4% | 3% | Intermediate; dependent on partner | Intermediate | CD10− (73%), CD13+, CD33+, CD65−, CD15−, CD25+ (25%), myeloperoxidase− (+ in MPAL) |
| ***PAX5* alteration** {3690} | 3–9% | 9% | 3% | Intermediate | Poor | No association reported |
| ***PAX5* p.P80R** {3690} | 1–2% | 3% | 4% | Intermediate | Good | CD2+, CD33+, CD65−, CD15− |
| ***NUTM1* rearrangement** {3613,1629,387} | 1–2%; 3–5% in infants | 0% | 0% | Good to intermediate | Not applicable | No association reported |
| ***MYC* rearrangement[b]** {2925,3844} | < 1% | 1–2% | 2–3% | Intermediate | Poor | No association reported |

MPAL, mixed-phenotype acute leukaemia; MRD, measurable residual disease.
[a]The designations of poor, intermediate, and good are relative measures within each age group; for example, for B-ALL/LBL with *DUX4* rearrangement, the "good" prognosis reflects a 5-year event-free survival rate of 95% in children but only 80% in adults. Children ≤ 15 years, adolescents and young adults 16–39 years, adults ≥ 40 years. [b]B-ALL/LBL with *MYC* rearrangement in children is treated as Burkitt lymphoma at many institutions. In adults, diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements needs to be excluded.
Additional references, pertaining to multiple subtypes: {4116,3102,1794,1700,4116,1433,2388}.

## Macroscopic appearance
Not relevant

## Histopathology
There are no unique morphological features.

### *Immunophenotype*
*DUX4 rearrangement*
Expression of CD371 is seen in almost all cases and CD2 in a major subset {3014,3613}. Monocytic differentiation with expression of CD14, gain of CD45 and CD33, and loss of B-cell antigens is often seen early after induction therapy but may also be present at diagnosis.

*ZNF384 rearrangement*
Concurrent monocytic differentiation may be seen at diagnosis or early after induction therapy, and the distinction between B-ALL and mixed-phenotype acute leukaemia for this entity is unclear {67,4533}. It may be reasonable to consider cases where monocytic differentiation is seen on < 5% of the leukaemic cell population as B-ALL until more data emerge. See also *Acute leukaemia of ambiguous lineage with other defined genetic alterations* (p. 210).

## Cytology
There are no unique cytological features.

## Diagnostic molecular pathology
These subtypes are defined by their genetic abnormalities as detected by genomic sequencing (DNA or RNA) and/or expression profiling (see the sections on individual subtypes, and Table 4.13). Many cases have additional mutations, but these do not alter the subclassification or diagnosis. Criteria for definitive B-ALL types must not be met, because these frequently have similar mutations {1127,4116}.

### *DUX4 rearrangement*
Next-generation sequencing (RNA and/or DNA) is needed to detect *DUX4* rearrangement, mostly with IGH or *ERG* {4559, 4489,2342}. Detection of *DUX4* rearrangement by conventional cytogenetic approaches is challenging because of the repetitive nature of *DUX4* and the insertion of *DUX4* into the IGH locus {4559}.

### *MEF2D rearrangement*
RNA sequencing or RT-PCR is needed to detect the various *MEF2D* rearrangements, mostly with *BCL9* or *HNRNPUL1* {4489,1432}. These rearrangements are often cryptic on conventional karyotype analysis {1432}.

### *ZNF384 rearrangement*
Break-apart FISH or next-generation sequencing (RNA and/or DNA) is necessary to detect the classically cryptic *ZNF384* translocations {3687,1590}.

### *PAX5 p.P80R and PAX5alt*
Next-generation sequencing (RNA and/or DNA) is needed to detect the various *PAX5* mutations, consisting of sequence mutations, intragenic amplifications, and rearrangement with > 20 different partners {1433,4116}.

B-ALL with *PAX5* p.P80R is defined by acquired *PAX5* (NM_016734.3) missense mutations that result in a proline-to-arginine replacement at amino acid 80 (p.P80R) within the *PAX5* DNA-binding domain (DBD). Detection of *PAX5* p.P80R requires DNA sequencing methods. Structural rearrangements of chromosome arm 9p and/or 7p, as well as secondary mutations in signalling pathway genes (Table 4.13), are often observed {3153,1433}. *PAX5* p.P80R mutations appear mutually exclusive and are not reported in other B-ALL subtypes {4532}. Other *PAX5* alterations, including gene rearrangements, non-p.P80R sequence mutations, or focal intragenic amplifications, should be classified as B-ALL/LBL with *PAX5*alt, with the exception of *PAX5::JAK2* (Philadelphia [Ph] chromosome–like B-ALL) and *PAX5::ZCCHC7*, which occurs in cases with other class-defining alterations {1433}.

### *NUTM1 rearrangement*
Although karyotype analysis can identify a subset of *NUTM1* rearrangements with aberrations at 15q14, the exact band is often difficult to discern {117,387} and requires break-apart FISH with a *NUTM1* probe or RNA and/or DNA sequencing {1629, 1794,387}. Of note, *NUTM1* break-apart FISH was negative in a *SLC12A6::NUTM1* fusion case, probably because of a small inversion limiting signal separation {1629}.

### *MYC rearrangement*
Karyotype or FISH analysis can detect IGH::*MYC*, IGK::*MYC*, or IGL::*MYC*. Gene expression profiling of this B-ALL/LBL type is distinct from other B-ALL/LBL types {1433} and from Burkitt lymphoma {4265}.

**Table 4.13** B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) with other defined genetic alterations: genetics

| Subtype: B-ALL/LBL with... | Diagnostic genetics | Gene function | Additional mutations | References |
|---|---|---|---|---|
| ***DUX4* rearrangement** | *DUX4* rearrangement, overexpression, gene expression profile | Transcription factor | *ERG, IKZF1, KMT2D, TP53, ZEB2, TBL1XR1* | {3102,1794} |
| ***MEF2D* rearrangement** | *MEF2D* rearrangement, gene expression profile | Transcription factor | *PHF6, CDKN2A/B* | {3102,1794} |
| ***ZNF384* rearrangement** | *ZNF384* rearrangement, gene expression profile | Transcription factor | *NRAS, KRAS, PTPN11, EZH2,* KMT2 (*MLL2*), *ASH1L* | {3102,1794} |
| ***PAX5* alteration** | Expression profile cluster enriched with *PAX5* alterations | Transcription factor | *CDKN2A, RB1, BTG1, KDM6A, KMT2A, ATRX* | {1433,3102,1794} |
| **PAX5 p.P80R** | *PAX5* p.P80R, gene expression profile | Transcription factor | *NRAS, KRAS, IL7R, CDKN2A/B, IKZF1* | {3153,1433} |
| ***NUTM1* rearrangement** | *NUTM1* rearrangement, expression profile | Histone acetylation | *TP53, KRAS, CREBBP, KMT2D, SETD1B* | {2301,1433,387} |
| ***MYC* rearrangement** | *MYC* rearrangement, expression profile | Transcription factor | *BCL2, BCL6, NRAS, KRAS* | {4265,1700} |



## Essential and desirable diagnostic criteria
*Essential:* meets the general criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); demonstration of a specific genetic abnormality as defined in this section; absence of genetic mutations of other B-ALL/LBL types.
*Desirable:* in B-ALL/LBL with *DUX4* rearrangement, increased *DUX4* gene expression and/or demonstration of CD371 expression; in adult B-ALL/LBL with *MYC* rearrangement, exclusion of diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements.

## Staging
Not relevant

## Prognosis and prediction
As with other B-ALL/LBL types, the prognosis is influenced in part by the genetic mutations (see Table 4.12, p. 361), but other criteria such as age, white blood cell count, CNS status, early response to therapy, and additional mutations contribute. Of the types listed, *DUX4*-rearranged B-ALL/LBL has the best outcome, equating to a 5-year event-free survival rate of 95% in children versus 80% in adults {1433,3102,1794}, despite a poor measurable residual disease (MRD) response {2982, 2329}. The presence of *TP53* mutations in this subtype is associated with a poor prognosis {4116}. *MEF2D* rearrangement has an intermediate to poor outcome, with a 5-year overall survival rate of about 70% for children and about 30% for adults {1432, 3102}. Some cases with *DUX4* rearrangement, *PAX5* p.P80R, and *ZNF384* rearrangement may switch to monocytic lineage during therapy {2982}. In adults, *MYC*-rearranged B-ALL/LBL has an inferior outcome, with a 5-year overall survival rate of < 20% for adults {3844,3102}; it has been suggested that Burkitt lymphoma therapy may improve outcome {2325}. In children, *MYC*-rearranged B-ALL/LBL is usually treated with Burkitt lymphoma therapy and has a better outcome than the adult counterpart {2925,2675,4554}. The prognosis is likely to continue to change as new therapies are introduced and treatments are altered based on minimal/measurable residual disease detection {4002}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 120 of 195

# B-lymphoblastic leukaemia/lymphoma NOS

Choi JK
Cassaday RD
Chandy M
Harrison CJ
Kovach AE
Leventaki V
Nardi V
Saha V
Tembhare PR

## Definition

B-lymphoblastic leukaemia/lymphoma (B-ALL/LBL) NOS is a neoplasm of lymphoblasts of B-cell lineage that includes B-ALL/LBL cases that do not meet the criteria for any B-ALL/LBL types that are defined by defined genetic abnormalities.

## ICD-O coding

9811/3 B-lymphoblastic leukaemia/lymphoma, NOS

## ICD-11 coding

2A70.0 B-lymphoblastic leukaemia or lymphoma, not elsewhere classified

## Related terminology

*Acceptable:* B-cell lymphoblastic leukaemia/lymphoma NOS; pro-B lymphoblastic leukaemia; pre-B-lymphoblastic leukaemia; pro-/pre-B-lymphoblastic leukaemia; B-cell acute lymphoblastic leukaemia.

*Not recommended:* precursor B-lymphoblastic leukaemia/lymphoma; B-cell acute lymphoid leukaemia; B-lymphoblastic lymphoma; common precursor B-lymphoblastic leukaemia/lymphoma; common lymphoblastic leukaemia.

## Subtype(s)

None

## Localization

B-ALL and B-LBL represent the same disease. B-ALL always involves the bone marrow and usually also involves the peripheral blood. Extramedullary involvement is common and is by definition the primary site of involvement in B-LBL. For details, see *B-lymphoblastic leukaemia/lymphoma* (p. 330).

## Clinical features

No unique features

## Epidemiology

Currently, B-ALL/LBL-NOS represents approximately 5–10% of all B-ALL/LBLs, excluding definitive and provisional entities {3102,1794,2301,1433}. This proportion will likely decrease with the identification of additional genetic drivers.

## Etiology

Unknown

## Pathogenesis

B-ALL/LBL development probably involves cumulative dysregulations of key regulatory pathways of self-renewal, cell proliferation, apoptosis, differentiation, and/or their signalling pathways, many of which are in common among all B-ALL/LBL subtypes, including B-ALL/LBL-NOS {4595,2406,2714,1501,2501}.

## Macroscopic appearance

Not relevant

## Histopathology

No unique features

## Cytology

No unique features

## Diagnostic molecular pathology

Other definitive and provisional subtypes must be excluded through cytogenetic analysis (karyotype, FISH, chromosomal microarray), genetic sequencing (RNA, DNA), and/or gene expression profiling. Molecular profiling has identified rare but recurrent genetic alterations in cases currently classified as B-ALL/LBL-NOS {3102,2301,1433}.

## Essential and desirable diagnostic criteria

*Essential:* meets the diagnostic criteria for B-ALL/LBL (see *B-lymphoblastic leukaemia/lymphoma*, p. 330); does not meet criteria for any defined B-ALL/LBL types after comprehensive testing.

## Staging

No unique features

## Prognosis and prediction

In children, the prognosis of this group is intermediate, with a 5-year event-free survival rate of 86%, and probably encompasses B-ALLs with heterogeneous clinical behaviour {1794}.



# Preneoplastic and neoplastic small lymphocytic proliferations: Introduction

Naresh KN

The following sections cover chronic lymphocytic leukaemia / small lymphocytic lymphoma (CLL/SLL) and the broad group monoclonal B-cell lymphocytosis (MBL). The diagnosis of MBL (and its distinction from CLL/SLL) requires documentation of < 5 × $10^9$/L peripheral blood B cells in the absence of lymphadenopathy, organomegaly, and any feature diagnostic of another B-cell lymphoproliferative disorder or a lymphoma. MBL is further subtyped as low-count MBL or clonal B-cell expansion when the clonal B-cell count is < 0.5 × $10^9$/L and the B cells have a CLL/SLL phenotype; CLL/SLL-type MBL when the clonal B-cell count is ≥ 0.5 × $10^9$/L, the total B-cell count is < 5 × $10^9$/L, and the B cells have a CLL/SLL phenotype; and non-CLL/SLL-type MBL when the phenotype of the clonal B cells is not that of CLL/SLL. Most cases of non-CLL/SLL-type MBL have phenotypic features akin to marginal zone B cells {3694,3380,4448}. A tissue equivalent of CLL/SLL-type MBL is also recognizable in normal-sized lymph nodes with preserved architecture. Approximately 0.5–2% of individuals with CLL/SLL-type MBL progress to CLL/SLL each year.

A diagnosis of CLL/SLL can be made on a peripheral blood sample or on a biopsy of a lymph node or other tissues. Cytomorphological and immunophenotypic features are characteristic. Investigating patients for appropriate prognostic/predictive genomic biomarkers plays a major role in disease management. An accelerated form of CLL/SLL is recognized. In the peripheral blood, the accelerated form is recognized by the presence of > 15% prolymphocytes among all lymphocytes, and the disease is termed prolymphocytic progression; the presence of *TP53* alteration should be considered and a blastoid variant of mantle cell lymphoma excluded {1471,1083}. In lymph nodes and other tissues, the accelerated form is recognized by very large, prominent/confluent proliferation centres (broader than a 20× field) or high proliferation indexes (> 2.4 mitoses per proliferation centre or > 40% Ki-67+ cells in proliferation centres) and is termed histologically aggressive CLL/SLL; this should be distinguished from Richter transformation (RT) {1345}. RT can be clonally related or unrelated. Clonally unrelated RT has a favourable prognosis and is managed differently from clonally related RT. Comparative IG rearrangement studies on CLL/SLL-phase and RT samples are therefore recommended {2052,790A,1102}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 121 of 195

# Monoclonal B-cell lymphocytosis

Rawstron AC
Eichhorst B
Rai K
Rosenquist R
Rossi D
Shanafelt TD
Stamatopoulos KE
Stilgenbauer S
Wu CJ

## Definition
Monoclonal B-cell lymphocytosis (MBL) is an asymptomatic condition characterized by the presence of a monoclonal B-cell population in the absence of lymphadenopathy, organomegaly, and any features diagnostic of another B-cell lymphoproliferative disorder (B-LPD).

## ICD-O coding
9823/1 Monoclonal B-cell lymphocytosis, chronic lymphocytic leukaemia type
9591/1 Monoclonal B-cell lymphocytosis, non–chronic lymphocytic leukaemia type

## ICD-11 coding
4B0Y & XH73D5 Other specified immune system disorders involving white cell lineages & Monoclonal B-cell lymphocytosis, NOS
4B0Y & XH5M35 Other specified immune system disorders involving white cell lineages & Monoclonal B-cell lymphocytosis, non-CLL type

## Related terminology
None

## Subtype(s)
MBL, chronic lymphocytic leukaemia / small lymphocytic lymphoma (CLL/SLL) type; MBL, low count or clonal B-cell expansion (CLL/SLL type); MBL, non-CLL/SLL type



**Fig. 4.50** Monoclonal B-cell lymphocytosis (MBL). Peripheral blood sample from an 81-year-old man with an absolute lymphocyte count of $3.2 \times 10^9$/L, haemoglobin 157 g/L, platelet count 144, no palpable lymphadenopathy, and B cells $0.37 \times 10^9$/L: the chronic lymphocytic leukaemia / small lymphocytic lymphoma (CLL/SLL)-type MBL cells are coloured red, and normal polyclonal mature B cells are green; the CLL/SLL-type MBL cells are CD19+, CD20weak/+, light chain–/weak, CD5+, CD23+, CD200+, CD43+, CD79b–/weak, ROR1+, CD81–/weak, CD22+/weak, and CD25+.

## Localization
MBL is present in the peripheral blood and may be detectable in bone marrow and secondary lymphoid tissue.

## Clinical features
MBL is an asymptomatic condition and frequently found incidentally to other investigations. Symptoms of tiredness/fatigue, unplanned weight loss, night sweats, and an increased frequency of infections may be an initial reason for investigations. Their presence does not necessarily exclude a diagnosis of MBL if there are no other features of a haematological malignancy.

There is immune impairment to a varying degree in all subtypes of MBL, with suboptimal responses to vaccination and an increased risk of infection {2778,838,3693,4363,2827}.

## Epidemiology
The incidence and prevalence of MBL vary according to the sensitivity of diagnostic tests applied. High-sensitivity flow cytometry assays can detect CLL/SLL-type clonal B-cell expansion in as many as 5% of people aged 40–50 years, 5–25% of people aged 65–80 years, and 50–75% of people aged > 90 years {3378,1331,2960}. The reported incidence of CLL/SLL-type MBL may be up to half that of CLL/SLL, with a similar age distribution and a median age at diagnosis of 70–75 years {522,2203}. The geographical distribution of MBL appears to reflect the incidence of associated clinical disease types, with relatively low proportions of CLL/SLL-type monoclonal B-cell expansions reported in African, Eastern Mediterranean, and Western Pacific regions {75,3381,4451}.

## Etiology
The etiology is unknown. Genetic predisposition to CLL/SLL and CLL/SLL-type MBL is evident from family studies, with multiple SNPs associated with an increased risk of developing both {845,2046}.

## Pathogenesis
Highly similar stereotyped B-cell receptors are found in both CLL/SLL-type MBL and CLL/SLL but very rarely in low-count MBL, indicating that B-cell receptor signalling is likely to play a central role in the development of CLL/SLL-type MBL {4185,34}. Genomic aberrations and gene mutations prevalent in CLL/SLL can be found in CLL/SLL-type MBL, albeit at a lower frequency {3377,1147,2773,249,36}. Similarly, abnormalities central to post-germinal-centre B-LPD, such as *MYD88* mutations, are common in non–CLL/SLL-type MBL {1855}.

## Macroscopic appearance
Not relevant

## Histopathology
The cytomorphology of MBL is typically similar to that of CLL/SLL for CLL/SLL-type MBL, or centrocyte-like cells for non–CLL/SLL-type MBL. Cells with irregular nuclei, nucleoli, and larger cells (other than lymphoplasmacytic forms) should not be evident.

Bone marrow and lymph node investigations are not indicated for MBL. However, if a biopsy is taken for other reasons, then an infiltrate corresponding to MBL is likely to be detectable. By definition, lymph nodes are < 15 mm with preserved architecture and residual normal follicles. The CLL/SLL-type infiltrate can form diffuse, interfollicular, intrasinusoidal, perifollicular, or follicular-colonizing patterns, but proliferation centres are absent. The focal abnormal B-cell infiltrates are highlighted with CD5 expression and confirmed by other immunophenotypic features of CLL/SLL {742,1540,1340,1461}. Lymph node appearance in non–CLL/SLL-type MBL is not well characterized. In the bone marrow, lymphoid cells with a CLL/SLL phenotype may be visible as focal or interstitial aggregates {3365} and represent a median 20% of bone marrow cells (with a large range, reportedly to as high as 65%) {3479}. Patients with MBL typically have bone marrow involvement of < 30%, but even in cases with bone marrow involvement of > 30%, a primary diagnosis of CLL/SLL is not fulfilled unless peripheral blood B cell counts are ≥ $5 \times 10^9$/L or there is presence of lymph node enlargement {1472}.

### *Flow cytometry*
B-cell clonality is defined by an immunoglobulin light chain kappa-to-lambda ratio of > 3:1 or < 0.3:1, or by > 25% of mature B cells lacking surface immunoglobulin {2543}. The CLL/SLL phenotype is defined as coexpression of CD5 and CD23 on > 20% of the clonal CD19+ B cells, with weak expression of CD20 and immunoglobulin light chain (with "weak" defined as a median fluorescence intensity at least 20% lower than the median expression level by normal CD20+ peripheral blood B cells stained under the same conditions) and no CD10 expression. In addition, CD43, CD200, and ROR1 would typically be expressed on > 20% of clonal B cells, with weak or absent CD79b and CD81 coexpression {3379}. The immunophenotype of the abnormal B cells in non–CLL/SLL-type MBL is similar to that in marginal zone lymphoma or lymphoplasmacytic lymphoma, and the abnormal B cells are admixed with normal B cells. The abnormal B cells negative for CD5 and CD10 are usually identified by the different intensity in the expression of B-cell markers or light chains.

### *Differential diagnosis*
The main differential diagnosis is with CLL/SLL. The presence of monoclonal B cells without a CLL/SLL immunophenotype in the peripheral blood should trigger comprehensive clinical, imaging, and pathological lymphoma investigations.

The three subtypes are defined:

*Low-count MBL or clonal B-cell expansion:* Clonal CLL/SLL-phenotype B-cell count < $0.5 \times 10^9$/L with no other features diagnostic of B-LPD. The arbitrary threshold is based on the distribution of clonal B-cell counts in population studies compared with clinical cohorts {3380}.

*CLL/SLL-type MBL:* Monoclonal CLL/SLL-phenotype cell count ≥ $0.5 \times 10^9$/L and total B-cell count < $5 \times 10^9$/L with no other features diagnostic of CLL/SLL {2543}. The threshold of < $5 \times 10^9$/L is arbitrary but identifies a group with a very low likelihood of requiring treatment compared with individuals with B-cell counts of 5–10 × $10^9$/L {3694}.

*Non–CLL/SLL-type MBL:* Any monoclonal non–CLL/SLL-phenotype B-cell expansion with no symptoms or features diagnostic of another mature B-cell neoplasm. The majority of cases have features consistent with a marginal zone origin {4448}. Thresholds have yet to be formally defined.

## Cytology
Not applicable

## Diagnostic molecular pathology
There are no molecular abnormalities diagnostic of MBL. The spectrum of molecular abnormalities overlaps with related conditions, with 13q14 deletions being common in CLL/SLL-type MBL and *MYD88* mutation in non–CLL/SLL-type MBL. *TP53* mutation/deletion may be detectable in a small proportion of cases but does not necessarily confer an increased risk of progression {249,36,3377,2773,1147}.

## Essential and desirable diagnostic criteria
*Essential:* demonstration of a monoclonal B-cell population (light chain restriction or lack of surface light chain expression by flow cytometry, or monoclonal IG gene rearrangement with a peripheral B-cell count of < $5 \times 10^9$/L); absence of lymphadenopathy, organomegaly, and any features diagnostic of another B-LPD; for low-count MBL / clonal B-cell expansion: clonal B-cell count < $0.5 \times 10^9$/L and typical CLL/SLL phenotype; for CLL/SLL-type MBL: clonal B-cell count ≥ $0.5 \times 10^9$/L and typical CLL/SLL phenotype; for non–CLL/SLL-type MBL: any clonal B-cell expansion without the typical CLL/SLL phenotype.

*Desirable:* expression patterns that would be atypical for CLL/SLL (e.g. strong CD20 / CD79b / CD81 / surface immunoglobulin, or weak/undetectable CD43/CD200/ROR1 expression) may also warrant further investigation to exclude other B-LPDs.

## Staging
Not relevant

## Prognosis and prediction
Progression to CLL/SLL occurs in approximately 0.5–2% of individuals with CLL/SLL-type MBL per year. The risk of progression to CLL/SLL is higher if the clonal B cell count is > $3 \times 10^9$/L, but very low if it is < 1–1.5 × $10^9$/L {3377,3694}. In addition to the absolute B-cell count, unmutated IGHV genes and serum B2M > 3.5 g/L are associated with more rapid time to first treatment and shorter overall survival {3377,3479,3136}. Low-count MBL / clonal B-cell expansion is associated with a negligible risk of developing CLL/SLL in general, but it can occur in familial CLL/SLL {838,3760}. If disease progression is suspected (e.g. there is new lymphadenopathy with stable clonal B-cell counts), a full evaluation is required in order to investigate the possibility of an unrelated lymphoma or other disease.

# Chronic lymphocytic leukaemia / small lymphocytic lymphoma

Naresh KN
Akinola NO
Burger JA
Chiattone C
Chiorazzi N
Eichhorst B
Ferry JA
Geddie WR
Rai K
Rawstron AC
Rosenquist R
Rossi D
Slager SL
Stamatopoulos KE
Stilgenbauer S
Varghese AM
Wu CJ
Yang SM

## Definition

Chronic lymphocytic leukaemia / small lymphocytic lymphoma (CLL/SLL) is a B-cell lymphoma comprising monomorphic small mature B cells that frequently coexpress CD5 and CD23. A peripheral blood diagnosis of chronic lymphocytic leukaemia (CLL) requires a B-cell count of ≥ 5 × $10^9$/L, with the characteristic morphology and immunophenotype. A tissue-based diagnosis of small lymphocytic lymphoma (SLL) requires organ enlargement (e.g. lymphadenopathy > 15 mm) and its infiltration by the above neoplastic B cells. Although CLL and SLL represent the same disease, the latter term is used for cases with < 5 × $10^9$/L circulating B cells and nodal, splenic, or other extramedullary involvement.



*Deletion
*SNV/indel

**Fig. 4.51** Chronic lymphocytic leukaemia / small lymphocytic lymphoma genetics. Affected pathways and cellular processes in chronic lymphocytic leukaemia include DNA damage response (*ATM, TP53, SAMHD1, POT1*), cell cycle (*CCND2, CDKN2A*), RNA splicing and metabolism (*SF3B1, U1, DDX3X, XPO1, RPS15, ZNF292, NXF1, MED12, CNOT3*), B-cell transcription (*MGA, IKZF3, IRF4, BCOR, EGR2, PAX5*), and chromatin modifiers (*CHD2, SETD2, ZMYM3, SETD1A, ASXL1, ARID1A*). Mutations also cluster around microenvironment-dependent signalling pathways, such as those involving NOTCH1 (*NOTCH1, FBXW7, SPEN*), BcR (*KLHL6*), toll-like receptors (*MYD88*), the MAPK/ERK pathway (*KRAS, NRAS, BRAF, MAP2K1, PTPN11*), and NF-κB (*TRAF2, TRAF3, BIRC3, NFKBIE, NFKB2*) {2210,501,3307}. Black asterisks denote recurrent single nucleotide variants (SNVs) and indels, and red asterisks deletions. BcR, B-cell receptor; TLR, toll-like receptor.

## ICD-O coding

9823/3 Chronic lymphocytic leukaemia / small lymphocytic lymphoma

## ICD-11 coding

2A82.0Z Chronic lymphocytic leukaemia or small lymphocytic lymphoma

## Related terminology

*Acceptable:* B-cell chronic lymphocytic leukaemia / small lymphocytic lymphoma

## Subtype(s)

None

## Localization

CLL/SLL involves the peripheral blood, bone marrow, and lymphoid tissues such as lymph nodes, spleen, and tonsils. Less frequently, extranodal sites such as the liver, skin, CNS, kidney, pleura, and bones may be involved {3371}. In rare cases, CLL/SLL may be detected in the parotid gland, lacrimal glands, tongue, ocular structures, prostate, lung, pericardium, or intestinal mucosa, and it may accompany other pathologies at these sites {3572}.

## Clinical features

Patients may be asymptomatic initially, with the diagnosis only being established with a demonstration of lymphocytosis, lymphadenopathy, or splenomegaly. Symptoms related to cytopenia (anaemia, thrombocytopenia, and rarely neutropenia, due to bone marrow infiltration or autoimmune mechanisms), recurrent infections (due to hypogammaglobulinaemia but also defective cellular immunity), lymphadenopathy, and/or splenomegaly may occur at presentation or subsequently. Constitutional B symptoms (chronic fatigue, unplanned weight loss of > 10% of body weight over a period of 6 months, fever of unknown origin, and/or night sweats) may occur at any disease stage and can indicate progressive disease or Richter transformation (RT) {1605,3572}. Rapid and asymmetrical growth of lymph nodes or one or more extranodal masses is also suggestive of transformation {3481}. About 15% of patients have low-level IgM or IgG paraproteinaemia at diagnosis {803}, and 25% of patients who have normal IgG levels will develop hypogammaglobulinaemia during long-term follow-up {3135}.

## Epidemiology

CLL/SLL is most common in fair-skinned populations, with an age-adjusted incidence of 4.9 cases per 100 000 person-years. It is much less common in Asian and Latin American populations, with age-adjusted incidence rates of 0.1–0.5 and 0.5–1.4 cases per 100 000 person-years, respectively. The incidence among African people is unknown {3685,708,2263,2694,704,2065,263}. The median age at diagnosis in fair-skinned populations (≥ 70 years) is higher than in Asian and African people (58–62 years). There is a male predominance in Europe and the USA (M:F ratio: 1.5–2.1:1), whereas in Asian and African populations, the ratio is variable {4486}.

## Etiology

The etiology is unknown. A family history of CLL is a risk factor for developing CLL and monoclonal B-cell lymphocytosis {2046,466}. Cancer registry data suggest that family members of patients with CLL or related lymphomas, such as lymphoplasmacytic lymphoma and mantle cell lymphoma {3867}, have a 5- to 8-fold increased risk of CLL. These studies support an inherited genetic contribution to CLL etiology. To date, large genome-wide association studies among individuals of European ancestry have identified > 40 SNPs associated with the risk of CLL {941,844,2047,2046}. The effect of each individual SNP on CLL risk is small (1.1- to 1.8-fold risk). However, when combining them into a polygenic risk score, individuals in the top quintile have a 2.5-fold increased risk of CLL compared with individuals in the middle quintile {2046,2047}.

## Pathogenesis

The cellular origin of CLL/SLL remains unclear; however, transcriptomic and epigenetic analyses suggest that CLL/SLL cells most closely resemble antigen-experienced, memory-like B cells {2126,2992}. CLL/SLL could derive from normal B cells differentiating via follicular or extrafollicular maturation pathways, reflected by the presence or absence of somatic hypermutation (SHM), respectively {2941,1072}.

### Microenvironment

The centrality of CLL/SLL microenvironment interactions in the development of CLL/SLL is highlighted by the therapeutic efficacy of kinase inhibitors targeting the B-cell receptor (BCR)-related kinases (i.e. Syk, BTK, and PI3K). Of these, BTK has emerged as the most effective therapeutic target {491,493}.

CLL/SLL cell growth occurs in proliferation centres (PCs) within lymph nodes, where they interact with T helper cells, mesenchymal stromal cells, and macrophages called nurse-like cells, leading to BCR signalling {1570,1562,494}. The BCR and its downstream signalling molecules are central drivers of CLL/SLL cell growth.

Untreated CLL/SLL lacks activating BCR pathway mutations. Instead, BCR activation follows the principles of normal B lymphocytes, with dependence upon the BCR's interactions with antigens. The BCRs bind microbial antigens and autoantigens or engage each other in homotypic interactions, leading to cell-autonomous BCR signalling {741,1575,2217,1017,2689}. Skewed IG gene usage in CLL/SLL culminates in BCR stereotypy, which is the presence of (quasi-)identical BCRs in unrelated patients {1107,2667,3816}. Different BCR stereotypes are found in as many as 41% of patients with CLL/SLL, supporting the notion that CLL/SLL cells bearing BCRs specific for discrete antigens have a significant selection benefit {33}.

The relevance of BCR signalling for CLL/SLL cell proliferation is also underscored by associations between the SHM status of the rearranged IGHV gene utilized in clonotypic BCRs and clinical outcomes. CLL/SLL patients with IGHV genes bearing few or no SHMs (IGHV-unmutated CLL/SLL) typically experience more aggressive disease than those with IGHV genes bearing significant SHM loads (IGHV-mutated CLL/SLL) {861,1478,713}.

### Genetics

The genomic landscape of CLL/SLL is very heterogeneous, lacking a unifying genetic lesion. The most frequent chromosomal aberrations are del(13q), del(11q), (del(17p), and trisomy 12. Occurring in 50–60% of patients, del(13q) removes the *DLEU2*-miR-15-16 cluster, which regulates the expression of antiapoptotic and cell-cycle regulatory proteins {2045,749}. Del(11q), detected in 10–20% of patients, removes *ATM*, whereas del(17p) (in 5–10% of patients) results in loss of *TP53*. Trisomy 12 occurs in 15–20% of patients, although the genes involved remain unknown {2210,501,3307}. The most frequently mutated genes in CLL/SLL at the time of first treatment are




**Fig. 4.52** Chronic lymphocytic leukaemia (CLL) microenvironment. The tissue microenvironment activates multiple signalling pathways in CLL. CLL cells proliferate in the microenvironment of secondary lymphatic organs (i.e. lymph nodes, spleen). CLL cells engage in crosstalk with non-malignant cells that constitute the microenvironment. Nurse-like cells (NLCs), which are CLL-associated macrophages (Mϕ), and T lymphocytes are important elements of the microenvironment. B-cell receptor (BCR) activation and downstream signalling promote the proliferation and survival of CLL cells. BCR signalling is activated in secondary lymphatic organs after engagement of the BCR with soluble or surface bound antigens (Ag). An alternative mechanism of BCR activation is through homotypic interactions between two BCR molecules (red star, upper-left corner). Other molecules that contribute to survival and proliferation are BAFF and APRIL (also known as also known as TNFSF13), which are expressed by NLCs and activate corresponding receptors on CLL cells (BAFFR), (BCMA), and TACI (TNFRSF13B). Activated T helper cells express CD154 (CD40L), which can promote the growth of CLL cells via CD40 engagement. NLCs and other stromal cells secrete chemotactic factors (chemokines, e.g. CXCL12 and CXCL13), which attract and retain CLL cells within the tissue compartment by engaging corresponding chemokine receptors (CXCR4, CXCR5) on CLL cells. The primary target of the BTK inhibitors is BCR signalling. However, BTK also plays a role in the signalling of other surface receptors, such as chemokine receptors and adhesion molecules (integrins). Furthermore, BTK is expressed not only by B cells but also by bystander cells in the microenvironment, such as in NLCs. Thus, BTK inhibitors disrupt several CLL–microenvironment interactions. Disrupted signalling of chemokine receptors and adhesion molecules explains the redistribution lymphocytosis that is characteristically seen in patients with CLL treated with BTK inhibitors.



**Fig. 4.53** Chronic lymphocytic leukaemia in peripheral blood in a patient with asymptomatic lymphocytosis. Total B-cell count = 5.8 × 10⁹/L. The upper-left scatter plot shows CD45 expression against side scatter (SSC-A) of all leukocytes with chronic lymphocytic leukaemia cells (blue), T cells (red), monocytes (light blue), and granulocytes (light green). The other scatter plots show antigen expression on the gated T-cell and B-cell lymphocyte populations and also include NK cells (green) and normal polyclonal B cells (orange). Note the characteristically low CD5 mean fluorescence intensity typical of chronic lymphocytic leukaemia (lower-right scatter plot).

*NOTCH1* (10–15%), *ATM* (10–15%), *SF3B1* (10%), *TP53* (5–10%), and *BIRC3* (5%) {2210,3307}.

Collectively, gene mutations impact diverse pathways and cellular programmes. The frequencies and patterns of chromosomal abnormalities and mutations differ according to IGHV gene SHM status and among different subsets of patients with distinct stereotyped BCR (see Table 4.14) {3307,3890}. Cases presenting as SLL have trisomy 12 more frequently than do those presenting as CLL (37% vs 15–20%), but they show the same distribution of driver gene mutations {2556}.

Progressing cases rarely acquire new genetic lesions after watch-and-wait management, but large clonal shifts in CLL/SLL can occur after treatment {1428,1438,3646}. Chemoimmunotherapy leads to frequent *TP53* aberrations (20–30%), *MYC* gain (15%), and *CDKN2A* loss (10%) in CLL/SLL cells, and these are often seen at relapse {1042,2210,3632}.

The genetics of histologically aggressive CLL/SLL is poorly understood. Trisomy 12 and del(17p) are more frequent in cases with enlarged PCs {1345,748}. Diffuse large B-cell lymphoma (DLBCL) transformed from CLL/SLL (i.e. clonally related RT) shows greater molecular heterogeneity and complexity than CLL/SLL, a mutation profile different from that of de novo DLBCL, a lack of specific recurrent genetic alterations causing transformation, and either linear or branching evolution {1103,706,3480,2052}. Genetic aberrations commonly involve *TP53* mutations and/or del(17p) (60–70% of cases), *NOTCH1* mutations (30%), activation of *MYC* by translocation, amplification or mutation (30%), and 9p21 deletion affecting *CDKN2A* (20%). One or more of these abnormalities is present in 90% of RT cases, typically acquired at transformation {1103,3478,3480,706}.

### *Epigenetics*

Although the CLL/SLL DNA methylome reflects the cell of origin, it is also characterized by disease-specific changes. Distinct CLL/SLL subtypes bearing distinct DNA methylation signatures have been identified: one similar to germinal centre–experienced B cells, termed memory-like CLL (m-like CLL); and another resembling germinal centre–inexperienced B cells, termed naïve-like CLL (n-like CLL) {2146,2992,2145,3323,514}. The m-CLL and n-CLL subsets have prognoses that correspond largely to IGHV-mutated CLL/SLL and IGHV-unmutated CLL/SLL, respectively {2992,2523}. A third group with an intermediate DNA methylation profile has an intermediate prognosis {2145,2992}. Recent studies show that CLL with an intermediate DNA methylation profile is enriched for stereotyped subset #2 (IGHV3-21/IGLV3-21) and IGLV3-21R110, which are associated with a more aggressive clinical course; the remaining cases of CLL with an intermediate DNA methylation profile mostly belong to IGHV-mutated CLL/SLL and follow a more indolent disease course {2865,348}. Although the DNA methylation profiles remain relatively stable in patients with untreated CLL/SLL, those with progressive/relapsing disease display a higher degree of epigenetic changes and evolution, parallel to the genetic evolution {514,4082,2991}.

## Macroscopic appearance

Not relevant

## Histopathology

### *Peripheral blood and bone marrow aspirate*

Bone marrow and peripheral blood smears typically show small lymphoid cells with clumped chromatin; indistinct or absent nucleoli; and scant, pale to lightly basophilic cytoplasm. Nuclear chromatin can have a cracked-mud or soccer-ball patch-like pattern. Smudge cells are common in blood smears.

**Table 4.14** Genetic and clinical features according to IGHV gene somatic hypermutation status and B-cell receptor IG stereotypy

| Feature | M-CLL | U-CLL | B-cell receptor stereotyped subset | | | |
|---|---|---|---|---|---|---|
| | | | #1 | #2 | #4 | #8 |
| Frequency | 50–60% | 30–40% | 2.2% | 2.5% | 0.9% | 0.5% |
| Immunogenetic features | < 98% identity to germline | > 98% identity to germline | IGHV1/5/7 / IGKV1(D)-39 (U-CLL) | IGHV3-21 / IGLV3-21 (M-CLL and U-CLL) | IGHV4-34 / IGKV2-30 (M-CLL) | IGHV4-39 / IGKV1(D)-39 (U-CLL) |
| Chromosomal alterations | del(13q), trisomy 12 | del(11q), del(17p), trisomy 12 | del(11q), del(17p) | del(13q), del(11q) | del(13q) or none | Trisomy 12 |
| Gene mutations | *MYD88, CDH2* | *TP53, ATM, SF3B1, NOTCH1, EGR2*, etc. | *TP53, NFKBIE, NOTCH1* | *SF3B1, ATM* | None | *NOTCH1* |
| Clinical features | Long TTFT/OS | Short TTFT/OS | Short TTFT/OS | Short TTFT/OS | Long TTFT/OS | Short TTFT/OS High risk of RT |

M-CLL, chronic lymphocytic leukaemia with mutated IGHV status; OS, overall survival; RT, Richter transformation; TTFT, time to first treatment; U-CLL, chronic lymphocytic leukaemia with unmutated IGHV status.





**Fig. 4.54** Chronic lymphocytic leukaemia / small lymphocytic lymphoma, peripheral blood. **A** Peripheral blood film in chronic lymphocytic leukaemia showing small lymphoid cells with scant cytoplasm and nuclei with coarsely clumped chromatin. Smudge cells are seen in the background. **B** Prolymphocytes are larger and have more abundant cytoplasm, larger nuclei, and a single central prominent nucleolus.

### *Bone marrow core biopsy*

Marrow involvement may be nodular, interstitial, diffuse, or a combination of the three. Paratrabecular and intrasinusoidal aggregates are not typical; there is usually a spared paratrabecular zone where normal marrow remains, even in heavily involved marrow. Infiltration patterns correlate with prognosis: nodular and interstitial patterns are seen mainly in early CLL/SLL, whereas a diffuse pattern is seen in advanced disease and is associated with bone marrow failure {2716,2760,222}. PCs are less common in bone marrow than in lymph nodes but are reported in about 10% of cases {1291}. Immune-related cytopenia is associated with a normal or increased proportion



**Fig. 4.55** Chronic lymphocytic leukaemia / small lymphocytic lymphoma involving bone marrow. **A** Bone marrow core biopsy in chronic lymphocytic leukaemia showing intertrabecular nodular aggregates of small lymphoid cells. **B** There is a predominance of small cells with oval to irregular dark nuclei and scant cytoplasm. A few medium-sized prolymphocytes with open chromatin and distinct nucleoli are intermixed. **C** The neoplastic cells are weakly CD20+ by immunohistochemistry. **D** Neoplastic B cells are weakly to moderately LEF1+ by immunohistochemistry.



Fig. 4.56 Chronic lymphocytic leukaemia / small lymphocytic lymphoma. Lymph node involved by chronic lymphocytic leukaemia, showing prominent proliferation centres.

of the affected lineage's cells without dysplastic features {4085, 2782,4240}. Pure red cell aplasia (either immune-related or viral infection-related) is characterized by a near-complete absence of erythroid precursors {4085}.

### Lymph node

Lymph nodes are enlarged with diffuse infiltration of small lymphoid cells, often with variably prominent pale-staining PCs containing larger cells (either prolymphocytes or paraimmunoblasts, which are larger cells with round to oval nuclei, dispersed chromatin, central nucleoli, and pale cytoplasm), and may be entirely or partially effaced. Neoplastic B cells are slightly larger than normal mature B cells and have clumped chromatin within round, occasionally irregular nuclei. Mitoses are infrequent. PCs contain a spectrum of small lymphoid cells, medium-sized prolymphocytes, and paraimmunoblasts {399,2274}. Plasmacytic differentiation can be seen, but it is rare {3907}.

### Spleen

White pulp involvement is usually prominent, but the red pulp can be infiltrated. Diffuse infiltration leads to loss of distinction between the red and white pulp.

### Immunophenotype by flow cytometry

By flow cytometry, neoplastic cells are typically monotypic surface IgM dim+, IgD+/– (IgG+ in ~10% of cases), CD19+, CD5+, CD23+, CD43+, CD200+, CD20 dim+, CD11c variable, CD10–, CD79b–, FMC7–, CD25–, and CD103–, along with showing light chain restriction (dim expression). Atypical immunophenotypes (e.g. CD5–, CD23–, FMC7+, CD79b+, or strongly expressed surface immunoglobulin) are known {839, 2599,2119}. In such cases, other small B-cell lymphomas must be carefully excluded. Strong expression of CD200 and ROR1 {4117,1139} and an absence of CD81 expression {30} characterize CLL. Expression of CD38 and CD49d is associated with a worse prognosis {920}. A major consensus effort identified CD19, CD5, CD20, CD23, kappa, and lambda as markers essential to be tested for a diagnosis of CLL, and CD43, CD79b, CD81, CD200, CD10, and ROR1 as additional markers useful in the differential diagnosis from other small B-cell lymphomas/ leukaemias {3379}.



Fig. 4.57 Chronic lymphocytic leukaemia / small lymphocytic lymphoma. **A** Low magnification shows a proliferation centre and a background of small lymphocytes. **B** Giemsa staining in this case more clearly highlights the presence of prolymphocytes. **C,D** At higher magnification, the cellular detail of small lymphocytes, slightly larger prolymphocytes, and interspersed larger paraimmunoblasts with light chromatin and a single nucleolus is appreciated (**C**), as well as small lymphocytes and slightly larger cells within the proliferation centre (**D**).



Fig. 4.58 Chronic lymphocytic leukaemia / small lymphocytic lymphoma. Immunophenotype. **A** Lymphoid cells show variable expression of CD20, with cells in the proliferation centres showing stronger expression. **B** Aberrant expression of CD5. **C** Weak expression of CD23; it is often stronger in cells within the proliferation centres. **D** About 10–15% of cells express Ki-67.

### Immunohistochemistry

CLL/SLL cells express pan–B-cell markers (CD19, CD20, CD79a and PAX5), CD5, and CD23, and are negative for CD10 and other germinal-centre markers. As many as 95% of cases express LEF1, which is rarely expressed in other small B-cell lymphomas {2654,2649,3964}. Usually, cyclin D1 and SOX11 are negative. In rare cases, scattered cells in PCs are cyclin D1+ but diffuse expression of cyclin D1 excludes CLL/SLL {5,1386}. The cells in the PCs may variably express MYC {3906}. IRF4 (MUM1), CD20, and CD23 expression is usually stronger in PCs than in diffuse areas {3778,2900,2205}. The proliferation index is low overall but elevated in PCs. Minimal antibody panels for the diagnosis of B-cell lymphomas have been described {965}.

### Accelerated CLL/SLL

#### *Histologically aggressive CLL/SLL*

The size of PCs and the numbers of prolymphocytes or paraimmunoblasts vary between cases. Those with very large, prominent/ confluent PCs (traditionally spanning the diameter of a visual field using a 20× objective lens and a 10× ocular lens) or with high proliferation indexes (> 2.4 mitoses per PC or > 40% Ki-67+ cells in PCs, whereby traditionally PC size is not defined) are arbitrarily designated as histologically aggressive CLL/SLL.

#### *Prolymphocytic progression*

If the total proportion of prolymphocytes (medium-sized cells with basophilic cytoplasm and a prominent nucleolus) is > 15% in peripheral blood, prolymphocytic progression is established {1083,2637,316,1471}. It should be noted that cases with > 55% prolymphocytes, that have otherwise immunophenotypic features of CLL and that were classified as B-prolymphocytic leukaemia in the previous edition of the WHO classification of haematolymphoid tumours, are now classified as prolymphocytic progression of CLL/SLL (not as B-prolymphocytic leukaemia). A blastoid variant of mantle cell lymphoma should be excluded in these cases.

Histologically aggressive CLL/SLL or prolymphocytic progression are seen in approximately 5% of cases of CLL/SLL. Such cases often show *TP53* disruption and have a clinical outcome between that of typical CLL/SLL and RT {1345}, the latter occurring in about 5% of cases of CLL/SLL {1342}.

### Richter transformation

The diagnosis of RT is optimally based on lymph node excisional biopsy; on needle biopsy, it may be difficult to distinguish



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 124 of 195

prominent PCs from DLBCL {3481}. DLBCL-type RT (DLBCL-RT) is characterized by sheets of large atypical B cells, which almost always have a non–germinal centre B immunophenotype, whereas background histiocytes express PDL1 {288, 4313}. CD5 is occasionally expressed, CD23 is typically negative, and EBV is usually absent {3481}. Rare cases of CLL/SLL with progression to lymphoma resembling classic Hodgkin lymphoma (CHL) (classic Hodgkin lymphoma–type RT [CHL-RT]) also occur (< 1%). These cases show both the typical neoplastic cells and the characteristic milieu of CHL, with mixed-cellularity CHL being the most common subtype {382}. Reed–Sternberg cells and variants are usually EBV-positive. Survival of patients with CHL-RT is generally better than that of DLBCL-RT, possibly because most cases of CHL-RT are clonally unrelated to the original CLL/SLL {3481}. The presence of scattered Reed–Sternberg cells or Reed–Sternberg-like cells (EBV+/–), without the milieu of CHL, can also be seen in cases of CLL/SLL without transformation {382, 2028}. Some RT cases, of both CHL and DLBCL type, are due to underlying immune deficiency/dysregulation, mostly occurring after (poly)chemotherapy for CLL/SLL. These are generally clonally unrelated and EBV+, and they should be interpreted as immune deficiency/dysregulation–associated B-lymphoproliferations and lymphomas in an iatrogenic setting (see respective sections).

In very rare cases, patients with CLL/SLL develop histiocytic/dendritic cell neoplasms, probably representing clonal evolution and transdifferentiation of the original CLL/SLL clone, with loss of characteristic morphology and B-antigen expression {1230,3696}. Extremely rare cases of mature T-cell lymphoma have arisen in association with CLL/SLL {2547,439, 4149,4076}.

### Cytology

See above.

### Diagnostic molecular pathology

In > 80% of patients with CLL/SLL, at least one of four recurrent chromosomal alterations can be seen when using FISH: del(11q), del(13q), del(17p), and trisomy 12 {982}. Of those with *TP53* disruption, about 60% of cases carry both del(17p) and *TP53* mutation, and roughly 30% display *TP53* mutations without del(17p) {533}. Therefore, before therapy, comprehensive assessment of *TP53* requires investigation of both deletion of the *TP53* locus and mutations of *TP53* by a sufficiently sensitive sequencing method {2503,1472}. Because *TP53* aberrations can emerge during the disease, in particular at the time of progression after chemoimmunotherapy, the *TP53* status should be reassessed at progression in previously *TP53*-wildtype cases. Unlike other B-cell malignancies, translocations involving the IG gene loci are uncommon in CLL/SLL. Exceptions include t(14;18)(q32;q21)/IGH::*BCL2* and its light chain variants (2% of cases) {816,3134} and the rare t(14;19)(q32;q13)/IGH::*BCL3* {816,3391,2563}. Unlike mantle cell lymphoma, CLL/SLL does not harbour t(11;14)(q13;q32) {816}.



**Fig. 4.59** Chronic lymphocytic leukaemia / small lymphocytic lymphoma. **A** The presence of scattered Hodgkin/Reed–Sternberg (HRS)-like cells does not qualify for transformation. **B** Chronic lymphocytic leukaemia cells show strong expression of PAX5, whereas the HRS-like cells weakly express PAX5. **C,D** HRS-like cells are positive for CD30 (**C**) and often express CD15 (**D**).



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 125 of 195

**Table 4.15** Essential and desirable diagnostic criteria for chronic lymphocytic leukaemia / small lymphocytic lymphoma (CLL/SLL)

| | Positive | Negative/weak |
|---|---|---|
| **Essential diagnostic criteria** | | |
| *For peripheral blood* | Classic morphology of CLL cells<br>Absolute monoclonal B-cell count ≥ 5 × $10^9$/L | |
| Immunophenotyping | CD19, CD5, CD20, CD23 (variable), and light chain (weak) | |
| *For tissue* | Lymphadenopathy/organomegaly or altered architecture on microscopy; classic morphology of SLL[a] | |
| Immunohistochemistry | CD20 (positive/weak), CD5 (positive/weak), CD23 (variable) | Cyclin D1 (weak positivity in subset of cells in proliferation centres is allowed) {965} |
| **Desirable diagnostic criteria** | | |
| Immunophenotyping | CD200, ROR1, CD43 | FMC7, CD79b (weak/negative), CD10, CD81 |
| Immunohistochemistry | CD23, LEF1, CD43, IRF4 (MUM1) (proliferation centres) | CD10, SOX11 |

CLL, chronic lymphocytic leukaemia; SLL, small lymphocytic lymphoma.
[a]The majority of cases of CLL/SLL present with a leukaemic phase and diagnosis can be established on peripheral blood without the need for either bone marrow or lymph node examination. These are only required to confirm the diagnosis of small lymphocytic lymphoma {1472}.

The assessment of the SHM status of the clonotypic rearranged IGHV gene is recommended for all patients with CLL/SLL before therapy commencement {3469,1472}. If the germline identity of the rearranged IGHV gene is < 98%, the patient is considered to have IGHV-mutated CLL/SLL, whereas patients classified as having IGHV-unmutated CLL/SLL show a germline identity ≥ 98% {1478,861}. As for all cut-off values, there exist borderline-mutated cases, with a germline identity of 97–97.9%, and these may have diverse clinical outcomes. Caution is warranted in such cases regarding the prognosis {3469}. The subset #2 configuration (IGHV3-21/IGLV3-21) of the IG gene rearrangement, mostly classified as IGHV-mutated CLL/SLL, heralds a poorer prognosis, similar to that of IGHV-unmutated CLL/SLL {220,1786}. Because the IG gene rearrangement and IGHV gene SHM status do not change over time, the test only needs to be performed once for each patient.

In familial cases, germline determination of polygenic risk scores might be considered {2046,2047}.

### Essential and desirable diagnostic criteria

See Table 4.15.

#### *Recommended investigations for prognosis/prediction*

See Table 4.16 (p. 376).

*Essential:* evaluation of del(11q), del(13q), del(17p), and trisomy 12; *TP53* mutation analysis; IGHV gene SHM analysis and subset #2 configuration.
*Desirable:* demonstration of complex karyotype; *BTK*, *PLCG2*, and *BCL2* mutation analysis.

### Staging

The Rai and Binet systems are used; they are based on blood cell counts and physical examination (see Table 4.17, p. 377). Stage of SLL is determined with the Lugano modifications to the Ann Arbor system, which is based on CT and bone marrow biopsy {688}. PET-CT may help differentiate progressive CLL/SLL from RT, and in cases with a high maximum standardized uptake value of > 10, a diagnostic biopsy should be undertaken.

### Prognosis and prediction

Despite significant improvements in clinical outcome since the introduction of targeted therapies, CLL/SLL remains largely incurable. Clinical staging is relevant for prognostication and decision on therapy initiation. Although del(13q), presenting as the sole aberration, is associated with indolent disease, *TP53*



**Fig. 4.60** Diffuse large B-cell lymphoma–type Richter transformation. **A** Most of the lymph node shows diffuse large B-cell lymphoma with areas of residual chronic lymphocytic leukaemia. **B,C** At higher magnification, diffuse large B-cell lymphoma areas are composed of monomorphic large cells with centroblastic and immunoblastic features (**B**) intermingled with sheets of residual chronic lymphocytic leukaemia (**C**).

**Table 4.16** Overview of the most relevant prognostic and predictive markers in chronic lymphocytic leukaemia (CLL)

| Parameter | Frequency | Prognostic impact | Predictive impact | Comment |
|---|---|---|---|---|
| **del(17p) and/or *TP53* mutation (~60% of cases carry both del(17p) and TP53 mutation)** {533} | del(17p) 4–8% and *TP53* mutation 5–12% in early-stage CLL {533}<br>del(17p) 5–8% and *TP53* mutation 8–12% at start of first-line therapy {4549,3838,1194,4414}<br>40–50% in relapsed and refractory CLL {533} | Strong negative prognostic impact on PFS and OS without therapy and with CIT, less adverse impact with targeted therapy (BTK and BCL2 inhibitors) {3838,533} | Predictive for poor response and shorter response duration, PFS, and OS with CIT, as compared with longer response duration, PFS, and OS with BTK and BCL2 inhibitors {533} | Repeated testing at relapse is recommended<br>Associated with a higher risk of RT |
| **Complex karyotype: defined as ≥ 3 or ≥ 5 aberrations** | 15% detectable by chromosome banding analysis {221} | Independent negative prognostic impact in most studies, particularly for ≥ 5 aberrations in *TP53*-wildtype cases {221,2266} | Not clear, because the predictive impact is also dependent on involved chromosomal and genetic abnormalities; limited evidence from prospective trials | Strong correlation with *TP53* aberrations, but still an independent prognostic factor<br>The optimal definition with respect to defining a number of chromosomal aberrations is unclear<br>The role of involved chromosomal and genetic abnormalities beyond *TP53* is to be evaluated {221} |
| **IGHV status: U-CLL with ≥ 98% identity vs M-CLL with < 98% identity** | ~30% U-IGHV in early-stage CLL {792}<br>50–75% U-IGHV in advanced stages {861,1478,3838} | U-IGHV: negative prognostic impact on PFS and OS without therapy and with CIT, less adverse impact with targeted therapy (BTK and BCL2 inhibitors) {1726,1195, 492,87} | U-IGHV: predictive for shorter response duration, PFS, and OS with CIT, as compared with longer response duration, PFS, and OS with BTK and BCL2 inhibitors | No repeated testing, because IGHV gene somatic hypermutation status does not change over time |
| ***BTK* mutation** | None in BTK-inhibitor treatment–naïve patients {1126,2209}; 23–57% of relapsed CLLs on ibrutinib had *BTK* mutations after a median of 3 years {1824,3329}; 60–80% of ibrutinib-resistant CLLs had *BTK* mutations, which were retrospectively detectable at a median of 8–9 months (range: 3–18 months) before clinical progression {50,4413,2209} | Not tested as an independent parameter | Predictive for progression on therapy with covalent BTK inhibitors within the next 3–18 months {4413} | No routine testing so far |
| ***PLCG2* mutation** | 13% of relapsed CLLs after 3 years on ibrutinib had *PLCG2* mutations in addition to *BTK* mutations {3329}<br>6% of ibrutinib-resistant CLLs had sole *PLCG2* mutation, and 13% had *PLCG2* and *BTK* mutation {4413} | Not tested as an independent parameter | Predictive for progression on therapy with (covalent and non-covalent) BTK inhibitors {4413} | No routine testing so far |
| ***BCL2* mutation** | 45–47% of patients with venetoclax-resistant CLL have detectable *BCL2* mutations {377,2440} | Not tested as an independent parameter | Predictive for progression on venetoclax monotherapy {377,2440} | No routine testing so far |
| **Serum B2M** | Elevated in 34% of patients with CLL {1726,533} | Independent negative prognostic factor {1726} | None | |
| **≥ 15% prolymphocytes in peripheral blood** | Unclear, possibly as high as 33% {2637} | Not tested | Not tested | |
| **Bone marrow infiltration pattern with proliferation centres** | Unclear | Not tested | Not tested | Some correlation with *TP53* aberration and complex karyotype {1291} |
| **Large confluent proliferation centres in lymph node** | As high as 23% in advanced CLL {1345} | Not tested | Not tested | Expanded proliferation centres (broader than a 20× field) and high proliferation (either > 2.4 mitoses/proliferation centre or Ki-67 > 40%/proliferation centre) are associated with poor prognosis and defined as accelerated CLL {1345} |

CIT, chemoimmunotherapy; CT, chemotherapy; M-CLL, CLL with mutated IGHV status; OS, overall survival; PFS, progression-free survival; RT, Richter transformation; U-CLL, CLL with unmutated IGHV status.



**Table 4.17** Rai and Binet staging systems for chronic lymphocytic leukaemia

| Stage according to Rai | Definition by Rai | Stage according to Binet | Definition by Binet |
|---|---|---|---|
| Rai 0 | Lymphocytosis > 5 × $10^9$/L | Binet A | Haemoglobin ≥ 100 g/L (6.21 mmol/L), platelets ≥ 100 × $10^9$/L, fewer than three involved lymphoid sites |
| Rai I | Lymphocytosis and lymphadenopathy | | |
| Rai II | Lymphocytosis and hepatomegaly and/or splenomegaly with/without lymphadenopathy | Binet B | Haemoglobin ≥ 100 g/L (6.21 mmol/L), platelets ≥ 100 × $10^9$/L, at least three involved lymphoid sites |
| Rai III | Lymphocytosis and haemoglobin < 110 g/L (6.83 mmol/L) with/without lymphadenopathy/organomegaly | Binet C | Haemoglobin < 100 g/L and/or platelets < 100 × $10^9$/L |
| Rai IV | Lymphocytosis and platelets < 100 × $10^9$/L with/without lymphadenopathy/organomegaly | | |

deletion and/or mutation is a biomarker that predicts resistance to chemoimmunotherapy {533,2503,1472}. An unmutated IGHV gene is predictive of shorter progression-free survival if patients are treated with chemoimmunotherapy {1195,492,3979}.

Prognostic markers with the highest impact on outcome should be evaluated at the time of therapy, to aid therapeutic strategy decision-making. Markers that may develop later during the disease, due to clonal evolution, should be tested repeatedly {2210}. Among the chromosomal and molecular genetic aberrations, del(17p) and/or *TP53* mutation have the strongest impact on the prognosis and the prediction of therapeutic outcome (see Table 4.16), even with the use of targeted agents {4549,49}. Furthermore, IGHV-mutated and unmutated CLL/SLL show different kinetics with respect to proliferation and therefore have different time to therapy and time to relapse with time-limited chemotherapy-based regimens {861,1478}. Stereotyped subset #2, independent of its IGHV gene SHM status, is associated with poor responses to chemoimmunotherapy {1786}.

IGHV mutation status and presence of *TP53* aberrations are both included in the CLL International Prognostic Index (CLL-IPI) {1726}, along with age, stage, and B2M level. The International Prognostic Score for Early-Stage CLL/SLL (IPS-E) includes IGHV mutation status, an absolute lymphocyte count of > 15 × $10^9$/L, and the presence of palpable lymph nodes {792}.

Cases progressing under treatment with BTK inhibitors often (60–80% of cases) show mutations of *BTK* (mostly in the kinase domain), *PLCG2*, and others. Furthermore, *BTK* and *PLCG2* mutations may occur in patients with RT on BTK inhibitor therapy.

Genetic aberrations associated with RT after novel agents are like those observed after chemoimmunotherapy {4412,684, 3329,50,4413,1824,2209,1847,2469,1861,1563,116}. In about 50% of cases progressing on treatment with BCL2 inhibitors, the CLL/SLL cells acquire mutations in *BCL2* (disrupting the drug-binding site) or amplification of 1q (involving *MCL1*) {377, 3978,2440,380,1437}.

Complex karyotype and genomic complexity can be identified by a variety of different methods, including chromosome banding analysis, microarrays, or whole-genome sequencing {221,2266,2053}. The precise definition of complex karyotype depends on the technology used and is predictive of resistance to chemoimmunotherapy in *TP53*-wildtype cases {221,1820, 2035,2266}.

Overexpression of ZAP70 (intracellular), CD38, and CD49d (membrane-associated) reflects activation and proliferation of CLL/SLL and tends to correlate with unfavourable genetic markers, such as unmutated IGHV genes {2502,310}. Similarly, the presence of PCs in marrow biopsies is often associated with *TP53* abnormalities and complex karyotype {1291}. The presence of either > 15% prolymphocytes in the peripheral blood (prolymphocytic progression) or of large confluent PCs in lymph nodes (histologically aggressive CLL/SLL) is associated with disease evolution and with poorer outcomes (i.e. accelerated CLL/SLL) {1083,2637,316,1471,1345}.

Among the serum parameters, B2M is an independent prognostic marker in early and advanced CLL/SLL. Elevated LDH appears to reflect an inferior prognosis in relapsed CLL/SLL {1726,49,2715}.

# Splenic B-cell lymphomas and leukaemias: Introduction

Naresh KN

The sections on splenic B-cell lymphomas/leukaemias in this fifth edition of the WHO classification of haematolymphoid tumours include hairy cell leukaemia (HCL), splenic marginal zone lymphoma (SMZL), splenic diffuse red pulp small B-cell lymphoma (SDRPL), and splenic B-cell lymphoma/leukaemia with prominent nucleoli (SBLPN) (see Table 4.18 and Table 4.19). The term "hairy cell leukaemia variant" has been removed as a diagnostic entity, in recognition that the biology of this disease is unrelated to HCL.

HCL is a well-recognized mature B-cell neoplasm with a clinicopathological definition that includes characteristic cytomorphology, immunophenotype, and clinical features. These defining parameters have not changed since the first inclusion of HCL in the 2001 WHO classification. The presence of *BRAF* p.V600E (NP_004324.2) in ≥ 95% of cases has further established HCL as a distinct entity {4016}. A diagnosis of HCL can be made reliably on peripheral blood, bone marrow aspirate, and/or bone marrow trephine samples.

SMZL and SDRPL share, to a large extent, overlapping clinical, morphological, and immunophenotypic features, often precluding a definite diagnosis on peripheral blood or bone marrow samples in the absence of a splenectomy specimen (or possibly a splenic biopsy sample). Of these, SMZL is the better defined. In the spleen, the infiltrate typically involves both white and red pulp. The white pulp is expanded, and the infiltrate in the red pulp involves both sinuses and cords. Also in the bone marrow trephine, the growth pattern often has a nodular component in addition to interstitial and intrasinusoidal infiltrates. Plasmacytoid differentiation may be observed. Lymphoid cells with relatively abundant cytoplasm and villous projections reminiscent of hairy cells can be seen on smears, whereas nucleolated cells reminiscent of prolymphocytes are sparse. The immunophenotype is mostly characterized by the absence of markers that are diagnostic for other B-cell lymphomas such as HCL, chronic lymphocytic leukaemia, and mantle cell lymphoma. No positive defining immunophenotypic markers are available. The cytological and immunophenotypic features of the neoplastic cells in SDRPL are similar to those of SMZL in peripheral blood and bone marrow specimens, although nodular infiltrates in the bone marrow are rare. The distinction of SDRPL from SMZL is best made in the spleen, where SDRPL shows atrophic white pulp and diffuse involvement of the red pulp {4063}.

**Table 4.18** Summary of the main histopathological and immunophenotypic features of splenic diffuse red pulp small B-cell lymphoma (SDRPL), splenic marginal zone lymphoma (SMZL), splenic B-cell lymphoma/leukaemia with prominent nucleoli (SBLPN), and hairy cell leukaemia (HCL) {1780,850,3549,4067,4061,364}

| Feature | SDRPL | SMZL | SBLPN | HCL |
|---|---|---|---|---|
| **Histopathology** | | | | |
| **Spleen pattern** | Diffuse | Predominantly macronodular; less frequently diffuse | Diffuse | Diffuse |
| **Bone marrow pattern** | Predominantly intrasinusoidal<br>Interstitial<br>Nodular<br>Mixed | Interstitial<br>Intrasinusoidal<br>Nodular<br>Mixed | Intrasinusoidal | Interstitial |
| **Morphology/cytology** | Monomorphic | Small cells<br>Marginal-zone cells<br>Isolated large cells | Monomorphic with visible nucleoli | Monomorphic |
| **Peripheral blood cytology** | | | | |
| | Monomorphic: villous lymphocytes (round and regular nucleus; clumped chromatin; small or not visible nucleolus; basophilic cytoplasm with polar, well-visible projections) | Polymorphous: small lymphocytes (round nucleus, condensed chromatin in small irregular clumps) admixed with lymphoplasmacytic cells | Monomorphic: intermediate between prolymphocytes and hairy cells, and distinguished from villous lymphocytes by prominent nucleolus | Monomorphic: hairy cells (oval and indented nucleus, dispersed chromatin, abundant and pale cytoplasm with circumference projections) |
| **Immunophenotype by immunohistochemistry** | | | | |
| **Cyclin D1** | – | – | – | + |
| **Cyclin D3** | + | – | – | – |
| **ANXA1** | – | – | – | + |
| **Immunophenotype by flow cytometry** | | | | |
| **CD11c** | Bright in ~67% of cases | Moderate in ~70% of cases | Bright in ~25% of cases | Bright in 100% of cases |
| **CD180** | Strong in 100% of cases | Moderate in 93% of cases | Not described | Strong in 100% of cases |
| **CD200** | Dim in 40% of cases | Moderate 93% of cases | Not described | Strong in 100% of cases |
| **CD103** | Positive in ~20% of cases | Negative | Positive in 65–100% of cases | Bright in 100% of cases |
| **CD123** | Positive in 3% of cases | Negative | Positive in 9% of cases | Bright in 100% of cases |



In this edition, the new term "splenic B-cell lymphoma/leukaemia with prominent nucleoli" (SBLPN) has been introduced for those primary splenic lymphomas that, based on currently available biological and clinical data, cannot be separated into biologically meaningful entities. These cases share the cytomorphological features of medium-sized to large atypical lymphoid cells with a large prominent single nucleolus reminiscent of prolymphocytes, have poorly defined cytoplasmic projections reminiscent of hairy cells {3528,2597}, and lack class-defining immunohistochemical markers. In splenic specimens, diffuse red pulp involvement is usually prominent; and in bone marrow biopsies, the intrasinusoidal infiltrates are generally present. SBLPN therefore has a morphological definition and is introduced to accommodate cases previously diagnosed as "hairy cell leukaemia variant" in recognition that the biology of this disease is unrelated to HCL and its quality as a separate entity is unproven {126,2489}. Moreover, the class also absorbs cases previously termed CD5-negative B-prolymphocytic leukaemia (B-PLL).

The entity B-PLL has, therefore, been omitted from the new edition. Since its introduction into the WHO Classification of Tumours in 2001, its heterogeneous nature had always been debated {1065}. As previously indicated in the revised fourth edition, the large majority of so-called B-PLLs represent either blastoid subtypes of mantle cell lymphoma with a prominent leukaemic component, or progression of underlying chronic lymphocytic leukaemia / small lymphocytic lymphoma (CLL/SLL), which can both be recognized using appropriate immunohistochemical and molecular markers. The remaining cases with morphological features defining SBLPN can be classified as such. It should be noted that SBLPN is not intended as a definite defined entity but should be regarded as a placeholder for those morphologically defined cases of primary splenic B-cell lymphoma that cannot be classified into biologically distinct entities on the basis of current evidence-based knowledge, awaiting further data to better define or refute SBLPN as representing one or more distinct lymphoma entities.

**Table 4.19** Summary of the main molecular features of splenic diffuse red pulp small B-cell lymphoma (SDRPL), splenic marginal zone lymphoma (SMZL), splenic B-cell lymphoma/leukaemia with prominent nucleoli (SBLPN), and hairy cell leukaemia (HCL) {1780,850,3549,4067,4061,364,4016,3264,1030,3264,958,2488,4328,2488,2548}

| Genetic lesion | SDRPL | SMZL | SBLPN | HCL |
|---|---|---|---|---|
| ***BRAF* p.V600E mutations** | – | – | – | + (> 95%) |
| **7q deletions** | + (18%) | + (~30%) | + (~20%) | + (up to 20%) |
| ***CDKN1B* mutations** | Rare | – | – | + (16%) |
| ***KMT2C* mutations** | – | – | + (25%) | + (16%) |
| ***KLF2* mutations** | Rare | + (~20–40%) | – | + (16%) |
| ***KLF2* deletions** | – | + (11%) | – | – |
| ***TP53* deletions and/or mutations** | Rare | + (~15–20%) | + (33%) | Rare |
| ***MAP2K1* mutations** | + (10%) | Rare | + (38–42%) | – |
| ***NOTCH2* mutations** | Rare | + (~15–25%) | – | – |
| ***CCND3* mutations** | + (~25%) | Rare | + (21–24%) | – |
| ***U2AF1* mutations** | Rare | – | + (13%) | – |
| ***BCOR* mutations/ deletions** | + (16–24%) | + (< 10%) | – | – |
| **NF-κB pathway gene alterations**[a] | – | + (~35%) | – | – |

+, genetic lesion present (in the indicated percentage of cases); –, genetic lesion absent.
[a]Including *IKBKB, TNFAIP3, TRAF3, MAP3K14, TRAF2, BIRC3*, and *MYD88*.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 127 of 195

# Hairy cell leukaemia

Lim MS
Molina TJ
Montes-Moreno S
Siebert R
Stamatopoulos KE
Tiacci E

## Definition
Hairy cell leukaemia (HCL) is an indolent mature B-cell neoplasm composed of neoplastic cells with abundant cytoplasm and characteristic hairy projections that usually involve the bone marrow, peripheral blood, and spleen and bear the *BRAF* p.V600E somatic mutation in ≥ 95% of cases.

## ICD-O coding
9940/3 Hairy cell leukaemia

## ICD-11 coding
2A82.2 Hairy cell leukaemia

## Related terminology
None

## Subtype(s)
None

## Localization
HCL involves the bone marrow, spleen, and peripheral blood. Significant lymphocytosis is infrequent. Lymphadenopathy and infiltration of extranodal sites, such as the liver, bone, skin, breast, and brain, occur rarely {3465,784,3525,3240,4501,3199,1142}.




**Fig. 4.61** Putative cellular origin of hairy cell leukaemia (HCL). Pinning down with certainty the exact cell of origin of HCL is currently not possible, because of several distinctive features of the malignant cells, including frequent coexpression in the same cell of multiple switched and unswitched immunoglobulin transcripts with a dominance in the IgG3 subclass {2057,1216,1217}; AID (AICDA) expression {1603,1079}; lack of allelic exclusion of immunoglobulin light chains, which occurs at a higher frequency (3–4% of HCL cases) {3804} than in the normal human peripheral repertoire (< 0.5%) {1336}; and a lack of CD27 expression {1215,1214}. Together, this constellation of features renders the quest for the normal counterpart of HCL cells particularly challenging, with possibilities abounding, including cells that could follow follicular or extrafollicular maturation pathways. It is unclear whether neoplastic transformation of one such cell requires additional genetic lesions developing after *BRAF* p.V600E occurrence in the stem/B-progenitor compartment, and/or whether neoplastic transformation is licensed by a permissive epigenetic landscape that is exclusive of a particular mature B-cell differentiation stage in a particular microenvironment with its specific cues (e.g. antigenic stimulation). The latter hypothesis may be favoured by the fact that genetic lesions other than in *BRAF* recur in a small minority of HCL cases (see Table 4.19, p. 379), whereas BRAF inhibition in the full-blown leukaemic clone appears sufficient to consistently repress several key tumour traits of HCL {3216,4015}.

## Clinical features
Patients usually present with pancytopenia (including monocytopenia), low-level circulating leukaemic cells, and splenomegaly. The presence of related signs and symptoms (fatigue, fever, opportunistic infections, bleeding, discomfort or pain in the upper-left quadrant, night sweats) is variable and correlates with the extent of disease, disease duration, and degree of cytopenias {1413,3328}. Hepatomegaly can occur, whereas lymphadenopathy is uncommon at disease onset. Rarely, HCL can be associated with paraneoplastic/autoimmune vasculitis, arthritis, dermatitis, or neuropathy {3922}.




**Fig. 4.62** Hairy cell leukaemia (HCL). Pathogenetic role of *BRAF* p.V600E mutations in HCL. The p.V600E missense mutation in the cytosolic serine-threonine kinase BRAF leads to its constitutive activation (independent from upstream regulation by RAS at the plasma membrane) and hence to downstream phosphorylation of the kinases MAP2K1 (MEK1) and MAP2K2 (MEK2) (pMEK) that in turn phosphorylate the kinase ERK1/2 (pERK). Subsequent phosphorylated ERK–mediated phosphorylation of numerous targets in the nucleus and the cytoplasm promotes, in general, survival, proliferation, growth, and motility; in the specific context of the HCL cell, among the genes transcriptionally upregulated by the RAF/MEK/ERK signalling pathway, there are not only those common to most cell types but also some characteristic markers of this leukaemia (i.e. CD25 and TRAP) and the whole expression signature distinguishing HCL from normal mature B-cell subsets and mature B-cell neoplasms. Finally, aberrant pathway activity induces the typical hairy morphology and inhibits apoptosis, as shown in the confocal immunofluorescence image of a primary HCL cell exposed in vitro to the BRAF inhibitor vemurafenib, which first trims the hairy projections (rich in F-actin and thus labelled in green by the cytoskeleton marker phalloidin) and then induces apoptosis (red, ANXA5; blue, nuclear dye DRAQ5).




**Fig. 4.63** Hairy cell leukaemia. Flow cytometric analysis of hairy cell leukaemia demonstrates CD19-positive B cells with coexpression of CD11c, CD103, CD25, CD200, CD123, and CD1d.

## Epidemiology
HCL is a rare disease, accounting for 2% of all leukaemias, and its incidence is 0.28–0.3 cases per 100 000 person-years in Europe and the USA {3993,1302}. HCL is less frequent in individuals of Asian, African, and Arab descent than in individuals of European descent {3921}. There is a male predominance (M:F ratio: ~4:1) and the median age at diagnosis is about 60 years {628,1834}. It is extremely rare in children and young adults.

## Etiology
The precise etiology is unknown. Inherited susceptibility to HCL is suggested by the overrepresentation of the HLA-DRB*11 allele in patients of European descent compared with a matched healthy control population {150} and, potentially, by the rare occurrence of familial cases {4429,4234,3503,2772,3184}. Farming and exposure to pesticides have been associated with an increased risk of HCL {757,756,2731,1498}. High exposure to benzene may also be a risk factor {3364}.

## Pathogenesis
The somatic genetic lesion underlying almost all HCL cases (> 95%) is the activating *BRAF* p.V600E (NP_004324.2) mutation, a founding clonal event stable throughout the disease course {4016}. The mutation results in constitutive activation of the kinase BRAF and aberrant downstream signalling through the MEK/ERK pathway {4018}. *BRAF* p.V600E (NP_004324.2) mutation is the key driver genetic event and profoundly contributes to the unique morphological, immunophenotypic, and transcriptional identity of HCL, while sustaining leukaemic growth {3216,4015}. Rare cases carrying alternative *BRAF* mutations {4092} or *BRAF* translocation to the IGH locus {4005} have also been described. The *BRAF* p.V600E (NP_004324.2) mutation arises and expands in haematopoietic stem and B-lymphoid progenitor cells {745}. However, because HCL invariably carries clonal IG gene rearrangements, it originates from the neoplastic transformation of a single *BRAF*-mutant mature B cell. Indeed, HCL has a transcriptional signature most similar to that of post–germinal-centre memory B cells {266}; this finding, combined with the substantial load of somatic hypermutation in the clonotypic immunoglobulin heavy chain and/or light chain variable genes in > 90% of cases {4009,2559,1217}, implicates derivation from an antigen-experienced B cell.

However, the corresponding normal cell counterpart of HCL is uncertain. Additional genetic lesions are present in HCL at relatively low frequencies (see Table 4.19, p. 379, in *Splenic B-cell lymphomas and leukaemias: Introduction*), including heterozygous deletion of 7q with loss of the wildtype *BRAF* allele at 7q34 (thus resulting in hemizygosity for the mutant *BRAF* allele) as well as mutations of the transcription factor *KLF2* (involved in marginal zone B-cell differentiation) {765,3264,4016}, the cyclin-dependent kinase inhibitor *CDKN1B*, and the histone methyltransferase *KMT2C* {1030,3264,958,2488}.

## Macroscopic appearance
The spleen is markedly enlarged; cut sections show diffuse expansion of the red pulp with scattered blood lakes. Splenic infarction can be present {430}.

## Histopathology
### *Peripheral blood*
In the peripheral blood or marrow smear, neoplastic cells are small to intermediate in size with oval to indented kidney-shaped nuclei with bland ground-glass chromatin that is less clumped than that of normal lymphocytes. Nucleoli are inconspicuous or absent. The cytoplasm is variably abundant and pale blue with prominent and fine villous (hairy) projections circumferentially located, and it may have small vacuoles {341,3705}.

### *Bone marrow*
The diagnosis of HCL is usually made on a bone marrow biopsy. The neoplastic cells primarily involve the marrow, with a patchy or interstitial pattern and variable preservation of background haematopoietic elements. Infiltration is usually diffuse when the disease burden is high; in exceptional cases, isolated intrasinusoidal involvement can be observed {3260,2676,2561}. The low-power appearance of the neoplastic cells often exhibits a characteristic fried-egg appearance attributable to the abundant cytoplasm widely spacing the oval or indented nuclei and prominent cell-to-cell borders. The infiltration pattern of HCL differs from that of other indolent B-cell neoplasms, which usually feature discrete aggregates with more densely packed nuclei. Mitotic figures are virtually never seen. Because of the small size of neoplastic cells with minimal cytological atypia, low-level



**Fig. 4.64** Hairy cell leukaemia. Peripheral blood smear demonstrates neoplastic cells that are small to intermediate-sized lymphocytes with bland ground-glass chromatin. The cytoplasm is variably abundant with fine villous projections.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 128 of 195

involvement may be difficult to identify by histological examination alone. Extravasated erythrocytes, sometimes surrounded by neoplastic cells, are often observed in infiltrated areas. The extent of involvement is variable and, in some cases, associated with a hypocellular marrow, mimicking aplastic anaemia. Reticulin fibrosis is induced by the HCL infiltrate and frequently leads to a dry tap or a haemodiluted marrow aspirate.

### *Spleen, liver, and other tissues*

HCL typically diffusely involves the red pulp of the spleen, accompanied by atrophy of the white pulp. The blood lakes recognized on macroscopic examination are composed of pools of red blood cells that may be surrounded by aggregates of HCL cells thought to result from disrupted blood flow in the red pulp {341,3705}. The liver may also show sinusoidal infiltrates. The lymph node may be involved in advanced disease and typically shows infiltration of the interfollicular and paracortical areas.

### *Immunophenotype*

The characteristic immunophenotype of HCL is expression of bright surface immunoglobulin, CD20, CD22, CD11c, CD103, CD25, CD123, TBX21 (T-bet), ANXA1, FMC7, CD200, and cyclin D1 (usually weak, sometimes focal) {2691,1117,1818,3712, 1299,4409}. CD5 or CD10 can rarely be expressed in HCL {675,1770}. Immunohistochemical staining for BRAF p.V600E (NP_004324.2) mutant protein using the mutation-specific VE1 antibody clone is helpful to identify HCL cells {4105}.

### *Differential diagnosis*

Patients with HCL are sometimes initially referred for the suspicion of other conditions with a partially overlapping clinical picture, including myelodysplastic neoplasms and megaloblastic or aplastic anaemia. Cases with partial HCL infiltration can show some dyserythropoiesis in the form of hyperplastic pro-erythroblasts and basophilic erythroblasts, which may further confound the differential diagnoses above. The major differential diagnoses are other small B-cell lymphomas with splenomegaly but little or no lymphadenopathy and the presence of circulating lymphoid cells with or without villous projections, including splenic B-cell lymphoma/leukaemia with prominent nucleoli, splenic diffuse red pulp small B-cell lymphoma, and splenic marginal zone lymphoma (see Table 4.18, p. 378, in *Splenic B-cell lymphomas and leukaemias: Introduction*, for a summary of the morphological, immunophenotypic, and molecular differential features of these entities). Thereby, ANXA1 expression is a highly specific marker of HCL {1117}, and molecular features including mutation status of MAPK pathway genes (*BRAF*, *MAP2K1*), NOTCH pathway genes (*NOTCH1*, *NOTCH2*), BCOR alterations, and IGHV gene usage can be supportive {152,151,4328,2488,2122}.

### Cytology

See above.

### Diagnostic molecular pathology

A clonal *BRAF* p.V600E (NP_004324.2) mutation is the genetic hallmark of HCL and is useful for confirming the diagnosis and



**Fig. 4.65** Hairy cell leukaemia, bone marrow involvement. **A** Bone marrow core biopsy with interstitial infiltration of small lymphocytes with abundant cytoplasm and variable preservation of background haematopoietic elements. **B** Higher magnification demonstrates characteristic fried-egg appearance with abundant cytoplasm widely spacing the cells with prominent cell-to-cell borders. **C** Extravasated erythrocytes and small blood lakes are present. **D** Note the diffuse increase in reticulin fibrosis.



**Fig. 4.66** Hairy cell leukaemia. Immunophenotype. **A** CD20 highlights an interstitial pattern of bone marrow infiltration. The neoplastic cells are highlighted by CD103 (**B**) and show partial expression of DBA44 (**C**). **D** Immunohistochemistry using a BRAF p.V600E antibody is positive.

for distinguishing HCL from the other splenic small B-cell neoplasms, particularly splenic B-cell lymphoma/leukaemia with prominent nucleoli and splenic diffuse red pulp small B-cell lymphoma, which lack this genetic lesion {4016}. However, the clinicopathological context appropriate for HCL should also be present, as anecdotal cases of *BRAF* p.V600E (NP_004324.2)-positive splenic marginal zone lymphoma or chronic lymphocytic leukaemia have been reported {4105,1344}. *BRAF* p.V600E (NP_004324.2) can be detected by allele-specific PCR (conventional or digital) {4017,143,3633,1436}, targeted deep sequencing {1030,2488} or, when DNA is not available {1414}, immunohistochemistry with the mutation-specific VE1 antibody clone {122,469,4127}.

### Essential and desirable diagnostic criteria

*Essential:* characteristic morphology in a blood or marrow smear (small to intermediate-sized cells with oval to indented nuclei with bland ground-glass chromatin, absent or inconspicuous nucleoli, and variably abundant pale-staining cytoplasm with circumferential fine villous cytoplasmic projections) and/or in a marrow biopsy (characteristic fried-egg appearance, with cells having oval or indented nuclei, abundant cytoplasm,



**Fig. 4.67** Hairy cell leukaemia. **A** Characteristic infiltrates involving the splenic red pulp and atrophy of the white pulp. Pools of red blood cells surround aggregates of hairy cell leukaemia cells. **B** The neoplastic cells involving the spleen are highlighted by ANXA1. **C** Immunohistochemistry using BRAF p.V600E antibody demonstrates infiltration of the splenic red pulp by neoplastic cells.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 129 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 130 of 195

and prominent cell-to-cell borders); strong positivity for CD20 and ANXA1 by immunohistochemistry or coexpression of CD20/CD11c/CD103/CD25 by flow cytometry and/or immunohistochemistry.

*Desirable:* clonal *BRAF* p.V600E (NP_004324.2) mutation; positivity for CD123, CD22 (bright), CD200 (bright), surface immunoglobulins (bright), cyclin D1, and TBX21 (T-bet) by flow cytometry and/or immunohistochemistry.

### Staging
No staging system is routinely used in the management of HCL. Treatment initiation is guided by the degree of cytopenia and disease-related symptoms {3423,1414}.

### Prognosis and prediction
Chemotherapy with purine analogues (cladribine and pentostatin) is highly effective as a first-line treatment for HCL, but there are no validated clinical or molecular prognostic factors to identify the minority of patients with a suboptimal response. Clonal *BRAF* p.V600E (NP_004324.2) mutation and bright CD22 expression may explain the high effectiveness respectively shown by BRAF inhibitors (either alone or, even more, with rituximab) and anti-CD22 immunotoxin therapy in patients who relapse after or are refractory to chemotherapy {3603,2339,4013,2123,3422}. Persistence of minimal/measurable residual disease after response to chemotherapy or targeted drugs correlates with a shorter time to relapse {707,2123,3422}.





# Splenic marginal zone lymphoma

Lim MS
Arcaini L
Naresh KN
Rossi D
Traverse-Glehen A

### Definition
Splenic marginal zone lymphoma (SMZL) is an indolent mature B-cell neoplasm primarily presenting in the spleen, preferentially involving the white pulp, often with villous lymphocytes in the peripheral blood, with or without involvement of splenic hilar lymph nodes.

### ICD-O coding
9689/3 Splenic marginal zone lymphoma

### ICD-11 coding
2A82.Y & XH0MV1 Other specified mature B-cell neoplasm with leukaemic behaviour & Splenic marginal zone B-cell lymphoma

### Related terminology
*Not recommended:* splenic lymphoma with villous lymphocytes.

### Subtype(s)
None

### Localization
SMZL typically presents with splenomegaly and involvement of the splenic hilar lymph nodes, bone marrow, and peripheral blood, and occasionally with microscopic hepatic involvement. Lymph nodes other than splenic hilar nodes are typically uninvolved {1481,434}.




**Fig. 4.68** Key molecular alterations and microenvironmental interactions of splenic marginal zone lymphoma. Main genes and pathways that are molecularly deregulated are schematically represented. The most frequently mutated genes are colour-coded on the basis of the consequences of the mutations: in purple are genes that lose function, and in red are genes whose function is upregulated. The interactions between macrophages (at the top) and T cells (at the bottom) with the splenic marginal zone lymphoma tumour cells are shown, with the key factors involved in the interaction. BCR, B-cell receptor.

### Clinical features
SMZL is often diagnosed after the incidental finding of lymphocytosis or splenomegaly. Other patients present with symptoms related to cytopenias or massive splenomegaly (e.g. early satiety and left upper abdominal discomfort). Such symptoms may also develop with progression {2732}. Systemic symptoms (e.g. fever and night sweats) are rare and suggest transformation to an aggressive lymphoma {790,64}. Approximately 30% of patients have a low-level paraprotein without significant hyperviscosity {2732}. Twenty per cent of patients present with autoimmune manifestations {3751} (acquired angio-oedema due to C1 esterase inhibitor deficiency {570}, cold agglutinin disease {321,3910}, warm antibody autoimmune haemolytic anaemia {3551}, and mixed cryoglobulinaemia {2757}).

### Epidemiology
Patients are mostly middle-aged and older adults, with a median age in the seventh decade of life. The age-standardized incidence rate of SMZL is 1.7 cases per 1 million person-years. Incidence increases exponentially with age and is slightly higher among men and non-Hispanic White people {587}. The relative frequency of SMZL is similar in high-income countries and low- and middle-income countries {3198}.

### Etiology
The etiology is unknown in most cases. A family history of lymphoma and a personal medical history of autoimmune conditions are associated with SMZL {442}. Genetic variations in the MHC influence SMZL susceptibility {4232}. Epidemiological and clinical evidence supports the role of HCV in the pathogenesis of a subset of SMZL, particularly in areas with a high seroprevalence of HCV. HCV infection is a predisposing condition for SMZL, and the risk increases when complicated by cryoglobulinaemia. Furthermore, successful treatment of HCV may reduce the risk of lymphoma in patients who achieve a sustained virological response, particularly those treated with interferon, and it may lead to regression of lymphoma in patients with SMZL {142}.

### Pathogenesis
Immunoglobulin heavy and light chain genes are clonally rearranged. Somatic mutations of the rearranged IG genes with ongoing diversification occur in most cases. IGHV gene usage is significantly skewed in SMZL; IGHV1-2*04 is employed by about 30% of all cases {4446}. The immunogenetic features highlight (auto)antigen selection pressure as a driver of lymphomagenesis and point towards a marginal zone B-cell as the cell of origin. At the cytogenetic level, about 30% of SMZLs show hemizygous deletion of 7q31-32, which is otherwise virtually absent in B-cell lymphoproliferative disorders; the specific genes targeted by this deletion remain unknown

{2582,3502,4196,4330,1234,4329}. Co-occurrence of trisomies of chromosomes 3 and 18 is observed in about 25% of cases {3414}, shared among the three marginal zone lymphoma entities, but it is infrequent in other B-cell neoplasms. Rarely, SMZL harbours a recurrent translocation juxtaposing the oncogene *CDK6* to transcriptionally active IG gene loci {804,1270}, whereas it lacks the translocations of *MALT1* (and others), *BCL2*, and *CCND1* that are recurrent in extranodal marginal zone lymphoma, follicular lymphoma, and mantle cell lymphoma, respectively.

Two prominent genetic clusters have been defined in SMZL, termed NNK (4-[N-methyl-N-nitrosamino]-1-[3-pyridyl]-1-butanone), occurring in about ~60% of cases, and DMT (differentially methylated targets), occurring in about 30% of cases. NNK-SMZLs are dominated by mutations affecting NF-κB (e.g. *TNFAIP3*), including non-canonical pathway genes (e.g. *TRAF3*, *BIRC3*), NOTCH (e.g. *NOTCH2*, *NOTCH1*, *SPEN*), and *KLF2*, a master transcriptional regulator of both NOTCH and NF-κB signalling. DMT-SMZLs are characterized by mutations in DNA damage response genes (e.g. *TP53*, *ATM*), MAPK (e.g. *BRAF*), and toll-like receptor signalling genes (e.g. *MYD88*) {401}. NNK-SMZLs are enriched in IGHV1-2*04 usage and 7q31-32 deletion, whereas DMT-SMZL lack both of these features {401}. SMZL is characterized by two distinct types of immune microenvironment, of which one is dominantly immunosuppressive (50% of cases, associated with inflammatory cells and immune checkpoint activation) and the other is immune-silent (50% of cases, associated with an immune-excluded phenotype) {401} (see Table 4.19, p. 379, in *Splenic B-cell lymphomas and leukaemias: Introduction*).

### Macroscopic appearance
Splenectomy specimens show parenchymal abnormalities, with variably sized, pale white-yellow nodules consistent with expanded white pulp.

### Histopathology
In most cases the diagnosis of SMZL rests on peripheral blood and bone marrow findings. A diagnosis of SMZL is made on splenectomy specimens in only a minority of cases.



**Fig. 4.69** Splenic marginal zone lymphoma. This markedly enlarged spleen, weighing 3300 g and measuring 340 mm in greatest dimension, shows prominent white pulp.

#### *Spleen*
The spleen typically shows involvement of both the white pulp and the red pulp. There is typically prominent white pulp, characterized by a variably expanded population of small lymphoid cells that surround reactive germinal centres, with a peripheral zone of cells with moderately abundant pale cytoplasm. Neoplastic lymphocytes also infiltrate the red pulp, forming small clusters and typically involving both sinuses and cords. Lymphoid cells have round to oval nuclei that are frequently minimally indented/cleaved. Scattered larger cells with nucleoli usually account for a small minority of neoplastic cells. Germinal centres may show follicular colonization. Small aggregates of epithelioid histiocytes may be seen both within and outside the white pulp. Some cases show plasmacytoid differentiation {2719,1738,1481,2600}.

#### *Splenic hilar lymph nodes*
Lymph nodes show variable involvement by neoplastic cells. Sinuses are typically dilated. Neoplastic lymphocytes populate marginal zones surrounding follicles but also may form irregular clusters.

#### *Bone marrow*
The extent of marrow involvement is variable. The biopsy commonly shows intertrabecular nodules along with interstitial and focally intrasinusoidal infiltrates of small lymphoid cells with a scant to moderate amount of pale cytoplasm. Occasionally, neoplastic cells diffusely infiltrate the marrow. Rare cases show marginal zone expansion surrounding reactive follicles. CD20 immunostaining is often helpful in identifying intrasinusoidal infiltrates {1228,185,2600}. Normal haematopoietic elements may be increased, particularly in cases with hypersplenism.

#### *Peripheral blood*
Peripheral blood shows mild to moderate lymphocytosis. Neoplastic cells are mature small to medium-sized lymphoid cells with round nuclei, condensed chromatin, and basophilic cytoplasm with short villi, which may be unevenly distributed or concentrated at one or two poles of the cell. There is often morphological heterogeneity, featuring small lymphoid cells without specific features, lymphoplasmacytoid cells, lymphocytes with nuclear clefts, and/or medium-sized lymphoid cells with relatively abundant pale cytoplasm {2638}.

#### *Immunophenotype*
The neoplastic cells express CD20, CD79a, PAX5, FMC7, CD27, CD38 (dim), IgM, and IgD and are negative for BCL6, ANXA1, CD103, cyclin D1, SOX11, and LEF1. A small subset of cases expresses CD11c, CD123, CD5 (usually weak), or CD43. Rare cases are positive for CD10. About one third to half of cases express CD25 and DBA44. CD200 expression is usually dim {2598,3595,2600,260,2092,4207,609}. When SMZL forms nodules, CD21 often identifies associated FDC meshworks. Cases with plasmacytic or plasmacytoid differentiation may show light chain restriction on paraffin sections. Residual reactive germinal centres in splenic white pulp are CD10+ and BCL2−, with a high Ki-67 proliferation index. Ki-67 is elevated in peripherally located proliferating marginal zone cells, highlighting a targetoid pattern. BCL2 is positive in the neoplastic cells.







**Fig. 4.70** Splenic marginal zone lymphoma. **A** An atypical population of small to medium-sized lymphocytes with variably abundant cytoplasm and plasmacytoid differentiation involves the splenic white and red pulp. **B** A striking targetoid pattern in the white pulp can be present. **C** Perihilar lymph node involvement with expansion of the marginal zones by monocytoid B cells.

Comprehensive immunophenotypic characterization is helpful in distinguishing SMZL from other small B-cell lymphomas that may involve the spleen.

#### *Differential diagnosis*
SMZL may be difficult to distinguish from other B-cell lymphomas, especially on bone marrow and peripheral blood evaluation. In some instances, a definitive diagnosis of SMZL can be established only after extensive clinical, radiographic, and pathology workup, including the integration of cytogenetic and molecular findings. Other small B-cell lymphomas, such as follicular lymphoma, chronic lymphocytic leukaemia / small lymphocytic lymphoma (CLL/SLL), hairy cell leukaemia, and mantle cell lymphoma, should be excluded using immunophenotypic and genetic studies. Other splenic lymphomas, including hairy cell leukaemia, splenic B-cell lymphoma/leukaemia with prominent nucleoli (encompassing cases previously called hairy cell leukaemia variant, a subset of those previously called B-prolymphocytic leukaemia, and a few others), and splenic diffuse red pulp small B-cell lymphoma, predominantly involve the red pulp and may all be associated with circulating lymphoma cells with variably abundant cytoplasm with or without villous projections. Splenic diffuse red pulp lymphoma shows a monomorphic diffuse infiltration of red pulp with atrophic white pulp and may rarely be difficult to distinguish from massive white and red pulp infiltration by SMZL (see Table 4.18, p. 378, in *Splenic B-cell lymphomas and leukaemias: Introduction*).

### Cytology
Touch preparations of spleen show small to medium-sized lymphoid cells with a relative abundance of pale cytoplasm.

### Diagnostic molecular pathology
Immunoglobulin heavy and light chain genes are clonally rearranged. Deletion of 7q31-32 is the sole molecular biomarker that specifically associates with SMZL. *NOTCH2* and *KLF2* mutations occur in both SMZL and nodal marginal zone lymphoma, although they are rare in other small B-cell lymphomas. Translocations that are characteristic of other small B-cell lymphomas are not observed in SMZL and may help in the distinction.

### Essential and desirable diagnostic criteria
*Essential:* small B-cell lymphoma involving bone marrow and/or peripheral blood, composed of small lymphoid cells with villous processes; positive expression of pan–B-cell markers, IgM, and IgD, and negative for BCL6, ANXA1, CD103, cyclin D1, SOX11, and LEF1; exclusion of other splenic and nodal B-cell lymphomas; clinical or imaging studies that show splenomegaly.
*Desirable:* neoplastic cells that are negative for CD5 and CD10.

### Staging
Staging uses the Lugano modifications of the Ann Arbor system {688}. Imaging studies help assess splenomegaly and involvement of hilar and extrahilar lymph nodes. Peripheral blood and bone marrow biopsies are useful to identify and quantify leukaemic disease. PET-CT may assist in directing biopsies in cases of suspected large-cell transformation.

### Prognosis and prediction
The clinical course of SMZL is generally indolent, with a median survival time of > 10 years {1204}. Like in other indolent lymphomas, early progression after treatment, which occurs in about 20% of patients, is the strongest prognostic biomarker



**Fig. 4.71** Splenic marginal zone lymphoma. Giemsa-stained touch preparation of splenic marginal zone lymphoma demonstrates a spectrum of atypical medium-sized lymphocytes with variably abundant cytoplasm.



**Fig. 4.72** Splenic marginal zone lymphoma. **A** CD20-positive neoplastic cells with a nodular and marginal zone growth pattern. **B** CD10 highlights mildly disrupted germinal centres, which are surrounded by the neoplastic cells. **C** BCL2 highlights the expanded marginal zones by neoplastic cells, whereas the naked reactive germinal centres are negative. **D** Reactive germinal centres show high proliferation, and proliferating neoplastic cells within the expanded marginal zone are accentuated by Ki-67 staining against the low proliferation of non-malignant mantle and marginal zones.

affecting survival: patients with early progression of disease (< 24 months) have a median survival time of only 3–5 years, whereas patients without early progression of disease have a survival time similar to that of the matched general population {2447}. Transformation into an aggressive lymphoma is a poor prognostic biomarker {2671,790,64}. The HPLL score, based on specific clinical biomarkers (i.e. low haemoglobin, low platelet count, high LDH level, and occurrence of extrahilar lymphadenopathy), is validated and may be used for the prognostic stratification of SMZL {2732}. Patients with SMZL harbouring *NOTCH2* mutations, *KLF2* mutations, and the NNK molecular genotype have inferior outcomes {401}.





# Splenic diffuse red pulp small B-cell lymphoma

Traverse-Glehen A
Lim MS
Molina TJ
Mollejo M
Montes-Moreno S
Siebert R
Stamatopoulos KE

## Definition
Splenic diffuse red pulp small B-cell lymphoma (SDRPL) is a small B-cell lymphoma involving the spleen, bone marrow, and peripheral blood, characterized by diffuse infiltration of the splenic red pulp by a monomorphic lymphoid population associated with circulating tumour cells bearing cytoplasmic projections.

## ICD-O coding
9591/3 Splenic diffuse red pulp small B-cell lymphoma

## ICD-11 coding
2A82.Y & XH99V9 Other specified mature B-cell neoplasm with leukaemic behaviour & Splenic diffuse red pulp small B-cell lymphoma

## Related terminology
*Not recommended:* splenic B-cell lymphoma/leukaemia, unclassifiable; splenic red pulp lymphoma with numerous basophilic villous lymphocytes; splenic marginal zone B-cell lymphoma with villous lymphocytes; splenic lymphoma with villous lymphocytes; splenic marginal zone lymphoma, diffuse variant; prolymphocytic variant of hairy cell leukaemia.

## Subtype(s)
None

## Localization
The neoplastic cells involve the spleen, bone marrow, and peripheral blood {2718,3130,4062,1869,4063,4067}. The splenic hilar lymph nodes are usually involved, and the involvement of other lymph nodes is extremely rare. Liver involvement is infrequent.

## Clinical features
Most patients present with pronounced splenomegaly and lymphocytosis; pancytopenia is infrequent, mostly seen in cases with hypersplenism. Serum M component of IgM, IgG, or both has been reported, and B symptoms are infrequent {2718,3130,1869,4063,4067}.

## Epidemiology
SDRPL is a rare neoplasm, accounting for < 1% of all non-Hodgkin lymphomas. It accounts for about 10% of lymphomas diagnosed in spleen specimens and 0.5% of all chronic lymphoid malignancies with peripheral blood involvement {4067}. Most patients are male, with a median age of < 75 years. Precise information on incidence rates is not available.

## Etiology
Unknown

## Pathogenesis
Most cases express B-cell receptor immunoglobulin with somatically hypermutated IGHV genes. The IGHV gene repertoire is biased, with a predominance of IGHV3-23 and IGHV4-34 {4062,364,1780}. These findings may suggest an antigen drive in the pathogenesis of SDRPL. Recurrent mutations and copy-number variations have been reported with variable frequency in *NOTCH1*, *NOTCH2*, *MYD88*, *TP53*, *MAP2K1*, *CCND3*, *BCOR*, *ARID1A*, and *SYK*, among others {3549,364,4061,4067,850,1780} (see Table 4.19, p. 379, in *Splenic B-cell lymphomas and leukaemias: Introduction*).

## Macroscopic appearance
The spleen is enlarged and shows a diffuse congested pattern without a micronodular appearance {2718,3130,4062,1869,4063,4067}.



**Fig. 4.73** Splenic diffuse red pulp small B-cell lymphoma. **A** The spleen shows a monomorphic diffuse red pulp infiltration in cords and sinuses, with architectural destruction of the red pulp. The white pulp is atrophic. **B** At higher magnification, the spleen shows the formation of pseudosinuses filled with neoplastic cells. **C** The cells have a relatively round hyperchromatic nucleus with clumped chromatin and basophilic cytoplasm, giving them a plasmacytoid appearance.



**Fig. 4.74** Splenic diffuse red pulp small B-cell lymphoma. Cytology in peripheral blood. The cells have round or oval nuclei with moderately basophilic cytoplasm. Cytoplasmic or villous projections are visible, broad-based, and unevenly distributed around the cells with a polar distribution (one to four poles).

### Histopathology

#### *Peripheral blood*

Peripheral blood smears show a homogeneous infiltrate of small to medium-sized cells with round or oval nuclei and clumped chromatin. The cytoplasm is variable in amount and moderately basophilic. Cytoplasmic or villous projections are well visible, broad-based, and unevenly distributed around the cells with a polar distribution (1–4 poles). The nucleolus is small or not visible in the large majority of the cells and is rarely prominent {1869,4063,4067}.

#### *Bone marrow*

Bone marrow biopsy shows variable cellularity, with sufficient residual haematopoiesis present and mild fibrosis. The most frequent patterns of infiltration are intrasinusoidal and/or interstitial, with a predominance of the former; nodular infiltrates are rare {4062,1869}.

#### *Spleen*

The spleen shows a monomorphic diffuse red pulp infiltration in cords and sinuses. Blood lakes with architectural destruction of the red pulp are frequently present, with neoplastic cells lining the resulting pseudosinuses. The white pulp is atrophic and not discernible. The cells usually have a relatively round, hyperchromatic nucleus with clumped chromatin and basophilic cytoplasm, giving them a plasmacytoid appearance {2718,1869,4063,4067}.

#### *Immunophenotype*

SDRPL is positive for B-cell markers (CD20, CD19, CD79a), DBA44, and IgG, but negative for CD5, CD23, CD43, cyclin D1, CD21, CD10, CD25, CD38, and ANXA1 {3130,1869,4063,4067}, although rare exceptions (for markers other than cyclin D1 and ANXA1) have been described {3130}. Cyclin D3 is expressed in 70% of cases {850}. Expression of IgD, CD11c, CD123, and CD103 has been reported in very few cases. The proliferation index (Ki-67) is usually low. p53 seems to be more frequently expressed than in splenic marginal zone lymphoma (SMZL).

By flow cytometry, CD180 {2683} is a very useful marker for distinguishing SDRPL from hairy cell leukaemia (HCL) and SMZL, and the sensitivity and specificity of SDRPL diagnosis are improved if CD180 is associated with CD200 and expressed as a median fluorescence intensity (MFI) ratio: a CD200 MFI to CD180 MFI ratio of < 0.5 favours a diagnosis of SDRPL rather than HCL or SMZL {1144}. On peripheral blood immunophenotyping, the identification of isolated monoclonal B-cell lymphocytosis with an immunophenotype consistent with marginal zone derivation may constitute an early stage of SDRPL or SMZL {4447}.

#### *Differential diagnosis*

This includes other splenic small B-cell lymphomas such as SMZL, HCL, and splenic B-cell lymphoma/leukaemia with prominent nucleoli (SBLPN). It can be difficult to distinguish these entities because of their similar clinical presentation and absence of specific immunophenotypic features, especially for SMZL, SDRPL, and SBLPN. Lymphocytosis is moderate and many cells lack prominent nucleoli, in contrast to splenic B-cell lymphoma/leukaemia with prominent nucleoli. Monocytopenia typically seen in HCL is not characteristic of SDRPL. As outlined in Table 4.18 (p. 378) in *Splenic B-cell lymphomas and leukaemias: Introduction*, macroscopic and microscopic patterns of involvement of the spleen, and (to some extent) the pattern of bone marrow infiltration, are helpful. Immunophenotypically, CD25, cyclin D1, and ANXA1, typically expressed in HCL, are absent in SDRPL. The CD200MFI:CD180MFI ratio by flow cytometry can help in the differential diagnosis {1144}.

When it is not possible to establish a definitive classification, which is often the case when no splenectomy specimen is available, the descriptive term "splenic B-cell leukaemia/lymphoma, not further classified (NFC)" should be used. In cases where cells display prominent nucleoli, the term "splenic B-cell lymphoma/leukaemia with prominent nucleoli" may be more appropriate.

### Cytology

See above.

### Diagnostic molecular pathology

No molecular test is pathognomonic of SDRPL. Molecular studies may also contribute to its distinction from HCL. *BRAF* p.V600E (NP_004324.2) mutation, observed in > 95% of HCL cases, is not present in SDRPL {4067}. Mutations in *NOTCH2* and *KLF2*, which are frequent in SMZL, are only rarely observed in SDRPL {4067}. The IGHV1-2*04 allele, which predominates by far in the repertoire of SMZL (relative frequency: ~30%), is underrepresented in SDRPL (< 5%) and HCL (< 1%) {4062,364,1780}.

### Essential and desirable diagnostic criteria

*Essential:* diffuse infiltration of the spleen by monomorphic small B cells, accompanied by atrophic white pulp; peripheral blood with circulating small cells with abundant cytoplasm, well-visible broad-based and unevenly distributed cytoplasmic villous projections, and an inconspicuous nucleolus; immunophenotype compatible with SDRPL.

*Desirable:* absence of *BRAF* p.V600E (NP_004324.2) mutation; absence of lymphadenopathy other than splenic hilar lymph node involvement.

### Staging

No staging system is routinely used.

### Prognosis and prediction

The information available is limited. Aggressive behaviour has been noted in cases associated with mutations in *NOTCH1*, *TP53*, or *MAP2K1* in one study {2548}.



# Splenic B-cell lymphoma/leukaemia with prominent nucleoli

Traverse-Glehen A Montes-Moreno S
Lim MS Siebert R
Molina TJ Stamatopoulos KE
Mollejo M

### Definition

Splenic B-cell lymphoma/leukaemia with prominent nucleoli (SBLPN) is a splenic B-cell neoplasm with some but not all of the cytomorphological and immunophenotypic features of cells of hairy cell leukaemia (HCL); it lacks *BRAF* mutation and is resistant to conventional HCL therapy. Characteristically, the cells have a single large nucleolus.

### ICD-O coding

9591/3 Splenic B-cell lymphoma/leukaemia with prominent nucleoli

### ICD-11 coding

2A82.3 Splenic B-cell lymphoma or leukaemia, unclassifiable

### Related terminology

*Acceptable:* splenic B-cell lymphoma/leukaemia, unclassifiable.

*Not recommended:* hairy cell leukaemia variant; B-prolymphocytic leukaemia.

### Subtype(s)

None

### Localization

The spleen, bone marrow, and peripheral blood are involved. Peripheral lymphadenopathy is uncommon. Hepatomegaly is observed in less than one third of patients {126}.

### Clinical features

The main clinical features are splenomegaly, high lymphocytosis, and cytopenia without monocytopenia. Autoimmune phenomena are rare {126}.

### Epidemiology

SBLPN is rare and accounts for approximately 0.4% of chronic lymphoid malignancies {2603,3420,3421}, with an incidence of approximately 0.03 cases per 100 000 person-years {581, 540}. The disease mostly affects elderly patients (median age: 71 years), with a slight male predominance (M:F ratio: 1.6:1), which is much less marked than that of HCL (M:F ratio: 4:1). Because the definition of SBLPN is evolving, the incidence figures are likely to be imprecise.



**Fig. 4.75** Splenic B-cell lymphoma/leukaemia with prominent nucleoli. **A** Atypical medium-sized to large lymphocytes with abundant basophilic to pale cytoplasm and fine or poorly defined projections. **B** A prominent single nucleolus is seen.

### Etiology

The etiology is unknown. There is no evidence suggesting that genetic or environmental factors play a role in its pathogenesis {2603}.

### Pathogenesis

Because SBLPN is a newly introduced entity absorbing cases previously classified as HCL variant and cases of CD5-negative B-prolymphocytic leukaemia, aspects of pathogenesis need to be revised as the definition evolves. Based on limited data from series on HCL variant and B-prolymphocytic leukaemia, cases are probably biased for their IG gene repertoire, with a predominance of IGHV4-34 gene usage, and most cases carry a relatively low load of somatic hypermutation within the clonotypic rearranged IGHV genes {1602}. Complex karyotypes involving 14q32 as well as 8q24, 7p deletion, and trisomy 12 have been reported {462,4140}. *BRAF* p.V600E (NP_004324.2) mutation is absent, but *MAP2K1* mutations are present probably in 38–42% of cases {919,4434,1601,4328,2573}. Other genetic events include *KMT2C* mutations, *U2AF1* and *CCND3* mutations (~21–24%), and 7q deletions. *TP53* mutations and/or 17p deletions and *MYC* alterations seem to be associated with a high risk {3421,2594}. Molecular evidence supports the biological distinction from HCL and splenic marginal zone lymphoma (SMZL) {2594,1065,126,401} (see Table 4.19, p. 379, in *Splenic B-cell lymphomas and leukaemias: Introduction*).

### Macroscopic appearance

The spleen is enlarged and shows a diffuse homogeneous appearance without presence of a micronodular aspect.

### Histopathology

#### *Peripheral blood*

In the peripheral blood, the proportion of atypical lymphoid cells ranges from 20% to 95% {3528,2601,597}. These cells are medium-sized to large and have abundant basophilic or pale cytoplasm with variably defined projections. They typically have a large, prominent single nucleolus, but the nucleolus may be smaller and less conspicuous in some cases. The cells are smaller than those of HCL, but occasionally large cells with a bilobed nucleus can be identified. In contrast to HCL, the cells typically do not have circumferential villous processes.

#### *Bone marrow*

The bone marrow shows normal or increased cellularity, with a variable (often mild) degree of lymphoid infiltration and mild





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 133 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 134 of 195




**Fig. 4.76** Splenic B-cell lymphoma/leukaemia with prominent nucleoli. **A** Bone marrow core biopsy with interstitial lymphoid infiltrates. **B** Reticulin stain of bone marrow shows mild fibrosis. **C** Bone marrow biopsy involved by splenic B-cell lymphoma/leukaemia with prominent nucleoli demonstrating an absence of ANXA1 expression. Note the ANXA1 expression in background granulocytes, which serves as a positive internal control.

fibrosis. On the trephine biopsy, the most common pattern of infiltration is interstitial and intrasinusoidal. Cases with a mixed nodular and interstitial pattern occur; a diffuse pattern may be seen in the later stages of the disease. The key diagnostic feature is the cytomorphology of the cells: medium-sized atypical lymphoid cells with relatively abundant cytoplasm, a round nucleus, and a generally prominent nucleolus {2601,2597}.

*Spleen*

The spleen shows diffuse involvement of the red pulp with atrophic white pulp. There is prominent intrasinusoidal involvement in the red pulp. Blood lakes may be seen occasionally but are not typical as in HCL or splenic diffuse red pulp small B-cell lymphoma (SDRPL) {2595,2597}. The neoplastic cells are medium-sized atypical lymphoid cells with abundant cytoplasm, a round nucleus, and a generally prominent nucleolus.

*Immunophenotype*

The neoplastic cells express monotypic surface immunoglobulin (most frequently IgG, either alone or with another isotype), pan–B-cell antigens (CD19, CD20, and CD22), DBA44, CD11c, CD103, and FMC7, but not HCL markers (CD25, ANXA1, TRAP, and CD123) {2601,918,597,2595}.




**Fig. 4.77** Splenic B-cell lymphoma/leukaemia with prominent nucleoli. Flow cytometry demonstrates expression of bright CD19, CD20, CD11c, and CD103, but not CD5, CD23, or CD38, in immunoglobulin lambda light chain–positive splenic B-cell lymphoma/leukaemia with prominent nucleoli.





*Differential diagnosis*

SBLPN should be distinguished from other splenic B-cell lymphomas/leukaemias (HCL, SMZL, and SDRPL). SBLPN characteristically differs from other splenic B-cell lymphomas/leukaemias by its cytological atypia and a generally prominent, single nucleolus. SBLPN can be distinguished from HCL by the immunophenotype and the lack of *BRAF* mutation. Like patients with SBLPN, patients with SMZL and SDRPL may show intrasinusoidal infiltrates in bone marrow core biopsies; however, intrasinusoidal infiltrates are mixed with other patterns, and in SMZL, an intrasinusoidal pattern is less prominent. Furthermore, the lymphoid cells in SMZL and SDRPL lack the atypia and prominent nucleoli seen in SBLPN (see Table 4.18, p. 378, in *Splenic B-cell lymphomas and leukaemias: Introduction*).

## Cytology

See above

## Diagnostic molecular pathology

No molecular test is pathognomonic of SBLPN, because its genetics remain to be characterized.

## Essential and desirable diagnostic criteria

*Essential:* circulating medium-sized lymphoid cells with prominent nucleoli or convoluted nuclei – rare cells in the peripheral blood may show poorly defined cytoplasmic projections, but circumferential fine villous (hairy) projections are absent; presence of B-cell antigens (CD19, CD20, CD79a, or PAX5); absence of the characteristic phenotype of HCL, including expression of CD25, ANXA1, cyclin D1, and TRAP.

*Desirable:* diffuse involvement of the splenic red pulp with atrophic white pulp, but most cases are diagnosed without a spleen specimen; absence of *BRAF* mutation.

## Staging

No staging system is routinely used.

## Prognosis and prediction

The clinical course is variable, with half of the patients dying from unrelated causes. The evolution seems to be more aggressive than that of classic HCL. The median survival time is approximately 9 years, with only 15% of patients surviving for longer than 15 years {2601,2603,2602}. There is limited information on therapy, and treatment responses to a variety of agents have been disappointing. In contrast to classic HCL, patients with splenic B-cell lymphoma/leukaemia with hairy cell features do not usually respond to interferon alfa, and only half of them achieve transient partial responses to the purine analogues pentostatin (2′-deoxycoformycin) and cladribine (2′-chlorodeoxyadenosine) {3528, 2601, 3421, 2597, 2594}. Splenic B-cell lymphoma/leukaemia with hairy cell features may undergo transformation (reported in 6% of cases), which appears to be more frequent in cases harbouring 17p deletion {4140}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 135 of 195

# Lymphoplasmacytic lymphoma

Montes-Moreno S
Geddie WR
Kersten MJ
Lin P
Maruyama D
Siebert R
Treon SP

## Definition

Lymphoplasmacytic lymphoma (LPL) is a neoplasm comprising small B lymphocytes, plasmacytoid lymphocytes, and plasma cells, usually involving the bone marrow and sometimes involving the lymph nodes and spleen. Waldenström macroglobulinaemia (WM) is defined by the combination of LPL in the bone marrow and an IgM monoclonal component in the blood.




**Fig. 4.78** Lymphoplasmacytic lymphoma. **A** Bone marrow aspirate smear from a patient with lymphoplasmacytic lymphoma showing a polymorphic population of small lymphocytes, plasmacytoid lymphocytes, plasma cells, and mast cells (Giemsa). **B** The corresponding flow cytometry immunophenotyping shows both monotypic cytoplasmic kappa restricted plasma cells (blue) and monotypic surface kappa light chain–restricted B cells (pink) expressing CD19, CD20, and CD22, and lacking CD5 and CD10. The plasma cells are positive for CD19 and negative for CD56, which is typical for lymphoplasmacytic lymphoma and different from plasma cells in plasma cell myeloma, which are nearly always negative for CD19 and usually positive for CD56.

## ICD-O coding

9671/3 Lymphoplasmacytic lymphoma
9761/3 IgM-type lymphoplasmacytic lymphoma / Waldenström macroglobulinaemia
9761/3 Non–IgM-type lymphoplasmacytic lymphoma / Waldenström macroglobulinaemia

## ICD-11 coding

2A85.4 Lymphoplasmacytic lymphoma

## Related terminology

None

## Subtype(s)

IgM-type lymphoplasmacytic lymphoma / Waldenström macroglobulinaemia (IgM-type LPL/WM); non–IgM-type lymphoplasmacytic lymphoma / Waldenström macroglobulinaemia (non–IgM-type LPL/WM)

## Localization

LPL typically involves the bone marrow and less frequently the lymph nodes and spleen. LPL cells may infrequently involve other extranodal sites, including the CNS (Bing–Neel syndrome), skin, pleural cavities (resulting in malignant effusions), or other sites usually involved by extranodal marginal zone lymphoma.

## Clinical features

Many patients with an IgM paraprotein are asymptomatic at diagnosis. The most common presenting symptoms in WM are fatigue and constitutional symptoms. The anaemia can be caused by LPL infiltration in the bone marrow and/or by increased hepcidin levels, interfering with iron uptake in the gut. Thrombocytopenia and leukopenia are less common. Fewer than 25% of patients present with lymphadenopathy and/or hepatosplenomegaly at diagnosis, but this percentage increases to 50–60% at relapse. Other common symptoms are directly related to the IgM paraprotein. As many as 30% of patients present with hyperviscosity syndrome, with blurred vision, headache, epistaxis, and shortness of breath {1298}. The syndrome is more likely to occur when IgM levels are > 6 g/dL {1456}. Bleeding tendency can occur, due to acquired von Willebrand disease and/or thrombocytopenia. The IgM paraprotein can also have autoantibody or cryoglobulin activity, resulting in autoimmune phenomena or type II cryoglobulinaemia (leading to vasculitis, skin lesions, renal complications, and neuropathy). IgM-related neuropathy is seen in approximately 20% of cases; this may result from reactivity of the IgM paraprotein with myelin sheath antigens (anti–myelin-associated glycoprotein [MAG] antibodies) and has a typical clinical picture of gradually worsening distal sensory loss, ataxic gait, and tremor, as well as a demyelinating pattern on electromyography. Other types of neuropathy more rarely observed in WM include amyloid peripheral neuropathy and CANOMAD syndrome (chronic ataxic neuropathy with ophthalmoplegia, M protein, cold agglutinins, and disialosyl ganglioside antibodies) {1000}, cryoglobulin-associated neuropathy, and small fibre neuropathy.

Non–IgM-type LPL/WM represents about 5% of LPL cases. This category includes cases with IgG or IgA monoclonal proteins and those with non-secretory LPL (the IgG type is more common than the IgA or non-secretory types) as well as cases of IgM-type LPL without bone marrow involvement {4186,2026,543,1873,573,4109}. Compared with patients with IgM-type LPL/WM, these patients may show clinical heterogeneity, with less frequent hyperviscosity syndrome and neuropathy {573}; more frequent lymph node, extranodal, and spleen involvement; and less frequent serum paraprotein and bone marrow involvement {4186}. Data regarding overall survival in comparison with IgM-type LPL are conflicting among retrospective series, with similar {4186,573} or worse {543,1873} outcomes reported. Time to treatment requirement is usually shorter in cases with non–IgM-type LPL {4186,573}.

## Epidemiology

LPL has an incidence of 3–7 cases per 1 million person-years in the USA and Europe and represents approximately 2% of all haematological malignancies. Most patients are diagnosed at ≥ 65 years of age, and LPL is more common in men and in White people {3670,856,3813}.

## Etiology

The etiology is unknown. Acquired risk factors for LPL are a pre-existing IgM monoclonal gammopathy of undetermined significance (MGUS) and a history of HCV infection in specific geographical areas {4187,579,2635,2271}. Familial predisposition has been described in nearly 20% of cases with WM-type LPL {89,4072,3433,4073}.

## Pathogenesis

In 93–97% of LPL/WM cases, the driver mutation is *MYD88* p.L265P (NP_002459.2) {2949}. Other mutations have also been identified in 1–2% of all patients with LPL/WM. These mutations result in gain of function of MYD88 and constitutive activation of the NF-κB pathway. *MYD88* mutations are also detectable in as many as 80% of IgM MGUS cases but not in IgG or IgA MGUS. Patients with IgM MGUS with mutated *MYD88*, and those with a higher mutated allele burden, are at higher risk of progression to WM.

The next most common somatic mutations are nonsense and frameshift mutations of *CXCR4* that affect its C-terminal region. CXCR4 is essential for the homing and migration of WM cells. These *CXCR4* mutations are seen in as many as 40% of patients with LPL/WM, mostly concurrently with *MYD88* mutations {1687,1685}. *CXCR4* mutations are essentially unique to WM, with only a few cases of marginal zone lymphoma (MZL) and activated B-cell diffuse large B-cell lymphoma reported so far. *CXCR4* mutations are associated with high serum IgM, symptomatic hyperviscosity, von Willebrand factor deficiency, and earlier time to treatment. These *CXCR4* activating mutations also confer resistance to ibrutinib therapy. The subclonal nature of *CXCR4* mutations, and their paucity in IgM MGUS suggest that they are acquired after *MYD88* mutation.

Clonal deletions of chromosome 6, targeting regions 6q21-q25, are found in 40–50% of patients with WM and appear to be exclusively associated with *CXCR4* mutations in treatment-naïve patients. Such deletions in 6q increase in frequency from IgM MGUS through asymptomatic WM and to symptomatic WM, suggesting that loss of genes within this region may facilitate disease progression.




**Fig. 4.79** Lymphoplasmacytic lymphoma. **A** Predominantly interstitial infiltrates are found in a case with significant bone marrow infiltration. **B** The infiltrate is composed of lymphocytes, plasmacytoid lymphocytes, and scattered plasma cells. Haemosiderin-laden histiocytes are noted. **C** CD20 immunohistochemistry highlights the B cells. **D** CD138 immunohistochemistry highlights the scattered plasma cells. **E** Kappa light chain restriction is noted. **F** The tumour cells are negative for lambda light chain.



**Fig. 4.80** Lymphoplasmacytic lymphoma. **A** The most common lymph node presentation is characterized by a diffuse infiltrate with architectural sparing. Follicular colonization may be present. **B** The crystal-storing histiocytosis pattern shows a prominent histiocytic reaction, with clusters of macrophages with foreign body–type reaction and crystalline inclusions in the cytoplasm. **C** Lymphocytes and plasmacytoid lymphocytes are present. Note the presence of immunoglobulin nuclear inclusions (Dutcher bodies).

## Macroscopic appearance

Rare cases show enlarged lymph nodes and spleen.

## Histopathology

### *Bone marrow*

The bone marrow is infiltrated by small B lymphocytes, plasmacytoid cells, and plasma cells. Plasmacytoid differentiation with Dutcher bodies is useful in the differential diagnosis with MZL {262}. Another helpful feature is the increase in reactive mast cells as well as haemosiderin-laden histiocytes. Most cases show a combined paratrabecular and interstitial infiltration pattern {2026, 262,1296,1132}. In contrast, MZL and chronic lymphocytic leukaemia cases show predominantly interstitial growth patterns, combined with intrasinusoidal growth in the case of MZL. Uncommonly, nodular interstitial infiltrates may show a population of follicular dendritic cells {262}. Light chain amyloid deposition can be found in association with LPL infiltrates. In some cases, particularly after treatment, absence of the lymphoid component and pure monotypic plasma cell infiltrates with or without granulomatous reactions can be found. The differential diagnosis based on morphology includes MZL and lymphocyte-like morphological variants of multiple myeloma. Cases with patchy interstitial infiltrates characterized by minute interstitial cell clusters positive for B-cell markers are IgM MGUS rather than LPL. In cases with more advanced disease, large cells may be increased in number and the neoplastic infiltrate may appear more polymorphic, possibly heralding a transformation to large cell lymphoma. Rouleaux formation and plasmacytoid lymphocytes can be found in the peripheral blood.

### *Lymph node*

The classic pattern is characterized by a relatively monomorphic, predominantly lymphoid, lymphoplasmacytoid, and plasmacytic infiltrate with a diffuse growth pattern, intact or dilated sinuses, follicular preservation, and scattered haemosiderin-laden macrophages. Rarely, morphological patterns comprising almost exclusively small lymphocytes or exclusively plasma cells may be present {1477,3907}. There is an absence of pseudofollicles. Follicular colonization can be found. Some cases may show a frank histiocytic infiltrate with cytoplasmic immunoglobulin (crystal-storing histiocytosis pattern).

### *Differential diagnosis with MZL*

The differentiation from MZL may be difficult in some cases (see Table 4.20). The demonstration of *MYD88* p.L265P mutation favours LPL {2359,1477}.

### *Spleen*

The spleen usually shows involvement of both the white pulp and the red pulp; in the former, the neoplastic cells are often localized to the mantle and marginal zones. Both lymphoplasmacytoid-predominant and plasmacytic types have been recorded. Such a degree of plasmacytic differentiation is unusual in splenic MZL {2554}.

### *Other extranodal sites*

Lymphoma infiltrates in the skin and other mucosal sites can be difficult to distinguish from MZL and may require mutation testing for *MYD88* p.L265P. In the case of suspected CNS infiltration, the detection of a clonal B-cell population, possibly with the *MYD88* mutation, is of value in securing the diagnosis {2690}.

**Table 4.20** Differential diagnosis for Waldenström macroglobulinaemia–type lymphoplasmacytic lymphoma (LPL-WM), IgM monoclonal gammopathy of undetermined significance (IgM MGUS), and IgM-related disorders

| Entity | IgM monoclonal protein | Bone marrow infiltration | IgM-related symptoms | Tumour-related symptoms (i.e. anaemia/adenopathy) |
|---|---|---|---|---|
| LPL-WM (symptomatic) | + | + | +/– | + |
| Asymptomatic LPL-WM | + | + | – | – |
| IgM MGUS | + | – | – | – |
| IgM-related disorders[a] | + | +/– | + | – |

[a]Cold agglutinin haemolytic anaemia, type II cryoglobulinaemia, neuropathy, amyloidosis.



**Fig. 4.81** Lymphoplasmacytic lymphoma cytology. **A** Fine-needle aspirate of an orbital mass, direct smear, showing plasmacytoid lymphocytes and scattered large cells. Dutcher bodies are noted. The differential diagnosis includes lymphoplasmacytic lymphoma and extranodal marginal zone lymphoma (Giemsa). **B** Fine-needle aspirate of lymph node (para-aortic), direct smear, showing pink amorphous material consistent with amyloid in the background of neoplastic lymphocytes (Giemsa). **C** Endobronchial ultrasound (EBUS)-guided transbronchial needle fine-aspirate of a mediastinal lymph node: cell block section showing crystal-storing histiocytosis characterized by plasmacytoid small lymphocytes and histiocytes distended with eosinophilic immunoglobulin crystals. **D** Fine-needle aspirate of an axillary lymph node, direct smear, showing numerous large immunoblasts and only occasional plasma cells, consistent with transformation to diffuse large B-cell lymphoma (Giemsa).

### *Immunophenotype*

LPL cells express B-cell antigens such as CD20, CD19, CD22, CD79a, and PAX5 {1646,3558}. Other markers, such as CD45, CD25, and CD38, are usually positive. Light chain restriction can be demonstrated by both immunohistochemistry and flow cytometry. Most cases show IgM expression by immunohistochemistry, rarely IgG or IgA. IgD is usually negative. LPL cells are typically negative for CD10, CD5, CD23, CD103, and DBA44, but variable expression of CD5, CD23, and/or CD10 has been reported. Plasma cells express IRF4 (MUM1) and CD138, and these populations may predominate in posttreatment samples. Flow cytometry and immunohistochemistry show similar results regarding the cellular phenotype {1646}, but flow cytometry may underestimate the number of clonal B cells, compared with tissue-based immunohistochemistry against CD20 {1296}. Some LPLs are biclonal for IgM and IgG. Cases of IgG or IgA type usually show similar phenotypic features but may show more prominent plasmacytic differentiation

### Cytology

Cytological findings from fine core needle biopsies of lymph nodes or extranodal sites are sometimes the first demonstration of a lymphoproliferative disorder in patients being investigated for possible LPL/WM, and they may also document amyloid or crystal-storing histiocytosis {347,1743,4031,1863}. Fine core needle biopsy may also be useful to collect tissues for immunophenotyping and molecular testing {3573}. In patients with an



**Fig. 4.82** IgM monoclonal gammopathy of undetermined significance. Bone marrow core biopsy. Scattered lymphocytes and plasmacytoid cells are found but are difficult to identify without immunohistochemistry.







Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 136 of 195

**Table 4.21** Summary of genetic features in lymphoplasmacytic lymphoma (LPL)

| Gene | Frequency of genetic lesion | Type of genetic lesion |
|---|---|---|
| *MYD88* | > 90% in WM-type LPL<br>60–90% in non-WM–type LPL<br>80% in IgM MGUS | Missense somatic mutation (p.L265P >> other) |
| *CXCR4* | 40% in WM-type LPL | Nonsense and frameshift mutations in C-terminus |
| del(6q) | 40% | Deletion |
| *KMT2D*[a] | 25% | Somatic mutation |
| *ARID1A* | 10% | Somatic mutation |
| *CD79B* | < 10% | Somatic mutation |
| *TBL1XR1*[a] | < 10% | Somatic mutation |
| *PTPN13*[a] | < 10% | Somatic mutation |
| *TP53*[a] | < 10% | Somatic mutation |

MGUS, monoclonal gammopathy of undetermined significance; WM, Waldenström macroglobulinaemia.
[a]Prevalent mutations in *MYD88* p.L265P–wildtype cases {1685,4075,1686,1687,4186}.

established diagnosis of LPL, fine core needle biopsy may be used to look for evidence of large-cell transformation and guide site selection for excisional or core biopsy.

### Diagnostic molecular pathology

*MYD88* p.L265P (NP_002459.2) change can be identified in 93–97% of patients with LPL/WM, and other rare *MYD88* mutations have also been identified in 1–2% of all patients with LPL/WM {4074} (see Table 4.21). Genetic testing may yield false negative results, largely due to low tumour cell content in bone marrow {2079}; negative results should therefore be interpreted with caution. The *MYD88* mutation can also be detected in peripheral blood samples, skin lesions, cerebrospinal fluid, pleural effusions, and cell-free DNA from the peripheral blood of patients with LPL/WM.

### Essential and desirable diagnostic criteria

*Essential:* significant bone marrow infiltration by clonal small lymphocytes with plasmacytoid and/or plasma cell differentiation; immunophenotype of LPL cells: IgM+ (rarely IgG+ or IgA+), CD19+, CD20+, CD22+, CD25+, CD10−, CD23−, CD103−, CD138+/−.

*Desirable:* detection of *MYD88* p.L265P (NP_002459.2); detection of *CXCR4* somatic sequence variant; serum electrophoresis and immunofixation showing presence of monoclonal IgM (rarely IgG or IgA).

### Staging

The modified Lugano staging system for underlying lymphoma applies.

### Prognosis and prediction

The WM International Prognostic Scoring System (WM IPSS) incorporates five adverse covariates: advanced age (> 65 years), haemoglobin ≤ 11.5 g/dL, platelet count ≤ 100 × $10^9$/L, B2M > 3 mg/L, and serum monoclonal protein concentration > 7.0 g/dL. It retains its prognostic significance independent of age and in patients treated with alkylating agents as well as with nucleoside analogues {2779}. *MYD88* mutation status may also impact survival; those with wildtype *MYD88* tend to harbour NF-κB pathway activating mutations that are also seen in diffuse large B-cell lymphoma {1685}. These patients have a higher risk of transformation to diffuse large B-cell lymphoma, and thereby a shorter overall survival. The presence of *CXCR4* mutations does not appear to impact overall survival {4071}.



# Marginal zone lymphoma: Introduction

Ferry JA
Du MQ

Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue (EMZL), nodal marginal zone lymphoma, and splenic marginal zone lymphoma (SMZL) appeared as distinct entities in the fourth edition of the *WHO classification of tumours of haematopoietic and lymphoid tissues* and are retained in the fifth edition. Primary cutaneous marginal zone lymphoma appears as an entity in the fifth edition for the first time, as it has clinical and pathological features that distinguish it from other EMZLs. Similarly, paediatric nodal marginal zone lymphoma is recognized as a distinct type of lymphoma and is discussed separately.

These lymphomas have overlapping histological and immunophenotypic features: the neoplastic cells are small mature B cells typically negative for CD5 and CD10, and the lymphomas variably show plasmacytic differentiation. Associated reactive follicles are often present.

However, their clinical features differ significantly (see Table 4.22). Their differential diagnosis includes other types of small B-cell lymphomas and, in some instances, reactive processes. SMZL is discussed under splenic B-cell neoplasms but is included in this table to highlight features that distinguish it from other MZLs.

Despite having shared histological and immunophenotypic features, nodal marginal zone lymphoma, EMZL, and SMZL have differing etiologies. Since the previous edition, the most important advances have been in the refinement of their somatic genetic features, which differ among these three entities {4145,3808,3243,4200,401}. In addition, there are significant differences in the mutation landscapes among EMZLs arising in different anatomical sites, such as the ocular adnexa {1626,2761}, salivary glands {2762,2107}, thyroid {4423}, skin {2608}, and others. Better definition of the underlying genetic changes of these lymphomas opens the door to improved treatment options.

**Table 4.22** Summary of clinicopathological and molecular features of extranodal marginal zone lymphoma (EMZL), nodal marginal zone lymphoma (NMZL), and splenic marginal zone lymphoma (SMZL) (continued on next page)

| Features | EMZL | NMZL | SMZL |
|---|---|---|---|
| Etiology | Site-dependent and variable in different geographical regions: chronic infection by *Helicobacter pylori* (stomach), *Chlamydia psittaci* (ocular adnexa), Sjögren syndrome (salivary glands), Hashimoto thyroiditis (thyroid) | Unknown | HCV infection, subset<br>Unknown, most cases |
| Clinical features | Symptoms vary according to sites and underlying inflammatory disorders<br>May be asymptomatic | May be asymptomatic and show painless non-bulky peripheral adenopathy, or rarely lymphocytosis | Symptoms related to cytopenias, splenomegaly, or autoimmunity<br>May be asymptomatic |
| Sites involved | Almost any anatomical site, but most frequently involving stomach, ocular adnexa, lung, and salivary glands | Peripheral lymph nodes, often in head and neck | Spleen, splenic hilar lymph nodes, blood, and bone marrow |
| Peripheral blood | Usually not involved | Cytopenias uncommon and may develop during disease progression | Mild to moderate lymphocytosis; mature small to medium-sized lymphoid cells with short polar villi |
| Bone marrow | Infrequent and subtle | Typically involved; interstitial or intertrabecular lymphoid aggregates | Variably involved; typically intertrabecular nodular and/or intrasinusoidal infiltrate of small lymphoid cells with scant to moderate amount of pale cytoplasm |
| Histology | Proliferation of small to medium-sized lymphoid cells (centrocyte-like, monocytoid, small lymphocytes) with admixed centroblasts/immunoblasts and frequent plasmacytic differentiation in a marginal zone and/or diffuse pattern<br>Lymphoma cells may form lymphoepithelial lesions and colonize B-cell follicles | Small lymphoid cells with minimal atypia in nodular, interfollicular, or diffuse distribution with partial or complete effacement of nodal architecture; monocytoid and plasmacytoid differentiation may be seen | White pulp: variably expanded population of small lymphoid cells surrounding reactive germinal centres and a peripheral zone of medium-sized cells with abundant pale cytoplasm<br>Red pulp: small clusters of neoplastic cells, involving both sinuses and cords |
| Usual immunophenotype | Positive for CD20, CD79a, PAX5, and IgM, occasionally other immunoglobulin classes<br>Negative for CD5, germinal-centre markers, CD23, cyclin D1, and SOX11 | Positive for CD20, CD19, CD79a, and PAX5; coexpression of CD43, MNDA, and IRTA1; majority express IgM<br>Negative for germinal-centre markers, cyclin D1, and LEF1 | Positive for CD20, CD79a, PAX5, FMC7, CD27, CD38 (dim), IgM, and IgD<br>Negative for germinal-centre markers, ANXA1, CD103, cyclin D1, SOX11, and LEF1 |

DMT, differentially methylated targets; GPCR, G protein–coupled receptor; NNK, 4-(N-methyl-N-nitrosamino)-1-(3-pyridyl)-1-butanone.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 137 of 195

**Table 4.22** Summary of clinicopathological and molecular features of extranodal marginal zone lymphoma (EMZL), nodal marginal zone lymphoma (NMZL), and splenic marginal zone lymphoma (SMZL) (continued)

| Features | EMZL | NMZL | SMZL |
|---|---|---|---|
| IG gene mutation and usage | Clonal IG rearrangements with somatic hypermutation and frequent intraclonal variations; frequently biased usage of IGHV genes that confer reactivity to autoantigens | Clonal IG rearrangements with somatic hypermutations and frequently biased usage of *IGHV4-34* and *IGHV1-69* | Clonal IG rearrangements with somatic hypermutation in most cases, and biased usage of *IGHV1-2*04* in ~30% |
| Cytogenetic changes | Frequent trisomies 3 and 18 | Gains of chromosome 2p and 6p and loss of 1p and 6q; frequent trisomies 3, 12, and 18; no 7q31-32 deletion | 7q31-32 deletion in 30%<br>Frequent trisomies 3 and 18 |
| | Variable and site-dependent chromosome translocation:<br>• Stomach: t(11;18) (*BIRC3::MALT1*) (24%)<br>• Lung: t(11;18) (*BIRC3::MALT1*) (40%)<br>The following are infrequent:<br>• t(1;14) (IGH::*BCL10*), t(14;18) (IGH::*MALT1*), t(3;14) (IGH::*FOXP1*), t(X;14) (IGH::*GPR34*) | No recurrent translocations | No recurrent translocations |
| Somatic variants | Variable and site-dependent frequent changes:<br>• Ocular adnexa: *TNFAIP3* (35%)<br>• Salivary glands: *GPR34* (19%)<br>• Skin: *FAS* (63%)<br>• Thyroid: *CD274* (68%), *TNFRSF14* (53%), and *TET2* (86%) | Frequent in *KMT2D* (34%), *PTPRD* (~20%), *NOTCH2* (20%), *KLF2* (17%); recurrent in *CARD11, FAS, TNFAIP3, CREBBP, TET2*, and *TBL1XR1*<br>Rare in *BRAF, MYD88*, and *CXCR4* | Frequent in *KLF2* (20–40%) and *NOTCH2* (~22%)<br>Recurrent in a number of genes involved in NOTCH and NF-κB pathways, epigenetic regulation, and DNA damage responses |
| Molecular pathogenesis | Enhanced NF-κB activation through B-cell receptor stimulation, T-cell help, and genetic changes in these pathways<br>Enhanced GPCR signalling due to crosstalk between inflamed epithelium and lymphoma cells and related genetic changes | Enhanced *NOTCH2* and NF-κB activations by genetic changes | Two genetic clusters: NNK cluster, dominated by mutations enhancing NOTCH and NF-κB activation; and DMT cluster, characterized by mutations impairing DNA damage responses |
| Prognosis | Indolent, with median survival > 10 years in majority; early progression is unfavourable; transformation occurs in 2–3% of patients | Indolent, with median survival > 10 years; transformation occurs in 5% of patients | Indolent, with median survival > 10 years; early progression and high-grade transformation associated with inferior survival |

DMT, differentially methylated targets; GPCR, G protein–coupled receptor; NNK, 4-(N-methyl-N-nitrosamino)-1-(3-pyridyl)-1-butanone.





# Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue

Cheuk W
Cheng CL
Cooper WA
Delabie J
Du MQ
Geddie WR
Inagaki H
Kakkar A
Kempf W
Ott G
Raderer M
Tallini G

## Definition

Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue (EMZL) is an indolent primary extranodal B-cell lymphoma with cytological and architectural features reminiscent of Peyer patch lymphoid tissue, the prototypical mucosa-associated lymphoid tissue (MALT). EMZL typically arises from marginal zone B cells of acquired MALT and is often associated with an underlying chronic inflammatory disorder.

## ICD-O coding

9699/3 Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue

9762/3 Immunoproliferative small intestinal disease (alpha heavy chain disease)

## ICD-11 coding

2A85.3 & XH1V99 Extranodal marginal zone B-cell lymphoma, primary site excluding stomach or skin & Extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue

## Related terminology

*Acceptable:* mucosa-associated lymphoid tissue (MALT) lymphoma; extranodal marginal zone lymphoma of MALT.

*Not recommended:* MALToma.

## Subtype(s)

Immunoproliferative small intestinal disease (alpha heavy chain disease; see also *Alpha heavy chain disease*, p. 619)

## Localization

Almost any anatomical site can be affected, including sites lacking mucosa. The most commonly affected sites are the




**Fig. 4.83** Extranodal marginal zone lymphoma. Relative frequency of primary-presenting extranodal sites in patients with extranodal marginal zone lymphoma.




**Fig. 4.84** Extranodal marginal zone lymphoma (EMZL). Etiology, IG gene usage, and recurrent genetic abnormalities in EMZL of various sites. Many of the EMZL-derived immunoglobulins are autoreactive, and where possible the estimated frequency of their usage is provided. As many of the genes involved in EMZL have not been uniformly investigated across different sites, only the recurrent genetic changes fundamental to the understanding of EMZL pathogenesis are presented {4423,4200}. The genes are grouped in different colour schemes according to their function. Known association among immunoglobulin usage and genetic changes is indicated. del, deletion; mut, mutation; n/a, data not available; trans, translocation.

stomach, ocular adnexa, salivary gland, skin, lung, breast, thyroid, and thymus. Others include the upper aerodigestive tract, small and large intestines, hepatobiliary system, pancreas, dura and brain, urogenital tract, female genital tract, and soft tissues {1801, 1293, 2088, 3872, 1967, 3225, 4206, 315, 223, 1812, 2187}. Synchronous involvement of two or more sites can occur at presentation, with a propensity to involve other extranodal sites during the course of disease {980,3343}.

## Clinical features

Patients with EMZL present with symptoms related to a mass lesion, or they are asymptomatic, with the lymphoma being incidentally discovered. B symptoms are rare (see Table 4.23, p. 403). The lymphoma is often diagnosed while the disease is localized, with a low tumour burden {3342}. Regional lymph node involvement or disseminated disease may be found upon thorough staging in 25–50% of patients {3343,4594}, being significantly more common in extragastric EMZL (40–50%) than in gastric EMZL (25%) {3342}. Bone marrow involvement is found in 2–5% {2080,336}. The serum LDH and B2M levels are usually normal. Monoclonal gammopathy, usually of IgG or IgM type, can be detected in as many as one third of patients at diagnosis; the titre may correlate with therapeutic response {4398, 4054}.

## Epidemiology

EMZL constitutes 5–8% of B-cell lymphomas, with an incidence rate of 0.5–2.6 cases per 100 000 person-years {3811,2730}. It is slightly more common in Asian people, and it represents the most common low-grade B-cell lymphoma in China and the Republic of Korea {3880,853}. The overall incidence of EMZL, with the exception of gastric EMZL, has increased over the years {2446,587}. EMZL occurs over a wide age range, mostly in adults (median age: 61 years) {2976}. A female predilection is observed in EMZL of the salivary gland, thyroid, and thymus, due to the higher prevalence of the associated autoimmune disorders in female patients. EMZL is rare in the paediatric population but is the most common primary cutaneous B-cell lymphoma in children and adolescents {1949,3995,398}.

## Etiology

EMZL usually arises in acquired MALT at extranodal sites, which results from a chronic inflammatory process caused by infection, autoimmunity, or unknown factors. The development of gastric EMZL has been linked to chronic *Helicobacter pylori* infection by epidemiological and in vivo studies {3147,4411}. A causative relationship is supported by observations that *H. pylori* is capable of stimulating lymphoma cell proliferation in vitro {1693}, and its eradication by antibiotics leads to lymphoma remissions in about 80% of patients {4410,1009,3506,4594}. Since the introduction of antibiotic therapy for *H. pylori*–associated gastritis, the incidence of gastric EMZL has declined. Conversely, the incidence of *H. pylori*–negative gastric EMZL has increased,




**Fig. 4.85** Extranodal marginal zone lymphoma (EMZL). The proposed model of molecular pathogenesis of EMZL. The development of EMZL is the result of oncogenic cooperation among dysregulated immune responses and somatic genetic changes. The genetic changes vary considerably among EMZL of various sites but commonly affect the molecular pathways important for marginal B cells, particularly those leading to NF-κB activation. In general, the canonical NF-κB pathway is activated by chronic B-cell receptor (BCR) signalling triggered by autoantigens and genetic changes such as IGH::*BCL10*, IGH::*MALT1*, *BIRC3*::*MALT1*, and *TNFAIP3* mutation/deletion, whereas the noncanonical NF-κB pathway is activated by helper T cells, soluble ligands (CD40, BAFF), and *BIRC3*::*MALT1* fusion. In gastric EMZL, helper T cells are triggered by *Helicobacter pylori*–mediated immune responses, whereas in thyroid EMZL, these may result indirectly from genetic inactivation of *CD274* (*PDL1*) and *TNFRSF14*. In salivary gland EMZL, *GPR34* activation is triggered by mutation, rarely translocation, but more commonly by ligands produced by lymphoepithelial lesions. Similarly, CCR6 is activated by mutation and ligands from the inflamed epithelium in lesions of the salivary glands and stomach. Negative regulators are in black text; positive regulators are in different colour themes. GPCR, G protein–coupled receptor; TCR, T-cell receptor.

accounting for 10–30% of cases, partially due to other *Helicobacter* species {2883,3947,1984}. A similar role has been suggested for *Campylobacter jejuni* infection in the development of immunoproliferative small intestine disease (alpha heavy chain disease, see *Alpha heavy chain disease*, p. 619) {2248,86}, a disease that is disappearing with the worldwide availability of antibiotics {86}.

There is also a link between *Borrelia burgdorferi* and *Chlamydia psittaci* infection and primary cutaneous and ocular adnexal EMZL, respectively, and evidence of lymphoma response to antibiotic treatment in a proportion of cases {1289,2166,1181,1182,1006,3280}. However, these associations vary greatly according to geographical regions.

EMZL of the salivary gland and thyroid are commonly preceded by Sjögren syndrome and Hashimoto thyroiditis, respectively, whose histological features are almost invariably identifiable in the involved sites. Patients with Sjögren syndrome or Hashimoto thyroiditis have a 14- to 19-fold or 9- to 17-fold increased risk, respectively, of developing lymphoma, particularly EMZL {2335,2968,3396,1913}. EMZL of the thymus also shows a strong association with Sjögren syndrome {1719}. Rare EMZL arises in patients with immune deficiency/dysregulation. An etiological association to the immune deficiency/dysregulation setting can only be substantiated in those cases that are EBV-associated (see *Lymphomas arising in immune deficiency/dysregulation*, p. 568) {1362}.

## Pathogenesis

The genesis of EMZL is the result of oncogenic cooperation among dysregulated immune responses and somatic genetic changes {1007,1008}. The clonally rearranged IG genes in EMZL show somatic hypermutations {1012,4000} and frequent intraclonal variations {1012,4000}, suggesting that the lymphoma cells remain responsive to T-cell–dependent immune responses, consistent with their frequent involvement of existing B-cell follicles (follicular colonization). EMZLs, particularly those of the ocular adnexa and salivary glands, show a biased usage of IG genes, expressing autoreactive antigen B-cell receptor {855,4585,4163,307,2762,306}. B-cell receptor engagement by autoantigens triggers its chronic activation, with extensive downstream molecular signalling including the canonical NF-κB pathway.

Studies of gastric EMZL show that the lymphoma cell growth critically depends on *H. pylori*–mediated T-cell help, involving both cognate interactions and stimulation by soluble ligands such as CD154 (CD40L) and BAFF {1693,925,1409,831,2156}, which activate the non-canonical NF-κB pathway. T-cell help may also operate in EMZL of other sites.

Apart from trisomy of chromosomes 3 and 18, all other genetic changes occur at highly variable frequencies in EMZL of different sites, with the majority affecting common molecular pathways important for marginal zone B cells.

A t(11;18)(q21;q21)/*BIRC3*::*MALT1* fusion is frequently seen in EMZL of the stomach (24%) and lung (40%), but rarely in other sites, and it is not recurrent in other B-cell lymphomas {4492,3851}. The *BIRC3*::*MALT1* fusion is capable of activating both canonical and non-canonical NF-κB pathways {3464,1007}. The t(1;14)(p22;q32)/IGH::*BCL10*, t(14;18)(q32;q21)/IGH::*MALT1*, and t(3;14)(p14;q32)/IGH::*FOXP1* are infrequent and cause overexpression of the involved oncogenes {4490,4491,1355}. BCL10 and MALT1 connect B-cell receptor signalling to the

**Table 4.23** Clinicopathological features and site-specific differential diagnosis of extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue (EMZL) in common sites (continued on next page)

| Site | Clinical features | Endoscopic/radiological/ macroscopic findings | Site-specific pathological features | Differential diagnosis |
|---|---|---|---|---|
| Stomach | Nonspecific symptoms (dyspepsia, weight loss, abdominal pain); less frequently, vomiting; asymptomatic in a small proportion of cases | Mass with ulceration (50%), hypertrophic mucosal folds or multinodular pattern (25%), normal or hyperaemic mucosa (12%), exophytic lesion (10%) {4598,2884} | LELs common and may show eosinophilic degeneration forming incomplete glands, short cords, or signet ring–like cells mimicking carcinoma<br>The GELA scoring system can be used to assess post–*Helicobacter* eradication gastric biopsy (see Table 4.24, p. 408); however, clonal molecular analysis is not recommended because B-cell clones with no clinical impact can persist after complete histological remission {3129,4293,4594,798,801,335} | Florid chronic gastritis / acquired MALT: Organized lymphoid infiltrate with reactive follicles surrounded by T cells; usually limited to lamina propria, LELs rare and not prominent<br>Russell body gastritis: Plasma cells polytypic |
| Ocular adnexa | Conjunctiva: Slow-growing, painless, salmon-pink fleshy patch or swelling<br>Lacrimal gland: Painless mass, exophthalmos, decreased eye motility, diplopia and ptosis<br>Eyelid and orbital soft tissue: Painless mass<br>Lacrimal sac: Epiphora, swelling, dacryocystitis and acquired nasolacrimal obstruction<br>{1185,1287,4254} | CT/MRI shows an infiltrative mass that moulds along the eyeball | Polykaryocytes and perivascular hyalinization are common {1185,821,1588} | IgG4-related disease: Preserved lymphoid architecture; storiform fibrosis with eosinophils and polytypic plasma cells |
| Salivary gland | Painless mass, sometimes bilateral; occasionally pain or facial nerve palsy {4059,376,4556} | Ultrasound shows hypoechoic solid nodules interspersed with linear echogenic septations (tortoiseshell pattern)<br>Non-circumscribed, firm, tan-coloured tumours with interspersed cysts formed by dilated ducts | LEL with prominent monocytoid cells<br>Presence of a pale zone (collar) of monocytoid cells around LELs is an early sign of EMZL<br>Cystic changes in the interspersed ducts are common {4556,1698} | Lymphoepithelial sialadenitis: Preserved lobular architecture of salivary gland; lacks sheet-like B-cell proliferation and monotypic plasma cells<br>IgG4-related sialadenitis: Preserved lymphoid architecture; storiform fibrosis with eosinophils and polytypic plasma cells, no LELs |
| Skin | Solitary, often multifocal red or violaceous plaques or nodules, preferentially on trunk and upper arm; waxing and waning course; spontaneous regression possible {1319,1608,3679,1043,1320,1360,1608,3683,1171,3902} | Plaque or nodules usually covered by intact epidermis | Heavy chain class-switched form (more common): Dense multinodular infiltrate of small lymphocytes in dermis with a lymphoplasmacytoid appearance; aggregates of monotypic plasma cells; reactive follicles in the background; abundant reactive T cells; expression of IgG, IgA, or IgE; IgG4 found in 13–35% of cases but without IgG4-related disease; CXCR3 is negative<br>Non-class-switched form (less common): Expression of IgM and CXCR3; large sheets of B cells dominating over T cells {1951,452,907,561,1043,4162,560,219,1319,1360,3902} | Cutaneous lymphoid hyperplasia: Lacks monotypic plasma cells and clonal IG gene rearrangement<br>Secondary cutaneous EMZL: Predominance of monocytoid cells and IgM expression; need clinical correlations {1043} |
| Lung | Often incidental findings or nonspecific respiratory symptoms (cough, dyspnoea, or chest pain) | One or several unilateral or bilateral solid masses on CT; air bronchogram common; some show ground-glass opacities or interstitial infiltrates<br>Consolidated masses with a yellow to cream-coloured cut surface {3822,2163,555} | Alveoli effaced by dense sheets of neoplastic cells; LELs prominent; neoplastic cells often track along bronchovascular bundles at the periphery | Nodular lymphoid hyperplasia and lymphocytic interstitial pneumonia: Lack sheets of CD20+ B cells, monotypic plasma cells, and clonal IG gene rearrangement |

LEL, lymphoepithelial lesion; MALT, mucosa-associated lymphoid tissue.




Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 139 of 195

**Table 4.23** Clinicopathological features and site-specific differential diagnosis of extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue (EMZL) in common sites (continued)

| Site | Clinical features | Endoscopic/radiological/ macroscopic findings | Site-specific pathological features | Differential diagnosis |
|---|---|---|---|---|
| **Thymus** | Higher incidence in Asian populations<br>Asymptomatic or presenting with chest pain, dyspnoea, and haemoptysis<br>{1719,4310} | CXR/CT/MR shows multiloculated or cystic mass<br>Well-circumscribed masses comprising fleshy, tan-coloured tissue, commonly multiple variably sized cysts filled with proteinaceous material | Scattered epithelium-lined cysts, reactive lymphoid follicles surrounded by neoplastic cells with conspicuous monocytoid and plasmacytic differentiation; thymic epithelium, Hassall corpuscles and epithelial cyst lining are massively expanded by lymphoma cells (LELs) imparting a pale nodular appearance at low magnification; IgA expression is common {1719} | Multilocular thymic cyst and thymic follicular hyperplasia: Organized reactive lymphoid tissue, normal distribution of B and T cells; lacks monotypic plasma cells<br>Hyaline-vascular Castleman disease: Usually involves mediastinal nodes; hyaline-vascular follicles; abundant high endothelial venules in the interfollicular region; B cells mostly confined to follicles while T cells are abundant in interfollicular zone |
| **Thyroid** | Asymptomatic or presenting as an enlarging thyroid mass {4326,93, 930} | Markedly hypoechoic mass, cold by scintigraphy {4484}<br>Solid, non-circumscribed mass with a white cut surface | Thyroid follicles expanded by neoplastic cells forming the characteristic (although not pathognomonic) MALT balls; LELs; Hashimoto thyroiditis in the background {3178,3757,930,4326,203,930} | Hashimoto and lymphocytic thyroiditis: Lacks extensive destruction of thyroid parenchyma and clonal IG gene rearrangement {4326} |
| **Breast** | Mass lesion {2204,3951} | Mass lesion by mammography {2546} | Lymphoma cells in close proximity to mammary epithelium, LELs uncommon {3951,2591,987,322} | Lymphocytic mastopathy: Keloid-like stroma; epithelioid myofibroblasts; polytypic plasma cells usually IgG+ {322}<br>IgG4-related mastitis: Reactive follicles, interfollicular lymphoplasmacytic and eosinophilic infiltrate; polytypic plasma cells |

LEL, lymphoepithelial lesion; MALT, mucosa-associated lymphoid tissue.



**Fig. 4.86** Extranodal marginal zone lymphoma, gastric localization. The lamina propria is replaced by dense sheets of lymphoma cells (**A**). The infiltrate is positive for CD20 (**B**) with only scarce CD3-positive T cells (**C**). A signet ring–like appearance of the residual glandular cells may be seen (**D**).





**Fig. 4.87** Extranodal marginal zone lymphoma. **A** Parotid localization shows many cystically dilated ducts resulting from the compressive effects of the lymphoid proliferation. **B** Thymus involvement shows pale areas of monocytoid cells with scattered residual follicles.

canonical NF-κB pathway, and their overexpression causes constitutive NF-κB activation {1007}, while FOXP1 represses the expression of proapoptotic genes and cooperates with NF-κB to promote cell survival {4159}.

A number of genes are somatically mutated in EMZL. *TNFAIP3* (*A20*), a global negative regulator of the canonical NF-κB pathway, is frequently somatically inactivated by mutation and/or deletion in EMZL. In ocular adnexal EMZL, *TNFAIP3* mutations/deletions are the most frequent and are associated with IGHV4-34 usage, suggesting their potential cooperation in NF-κB activation {1626,634,2761}.

Several G protein–coupled receptors show recurrent activating mutations in EMZL, with *GPR34* mutation and rarely t(X;14)(p11;q32)/IGH::*GPR34* occurring exclusively in EMZL of the salivary glands (16%) {2762,4423}. Additionally, GPR34 signalling may be maintained by ligands produced by lymphoepithelial lesions (LELs) in salivary gland EMZL {2107}. Similarly, CCR6 signalling may also be triggered by ligands (CCL20, defensins) produced by the inflamed epithelium in EMZL of salivary glands and stomach {2106}. The stimulatory cross-talks between inflamed epithelium and B cells may explain the emergence of neoplastic B cells and their expansion surrounding LELs.



**Fig. 4.88** Extranodal marginal zone lymphoma lymphoepithelial lesion (LEL). **A** In a LEL in the stomach, the glands are infiltrated, partially destroyed, and focally expanded by the lymphoma cells. **B** LEL appearance in the lung. **C** Mucosa-associated lymphoid tissue (MALT)-ball LEL in the thyroid. **D** LEL with residual Hassall corpuscles in the thymus.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 140 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 141 of 195






**Fig. 4.89** Extranodal marginal zone lymphoma. **A** Extranodal marginal zone lymphoma tumour cells colonize the germinal centre of the follicle. Some residual germinal centre cells are noted. **B** In some cases, neoplastic plasmacytic cells are predominant and immunoglobulin-laden (submandibular localization).

In contrast, thyroid EMZLs are characterized by highly frequent and concurrent inactivating mutations in *TET2*, *CD274*, and *TNFRSF14* {4423}. *CD274* (*PDL1*) and *TNFRSF14* encode ligands for the co-inhibitory receptor PD1 and BTLA on T helper cells, respectively, and their inactivation may dysregulate their interaction with T cells, promoting costimulation and impairing peripheral tolerance {4423}, thus contributing to lymphomagenesis.

## Macroscopic appearance

See Table 4.23 (p. 403).

## Histopathology

The key microscopic feature of EMZL is a proliferation of atypical small to medium-sized lymphoid cells that efface the architecture of the affected sites, with or without site-specific LELs. The neoplastic cells comprise variable proportions of small lymphocytes with round nuclei and condensed chromatin; marginal zone cells (sometimes called centrocyte-like cells) with small to medium-sized slightly irregular nuclei, smooth chromatin, and pale cytoplasm {4594}; and monocytoid cells with abundant pale cytoplasm. Monocytoid cells are particularly prominent in EMZL of the salivary glands and thymus. There are often admixed plasma cells, shown to be monotypic in one third of cases, which can form large aggregates and may show Dutcher bodies, Russell bodies, or other immunoglobulin inclusions (crystals or globules) or be accompanied by crystal-storing histiocytosis or amyloid deposition {2088,3508}. Scattered centroblast- or immunoblast-like cells are common. Large-cell transformation is diagnosed when there are sheets of large cells unassociated with follicular dendritic cell meshworks {790,2473,1985,4594}. Lymphoma cells display confluent growth, and they often surround remnants of reactive follicles in a marginal zone pattern. The germinal centres can be variably replaced by the lymphoma cells (follicular colonization), mimicking follicular lymphoma. The lymphoma cells infiltrate, expand, and distort the epithelial structures, forming LELs. When EMZL involves regional lymph nodes, it often shows interfollicular expansion, marginal zone, or perisinusoidal growth patterns {2885}.

### *Immunohistochemistry*

Neoplastic cells express CD20, CD79a, and PAX5; usually IgM; occasionally IgG or IgA; and exceptionally IgD. IgA expression is overrepresented in thymic EMZL. IgG4 expression can be found in dural EMZL and primary cutaneous marginal zone lymphoma, without associated IgG4-related disease {1719,4210,452,907}. EMZLs are typically negative for CD5, CD10, BCL6, CD23, cyclin D1, and SOX11 {1362}. A small subset (< 4%) of EMZL expresses CD5, which may be associated with more aggressive behaviour {4360,1185,1790}. IRTA1 (FCRLF4, CD307d), a marker of marginal zone cell differentiation, is expressed in 40–90% of EMZLs {1114,4316}. MNDA is frequently positive in EMZL, but it is also expressed in a subset of other types of B-cell lymphoma {1870,4316}. Aberrant expression of CD43 (in 20–40%) {2197} or TBX21 (T-bet) (in 40–89%) {2402} and immunoglobulin light chain restriction can aid in the distinction from reactive lymphoid proliferations. CD21 highlights expanded follicular dendritic cell meshworks in the background of the lymphoma, encompassing both reactive follicles and also colonized follicles. Cytokeratin can highlight subtle LELs.

In immunoproliferative small intestinal disease, the lymphocytes and plasma cells express cytoplasmic alpha heavy chain without associated light chains.




**Fig. 4.90** Extranodal marginal zone lymphoma. **A** Strong IRTA1 immunostaining in the marginal zone surrounding germinal centres and lymphoepithelial lesions (thyroid localization). **B,C** The neoplastic cells express kappa (**B**) but not lambda (**C**).



**Fig. 4.91** Extranodal marginal zone lymphoma. Gastric extranodal marginal zone lymphoma with complete response after *Helicobacter*-eradication therapy, with an empty-looking lamina propria with glandular atrophy and rare lymphocytic infiltrate.

### *Differential diagnosis*

EMZL can be distinguished from reactive hyperplasia by sheet-like or permeative infiltration of CD20+ B cells, effacement of architecture, monotypic plasma cells, and monoclonal IG gene rearrangements. Atypical marginal zone hyperplasia is a reactive lesion of children presenting with tonsillar enlargement, a pharyngeal mass, or appendicitis {180}. It shows reactive follicular hyperplasia, expanded marginal zones, and abundant B cells invading crypt epithelium or colonizing germinal centres. Lambda light chain restriction is often demonstrated, but no monoclonal IG gene rearrangement is found.

Other mature B-cell lymphomas (e.g. follicular lymphoma, mantle cell lymphoma, and chronic lymphocytic leukaemia / small lymphocytic lymphoma) can be excluded by a lack of CD10, BCL6, CD5, cyclin D1, and LEF1 protein expression. EMZL with prominent follicular colonization may mimic follicular lymphoma; the presence of an appreciable extrafollicular component of B cells, a lack of extensive expression of follicular-centre markers (particularly CD10) within and outside follicles {3287}, and an absence of *BCL2* gene translocation may support the former. Distinction between EMZL and lymphoplasmacytic lymphoma can be very difficult, especially in extranodal sites. Bone marrow and lymph node involvement at presentation, high-titre IgM paraproteinaemia, frequent Dutcher bodies, and *MYD88* p.L265P (NP_002459.2) mutation would favour the latter. Rare cases of EMZL show extensive plasma cell differentiation, mimicking plasmacytoma, but the presence of a component of CD20+ B cells, as well as presentation in a typical MALT site, would favour the former.

## Cytology

The cytology is challenging, and it may be difficult to distinguish EMZL from reactive lymphoid hyperplasia. Smears are usually moderately to highly cellular, with a mixed cellular population. However, small to medium-sized cells may predominate. These cells have moderate amounts of pale cytoplasm, mild nuclear contour irregularities, and moderately dispersed and inconspicuous nucleoli (resembling centrocytes).

## Diagnostic molecular pathology

Demonstration of monoclonal IG gene rearrangements may help establish a diagnosis when the histopathological and immunophenotypic findings are suspicious but not diagnostic. However, monoclonal IG gene rearrangements can be seen in some reactive conditions associated with EMZL {970,2809,1832}. Where consecutive biopsies are available for initial diagnostic investigations, comparative clonality analyses should be performed to identify persistent and progressively expanding, hence potentially lymphoma-related, IG gene rearrangements, discriminating those from reactive B cells, which tend to be more variable although are occasionally recurrent. With the exception of t(11;18)/*BIRC3::MALT1*, which is frequently seen in EMZL of the stomach (in 24%) and lung (in 40%), other EMZL-associated genetic changes are at a low frequency or their diagnostic utility is unclear. Differentiating EMZL from other low-grade lymphomas is better approached by investigating the characteristic genetic changes in the latter.

## Essential and desirable diagnostic criteria

*Essential:* primary lymphoma arising in an extranodal site; atypical small/medium-sized lymphoid cell proliferation mimicking reactive MALT and showing architectural distortion; expression of B-lineage markers; exclusion of other small B-cell neoplasms, e.g. follicular lymphoma, mantle cell lymphoma, small lymphocytic lymphoma, lymphoplasmacytic lymphoma, and plasmacytoma.

*Desirable:* demonstration of light chain restriction or clonal IG gene rearrangement; lymphoepithelial lesions; remnants of underlying inflammatory background (e.g. reactive lymphoid follicles, Hashimoto thyroiditis in the thyroid, or lymphoepithelial sialadenitis in the salivary gland).

## Staging

The Lugano classification is used to stage EMZL. The Ann Arbor classification has often been used for non-gastric EMZL {4594,3343}.

## Prognosis and prediction

EMZL is an indolent lymphoma. Local recurrences, relapses in other MALT sites, and nodal or distant metastasis may occur, but the 5- and 10-year overall survival rates reach 90% and 80%, respectively {3343}. A clinical prognostic index – the MALT Lymphoma International Prognostic Index (MALT-IPI) – has been developed for stratifying patients into three prognostic groups (low, intermediate, and high risk) according to the presence of 0, 1, and 2–3 of the following parameters: age > 70 years, stage III/IV, and elevated LDH {3999}, but further studies are needed to determine its value for tailoring treatment decisions. Among genetic changes, t(11;18)(q21;q21) is associated with

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 142 of 195

**Table 4.24** GELA histological grading system for posttreatment evaluation of gastric extranodal marginal zone lymphoma of mucosa-associated lymphoid tissue (EMZL)

| Score | Lymphoid infiltrate | Lymphoepithelial lesions | Stromal changes |
|---|---|---|---|
| **Complete histological remission (CR)** | Absent, or scattered plasma cells and small lymphoid cells in the lamina propria | Absent | Normal, or empty lamina propria and/or fibrosis |
| **Probable minimal residual disease (pMRD)** | Aggregates of lymphoid cells or lymphoid nodules in the lamina propria, muscularis mucosae, or submucosa | Absent | Empty lamina propria and/or fibrosis |
| **Responding residual disease (rRD)** | Dense, diffuse, or nodular, extending around glands in the lamina propria | Absent or present | Focal empty lamina propria and/or fibrosis |
| **No change (NC)** | Dense, diffuse, or nodular | Absent or present | No changes |

more widespread disease and an impaired response of gastric EMZL to *H. pylori* eradication therapy, but high-grade transformation is extremely rare {2378,4428,3343,1985}. Large-cell transformation is associated with more aggressive behaviour {1986}. A grading system has been suggested for posttreatment histological evaluation (see Table 4.24).





# Primary cutaneous marginal zone lymphoma

Geyer J
Willemze R

## Definition
Primary cutaneous marginal zone lymphoma (PCMZL) is an indolent cutaneous B-cell lymphoma composed of neoplastic small B cells, plasma cells, and a variable number of reactive T cells.

## ICD-O coding
9699/3 Primary cutaneous marginal zone lymphoma

## ICD-11 coding
2A85.2 Extranodal marginal zone B-cell lymphoma, primary site skin

## Related terminology
*Acceptable:* primary cutaneous marginal zone lymphoproliferative disorder.
*Not recommended:* primary cutaneous immunocytoma; primary cutaneous plasmacytoma.

## Subtype(s)
Heavy chain class-switched form (IgG+, IgA+, or IgE+; ~90% of cases); non–class-switched form (IgM+; ~10% of cases)

## Localization
The trunk and arms are the most common sites {1608,1319}.

## Clinical features
Patients present with multifocal or (less frequently) solitary red or violaceous plaques or nodules.

## Epidemiology
PCMZL accounts for 30–40% of all primary cutaneous B-cell lymphomas. PCMZL mostly affects adults in their fifth or sixth decade of life, with a male preponderance {3679}.

## Etiology
The etiology of PCMZL is unknown in most cases. It may develop from chronic antigenic stimulation by intradermally applied antigens, such as tattoo pigments, vaccines, and tick-borne bacteria {454,1949}. An association with *Borrelia burgdorferi* infection is found in endemic areas in Europe, but not in the USA or Asia {593,1373,4406,3948}. Patients appear to have an increased frequency of various gastrointestinal disorders (reflux, gastric ulcers, positive *Helicobacter* serology, irritable bowel disease) and of various autoimmune diseases of uncertain significance {1443}.

## Pathogenesis
Genetic sequencing studies identified deleterious somatic *FAS* mutations affecting the death domain of the apoptosis-regulating FAS (CD95) protein in > 60% of cases, suggesting that apoptosis defects underlie the pathogenesis of PCMZL {2608}. Somatic mutations have also recurrently been identified in *SLAMF1*, *SPEN*, and *NCOR2* {2608}.

## Macroscopic appearance
Not relevant

## Histopathology
PCMZL is characterized by a dense dermal infiltrate composed of small lymphocytes, plasma cells, and (in most cases) follicles with reactive germinal centres. The plasma cells are typically located at the periphery of the lymphoid infiltrates or in the subepidermal compartment.

The neoplastic B cells are positive for BCL2, and negative for CD5, CD10, BCL6, and cyclin D1. The reactive germinal centres contain BCL6-positive and BCL2-negative B cells and are highlighted by networks of follicular dendritic cells. Plasma cells show monotypic expression of immunoglobulin light



**Fig. 4.92** Primary cutaneous marginal zone lymphoma. **A** Presentation with a solitary red nodule on the face. **B** A patient with multiple elevated plaques and nodules on the shoulder. **C** A rare presentation with extensive violaceous, rash-like plaques on the back that may typically be observed in epidermotropic primary cutaneous marginal zone lymphoma.

chains in most cases. The heavy chain class switched form is characterized by the expression of IgG, IgA, or IgE, as well as a high number of T cells, and no expression of CXCR3. The non-class-switched form expresses IgM and CXCR3 and presents with large sheets of B cells and only a small number of T cells {4162,1043}. The class switched cases more often have peripherally clustered monotypic plasma cells, in contrast to the scattered plasma cells in the non-class-switched cases {561}. Reactive T cells may be very prominent, occasionally obscuring the neoplastic B cells in the class-switched cases {1328}. Clusters of plasmacytoid dendritic cells (CD123+) are typically found in the periphery of the infiltrates {2167}. IgG4 is expressed by plasma cells in 13–35% of PCMZLs, but this finding is not associated with signs of IgG4-related disease {452,907}. Prominent monocytoid B cells and IgM expression should raise suspicion for a secondary cutaneous extranodal marginal zone lymphoma.

## Cytology
Not applicable

## Diagnostic molecular pathology
Heavy and light chain IG genes are clonally rearranged.

## Essential and desirable diagnostic criteria
*Essential:* presence of CD5-negative, CD10-negative small B cells; demonstration of monotypic plasma cells, monotypic B cells, and/or clonal IG gene rearrangement; no evidence of extracutaneous disease at the time of diagnosis; exclusion of other cutaneous lymphomas.

*Desirable:* lesions on trunk or arms; reactive lymphoid follicles in lesion.

## Staging
Cases are staged using the International Society for Cutaneous Lymphomas (ISCL) / European Organisation for Research and Treatment of Cancer (EORTC) TNM staging system for primary cutaneous lymphomas other than mycosis fungoides and Sézary syndrome {2015}.

## Prognosis and prediction
The prognosis is favourable, with a 5 year disease-specific survival rate of > 98% {4378}. Recurrences are common. Extracutaneous spread rarely occurs (4% of all patients) and is more frequently observed in patients with longstanding multifocal disease, in the non-class-switched form and in PCMZL with transformation {1043,3683}. Some consider the class-switched cases as a clonal chronic cutaneous lymphoproliferative disorder rather than overt lymphoma {1043}.




**Fig. 4.93** Primary cutaneous marginal zone lymphoma. **A** Dense dermal lymphoid infiltrate that includes follicles with reactive germinal centres. **B** CD3 highlights numerous admixed T lymphocytes. **C** CD79a stains small B cells and plasma cells. **D** CD138 is positive in large aggregates of plasma cells at the periphery of the lymphoid infiltrate and in the subepidermal compartment. **E,F** The plasma cells express IgG (**E**) and monotypic kappa light chain (**F**). **G** Lambda light chain is negative.




Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 143 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 144 of 195

# Nodal marginal zone lymphoma

Natkunam Y
Attarbaschi A
Di Napoli A
Naresh KN
Ohgami RS
Rossi D

## Definition
Nodal marginal zone lymphoma (NMZL) is a primary nodal lymphoma of small, mature B cells derived from marginal zone B cells, without involvement of extranodal sites or the spleen.

## ICD-O coding
9699/3 Nodal marginal zone lymphoma

## ICD-11 coding
2A85.0 Nodal marginal zone lymphoma

## Related terminology
*Not recommended:* monocytoid B-cell lymphoma; parafollicular B-cell lymphoma.

## Subtype(s)
None

## Localization
NMZL involves single or multiple lymph nodes, most frequently in the head and neck, and often disseminates to the bone marrow. The peripheral blood may be involved, but lymphocytosis is uncommon {526,324,3004,4065}.




**Fig. 4.94** Key molecular alterations in nodal marginal zone lymphoma. The main genes and pathways that are molecularly deregulated are schematically represented. The most frequently mutated genes are colour-coded on the basis of the consequences of the mutations: in purple are genes with loss of function, and in red are genes whose function is upregulated.

## Clinical features
Patients may be asymptomatic at presentation and show painless, non-bulky peripheral adenopathy or (infrequently) lymphocytosis. An occult extranodal marginal zone lymphoma (EMZL) with spread to lymph nodes should be excluded in cases with localized lymphadenopathy {534}. Symptoms related to massive lymph node enlargement or cytopenias may occur at presentation in a minority of patients or arise during disease progression {526,141,2086,1547,4146,3437}. Systemic symptoms are rare and should raise suspicion of transformation to an aggressive lymphoma {790,4146}.

Paediatric nodal marginal zone lymphoma is discussed separately (see *Paediatric nodal marginal zone lymphoma*, p. 417).

## Epidemiology
The age-adjusted incidence rate of NMZL is 6 cases per 1 million person-years. There is an exponential increase with age. The incidence is slightly higher among males and non-Hispanic White people {587}. Relative frequency is similar in high-, middle-, and low-resource countries {3198}. A family history of lymphoma, a history of autoimmune conditions, and HCV infection are risk factors {442}. Genetic variation in MHC loci influences susceptibility to NMZL {4232}.

## Etiology
Unknown

## Pathogenesis
NMZL shows clonal heavy and light chain IG gene rearrangements. More than 80% of cases show somatic IGHV mutations and biased usage towards IGHV4-34 and IGHV1-69 {789,4064,3808,4446,1388}. Cytogenetic abnormalities and chromosomal copy-number changes (gains and losses) are common; in particular, gains of chromosomes 2p and 6p, and trisomy 3, 12, and 18. Losses of 1p and 6q are also seen. Recurrent translocations have not been identified {482,523,1,3414,4179,2130,3243}. In marginal zone lymphomas, *PTPRD* mutation is skewed towards NMZL, although it occurs in only about 20% of cases. Translocations involving *BCL2* and *BCL6* (seen in follicular lymphoma and other B-cell lymphomas) and *MALT1*, *BIRC3*, *BCL10*, and *FOXP1* (seen in EMZL) are absent {3764,957,3392,3850,3852,207,4179}.

Somatic mutation profiling of NMZL has demonstrated mutations recurrently affecting *KMT2D*, *PTPRD*, *KLF2*, *CARD11*, *FAS*, *TNFAIP3*, *CREBBP*, *TET2*, and *TBL1XR1*, although these mutations can be seen in other B-cell lymphomas {3907,4145,3808,3243}. *NOTCH2* and *KLF2* mutations are common to both NMZL and splenic marginal zone lymphoma but are rare in other small B-cell lymphomas. *BRAF* mutations, including *BRAF* p.V600E (NP_004324.2), may occur in a small proportion of NMZLs {2238,3243}. *MYD88* and *CXCR4* mutations are common in lymphoplasmacytic lymphoma and rare in NMZL {1477,2554,3907,3808}.

## Macroscopic appearance
Enlarged lymph nodes

## Histopathology
Lymph nodes involved by NMZL demonstrate partial or complete effacement by a small lymphoid proliferation with a nodular/follicular, parafollicular, interfollicular, or diffuse growth pattern. There are varying degrees of follicular colonization {2914,4065,2899,3538}. The neoplastic cells typically have minimally cleaved/indented nuclei along with scant to moderate amount of cytoplasm; cells containing more abundant or pale-staining cytoplasm (monocytoid B cells), and plasmacytic differentiation may be seen. Scattered larger nucleolated cells, granulocytes, reactive plasma cells, and variable numbers of small, non-neoplastic lymphocytes may also be present {2914,526,4065,2972}. Bone marrow involvement is variable and shows an interstitial or intertrabecular nodular distribution, sometimes with remnant germinal centres. An intrasinusoidal infiltration may be detected on immunostaining {1720,434}.



**Fig. 4.95** Nodal marginal zone lymphoma, diffuse pattern. **A** Lymph node shows diffuse effacement of the architecture by a monotonous small lymphoid infiltrate. **B** The neoplastic cells are small lymphoid cells with minimally indented nuclei and moderate pale-staining cytoplasm. **C** Immunohistochemistry for CD20 shows sheets of small B cells effacing the lymph node architecture. **D** Immunohistochemistry for MNDA shows diffuse nuclear expression in the lymphoma cells.

### *Immunohistochemistry*
Most NMZLs express pan–B-cell markers (CD19, CD20, CD79a, or PAX5) and BCL2, and a variable proportion express CD43 {3538,4179}. A minority of NMZLs express CD5, CD23, or one of the germinal-centre B-cell markers {2899,4179,1035,1791}. Rare cases of NMZL express LEF1 {2654}, whereas cyclin D1 is absent {4179}. MNDA and IRTA1 are expressed in nearly 75% of cases {4179,2668}. The majority of NMZLs express IgM {526}, and a subset expresses IgD {534}. Light chain restriction may be documented by immunohistochemistry or in situ hybridization in plasma cells in cases with plasmacytic differentiation. Colonized follicles show at least partial replacement by neoplastic B cells that lack CD10 and BCL6 and have a low proliferation index, with associated follicular dendritic cell meshworks that may be disrupted {2899}. Remnant germinal-centre B cells that express CD10 and BCL6, with a high proliferation index, may be present.

### *Differential diagnosis*
This includes other small B-cell lymphomas (particularly follicular lymphoma, mantle cell lymphoma, splenic marginal zone lymphoma, and lymphoplasmacytic lymphoma), plasma cell neoplasm, and reactive lymphoid hyperplasia {2914,4065,1035} (see Table 4.25, p. 414). Predominant splenomegaly suggests splenic marginal zone lymphoma. The minimal criteria required for recognizing transformation to diffuse large B-cell lymphoma are not well defined. However, the presence of unequivocal sheets of large B cells outside the confines of a germinal centre is consistent with transformation. An accelerated phase of NMZL has not been clearly defined. Composite lymphomas of NMZL and Hodgkin lymphoma have been reported {4552}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 145 of 195

**Table 4.25** Differential diagnosis of nodal marginal zone lymphoma (NMZL)

| Overlapping histological feature | Differential diagnostic considerations and recommended workup |
|---|---|
| Diffuse small B-cell proliferation | Other small B-cell lymphomas with a diffuse growth pattern:<br>• Particularly challenging in superficial or core needle biopsies where architecture is limited<br>• A panel of immunohistochemical markers may be necessary for definitive diagnosis and include LEF1 (positive in small lymphocytic lymphoma), BCL1 and SOX11 (positive in mantle cell lymphoma), diffuse follicular lymphoma (see follicular lymphoma below), and MNDA and CD43 (positive in NMZL) |
| Prominent follicular pattern | Follicular lymphoma:<br>• Expression of one or more germinal-centre B-cell markers (CD10, BCL6, HGAL, LMO2, MEF2B) and FISH studies for *BCL2* and *BCL6* rearrangements support follicular lymphoma; MNDA and CD43 expression support NMZL<br>• In a nodular proliferation of small B cells, coexpression of more than one germinal-centre B-cell marker, particularly in the interfollicular areas, is unusual and should raise suspicion for follicular lymphoma {1035} |
| Prominent plasma cell differentiation | Lymphoplasmacytic lymphoma:<br>• The presence of typical clinicopathological features, IgM paraprotein, *MYD88* p.L265P and/or *CXCR4* mutations support lymphoplasmacytic lymphoma<br>• Rarely, NMZL may show *MYD88* mutations, although mutations affecting p.L265P are less common in NMZL<br>Plasma cell neoplasm:<br>• Presence of small lymphoid cells or residual lymphoid follicles favours NMZL<br>• Correlation with clinical features and imaging is required to exclude plasma cell myeloma |
| Frequent large nucleolated B cells | Colonized reactive follicles:<br>• Immunohistochemistry for follicular dendritic cell markers (CD21 and CD23) and germinal-centre B-cell markers (CD10, BCL6, HGAL, LMO2, MEF2B) is helpful in highlighting remnant germinal centres |

The absence of deletions of 7q31-32 and 13q14, of translocations involving *BCL2*, *BCL6*, *MALT1*, *BIRC3*, *BCL10*, *FOXP1*, and *CCND1*, and of mutations involving *MYD88* p.L265P and *CXCR4*, help to exclude other B-cell lymphomas (splenic marginal zone lymphoma, follicular lymphoma, EMZL, mantle cell lymphoma, and lymphoplasmacytic lymphoma) and establish a diagnosis of NMZL {3764,957,3392,3850,3852,207,4179}.

## Cytology

FNAC typically shows a population of small lymphoid cells with moderate amounts of pale cytoplasm with minimal nuclear irregularity, sometimes with admixed plasma cells and a few large cells. Flow cytometry typically shows a CD5–, CD10–, light chain–restricted B-cell population. However, establishing a specific diagnosis and excluding other types of B-cell lymphoma on a cytological specimen alone is challenging.

## Diagnostic molecular pathology

Testing for clonal IG gene rearrangements may be necessary in some cases, to distinguish NMZL from reactive lymphoid hyperplasias. NMZL may be difficult to distinguish from other B-cell lymphomas and may require cytogenetic and molecular genetic studies to establish a diagnosis in some cases. Identification of *PTPRD* mutation may be helpful to support the diagnosis of NMZL.

## Essential and desirable diagnostic criteria

*Essential:* proliferation predominantly of small, mature B cells with a scant to moderate amount of pale cytoplasm, with or without plasmacytic differentiation; architectural distortion in a nodular/follicular, parafollicular, interfollicular, or diffuse growth pattern; absence of markers supporting follicular lymphoma, mantle cell lymphoma, or other specific small B-cell lymphomas.

*Desirable:* presence of markers such as MNDA or IRTA1; residual follicles with follicular colonization; evidence of clonality by immunohistochemistry (light chain restriction in B cells and/or plasma cells) and/or by monoclonal IG rearrangements.



**Fig. 4.96** Nodal marginal zone lymphoma, nodular pattern. **A** Low-power view shows architectural effacement by a vaguely nodular lymphoid proliferation. **B** Medium-power view of one nodule shows a range of cell types, including small lymphoid cells, plasmacytoid cells, and plasma cells. Occasional scattered larger cells are also present. **C** High-power view shows the presence of Dutcher bodies among the atypical cells by oil immersion.



**Fig. 4.97** Nodal marginal zone lymphoma, nodular pattern, immunohistochemistry. **A** There is a predominance of CD20-positive B cells, of a range of sizes, in nodules of neoplastic cells. **B** Only a few cells are BCL6-positive; these are probably residual germinal-centre cells in follicles colonized by neoplastic marginal zone cells (immunoperoxidase technique). Atypical cells were also negative for CD5 and CD10 (not shown). **C** B cells in colonized follicles are mostly negative for BCL2. **D** B cells and scattered plasmacytoid forms in nodules are IgM-positive. **E** Immunohistochemistry for kappa light chains shows a lack of staining in the lymphoma cells. **F** Immunohistochemistry for lambda light chains is positive in scattered plasmacytoid cells; note the presence of several lambda-positive Dutcher bodies.

## Staging

Stage of NMZL is determined by the Lugano modifications to the Ann Arbor system {688}. Imaging should evaluate the neck, chest, abdomen, and pelvis for lymphadenopathy and splenomegaly. Bone marrow and peripheral blood morphology and flow cytometry are also helpful in evaluating extent of disease. HCV serology testing has therapeutic consequences, because antiviral treatment results in haematological response and virological clearance {140}. Nodal spread of a clinically occult EMZL can be ruled out by carefully evaluating the extranodal tissues draining to the involved lymph nodes by imaging or endoscopy. PET-CT may be used to direct the diagnostic biopsy in cases of suspected large-cell transformation.

## Prognosis and prediction

The clinical course of NMZL is generally indolent, with a median survival time exceeding 10 years, although it affects the overall



**Fig. 4.98** Nodal marginal zone lymphoma, interfollicular pattern. The interfollicular pattern is characterized by neoplastic cells predominantly confined to the interfollicular areas, with relative sparing of secondary follicles containing intact germinal centres and mantle zones.



**Fig. 4.99** Nodal marginal zone lymphoma, perifollicular pattern. Higher magnification of a single follicle shows an annular distribution of neoplastic cells with moderate amounts of pale cytoplasm surrounding a relatively well preserved secondary follicle. Tingible-body macrophages are present within the germinal centre.



**Fig. 4.100** Nodal marginal zone lymphoma with monocytoid features. The neoplastic cells show moderate to abundant pale-staining cytoplasm.

life expectancy {2612,3819,587}. Early progression after treatment (≤ 24 months; seen in ~20% of patients) is associated with a median survival time of 3–5 years and is the strongest predictor of prognosis {2447}. Histological transformation to an aggressive lymphoma occurs in 5% of patients and heralds a poor prognosis {2671,790,64}. Younger patients have a better prognosis {3920}. In HCV-seropositive cases, antiviral treatment results in haematological response, virological clearance, and improved overall survival {140}.





# Paediatric nodal marginal zone lymphoma

Di Napoli A
Attarbaschi A
Oschlies I

## Definition

Paediatric nodal marginal zone lymphoma (PNMZL) is a primary nodal mature B-cell neoplasm, mostly occurring in the head and neck region of adolescent boys. PNMZL shares the interfollicular expansion of clonal marginal zone B cells with usual nodal marginal zone lymphoma (NMZL). Nevertheless, the specific clinical and histomorphological features differ from those of the adult counterpart.

## ICD-O coding

9699/3 Paediatric nodal marginal zone lymphoma

## ICD-11 coding

2A85.Y Further specified mature B-cell neoplasms or lymphoma

## Related terminology

*Not recommended:* monocytoid B-cell lymphoma; parafollicular B-cell lymphoma.




**Fig. 4.101** Paediatric nodal marginal zone lymphoma. IGH and IGK gene rearrangement analysis by PCR and gene scan. A dominant peak (red arrow) of PCR products of identical size indicating a clonal expansion within a polyclonal background is evident in the IGH-FR1 and IGH-FR2 reactions (**A**) as well as in the IGK-DE-amplification (**B**).

## Subtype(s)

None

## Localization

PNMZL often involves the lymph nodes of the head and neck region (i.e. cervical, submandibular, and supraclavicular lymph nodes) {2490,3457,212,4396,169}.

## Clinical features

Patients with PNMZL usually present with peripheral lymphadenopathy without clinical symptoms, localized stage I/II disease {169}, and normal serum LDH levels {3920,2490,3457,4396,169}. However, stage III/IV disease has been reported, emphasizing the need for complete staging {3083,2490,3457,4396,169}. Splenic and extranodal marginal zone lymphomas are very rare in the paediatric age range and should not be included in this category.

## Epidemiology

The overall incidence of PNMZL among patients with childhood non-Hodgkin lymphoma is < 2%. It is most commonly diagnosed in otherwise healthy adolescent boys (median age: 16 years) {3920,3419,3093,2490,3457,169} and rarely in adults {1895,1349}.

## Etiology

In contrast to extranodal marginal zone lymphoma, PNMZL extremely rarely occurs in patients with pre-existing immunodeficiencies or autoimmune disorders, or in association with an infectious stimulus {1062,3920,758,39,3862,3194,2490,3457,269,3995,1698,1697,169}.

## Pathogenesis

The pathogenetic mechanisms underlying the development of PNMZL are currently unknown, mainly because of the hitherto very limited molecular studies. In adult NMZL, studies on IGHV gene mutation status suggest that the lymphoma may originate from different subsets of marginal zone B cells: the naive B cells expressing unmutated IGHV (VH) genes and the somatically hypermutated antigen-experienced B cells {2692,789,4064,3809,1388}. No evidence of EBV or bacterial infections has been documented in PNMZL {1062,3920,134,2055}.

Like in NMZL, trisomy 18 has been found in 21% of PNMZL cases, with 1 case showing concomitant trisomy 3 {3419}. Trisomy 13, monosomy 20, and translocation of IGH with an unknown partner gene have also been reported in single cases {1062,3419,134}. PNMZL lacks the t(14;18) IGH::*MALT1* rearrangement as well as *BCL10* and *FOXP1* translocations {3419}. A whole-exome sequencing study performed on four PNMZL cases reported isolated point mutations in genes of unknown pathogenetic potential, involved in cellular adhesion, cytokine regulatory elements, and cellular proliferation {3093}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 147 of 195

## Macroscopic appearance
Enlarged and encapsulated lymph nodes without sclerosis or necrosis

## Histopathology
The lymph node architecture is at least partly effaced by an interfollicular proliferation, with markedly expanded pale marginal zones and attenuated sinuses

### *Immunophenotype*
Characteristically, the follicles are often enlarged, with a disrupted CD23+ follicular dendritic cell meshwork and IgD+ mantle cells extending into the germinal centres, resembling progressively transformed germinal centres (PTGCs). However, in contrast to PTGCs, the peripheral rim of IgD+ mantle is irregular, owing to the infiltration of marginal zone cells. Widely spaced hyperplastic follicles partially colonized by IgD− cells but still containing residual typical germinal-centre cells (centrocytes and centroblasts) can also be present. Complete effacement of the lymph node architecture by a diffuse infiltration, as seen in adult NMZL, is rarely observed. The neoplastic population is represented by a polymorphic B-cell infiltrate composed of small to medium-sized B cells with monocytoid features (round nuclei, pale-staining cytoplasm) and centrocyte-like features (irregular nuclei, scant cytoplasm). Plasmacytoid cells and scattered immunoblasts and centroblast-like cells may be present {3920,3903,3419,134,3338,2103}. Sheets of large cells should not be present and would favour the diagnosis of a diffuse large B-cell lymphoma. The infiltrating cells may express BCL2 and in most cases are CD43+. BCL6 and CD10 are typically negative, although rare CD10+ exceptions have been reported {3338}. The proliferation index is low to moderate. Cytoplasmic light chain restriction consistent with plasmacytoid differentiation can be observed {3419,3338,2103}.

### *Differential diagnosis*
Cases with overlapping features between paediatric-type follicular lymphoma and PNMZL have been reported, especially in PNMZL with extensive follicular colonization and paediatric-type follicular lymphoma with marginal zone differentiation {3338}. Differential diagnostic features in PNMZL are the expanded interfollicular areas of CD43+ marginal zone B cells, the presence of PTGC-like features, and the higher content of PD1+ T cells in the remaining germinal centres {2380,3338}.

Various forms of marginal zone hyperplasia should be excluded. Polyclonal expansions of IgD+ marginal zones with cytoplasmic light chain restriction and aberrant expression of CD43 can be observed in atypical marginal zone hyperplasia, a reactive condition mainly reported in the tonsils or the gastrointestinal tract {180,524}. In lymph nodes, a similar condition with variable marginal zone hyperplasia, PTGC-like nodules, skewed light chain expression, and faint IgD positivity has been reported in association with *Haemophilus influenzae* infection {2055}. Flow cytometry may reveal surface light chain-restricted, CD19+, CD20+, CD10− B cells in both PNMZL and atypical marginal zone hyperplasia. Molecular testing for heavy and/or light chain rearrangements is therefore mandatory for the differential diagnosis {3920,1349,3419,134,2055,3338}.

Children affected by activated phosphatidylinositol-3-OH kinase δ syndrome (APDS) frequently present with lymphadenopathy with marked polyclonal marginal zone hyperplasia; the germinal centres, however, are commonly infiltrated by PD1+ T cells, and sometimes a few cells infected by EBV and CMV are detected {818,3755}.

## Cytology
A cytology-based approach for the diagnosis of PNMZL is not recommended, because marginal zone lymphomas are composed of a polymorphic lymphoid population of centrocyte-like monocytoid, and plasmacytoid cells that can be extremely difficult to distinguish from reactive cells on FNA specimens {833,3654}.

## Diagnostic molecular pathology
Monoclonal rearrangements of the immunoglobulin heavy and/or light chain genes (IGH, IGK) are detected in almost all cases of PNMZL. In contrast, atypical marginal zone hyperplasia can show monotypic light chain immunoglobulin expression by both immunohistochemistry and flow cytometry but an absence of clonality by molecular analyses {1062,3920,3419,134,2055,3338,3554}. Combining morphological and immunophenotypic findings with molecular clonality assessments is therefore strongly recommended to support the diagnosis of PNMZL {3554}.



**Fig. 4.102** Paediatric nodal marginal zone lymphoma. **A** At low magnification, an organoid architecture with follicles and pale, markedly expanded interfollicular areas is seen. **B** The paler marginal zone cells in part disrupt follicle mantles with follicular colonization. **C** There is a spectrum of small to medium sized cells with clear cytoplasm and some intermingled large cells.







**Fig. 4.103** Paediatric nodal marginal zone lymphoma. **A** Hyperplastic follicles resembling progressive transformation of germinal centres with expanded paler marginal zones. Some reactive germinal centres are also still present. **B** CD20 stains follicles and perifollicular and interfollicular B cells. **C** IgD-positive mantle cells penetrate the germinal centres that are infiltrated at the periphery by marginal zone cells. Remnants of reactive germinal centres are highlighted by the presence of CD10-positive B cells (**D**) and BCL2-negative B cells (**E**). **F** Residual germinal centres contain abundant PD1+ T cells.

## Essential and desirable diagnostic criteria
*Essential:* partial effacement of lymph node architecture by an interfollicular proliferation of marginal zone cells with monocytoid and centrocyte-like morphology; evidence of clonality by monoclonal IG rearrangement; immunophenotype compatible with marginal zone B cells (BCL6−, CD43+/−).

*Desirable:* residual follicles with PTGC-like features; follicular colonization; light chain restriction in B cells and/or plasma cells; increased PD1+ cells in reactive germinal centres

## Staging
Although most patients with PNMZL present with localized disease of the head and neck region and lack B symptoms, complete staging should be performed according to the revised International Pediatric Non-Hodgkin Lymphoma Staging System (IPNHLSS) {3476,169}. Whether analysis of the bone marrow and cerebrospinal fluid is necessary is a matter of current debate, but it might be waived in a histologically and clinically typical situation of PNMZL {169}.

## Prognosis and prediction
According to the literature available, most patients with limited-stage PNMZL underwent watchful waiting after complete resection {3920,2490,3457,4396,169}. Fewer than 5% of them relapsed but were cured with second-line therapy. Survival rates thus approach 100% {3920,2490,3457,4396,169}. Primary systemic therapy might be reserved for the very rare patients with advanced or relapsed/progressive disease. Observations of a few patients suggest that a period of delay before considering systemic therapy might be appropriate for incompletely resected localized PNMZL {2490,169}. Only a few patients with PNMZL have been primarily treated by local radiotherapy or systemic polychemotherapy; none of them relapsed {4396}. However, in view of the high cure rates, local irradiation is not indicated.

# Follicular lymphoma: Introduction

Ott G
Dave SS
de Jong D

Follicular lymphoma (FL) is one of the more common lymphomas. In the fifth edition of the WHO classification of haematolymphoid tumours, we have adopted a new way of subtyping FL. The vast majority of FLs have a follicular growth pattern at least in part, are composed of centrocytes and centroblasts, and harbour the t(14;18)(q32;q21) translocation in about 85% of cases. These lymphomas are now termed classic FL and are set apart from less frequent subtypes.

The grading of FL has been a matter of discussion through successive editions of the WHO classification. Various studies have shown poor reproducibility of grading using the conventional method of counting centroblasts, limiting the practical value of the grading system {2670,3413,2133}. Poor reproducibility may be caused by various issues related to inadequate sampling (core needle vs excision biopsy), definition and morphological recognition of centroblasts, and methods of enumeration. The traditional method of grading FL is by assessing the density of centroblasts as the number of cells per high-power-field (HPF) using a 40x objective. Over the years, microscopes have evolved, and the sizes of microscopic fields have changed, even at the same magnification of 400x {836}. In recognition of these issues, this edition proposes that grading of FL be optional. This recommendation is also supported by the lack of a statistically significant difference in clinical outcomes between FL grades 1, 2, and 3A in the majority of the reported clinical trials using modern treatment protocols {2534,1578,3413,2802, 202}. In many parts of the world, it is accepted practice to treat these patients with similar protocols, both in clinical trials and in daily practice. Attempts have been made to improve the reproducibility of grading, such as through digital applications or by using a mitotic marker such as phosphohistone H3 and/or by expressing the centroblast count as cells/mm² {1975,2133}. The impact of these alternative methods, however, has not been validated on patient outcomes and requires prospective studies.

Rare cases of classic follicular lymphoma with cytological features of FL grade 3A can present with a prominent diffuse pattern. In the previous edition, such cases were defined as diffuse large B-cell lymphoma. Currently, it is uncertain whether such cases should be classified as FL or diffuse large B-cell lymphoma; and in such cases, individual treatment choices should be made in multidisciplinary conference settings taking into consideration clinical, laboratory, and imaging parameters. The presence of diffuse areas composed entirely or predominantly of large cells, however, warrants a diagnosis of diffuse large B-cell lymphoma.

Follicular large B-cell lymphoma largely corresponds to FL grade 3B in the previous edition. Two additional FL subtypes are now separately described: FL with a predominantly diffuse growth pattern, and FL with unusual cytological features, the latter defined by having particular cytomorphological features of either blastoid cells or large centrocytes {3619,1055,2231}. These two groups of FL tend to harbour the t(14;18)(q32;q21)/IGH::*BCL2* fusion only rarely. The different genetic constitution further supports a rationale to separate these subtypes, whereas their FL nature is still supported by an FL-like mutation landscape, including mutations in genes such as *CREBBP*, *STAT6*, *TNFRSF14*, and others {3740,2895,2231}. Of note, testicular FL was not considered as a subtype in the present edition because of its extreme rarity, in addition to its immunophenotypic and genetic similarities with paediatric-type FL {3238,205,2405}.

# In situ follicular B-cell neoplasm

Xerri L
Ardeshna KM
de Jong D
Herfarth K
Klapper W
Marafioti T
Nadel B

## Definition
In situ follicular B-cell neoplasm (ISFN) is defined as partial or complete colonization of some reactive germinal centres by follicular B cells with IGH::*BCL2* fusion and strong BCL2 expression in otherwise normal reactive lymph nodes or lymphoid tissues at extranodal sites.

## ICD-O coding
9695/1 In situ follicular B-cell neoplasm

## ICD-11 coding
2A80.5 Follicular lymphoma in situ

## Related terminology
*Acceptable:* in situ follicular neoplasia
*Not recommended:* follicular lymphoma in situ.

## Subtype(s)
None

## Localization
ISFN can be seen in any lymph node or at an extranodal site harbouring reactive lymphoid tissue, including the intestine, spleen, tonsils, thyroid, and salivary glands {3953}.

## Clinical features
Individuals with isolated ISFN are asymptomatic. ISFN may be detected concurrently with or subsequent to follicular lymphoma (FL) at another site {3242,1555}. It can also be diagnosed before, concurrently with, or after the diagnosis of any type of lymphoma. It can be incidentally found in specimens with non-haematological cancers {3953,976}. In some cases of ISFN with subsequent, clonally related diffuse large B-cell lymphoma, no clinically overt FL phase may be present {4245}.

## Epidemiology
Because ISFN is an incidental finding in biopsy samples taken for other medical conditions, no reliable incidence data are available. The reported prevalence rates of ISFN in two large studies were 2.1% and 2.3% in the general population {1555,3029}. In one of these studies, the median age was 67 years {3029}.

## Etiology
Unknown

## Pathogenesis
ISFN shows genetic alterations seen in the early steps of FL pathogenesis, but it does not show or rarely shows other genetic features of classic FL. Like FL, ISFN demonstrates t(14;18)(q32;q21)/IGH::*BCL2* and shows imprints of activation-induced cytidine deaminase (AID)-mediated genomic instability. It also shows a restricted repertoire of genetic alterations recurrently seen in FL, including *BCL2*, *CREBBP*, *KMT2D*, and *TNFRSF14* mutations and acquisition of N-glycosylation sites in their rearranged IGH genes {1793,3622,2513,2512,2109, 3620}. Deletions at 1p36 encompassing *TNFRSF14* have also been detected {3622,2513}. ISFN may be regarded as the earliest histologically recognizable tissue involvement by the circulating t(14;18)(q32;q21)/IGH::*BCL2*-positive B cells. Clonally related ISFN and circulating IGH::*BCL2*-positive cells have been observed in the same patient {702,3886}, further suggesting that both are components of the same premalignant clonal dynamics {2511}. In cases with concurrent, clonally related ISFN and FL, there are secondary genetic events in FL that are not present in ISFN {407,3622}, such as *EZH2* mutation and further pathogenic mutations in *CREBBP* and *BCL2* in the FL component {1793,407,4245,976}. Rare patients have been reported with concurrent, clonally linked ISFN and duodenal-type FL {702,2511,3886,2894}.



**Fig. 4.104** In situ follicular B-cell neoplasm. **A** Lymph node with retained architecture along with secondary follicles without any obvious abnormality. **B** A secondary follicle composed of centrocytes, centroblasts, small lymphocytes, and tingible-body macrophages; no obvious abnormality is identifiable. **C** Two of the secondary follicles with germinal centres show partial colonization by cells strongly positive for BCL2.







Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 148 of 195



**Fig. 4.105** In situ follicular neoplasia. BCL2 immunohistochemistry shows varying infiltration of pre-existing germinal centres by neoplastic in situ follicular B-cell neoplasm, ranging from very sparse to dense infiltrates.

### Macroscopic appearance
The lymphatic tissue involved by ISFN may be enlarged due to lymphoid hyperplasia, a coexisting related or unrelated lymphoma, or another unrelated malignant or non-malignant disorder

### Histopathology
ISFN is usually not detectable on routine histological sections. The lymph node or extranodal tissue shows usual-appearing lymphoid hyperplasia with scattered reactive lymphoid follicles. Involved germinal centres resemble reactive follicles in their size, shape, and distribution {793}. ISFN may sometimes be suspected if there is a loss of polarization or focal abundance of closely packed centrocytes.

#### *Immunohistochemistry*
ISFN can be readily identified by immunostaining for BCL2 and CD10. The strong staining intensity of the t(14;18)-positive cells for BCL2 contrasts with that of the surrounding mantle zone B cells and T cells. CD10 expression is also strong in the ISFN cells. The abnormal B cells with strong expression of BCL2 and CD10 are limited to germinal centres and do not transgress the mantle zones or extend outside the follicles. The extent of involvement of the follicles is variable. Typically only a proportion of the follicles are involved, and colonization of individual follicles is also frequently partial. Immunoglobulin light chain restriction of CD10+/BCL2+ cells may be demonstrated by flow cytometry. Germinal centres colonized by ISFN are BCL6+ and show low Ki-67 proliferation indexes. ISFN can coexist in the same anatomical site with overt FL or other lymphomas, such as chronic lymphocytic leukaemia / small lymphocytic lymphoma, marginal zone lymphoma, mantle cell lymphoma, and classic Hodgkin lymphoma {2751,1793,3242,3000,4245}. ISFN may also co-occur with in situ mantle cell neoplasm {3489,3866}.

#### *Differential diagnosis*
ISFN should be distinguished from partial involvement by FL, which shows a partially effaced architecture with closely packed atypical follicles or blurred mantle cuffs {24}. BCL2 staining intensity in partial involvement by FL is not particularly strong; some centroblasts can be apparent, and CD10+/BCL2+ tumour cells can be observed outside the germinal centres, infiltrating mantle zones and perifollicular tissues. The number of secondary genetic alterations is higher than in ISFN {2513,3622}. Duodenal-type follicular lymphoma should not be regarded as a form of ISFN, because the neoplastic cells are not confined to the follicles but extend into the lamina propria outside the follicles.

### Cytology
This diagnosis cannot be made by cytology alone, because it requires immunohistochemistry of germinal centres.

### Diagnostic molecular pathology
Not relevant

### Essential and desirable diagnostic criteria
*Essential:* variable numbers of B cells within germinal centres staining intensely for BCL2; maintained lymph node or extranodal lymphoid tissue architecture, and lacking features of classic FL.
*Desirable:* strong CD10 expression in the BCL2-positive B cells within the follicles

### Staging
Staging is not relevant for ISFN. However, if ISFN is diagnosed, there should be a search for overt lymphoma, and any other suspicious lymph node should be examined. Partial involvement by FL is commonly associated with low-stage disease {24, 2513}, but its detection cannot substitute clinical staging.

### Prognosis and prediction
The precise risk of progression to overt FL cannot be reliably assessed, because the studies addressing progression involve relatively small cohorts of individuals. In such studies, progression to overt FL has been demonstrated in 5–10% of healthy individuals diagnosed with ISFN with up to 12 years of follow-up, and the time to subsequent FL diagnosis ranged from 2 to 10 years {1793,3953}. The predictive value of the number/proportion of follicles with ISFN features and its relationship to progression to FL remains controversial {1793,3242,3953}.





# Follicular lymphoma


Xerri L
Ardeshna KM
Davies AJ
Fitzgibbon J
Karube K
Klapper W
Kridel R
Louissaint A Jr
Marafioti T
Medeiros LJ
Nadel B
Watanabe T


### Definition
Follicular lymphoma (FL) is a neoplasm of germinal-centre (GC) B cells with varying proportions of centrocytes and centroblasts or large transformed cells and at least a partially follicular growth pattern. In rare cases with an entirely diffuse growth pattern, the neoplastic cells should still show GC B-cell morphology and immunophenotype.

### ICD-O coding
9690/3 Follicular lymphoma
9698/3 Follicular large B-cell lymphoma
9690/3 Follicular lymphoma with uncommon features

### ICD-11 coding
2A80.Z Follicular lymphoma, unspecified

### Related terminology
*Acceptable:* FL grades 1, 2, 3A, and 3B; *BCL2*-R–negative CD23-positive follicle centre lymphoma (for some cases of FL with dominant diffuse growth pattern only).

### Subtype(s)
Classic FL (cFL); FL with unusual cytological features (uFL); FL with a predominantly diffuse growth pattern (dFL); follicular large B-cell lymphoma (FLBCL)

### Localization
FL predominantly affects lymph nodes. Involvement of the spleen and bone marrow is frequent. Rarely, the Waldeyer ring and peripheral blood are involved. More commonly affected sites include the gastrointestinal tract (often with mesenteric lymph node involvement), soft tissue, thoracic vertebrae, breast, and ocular adnexa. Primary testicular FL is very rare and has also been reported in children, in addition to adults {3238,205, 2405}.

### Clinical features
Most patients have widespread disease at diagnosis, including peripheral and central (abdominal and thoracic) lymphadenopathy and splenomegaly. Most patients present with peripheral lymphadenopathy, but any nodal group can be involved. A pure extranodal presentation is uncommon but can occur in almost any extranodal site {4345,3706,120}. The bone marrow is involved in 40–70% of cases. Only 10–15% of patients present in stages I or II {998}. Patients are often asymptomatic, and B symptoms (e.g. fever and weight loss) are uncommon. Waxing and waning of involved sites without therapy may occur. The most common clinical course follows a chronic relapsing pattern. Early treatment does not appear to prolong survival {145,2912,144,998}.




**Fig. 4.106** The current model of follicular lymphoma (FL) development. Overt FL is preceded by an insidious phase of asymptomatic growth, probably emerging from widely disseminated precursor clones, evolving over years if not decades. Several premalignant intermediates have been identified or inferred as precursors (in situ follicular B-cell neoplasm [ISFN], partial involvement by FL [PFL]) or committed precursor clones (CPC), each of which could be at the origin of relapses. The major part of the transformation process is indolent. It includes illegitimate immunological stimulation, iterative cycles of germinal centre (GC) re-entry and reactions, increasing genomic instability, epigenetic switch, decommissioning from the GC B-cell programme, and escape from / adaptation to / instructive modification of the microenvironment. LN, lymph node; tFL, transformed follicular lymphoma.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 150 of 195



**Fig. 4.107** Follicular lymphoma, cytomorphological spectrum. **A** The classic follicular lymphoma pattern shows effacement of the lymph node architecture by an accumulation of follicles of homogeneous size and cellular content. The mantle zones and macrophages (starry-sky pattern) are no longer visible. In rare classic follicular lymphoma cases, the architecture may be preserved or only slightly distorted (**B**), but the follicles harbour an obviously abnormal monomorphic cell population and the mantle zone is lacking (**C**).

In situ follicular B-cell neoplasm, paediatric-type FL, and duodenal-type FL are considered to be distinct entities, separate from FL.

## Epidemiology

FL accounts for 10–20% of all lymphomas {3993}, with the highest proportions reported in the USA and western Europe, and the lowest in eastern Europe and Asia {115}. During the period 1993–2008, the incidence significantly increased in certain parts of the world, such as Japan {708}. Furthermore, studies have shown differences in regional distribution/incidence. In Canada, a higher incidence of FL was noted within cities or regions with high herbicide use, primary mining, and a strong manufacturing presence, supporting a possible role of environmental factors {2242}. The latter is also suggested by a higher incidence in cities and near industrial regions {903,2242}. The incidence is lower in low- and middle-income countries than in high-income countries {3198}. FL is two to three times as frequent in White populations as it is in Black populations in the USA {585}. FL predominantly affects adults (median age: 65 years) {1837}. There is no sex predilection {3993}, although a slight male predominance has been observed {585}.

## Etiology

The etiology is unknown. Agricultural exposure to malathion {2117} and dichlorodiphenyltrichloroethane (DDT) {3612} (but none of other pesticide chemical groups {2279}), as well as cigarette smoking in women {2363}, occupational spray painting {2363}, HCV infection {860,2461}, and Sjögren syndrome {1054,2363} have been associated with an increased risk. For younger patients, obesity {721,2363} and having a first-degree relative with FL {1358,1123}, non-Hodgkin lymphoma {2363}, or haematological malignancies {3867} have been reported as risk factors {721,2363}.

## Pathogenesis

### *FL with BCL2 rearrangement*

Lymphomagenesis is a multi-hit process (see Table 4.26) escalating over many years {2687}. The t(14;18)(q32;q21) rearrangement involving IGH and *BCL2*, and leading to constitutive expression of *BCL2*, is considered the initiating event in FL and is found in 85–90% of cFL cases {2267,3493}. It arises from a V(D)J recombination error in a bone marrow pre-B cell. Rare translocation variants involve IGL instead of IGH. Whereas pre-B or naïve B cells harbouring t(14;18) have not been documented to date, differentiated t(14;18)+ memory-like B-cell clones can be detected in the peripheral blood at very low levels (~1–100 cells per 1 million B cells) in > 70% of healthy adults. Among them, the vast majority will never develop FL {3488,2351,986}. The frequency of detection of t(14;18)+ cells in peripheral blood increases with age, and t(14;18)+ cells have been detected at higher levels in individuals with environmental exposures such as pesticides {720,41}. These cells may also be found in the bone marrow, spleen, and lymph nodes of the same healthy individuals {41,3886}. In reactive lymph nodes, t(14;18)-positive B cells accumulate within GCs as centrocytes with a very low proliferation rate {3984,3886} and a high propensity to re-enter the GC and undergo iterative cycles of GC reaction, increasing the risk of accumulation of genomic instability {3886}. Circulating and resident clones usually carry IgM, whereas the translocated allele is often class-switched to IgG (known as the allelic paradox) {3488}. Significant somatic hypermutation is also observed on the translocated allele, with an evolution pattern suggesting that activation-induced cytidine deaminase (AID) expression is maintained or reactivated {41, 3886}. N-glycosylation sites are introduced within the V regions, an event not commonly encountered in normal B cells {2995}.

The dominant t(14;18)+ clone detected in healthy individuals may rarely develop into overt FL as long as a decade later, especially if the clonal cell frequency is > $10^{-4}$; such individuals have a 23-fold higher risk of subsequent FL {1594,559,453, 4342,2513,3487}. These clones have been demonstrated to carry some mutations commonly found in established FL, such as *CREBBP* {3040,1403,2128,135,2995,975}. In situ follicular B-cell neoplasm and partial involvement of lymph nodes by FL may constitute intermediate steps of morphological progression in tissues.

Phylogenetic trees suggest divergent subclonal evolution from a common precursor cell driving FL at diagnosis and relapses. Although linear clonal evolution has been described, most FL cases follow a branching evolution. Multiple subclones can readily be identified in early disease phases {1402} and provide the substrate for progression and transformation {1401,2512,2493}. The sequences of events driving progression are largely unknown. Copy-number alterations are found in > 90% of FLs. They encompass chromosomal gains of 18, X, 1q, 2p, and 7, and less commonly of 17q, 6p, 8q, and 12q {4021,2999,1613,3321}. Deletions mainly include 6q and 1p, and less frequently 10q and 9p {3321}. The 1p36 region, containing *TNFRSF14*, is frequently deleted {2895}. Copy-neutral loss of heterozygosity of *TNFRSF14* is also observed. The evolution of FL is accompanied by gene mutations that occur over time {3040,2127,394}. The most frequent mutations are found in *KMT2D* and *CREBBP*; these represent early driver events and induce loss-of-function of chromatin modifiers {4558}. Epigenetic dysregulation comprises gain-of-function mutations of *EZH2*, encoding an H3K27 methyltransferase and (less frequently) mutations affecting *ARID1A*, *MEF2B*, and *KMT2C* {1678}. Loss-of-function mutations and deletions of *TNFRSF14* foster an FL-supporting milieu {394}. *BCL2* mutations are frequent, owing to AID activity {1679}. Other, less common, gene mutations are found in *STAT6*, *CARD11*, *FOXO1*, *BTK*, *TNFAIP3*, *NOTCH1*, *NOTCH2*, and *RRAGC*, all leading to perturbed intracellular signalling. Some recurrent mutations in genes such as *RRAGC* and *CTSS* are uncommon in lymphoma types other than FL {3040,939}. A number of genetic alterations are more often seen in transformed lymphoma than in preceding FL, such as inactivation of *TP53* and *CDKN2A*, as well as *MYC* translocations {3255,1060, 2426,2128,2127,848}.

### *FL with BCL6 rearrangement*

Rearrangements affecting chromosomal band 3q27, resulting in structural *BCL6* alterations, can be found in any type of FL. Their frequency is 15–20% in FL with *BCL2* rearrangement (FL-*BCL2*-R) {4432,2127} and is higher (~35%) in FLs lacking *BCL2* rearrangement {2128,2127}. In FLBCL, structural alterations involving BCL6 can be found in about 40% of cases, reflecting their closer biological relationship to diffuse large B-cell lymphoma (DLBCL) {1923,244}.



**Fig. 4.108** Follicular lymphoma (FL), cytomorphological spectrum. Classic FL includes tumours composed of a majority of centrocytes (**A**) or with a substantial component of centroblasts mixed with centrocytes (**B**). Such tumours can be graded optionally as grade 1–2 FL (FL1–2) and grade 3A FL (FL3A), respectively. In contrast, follicular large B-cell lymphoma (grade 3B FL [FL3B]) is totally devoid of centrocytes.

**Table 4.26** Most frequent gene alterations in *BCL2*-rearranged follicular lymphoma at diagnosis

| Gene | Frequency of alterations[a] | Predominant type(s) of alteration |
|---|---|---|
| *KMT2D* (*MLL2*) | 50–70% | Mutation |
| *CREBBP* | 50–70% | Mutation (~60%), deletion |
| *EPHA7* | 70% | Deletion, methylation |
| *TNFRSF14* | 45–65% | Deletion, mutation (~30%) |
| *BCL2* | ~50% | Mutation |
| *SESN1* | 30–40% | Deletion |
| *CDK4* | ~30% | Gain |
| *EZH2* | 20–40% | Mutation (~20%), gain |
| *H1-2* to *H1-5* (*HIST1H1B–E*) | 15–30% | Mutation |
| *CTSS* | 15–20% | Mutation (~5%), amplification |
| *BCL6* | ~15% | Translocation, mutation (~5%) |
| *FOXO1* | 10–15% | Mutation |
| *STAT6* | 10–15% | Mutation |
| *ARID1A* | 10–15% | Mutation |
| *EP300* | 10–15% | Mutation |
| *CARD11* | 10–15% | Mutation |
| *MEF2B* | 10–15% | Mutation |
| *ATP6V1B2* | ~10% | Mutation |
| *ATP6AP1* | ~10% | Mutation |
| *GNA13* | ~10% | Mutation |
| *RB1* | ~10% | Deletion, mutation (< 5%) |
| *SOCS1* | ~10% | Mutation |
| *RRAGC* | 5–15% | Mutation |
| *IRF8* | 5–15% | Mutation |
| *POU2F2* | 5–10% | Mutation |
| *SGK1* | 5–10% | Mutation |
| *CDKN2A/B* | 5–10% | Deletion |
| *TNFAIP3* | 5–10% | Deletion, mutation (< 5%) |
| *HVCN1* | 5–10% | Mutation |
| *EBF1* | 5–10% | Mutation |
| *TP53* | ~5% | Mutation, deletion |
| *CD79B* | ~5% | Mutation |
| *FAS* | < 5% | Mutation |

[a]Approximate frequency of alterations; some alterations may be subclonal.

### FL lacking BCL2 and BCL6 rearrangements

The pathogenesis of FL lacking *BCL2* rearrangement is less well known and probably follows different pathways. These cases account for 10–15% of cFL cases {4432}; they are more common in FLBCL {3087,244}, dFL {3740}, primary testicular FL {205}, and paediatric-type FL {4396}. FLs lacking *BCL2* and *BCL6* rearrangements show evidence of somatic hypermutation, similarly to cells having transited through the GC. However, in contrast to FL-*BCL2*-R, which expresses GC B-cell signatures, the gene expression profile of FLs lacking *BCL2* rearrangement is reminiscent of late/post-GC cells {2268}. Thus, the postulated normal counterpart is a late GC B-cell that has not yet exited the GC stage of differentiation. Overall, FLs lacking *BCL2* rearrangement display copy-number alterations and mutations similar to those in FL-*BCL2*-R, but with different frequencies {4539,2895}. The most frequently mutated gene is *STAT6* (> 50%), which may play a pivotal role in some tumours {2656}, especially in localized stages {2425}. *KMT2D* is less often mutated (< 50%) {2895}. FL with a predominantly diffuse growth pattern lacking *BCL2* rearrangement frequently presents as limited-stage disease, often involving the inguinal lymph nodes, showing frequent coexpression of CD23 (correlated with *STAT6* mutation), 1p36 deletion, and *TNFRSF14* mutation {3740,2560,2895}.

### Tumour microenvironment

The tumour microenvironment plays a crucial role in FL pathogenesis. FL cells reside within specific niches with a spatial architecture formed by follicular dendritic cells (FDCs), T follicular helper (TFH) cells, and different subsets of tumour-associated macrophages {878,2149}. Compared with normal lymph nodes, the GCs of FL contain increased numbers of CD4+ T-cell subsets, such as TFH cells and T regulatory (Treg) cells. Immune signalling pathways are skewed towards T-cell exhaustion and tolerance, leading to tumour immune evasion {2149}.

Some tumour microenvironment components such as TFH cells can directly stimulate the growth and survival of the neoplastic cells {106}. Non-immune components, such as endothelial cells, fibroblasts, and mesenchymal stromal cells, are also involved in the aberrant ecosystem {1440}.

### Macroscopic appearance

The cut surface of lymph nodes involved by FL may display a vaguely nodular pattern. Splenic involvement by FL shows a uniform expansion of the white pulp, usually without obvious involvement of the red pulp.



**Fig. 4.109** Follicular lymphoma, immunophenotype. **A** Neoplastic follicles are usually positive for CD10, and there may also be CD10+ cells between follicles, indicating the presence of interfollicular invasion (and supporting the diagnosis of lymphoma). **B** Neoplastic follicles are usually positive for BCL2, and the intensity of staining may be stronger than in the non-neoplastic B cells and T cells. In a minority of cases, neoplastic cells appear to be negative for BCL2 when tested with monoclonal antibody BCL2 clone 124 (**C**), because of minor amino acid variations at the antibody binding site caused by mutations in *BCL2*. BCL2 expression may be demonstrable in these cases using the monoclonal antibody BCL2 clone SP66 (**D**).

## Histopathology

### Classic follicular lymphoma

#### Cellular composition

Follicles are organoid structures comprising neoplastic cells placed in a specific microenvironment composed of T cells, macrophages, and FDCs. cFL resembles GCs in its cellular composition, with a mixture of centrocytes and centroblasts / large transformed cells. Centrocytes and centroblasts are located mostly within the neoplastic follicles but are often found between and outside the follicles as well. Centrocytes are slightly larger than small lymphocytes and have angulated, elongated, twisted, or cleaved nuclei. The chromatin is less dense than in small lymphocytes, and the nucleoli are inconspicuous. The cytoplasm is scant, pale, and barely discernible in routinely stained sections. Centroblasts are large cells (usually at least three times the size of normal lymphocytes) but may sometimes be smaller (termed small centroblasts), depending in part on the staining/fixation. Their cytoplasm is usually fairly visible and slightly amphophilic (basophilic with Giemsa). The nuclei appear round or oval with vesicular chromatin and multiple peripherally located nucleoli. Transformed/blastic cells with similar chromatin and a single large nucleolus are immunoblasts and may be found as a minority of blasts. Rare cases harbour intrafollicular giant or multinucleated cells resembling HRS cells {4432}.

#### Patterns

Most cases present with at least a focal follicular pattern identifiable by morphology, but recognition may be facilitated by immunohistochemistry. Spread beyond the nodal capsule is often associated with sclerosis or diffuse areas.

The size and shape of the follicles vary substantially between cases. There is also variability in the extent and distribution of the follicles, which are commonly distributed over the whole lymph node, leading to effacement of the architecture (including a lack of sinuses). The follicles are often crowded, with a back-to-back arrangement. Most neoplastic follicles display attenuated or absent mantle zones, with poorly defined borders. They usually lack polarization of the GCs, i.e. the physiological demarcation between a centroblast-rich (dark) and a centrocyte-rich (light) zone is absent. The starry-sky pattern imparted by tingible-body macrophages, characteristic of the dark zone of reactive GCs, is usually not seen. Some cases show irregular or serpiginous follicles, which may resemble progressively transformed GCs and create a floral pattern. Involvement of the interfollicular regions is a frequent finding and should not be confused with a diffuse growth pattern. Interfollicular FL cells may be smaller, have less irregular nuclei, and show phenotypic differences (CD10/BCL6 downregulation, CD23 upregulation) as compared with the intrafollicular FL cells. Their detection can be facilitated by immunohistochemistry.

Marginal zone differentiation of FL presents with pale, marginal zone–like areas, mostly found at the outer borders of the follicles and containing lymphoma cells with a monocytoid appearance. Plasmacytic differentiation, characterized by the presence of light chain–restricted plasmacytoid cells mainly seen in interfollicular areas, is uncommon {1385,639}. Rarely, the neoplastic cells may assume a signet-ring cell appearance, in the form of either a clear cytoplasmic vacuole or a homogeneous eosinophilic globule (Russell-body type) compressing the nucleus {4566}. Occasional cases, frequently with



**Fig. 4.110** Follicular lymphoma, immunophenotype. Follicular lymphoma cases express a variety of germinal-centre markers including CD10 (**A**), BCL6 (**B**), LMO2 (**C**), and stathmin (**D**). FOXP1 is often expressed at variable levels (**E**).





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 151 of 195



**Fig. 4.111** Follicular lymphoma with prominent colonization of neoplastic follicles. In floral-pattern follicular lymphoma, neoplastic follicles are partly colonized by mantle zone cells, resulting in irregular borders and fragmentation (**A**), which is highlighted by CD10 staining (**B**). **C** BCL2 staining may be difficult to interpret, because of a mix of strongly positive mantle zone cells and generally less strongly positive lymphoma cells.

mesenteric and retroperitoneal presentation, may show widespread sclerosis in interfollicular regions. Some foci of sclerosis or hyalinosis may also be present within neoplastic follicles resembling the hyaline-vascular follicles of Castleman disease {3247,639}. Some cases may contain abundant intrafollicular amorphous deposits that stain strongly for CD10 and CD20, resulting from the shedding of cell membrane materials {1500}. Massive necrosis can be found in rare cases but does not necessarily indicate transformation.

In the bone marrow, paratrabecular infiltration is typical for FL, although interstitial areas may be also involved. Neoplastic follicles containing FDC are rarely encountered in the bone marrow. Lymphoma cells are usually smaller than regular centrocytes, resembling the FL cells found in the interfollicular regions of lymph nodes.

*Immunophenotype*

FL cells express B-cell antigens (CD19, CD20, CD22, CD79a, PAX5), in addition to surface immunoglobulin, mostly of the IgM isotype, with or without IgD; expression of IgG is less frequent, and IgA is rare. They also express the GC-associated markers CD10, BCL6, GCET1, HGAL (GCET2), LMO2, AID, MEF2B, and stathmin, with variable sensitivity and specificity of each of the markers {4513,2527,2651,2764}. Expression of CD10 and BCL6 may vary between neoplastic follicles and is usually stronger in the neoplastic follicles than in interfollicular FL cells. It may be absent in FL cells located in areas of marginal zone differentiation, peripheral blood, or bone marrow {4514}. In the rare CD10/BCL6-negative cases, the diagnosis of FL should be supported by the use of other GC-associated markers, which are commonly negative in other small B-cell lymphomas.

In most cases, the neoplastic follicles express BCL2, thus allowing their delineation from reactive follicles. The frequency of BCL2-negative cases is low in cFL (~15%). The lack of BCL2 expression may be due to mutations in *BCL2* that affect the BCL2 epitope recognized by the antibody used. If BCL2 is negative, it is recommended to use additional anti-BCL2 antibodies directed against different epitopes. Rare FL cases remain negative to multiple antibodies used, which usually corresponds to a lack of *BCL2* rearrangement {22}. In some cases, the abundance of intrafollicular BCL2-positive T cells may hamper the assessment of BCL2 expression in neoplastic FL cells. Comparison with corresponding CD3 immunohistochemistry may avoid misinterpretation. IRF4 (MUM1) is mostly negative in FL, except in occasional cases {4430,4432,1893}, which may be centroblast-rich and also lack CD10 and BCL2 expression {2898,1900}. The neoplastic follicles show highly variable Ki-67 proliferation indexes, but most cases have a proliferation index much lower than that of reactive follicles {2039}. The Ki-67+ cells are sometimes concentrated in the peripheral portions of the neoplastic follicles. Polarization characteristic of reactive follicles is not seen. A high proliferation index is often seen in cases with high numbers of centroblasts, although it can sometimes also be seen in centrocyte-rich cases {4302,4432}. CD30 positivity can be rarely observed in neoplastic follicles, some of which may also show HRS-like cells {4432}. Expression of CD5 or PD1 has rarely been reported {4431,3159}. EBV association can be detected exceptionally {2462}. FDCs in the neoplastic follicles usually express CD21, CD23, and/or CD35 but are often irregularly distributed. However, diminished expression of these markers may occur even in obviously follicular areas {1808}.



**Fig. 4.112** Follicular lymphoma with marginal zone differentiation. **A** Marginal zone differentiation is characterized by neoplastic follicles surrounded by clear areas mimicking the marginal zone at low magnification. **B** High-power view shows that the clear areas contain neoplastic cells of slightly larger size and relatively abundant cytoplasm resembling monocytoid B cells, whereas centrocytes are present in the central part of the follicle (**C**). The neoplastic nature of clear cells is supported by positive CD20 (**D**) and BCL6 (**E**) immunohistochemistry, which appears weaker than in the central part of the follicles, however.







**Fig. 4.113** Follicular lymphoma with unusual cytological features. **A,B** Follicular lymphoma with unusual cytological features is diagnosed in cases with a nodular pattern in which the nodules are composed of medium-sized cells with blastoid chromatin and occasional nucleoli. Scattered large centroblasts may be present (**B**). **C** The cell population may also contain cleaved cells that are larger than classic follicular lymphoma centrocytes (also known as large centrocytes).

*Grading*

Traditionally, FL has been graded as FL1, FL2, FL3A, and FL3B, according to the quantification of absolute numbers of centroblasts / transformed cells in 10 consecutive high-power fields (HPFs) {2519}. However, there is accumulating evidence of the lack of reproducibility in counting centroblasts, and thus of grading itself {3413,2133}. Many studies have indicated no statistically significant difference in clinical outcomes between FL1, FL2, and FL3A, which are treated similarly in modern clinical trials {202,1578,2534,2802,3413}. Furthermore, there is compelling evidence that FL3A is biologically related to FL1/2, with similar immunohistochemical and genetic profiles {1631, 2072,2231} and frequent coexistence in the same affected lymph node.

At present, there is no definitive evidence to support the distinction between FL1, FL2, and FL3A, and hence to mandate grading. FL1/2 and FL3A together constitute the cFL subtype, which is defined by a mixture of centrocytes and centroblasts in various proportions, but in which centrocytes must be unequivocally present. The vast majority (90%) of FLs are cFLs {4268}, in which centrocytes are often the predominant cell population. If centrocytes are scarce, FLBCL must be excluded, and additional tissue may be required to clarify the subtype. Grading is nevertheless considered optional. If required by local clinical practice, it should be performed using conventional criteria, i.e. by counting or estimating the absolute number of centroblasts in neoplastic follicles per HPF of 0.159 mm in diameter and 0.458 mm² in area (see Table A in the foreword of this volume for HPF conversion). FL1/2 cases contain 0–15 centroblasts, and FL3A cases contain > 15 centroblasts per HPF of 0.159 mm in diameter and 0.458 mm² in area {2519,2915}. FL3 can be further subdivided according to the presence/absence of centrocytes, with centrocytes still present in FL3A but absent in FL3B (now termed FLBCL) {3087}. Rare cases of FL with a prominent diffuse pattern and an increased number of centroblasts (consistent with FL3A) have been reported, and such cases were designated as DLBCL in the previous (revised fourth) edition {2072}. Currently, it is uncertain whether such cases should be classified as FL or DLBCL. In such cases, individual treatment choices should be made in multidisciplinary conference settings, taking into consideration clinical, laboratory, and imaging parameters. However, the presence of diffuse areas composed entirely or predominantly of large cells warrants a diagnosis of DLBCL.

The reliability of subtyping/grading is highly dependent on adequate sampling. Accurate subtyping cannot be performed on FNAs and may be difficult or unreliable on core needle biopsies. Therefore, an excisional biopsy is strongly recommended for primary diagnosis. For small biopsies with no discernible follicular component but displaying features of cFL, a diagnosis of "FL, likely cFL" is advised.

### FL with unusual cytological features

In rare cases, FL may be composed of predominantly medium-sized cells with immature or blastoid chromatin. Other infrequent morphologies include large cells with cleaved/irregular nuclei (large centrocytes) {1055,2231}. These uncommon morphologies often present with particular features that deserve optional specifications related to cytology, morphology, phenotype, proliferation, or genetics {2231}. They display higher Ki-67 proliferation and IRF4 (MUM1) expression in a higher proportion of cells. Furthermore, the frequency of *BCL2* rearrangement is lower. Their diagnosis may require negative *IRF4* FISH testing if IRF4 (MUM1) protein is strongly expressed. Although still largely unknown, the prognosis of these cases may differ from that of cFL {2231}. Because the data currently available on these uncommon morphologies are limited, the prognostic impact remains to be ascertained {2231}. The distinction of uFL will allow such data to be collected in the coming years, for the purposes of better risk stratification.

### FL with a predominantly diffuse growth pattern

A diffuse FL subtype was initially described as being characterized by a predominantly diffuse growth pattern, CD23 expression, and absence of t(14;18)(q32;q21) {1922,3740,2895}. In such cases, a diffuse pattern is supported by the absence of demonstrable FDCs, although FDC remnants may be present in residual small follicles (microfollicles). The cell population should be composed of a vast majority of centrocytes, except in residual follicles. BCL2 immunohistochemistry is often weak to absent, especially in remnant follicles. Sclerosis and interstitial fibrosis may be observed. dFL mainly occurs in the inguinal region and may form large tumour masses, but infrequently disseminates. Patients often present with limited-stage disease and have a favourable prognosis {1922,3740,2895}. Neoplastic cells are usually positive for CD10 and CD23, but CD10 expression may be absent. Although not specific, mutations in *STAT6* are more frequently observed in inguinal dFL than in cFL {3740,2895}. Of note, a partly diffuse (sometimes extensive) growth pattern is a regularly encountered feature in FL in general {2267,4539,4538,2895}. Therefore, a definite diagnosis of dFL should not be made on limited biopsy material, including core needle biopsy samples.

### Follicular large B-cell lymphoma

FLBCL (formerly FL3B) is commonly regarded as a particular subtype of FL with a close clinical and biological relationship to DLBCL {3087,1632,2072,1631,2231,2073}. FLBCL is defined by the presence of a follicular pattern with follicles composed of sheets of centroblasts and an absence of centrocytes. *BCL2* translocation is uncommon {3546}. FLBCL rarely coexists with cFL but frequently coexists with DLBCL. Because of the extreme rarity of pure FLBCL {3087,1923,2072,3413,2231}, the possibility of concurrent DLBCL must be excluded by careful sampling. Therefore, a definitive diagnosis of this entity should not be made on a core needle biopsy. A presumptive diagnosis of FLBCL should prompt additional investigations, such as *BCL6* or *MYC* rearrangement {2072,1631,2231}. *IRF4* FISH analysis is required if IRF4 (MUM1) protein is strongly expressed, to exclude large B-cell lymphoma with *IRF4* rearrangement.



**Fig. 4.114** Follicular lymphoma with a predominantly diffuse growth pattern. Follicular lymphoma with a predominantly diffuse growth pattern may show some vague nodularity (**A**), but underlying CD21+ follicular dendritic meshworks are absent or inconspicuous (**B**). **C** The cell population consists of a mixture of centrocytes and centroblasts. **D** Sheets of centroblasts are lacking. CD23 is typically expressed in most lymphoma cells.



**Fig. 4.115** Follicular large B-cell lymphoma. **A** Follicular large B-cell lymphoma / FL grade 3B tumours are often composed of large nodules with poorly defined borders. **B** At higher magnification, the cytological pattern is characterized by compact nests of large cells and the absence of centrocytes. Large cells may display either a typical centroblastic pattern or more variation in size, sharing a common feature of round nuclei with vesicular chromatin.

### Differential diagnosis

Florid follicular hyperplasia can pose problems in the distinction from FL. Generally, follicles in florid follicular hyperplasia are widely spaced, of uneven size and shape, and contain prominent GCs with polarization and tingible-body macrophages. The GC cells are negative for BCL2 expression, and the Ki-67 proliferation index is high in florid follicular hyperplasia. It occasionally may show a clonal CD10+ population by flow cytometry, which should not be considered sufficient evidence of malignancy. Rare FL may harbour tingible-body macrophages and show BCL2 negativity that may suggest benign follicular hyperplasia. Using different BCL2 antibodies (corresponding to different clones) may be useful, because BCL2 protein may not be detectable in some FLs due to mutations in *BCL2*. The presence of B cells of GC phenotype (positive for CD10, HGAL, or MEF2B) in interfollicular areas favours a diagnosis of FL. A low Ki-67 proliferation index would favour a diagnosis of FL. Furthermore, a lack of polarization (evidenced by morphology and Ki-67) argues against a reactive lesion. In some cases, FISH (*BCL2*, *BCL6*, and IGH) and/or clonality (IGH and IGK) studies may be needed.

FL cases with marginal zone differentiation or plasmacytoid cells may mimic nodal marginal zone lymphoma (NMZL) with a predominant nodular growth pattern and/or NMZL with extensive follicular colonization. The distorted architecture of the follicles and the presence of BCL2-negative, CD10/BCL6-positive intrafollicular cells favour the diagnosis of NMZL. It should be noted that CD10 expression (in isolation) does not exclude a diagnosis of NMZL. The expression of MNDA or IRTA1 favours a diagnosis of NMZL {2668,1870}. In some cases, the histophenotypical distinction between FL and NMZL may be impossible; in such cases, the presence of *BCL2* translocation favours a diagnosis of FL, although its absence does not totally rule this out. More extensive genetic analyses may also aid in the differentiation of difficult cases {881}.

A floral pattern in FL can mimic progressive transformation of CGs. BCL2 expression may be difficult to interpret, owing to the mixing of mantle cells displaying strong BCL2 positivity with FL cells expressing BCL2 at lower levels.

FL cases harbouring CD30+ HRS-like cells may raise the suspicion of classic Hodgkin lymphoma, which can be ruled out by the atypical morphology of the surrounding lymphoid cells. However composite tumours comprising classic Hodgkin lymphoma and FL do rarely occur {4069}.



**Fig. 4.116** Follicular lymphoma with follicular eosinophilic precipitates. **A** Amorphous deposits are located within the neoplastic follicles. **B** Follicular lymphoma cells are positive for CD20, and the precipitate is also positive, because it is formed of cell membrane materials.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 154 of 195



**Fig. 4.117** Follicular lymphoma with a prominent interfollicular pattern. The Ki-67 index is commonly low in follicular lymphoma, and the positive cells are often concentrated in the peripheral portion of the neoplastic germinal centres.

Large B-cell lymphoma with *IRF4* rearrangement must be ruled out in cases composed of centroblasts or medium-sized blastoid cells with a partly follicular pattern {3338}, especially in children and young adults. This requires IRF4 (MUM1) testing by immunohistochemistry. If IRF4 (MUM1) is strongly and uniformly expressed, FISH studies for *IRF4* translocation should be considered.

## Cytology

Cytological preparations of lymph nodes reveal typical centroblasts and centrocytes. The diagnosis of FL can be suspected if centrocytes constitute most of the cell population and macrophages are rare. However, an unequivocal diagnosis of FL should not be made on the basis of cytology alone. Cytological aspirates of lymph nodes may be used in assessing recurrence, especially when used in combination with flow cytometric analysis. It may also be a surrogate for assessing transformation in a context of strong clinical suspicion, especially in severely ill patients with poorly accessible sites.

## Diagnostic molecular pathology

IG heavy chain (IGH) and light chain (IGK, IGL) genes are monoclonally rearranged in FL, which allows its distinction from reactive follicular hyperplasia. Multiplex PCR reactions using BIOMED-2 primer sets detect clonal rearrangements in > 90% of FL cases when primers targeting IGH and IGK are included. When only IGH assays are used, clonal rearrangements may be missed {326,1098,3173}.

Investigation of IGH::*BCL2* translocation may be applied in the diagnostic workup of suspected BCL2 immunohistochemistry–negative FL or dFL and to support the distinction of FL from other small B-cell lymphomas, such as NMZL. In these settings, analysis of *BCL6* translocation may have added value. FISH testing of *BCL2*, *BCL6*, and *IRF4* is recommended to distinguish unusual cases of IRF4 (MUM1)-expressing FL and FLBCL from large B-cell lymphoma with *IRF4* rearrangement {2380,3546}.

Next-generation sequencing is currently not recommended in the routine workup of FL, since the mutation profile of FL shares considerable overlap with other lymphoma entities.

## Essential and desirable diagnostic criteria

*Essential:* B-cell lymphoma composed of varying proportions of centrocytes and/or centroblasts (large transformed cells), with a dominance of centrocytes in the overwhelming majority of cases; immunophenotype compatible with a germinal-centre B-cell origin, with positivity for markers such as CD10, BCL6, MEF2B, GCET1, HGAL (GCET2), or LMO2.

*Desirable:* at least partly follicular growth pattern; *BCL2* or *BCL6* rearrangements and/or a lack of *IRF4* rearrangement (in equivocal cases).

## Staging

Staging is performed using the Lugano classification, a modification of the Ann Arbor staging system {687}. A complete blood count and peripheral blood smear are required. Assessment of bone marrow involvement with a bone marrow biopsy is recommended, especially when the results would alter case management. Bone marrow aspiration has a lower yield, because of the difficulty in aspirating cells from the paratrabecular locations. Conventional imaging tools such as CT are useful in assessing the degree of lymphadenopathy and the extent of disease. FDG PET has the potential to upstage 10–45% of early-stage patients to advanced-stage disease {4389,26,443}, and therefore is recommended. Functional imaging is also useful in identifying patients with suspected transformation {2988}. Biopsies are needed for confirmation and should be directed to the site of the greatest FDG avidity.

## Prognosis and prediction

cFL is an indolent disease {998}, with a median survival time of > 17 years with current therapies {2818}. Progression occurs continuously over time, with no plateau in the survival curves {274}. The prognosis of FL is closely related to the disease extent at diagnosis. FLIPI, a modification of the International Prognostic Index (IPI), has a prognostic impact on outcome {3777,274}, which remains significant in the rituximab era {503, 2978}. FLIPI uses five independent adverse predictors: age > 60 years, haemoglobin < 12 g/dL, elevated serum LDH, Ann Arbor stage III/IV (disseminated disease in the Lugano system), and > 4 involved nodal areas. The presence of 0–1, 2, and 3–5 of these factors defines low-risk, intermediate-risk, and high-risk disease, respectively. In patients with progression within 24 months after diagnosis or first-line immunochemotherapy (POD24), 5-year overall survival is significantly worse {575,1838,1233}.

Other prognostic indexes, such as FLIPI-2 and PRIMA-PI, are not commonly used in daily practice, because their performance has not been sufficiently validated {201,1232}. A clinicogenetic risk model based on the mutation status of seven genes combined with FLIPI and Eastern Cooperative Oncology Group (ECOG) performance status (m7-FLIPI) for patients treated with immunochemotherapy has been established and awaits further independent validation {3154,4343, 394}.

The occurrence of *EZH2* mutations tends to have a favourable prognostic impact on patients treated with immunochemotherapy (excluding bendamustine-based treatment) {1679,3836, 3154} and may predict response to EZH2 inhibition {2803}. An association with adverse outcome has been suggested for *TP53* mutations, 2p gain, 9p21 deletion, or 17p deletion {3078, 701,2230,3154,1679,3321}. FL with double-hit *BCL2* and *MYC* rearrangements behaves more aggressively {2702,650,504, 2231}.

Gene expression and immunohistochemistry studies have examined the prognostic relevance of tumour microenvironment immune components, with no clear consensus as yet {4433,395,4028}. A gene expression signature related to dark-zone centroblasts was shown to be associated with poor outcomes under some, but not all, explored treatments {1678,1680,4433,394,4099}. The prognostic value of high Ki-67 expression has not been clarified to date, although a trend towards unfavourable evolution was observed, even in centrocyte-rich FL {4430,4432}. Overall, the prognostic value of genomic alterations, gene expression, and immunohistochemical markers currently remains controversial because of the lack of comprehensive validation, and their impact on treatment decisions in individual patients and outside clinical trials remains unanswered.

Histological transformation of FL to DLBCL occurs at a risk of 1–3% per year {2758,92,2365,1150}. The median time to transformation is 2.5–4.1 years {92,2365}. Various clinical parameters, including a high FLIPI score and resistance to first-line therapy, have been reported as risk factors for transformation {83,2819}, but reliable immunological or genetic predictive biomarkers have not been identified thus far. Transformation is often associated with a rapid increase in serum LDH, discordant progression of localized lymphadenopathy, new development of unusual extranodal disease (e.g. liver, bone, muscle, brain), new development of B symptoms, hypercalcaemia, and high uptake values on FDG PET imaging {1888,92,2988,2365}.




**Fig. 4.118** Algorithm for follicular lymphoma (FL) subtyping and optional grading. Footnotes: (1) Subtyping/grading applies only to lymphomas already identified as FL. It should be performed on surgical biopsies for optimal accuracy. (2) To apply the algorithm, at least one evaluable neoplastic follicle that is identified either morphologically or using CD21/CD23 is required. (3) See text for the diagnostic criteria for follicular lymphoma with a predominantly diffuse growth pattern. (4) See text for centrocyte definition. "Mixture" implies a significant number of unequivocal centrocytes. (5) The lack of centrocytes renders IRF4 (MUM1) testing (at least by immunohistochemistry) mandatory. In positive cases, subsequent FISH is required to exclude large B-cell lymphoma with *IRF4* rearrangement. (6) See text for details. Optional descriptive features of follicular lymphoma with unusual cytological features include morphology (e.g. "with large centrocytes" or "with blastoid cells") and genetics (e.g. "with/without *BCL2* [or *BCL6* or *MYC*] rearrangement"). (7) See text for details about immunohistochemistry and FISH testing required for the diagnosis of follicular large B-cell lymphoma. (8) See text for details of the counting method.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 155 of 195

# Paediatric-type follicular lymphoma

Louissaint A Jr
Attarbaschi A
Burkhardt B
Klapper W
Marafioti T
Oschlies I
Siebert R
Woessmann W

## Definition
Paediatric-type follicular lymphoma (PTFL) is a localized, nodal mature B-cell lymphoma occurring predominantly in the paediatric, adolescent, and young adult age group. It is characterized by a clonal proliferation of germinal-centre B cells with a pure follicular growth pattern, altered lymph nodal architecture, a high proliferation index, and an absence of *BCL2*, *BCL6*, and *IRF4* rearrangements

## ICD-O coding
9690/3 Paediatric-type follicular lymphoma

## ICD-11 coding
2A80.4 Paediatric-type follicular lymphoma

## Related terminology
*Acceptable:* paediatric follicular lymphoma.

## Subtype(s)
None

## Localization
Virtually all cases of PTFL manifest as limited-stage peripheral lymphadenopathy. Most patients present with a single enlarged lymph node in the head and neck region or, less commonly, an enlarged inguinal, femoral, or axillary lymph node {3077,2430}. Para-aortic and mesenteric lymph node involvement has not been reported. Extranodal presentation is excluded by definition, although rare clonal follicular proliferation with features of PTFL has been described in the conjunctiva {3047}.



**Fig. 4.119** Paediatric-type follicular lymphoma. Lymph node with partial infiltration by a proliferation of atypical follicles with a rim of reactive tissue and node-in-node phenomenon.

## Clinical features
Most patients present with localized painless lymph node enlargement without B symptoms. There is no elevation of serum LDH levels {3906,169,170}. Imaging may confirm the localized nature of the disease.

## Epidemiology
Most patients are children, adolescents, or young adults. In one of the earlier series, the patient age ranged from 8 to 36 years (median: 18 years) but patients aged up to 60 years have been reported {2430,2432}. There is a marked male predominance (M:F ratio: > 10:1). PTFL accounts for 1–2% of childhood non-Hodgkin lymphomas {115,44,3077,2430,2380,3906}.

## Etiology
Unknown

## Pathogenesis
PTFL shows low genomic complexity and lacks the translocations found in other germinal centre–derived lymphomas (e.g. *BCL2*, *BCL6*, *MYC*) {3077,2430,2558,3619,42}. The mutation pattern of PTFL is different from that of classic follicular lymphoma, and non-silent mutations in epigenetic modifier genes such as *EP300*, *CREBBP*, *EZH2*, *KMT2D*, or *ARID1A* are rare {2432}. PTFL also lacks *IRF4* rearrangements that characterize large B-cell lymphoma with *IRF4* rearrangement {3544,3542}. Recurrent alterations in PTFL include deletions and copy-neutral loss of heterozygosity at 1p36 (including *TNFRSF14*; 25–40%) and mutations of *TNFRSF14* (44–54%) and *MAP2K1* (43–49%) {2558,3619,2432,3621}. A hotspot mutation affecting *IRF8* has also been reported {3093,3621}.

## Macroscopic appearance
Enlarged lymph node without sclerosis or necrosis

## Histopathology
The normal lymph node architecture is extensively altered by atypical, enlarged follicles that are sometimes floral, serpiginous, or confluent. Mantle zones are attenuated or absent; germinal centres are expansile and often lack zonation, but contain tingible-body macrophages. Marginal zone differentiation might be present in some cases. A rim of residual reactive lymph nodal tissue is frequent, also described as a node-in-node appearance {3338}. PTFL usually consists of medium-sized to large blastoid cells, cytologically intermediate between centrocytes and centroblasts. Any diffuse area of large cells consistent with a diffuse large B-cell lymphoma will exclude a diagnosis of PTFL.

### *Immunophenotype*
The neoplastic cells coexpress B-cell markers (e.g. CD20, CD79a, and PAX5) and germinal centre markers (e.g. BCL6 and CD10, with CD10 expression being frequently strong). These markers, together with CD21-positive and CD23-positive follicular dendritic cell meshworks, highlight the pure follicular architecture and restriction of the neoplastic cells to the follicles, and the relative absence of neoplastic cells in interfollicular areas. The neoplastic germinal centre B cells are negative for BCL2 in most cases, although weak or partial BCL2 expression might be seen. Neoplastic cells are also negative for IRF4 (MUM1). The Ki-67 proliferation index is usually > 30%, and the proliferating cells often lack polarity {2422, 3903,3077,3338,2103,42}.








**Fig. 4.120** Paediatric-type follicular lymphoma. **A** Confluent atypical follicles lacking zonation, starry-sky macrophages, and a follicle mantle. The follicles consist of intermediate-sized cells resembling larger centrocytes or small centroblasts. **B** Atypical follicles lacking zonation and mantle zones. Some starry-sky macrophages are seen. Cytology shows uniform intermediate-sized cells with features between larger centrocytes and small centroblasts. **C** Cytology, with cells intermediate between large centrocytes and smaller centroblasts.

### *Differential diagnosis*
The differential diagnosis includes paediatric nodal marginal zone lymphoma, which also typically contains large germinal centres, often with changes similar to those seen in progressive transformation of germinal centres. Characteristic features supporting a diagnosis of PTFL include a lack of features of progressive transformation of germinal centres, absent interfollicular expansion of marginal zone B cells, and a diminished number of PD1+ T cells within the neoplastic germinal centres. The differential diagnosis of PTFL also includes rare cases of florid follicular hyperplasia, of which some cases may harbour




**Fig. 4.121** Paediatric-type follicular lymphoma. **A** Partial infiltration of the lymph node by confluent atypical follicles expressing CD20 and a rim of preserved reactive lymph node with well demarcated reactive follicles. **B** Very faint expression of BCL2 in the areas of atypical follicles, and sharply demarcated negativity for BCL2 in the reactive germinal centres. **C** Atypical confluent follicles with an increase in CD20-positive cells in the interfollicular areas. **D** Expression of CD10 is confined to the atypical germinal centres, and the interfollicular areas remain negative. **E** The atypical follicles lack zonation in the Ki-67 staining, and the proliferation index is slightly lower than in reactive germinal centres.

small populations of clonal B cells {2164} but do not show architectural distortion. Emerging data suggest that the expression of FOXP1 in PTFL may be helpful, as this is not seen in reactive germinal centres {42}. Finally, some cases of classic follicular lymphoma occurring in young adults lacking *BCL2* rearrangements and BCL2 expression may be challenging to distinguish from PTFL {4437,2895}. However, these cases usually fail to meet all the essential diagnostic criteria for PTFL listed below.

### Cytology
The FNA cytology might resemble that of a reactive lymph node rich in large cells and is insufficient for PTFL diagnosis.

### Diagnostic molecular pathology
A monoclonal IG gene rearrangement can be detected in nearly all cases and is helpful in the differential diagnosis from florid reactive follicular hyperplasia {2164,3338,3619,42}. Exclusion of *BCL2*, *BCL6*, and *MYC* translocations by FISH is required for the diagnosis of PTFL {3906}. *IRF4* FISH should additionally be performed to rule out large B-cell lymphoma with *IRF4* translocation, in cases where neoplastic cells show strong, uniform IRF4 (MUM1) protein expression.

### Essential and desirable diagnostic criteria
*Essential:* a patient in the paediatric, adolescent, and young adult age group (usually age < 40 years, most 2–25 years); localized nodal disease; purely follicular growth with marked architectural distortion and germinal-centre marker expression; predominance of intermediate-sized to large blastoid cells and a high proliferation fraction; absence of diffuse proliferation of large cells meeting criteria for diffuse large B-cell lymphoma; evidence of B-cell monoclonality by immunophenotyping or genetics; absence of *BCL2*, *BCL6*, and *MYC* rearrangements; absence of strong, uniform IRF4 (MUM1) protein expression and/or absence of *IRF4* rearrangement.

*Desirable:* markedly expansile follicles; mutations in *MAP2K1* and *TNFRSF14*.

### Staging
Although most patients with PTFL present with localized disease in the head and neck region, staging should be performed {3476,169}.

### Prognosis and prediction
PTFL does not necessarily require chemotherapy, because it has an overall excellent outcome. Survival rates exceed 95% {167,2422,3077,3192,3254,2621,170,3796,169}. Based on the available literature, watch and wait after complete excision of localized disease (performed at diagnosis or after a diagnostic biopsy) is considered an adequate therapeutic approach, provided the resection will not cause morbidity {169}.





# Duodenal-type follicular lymphoma

Karube K
Herfarth K
Lorsbach RB
Raderer M
Weigert O

### Definition
Duodenal-type follicular lymphoma (DTFL) is a variant of follicular lymphoma (FL) restricted to the gastrointestinal tract, mainly to the second portion of the duodenum. It is a neoplasm of germinal-centre B cells showing a follicular architecture and is mostly limited to the mucosa. DTFLs are of low histological grade and have an indolent clinical course and excellent outcomes.

### ICD-O coding
9695/3 Duodenal-type follicular lymphoma

### ICD-11 coding
2A80.6 & XH9L76 Follicular lymphoma of small intestine & Follicular lymphoma, duodenal type

### Related terminology
None

### Subtype(s)
None

### Localization
DTFL is particularly common in the second (descending) portion of the duodenum, sometimes with peripapillary clustering of lesions. In most cases, there are additional lesions throughout the small intestine and, less commonly, in the stomach, colon, and rectum {3936}.

### Clinical features
In general, patients are asymptomatic, and the disease is usually incidentally discovered on endoscopy performed routinely or for other reasons. The majority have localized disease (stage IE) either within the duodenum or (less commonly) scattered along the small bowel, occasionally accompanied by regional lymphadenopathy. Endosonography is often negative or shows restriction of the process to the mucosa and submucosa {3615}.

### Epidemiology
DTFL accounts for about 4% of all gastrointestinal lymphomas, and a DTFL is identified in 1 in 3000–7000 gastroduodenoscopies {3615,3936}. The median age of patients is 52–65 years in larger retrospective series. Whereas some studies show a female predominance {3936,1550}, others show no sex predilection {3615,3936,1495,2472,2250}.

### Etiology
Unknown

### Pathogenesis
The pathogenesis of DTFL shows many similarities with the early steps of nodal/systemic FL pathogenesis, in that t(14;18)(q32;q21) (IGH::*BCL2*) and recurrent mutations in *TNFRSF14*, *EZH2*, *KMT2D*, and/or *CREBBP* are found in almost all cases {1550}. However, DTFL displays a lower frequency of *KMT2D* mutations, especially of multiple mutations, than nodal/systemic FL, as well as a lower genetic complexity, reminiscent of in situ follicular B-cell neoplasm {2513}. Virtually all cases show decreased expression of activation-induced cytidine deaminase (AID) compared with nodal/systemic FL, indicating a premalignant character with similarities to in situ follicular B-cell neoplasm, as shown in cases with the coexistence of both lesions {3937,2894,1383}. The gene expression profile of DTFL differs from that of nodal/systemic FL, especially in the expression of chemokines. The expression of CCL20, which is involved in the recruitment of proinflammatory T helper 17 (Th17) cells, is significantly higher in DTFL than in nodal/systemic FL {3938,1550}. Together with the bias of IG gene usage towards IGHV4 (VH4) and IGHV5 (VH5), this strongly suggests a role of chronic inflammation and antigenic stimulation in the pathogenesis of DTFL {3584}.

### Macroscopic appearance
Most patients present with grey to whitish granular lesions or small nodules on endoscopy. Larger polypoid lesions are rare, but lesions as large as 20 mm in diameter have been reported {2250}.

### Histopathology
The lymphoid infiltrate with a follicular pattern is located mainly in the mucosa but may show minimal submucosal extension. The follicles are composed of small to medium-sized



**Fig. 4.122** Duodenal-type follicular lymphoma. Endoscopy shows macroscopic findings of duodenal-type follicular lymphoma with numerous whitish granules.

centrocytes, morphologically similar to those seen in classic FL. Tumour cells often invade into the villi beyond the follicles, and the enlarged villi may show a glove-balloon sign {4102}. This is a helpful diagnostic feature, especially when only a small or core needle biopsy is available in which much of the architectural information is lacking.

### *Immunophenotype*

The tumour cells show a phenotype similar to that of nodal/systemic FL, being positive for CD10, BCL6, and BCL2, along with expression of B-cell antigens. Follicular dendritic cell meshworks (CD21/CD23/CD35+) are pushed to the periphery of the neoplastic follicles (hollow meshworks), in contrast to the preserved meshworks usually seen in nodal/systemic FL.

### *Differential diagnosis*

Although other small B-cell lymphomas (e.g. chronic lymphocytic leukaemia / small lymphocytic lymphoma, mantle cell lymphoma, and marginal zone lymphoma) could be differential diagnoses, characteristic clinical, morphological, and immunophenotypic patterns usually distinguish DTFL from these. The glove-balloon sign (villous colonization by neoplastic lymphoid cells) is a useful histological feature for the diagnosis of DTFL.

## Cytology

Not recommended

## Diagnostic molecular pathology

Identification of t(14;18)(q32;q21) (IGH::*BCL2*) may aid in the diagnosis of rare equivocal cases.

## Essential and desirable diagnostic criteria

*Essential:* germinal-centre B-cell lymphoma with tumour cells confined predominantly to the mucosa of the intestine, characterized by follicles composed predominantly of centrocytes, and with positivity for germinal-centre markers and BCL2.

*Desirable:* exclusion of secondary involvement from nodal/systemic FL, especially when atypical pathological features are observed.

## Staging

Staging should follow the Lugano staging system for gastrointestinal lymphomas. Although the diagnosis is usually straightforward by histology, gastroduodenoscopy with multiple biopsies plus endosonography are the key components of the diagnostic workup. Clinical staging including CT and bone marrow biopsy may be useful to rule out secondary spread from nodal/systemic FL.

## Prognosis and prediction

The prognosis is excellent. No disease-related death was observed in two large cohorts with a 10-year and a 77-month follow-up, respectively {3615,1550}. Retrospective data have suggested that DTFL involving the second part of the duodenum is prognostically better than cases involving other parts of the small intestine {3936}. Additional risk factors might involve age > 65 years, advanced stage, male sex, and abdominal symptoms. The preferred approach is watch and wait. Radiotherapy, rituximab monotherapy, chemotherapy (+/– rituximab), and clarithromycin have been reported as effective treatments in mostly small series or case reports, but there are no data to demonstrate a benefit from treatment in asymptomatic patients {3615,1495,3973,2250}. No benefit from surgery was found in a SEER database analysis {4578}.



**Fig. 4.123** Duodenal-type follicular lymphoma. **A** Duodenal biopsy showing abnormal lymphoid follicles as well as lamina propria infiltration by lymphoid cells. **B** Immunostaining for CD20 highlights the follicles as well as the lymphoid cells in the lamina propria. **C** A similar pattern is seen for CD10, indicating that the extrafollicular lymphoid cells show germinal centre cell differentiation. **D** The follicles show strong immunostaining for BCL2, and the extrafollicular lymphoid cells are also strongly positive.



**Fig. 4.124** Duodenal-type follicular lymphoma. **A** Duodenal biopsy at low magnification showing enlarged villi infiltrated by lymphoma forming a glove-balloon sign. **B** The infiltrate is composed of abnormal lymphoid follicles. **C** The follicles comprise mostly small lymphoid cells (centrocytes), with no admixed tingible-body macrophages. **D** The lamina propria also shows infiltration by a monotonous population of small lymphoid cells.







Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 157 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 158 of 195

# Primary cutaneous follicle centre lymphoma

Louissaint A Jr
Jansen PM
Oschlies I
Pileri A
Sander CA
Santucci M
Vergier B
Vermeer MH
Willemze R

### Definition
Primary cutaneous follicle centre lymphoma (PCFCL) is a tumour of follicle centre cells, including centrocytes and variable numbers of centroblasts, with a follicular, follicular and diffuse, or diffuse growth pattern, that generally occurs in the skin of the head or trunk.

### ICD-O coding
9597/3 Primary cutaneous follicle centre lymphoma

### ICD-11 coding
2A80.3 Primary cutaneous follicle centre lymphoma

### Related terminology
None

### Subtype(s)
None

### Localization
PCFCL characteristically manifests with solitary or localized skin lesions on the head/neck or the trunk. Approximately 5% of patients present with skin lesions on the legs, and 15% with multifocal skin lesions {2074,4589,3679}.

### Clinical features
Patients present with firm, erythematous to violaceous non-ulcerating plaques, nodules, or tumours of variable size. Particularly on the trunk, tumours may be surrounded by erythematous papules and slightly infiltrated, sometimes figurate plaques, which may precede the development of tumorous lesions by months or years {4381,3574,332}. Rare cases featuring miliary and clustered papules or macules on the head have been reported {2578,2577}. Cutaneous relapses are observed in about 30% of patients, but dissemination to extracutaneous sites including lymph nodes is uncommon (~10% of patients) {4589,3679}.

### Epidemiology
PCFCL makes up approximately 50% of primary cutaneous B-cell lymphomas and 10% of all primary cutaneous lymphomas. It mainly affects middle-aged adults, with an M:F ratio of approximately 1.5:1 {4589,3679,1479}.

### Etiology
Unknown

### Pathogenesis
PCFCL is a monoclonal proliferation of germinal centre–derived B cells, which harbour clonally rearranged IG genes, with somatic hypermutation {2,1314,2776,1259}. In most studies, cases of PCFCL with disease limited to the skin on staging rarely show *BCL2* rearrangements {4217,1450,11,3219}. The presence of *BCL2* rearrangements at diagnosis is associated with a higher risk of later systemic spread {3219,4583}. Deletion of chromosome 14q32.33, containing the oncogene *AKT1* and the IGH locus, has been reported {959}. PCFCL harbours mutations in *CREBBP* (25%), *KMT2D* (21%), and *BCL2* (0%) much less frequently than classic follicular lymphoma, in which these genes are frequently mutated {234}. PCFCL shows the gene expression profile of germinal centre–like large B-cell lymphomas and often features amplification of *REL* {2,1606,959}. B-cell receptor genes appear to acquire N-linked glycosylation motifs similar to classic follicular lymphoma and in contrast to primary cutaneous diffuse large B-cell lymphoma (PCLBCL) {2100}. Mutations in *MYD88* and inactivation of *CDKN2A* and *CDKN2B* by deletion (9p21.3) or their promoter hypermethylation are not or only rarely found in PCFCL {959,2644}, in contrast to leg-type PCLBCL.



**Fig. 4.125** Primary cutaneous follicle centre lymphoma. Clinical presentation with plaques and tumours on the back.



**Fig. 4.126** Primary cutaneous follicle centre lymphoma. Clinical presentation with confluent tumours on the scalp.







**Fig. 4.127** Primary cutaneous follicle centre lymphoma. **A** The large cell / spindle cell pattern, showing cutaneous involvement by a nodular, and in part diffuse, lymphoid infiltrate extending into the subcutis. **B,C** The growth pattern shows a confluent nodular and vaguely follicular architecture (**B**), with sheets of large, and in part spindle, cells with intermingled centrocytoid cells and some polylobulated cells (**C**).

### Macroscopic appearance
PCFCL appears as firm, erythematous to violaceous non-ulcerating plaques, nodules, or tumours of variable size.

### Histopathology
PCFCL shows perivascular and periadnexal or diffuse infiltrates with sparing of the epidermis. The infiltrates may show a follicular, follicular and diffuse, or diffuse growth pattern {3574, 4381,489}. Histological grading is not applicable in PCFCL. Cases with a follicular growth pattern show nodular infiltrates throughout the entire dermis, often extending into the subcutis. Unlike in cutaneous follicular hyperplasia, the follicles in PCFCL are often poorly defined, show a monotonous proliferation of BCL6+ follicle centre cells, lack tingible-body macrophages, generally have an attenuated or absent mantle zone, and show a variably high proliferation rate and a lack of polarization {590, 1375}. Reactive T cells may be numerous, and a prominent stromal fibroblastic/fibrohistiocytic component is usually present. Cases with a diffuse growth pattern usually show a monotonous population of large centrocytes, some of which may have a multilobated appearance, and variable numbers of admixed centroblasts {4381,3574,332,1392}. In rare cases, the large centrocytes may be spindle-shaped {591,1372,3075}. The Ki-67 proliferative fraction in diffuse PCFCLs is generally high.

### *Immunophenotype*
The neoplastic cells express CD20 and CD79a but are usually negative for immunoglobulins. PCFCL consistently expresses BCL6. CD10 may be positive in cases with a follicular growth pattern but is generally negative in cases with a diffuse growth pattern {897, 2696,2074,3679}. A disrupted meshwork of CD21+/CD35+ follicular dendritic cells is frequently seen in the atypical follicles but might be absent in cases with a diffuse growth pattern {1450}. Most cases do not express BCL2 or show faint BCL2 staining (weaker than admixed T cells) {590,711,2074,3679}, although several studies have shown BCL2 expression in 8.5–61% of PCFCLs {47,2696, 1374,3219}. Staining for IRF4 (MUM1) and FOXP1 is negative in most cases; CD5 and CD43 are always negative {2074,3679}.

### *Differential diagnosis*
Strong expression of both BCL2 and CD10 by the neoplastic B cells should always raise suspicion of a classic (nodal) follicular lymphoma involving the skin secondarily {1607}. PCFCL with a follicular growth pattern may be distinguished from cutaneous marginal zone B-cell lymphoma primarily on the basis of the expression of germinal-centre markers (CD10 and BCL6, and if necessary other markers such as MEF2B, LMO2, or HGAL [GCET2]), a lack of expression of MNDA, and a lack of plasmacytic differentiation in PCFCL. The main differential diagnosis in cases with a diffuse



**Fig. 4.128** Primary cutaneous follicle centre lymphoma. The large/spindle cell neoplastic B-cell infiltrate shows a relatively high Ki-67 proliferation index (**A**), strong staining for BCL6 (**B**), and faint staining for BCL2 (**C**).

growth pattern is PCLBCL, leg type. Unlike PCLBCL, PCFCL does not express IgM and does not show strong expression of IRF4 (MUM1), in addition to having a germinal-centre phenotype.

### Cytology
Not relevant

### Diagnostic molecular pathology
Clonality assays, *BCL2* analysis, and targeted sequencing may be informative for challenging cases (see *Pathogenesis*).

### Essential and desirable diagnostic criteria
*Essential:* follicular and/or diffuse proliferation of centrocytes and admixed centroblasts (diffuse lymphomas comprising exclusively centroblasts/immunoblasts are excluded); B cells with coexpression of germinal-centre markers (BCL6 and/or CD10 or other germinal-centre markers); no extracutaneous involvement by lymphoma.
*Desirable:* localization to head or trunk; evidence of B-cell monoclonality; absent or weak BCL2 expression (usually); lack of IRF4 (MUM1) expression; lack of *BCL2* rearrangement (usually).

### Staging
Because cases with a secondary cutaneous follicular lymphoma may have a very similar clinical presentation, staging is important to rule out systemic disease. PCFCL workup includes blood tests (including LDH) {2015} and CT/PET of the chest, abdomen, and pelvis {3680}. Bone marrow biopsy is not routinely performed.

### Prognosis and prediction
Irrespective of the clinical, histological, and immunohistochemical features and the genetic aberrations, PCFCL has an excellent prognosis, with a 5-year survival rate of > 95% {3574,1392,4589,3679}. PCFCL presenting on the leg is reported to have a less favourable prognosis {2074,3679}. In patients with localized or few scattered lesions, local radiotherapy is the preferred treatment modality {3679,1479}. Cutaneous relapses, observed in about 30% of patients, do not indicate progressive disease. Systemic therapy is only required in patients with very extensive cutaneous disease or extremely thick skin tumours, or in patients who develop extracutaneous disease.



# Mantle cell lymphoma: Introduction

Coupland SE

The category of mantle cell neoplasms is allocated to three individual sections: in situ mantle cell neoplasm, mantle cell lymphoma (MCL), and non-nodal MCL.

In situ mantle cell neoplasm is rare and represents a colonization of mantle zones of lymphoid follicles by B cells carrying the IGH::*CCND1* rearrangement leading to cyclin D1 overexpression. In situ mantle cell neoplasm is typically an incidental finding in lymph nodes and rarely (in < 10% of cases) progresses to MCL {3028}.

The t(11;14)(q13;q32) translocation, leading to IGH::*CCND1* fusion, is the genetic hallmark of MCL, present in ≥ 95% of cases {2302,4178}. Occasional MCLs express strong and diffuse cyclin D1 protein but lack the *CCND1* rearrangement. In these cases, cryptic rearrangements of IGK or IGL enhancers with *CCND1* result in cyclin D1 overexpression {3207,1264, 3273}. Rare cases of MCL negative for both cyclin D1 protein expression and *CCND1* rearrangements show alternative cyclin activation, mostly by IG::*CCND2* fusion {3545}. In recent years, the median overall survival of patients with MCL has substantially improved. The identification of prognostic subgroups, such as high-risk MCL, is clinically becoming more relevant. Widely available and well-established biomarkers of high-risk MCL are cytomorphology, Ki-67 proliferation index, p53 immunohistochemistry, and *TP53* mutation analysis {1642,188}.

Non-nodal MCL is characterized by the involvement of blood, bone marrow, and spleen, but little or no lymphadenopathy, and a mostly asymptomatic clinical presentation. Biologically, non-nodal MCL differs from MCL, as evidenced by (1) a lack of SOX11 expression {2924,3495}, low Ki-67 proliferation indexes {3285}, and frequently a lack of CD5 {2924}; (2) differences in the IGHV gene repertoire, with striking predominant IGHV1-8 gene usage {3285}, together with a higher somatic hypermutation load {3071,1463,2924}; (3) fewer genetic alterations and infrequent genomic complexity, despite an overall similar incidence of *TP53* aberrations {3495,2864}.




**Fig. 4.129** Schematic representation of the three defined mantle cell neoplasms. In situ mantle cell neoplasm is confined to the mantle zone of the lymph node; the neoplastic cells carry the characteristic t(11;14)(q13;q32) translocation and overexpress both cyclin D1 and SOX11. The variable regions of their IG genes (IGHV) are not mutated. Mantle cell lymphoma (MCL) is characterized by lymph node effacement and the same t(11;14)(q13;q32) translocation as in situ mantle cell neoplasm in most cases, but also complex mutations and copy number variations as indicated. MCL can progress to one of its variants: blastoid or pleomorphic MCL. Leukaemic non-nodal MCL is thought to arise from an IGHV-mutated SOX11-negative cell with characteristic alterations in *TP53* and *TERT*.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 159 of 195

# In situ mantle cell neoplasm

Lazzi S
Klapper W
Naresh KN
Rosenquist R
Rule S
Wang M

## Definition
In situ mantle cell neoplasm (ISMCN) is defined by the presence of cyclin D1–positive B cells, usually with *CCND1* rearrangement, restricted to usually non-expanded mantle zones of lymphoid follicles.

## ICD-O coding
9673/1 In situ mantle cell neoplasm

## ICD-11 coding
2A85.5 & XH8EM2 Mantle cell lymphoma & In situ mantle cell neoplasia

## Related terminology
*Acceptable:* in situ mantle cell neoplasia.
*Not recommended:* in situ mantle cell lymphoma; mantle cell lymphoma–like B cells of uncertain/undetermined significance.

## Subtype(s)
None

## Localization
ISMCN is most often found in lymph nodes but may be seen in extranodal lymphoid tissues {564,2093,1159}. Involvement of more than one site does not exclude the diagnosis {564,101,1831}.

## Clinical features
ISMCN is typically an incidental finding in lymph nodes examined for other reasons and is characterized by indolent behaviour {3402,133,549,564}. Occasionally, ISMCN may be identified retrospectively after the diagnosis and/or treatment of overt mantle cell lymphoma (MCL) {564,1788} in previous specimens from the patients, or in association with another lymphoma, including chronic lymphocytic leukaemia / small lymphocytic lymphoma {564}, nodal or extranodal marginal zone lymphoma {564,3763}, follicular lymphoma, and/or in situ follicular B-cell neoplasm {133,3489,564,3980,4243}. ISMCN occasionally progresses to overt MCL, with an overall frequency of < 10% {3028}.

## Epidemiology
ISMCN is very rare, with a prevalence of 0.35% in unselected reactive lymph nodes {3028}. It affects older adults (median age: 66 years), without a sex predilection {564,1651}.

## Etiology
Unknown

## Pathogenesis
ISMCN represents a colonization of the mantle zones of lymphoid follicles by B cells carrying the IGH::*CCND1* fusion, which causes the juxtaposition of *CCND1* to an IG locus, leading to cyclin D1 overexpression. In some cases, an ISMCN pattern is seen in the setting of leukaemic non-nodal MCL {2588}.

## Macroscopic appearance
Not relevant

## Histopathology
ISMCN generally involves multiple follicles in the same lymph node {329}. Although other pathological processes may be present, involved lymph nodes or extranodal lymphoid tissues usually show preserved histological architecture and reactive hyperplasia. The involved follicles show normal-appearing or minimally expanded mantle zone without atypical cells. Cyclin D1–positive B cells are typically restricted to the inner mantle zone, with few cells in the outer mantle zone and occasional cells in the interfollicular areas {564,1159}. Rare cases show intrafollicular spread {1044}.



**Fig. 4.130** In situ mantle cell neoplasm. **A** Lymphoid mantle cells without atypia in a mesenteric lymph node cannot be recognized without using immunohistochemistry. **B** Cyclin D1–positive cells are restricted to the inner layer of the mantle zone, with scattered cells in the reactive germinal centre. **C** The cyclin D1–positive cells coexpress SOX11.

### *Immunohistochemistry*
Phenotypically, in addition to cyclin D1, ISMCN shows expression of pan–B-cell markers (CD19, CD20, CD79a, or PAX5), along with positivity of IgD and BCL2. It is more often negative for CD5 and CD43 than overt MCL is {3028}. SOX11 expression is variable; its prevalence and significance require further studies {564,1159,25}.

### *Differential diagnosis*
ISMCN must be distinguished from MCL with mantle zone growth pattern {564,4528}. This distinction may be difficult, because in some cases of MCL with mantle zone growth pattern there may be ISMCN-like foci {1159,1651,4528}. The histopathological differences are summarized in Table 4.27.

## Cytology
ISMCN is usually not discernible on fine CNB.

## Diagnostic molecular pathology
Detection of a *CCND1* rearrangement by FISH can confirm the immunophenotypic findings {3028,3562}.

## Essential and desirable diagnostic criteria
*Essential:* preservation of the lymphoid architecture without expansion of the mantle zone; cyclin D1–positive B cells predominantly restricted to the inner layers of the mantle zones of lymphoid follicles; staging negative for overt MCL.
*Desirable:* detection of a *CCND1* rearrangement in the mantle cells.

## Staging
A diagnosis of ISMCN warrants rigorous clinical staging and careful follow-up to exclude overt MCL.

## Prognosis and prediction
Based on the limited number of cases observed, ISMCN is typically a stable disease with an indolent course and favourable clinical outcomes. Only rarely is there a need for therapy {1897}.

**Table 4.27** Distinguishing mantle cell lymphoma (MCL) with a mantle zone pattern from in situ MCL neoplasm

| Feature | Mantle zone growth of MCL | In situ MCL neoplasm |
|---|---|---|
| Lymph node architecture | Altered by expanded follicle mantle zones | Morphologically inconspicuous |
| Follicle mantle zone | Most mantle zones involved<br>Expanded mantle zones<br>Mantle zones mostly completely replaced by neoplastic cells | Few/focal involved mantle zones<br>Mantle zones not expanded<br>Partial replacement of mantle zones by neoplastic cells (mostly inner part of mantle, rarely in the germinal centre) |
| Accompanying growth pattern | Frequent additional nodular or diffuse growth of MCL | No other growth pattern detectable |
| Cyclin D1 | Positive in whole follicle mantle; mostly complete replacement of mantle cells; occasionally intrafollicular and perifollicular | Restricted to the inner layer of mantle zone; not all mantle cells are positive; rare, scattered intrafollicular (germinal centre) and perifollicular |
| CD5 | Usually positive | Variable; very difficult to evaluate |
| Clinical presentation | Relatively frequent presentation of MCL<br>Mostly multifocal lymphadenopathy with or without leukaemic spread and/or bone marrow involvement | Rare<br>Incidental finding in lymph nodes analysed because of an unrelated disease or benign hyperplasia<br>Most cases without involvement of blood and bone marrow |

# Mantle cell lymphoma

Klapper W
Ferry JA
Hermine O
Li S
Lossos IS
Medeiros LJ
Naresh KN
Rosenquist R
Rule S
Stilgenbauer S

## Definition

Mantle cell lymphoma (MCL) is a mature B-cell neoplasm derived from the mantle zone of lymphoid follicles and typically composed of small to medium-sized monomorphic cells expressing CD5, SOX11, and cyclin D1. It is associated with CCND-family rearrangements, most commonly *CCND1*.

## ICD-O coding

9673/3 Mantle cell lymphoma
9673/3 Cyclin D1–positive mantle cell lymphoma
9673/3 Cyclin D1–negative mantle cell lymphoma

## ICD-11 coding

2A85.5 Mantle cell lymphoma

## Related terminology

*Not recommended:* centrocytic lymphoma; malignant lymphoma, lymphocytic intermediate differentiation, diffuse.

## Subtype(s)

*Molecular subtypes:* cyclin D1–positive MCL; cyclin D1–negative MCL.
*Morphological subtypes:* see Table 4.28.

## Localization

MCL usually involves lymph nodes, but extranodal involvement is also common, particularly of the Waldeyer ring, gastrointestinal tract, spleen, and bone marrow. Gastrointestinal tract involvement can manifest with numerous polypoid lesions. Other organs that may be involved include the skin, endocrine glands, lungs, and CNS, most often occurring as relapsing disease.

## Clinical features

Most patients present with peripheral lymphadenopathy. Splenomegaly and bone marrow involvement are common. Gastrointestinal tract involvement may be associated with diarrhoea, weight loss, or bleeding. Rarely, patients with an aggressive histological variant of MCL present with a clinical picture resembling acute lymphoblastic leukaemia or an aggressive lymphoma with profound cytopenias, and/or with organ compression. MCL may rarely present as localized (stage I/II) disease involving extranodal sites, mimicking extranodal marginal zone lymphoma {2781}.

**Table 4.28** Morphological subtypes of mantle cell lymphoma

| Subtype | Morphology |
|---|---|
| Blastoid | Cells resemble lymphoblasts (precursor cells) with round nuclei, fine chromatin, inconspicuous nucleoli, and a narrow rim of cytoplasm |
| Pleomorphic | Cells are variable in size but mostly large, with irregular nuclear contours and prominent nucleoli, and with prominent, often pale cytoplasm |
| Small cell | Small cells with dense chromatin, round nuclei, and a narrow rim of cytoplasm resembling chronic lymphocytic leukaemia; no paraimmunoblasts |
| Marginal zone–like | Medium-sized cells with abundant pale cytoplasm resembling marginal zone cells and monocytoid B cells |




**Fig. 4.131** Mantle cell lymphoma. **A** A large colonic tumour consistent with mantle cell lymphoma encompassing 50% of the circumference of the lumen, characterized by surface erythema and raised edges (arrows). **B** Advanced-stage mantle cell lymphoma with disseminated involvement of the gastrointestinal tract and omentum (PET-CT).



**Fig. 4.132** Mantle cell lymphoma. **A** FNA of a lymph node with mantle cell lymphoma shows small to medium-sized cells with oval to irregular nuclei, fine stippled chromatin, small or absent nucleoli, and very scant cytoplasm on Pap. **B** A peripheral blood smear from a different patient with mantle cell lymphoma, blastoid variant (cyclin D1+, SOX11+), shows lymphocytosis at scanning magnification. **C** High magnification (oil immersion) shows an enlarged lymphoid cell with an irregular nucleus, stippled chromatin, and scant cytoplasm (Wright–Giemsa stain).

Patients may present with splenic enlargement and peripheral lymphocytosis without nodal disease or cytopenias, designated leukaemic non-nodal MCL (nnMCL). These cases often follow a more indolent clinical course.

MCL that is detected incidentally during surgery for an unrelated disease, particularly involving the urogenital and digestive tract, often corresponds to in situ mantle cell neoplasm.

## Epidemiology

MCL accounts for 3–10% of B-cell lymphomas worldwide. The median age of occurrence is 68–69 years {1246}. The M:F ratio is about 3–4:1 {2452}.

## Etiology

The etiology is unknown. Rare familial clustering has been reported {4052}.

## Pathogenesis

Most MCL cases carry unmutated or minimally/borderline-mutated IGHV genes, whereas a minority have a higher rate of somatic hypermutation, which is typically more often observed in leukaemic nnMCL {1983,1463,2924,3285}. MCL displays a distinctive IG gene repertoire, with preferential usage of distinct IGHV genes (IGHV3-21, IGHV4-34, and IGHV1-8). In 10% of MCL cases, stereotyped variable heavy chain CDR3 sequences are expressed, implying an antigen-driven selection for a proportion of MCLs {1463,35,4449,3285}.

The t(11;14)(q13;q32) translocation is the genetic hallmark and primary event in the pathogenesis of MCL, present in ≥ 95% of cases {2302,4178}. This translocation juxtaposes *CCND1* to IGH on chromosome 14q32. Occasionally, IGK or IGL serve as the *CCND1* translocation partner {3496}. In most MCLs, the translocation is acquired at the precursor B-cell stage, mediated by recombination-activating enzymes, but t(11;14) occurs in mature B cells via activation-induced cytidine deaminase in a small subset of cases {2864}. *CCND1* rearrangement results in overexpression of the cell-cycle regulatory protein cyclin D1 {886,887}. More rarely, aberrant expression of truncated transcripts with a prolonged cyclin D1 half-life occur {3474}. These transcripts, caused by genomic rearrangements at the *CCND1* 3′ untranslated region or by 3′ untranslated region mutations, are associated with higher proliferation indexes and an inferior prognosis {4372}. Constitutive overexpression of cyclin D1 activates the cyclin D1–dependent kinase pathway, which overcomes the cell-cycle suppressive effect of RB1 and p27, promotes cell growth and malignant transformation, and ultimately leads to the development of MCL {1787,3330}. In the occasional cases of MCL that strongly express cyclin D1 but do not show *CCND1* rearrangement by FISH, genomic studies have revealed cryptic rearrangements of IGK or IGL enhancers with *CCND1* {3207,1264,3273}. In a small subset of MCL negative for cyclin D1 expression and *CCND1* rearrangements (cyclin D1–negative MCL), *CCND2* and *CCND3* rearrangements have been identified as alternative mechanisms of cell-cycle dysregulation {3545}.

Clonal B cells with *CCND1* rearrangement have been detected in the blood of healthy individuals {2247}, which, together with results from mouse models, suggest that *CCND1* rearrangement alone is insufficient to cause MCL {2435,1352}. Secondary genomic alterations are present in > 90% of cases and play important roles in pathogenesis {2315}. These secondary copy-number changes include gains or amplifications of 3q, 7p, 8q (*MYC*), 15q, and 18q (*BCL2*), and losses of 1p, 2q, 6q, 8p, 9p (*CDKN2A* or *CDKN2B*, in 10–36% of cases), 9q, 10p, 11q (*ATM*, in 11–57%), 13q (*RB1*, 25–55%), 17p (*TP53*,



**Fig. 4.133** Mantle cell lymphoma, pleomorphic variant. Cytology preparation (Giemsa).




Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 161 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 162 of 195

in 21–45%), and 19p {3496,281,3468}. SNP array studies have detected copy-number neutral loss of heterozygosity in as many as 60% of cases including the 17p region (*TP53*) {282,1470,3496}. Tetraploid chromosome clones have been detected especially in the pleomorphic variant of MCL {3086}.

Next-generation sequencing studies have shown that MCL displays a complex mutation landscape {1584}. *ATM* is most frequently mutated (41–61% of cases), followed by *TP53* (14–31%), *CCND1* (14–34%), *KMT2D* (12–23%), *NSD2* (10–13%), *SMARCA4* (8%), *UBR5* (7–18%), *BIRC3* (6–10%), *NOTCH1* (5–14%), *S1PR1* (3–15%), and *CARD11* (3–15%) {3470,3468}. These alterations involve genes encoding components of key signalling pathways in MCL pathogenesis, including (but not limited to) cell-cycle regulation (*CCND1*, *RB1*), DNA damage response (*ATM*, *TP53*), cell proliferation and apoptosis (*BCL2*, *MYC*), B-cell receptor / NF-κB signalling (*CARD11/BIRC3/MAP3K14*), and epigenetic modifiers (*KMT2D*, *NSD2*, *SMARCA4*). *MYC* translocations and *TP53* mutations are often associated with disease progression {1566,4299}.

Interestingly, the neural transcription factor SOX11 also plays an important oncogenic role in MCL. *SOX11* belongs to the SOX gene family, whose members encode transcriptional factors characterized by containing a high mobility group DNA-binding domain {281}. *SOX11* belongs to subgroup C, with high homology to *SOX4* and *SOX12*, which are essential in organogenesis and have overlapping roles in neural development and neurite growth. Contrary to SOX4, which is crucial for T- and B-lymphopoiesis, SOX11 is not known to have lymphopoietic functions and is not expressed in normal lymphoid tissues, progenitors, or normal B cells. Nonetheless, SOX11 is overexpressed in in situ mantle cell neoplasm – suggesting it plays a role in the early stage of MCL pathogenesis {564,25}. Although the causes and consequences of SOX11 expression in MCL require further investigation, it has been postulated to play an important role in multiple signalling pathways, including B-cell differentiation, and in modulating the lymphoma microenvironment, cell-cycle progression, mobility/migration, and apoptosis {4199,3114,281,287}.




**Fig. 4.134** Mantle cell lymphoma. Flow cytometric analysis of an FNAB of lymph node shows a population of neoplastic B cells expressing CD19, CD20, CD5, and monotypic lambda light chain, but not CD10 or CD23.




**Fig. 4.135** Mantle cell lymphoma. Pathways and cellular processes involved in mantle cell lymphoma. A black asterisk denotes recurrent single nucleotide variants (SNVs) and indels; a red asterisk, deletions; and a blue asterisk, gene amplifications. BcR, B-cell receptor; NICD, NOTCH intracellular domain; TLR, toll-like receptor.

## Macroscopic appearance

This is dependent on the site of involvement. Multiple polypoid lesions have been described in cases with extensive involvement of the gastrointestinal tract (previously designated multiple lymphomatous polyposis).

## Histopathology

MCL shows diffuse, nodular, and (rarely) mantle zone growth patterns, and it has various cytological variants, including blastoid, pleomorphic, small cell, and marginal zone–like, which may also co-occur {2275,231,2223,4020}. MCL with a mantle zone growth pattern needs to be distinguished from in situ mantle cell neoplasm (see Table 4.27, p. 445, in *In situ mantle cell neoplasm*).

Mainstream MCL cytology is characterized by small to medium-sized cells with slightly irregular nuclear contours and scant cytoplasm {2275,3908}. Nuclear chromatin is irregularly dispersed, and nucleoli are inconspicuous. The mitotic rate and proliferation index can vary greatly among cases. Plasmacytic differentiation with mature light chain–restricted plasma cells can rarely occur {4515,4239,4464}. Pleomorphic and blastoid variants (see Table 4.28, p. 446) are usually associated with increased mitotic and proliferation indexes.







**Fig. 4.136** Mantle cell lymphoma, growth patterns. **A** Mantle zone pattern. **B** Nodular pattern. **C** Diffuse pattern.

The cytology and growth pattern may vary between primary diagnosis and relapse, with a trend towards more highly proliferative variants at relapse {2979,4248}. Occasionally, cases with blastoid or pleomorphic cytology at diagnosis relapse with the more regular MCL morphology {4248}.

The microenvironment of MCL is composed of a low to moderate number of admixed T cells, hyalinized small blood vessels, and singly scattered epithelioid histiocytes. A variable number of follicular dendritic cells is present, usually associated with a mantle zone or nodular pattern {3642}. Highly proliferative MCL may show a starry-sky pattern due to the presence of tingible-body macrophages. Infiltration of glands, mimicking lymphoepithelial lesions, is rarely seen {2075}.

In the bone marrow, the pattern is variable depending on the extent of infiltration, ranging from scattered cells to dense nodular aggregates. Paratrabecular and diffuse patterns can also be seen {4324}. In the spleen, MCL infiltrates the white pulp, with variable involvement of the red pulp.

### Immunophenotype

MCLs express pan–B-cell markers (CD19, CD20, CD22, CD79a). The intensity of immunoglobulin expression (most commonly IgM/IgD, and lambda light chain expression more frequent than kappa) is moderate to strong as detected by flow cytometry {4154}. CD5, FMC7, and CD43 are usually positive {609,1285}, whereas expression of CD10 or BCL6 is rare but is more commonly seen in aggressive variants {1285,527}.



**Fig. 4.137** Mantle cell lymphoma, cytological variants. **A** Classic. **B** Small cell. **C** Pleomorphic (combined with classic morphology). **D** Blastoid. **E** Marginal zone–like.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 163 of 195



**Fig. 4.138** Mantle cell lymphoma. **A** A naked germinal centre is surrounded by mantle cell lymphoma with classic cytological features. **B** The infiltrate is composed of a monotonous population of tumour cells with irregular nuclear contours. Large cells are rare. Epithelioid histiocytes are also present

CD23 is weakly positive by flow cytometry in about 10% of cases; CD23 also labels a variable number of follicular dendritic cells within the lymphoma microenvironment {3642,1285}. An absence of CD200 expression by flow cytometry is helpful in distinguishing MCL from chronic lymphocytic leukaemia {2075, 609}. Expression of cyclin D1 is detected in > 95% of MCLs, due to *CCND1* rearrangements {697,4047}. SOX11 is detectable in > 90% of MCLs and helps in identifying CD5-negative or cyclin D1–negative MCL {4309,1053,2820,949,187}. However, SOX11 is not specific for MCL and may be expressed in other lymphoid neoplasms, such as B-lymphoblastic leukaemia/lymphoma, Burkitt lymphoma, and hairy cell leukaemia {949,674, 2264}. Of note, SOX11 is often negative in leukaemic nnMCL. Expression of the markers usually found in chronic lymphocytic leukaemia is rare, with LEF1 more likely to be seen in blastoid or pleomorphic MCL, and CD200 in leukaemic nnMCL {609,1128, 2649,3562,2654}.

Cyclin D1–negative MCL lack expression of cyclin D1 and *CCND1* rearrangements {1245,1326}. Approximately half of the cases harbour rearrangements of *CCND2*, and the remaining



**Fig. 4.139** Mantle cell lymphoma, immunophenotype. The immunophenotype is characterized by immunohistochemistry, with expression of CD20 (**A**) and CD5, which may be weaker than in the admixed T cells (**B**). Cyclin D1 (**C**) and SOX11 (**D**) expression is found in the majority of cells, with characteristic variable staining intensity.





**Fig. 4.140** Mantle cell lymphoma. **A** Blastoid mantle cell lymphoma cells show immature chromatin, and mitotic figures are frequent. **B** *TP53* mutation is frequently present and is reflected by strong expression of p53 by immunohistochemistry. **C** Virtually all neoplastic cells are positive for cyclin D1.

cases have other genetic alterations leading to the expression of cyclin D2 or cyclin D3 {1264,3545,2557}. In contrast to cyclin D1, cyclin D2 and cyclin D3 are expressed in normal lymphocytes and, therefore, are also observed in other small B-cell lymphomas originating from lymphocytes of corresponding developmental stages {2669}. CD5, SOX11, and p27 expression is useful for identifying cyclin D1–negative MCL {3330,3562}. Rare cases of MCL lack cyclin D1 immunoreactivity despite the presence of *CCND1* rearrangements. In such cases, lack of immunoreactivity is due to mutations in *CCND1* or truncated cyclin D1 mRNA {1699,2471}.

### *Differential diagnosis*

This includes other small to medium-sized B-cell lymphomas that can express cyclin D1, such as plasma cell myeloma, which also can have *CCND1* rearrangements, as well as neoplasms that do not carry *CCND1* rearrangements, such as chronic lymphocytic leukaemia (weakly in proliferation centres), diffuse large B-cell lymphoma, and hairy cell leukaemia. Pleomorphic and blastoid variants of MCL must be differentiated from diffuse large B-cell lymphoma, B-lymphoblastic leukaemia/lymphoma, and Burkitt lymphoma, among others.

## Cytology

Distinguishing MCL from other types of small cell lymphoma on the basis of cytomorphology alone, without ancillary investigations, is very difficult {2851}. Cytological specimens typically show a monomorphic proliferation of lymphoid cells that are slightly larger and have more open chromatin than normal small lymphocytes. Neoplastic cells often have slightly to prominently irregular nuclei, although occasional cases of MCL have tumour cells with round nuclei. Nucleoli are usually (but not always) inconspicuous {2851}. The blastoid variant of MCL is characterized by larger nuclei with fine chromatin, whereas the pleomorphic variant shows large cells with irregular nuclei, and sometimes bizarre cells {1221}.

FNAB may be a useful technique to establish a diagnosis of MCL, with high sensitivity and specificity, when combined with flow cytometric immunophenotypic analysis, particularly when a cell block is available for immunohistochemistry {1221,248}. Evaluation using FISH to detect *CCND1* rearrangement can also be helpful for diagnosis {248}. FNAB is particularly useful in the setting of relapsed MCL {1221,248}.

## Diagnostic molecular pathology

In the context of routine diagnostics, in a neoplasm with appropriate morphology and immunophenotype, demonstration of uniform nuclear overexpression of cyclin D1 is sufficient to confirm the diagnosis {697,4047,3305}. If the morphology or the immunophenotype deviates from the expected features of MCL, demonstration of *CCND1* rearrangement or IGH::*CCND1* fusion and an extended immunohistochemistry panel is recommended, to exclude lymphomas that can express cyclin D1 (see *Differential diagnosis*). In the absence of cyclin D1 expression and *CCND1* rearrangements, cyclin D1–negative MCL may be confirmed by testing for *CCND2* translocations.

*TP53* mutation analysis may help to define a high-risk MCL cohort {1642,188}.

## Essential and desirable diagnostic criteria

### *Cyclin D1–positive MCL*

*Essential:* lymphoma cells of B lineage (positive for CD20 and usually CD5); morphology of classic variant (monomorphic and centrocyte-like) or, less often, variant morphology; cyclin D1 positivity and/or detection of *CCND1* rearrangement.

*Desirable:* SOX11 expression positivity.

### *Cyclin D1–negative MCL*

*Essential:* lymphoma cells of B lineage (positive for CD20 and usually CD5); morphology of classic variant (monomorphic and centrocyte-like) or, less often, variant morphology; immunophenotype consistent with MCL, including SOX11 expression; absence of cyclin D1 expression and *CCND1* rearrangement.

*Desirable:* *CCND2* rearrangement.

## Staging

Staging is performed according to the Lugano criteria {688} and includes clinical examination, routine laboratory tests (including white blood cell count and LDH levels), bone marrow aspiration / blood smear and biopsy, and immunophenotyping. It includes CT of the head and neck, cervical, thoracic, abdominal, and pelvic regions.

FDG PET might be used at diagnosis for prognosis and staging, although it may be insensitive to gastrointestinal tract involvement. Patients with gastrointestinal symptoms may require endoscopy (upper and lower). CNS investigation is

**Box 4.01** Prognostic markers in mantle cell lymphoma (MCL) (modified according to Dreyling and Silkenstedt {3746})

**Current clinical use**
- Age
- Performance status
- CNS involvement at diagnosis
- Stage of disease (I and II vs III and IV)
- Serum level of B2M
- Serum level of LDH
- Morphology (classic vs blastoid)
- MCL International Prognostic Index (MIPI)
- Ki-67 (< 30% vs ≥ 30%) and inclusion into combined-MIPI
- p53 expression by immunohistochemistry
- *TP53* mutations/deletions by sequencing analysis

**Potential future use**
- MCL35 RNA expression analysis
- Measurable residual disease testing
- Somatic mutations (e.g. in *NOTCH1* and others)
- FDG PET

indicated in patients with neurological symptoms and could be considered in patients with aggressive variants.

## Prognosis and prediction

### *Prognosis*

MCL used to be considered an incurable disease. However, with current therapeutic approaches, the median overall survival time has increased dramatically, from 3 years to more than 5–10 years, and some patients may eventually be cured. A variety of prognostic markers have been evaluated, some of which are well established and may be applied in daily practice (see Box 4.01). Of note, these prognostic biomarkers are established for conventional MCL, but not for in situ mantle cell neoplasm or leukaemic nnMCL. Because of the rarity of cyclin D1–negative MCL, it is uncertain whether prognostic markers may also apply to this subtype. MCLs presenting with isolated or predominant extranodal manifestations are reported to have a more favourable outcome than nodal MCL {2781}.

The MCL International Prognostic Index (MIPI) {1640,1641} defines risk groups but so far does not govern treatment approaches for individual patients. Clinical trials using biomarkers to identify and stratify high-risk MCL are currently in progress to establish a future default set of markers for clinical application. Widely available and established biomarkers from retrospective studies are cytomorphology, Ki-67, and p53 staining (see Box 4.01). *TP53* mutation analysis may help to define a high-risk MCL cohort {1642,188}. Detailed guidelines for Ki-67 and p53 assessment in MCL have been established {2038,188,791,840}. The currently accepted Ki-67 cut-off point for prognostic stratification is 30%, with Ki-67 expression > 30% being associated with worse outcome and is included in the MIPI in a combined index (MIPI-c) {791,3611}. High p53 expression has been defined as at least 50% positive lymphoma cells (uniformly strong nuclear staining) and is associated with a poor overall survival (median: 2 years) {188}.

### *Prediction*

At first diagnosis, MCL is positive for surface B-cell markers (CD20, CD19) that might serve as therapeutic targets. Retesting for these therapeutic targets at relapse is recommended in order to identify mutations associated with drug resistance, for example against BTK inhibitors {715,1776} and other drugs {4577}. However, there is a lack of formal predictive marker analyses guiding treatment.

# Leukaemic non-nodal mantle cell lymphoma

Calaminici M
Klapper W
Rosenquist R
Schuh A
Stamatopoulos KE
Stilgenbauer S

## Definition

Leukaemic non-nodal mantle cell lymphoma (nnMCL) is characterized by the involvement of blood, bone marrow, and spleen by neoplastic cells with morphological and immunophenotypic similarities to nodal mantle cell lymphoma (MCL), with absent or minimal evidence of lymphadenopathy, and usually with an asymptomatic presentation.

## ICD-O coding

9673/3 Leukaemic non-nodal mantle cell lymphoma

## ICD-11 coding

2A85.5 Mantle cell lymphoma

## Related terminology

None

## Subtype(s)

None

## Localization

The most commonly involved sites are the peripheral blood, bone marrow, and spleen, typically with absent or minimal lymphadenopathy {3071,1168,3067}. Gastrointestinal involvement at presentation has also been reported {124,3071,1168}.

## Clinical features

Most patients present with incidental, stable, or slowly increasing lymphocytosis and are otherwise asymptomatic. Nodal involvement is minimal or absent {1092}.

## Epidemiology

The age at presentation (typically in the sixth decade of life) and male predominance are similar to MCL {1168,3067}.

## Etiology

Unknown

## Pathogenesis

Like MCL, nnMCL is characterized by cyclin D1 overexpression, mostly as a result of a t(11;14)(q13;q32) translocation, which juxtaposes *CCND1* with the IGH locus {4244,4178,2864}. Moreover, nnMCL and MCL share similar global gene expression profiles {1168}. However, nnMCL displays significant biological differences from MCL, as evidenced by: (1) distinct immunophenotypic characteristics, such as a lack of SOX11 expression {3495,2924}, low Ki-67 index {3285}, and frequent expression of DBA44 {3285}; (2) distinct immunogenetic features, exemplified by differences in the IGHV gene repertoire, with striking predominant usage of IGHV1-8 {3285}, together with a significantly higher load of somatic hypermutations {3071,1463,2924}; and (3) fewer genetic alterations and infrequent genomic complexity, despite an overall similar incidence of *TP53* aberrations {3495,3536,2864}. Taken together, these findings suggest that the microenvironment impacts the pathogenesis of nnMCL, shaping clonal evolution and, hence, clinical presentation and outcome.

## Macroscopic appearance

Not relevant

## Histopathology

Peripheral blood smears show slightly atypical small to medium-sized lymphoid cells with hyperchromatic nuclei and nuclear clefts. Some cases demonstrate chronic lymphocytic leukaemia–type small cell morphology. Flow cytometry reveals the presence of neoplastic cells in percentages ranging from 11% to 76%, with lower expression of CD38 than in MCL, and expression of CD200 and CD23 in a subset of cells, which are features in common with chronic lymphocytic leukaemia {3067,1092}.

The bone marrow is always involved. In most cases, the marrow is normocellular with trilineage haematopoiesis and minimal or no lymphomatous involvement evident on routine stains. Immunohistochemistry highlights a population of small lymphoid cells with interstitial and/or sinusoidal growth patterns. Neoplastic cells may form small aggregates or infiltrate as single cells in low percentages varying between 1% and 10–20%.

### *Immunophenotype*

The neoplastic cells express CD20 and cyclin D1. CD5 positivity is seen in most cases, with variable intensity; however, negative cases have been described. SOX11 expression tends to be low or negative, an important feature to differentiate nnMCL from MCL and to confirm the diagnosis of nnMCL in combination with the clinical presentation {1168}. In cases with splenic or extranodal involvement, CD20+/cyclin D1+ neoplastic cells are observed in small lymphoid aggregates or confined to mantle zones of secondary follicles in a pattern overlapping with that of in situ mantle cell neoplasm {3067,1092}.

### *Differential diagnosis*

It is essential to exclude other small cell lymphomas, including chronic lymphocytic leukaemia and splenic marginal zone lymphoma.

## Cytology

See *Histopathology*, above.

## Diagnostic molecular pathology

Detection of *CCND1* rearrangements may be helpful in differentiating nnMCL from other types of leukaemic small B-cell lymphomas, particularly if the cyclin D1 immunohistochemistry is equivocal.




Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 164 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 165 of 195




**Fig. 4.141** Leukaemic non-nodal mantle cell lymphoma. **A** Subtle interstitial bone marrow infiltration by small neoplastic lymphoid cells. **B** CD20 immunohistochemistry highlights neoplastic cells in an interstitial pattern. **C** The majority of CD20-positive small lymphoid cells also express CD5. **D** Cyclin D1 is expressed by > 30% of CD20+/CD5+ small lymphoid cells. The t(11;14) translocation was demonstrated by FISH. SOX11 was negative (not shown).

### Essential and desirable diagnostic criteria

*Essential:* typical asymptomatic clinical presentation with lymphocytosis and absence of (or insignificant) nodal involvement; monomorphic small to medium-sized cells of B lineage; cyclin D1 positivity and/or detection of *CCND1* rearrangement.

*Desirable:* absent or very weak expression of SOX11.

### Staging

Staging is recommended according to the guidelines for MCL.

### Prognosis and prediction

The clinical course is more favourable than that of MCL, so nnMCL is sometimes managed with a watch-and-wait approach or with treatment approaches that are much less intensive {2545,1769}. Studies show that the median survival is significantly longer for patients with nnMCL than for those with MCL (e.g. 79 months [range: 22–136 months] in nnMCL vs 30 months [range: 10–50 months] in MCL, $P = 0.005$ {3071}). Even in the presence of splenomegaly and gastrointestinal involvement, patients remain asymptomatic and do not require treatment for long periods of time {3071,1168}.

In some cases, however, aggressive disease may develop, with a rapidly enlarging spleen, lymphadenopathy, and morphological progression to an aggressive variant (i.e. blastoid or pleomorphic variants). The acquisition of genetic lesions, such as *TP53* aberrations, may be related to such an aggressive clinical course {3495,535,766}. Aggressive nnMCLs respond poorly to standard chemotherapy; immunotherapy and targeted agents may have a role in improving outcome.





# Transformations of indolent B-cell lymphomas: Introduction

de Jong D

High-grade transformation of an indolent B-cell lymphoma into an aggressive lymphoma represents one of the hitherto unmet challenges in the clinical care of patients. It is part of the natural clinical course of various indolent B-cell lymphomas, albeit occurring with varying frequency. Ultimately, the diagnosis and clinical consequences are a frequent subject of discussion during multidisciplinary tumour board meetings in daily practice. However, the diagnostic criteria and the spectrum of manifestations of transformation have so far not been addressed as a separate subject in previous editions of the WHO classification of lymphomas.

Clinically, transformation in the setting of a known B-cell lymphoma is associated with symptoms and signs of rapid disease progression and poor prognosis. The actual frequency of transformation in the different types of indolent B-cell lymphomas is difficult to assess, because the diagnosis is not always proved by biopsy or at autopsy. Furthermore, the clinical signs indicating transformation may also be noted in cases in which the biopsy only reveals morphological features of disease progression rather than transformation {2427,401}.

Histological transformation may be defined as the emergence of a morphologically aggressive lymphoma type in a patient with a previously or synchronously diagnosed indolent non-Hodgkin lymphoma {2832}. In exceptional cases, the aggressive lymphoma is the first diagnosis, the small B-cell lymphoma being diagnosed subsequently. The morphology is most often that of diffuse large B-cell lymphoma, more rarely of intermediate/blastoid type, and infrequently of other tumour types (e.g. classic Hodgkin lymphoma {1772} or plasmablastic lymphoma {2549}), and it is indistinguishable from the corresponding de novo lymphoma type. The transformed lymphoma has the same cell lineage and is clonally related to the indolent B-cell lymphoma. In the setting of transformed follicular lymphoma, a high proportion of the cases are predicted, on the basis of mutation patterns, to branch from a common (mutated) ancestor cell, rather than to derive from linear progression from a manifest follicular lymphoma {3040,3152,432}. The current definition of transformed lymphoma may be too simple, as various more complex situations will require more analysis and deliberation. First, not all changes in morphology reflect true transformation. Cases that largely maintain features of the pre-existing lesion, such as a change in growth pattern (e.g. follicular to diffuse), an increase in the number of large lymphoid cells, an increase in size/number of proliferation centres, increased nuclear polymorphism or acquisition of more blastoid features, or a higher proliferation rate, are commonly encountered and are related to disease progression rather than to transformation {2832}. Clinical decisions in such cases should be supported by multidisciplinary discussions, especially to avoid overinterpretation. Second, in 10–20% of cases, an aggressive lymphoma, such as diffuse large B-cell lymphoma, arises in the setting of an indolent lymphoma without a clonal relationship. This situation is well known in the setting of a diffuse large B-cell lymphoma arising in chronic lymphocytic leukaemia {4022,2526}. Conceptually, a de novo secondary malignancy, therapy-unrelated or therapy-related (due to direct cytotoxic damage or multichemotherapy-related relative immunodeficiency), should be considered. The distinction is important, because clonally related transformed lymphomas have an inferior prognosis to those that are clonally unrelated and arise de novo {1840,1839}. Cases of transdifferentiation, in which the subsequent neoplasm is of a different cell lineage than the presenting indolent B-cell lymphoma, have been excluded; this subject is covered in the chapter on histiocytic and dendritic cell neoplasms.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 166 of 195

# Transformations of indolent B-cell lymphomas

Ott G
Coupland SE
Delabie J
Geddie WR
Naresh KN
Schuh A
Siebert R

## Definition
Transformation is defined as the emergence of an aggressive lymphoma type in a patient with a previously or synchronously diagnosed clonally related indolent B-cell lymphoma. Transformed lymphomas should be reported according to their aggressive lymphoma entity, followed by adding the term "transformed from" and the denominator of the indolent lymphoma from which they have evolved.

## ICD-O coding
See indolent lymphoma type

## ICD-11 coding
See indolent lymphoma type

## Related terminology
None

## Subtype(s)
None

## Localization
Transformed lymphomas may manifest at nodal or extranodal sites.

## Clinical features
High-grade transformation (HGT) from a low-grade lymphoma should be suspected from rapidly enlarging lymph nodes and the development or worsening of B symptoms. Disease progression to extranodal sites, including the CNS, contributes to the wide range of clinical manifestations observed. Typical laboratory features heralding HGT include a rise in LDH to greater than twice the upper limit of normal as a reflection of total tumour burden, the emergence of hypercalcaemia due to increased bone turnover, and the rapid development or worsening of cytopenias indicating bone marrow infiltration by high-grade disease. The diagnosis of HGT must be confirmed by tissue biopsy, ideally from a site with high PET-CT uptake, defined as a maximum standardized uptake value (SUV) of > 5 {480,2983}.

## Epidemiology
The incidence of HGT varies widely among the different indolent entities (see Table 4.29).

## Etiology
Currently, it is thought that the process of transformation is mediated – and ultimately caused – by the progressive or parallel acquisition of genetic alterations that confer increased




**Fig. 4.142** Transformations of indolent B-cell lymphomas: diffuse large B-cell lymphoma NOS transformed from nodal marginal zone lymphoma. **A** The transformed component shows a centroblastic morphology. **B** The Ki-67 proliferation index is high. **C,D** PCR amplification of the JH segments in the FR2A (**C**) and FR3A (**D**) regions shows identical amplification in both the indolent marginal zone and the transformed aggressive lymphoma. Sequencing of the PCR products further proved the clonal identity suggested by the PCR results for FR3-JH and FR2-JH.





**Table 4.29** Rates of transformation, genetic predictors, and genetic events at transformation of indolent B-cell lymphomas

| Indolent B-cell lymphoma | Rate of transformation: DLBCL | Rate of transformation: Hodgkin lymphoma | Rate of transformation: B-ALL/LBL | Clinical predictive scores | Genetic predictors of transformation | Genetics present at transformation | References |
|---|---|---|---|---|---|---|---|
| CLL | 2–8%<br>2.8% cumulative incidence at 5 years | < 1% | Not described | None | CD38 genotype, absence of del(13q14), IGHV4-39 usage, stereotyped B-cell receptor | *TP53* mutation and/or del(17p) (60–70% of cases), *NOTCH1* mutations (30% of cases), activation of *MYC* by translocation, amplification or mutation (30% of cases), and 9p21 deletion affecting *CDKN2A* (20% of cases); genomic complexity and dysregulation in DNA damage response pathway<br>BTK and PLCG2 (patients on covalent-binding BTK inhibitors) | {3481,1102, 1103,706, 3480,2052, 3478,1847, 2469,1861, 1563,116} |
| MZL | 7.5–8%<br>2.4% cumulative incidence at 1 year | Not described | Not described | Failure to achieve CR after initial treatment, elevated LDH, and more than four nodal sites at the time of MZL diagnosis are the main predictors of increased risk of HGT | Not known | Not known | {1614,64, 2473,2671} |
| LPL | 5–13%<br>1% cumulative incidence at 5 years | Not described | Not described | Not known | Not known | Complex karyotype (90% of cases)<br>Deletion of chromosome 17p (30%)<br>*MYC* rearrangement (38%) | {1031,2358, 2186} |
| FL | 14.3%<br>8% cumulative incidence at 5 years | < 1% | 1% | High FLIPI score | *TP53*, *BTG1*, *MKI67*, *XBP1* | Co-occurrence of *MYC*, *BCL2*, and *BCL6* translocations<br>Mutation/loss of *CDKN2A/B* and *TP53*<br>Deletions and gains: del(1q), del(6q), +2, +3q, +5<br>Loss of B2M, *TP53*, *PIM1*, *B2M* mutations<br>Mutations in *EBF1* and regulators of NF-κB signalling (*MYD88* and *TNFAIP3*)<br>Mutations in *TP53*, *B2M*, *CCND3*, *GNA13*, *S1PR2*, and *P2RY8* | {4267,3152, 274,3041, 3040,2127} |

B-ALL/LBL, B-lymphoblastic leukaemia/lymphoma; CLL, chronic lymphocytic leukaemia; CR, complete remission; DLBCL, diffuse large B-cell lymphoma; FL, follicular lymphoma; HGT, high-grade transformation; LPL, lymphoplasmacytic lymphoma; MZL, marginal zone lymphoma.

proliferation and an aggressive phenotype to the neoplastic cells when compared with the indolent counterpart.

## Pathogenesis
The pathogenesis of HGT is poorly understood. Clonally related HGT leading to a disease that histopathologically resembles diffuse large B-cell lymphoma is driven by genomic instability causing rapid acquisition of additional genetic aberrations. In addition to identical IG gene rearrangements, transformed cells also carry some or all the driver mutations identified in the low-grade lymphoma or its ancestor neoplastic cell population. In the setting of transformed follicular lymphoma, the mutation landscape suggests that a high proportion of cases derive from a common (mutated) ancestor cell by early or late branching rather than linear progression {3040,3152,432}. This means that the genetic features of transformed lymphoma are diverse and certainly very different from those of de novo diffuse large B-cell lymphoma (see Table 4.29). In instances in which the diagnosis of the aggressive lymphoma precedes the diagnosis of the clonally related indolent counterpart, HGT can only be recognized in retrospect.

Clonally unrelated disease is excluded from the "high-grade transformation of indolent B-cell lymphoma" class. It is often associated with EBV infection and occurs more frequently in the context of immune deficiency/dysregulation, which can either be from an existing underlying condition (e.g. an autoimmune disease) or more generally be caused by the chemotherapy for the previous low-grade lymphoma. Immunomodulatory agents, such as fludarabine, and intensified schemes that involve high-dose chemotherapy and bone marrow rescue are most often implicated

## Macroscopic appearance
Enlarged lymph nodes or extranodal masses

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 167 of 195



**Fig. 4.143** Transformations of indolent B-cell lymphomas: diffuse large B-cell lymphoma NOS transformed from lymphoplasmacytic lymphoma. **A** Bone marrow trephine shows infiltration with medium-sized transformed cells. Peripheral blood (**B**) and bone marrow (**C**) smears show a similar cell type with prominent nucleoli.

### Histopathology

Large B-cell lymphomas transformed from indolent B-cell lymphomas are virtually indistinguishable from their de novo counterparts. They usually form sheets of blasts with centroblastic, immunoblastic, or anaplastic morphology. In the setting of chronic lymphocytic leukaemia, Richter transformation (RT) characterizes transformation to either diffuse large B-cell lymphoma or classic Hodgkin lymphoma (CHL) and must be differentiated from histologically aggressive chronic lymphocytic leukaemia with larger proliferation centres and higher mitotic count or Ki-67 index {3775}. Clinical decision-making may also regard transition from classic follicular lymphoma (FL grades 1, 2, or 3A) to follicular large B-cell lymphoma (FL grade 3B) as transformation. The cytomorphological appearance of transformed lymphomas usually does not inform about the underlying disease. In the setting of follicular lymphoma (but not only limited to this entity), the acquisition of an additional *MYC* rearrangement may lead to the emergence of an aggressive lymphoma. In this type of transformation, the morphology varies. There may be a diffuse proliferation of either large and pleomorphic cells or intermediate cells with scant basophilic cytoplasm and slightly irregular nuclei, or, alternatively, by a monotonously appearing blastoid proliferation with finely dispersed chromatin and inconspicuous nucleoli mimicking lymphoblasts {3906}. These should be classified as diffuse large B-cell lymphoma or, alternatively, as high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements transformed from follicular lymphoma.

#### Immunophenotype

Often, the transformed blasts retain immunophenotypic features of their low-grade counterparts, such as CD10 and BCL6 expression in cases transformed from follicular lymphoma, or CD5 or CD23 expression in RT; however, diverging immunophenotypes with variable antigen loss may be seen. Transformed lymphoma cells of RT more often express PD1 than do chronic lymphocytic leukaemia cells {1542,288}. In rare cases of transformation from small B-cell lymphoma, the tumour cells may express TdT at varying levels and frequencies (ranging from 2% to 100%) and show additional features of immature cells, such as loss of CD45, CD20, and/or BCL6 {345}. Since the underlying biology and the overall immunophenotype are essentially different from those of de novo lymphoblastic B-cell leukaemia/lymphoma, these proliferations should not be classified as such. CHL arising in the setting of transformation is indistinguishable from de novo disease, although increased numbers of mixed-cellularity CHL cases may be observed in this setting. However, many CHL cases (mostly EBV-associated) are clonally unrelated to the preceding lymphoma and hence may arise in the background of immunodeficiency.



**Fig. 4.144** Transformations of indolent B-cell lymphomas: diffuse large B-cell lymphoma with *MYC* and *BCL2* rearrangements transformed from follicular lymphoma. **A** A lymph node showing a large B-cell infiltrate with a large component of immunoblasts. **B** Adjacent to the diffuse large B-cell lymphoma, the indolent component of classic follicular lymphoma is present.





Because these lymphomas are clonally unrelated, they are not included in the present definition of HGT of indolent B-cell lymphomas.

#### Differential diagnosis

Large B-cell lymphoma transformation from marginal zone lymphoma (MZL) may occasionally be more difficult to diagnose. MZL usually shows the presence of scattered large cells among small B cells. An increased number of scattered large cells or small clusters may raise the question of transformation to large B-cell lymphoma. There is no agreement regarding the clinical relevance associated with increased numbers of large cells {2291,4065} or with the cell proliferation rate {528}. Although no quantitative criteria have been established and few studies have addressed the issue, the presence of large, confluent sheets of large cells are usually accepted as evidence of HGT {981}. The presence of clusters (> 20 cells) of large cells has also been used as a criterion for transformation {981}; however, such clusters should be differentiated from clusters of large cells colonizing residual germinal centres that are often observed in MZL without clinical evidence of transformation {4065}. Monocytoid differentiation in nodal MZL with often medium-sized cells and irregular nuclei should also not be overinterpreted as transformation. Demonstration of a nodular pattern and an absence of sheets of large cells precludes a diagnosis of large cell lymphoma in this setting {4065}.

### Cytology

In general, FNAB alone is not adequate for the diagnosis and characterization of lymphomas including transformation, because the tissue architecture is essential for establishing a definite diagnosis. However, in patients with indolent lymphoma and suspected transformation, FNAB of enlarging nodes or an extranodal mass is of value for establishing a preliminary diagnosis, excluding other pathologies, gathering material for ancillary testing, and guiding site selection for subsequent core or excisional biopsy. The predictive value of FNAB in the setting of suspected transformation is dependent on adequacy of sampling, availability of ancillary techniques, and the experience of the laboratory. In those instances where other means of obtaining tissue for histological examination have failed or are not possible, a diagnosis of transformation on FNAB is acceptable if supported by immunophenotyping on a cell block preparation by flow cytometry.

### Diagnostic molecular pathology

Specifically for RT, it is important to demonstrate the clonal relationship between the aggressive lymphoma and its low-grade counterpart, because prognosis and management differ between clonally related and unrelated RT {790A,1102,2052}.

### Essential and desirable diagnostic criteria

*Essential:* emergence of an aggressive lymphoma in a patient in the setting of a previously known or synchronously diagnosed



**Fig. 4.145** Transformations of indolent B-cell lymphomas: high-grade B-cell lymphoma NOS transformed from follicular lymphoma. **A** Bone marrow aspirate shows a transformed B-cell population with medium-sized blastoid morphology (Giemsa). **B** The tumour cells of the transformed component have the morphology of medium-sized blastoid cells. **C** The tumour cells are partly TdT-positive. **D** CD20 is not expressed.




**Fig. 4.146** Transformations of indolent B-cell lymphomas: classic Hodgkin lymphoma transformed from chronic lymphocytic leukaemia. **A** The chronic lymphocytic leukaemia component is seen on the left side, and the transformed component is seen to the right side as a more polymorphous infiltrate. **B** HRS cells are seen in the polymorphous infiltrate. **C** The chronic lymphocytic leukaemia cells are strongly positive for CD20, whereas the transformed component is negative. **D** The HRS cells in the polymorphous infiltrate to the right are strongly positive for CD30. **E** They also express LMP1, as is often the case in Hodgkin-type Richter transformation. Depending on the clinical context, association with immunodeficiency/dysregulation should be considered.

indolent lymphoma; proof of clonal identity of the indolent and aggressive tumours in RT.
*Desirable:* clinicopathological correlation.

### Staging

Not relevant

### Prognosis and prediction

Irrespective of the underlying histopathology, HGT always carries an inferior prognosis as compared with its de novo counterpart. The incidence of transformation and genetic predictors of transformation vary depending on the underlying pathology (see Table 4.29, p. 457).





# Large B-cell lymphomas: Introduction

Ott G
Alaggio R
Dave SS
de Jong D
Naresh KN
Siebert R

The family/class of large B-cell lymphomas comprises a spectrum of tumours with varying morphologies, genetic features, and clinical behaviours. Diffuse large B-cell lymphoma (DLBCL) NOS represents the largest entity and is defined by morphology and a mature B-cell phenotype. This edition retains continuity with the revised fourth edition in that only large B-cell lymphomas that do not meet criteria for a more specific entity are classified as DLBCL-NOS. DLBCL-NOS is very heterogeneous, from a morphological, phenotypical, genotypic, and – maybe most importantly – clinical point of view. Therefore, distinction of subtypes that address any of these aspects in a meaningful way is justified.

Most cases of DLBCL-NOS broadly recapitulate the differentiation and maturation mechanisms active in normal B-cell development, so two main subtypes previously defined in the revised fourth edition continue to be recognized: the germinal-centre B-cell subtype and the activated B-cell subtype. More recent data from next-generation sequencing studies have illustrated that – despite the use of different sequencing approaches and various clustering algorithms – the genetic landscape of DLBCL-NOS can be used for subclassification with broad concordance, suggesting that the underlying disease biology may indeed be captured by comprehensive genetic landscapes.

This new edition recognizes 17 specific entities as large B-cell lymphomas outside DLBCL-NOS, grouped according to their genetic characteristics, specific clinical context, or particular site of (extranodal) origin. In most of these categories, biological concepts and diagnostic strategies have remained largely unchanged; however, some of the names have been changed from the revised fourth edition, such as "diffuse large B-cell lymphoma" to "large B-cell lymphoma", acknowledging the fact that a diffuse growth pattern does not necessarily make part of the definition of the disease, or that a growth pattern cannot be assessed in some entities (e.g. in fibrin-associated large B-cell lymphoma and in fluid overload–associated large B-cell lymphoma). High-grade B-cell lymphoma (HGBCL) with dual rearrangements of *MYC* and *BCL2* and/or *BCL6* has been conceptionally reframed and reassigned. HGBCL with *MYC* and *BCL2* and/or *BCL6* rearrangement, from the revised fourth edition, has been restricted in this new edition to only those cases with *MYC* and *BCL2* rearrangements. According to the most recent literature, cases with *MYC* and *BCL2* rearrangements form a homogeneous class with a distinct morphological spectrum and exclusive, uniform dark zone genetic and gene expression characteristics, whereas cases with *MYC* and *BCL6* rearrangements represent a more diverse spectrum with varying gene expression profiles and mutation spectra. These latter are now included within DLBCL-NOS or, in rare cases, within HGBCL-NOS. Cases with *MYC* and *BCL2* rearrangements may be composed of large or intermediate/blastoid cells; hence, the primary morphological (root) categorization of the neoplasm may be maintained and the tumours designated either as diffuse large B-cell lymphoma with *MYC* and *BCL2* rearrangements or as HGBCL with *MYC* and *BCL2* rearrangements. The preferred abbreviation of high-grade B-cell lymphoma has been changed to "HGBCL" for consistency throughout all volumes of the fifth-edition WHO Classification of Tumours series.

More recent studies have shown that the mutation spectrum of Burkitt-like lymphoma with 11q aberration (as this entity was called in the revised fourth edition), despite similarities to Burkitt lymphoma in morphology, immunophenotype, and gene expression profile, is clearly different from that of Burkitt lymphoma, justifying its name change in this new edition to HGBCL with 11q aberration. Various alterations in 11q have also been described in DLBCL; however, these differ at the molecular level from the characteristic aberrations that define HGBCL with 11q aberration, precluding the integration of aggressive lymphomas with large B-cell lymphoma morphology and alterations in the long arm of chromosome 11 at this stage.

Studies from the past few years have revealed the common biological ground of aggressive B-cell lymphomas that arise as primary tumours in the CNS, vitreoretina, and testes of immunocompetent patients. All of these arise in immune sanctuaries created by their anatomical and functional immune regulatory barriers (e.g. the blood–brain, blood–retinal, and blood–testicular barriers) and share immunophenotypic, molecular, and clinical features. This now justifies grouping these tumours under the umbrella term "primary large B-cell lymphoma of immune-privileged sites". In the future, as further data accumulate, various other site-specific large B-cell lymphomas (e.g. breast, ovary, adrenal, skin) may be added to this umbrella category.

Mediastinal grey zone lymphoma is now restricted to B-cell lymphomas with overlapping features between primary mediastinal B-cell lymphoma and classic Hodgkin lymphoma, especially nodular sclerosis classic Hodgkin lymphoma. This category replaces the term "B-cell lymphoma, unclassifiable, with features intermediate between DLBCL and classic Hodgkin lymphoma" of the last edition, taking into account that lymphomas with these features are specific to the mediastinum. Current evidence supports the notion that cases with morphological and immunophenotypic features similar to mediastinal grey zone lymphoma but occurring outside and without involvement of the mediastinum are characterized by different genetic and molecular features. The preferred abbreviation for primary mediastinal B-cell lymphoma has been changed to "PMBCL" for consistency with other large B-cell lymphoma entities throughout all volumes of the fifth-edition WHO Classification of Tumours series.

Lymphoma types/entities are defined by morphological, immunophenotypic, and clinical criteria, but none of these



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 168 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 169 of 195

are absolutely specific and defining. Therefore, a hierarchical line of decision-making is inevitable. For example, it should be noted that concurrent *MYC* and *BCL2* rearrangements may be encountered in the context of other lymphoma entities/types, such as follicular lymphoma, fluid overload–associated large B-cell lymphoma, or large B-cell lymphoma of immune-privileged sites, although such events are rare. The morphological and/or clinical settings defining the different entities/types overrule the genetic characteristics in such cases. Similarly, a setting of immune deficiency/dysregulation overrules other defining parameters (e.g. the IDD setting overrules a primary CNS localization as entity/type-defining parameter in cases of diffuse large B-cell lymphoma in a patient with AIDS).

Together, the choices that have been made to update the classification of large B-cell lymphomas are based on studies by many groups around the world and published in peer-reviewed journals. Classification should be regarded as a snapshot in time. In a few years, the next update (the sixth edition) will implement and formalize the available and probably essentially changed and increased state of knowledge. It may be foreseen that by that time, the gap between biological disease classification and treatment consequences will be further closed.



# Diffuse large B-cell lymphoma NOS

Rosenwald A
Barrans SL
Calaminici M
Corboy GP
Davies AJ
Delabie J
Dunleavy K
Farinha P
Gopal AK
Gujral S
Klapper W
Lenz G
Medeiros LJ
Nair R
Naresh KN
Sabattini E
Slack GW
Wang Z

## Definition

Diffuse large B-cell lymphoma (DLBCL) NOS is a lymphoma consisting of medium-sized to large B cells with a diffuse growth pattern. This is a morphologically and molecularly heterogeneous entity that does not meet the diagnostic criteria for specific large B-cell lymphoma neoplasms.

## ICD-O coding

9680/3 Diffuse large B-cell lymphoma, NOS
9680/3 Diffuse large B-cell lymphoma, centroblastic subtype
9684/3 Diffuse large B-cell lymphoma, immunoblastic subtype
9680/3 Diffuse large B-cell lymphoma, anaplastic subtype
9680/3 Diffuse large B-cell lymphoma, germinal-centre B-cell subtype
9680/3 Diffuse large B-cell lymphoma, activated B-cell subtype
9680/3 Diffuse large B-cell lymphoma with MYC and BCL6 rearrangements

## ICD-11 coding

2A81.Z Diffuse large B-cell lymphoma, NOS

**Box 4.02** Types and subtypes of diffuse large B-cell lymphoma

**Diffuse large B-cell lymphoma NOS**
Morphological subtypes
- Centroblastic subtype
- Immunoblastic subtype
- Anaplastic subtype
- Other rare variants

Molecular subtypes
- Germinal-centre B-cell–like subtype
- Activated B-cell–like subtype

Genetic subtype
- Diffuse large B-cell lymphoma with *MYC* and *BCL6* rearrangements

**Other lymphomas of large B cells (see the relevant sections within this volume)**
T-cell/histiocyte–rich large B-cell lymphoma
Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements
ALK-positive large B-cell lymphoma
Large B-cell lymphoma with *IRF4* rearrangement
High-grade B-cell lymphoma with 11q aberration
Lymphomatoid granulomatosis
EBV-positive diffuse large B-cell lymphoma NOS
Diffuse large B-cell lymphoma associated with chronic inflammation
Fibrin-associated large B-cell lymphoma
Fluid overload–associated large B-cell lymphoma
Plasmablastic lymphoma
Primary large B-cell lymphoma of immune-privileged sites
Primary cutaneous diffuse large B-cell lymphoma, leg type
Intravascular large B-cell lymphoma
Primary mediastinal large B-cell lymphoma
Mediastinal grey zone lymphoma
High-grade B-cell lymphoma NOS

## Related terminology

None

## Subtype(s)

See Box 4.02.

## Localization

The majority of patients with DLBCL-NOS present with nodal disease. About 30–40% of patients present with disease confined to extranodal sites at diagnosis {2976,115}. Virtually any site can be involved, but common extranodal sites include the gastrointestinal tract (stomach and ileocaecal region), head and neck (salivary glands, thyroid gland, ocular adnexa), bone, liver, kidney, and the adrenal gland. Kidney or adrenal gland involvement is associated with an increased risk of spread to the CNS. Involvement of the CNS by DLBCL-NOS is uncommon at diagnosis but may occur, particularly in some high-risk clinical settings. Bone marrow involvement is seen in 15–20% of patients at diagnosis, which may represent either DLBCL-NOS (concordant involvement) or indolent lymphoma (discordant involvement) {115,531,3140,3667}.

## Clinical features

Patients usually present with rapidly enlarging lymph nodes or mass(es) at a single site or multiple sites. They may be otherwise asymptomatic, exhibit symptoms and signs specific to the site(s) of involvement, and/or exhibit constitutional B symptoms




**Fig. 4.147** Diffuse large B-cell lymphoma (DLBCL) NOS and related aggressive B-cell lymphoma entities. Major gene expression signatures and LymphGen and Harvard molecular subtypes of DLBCL-NOS and related aggressive B-cell lymphoma entities in relation to the normal germinal-centre reaction. ABC, activated B cell; DZ, dark zone; FDC, follicular dendritic cell; GCB, germinal-centre B cell; LZ, light zone; Mac, macrophage; SHM, somatic hypermutation.



**Fig. 4.148** Diffuse large B cell lymphoma NOS, macroscopic presentation. Diffuse large B-cell lymphoma NOS presenting as a tumour mass and a component of diffuse parenchymal infiltration in the kidney.

(fever, weight loss, night sweats). Approximately half of patients present with early-stage (I/II) disease; however, the use of FDG PET imaging in staging, which is the current standard in many countries, may upstage cases or result in stage migration due to its increased sensitivity compared with CT.

## Epidemiology

DLBCL-NOS represents 30% of adult lymphoma cases. There are an estimated 150 000 new cases globally each year, with low-/middle-income countries reporting higher incidence rates {3666,4505}. In the USA, the incidence varies among ethn[ic] groups, with White populations demonstrating higher rates tha[n] Black, Asian, and Native American populations {3227}. DLBCL-NOS can be diagnosed at any age but develops more commonly with increasing age, peaking in the elderly population. It occurs in men slightly more frequently than in women {2976,3453}.

## Etiology

The etiology is unknown in the majority of cases. Risk factors may include genetic features or immune dysregulation, as well as viral, environmental, or occupational exposures {588}. Genome-wide association studies have identified multiple susceptibility loci for DLBCL involving genes in immune function pathways {586}. Although DLBCL-NOS typically arises de novo, it may also present as transformation from an underlying known or occult indolent B-cell lymphoma, such as chronic lymphocytic leukaemia / small lymphocytic lymphoma, follicular lymphoma, marginal zone lymphoma, or nodular lymphocyte predominant Hodgkin lymphoma. DLBCL arising in the setting of immune deficiency/dysregulation (e.g. related to HIV infection or immunosuppressive treatment for inflammatory/autoimmune disorders, or after solid-organ or bone marrow transplantation) is classified separately.

## Pathogenesis

DLBCL-NOS is highly heterogeneous. It can either arise de novo or transform from an indolent B-cell lymphoma. In both circumstances, evolution from a clonally related (common) B-cell



**Fig. 4.149** Diffuse large B-cell lymphoma NOS, common morphological subtypes. The centroblastic subtype (**A,B**) and the immunoblastic subtype, shown here with H&E staining (**C**) and Giemsa staining (**D**), are characterized by sheets of tumour cells.







**Fig. 4.150** Diffuse large B-cell lymphoma NOS, morphological subtypes. Anaplastic subtype. **A** This is characterized by nuclear pleomorphism and often shows abnormal mitotic figures. Tumour cells are uniformly positive for CD20 (**B**) and often positive for CD30 (**C**).

ancestor, such as those harbouring a *BCL2* translocation, is possible {3152}. DLBCL-NOS derives from mature B cells that have undergone IG V(D)J gene rearrangement with subsequent surface immunoglobulin expression in the bone marrow, as well as proliferation and blastic transformation after exposure to antigen in the peripheral lymphoid tissues. Like in normal B-cell differentiation, most maturation events take place in the germinal centres (GCs) of lymphatic tissues where somatic hypermutation, heavy chain class-switch recombination, and increased p53 DNA damage tolerance co-occur to produce long-lived T-cell–dependent plasma or memory B cells {936}. The proliferative larger centroblasts form the dark zone (DZ) of the GC. After several rounds of proliferation, somatic hypermutation – through the action of activation-induced cytidine deaminase (AID) – leads to clonal diversity, with ongoing IG (and other) gene mutations generating different, potentially higher, B-cell receptor (BCR) affinity for antigen {936}. From the DZ, centroblasts move to the light zone (LZ) area as smaller centrocytes expressing surface BCR and in a BCL2-negative proapoptotic state. These cells capture antigen presented by follicular dendritic cells and crosstalk with T follicular helper (TFH) cells that provide cell fate signals. Depending on the affinity of the BCR, B cells are either eliminated or rescued and re-enter the DZ for additional rounds of mutations. The transient activation of the MYC pathway proportional to the amount of antigen and TFH help is a key element regulating the number of B-cell divisions {1192}. Finally, after several DZ–LZ selection cycles, B cells that express a high-affinity BCR exit the GC as plasma cells or as memory B cells {3786}. Specialized stromal reticular cells, notably follicular dendritic cells, provide the architectural framework that facilitates the special organization needed for GC responses. Functionally distinct follicular dendritic cell subsets populate the DZ and LZ {1961}.

Transcription factors are vital to GC initiation and maintenance, most notably BCL6 and its regulators, i.e. IRF4, MEF2B, Blimp1, BACH2, and p53. GC development in the proliferative DZ requires multiple transcription factors, such as PAX5, E2A, IRF8, FOXO1, YY1, and cyclin D3. The maturing/differentiating LZ shows increasing NF-κB–driven activation of *IRF4* and *PRDM1* (encoding Blimp1) in plasma cells or *SPI1* (encoding PU.1), *IRF8*, *PAX5*, and *BACH2* in memory B cells, along with suppression of BCL6 or MYC re-expression and return to the DZ {3786,519,988,1549}.

Epigenetic mechanisms (e.g. involving EZH2) are significant to GC responses as well. Upon activation by antigens, GC B cells highly express EZH2, in both the LZ and DZ, which plays a pivotal role in GC formation, B-cell differentiation, and inhibition of terminal B-cell differentiation {4156}. In the GC, both proliferative centroblasts and centrocytes strongly express



**Fig. 4.151** Diffuse large B-cell lymphoma NOS, morphological subtypes. Predominantly intravascular pattern. **A** Some cases of diffuse large B-cell lymphoma NOS exhibit an intravascular component in combination with more common infiltration of large tumour cells forming sheets. **B** The intravascular component is highlighted by CD20. Cases in which tumour cells are exclusively restricted to the lumina of blood vessels should be classified as intravascular large B-cell lymphoma.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 170 of 195




**Fig. 4.152** Diffuse large B-cell lymphoma NOS, morphological subtypes. Prominent T-cell infiltrate. In some cases of diffuse large B-cell lymphoma NOS, the malignant B-cell population is largely obliterated by a dense T-cell infiltrate. **A** CD20 is very helpful for recognizing the large B cells. **B** CD5 highlights the T-cell infiltrate. By definition, cases in which the malignant B-cell component is < 10% and that lack areas with common diffuse large B-cell lymphoma NOS morphology are classified as T-cell/histiocyte–rich B-cell lymphoma.

the GC markers CD10, BCL6, and LMO2; limited IRF4 (MUM1) (encoded by *IRF4*) and MYC; and no BCL2. As plasmablastic B cells leave the GC, they express BCL2 and IRF4 (MUM1), and they downregulate GC markers.

Most DLBCL-NOS cases broadly recapitulate the GC differentiation/maturation mechanisms. They are composed of large cells, often resembling centroblasts, derived from the GC and showing mutation signatures of the somatic hypermutation machinery. Gene expression and genomic studies have delineated different molecular subtypes that broadly correlate with the different stages of B-cell differentiation (cell of origin [COO]) {3472}. One subset has a gene expression profile related to an active GC COO (germinal-centre B cell [GCB]), with common expression of GC markers (CD10, BCL6, and LMO2) {1490}. These tumours are enriched for mutations of driver genes responsible for GC development, DZ and LZ transitions, and microenvironment interactions (e.g. *EZH2*, *GNA13*, *MEF2B*, *KMT2D*, *TNFRSF14*, *B2M*, and *CREBBP*) {3151}. Within the GCB molecular subtype, a distinct subset characterized by a dual rearrangement of *MYC* and *BCL2* shows distinct molecular and clinical features {1080,3686}. Therefore, despite often showing similar morphology to DLBCL-NOS, these cases are separately classified {3657,1080,3686}.

Another DLBCL-NOS subset relates to activated B cell (ABCs), the majority with a post-GC origin, with either GC-exit or early plasmablastic phenotypes, and is characterized by constitutive activation of the BCR signalling and NF-κB pathways. These lymphomas can show variable numbers of immunoblasts and/or plasmacytoid cells and are negative for most GC markers and often positive for IRF4 (MUM1; encoded by *IRF4*) {1490}. They are enriched for BCR pathway mutations, such as in *MYD88*, *CD79B*, *PIM1*, and *PRDM1* (encoding Blimp1) {3151}. Extranodal DLBCL-NOS is more frequently associated with the ABC-DLBCL subtype.

In addition, recurrent gene rearrangements add to the molecular heterogeneity in DLBCL. The t(14;18)(q32;q21) translocation involving *BCL2*, the formation of which precedes GC exposure, is present in a quarter of cases and enriched in GCB-DLBCL (approximately 40%, compared with 5% in ABC-DLBCL {1081,780}). In contrast, *BCL6* rearrangement is associated with AID activity and is more predominant in ABC-DLBCL (30%, compared with 10% in GCB-DLBCL {1732}).

Rearrangements of the *MYC* gene, the majority of which occur in the GC, are present in both GCB- and ABC-DLBCL {3471} and usually deregulate *MYC* via enhancer hijacking. The *MYC* translocation partner is commonly an IG gene, but DLBCLs with *MYC* rearrangements involving non-IG genes represent approximately 45% of cases {3471}. Non-IG partner genes include *BCL6*, *BCL11A*, *IKZF1*, *PAX5* (including its enhancer in *ZCCHC7*), *TFN1*, *CD96*, *SOCS1*, and *ZBTB5* {337,732}. The breakpoint, when translocated to IGH, occurs upstream (5′) of *MYC* or within exon or intron 1 but is mostly downstream (3′) of *MYC* in non-IGH translocations {732}. In contrast to DLBCL with *MYC* and *BCL2* rearrangements, cases with dual rearrangements of *MYC* and *BCL6* are molecularly heterogeneous {848}. A subset of cases with *BCL6::MYC* translocations as a result of t(3;8)(q27;q24) {1815} occur predominantly in GC-type DLBCL and may represent a genetic subset of DLBCL that is biologically and clinically heterogeneous. It remains to be clarified how such genomic fusion between the *BCL6* and *MYC* loci affects their protein expression {4555}.

Recent (targeted) next-generation sequencing of large numbers of DLBCL-NOS cases has revealed a highly heterogeneous molecular landscape, with about 150 protein-coding targets that are recurrently mutated or are functional targets of copy-number change, with a mean of approximately 8% of genes mutated per patient {3386}. Several groups have proposed different molecularly defined DLBCL subtypes that further subdivide the COO classification or are COO-independent {3629,644,2191,4417,1673}. Despite using different platforms for sequencing and different cluster algorithms, these studies independently resulted in classification schemes that were broadly overlapping, suggesting that the underlying disease biology can be captured by mutation analysis, with similar mutation patterns to other lymphoma entities {4417,2793}. However, despite the overall similar clustering of cases, no unified concept for proposed clusters and their significant genetic drivers has been established so far, precluding the definition of a unified genetic framework of DLBCL-NOS at the present time. In addition, further complexity derives from a high number of non-coding mutations and focal aberrations more recently obtained from whole-genome sequencing {153,1673}.





**Macroscopic appearance**

Involved lymph nodes are enlarged, and the cut surface reveals a homogeneous, whitish, fleshy appearance with hilum obliteration. Grey areas that indicate necrosis and areas with adherence of a tumour mass to the surrounding soft tissue that indicate extracapsular spread are often seen. When present at extranodal sites, DLBCL-NOS tends to form large, confluent tumour masses or multiple nodules with discrete contours. In the gastrointestinal tract, gross examination shows submucosal masses presenting as exophytic growth, or ulcerated solid transmural growth with areas of haemorrhage and necrosis.

**Histopathology**

The tissue architecture of lymph nodes or extranodal sites is partially or totally effaced by medium-sized to large lymphoid cells (with large cells defined as having a nucleus the same size or larger than a macrophage nucleus, or more than twice the size of a small lymphocyte nucleus) that are arranged in a diffuse or vaguely nodular pattern. Interfollicular or rarely intrasinusoidal infiltration can also be observed {4452}, as well as perinodal tissue involvement. The cytological features are diverse: three common and several rare variants are described (see below). Cases with poorly classifiable cytology are sometimes observed, often due to technical issues and/or suboptimal tissue preservation. The mitotic rate is usually high, and single-cell apoptosis can be prominent. Tingible-body macrophages are present in some cases, imparting a starry-sky appearance at low power. Thick or fine fibrosis with possible compartmentalization of small groups of lymphoma cells can also be seen, and areas of geographical necrosis may be present. Variable numbers of reactive small T cells and histiocytes compose the tumour microenvironment. Cases with abundant T cells and histiocytes should not be classified as T-cell/histiocyte–rich large B-cell lymphoma unless the strict criteria for this entity are met {4442}. Diagnosis of DLBCL-NOS by morphology alone is not possible; the use of ancillary studies is required, to exclude other diseases with shared morphological features (see Table 4.30, p. 469).

### Common morphological subtypes

See Box 4.02 (p. 463).

#### Centroblastic

The centroblastic subtype is the most common, accounting for approximately 80% of cases. Centroblasts are large lymphocytes with variable amounts of cytoplasm, round to oval nuclei, fine to vesicular chromatin, and several small to medium nucleoli often adjacent to the nuclear membrane. Monomorphic cases are composed predominantly (> 90%) of centroblasts, whereas polymorphic tumours consist of a mixture of centroblasts (< 90%), large centrocytes, and immunoblasts {1076,950,2316}. Cases with many large lymphocytes with multilobated nuclei and clear cytoplasm can be observed, particularly at extranodal sites {3005,950}. Features of plasmacytic differentiation can be rarely seen.

#### Immunoblastic

This subtype is less common, representing 8–10% of all cases, and is traditionally defined by ≥ 90% immunoblasts in the cell composition of the lymphoma. Immunoblasts are large lymphocytes with moderate to abundant basophilic cytoplasm and a single prominent, centrally located nucleolus. Cytological variability occurs, which may account for the variable intraobserver and interobserver reproducibility in the diagnosis of this variant {3088,4442}. In some cases, the immunoblasts show plasmacytic differentiation. Tumours where immunoblasts and plasmacytoid cells represent > 90% of all cells (but with classic immunoblasts failing to reach the 90% threshold) can be included in this subtype, provided that typical centroblasts account for < 10% {3088}. This variant has been associated




**Fig. 4.153** Diffuse large B-cell lymphoma NOS, germinal-centre B-cell and non–germinal-centre B-cell subtypes. The germinal-centre B-cell–like and activated B-cell–like subtypes of diffuse large B-cell lymphoma NOS can be determined using immunohistochemistry, for example according to the Hans algorithm, based on CD10-positive (**A**) or CD10-negative (**B**) status, BCL6-positive (**C**) or BCL6-negative (**D**) status, and IRF4 (MUM1)-positive (**E**) or IRF4 (MUM1)-negative (**F**) status using an arbitrary cut-off point of 30% positive cells for BCL6 and IRF4 (MUM1) expression.

with an inferior prognosis compared with other DLBCL variants and is characterized by frequent IGH::*MYC* translocations {331, 3088,189,1633}.

### *Anaplastic*

This subtype is rare and accounts for about 3% of all DLBCL cases. It is characterized by large to very large lymphoma cells, with pleomorphic or bizarre nuclei, usually abundant cytoplasm, and frequent cohesive sheet-like growth, and partial or extensive sinusoidal involvement. This variant often expresses CD30 and has frequent *TP53* mutations {2196,1496,2305, 2628}. These pathological features may mimic those of classic Hodgkin lymphoma with syncytial growth, anaplastic large cell lymphoma, ALK-positive large B-cell lymphoma, or undifferentiated carcinoma.

Rare morphological subtypes form < 1% of cases of DLBCL-NOS and have cells with a signet ring (mimicking gastric carcinoma) or spindle cell (mimicking sarcoma) appearance {4442}. Pseudorosetting or pseudoacinar arrangement is exceptionally observed. Other cases may show cytoplasmic granules, microvillous projections (sea anemone tumour), cytoplasmic vacuoles, or intercellular junctions as observed by electron microscopy {4442}.

### *Immunohistochemistry*

Lymphoma cells express CD45 and pan–B-cell markers (CD19, CD20, CD22, CD79a, and PAX5) but may lack one or more of the B-cell markers, and the use of more than one B-cell marker may be necessary to confirm B-cell lineage and support the diagnosis (see Table 4.30). Rare cases may show aberrant CD3 expression, confounding lineage assignment {4419}. Light chain expression/restriction can be documented in a subset of cases; similarly, expression of IgM or IgG can be identified in a proportion of cases.

Subtyping of DLBCL-NOS according to COO using gen expression profiling is recognized as the gold standard. How ever, this is mostly unavailable in standard clinical practice and immunohistochemistry surrogates have been developed, the precise use of which has been challenging. Numerous subtyp ing systems using different markers have been explored bu show limited concordance compared with gene expression The markers used include CD10, BCL6, IRF4 (MUM1), FOXP GCET1, LMO2, BCL2, and cyclin D2 {1490,247,105,2917}. The Hans algorithm, which uses three markers to distinguish the GCB subtype from the non-GCB subtype is the most popu lar algorithm, but concordance with gene expression is on 72–86% {3224,10,841,724}. Using the Hans algorithm, CD10 BCL6, and IRF4 (MUM1) are each considered positive if ≥ 30% of the tumour cells stain positive {1490}. Overall, CD10 is pos tive in 30–50% of cases, BCL6 in 60–90%, and IRF4 (MUM1 in 35–65% {783,327,2850}. GCET1, a GC marker, is expressed in 40–50% of cases and correlates highly with the GCB type {2756}.

The majority of DLBCL-NOS cases express BCL2, and the inten sity of expression is variable. Similarly, expression of MYC protein is highly variable. In most studies, BCL2 is considered positive if ≥ 50% of the tumour cells are positive, and MYC is considered positive if ≥ 40% of the tumour cell nuclei are positive {2059,1813, 1406,1634,4139,2483,754,2653,3657,102}. The reproducibility of MYC scoring is higher with a cut-off point of 70% {102}.

DLBCL-NOS may express CD5 in 5–10% of cases {4471 4456}. CD5+ DLBCL-NOS can be distinguished from the pleomorphic variant of mantle cell lymphoma by the absence of cyclin D1 and SOX11 expression {4471}. A small subset of DLBCL-NOS cases express cyclin D1 in the absence of *CCND1* translocation, and most of these are negative for SOX11 expres sion. Cyclin D1 expression is weaker and heterogeneous in DLBCL compared with mantle cell lymphoma {3440,4201,



**Fig. 4.154** Diffuse large B-cell lymphoma NOS, immunophenotypic variants. CD5-positive. Diffuse large B-cell lymphoma NOS expresses CD5 in tumour cells in 5–10% of cases. Such cases should be distinguished from pleomorphic and blastoid types of mantle cell lymphoma. The morphology is heterogeneous, varying from centroblastic (**A**) to remarkably pleomorphic (**B**). CD5 expression is strong and uniform (**C**) in CD20-positive tumour cells (**D**). Cyclin D1 (**E**) and SOX11 are negative. The Ki-67 index is often high (**F**).





**Table 4.30** Differential diagnosis of diffuse large B-cell lymphoma (DLBCL)

| Entities in differential diagnosis of DLBCL | Anatomical/morphological features | Helpful immunophenotypic markers | Molecular markers |
|---|---|---|---|
| **Follicular large B-cell lymphoma** | Follicular growth pattern (at least partial) | CD21, CD23, or CD35 highlights follicular dendritic cell networks | *BCL2* (~10%) or *BCL6* (10–15%) rearrangement |
| **Mantle cell lymphoma** | Pleomorphic or blastoid morphology | CD5+, cyclin D1+, SOX11+ | *CCND1* (~95%) or rare *CCND2* rearrangements |
| **DLBCL arising in CLL (Richter syndrome)** | CLL component may be present | Often CD5+, CD23+, LEF1+, PD1+ in large-cell component | Alterations in *TP53* and *CDKN2A/B* are common |
| **B-lymphoblastic leukaemia/ lymphoma** | Small to medium-sized cells with lymphoblastic morphological features | CD10+, CD79a+, CD34−/+, CD20−/+, mostly TdT+ | Various |
| **T-cell/histiocyte–rich large B-cell lymphoma** | Scattered tumour cells (< 10%) in a dense background of reactive T cells and histiocytes | PD1+ T cells and PDL1+ macrophages surround neoplastic B cells | *CD274* (*PDL1*) / *PDCD1LG2* (*PDL2*) copy number gains or amplification in ~65% |
| **Primary cutaneous DLBCL, leg type** | Skin; uniform large cells with prominent nucleoli | BCL2+, IRF4 (MUM1)+, MYC+, BCL6−, cytoplasmic IgM+ | *MYC* rearrangements (40–50%)<br>Amplifications of *BCL2* and *MALT1* (30–50%) |
| **EBV-positive DLBCL-NOS** | Polymorphous or monomorphic; rich in plasma cells and/or small B cells | EBER+; mostly CD20+; CD30+/−, CD79a+ | *MYC* rearrangements are rare |
| **Pyothorax-associated DLBCL** | Chest wall; medical history | EBER+ | Not applicable |
| **Lymphomatoid granulomatosis, grade 3** | Lungs; angiocentric and angiodestructive with geographical necrosis | EBER+, CD30−/+ | Not applicable |
| **Large B-cell lymphoma with *IRF4* rearrangement** | May have a partially follicular pattern | Strong IRF4 (MUM1)+, BCL6+, CD10+/−, BCL2+/− | *IRF4* rearrangements |
| **Primary mediastinal large B-cell lymphoma** | Younger patient age; mediastinum and/or thymus location | CD23 (75%), CD30+ (75%), MAL+, PDL1/PDL2+/− | *CD274* (*PDL1*) / *PDCD1LG2* (*PDL2*) gains<br>*CIITA* rearrangements<br>JAK/STAT aberrations |
| **ALK-positive large B-cell lymphoma** | Immunoblastic or plasmablastic features | ALK+; plasmablastic immunophenotype (CD138+, IRF4 [MUM1]+, CD20−) | *ALK* rearrangements |
| **Plasmablastic lymphoma** | Plasmablastic features | CD138+, IRF4 (MUM1)+, CD20−, EBER+/− | *MYC* rearrangements (~50%) |
| **KSHV/HHV8-positive large B-cell lymphoma** | Immunoblastic or plasmablastic features | KSHV/HHV8+, CD138+, IRF4 (MUM1)+, CD20−, EBER+/− | Not applicable |
| **Primary effusion lymphoma** | Immunoblastic or plasmablastic features | KSHV/HHV8+, CD138+, IRF4 (MUM1)+, CD20−, EBER+/− | Not applicable |
| **High-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements** | Can have DLBCL-like, Burkitt-like, or small blastoid features | BCL2+, MYC+, TdT+/− | *MYC* and *BCL2* rearrangements required for diagnosis |
| **High-grade B-cell lymphoma NOS** | Burkitt-like or small blastoid features | MYC−/+, Ki-67 high, TdT−, cyclin D1− | *MYC* rearrangements (20–35%) |
| **Mediastinal grey zone lymphoma** | Tumour cell–rich with PMBCL-like or CHL-like morphology or transitional features; cellular pleomorphism | Variable expression of B-cell markers; CD15+ (50%), CD30+, EBER− | Partial overlap with PMBCL and CHL |
| **Burkitt lymphoma** | Starry-sky pattern, intermediate-sized cells, basophilic cytoplasm, multiple small nucleoli | CD10+, BCL6+, Ki-67 high, BCL2−, MYC+ | *MYC* rearrangements in > 95%; partnered with IGH or light chain loci in 100% |
| **High-grade B-cell lymphoma with 11q aberration** | Burkitt-like morphology but more polymorphic; nodular pattern can be present | CD10+, BCL2−/+, Ki-67 high | Proximal gains and telomeric losses of 11q required<br>Complex karyotype<br>No *MYC* rearrangements |
| **DLBCL in association with nTFHL-AI or other T-cell lymphomas** | Background T cells are atypical; increased vascularity and particularly high endothelial vessels; increased eosinophils | TFH marker expression in T-cell lymphomas with TFH phenotype; EBER+/− in B cells | Clonal TR gene rearrangements<br>Mutations of *TET2*, *DNMT3A*, *RHOA*, *IDH2* |

CHL, classic Hodgkin lymphoma; CLL, chronic lymphocytic leukaemia; EBER, EBV-encoded small RNA; nTFHL-AI, nodal T follicular helper cell lymphoma, angioimmunoblastic type; PMBCL, primary mediastinal large B-cell lymphoma; TFH, T follicular helper.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 173 of 195



Fig. 4.155 Diffuse large B-cell lymphoma NOS, immunophenotypic variants. Cyclin D1–positive. Rare cases of diffuse large B-cell lymphoma NOS express cyclin D1 (A). The morphology is generally centroblastic (B,C). Negative SOX11 expression helps to distinguish it from mantle cell lymphoma.

1650}. Most DLBCL-NOS cases are negative for CD138. CD30 expression in a significant proportion of cells is seen in 10–20% of cases, especially in the anaplastic variant {1656,3759}. In one study, 19% of cases expressed CD30 in > 20% cells and an additional 31% of cases showed CD30 expression in a smaller proportion of cells {3540}. The presence of EBV (as identified by EBV-encoded small RNA [EBER] in situ hybridization and/or LMP1 expression) in the majority of the cells excludes DLBCL-NOS and should lead to a diagnosis of EBV-positive DLBCL; high levels of CD30 expression may point to the diagnosis of EBV-positive DLBCL, but they are not specific {428}.

Almost all cases of DLBCL lack expression of TdT. Expression of TdT in an otherwise typical DLBCL-NOS should warrant evaluation for rearrangements in *MYC* and *BCL2*. If both rearrangements are present, these cases are classified as diffuse large B-cell lymphoma with *MYC* and *BCL2* rearrangements rather than DLBCL-NOS {345,3033}. Of note, TdT expression alone does not justify classification as B-lymphoblastic leukaemia/lymphoma.

The Ki-67 proliferation index is high (≥ 80%) in most DLBCLs, although rare cases may show a lower proliferation index (closer to 40%) {1533,2083,4506}. Expression of p53 is seen in 20–60% of cases, and the proportion of positive cells and the intensity of expression are variable. However, p53 expression is not a good surrogate marker for *TP53* mutations, because p53 expression is seen in cases without *TP53* mutations {4516,700,4457,2324}.

### *Differential diagnosis*

The differential diagnosis includes malignancies with a diffuse growth pattern and a medium to large cell type, including a wide variety of B- and T-cell lymphomas, as well as haematological malignancies such as histiocytic sarcoma and myeloid sarcoma, and non-haematological malignancies such as metastatic poorly differentiated carcinoma, metastatic melanoma, and seminoma (see Table 4.30, p. 469) {830}.

## Cytology

The cytological diagnosis of DLBCL-NOS through FNA of superficial and deep-sited lymph nodes and extranodal tumour masses is a well-established, safe, efficient methodology and may represent a valid additional (although not alternative) tool to core needle and excisional biopsies in an integrated multidisciplinary diagnostic approach {192,1921,1353,2343,569}.

Smear preparations and cell blocks are highly cellular and contain numerous medium-sized to large atypical lymphoid cells in a monotonous pattern. Occasionally, cohesive clusters of atypical lymphoid cells are identified, mimicking carcinomas. Lymphoglandular bodies are numerous in the background. Cell cytology recapitulates the features described in *Histopathology*.

## Diagnostic molecular pathology

Interphase cytogenetic testing is strongly recommended in order to exclude the diagnosis of diffuse large B-cell lymphoma with *MYC* and *BCL2* rearrangements. Most often, but not exclusively, FISH techniques are applied to screen for rearrangements of the *MYC* locus and, if positive, subsequently for the *BCL2* (and potentially for the *BCL6*) locus. It is important to be aware of the coverage of the different *MYC* break-apart probes used for analysis of *MYC* rearrangement, because not all probes cover the whole spectrum of potential breakpoints at the *MYC* locus {2841,732}. Cryptic *MYC* rearrangements such as small insertions into *MYC* and of *MYC* into other loci or uncommon breakpoints might escape break-apart probe design and require fusion probe assays. Likewise, rare *MYC*, as well as *BCL2*, rearrangements may be cytogenetically cryptic and thus fail to be detected by conventional FISH {2030,1587}.

Cases displaying an isolated *MYC* rearrangement or dual rearrangements of *MYC* and *BCL6* do fall within the spectrum of DLBCL-NOS; if a *MYC* rearrangement or simultaneous *MYC* and *BCL6* rearrangements are detected, the case should be reported as DLBCL-NOS with *MYC* rearrangement or with *MYC* and *BCL6* rearrangements. DLBCL-NOS in younger patients that is localized to the head and neck region and shows strong and uniform IRF4 (MUM1) expression suggests large B-cell lymphoma with *IRF4* rearrangement, *IRF4* rearrangement should be evaluated in such cases and, if present, excludes DLBCL-NOS. In occasional cases, clonality analysis and/or genetic profiling may be helpful if clinically relevant. In particular, the presence of individual mutations, such as *MYD88*, might aid in reaching a diagnosis, especially in small biopsies from extranodal sites.

Gene expression profiling is the gold standard for COO determination for DLBCL-NOS.

Because detailed mutation spectra as obtained by targeted panel and/or whole-exome/genome sequencing currently have very limited consequences for treatment decisions outside clinical trials, such analyses have little role at present in routine practice. However, this situation may be subject to change in the coming few years as more knowledge and diagnostic assays become available.

## Essential and desirable diagnostic criteria

*Essential:* a large B-cell lymphoma with a diffuse or vaguely nodular growth pattern; mature B-cell phenotype; exclusion of other specific entities of large B-cell lymphoma.

*Desirable:* COO subtyping; reporting of isolated *MYC* or dual *MYC* and *BCL6* rearrangements; genetic testing, if relevant for clinical decision-making.

## Staging

Approximately 50% of patients have stage I or II disease. PET-CT imaging is commonly performed at diagnosis and has resulted in stage migration, owing to its improved sensitivity compared with CT alone. In cases where PET-CT imaging can be performed, bone marrow aspiration and biopsy may not be routinely needed. However, although PET imaging is effective for detecting concordant bone marrow involvement, it is unreliable for picking up discordant disease and this may be missed where PET interpretation replaces bone marrow biopsy {688, 472}. Evaluation of the CNS should be considered where clinical characteristics predict a higher risk of involvement.

## Prognosis and prediction

### *Clinical features*

After R-CHOP therapy, the 5-year progression-free and overall survival rates are about 70% {2277,3658,4512,256,879, 2985}. The International Prognostic Index (IPI), which incorporates five clinical variables, continues to be a very valuable prognostic tool. Newer and revised versions of the IPI may improve identification of high-risk subsets of patients {3666}. Other clinical prognostic factors associated with an inferior outcome include tumour bulk (masses ≥ 100 mm), male sex, and concordant bone marrow biopsy involvement. Concordant bone marrow involvement and involvement of a high number of extranodal sites and various specific extranodal localizations have been associated with an increased risk of CNS dissemination and dictate the need for CNS prophylaxis in some centres.

### *Morphology*

The prognostic impact of morphological subtypes of DLBCL-NOS remains uncertain. Some studies found the immunoblastic and/or anaplastic variants to be associated with inferior survival {331,3088,2305}, whereas many other studies did not. In the subgroup of immunoblastic variants with expression of CD10, *MYC* rearrangements are frequently detectable {1633}.



Fig. 4.156 Diffuse large B-cell lymphoma NOS, immunophenotypic variants. TdT-positive. Expression of TdT in an otherwise typical diffuse large B-cell lymphoma NOS is rare and does not justify a diagnosis of B-lymphoblastic leukaemia/lymphoma. **A** A TdT-positive case of diffuse large B-cell lymphoma NOS shows a diffuse proliferation of large atypical lymphoid cells with vesicular nuclei containing prominent nucleoli. Many mitotic figures and single cell necrosis are noted. **B** The tumour cells are strongly positive for CD20. The neoplastic cells were also positive for BCL6, IRF4 (MUM1), BCL2, and MYC (40%), and negative for CD10 (non–germinal-centre B-cell phenotype). **C** Uniform strong nuclear positivity for TdT is seen. **D** TdT expression can be more variable in other cases, however.



**Fig. 4.157** Diffuse large B-cell lymphoma NOS, immunophenotypic characteristics associated with prognosis. Concurrent high protein expression of BCL2 (**A**) and MYC (**B**) by immunohistochemistry in diffuse large B-cell lymphomas NOS (dual expressers) and strong expression of p53 (**C**) are associated with an adverse outcome.

### *Cell of origin*
ABC-DLBCL-NOS has an inferior outcome in response to standard therapies when compared with the GCB group in most but not all clinical cohorts. Studies comparing COO classification by gene expression with the Hans criteria have shown that gene expression profiling has superior performance in the prediction of overall survival {3552,3815,3224,10,724,841}, and cases with the most confident COO calls by gene expression profiling are associated with the strongest survival differences {246}. However, COO classification has shown a disappointing lack of impact as a predictive marker in targeted approaches in clinical trials, specifically those directed to ABC-DLBCL.

### *Double-hit signature–positive / molecular high grade*
Cases with a positive double-hit signature (DHITsig) / molecular high-grade (MHG) signature, both reflecting DZ biology, are a poor-prognostic molecular subgroup within DLBCL-NOS, and particularly of GCB-DLBCL, with an inferior response to standard treatment {1080,3686,65}, and they may be a target for alternative therapies.

### *Gene rearrangements*
The overall deleterious effect of *MYC* rearrangements on DLBCL-NOS survival is pronounced when *MYC* is rearranged to an IG gene partner {3471}. Similarly, *TP53* mutation in combination with *MYC* can result in a poor outcome {764}. DLBCL with *MYC* rearrangements involving non-IG genes may result in variable MYC expression {337,4555}. The prognostic impact of a given non-IG partner of *MYC* deserves further investigation {3471,4555}. *BCL2* rearrangements in DLBCL may indicate transformation of follicular lymphoma, which may be subclinical.

### *Copy-number abnormalities*
An increased *MYC* copy number occurs in as many as 20% of patients with DLBCL-NOS {1081,780}, but in most studies it has no impact on outcome {4139,1537}; this may be explained by the lack of correlation with MYC expression {1081,780}. Amplification of a non-rearranged *MYC* locus has been variably defined and needs further standardization; however, the prognostic impact of copy-number gain in published studies has been controversial {4139,716,2215,1081,3326,2085,3281}.

### *Molecular subtypes of DLBCL*
The proposed molecular subtypes in DLBCL-NOS have different impacts on the prognosis {3629,644,2191,4417,1673}; however, there is currently no consensus as to how this additional information might aid in treatment decision-making. Before meaningful introduction in practice, harmonization is needed between the different proposed molecular classifications, including technical and bioinformatic aspects, as well as availability of assays under good laboratory practice standards. Thereafter, clinical trials are required before the clinical utility of the subgroups can be fully elucidated. The prognostic impact of non-coding mutations is as yet unexplored.

### *Protein expression and prognosis*
Expression of CD5 has been linked to an adverse prognosis, especially in Asian patients, and is more often seen in ABC-DLBCL-NOS {4471,1082,2962}. Concurrent high protein expression of BCL2 and MYC in diffuse large B-cell lymphoma NOS (dual expressers) carries an adverse prognosis {1406,1813,1634,3815}. However, this may not be independent of the prognostic impact of mutation subgroups {2659}. Increased CD30 expression and strong p53 expression may also have an impact on outcome.

### *Therapy*
The standard immunochemotherapy approach for the treatment of DLBCL-NOS is R-CHOP. Recent randomized studies have investigated whether there is a benefit to more dose-intensive regimens than R-CHOP, and the results have not demonstrated a survival advantage. Strategies targeting the COO have added agents with differential activity in the ABC-DLBCL subtype, but recently reported randomized results have not shown a clear advantage over R-CHOP in these trials {2280,4512,879,2985}.





# T-cell/histiocyte–rich large B-cell lymphoma

Hartmann S
Fromm JR
Medeiros LJ
Natkunam Y
Nicolae A

## Definition
T-cell/histiocyte–rich large B-cell lymphoma (THRLBCL) is an aggressive B-cell lymphoma with < 10% large neoplastic B cells, scattered in a diffuse background rich in T cells and histiocytes, and with a virtual absence of small B cells. A subset of cases show marked clinical, immunophenotypic, and molecular overlap with nodular lymphocyte-predominant Hodgkin lymphoma (NLPHL).

## ICD-O coding
9688/3 T-cell/histiocyte–rich large B-cell lymphoma

## ICD-11 coding
2A81.4 T-cell/histiocyte–rich large B-cell lymphoma

## Related terminology
None

## Subtype(s)
T-cell/histiocyte–rich large B-cell lymphoma, de novo; T-cell/histiocyte–rich large B-cell lymphoma progressed from nodular lymphocyte-predominant Hodgkin lymphoma

## Localization
THRLBCL usually affects lymph nodes, often below the diaphragm. There is frequent involvement of spleen, liver, and bone marrow at diagnosis {20}.

## Clinical features
THRLBCL commonly manifests as stage III–IV systemic disease. Patients typically present with B symptoms, splenomegaly, and/or hepatomegaly, often with elevated serum LDH. Imaging studies by FDG PET show a maximum standardized uptake value similar to that in diffuse large B-cell lymphoma (DLBCL) NOS, but a total metabolic tumour volume 10 times as high as that of DLBCL has been reported {3625,239}. The disease follows a heterogeneous clinical course {20}.

## Epidemiology
THRLBCL accounts for < 10% of large B-cell lymphomas. It preferentially affects middle-aged or older adults (age range: 18–90 years), with rare cases affecting children {2404,4019}. There is a slight male predominance (M:F ratio: 1.7–2.6:1) {3053,20,19,2345,1226,1157}. The sociodemographic characteristics



**Fig. 4.158** T-cell/histiocyte–rich large B-cell lymphoma. **A** Single scattered large neoplastic cells with prominent nucleoli and partly with multilobated nuclear morphology are seen in a dense, non-neoplastic, lymphohistiocytic background. **B** Pink-appearing histiocytes mask the few pleomorphic tumour cells present. **C** Higher magnification shows pleomorphic tumour cells with atypical, partly multilobated nuclei. **D** There are abundant histiocytes, in this case with few T lymphocytes and neoplastic cells.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 174 of 195

resemble NLPHL more than DLBCL-NOS {3053}. SEER data from the USA show a higher incidence among African Americans than among White and Asian Americans {3053}.

### Etiology
Unknown

### Pathogenesis
THRLBCL is derived from germinal-centre B cells with ongoing somatic hypermutation of IG genes and intraclonal diversity {449}. NLPHL and THRLBCL have been reported to occur synchronously and metachronously in occasional patients. Familial clustering of these lymphoma entities has also been reported {3500}. Microdissected tumour cells of both entities demonstrate a comparable gene expression profile {1514,477}. Recurrent genomic imbalances, such as gains of 2p16.1 (*REL* locus), are observed in both. Similarly to NLPHL variants, THRLBCL presents an overall higher number of genomic imbalances than conventional NLPHL by array comparative genomic hybridization {1515}. Both NLPHL and THRLBCL harbour mutations recurrently affecting *JUNB*, *DUSP2*, *SGK1*, *SOCS1*, and *CREBBP*, in the majority as a result of aberrant somatic hypermutation {3647, 1524}. Taken together, these data support a close pathogenetic relationship between NLPHL and THRLBCL.

The high content of macrophages/histiocytes and dendritic cells in the THRLBCL background is attributable to a tolerogenic host immune response with a prominent proinflammatory, interferon-dependent signature (IDO1, CCL8, VSIG4, STAT1, CD54 [ICAM1], CD64, and CXCL10), high IL-4 levels, and expression of metal-binding proteins (e.g. MT2A) {2466,690,4161,1525}. Although the reactive T-cell infiltrate was previously described as being composed predominantly of non-activated cytotoxic T cells {1157,424}, more recent studies using flow cytometry demonstrate a predominance of CD4+ T cells in most THRLBCLs, with a T follicular helper (TFH)-like signature observed in a subset {2155,4422}. By immunohistochemistry, the CD4:CD8 ratio of de novo THRLBCL is variable, ranging from 0.06:1 to 14.4:1 {1417,1514}, with frequent cell–cell contacts of CD8+ T cells and tumour cells {3516}. In a recent study, 64% of cases showed *CD274* (*PDL1*) / *PDCD1LG2* (*PDL2*) copy-number gains or amplifications and increased PDL1 expression {1417}.

### Macroscopic appearance
The lymph node is enlarged, with a homogeneous greyish appearance and without an evident nodular pattern.

### Histopathology
There is diffuse or vaguely nodular effacement of the lymph node architecture {19}. At low magnification, the involved tissue has a characteristic pale eosinophilic appearance attributable to the background histiocytic population that is also mixed with small T cells. In contrast, eosinophils and plasma cells are rarely encountered. The neoplastic large B cells are randomly scattered, without formation of aggregates or sheets. They range in appearance from lymphocyte-predominant cells, centroblasts, and immunoblasts to HRS-like cells {20,2345,4053}. Foci of necrosis with large cells persisting in perivascular locations and marked fibrosis may be seen. Bone marrow involvement by THRLBCL can be diffuse or show a nodular, intertrabecular or paratrabecular pattern. In the spleen, a micronodular pattern of white pulp involvement, sometimes with coalescent nodules in a fibrotic stroma, has been described {979}. In the liver, portal tracts are infiltrated and irregularly expanded.




**Fig. 4.159** T-cell/histiocyte–rich large B-cell lymphoma. **A** CD20 immunostaining shows pleomorphic neoplastic cells with a virtual absence of small B cells. **B** CD3 immunostaining highlights abundant small reactive T cells in the microenvironment. **C** Abundant CD163-positive macrophages. **D** Histiocytes express nuclear and cytoplasmic MT2A, indicating the metal-binding properties of these particular histiocytes

#### *Immunophenotype*
The neoplastic cells express pan–B-cell markers (CD20, CD79a, PAX5, OCT2), CD45, MEF2B, and BCL6, and variably express IRF4 (MUM1) and EMA {2765,2345,19}. CD30, CD10, CD15, PU.1, and IgD are rarely positive {3292,2528}, and EBV is absent. Cases formerly labelled as EBV-positive THRLBCL should be diagnosed as EBV-positive diffuse large B-cell lymphoma {2954}.

The microenvironment contains high numbers of CD68+ and CD163+ histiocytes {1525}, as well as CD3+ T cells. Characteristically, there is a virtual absence of small B cells (typically ≤ 5%, although no validated cut-off point has been established). Follicular dendritic cell (FDC) meshworks (CD21+ or CD23+) are absent.

#### *Differential diagnosis*
The main differential diagnoses of THRLBCL includes NLPHL, EBV+ DLBCL, peripheral T-cell lymphoma, and classic Hodgkin lymphoma (CHL). Distinction of THRLBCL from NLPHL can be impossible in core needle biopsy specimens. There is no immunophenotypic or molecular marker that specifically distinguishes between these entities, and their separation largely relies on the clinical presentation and the presence of at least one unequivocal nodule in NLPHL. The presence of residual IgD+ mantle cells, an abundant population of T cells expressing TFH markers (PD1, CD57) with rosettes around neoplastic B lymphocytes, and partially preserved CD21/CD23+ FDC meshworks favour NLPHL over THRLBCL. Composite cases that contain unequivocal areas of NLPHL should be classified as NLPHL variant. Cases that do not have evidence of NLPHL may still have an unsampled NLPHL component.

EBV+ DLBCL can be morphologically indistinguishable from THRLBCL. It may show scattered or small clusters of EBV+ cells resembling immunoblasts, lymphocyte-predominant cells, or HRS-like cells in a background rich in histiocytes and T cells {2755,3034,2954,3092,1612}. Thus, EBV-encoded small RNA (EBER) in situ hybridization or at least LMP1 immunohistochemical staining is mandatory in the workup of patients with suspected THRLBCL.

In the distinction of THRLBCL from nodal peripheral T-cell lymphoma with TFH phenotype, special attention should be given to the morphological atypia of T cells, the presence of numerous CD30+ T cells in the microenvironment {1520}, the expression of CD10 {2795} and other TFH markers by T cells, a hyperplastic FDC meshwork, and demonstration of a monoclonal TR gene rearrangement to substantiate the diagnosis of a nodal TFH cell lymphoma.

THRLBCL may also mimic CHL, mainly lymphocyte-depleted or mixed-cellularity subtypes, which often contain abundant histiocytes. Staining for CD20 and CD15 is helpful, because HRS cells of CHL are CD20– or variably weakly CD20+ and variably CD15+, as opposed to the neoplastic cells in THRLBCL, which are homogeneously CD20+/CD15– and additionally express other B-cell antigens. Furthermore, MEF2B, BCL6, and weak/variable IRF4 (MUM1) positivity, as well as an absence of GATA3, are helpful in the diagnosis of THRLBCL. In addition, THRLBCL lacks eosinophils and remnants of B-cell nodules often present in CHL.

### Cytology
The diagnosis of THRLBCL cannot be reliably made on cytological specimens.

### Diagnostic molecular pathology
The neoplastic B cells show monoclonally rearranged IG genes, although these may not be demonstrable in cases with low numbers of neoplastic B cells. TR genes are in the germline configuration.

### Essential and desirable diagnostic criteria
*Essential:* diffuse effacement of lymph node architecture; singly scattered large B cells, without formation of aggregates or sheets; reactive background rich in histiocytes and small T cells, with no (or few) scattered small B cells; absence of FDC meshworks by CD21 or CD23 stain; absence of NLPHL.
*Desirable:* lymph node excision is preferred; exclude EBV association.

### Staging
Staging is performed using the Lugano classification.

### Prognosis and prediction
THRLBCL is an aggressive lymphoma, often refractory to chemotherapy, with a 5-year overall survival of 66% {1960,1517,1129}. The International Prognostic Index (IPI) score is highly correlated with the prognosis. Heterogeneous clinical behaviour has been described in the literature, probably due to heterogeneous diagnostic criteria.



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 175 of 195

# Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements

Tooze RM
Barrans SL
Davies AJ
Dunleavy K
Gopal AK
Lenz G
Leoncini L
Li S
Macon WR
Momose S
Rosenwald A
Tamaru J

## Definition

Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements (DLBCL/HGBCL-*MYC/BCL2*) is an aggressive mature B-cell lymphoma with structural chromosomal aberrations with breakpoints at both *MYC* and *BCL2* loci.

## ICD-O coding

9680/3 Diffuse large B-cell lymphoma / high grade B-cell lymphoma with *MYC* and *BCL2* rearrangements

## ICD-11 coding

2A81.Y & XH23Z3 Other specified diffuse large B-cell lymphomas & High-grade B-cell lymphoma with *MYC* and *BCL2* and/ or *BCL6* rearrangements

## Related terminology

*Acceptable*: high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements; high-grade B-cell lymphoma with *MYC*, *BCL2*, and *BCL6* rearrangements.

## Subtype(s)

DLBCL/HGBCL-*MYC/BCL2* without *BCL6* rearrangement; DLBCL/HGBCL-*MYC/BCL2* with *BCL6* rearrangement; DLBCL/ HGBCL-*MYC/BCL2* (with or without *BCL6* rearrangement) with TdT expression

## Localization

Advanced-stage disease at diagnosis occurs in the majority of patients {189,3471}. Although the lymph nodes are most commonly involved, a high proportion (30–88%) of cases show in addition involvement of more than one extranodal site. Bone marrow and CNS dissemination is not infrequent.

## Clinical features

A high proportion of patients present with a high International Prognostic Index (IPI) score due to advanced-stage disease (stage III–IV according to the Lugano system) {688}, a high LDH level, and extranodal involvement {2310,2228}. Clinical features may reflect extranodal site involvement (e.g. bone marrow and CNS). Adoption of routine FISH testing for DLBCL/HGBCL at many institutes has identified increased numbers of patients with DLBCL/HGBCL-*MYC/BCL2*, including some with earlier stage and lower-risk disease who probably have a less adverse outcome {245,3177,3326,4046}.

## Epidemiology

In European and North American cohorts, *MYC*-rearranged diffuse large B-cell lymphoma (DLBCL) represented 11–12% of DLBCL cases, of which 39% were DLBCL/HGBCL-*MYC/BCL2* and 12–14% DLBCL/HGBCL-*MYC/BCL2* with an additional *BCL6* rearrangement {3657,3471}. DLBCL/HGBCL-*MYC/BCL2* represents 3.5–9.9% of DLBCL cases {3657,189,2135,3471}. The relative frequency may differ in other populations, but evidence is limited {4560,4083}. Most patients with DLBCL/HGBCL-*MYC/BCL2* are in their seventh decade of life and beyond, and younger adults are affected less frequently. There is a male preponderance. The incidence is approximately 0.3–0.8 cases per 100 000 person-years {2310,189,3471}.




**Fig. 4.160** Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements. The mutation and gene expression features are displayed, based on modified cell-of-origin classification of a representative cohort of diffuse large B-cell lymphomas with double-hit (DH) or triple-hit (TH) status. The upper panel displays the division of cases by translocation status into triple-hit, double-hit *MYC/BCL2*, and double-hit *MYC/BCL6*, as indicated. Beneath this is the gene expression–based classification per case into cell-of-origin classes, including molecular high-grade classification, followed by the mutation pattern for a lymphoma target gene panel as indicated on the left (red squares identify the presence of mutation, and black dots identify hotspot mutations in *MYC*). The pie charts beneath illustrate the relative proportions of cell-of-origin and molecular high-grade (MHG) classifications as identified in the colour code beneath {848}. ABC, activated B-cell–like gene expression signature; GCB, germinal centre B-cell–like gene expression signature; GEP, gene expression profiling; Mut/tr, mutation/ translocation; N/A, not available; UNC, unclassified gene expression signature.

## Etiology

Unknown

## Pathogenesis

DLBCL/HGBCL-*MYC/BCL2*, by definition, harbours two oncogenic rearrangements: one targeting *MYC* and one targeting *BCL2*. Their often aggressive behaviour is postulated to be the result of aberrant expression of BCL2, leading to increased apoptotic resistance, and MYC activation, driving proliferation. The normal counterpart of DLBCL/HGBCL-*MYC/BCL2* is postulated to be a mature germinal centre–experienced B cell, with a high IGHV mutation load {189}. *BCL2* (18q21) is primarily translocated to IGH (14q32) {189,644,732}. *MYC* (8q24) translocation is more diverse and is to IG loci in 55–58% of cases – predominantly IGH, alternatively IGL via t(8;22)(q24;q11), or, more rarely, IGK via t(2;8)(p11;q24) {644,1815,732,3471}. *MYC* non-IG partners include *BCL6*, the *PAX5* enhancer region of *ZCCHC7*, and *RFTN1* {337,1815,732}. *BCL6*::*MYC* reciprocal translocations are of note, because these represent a proportion of the cases previously designated as having triple-hit status (now considered pseudo–triple-hit) as well as some cases of DLBCL/ HGBCL with *MYC* and *BCL6* rearrangements (pseudo–*MYC/BCL6* double-hit) {1815}. However, the relative frequency of reciprocal *BCL6*::*MYC* translocations and the impact on *MYC* and *BCL6* locus regulation remain undetermined {4555}. *MYC* translocation to IG or non-IG loci is secondary to *BCL2* translocation and is most likely acquired in the germinal-centre reaction, but evidence of established follicular lymphoma is reported in only 20–35% {2310,189,3176,848,4245}.

Complex karyotypes are common {2241,388,3769,189,2135}. By sequencing, DLBCL/HGBCL-*MYC/BCL2* shows frequent mutations of genes typically altered in follicular lymphoma, such as *BCL2*, *KMT2D*, *CREBBP*, *EZH2*, and *TNFRSF14*, as well as *MYC* {848}. Consequently, DLBCL/HGBCL-*MYC/BCL2* is mostly concordant with the DLBCL molecular subgroups referred to as EZB cluster, C3 cluster, or BCL2 cluster in the respective molecular classification systems {3629,644,2191,4417}. DLBCL/HGBCL-*MYC/BCL2* mutation features are shared with follicular lymphoma and transformed follicular lymphoma {3040,848}.

Related gene expression signatures such as the double-hit signature (DHITsig) and molecular high-grade (MHG) signature have been shown to identify DLBCL/HGBCL-*MYC/BCL2* {1683,3686,1080}. They are also expressed in Burkitt lymphoma, pointing to the fact that they capture particular biological features related to the dark zone of the germinal centre, recently also corroborated by single-cell transcriptomic analyses {1618,4077}. Therefore, it was proposed that the DHIT signature be renamed the "dark-zone signature" {65}. Of interest, only 50% of dark-zone and MHG signature–positive cases harbour the *MYC/BCL2* double hit. In some of these cases, tumours with cryptic translocations have been identified, but in the majority a *MYC/BCL2* dual translocation or an evident surrogate thereof is absent {1587,848}

### *Diffuse large B-cell lymphoma / high-grade B-cell lymphoma NOS with MYC and BCL6 rearrangements*

DLBCL/HGBCL-*MYC/BCL2* represents a homogeneous pathological entity whose pathogenesis has a close relationship to that of follicular lymphoma and related molecular DLBCL subtypes {3657,1080,848,4417}. In contrast, DLBCL/HGBCL with *MYC* and *BCL6* translocations, but lacking *BCL2* translocation, diverges from DLBCL/HGBCL-*MYC/BCL2* in patterns of presentation {3241,3640,2643,2443}, frequent non–germinal-centre B-cell immunohistochemistry phenotypes, and activated




**Fig. 4.161** Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements. Diffuse large B-cell lymphoma / large cell morphology seen with H&E at lower (**A**) and higher (**B**) magnification, and with Giemsa (**C**). High-grade B-cell lymphoma morphology with a monotonous appearance and tumour cells of intermediate size seen at lower (**D**) and higher (**E**) magnification. A monotonous blastoid morphology with an intermediate tumour cell size is observed (**F**).







Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 176 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 177 of 195



**Fig. 4.162** Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements. Cytological smears show large blastoid cells in the peripheral blood (**A**) and a dense infiltrate in the bone marrow (**B**).

B-cell–like gene expression profiles {189,2216,3657,848}. In addition, it shows infrequent mutations of epigenetic regulators linking DLBCL/HGBCL-*MYC/BCL2*, follicular lymphoma, and the EZB DLBCL cluster, but instead shows a more varied pattern, including mutations in genes such as *PIM1* and *CD79B* that have been linked to the ABC-DLBCL subtype {644,848}. Because the current evidence points to a heterogeneous biology with variable gene expression profiles and mutation spectra, these cases are excluded from the DLBCL/HGBCL-*MYC/BCL2* entity and are included in DLBCL-NOS or HGBCL-NOS. Their presence, however, should be reported to allow for their inclusion into ongoing clinical trials. In addition, such cases have shown variable risk association in different series {797, 2307,2216,4494,764,2624,3471}.

### *Other double hits and copy-number aberrations without rearrangements*

*MYC* translocations in the absence of a *MYC/BCL2* double-hit context occur in various lymphoma entities in isolation or with other events, such as *CCND1* translocations in mantle cell lymphoma or gain of non-rearranged *BCL2* or mutation/deletion of *TP53* {764,3657,3471} in DLBCL-NOS. Multiple characteristics linked to *MYC* translocation, such as *MYC* hotspot mutations that enhance MYC protein stability, identify high-risk disease {3471,764,3657,1080,3686,848}. Similarly, amplification of *BCL2* in the context of *MYC* translocation and low- or high-level amplifications of the *MYC* locus in cases with *BCL2* translocations enrich for high-risk DLBCL {2314,3326,2135}. Nevertheless, neither single-nucleotide nor copy-number variants constitute oncogenic hits defining this entity in the absence of a bona fide chromosomal breakpoint, because, for example, *MYC* amplifications are not associated with equivalent mRNA or protein expression to that of *MYC*-translocated cases and therefore do not justify classification as DLBCL/HGBCL-*MYC/BCL2* {780}.

## Macroscopic appearance

Not applicable

## Histopathology

The growth pattern is diffuse and the underlying tissue architecture is effaced. A DLBCL morphology is most frequent, and a starry-sky pattern is present in some cases. Mitotic figures and apoptosis are variable. Some cases show a morphology intermediate between that of DLBCL and Burkitt lymphoma, characterized by medium-sized to large cells showing prominent mitotic and apoptotic figures, often accompanied by starry-sky macrophages. Other cases represent the blastoid variant, which resemble lymphoblasts with medium-sized cells, scant cytoplasm, round nuclei with finely distributed chromatin, and occasional small nucleoli {1972}. Relative to DLBCL morphology, a higher frequency of dual *MYC* and *BCL2* translocations has been reported in intermediate or blastoid morphologies (reported ranges: 23–50% and 64–75% of cases, respectively) {189,2724, 1862,2763}. However, because the distinction between the intermediate and blastoid morphologies is not highly reproducible, these alternative morphologies can be grouped under the single term "intermediate/blastoid". Reporting should be performed according to a layering strategy, with morphological classification as the root and genetic information added when this becomes available in the diagnostic process: diffuse large B-cell lymphoma with *MYC* and *BCL2* rearrangements or high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements.

### *Immunohistochemistry*

DLBCL/HGBCL-*MYC/BCL2* expresses the pan–B-cell antigens CD19, CD20, CD79a, and PAX5. CD10 is positive in 88–98%, BCL6 in 75–89%, and IRF4 (MUM1) in 17–42% {190}. Consequently, 91–99% of these tumours have a germinal-centre B-cell (GCB)-like phenotype, according to the Hans cell-of-origin classifier {1490,190,1666,2624}. Most express MYC (78–86%) and BCL2 (90–95%) proteins, with 71–81% expressing both (dual-expressers), based on thresholds of ≥ 40% and ≥ 50%, respectively, to define positivity {190,4311,1666,2624}. The Ki-67 (MIB1) proliferation index is high (range: 50–100%; median: 90%) {190}, but a low proliferation index does not exclude DLBCL/HGBCL-*MYC/BCL2* {2763}. EBV infection and varying amounts of EBER-positive tumour cells do not exclude the diagnosis, but they are rare {2377}. Approximately 2% of DLBCL/HGBCL-*MYC/BCL2* cases have been reported to contain TdT-positive tumour B cells ranging from rare positive cells to near-uniform expression. Such cases may be CD20-weak/negative and lack expression of BCL6 and/or light chains, indicating a more immature phenotype {2381,4265,345}.



### *Differential diagnosis*

Cases of DLBCL/HGBCL-*MYC/BCL2* may morphologically resemble Burkitt lymphoma, which is excluded by identification of a *MYC* and *BCL2* dual translocation.

There are no reliable criteria for predicting DLBCL/HGBCL-*MYC/BCL2* by DLBCL morphology. Therefore, evaluation of *MYC* and *BCL2* (and *BCL6*) translocation status is advocated in all aggressive B-cell lymphomas.

Follicular lymphomas with coincident *MYC* and *BCL2* translocations are by definition excluded from this category, as are rare cases of other defined large B-cell lymphoma entities with incidental *MYC* and *BCL2* translocations {2677,2702,650}. Cases of DLBCL/HGBCL-*MYC/BCL2* with antecedent or concurrent follicular lymphoma should be reported as "DLBCL/HGBCL with *MYC* and *BCL2* rearrangements, transformed from follicular lymphoma" {345}.

Very rare B-lymphoblastic leukaemias/lymphomas (B-ALL/LBLs) have *MYC* and *BCL2* dual translocations and are seen particularly in the paediatric / young adult setting {2381,4265}. Young age is more suggestive of B-ALL/LBL, but the differentiation from DLBCL/HGBCL-*MYC/BCL2* remains challenging. Distinction on immunohistochemistry phenotype alone is not advised, but flow cytometric phenotyping to distinguish between the precursor and mature B-cell states (e.g. CD34) may be helpful {4265}. Molecular analysis may support the distinction, because *MYC*-rearranged B-ALL/LBL shows IG::*MYC* translocations, implicating V(D)J recombination at the IGH locus, and carries unmutated IGHV rearrangements and *NRAS* or *KRAS* mutations while lacking mutations observed in Burkitt lymphoma and DLBCL/HGBCL-*MYC/BCL2* {4265}. The blastoid variant may raise the differential diagnosis of mantle cell lymphoma, and immunostaining for CD5 and cyclin D1/SOX11 should be performed to exclude it.

The occurrence of a dual *MYC* and *BCL2* translocation in primary CNS large B-cell lymphomas is extremely uncommon {2981}. Therefore, exclusion of secondary involvement of the CNS from systemic disease is essential.

*MYC* translocations and MYC/BCL2 dual expression are reported in some cases of primary cutaneous DLBCL, leg type. However, those cases predominantly show dual *MYC* and *BCL6* translocations and therefore do not form part of the DLBCL/HGBCL-*MYC/BCL2* {2643,3640,2443}.

## Cytology

There are no specific cytological features of DLBCL/HGBCL-*MYC/BCL2* relative to DLBCL or HGBCL lacking translocations. Aspiration cytology, therefore, is not advised for diagnosis.

## Diagnostic molecular pathology

Because DLBCL/HGBCL-*MYC/BCL2* is a genetically defined tumour, all B-cell lymphomas that could potentially fall within this category should be evaluated for gene rearrangement status. A sequential strategy starting with evaluation of *MYC* translocation is advised. If FISH is applied, a low (< 5%) false negative rate has to be acknowledged {3657} (e.g. attributable to incomplete probe coverage of *MYC* breakpoints or cryptic rearrangements with variant molecular configurations) {2841, 732}. The finding of a *MYC* rearrangement should then trigger



**Fig. 4.163** Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC*, *BCL2*, and *BCL6* rearrangement and *MYC* translocated to non-IG partner. Immunohistochemistry showing diffuse BCL2 expression (**A**), CD10 expression (**B**), BCL6 expression (**C**), and MYC expression in part of the tumour cells with varying intensity (**D**). **E** A high Ki-67 proliferation index is seen.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 178 of 195



**Fig. 4.164** Diffuse large B-cell lymphoma / high-grade B-cell lymphoma with *MYC* and *BCL2* rearrangements. TdT expression can be observed in tumour cells in some cases.

the evaluation of: (1) *BCL2* (and *BCL6*) rearrangement status, (2) *MYC* translocation partner {3471}.

*Immunohistochemical pre-screening strategies*

There is no current universally accepted and highly predictive immunohistochemical screening tool for determining which DLBCL/HGBCL cases should undergo *MYC* translocation analysis. Using GCB cell-of-origin immunohistochemistry testing would reduce *MYC* testing to about 52% of all DLBCLs while potentially detecting ≥ 99% of DLBCL-*MYC*/*BCL2* cases {3657}. Using GCB cell-of-origin immunohistochemistry testing together with MYC and BCL2 dual expression as a selection criterion for *MYC* FISH testing would reduce testing to 13% of DLBCL cases and achieve a 35% positive predictive value {3657}. Moderate to strong MYC protein expression in > 70% of neoplastic cells has been reported to be highly predictive of presence of *MYC* translocation {102,3176,4587}. Howeve[r], false negative immunohistochemistry can occur, due to weak MYC mRNA expression despite translocation or due to genetic polymorphisms {780}.

Adverse risk in DLBCL/HGBCL-*MYC*/*BCL2* has been linked to IG::*MYC* translocations {3471}. Depending on the clinical consequences, testing for fusion of *MYC* to IGH, if negative, can be followed by testing of fusions to IGK or IGL loci. *MYC* translocation to a non-IG partner can be reported where all three IG loci have been excluded as fusion partners of *MYC*, with an optional statement that this may indicate a less adverse outcome.

**Essential and desirable diagnostic criteria**

*Essential:* morphology and phenotype consistent with a[n] aggressive B-cell lymphoma; evidence of concurrent *MYC* and *BCL2* rearrangements (with or without *BCL6* rearrangement).

*Desirable:* GCB phenotype; TdT protein expression status; determination of *MYC* fusion partner.

**Staging**

The Lugano system is used to stage these lymphomas {688}.

**Prognosis and prediction**

DLBCL/HGBCL-*MYC*/*BCL2* is characterized by an aggressive clinical course. Immunochemotherapy with R-CHOP is associ[ated] with poor outcomes, with 4/5-year overall survival rates of about 40–50% {2191,2228}. As a result, there are advocates for dose-intensified regimens, but there is a paucity of prospective and randomized studies to inform optimal approaches {3213, 2313,2214,1020,4046,610,2228}. The *MYC* translocation partner (IG::*MYC*), TdT expression, and *MYC* hotspot mutation may select further for higher risk within DLBCL/HGBCL-*MYC*/*BCL2* {1080,3686,3471,848}, but their impact on treatment choice is unclear.





# ALK-positive large B-cell lymphoma

Medeiros LJ
Delabie J
Farinha P
Molina TJ
Sengar M
Takeuchi K
Wang HY

**Definition**

Anaplastic lymphoma kinase–positive large B-cell lymphoma (ALK+ LBCL) is a diffuse, monomorphic neoplasm of large B cells with a plasmablastic immunophenotype and ALK expression due to *ALK* rearrangement.

**ICD-O coding**

9737/3 ALK-positive large B-cell lymphoma

**ICD-11 coding**

2A81.8 ALK-positive large B-cell lymphoma

**Related terminology**

*Not recommended:* ALK-positive plasmablastic B-cell lymphoma; ALK-positive diffuse large B-cell lymphoma (obsolete).

**Subtype(s)**

None

**Localization**

ALK+ LBCL arises in lymph nodes in roughly 75% of cases, with frequent involvement of cervical lymph nodes. A variety of extranodal sites have been reported, among them the upper aerodigestive tract, brain, gastrointestinal tract, liver, and spleen {1804,571}.

**Clinical features**

Patients may present with asymptomatic lymphadenopathy or may have symptoms attributable to a tumour mass {2234, 3121,3876,571}. Approximately half to two thirds of patients have B symptoms. Serum LDH and B2M levels are commonly elevated. Patients may have localized or widely disseminated disease. Staging bone marrow evaluation is positive in 25–35% of patients, and two thirds of patients have a high International Prognostic Index (IPI) score {2234,571}.

**Epidemiology**

ALK+ LBCL is uncommon and represents < 1% of large B-cell lymphomas. Since its original description in 1997 {926}, a total of 184 cases have been reported, as summarized in a recent review {571}. There is a wide age range (9–85 years), with a median of 35–38 years {3121,571}. The M:F ratio is 3–4:1 {3876, 571}. There is no known association with immunodeficiency.

**Etiology**

Unknown

**Pathogenesis**

Translocations, inversions, and insertions involving *ALK* at chromosome 2p23 play an essential role in pathogenesis. A total of 10 molecular alterations have been described, and seven partners of *ALK* translocation are known {3064,3485,3945,2261, 3533,1739} (see Table 4.31, p. 431). By far the most common is t(2;17)(p23;q23), involving clathrin (*CLTC*). ALK is a tyrosine kinase that is constitutively activated by these molecular alterations. Activated ALK triggers many cellular signalling pathways involved in transformation, growth, and inhibition of apoptosis, including the JAK/STAT, PI3K/AKT, MAPK/ERK, and PLCG2 pathways {4138,571}. Gains or amplifications of *MYC* occur in about 50% of cases {4138}.

**Macroscopic appearance**

ALK+ LBCL appears as a tumour mass that has a fish-flesh appearance. Haemorrhage and/or necrosis can be present.



**Fig. 4.165** ALK-positive large B-cell lymphoma. The neoplastic infiltrate partially replaces the lymph node parenchyma (right side).



**Fig. 4.166** ALK-positive large B-cell lymphoma. The neoplastic cells extensively replace lymph node structures (reactive germinal centre at lower left). They show plasmablastic features with abundant eosinophilic cytoplasm and eccentrically located nuclei.



Fig. 4.167 ALK-positive large B-cell lymphoma. High magnification shows neoplastic cells with large central nuclei, prominent nucleoli, and abundant cytoplasm. A H&E. B Giemsa.

## Histopathology

ALK+ LBCL usually replaces the normal architecture diffusely, but in lymph nodes one third of cases show a sinusoidal pattern of involvement {3121,3876}. The neoplastic cells are monomorphic and large, with abundant amphophilic or eosinophilic cytoplasm. These cells can have central nuclei and prominent nucleoli resembling immunoblasts, or they can have abundant cytoplasm with eccentrically located nuclei more in keeping with plasmablasts. Infrequently, the lymphoma cells show anaplastic features, and giant HRS-like cells can be present {3121}. Apoptosis is often brisk and mitotic figures numerous. Necrosis is present in about 20% of cases.

### *Immunohistochemistry*

The neoplastic cells are positive for ALK and the pattern of staining correlates with the type of *ALK* rearrangement (see Table 4.31), with cytoplasmic granular staining being most common.

The neoplastic cells have a plasmablastic immunophenotype: positive for plasma cell markers such as CD138, IRF4 (MUM1), VS38c, Blimp1, and XBP1 and most often negative for CD20. CD20 can be variable, however, and is weakly positive in 10–15% of cases. The lymphoma cells also express EMA, BOB1, OCT2, CD45RB (can be weak), cytoplasmic immunoglobulin (IgA > IgG; lambda > kappa), MYC, and activated STAT3 (nuclear and/or phosphorylated) {2234,4138,3533,571}. CD4, CD10, CD38, CD43, and/or CD57 have been reported in 40–50% of cases, but often variably and/or weakly. Infrequently, cases can be positive for PAX5 (~20%), CD79a (~20%), BCL6 (~20%), CD15 (~20%), CD30 (~15%), and keratins (~15%). Perforin has been positive in a few cases assessed {3814,4325}. The lymphoma cells are negative for CD19, CD22, cyclin D1, and BCL2. There is no evidence of infection by EBV or KSHV/HHV8 {3533,571}.

Table 4.31 *ALK* abnormalities and immunohistochemical staining pattern in ALK+ large B-cell lymphoma

| Known or theoretical cytogenetic abnormality | *ALK* partner | ALK immunostaining pattern |
|---|---|---|
| t(2;17)(p23;q23) | *CLTC* | Cytoplasmic; granular |
| t(2;5)(p23;q35.3) | *SQSTM1* | Cytoplasmic; diffuse |
| t(2;5)(p23;q35) | *NPM1* | Nuclear and cytoplasmic |
| inv(2)(p23q13) or t(2;2)(p23;q13) | *RANBP2* | Nuclear membrane and perinuclear punctate |
| inv(2)(p21p23) | *EML4* | Cytoplasmic; diffuse |
| inv(2)(p21q31.1) or t(2;2)(p23;q31.1) | *GORASP2* | Cytoplasmic; diffuse |
| Cryptic | *SEC31A* | Cytoplasmic; granular |
| t(X;2)(q21;q23) | Unknown | Cytoplasmic; granular |
| t(2;12)(p23;q24.1) | Unknown | Cytoplasmic; granular |
| Insertion of 3′ *ALK* into 4q22-24 | Unknown | Cytoplasmic; granular |

### *Differential diagnosis*

The differential diagnosis includes other lymphomas with plasmablastic features, such as plasmablastic lymphoma, KSHV/HHV8-positive diffuse large B-cell lymphoma, and primary effusion lymphoma.

### Cytology

In FNA smears the neoplastic cells are large and have abundant cytoplasm, large nuclei, and macronucleoli {3537}. Mitotic figures are usually present, and the lymphoma cells often appear cohesive.



Fig. 4.168 ALK-positive large B cell lymphoma. A case presenting in the gastrointestinal tract (benign epithelium at lower right of field) shows a large component of tumour cells with immunoblast-like features.

## Diagnostic molecular pathology

The IG genes are monoclonally rearranged in most cases, and the TR genes are germline. *ALK* is rearranged.

## Essential and desirable diagnostic criteria

*Essential:* large cell morphology; plasmablastic immunophenotype; ALK expression.

*Desirable:* *ALK* genetic alterations (usually translocations); no EBV association.

## Staging

The Lugano system is used to stage lymphomas and has been adopted by the Union for International Cancer Control (UICC) TNM classification {688}. About 40% of patients have localized disease (stage I or II) and 60% have advanced disease (stage III or IV).

## Prognosis and prediction

Patients are treated with systemic chemotherapy, usually the CHOP (cyclophosphamide, doxorubicin, vincristine, and prednisone) regimen {2234,571}. As these neoplasms are usually CD20-negative, rituximab is not indicated. There is likely to be a role for ALK inhibitors in future therapeutic regimens, but at present, experience using ALK inhibitors is mostly anecdotal {4325,4562}.

The median overall survival time of patients with ALK+ LBCL is < 2 years, and the 5-year overall survival rate is 28% {571}. Children and patients with localized disease have a better survival. Older patients, those with advanced-stage disease, and those with combined nodal and extranodal disease have a poorer prognosis {2234,571}.



Fig. 4.169 ALK-positive large B cell lymphoma. A case presenting in the oral cavity shows neoplastic cells with abundant pale cytoplasm.



Fig. 4.170 ALK-positive large B-cell lymphoma. FNA smear: the neoplastic cells are large, with round nuclei and abundant cytoplasm.



Fig. 4.171 ALK-positive large B-cell lymphoma. A Neoplastic cells show a plasmablastic immunophenotype, positive for CD138 and other plasma cell markers. B Immunohistochemistry for CD20 is negative. C Immunohistochemistry for ALK highlights neoplastic cells in a sinusoidal pattern.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 180 of 195

# Large B-cell lymphoma with *IRF4* rearrangement

Oschlies I
Burkhardt B
Schafernak KT
Siebert R
Woessmann W

## Definition
Large B-cell lymphoma (LBCL) with *IRF4* rearrangement (LBCL-*IRF4*-R) is a de novo mature B-cell lymphoma with a follicular and/or diffuse growth pattern, defined by strong expression of IRF4 (MUM1), usually due to an IG::*IRF4* translocation.

## ICD-O coding
9698/3 Large B-cell lymphoma with *IRF4* rearrangement

## ICD-11 coding
2A81.Y & XH6SU8 Other specified diffuse large B-cell lymphomas & Large B-cell lymphoma with *IRF4* rearrangement

## Related terminology
None

## Subtype(s)
None

## Localization
LBCL-*IRF4*-R typically involves the Waldeyer ring or cervical lymph nodes, less commonly Peyer patches or intestinal lymph nodes, and exceptionally other sites {3544,895,717,3361,2753, 193}. The majority of patients have localized disease.

## Clinical features
Most patients present with asymmetrical tonsillar enlargement or isolated cervical lymphadenopathy without B symptoms {4396,193}.

## Epidemiology
Overall, LBCL-*IRF4*-R is rare, representing < 0.1% of LBCLs. The relative incidence of LBCL-*IRF4*-R among LBCLs strongly decreases with age, and most reported patients are children and young adults. There is a slight male predominance {3544, 2040,3361}. Whereas 6–20% of paediatric mature B-cell lymphomas with diffuse large B-cell lymphoma and/or follicular large cell lymphoma morphology represent LBCL-*IRF4*-R {71, 193}, the prevalence is very low in adult patients with lymphomas with comparable morphology {3544,1632}.

## Etiology
Unknown

## Pathogenesis
A structural variant juxtaposes *IRF4* next to an IG locus, leading to pathognomonic overexpression of IRF4 (MUM1) {3544, 193}. Additional structural and nucleotide variants in *BCL6* (most within the *IRF4*-binding site) and mutations in *IRF4* result in disruption of the physiological BCL6–IRF4 interaction {3544,3361}. Losses of 17p/*TP53* (25–39%) and gains of chromosomes 7 (26–45%) and 11q (35–40%) are recurrent, as are mutations of genes related to the NF-κB pathway (*CARD11*, *CD79B*, *MYD88*), which are observed in about 35% of cases. Ongoing somatic hypermutation and gene expression profiling of LBCL-*IRF4*-R suggest a germinal-centre B-cell origin with features distinct from diffuse large B-cell lymphoma NOS {3542,3544,3361}. LBCL-*IRF4*-R seems to harbour low genomic complexity overall, especially in cases arising at a young age {1231}.

## Macroscopic appearance
Not relevant

## Histopathology
LBCL-*IRF4*-R has a purely follicular, purely diffuse, or combined follicular and diffuse architecture, resembling follicular large cell lymphoma (mostly follicular lymphoma grade 3B) and/or diffuse large B-cell lymphoma. The follicular component consists of enlarged, round, and in part confluent follicles without zonation. Follicular and diffuse areas consist of sheets of typical centroblasts and (less frequently) medium-sized blastic cells with smaller nucleoli. A starry-sky pattern is usually absent. Intermingled small T cells are scarce {3544,169}.



**Fig. 4.172** Large B-cell lymphoma with *IRF4* rearrangement. **A** Partial infiltration of the tonsil by a lymphoma with a diffuse and follicular growth pattern. High magnification shows sheets of tumour with centroblastic large cell morphology (**B**) and blastoid large cell morphology with smaller nucleoli (**C**).





**Fig. 4.173** Large B-cell lymphoma with *IRF4* rearrangement. **A** Strong IRF4 (MUM1) expression in the follicular and diffuse growth tumour components. **B** BCL6 is positive in reactive and neoplastic follicles and within the diffuse component. **C** The neoplastic follicles and the diffuse component express BCL2, while reactive germinal centres remain negative. **D** CD10 is strongly expressed in reactive germinal centres and shows weak expression within the lymphoma. **E** The lymphoma cells show coexpression of CD5.

## Immunophenotype
A mature B-cell phenotype with strong expression of both IRF4 (MUM1) and BCL6 is characteristic. CD10 and BCL2 are expressed in 50–60% of cases, and CD5 is observed in about 30%. Therefore, screening for *IRF4* translocations is especially indicated in LBCLs with simultaneous expression of BCL6 (and CD10) and IRF4 (MUM1) {1231}. Blimp1 is negative, and the Ki-67 proliferation index is high {3544,668,3361}.

## Differential diagnosis
Paediatric-type follicular lymphoma by definition lacks *IRF4* translocation and involvement of extranodal tissue; furthermore, follicular large B-cell lymphoma morphology and strong expression of IRF4 (MUM1) are rare {3338}. Follicular large cell lymphoma in adults aged > 40 years might express IRF4 (MUM1) but usually lacks the *IRF4* translocation {1632}. Other neoplasms with *IRF4* translocation, such as plasma cell myeloma, chronic lymphocytic leukaemia, and several T-cell neoplasms, display a different histopathology {686,4260,3780,816}.

## Cytology
Not relevant

## Diagnostic molecular pathology
The main feature of LBCL-*IRF4*-R is a chromosomal translocation of *IRF4* (6p25.3), most frequently with the IGH locus, or rarely with IGK or IGL {3544,3361}. A lack of this alteration should lead to the consideration of various differential diagnoses, although in rare cases *IRF4* rearrangement might be cryptic to molecular cytogenetic methods. *BCL2* and *MYC* are virtually never rearranged, whereas chromosomal breaks affecting the *BCL6* locus have been reported {3544,3361,670,4580}.

## Essential and desirable diagnostic criteria
*Essential:* intermediate or large cell morphology and a follicular and/or diffuse growth pattern; mature B-cell phenotype with coexpression of BCL6 and IRF4 (MUM1); *IRF4* translocation; if *IRF4* rearrangement analysis cannot be performed, the proper clinical setting in combination with a typical immunophenotype allows the diagnosis, but as "not molecularly confirmed".
*Desirable:* evidence of the IG::*IRF4* translocation; absence of *BCL2* and *MYC* gene rearrangement.

## Staging
Staging is performed according to the revised International Pediatric Non-Hodgkin Lymphoma Staging System (IPNHLSS) {3476} or the Lugano staging system {688}.

## Prognosis and prediction
The overall outcome seems favourable, with rare relapses after risk-adapted chemotherapy in paediatric/young patients {3544, 3361,193}. Limited data are available to consider treatment de-escalation; nevertheless, several paediatric cases of localized, entirely follicular, disease have been described as apparently cured by resection only {2380,3338,4527,193,1389}.

# High-grade B-cell lymphoma with 11q aberration

Klapper W
Burkhardt B
d'Amore ESG
Leoncini L
Rymkiewicz G
Siebert R
Woessmann W

## Definition
High-grade B-cell lymphoma with 11q aberration (HGBCL-11q) is an aggressive mature B-cell lymphoma with a morphology similar to that of Burkitt lymphoma or showing an intermediate to blastoid appearance in most cases and a characteristic chromosome 11q-gain/loss pattern. Cases with concomitant *MYC* rearrangements are excluded.

## ICD-O coding
9687/3 High-grade B-cell lymphoma with 11q aberration



**Fig. 4.174** High-grade B-cell lymphoma with 11q aberration: OncoScan analysis showing the typical 11q aberration pattern. **A** Genome-wide view of the imbalances (upper) and B-allele frequencies (lower) along all chromosomes ordered along the *x* axis from 1p (left) to Yq (right). Chromosomes are separated by different colours. The zero line indicates a balanced copy number status (i.e. two copies). Gains are indicated by positive values on the *y* axis, and losses by negative values. Besides the typical 11q gain/loss pattern a deletion in 6q can be seen in the copy-number plot resulting in an altered B-allele frequency in the lower plot. Here, 1 and 0 indicate homozygosity for the (germline) B and A alleles, respectively, whereas 0.5 indicates heterozygosity AB. Deviation from that due to imbalances (chromosomes 6q and 11q) or copy-neutral loss of heterozygosity (chromosome 17q) result in aberrant B-allele frequencies. **B** High-resolution view of chromosome 11 in the same case. On top of the copy-number track, losses (red) and gains (blue) are indicated, pointing to the typical 11q aberration pattern, with gain in 11q23 and loss in 11q23.3-qter. The latter is detected as loss of heterozygosity (LOH) because one allele is lost.

## ICD-11 coding
2A85.6 & XH8NN2 Burkitt lymphoma including Burkitt leukaemia & Burkitt-like lymphoma with 11q aberration

## Related terminology
*Acceptable:* large B-cell lymphoma with 11q aberration.
*Not recommended:* Burkitt-like lymphoma with 11q aberration; *MYC*-negative Burkitt lymphoma (obsolete).

## Subtype(s)
None

## Localization
About 75–80% of lymphomas manifest as localized nodal or extranodal disease in the head and neck area (60%) or gastrointestinal tract (30–40%) {1429,1371}.

## Clinical features
Presenting signs and symptoms are related to the localization of tumour masses. Patients usually do not present with B symptoms {1429,1371,193}. Rare cases have been described in immunocompromised patients {1174}.

## Epidemiology
HGBCL-11q is rare. Most cases reported so far have been diagnosed in Europe and the USA and in children/adolescents and patients aged < 60 years {3543,1429,1371,193}.

## Etiology
Unknown

## Pathogenesis
The defining genetic event is a complex aberration involving the long arm of chromosome 11 (11q) with a minimal region of gain in 11q23.3 and a minimal region of loss at 11q24.1-qter in the absence of a *MYC* translocation {3543}. A subset of cases show no 11q23.3 gain but only telomeric loss and/or solely telomeric loss of heterozygosity (LOH) {3543}. The presence of the 11q gain is less specific for HGBCL-11q than the telomeric loss / LOH and may also occur in other mature aggressive B-cell lymphomas {1535,1429,193,1630}. The minimal regions of gains and losses contain, among others, the genes *KMT2A* and *ETS1*. Their impact as driver alterations, however, is yet unclear. Mutations in *ID3*, *TCF3*, *SMARCA4*, and *CCND3*, as usually encountered in Burkitt lymphoma, are rare. *GNA13* mutations have been observed in about 50% of cases {4266,1371}. This mutation spectrum is more similar to that encountered in diffuse large B-cell lymphoma of germinal-centre type. Unlike in Burkitt lymphoma, the ID3/TCF3 pathway (one of the biological hallmarks of Burkitt lymphoma) is not affected in HGBCL-11q to a similar extent. These data, along with the absence of the IG::*MYC* rearrangement, suggest that HGBCL-11q, despite its similar gene expression profile with Burkitt lymphoma {3543}, represents a mature aggressive B-cell lymphoma distinct from Burkitt lymphoma.







**Fig. 4.175** High-grade B-cell lymphoma with 11q aberration. **A** Diffuse effacement of the lymph node parenchyma and a starry-sky pattern. **B** Higher magnification reveals medium-sized blastic cells and starry-sky macrophages. **C** A cohesive growth pattern is appreciated. **D** Giemsa highlights the cellular detail of medium-sized tumour cells with a small rim of moderately basophilic cytoplasm and round to oval nuclei with finely dispersed chromatin.

## Macroscopic appearance
HGBCL-11q may present with large tumours, depending on the site of origin. A fish-flesh cut surface is characteristic.

## Histopathology
HGBCL-11q usually shows a diffuse, cohesive lymphomatous infiltrate, comprising medium-sized lymphoid cells with dense nuclear chromatin and multiple nucleoli reminiscent of Burkitt lymphoma or an intermediate or blastoid appearance. Compared with Burkitt lymphoma, HGBCL-11q often shows more cellular pleomorphism, some variation in nuclear size and shape, and larger nucleoli {3543}. A starry-sky pattern is commonly present, with the macrophages displaying coarse apoptotic debris {3543,1630}.

### *Immunophenotype*
HGBCL-11q is characterized by the expression of B-lineage markers, CD10, and BCL6, a high proliferation index (Ki-67



**Fig. 4.176** High-grade B-cell lymphoma with 11q aberration. The tumour cells are strongly positive for CD10 (**A**) and negative for BCL2 (**B**). **C** There is a high Ki-67 proliferation index.



**Fig. 4.177** High-grade B-cell lymphoma with 11q aberration. Cytology specimen shows medium-sized blastoid cells without cytoplasmic vacuoles (Giemsa).



**Fig. 4.178** High-grade B-cell lymphoma with 11q aberration. FISH indicating the typical centromeric gain (green) and telomeric loss (red) pattern.

≥ 90%); and negativity for BCL2 (with few exceptions) {3543}. There may be variable, sometimes high, expression of MYC protein despite an absence of *MYC* rearrangement {3510}. The lymphoma cells show LMO2 and sometimes CD56 expression. Flow cytometric detection of CD16 and CD56 or expression of CD8 is highly characteristic of HGBCL-11q, as is absence of strong CD38 expression in this context {3510}.

### Differential diagnosis

The main differential diagnoses are Burkitt lymphoma, aggressive B-cell lymphomas with intermediate or blastoid cytology (e.g. HGBCL with *MYC* and *BCL2* rearrangements), or HGBCL-NOS, especially when a germinal centre phenotype is demonstrated {3543}. It is currently unclear whether tumours with diffuse large B-cell lymphoma morphology and an 11q-gain/loss pattern belong to this entity. No EBV-encoded small RNA (EBER)-positive HGBCL-11q cases have been reported thus far.

### Cytology

Cytology shows medium-sized to large lymphoid cells with scant basophilic cytoplasm and usually no cytoplasmic vacuoles.

### Diagnostic molecular pathology

The diagnosis relies on the detection of the typical molecular aberration in concert with matching cytomorphology and an absence of a *MYC* translocation. Next-generation sequencing techniques and high-resolution array-based comparative genomic hybridization are considered the most reliable techniques to identify the detailed genomic alterations, including variant patterns of telomeric loss and/or solely telomeric LOH in the absence of gains {3543}. Interphase FISH is commonly used as a diagnostic test, but it cannot detect LOH {1429,3510}. Generally, testing for 11q loss/gain to confirm a diagnosis of HGBCL-11q is useful only in lymphomas with the morphology, immunophenotype, or gene expression profile described above {1630}.

### Essential and desirable diagnostic criteria

*Essential:* lymphoma with an intermediate/blastoid or Burkitt-like morphology; typical immunophenotype (B-cell markers+, CD10+, BCL6+, BCL2–), chromosome 11q gain/loss telomeric loss, or telomeric LOH pattern; exclusion of a *MYC* translocation.

*Desirable:* expression of CD56 in the absence of CD38-high by flow cytometry.

### Staging

Staging is performed according to the revised International Pediatric Non-Hodgkin Lymphoma Staging System (IPNHLSS) {3476} in children and adolescents and the Lugano criteria in adults {688}.

### Prognosis and prediction

Almost no recurrence has been reported so far in young patients treated according to protocols designed for Burkitt lymphoma {1371,193}. Limited experience with adult patients undergoing therapy designed for diffuse large B-cell lymphoma suggests a favourable outcome {1429,3510,1371}.




**Fig. 4.179** High-grade B-cell lymphoma with 11q aberration (HGBCL-11q). Flow cytometry–based analysis of median fluorescence intensity (MFI) of CD38 expression (**A,B**) and CD56 (**C,D**) in HGBCL-11q and Burkitt lymphoma (BL). MFI of CD38 expression in HGBCL-11q is similar to normal T lymphocyte expression (CD38+, **A**) and in BL it is higher (CD38+h, **B**). The absence of CD38+h (**A**) and CD56+ (**C**) characterize HGBCL-11q. CD38+h (**B**) and the lack of CD56 (**D**) characterize BL.





# Lymphomatoid granulomatosis

Anagnostopoulos I
Deckert M
Nicholson AG
Siebert R

### Definition

Lymphomatoid granulomatosis (LYG) is an EBV-associated angiocentric and angiodestructive B-cell lymphoproliferative disorder involving extranodal sites, composed of EBV-positive atypical large B cells usually admixed with a large number of reactive T cells. It occurs in patients lacking evidence of inborn or acquired immune deficiency/dysregulation other than immunosenescence.

### ICD-O coding

9766/1 Lymphomatoid granulomatosis, NOS
9766/1 Lymphomatoid granulomatosis, grade 1
9766/1 Lymphomatoid granulomatosis, grade 2
9766/3 Lymphomatoid granulomatosis, grade 3

### ICD-11 coding

2A81.3 Lymphomatoid granulomatosis

### Related terminology

*Acceptable:* EBV-positive diffuse large B-cell lymphoma (for grade 3 LYG only).
*Not recommended:* angiocentric lymphoproliferative lesion.

### Subtype(s)

Lymphomatoid granulomatosis, grade 1; lymphomatoid granulomatosis, grade 2; lymphomatoid granulomatosis, grade 3

### Localization

LYG always involves the lung, and frequently involves the CNS (40%), skin (34%), kidneys (19%), and liver (17%), but it can occur in essentially any organ {1925,3783,652}. Lymph node and/or bone marrow involvement is rare and, therefore, if encountered, should raise suspicion for an alternative diagnosis {2110}.

### Clinical features

Despite universal lung involvement, only 30–60% of patients present with overt respiratory symptoms, and the remaining




**Fig. 4.180** Lymphomatoid granulomatosis, grade 2. **A** The infiltrate in brain is composed of numerous small lymphoid cells and only a few large transformed cells. **B** There are a few large transformed CD20-positive B cells. **C** The majority of the lymphoid cells correspond to CD3-positive T cells. **D** A small number of latently EBV-infected lymphoid cells as shown by in situ hybridization for EBV-encoded small RNA (EBER).




**Fig. 4.181** Lymphomatoid granulomatosis. **A** Lymphomatoid granulomatosis, grade 3, in the brain exhibits polymorphic angiocentric infiltrates. **B** CD20 shows clusters of viabl CD20+ B cells at the edge of a necrotizing lesion. Cellular debris and lymphoid cells within the necrosis exhibit weak immunoreactivity. **C** In situ hybridization for EBV-encoded small RNA (EBER) highlights the fact that the majority of the large transformed cells are EBV-positive. **D** In a case in the skin, the angiocentric infiltrate contains numerous lar transformed lymphoid cells and is accompanied by fibrinoid necrosis of the affected blood vessels. There are also large necrotic areas.

cases are identified on imaging {652}. Presenting symptoms include cough, dyspnoea, and chest pain, and these may be accompanied by constitutional symptoms (i.e. fever, weight loss, malaise, and fatigue) {3463,652}. Cutaneous lesions can occur at any stage of the disease process, with approximately one third of patients having lesions at initial presentation, but rarely precede pulmonary manifestations {1924,283,1925,3783}. Neurological symptoms depend on the involved CNS site and are therefore highly variable. They may include hemiparesis, ataxia, disorientation, and cranial nerve palsies, as well as hearing loss, diplopia, dysarthria, and atonic bladder {3164,1925,3783}.

## Epidemiology

The disease is rare and exact data on its prevalence do not exist. LYG is more common in North American populations and rare in Asian populations {1925,2632}. The median age is between the fourth and sixth decades of life. The M:F ratio is 2:1.

## Etiology

The etiology is unknown.

## Pathogenesis

Current hypotheses include defective immunosurveillance of EBV-infected B cells and an abnormal immune response to EBV, because previously healthy individuals with LYG have shown various defects in cell-mediated and/or humoral immunity {3795,4386, 3994} but no overt immunodeficiency state. Functional impairment of CD8+ cytotoxic T cells accounts for the diminished immun control of EBV-infected B cells and is thought to be an importa factor in the development of this disease {3795,4386}.

## Macroscopic appearance

The lung shows multiple nodules of variable sizes, with an without central necrosis. The lesions are most often bilatera predominantly arising in the middle to lower lung fields. Occa sionally there is only a solitary lung nodule. Nodular lesions ar also found in the involved kidneys and brain, usually associate with central necrosis. Skin lesions are in the form of multiple ery thematous dermal papules and/or subcutaneous nodules wit or without ulceration, or (less commonly) multiple indurate erythematous to whitish plaque-like lesions. They are frequentl disseminated and are less commonly confined to the extrem ties, trunk, or head and neck {1783,283}.

## Histopathology

LYG is characterized by an angiocentric and angiodestructive polymorphous lymphoid infiltrate with involvement of small- to large-calibre vessels. Small lymphocytes predominate and ar admixed with variable numbers of histiocytes, plasma cells, an large atypical cells. The background small lymphocytes (predom nantly T cells) may show some atypia or nuclear irregularities bu do not appear overtly neoplastic. The large atypical cells ma resemble immunoblasts or have a more pleomorphic appearance resembling Hodgkin cells. Multinucleated forms may be seen, bu



classic Reed–Sternberg cells are generally not present. Neutrophils and eosinophils are usually inconspicuous. Central necrosis is often, although variably, present. Despite the name of the lesion ("granulomatosis"), well-formed granulomas are typically absent. In the skin, lymphohistiocytic infiltration can be seen in the subcutaneous fatty tissue, with secondary granulomatous reaction around fat necrosis. Dermal involvement is variable.

### *Grading*

LYG is graded by comparing the proportion of EBV-positive B cells and their degree of cytological atypia to the background population of reactive T cells. Three grades are recognized, notwithstanding issues with reproducibility and the possibility of underestimating the number of EBV+ cells in the presence of extensive necrosis.

Grade 1 lesions are composed of a polymorphous lymphoid infiltrate without significant atypia; necrosis is absent or focal. Large EBV-positive lymphoid cells are rare and can be better identified by CD20 and in situ hybridization for EBV-encoded small RNA (EBER).

In grade 2 lesions, large EBV-positive B cells are typically present (usually in the range of ~40–400/mm², equating to 5–50/HPF of 0.12 mm² in area); necrosis is more commonly seen.

Grade 3 lesions are characterized by a larger number of EBV-positive B cells (generally > 400/mm², equating to > 50/HPF of 0.12 mm² in area) {3783}. Necrosis is common and often extensive {3783}. The large atypical cells may occur in clusters. However, if there is a uniform population of large atypical cells, a diagnosis of EBV-positive diffuse large B-cell lymphoma is warranted.

### *Immunohistochemistry*

The atypical large B cells express pan–B-cell markers, are variably positive for CD30, and are negative for CD15. A subset of these cells may express EBV LMP1. EBNA2 is also frequently positive, consistent with type III EBV latency. Staining for kappa and lambda light chains is of limited value, although rare cases may show light chain restriction in plasma cells. The majority of lymphoid cells in the background are CD3-positive T cells, with CD4-positive cells out numbering CD8-positive cells {3783}.

### *Differential diagnosis*

The differential diagnosis includes other forms of EBV-positive B-cell lymphoproliferative disorders and can be challenging, particularly when extranodal sites are involved (see Table 4.32, modified according to {2632}).

Whereas previously the incidence of LYG was reported to be higher in patients with immunodeficiencies (i.e. Wiskott–Aldrich syndrome, HIV infection, high-dose chemotherapy) {1494,3661, 960}, according to the current definition, a history of inborn or acquired immune deficiency/dysregulation other than immunosenescence excludes the diagnosis of LYG. In such cases, the diagnosis should follow the guidelines outlined in the sections on lymphoid proliferations and lymphomas associated with immune deficiency and dysregulation (p. 549) and can be designated as "polymorphic lymphoproliferative disorder, LYG type, EBV+", followed by the specified immune deficiency/dysregulation setting (e.g. HIV, iatrogenic/methotrexate) and in the case of grade 3–type lesions as "diffuse large B-cell lymphoma, LYG type, EBV+", followed by the specified immune deficiency/dysregulation setting.

## Cytology

The use of FNAB alone is not recommended in this condition.

## Diagnostic molecular pathology

The large atypical cells are positive for EBV by in situ hybridization using EBER probes. EBER-positive cells usually show

**Table 4.32** Comparison of clinicopathological features of lymphomatoid granulomatosis, immune deficiency/dysregulation–associated polymorphic B-cell lymphoproliferative disorder, and EBV-positive diffuse large B-cell lymphoma

| Features | Lymphomatoid granulomatosis | Polymorphic lymphoproliferative disorder | EBV+ diffuse large B-cell lymphoma NOS |
|---|---|---|---|
| **Clinical features** | | | |
| | By definition immunocompetent, but immunosenescence may play a role | Immunodeficient state known | Often immunocompetent, but immunosenescence may play a role |
| | Extranodal involvement frequent, most commonly lung, CNS, and skin | Extranodal involvement frequent, most commonly gastrointestinal, lung, CNS, kidney, heart, and liver, including the allograft in posttransplant cases | Extranodal involvement less common and involves different sites |
| | Lymph node and/or bone marrow involvement extremely rare | Lymph node involvement very common, and bone marrow may be extensively involved in posttransplant cases | Lymph node involvement common, bone marrow involvement uncommon |
| **Histological features** | | | |
| | EBV+ large B cells do not predominate in lesions of grade 1 and grade 2 but can predominate in grade 3 | EBV+ large and small B-cell population is variable | EBV+ large B-cell population is variable (minority or predominant) |
| | Background rich in small lymphocytes (predominantly T cells) including some plasma cells and histiocytes | Polymorphic infiltrate with variable proportion of cells exhibiting full spectrum of B-cell differentiation, including T cells and histiocytes | Polymorphic background infiltrate can be prominent (in polymorphic variant) including small lymphocytes, plasma cells, and histiocytes |
| | Angiocentric and angioinvasive infiltrate typically present at least in some areas | Infiltrate typically not angiocentric or angioinvasive | Angiocentric and angioinvasive infiltrate can be present |
| | Various degrees of coagulative necrosis | Coagulative necrosis may be present | Various degrees of coagulative necrosis |
| **EBV viral load** | Often low to negative | Often significantly elevated | Often significantly elevated |



Fig. 4.182 Lymphomatoid granulomatosis, grade 3. A A case localized to the brain. Higher magnification shows that the infiltrate is composed of numerous large transformed lymphoid cells admixed with small lymphoid cells and plasma cells. B CD20 immunostaining highlights the large number of B cells. C CD3 highlights the angiocentric and angio-invasive distribution of T cells.



Fig. 4.183 Lymphomatoid granulomatosis, grade 3. A At higher magnification, the infiltrate in this case localized to the lung is composed of numerous large transformed lymphoid cells admixed with small lymphoid cells and plasma cells. B CD20 is positive in large transformed B cells. C The spectrum of larger and smaller EBV-encoded small RNA (EBER)-positive cells is seen.

a spectrum in cell size, with numerous small B cells being positive as well. Monoclonal IG gene rearrangements may be identified in most grade 2 and grade 3 lesions, and different clonal rearrangements may be present in different lesions or from different sites of involvement. B-cell clonality may not be detected in grade 1 lesions, most likely because of the paucity of EBV-infected cells. Clonal TR gene rearrangements are usually not present, although restricted patterns may be observed {3783}

### Essential and desirable diagnostic criteria

*Essential:* extranodal disease; polymorphous lymphoid infiltrate with striking angiocentricity; transmural involvement of small to medium-sized vessels by variable numbers of EBV+ large B cells admixed, with abundant small T lymphocytes; exclusion of immunodeficiency other than immunosenescence.

### Staging

The disease is usually extranodal, therefore conventional staging (i.e. Lugano classification, a modification of the Ann Arbor staging system {688}) is not informative.

### Prognosis and prediction

The clinical behaviour of LYG varies widely; the disease ranges from an indolent process to an aggressive B-cell lymphoma. Accurate histological grading is essential in predicting disease course and guiding therapy. Accordingly, grade 1 and 2 lesions are commonly treated by immune modulation (e.g. interferon), and grade 3 lesions are treated as aggressive lymphoma with chemotherapy.

In the largest retrospective series, 63% of the patients died, most of them within the first year of diagnosis, with a median overall survival of 14 months. However, 30% of patients experience spontaneous remission without treatment. The cause of death is related to extensive lung involvement or the destruction of other involved organs {2632}.





# EBV-positive diffuse large B-cell lymphoma

Anagnostopoulos I
Asano N
Chapman JR
de Jong D
Klapper W
Lenz G
Medeiros LJ
Miles RR
Steidl C

### Definition

Epstein Barr virus (EBV)-positive diffuse large B-cell lymphoma (DLBCL) is a large B-cell lymphoma in which the majority of the neoplastic cells harbour EBV. Affected patients do not have a history of lymphoma or underlying immune deficiency/dysregulation (other than immunosenescence). The neoplasm should not fulfil criteria for other EBV+ lymphoproliferative disorders or lymphomas.

### ICD-O coding

9680/3 EBV-positive diffuse large B-cell lymphoma

### ICD-11 coding

2A81.Y & XH1QK0 Other specified diffuse large B-cell lymphomas & EBV-positive diffuse large B-cell lymphoma

### Related terminology

*Acceptable:* EBV-positive diffuse large B-cell lymphoma NOS.
*Not recommended:* EBV-positive diffuse large B-cell lymphoma of the elderly; senile EBV-associated B-cell lymphoproliferative disorder; age-related EBV-positive lymphoproliferative disorder.

### Subtype(s)

None

### Localization

Nodal and extranodal sites can be involved. Cases in younger patients (aged < 45 years) often show predominantly nodal involvement, which can be localized or generalized; about 10% of patients present with extranodal disease {4112,2954}. Extranodal manifestations are more frequent (40%) in elderly patients, usually involving the lungs, gastrointestinal tract, skin, and bone marrow {3091,3142,984,3034,4055,428}. Approximately 5–10% of patients present with both nodal and extranodal involvement.

### Clinical features

The clinical presentation is variable {3091,3092,984,1612,2954, 428}. B symptoms are common. More than 50% of patients have a high or high-intermediate age-adjusted International Prognostic Index (aaIPI) score and an Eastern Cooperative Oncology Group (ECOG) performance status score of > 2 {428}. In most patients, EBV DNA is detectable in serum or blood, although



Fig. 4.184 EBV-positive diffuse large B-cell lymphoma. A A monomorphic lesion is composed of a monotonous proliferation of centroblast-like cells. B The lymphoma cells are strongly and uniformly positive for CD20. C In situ hybridization for EBV-encoded small RNA (EBER) highlights the fact that almost all tumour cells are latently infected. D The tumour cells express EBNA2. E The majority of the tumour cells express EBV-encoded LMP1



Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 184 of 195

this finding is not specific for the disease {2334,3037}. According to one European study, haemophagocytic lymphohistiocytosis can occur at a high rate {428}.

### Epidemiology

EBV+ DLBCL is infrequent in high-income countries, accounting for < 6% of all DLBCLs {4055,3031,2868,1609}, but is more prevalent in Africa, Asia, and Latin America (4.7–28%) {3142, 1612,3037,2438,3006,1695,568,2893}. Most cases occur in patients aged ≥ 50 years, with a peak in the seventh or eighth decade of life, and a smaller incidence peak in the third decade of life {2954}. The M:F ratio is 1.2–3.6:1.

### Etiology

The etiology is unknown. By definition, lymphoproliferative disorders and lymphomas arising in the setting of inborn or acquired immune deficiency/dysregulation are specifically excluded.

### Pathogenesis

Immunosenescence has been suggested to play a role in the development of EBV+ DLBCL in older patients. EBV+ DLBCL shows a lower mutation burden than EBV– DLBCL, compatible with the hypothesis that EBV-driven pathogenesis requires fewer driver mutations or oncogenic events {1308}. The presence of EBV has been reported to be mutually exclusive with either *MYD88* and/or *CD79A* mutations {4223}. The mutation landscape is dominated by recurrent alterations in the NF-κB,



**Fig. 4.185** EBV-positive diffuse large B-cell lymphoma. **A** Large neoplastic cells are located within sinusoids. **B** They are strongly positive for IRF4 (MUM1).

WNT, and IL-6/JAK/STAT pathways {4584,1308} and [illegible] from that of EBV– DLBCL-NOS. A set of mutated genes [illegible] sibly specific for this disease, including *CCR6*, *CCR7*, [illegible] *TNFRSF21*, *CSNK2B*, and *YY1*, has been reported [illegible] 6q deletions are recurrent and lead to loss of *PRDM1* [illegible] *TNFAIP3* {1308}.

PDL1 overexpression is mediated by LMP1, which act[illegible] the transcription factor AP-1 and the JAK/STAT and [illegible] pathways {3034,2755,1405,1134,353}, or through stru[illegible] variations in genes including *CD274* (*PDL1*) / *PDCD1LG2* (*PDL2*) {1909}. PDL1 expression has been reported in [illegible] of cases {428}. However, the frequency in elderly [illegible] seems to be low (11%), in contrast to the higher occur[illegible] {3925} in younger patients {2954}, suggesting that immune escape may be more important in younger patients than in older patients.

### Macroscopic appearance

Lymphadenopathy or tumours/masses

### Histopathology

Histological features encompass a broad spectrum [illegible] on the density of tumour cells and the quality of the [illegible] microenvironment, that has been subdivided into poly[illegible] phic versus monomorphic types {3092,161,984,2755} [illegible] polymorphic cases, large transformed cells/immunob[illegible] HRS-like and lymphocyte-predominant–like cells are [illegible] tered in a reactive background including small lympho[illegible] plasma cells, and histiocytes (including epithelioid [illegible] cytes) and can resemble T-cell/histiocyte–rich large B-[illegible] lymphoma. Monomorphic cases, which are less common, comprise sheets of atypical large lymphoid cells and [illegible] indistinguishable from EBV– DLBCL without ancillary stu[illegible] to demonstrate EBV. Some cases show a mixture of poly[illegible] phic and DLBCL-like areas. Angiocentric/angiodestructive lesions and extensive coagulative geographical necrosis [illegible] other characteristic findings, although these are not [illegible] ably found.

### *Immunophenotype*

The neoplastic cells are positive for the pan–B-cell [illegible] CD19, CD20, CD22, CD79a, and PAX5 and usually sh[illegible] activated B-cell–like immunophenotype, with positiv[illegible] IRF4 (MUM1) and a lack of CD10; BCL6 is variably [illegible] Most cases are CD30-positive, with staining ranging [illegible] partial and weak to diffuse and strong. The neoplastic [illegible] express CD15 in a few cases, but other immunophen[illegible] features of classic Hodgkin lymphoma are usually [illegible] {984,2954}.

LMP1 is expressed in most cases (> 90%) and EBNA2 [illegible] a subset (7–36%); thus type II EBV latency is more freque[illegible] type III. The tumour cells often express PDL1 and PDL2 [illegible] cially in younger patients {2954,655}.

### *Differential diagnosis*

The differential diagnosis can be challenging, partic[illegible] regarding the overlap with EBV+ mucocutaneous ulc[illegible] lymphomatoid granulomatosis. There is morphologic [illegible] immunophenotypic overlap between EBV+ DLBCL a[illegible] spectrum of B-cell lymphoproliferations in patients with [illegible]

[illegible]ficiency/dysregulation, including polymorphic B-cell lymphoproliferative disorders, and the distinction should be made on the basis of the clinical context (see Table 4.33).

### Cytology

[illegible] can be of value in this condition by establishing the diagnosis and allowing for flow cytometry, but it should be followed [illegible] for tissue excision.

### Diagnostic molecular pathology

[illegible] hybridization for EBV-encoded small RNA (EBER) is mandatory for the diagnosis, and the majority of the large atypical [illegible] should be positive, although this is arbitrary. Of note, low [illegible] (< 10% of all B cells) of EBER-positive bystander small lymphocytes can occur in conventional DLBCL and should not lead to a diagnosis of EBV+ DLBCL {1612,3857,3006}. In [illegible] circumstances, identification of monoclonal rearrangements of the IG genes is helpful for distinguishing EBV+ DLBCL from EBV+ reactive hyperplasias and infectious mononucleosis, although clonality may not be detectable in all cases {984, 2954}.

### Essential and desirable diagnostic criteria

*Essential:* partial or total architectural effacement of affected tissue; atypical lymphoid infiltrate composed of either sheets of large malignant cells or many scattered large transformed cells of variable morphology, including HRS-like cells, in a richly cellular reactive background, often accompanied by necrosis; large cells confirmed to be of B-cell lineage (e.g. CD20, PAX5, CD79a); EBV present in the majority of large B cells; absence of inborn or acquired immunodeficiency or a history of lymphoma; exclusion of



**Fig. 4.186** EBV-positive diffuse large B-cell lymphoma. **A** This monomorphic lesion shows geographical necrosis. **B** The majority of the tumour cells express EBV-encoded EBNA2.

**Table 4.33** Comparison of clinicopathological features of EBV-positive diffuse large B-cell lymphoma, EBV-positive mucocutaneous ulcer, and lymphomatoid granulomatosis

| Features | EBV+ diffuse large B-cell lymphoma | EBV+ mucocutaneous ulcer | Lymphomatoid granulomatosis |
|---|---|---|---|
| **Clinical features** | | | |
| | By definition immunocompetent, but immunosenescence may play a role | Immunodeficient state known, immunosenescence may play a role | By definition immunocompetent, but immunosenescence may play a role |
| | Extranodal involvement less common and involves different sites | Restricted to extranodal sites, usually unifocal, superficial, and circumscribed, most commonly in the oral mucosa, tonsils, palate, and gastrointestinal tract | Extranodal involvement frequent, most commonly lung, CNS, and skin |
| | Lymph node involvement common and bone marrow involvement uncommon | Lymphadenopathy due to other lymphoid proliferations caused by the underlying immune deficiency/dysregulation may be present | Lymph node and/or bone marrow involvement extremely rare |
| **Histological features** | | | |
| | EBV+ large B-cell population is variable (minority or predominant) | EBV+ large B-cell population is variable (minority or predominant) | EBV+ large B cells do not predominate in lesions of grade 1 and grade 2, and predominate in grade 3 |
| | Polymorphic background infiltrate can be prominent (in polymorphic variant) including small lymphocytes, plasma cells, and histiocytes | Polymorphic background infiltrate prominent, including small lymphocytes, plasma cells, eosinophils, and histiocytes<br>Deepest margin of lesion contains a band-like infiltrate of small lymphocytes | Background rich in small lymphocytes (predominantly T cells) including some plasma cells and histiocytes |
| | Angiocentric and angioinvasive infiltrate can be present | Angiocentric or angioinvasive infiltrate can be present | Angiocentric and angioinvasive infiltrate typically present at least in some areas |
| | Various degrees of coagulative necrosis | Various degrees of coagulative necrosis | Various degrees of coagulative necrosis |
| **EBV viral load** | Often significantly elevated | Typically negative | Often low to negative |







Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 185 of 195




**Fig. 4.187** EBV-positive diffuse large B-cell lymphoma. **A** A polymorphic lesion is composed of a mixed proliferation of large transformed cells, numerous reactive small lymphocytes, occasional plasma cells, and some histiocytes. **B** Double labelling employing in situ hybridization for EBV-encoded small RNA (EBER, brown nuclear stain) and for CD20 (red membranous stain) highlights the fact that the scattered large neoplastic B cells are EBV-positive.



**Fig. 4.188** EBV-positive diffuse large B-cell lymphoma. In polymorphic cases, HRS-like cells are scattered in a background of reactive cells.



**Fig. 4.189** EBV-positive diffuse large B-cell lymphoma. PDL1 in EBV diffuse large B-cell lymphoma NOS in a young patient, with a polymorphic / T-cell/histiocyte–rich background and with a positive B cell clone by PCR.

other EBV-related lymphomas and lymphoproliferative disorders.

*Desirable:* EBV DNA detectable in serum or whole blood (in selected cases)

## Staging

The stage of the disease is determined using the Lugano classification, a modification of the Ann Arbor staging system {688}.

## Prognosis and prediction

The prognostic impact of EBV infection in DLBCL is variable according to Asian, European, and US studies. Although most studies in Asian populations have demonstrated inferior outcomes after treatment including R-CHOP {51,3583,2438,2893}, several studies in European and US populations did not find any correlation between EBV positivity and prognosis {3031,4055,4390}, particularly in younger patients {2954}; however, some studies in European and US patients showed that EBV had a negative impact in elderly patients {428}. An adverse impact of CD30 expression on both overall survival and progression-free survival has been observed {3031,4390,303}. Some reported poor prognostic factors include type III EBV latency (EBNA2 expression) {3856}, and the presence of secondary haemophagocytic lymphohistiocytosis at diagnosis or during treatment {428}.



# Diffuse large B-cell lymphoma associated with chronic inflammation

Xerri L
Aozasa K
Chan JKC
Gopal AK



## Definition

Diffuse large B-cell lymphoma (DLBCL) associated with chronic inflammation (CI-DLBCL) is an EBV-associated neoplasm occurring in the setting of longstanding chronic inflammation involving confined natural body spaces or acquired tissue spaces. Pyothorax-associated lymphoma (PAL) is the prototypical form, developing in the pleural cavity of patients with longstanding pyothorax.

## ICD-O coding

9680/3 Diffuse large B-cell lymphoma associated with chronic inflammation

## ICD-11 coding

2A81.7 Diffuse large B-cell lymphoma associated with chronic inflammation

## Related terminology

*Acceptable:* pyothorax-associated lymphoma.

## Subtype(s)

None

## Localization

The most frequently reported sites are the pleural cavity, bone (especially the femur), joints, and periarticular soft tissue {692}.




**Fig. 4.190** Diffuse large B-cell lymphoma associated with chronic inflammation. Pyothorax-associated lymphoma. CT shows a tumour mass involving the pleura on the left side, accompanied by an effusion. The tumour invades through the chest wall into the soft tissues.



**Fig. 4.191** Diffuse large B-cell lymphoma associated with chronic inflammation. Pyothorax associated lymphoma. The tumour comprises sheets of lymphoma cells, with large areas of coagulative necrosis.

## Clinical features

Symptoms of PAL include chest and back pain; fever; and respiratory symptoms, such as cough, haemoptysis, and dyspnoea. Radiological examination reveals a tumour mass in the pleura (in 80% of cases), pleura and lung, or lung near the pleura. Serum LDH is commonly elevated {3210,2889}. CI-DLBCL lesions in the bone, joint, periarticular soft tissue, or skin usually present with pain and/or a mass lesion. The involved bone shows lytic lesions.

## Epidemiology

PAL develops after a long history (median: 37 years) of pyothorax, often resulting from artificial pneumothorax for the treatment of tuberculosis {3210,2889,130,2905}. As this procedure is no longer practised, the incidence of PAL has drastically decreased. Cases have been reported mostly in Japan, and rarely elsewhere. Patient age at diagnosis ranges from the fifth to eighth decade of life {2889,2905}. The M:F ratio is 12:1 {2544,3210}.

For CI-DLBCL arising in other settings, such as chronic osteomyelitis, metallic implant insertion, surgical mesh implantation, and chronic skin venous ulcer, the interval following the predisposing event is usually > 10 years (range: 1.2–57 years) {800,692,1253}.

## Etiology

CI-DLBCL develops in patients without recognized immunodeficiency, with the possible exception of immunosenescence {1875,663}.

## Pathogenesis

CI-DLBCL is strongly associated with EBV infection {3582,3210,3930,3929}. Chronic inflammation in a confined space probably

induces local immunodeficiency by the production of IL-10, favouring escape from immunosurveillance of EBV-transformed B cells, which are also stimulated via autocrine or paracrine IL-6R engagement {1880,1877,800,692}.

Immunoglobulin genes are clonally rearranged and hypermutated but lack ongoing mutations {2700,3932}. Cytogenetics show complex karyotypes with numerous abnormalities {3930}. *TP53* mutations are found in about 70% of cases {1625}. *TNFAIP3* (*A20*) is often deleted {119}.

The gene expression profile of PAL is distinct from that of nodal DLBCL, at least partly due to EBV infection {2969}. Downregulation of HLA class I expression and mutations of cytotoxic T-lymphocyte epitopes in EBNA3B might contribute to the immune escape of lymphoma cells {1879,1878}. The latter process also involves regulatory T cells, which are abundantly present in PAL {1582}.

### Macroscopic appearance
PAL lesions are usually large (often > 100 mm). Few data, however, exist for CI-DLBCL at other sites {130}.

### Histopathology
Most cases show a centroblastic or immunoblastic morphology, with round nuclei and large nucleoli {3876,2027}. Massive necrosis and angiocentric growth may be present.

### *Immunophenotype*
Most cases express B-lineage markers, such as CD20 and CD79a. Some cases may show plasmablastic differentiation, manifesting as variable loss of CD20 and/or CD79a, and variable expression of IRF4 (MUM1) and CD138. Lymphoma cells exhibit an activated B-cell–like phenotype. CD30 may be expressed. Occasional cases aberrantly express one or more T-cell antigens (CD2, CD3, CD4, CD7), causing problems in lineage assignment {3210,2889}. Type III EBV latency (i.e. positivity for LMP1 and EBNA2) is characteristic {3210,1253}.

### *Differential diagnosis*
Cases showing plasmablastic differentiation must be distinguished from plasmablastic lymphoma on the basis of clinical context. CI-DLBCL and fibrin-associated large B-cell lymphoma



**Fig. 4.192** Diffuse large B-cell lymphoma associated with chronic inflammation. Pyothorax-associated lymphoma. The large lymphoma cells have round or irregularly folded nuclei and distinct nucleoli.



**Fig. 4.193** Diffuse large B-cell lymphoma associated with chronic inflammation. **A** Pyothorax-associated lymphoma with positive immunohistochemistry for PAX5 supporting a B-cell lineage. **B** Positive nuclear staining for EBNA2 indicates type III EBV latency.

(FA-LBCL) have overlapping cytological and phenotypic features. Their distinction, however, is important because of the aggressive nature of CI-DLBCL compared with the rather indolent nature of FA-LBCL. At least focal infiltration in pre-existing structures or the formation of a mass lesion distinguishes CI-DLBCL from FA-LBCL. Fibrin deposits are common in FA-LBCL but rare in CI-DLBCL. The distinction between the two is especially difficult, if possible at all, on small specimens such as core needle biopsies. Clinicopathological correlations and imaging studies are highly contributory to making the distinction.

PAL differs from primary effusion lymphoma, which is KSHV/HHV8-positive and in most cases presents with effusions in the absence of a tumour mass.

### Cytology
The diagnosis is very difficult to make on FNAB and requires ancillary methods.

### Diagnostic molecular pathology
In situ hybridization for EBV-encoded small RNA (EBER) is positive in tumour cells.

### Essential and desirable diagnostic criteria
*Essential:* large B-cell lymphoma; setting of local chronic inflammation; EBV association; exclusion of other EBV-associated neoplasms.



**Fig. 4.194** Diffuse large B-cell lymphoma associated with chronic inflammation. In this case, arising in a longstanding anal fissure, the large lymphoma cells have irregularly folded nuclei and large nucleoli.

*Desirable:* occurrence in a natural or acquired confined body or tissue space.

### Staging
CI-DLBCL is staged according to the Lugano classification {688}. PAL tumours are often confined to the thoracic cavity at diagnosis {2889}.

### Prognosis and prediction
CI-DLBCL is an aggressive lymphoma. The 5-year overall survival rate of PAL is 20–35% {2889,2905}. Poor performance status, high LDH levels, and high clinical stage are unfavourable factors {2905}. Outcome data are limited for CI-DLBCL other than PAL.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 187 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 188 of 195

# Fibrin-associated large B-cell lymphoma

Boyer DF
Cheuk W
Coupland SE
Ferry JA
Maleszewski JJ
Shimada K

**Definition**
Fibrin-associated large B-cell lymphoma (FA-LBCL) is a neoplasm of large B cells found incidentally at sites of chronic fibrin deposition in confined natural or acquired anatomical spaces and sites.

**ICD-O coding**
9678/3 Fibrin-associated large B-cell lymphoma

**ICD-11 coding**
2A81.Y & XH0RM6 Other specified diffuse large B-cell lymphomas & Fibrin-associated EBV-positive diffuse large B-cell lymphoma

**Related terminology**
*Acceptable:* fibrin-associated diffuse large B-cell lymphoma.
*Not recommended:* microscopic/incidental diffuse large B-cell lymphoma associated with chronic inflammation; EBV-positive large B-cell lymphoma arising in atrial myxoma; microscopic diffuse large B-cell lymphoma occurring in pseudocyst.

**Subtype(s)**
None

**Localization**
FA-LBCL arises in sites of chronic fibrin deposition including cyst and pseudocyst cavities {416}, in the peri-implant space of breast implants {3443}, and in chronic haematomas {4544}, as well as in intravascular or intracardiac locations, such as the surface of cardiac myxomas {440}, endovascular grafts, and prosthetic cardiac valves {2685} (see Table 4.34). Embolization of fibrinous material from intravascular or cardiac sites involved by FA-LBCL may carry the lymphoma cells along with the embolus {440}.

**Clinical features**
The clinical presentation depends on the underlying anatomical lesion involved by FA-LBCL and can be asymptomatic. Some patients with FA-LBCL in atrial myxoma or endovascular grafts present with thromboembolic events; however, it is unknown whether the risk of thromboembolism differs from similar vascular grafts or myxomas without FA-LBCL.



**Fig. 4.195** Fibrin-associated large B-cell lymphoma. **A** An aggregate of large lymphocytes within fibrin in a cardiac myxoma. **B** Large lymphocytes on the surface of a femoral artery embolus. **C** Large lymphocytes associated with chronic haemorrhage and cholesterol clefts in a hydrocoele. **D** High magnification of the hydrocoele specimen shows atypical immunoblasts with frequent mitotic figures and apoptotic bodies.



**Epidemiology**
The overall incidence is unknown. FA-LBCL is diagnosed in adults, with a wide age range (25–91 years; median. 59.5 years). Some anatomical localizations of the disease (breast-implant associated, testicular haematoma-associated) have an obvious sex bias (see Table 4.34).

**Etiology**
The etiology is unknown. Patients rarely have evidence of recognized immunosuppression, with the possible exception of immunosenescence.

**Pathogenesis**
FA-LBCL is associated with EBV infection, but rare EBV-negative cases have also been described {2027,279}. The local microenvironment is hypothesized to create a form of local immune escape excluding EBV+ B cells from immunosurveillance {2408}. Dense fibrin around the tumour cells, upregulation of PDL1 {440}, and production of IL-6 by cardiac myxomas have been implicated in creating a permissive environment {45}. FA-LBCL is usually negative for rearrangements of *BCL2*, *BCL6*, and *MYC*, but rare cases with *BCL6* or *MYC* rearrangement have been reported {4480,2666}.

**Macroscopic appearance**
Not applicable

**Histopathology**
Aggregates of large lymphoid cells, often of atypical immunoblastic type, are surrounded by fibrin and cellular debris. There may be focal infiltration of myxomatous stroma (e.g. in cardiac myxoma) or fibrous capsular tissue (e.g. in breast implant–associated cases) but infiltration into pre-existing normal parenchymal tissue or mass formation is absent. Mitotic figures and apoptotic changes are frequent. Associated inflammation is usually sparse, although a prominent lymphoplasmacytic infiltrate may be found in some cases {440}. Rare EBV-negative cases have a presentation and histology identical to those of the EBV-positive cases {2027,279}.

***Immunohistochemistry***
The immunophenotype usually resembles activated B cells: the tumour cells are positive for pan–B-cell markers (CD20, CD79a, and PAX5). CD10 is negative. IRF4 (MUM1) is positive. BCL2, BCL6, and CD30 are variable. A minority have plasmablastic features, including intracytoplasmic positivity for monotypic light chain, positive CD138, and decreased expression of CD20 and PAX5. Aberrant expression of T-cell markers, typically CD3, CD4, or CD43, is occasionally present. Ki-67/MIB1 staining shows a high proliferation index, usually > 90%. Most cases have type III EBV latency, signified by positivity for LMP1 and EBNA2 and negativity for BZLF1 {440}. KSHV/HHV8 (by latency-associated nuclear antigen [LANA] immunohistochemistry) is negative.

***Differential diagnosis***
The lack of mass formation and infiltrative growth distinguishes this entity from EBV-positive diffuse large B-cell lymphoma (DLBCL) and DLBCL associated with chronic inflammation.

**Cytology**
Lymphoma cells are large with narrow to broad basophilic cytoplasm and round or irregular nuclei with coarse chromatin.

**Table 4.34** Localization and clinical characteristics of reported cases of fibrin-associated large B-cell lymphoma

| Site | Number of cases | Median age (range), years | M:F ratio | Foreign body | Persistent or recurrent disease / reported cases with follow-up |
|---|---|---|---|---|---|
| **Cardiac** | | | | | |
| Atrial myxoma | 17 | 54 (46–70) | 6:11 | 0/17 | 1/16 |
| Atrial thrombus | 2 | 42.5 (29–56) | 2:0 | 0/2 | 0/2 |
| Cardiac valve | 5 | 66 (50–80) | 3:2 | 4/5 | 0/5 |
| **Cyst/pseudocyst** | | | | | |
| Adrenal | 5 | 70 (48–71) | 3:2 | 0/5 | 0/5 |
| Kidney | 2 | 53.5 (46–61) | 2:0 | 0/2 | 0/1 |
| Spleen | 2 | 33 (29–37) | 1:1 | 0/2 | 0/2 |
| Retroperitoneum | 2 | 58.5 (44–73) | 2:0 | 0/2 | 0/2 |
| Ovary | 2 | 56.5 (56–57) | 0:2 | 0/2 | 0/2 |
| Testis | 2 | 57.5 (27–88) | 2:0 | 0/2 | 0/1 |
| **Breast implant** | | | | | |
| Periprosthetic space | 10 | 65 (46–83) | 0:10 | 10/10 | 0/9 |
| **Haematoma/thrombus** | | | | | |
| Endovascular graft | 6 | 62 (48–79) | 5:1 | 6/6 | 3/5 |
| Intracranial | 4 | 70.5 (25–81) | 3:1 | 1/4 | 0/3 |
| Large-artery aneurysm | 2 | 82.5 (74–91) | 5:1 | 1/2 | 0/2 |
| Testicular haematoma | 1 | 79 | 1:0 | 0/1 | 0/1 |



# 5

# T-cell and NK-cell lymphoid proliferations and lymphomas

Edited by: Akkari Y, Alaggio R, Chan JKC, Chng WJ, Coupland SE, Dave SS, de Jong D, Du MQ, Khoury JD, Lazar AJ, Lim MS, Nagai H, Pulitzer M, Sewell WA, Tan PH, Washington MK, Wood BL


Tumour-like lesions with T-cell predominance
- Kikuchi–Fujimoto disease
- Autoimmune lymphoproliferative syndrome
- Indolent T-lymphoblastic proliferation

Precursor T-cell neoplasms
- T-lymphoblastic leukaemia/lymphoma
  - T-lymphoblastic leukaemia/lymphoma NOS
  - Early T-precursor lymphoblastic leukaemia/lymphoma

Mature T-cell and NK-cell neoplasms
- Mature T-cell and NK-cell leukaemias
  - T-prolymphocytic leukaemia
  - T-large granular lymphocytic leukaemia
  - NK-large granular lymphocytic leukaemia
  - Adult T-cell leukaemia/lymphoma
  - Sézary syndrome
  - Aggressive NK-cell leukaemia
- Primary cutaneous T-cell lymphoid proliferations and lymphomas
  - Primary cutaneous CD4-positive small or medium T-cell lymphoproliferative disorder
  - Primary cutaneous acral CD8-positive T-cell lymphoproliferative disorder
  - Mycosis fungoides
  - Primary cutaneous CD30-positive T-cell lymphoproliferative disorder: Lymphomatoid papulosis
  - Primary cutaneous CD30-positive T-cell lymphoproliferative disorder: Primary cutaneous anaplastic large cell lymphoma
  - Subcutaneous panniculitis-like T-cell lymphoma
  - Primary cutaneous gamma-delta T-cell lymphoma
  - Primary cutaneous CD8-positive aggressive epidermotropic cytotoxic T-cell lymphoma
  - Primary cutaneous peripheral T-cell lymphoma NOS
- Intestinal T-cell and NK-cell lymphoid proliferations and lymphomas
  - Indolent T-cell lymphoma of the gastrointestinal tract
  - Indolent NK-cell lymphoproliferative disorder of the gastrointestinal tract
  - Enteropathy-associated T-cell lymphoma
  - Monomorphic epitheliotropic intestinal T-cell lymphoma
  - Intestinal T-cell lymphoma NOS
- Hepatosplenic T-cell lymphoma
  - Hepatosplenic T-cell lymphoma
- Anaplastic large cell lymphoma
  - ALK-positive anaplastic large cell lymphoma
  - ALK-negative anaplastic large cell lymphoma
  - Breast implant-associated anaplastic large cell lymphoma


(Continued on next page)

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 189 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 190 of 195

# 5

# T-cell and NK-cell lymphoid proliferations and lymphomas (continued)


Nodal T follicular helper cell lymphoma
- Nodal T follicular helper cell lymphoma, angioimmunoblastic type
- Nodal T follicular helper cell lymphoma, follicular type
- Nodal T follicular helper cell lymphoma NOS

Other peripheral T-cell lymphomas
- Peripheral T-cell lymphoma NOS

EBV-positive T-cell and NK-cell lymphomas
- EBV-positive nodal T- and NK-cell lymphoma
- Extranodal NK/T-cell lymphoma

EBV-positive T-cell and NK-cell lymphoid proliferations and lymphomas of childhood
- Severe mosquito bite allergy
- Hydroa vacciniforme lymphoproliferative disorder
- Systemic chronic active EBV disease
- Systemic EBV-positive T-cell lymphoma of childhood




## T-cell and NK-cell lymphoid proliferations and lymphomas: Introduction


Lim MS
Chan JKC
de Jong D
Elenitoba-Johnson KSJ
Ferry JA
Ott G


T-cell and NK-cell lymphoid proliferations and lymphomas represent a broad spectrum of entities that range from non-clonal proliferations to highly aggressive lymphomas. They can arise in a variety of anatomical locations, including lymph nodes, blood and bone marrow, and organ sites such as the intestine, liver, spleen, and skin. Thirty-six distinct T-cell and NK-cell lymphoma entities are recognized in this edition, and the changes from the previous (revised fourth) edition of the WHO classification of haematolymphoid tumours are shown in Box 5.01 and Box 5.02. Although the entities are hierarchically ordered in families/classes largely on the basis of their site of presentation (blood / bone marrow, skin, gastrointestinal tract, liver, spleen), some are grouped into families/classes according to the current understanding of well-defined T-cell subsets as the cell of origin (e.g. nodal T follicular helper cell lymphoma), or by shared morphological and immunophenotypic features (e.g. anaplastic large cell lymphoma). In addition, there is increasing recognition of exuberant non-clonal proliferations of mature and precursor T cells that mimic neoplastic conditions and arise as abnormal immune responses to infection, inflammation, or genetic dysregulation of T-cell homeostasis, and these are included in this fifth-edition volume. Two entities are included that represent clonal T-cell or NK-cell lymphoproliferative disorders arising primarily in the intestine: indolent T-cell lymphoma of the gastrointestinal tract and indolent NK-cell lymphoproliferative disorder of the gastrointestinal tract. These low-grade neoplasms must be distinguished from inflammatory conditions as well as from the highly aggressive lymphomas that they may mimic, including enteropathy-associated T-cell lymphoma and extranodal NK/T-cell lymphoma, which have a more aggressive clinical course. Thereby, this edition now covers the full spectrum of lymphoid proliferations, from reactive disorders mimicking malignancy to the most aggressive T- and NK-cell proliferations.

### T cells and NK cells in the immune system

T cells and NK cells play important roles in the immune system. T cells recognize foreign antigens derived from pathogens, which are typically displayed on the surface of the body's own cells. NK cells, NK-like T cells, and γδ T cells play important roles in mucosal and skin defence where a rapid response of the innate immune system is required. The innate immune system is independent of antigen presentation and does not require encounters with antigens in the context of MHC molecules to initiate the immune response. The adaptive immune system, in contrast, represents a more sophisticated response, requiring antigen specificity through antigen-presenting cells in the context of MHC molecules as well as immunological memory. Although conventional αβ CD4+ and CD8+ T cells are the best characterized of the T-cell subsets, recent studies have identified other, unconventional forms of T cells, such as mucosa-associated invariant T (MAIT) cells {3183} with limited T-cell receptor (TCR) diversity, which function as a bridge between the innate and adaptive immune responses. Distinct subtypes of mature T- and NK-cell neoplasms are thought to arise from cells within the innate and adaptive immune systems.

**Box 5.01** T-cell and NK-cell entities added since the previous edition

**Non-neoplastic entities**
- Kikuchi–Fujimoto disease
- Indolent T-lymphoblastic proliferation
- Autoimmune lymphoproliferative syndrome (ALPS)

**Lymphomas**
- Primary cutaneous peripheral T-cell lymphoma NOS
- Indolent NK-cell lymphoproliferative disorder of the gastrointestinal tract
- EBV-positive nodal T- and NK-cell lymphoma

**Box 5.02** Lymphoma/leukaemia entities with minor changes in terminology compared with the previous edition[a]

- T-lymphoblastic leukaemia/lymphoma *NOS*
- Early *T-precursor* lymphoblastic leukaemia/lymphoma
- T-large granular lymphocytic leukaemia (*"cell" dropped*)
- NK-large granular lymphocytic leukaemia (*"cell" dropped*)
- Primary cutaneous acral CD8-positive T-cell *lymphoproliferative disorder*
- Indolent T-cell *lymphoma* of the gastrointestinal tract
- *ALK-positive* anaplastic large cell lymphoma
- *ALK-negative* anaplastic large cell lymphoma
- *Nodal T follicular helper cell lymphoma*, angioimmunoblastic type
- *Nodal T follicular helper cell lymphoma*, follicular type
- *Nodal T follicular helper cell lymphoma* NOS
- Extranodal NK/T-cell lymphoma (*qualifier "nasal-type" dropped*)
- *Hydroa vacciniforme* lymphoproliferative disorder
- *Systemic* chronic active EBV *disease*

[a]Key changes are shown in *italics*.

### T-cell and NK-cell differentiation and function

T-cell differentiation is a highly regulated process that originates from multipotent progenitors in the bone marrow that undergo subsequent maturation and selection into antigen-specific T cells in the thymic cortex. Thymic T-cell precursors embedded in a network of thymic stroma provide critical cues for T-cell development via the microenvironment. The thymus is fully developed at birth, and the rate of T-cell production is greatest before puberty, declining in adults. Once the T-cell repertoire is established, the pool of peripheral T cells is




**Fig. 5.01** T-cell and NK-cell lymphoid proliferations and lymphomas. T and NK cells of the innate and adaptive immune systems. The innate immune system functions to recognize foreign antigens and involve NK cells, NK-like T cells, and γδ T cells. It is independent of antigen presentation, and effector functions are mediated by the release of cytokines, chemokines, and complement. The adaptive immune system is more sophisticated, requiring antigen specificity through interactions with B cells and antigen-presenting cells (APCs), which through MHC class molecules confers immunological memory and allows for the generation of effector/memory T cells and T regulatory (Treg) cells. Neoplasms of T and NK cells are thought to arise from distinct T-cell subsets representative of both the innate and the adaptive immune systems.

further maintained by the division of mature T cells in peripheral lymphoid organs.

Cortical thymocytes exhibit an immature phenotype, with expression of TdT, BCL6, CD99, CD1a, CD3, CD5, and CD7. They are initially double-negative for CD4 and CD8 and acquire their expression during maturation into double-positive (CD4+, CD8+) T cells before differentiating into single-positive CD4+ or CD8+ T cells. CD4 and CD8 are co-receptors for TCR, and they associate on the T-cell surface with TCR and bind to the MHC. Precursor T-cell neoplasms have an immunophenotype similar to that of cortical thymocytes, except for the more recently characterized early T-precursor lymphoblastic leukaemia/lymphoma {826}. Because of the deregulated nature of the tumour cells, loss or aberrant expression of markers may occur.

T cells within the medullary thymus have phenotypes similar to those of mature T cells within the peripheral lymphoid organs, including the spleen and lymph nodes. There are two major types of T cells: αβ T cells and γδ T cells, defined by the TCR expressed. The αβ and γδ chains of TCR are each composed of a variable region and a constant region. They are both associated with the CD3 complex, which contains γ, δ, and ε chains. αβ and γδ T cells diverge early in T-cell development in the thymus. TR (TCR) genes are assembled and expressed from the V, D, and J gene segments, which generate rearranged V genes encoding the antigen receptor variable region. Successful rearrangement of both α and β (or γ and δ) chain genes of TCR is required (productive rearrangement) for the expression of the protein product, which represents the signal for progression to the next stage of development. Of note, αβ T cells exhibit rearrangements of the TRD and TRG genes, which precede productive rearrangements of the TRB and TRA genes. Cells that do not make productive rearrangements die by in situ apoptosis.

In the peripheral lymphoid organs, T cells and NK cells function in innate and adaptive immune responses.

γδ T cells account for < 5% of normal T cells and have a restricted anatomical distribution, being found mainly in the splenic red pulp, intestinal epithelium, some mucosal sites, and the skin. γδ T cells have a restricted range of antigen recognition and serve as the first line of defence in mucosal immunity and bacterial infections. Lymphomas of γδ T cells are more common in these sites and are rare in lymph nodes.

NK cells function in cell-mediated cytotoxicity, through antibody-dependent mechanisms in addition to killer activation receptors and inhibitory killer cell immunoglobulin receptors (KIRs). NK cells do not rearrange TR (TCR) genes and do not express the complete TCR complex. Activated NK cells express the ε and ζ chains of CD3 in the cytoplasm and express CD2, CD7, and variably CD8, but not sCD3. They express CD16, CD56, variably CD57, and cytoplasmic cytotoxic granules. NK-cell clonality can be assessed using antibodies to various KIRs.





T cells and NK cells within the adaptive immune system are highly heterogeneous and functionally complex. Multiple T-cell subsets are characterized by their specialized functions and differential expression of surface antigens, cytokines, and transcription factors. Numerous subsets of naïve, effector (regulatory and cytotoxic), and memory T cells are known, and additional subsets are being recognized with multidimensional omics technologies.

The highly coordinated expression of transcription factors and chromatin-based epigenetic programmes regulate T-cell lineage commitment and stage-specific differentiation. Such transcription factors include the basic helix-loop-helix (bHLH) factors E2A and HEB, as well as PU.1, GATA3, TCF1, BCL11B, RUNX-family factors, and Ikaros-family factors {4529}. Importantly, many of these transcription factors and chromatin-remodelling genes such as *ARID1A*, *ARID1B*, *KMT2D*, and *SETD2* are affected by genetic alterations in many forms of T-cell and NK-cell lymphomas.

Lineage-specific transcription factors and cytokine expression profiles can be used for the functional categorization of T cells. TBX21 is a regulator of T helper 1 (Th1) and cytotoxic T-cell differentiation. Th1 cells provide functional help to other T cells and macrophages; they express TBX21 and secrete IL-2 and interferon-γ. T helper 2 (Th2) cells provide support for B cells in the production of antibodies; they express GATA3 and secrete IL-4, IL-5, IL-6, and IL-10. GATA3 promotes CD4+ lineage over CD8+ lineage and promotes Th2 cell differentiation over Th1 or T helper 17 (Th17) cell differentiation. T regulatory (Treg) cells express FOXP3 and have diverse functions in suppressing the immune response to cancer and limiting inflammatory responses in tissues. Th17 cells have an effector function and express IL-17 and RORγt, as well as playing a role in immune-mediated inflammatory disease. T follicular helper (TFH) cells help in B-cell maturation within the germinal-centre reaction and express BCL6, CD10, PD1, CXCL13, and CXCR5. CXCL13 induces the proliferation of follicular dendritic cells and facilitates the migration of B and T cells into the germinal centre. The TFH cell phenotype is characteristic of several types of T-cell lymphomas; these include, among others, nodal TFH cell lymphomas, which are now grouped within one family/class.




**Fig. 5.02** T-cell and NK-cell lymphoid proliferations and lymphomas. T-cell maturation occurs in the thymus, and stages of T-cell differentiation exhibit characteristic antigen expression. Cortical thymocytes exhibit an immature T-cell phenotype and express CD34, CD10, CD1a, and TdT. T-cell lineage commitment follows the rearrangement of the TR (TCR) genes TRD and TRG as they progress through the double-negative stages (DN1a, DN2, DN3a). Those that undergo γδ selection or bypass the β-selection checkpoint differentiate into γδ T cells. Productive TRB rearrangements occurring in the medullary thymus give rise to αβ T cells, which are CD3+, CD4+, CD8+ double-positive (DP) cells, and subsequently to CD4+ and CD8+ single-positive (SP) T cells. A subset of mature T cells differentiate into natural killer T (NKT) / mucosa-associated invariant T (MAIT) cells.




**Fig. 5.03** T-cell and NK-cell lymphoid proliferations and lymphomas. Differentiation of effector T-cell subsets. Effector T-cell subsets are derived from the interaction of naïve CD4+ or CD8+ T cells with antigen-presenting cells through antigen-specific MHC-dependent interaction. Antigen-specific memory T cells can be found in central, effector, or tissue resident subsets, which can be either CD4+ or CD8+. Polarizing cytokines that are present during T-cell activation lead to epigenetic modifications and expression of transcription factors that contribute to the differentiation of naïve helper T cells into T helper cell subsets (TH1, TH2, T follicular helper [TFH], TH17, and T regulatory [Treg] cells). The expression of transcription factors, cell surface molecules, and cytokines is helpful in the characterization of T-cell subsets. Examples of putative neoplastic counterparts of T-cell subsets are listed. ALCL, anaplastic large cell lymphoma; ATLL, adult T-cell leukaemia/lymphoma; PTCL, peripheral T-cell lymphoma.

### Impact of ontogeny on the classification of T-cell and NK-cell neoplasms

Lymphomas are related to all the lymphoid cell types of the innate and adaptive immune systems. Traditional classification systems for T-cell and NK-cell neoplasms primarily incorporated the dif- ferential expression of cellular proteins for the assess- ment of dif- ferentiation stages, lineages, and limited aspects of T-cell func- tion such as cytotoxicity or activation status (CD30 and CD25). Conceptually, T cells within these functional compartments are thought to acquire genetic aberrations that contribute to the biol- ogy of T-cell malignancies that are char- acteristic of lymphomas. The diagnostic utility of chemokines, immune checkpoint pro- teins, and transcription factors allows for the recognition of dis- tinct T-cell subsets that may be incor- porated into clinical practice.

Neoplasms that are derived from the innate immune system include aggressive NK-cell leukaemias, systemic EBV-positive T-cell lymphoma of childhood, hepatosplenic gamma-delta T-cell lymphoma, and gamma-delta T-cell lymphomas arising from cutaneous and mucosal sites. Gene expression profiling studies have identified molecular subtypes of peripheral T-cell lymphoma NOS based on their expression of proteins in major T-cell subsets. However, the current status of knowledge on the clinicopathological context and prognostic implications is still considered insufficient for including these variants as formal subtypes at this stage.

### Genetics of T-cell and NK-cell lymphoid proliferations and lymphomas

Advances in molecular techniques, including the use of next-generation sequencing, have led to an enhanced understanding of the genetic basis of many T-cell and NK-cell lymphoma subtypes. In addition to providing insights into pathogenetic mechanisms, they have enabled the identification of molecular features that are critical for establishing the diagnosis (as essential and/or desirable diagnostic criteria), that have prognostic significance, and that may serve as therapeutic targets {3561,4176,4193}.

The *NPM1* (*NPM*)::*ALK* fusion was identified in 1995 as the predominant genetic alteration in ALK-positive ALCL {2800}; however, recurrent gene fusions (involving *DUSP22*, *TP63*, *ROS1*, and *TYK2*) {837} have only recently emerged as important pathogenetic events and prognostic indicators in certain subtypes, such as ALK-negative ALCL. The vast majority of oncogenic alterations in mature T-cell lymphomas are represented by point mutations, indels, and copy-number changes. T-cell lymphomas frequently carry mutations leading to the constitutive activation of pathways downstream of TCR (including JAK/STAT, PI3K/AKT, and NF-κB), of costimulatory proteins, and/or of cytokine receptors and their downstream pathways. Highly recurrent mutations of various classes of epigenetic modulators are identified in most forms of T-cell lymphoma. The numerous alterations in the DNA methylation and histone posttranslational modification machinery that result from mutations in epigenetic regulators are only beginning to be understood, but they are likely to be early events in oncogenesis {3561,4176,4193}.

Genes that regulate chromatin and histones are not only involved in tumorigenesis but may also be critical for T-cell differentiation. For example, mutations of *SETD2*, a lysine methyltransferase responsible for H3 p.K36 methylation, are highly recurrent in T-cell lymphomas of γδ T cells, such as hepatosplenic T-cell lymphoma {2619}, cutaneous gamma-delta T-cell lymphoma {864}, and monomorphic epitheliotropic intestinal T-cell lymphoma {2709}. Significantly, transgenic mouse models with a loss of function of *SETD2* develop an expansion of γδ T cells, suggesting a role for *SETD2* in T-cell development. Genetic subversion of mechanisms exploiting immune evasion is also observed in various types of T-cell lymphomas {1910,2081,1912}.

Specific molecular alterations in a variety of T-cell and NK-cell neoplasms are associated with morphological or immunophenotypic correlates. ALCLs with *DUSP22* rearrangement are characterized by neoplastic cells with a doughnut-cell appearance {2025}, sheet-like growth pattern, and reduced numbers of pleomorphic cells. A subset of ALCLs with Hodgkin-like morphology have aberrant expression of ERBB4 {3603}, whereas more anaplastic cells are seen in ALCLs with






**Fig. 5.04** Genetics of T-cell and NK-cell lymphoid proliferations and lymphomas. The vast majority of oncogenic alterations in mature T-cell lymphomas are represented by point mutations, indels, and copy-number changes. T-cell lymphomas frequently carry mutations leading to the constitutive activation of pathways downstream of the T-cell receptor (TCR), costimulatory proteins, and/or cytokine receptors. Highly recurrent mutations of many classes of epigenetic modulators are identified in most forms of T-cell lymphoma {1063}.

*JAK2* rearrangement {1199}. There is emerging evidence to support the clinical and phenotypic significance of specific mutations in T-large granular lymphocytic leukaemia and NK-large granular lymphocytic leukaemia. *STAT3* mutations are enriched in CD8+ T-large granular lymphocytic leukaemia with CD16 expression {3991,3714} and are associated with neutropenia and poorer overall survival {3568,242,3320}.

## Summary

The current edition of the WHO classification of T-cell and NK-cell lymphoproliferative disorders and neoplasms represents an ongoing refinement of previously used paradigms that integrate the clinical, immunophenotypic, and genetic features of these heterogeneous neoplasms. It also recognizes the presence of T-cell and NK-cell proliferations with indolent clinical behaviour, as well as a spectrum of mature and immature non-clonal T-cell proliferations that may arise secondary to dysregulated T-cell homeostasis in a variety of conditions such as inflammation, infection, and autoimmunity. The current understanding will serve as a basis for further research using novel technology such as multimodal analytical platforms (including linear and 3D genomics) and epigenetic and proteomic analyses at the single-cell level. Answers to open questions on the cellular origins of T- and NK-cell proliferations and neoplasms, their clonal evolution, and their genetic and phenotypic heterogeneity will help to drive future editions of the WHO classification of haematolymphoid tumours towards an increasingly biologically meaningful basis.



# Kikuchi–Fujimoto disease

Ng S-B
Chan JKC
Gratzinger D
Lim MS
Medeiros LJ
Sukswai N

## Definition

Kikuchi–Fujimoto disease (KFD) is a self-limiting disorder characterized by lymphadenopathy with paracortical proliferation of immunoblasts, infiltration by histiocytes with characteristic nuclear features, and apoptosis or necrosis with abundant nuclear debris.

## ICD-O coding

None

## ICD-11 coding

4B2Y Other specified disorders involving the immune system

## Related terminology

*Acceptable:* histiocytic necrotizing lymphadenitis; Kikuchi disease; Kikuchi lymphadenitis.

## Subtype(s)

None



**Fig. 5.05** Kikuchi–Fujimoto disease. The lesional foci in the lymph node are typically non-expansile, pale-staining, and well demarcated from the surrounding parenchyma.



**Fig. 5.06** Kikuchi–Fujimoto disease: cellular composition of karyorrhectic foci. **A** The foci can be composed predominantly of histiocytes. The histiocytes show irregular twisted nuclei. Some have crescentic nuclei and contain ingested nuclear debris. **B** Overt necrosis can be present. **C** A focus with numerous large lymphoid cells, some of which exhibit atypia in the form of irregular nuclear folds. Nuclear debris is found among the lymphoid cells. **D** In late lesions, there can be accumulation of foamy histiocytes.



**Fig. 5.07** Kikuchi–Fujimoto disease: immunohistochemistry. **A** Almost all the T cells are CD8-positive. **B** The plasmacytoid dendritic cells within the karyorrhectic foci are highlighted by CD123 staining. **C** An aberrant immunophenotype is common in the large lymphoid cells within the karyorrhectic foci. Double immunostaining for CD8 (red) and CD5 (brown) shows that most large lymphoid cells show red cell-membrane staining without a brownish hue, indicating a loss of CD5 expression.





Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 193 of 195

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 194 of 195

## Localization
Lymph nodes are involved, with rare concurrent skin lesions {2002,3806}.

## Clinical features
KFD is an acute or subacute disorder involving unilateral cervical lymph nodes in the majority of patients. Less frequently, the disease is bilateral and involves other lymph nodes. Clinical manifestations may include fever (which can be prolonged), asthenia, weight loss, rash, and arthromyalgia {1257,1991,2257,1018}. Anaemia (occurring in 55% of cases) and leukopenia (in 9–58%) can be present, and the erythrocyte sedimentation rate (in 32–56%), LDH level (in 32–81%), and/or aminotransferase level (in 24–27%) can be elevated {1990,3234,4107,996,4090,2157,4522,3782,681,1018,3186}. Rare cases are associated with autoimmune diseases, such as systemic lupus erythematosus and Graves disease {681,3794,1018,3186}, or with other conditions such as meningoencephalitis, myocarditis, and haemophagocytic lymphohistiocytosis {624,1018,511,3671}. High FDG uptake may be observed on PET-CT, mimicking lymphoma {4098,2098,2001}, and this correlates with disease severity {3682}.

## Epidemiology
KFD has a high prevalence among Asian populations but occurs worldwide. It affects young adults (median age: 23–30 years) and shows a female predominance {1990,3234,4107,996,4090,2157,4522,3782,681,1018}. In paediatric patients, KFD is more common in boys {2011,277,3674}. The geographical predominance of KFD in the Republic of Korea and in Japan is related to the presence of the HLA class II alleles HLA-DPA1 and HLA-DPB1 {3960}; however, this disorder is seen in patients of any ethnicity {1018}.

## Etiology
The etiology is unclear, although infection and autoimmune diseases are postulated to be triggers of the disease {1716,420}. A causal relationship with viruses, including EBV, parvovirus B19 and human herpesviruses, has not been demonstrated {4568,1676,3461,733,1018}.

## Pathogenesis
KFD is characterized by an exuberant T cell–mediated immune response to a variety of stimuli in genetically susceptible individuals {1716,645,420}. Apoptosis, a prominent feature of KFD, is induced by CD8+ cytotoxic T cells via the FAS and perforin pathways {3931,1156,3022,3020}. Plasmacytoid dendritic cells (pDCs) play a role in promoting the cytotoxic reaction by producing type I interferon, and elevated levels of cytokines and chemokines, such as interferon-γ, IL-6, and IL-18, have been demonstrated in patients with KFD {1104,2136,1914,3018,4259,3875}. An IgD+/CD38+ small B-cell population has been identified in KFD and systemic lupus erythematosus, suggesting a possible pathological role for anergic/autoreactive B cells {3659}.

## Macroscopic appearance
Not relevant

## Histopathology
The lymph node shows single or multiple non-expansile, circumscribed, sometimes wedge-shaped, light-staining karyorrhectic foci in the paracortex. The cellular composition of the karyorrhectic foci evolves through three phases {2157}. The proliferative phase is characterized by abundant karyorrhectic debris admixed with a variable number of histiocytes with twisted or crescentic nuclei (often accompanied by phagocytosed debris), immunoblasts, and pDCs. Abundant immunoblasts with irregular nuclear folds may mimic lymphoma. The necrotizing phase is characterized by discrete to confluent areas of coagulative necrosis among the proliferating cells and karyorrhectic debris, whereas the xanthomatous phase is characterized by the accumulation of foamy macrophages. Granulocytes and eosinophils are notably absent, and plasma cells are scarce {4090}.

**Table 5.01** Differential diagnosis of Kikuchi–Fujimoto disease (KFD)

| Disorder | Overlapping features with KFD | Distinguishing features from KFD |
|---|---|---|
| Systemic lupus erythematosus–associated lymphadenopathy | Non-granulomatous histiocytic infiltrates with necrosis and lacking granulocytes | Histological features may or may not simulate KFD; clinical and serological criteria for the diagnosis of systemic lupus erythematosus, including elevated anti-dsDNA antibodies {3212}, haematoxylin bodies (not invariably present), vasculitis, deposits of nuclear material in the vessel walls (Azzopardi effect), presence of many plasma cells |
| Infectious mononucleosis | Necrosis, presence of immunoblasts | Prominent proliferation of immunoblasts, often showing a spectrum of maturation; lacks discrete karyorrhectic foci; Reed–Sternberg–like cells may be present; presence of many EBV-encoded small RNA (EBER)-positive cells |
| Infectious necrotizing granulomatous lymphadenitis (e.g. mycobacterial and fungal infections, cat scratch disease) | Necrosis, clusters of plasmacytoid dendritic cells, histiocytes | Granulomas with epithelioid histiocytes and multinucleated giant cells; evidence of infective agents by special stains, cultures, serology, and/or molecular techniques |
| Kawasaki disease | Necrosis | Usually in patients aged < 5 years; despite prominence of apoptotic debris, the main histological change is geographical necrosis rather than cellular proliferation; fibrin thrombi in non-necrotic areas; granulocytic infiltration |
| Herpes simplex lymphadenitis | Necrosis | Viral inclusions and multinucleated giant cells; abundant granulocytes in necrotic areas; viral antigens detected by immunohistochemistry |
| Lymph node infarction | Necrosis | Coagulative necrosis without karyorrhexis; ghost cells may retain expression of pan–B- or T-cell markers |
| Drug-induced necrosis (e.g. phenytoin) | Necrosis | Necrosis associated with eosinophils, history of medication |
| Peripheral T-cell lymphoma | Proliferative and slightly atypical T-cell infiltrates; CD30 expression; aberrant loss of CD5, CD7, or CD2 {4340}; rarely clonal by TR gene rearrangement studies | Effacement of architecture, malignant lymphoid cells with atypia, monoclonal T-cell proliferation |

dsDNA, double-stranded DNA.

### *Immunohistochemistry*
The karyorrhectic foci typically comprise a mixture of cell types. (1) The histiocytes express CD68, CD163, and CD4, and they also characteristically express myeloperoxidase {3235}. (2) pDCs express pDC markers (e.g. CD123, TCL1, and TCF4), CD4, and CD68, and they tend to cluster around proliferative or necrotic areas {2529,3875}. Although characteristic, pDCs are not specific to KFD and can be present in other reactive settings {3452}. (3) The lymphocytes are predominantly CD8+ cytotoxic T cells and may express CD30 {3917}. The majority express TCRβ and a minority express TCRγ {3875}. Aberrant immunophenotypes, in the form of partial or complete loss of expression of CD5, CD7, or CD2, are not uncommon {4340} and may lead to misdiagnosis as T-cell lymphoma.

### *Differential diagnosis*
See Table 5.01.

## Cytology
Characteristic cytological features include the presence of karyorrhectic debris, phagocytic histiocytes with crescentic nuclei, and pDCs {4088}.

## Diagnostic molecular pathology
Uncommonly, monoclonal or oligoclonal TR gene rearrangements are identified in KFD, and care should be taken not to overdiagnose T-cell lymphoma {2353}.

## Essential and desirable diagnostic criteria
*Essential:* lymphadenopathy; discrete paracortical karyorrhectic foci with proliferation of histiocytes, pDCs, and immunoblasts; no granulocytes and few plasma cells; exclusion of mimics of KFD – in particular, relevant infections, lymphomas, and autoimmune diseases should be ruled out whenever possible (see Table 5.01).
*Desirable:* histiocytes with crescentic nuclei and phagocytosed debris.



**Fig. 5.08** Kikuchi–Fujimoto disease: FNAC. Lymph node fine-needle aspirate smear shows histiocytes (some with crescentic morphology and ingested debris), small lymphoid cells, large lymphoid cells, and karyorrhectic debris in Pap staining (**A**) and in Giemsa staining (**B**).

## Staging
None

## Prognosis and prediction
KFD resolves spontaneously in most patients, but 3–21% of patients develop recurrent disease {3782,1018,3186}, and rare fatalities from pulmonary haemorrhage, haemophagocytic syndrome, and heart failure can occur {624,4402,1860,236}. When recurrent, there is involvement in multiple nodal sites (in 73% of cases) and an association with underlying autoimmune diseases (in 32%) {390}.

Case 7:23-cv-00897-RJ Document 556-2 Filed 09/10/25 Page 195 of 195

# Autoimmune lymphoproliferative syndrome

Gratzinger D
Allende LM
Chan JKC
Ott G
Yang DT

## Definition
Autoimmune lymphoproliferative syndrome (ALPS) is an inborn or acquired error of immunity characterized by lymphadenopathy, hepatosplenomegaly, autoimmune cytopenias, and an increased risk of lymphoma. It is associated with germline or somatic defects in the FAS-mediated apoptosis pathway and the accumulation of αβ CD4/CD8 double-negative T (DNT) cells.

## ICD-O coding
None

## ICD-11 coding
4A01.22 Immune dysregulation syndromes presenting primarily with lymphoproliferation

## Related terminology
*Not recommended:* Canale–Smith syndrome.



**Fig. 5.09** Autoimmune lymphoproliferative syndrome (ALPS) lymph node with Castleman disease–like changes. Typical Castleman disease–like follicles with regressed germinal centres, onion-skinning, and penetrating small-calibre vessels.




**Fig. 5.10** Typical lymph node histology in autoimmune lymphoproliferative syndrome (ALPS). **A** Low-power magnification shows reactive follicles with visible germinal centres and well-formed mantle zones; the paracortex is expanded by a pale-staining lymphoid infiltrate, but the overall lymph node architecture is intact. **B** The interfollicular infiltrate is composed of sheets of pale-staining medium-sized lymphocytes with admixed small lymphocytes, plasma cells, and high endothelial venules. **C** The medium-sized lymphocytes have irregular nuclear contours and prominent nucleoli; mitotic figures are frequent. **D** The paracortex is expanded by sheets of cytologically atypical lymphocytes with open chromatin, slightly irregular nuclear contours, and visible nucleoli.




**Fig. 5.11** Typical immunohistochemical findings in autoimmune lymphoproliferative syndrome (ALPS). **A** The paracortical expansion is composed of T cells that coexpress CD57 by immunohistochemistry. **B** Flow immunophenotyping shows a large population of TCRαβ+, CD4–, CD8– T-cell events

## Subtype(s)
ALPS with germline *FAS* mutation (ALPS-FAS), either homozygous (autosomal recessive) or heterozygous (autosomal dominant); ALPS with somatic *FAS* mutation (ALPS-sFAS); ALPS with other specified FAS-pathway germline mutation (*FASLG, CASP10, CASP8, FADD*); ALPS with unknown underlying mutation (ALPS-U) {3052,3967}

## Localization
The lymph nodes and spleen are the main sites of involvement; less commonly, extranodal sites {1397}, including the bone marrow {4443}, are involved

## Clinical features
Clinical features include lymphadenopathy, hepatosplenomegaly, autoimmune cytopenias, an increased risk of lymphoma, and a high risk of sepsis after splenectomy {3768,3848,2937,3298}. ALPS-FAS is usually diagnosed in early childhood, whereas ALPS-sFAS is diagnosed across a broad age range {997,1621}. Coexisting IgG4-related disease may occur {4142}.

### *Radiological features*
The PET imaging features of ALPS overlap with those of lymphoma {562}.

## Epidemiology
The global prevalence of ALPS is unknown; a recent systematic review relied on data predominantly from the USA, Italy, and France {1464}. *FAS* mutations accounted for 85% of cases of ALPS; 87% of these mutations were germline.

**Box 5.03** Characteristic histological findings and pitfalls of autoimmune lymphoproliferative syndrome (ALPS)

**Characteristic histological findings**
- Pale-staining proliferative paracortical DNT cell hyperplasia with plasmacytosis and foci of RDD
- B-cell follicles with a range of features, from reactive follicular hyperplasia to progressive transformation of germinal centres to Castleman disease–like findings
- Extranodal sites with mixed lymphoid infiltrates including proliferative DNT cells

**Pitfalls**
- Misdiagnosis as peripheral T-cell lymphoma due to cytological atypia, DNT cell phenotype, high Ki-67 index, cytotoxic markers, extranodal infiltrates, occasional γδ T-cell phenotype
- Masking of underlying ALPS by associated Castleman disease–like findings, RDD, or superimposed IgG4-related disease
- Increased risk of lymphoma, including some types that may be obscured by a prominent non-neoplastic T-cell component, such as T-cell/histiocyte-rich large B-cell lymphoma and nodular lymphocyte-predominant Hodgkin lymphoma

DNT, CD4/CD8 double negative T, RDD, Rosai–Dorfman disease.

## Etiology
Genetic factors are characterized by germline or somatic mutations in *FAS* or genes encoding the FAS pathway {3052}.

## Pathogenesis
FAS pathway gene mutations lead to a failure of lymphocyte apoptosis {3768,1198} and increased proliferation {2583,4251}, resulting in the persistence of physiological CD38+, CD45RA+, IL-10+ CD4+, CD8+, and DNT cell populations {2458}. Failure of FAS-dependent T-cell immune surveillance {31} and

**Table 5.02** Clinical, laboratory, histological, and genetic features suggestive of autoimmune lymphoproliferative syndrome (ALPS) and ALPS-like disorders

| Features | ALPS | Overlap | ALPS-like disorders |
|---|---|---|---|
| Clinical | Lymphadenopathy, hepatosplenomegaly<br>Autoimmune cytopenia<br>Risk of malignancy | Lymphadenopathy, hepatosplenomegaly<br>Autoimmune cytopenia<br>Risk of malignancy | Frequent: recurrent infections, enteropathy, skin lesions<br>Infrequent: HLH, arthritis, neurological symptoms, endocrinopathy, and cardiomyopathy |
| Laboratory | Increased: CD3+, TCRαβ+, CD4–, CD8– (DNT) cells; vitamin B12, sFASL, IL-10; IgG<br>Normal: IgG antibody responses<br>Decreased: FAS-induced apoptosis; anti-polysaccharide IgM response in active disease | Memory B-cell lymphopenia | Variable levels of DNT cells, vitamin B12, sFASL, IL-10<br>Variable levels of IgG, IgM<br>Specific alteration of T, B, and/or NK cells<br>Normal FAS-induced apoptosis except in cases with *STAT3* gain of function or deficiencies of LRBA or TET2 |
| Histological | Infiltration of DNT cells in lymph nodes (paracortical), spleen, and (occasionally) extranodal sites | Lymphoid infiltrates at extranodal sites | Lymphocytic infiltration of non-lymphoid organs including gut, lung, or brain (especially in cases with LRBA and CTLA-4 defects) |
| Genetic | Germline mutations: *FAS, FASLG, FADD, CASP10*, and *CASP8*<br>Somatic mutations: *FAS* | None | Immune dysregulation (EBV susceptibility): *PRKCD, MAGT1, XIAP, SH2D1A, RASGRP1, TNFRSF9*<br>Immune dysregulation (Treg cell defect): *STAT3, CTLA4, LRBA, IL2RA, IL2RB, DEF6*<br>Antibody deficiencies: *PIK3CD* and *CARD11* gain of function, *PIK3R1* loss of function<br>Combined immunodeficiency: *ITK, STK4*<br>Defects in innate immunity: *STAT1* gain of function, *IL12RB1*<br>Autoinflammatory disorders: *ADA2, TNFAIP3, TET2*<br>Phenocopies of IEIs: somatic mutations in *NRAS, KRAS* {3967,3969} |

DNT, CD4/CD8 double-negative T; HLH, haemophagocytic lymphohistiocytosis; IEI, inborn error of immunity; sFASL, serum FASL; Treg, T regulatory.