**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**7:23-cv-00897**

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**

**DEFENDANT UNITED STATES' INDEX OF EXHIBITS**
(Fed. R. Evid. 702(c), (d); Fed. R. Civ. P. 26(a), 37(c); L. Civ R 7)

**Leukemia Cases:**
***Amsler v. United States* 7:23-cv-00284**
***Connard v. United States* 7:23-cv-01557**
***Fiolek v. United States* 4:23-cv-00062**
***Gleesing v. United States* 7:23-cv-01486**
***Hill v. United States* 7:23-cv-00028**

**NHL Cases:**
***Carter v. United States* 7:23-cv-01565**
***Davis v. United States* 7:23-cv-00043**
***Howard v. United States* 7:23-cv-00490**
***Keller v. United States* 7:23-cv-01501**
***Kidd v. United States* 7:23-cv-01489**
***Vidana v. United States* 7:23-cv-01575**

Defendant the United States of America files the following exhibits in support of its Motion to Exclude Plaintiffs' Phase II Leukemia and NHL Experts Steven Bird, Lukasz Gondek, Kathleen Gilbert, Timothy Mallon, and Howard Hu. The United States has filed only those exhibits that are relevant to the Motion and that are not duplicative of exhibits in the Joint Appendix, but will promptly file any other exhibits at the Court's request.

| Exhibit Number | Document |
|---|---|
| Exhibit 1 | Steven B. Bird, *Antipsychotic-induced hyperprolactinemia: Toxicologic mechanism and the increased breast cancer risk*, 14 Toxicology Reps. (June 2025) |
| Exhibit 2 | Studies Ignored by Plaintiffs' Experts |

| | |
|---|---|
| Exhibit 3 | Saberi Hosnijeh, F., et al., *Occupation and Risk of Lymphoid and Myeloid Leukaemia in the European Prospective Investigation Into Cancer and Nutrition (EPIC),* 70 Occup. Environ. Med. 7 (May 2013) |
| Exhibit 4 | Talibov, M., et al., *Occupational Solvent Exposure and Adult Chronic Lymphocytic Leukemia: No Risk in a Population-based Case-control Study in Four Nordic Countries*, 141 Int. J. Cancer (2017) |
| Exhibit 5 | 't Mannetje, A., et al., *High Risk Occupations for Non-Hodgkin's Lymphoma in New Zealand: Case-Control Study*, 65 Occup. Environ. Med. 5 (2008) |
| Exhibit 6 | Fabbro-Peray, P., et al., *Environmental Risk Factors for Non-Hodgkin's Lymphoma:A Population-based Case-control Study in Languedoc-Roussillon, France*, 12 Cancer Causes Control 3 (2001) |
| Exhibit 7 | Lynge E., et al., *Cancer in Persons Working in Dry Cleaning in the Nordic Countries*, 114 Evntl. Persps. 213 (2006) |
| Exhibit 8 | Pukkala, E., et al., *Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries*, 48 Acta Oncol. 5 (2009) |
| Exhibit 9 | Wong, O. and Raabe, GK., *Non-Hodgkin's Lymphoma and Exposure to Benzene in a Multinational Cohort of More than 308,000 Petroleum Workers, 1937-1996*, 42 J. Occup. Environ. Med. 5 (2000) |
| Exhibit 10 | Rhomberg, LR., et al., *Evaluation of Acute Nonlymphocytic Leukemia and Its Subtypes with Updated Benzene Exposure and Mortality Estimates: A Lifetable Analysis of the Pliofilm Cohort*, 58 J. Occup. Environ. Med. 4 (2016) |
| Exhibit 11 | Linet, MS., et al., *Benzene Exposure Response and Risk of Myeloid Neoplasms in Chinese Workers: A Multicenter Casecohort Study*, 111 J. Natl. Cancer Inst. 5 (2019) |
| Exhibit 12 | Ruder, AM., et al., *Mortality in Dry-cleaning Workers: An Update*, Am. J. Ind. 39 Med. 39 (2001) |
| Exhibit 13 | Spirtas, R., et al., *Retrospective Cohort Mortality Study of Workers at an Aircraft* |

| | |
|---|---|
| | *Maintenance Facility*, 48 Br. J. Ind. Med. (1991) |
| Exhibit 14 | Wartenberg, D., et al., *Trichloroethylene and Cancer: Epidemiologic Evidence,* 108 Environ. Health Persps. Suppl. 2 (2000) |
| Exhibit 15 | Hardell, L., et al., *Exposure to Phenoxyacetic Acids, Chlorophenols, or Organic Solvents in Relation to Histopathology, Stage, and Anatomical Localization of Non-Hodgkin's Lymphoma*, 54 Cancer Res. 9 (1994) |
| Exhibit 16 | Xu et al., *A Case-control Study for Assessing the Relation Between Incidence of Malignant Lymphoma and Environmental Factors in Sichuan Province*, 24 Chinese Journal of Epidemiology 10 (October 2003) |
| Exhibit 17 | Talibov, M., et al., *Occupational Exposure to Solvents and Acute Myeloid Leukemia: A Population-based, Case-control Study in Four Nordic Countries*, 40 Scand. J. Work Environ. Health 5 (2014) |
| Exhibit 18 | Fagliano J., et al., *Drinking Water Contamination and the Incidence of Leukemia: an Ecologic Study*, Am. J. Pub. Health (Oct 1990) |

Dated: September 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

ALLISON O'LEARY
AMY KLIMEK
ALANNA HORAN
GIOVANNI ANTONUCCI
MATTHEW ELLIOTT
JENNIFER E. ADAMS
MARCUS TUBIN
DAVID ORTIZ
PATRICK RYAN
Trial Attorneys

*/s/ Traci McKeever*___
Traci McKeever
TN Bar No. 020704
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
1100 L Street, NW
Washington, DC 20005
(202) 616-9296
traci.c.mckeever@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Traci McKeever*
Traci McKeever