# Exhibit 2

**Exhibit 2 – Studies Plaintiffs' Experts Ignored**

Studies included in the following tables reported negative findings or statistically insignificant findings with respect to the given chemical and disease. Studies considered and discussed by an expert are marked "CONSIDERED" in green, while those ignored by an expert are marked "IGNORED" in red.

**Table 1 – TCE and NHL Studies[1]**

Plaintiffs' NHL Experts who opined on TCE and NHL are Drs. Gilbert, Hu, and Bird.

| Study | Year | Gilbert | Hu | Bird |
|---|---|---|---|---|
| 1. Anttila et al. | 1995 | CONSIDERED | CONSIDERED | IGNORED |
| 2. Axelson et al. | 1994 | IGNORED | CONSIDERED | IGNORED |
| 3. Blair et al. | 1989 | IGNORED | CONSIDERED | IGNORED |
| 4. Boice et al. | 2006 | IGNORED | CONSIDERED | IGNORED |
| 5. Bove | 2014 (Civ) | IGNORED | CONSIDERED | CONSIDERED |
| 6. Bove | 2014 (Marines) | CONSIDERED | CONSIDERED | CONSIDERED |
| 7. Christensen et al. | 2013 | IGNORED | CONSIDERED | IGNORED |
| 8. Cocco et al. | 2010 | IGNORED | CONSIDERED | IGNORED |
| 9. Costantini et al. | 2001 | IGNORED | CONSIDERED | IGNORED |
| 10. Costantini et al. | 2008 | IGNORED | CONSIDERED | IGNORED |
| 11. Garabrant et al. | 1988 | IGNORED | CONSIDERED | IGNORED |
| 12. Greenland et al. | 1994 | IGNORED | CONSIDERED | IGNORED |
| 13. Kato et al. | 2005 | IGNORED | CONSIDERED | IGNORED |
| 14. Lipworth et al. | 2011 | IGNORED | CONSIDERED | IGNORED |
| 15. Miligi et al. | 2006 | IGNORED | CONSIDERED | IGNORED |
| 16. Morales-S-V | 2013 | IGNORED | CONSIDERED | IGNORED |
| 17. Morgan et al. | 1998 | IGNORED | CONSIDERED | IGNORED |
| 18. Persson & Fredrikson | 1999 | IGNORED | CONSIDERED | IGNORED |
| 19. Pukkala | 2008, 2009 | IGNORED | CONSIDERED | IGNORED |
| 20. Radican et al. | 2008 | IGNORED | CONSIDERED | IGNORED |
| 21. Saberi Hosnijeh | 2013 | IGNORED | IGNORED | IGNORED |
| 22. Scherr et al. | 1992 | IGNORED | IGNORED | IGNORED |
| 23. Silver et al. | 2014 | IGNORED | CONSIDERED | IGNORED |
| 24. Talibov et al. | 2017 | IGNORED | IGNORED | IGNORED |
| 25. 't Mannetje et al. | 2008 | IGNORED | IGNORED | IGNORED |
| 26. Vlaanderen et al. | 2013 | IGNORED | CONSIDERED | CONSIDERED |
| 27. Wang et al. | 2009 | CONSIDERED | CONSIDERED | IGNORED |

[1] See Goodman Rep. (NHL) at Attachment D (JA Ex. 117, D.E. 466-11). Full copies of the studies included in Dr. Goodman's report are available upon the Court's request.

**Exhibit 2 – Studies Plaintiffs' Experts Ignored**

| Study | Year | Gilbert | Hu | Bird |
|---|---|---|---|---|
| 28. Wartenberg et al. | 2000 | IGNORED | CONSIDERED | IGNORED |
| 29. Wilcosky et al. | 1984 | IGNORED | IGNORED | IGNORED |

**Table 2 – PCE and NHL Studies**[2]

Plaintiffs' NHL Experts who opined on PCE and leukemia are Drs. Hu and Bird.

| Study | Year | Hu | Bird |
|---|---|---|---|
| 1. Anttila et al. | 1995 | CONSIDERED | IGNORED |
| 2. Blair et al. | 1989 | IGNORED | IGNORED |
| 3. Blair | 1993 | CONSIDERED | IGNORED |
| 4. Bove | 2014 (Civ) | CONSIDERED | CONSIDERED |
| 5. Bove | 2014 (Marines) | CONSIDERED | CONSIDERED |
| 6. Callahan | 2019 | IGNORED | CONSIDERED |
| 7. Calvert | 2011 | CONSIDERED | IGNORED |
| 8. Christensen et al. | 2013 | CONSIDERED | IGNORED |
| 9. Costantini et al. | 2001 | CONSIDERED | IGNORED |
| 10. Fabbro-Peray | 2001 | CONSIDERED | IGNORED |
| 11. Kato et al. | 2005 | CONSIDERED | IGNORED |
| 12. Lipworth et al. | 2011 | CONSIDERED | IGNORED |
| 13. Lynge | 2006 | CONSIDERED | IGNORED |
| 14. Miligi | 1999 | CONSIDERED | IGNORED |
| 15. Miligi et al. | 2006 | CONSIDERED | IGNORED |
| 16. Pukkala | 2009 | IGNORED | IGNORED |
| 17. Radican et al. | 2008 | CONSIDERED | IGNORED |
| 18. Scherr et al. | 1992 | IGNORED | IGNORED |
| 19. Silver et al. | 2014 | CONSIDERED | IGNORED |
| 20. 't Mannetje et al. | 2008 | IGNORED | IGNORED |
| 21. Travier | 2002 | IGNORED | IGNORED |
| 22. Vlaanderen et al. | 2013 | CONSIDERED | CONSIDERED |

[2] See Goodman Rep. (NHL) at Attachment F (JA Ex. 117, D.E. 466-11). Full copies of the studies included in Dr. Goodman's report are available upon the Court's request.

**Exhibit 2 – Studies Plaintiffs' Experts Ignored**

**Table 3 – Benzene ("BZ") and NHL Studies[3]**

Plaintiffs' NHL Experts who opined on benzene and NHL are Drs. Hu and Bird.

| Study | Year | Hu | Bird |
|---|---|---|---|
| 1. Bernard | 1984 | IGNORED | IGNORED |
| 2. Blair et al. | 1989 | IGNORED | IGNORED |
| 3. Blair et al. | 1993 | IGNORED | IGNORED |
| 4. Blair | 2001 | IGNORED | IGNORED |
| 5. Bloemen | 2004 | IGNORED | IGNORED |
| 6. Bove | 2014 (Civ) | CONSIDERED | CONSIDERED |
| 7. Bove | 2014 (Marines) | CONSIDERED | CONSIDERED |
| 8. Collingwood | 1996 | IGNORED | IGNORED |
| 9. Collins | 2003 | CONSIDERED | IGNORED |
| 10. Collins | 2015 | CONSIDERED | IGNORED |
| 11. Consonni | 1999 | CONSIDERED | IGNORED |
| 12. Costantini et al. | 2008 | CONSIDERED | IGNORED |
| 13. Dagg | 1992 | IGNORED | IGNORED |
| 14. Divine | 1999a | IGNORED | IGNORED |
| 15. Fritschi | 2005 | CONSIDERED | IGNORED |
| 16. Fu | 1996 | IGNORED | IGNORED |
| 17. Gerin | 1998 | IGNORED | IGNORED |
| 18. Glass | 2003 | CONSIDERED | IGNORED |
| 19. Greenland et al. | 1994 | IGNORED | IGNORED |
| 20. Guenel | 2002 | CONSIDERED | IGNORED |
| 21. Honda | 1995 | IGNORED | IGNORED |
| 22. Kane & Newton | 2010 | IGNORED | IGNORED |
| 23. Kato et al. | 2005 | CONSIDERED | IGNORED |
| 24. Kirkeleit | 2008 | CONSIDERED | IGNORED |
| 25. Koh | 2014 | CONSIDERED | IGNORED |
| 26. Lewis | 2000a | IGNORED | IGNORED |
| 27. Lewis | 2003 | IGNORED | IGNORED |
| 28. Lynge | 1997 | IGNORED | IGNORED |
| 29. Mao | 2000 | IGNORED | IGNORED |
| 30. Morales-S-V | 2013 | IGNORED | IGNORED |
| 31. Odutola | 2021 | IGNORED | IGNORED |
| 32. Persson and Fredrikson | 1999 | CONSIDERED | IGNORED |

[3] See Goodman Rep. (NHL) at Attachment H (JA Ex. 117, D.E. 466-11). Full copies of the studies included in Dr. Goodman's report are available upon the Court's request.

**Exhibit 2 – Studies Plaintiffs' Experts Ignored**

| Study | Year | Hu | Bird |
|---|---|---|---|
| 33. Pukkala | 1998 | IGNORED | IGNORED |
| 34. Raabe & Wong | 1996 | IGNORED | IGNORED |
| 35. Rinsky | 2002 | CONSIDERED | IGNORED |
| 36. Saberi Hosnijeh | 2013 | CONSIDERED | IGNORED |
| 37. Scherr | 1992 | CONSIDERED | IGNORED |
| 38. Schnatter | 1993 | CONSIDERED | IGNORED |
| 39. Seidler | 2007 | CONSIDERED | IGNORED |
| 40. Sorahan | 2005 | CONSIDERED | IGNORED |
| 41. Talibov et al. | 2017 | IGNORED | IGNORED |
| 42. Vlaanderen et al. | 2013 | CONSIDERED | IGNORED |
| 43. Wong | 1987a,b | CONSIDERED | IGNORED |
| 44. Wong | 1993 | CONSIDERED | IGNORED |
| 45. Wong | 2001a | IGNORED | IGNORED |
| 46. Wong | 2001b | CONSIDERED | IGNORED |
| 47. Wong & Raabe | 2000 | IGNORED | IGNORED |
| 48. Wilcosky et al. | 1984 | IGNORED | IGNORED |

**Exhibit 2 – Studies Plaintiffs' Experts Ignored**

**Table 4 – TCE and Leukemia Studies**[4]

Plaintiffs' Leukemia Experts who opined on TCE and leukemia are Drs. Gilbert, Mallon, Gondek, and Bird.

| Study | Year | Gilbert | Gondek | Mallon | Bird |
|---|---|---|---|---|---|
| 1. Alexander | 2006 | IGNORED | CONSIDERED | CONSIDERED | CONSIDERED |
| 2. Anttila et al. | 1995 | CONSIDERED | CONSIDERED | CONSIDERED | IGNORED |
| 3. ATSDR | 2018b | IGNORED | IGNORED | CONSIDERED | CONSIDERED |
| 4. Bahr | 2011 | CONSIDERED | IGNORED | CONSIDERED | IGNORED |
| 5. Blair et al. | 1989 | IGNORED | IGNORED | IGNORED | IGNORED |
| 6. Boice et al. | 2006 | IGNORED | CONSIDERED | CONSIDERED | IGNORED |
| 7. Bove | 2014 (Civ) | CONSIDERED | IGNORED | CONSIDERED | CONSIDERED |
| 8. Chang | 2003 | IGNORED | IGNORED | IGNORED | IGNORED |
| 9. Costantini et al. | 2001 | IGNORED | IGNORED | IGNORED | IGNORED |
| 10. Costantini et al. | 2008 | IGNORED | IGNORED | CONSIDERED | IGNORED |
| 11. Garabrant et al. | 1988 | IGNORED | IGNORED | IGNORED | IGNORED |
| 12. Greenland et al. | 1994 | IGNORED | CONSIDERED | CONSIDERED | IGNORED |
| 13. Hansen | 2013 | CONSIDERED | IGNORED | IGNORED | IGNORED |
| 14. Karami | 2013 | IGNORED | CONSIDERED | CONSIDERED | CONSIDERED |
| 15. Lipworth et al. | 2011 | IGNORED | IGNORED | CONSIDERED | IGNORED |
| 16. Morgan et al. | 1998 | IGNORED | IGNORED | CONSIDERED | CONSIDERED |
| 17. Pukkala | 2008, 2009 | IGNORED | IGNORED | IGNORED | IGNORED |
| 18. Raaschou-Nielsen | 2003 | CONSIDERED | CONSIDERED | IGNORED | IGNORED |
| 19. Radican et al. | 2008 | IGNORED | CONSIDERED | CONSIDERED | IGNORED |
| 20. Saberi Hosnijeh | 2013 | IGNORED | IGNORED | IGNORED | IGNORED |
| 21. Silver et al. | 2014 | IGNORED | CONSIDERED | CONSIDERED | CONSIDERED |
| 22. Sung | 2007 | IGNORED | IGNORED | IGNORED | IGNORED |
| 23. Talibov et al. | 2014 | IGNORED | CONSIDERED | CONSIDERED | CONSIDERED |
| 24. Wartenberg et al. | 2000 | IGNORED | IGNORED | IGNORED | IGNORED |
| 25. Wilcosky et al. | 1984 | IGNORED | IGNORED | IGNORED | IGNORED |

[4] See Goodman Rep. (Leukemia) at Attachment D (JA Ex. 102, D.E. 465-7). Full copies of the studies included in Dr. Goodman's report are available upon the Court's request.

**Exhibit 2 – Studies Plaintiffs' Experts Ignored**

**Table 5 – PCE and Leukemia Studies**[5]

Plaintiffs' Leukemia Experts who opined on PCE and leukemia are Drs. Mallon, Gondek, and Bird.

| Study | Year | Mallon | Gondek | Bird |
|---|---|---|---|---|
| 1. ATSDR | 2018b | CONSIDERED | IGNORED | CONSIDERED |
| 2. Blair et al. | 1989 | IGNORED | IGNORED | IGNORED |
| 3. Bove | 2014 (Civ) | IGNORED | IGNORED | CONSIDERED |
| 4. Bove | 2014 (Marines) | IGNORED | IGNORED | CONSIDERED |
| 5. Callahan | 2019 | IGNORED | IGNORED | CONSIDERED |
| 6. Chang | 2003 | IGNORED | IGNORED | IGNORED |
| 7. Costantini et al. | 2001 | IGNORED | IGNORED | IGNORED |
| 8. Costantini | 2008 | IGNORED | IGNORED | IGNORED |
| 9. Lipworth et al. | 2011 | IGNORED | IGNORED | IGNORED |
| 10. McLean | 2009 | IGNORED | IGNORED | IGNORED |
| 11. Miligi | 1999 | IGNORED | IGNORED | IGNORED |
| 12. Pukkala | 2008, 2009 | IGNORED | IGNORED | IGNORED |
| 13. Ruder | 1994 | IGNORED | IGNORED | IGNORED |
| 14. Selden Ahlborg | 2011 | IGNORED | IGNORED | CONSIDERED |
| 15. Silver et al. | 2014 | IGNORED | IGNORED | IGNORED |
| 16. Talibov | 2014 | IGNORED | IGNORED | IGNORED |

[5] See Goodman Rep. (Leukemia) at Attachment F (JA Ex. 102, D.E. 465-7). Full copies of the studies included in Dr. Goodman's report are available upon the Court's request.

**Exhibit 2 – Studies Plaintiffs' Experts Ignored**

**Table 6 – Benzene ("BZ") and Leukemia Studies[6]**

Plaintiffs' Leukemia Experts who opined on benzene and leukemia are Drs. Mallon, Gondek, and Bird.

| Study | Year | Mallon | Gondek | Bird |
|---|---|---|---|---|
| 1. ATSDR | 2018b | CONSIDERED | IGNORED | CONSIDERED |
| 2. Bassig | 2015 | IGNORED | IGNORED | IGNORED |
| 3. Bernard | 1984 | IGNORED | IGNORED | IGNORED |
| 4. Blair et al. | 1989 | IGNORED | IGNORED | IGNORED |
| 5. Blair | 2001 | IGNORED | IGNORED | IGNORED |
| 6. Bloemen | 2004 | IGNORED | CONSIDERED | IGNORED |
| 7. Bove | 2014 (Civ) | CONSIDERED | CONSIDERED | CONSIDERED |
| 8. Bulbulyan | 1999 | IGNORED | IGNORED | IGNORED |
| 9. Ciccone | 1993 | IGNORED | IGNORED | IGNORED |
| 10. Collingwood | 1996 | IGNORED | IGNORED | IGNORED |
| 11. Collins | 2003 | IGNORED | CONSIDERED | IGNORED |
| 12. Collins | 2015 | CONSIDERED | IGNORED | IGNORED |
| 13. Costantini et al. | 2008 | CONSIDERED | IGNORED | IGNORED |
| 14. Dagg | 1992 | IGNORED | IGNORED | IGNORED |
| 15. Divine | 1999a | IGNORED | CONSIDERED | IGNORED |
| 16. Greenland | 1994 | IGNORED | IGNORED | IGNORED |
| 17. Koh | 2011 | IGNORED | IGNORED | IGNORED |
| 18. Koh | 2014 | IGNORED | IGNORED | IGNORED |
| 19. Lewis | 2003 | IGNORED | IGNORED | IGNORED |
| 20. Lynge | 1997 | IGNORED | IGNORED | IGNORED |
| 21. Nilsson | 1998 | IGNORED | IGNORED | IGNORED |
| 22. Pukkala | 1998 | IGNORED | IGNORED | IGNORED |
| 23. Saberi | 2013 | IGNORED | IGNORED | IGNORED |
| 24. Schnatter | 1996a | IGNORED | CONSIDERED | IGNORED |
| 25. Sorahan | 2005 | IGNORED | IGNORED | IGNORED |
| 26. Stenehjem | 2015 | CONSIDERED | CONSIDERED | IGNORED |
| 27. Talibov et al. | 2014 | CONSIDERED | IGNORED | IGNORED |
| 28. Tsai | 1993 | IGNORED | IGNORED | IGNORED |
| 29. Tsai | 2003 | IGNORED | IGNORED | IGNORED |
| 30. Tsai | 2007 | IGNORED | IGNORED | IGNORED |
| 31. Wong | 1987a,b | IGNORED | IGNORED | IGNORED |

[6] See Goodman Rep. (Leukemia) at Attachment H (JA Ex. 102, D.E. 465-7). Full copies of the studies included in Dr. Goodman's report are available upon the Court's request.

**Exhibit 2 – Studies Plaintiffs' Experts Ignored**

| Study | Year | Mallon | Gondek | Bird |
|---|---|---|---|---|
| 32. Wong | 1993 | IGNORED | IGNORED | IGNORED |
| 33. Wong | 2001a | IGNORED | IGNORED | IGNORED |