# Exhibit 3

Downloaded from oem.bmj.com on May 7, 2013 - Published by group.bmj.com
OEM Online First, published on April 10, 2013 as 10.1136/oemed-2012-101135
This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.


ORIGINAL ARTICLE

# Occupation and risk of lymphoid and myeloid leukaemia in the European Prospective Investigation into Cancer and Nutrition (EPIC)

Fatemeh Saberi Hosnijeh,[1,2] Yvette Christopher,[1] Petra Peeters,[3] Isabelle Romieu,[4] Wei Xun,[5] Elio Riboli,[5] Ole Raaschou-Nielsen,[6] Anne Tjønneland,[6] Nikolaus Becker,[7] Alexandra Nieters,[8] Antonia Trichopoulou,[9,10] Christina Bamia,[9] Philip Orfanos,[10] Enrico Oddone,[11] Leila Luján-Barroso,[12] Miren Dorronsoro,[13] Carmen Navarro,[14,15] Aurelio Barricarte,[15,16] Esther Molina-Montes,[15,17] Nick Wareham,[18] Paolo Vineis,[19] Roel Vermeulen[1,3]

▸ Additional material is published online only. To view please visit the journal online (http://dx.doi.org/10.1136/oemed-2012-101135).

For numbered affiliations see end of article.

**Correspondence to**
Dr Roel Vermeulen, Division Environmental Epidemiology, Institute for Risk Assessment Sciences, Jenalaan 18D, PO Box 80178, Utrecht 3508 TD, The Netherlands; r.c.h.vermeulen@uu.nl

Received 21 August 2012
Revised 21 February 2013
Accepted 13 March 2013

## ABSTRACT

**Objectives** Established risk factors for leukaemia do not explain the majority of leukaemia cases. Previous studies have suggested the importance of occupation and related exposures in leukaemogenesis. We evaluated possible associations between job title and selected hazardous agents and leukaemia in the European Prospective Investigation into Cancer and Nutrition.

**Methods** The mean follow-up time for 241 465 subjects was 11.20 years (SD 2.42 years). During the follow-up period, 477 incident cases of myeloid and lymphoid leukaemia occurred. Data on 52 occupations considered a priori to be at high risk of developing cancer were collected through standardised questionnaires. Occupational exposures were estimated by linking the reported occupations to a job exposure matrix. Cox proportional hazard models were used to explore the association between occupation and related exposures and risk of leukaemia.

**Results** The risk of lymphoid leukaemia significantly increased for working in chemical laboratories (HR 8.35, 95% CI 1.58 to 44.24), while the risk of myeloid leukaemia increased for working in the shoe or other leather goods industry (HR 2.54, 95% CI 1.28 to 5.06). Exposure-specific analyses showed a non-significant increased risk of myeloid leukaemias for exposure to benzene (HR 1.15, 95% CI 0.75 to 1.40; HR=1.60, 95% CI 0.95 to 2.69 for the low and high exposure categories, respectively). This association was present both for acute and chronic myeloid leukaemia at high exposure levels. However, numbers were too small to reach statistical significance.

**Conclusions** Our findings suggest a possible role of occupational exposures in the development of both lymphoid and myeloid leukaemia. Exposure to benzene seemed to be associated with both acute and chronic myeloid leukaemia.

## What this paper adds

- ▸ Established risk factors for leukaemias are viral infections by human T-cell leukaemia/lymphotropic virus type 1, exposure to ionising radiation, benzene and alkylating agents, which do not explain most leukaemia cases. Evidence suggests that a broad spectrum of occupational and environmental exposures may increase the risk of leukaemia.
- ▸ This study showed that working in chemical laboratories and in the shoe or other leather goods industry increased the risk of lymphoid and myeloid leukaemia, respectively. Exposure to benzene seemed to be associated with both acute and chronic myeloid leukaemia.
- ▸ Our findings suggest a possible role of occupational exposures (solvents) in the development of both lymphoid and myeloid leukaemia.

**To cite:** Saberi Hosnijeh F, Christopher Y, Peeters P, *et al. Occup Environ Med* Published Online First: [*please include* Day Month Year] doi:10.1136/oemed-2012-101135

## INTRODUCTION

Leukaemias are a malignancy of the haematopoietic system classified into two major components corresponding to the myeloid and lymphoid cell linage of leukaemias. There were an estimated 350 434 new cases and 257 161 deaths from leukaemia in the year 2008 in the world.[1] The most established risk factors for leukaemia are viral infections by human T-cell leukaemia/lymphotropic virus type 1, exposure to ionising radiation and benzene and alkylating agents.[2] However, these risk factors do not explain most leukaemia cases, necessitating further research in lifestyle and occupational/environmental risk factors of leukaemia.[2]

Previous studies have suggested the importance of occupational and environmental risk factors for leukaemias.[2 4] It has been estimated that known occupational factors contribute to approximately 10% of leukaemia cases in the USA and Europe.[4] For example, leukaemia has been found in excess among workers involved in the manufacturing of petroleum products,[5 6] rubber,[6 7] plastic,[6 8] nuclear energy,[6 9] munitions,[6] electronic manufacturing[6 10] and agriculture.[3 8] An increased risk of leukaemias has also been reported among mechanics, iron and metalware workers, launderers, dry cleaners,[11] nursing, healthcare workers, janitors, light truck drivers, employers

Case 7:23-cv-00897-RJ Document 560-4 Filed 09/10/25 Page 2 of 13


Copyright Article author (or their employer) 2013. Produced by BMJ Publishing Group Ltd under licence.

Downloaded from oem.bmj.com on May 7, 2013 - Published by group.bmj.com



This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.

in plumbing, heating and air conditioning,[3] welders/flame cutters and telephone line workers[10] and workers in abattoirs and meat processing plants.[12 13] In addition to risks associated with jobs and industries several specific occupational exposures such as benzene,[14] ionising radiation,[2] pesticides,[3 15 16] formaldehyde[17] and hair dye[18] have been linked to an excess risk of leukaemia. However, it should be noted that the degree of carcinogenicity evidence (sufficient or limited) differs for the mentioned jobs and exposures.[19]

The classification of leukaemias has changed in recent years in which leukaemias of the lymphoid line are currently grouped under lymphomas.[20] In the present study we evaluated possible associations between job title and selected hazardous agents (ie, pesticides, solvents, metals, contact with animals, ionising) and leukaemia in a large prospective cohort (European Prospective Investigation into Cancer and Nutrition (EPIC)) using both the old and new definition of leukaemia so as to retain comparison with previously published reports. In addition, we analysed risks per major subtype (acute myeloid leukaemia (AML), chronic myeloid leukaemia (CML) and chronic lymphoid leukaemia (CLL)) as some studies have suggested that occupational exposures appear to be related to a specific histological type of leukaemia.[6]

## MATERIALS AND METHODS

### Study population

The EPIC project is a European network of prospective cohorts that was set up to examine relationships of cancer risk with nutrition and metabolic risk factors.[21 22] Briefly, recruitment of subjects took place between 1992 and 2000 in 23 centres located in 10 European countries (Denmark, France, Greece, Germany, Italy, The Netherlands, Norway, Spain, Sweden and the UK). The cohort includes participants of both genders, mostly in the age range 35–70 years at recruitment. After providing informed consent, standardised lifestyle and personal history questionnaires were collected from most participants. The EPIC study was approved by the review board of the International Agency for Research on Cancer (IARC) and by all local institutes recruiting participants. Further details can be found elsewhere.[22] After the exclusion of subjects without information on lifestyle (n=1272), prevalent cancer cases (10 527), and centres without occupational histories: France (n=68 741), Oxford (n=53 712), The Netherlands (n=37 356), Sweden (n=49 686), Norway (n=35 890) and Naples (n=5 057), 241 465 subjects were included in the present analyses. Out of the whole study population, 91.55% was alive; 7.53% was dead; 0.43% did not want to continue to participate; 0.26% emigrated to another region; 0.18% emigrated to another country and for 0.06% status was unknown.

### Outcomes and exposure assessment

Incident primary leukaemia cancers were identified by either population cancer registries (Denmark, Italy, Spain and the UK) or other methods, such as health insurance records, pathology registries, and active contact of study subjects or next of kin (Germany and Greece). The diagnosis, tumour site classification and morphology of each case were based on the International Classification of Disease (ICD-O-2), which was reclassified according to the recently published WHO classification of tumours of the haematopoietic and lymphoid tissues (ICD-O-3) (see data supplement 1, available online only). The follow-up period for the present study was for data reports received at IARC to the end of 2010. Follow-up time was accrued up to the date of last known contact, the diagnosis date or the date of death, whichever came first. The present analysis included 477 leukaemia cases (282 men and 195 women) and 240 988 non-cases (101 807 men and 139 181 women).

Occupational status was obtained using a questionnaire almost exclusively at the time of study recruitment in which participants were asked if they had ever worked in any of 52 occupations considered a priori to be at high risk of developing cancer (see data supplement 2, available online only). Information on educational level, smoking status, alcohol intake, body mass index (BMI), physical activity and family history of cancer were also obtained among other information.[22]

### Job exposure matrix

The International Standard Classification of Occupations (ISCO-88) was used for coding of reported high-risk occupations. Occupational exposures were estimated by linking the reported occupations to a general population job exposure matrix (ALOHA-JEM).[23] The occupational exposure categories included were: pesticides; herbicides (subset of pesticides); insecticides (subset of pesticides); aromatic solvents; benzene (subset of aromatic solvents); chlorinated solvents; trichloroethylene (subset of chlorinated solvents); formaldehyde; metals (organic and inorganic metals); contact with animal products; and ionising radiation. Three categories of exposure (formaldehyde, contact with animal products and ionising radiation) were not in the original ALOHA-JEM and were newly generated by two industrial hygienists (RV and YC). The JEM classified subjects based on job code into high, low and no exposure categories for the aforementioned exposures.

### Data analyses

All statistical analyses were conducted using SAS, V.9.2. Cox proportional hazard regression models were used to examine the association between job title and associated occupational exposures and leukaemia. Age was used as the underlying time variable, with entry time defined as the subject's age at recruitment, and exit time defined as the subject's age at diagnosis of leukaemia, death, loss to follow-up or censoring date at the end of the follow-up period, whichever came first. Tests of linear trend across categories were conducted by fitting a model treating the tertile categories as an ordinal variable. Analyses were stratified by lymphoid versus myeloid leukaemia and subtypes of AML, CML and CLL. The effect of physical activity (sex-specific quartiles of combined recreational, household and occupational physical activity; categorical) and educational level (indicator of socioeconomic status; categorical), BMI (in kg/m$^2$; continuous) and family history of cancer (ie, colon and breast cancer) as potential confounding variables were examined, but they did not appreciably (more than 10% change) change the risk estimates and therefore were not included in the final models. Multivariate analyses were adjusted for sex, smoking status (categorical: never, former and current smoker), alcohol intake (categorical: never, former, current and past and current drinker), age at recruitment and country.

## RESULTS

Table 1 shows the general characteristics of the cohort and lymphoid and myeloid leukaemia cases. The mean follow-up time for 241 465 subjects was 11.20 years (SD 2.42 years). The 102 089 men and 139 376 women contributed 1 130 513 and 1 572 863 person-years of follow-up, respectively.

The crude incidence rate (IR) was 17.64 (95% CI 16.10 to 19.30) (IR 7.44, 95% CI 6.44 to 8.54 for myeloid and IR 8.77, 95% CI 7.69 to 9.96 for lymphoid) cases per 100 000

Case 7:23-cv-00897-RJ Document 560-4 Filed 09/10/25 Page 3 of 13

Downloaded from oem.bmj.com on May 7, 2013 - Published by group.bmj.com

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



**Table 1** General characteristics of the study cohort and lymphoid and myeloid leukaemia cases

| | Whole cohort (n=241465) | Lymphoid leukaemia (n=237) | Myeloid leukaemia (n=201) |
|---|---|---|---|
| Age at recruitment* | 53.01 (8.99) | 57.25 (7.28) | 57.39 (7.96) |
| Age at end of follow-up* | 64.21 (9.20) | 63.70 (7.59) | 63.69 (8.60) |
| Gender, n (%) | | | |
| Male | 102 089 (42.28) | 144 (60.76) | 113 (56.22) |
| Female | 139 376 (57.72) | 93 (39.24) | 88 (43.78) |
| School degree, n (%) | | | |
| None | 20 279 (8.48) | 18 (7.66) | 10 (5.05) |
| Primary school completed | 86 579 (36.19) | 75 (31.91) | 72 (36.36) |
| Technical/professional school | 59 564 (24.90) | 77 (32.77) | 52 (26.26) |
| Secondary school | 26 678 (11.15) | 20 (8.51) | 18 (9.09) |
| Longer education (incl. university degree) | 44 686 (18.68) | 44 (18.72) | 42 (21.21) |
| Not specified | 1435 (0.60) | 1 (0.43) | 4 (2.02) |
| Smoking habits, n (%) | | | |
| Never | 109 102 (45.18) | 103 (43.46) | 807 (39.80) |
| Former smoker | 66 268 (27.44) | 74 (31.22) | 60 (29.85) |
| Current smoker | 62 229 (25.77) | 58 (24.47) | 56 (27.86) |
| Unknown | 3866 (1.60) | 2 (0.84) | 5 (2.49) |
| Alcohol drinking history, n (%) | | | |
| Never drinkers | 20 171 (8.35) | 11 (4.64) | 10 (4.98) |
| Former drinkers | 14 544 (6.02) | 14 (5.91) | 10 (4.98) |
| Current drinkers | 12 707 (5.26) | 7 (2.95) | 6 (2.99) |
| Past and current drinkers | 186 201 (77.11) | 201 (84.81) | 160 (79.60) |
| Unknown | 7842 (3.25) | 4 (1.69) | 15 (7.46) |
| Body mass index | 2665 (4.33) | 26.62 (3.90) | 27.02 (3.91) |
| Physical activity (sex-specific quartile), n (%) | | | |
| Inactive | 42 093 (17.43) | 45 (18.99) | 40 (19.90) |
| Moderately inactive | 64 973 (26.91) | 66 (27.85) | 53 (26.37) |
| Moderately active | 106 097 (43.94) | 92 (38.82) | 80 (39.80) |
| Active | 26 185 (10.84) | 32 (13.50) | 25 (12.44) |
| Missing | 2117 (0.88) | 2 (0.84) | 3 (1.49) |
| Family history of cancer, n (%) | 5415 (2.24) | 5 (8.62) | 10 (15.15) |

*Mean (SD); For individuals without self-report and measured anthropometric data, centre, age and gender-specific average values of anthropometric variables have been imputed (n=6471).

person-years based on 477 newly diagnosed leukaemia cases. Lymphoid and myeloid leukaemia cases were slightly older than the whole study population at recruitment. Myeloid leukaemia cases reported more family history of cancer compared to lymphoid leukaemia and the whole cohort. Smoking habits, educational levels, alcohol consumption, physical activity and BMI did not differ considerably among both leukaemia cases and the whole study population. Of all leukaemia cases 49.7% (n=237) were diagnosed with lymphoid leukaemia, 42.1% (n=201) with myeloid, 4.0% (n=19) with leukaemia Not Otherwise Specified (NOS) and 4.2% (n=20) with other leukaemias.

## Job title-based analyses

Due to sample size limitations, we examined only job title categories with more than five exposed cases (see data supplement 3, available online only). Multivariate analysis restricted to myeloid leukaemia cases showed a significant increased risk for subjects working in shoe or other leather goods (HR 2.54, 95% CI 1.28 to 5.06) and a non-significant increased risk for painters (see data supplement 3, available online only). We found a non-significant risk reduction of myeloid leukaemias for workers in medical and health services and turning/metal engineering. The risk of lymphoid leukaemia (HR 8.35, 95% CI 1.58 to 44.24) and in particular CLL (HR 11.32, 95% CI 1.32 to 97.2) (data not shown) was increased significantly for working in a chemical laboratory. A non-significant increased risk of lymphoid leukaemia and CLL (data not shown) was observed for roofers (HR 2.19, 95% CI 0.79 to 6.09 and HR 2.55, 95% CI 0.93 to 7.02, respectively) and workers in turning/metal engineering (HR 2.31, 95% CI 0.91 to 5.82 and HR 2.98, 95% CI 0.93 to 9.54, respectively).

## JEM-based analyses

Exposure-specific analyses showed a non-significant increased risk of myeloid leukaemias for benzene (all categories) (table 2). Lymphoid leukaemia showed no significant association. Subsequent subtype-specific analyses indicated that benzene was associated, albeit non-significantly, with both acute and chronic myeloid leukaemia at high exposure levels (HR 1.52, 95% CI 0.78 to 2.98; HR 1.98, 95% CI 0.75 to 5.19, respectively) while exposure to aromatic solvent increased the risk of AML but not CML (table 3). In addition, we observed a non-significant increased risk of CLL for exposure to formaldehyde and ionising radiation.

## DISCUSSION

In the present study, we investigated the associations between occupations considered a priori to be at high risk of developing cancer and the risk of developing leukaemia in a large multicentre prospective cohort study. Subsequently, we studied the

Case 7:23-cv-00897-RJ Document 560-4 Filed 09/10/25 Page 4 of 13

Downloaded from oem.bmj.com on May 7, 2013 - Published by group.bmj.com



This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.

**Table 2** Multivariate Cox proportional hazards models of myeloid and lymphoid leukaemia cases by job exposure matrix

| | Myeloid leukaemia | | | | Lymphoid leukaemia | | | |
|---|---|---|---|---|---|---|---|---|
| Exposure | Cases, n (%) | Non-cases, n (%) | Multivariate HR (95% CI) | p Value* | Cases, n (%) | Non-cases, n (%) | Multivariate HR (95% CI) | p Value* |
| Pesticides | | | | | | | | |
| No | 140 (78.21) | 174 998 (82.16) | 1.00 | 0.15 | 182 (80.89) | 174 998 (82.16) | 1.00 | 0.71 |
| Low | 19 (10.61) | 16 790 (7.88) | 1.34 (0.81 to 2.21) | | 21 (9.33) | 16 790 (7.88) | 1.01 (0.62 to 1.64) | |
| High | 20 (11.17) | 21 199 (9.95) | 1.36 (0.82 to 2.25) | | 22 (9.78) | 21 199 (9.95) | 1.10 (0.69 to 1.77) | |
| Herbicides | | | | | | | | |
| No | 144 (81.36) | 177 669 (83.95) | 1.00 | 0.23 | 187 (83.86) | 177 669 (83.95) | 1.00 | 0.93 |
| Low | – | – | – | | – | – | – | |
| High | 33 (18.64) | 33 971 (16.05) | 1.29 (0.85 to 1.96) | | 36 (16.14) | 33 971 (16.05) | 1.02 (0.68–1.51) | |
| Insecticides | | | | | | | | |
| No | 140 (78.21) | 174 998 (82.16) | 1.00 | 0.15 | 182 (80.89) | 174 998 (82.16) | 1.00 | 0.71 |
| Low | 19 (10.61) | 16 790 (7.88) | 1.34 (0.81 to 2.21) | | 21 (9.33) | 16 790 (7.88) | 1.01 (0.62 to 1.64) | |
| High | 20 (11.17) | 21 199 (9.95) | 1.36 (0.82 to 2.25) | | 22 (9.78) | 21 199 (9.95) | 1.10 (0.69 to 1.77) | |
| Aromatic solvents | | | | | | | | |
| No | 99 (55.31) | 129 639 (60.85) | 1.00 | 0.26 | 130 (57.78) | 129 639 (60.85) | 1.00 | 0.34 |
| Low | 68 (37.99) | 75 737 (35.55) | 1.05 (0.75 to 1.48) | | 88 (39.11) | 75 737 (35.55) | 0.94 (0.69 to 1.27) | |
| High | 12 (6.70) | 7669 (3.60) | 1.61 (0.87 to 2.98) | | 7 (3.11) | 7669 (3.60) | 0.65 (0.30–1.41) | |
| Benzene | | | | | | | | |
| No | 123 (68.72) | 158 884 (74.59) | 1.00 | 0.08 | 166 (73.78) | 158 884 (74.59) | 1.00 | 0.22 |
| Low | 39 (21.79) | 42 987 (20.18) | 1.15 (0.78 to 1.70) | | 51 (22.67) | 42 987 (20.18) | 1.06 (0.75 to 1.50) | |
| High | 17 (9.50) | 11 140 (5.23) | 1.60 (0.95 to 2.69) | | 8 (3.56) | 11 140 (5.23) | 0.52 (0.25 to 1.06) | |
| Chlorinated solvents | | | | | | | | |
| No | 95 (53.07) | 121 074 (56.82) | 1.00 | 0.76 | 121 (53.78) | 121 074 (56.82) | 1.00 | 0.60 |
| Low | 78 (43.58) | 86 853 (40.76) | 1.02 (0.75 to 1.40) | | 99 (44.00) | 86 853 (40.76) | 0.95 (0.72 to 1.25) | |
| High | 6 (3.35) | 5138 (2.41) | 1.20 (0.51 to 2.80) | | 5 (2.22) | 5138 (2.41) | 0.80 (0.32 to 1.99) | |
| Trichloroethylene | | | | | | | | |
| No | 104 (58.10) | 129 219 (60.65) | 1.00 | 0.58 | 132 (58.67) | 129 219 (60.65) | 1.00 | 0.36 |
| Low | 70 (39.11) | 75 975 (35.66) | 1.02 (0.74–1.39) | | 85 (37.78) | 75 975 (35.66) | 0.91 (0.68 to 1.20) | |
| High | 5 (2.79) | 7865 (3.69) | 0.60 (0.24 to 1.51) | | 8 (3.56) | 7865 (3.69) | 0.76 (0.37 to 1.59) | |
| Formaldehyde | | | | | | | | |
| No | 130 (72.63) | 153 771 (72.19) | 1.00 | 0.73 | 158 (70.22) | 153 771 (72.19) | 1.00 | 0.50 |
| Low | 49 (27.37) | 57 590 (27.04) | 1.02 (0.73 to 1.42) | | 64 (28.44) | 57 590 (27.04) | 1.08 (0.81 to 1.45) | |
| High | – | 1657 (0.78) | – | | 3 (1.33) | 1657 (0.78) | 1.38 (0.44 to 4.35) | |
| Metals | | | | | | | | |
| No | 127 (70.95) | 159 149 (74.72) | 1.00 | 0.78 | 156 (69.33) | 159 149 (74.72) | 1.00 | 0.42 |
| Low | 41 (22.91) | 43 547 (20.45) | 0.89 (0.61 to 1.31) | | 59 (26.22) | 43 547 (20.45) | 0.92 (0.66 to 1.29) | |
| High | 11 (6.15) | 10 290 (4.83) | 1.02 (0.54 to 1.96) | | 10 (4.44) | 10 290 (4.83) | 0.77 (0.40 to 1.49) | |
| Contact with animals or animal products | | | | | | | | |
| No | 139 (77.65) | 166 818 (78.32) | 1.00 | 0.51 | 177 (78.67) | 166 818 (78.32) | 1.00 | 0.89 |
| Low | 7 (3.91) | 10 014 (4.70) | 0.99 (0.46 to 2.14) | | 9 (4.00) | 10 014 (4.70) | 0.99 (0.50 to 1.95) | |
| High | 33 (18.44) | 36 159 (16.98) | 1.16 (0.77 to 1.75) | | 39 (17.33) | 36 159 (16.98) | 1.03 (0.70 to 1.51) | |
| Ionising radiation | | | | | | | | |
| No | 166 (92.74) | 189 422 (88.95) | 1.00 | 0.15 | 197 (87.56) | 189 422 (88.95) | 1.00 | 0.31 |
| Low | 13 (7.26) | 23 062 (10.83) | 0.69 (0.39 to 1.23) | | 28 (12.44) | 23 062 (10.83) | 1.32 (0.87 to 1.97) | |
| High | – | 461 (0.22) | – | | – | 461 (0.22) | – | |

Multivariate analyses were adjusted for sex, smoking status, alcohol intake, age at recruitment and country.
*Tests of linear trend across categories were conducted by fitting a model treating the different tertile categories as a single ordinal variable.

possible association between leukaemia and selected occupational exposures by linking the reported occupations to a JEM. This study is one of the few population-based studies on occupational exposures that has several important strengths including its large size, ability to control for potential confounders and to investigate subtypes of leukaemia as well as the prospective design of the study. Nevertheless, some of the analyses were based on small numbers of exposed cases, and should be interpreted with caution. This particularly affects the analyses based on job titles.

## Lymphoid leukaemias

We found a significant increased risk of lymphoid leukaemia and in particular CLL (data not shown) for working in chemical laboratories. An increased risk of mortality from malignant lymphoma was reported among members of the American Chemical Society who died between 1948 and 1967.[24] Another study among professional chemists in England and Wales showed an excess mortality from CLL.[25] Moreover, a study among Finnish laboratory workers showed a slight excess in leukaemia and non-Hodgkin lymphoma risk.[26] A recent follow-up

Case 7:23-cv-00897-RJ Document 560-4 Filed 09/10/25 Page 5 of 13

Downloaded from oem.bmj.com on May 7, 2013 - Published by group.bmj.com

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



**Table 3** Multivariate analysis of subtype of myeloid and lymphoid leukaemia cases by job exposure matrix

| | Acute myeloid leukaemia n=113 | | Chronic myeloid leukaemia n=46 | | Chronic lymphoid leukaemia n=216 | |
|---|---|---|---|---|---|---|
| Exposure | Multivariate HR (95% CI) | p Value* | Multivariate HR (95% CI) | p Value* | Multivariate HR (95% CI) | p Value* |
| Pesticides | | | | | | |
| No | 1.00 | 0.79 | 1.00 | 0.34 | 1.00 | 0.86 |
| Low | 0.85 (0.41 to 1.79) | | 2.01 (0.81 to 4.99) | | 1.05 (0.65 to 1.69) | |
| High | 1.19 (0.60 to 2.37) | | 1.33 (0.50 to 3.56) | | 1.03 (0.63 to 1.69) | |
| Herbicides | | | | | | |
| No | 1.00 | 0.91 | 1.00 | 0.35 | 1.00 | 0.89 |
| Low | – | | – | | – | |
| High | 0.97 (0.54 to 1.73) | | 1.45 (0.66 to 3.20) | | 1.02 (0.69 to 1.53) | |
| Insecticides | | | | | | |
| No | 1.00 | 0.79 | 1.00 | 0.34 | 1.00 | 0.86 |
| Low | 0.85 (0.40 to 1.79) | | 2.01 (0.81 to 4.99) | | 1.05 (0.65 to 1.69) | |
| High | 1.19 (0.60 to 2.37) | | 1.33 (0.50 to 3.56) | | 1.03 (0.63 to 1.69) | |
| Aromatic solvents | | | | | | |
| No | 1.00 | 0.17 | 1.00 | 0.41 | 1.00 | 0.52 |
| Low | 1.15 (0.73 to 1.80) | | 0.67 (0.33 to 1.35) | | 0.97 (0.72 to 1.32) | |
| High | 1.83 (0.86 to 3.88) | | 0.97 (0.23 to 4.13) | | 0.71 (0.33 to 1.53) | |
| Benzene | | | | | | |
| No | 1.00 | 0.28 | 1.00 | 0.30 | 1.00 | 0.37 |
| Low | 1.06 (0.63 to 1.81) | | 1.00 (0.45 to 2.22) | | 1.11 (0.78 to 1.58) | |
| High | 1.52 (0.78 to 2.98) | | 1.97 (0.75 to 5.19) | | 0.56 (0.27 to 1.14) | |
| Chlorinated solvents | | | | | | |
| No | 1.00 | 0.58 | 1.00 | 0.83 | 1.00 | 0.77 |
| Low | 1.20 (0.79 to 1.80) | | 0.73 (0.38 to 1.41) | | 0.97 (0.73 to 1.28) | |
| High | 0.79 (0.19 to 3.30) | | 1.74 (0.50 to 6.10) | | 0.91 (0.37 to 2.26) | |
| Trichloroethylene | | | | | | |
| No | 1.00 | 0.77 | 1.00 | 0.80 | 1.00 | 0.33 |
| Low | 1.00 (0.66 to 1.51) | | 0.98 (0.51 to 1.87) | | 0.93 (0.69 to 1.24) | |
| High | 0.73 (0.22 to 2.38) | | 0.77 (0.18 to 3.42) | | 0.64 (0.28 to 1.47) | |
| Formaldehyde | | | | | | |
| No | 1.00 | 0.74 | 1.00 | 0.70 | 1.00 | 0.36 |
| Low | 1.01 (0.65 to 1.57) | | 0.92 (0.46 to 1.84) | | 1.12 (0.83 to 1.52) | |
| High | – | | – | | 1.45 (0.46 to 4.56) | |
| Metals | | | | | | |
| No | 1.00 | 0.98 | 1.00 | 0.97 | 1.00 | 0.34 |
| Low | 0.97 (0.59 to 1.60) | | 0.82 (0.36 to 1.84) | | 0.89 (0.63 to 1.26) | |
| High | 1.06 (0.45 to 2.54) | | 1.23 (0.41 to 3.72) | | 0.75 (0.38 to 1.50) | |
| Contact with animals or animal products | | | | | | |
| No | 1.00 | 0.45 | 1.00 | 0.28 | 1.00 | 0.94 |
| Low | 0.46 (0.11 to 1.86) | | 2.43 (0.85 to 7.01) | | 1.05 (0.54 to 2.07) | |
| High | 0.85 (0.48 to 1.51) | | 1.37 (0.62 to 3.02) | | 1.01 (0.69 to 1.49) | |
| Ionising radiation | | | | | | |
| No | 1.00 | 0.51 | 1.00 | 0.54 | 1.00 | 0.14 |
| Low | 0.83 (0.40 to 1.72) | | 0.73 (0.22 to 2.39) | | 1.45 (0.96 to 2.17) | |
| High | – | | – | | – | |

Multivariate analyses were adjusted for sex, smoking status, alcohol intake, age at recruitment and country.
*Tests of linear trend across categories were conducted by fitting a model treating the different tertile categories as a single ordinal variable.

of 15 million people in five Nordic countries showed an excess in the standardised incidence ratio of non-Hodgkin lymphoma but not leukaemia among male technical workers including chemists.[27] Together with our findings this would suggest that chemical laboratory workers are potentially exposed to leukaemogens and/or lymphomagens.

There has been some indication of an increased risk of total leukaemia and CLL among individuals involved in metal working occupations in previous studies.[3 11 28 29] Consistently, in our study an increased risk of lymphoid leukaemias and CLL (data not shown) was found for turning/metal engineering. However, no increased risk was observed for metalworking or for metal exposure based on the JEM. It should, however, be noted that metal working covers a wide range of work situations and therefore includes a correspondingly wide range of potential exposures, such as mineral and metal dust, aromatic and chlorinated solvents and metalworking fluids.

We found an increased risk of lymphoid leukaemia among roofers who might be exposed to bitumen fumes/asphalt and/or coal tar-based materials, which are known to be human

Case 7:23-cv-00897-RJ Document 560-4 Filed 09/10/25 Page 6 of 13

Downloaded from oem.bmj.com on May 7, 2013 - Published by group.bmj.com



This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.

carcinogens. This finding is consistent with a meta-analysis of epidemiological studies that showed an excess risk of leukaemia among roofers,[30] and a recent case–control study among male construction workers in California (1988–2007) that showed a significant increased risk of total leukaemia among roofers.[31]

### Myeloid leukaemias

In our study, a significant increased risk of myeloid leukaemia, in particular AML, among subjects working in the shoe/leather industries was found. Some previous studies showed that people working in the shoe/leather goods industry are at an increased risk of leukaemia[32 34] while others did not show such an association.[6 35 36] Glues in the shoe industry historically contained benzene. The content of benzene in glues, however, varied across time and might have varied from country to country.[33] These differences may explain some of the observed heterogeneity in results.

The IARC has classified painting as an occupationally related cause of cancer. Consistent with our finding of an increased risk of myeloid leukaemia among painters, a study among Swedish workers employed in 1960 and/or 1970 in various painting trades and the paint and varnish manufacturing industry reported an increased risk of non-lymphocytic leukaemia among paint and varnish workers.[37] However, a recent large study among the general population in five Nordic countries did not show a higher risk of leukaemia among painters.[27]

Our results showed that occupational exposure to high levels of aromatic solvents, in particular benzene, increased the risk of myeloid leukaemia and its subtypes AML and CML. Benzene exposure is a well-known cause of AML,[4 38] but for CML, there is no consistent evidence to date.[39 40] Most cohort studies have not found CML in benzene-exposed workers, while the more suggestive evidence comes from population-based case–control studies.[39] Given the suggestive evidence from this study and others it seems prudent that future studies on benzene and/or CML would focus on this putative association.

Despite the large number of studies dealing with occupation and leukaemias in general, only a few studies focused on specific subtypes of the disease. The subjects included in our study constituted a large group with many years of follow-up and reasonably complete vital status ascertainment, which enables us to examine the associations by histological types of AML, CML, acute lymphoblastic leukaemia and CLL, although the numbers of acute lymphoblastic leukaemia cases for analyses were prohibitively low. Moreover, we had detailed information on several possible confounders, which has been frequently lacking in other studies.

Our study has some limitations. First, a large number of cohort participants were excluded due to the lack of occupational histories. Second, as the cohort was designed to address questions other than occupational exposures, the information on jobs was limited. The lack of information on the duration of employment in a particular job, on detailed job tasks and on exposure to particular carcinogens in/outside of the workplace will have caused a degree of exposure misclassification. In addition, we did not have full occupational job histories of the study subjects, which would have caused an underestimation of the exposure prevalence. However, given that most high-risk job groups were ascertained in our study, we have probably captured the most significant occupational exposures within the population. Moreover, the resulting exposure misclassification of the mentioned study limitations is likely to have been non-differential, and as such would have resulted in an underestimation of risk but would not have led to false positive findings. The latter might explain the failure to show a clear effect for known risk factors of leukaemia, in particular myeloid leukaemia, including exposure to ionising radiation and formaldehyde especially in combination with the very low prevalence of high exposed subjects to these agents (<1%).

## CONCLUSION

In summary, our study showed some evidence supporting the role of occupational exposures in the development of both lymphoid and myeloid leukaemia. Exposure to benzene seemed to be associated with both acute and chronic myeloid leukaemia at high exposure levels. However, given the relative low numbers of exposed cases, the results have to be interpreted with some caution.

**Author affiliations**
[1]Division Environmental Epidemiology, Institute for Risk Assessment Sciences (IRAS), Utrecht University, Utrecht, The Netherlands
[2]Zanjan University of Medical Science, Zanjan, Iran
[3]Julius Center for Health Sciences and Primary Care, University Medical Center Utrecht, Utrecht, The Netherlands
[4]International Agency for Research on Cancer (IARC-WHO), Lyon, France
[5]Division of Epidemiology, Public Health and Primary Care Faculty of Medicine Imperial College, London, UK
[6]Danish Cancer Society Research Center, Copenhagen, Denmark
[7]Division of Cancer Epidemiology, DKFZ Heidelberg, Heidelberg, Germany
[8]Centre of Chronic Immunodeficiency, University of Freiburg, Heidelberg, Germany
[9]Department of Hygiene, Epidemiology and Medical Statistics, WHO Collaborating Center for Food and Nutrition Policies, University of Athens Medical School, Athens, Greece
[10]Hellenic Health Foundation, Athens, Greece
[11]Environmental Epidemiology and Cancer Registry Unit, Fondazione IRCCS Istituto Nazionale dei Tumori, Milan, Italy
[12]Unit of Nutrition, Environment and Cancer, Catalan Institute of Oncology (ICO), Barcelona, Spain
[13]Public Health Division of Gipuzkoa, Basque Regional Health Department and Biodonostia/Ciberesp, San Sebastian, Spain
[14]Department of Epidemiology, Murcia Regional Health Authority, Murica, Spain
[15]CIBER Epidemiología y Salud Pública (CIBERESP), Granada, Spain
[16]Navarre Public Health Institute, Pamplona, Spain
[17]Andalusian School of Public Health, Granada, Spain
[18]Epidemiology Unit, Medical Research Council, Cambridge, UK
[19]Imperial College School of Public Health, London, UK

**Contributors** All authors other than FSH and YC were responsible for the conception, design and conduct of the EPIC study. FSH, RV and YC were responsible for the execution of the research reported in the paper, the statistical analysis and the interpretation of data. The paper was drafted by FSH and was revised with contributions from co-authors. All authors reviewed and approved the paper.

**Funding** The work described in this paper was carried out with financial support of the Europe Against Cancer Program of the European Commission (SANCO), Deutsche Krebshilfe, Deutsches Krebsforschungszentrum, German Federal Ministry of Education and Research, Danish Cancer Society, Health Research Fund (FIS) of the Spanish Ministry of Health, Spanish regional governments of Andalucia, Asturias, Basque Country, Murcia, Navarra and the Catalan Institute of Oncology, La Caixa (BM 06-130), RTICC-RD06/0020, Spain, Cancer Research UK, Medical Research Council, UK, Stroke Association, UK, British Heart Foundation, Department of Health, UK, Food Standards Agency, UK, Wellcome Trust, UK, Greek Ministry of Health, Greek Ministry of Education, Greek Ministry of Health and Social Solidarity, the Hellenic Health Foundation, and the Stavros Niarchos Foundation, Italian Association for Research on Cancer (AIRC) and the Italian National Research Council.

**Competing interests** None.

**Patient consent** Obtained.

**Ethics approval** This study was conducted with the approval of the IARC ethics committee and all the local institutional review boards.

**Provenance and peer review** Not commissioned; externally peer reviewed.

## REFERENCES

1 Ferlay J, Shin H-R, Bray F, *et al*. Estimates of worldwide burden of cancer in 2008: Globocan 2008. *Int J Cancer* 2010;127:2893–917.

Case 7:23-cv-00897-RJ Document 560-4 Filed 09/10/25 Page 7 of 13

Downloaded from oem.bmj.com on May 7, 2013 - Published by group.bmj.com

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.




2 Zeeb H, Blettner M. Adult leukaemia: what is the role of currently known risk factors? *Radiat Environ Biophys* 1998;36:217–28.
3 Blair A, Zheng T, Linos A, *et al*. Occupation and leukemia: a population-based case–control study in Iowa and Minnesota. *Am J Ind Med* 2001;40:3–14.
4 Descatha A, Jenabian A, Conso F, *et al*. Occupational exposures and haematological malignancies: overview on human recent data. *Cancer Causes Control* 2005;16:939–53.
5 Kirkeleit J, Riise T, Bråtveit M, *et al*. Increased risk of acute myelogenous leukemia and multiple myeloma in a historical cohort of upstream petroleum workers exposed to crude oil. *Cancer Causes Control* 2008;19:13–23.
6 Terry PD, Shore DL, Rauscher GH, *et al*. Occupation, hobbies, and acute leukemia in adults. *Leuk Res* 2005;29:1117–30.
7 Sathiakumar N, Graff J, Macaluso M, *et al*. An updated study of mortality among North American synthetic rubber industry workers. *Occup Environ Med* 2005;62:822–9.
8 McLean D, Mannetje A, Dryson E, *et al*. Leukaemia and occupation: a New Zealand Cancer Registry-based case–control study. *Int J Epidemiol* 2009;38:594–606.
9 Cardis E, Gilbert ES, Carpenter L, *et al*. Effects of low doses and low dose rates of external ionising radiation: cancer mortality among nuclear power industry workers in three countries. *Radiat Res* 1995;142:117–32.
10 Bethwaite P, Cook A, Kennedy J, *et al*. Acute leukemia in electrical workers: a New Zealand case–control study. *Cancer Causes Control* 2001;12:683–9.
11 Ji J, Hemminki K. Occurrences of leukemia subtypes by socioeconomic and occupational groups in Sweden. *J Occup Environ Med* 2005;47:1131–40.
12 Johnson ES. Cancer mortality in workers employed in cattle, pigs, and sheep slaughtering and processing plants. *Environ Int* 2011;37:950–9.
13 Moore T, Brennan P, Becker N, *et al*. Occupational exposure to meat and risk of lymphoma: a multicenter case–control study from Europe. *Int J Cancer* 2007;121:2761–6.
14 International Agency for Research on Cancer (IARC). Chemical agents and related occupations. *IARC Monogr Eval Carcinog Risks Hum* 2012;100:249–435.
15 Van Maele-Fabry G, Duhayon S, Lison D. A systematic review of myeloid leukemias and occupational pesticide exposure. *Cancer Causes Control* 2007;18:457–78.
16 Bassil KL, Vakil C, Sanborn M, *et al*. Cancer health effects of pesticides: systematic review. *Can Fam Physician* 2007;53:1704–11.
17 Hauptmann M, Stewart PA, Lubin JH, *et al*. Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. *J Natl Cancer Inst* 2009;101:1696–708.
18 Zhang Y, Sanjose SD, Bracci PM, *et al*. Personal use of hair dye and the risk of certain subtypes of non-hodgkin lymphoma. *Am J Epidemiol* 2008;167:1321–31.
19 Cogliano VJ, Baan R, Straif K, *et al*. Preventable exposures associated with human cancers. *J Natl Cancer Inst* 2011;103:1827–39.
20 Swerdlow SH, Campo E, Harris NL, *et al*. *WHO classification of tumours of haematopoietic and lymphoid tissues*. 4th edn. Lyon, France: IARC, 2008.
21 Riboli E, Hunt KJ, Slimani N, *et al*. European Prospective Investigation into Cancer and Nutrition (EPIC): study populations and data collection. *Public Health Nutr* 2002;5:1113–24.
22 Riboli E, Kaaks R. The EPIC project: rationale and study design. European prospective investigation into cancer and nutrition. *Int J Epidemiol* 1997;26:S6–14.
23 Sunyer J, Kogevinas M, Kromhout H, *et al*. Pulmonary ventilatory defects and occupational exposures in a population-based study in Spain. Spanish group of the European Community Respiratory Health Survey. *Am J Respir Crit Care Med* 1998;157:512–17.
24 Li FP, Fraumeni JF Jr, Mantel N, *et al*. Cancer mortality among chemist. *J Natl Cancer Inst* 1969;43:1159–64.
25 Hunter WJ, Henman BA, Bartlett DM, *et al*. Mortality of professional chemists in England and Wales, 1965–1989. *Am J Ind Med* 1993;23:615–27.
26 Kauppinen T, Pukkala E, Saalo A, *et al*. Exposure to chemical carcinogens and risk of cancer among Finnish laboratory workers. *Am J Ind Med* 2003;44:343–50.
27 Pukkala E, Martinsen J, Lynge E, *et al*. Occupation and cancer—follow-up of 15 million people in five Nordic countries. *Acta Oncologica* 2009;48:646–790.
28 Zheng T, Blair A, Zhang Y, *et al*. Occupation and risk of non-Hodgkin's lymphoma and chronic lymphocytic leukemia. *J Occup Environ Med* 2002;44:469–74.
29 Mirer FE. New evidence on the health hazards and control of metalworking fluids since completion of the OSHA advisory committee report. *Am J Ind Med* 2010;53:792–801.
30 Partanen T, Boffetta P. Cancer risk in asphalt workers and roofers: review and meta-analysis of epidemiologic studies. *Am J Ind Med* 1994;26:721–40.
31 Luckhaupt SE, Deapen D, Cress R, *et al*. Leukemia among male construction workers in California, 1988–2007. *Leukemia & Lymphoma* 2012;53:2228–36.
32 Paci E, Buiatti E, Costantini AS, *et al*. Aplastic anemia, leukemia and other cancer mortality in a cohort of shoe workers exposed to benzene. *Scand J Work Environ Health* 1989;15:313–18.
33 Fu H, Demers PA, Costantini AS, *et al*. Cancer mortality among shoe manufacturing workers: an analysis of two cohorts. *Occup Environ Med* 1996;53:394–8.
34 Seniori Costantini A, Quinn M, Consonni D, *et al*. Exposure to benzene and risk of leukemia among shoe factory workers. *Scand J Work Environ Health* 2003;29:51–9.
35 Walker JT, Bloom TF, Stern FB, *et al*. Mortality of workers employed in shoe manufacturing. *Scand J Work Environ Health* 1993;19:89–95.
36 Forand SP. Leukaemia incidence among workers in the shoe and boot manufacturing industry: a case–control study. *Environ Health Perspect* 2004;3:1–7.
37 Brown LM, Moradi T, Gridley G, *et al*. Exposures in the painting trades and paint manufacturing industry and risk of cancer among men and women in Sweden. *Occup Environ Med* 2002;44:258–64.
38 Hayes RB, Songnian Y, Dosemeci M, *et al*. Benzene and lymphohematopoietic malignancies in humans. *Am J Ind Med* 2001;40:117–26.
39 Schnatter AR, Rosamilia K, Wojcik NC. Review of the literature on benzene exposure and leukemia subtypes. *Chem Biol Interact* 2005;153–154:9–21.
40 Lamm SH, Engel A, Joshi KP, *et al*. Chronic myelogenous leukemia and benzene exposure: a systematic review and meta-analysis of the case-control literature. *Chem Biol Interact* 2009;182:93–7.


Case 7:23-cv-00897-RJ Document 560-4 Filed 09/10/25 Page 8 of 13

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.

**Online data supplement 1.** Leukemia classification based on ICD-O-3

| | |
|---|---|
| Lymphoid leukemia | 9820, 9821 (ALL), 9823 (CLL), 9827, 9830, 9832, 9835, |
| Myeloid leukemia | AML (9840, 9861, 9872, 9873, 9874), 9863 (CML), 9860, 9866, 9867, 9868, 9945, 9895, 9932, 9891, 9875 |
| Leukemia NOS | 9800, 9801 |
| Other leukemias | 9900, 9910, 9931, 9940 |

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.

**Online data supplement 2** list of 52 high risk occupations

| | |
|---|---|
| worked as butcher | worked in electrical/electronic industry |
| worked as painter | worked in glass industry |
| worked as welder | worked in printing |
| worked as hairdresser | worked in construction industry |
| worked as gasoline station worker | worked in transportation |
| worked as car repair worker | worked in nuclear industry |
| worked as bar tender | worked in paper or pulp production |
| worked as restaurant worker | worked in asbestos-cement production |
| worked as roofer | worked in asbestos insulation production |
| worked as truck driver | worked in cement production |
| worked as bus/taxi driver | worked in ceramics production |
| worked as asphalt worker | worked in medical and health services |
| worked as demolition worker | worked in textile dying |
| worked in breeding | worked in fibre preparation or weaving |
| worked in farming | worked in turning/metal engineering |
| worked in mines or quarries | worked in welding shop |
| worked in foundries | worked in painting shop |
| worked in electroplating | worked in furniture production |
| worked in chemical industry | worked in steel mill |
| worked in rubber industry | worked in special alloys |
| worked in textile industry | worked in refinery |
| worked in leather and tanning industry | worked in dye production |
| worked in shoes or other leather goods | worked in chemical laboratory |
| worked in woodworking | worked with pesticides |
| worked in metalworking | worked in agriculture only before 1960 |
| worked in shipyards | worked in agriculture also after 1960 |

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.

**Online data supplement 3** Distribution of the cohort, myeloid and lymphoid leukemia cases by job titles; crude and multivariate Cox proportional hazards models

| | | myeloid leukemia (n=201) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Job title | | Cohort, n (%) | Cases, n (%) | Non-Cases, n (%) | Univariate HR (95% CI) | p-value | Multivariate HR (95% CI) | p-value |
| Worked in breeding | yes | 14411 (6.76) | 14 (7.82) | 14397 (6.76) | 1.01 (0.58-1.74) | 0.98 | 1.11 (0.63-1.95) | 0.72 |
| | no | 198658 (93.24) | 165 (92.18) | 198493 (93.24) | | | | |
| Worked in farming * | yes | 34004 (16.05) | 33 (18.64) | 33971 (16.05) | 1.08 (0.74-1.58) | 0.70 | 1.29 (0.85-1.95) | 0.23 |
| | no | 177804 (83.95) | 144 (81.36) | 177660 (83.95) | | | | |
| Worked in chemical industry | yes | 7698 (3.62) | 7 (3.91) | 7691 (3.62) | 1.15 (0.54-2.45) | 0.72 | 1.00 (0.47-2.14) | 0.99 |
| | no | 204706 (96.38) | 172 (96.09) | 204534 (96.38) | | | | |
| Worked in textile industry | yes | 7267 (3.42) | 8 (4.47) | 7259 (3.42) | 1.26 (0.62-2.57) | 0.52 | 1.50 (0.73-3.06) | 0.27 |
| | no | 205450 (96.58) | 171 (95.53) | 205279 (96.58) | | | | |
| Worked in shoes or other leather goods | yes | 3743 (1.76) | 9 (5.03) | 3734 (1.76) | 2.45 (1.25-4.79) | 0.01 | 2.54 (1.28-5.06) | 0.01 |
| | no | 209121 (98.24) | 170 (94.97) | 208951 (98.24) | | | | |
| Worked in woodworking | yes | 7401 (3.48) | 9 (5.03) | 7392 (3.48) | 1.35 (0.69-2.64) | 0.38 | 1.10 (0.56-2.17) | 0.79 |
| | no | 205302 (96.52) | 170 (94.97) | 205132 (96.52) | | | | |
| Worked in metalworking | yes | 23300 (12.54) | 21 (12.65) | 23279 (12.54) | 1.04 (0.66-1.64) | 0.88 | 0.83 (0.51-2.34) | 0.45 |
| | no | 162512 (87.46) | 145 (87.35) | 162367 (87.46) | | | | |
| Worked in electrical/electric industry | yes | 11683 (5.49) | 13 (7.26) | 11670 (5.48) | 1.40 (0.80-2.46) | 0.25 | 1.14 (0.64-2.03) | 0.65 |
| | no | 201310 (94.51) | 166 (92.74) | 201144 (94.52) | | | | |
| Worked in printing | yes | 5272 (2.48) | 6 (3.35) | 5266 (2.48) | 1.26 (0.56-2.85) | 0.57 | 1.10 (0.48-2.50) | 0.82 |
| | no | 207658 (97.52) | 173 (96.65) | 207485 (97.52) | | | | |
| Worked in construction industry | yes | 13450 (7.18) | 11 (6.63) | 13439 (7.18) | 0.94 (0.51-1.73) | 0.84 | 0.80 (0.43-1.49) | 0.47 |
| | no | 173865 (92.82) | 155 (93.37) | 173710 (92.82) | | | | |
| Worked in transportation | yes | 10741 (5.07) | 13 (7.34) | 10728 (5.07) | 1.54 (0.88-2.71) | 0.13 | 1.29 (0.72-2.32) | 0.39 |
| | no | 200983 (94.93) | 164 (92.66) | 200819 (94.93) | | | | |
| Worked as painter | yes | 3507 (1.87) | 7 (4.19) | 3500 (1.87) | 2.21 (1.04-4.71) | 0.04 | 1.90 (0.88-4.12) | 0.10 |
| | no | 184134 (98.13) | 160 (95.81) | 183974 (98.13) | | | | |
| Worked in welding shop or as welder | yes | 11059 (6.84) | 13 (8.44) | 11046 (6.84) | 1.30 (0.73-2.30) | 0.36 | 1.14 (0.63-2.05) | 0.66 |
| | no | 150532 (93.16) | 141 (91.56) | 150391 (93.16) | | | | |
| Worked as car repair worker | yes | 4898 (2.61) | 6 (3.59) | 4892 (2.61) | 1.47 (0.65-3.33) | 0.35 | 1.21 (0.53-2.77) | 0.65 |
| | no | 182749 (97.39) | 161 (96.41) | 182588 (97.39) | | | | |
| Worked as restaurant worker | yes | 9404 (4.41) | 7 (3.91) | 9397 (4.42) | 0.95 (0.45-2.02) | 0.89 | 1.07 (0.50-2.28) | 0.87 |
| | no | 203614 (95.59) | 172 (96.09) | 203442 (95.58) | | | | |
| Worked in medical and health services | yes | 18276 (8.58) | 8 (4.47) | 18268 (8.59) | 0.53 (0.26-1.07) | 0.07 | 0.57 (0.28-1.17) | 0.12 |
| | no | 194619 (91.42) | 171 (95.53) | 194448 (91.41) | | | | |
| Worked in turning/metal engineering | yes | 12978 (56.98) | 8 (38.10) | 12979 (57.00) | 0.45 (0.19-1.09) | 0.08 | 0.39 (0.14-1.07) | 0.07 |
| | no | 9804 (43.02) | 13 (61.90) | 9791 (43.00) | | | | |
| Worked as truck driver | yes | 5753 (54.64) | 6 (46.15) | 5747 (54.65) | 0.72 (0.24-2.15) | 0.56 | 0.80 (0.25-2.54) | 0.71 |

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | no | 4776 (45.36) | 7 (53.85) | 4769 (45.35) | | | | |
| Worked with pesticides † | yes | 15208 (48.14) | 14 (45.16) | 15194 (48.14) | 0.91 (0.45-1.85) | 0.80 | 0.94 (0.45-1.97) | 0.86 |
| | no | 16383 (51.86) | 17 (54.84) | 16366 (51.86) | | | | |
| Worked in agriculture only before 1960 ‡ | yes | 11114 (54.04) | 10 (52.63) | 11104 (54.04) | 1.11 (0.41-3.01) | 0.83 | 0.94 (0.29-3.00) | 0.91 |
| | no | 9453 (45.96) | 9 (47.37) | 9444 (45.96) | | | | |
| Worked in agriculture also after 1960 § | yes | 172 (78.72) | 15 (75.00) | 17265 (78.72) | 1.02 (0.37-2.82) | 0.97 | 1.27 (0.41-3.90) | 0.68 |
| | no | 4672 (21.28) | 5 (25.00) | 4667 (21.28) | | | | |
| **lymphoid leukemia (n=237)** | | | | | | | | |
| Worked in breeding | yes | 14,414 (6.76) | 17 (7.56) | 14,397 (6.76) | 1.00 (0.61-1.65) | 0.99 | 1.02 (0.60-1.72) | 0.95 |
| | no | 198,701 (93.24) | 208 (92.44) | 198,493 (93.24) | | | | |
| Worked in farming* | yes | 34,007 (16.05) | 36 (16.14) | 33,971 (16.05) | 0.93 (0.65-1.33) | 0.68 | 1.02 (0.68-1.51) | 0.93 |
| | no | 177,847 (83.97) | 187 (83.86) | 177,660 (83.95) | | | | |
| Worked in chemical industry | yes | 7,701 (3.62) | 10 (4.44) | 7,691 (3.62) | 1.28 (0.68-2.41) | 0.45 | 1.12 (0.59-2.12) | 0.73 |
| | no | 204,749 (96.38) | 215 (95.56) | 204,534 (96.38) | | | | |
| Worked in textile industry | yes | 7,267 (3.42) | 8 (3.56) | 7,259 (3.42) | 0.98 (0.48-1.97) | 0.94 | 1.17 (0.57-2.39) | 0.67 |
| | no | 205,496 (96.58) | 217 (96.44) | 205,279 (96.58) | | | | |
| Worked in woodworking | yes | 7,402 (3.48) | 10 (4.44) | 7,392 (3.48) | 1.17 (0.62-2.21) | 0.63 | 0.89 (0.47-1.69) | 0.72 |
| | no | 205,347 (96.52) | 215 (95.56) | 205,132 (96.52) | | | | |
| Worked in metalworking | yes | 23,307 (12.54) | 28 (13.53) | 23,279 (12.54) | 1.09 (0.73-1.63) | 0.67 | 0.83 (0.54-1.26) | 0.37 |
| | no | 162,546 (87.46) | 179 (86.47) | 162,367 (87.46) | | | | |
| Worked in electrical/electric industry | yes | 11,683 (5.487) | 13 (5.78) | 11,670 (5.48) | 1.09 (0.62-1.91) | 0.77 | 0.84 (0.48-1.48) | 0.55 |
| | no | 201,356 (94.52) | 212 (94.22) | 201,144 (94.52) | | | | |
| Worked in construction industry | yes | 13,459 (7.18) | 20 (9.48) | 13,439 (7.18) | 1.38 (0.87-2.18) | 0.18 | 1.09 (0.68-1.75) | 0.73 |
| | no | 173,901 (92.82) | 191 (90.52) | 173,710 (92.82) | | | | |
| Worked in transportation | yes | 10,737 (5.07) | 9 (4.00) | 10,728 (5.07) | 0.79 (0.41-1.54) | 0.49 | 0.58 (0.30-1.15) | 0.12 |
| | no | 201,035 (94.93) | 216 (96.00) | 200,819 (94.93) | | | | |
| Worked as car repair worker | yes | 4,900 (2.61) | 8 (3.77) | 4,892 (2.61) | 1.55 (0.76-3.14) | 0.23 | 1.22 (0.60-2.50) | 0.59 |
| | no | 182,792 (97.39) | 204 (96.23) | 182,588 (97.39) | | | | |
| Worked as restaurant worker | yes | 9,404 (4.41) | 7 (3.11) | 9,397 (4.42) | 0.74 (0.35-1.57) | 0.43 | 0.82 (0.39-1.75) | 0.61 |
| | no | 203,660 (95.59) | 218 (96.89) | 203,442 (95.58) | | | | |
| Worked in medical and health services | yes | 18,287 (8.59) | 19 (8.44) | 18,268 (8.59) | 1.02 (0.64-1.64) | 0.92 | 1.21 (0.74-1.97) | 0.46 |
| | no | 194,654 (91.41) | 206 (91.56) | 194,448 (91.41) | | | | |
| Worked in turning/metal engineering | yes | 13,000 (57.02) | 21 (75.00) | 12,979 (57.00) | 2.02 (0.86-4.76) | 0.11 | 2.31 (0.91-5.82) | 0.08 |
| | no | 9,798 (42.98) | 7 (25.00) | 9,791 (43.00) | | | | |
| Worked in welding shop or as welder | yes | 11,063 (6.84) | 17 (8.54) | 11,046 (6.84) | 1.29 (0.79-2.12) | 0.32 | 0.99 (0.59-1.65) | 0.96 |
| | no | 150,573 (93.16) | 182 (91.46) | 150,391 (93.16) | | | | |
| Worked as truck driver | yes | 5,753 (54.66) | 6 (66.67) | 5,747 (54.65) | 1.76 (0.44-7.04) | 0.43 | 1.05 (0.23-4.70) | 0.95 |
| | no | 4,772 (45.34) | 3 (33.33) | 4,769 (45.35) | | | | |
| Worked as roofer | yes | 2,267 (17.88) | 6 (30.00) | 2,261 (17.87) | 1.98 (0.76-5.17) | 0.16 | 2.19 (0.79-6.09) | 0.13 |
| | no | 10,409 (82.12) | 14 (70.00) | 10,395 (82.13) | | | | |
| Worked as demolition worker | yes | 2,840 (22.29) | 6 (30.000) | 2,834 (22.27) | 1.73 (0.66-4.57) | 0.27 | 1.91 (0.70-5.21) | 0.21 |

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | no | 9,903 (77.71) | 14 (70.00) | 9,889 (77.73) | | | | |
| Worked in chemical laboratory | yes | 3,584 (46.97) | 8 (80.00) | 3,576 (46.92) | 4.69 (1.00-22.10) | 0.05 | 8.35 (1.58-44.24) | 0.01 |
| | no | 4,047 (53.03) | 2 (20.00) | 4,045 (53.08) | | | | |
| Worked with pesticides † | yes | 15,207 (48.13) | 13 (36.11) | 15,194 (48.14) | 0.63 (0.32-1.24) | 0.18 | 0.65 (0.32-1.33) | 0.24 |
| | no | 16,389 (51.87) | 23 (63.89) | 16,366 (51.86) | | | | |
| Worked in agriculture only before 1960 ‡ | yes | 11,114 (54.03) | 10 (43.48) | 11,104 (54.04) | 0.46 (0.19-1.16) | 0.10 | 0.86 (0.30-2.43) | 0.77 |
| | no | 9,457 (45.97) | 13 (56.52) | 9,444 (45.96) | | | | |
| Worked in agriculture also after 1960 § | yes | 17,280 (78.71) | 15 (65.22) | 17,265 (78.72) | 0.60 (0.25-1.43) | 0.25 | 1.02 (0.41-2.56) | 0.96 |
| | no | 4,675 (21.29) | 8 (34.78) | 4,667 (21.28) | | | | |

Occupations with more than 5 exposed cases were reported in the table; Multivariate analyses were adjusted for sex, smoking status, alcohol intake, age at recruitment and country; * Ever worked in farming; † Ever worked in farming using pesticides/herbicides; ‡ Ever worked in agriculture only before 1960; § Ever worked in agriculture also after 1960