# Exhibit 6

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.

*Cancer Causes and Control* **12**: 201–212, 2001.
© 2001 *Kluwer Academic Publishers. Printed in the Netherlands.*



# Environmental risk factors for non-Hodgkin's lymphoma: a population-based case–control study in Languedoc-Roussillon, France

Pascale Fabbro-Peray[1,*], Jean-Pierre Daures[1], & Jean-François Rossi[2]
[1]*Département de l'Information Médicale, Hôpital Gaston Doumergue – 5, Rue Hoche, 30029 Nimes Cedex 4, France;*
[2]*Service des Maladies du Sang, Hôpital Lapeyronie – Avenue du doyen Gaston Giraud, 34000 Montpellier, France*
*(*Author for correspondence)*

Received 13 January 2000; accepted in revised form 18 October 2000

*Key words:* benzene, case–control studies, electromagnetic radiation, immunodeficiencies, non-Hodgkin's lymphoma, pesticides.

## Abstract

*Objective*: To investigate the occupational and environmental risk factors related to non-Hodgkin's lymphoma (NHL).
*Methods*: A case–control study was performed during the 1992–1996 period in Languedoc-Roussillon, southern France. Four hundred and forty-five cases of histologically diagnosed NHL were declared. One thousand and twenty-five randomly selected population controls were interviewed about their medical histories; occupational exposures, such as chemicals, pesticides, and electromagnetic radiation; and toxic habits.
*Results*: The following factors were independently and significantly related to NHL as a result of the multivariate analysis: a previous hematopoietic malignancy ($OR_a = 11.5$, 95% CI 2.4–55.4), a history of hives ($OR_a = 1.7$, 95% CI 1.2–2.2), benzene exposure > 810 days ($OR_a = 4.6$, 95% CI 1.1–19.2), daily welding ($OR_a = 2.5$, 95% CI 1.2–5.0), and activity of radio operator ($OR_a = 3.1$, 95% CI 1.4–6.6). To be an agricultural professional seemed slightly related to NHL in reference to non-professionals ($OR_a = 1.5$, 95% CI 1.0–2.1). All of these results have also been adjusted for age, gender, education level, and urban setting.
*Conclusions*: As some of the reported associations were based on a very small proportion of exposed subjects, further investigations are necessary to confirm our results. However, the findings suggest that factors related to altered immune functions such as a history of hematopoietic malignancy, history of hives, occupational exposure to benzene, or being an agricultural professional might increase the risk of NHL. Currently, underlying mechanisms for these associations are still unclear, and further investigations focused on interactions between immunity alterations and different chemicals would be of great interest.

## Introduction

During recent decades, non-Hodgkin's lymphoma (NHL) has been one of the most rapidly increasing types of malignant diseases in developed countries [1–3]. The risk factors of malignant lymphomas are not well understood, although many epidemiological investigations have been conducted during the past 20 years concerning either NHL only or malignant lymphomas (NHL or Hodgkin's disease (HD)). Immunodeficiency is a known risk factor but does not account for the significant increase in incidence [2–4]. Chemical factors such as benzene, other organic solvents, and pesticides [5–14] have been widely investigated as risk factors for NHL. More recently, studies have focused on smoking [15–22]. The findings regarding all these factors are quite inconsistent, for the following reasons: different methodological approaches (case–control *vs.* cohort studies, population controls *vs.* hospital's controls), variable sample sizes and their subsequent variable statistical powers (particularly for "low" risk factors), and lack of mutual adjustment of these factors for one another. All of these reasons make comparisons of these studies' results difficult. To our knowledge, all of these risk factors have never been assessed simultaneously. Thus, to evaluate the association between medical, occupational,

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



and environmental risk factors and the occurrence of malignant lymphomas, and to obtain better-quality estimations, we have included all of these factors in a population-based case–control study in Languedoc-Roussillon, a county in southern France where the incidence of NHL is among the highest in France according to data from cancer registries [23]. Firstly, we have enrolled patients with NHL or HD in our study, because several histological classifications have been used successively, and some histological subtypes of HD are difficult to distinguish from certain subtypes of NHL [24, 25]. We wanted to avoid missing cases of NHL, but the specificity of risk factors for NHL has led us to perform separate analyses for HD and NHL and to present only the results for this latter pathology.

## Methods

### *Recruitment of cases*

Incident cases of histologically confirmed malignant lymphomas diagnosed between 1 January 1992 and 31 December 1995 were enrolled in the study. All cases were French, living in Languedoc-Roussillon at the time of diagnosis, 18 years or older, male or female, and had negative serology for human immunodeficiency virus. The latter inclusion criterion was required because this serology was impossible to verify in controls. Cases were recruited from several hospitals that are able to treat lymphoma, including the two university hospital centers, the cancer research center, five private hospitals located in the two university cities, four general hospitals, and eight private hospitals located in medium-sized cities. These particular hospitals serve almost the whole of the population of the region regarding hematopoietic malignancies, except the area bordering other regions, which may be served by other hospitals. According to a study performed by the Social Insurance Fund [26], hospitals of Languedoc-Roussillon account for about 96% of the residents' hospital stays. NHL was classified by using the Working Formulation [24] or the Kiel classification [25] and HD by using the Rye classification.

### *Selection of controls*

Controls were randomly selected from electoral lists. The draw was carried out at two levels: first, a random choice of municipalities with respect to the distribution of the population of the county and size of municipalities, and second, a randomized selection of controls in the municipalities chosen. All controls were French, living in Languedoc-Roussillon, at least 18 years old, and male or female. Cases and controls were unmatched because electoral listings were not computerized and the frequency matching would have been too time-consuming.

### *Sample size*

Two controls were selected for one case. The size of the samples was defined to ensure a power from 80 to 90% to highlight a relative risk of 2, with $\alpha = 5\%$ (two-sided test), assuming that the rate of exposure for the main factors in the control population was around 5%. It was thus necessary to include from 430 to 569 cases and from 860 to 1138 controls [27].

### *Data collection*

The data were collected during in-person interviews at the hospital for the cases. Controls were interviewed at home or by telephone. The first 664 controls included in the study were randomized into two groups: interview in-person (331) or interview by telephone (334). The comparison between the two groups showed no difference either in the distribution of responses or in the percentage of missing values [28]. Subsequently, controls were interviewed by telephone because this method was less expensive. The analysis was performed on the data resulting from the two methods of interview combined. The interviewers knew case or control status, but the questionnaire contained 17 pages of questions from different sections, and questions of interest were lost in the rest of the questionnaire. Interviewers did not know which hypotheses were assumed regarding lymphoma's risk factors. They were regularly trained to remain objective and avoid drifts. Controls were contacted by mail, and an appointment was chosen for an interview. A reminder letter was sent after one month where there was no response.

The questionnaire included the following six sections: general characteristics; medical history, particularly disorders of the immune system; professional history with detailed analysis of successive activities, according to the international standardized classification of occupations (ISCO-88) [29]; environmental and occupational exposure to chemicals (focusing on benzene, dry-cleaning solvents, coal-tar, rubber, waste oils, petroleum products, paints, and pesticides); occupational exposure to electromagnetic radiation; and smoking habits.

### *Measure of exposure*

Medical history was recorded during the interview and checked in medical records in case of immunologic

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



disorders or malignancies and subsequent treatments, in cases and in controls. Each chemical exposure was assessed by the following question: "do you use or did you ever use this chemical?" with additional questions on the period of use (from beginning to end), regularity, and frequency of use (number of days per month). In order to exclude exposures that may have occurred after the onset of disease, a lag time of five years prior to diagnosis for cases or prior to the interview for controls was deduced from duration of exposure. A subject was considered exposed if the duration of exposure lasted for more than one year. When there was a statistically significant association or a trend for association between exposure and NHL ($p < 0.20$), a surrogate of dose–response effect was assessed. For each chemical, the age at first exposure, the duration of exposure, and a cumulative index of exposure (total number of days during lifetime) were calculated. The time since first exposure was also determined. For each variable, except the latter, the median calculated in all of the exposed subjects was used as the threshold value. Thereafter, each variable was categorized into three classes: no exposure, lower, or higher than this threshold, respectively. For time since first exposure, the limit chosen was 10 years because it was reasonable to assume that the induction time of lymphoma for the chemicals studied ranged between 5 and 15 years. In the case of erratic exposure (less than once per month), its frequency was not retained, and the cumulative index exposure was considered as lower than the threshold. Because self-report of benzene exposure may lead to an information bias (namely, a recall bias), we have classified the occupational risk of benzene exposure according to the types of occupation, at risk or not. Chemical workers, printing workers, rubber production workers, painters, and shoemakers represented occupations at risk of benzene exposure.

The non-professional use of pesticides is often erratic and does not allow one to precisely assess the frequency and duration of exposure. Furthermore, the frequency of exposure calculated as a number of days per month is not relevant to the assessment of the real exposure of professional users of pesticides, considering the wide spectrum of pesticides and the context of their use, depending on kind of crops, area treated, and climatic conditions. Thus, to assess the role of pesticides taking into account both their handling and their status of professional agricultural workers, the subjects were classified into four categories: no handling of pesticides/absence of agricultural occupation (NH/NP), handling of pesticides/absence of agricultural occupation (H/NP), no handling of pesticides/agricultural occupation (NH/P), and handling of pesticides/agricultural occupation (H/P).

Qualitative exposure to electromagnetic radiation was examined according to a list of specific jobs. In each case, age at onset and duration of exposure were noted. The frequency of welding was classified into three categories: none or occasionally (less than once per week), often (less than once per day and once or more per week), and daily.

For cigarette smokers, the average number of packs smoked daily (intensity) was noted, as well as the cumulative number of years of smoking (duration) and the age at onset. The number of pack-years was calculated, multiplying the number of packs smoked daily by the number of years of smoking.

### *Statistical analysis*

The Mantel Haenszel method [30] was used to estimate the odds ratios ($OR_a$) of NHL associated with sociodemographic factors and their 95% confidence intervals (CI). These odds ratios were adjusted for gender and age according to 5-year categories (< 40 years, 40–44 years, 45–49 years, 50–54 years, 55–59 years, 60–64 years, and ≥65 years). Age, gender, educational level, and urban setting were used as confounding factors for the subsequent estimation of the relationship between each exposure and NHL. ORs were estimated by using unconditional logistic regression. For each section of the questionnaire, an unconditional logistic regression was performed to select the most informative variables, which were introduced into a global multivariate logistic model to control for all the confounding factors, as described by Hosmer and Lemeshow [31]. For model building, we have applied forward stepwise introduction of variables ($p$-entry 0.20). Adjusted odds ratios and 95% CI were derived from the estimated regression coefficients. The SAS Software Package [32] was used to perform statistical analysis.

This protocol study was submitted to the Commission Nationale de l'Informatique et des Libertés, which gave its approval on 6 April 1992.

## Results

After exclusion of patients who did not fulfill the inclusion criteria, 627 eligible cases were identified. Five hundred and seventeen cases (82.5%) were interviewed between January 1992 and April 1996. Among the 110 non-interviewed cases, 27 died prior to the date of interview, 79 were lost to follow-up, two refused to

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



answer, and two were too critically ill. Four hundred and forty-five cases (86.0%) presented with NHL and 72 cases (13.9%) with HD. The medical characteristics of the patients are shown in Table 1a and Table 1b.

We were expecting a high rate of misclassification; yet almost all of the HD cases were classified into nodular sclerosing or mixed cellularity subtypes (Table 1b), which are well-defined entities and not at risk of misclassification. Thus, the analyses were conducted separately for NHL and HD. Only results concerning NHL are presented in this paper.

Among the 1963 controls drawn, 1025 (52.2%) were interviewed between October 1992 and June 1996, 641 (32.7%) refused to participate, and 297 (15.1%) did not respond, despite telephone or mail reminders. Considering the rate of participation, we have compared the sociodemographic characteristics of the controls with the available data of the census [33]; 44.8% of our control sample was male *vs.* 47.5% in the population of Languedoc-Roussillon. Seventy-seven percent of controls lived in an urban setting *vs.* 74.3% of the population of Languedoc-Roussillon. Mean age (SD) of women controls was 49.0 years (16.4 years) *vs.* 48.7 years (19.6 years) in the female population, while it was 49.9 years (16.4 years) in men controls *vs.* 46.3 years (18.5 years) in the male population.

*Table 1a.* Lymphoma characteristics of the 445 cases with NHL, Languedoc-Roussillon, France, 1992–1996

| Characteristic | No. | Percentage |
|---|---|---|
| Grade | | |
| Low | 126 | 28.3 |
| Intermediate | 167 | 37.5 |
| High | 119 | 26.8 |
| Unknown | 33 | 7.4 |
| Site | | |
| Nodal | 319 | 71.7 |
| Extranodal | 111 | 24.9 |
| Unknown | 15 | 3.4 |
| Phenotype | | |
| Known | 280 | 62.9 |
| B | 222 | 79.3 |
| T | 55 | 19.6 |
| Non-B–non-T | 3 | 1.1 |
| Unknown | 165 | 37.1 |

*Table 1b.* Rye classification of the 72 cases with HD, Languedoc-Roussillon, France, 1992–1996

| Subtypes according to the Rye classification | No. | Percentage |
|---|---|---|
| Nodular sclerosing subtype | 40 | 55.6 |
| Mixed cellularity subtype | 28 | 39.8 |
| Lymphocyte depletion subtype | 1 | 1.4 |
| Lymphocyte predominant subtype | 0 | 0.0 |
| Unknown | 3 | 4.2 |

*Sociodemographic data*

There were more male cases than male controls: 253 (56.9%) *vs.* 459 (44.8%), OR = 1.6, 95% CI 1.3–2.0. The cases were significantly older than controls: 60.5 years (15.5 years) *vs.* 49.4 years (16.4 years), $p < 10^{-4}$. Age and male gender are known risk factors. Age was classified into 5-year categories to address the issue of residual confounding by age. The other sociodemographic characteristics are shown in Table 2. The socioprofessional categories have been ascertained by the National Institute of Statistics and Economical Studies (INSEE), which is responsible for the population census in France. This classification was updated in 1982 [33]. Socioprofessional categories were registered at the time of study; retirement was classified as last occupation. After adjustment for age and gender, urban setting and education level were still related to NHL.

*Medical history*

The only immune disorder shown as significantly related to NHL was history of a Gougerot–Sjögren syndrome: this was reported in six cases and two controls ($OR_a = 5.1$, 95% CI 0.9–27.9). Systemic lupus erythematosus was reported neither in cases nor in controls. Organ transplantation (two cases/one control) or immunosuppressive drug use (three cases/two controls) was not significantly related to NHL. History of hematopoietic malignancy diagnosed more than five years ago was found in 11 cases and two controls ($OR_a = 11.7$, 95% CI 2.4–52.7). Seven of these had a history of HD and underwent a combination of chemotherapy and radiotherapy. In these cases, the duration between HD and newly diagnosed NHL ranged between 5 and 20 years. Among the two controls with a history of hematopoietic malignancy, only one presented with a history of HD treated as in cases. Twelve cases (2.7%) and 12 controls (1.2%) had undergone previous chemotherapy ($OR_a$ 2.1, 95% CI 0.9–4.9). Previous radiotherapy was not related to NHL ($OR_a$ of 1.0, 95% CI 0.5–1.9). Sixteen cases (3.6%) and 28 controls (2.7%) had undergone radiotherapy.

Thirty-six cases (8.1%) and 168 controls (16.4%) had a history of eczema ($OR_a = 0.5$, 95% CI 0.3–0.7). A history of hives was observed in 120 cases (27.0%) and in 208 controls (20.3%) and was related to NHL ($OR_a = 1.6$, 95% CI 1.2–2.1). However, a history of

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



*Table 2.* Relationship between sociodemographic characteristics and NHL, adjusting for age and gender, Languedoc-Roussillon, France, 1992–1996

| Exposure | No. (%) | | $OR_a$* (95% CI) | *p* |
|---|---|---|---|---|
| | Cases | Controls | | |
| Level of education | | | | |
| Graduate school | 50 (11.3) | 287 (28.2) | 1.0 | |
| High school | 207 (46.6) | 422 (41.5) | 2.7 (1.8–3.8) | 0.0001 |
| Less than high school | 187 (42.1) | 308 (30.3) | 2.0 (1.4–2.9) | 0.001 |
| Setting | | | | |
| Rural | 98 (22.6) | 284 (27.7) | 1.0 | |
| Urban | 335 (77.4) | 741 (72.3) | 1.3 (0.9–1.7) | 0.09 |
| Socioprofessional categories[†] | | | | |
| Superior[‡] | 40 (9.0) | 126 (12.3) | 1.0 | |
| No professional activity | 50 (11.2) | 208 (20.3) | 0.9 (0.6–1.6) | 0.93 |
| Intermediate[§] | 68 (15.3) | 196 (19.1) | 1.3 (0.8–2.1) | 0.30 |
| Employees | 103 (23.2) | 251 (24.5) | 1.5 (1.0–2.4) | 0.07 |
| Farmers | 38 (8.5) | 53 (5.2) | 1.9 (1.1–3.5) | 0.03 |
| Shopkeepers | 62 (13.9) | 85 (8.3) | 2.3 (1.4–3.8) | 0.005 |
| Workers | 84 (18.9) | 106 (10.3) | 2.5 (1.6–4.1) | 0.0001 |

* $OR_a$, odds ratio adjusted for age (split into seven categories: <40 years, 40–44 years, 45–49 years, 50–54 years, 55–59 years, 60–64 years, and ≥65 years) and gender; CI, confidence interval.
† Socioprofessional categories were given at the time of study; retired were classified as last occupation.
‡ Superior was defined as senior executives and intellectual professions.
§ Intermediate was defined as middle-management executives, technicians, and foremen.

asthma was not associated with NHL: 27 cases (6.1%) and 79 controls (7.7%), $OR_a = 0.8$, 95% CI 0.5–1.3. History of hematopoietic malignancy, Gougerot–Sjögren syndrome, eczema, and hives were selected by logistic regression model and included in the final multivariate analysis.

*Chemicals*

Eight chemicals or groups of chemicals were investigated: benzene, rubber, coal tar, petroleum products, waste oil, paints, pesticides, and dry-cleaning chemicals. All of these chemicals contain either benzene or another organic solvent. Results of chemical exposures are shown in Table 3.

Self-report of benzene exposure was more frequent in cases (22, 4.9%) than in controls (23, 2.2%) and after adjustment for sociodemographic confounding factors, a relationship with NHL was observed ($OR_a = 2.0$, 95% CI 1.1–3.9), with a consistent dose–response effect. Younger age at onset, longer duration of exposure, longer time since first exposure, and a higher cumulative index exposure were all associated with NHL (Table 3). To corroborate the self-reports of benzene exposure, the occupational job titles during the corresponding periods were recorded. Some workers are considered at risk of benzene exposure (probable benzene exposure) (chemical, rubber production and printing workers, painters, shoemakers). Probable benzene exposure was more frequent in cases than in controls ($OR_a = 2.0$, 95% CI 1.2–3.4). Self-reported benzene exposure combined with probable benzene exposure was significantly more frequent in cases than in controls when referred to non-self-reported and non-probable exposure ($OR_a = 3.6$, 95% CI 1.0–13.1). It was noteworthy that cases who self-reported an exposure to benzene higher than 810 days were almost the same as those who self-reported benzene exposure and had a probable exposure on the basis of their job titles.

Coal-tar exposure was associated with NHL. Eleven cases (2.5%) *vs.* eight controls (0.8%) were exposed ($OR_a = 2.2$, 95% CI 0.8–5.7). Time since first exposure more than 10 years ago showed an $OR_a$ of 2.5 (95% CI 0.9–6.8) when compared with unexposed or exposed less than 10 years ago. Rubber exposure was not associated with NHL ($OR_a = 1.6$, 95% CI 0.8–3.4). However, power was low as the number of exposed cases and controls was limited. Exposure to petroleum products showed an $OR_a$ of 1.2 (95% CI 0.7–2.2). No dose–response effect was found for these last three chemicals.

Exposures to paints, waste oil, and dry-cleaning chemicals were not associated with NHL. Handling pesticides in an agricultural occupation showed a slightly, though not significant, effect on NHL, similar to the category "agricultural occupation without han-

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



*Table 3.* Relationship between chemical exposures and NHL, adjusted for age, gender, urban setting, and education level, Languedoc-Roussillon, France, 1992–1996

| Exposure | No. (%) | | $OR_a$ (95% CI)* | *p* |
|---|---|---|---|---|
| | Cases (n = 445) | Controls (n = 1025) | | |
| *Benzene self-report* | | | | |
| No | 423 (95.1) | 1002 (97.8) | 1.0 | |
| Yes | 22 (4.9) | 23 (2.2) | 2.0 (1.1–3.9) | 0.04 |
| Time since first exposure | | | | |
| Never | 423 (95.1) | 1002 (97.8) | | |
| ≤10 years | 0 (0.0) | 2 (0.2) | NA† | NA† |
| >10 years | 22 (4.9) | 21 (2.1) | 2.1 (1.1–4.1) | 0.03 |
| Age at onset | | | | |
| Never | 423 (95.1) | 1002 (97.8) | 1.0 | |
| >22 years | 10 (2.2) | 13 (1.2) | 1.6 (0.7–3.9) | 0.31 |
| ≤22 years | 12 (2.7) | 10 (1.0) | 2.6 (1.0–6.6) | 0.05 |
| Duration | | | | |
| Never | 423 (95.1) | 1002 (97.8) | 1.0 | |
| ≤15 years | 9 (2.0) | 14 (1.4) | 1.7 (0.7–4.3) | 0.24 |
| >15 years | 13 (2.9) | 9 (0.9) | 2.4 (0.9–5.9) | 0.07 |
| Cumulative number of days | | | | |
| Never/erratic‡ | 433 (97.3) | 1016 (99.1) | 1.0 | |
| ≤810 days | 4 (0.9) | 6 (0.6) | 1.7 (0.4–6.8) | 0.46 |
| >810 days | 8 (1.8) | 3 (0.3) | 5.7 (1.4–23.2) | 0.02 |
| *Profession at risk of exposure to benzene*§ | | | | |
| No | 411 (92.4) | 992 (96.8) | 1.0 | |
| Yes | 34 (7.6) | 33 (3.2) | 2.0 (1.2–3.4) | 0.02 |
| *No profession at risk/no benzene self-report* | 396 (89.0) | 973 (94.9) | 1.0 | |
| *Profession at risk/no benzene self-report* | 27 (6.1) | 29 (2.8) | 1.8 (1.0–3.2) | 0.05 |
| *No profession at risk/benzene self-report* | 15 (3.5) | 19 (1.9) | 1.7 (0.8–3.7) | 0.16 |
| *Profession at risk/benzene self-report* | 7 (1.6) | 4 (0.4) | 3.6 (1.0–13.1) | 0.05 |
| *Rubber* | | | | |
| No | 429 (96.4) | 1007 (98.2) | 1.0 | |
| Yes | 16 (3.6) | 18 (1.8) | 1.6 (0.8–3.4) | 0.20 |
| *Coal-tar* | | | | |
| No | 434 (97.5) | 1017 (99.2) | 1.0 | |
| Yes | 11 (2.5) | 8 (0.8) | 2.2 (0.8–5.7) | 0.12 |
| *Paints* | | | | |
| No | 419 (94.2) | 959 (93.6) | 1.0 | |
| Yes | 26 (5.8) | 66 (6.4) | 0.8 (0.5–1.3) | 0.35 |
| *Waste oil* | | | | |
| No | 414 (93.0) | 956 (93.3) | 1.0 | |
| Yes | 31 (7.0) | 69 (6.7) | 0.8 (0.5–1.3) | 0.39 |
| *Dry-cleaning solvents* | | | | |
| No | 410 (92.1) | 948 (92.5) | 1.0 | |
| Yes | 35 (7.9) | 77 (7.5) | 1 (0.6–1.6) | 0.98 |
| *Petroleum products* | | | | |
| No | 421 (94.6) | 991 (96.7) | 1.0 | |
| Yes | 24 (5.4) | 34 (3.3) | 1.2 (0.7–2.2) | 0.50 |
| *Pesticides/agricultural occupation* ‖ | | | | |
| NH/NP | 315 (70.8) | 823 (79.8) | 1.0 | |
| H/NP | 41 (9.2) | 84 (8.2) | 1.0 (0.7–1.6) | 0.93 |
| NH/P | 40 (9.0) | 62 (6.1) | 1.5 (0.9–2.3) | 0.11 |
| H/P | 49 (11.0) | 56 (5.5) | 1.5 (0.9–2.3) | 0.12 |

* $OR_a$, odds ratio adjusted for age (split into seven categories: <40 years, 40–44 years, 45–49 years, 50–54 years, 55–59 years, 60–64 years, and ≥65 years), gender, urban setting, and education level (in three categories: graduate school, high school, less than high school). CI, confidence interval. Adjustment using logistic regession.

† NA: not available because of empty cells. ‡ Erratic was defined as "less than once per month."

§ Professions at risk, according to job description: chemistry workers, printing workers, rubber production workers, painters, shoemakers.

‖ NH/NP, no handling pesticides/absence of agricultural occupation; H/NP, handling pesticides/absence of agricultural occupation; NH/P, no handling of pesticides/agricultural occupation; H/P, handling of pesticides/agricultural occupation.

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



dling pesticides". These two latter categories have been combined in the subsequent analysis. Thus, this variable has become "agricultural occupation" *vs.* "absence of agricultural occupation."

After logistic regression including the sociodemographic factors and all of the variables associated with NHL resulting from the previous analysis of chemical exposures, the following were selected for inclusion in the multivariate analysis: agricultural occupation, cumulative exposure to benzene higher than 810 days *vs.* no exposure or less than 810 days, and time since first exposure to coal-tar higher than 10 years *vs.* no exposure or less than 10 years.

### *Electromagnetic radiation*

Occupational exposure to electromagnetic radiation was investigated using job titles, with assessment of a dose–response effect. Daily welding showed an increased risk ($OR_a = 2.6$, 95% CI 1.4–5.1), in comparison to no or occasional welding. Radio operators showed an increased risk ($OR_a = 3.3$, 95% CI 1.5–7.1). For these two variables, age at onset of exposure was younger in cases than in controls, but duration of exposure was significantly shorter in cases than in controls. There was no association between tramway or train drivers and NHL ($OR_a = 2.6$, 95% CI 0.7–9.3). The other occupations exposed to electromagnetic radiation were not associated with NHL. These results are shown in Table 4.

As a result of the logistic regression model performed with the electromagnetic exposures and sociodemographic confounding factors, welding, and radio operating were included in the final multivariate analysis.

### *Smoking*

Five hundred twenty-nine controls (51.6%) and 223 cases (50.6%) had ever smoked; after adjustment for sociodemographic characteristics, the $OR_a$ was 0.9 (95% CI 0.7–1.2). Characteristics of smoking are shown in Table 5. Heavy smokers (subjects with a history of more than 29 pack-years) were found to have a slightly higher risk, though not significant, than those who never smoked ($OR_a$ = 1.2, 95% CI 0.8–1.7). The cut-off of 29 pack-years was the 75th percentile obtained from the population of smokers, both cases and controls. The $OR_a$ associated with the category "≤ 29 pack-years" was 0.9 and 95% CI was 0.6–1.1, in reference to subjects who never smoked. The other characteristics of smoking showed non-significant results (Table 5). None of these characteristics reached the required level of 0.20 to be selected for final multivariate analysis.

*Table 4.* Relationship between professional exposures to electromagnetic radiation and NHL, adjusted for age, gender, urban setting, and education level. Languedoc-Roussillon, France, 1992–1996

| Exposure | No. (%) | | $OR_a$* (95 % CI) | *p* |
|---|---|---|---|---|
| | Cases (n = 444) | Controls (n = 1025) | | |
| Electrical engineer | | | | |
| No | 443 (99.8) | 1021 (99.6) | 1.0 | |
| Yes | 1 (0.2) | 4 (0.4) | 0.4 (0.1–4.3) | 0.49 |
| Electrician | | | | |
| No | 431 (97.1) | 978 (54.1) | 1.0 | |
| Yes | 13 (2.9) | 47 (4.6) | 0.7 (0.3–1.3) | 0.22 |
| Tramway or train driver | | | | |
| No | 437 (98.4) | 1021 (99.6) | 1.0 | |
| Yes | 7 (1.6) | 4 (0.4) | 2.6 (0.7–9.3) | 0.16 |
| Radio operator | | | | |
| No | 428 (96.4) | 1010 (98.5) | 1.0 | |
| Yes | 16 (3.6) | 15 (1.5) | 3.3 (1.5–7.1) | 0.005 |
| Age at onset of exposure | | | | |
| No exposure | 428 (96.4) | 1010 (98.5) | 1.0 | |
| >20 years | 7 (1.6) | 8 (0.8) | 2.9 (0.9–8.9) | 0.06 |
| ≤20 years | 9 (2.0) | 7 (0.7) | 3.6 (1.2–10.6) | 0.03 |
| Duration | | | | |
| No exposure | 428 (96.4) | 1010 (98.5) | 1.0 | |
| ≤9.5 years | 10 (2.3) | 6 (0.6) | 6.3 (2.1–18.9) | 0.001 |
| >9.5 years | 6 (1.3) | 9 (0.9) | 1.6 (0.5–4.9) | 0.41 |
| Radar operator | | | | |
| No | 437 (98.4) | 1011 (98.6) | 1.0 | |
| Yes | 7 (1.6) | 14 (1.4) | 1.3 (0.5–3.3) | 0.65 |
| Telegraphist | | | | |
| No | 436 (98.2) | 1011 (98.6) | 1.0 | |
| Yes | 8 (1.8) | 14 (1.4) | 1.3 (0.5–3.3) | 0.58 |
| Frequency of welding | | | | |
| Never or occasionally† | 404 (91.0) | 983 (96.0) | 1.0 | |
| Often‡ | 17 (3.8) | 20 (2.0) | 1.7 (0.8–3.4) | 0.15 |
| Daily | 23 (5.2) | 21 (2.1) | 2.6 (1.4–5.1) | 0.005 |
| Age at onset of exposure | | | | |
| No exposure | 404 (91.0) | 983 (96.0) | 1.0 | |
| >21 years | 19 (4.3) | 21 (2.1) | 1.5 (0.8–3.0) | 0.24 |
| ≤21 years | 21 (4.7) | 20 (2.0) | 3.0 (1.5–5.8) | 0.002 |
| Duration | | | | |
| No exposure | 404 (91.4) | 983 (96.0) | 1.0 | |
| ≤13 years | 17 (3.9) | 18 (1.8) | 2.7 (1.3–5.5) | 0.01 |
| >13 years | 21 (4.8) | 21 (2.1) | 1.8 (0.9–3.5) | 0.10 |

* $OR_a$, odds ratio adjusted for age (split into seven categories: <40 years, 40–44 years, 45–49 years, 50–54 years, 55–59 years, 60–64 years, and ≥65 years), gender, urban setting, and education level (in three categories: graduate school, high school, less than high school). CI, confidence interval. Adjustment using logistic regession.

† Occasionally defined as at least once per year, but less than once per week.

‡ Often defined as at least once per week, but less than once per day.

Case 7:23-cv-00897-RJ Document 560-7 Filed 09/10/25 Page 8 of 13

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



*Table 5.* Relationship between lifetime cigarette smoking and NHL, adjusted for age, gender, education level, and urban setting, Languedoc-Roussillon, France, 1992–1996

| Exposure | No. (%) Cases (n = 437) | Controls (n = 1008) | $OR_a$ (95% CI)* | p |
|---|---|---|---|---|
| Pack-years of cigarettes† | | | | |
| Never smoked | 218 (50.4)§ | 496 (49.5)§ | 1.0 | |
| ≤6‡ | 39 (9.0) | 141 (14.0) | 0.9 (0.6–1.4) | 0.62 |
| 7–14‡ | 48 (11.1) | 145 (14.5) | 0.9 (0.6–1.3) | 0.52 |
| 15–29‡ | 45 (10.4) | 125 (12.5) | 0.8 (0.5–1.2) | 0.28 |
| >29‡ | 83 (19.2) | 96 (9.6) | 1.2 (0.8–1.7) | 0.38 |
| Age at onset of smoking | | | | |
| Never smoked | 218 (49.9) | 496 (49.2) | 1.0 | |
| ≤25 years‖ | 192 (43.9) | 474 (47.0) | 0.9 (0.7–1.2) | 0.40 |
| >25 years | 27 (6.2) | 38 (3.8) | 1.4 (0.8–2.4) | 0.25 |
| Duration of smoking | | | | |
| Never smoked | 218 (49.9) | 496 (49.2) | 1.0 | |
| ≤31 years‖ | 136 (31.1) | 418 (41.5) | 0.9 (0.7–1.2) | 0.61 |
| >31 years | 83 (19.0) | 94 (9.3) | 1.0 (0.7–1.5) | 1.0 |
| Number of packs per day | | | | |
| Never smoked | 218 (50.4)§ | 496 (49.5)§ | 1.0 | |
| ≤1‖ | 161 (37.1) | 421 (42.0) | 0.9 (0.7–1.2) | 0.42 |
| >1 | 54 (12.5) | 86 (8.5) | 1.2 (0.8–1.8) | 0.45 |

* $OR_a$, odds ratio adjusted for age (split into seven categories: <40 years, 40–44 years, 45–49 years, 50–54 years, 55–59 years, 60–64 years, and ≥65 years), gender, urban setting, and education level (in three categories: graduate school, high school, less than high school). CI, confidence interval. Adjustment using logistic regression.

† Number of packs per day multiplied by duration of exposure (years).

‡ The threshold values 6, 14, and 29 pack-years are the 25th, 50th and 75th percentiles, respectively.

§ The percentage of reference categories is not the same for all of the variables because of missing values.

‖ The threshold values are the 75th percentile of the variable.

### *Final multivariate analysis*

Except for time since first exposure to coal tar, all the variables selected from the previous logistic regressions were included in the final model, choosing a significance level of 0.20. The results are shown in Table 6.

We searched for interactions between chemicals and radiation. No interactions were found given the limited number of exposed subjects.

## Discussion

After adjustment for all of the selected factors, we showed four groups of factors independently related to NHL: sociodemographic factors, medical history of immunological disorders, chemical exposure, and occupational electromagnetic radiation exposure.

*Table 6.* Final logistic regression model, adjusted for all the factors simultaneously, Languedoc-Roussillon, France, 1992–1996

| Exposure | $OR_a$ (95% CI)* | p |
|---|---|---|
| Age (years) | | |
| <40 | 1.0 | |
| 40–44 | 1.3 (0.7–2.2) | 0.41 |
| 45–49 | 1.9 (1.2–3.2) | 0.02 |
| 50–54 | 2.3 (1.3–4.0) | 0.005 |
| 55–59 | 3.6 (2.2–6.0) | 0.0001 |
| 60–64 | 3.1 (1.9–5.0) | 0.0001 |
| ≥65 | 5.7 (3.8–8.5) | 0.0001 |
| Sex | | |
| Female | 1.0 | |
| Male | 1.5 (1.1–1.9) | 0.005 |
| Level of education | | |
| Graduate school | 1.0 | |
| High school | 2.6 (1.8–3.8) | 0.0001 |
| Less than high school | 1.8 (1.2–2.7) | 0.01 |
| Setting | | |
| Rural | 1.0 | |
| Urban | 1.3 (0.9–1.8) | 0.07 |
| Reported medical history | | |
| Hematopoietic malignancy† | | |
| No | 1.0 | |
| Yes | 11.5 (2.4–55.4) | 0.005 |
| Gougerot–Sjögren syndrome | | |
| No | 1.0 | |
| Yes | 5.1 (0.9–27.9) | 0.06 |
| Eczema | | |
| No | 1.0 | |
| Yes | 0.5 (0.3–0.7) | 0.001 |
| Hives | | |
| No | 1.0 | |
| Yes | 1.7 (1.2–2.2) | 0.001 |
| Benzene: cumulative number of days | | |
| None or ≤810 days | 1.0 | |
| >810 days | 4.6 (1.1–19.2) | 0.04 |
| Pesticides/agricultural occupation | | |
| NH/NP or H/NP‡ | 1.0 | |
| NH/P or H/P | 1.5 (1.0–2.1) | 0.03 |
| Radio operator | | |
| No | 1.0 | |
| Yes | 3.1 (1.4–6.6) | 0.005 |
| Frequency of welding | | |
| None or occasionally§ | 1.0 | |
| Often‖ | 1.4 (0.7–2.9) | 0.33 |
| Daily | 2.5 (1.2–5.0) | 0.01 |

* $OR_a$, odds ratio adjusted for all factors simultaneously; CI, confidence interval.

† History of hematopoietic malignancy diagnosed more than five years earlier.

‡ NH/NP, no handling pesticides/absence of agricultural occupation; H/NP, handling pesticides/absence of agricultural occupation; NH/P, no handling of pesticides/agricultural occupation; H/P, handling of pesticides/agricultural occupation.

§ Occasionally defined as at least once per year, but less than once per week.

‖ Often defined as at least once per week, but less than once per day.

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



### *Medical history of immunological disorders*

A history of hematopoietic malignancy, diagnosed more than 5 years ago, led to an increased risk of NHL ($OR_a$ 11.5, 95% CI 2.4–55.4). In most cases, Hodgkin's disease was diagnosed previously and treated with a combination of chemotherapy and radiotherapy according to the international standard. First, validity of prior diagnosis of HD can be reappraised as several classifications of lymphoma have been used successively, and a diagnosis of NHL could not be discerned *a posteriori*. Second, cancer such as leukemia or NHL may follow HD with a median lag of about 4 years [34]. The respective role of altered immunity related to the disease itself or to its treatment is not well understood [34–37]. History of hives, an allergic condition, was significantly related to NHL ($OR_a = 1.7$). Bernstein and Ross reported a similar result [38], and Mac-Worther [39] reported a nearly eight times greater risk of NHL for subjects with hives. Eczema was found to be significantly protective in regard to NHL ($OR_a$ of 0.5, 95% CI 0.3–0.7). In the literature, findings regarding eczema are unusual and inconsistent. One study found a similar significant protective effect [38], while another found that eczema was associated with a statistically significant OR of 1.6 [40]. In our study, the physician did not check for history of eczema, and the time elapsed since the onset of the disease was unknown.

### *Chemicals*

The results showed a consistent, moderate to strong association between benzene exposure and NHL. Indeed, benzene showed a qualitative association with NHL. This was strengthened by the increasing effect with duration of exposure, a younger age at onset, a longer duration since first exposure, and a longer cumulative number of days of exposure, the latter used as a surrogate for the dose of exposure. The latter result shows that the association is stronger for high exposure than for low exposure. Among chemicals that frequently contain benzene, coal tar, rubber, and petroleum products showed odds ratios greater than one but did not reach significance. In the multivariate analysis, only longer cumulative duration of exposure to benzene (>810 days) remained related to NHL.

Recall bias, leading to differential misclassification, is a major concern in case–control studies, particularly when studying cancer. It particularly affects the self-reporters of exposure to chemicals and is hardly quantifiable. However, in order to assess the plausibility of self-reported exposures to benzene, we have checked the alleged exposure to the effective occupation at the corresponding periods. Actually, more or less specific exposures, such as those to benzene, might be overreported for cases and/or forgotten in controls. However, the job titles were appropriate for almost all subjects. Cases might have overreported benzene exposure when compared with controls. Indeed, 3.5% of cases self-reported an exposure to benzene while not exercising a profession at risk of *vs.* 1.9% of controls ($OR_a$ 1.7, 95% CI 0.8–3.7). However, combining the two sources of information about benzene exposure led to an $OR_a$ that remained significantly greater than one ($OR_a = 3.6$, 95% CI 1.0–13.1), in reference to no self-reported and no profession at risk. It is noteworthy that the subjects thus exposed were almost the same as those who reported a duration of exposure longer than 810 days. This latter level of exposure was kept in the final model: the recall bias appeared minimal. Only significant exposure was thus considered, in order to minimize the impact of a possible recall bias.

Non-differential misclassification might have occurred in our data, rather underreporting than overreporting, and always leads to bias-corrected odds ratios greater than the uncorrected. In a review of epidemiological evidence on benzene and lymphatic and hematopoietic cancers, Savitz and Andrews [41] listed 11 studies reporting on benzene and NHL between 1970 and 1994. Only three studies provided support for an association between benzene and NHL [42–44]. The first two were industry-based studies with a high quality of exposure assessment but a low number of exposed cases, leading to non-significant relative risks, adjusted for age, of 1.8 and 3, respectively. The third was a community-based study that showed a significant association between benzene and NHL (OR = 2.0, 95% CI 1.8–2.1). However, the assessment of exposure was of low quality, based on job titles only, and was not controlled for confounding factors. Better-designed recent community-based studies have failed to report increased risks [45–47]. In these latter three studies, odds ratios were 1.1, 0.9, and 0.8, respectively. Benzene exposure was assessed using job description [47] or job titles [45, 46]. The relatively strong association between history of benzene exposure and NHL observed in our study is potentially consistent with the recent findings of Hayes *et al.* [48]: a large industry-based cohort of Chinese workers was followed up to determine the incidence of hematological neoplasms and their relationships with quantitative exposure to benzene. Historical data (work histories according to benzene exposure, with data assessed for each factory) were used to provide individual time-specific exposure estimates. Workers with 10 or more years of exposure had a relative risk of NHL of 4.2 (95% CI 1.1–15.9), and the

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



idence of NHL was more strongly linked to exposure t lasted for more than 10 years prior to diagnosis.

Pesticide exposure has been investigated using an *ad-* questionnaire and was only qualitative, taking into ount occupational agricultural activity with or with- handling. Our findings suggest a significantly greater k for agricultural workers (with or without handling pesticides), in comparison with non-agricultural rkers ($OR_a = 1.5$, 95% CI 1.0–2.1). This latter result us to hypothesize that exposures other than pesti-es could be involved in the development of NHL. The tors responsible for the increased risk of NHL in icultural occupations are not well understood, and st studies have focused on pesticides. However, icultural workers are also exposed to other agricul-al chemicals such as organic solvents. Petrelli *et al.* | identified 71 different solvents in 8000 pesticide mulations, among them benzene. A number of entially oncogenic zoonotic viruses exist in the icultural environment. Although exposure to farm-mal viruses could not directly account for the rease of NHL in the general population, it is of vance to the more general issue of understanding the of viruses in the genesis of NHL. Furthermore, a ent study performed in workers of the meat industry suggested that the increased risk of NHL in this ulation was suggestive of an exposure to oncogenic uses such as bovine leukemia viruses.

*upational electromagnetic radiation exposure*

found that welding was associated with NHL, with a uency effect used as a surrogate for dose effect. unger age at onset was also associated with an eased risk of NHL. On the other hand, duration of osure showed a paradoxical and unexplained pro-ive effect. Few studies explored the relationship veen welding and NHL. Persson *et al.* [51], in a case–trol study, found a significant odds ratio of 2.3 after ustment for other exposures. Blair *et al.* [45], using a exposure matrix to assess the intensity of exposure ifferent chemicals, did not find any increased risk of L with increased intensity of exposure to welding es. Finally, Figgs *et al.* [52] found a mortality odds o for NHL of 2.1 for welders.

he other electromagnetic exposure related to NHL in study was radio operator activity (occupational as as leisure). The odds ratio associated with this vity remained increased after adjustment for all er factors. As with welding, younger age at onset eased the risk, while duration of exposure decreased risk. In a mortality cohort of US amateur radio operators, Milham [53] showed a standardized mortality ratio of 1.62 for NHL.

The paradoxical protective effect of duration of exposure for these two factors could be explained by measures taken in the French industry. Indeed, the mobility of workers is encouraged when their occupations appear to pose a high risk to their health; and welding is considered a high risk activity for the eyes. It seems that these two exposures submit the subjects to intense electromagnetic field exposure for a short time.

*Smoking*

In our study, heavy smokers (> 29 pack-years) were at slightly but non-significantly higher risk than those who had never smoked, while moderate smokers (≤29 pack-years) showed an $OR_a$ equal to 0.9 in reference to those who had never smoked. The association between smoking and occurrence of NHL was recently explored. In a large cohort study of 17,633 men [21], the mortality OR was 2.1 for smokers compared to non-smokers and was increased to 3.8 for heavy smokers. A case–control study [17], carried out in middle-aged men, showed a significantly increased OR (1.4) for heavy smokers (≥ 50 pack-years). This finding remained true in 32–44 year-old men but was not confirmed in men older than 55, suggesting an interaction between smoking duration and age. Some case–control studies have also found that smoking was related to NHL [15, 54]; however, ORs were slightly increased (1.2–1.5), and dose–response either absent or not documented. Other studies [18, 20, 40], including a large cohort of construction workers [18] and a combination of three case control studies recording 1177 cases [20], did not find any association between smoking and NHL. Because of large sample size, these last findings are probably not due to lack of power.

Because of the high prevalence of smoking in the general population and considering the size of our sample, we can assume that our results are not due to a lack of power.

From our data, three groups of factors could independently play a role in the occurrence of NHL. Is there a common mechanism for all of these factors? Recently, Hardell *et al.* [55] reviewed exposures related to NHL and noted that several of the exposures that affect the immune system (organic solvents, dioxins, phenoxyherbicides in farmers, congenital immunodeficiencies, autoimmune diseases) could also increase the risk of NHL. However, the underlying mechanisms remain unknown. Immunosuppression and immunostimulation were postulated, as well as reactivation of oncogenic viruses

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



under the influence of disruption of the immunologic balance [56].

*Limitations of this study*

A possible bias of our study is the relatively high refusal rate in the control group (47.8%). Such high rates, however, are often observed in population case–control studies that involve personal contact. Therefore, the higher quality of data obtained through an interview is impaired by a lesser compliance when there is a request to be interviewed. The major concern would have been a self-selection bias. However, the comparison of the control sample with available sociodemographic characteristics (age, sex, and urban setting) of the Languedoc-Roussillon population did not show any relevant differences. Thus, it appeared likely that our control sample was indeed representative of the county population. Other biases (differential and non-differential misclassification) have already been discussed above. Lastly, whereas some exposures were significantly related to NHL, we cannot forget that the $OR_a$ values have been estimated from a very small proportion of subjects, leading to large confidence intervals and thus imprecise estimations. That is true for history of hematological malignancy, Gougerot–Sjögren syndrome, and especially benzene exposure.

The findings in this population-based case–control study suggest that factors related to altered immune functions, such as a history of hematopoietic malignancy, history of hives, occupational exposure to benzene, and agricultural occupation, might increase the risk of NHL. In this study, occupational exposure to electromagnetic radiation was also related to an increased risk of NHL. However, the underlying mechanisms for these associations are still unclear, and further investigations focused on interactions between immunity alterations, oncogenic viruses, and different chemicals would be of great interest.

**Acknowledgements**

This study was financially supported by the Institut National de la Santé et de la Recherche Médicale (Contrat de Recherche Externe 92-1007), the Conseil Régional du Languedoc-Roussillon, the Ligue Départementale contre le Cancer, the Fédération Nationale des Centres de Lutte contre le Cancer, and the Fondation pour la Recherche Médicale. The authors thank Martine Hébrard for her assistance with the planning of the study, and Dr Charles Dumontet and Dr Paul Landais for their helpful assistance in preparing the manuscript.

**References**

1. Devesa S, Fears T (1992) Non Hodgkin's lymphoma time trends – United States and international data. *Cancer Res* **52** (Suppl.): 5432–5440.
2. Rabkin C, Devesa S, Zahm S, Gail M (1993) Increasing incidence of non Hodgkin's lymphoma. *Semin Hematol* **30**: 286–296.
3. Weisenburger D (1994) Epidemiology of non Hodgkin's lymphoma – recent findings regarding an emerging epidemic. *Ann Oncol* **5** (Suppl.): 19–24.
4. Filipovich A, Mathur A, Kamat D, Shapiro R (1992) Primary immunodeficiencies – genetic risk factors for lymphoma. *Cancer Res* **52** (Suppl.): 5465–5467.
5. Zahm S, Blair A (1992) Pesticides and non Hodgkin's lymphoma. *Cancer Res* **52** (Suppl.): 5485–5488.
6. Amadori D, Nanni O, Falcini F, *et al.* (1995) Chronic lymphocytic leukaemias and non-Hodgkin's lymphomas by histological type in farming-animal breeding workers – a population case–control study based on job titles. *Occup Environ Med* **52**: 374–379.
7. Brown L, Blair A, Gibson R (1990) Pesticides exposure and other agricultural risk factors for leukaemia among men in Iowa and Minnesota. *Cancer Res* **50**: 6585–6591.
8. Axelson O (1987) Pesticides and cancer risk in agriculture. *Med Oncol Tumor Pharmacother* **4**: 207–217.
9. Nanni O, Amadori D, Lugaresi C, *et al.* (1996) Chronic lymphocytic leukaemias and non-Hodgkin's lymphomas by histological type in farming-animal breeding workers – a population case–control study based on *a priori* exposure matrices. *Occup Environ Med* **53**: 652–657.
10. Mac-Mahon B, Monson R, Wang H, Zheng T (1988) A second follow-up mortality in a cohort of pesticide applicators. *J Occup Med* **30**: 428–432.
11. Corrao G, Calleri M, Carle F, Russo R, Bosia S, Piccioni P (1989) Cancer risk in a cohort of licensed pesticide users. *Scand J Work Environ Health* **15**: 203–209.
12. Wiklund K, Dich J, Holm L, Eklund G (1989) Risk of cancer in pesticide applicators in Swedish agriculture. *Br J Ind Med* **46**: 809–814.
13. Hoar ZS, Blair A, Holmes F, Boysen C, Robel R (1988) A case referent study of soft-tissue sarcoma and Hodgkin's disease – farming and insecticide use. *Scand J Work Environ Health* **14**: 224–230.
14. Wiklund K, Dich J, Holm L (1987) Risk of malignant lymphoma in Swedish pesticide appliers. *BMJ* **56**: 505–508.
15. Brown L, Everett G, Gibson R (1992) Smoking and risk of non Hodgkin's lymphoma and multiple myeloma. *Cancer Causes Control* **3**: 49–55.
16. Tokudome S, Shimamato Y, Sumida I (1993) Smoking and adult T-cell leukemia/lymphoma. *Eur J Cancer Prev* **2**: 84–85.
17. Freedman D, Tolbert P, Coates R, Brann E, Kjeldsberg C (1998) Relation of cigarette smoking to non-Hodgkin's lymphoma among middle-aged men. *Am J Epidemiol* **148**: 833–841.
18. Adami J, Nyren O, Bergström R, *et al.* (1998) Smoking and the risk of leukemia, lymphoma, and multiple myeloma (Sweden). *Cancer Causes Control* **9**: 49–56.
19. De Stefani E, Fierro L, Barrios E, Ronco A (1998) Tobacco, alcohol, diet and risk of non Hodgkin's lymphoma: a case-control study in Uruguay. *Leuk Res* **22**: 445–452.
20. Zahm SH, Weisenburger DD, Holmes FF, Cantor KP, Blair A (1997) Tobacco and non Hodgkin's lymphoma: combined analysis of three case control studies (United States). *Cancer Causes Control* **8**: 159–166.
21. Linet MS, Mc Laughlin JK, Hsing A, *et al.* (1992) Is cigarette smoking a risk factor for non Hodgkin's lymphoma or multiple

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



ma? Results from the Lutheran Brotherhood cohort study. *Res* **16**: 621–624.

itycki J, Krewski D, Franco E, Kaiserman M (1995) Associ- between cigarette smoking and each of 21 types of cancer: i-site case–control study. *Int J Epidemiol* **24**: 504–514.

s JP, Bonifacj C, Stoebner A (1993) *Le cancer dans l'Hérault* *nch*). Montpellier: Registre des tumeurs de l'Hérault.

nal Cancer Institiute sponsored study of classifications of Hodgkin's Lymphoma: summary and description of a ng formulation for clinical usage. The Non Hodgkin's homa Pathologic Classification Project (1982). *Cancer* **49**: 2135.

eld AG, Diebold J, Noel H, *et al.* (1988) Updated Kiel ication for lymphomas. *Lancet* **1**: 292–293.

.M.T.S. (Caisse Nationale d'Assurance Maladie des Tra- rs Salariés) (1999). *Analyse des échanges de soins hospitaliers.* *r Etudes et Statistiques* (in French). Paris: C.N.A.M.T.S.

JL (1981) *Statistical methods for Rates and Proportions.* York: John Wiley & Sons.

o-Peray P (1997) *Facteurs de risque des lymphomes malins:* *ts d'une enquête cas-témoins de population en Languedoc-* *illon* (in French). Doctorat de l'Université de Montpellier I.

(International Labor Organization) (1992). *I.S.C.O.-88-* *ational Standard Classification of Occupations.* Geneva:

w NE, Day NE (1980) *The Design and Analysis of Case–* *ol Studies.* Lyon: IARC Publication no. 32.

er WH, Lemeshow S (1989) *Applied Logistic Regression.* York: John Wiley & Sons.

nstitute Inc (1987) Version 6.06 ed. Cary, NC: SAS Institute.

E.E (Institute National de la Statistique et des Etudes omiques) (1992). *Recensement général de la population de 1990* *ulation-activitiés-ménages – Languedoc-Roussillon* (in French). I.N.S.E.E.

I (1986) Cancer is a complication of severe immunosuppres- *Surg Gynecol Obstet* **162**: 603–610.

r M, Coleman C, Cox R, Varghese A, Rosenberg S (1988) of second cancer after treatment for Hodgkin's disease. *l J Med* **318**: 76–81.

ian C, Kaplan H, Cox R (1982) Leukemias, non-Hodgkin's omas and solid tumors in patients treated for Hodgkin's e. *Cancer Surv* **1**: 733–744.

rian J, Burke J, Rosenberg S (1979) Occurrence of non- kin's lymphoma after therapy for Hodgkin's disease. *N Engl* *l* **300**: 452–458.

lein L, Ross R (1992) Prior medication use and health history factors for non Hodgkin's lymphoma – preliminary results a case–control study in Los Angeles county. *Cancer Res* ppl.): 5510–5515.

39. Mac-Worther W (1988) Allergy and risk of cancer – a prospective study using NHANESI follow-up data. *Cancer* **62**: 451–455.
40. Cartwright R, Mac Kinney R, O'Brien C (1988) Non Hodgkin's lymphoma: case–control epidemiological study in Yorkshire. *Leukemia Res* **12**: 81–88.
41. Savitz D, Andrews K (1997) Review of epidemiologic evidence on benzene and lymphatic and hematopoietic cancers. *Am J Ind Med* **31**: 287–295.
42. Bond C, McLaren E, Baldwin C, Cook R (1986) An update of mortality among chemical workers exposed to benzene. *Br J Ind Med* **43**: 685–691.
43. Checkoway H, Wilcosky T, Wolf P, Tyroler H (1984) An evaluation of the associations of leukemia and rubber industry solvent exposures. *Am J Ind Med* **5**: 239–249.
44. Vianna N, Polan A (1979) Lymphomas and occupational benzene exposure. *Lancet* **1**: 1394–1395.
45. Blair A, Linos A, Stewart P, *et al.* (1993) Evaluation of risks for non Hodgkin's lymphoma by occupation and industry exposures from a case–control study. *Am J Ind Med* **23**: 301–312.
46. Schumacher M, Delzell E (1988) A death-certificate case–control study of non Hodgkin's lymphoma and occupation in men in North Carolina. *Am J Ind Med* **13**: 317–330.
47. Siematycki J (1991) *Risk Factors for Cancer in the Workplace.* Boca Raton, FL: CRC Press.
48. Hayes R, Yin S, Dosemeci M, *et al.* (1997) Benzene and the dose-related incidence of hematologic neoplasms in China. *J Natl Cancer Inst* **89**: 1065–1071.
49. Petrelli G, Siepi G, Miligi L, Vineis P (1993) Solvents in pesticides. *Scand J Work Environ Health* **19**: 63–65.
50. Metayer C, Johnson E, Rice J (1998) Nested case–control study of tumors of the hemopoietic and lymphatic systems among workers of the meat industry. *Am J Epidemiol* **147**: 727–738.
51. Persson B, Fredriksson M, Olsen K, Boeryd B, Axelson O (1993) Some occupational exposures as risk factors for malignant lymphoma. *Cancer* **72**: 1773–1778.
52. Figgs L, Dosemeci M, Blair A (1995) United States non Hodgkin's lymphoma surveillance by occupation 1984–1989 – a twenty-four state death certificate study. *Am J Ind Med* **27**: 817–835.
53. Milham S, Jr (1988) Increased mortality in amateur radio operators due to lymphatic and hematopoietic malignancies. *Am J Epidemiol* **127**: 50–54.
54. Franceschi S, Serraino D, Bidoli E, *et al.* (1989) The epidemiology of non Hodgkin's lymphoma in the north-east of Italy – a hospital-based case–control study. *Leukemia Res* **13**: 465–472.
55. Hardell L, Lindström G, Van Bavel B, Fredrikson M, Liljegren G (1998) Some aspects of the etiology of Non-Hodgkin's Lymphoma. *Environ Health Perspect* **106** (Suppl. 2): 679–680.
56. Penn I (1990) Lymphoproliferative diseases in disorders of the immune system. *Cancer Detect Prev* **14**: 415–422.