# Exhibit 9

Wolters Kluwer Health | OvidSP

My Account | Ask a Librarian | Support & Training | Help | Logoff

Search Journals Books My Workspace Primal Pictures

Search Results

Journal of Occupational and Environmental Medicine
Issue: Volume 42(5), May 2000, pp 554-568
Copyright: © 2000 Lippincott Williams & Wilkins, Inc.
Publication Type: [Original Articles]
ISSN: 1076-2752
Accession: 00043764-200005000-00016

[Original Articles] ◄ Previous Article | Table of Contents | Next Article ►

# Non-Hodgkin's Lymphoma and Exposure to Benzene in a Multinational Cohort of More Than 308,000 Petroleum Workers, 1937 to 1996

Wong, Otto ScD; Raabe, Gerhard K. DrPH

## Author Information

From the Applied Health Sciences, Inc, San Mateo, Calif. (Dr Wong); Tulane University Medical Center, New Orleans, La. (Dr Wong); and Exxon Mobil Corporation, New Hope, Pa. (Dr Raabe).

Address correspondence to: Otto Wong, ScD, Applied Health Sciences, Inc, 181 Second Avenue, Suite 628, PO Box 2078, San Mateo, CA 94401.

## Abstract

Petroleum workers are exposed to benzene or benzene-containing petroleum products. As such, studies of these workers provide an opportunity for investigating the relationship between benzene and non-Hodgkin's lymphoma (NHL). However, few cohort studies of petroleum workers report results of NHL separately. One reason is that NHL is usually grouped with other lymphopoietic cancers in the analysis. Another reason is the relatively small number of NHL cases in some studies. To determine the risk of NHL in petroleum workers, we identified 26 cohorts of petroleum workers in the United States, the United Kingdom, Canada, Australia, Italy, and Finland. Authors of the original studies were contacted, and data on the number of observed deaths and person-years of observation were requested. Data from these studies were reviewed individually as well as combined in a pooled analysis (meta-analysis). In particular, results for individual cohorts, most of which had never been reported before, were presented. The combined multinational cohort consisted of more than 308,000 petroleum workers (6.6 million person-years), and the observation period covered an interval of 60 years from 1937 to 1996. A total of 506 NHL deaths were observed, compared with 561.68 expected. The standardized mortality ratio was 0.90 and the 95% confidence interval was 0.82 to 0.98. Analyses were performed by type of facility and industrial process. Stratum-specific standardized mortality ratios (95% confidence intervals) were 0.96 (0.86 to 1.07) for US refinery workers, 1.12 (0.90 to 1.37) for non-US refinery workers, 0.64 (0.50 to 0.82) for product (gasoline) distribution workers, and 0.68 (0.47 to 0.95) for crude oil workers. When individual cohorts were stratified by length of observation, no pattern was detected. In general, exposure levels before 1950 were much higher than thereafter. However, analysis of workers by hire date (<1950, >=1950) revealed no difference in NHL mortality. Furthermore, none of the individual studies showed significant exposure-response relations. In summary, results from individual studies, as well as from the pooled analysis, indicated that petroleum workers were not at an increased risk of NHL as a result of their exposure to benzene or other benzene-containing petroleum products in their work environment. This conclusion was supported by cohort studies of workers in other industries who were exposed to benzene as well as by population-based case-control studies of NHL and occupational exposures.

---

Lymphoma, a term originally proposed by Billroth in 1871, refers to a group of malignancies in which the cells of lymphoid tissue multiply uncontrollably. Lymphomas with the characteristic Reed-Sternberg cells are called Hodgkin's lymphomas, and all others by default are known as non-Hodgkin's lymphomas (NHL). As a result of this definition, NHL

Article Tools
Complete Reference
Abstract Reference
Print Preview
Email Jumpstart
Email Article Text
Save Article Text
Add to My Projects
Export All Images to PowerPoint
Find Citing Articles
Find Similar
About this Journal
Request Permissions

Outline

- Abstract
- Classification of NHL
- Materials and Methods
- Results
- Discussion
  - Studies of Workers in the Petroleum Industries
  - Exposure–Response Analyses in Individual Studies
  - Studies of Workers Exposed to Benzene in Other Industries
  - Case–Control Studies of NHL and Exposure to Benzene
- Conclusion
- Acknowledgments
- References
- IMAGE GALLERY

represents a heterogeneous group of malignant diseases whose common link is a characteristic monoclonal expansion of malignant B or T cells and is the single largest group of neoplasms of the immune system. According to the National Cancer Institute's (NCI) Cancer Surveillance, Epidemiology and End Results Program, approximately 45,000 new cases of NHL were diagnosed in 1994 in the United States. 1 The average annual age-adjusted incidence rates during 1987 to 1991 were 17.9 per 100,000 for men and 11.5 per 100,000 for women. NHL risk increases rapidly with age. For ages 65 and older, the rates were 81.1 per 100,000 for men and 60.8 per 100,000 for women.

Studies have identified a large number of potential risk factors for NHL: inherited immunodeficiency diseases, acquired immunodeficiency diseases, autoimmune diseases, viruses (eg, Epstein-Barr virus), certain drugs, chemotherapy and radiation therapy, ionizing radiation, chronic infectious diseases, tuberculosis, malaria, diabetes, previous cancer, rheumatoid arthritis, Sjogren's syndrome, kidney calculus, duodenal ulcer, pneumonia, scarlet fever, herpes zoster, eczema dermatitis, cysts, family history of cancer, smoking or tobacco consumption, agricultural work, farming or living on a farm, forestry, and employment in the meat industry. 2-14 However, despite the long list of potential risk factors for NHL, it should be emphasized that most NHL cases are idiopathic.

The interest in the relationship between exposure to benzene and NHL seems to have been generated from an early investigation by Vianna and Polan, 15 which was based on linking deaths from lymphosarcoma and reticulosarcoma or Hodgkin's disease during 1950 to 1969 in New York State to the 1960 US census. A total of 14 occupations were assumed to have occupational exposure to benzene or coal tar fractions. The largest groups were farmers and woodworkers. Other occupations included fishermen, brick and stone workers, and barbers. Populations at risk in these occupations were estimated from the 1960 census. Occupations listed on death certificates were used to identify New York residents in these occupations who died from lymphosarcoma or reticulosarcoma. According to Vianna and Polan, 15 an increased risk of lymphosarcoma or reticulosarcoma was found in these occupations; in particular, the highest risk was reported among fishermen. The Vianna and Polan investigation has been criticized by Enterline 16 and by Smith and Lickiss. 17 The major criticism was that information on occupation derived from the US census and death certificates was not compatible, and the mortality excess reported might simply be an artifact. Another article by Aksoy described three patients with NHL in Turkey who were reported to have been exposed to benzene in a variety of occupations. 18 By its nature, the Aksoy case report did not provide any risk estimate. Nevertheless, on the basis of these three cases, Aksoy concluded: "Therefore, an etiological relationship between malignant lymphoma and chronic exposure to benzene is not surprising." Despite the lack of sound epidemiologic data, the alleged association between benzene exposure and NHL has persisted in subsequent years.

Petroleum workers are exposed to benzene and benzene-containing petroleum products. 19-21 In the present investigation, we examine mortality from NHL in a multinational cohort of more than 308,000 petroleum workers with potential exposure to benzene. In addition, we compare our results of petroleum workers with those from studies of workers exposed to benzene in other industries. However, before our analysis, a brief discussion on the classification of NHL and its impact on epidemiologic studies is necessary.

Back to Top

### Classification of NHL

Epidemiologic investigations of NHL have been hampered by the historical changes in its classification. In an epidemiologic review, Greene 22 stated, "The classification of NHL has been a source of great confusion over the years." Similarly, in a hematology text Hoffbrand and Pettit 23 remarked, "No area of diagnostic histopathology has been associated with greater confusion than the classification of NHL."

Over the years, several classification systems of NHL have been used, with varying degrees of acceptance. Historical nomenclature included giant follicular lymphoma, lymphosarcoma, and reticulum cell sarcoma. 22 In 1966, Rappaport 24 proposed a classification system that was based on the pattern of tumor growth and structure of the

predominant cells. The Rappaport classification was useful clinically because it separated NHL into two clinically relevant categories: nodular lymphomas with a favorable prognosis and diffuse lymphomas with an unfavorable prognosis. However, with the advent of modern immunology, the Rappaport system was no longer deemed adequate.

By the late 1970s, six independent classifications were in use throughout the world. 2 Among them was the Lukes and Collins system, which was based on both immunologic and morphologic considerations. 25 In an attempt to provide a unified classification system with an emphasis on prognosis, a US NCI working group in 1982 proposed the Working Formulation system. 26 It was based largely on the Rappaport system with terminology from the Lukes and Collins classification. The NCI Working Formulation turned out to be more popular in North America than in Europe. Most recently, the International Lymphoma Group's Revised European-American Lymphoma classification was proposed in 1994 and is now incorporated into the International Classification of Diseases for Oncology. 27-28

Typically, epidemiologic investigations rely on the International Classification of Diseases (ICD). The obvious advantage of using such a standardized classification system is that results can be compared (and combined) across studies. The most recent US NCI definition of NHL in terms of ICD codes in various revisions is as follows:29

- ICD-6 or ICD-7: 200, 202, and 205,
- ICD-8: 200 and 202, or
- ICD-9: 159.1, 200, 202.0, 202.1, 202.8, and 202.9.

ICD-6 or ICD-7 code 205 stands for mycosis fungoides, which has been changed to 202.1 in subsequent revisions (ICD-8 and ICD-9). The code 200 in all ICD revisions stands for lymphosarcoma and reticulosarcoma. The code 202 denotes “other forms of lymphoma (reticulosis)” in ICD-6 and ICD-7, and “other neoplasms of lymphoid tissue” in ICD-8. However, ICD-9 202 represents “other malignant neoplasms of lymphoid and histiocytic tissue.” In the NCI definition of NHL, ICD-9 202.2 (Sézary disease), 202.3 (malignant histiocytosis), 202.4 (hairy-cell leukemia), 202.5 (Letterer-Siwe disease), and 202.6 (malignant mast cell tumors) are excluded.

The definition of NHL in terms of ICD-9 codes used by scientists at the International Agency for Research on Cancer is slightly different. 30 The ICD-9 codes 200 and 202 (including all 4-digit subcategories) are used to denote NHL. The difference, however, is minor, because increasingly most NHL are classified under the rubric ICD-9 202.8 (other lymphomas), and the subcategories excluded from NCI's definition are rare.

Given the confusing classifications and the historical changes, it is understandable that in epidemiologic studies, different classifications of NHL and various combinations of NHL with other lymphoproliferative malignancies have been used. Analysis of NHL data in epidemiologic studies is further complicated by the manner in which mortality rates of NHL in the general population are published. In the United States, because of the way in which mortality rates by ICD categories are tabulated by the National Center for Health Statistics, analyses of NHL in most occupational cohort studies are generally not reported as such. For example, in the Occupational Cohort Mortality Analysis Program, 31 one of the commonly used software packages for occupational cohort analysis, NHL appears in two categories: lymphosarcoma and reticulosarcoma (ICD-8 200) and other neoplasms of lymphoid tissue (ICD-8 202, 203, 208, 209). Thus, part of NHL is reported together with multiple myeloma (ICD-8 203), polycythemia vera (ICD-8 208), and myelofibrosis (ICD-8 209).

This grouping makes comparing results of NHL (ICD-8 200 and 202) across studies difficult and meta-analyses of individual study results almost impossible. For example, in a meta-analysis of NHL results from studies of workers exposed to ethylene oxide, Shore et al 32 encountered various groupings of NHL in the individual studies. As a result, Shore et al ended up using different groupings (hence, different definitions) of NHL in the analysis and had to estimate the expected NHL deaths in some of the studies, because the expected deaths provided were not based on appropriate ICD codes. As will be demonstrated below, in the present investigation we encountered some of the same problems related to the classification and categorization of NHL in studies of petroleum workers.

Although some recent cohort studies of petroleum workers reported NHL analyses that were based on the appropriate ICD groupings, most investigations (particularly those in the United States and the United Kingdom) did not. For the latter investigations, we solved the problem by requesting the proper information on the basis of the correct ICD codes from the original investigators.

The primary objective of the present study is to determine NHL risk among workers in the petroleum industry. Exposure to hydrocarbons in the petroleum industry includes inhalation of vapors and dermal contact of crude oil, feed stocks, intermediate products during refining, and end products such as gasoline in marketing or distribution. 19 Many of these products contain benzene. Because exposure to benzene has been and still is common among workers in the petroleum industry, these workers constitute a valuable database to assess the relationship between NHL and benzene exposure.

Back to Top

## Materials and Methods

Numerous investigations, particularly cohort mortality studies, of petroleum workers have been conducted. However, because of the way in which ICD categories are tabulated by the National Center for Health Statistics, results for NHL in many of these petroleum worker studies were not reported as such. Instead, results for NHL (ICD-8 200 and 202) were usually reported in two places: lymphosarcoma and reticulosarcoma (ICD-8 200) and other lymphomas (ICD-8 202) as part of the miscellaneous category “other neoplasms of lymphoid tissue” (ICD-8 202, 203, 208, 209). Furthermore, the numbers of NHL cases or deaths in some individual studies were relatively small. For statistical reasons (even though biologically inappropriate), particularly in small studies, NHL has sometimes been reported only as part of the overall category “all lymphatic and hematopoietic cancers” (ICD-8 200–209) or in combinations with various entities within the latter. In the present investigation, we used the NCI definition based on ICD-8 or ICD-9 codes, 29 which was discussed in the previous section.

For the current investigation, we included as the study population all petroleum workers in cohort mortality investigations conducted in the United States, the United Kingdom, Canada, Australia, Italy, and Finland. These studies were identified through a MEDLINE search, supplemented by references listed in the identified articles. On the basis of a consideration of both study design and data quality, only cohort studies were included in the analysis. Studies based on proportional mortality ratios (PMRs) were excluded from analysis because of the following limitations. In addition to the well-known methodologic deficiencies of PMR studies, 33–35 some of the PMR studies of petroleum workers also suffered from incomplete ascertainment of deaths. 36–39 Furthermore, employment records were usually not available in these PMR studies, and employment misclassification (in terms of jobs or length of employment) was likely. Finally, the petroleum refineries included in PMR studies have subsequently been investigated by using the cohort study design. Similarly, company-based case-control analyses derived from incomplete cohort or incomplete death ascertainment were also excluded from our analysis. 40,41

In addition to cohort studies of petroleum workers, there are several cohort studies of workers exposed to benzene in other industries. Because of the differences between these industries and the petroleum industry, these studies were not included in our pooled or meta-analysis, but they were part of the discussion. Furthermore, there were also a number of population-based case-control studies of NHL, which included exposure to benzene in the analyses. These studies usually did not provide information about the nature of exposure or details of employment comparable with that in cohort studies. Methodologic problems (such as control selection or recall of employment histories) could further complicate the interpretation. Exposure classification could be highly heterogeneous within and between case-control studies. Therefore, case-control studies were not included in the quantitative analysis but were used to form part of the basis for discussion.

In the present investigation, in addition to the review of individual cohort studies, a pooled analysis or meta-analysis procedure was used in combining data from individual cohort studies of petroleum workers. The

methodologic details of the meta-analysis have been described in detail elsewhere.[20,21,42,43] Data needed to perform the pooled or meta-analysis included observed and expected number of deaths from NHL in each individual study. As discussed above, these data were usually not presented in published reports of US cohort studies, except in a few recently published studies.[44-49] For US studies, the number of observed NHL deaths and person-years were requested from and subsequently provided to us by the original investigators. Expected deaths were calculated for each cohort on the basis of NHL mortality rates for US male subjects specific to age, race, and time period. For the UK studies, a special analysis for NHL was requested and was subsequently provided to us. For studies in all other countries, results for NHL were taken directly from published reports. For some cohorts, several updates were available. For the present analysis, data from the latest update were used.

The statistical procedure for meta-analysis consists of summing up the observed and expected deaths for NHL from individual studies and of calculating the pooled or meta-standardized mortality ratio (SMR)[43]; that is, meta-SMR = [SIGMA]$_i$ $O_i$/[SIGMA]$_i$ $E_i$, where the subscript i denotes the *i* th study, O denotes the observed deaths, and E denotes the expected deaths. It can be demonstrated that under the null hypothesis (ie, SMR = 1), the approximate variance of SMR in the *i* th study is $1/E_i$. Furthermore, it can be demonstrated that meta-SMR = [SIGMA]$_i${$W_i \times SMR_i$}, where $W_i = E_i$ /[SIGMA]$_i$$E_i$ is the weight. That is, the weight for the meta-SMR is inversely proportional to the variance of individual study. In other words, more weight is given to larger studies, and vice versa.

This simple procedure treats each individual cohort as a separate meta-stratum in data summarization (similar to the indirect standardization in individual studies), thus adjusting for individual studies while preserving the original adjustment using substrata specific to age, race, and time period.[43] In the present investigation, both NHL meta-SMRs and their corresponding ninety-five percent confidence intervals (95% CI) were calculated. Although other statistical procedures for meta-analysis are available, the meta-SMR procedure was used in this investigation because of its simplicity in computation and interpretation, its preservation of the adjustments in the individual studies, and its resemblance to the analyses in the original studies.

An additional benefit of meta-analysis is that it takes into consideration the multiple-comparison problem exhibited in the individual cohort studies. As discussed below, a total of 26 individual cohorts were included in the combined database, and a separate NHL SMR was calculated for each individual cohort. In some cohorts, SMRs by hire year were also computed. In addition, stratum-specific meta-SMRs were calculated. Depending on the number of SMRs calculated (approximately 60 to 70), three or four statistically significant SMRs can be expected to occur simply by chance alone, given a 95% confidence level. By combining data from these 26 cohorts, chance excesses or deficits are less likely to influence the overall interpretation.

The analysis in the present investigation actually goes beyond a traditional meta-analysis, which is usually defined as the synthesis of data that have already been reported. In the present investigation, the results of NHL in most US and UK studies have never been reported in the original studies (see below). For studies in which no NHL analysis had been conducted previously, new analyses or data were requested from the original authors. Subsequently, the necessary analyses or data were provided to us. This is the reason that we present below not only the summary results (pooled or meta-analyses) but also findings from individual studies. The summary estimates were calculated on the basis of both published and unpublished data (pooled analyses). In addition, investigators of the original studies were also asked to re-analyze the data for specific stratifications (eg, by industrial division, hire year, and length of employment), which have never been reported previously. Most investigators responded to our request. Such subcohort analyses from individual studies were presented in our report. On the basis of the data provided, similar subcohort analyses based on combined data across studies were also performed to present summary risk estimates.

Back to Top

**Results**

US studies included in the analysis were conducted or sponsored by six major petroleum companies: BP Amoco, Chevron, Exxon, Mobil, Shell, and Texaco. [44-48,50-60] Most of the studies consisted of refinery workers, except two company-wide studies, which included workers from refineries, packaging plants, petrochemical plants and research facilities, and one study of crude oil workers. An industry-wide study in the United States, sponsored by the American Petroleum Institute and consisting of a cohort of land-based terminal and marine vessel distribution workers who were involved in the transportation of gasoline and/or other petroleum products, was also included. [49,61,62]

From Canada, a company-wide study of Imperial Oil employees in refining, distribution, and upstream operations was included. [63] From the United Kingdom, two industry-wide studies of refinery and distribution workers, which were sponsored by the Institute of Petroleum, were also included. [64,65] Two additional studies of refinery workers from Europe (Finland and Italy) were also part of the review and analysis. [66,67] Finally, from Australia, an industry-wide study, sponsored by the Australian Institute of Petroleum and consisting of mostly refinery workers but also distribution and production workers, was included in the review and analysis. [68]

Table 1 provides a basic description of the individual cohort studies included in the present investigation. Although exposure patterns in each cohort might not be identical, all workers were potentially exposed to benzene-containing petroleum liquids as well as other hydrocarbons. It is quite likely that the within-cohort exposure variation is comparable with, if not greater than, the between-cohort exposure variation. In particular, facilities within the same industrial division (refinery, distribution, crude oil) have similar operations.


Table 1

Among the US studies listed in Table 1, only the following investigations presented NHL analyses separately: Satin et al (a refinery in Port Arthur, Texas);[44] Collingwood et al (a refinery in Paulsboro, New Jersey);[45] Raabe et al (a refinery in Beaumont, Texas);[46] Divine and Hartman (US crude oil facilities);[47] Divine et al (a company-wide study in the United States);[48] and Wong et al (an industry-wide study in the United States). [49] Non-US studies reporting NHL analyses separately included: Bisby et al (Australia), [68] Schnatter et al (Canada), [63] Pukkala (Finland), [66] and Consonni et al (Italy). [67] NHL information in all other studies was not available from the original reports, and requests for data were made directly to the original investigators.

In the present investigation, a total of 26 individual cohorts were included in the review and analysis. The combined database consisted of more than 308,000 petroleum workers, with approximately 202,000 from the United States, 58,000 from the United Kingdom, 21,000 from Canada, 9500 from Finland, 1500 from Italy, and 16,000 from Australia. Over an observation period of 60 years (1937 to 1996), these workers contributed more than 6.6 million person-years. The majority of the cohorts were based on refinery workers (approximately 226,000) employed at more than 55 refineries in six countries. The remaining workers were employed in the distribution (transportation of gasoline) or the crude oil (upstream and production) divisions.

Table 2 and Fig. 1 present the results of NHL mortality in more than 226,000 refinery workers for individual cohorts as well as for the combined cohorts. For individual cohorts, the observed number of NHL deaths ranged from 2 to 71, and the SMRs from 0.75 to 2.12. No significantly elevated SMR was detected for any individual cohort. For all US refineries combined (14 cohorts, more than 40 refineries), the pooled SMR (95% CI) was 0.96 (0.86 to 1.07). The large UK industry-wide study of refinery workers yielded similar results (SMR, 1.00; 95% CI, 0.75 to 1.31). The pooled SMR (95% CI) for all non-US refinery workers was 1.12 (0.90 to 1.37). The highest NHL SMR (2.12) was reported in a small Italian study on the basis of only five deaths. For all countries combined, there were 408 NHL deaths reported among refinery workers, compared with 412.20 expected. The pooled SMR (95% CI) was 0.99 (0.90 to 1.09).


Table 2


Fig. 1

A similar analysis was performed for four cohorts of distribution workers in the United States, the United Kingdom, Canada, and Australia (Table 3 and Fig. 2). None of the individual studies showed an increased mortality from NHL. The number of NHL deaths ranged from 3 to 35, and the SMRs from 0.42 to 0.91. For the combined cohort of more than


Table 3


Fig. 2

55,000 distribution workers, there were 64 NHL deaths and the pooled SMR (95% CI) was 0.64 (0.50 to 0.82).

There were only three cohorts of workers in the crude oil division (upstream and production), a relatively large cohort in the United States, and two small cohorts in Canada and Australia (Table 4 and Fig. 2). There was a significant deficit in the US study (SMR, 0.69; 95% CI, 0.47 to 0.98), and no observed death in the small Australian study (SMR, 0; 95% CI, 0 to 2.46). For the combined cohort of more than 27,000 crude oil (upstream and production) workers, the SMR (95% CI) was 0.68 (0.47 to 0.95).

Table 4

Table 5 and Fig. 3 summarize mortality from NHL by country and by industrial division as well as for the entire combined cohort of more than 308,000 petroleum workers in the United States, the United Kingdom, Canada, Finland, Italy, and Australia. As discussed above, none of the three major divisions in the petroleum industry showed an increased mortality from NHL. For the overall combined cohort, there were 506 observed NHL deaths, slightly fewer than the 561.68 expected (SMR, 0.90; 95% CI, 0.82 to 0.98).

Table 5



Fig. 3

Among the 26 cohorts included in the present analysis, length of follow-up ranged from 14 to 51 years. Studies with short follow-up periods might not be as informative regarding chronic diseases such as NHL. A separate analysis was performed by duration of follow-up (Table 6). The results were similar between cohorts with at least 20 years of follow-up (SMR, 0.91; 95% CI, 0.83 to 1.00) and those with follow-up shorter than 20 years (SMR, 0.80; 95% CI, 0.60 to 1.05).

Table 6

Finally, an analysis by date of first exposure was performed. In 1947, the threshold limit value for benzene was reduced from 100 to 50 ppm, which was further reduced to 35 ppm in 1948. In general, benzene levels in the petroleum industry after 1948 to 1950 were much lower than in previous years. Thus, a stratified analysis by date of first exposure (<1950 vs >=1950) would be informative. Results for such a stratified analysis were obtained for 13 US cohorts and 2 UK cohorts (Table 7). Among US petroleum workers hired before 1950, 208 NHL deaths were reported, and the pooled SMR (95% CI) was 0.99 (0.86 to 1.13). Among US petroleum workers hired in or after 1950, 80 NHL deaths were observed, and the pooled SMR (95% CI) was 0.98 (0.77 to 1.22). Thus, there was no difference in NHL mortality by hire date among US petroleum workers. The pooled results for the two UK cohorts by hire date were similar as well. For the combined cohort of both US and UK petroleum workers, the SMRs (95% CIs) were 0.99 (0.87 to 1.12) and 0.95 (0.79 to 1.14) for workers hired before 1950 and those hired in or after 1950, respectively. Thus, there was no increased NHL mortality in either hire period, and the two SMRs by hire period were quite comparable.

Table 7

Back to Top

## Discussion

Back to Top

### Studies of Workers in the Petroleum Industries

The combined cohort of more than 308,000 petroleum workers in the pooled analysis represented one of the largest databases in occupational epidemiologic research. Even though some of the individual cohorts were relatively large, it is evident from Tables 2 through 4 that some NHL SMRs in individual cohorts were based on relatively small numbers. One of the major advantages of the pooled analysis based on the combined cohort that was performed in the present investigation is the improvement in stability of the combined data, as judged by the narrow 95% CIs. These narrow 95% CIs indicate that the statistical power of combined cohort in detecting even a small increase in mortality from NHL in petroleum workers was quite high. In fact, the combined database has adequate statistical power (80% at an [alpha]-level of 0.05) to detect a risk as small as 1.11, if such a risk exists. Indeed, improvement in statistical power is one of the primary purposes of conducting a pooled or meta-analysis.

Cohort studies of petroleum workers are relatively homogeneous in terms of study design, cohort definition, data collection, and exposures. All investigations used the historical cohort mortality study design. All cohorts were identified by using employment records, and most required a minimum length of employment of 1 year. Death ascertainment procedures were usually similar in these studies, and deaths were based

on death certificates and coded according to the ICD. In a study of Finish petroleum workers, analysis was based on cancer incidence data rather than on mortality data. In all studies, risk estimates were based on comparisons with the general population. Industrial processes and exposures in these studies were also relatively similar, particularly within each division of the industry. Thus, the studies included in the present investigation were relatively homogeneous with respect to study design, cohort identification, data collection, exposure, disease classification, and analysis. In addition, pooled SMRs based on stratum-specific analyses by division were calculated to account for any potential differences.

It should also be pointed out that the definition of a study is somewhat arbitrary. For example, a study can consist of several refineries belonging to the same company, each of which could have been published separately (ie, as separate studies). Certainly, the results of an industry-wide study consisting of data from several companies can be reported separately as well. Therefore, we believe that the pooling of data from all of these petroleum cohort studies was justified.

The results of the present analysis indicated that petroleum workers, who are certainly exposed to benzene, are not at an increased risk of NHL. Similar to other occupational cohort mortality studies, in the cohort studies included in this investigation, comparisons were based on NHL mortality in the general population. Use of the general population as the basis for comparison was appropriate inasmuch as the healthy worker effect was not a concern for cancers such as NHL. 69–71

Consistently, no significant mortality increase from NHL was reported in any of the individual cohorts (Tables 2 through 4). The lack of an association between benzene exposure in the petroleum industry and NHL was reflected in the pooled or meta-analysis (Table 5). In addition, stratified meta-analyses were performed by type of facility or industrial process, by length of follow-up, and by period of first exposure. No excess or pattern in relation to exposure was detected in the pooled or meta-analyses stratified by these variables.

Not included in our pooled analysis was a study of cancer incidence among approximately 4000 workers in the Swedish petroleum industry, which was reported by Järvholm et al. 72 We did not include this study in our pooled or meta-analysis because the analysis reported in the article was not specific to NHL. Nevertheless, there was no increase of lymphoma overall (NHL and Hodgkin's disease). The standardized incidence ratios (SIRs) were 0.93 for workers with at least 1 year of exposure and 0.65 for those with 20+ years of exposure, respectively.

Recently, the results of a record-linkage study of approximately 19,000 service station workers in four Scandinavian countries (Denmark, Norway, Sweden, and Finland) were reported. 73 We did not include this study in our pooled analysis for two reasons. First, the exposure patterns of service station workers may be different from those of industrial petroleum workers. Second, and more importantly, the Scandinavian workers were identified through the 1970 census in the four countries. Census as a source of occupational information is neither accurate nor adequate, because such information is self-reported and consists of a single occupational title with no mention of employment duration. Analysis based on such data is limited. Nevertheless, no increased NHL risk was found in this Scandinavian study. A total of 39 cases of NHL were reported, compared with 38.22 expected; the SIR was 1.02 (95% CI, 0.73 to 1.39).

Finally, in another record linkage study in Sweden, Linet et al 74 reported NHL risk by occupation. Information on occupation was derived from the 1960 census and from cancer incidence data from the National Swedish Cancer Registry for the period 1961 to 1979. We did not include this study in our pooled analysis for the same reasons listed above. The occupations with the highest SIRs were bank cashiers (SIR, 3.3; $P < 0.05$), health insurance clerks (SIR, 3.2; $P < 0.01$), schoolteachers (SIR, 2.1; $P < 0.05$), and secretaries and typists (SIR, 2.1; $P < 0.05$). On the other hand, Linet et al stated that no increased risk of NHL was found for petroleum refinery workers (SIR not presented in the report).

Back to Top

Exposure-Response Analyses in Individual Studies

Similar to historical cohort studies in other industries, most investigations in the petroleum industry lack quantitative exposure estimates. In occupational cohort studies, length of employment is often used as an exposure index in exposure-response analysis. Only a few studies presented NHL analyses by duration of employment. In the Finnish study of 9454 oil refinery workers, Pukkala 66 reported an SIR of 1.24 (95% CI, 0.64 to 2.17) on the basis of 12 cases. When the data were analyzed by length of employment, however, NHL risk was higher among workers with fewer than 5 years of employment (SIR, 2.4; 95% CI, 0.91 to 5.40) than among those with 5 or more years of employment (SIR, 0.30; 95% CI, 0.01 to 3.19). Thus, no exposure-response relationship between length of employment and NHL was found in this Finnish study.

In an Italian study of refinery workers, Consonni et al 67 reported an SMR of 2.12 (95% CI, 0.68 to 4.95) on the basis of 5 deaths. No analysis by length of employment for NHL was reported in the original article, but such an analysis was requested and was subsequently provided to us by the authors. The SMRs and 95% CIs for NHL were 1.43 (0.02 to 7.94), 2.47 (0.28 to 8.90), and 2.37 (0.27 to 8.55) for length of employment of <5, 5 to 14, and 15+ years. The corresponding trend test was not significant ([chi]2 = 0.13). Thus, there was no significant upward trend between length of employment at the Italian refinery and NHL risk.

Similarly, in a US study of 7119 refinery workers, a non-significant increase of NHL mortality was reported for white male employees (SMR, 1.35; 95% CI, 0.80 to 2.13) by Raabe et al 46 However, an exposure-response analysis by length of employment among maintenance workers at the refinery showed no upward trend. The NHL SMRs were 2.44, 1.74, and 1.29 for duration of employment <10, 10 to 29, and 30+ years, respectively. None of the SMRs by duration of employment was significant, and there was no upward trend ([chi]2 = 0.70). Thus, no exposure-response relationship between length of employment and NHL was found in this US study.

In another large US study of refinery workers, Divine et al 48 reported 71 NHL deaths (SMR, 0.96). In addition to the overall analysis, Divine et al also reported NHL analysis by work unit or department. No increased risk was reported for any individual units or departments (eg, SMR, 0.87 for maintenance personnel; SMR, 0.73 for operators; SMR, 0.72 for pipefitters and boilermakers). The highest risk was reported for the fluid catalytic cracking unit (FCCU), with an SMR of 1.55 and a 95% CI of 0.82 to 2.65 based on 13 deaths. Potential exposures at FCCU included mid-distillates, gasoline, and polynuclear aromatics. However, an analysis by length of employment at FCCU revealed no exposure-response relationship. The SMRs (95% CIs) were 2.12 (0.85 to 4.37) among those with <5 years at FCCU and 1.18 (0.43 to 2.58) among those with 5+ years at FCCU.

Finally, in a Canadian study of distribution workers, Schnatter et al 75 provided a nested case-control analysis of NHL by levels of exposure to total hydrocarbons or benzene. No upward trend was detected for any exposure indices. For example, the odds ratios (95% CIs) were 1.00 (baseline), 1.21 (0.16 to 8.07), 1.14 (0.02 to 22.1), and 0.0 (0.0 to 27.6) for <0.49, 0.50 to 7.99, 8.00 to 19.99, and 20.0 to 219.8 ppm-years of benzene exposure, respectively. Thus, detailed analyses on the basis of quantitative benzene exposure data demonstrated that there was no association between benzene exposure and NHL.

Back to Top

## Studies of Workers Exposed to Benzene in Other Industries

The lack of an increased risk of NHL in cohort studies of petroleum workers is consistent with results from cohort studies of workers exposed to benzene in other industries. Wong reported the mortality experience of a cohort study of 7676 chemical workers in the United States. 76,77 Most of these workers were exposed to benzene in the 1940s and 1950s, with some whose first exposure occurred in the 1920s and 1930s. Some of these workers were exposed to relatively high benzene levels in the past (in the range of 50 to 100 ppm). In the original study, no analysis specific to NHL was reported because of the problems of NHL classification in the past (discussed earlier in this report). A subsequent analysis indicated that there were seven deaths from NHL among workers exposed to benzene, compared with 5.12 expected deaths based on the US general population. 78 The corresponding SMR was 1.37 (95% CI, 0.55 to 2.82).

In the United States there is another often-cited cohort study of workers exposed to benzene, consisting of 1165 white men at two rubber hydrochloride plants in Ohio, where benzene exposures were reported to be very high (up to several hundred ppm). 79 In this cohort, a significant increase of leukemia mortality was reported, and a positive exposure-response relationship between leukemia and exposure to benzene was also found. However, the authors reported no result for NHL. Subsequently, death ascertainment in the study has been updated through 1987, and Wong conducted an analysis of NHL on the basis of the updated data. 78 There were three NHL deaths, compared with 3.28 expected, and the corresponding SMR was 0.91 (95% CI, 0.19 to 2.66).

There were two additional small studies of benzene workers reported in the United States. Bond et al 80 described two deaths due to lymphosarcoma and reticulosarcoma (ICD 200) and no deaths due to other lymphomas (ICD 202) among 594 chemical workers in Michigan. The expected number of deaths due to lymphosarcoma and reticulosarcoma was reported as 1.1. The expected number of deaths from other lymphomas was not reported separately in the report but might be estimated as approximately 0.6. Thus, the total expected number of NHL deaths was around 1.7. Therefore, the two NHL deaths observed in the Bond et al study were well within the expected range (SMR, 1.17; 95% CI, 0.14 to 4.22). In the other study, Decouflé et al 81 reported no NHL deaths in 259 petrochemical workers who were exposed to benzene at a petrochemical plant in Baltimore. Although this study was relatively small, the absence of any NHL death supported the finding of no association between NHL and benzene from other studies.

From China, Yin et al 82 reported a study of workers from a wide variety of industries who were exposed to benzene. However, a number of concerns regarding data quality have been raised. 83,84 The study was based on poorly collected data and has been subject to criticism. For example, Yin et al 82 reported three lymphosarcoma deaths among 15,643 exposed male workers, but none among 16,621 male non-exposed workers. The absence of any NHL in such a large group of non-exposed workers was clearly either a statistical anomaly due to chance or an indication of reporting or investigator bias. Wu, a medical scientist in China, pointed out the problems of the Chinese benzene study and cautioned that: “Consequently, the comparisons of results with those of studies outside China is [sic] often difficult.”85 The Chinese benzene study has subsequently been enlarged and its observation period extended. 86,87 The exposed cohort consisted of workers from a wide spectrum of industries with heterogeneous exposures (eg, food, textile, paper products, agricultural chemicals, pharmaceutical, rubber and plastic, electrical equipment). Because of the larger cohort size and the extended observation period, there were 17 NHL deaths among the benzene-exposed workers. Among the non-exposed workers, the number of NHL deaths was three. On the basis of the most recent article by Hayes et al, 88 the risk ratio was 3.0 (95% CI, 0.9 to 10.5). Analyses for some selected occupations were also reported.

A careful reading of the articles raises several concerns regarding the quality of data in the Chinese study. For example, scientists from the US NCI, on the basis of pathology records, were able to confirm the diagnosis in only 62% (51 of 82) of the hematopoietic malignancies. 89 In fact, one of the highest mortality risks was reported for the category “diagnosis not clear” (relative risk [RR], 2.9; 95% CI, 1.0 to 12.3) among exposed men. This finding illustrated the diagnostic problems in the Chinese study. Second, because the data collection team knew the exposure status of the workers, potential bias in vital status ascertainment was likely. For example, there was no death due to Hodgkin’s lymphoma among the 35,805 non-exposed workers, which could be an indication of mortality under-ascertainment in the latter. Third, unlike cohort studies conducted in Western countries, the comparison rates in the Chinese study were derived from a small ad hoc cohort of non-exposed workers. For example, the comparison rates for NHL derived from the non-exposed workers, based on only three cases, were highly unstable. Clearly, RR based on such comparison rates would be unreliable also.

Finally, although Hayes et al 88 reported a non-significant increase for the overall cohort of exposed workers (RR, 3.0; 95% CI, 0.9 to 10.5), when the NHL data were analyzed by occupational groups, the RR ranged from 1.6 for coatings (paints) to 7.8 for chemical. Although Hayes et al

did not elaborate on what specific occupations were classified as chemical, Dosemeci et al [83] stated that the group “chemical” included “organic, insecticide, and benzene production workers.” It was unfortunate that Hayes et al [88] did not separate these groups in the analysis, because they had very different exposures. In particular, insecticide workers are exposed to a variety of chemicals, and studies have reported increased risk of NHL among agricultural chemical workers or farmers throughout the world. Hayes et al [88] attributed the increased NHL risk found in chemical (including insecticide) workers to benzene exposure. Given the known confounding exposures, this interpretation was not justified. Thus, the data from the Chinese study should not be used to address the issue of NHL and benzene exposure per se. Even Hayes et al [88] themselves did not conclude that the findings established a causal association between benzene exposure and NHL. Instead, they concluded only that, “the possible links with NHL are all provocative new observations.” In view of its data problems and its inconsistency with other studies, no conclusion on NHL should be drawn from the Chinese study.

Back to Top

### Case-Control Studies of NHL and Exposure to Benzene

Further supporting evidence that there is no association between benzene exposure and NHL comes from case-control studies and has been summarized by Wong. [78] In a case-control study consisting of 501 NHL patients in North Carolina, Schumacher and Delzell [90] reported 66 cases of exposure to benzene. The risk ratios for benzene exposure were 0.77 (95% CI, 0.56 to 1.07) in whites and 0.94 (95% CI, 0.47 to 1.87) in blacks. Ott et al [91] conducted a detailed case-control study of lymphatic and hematopoietic tissue cancers among 29,139 Union Carbide employees in West Virginia. On the basis of 52 cases, the NHL risk ratio for exposure to benzene was reported as 1.0. In a case-control study conducted by the US NCI, the exposure histories of 622 NHL patients in Iowa and Minnesota were compared with those of 1245 controls. [13] A total of 153 patients were reported to have been exposed to benzene. The risk ratio for benzene exposure was 1.1 (95% CI, 0.9 to 1.4), indicating no increased risk.

Case-control studies from other countries also support the results of no association reported in American studies. In a case-control study consisting of 215 NHL patients in Montreal, 26 patients reported exposure to benzene. [92] The RRs were 0.7 for any exposure to benzene and 0.8 for substantial exposure to benzene. In another report based on the same data, Siemiatycki et al [93] reported the following RR for a variety of petroleum-derived fuels or solvents: 0.8 for automotive gasoline, 0.4 for aviation gasoline, 0.8 for mineral spirits, 0.4 for kerosene, 0.7 for jet fuel, 1.1 for diesel fuel, and 0.7 for heating oil. In an Italian case-control study of 208 NHL cases, the risk ratio for exposure to benzene and solvents was reported as 1.14, with a 95% CI of 0.57 to 2.28. [3] In a case-control study of NHL conducted in the United Kingdom, the employment and medical histories of 437 patients were compared with those of 724 matched controls. [6,94] The risk ratio for benzene exposure was 0.49, with a 95% CI of 0.21 to 2.00

The results from these case-control studies are summarized in Table 8. The risk ratios reported in these case-control studies of NHL and benzene or benzene-containing solvents ranged from 0.49 to 1.2. Although exposure classification in some of these case-control studies might lack specificity, these investigations have consistently demonstrated that no association was found between exposure to benzene and NHL. Thus, these case-control studies confirm the results of cohort studies of workers exposed to benzene or petroleum products.


Table 8

Back to Top

## Conclusion

A comprehensive review of individual cohort studies of petroleum workers in the United States, the United Kingdom, Canada, Finland, Italy, and Australia indicated consistently that there was no significant increase of NHL mortality in any of the individual investigations. On the basis of the results of these individual studies, we conclude that employees in this industry, who are exposed to benzene or benzene-containing petroleum products, are not at an increased risk for NHL. To provide summary risk estimates, a pooled or meta-analysis of all cohort studies of petroleum workers in the United States, the United Kingdom,

Canada, Finland, Italy, and Australia was performed (506 observed deaths; 561.68 expected deaths; SMR, 0.90; 95% CI, 0.82 to 0.98). The statistical power of the combined cohort of more than 308,000 workers in detecting even a small increase in risk is quite high, as evident from the narrow 95% CI of the combined risk estimate. In fact, the combined database has adequate statistical power (80% at an [alpha]-level of 0.05) to detect a risk as small as 1.11, if indeed such a risk exists. Additional stratified analyses also revealed no excess of NHL mortality in any of the subgroups examined. Our conclusion of no excess mortality from NHL in petroleum workers exposed to benzene or benzene-containing petroleum products is supported by cohort studies of workers exposed to benzene in other industries as well as by case-control studies of NHL and benzene exposure.

Back to Top

## Acknowledgments

We wish to express our appreciation to the following colleagues for providing unpublished data and analyses: Dr Dario Consonni of Clinica del Lavoro “L Devoto,” Milan (Italy); Dr Barbara Divine of Texaco (US); Dr Kenneth Satin of Chevron (US); Dr Robert Schnatter of Exxon Mobil (US); Dr Susan Schmitt of BP Amoco (US); Dr Tom Soranhan of the University of Birmingham (UK); and Dr Shan Tsai of Shell (US). The investigation was sponsored by a research grant from the American Petroleum Institute.

Back to Top

## References

1. National Cancer Institute. *SEER Cancer Statistics Review, 1973–1991*. Bethesda, MD: National Institutes of Health; 1994. NIH Publication No:94-96-691. [Context Link]

2. Wilson JD, Braunmald E, Isselbacher KJ, et al. Harrison’s Principles of Internal Medicine. 12th ed. New York: McGraw-Hill; 1991. [Context Link]

3. Franceschi S, Serraino D, Bidoli E, et al. The epidemiology of non-Hodgkin’s lymphoma in the north-east of Italy: a hospital-based case-control study. Leuk Res. 1989; 13:465-472. **Bibliographic Links** | [Context Link]

4. Cerhan JR, Wallace RB, Folsom AR, et al. Medical history risk factors for non-Hodgkin’s lymphoma in older women. J Natl Cancer Inst. 1997; 89:314-318. [Context Link]

5. Kauppi M, Pukkala E, Isomaki H. Elevated incidence of hematologic malignancies in patients with Sjogren’s syndrome compared with patients with rheumatoid arthritis. Cancer Causes Control. 1997; 8:201-204. **Bibliographic Links** | [Context Link]

6. Cartwright RA, McKinney PA, O’Brien C, et al. Non-Hodgkin’s lymphoma. Case control epidemiological study in Yorkshire. Leuk Res. 1988; 12:81-88. **Bibliographic Links** | [Context Link]

7. Brown LM, Everette GD, Dibson R, Burmeister LF, Schuman LM, Blair A. Smoking and risk of non-Hodgkin’s lymphoma and multiple myeloma. Cancer Causes Control. 1992; 3:49-55. **Bibliographic Links** | [Context Link]

8. Brownson RC, Reif JS, Chang JC, Davis JR. Cancer risks among Missouri farmers. Cancer. 1989; 64:2381-2386. **Bibliographic Links** | [Context Link]

9. Mallin K, Rubin M, Joo E. Occupational cancer mortality in Illinois white and black males, 1979-1984, for seven cancer sites. Am J Ind Med. 1989; 15:699-717. **Bibliographic Links** | [Context Link]

10. Scherr PA, Hutchinson GB, Neiman RS. Non-Hodgkin’s lymphoma and occupational exposure. Cancer Res. 1992; 52(suppl):5503s-5509s. **Bibliographic Links** | [Context Link]

11. Alavanja MCR, Blair A, Merkle S, Teske J, Eaton B, Reed B. Mortality among forest and soil conservationists. Arch Environ Health. 1989; 44:94-101. **Bibliographic Links** | [Context Link]

12. Reif J, Pearce N, Kawachi I, Fraser J. Soft-tissue sarcoma, non-Hodgkin's lymphoma and other cancers in New Zealand forestry workers. Int J Cancer. 1989; 43:49-54. [Context Link]

13. Blair A, Linos A, Stewart PA, et al. Evaluation of risks for non-Hodgkin's lymphoma by occupational and industry exposures from a case-control study. Am J Ind Med. 1993; 23:301-312. [Context Link]

14. Pearce NE, Sheppard RA, Smith AH, Teague CA. Non-Hodgkin's lymphoma and farming: an expanded case-control study. Int J Cancer. 1987; 39:155-161. [Context Link]

15. Vianna NJ, Polan A. Lymphomas and occupational benzene exposure. Lancet. 1979; i:1394-1395. [Context Link]

16. Enterline PE. Lymphomas and benzene. Lancet. 1979; ii:1021. **Bibliographic Links** | [Context Link]

17. Smith PR, Lickiss JN. Benzene and lymphomas. Lancet. 1980; i:719. [Context Link]

18. Aksoy M. Malignancies due to occupational exposure to benzene. Haematologica. 1980; 65:370-373. **Bibliographic Links** | [Context Link]

19. International Agency for Research on Cancer. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Occupational Exposures in Petroleum Refining: Crude Oil and Major Petroleum Fuels. vol. 45. Lyon, France: World Health Organization; 1989. [Context Link]

20. Wong O, Raabe GK. Cell-type specific leukemia analyses in a combined cohort of more than 208,000 petroleum workers in the United States and the United Kingdom, 1937-1989. Regul Toxicol Pharmacol. 1995; 21:307-321. **Bibliographic Links** | [Context Link]

21. Wong O, Raabe GK. Multiple myeloma and benzene exposure in a multi-national cohort of more than 250,000 petroleum workers. Regul Toxicol Pharmacol. 1997; 26:188-199. [Context Link]

22. Greene MH. Non-Hodgkin's lymphoma and mycosis fungoides. In: Schottenfeld D, Fraumeni JF Jr, eds. Cancer Epidemiology and Prevention. Philadelphia, PA: WB Saunders; 1982. [Context Link]

23. Hoffbrand AV, Pettit JE. Essential Haematology. 3rd ed. Oxford, UK: Blackwell Scientific Publications; 1993. [Context Link]

24. Rappaport H. Tumors of the hematopoietic system. In:*Atlas of Tumor Pathology.* Sect 3, Fascicle 8. Washington, DC: Armed Forces Institute of Pathology; 1966. [Context Link]

25. Lukes RJ, Collins RD. Immunologic characterization of human malignant lymphomas. Br J Cancer. 1974; 31(suppl II):1-28. [Context Link]

26. National Cancer Institute Non-Hodgkin's Lymphoma Pathologic Classification Project Writing Group. National Cancer Institute sponsored study of classification of non-Hodgkin's lymphomas: summary and description of a working formulation for clinical usage. Cancer. 1982; 49:2112-2135. [Context Link]

27. Harris NL, Jaffe ES, Stein H, et al. A revised European-American classification for lymphoid neoplasms: a proposal from the International Lymphoma Study Group. Blood. 1994; 84:1361-1392. **Bibliographic Links** | [Context Link]

28. Herrinton L. Epidemiology of the revised European-American lymphoma classification subtypes. Epidemiol Rev. 1998; 20:187-203. **Bibliographic Links** | [Context Link]

29. National Cancer Institute. *Atlas of US Cancer Mortality Among Whites: 1950–1980*. Bethesda, MD: National Institutes of Health; 1987. NIH Publication No:87-2900. [Context Link]

Case 7:23-cv-00897-RJ Document 560-10 Filed 09/10/25 Page 14 of 19

30. Higginson J, Muir C, Muñoz N. Human Cancer: Epidemiology and Environmental Causes. Cambridge, UK: Cambridge University Press; 1992. [Context Link]

31. Marsh GM, Youk AO, Stone RA, Sefcik S, Alcorn C. OCMAP-Plus: a program for the comprehensive analysis of occupational cohort data. J Occup Environ Med. 1998; 40:351-362. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

32. Shore RE, Gardner MJ, Pannett B. Ethylene oxide: an assessment of the epidemiological evidence on carcinogenicity. Br J Ind Med. 1993; 50:971-997. **Bibliographic Links** | [Context Link]

33. Monson RR. Occupational Epidemiology. 2nd ed. Baton Raton, FL: CRC Press; 1990. [Context Link]

34. Wong O, Decouflé P. Methodological issues involving the standardized mortality and proportional mortality ratio in occupational studies. J Occup Med. 1982; 24:299-304. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

35. Wong O, Morgan RW, Kheifets L, Larson SR. Comparisons of SMR, PMR, and PCMR in a cohort of union members potentially exposed to diesel exhaust emissions. Br J Ind Med. 1985; 42:435-448. [Context Link]

36. Reeve GR, Thomas TL, Kelly VF, Waxweiler RJ, Itaya S. A proportionate mortality study of an oil, chemical, and atomic workers local in Texas City, Texas. Ann NY Acad Sci. 1982; 381:54-61. **Bibliographic Links** | [Context Link]

37. Thomas TL, Decouflé P, Moure-Eraso R. Mortality among workers employed in petroleum refining and petrochemical plants. J Occup Med. 1980; 22:97-103. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

38. Thomas TL, Waxweiler RJ, Moure-Eraso R, Itaya S, Fraumeni JF Jr. Mortality patterns among workers in three Texas oil refineries. Am J Ind Med. 1982; 6:3-6. **Bibliographic Links** | [Context Link]

39. Wong O, Tabershaw IR. Comments on mortality among workers employed in petroleum refining and petrochemical plants. J Occup Med. 1980; 22:638-640. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

40. Delzell E, Sathiakumar N, Cole P, Brill I. *A Case-Control Study of Leukemia, Non-Hodgkin's Lymphoma and Multiple Myeloma Among Employees of Union Oil Company of California.* Report submitted to Union Oil Company of California. Birmingham, AL: University of Alabama; 1992. [Context Link]

41. Sathiakumar N, Delzell E, Cole P, Brill I, Frisch J, Spivey G. A case-control study of leukemia among petroleum workers. J Occup Environ Med. 1995; 37:1269-1277. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

42. Wong O, Raabe GK. Critical review of cancer epidemiology in petroleum industry employees, with a quantitative meta-analysis by cancer site. Am J Ind Med. 1989; 15:283-310. **Bibliographic Links** | [Context Link]

43. Wong O, Raabe GK. The application of meta-analysis in reviewing occupational cohort studies. Occup Environ Med. 1996; 53:793-800. **Bibliographic Links** | [Context Link]

44. Satin KP, Wong O, Yuan LA, et al. A 50-year mortality follow-up of a large cohort of oil refinery workers in Texas. J Occup Environ Med. 1996; 38:492-506. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

45. Collingwood KW, Raabe GK, Wong O. An updated cohort mortality study of workers at a northeastern United States petroleum refinery. Int Arch Occup Environ Health. 1996; 68:277-288. **Bibliographic Links** | [Context Link]

46. Raabe GK, Collingwood KW, Wong O. An updated mortality study of workers at a petroleum refinery in Beaumont, Texas. Am J Ind Med. 1998; 33:61-81. [Context Link]

47. Divine B, Hartman CM. An Updated Report on the Crude Oil Worker Study, 1946-1994. Houston, TX: Texaco; 1998. [Context Link]

48. Divine BJ, Hartman CM, Wendt JK. Update of the Texaco mortality study 1947-93: part II. Occup Environ Med. 1999; 56:174-180. [Context Link]

49. Wong O, Trent L, Harris F. A nested case-control study of leukemia, multiple myeloma and kidney cancer in a cohort of petroleum workers exposed to gasoline. Occup Environ Med. 1999; 57:217-221. [Context Link]

50. Hornstra M. Reanalysis of the Phase I Cohort Mortality Study of Oil Refinery Worker (1970-1980): Follow-up Extended Through 1986. Chicago, IL: Amoco Oil Corp; 1990. [Context Link]

51. Dagg TG, Satin KP, Bailey WJ, Wong O, Harmon LL, Swencicki RE. An updated cause-specific mortality study of petroleum refinery workers. Br J Ind Med. 1992; 49:203-212. **Bibliographic Links** | [Context Link]

52. Wong O, Morgan RW, Bailey W, Swencicki RE, Claxton K, Kheifets L. An epidemiologic study of petroleum refinery employees. Br J Ind Med. 1986; 43:6-17. [Context Link]

53. Satin K, Newton K, Yuan L, Bailey W. Pascagoula Refinery Mortality Study, 1963-1993. San Francisco, CA: Chevron Corp; 1996. [Context Link]

54. Huebner WW, Schnatter AR, Nicolich MJ, Jorgenson G. Mortality experience of a young petroleum industry cohort: 1979-1992 follow-up study of US-based employees. J Occup Med. 1997; 39:970-982. **Request Permissions** | [Context Link]

55. Milcarek BI, Collingwood KW, Raabe GK. An Updated Cohort Mortality Study of White Male Workers at the Torrance, California Refinery, 1959-1987. Fairfax, VA: Mobil Oil Corp; 1994. [Context Link]

56. Honda Y, Delzell E, Cole P. An updated study of mortality among workers at a petroleum manufacturing plant. J Occup Environ Med. 1995; 37:194-200. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

57. Tsai SP, Gilstrap EL, Cowles SR, Snyder PJ, Ross CE. A cohort mortality study of two California refinery and petrochemical plants. J Occup Med. 1993; 35:415-421. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

58. Tsai SP, Gilstrap EL, Cowles SR, Snyder PJ, Ross CE. Long-term follow-up mortality study of petroleum refinery and chemical plant employees. Am J Ind Med. 1996; 29:75-87. **Bibliographic Links** | [Context Link]

59. Tsai SP, Gilstrap EL, Colangelo TA, Menard AK, Ross CE. A mortality study of oil refinery and petrochemical employees. J Occup Environ Med. 1997; 39:448-454. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

60. Divine BJ, Hartman CM, Wendt JK. An Updated Report on the Texaco Mortality Study, 1947-1993. Houston, TX: Texaco; 1996. [Context Link]

61. Smith TJ, Hammond SK, Hallock M, Wong O. Health effects of gasoline exposure. I: Exposure patterns of distribution workers in the United States. Environ Health Perspect. 1993; 101(suppl 6):13-21. **Bibliographic Links** | [Context Link]

62. Wong O, Harris F, Smith TJ. Health effects of gasoline exposure. II. Mortality patterns of distribution workers in the United States. Environ Health Perspect. 1993; 101(suppl. 6):63-76. **Bibliographic Links** | [Context Link]

63. Schnatter AR, Thériault G, Katz AM, Thompson FS, Donaleski D, Murray N. A retrospective mortality study within operating segments of a petroleum company. Am J Ind Med. 1992; 22:209-229. **Bibliographic Links** | [Context Link]

64. Rushton L. Further follow-up of mortality in a United Kingdom oil refinery cohort. Br J Ind Med. 1993; 50:549-560. **Bibliographic Links** | [Context Link]

65. Rushton L. Further follow-up of mortality in a United Kingdom oil distribution centre cohort. Br J Ind Med. 1993; 50:561-569. **Bibliographic Links** | [Context Link]

66. Pukkala E. Cancer incidence among Finnish oil refinery workers, 1971-1994. J Occup Environ Med. 1998; 40:675-679. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

67. Consonni D, Pesatori AC, Tironi A, Bernucci I, Zocchetti C, Bertazzi PA. Mortality study in an Italian oil refinery: extension of the follow-up. Am J Ind Med. 1999; 35:287-294. **Bibliographic Links** | [Context Link]

68. Bisby JA, Adams G, Botham L, Baade A. Health Watch, the Australian Institute of Petroleum Health Surveillance Program, Tenth Report. Melbourne, Australia: University of Melbourne; 1999. [Context Link]

69. Monson RR. Observations on the healthy worker effect. J Occup Med. 1986; 28:425-433. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

70. Wen CP, Tsai SP, Gibson RL. Anatomy of the healthy worker effect: a critical review. J Occup Med. 1983; 25:283-289. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

71. Enterline PE. Not uniformly true for each cause of death. J Occup Med. 1975; 17:127-128. **Ovid Full Text** | **Request Permissions** | [Context Link]

72. Järvholm B, Mellblom B, Norrman R, Nilsson R, Nordlinder R. Cancer incidence of workers in the Swedish petroleum industry. Occup Environ Med. 1997; 54:686-691. **Bibliographic Links** | [Context Link]

73. Lynge E, Anderson A, Nilsson R, et al. Risk of cancer and exposure to gasoline vapors. Am J Epidemiol. 1997; 145:449-458. **Bibliographic Links** | [Context Link]

74. Linet MS, Malker HS, McLaughlin JK, et al. Non-Hodgkin’s lymphoma and occupation in Sweden: a registry based analysis. Br J Ind Med. 1993; 50:79-84. [Context Link]

75. Schnatter AR, Armstrong TW, Nicolich MJ, et al. Lymphohaematopoietic malignancies and quantitative estimates of exposure to benzene in Canadian petroleum distribution workers. Occup Environ Med. 1996; 53:773-781. [Context Link]

76. Wong O. An industry wide mortality study of chemical workers occupationally exposed to benzene. II. Dose response analyses. Br J Ind Med. 1987; 44:382-395. **Bibliographic Links** | [Context Link]

77. Wong O. An industry wide mortality study of chemical workers occupationally exposed to benzene. I. General results. Br J Ind Med. 1987; 44:365-381. **Bibliographic Links** | [Context Link]

78. Wong O. Re: benzene and the dose-related incidence of hematologic neoplasms in China. J Nat Cancer Inst. 1998; 90:469-471. **Bibliographic Links** | [Context Link]

79. Rinsky RA, Smith AB, Hornung R, et al. Benzene and leukemia, an epidemiologic risk assessment. N Engl J Med. 1987; 316:1044-1050. **Bibliographic Links** | [Context Link]

80. Bond GG, McLaren EA, Baldwin CL, Cook RR. An update of mortality among chemical workers exposed to benzene. Br J Ind Med. 1986; 43:685-691. **Bibliographic Links** | [Context Link]

81. Decouflé P, Blattner WA, Blair A. Mortality among chemical workers exposed to benzene and other agents. Environ Res. 1983; 30:16-25. **Bibliographic Links** | [Context Link]

82. Yin SN, Li GL, Tain FD, et al. A retrospective cohort study of leukemia and other cancers in benzene workers. Environ Health Perspect. 1989; 82:207-213. **Bibliographic Links** | [Context Link]

83. Dosemeci M, Li GL, Hayes RB, et al. Cohort study among workers exposed to benzene in China: II. Am J Ind Med. 1994; 26:401-411. **Bibliographic Links** | [Context Link]

84. Wong O. A critique of the exposure assessment in the epidemiologic study of benzene-exposed workers in China conducted by the Chinese Academy of Preventive Medicine and the US National Cancer Institute. Regul Toxicol Pharmacol. 1999; 30:259-267. **Bibliographic Links** | [Context Link]

85. Wu W. Occupational cancer epidemiology in the People's Republic of China. J Occup Med. 1988; 30:968-974. **Ovid Full Text** | **Request Permissions** | **Bibliographic Links** | [Context Link]

86. Yin SN, Linet MS, Hayes RB, et al. Cohort study among workers exposed to benzene in China: I. Am J Ind Med. 1994; 26:383-400. [Context Link]

87. Yin SN, Hayes RB, Linet MS, et al. A cohort study of cancer among benzene-exposed workers in China: overall results. Am J Ind Med. 1996; 29:227-235. [Context Link]

88. Hayes RB, Yin SN, Dosemeci M, et al. Benzene and the dose-related incidence of hematologic neoplasms in China. J Nat Cancer Inst. 1997; 89:1065-1071. [Context Link]

89. Travis LB, LI CY, Zhang ZN, et al. Hematopoietic malignancies and related disorders among benzene-exposed workers in China. Leuk Lymphoma. 1994; 14:91-102. **Bibliographic Links** | [Context Link]

90. Schumacher MC, Delzell E. A death-certificate case-control study of non-Hodgkin's lymphoma and occupation in men in North Carolina. Am J Ind Med. 1988; 13:317-330. **Bibliographic Links** | [Context Link]

91. Ott MG, Teta MJ, Greenberg HL. Lymphatic and hematopoietic tissue cancer in a chemical manufacturing environment. Am J Ind Med. 1989; 16:631-643. **Bibliographic Links** | [Context Link]

92. Siemiatycki J. Risk Factors for Cancer in Workplace. Baton Raton, FL: CRC Press; 1991. [Context Link]

93. Siemiatycki J, Dewar R, Nadon L, Gérin M, Richardson L, Wacholder S. Association between several sites of cancer and twelve petroleum-derived liquids. Scand J Work Environ Health. 1987; 13:493-504. [Context Link]

94. Bernard SM, Cartwright RA, Bird CC, Richards IDG, Lauder I, Roberts BE. Aetiologic factors in lymphoid malignancies: a case-control epidemiological study. Leuk Res. 1984; 8:681-689. **Bibliographic Links** | [Context Link]

---

**IMAGE GALLERY**

Select All

**Export Selected to PowerPoint**



Table 1



Table 2




Fig. 1



Table 3




Fig. 2



Table 4

TABLE 5
Non-Hodgkin's Lymphoma in a Multinational Cohort of More Than 308,000 Petroleum Workers by Country and by Industrial Division

| Country and Industrial Division | Observed Deaths | Expected Deaths | SMR* | 95% CI |
|---|---|---|---|---|
| US, refinery | 317 | 330.79 | 0.96 | 0.86–1.07 |
| Non-US, refinery | 91 | 81.41 | 1.12 | 0.90–1.37 |
| Global, distribution | 64 | 99.36 | 0.64 | 0.50–0.82 |
| Global, crude oil | 34 | 50.10 | 0.68 | 0.47–0.95 |
| Global, all divisions | 506 | 561.66 | 0.90 | 0.82–0.98 |

* SMR, standardized mortality ratio; CI, confidence interval.

Table 5




Fig. 3

TABLE 6
Non-Hodgkin's Lymphoma in a Multinational Cohort of More Than 308,000 Petroleum Workers by Length of Follow-up

| Studies' Length of Follow-up | Observed Deaths | Expected Deaths | SMR* | 95% CI |
|---|---|---|---|---|
| <20 years | 54 | 67.22 | 0.80 | 0.60–1.05 |
| ≥20 years | 452 | 494.46 | 0.91 | 0.83–1.00 |

* SMR, standardized mortality ratio; CI, confidence interval.

Table 6



Table 7



Table 8

Back to Top

◄ Previous Article | Table of Contents | Next Article ►

Copyright (c) 2000-2010 Ovid Technologies, Inc.

Terms of Use | Support & Training | About Us | Contact Us

Version: OvidSP_UI03.03.01.103, SourceID 53860