# Exhibit 10

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.



# Evaluation of Acute Nonlymphocytic Leukemia and Its Subtypes With Updated Benzene Exposure and Mortality Estimates

## *A Lifetable Analysis of the Pliofilm Cohort*

*Lorenz Rhomberg, PhD, Julie Goodman, PhD, Ge Tao, PhD, Ke Zu, PhD, Juhi Chandalia, MS
Pamela R.D. Williams, ScD, and Bruce Allen, MS*

**Objective:** US Environmental Protection Agency (EPA) based its benzene carcinogenicity assessment on the Pliofilm cohort. We evaluated associations between benzene exposure and acute nonlymphocytic leukemia (ANLL) and acute myelocytic leukemia (AML) risks using this cohort's updated exposure estimates and mortality data. **Methods:** We calculated standardized mortality ratios (SMRs) for ANLL/AML using lifetable analyses, with various exposure quantile categories and lag times. **Results:** Workers in the highest exposure categories had significantly elevated risks of ANLL and AML; no leukemia cases occurred in lower exposure categories. Exposure within 10 years of cancer onset appears most relevant for leukemia induction. **Conclusions:** Our results confirmed the association between high-level benzene exposures and leukemia risks, and provided further evidence of a threshold effect and relevant exposure window. Our findings call for an updated risk assessment for benzene carcinogenicity using updated exposure estimates and mortality data.

Associations between benzene exposure and lymphohematopoietic cancers have been observed in several occupational cohorts, including the Pliofilm rubber cohort,[1–4] and several government agencies have developed regulatory and health-based guidelines for benzene based on studies of these workers. For example, the United States Environmental Protection Agency (US EPA) developed inhalation unit risk estimates (UREs) for benzene, ranging from $2.2 \times 10^{-6}$ to $7.8 \times 10^{-6}$ ($\mu g/m^3$) [1,5–8] based on the dose response functions reported in several studies of this cohort.[4,9–11] The most recent study on which US EPA relied followed the vital status of the cohort through 1987.[4] Since then, the National Institute for Occupational Safety and Health (NIOSH) updated the mortality records and the vital status of the cohort through 1996.

Analyses by Paustenbach et al,[11] Rinsky et al,[3,9,10] and Crump[4] were historically considered to provide the best available data for estimating benzene exposure and leukemia risk. These investigators relied on different assumptions regarding the available industrial hygiene data and workplace practices and processes for this cohort.[12] However, according to Williams and Paustenbach,[12] Paustenbach et al[11] overestimated exposures for highly exposed job categories; Rinsky et al[3,9,10] underestimated exposure for most job categories; and Crump[4] underestimated exposure for some job categories and overestimated exposure for others. Also, all of these studies used fixed cutoffs for exposure categories that did not reflect the frequencies of exposure magnitudes among workers, potentially making the resulting risk estimates unstable and obscuring information about the shape of the dose response relationship.

Williams and Paustenbach[12] updated the benzene exposure estimates for the Pliofilm workers by using more complete employment information obtained through additional interviews of former workers, incorporating additional industrial hygiene air monitoring data, and applying Monte Carlo techniques. These updated exposure estimates provide the most likely range of plausible exposures for this cohort and are therefore likely to provide more accurate estimates of benzene exposure than prior evaluations of these workers. To our knowledge, no study has evaluated the association between benzene exposure and risk of lymphohematopoietic cancers using these updated exposure estimates.

In this study, we evaluated the risks of acute nonlymphocytic leukemia (ANLL) and its subtype, acute myelocytic leukemia (AML), both of which have been associated with occupational exposure to benzene, using different quantiles of the distribution of updated exposure estimates from Williams and Paustenbach[12] and updated mortality data. To evaluate relevant exposure windows for benzene and leukemia, we also evaluated various lag times between benzene exposure and leukemia onset.

## METHODS

The Pliofilm cohort is composed of workers from three Pliofilm manufacturing plants located in Akron, Ohio, and St. Mary's, Ohio.[9,10] Several mortality studies have been conducted in this cohort [9–11,13–15]; we relied on the most recent data for this study. We evaluated white males only because they made up over 90% of the cohort.

To be consistent with previous studies,[3] we included workers who worked at least one day after January 1, 1940. Accumulation of person-years began on January 1, 1940, or the earliest work date, whichever occurred later, and ended on date of death or at the end of follow-up, December 31, 1996, whichever occurred earlier. We obtained mortality data with demographic information (eg, race, sex, date of birth, vital status, date of death, and underlying cause of death) from NIOSH.[9,10] The follow-up for vital status in the Pliofilm cohort was achieved primarily by reviewing Social Security Administration and the Ohio Bureau of Motor Vehicles records, as well as those from a commercial agency specializing in locating people. Death certificates were obtained and coded by a qualified nosologist. Vital status was ascertained for 98% of the cohort members, and those who could not be traced were assumed to be alive at the end of the follow-up.

The employment period for cohort members extended from 1934 to 1976. Cumulative exposure to benzene was estimated retrospectively for each cohort member based on their employment history. Employment history information (eg, start date of work, end date of work, job class per date) and Monte Carlo techniques were used to update the benzene exposure estimates as described in Williams and Paustenbach.[12] To identify relevant exposure

From Gradient, Cambridge (Drs Rhomberg, Goodman, Tao, Zu); Affectiva, Waltham, Massachusetts (Chandalia); E Risk Sciences, LLP, Boulder, Colorado (Dr Williams); and Independent Consultant, Chapel Hill, North Carolina (Mr Allen).
This work was funded by the American Petroleum Institute. This manuscript represents the individual professional views of the authors and not necessarily the views of the American Petroleum Institute.
Dr. Williams has previously served as an expert witness on benzene-related matters. The other authors report no conflicts of interest.
Address correspondence to: Julie Goodman, PhD, Gradient, 20 University Road, Cambridge, MA 02138 (jgoodman@gradientcorp.com).
Copyright © 2016 American College of Occupational and Environmental Medicine
DOI: 10.1097/JOM.0000000000000689


Case 7:23-cv-00897-RJ Document 560-11 Filed 09/10/25 Page 2 of 8
Copyright © 2016 American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.


**TABLE 1.** Prior and Current Benzene Exposure Categories in the Pliofilm Cohort

| Rinsky et al[3] | Number of Workers | % of Cohort |
|---|---|---|
| No exposure | 61 | 3.6 |
| 1 ppm-day–39.99 ppm-years | 1120 | 66.04 |
| 40–199.99 ppm-years | 321 | 18.93 |
| 200–399.99 ppm-years | 128 | 7.55 |
| ≥400 ppm-years | 66 | 3.89 |
| **Current analysis** | | |
| Quintile | | |
| <1.55 ppm-years | 313 | 18.46 |
| 1.55–6.33 ppm-years | 335 | 19.75 |
| 6.34–20.24 ppm-years | 333 | 19.63 |
| 20.25–80.10 ppm-years | 349 | 20.58 |
| ≥80.11 ppm-years | 366 | 21.58 |
| Quartile | | |
| <2.33 ppm -years | 396 | 23.35 |
| 2.33–10.66 ppm-years | 414 | 24.41 |
| 10.67–52.75 ppm-years | 433 | 25.53 |
| ≥52.76 ppm-years | 453 | 26.71 |
| Tertile | | |
| <3.98 ppm-years | 533 | 31.43 |
| 3.98–29.72 ppm-years | 564 | 33.25 |
| ≥29.73 ppm-years | 599 | 35.52 |

ppm, parts per million.

windows, benzene cumulative exposures with lag times of 0, 5, 10, 15, or 20 years (ie, excluding exposures within the lag time before the leukemia diagnosis) were also estimated. For each lag, we categorized cumulative exposure to benzene by different quantile categories (quintiles, quartiles, and tertiles) of observed exposure distributions of total workers.

We calculated standardized mortality ratios (SMRs) and 95% confidence intervals (CIs) of ANLL and AML using the NIOSH life-table analysis program, LTAS. We prepared three input files for LTAS: the person file (demographic information), the work history file, and the outcome file [death dates and International Statistical Classification of Diseases and Related Health Problems (ICD) codes with revision at the time of death]. The death rates for the leukemia subtypes of interest were not readily available in LTAS and instead were obtained from the Mortality and Population Data System (MPDS) program at the University of Pittsburgh via ExxonMobil Biomedical Sciences, Inc. (EMBSI).

## RESULTS

There were 1696 white male cohort members, of whom 893 were deceased by the end of the follow-up period. A total of eight cases of ANLL, six of which were AML, occurred by the end of the study. Quantiles of updated cumulative exposure to benzene in our analysis and exposure categories used in the Rinsky et al[3] analysis, with corresponding sample sizes, are presented in Table 1. Using updated exposure estimates, we found that about 80% of the cohort members had cumulative exposures below 80.11 ppm-years and fall in the lowest two exposure categories defined by Rinsky et al.[3] Had we used the Rinsky et al[3] exposure categories, a small number of subjects would have been in the highest two exposure categories, which would have made the SMR estimates unstable. Using quantiles of the exposure distribution ensured similar numbers of workers in each exposure category, making the SMR estimates more stable. Table 2 presents characteristics and cumulative

**TABLE 2.** Characteristics of the ANLL and AML Cases of the Study Cohort

| | | | | | | Cumulative Benzene Exposure (ppm-years) | | | |
|---|---|---|---|---|---|---|---|---|---|
| ANLL Cases | Age at Hire (years) | Age at Death (years) | Duration of Follow-Up (years) | Year of Hire | Duration of Employment (years) | Current Analysis | Rinsky et al[3] | Crump and Allen[18] | Paustenbach et al[11] |
| AML | 47.3 | 60.7 | 13.4 | 1945 | 13.4 | 427.1 | 259.5 | 251 | 1054 |
| | 37.7 | 57.7 | 19.9 | 1941 | 19.9 | 729.1 | 639.48 | 2155 | 1771 |
| | 49.7 | 65.6 | 15.9 | 1944 | 14.1 | 518.4 | 498.23 | 1597 | 1242 |
| | 40.3 | 62.2 | 22.0 | 1939 | 21.4 | 422.8 | 478.45 | 939 | 1122 |
| | 30.6 | 67.5 | 36.9 | 1948 | 9.6 | 143.5 | 0.72 | 18 | 598 |
| | 30.6 | 67.4 | 36.9 | 1942 | 17.5 | 307.5 | 256.66 | 325 | 1129 |
| Acute monocytic leukemia | 43.1 | 57.9 | 14.8 | 1942 | 5.9 | 185.7 | 98.55 | 307 | 670 |
| | 19.6 | 36.7 | 17.1 | 1940 | 1.5 | 63.7 | 49.99 | 381 | 127 |
| All workers* | 27.5 | 66.1 | 31.9 | 1949 | 0.7 | 10.7 | NR | NR | NR |

ANLL, acute nonlymphocytic leukemia; NR, not reported.
*Median values of all white male workers.


Case 7:23-cv-00897-RJ Document 560-11 Filed 09/10/25 Page 3 of 8
Copyright © 2016 American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.


**TABLE 3.** Cumulative Benzene Exposure and ANLL Risk in the Pliofilm Cohort

| Lag | Benzene Level (ppm-years) | Observed | Expected | SMR | 95% CI |
|---|---|---|---|---|---|
| 0 years | <1.55 | 0 | 0.4842 | 0.00 | 0–7.62 |
| | 1.55–6.33 | 0 | 0.4978 | 0.00 | 0–7.41 |
| | 6.34–20.24 | 0 | 0.5126 | 0.00 | 0–7.20 |
| | 20.25–80.10 | 1 | 0.5792 | 1.73 | 0.04–9.62 |
| | ≥80.11 | 7 | 0.7041 | **9.94** | **4–20.48** |
| 5 years | <1.54 | 0 | 0.5428 | 0.00 | 0–6.80 |
| | 1.54–6.29 | 0 | 0.4793 | 0.00 | 0–7.70 |
| | 6.30–20.24 | 0 | 0.5074 | 0.00 | 0–7.27 |
| | 20.25–78.06 | 1 | 0.5628 | 1.78 | 0.04–9.90 |
| | ≥78.07 | 7 | 0.6856 | **10.21** | **4.1–21.04** |
| 10 years | <1.51 | 0 | 0.6512 | 0.00 | 0–5.66 |
| | 1.51–6.20 | 0 | 0.4532 | 0.00 | 0–8.14 |
| | 6.21–20.08 | 0 | 0.4803 | 0.00 | 0–7.68 |
| | 20.09–77.54 | 1 | 0.5489 | 1.82 | 0.05–10.15 |
| | ≥74.55 | 7 | 0.6441 | **10.87** | **4.37–22.39** |
| 15 years | <1.55 | 2 | 0.8409 | 2.38 | 0.29–8.59 |
| | 1.55–6.28 | 0 | 0.4118 | 0.00 | 0–8.96 |
| | 6.29–20.20 | 0 | 0.4351 | 0.00 | 0–8.48 |
| | 20.21–76.29 | 2 | 0.5037 | 3.97 | 0.48–14.34 |
| | ≥76.30 | 4 | 0.5864 | **6.82** | **1.86–17.47** |
| 20 years | <1.54 | 5 | 1.0653 | **4.69** | **1.52–10.95** |
| | 1.54–6.14 | 0 | 0.3565 | 0.00 | 0–10.35 |
| | 6.15–20.08 | 0 | 0.3930 | 0.00 | 0–9.39 |
| | 20.09–73.52 | 0 | 0.4406 | 0.00 | 0–8.37 |
| | ≥73.53 | 3 | 0.5225 | **5.74** | **1.18–16.78** |

Statistically significantly elevated SMRs are in bold font.ANLL, acute nonlymphocytic leukemia; CI, confidence interval; ppm, parts per million; SMR, standardized mortality ratio.

benzene exposure of the eight cases of ANLL in the current analysis and compares them to cumulative benzene exposures reported by Rinsky et al[3] and Crump.[4]

The SMRs and 95% CIs for ANLL from the life-table analyses for quintiles of cumulative exposure with lags from 0 to 20 years are presented in Table 3. Cutoffs for the exposure quintiles are slightly different among analyses with different lags, because all exposures occurring within a lag period interval before an event were discounted. When no lag was assumed, one ANLL case (SMR = 1.73, 95% CI = 0.04 to 9.62) was observed in the second highest exposure category (20.25 to 80.10 ppm-years), and seven cases (SMR = 9.94, 95% CI = 4 to 20.48) were observed in the highest exposure category (≥80.11 ppm-years). Using a lag of 5 or 10 years yielded similar results. When a lag of 15 years was assumed, two ANLL cases (SMR = 2.38, 95% CI = 0.29 to 8.59) were observed in the lowest exposure category (<1.55 ppm-years), two cases (SMR = 3.97, 95% CI = 0.48 to 14.34) were observed in the second highest exposure category (20.21 76.29 ppm-years), and four cases (SMR = 6.82, 95% CI = 1.86 to 17.47) were observed in the highest exposure category (≥76.30 ppm-years). When a lag of 20 years was assumed, five and three ANLL cases were observed in the lowest and highest exposure category, respectively. The elevated SMRs observed in the lowest exposure category, when lags longer than 10 years were assumed, suggested that the relevant benzene exposure for these cases occurred primarily within 10 years before cancer death.

The risks of AML with quintiles of cumulative exposure and various lag periods are presented in Table 4. When no lag was assumed, six AML cases (SMR = 10.11, 95% CI = 3.71 to 22.01) were observed in the highest exposure category (≥80.11 ppm-years). Using a lag of 5 or 10 years yielded similar results. When a lag of 15 years was assumed, one AML case (SMR = 1.56, 95% CI = 0.04 to 8.70) was observed in the lowest exposure category (<1.55 ppm-years), one case (SMR = 2.25, 95% CI = 0.06 to 12.55) was observed in the second highest exposure category (20.21 to 76.29 ppm-years), and four cases (SMR = 7.72, 95% CI = 2.10 to 19.76) were observed in the highest exposure category (≥76.30 ppm-years). When a lag of 20 years was assumed, three AML cases were observed in both the lowest and the highest exposure category. Similar to ANLL, when lags longer than 10 years were assumed, elevated SMRs were observed in the lowest exposure category, suggesting that the relevant exposure window for benzene was within 10 years of cancer death.

Tables 5 and 6 present the SMRs and 95% CIs for ANLL and AML, respectively, assuming no lag, with exposure categorized in quintiles, quartiles, tertiles, and the categories used in the analysis by Rinsky et al.[3] Elevated risks were observed only in the highest exposure categories, regardless of which quantile category was used. When using cutoffs established by Rinsky et al[3], elevated risks were observed in the 40 to 199.99 ppm-years category (SMR = 5.22, 95% CI = 1.08 to 15.26) and more than 400 ppm-years category (SMR = 34.79, 95% CI = 9.48 to 89.09) for ANLL; and in the more than 400 ppm-years category (SMR = 40.45, 95% CI = 11.02 to 103.57) for AML.

## DISCUSSION

We estimated ANLL and AML risks in the benzene-exposed Pliofilm cohort using updated exposure and mortality estimates and quantile cutoffs. We found elevated risks of both cancers among workers in the highest benzene exposure category with all lag times.

Leukemia is one of the most common cancers caused by industrial chemicals and environmental agents, according to US EPA.[15] One possible mechanism by which benzene may cause leukemia is via the genotoxic effect of its metabolites, acting alone or in concert, on the pluripotential hematopoietic stem cells, which result in chromosomal changes.[16] ANLL is considered to be the leukemia subtype most relevant to benzene exposure.[17]

A major source of uncertainty in previous risk assessments of the Pliofilm cohort is the estimation of benzene exposure.[3,8–10,18] Studies relied on different assumptions about the available industrial


Case 7:23-cv-00897-RJ Document 560-11 Filed 09/10/25 Page 4 of 8
Copyright © 2016 American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.


**TABLE 4.** Cumulative Benzene Exposure and AML Risk in the Pliofilm Cohort

| Lag | Benzene Level (ppm-years) | Observed | Expected | SMR | 95% CI |
|---|---|---|---|---|---|
| 0 | <1.55 | 0 | 0.4154 | 0.00 | 0–8.88 |
| | 1.55–6.33 | 0 | 0.4251 | 0.00 | 0–8.68 |
| | 6.34–20.24 | 0 | 0.4305 | 0.00 | 0–8.57 |
| | 20.25–80.10 | 0 | 0.4899 | 0.00 | 0–7.53 |
| | ≥80.11 | 6 | 0.5934 | **10.11** | **3.71–22.01** |
| 5 years | <1.54 | 0 | 0.4466 | 0.00 | 0–8.26 |
| | 1.54–6.29 | 0 | 0.4133 | 0.00 | 0–8.93 |
| | 6.30–20.24 | 0 | 0.4301 | 0.00 | 0–8.58 |
| | 20.25–78.06 | 0 | 0.4802 | 0.00 | 0–7.68 |
| | ≥78.07 | 6 | 0.5841 | **10.27** | **3.77–22.36** |
| 10 years | <1.51 | 0 | 0.5107 | 0.00 | 0–7.22 |
| | 1.51–6.20 | 0 | 0.3972 | 0.00 | 0–9.29 |
| | 6.21–20.08 | 0 | 0.4140 | 0.00 | 0–8.91 |
| | 20.09–77.54 | 0 | 0.4750 | 0.00 | 0–7.77 |
| | ≥74.55 | 6 | 0.5575 | **10.76** | **3.95–23.43** |
| 15 years | <1.55 | 1 | 0.6407 | 1.56 | 0.04–8.70 |
| | 1.55–6.28 | 0 | 0.3680 | 0.00 | 0–10.02 |
| | 6.29–20.20 | 0 | 0.3835 | 0.00 | 0–9.62 |
| | 20.21–76.29 | 1 | 0.4439 | 2.25 | 0.06–12.55 |
| | ≥76.30 | 4 | 0.5182 | **7.72** | **2.10–19.76** |
| 20 years | <1.54 | 3 | 0.8061 | 3.72 | 0.77–10.88 |
| | 1.54–6.14 | 0 | 0.3254 | 0.00 | 0–11.34 |
| | 6.15–20.08 | 0 | 0.3545 | 0.00 | 0–10.41 |
| | 20.09–73.52 | 0 | 0.3972 | 0.00 | 0–9.29 |
| | ≥73.53 | 3 | 0.4710 | **6.37** | **1.31–18.61** |

Statistically significantly elevated SMRs are in bold font.
AML, acute myelocytic leukemia; CI, confidence interval; ppm, parts per million; SMR, standardized mortality ratio.

hygiene data and workplace practices and processes over time, thereby yielding significantly different estimates of annual benzene exposures for many jobs, and many of these estimates thus are not likely to be accurate. In study by Rinsky et al,[3,9,10] exposure estimates were based primarily on air-sampling data collected in the mid-1960s to 1970s that were obtained from Goodyear in 1975 (the sole manufacturer of Pliofilm during this period). However, Rinsky et al[3,9,10] assumed that the more recent measurements of benzene air concentrations did not differ significantly from air concentrations 30 to 40 years earlier, when few sampling data were available. They assumed all air samples, most of which were collected using detector tubes, to be representative of both background and peak benzene exposure levels over time, and they made no attempt to reconcile implausible changes in benzene measurements over time (ie, the annual air monitoring data were used "as is," which shows greatly fluctuating concentrations on a year-to-year basis).

In 1984, Crump and Allen[18] found that it was highly unlikely that the airborne concentrations of benzene measured in the 1970s were representative of air concentrations that would have been

**TABLE 5.** ANLL Risk in the Pliofilm Cohort With Various Quantiles of Cumulative Benzene Exposure (0 lag time) Compared to Rinsky's Cutoffs

| Cutoffs | Benzene Level (ppm-years) | Observed | Expected | SMR | 95% CI |
|---|---|---|---|---|---|
| Quintile | <1.55 | 0 | 0.4842 | 0 | 0–7.62 |
| | 1.55–6.33 | 0 | 0.4978 | 0 | 0–7.41 |
| | 6.34–20.24 | 0 | 0.5126 | 0 | 0–7.2 |
| | 20.25–80.10 | 1 | 0.5792 | 1.73 | 0.04–9.62 |
| | >80.11 | 7 | 0.7041 | **9.94** | **4–20.48** |
| Quartile | <2.33 | 0 | 0.6129 | 0 | 0–6.02 |
| | 2.33–10.66 | 0 | 0.613 | 0 | 0–6.02 |
| | 10.67–52.75 | 0 | 0.7074 | 0 | 0–5.22 |
| | >52.76 | 8 | 0.8446 | **9.47** | **4.09–18.66** |
| Tertile | <3.98 | 0 | 0.8222 | 0 | 0–4.49 |
| | 3.98–29.72 | 0 | 0.8727 | 0 | 0–4.23 |
| | >29.73 | 8 | 1.0829 | **7.39** | **3.19–14.56** |
| Rinsky et al[3] | 1 ppm-day–39.99 | 0 | 1.74 | 0 | 0.00–2.13 |
| | 40–199.99 | 3 | 0.57 | 5.22 | 1.08–15.26 |
| | 200–399.99 | 1 | 0.25 | 3.93 | 0.10–21.89 |
| | >400 | 4 | 0.12 | **34.79** | **9.48–89.09** |

Statistically significantly elevated SMRs are in bold font.
ANLL, acute nonlymphocytic leukemia; CI, confidence interval; ppm, parts per million; SMR, standardized mortality ratio.


Case 7:23-cv-00897-RJ Document 560-11 Filed 09/10/25 Page 5 of 8
Copyright © 2016 American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.


**TABLE 6.** AML Risk in the Pliofilm Cohort With Various Quantiles of Cumulative Benzene Exposure (0 Lag Time)

| Quantiles | Benzene Level (ppm-years) | Observed | Expected | SMR | 95% CI |
|---|---|---|---|---|---|
| Quintile | <1.55 | 0 | 0.4154 | 0 | 0–8.88 |
| | 1.55–6.33 | 0 | 0.4251 | 0 | 0–8.68 |
| | 6.34–20.24 | 0 | 0.4305 | 0 | 0–8.57 |
| | 20.25–80.10 | 0 | 0.4899 | 0 | 0–7.53 |
| | >80.11 | 6 | 0.5934 | **10.11** | **3.71–22.01** |
| Quartile | <2.33 | 0 | 0.5231 | 0 | 0–7.05 |
| | 2.33–10.66 | 0 | 0.5233 | 0 | 0–7.05 |
| | 10.67–52.75 | 0 | 0.5955 | 0 | 0–6.19 |
| | >52.76 | 6 | 0.7123 | **8.42** | **3.09–18.33** |
| Tertile | <3.98 | 0 | 0.7014 | 0 | 0–5.26 |
| | 3.98–29.72 | 0 | 0.7384 | 0 | 0–5 |
| | >29.73 | 6 | 0.9145 | **6.56** | **2.41–14.28** |
| Rinsky et al[3] | 1 ppm-day–39.99 | 0 | 1.48 | 0 | 0.00–2.50 |
| | 40–199.99 | 1 | 0.48 | 2.07 | 0.05–11.55 |
| | 200–399.99 | 1 | 0.21 | 4.66 | 0.12–25.97 |
| | >400 | 4 | 0.10 | **40.45** | **11.02–103.57** |

Statistically significantly elevated SMRs are in bold font.
AML, acute myelocytic leukemia; CI, confidence interval; ppm, parts per million; SMR, standardized mortality ratio.

present in the Pliofilm facilities from the mid-1930s to the early 1960s, as the studies by Rinsky et al[3,9,10] had assumed. Crump and Allen[18] assumed that workplace benzene exposures decreased over time in direct proportion to the changes in the benzene threshold limit value [the average concentration of an airborne contaminant to which nearly all workers may be exposed repeatedly without adverse effect,[19] and that the available industrial hygiene data did not account for all possible "peak" exposures. Therefore, the exposure estimates by Crump and Allen[18] are considerably higher for many jobs than those estimated by Rinsky et al.[3,9,10]

Paustenbach et al[11] considered a number of additional exposure parameters and risk assessment methods that had not been considered previously. These factors included peak exposures, background exposures, dermal uptake of benzene, and extraordinarily long work weeks. However, many of the major assumptions in this assessment were later criticized by Utterback and Rinsky[20] as being unjustified or resulting in an overestimate of benzene exposure.

Compared with past risk analyses of the Pliofilm cohort, a major strength of our study is that we used updated benzene exposure estimates by Williams and Paustenbach[12] coupled with updated mortality data. The updated exposure estimates were based on more accurate job classifications, reconstructed by additional interviews of workers, and additional air monitoring data that were not available for previous studies. Also, the Monte Carlo approach used by Williams and Paustenbach[12] relied on probability distributions, rather than single exposure estimates. Such an approach ensures that the variability and uncertainties in the exposure parameters are transparent and accounted for in the exposure assessment, and it precludes making deterministic assumptions regarding the data for groups of workers. Therefore, the exposure estimates used in our study are likely to be more accurate than those used in previous studies.

Another strength of this study is the use of different quantiles of the cohort exposure distribution as cutoffs instead of the more subjective fixed cutoffs used in previous studies.[3,4,10] Rinsky et al[3,10] used four cutoffs: 1 ppm-day, 40 ppm-years, 200 ppm-years, and 400 ppm-years. Crump[4] also used four cutoffs: 0 ppm-years, 45 ppm-years, 400 ppm-years, and 1000 ppm-years. These arbitrary fixed cutoffs resulted in a small number of subjects with benzene exposure concentrations in the higher categories, making the SMR estimates less stable. In contrast, using quantiles of the exposure distribution divides the Pliofilm cohort into categories with an equal number of person-years in each exposure category, making the SMR estimates more stable.

Our life-table analyses of the Pliofilm cohort show that the SMRs for ANLL and AML are insensitive to whether exposure is divided into tertiles, quartiles, or quintiles. This lack of sensitivity results from an exposure distribution that was highly skewed toward lower benzene levels, although all ANLL/AML cases occurred among workers exposed to higher benzene levels. In contrast, SMRs are sensitive to different lag exposures. Lag exposure analysis is a commonly used method that excludes exposures within the lag time before disease is detected, because such exposures are presumed to be unrelated to the initiation of cancer. For agents that affect later stages of cancer development, however, applying lag times can help identify relevant exposure windows for the effect. We found that when a lag of 15 or 20 years was assumed, some ANLL/AML deaths were observed in the lowest exposure category because their exposures to benzene occurred entirely within 10 years before cancer onset. This observation is consistent with previous findings that leukemia is associated only with benzene exposure within the past 10 years[21,22] and that, in the multistage cancer model, the biological mechanism of benzene affects a late stage in the induction of leukemia.[23]

Another method of accounting for latency periods of cancers—excluding any events observed within a certain span of years since the first exposure—was not possible, because the cumulative exposures for cohort members were estimated retrospectively to cover the entire length of their employment, and some of the cohort members were first exposed to benzene much earlier than 1940 (the beginning of the follow-up).

Evidence from epidemiology studies of workers occupationally exposed to benzene is most consistent for elevated risks of ANLL and AML, and to a lesser degree, for chronic nonlymphocytic leukemia and chronic lymphocytic leukemia.[5,24] Unlike previous studies of the Pliofilm cohort, which evaluated all leukemias combined, we evaluated ANLL and AML individually. We found that risks were increased for both cancer types at the highest exposure categories. Such results imply that a threshold exposure level may exist for benzene to induce certain cancers. The existence of a threshold is consistent with results from previous studies of the Pliofilm cohort and other benzene-exposed workers[1,25–29] and the evidence for a threshold mechanism of action.[30,31] However, the range of observed thresholds in the occupational epidemiology


© 2016 American College of Occupational and Environmental Medicine

Copyright © 2016 American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.


studies of benzene exposure and leukemia vary substantially, possible due to heterogeneity in study design, worker population, time periods, benzene exposure levels and patterns, coexposures to other chemicals, and confounding factors. The threshold approach has been adopted by various regulatory agencies worldwide, such as the Health Council of the Netherlands, the Australian Government Department of Health, and the European Commission, to guide their recommendations for occupational exposure limits.[24,32,33]

US EPA last updated its inhalation carcinogenicity assessment for benzene in 1998, without changing the URE from the one used in EPAs 1985 interim risk assessment.[5,34] In the interim assessment, a URE of $2.6 \times 10^{-2}$ per ppm was derived from the Pliofilm worker cohort based on a report by Crump and Allen.[18] As discussed above, a major limitation of the Crump and Allen[18] analysis is that their assumptions regarding historical exposures were uncertain and likely led to considerable overestimation of the true exposures for some jobs and time periods. In addition, the EPA's assessment assumed low-dose linearity for the dose response relationship between benzene exposure and leukemia, despite acknowledging that evidence supported the existence of a threshold and that their approach entailed a high degree of uncertainty.[5] With more robust exposure data, our analyses provide further insight into the relationship between occupational exposure to benzene and induction of leukemia, including the existence of a threshold and the relevant exposure window of ~10 years before leukemia onset. Because the risk estimates will be affected greatly if more accurate exposure estimates are used, a threshold is introduced, or a relative exposure window is considered in the dose response modeling, our findings call for an updated risk assessment for the carcinogenicity of benzene.

This study is not without limitations. We identified a total of eight ANLL cases in the Pliofilm cohort, of which six were AML and two were acute monocytic leukemia, another subtype of ANLL. Owing to small numbers, we did not evaluate risks of acute monocytic leukemia in association with benzene exposure separately. Moreover, one of the ANLL cases (acute monocytic leukemia) was hired at a very young age (19.6) with only 1.5 years of employment (Table 2). These men mostly held other jobs and had opportunity for exposure outsided the Pliofilm work environment, which may have contributed to or caused the observed ANLL. Although we included this case in our analyses, there is a chance that including it may cause slightly overestimation of risk. In addition, a historical review of leukemia diagnoses in the Akron plant employees suggested that additional leukemia cases should have been included in the Pliofilm cohort.[35] However, it is unclear whether the inclusion of these cases would affect the dose response relationship for benzene and leukemia because the exposure information for these individuals was not available. Also, life-table analyses estimate SMRs, which are crude measures of risk and do not account for confounding factors, such as smoking. Future analyses of the Pliofilm cohort should incorporate individual exposure data and confounders, specify the exposure response curve shape at lower exposures, and account for time-varying exposures and time since exposure ceased.

In conclusion, we confirmed previous findings that occupational exposure to benzene at very high cumulative exposure levels can induce certain types of leukemia (ie, ANLL and AML). The SMRs obtained using updated exposure and mortality estimates are likely to be more accurate than those from previous studies and can provide important information for benzene regulations. The dose response relationship at lower benzene exposures remains difficult to resolve with this dataset, owing to a lack of cases in lower exposure categories. Still, the absence of cases in lower exposure categories suggests that benzene may have a threshold effect on induction of certatin types of leukemia.

## ACKNOWLEDGMENT

*We thank Dr. Richard Albertini for his contribution to the manuscript.*

## REFERENCES

1. Collins JJ, Anteau SE, Swaen GM, Bodner KM, Bodnar CM. Lymphatic and hematopoietic cancers among benzene-exposed workers. *J Occup Environ Med*. 2015;57:159–163.
2. Bloemen LJ, Youk A, Bradley TD, Bodner KM, Marsh G. Lymphohaematopoietic cancer risk among chemical workers exposed to benzene. *Occup Environ Med*. 2004;61:270–274.
3. Rinsky RA, Hornung RW, Silver SR, Tseng CY. Benzene exposure and hematopoietic mortality: a long-term epidemiologic risk assessment. *Am J Ind Med*. 2002;42:474–480.
4. Crump KS. Risk of benzene-induced leukemia: a sensitivity analysis of the pliofilm cohort with additional follow-up and new exposure estimates. *J Toxicol Environ Health*. 1994;42:219–242.
5. United States Environmental Protection Agency (US EPA). Carcinogenic Effects of Benzene: An Update. Washington, DC: National Center for Environmental Assessment (NCEA); April 1998. EPA/600/P-97/001F, 57p.
6. United States Environmental Protection Agency (US EPA). Extrapolation of the Benzene Inhalation Unit Risk Estimate to the Oral Route of Exposure. Washington, DC: National Center for Environmental Assessment (NCEA); November 1999. NCEA-W-0517, 21p.
7. Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological Profile for Benzene. August 2007; 438p. Available at: http://www.atsdr.cdc.gov/toxprofiles/tp3.pdf. Accessed November 17, 2015.
8. US EPA. IRIS record for benzene (CAS No. 71–43–2).October 1, 2008; 32p. Available at: http://www.epa.gov/iris/subst/0276.htm. Accessed August 12, 2015.
9. Rinsky RA, Young RJ, Smith AB. Leukemia in benzene workers. *Am J Ind Med*. 1981;2:217–245.
10. Rinsky RA, Smith AB, Hornung R, Filloon TG, Young RJ, Okun AH, et al. Benzene and leukemia: an epidemiologic risk assessment. *N Engl J Med*. 1987;316:1044–1050.
11. Paustenbach DJ, Price PS, Ollison W, et al. Reevaluation of benzene exposure for the pliofilm (rubberworker) cohort (1936-1976). *J Toxicol Environ Health*. 1992;36:177–231.
12. Williams PRD, Paustenbach DJ. Reconstruction of benzene exposure for the pliofilm cohort (1936-1976) using Monte Carlo techniques. *J Toxicol Environ Health A*. 2003;66:677–781.
13. Paxton MB, Chinchilli VM, Brett SM, Rodricks JV. Leukemia risk associated with benzene exposure in the pliofilm cohort: I. Mortality update and exposure distribution. *Risk Anal*. 1994;13:147–154.
14. Paxton MB, Chinchilli VM, Brett SM, Rodricks JV. Leukemia risk associated with benzene exposure in the pliofilm cohort: II. Risk estimates. *Risk Anal*. 1994;14:155–161.
15. United States Environmental Protection Agency (US EPA). Lymphohematopoietic Cancers Induced by Chemicals and Other Agents: Overview and Implications for Risk Assessment (Final). National Center for Environmental Assessment (NCEA). EPA/600/R-10/095F, July 2012; 100p.
16. International Agency for Research on Cancer (IARC). A Review of Human Carcinogens - Part F: Chemical Agents and Related Occupations. 2009; 33p. Available at: http://monographs.iarc.fr/pdfnews/WG-100F.pdf. Accessed June 13, 2012.
17. McMichael AJ. Carcinogenicity of benzene, toluene and xylene: epidemiological and experimental evidence. In: Fishbein L, O'Neil IK, editors. *Environmental Carcinogens: Methods of Analysis and Exposure Measurement. Volume 10: Benzene and Alkylated Benzenes.*. Lyon: IARC Scientific Publications No. 85. International Agency for Research on Cancer; 1988 p. 3–18.
18. Crump KS, Allen BC. Quantitative Estimates of Risk of Leukemia from Occupational Exposure to Benzene. Submitted to Occupational Safety and Health Administration (OSHA) Docket H-059B, Exhibit 152. 1984; 133p.
19. American Conference of Governmental Industrial Hygienists (ACGIH). Documentation of the Threshold Limit Values (TLVs) for Benzene, Editions 1 Through 5 (1962–1989). Cincinnati, OH: American Conference of Governmental Industrial Hygienists (ACGIH); 1989. 25p.
20. Utterback DF, Rinsky RA. Benzene exposure assessment in rubber hydrochloride workers: a critical evaluation of previous estimates. *Am J Ind Med*. 1995;27:661–676.
21. Hayes RB, Yin SN, Dosemeci M, et al. Benzene and the dose-related incidence of hematologic neoplasms in China. *J Natl Cancer Inst*. 1997;89:1065–1071.

© 2016 American College of Occupational and Environmental Medicine 
Case 7:23-cv-00897-RJ Document 560-11 Filed 09/10/25 Page 7 of 8
Copyright © 2016 American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited

This Electronic Copy of Copyrighted Material Was Made and Delivered for Governmental Regulatory/Judicial Purposes
Under License from Copyright Clearance Center, Inc. - No Further Reproduction is Permitted without a Separate License.


22. Richardson DB. Temporal variation in the association between benzene and leukemia mortality. *Environ Health Perspect*. 2008;116:370–374.
23. Thomas DC. Models for exposure-time-response relationships with applications to cancer epidemiology. *Annu Rev Public Health*. 1988;9:451–482.
24. Australia Department of Human Services; Wadge A, Salisbury J. Benzene. National Environmental Health Forum Monographs Air Series No. 2. 1997; 25p. Available at: http://www.health.vic.gov.au/archive/archive2014/nphp/enhealth/council/pubs/pdf/benzene.pdf. Accessed August 18, 2015.
25. Schnatter AR, Nicolich MJ, Bird MG. Determination of leukemogenic benzene exposure concentrations: refined analyses of the pliofilm cohort. *Risk Anal*. 1996;16:833–840.
26. Schnatter AR, Armstrong TW, Thompson LS, et al. The relationship between low-level benzene exposure and leukemia in Canadian petroleum distribution workers. *Environ Health Perspect*. 1996;104:1375–1379.
27. Schnatter AR, Glass DC, Tang G, Irons RD, Rushton L. Myelodysplastic syndrome and benzene exposure among petroleum workers: an international pooled analysis. *J Natl Cancer Inst*. 2012;104:1724–1737.
28. Collins JJ, Ireland B, Buckley CF, Shepperly D. Lymphohaematopoeitic cancer mortality among workers with benzene exposure. *Occup Environ Med*. 2003;60:676–679.
29. Stenehjem JS, Kjaerheim K, Bratveit M, Samuelsen SO, Barone-Adesi F, Rothman N, et al. Benzene exposure and risk of lymphohaematopoietic cancers in 25 000 offshore oil industry workers. *Br J Cancer*. 2015;112: 1603–1612.
30. McHale CM, Zhang L, Smith MT. Current understanding of the mechanism of benzene-induced leukemia in humans: implications for risk assessment. *Carcinogenesis*. 2012;33:240–252.
31. Whysner J, Reddy MV, Ross PM, Mohan M, Lax EA. Genotoxicity of benzene and its metabolites. *Mutat Res*. 2004;566:99–130.
32. Health Council of the Netherlands, Dutch Expert Committee on Occupational Safety. Benzene: Health-Based Recommended Occupational Exposure Limit. No. 2014/03. February 21, 2014; 132p. Available at: http://www.ser.nl/documents/82400.pdf. Accessed August 12, 2015.
33. European Commission, Health & Consumer Protection Directorate-General, Scientific Committee on Occupational Exposure Limits (SCOEL). Recommendation from the Scientific Committee for Occupational Exposure Limits for Benzene. SCOEL/SUM/140. December 1991. 28p.
34. US EPA, Office of Health and Environmental Assessment, Carcinogen Assessment Group. Interim Quantitative Cancer Unit Risk Estimates Due to Inhalation of Benzene. Submitted to US EPA, Office of Air Quality Planning and Standards. EPA/600/X-85-022. February 15, 1985. 82p.
35. Infante PF. Benzene and leukemia, Pliofilm revisited: I. An historical review of the leukemia deaths among Akron Goodyear Tire and Rubber Company employees. *Int J Occup Environ Health*. 2013;19:215–222.


© *2016 American College of Occupational and Environmental Medicine*

Copyright © 2016 American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited