# Exhibit 16

Chinese Journal of Epidemiology, October 2003, Vol. 24, No. 10

Zhonghua Liu Xing Bing Xue Za Zhi 24(10):875-8
• **ENVIRONMENT AND DISEASES** •

# A Case-control Study for Assessing the Relation Between Incidence of Malignant Lymphoma and Environmental Factors in Sichuan Province

Xu, Cai-Gang; Zheng, Su-Ping; Huang, Jie; Wu, Jin-Xu

**[Abstract]** **Objective:** To evaluate the relationship between malignant lymphoma (ML) and exposure factors, such as occupation, environment, medicine, socioeconomic rank and life style, etc. **Method:** Case-control study with 1:2 match – 150 cases of ML and 300 controls were included in the study; results were analyzed using the logistic regression method. **Results:** (1) Contact with certain organic solvents and organic pesticides may increase the risk of malignant lymphoma; they include benzene (adjusted *OR* (*aOR*)=2.78, *P*=0.001), lacquer thinner (*aOR*=2.28, *P*=0.043), paint (*aOR*=1.96, *P*=0.023), pesticides with organic phosphorus (*aOR*=1.98, *P*=0.034), chrysanthemyl ester (*aOR*=2.57, *P*=0.013) and pesticides with organic nitrogen (*aOR*=2.55, *P*=0.003). (2) Frequent intake of certain drugs such as aspirin (*aOR*=2.36, *P*=0.005) may increase the risk of malignant lymphoma. (3) Having a dog as a pet may increase the risk of malignant lymphoma (*aOR*=1.76, *P*=0.034). (4) regular exposure of small dose of X-ray (*aOR*=0.49, *P*=0.015) and frequently catching cold (*aOR*=0.67, *P*=0.024) may reduce the risk of malignant lymphoma. (5) other factors, such as occupation (*P*>0.05), cigarette smoking (*OR*=1.01, *P*=0.897), quitting cigarette smoking (*OR*=1.17, *P*=0.073), drinking alcohol (*aOR*=1.26, *P*=0.414), dyeing hair (*OR*=1.06, *P*=0.850), hair perm (*OR*=1.26, *P*=0.438), socioeconomic level (*OR*=1.00, *P*=1.000) and introversive personality (*OR*=1.26, *P*=0.266), showed no apparent correlation with the risk of malignant lymphoma. **Conclusion:** Contact with organic solvents and frequent intake of certain drugs (such as aspirin) may increase the risk of malignant lymphoma.

**[Keyword]** Lymphoma; environment exposure; case-control study

*(Translator's note: Below are the English title and abstract provided by the authors)*

A case-control study for assessing the relation between the incidence of malignant lymphomas and environmental factors in Sichuan province *XU-Cai-gang, ZHENF Su-ping, HUANG Jie, WU Jin-xu. Department of Clinical Epidemiology and Hematology, Huaxi Hospital, Sichuan University, Chengdu 610041, China*

---

Findings for this study: funded by International Clinical Epidemiology Network (INCLEN) and American ( illegible ) Fund
Author's Association: *Department of Clinical Epidemiology and Hematology, Huaxi Hospital, Sichuan University, Chengdu 610041, China*

**[Abstract] Objective** To evaluate the relationships of malignant lymphoma (ML) and exposure factors, including environmental, drug using, socioeconomic level and life style etc. **Methods** (1) Hospital-based case-control study with 1:2 matching was used; (2) 150 cases of ML and 300 controls were examined; (3) logistic regression was used. **Results** (1) Adjust odds ratios (*aOR*) regarding contact to organic solvents were: benzene *aOR*=2.78, *P*=0.001; banana oil *aOR*=2.28, *P*=0.043; paint *aOR*=1.96, *P*=0.023; (2) *aOR* on pesticides contact: organic phosphorus *aOP*=1.98, *P*=0.034; chrysanthester *aOR*=2.57, *P*=0.013; organic nitride *aOR*=2.55, *P*=0.003; (3) *aOR* of using aspirin was 2.36, *P*=0.005; (4) dog-raising: *aOR*=1.76, *P*=0.034; (5) the *aOR*s of interval-term exposure to small dosage X-ray was 0.49, *P*=0.015, and frequently catching a cold was 0.67, *P*=0.024; (6) the P-value of different occupations was more than 0.05; cigarette smoking *OR*=1.01, *P*=0.897; giving up smoking *OR*=1.17, *P*=0.073; alcohol-drinking *aOR*=1.01, *P*=0.414; hair-dyes *OR*=1.06, *P*=0.850; hair-perms *OR*=1.26, *P*=0.438; socioeconomic level *OR*=1.00, *P*=1.000 and with introversive character *OR*=1.26, *P*=0.266. **Conclusions** (1) Factors that might increase the risk of suffering from malignant lymphomas would include direct contact to organic solvents and some pesticides (organic phosphorus, chrysanthester and organic nitride), intake of aspirin, as well as dog-raising. (2) Regular exposure to small dosage X-ray and frequently catching cold seemed to decrease the risk of suffering from ML. (3) Occupation, smoking, giving up smoking, alcohol-drinking, hair-dyes, hair-perms, socioeconomic level and introversive character showed no significant relations to the risk of suffering from ML in this study.

**[Key words]** Lymphoma; Environmental exposure; Case-control study

Malignant lymphomas are most common malignant tumors of immune system, being categorized into Hodgkin's lymphoma, HL and non- Hodgkin's lymphoma, NHL, of which NHL occurs the most. Recently it has been reported abroad and domestically that incidence of malignant lymphoma is increasing year by year [1]. At present the cause of malignant lymphoma is unknown except for the Burkitt's malignant lymphoma and the AIDS (HIV) related malignant lymphoma [2,3]. In recent year, there have been many studies abroad on the risk factors causing malignant lymphoma, including virus and bacteria infective, immunodeficiency, self-immunity disease, environmental factors and gene. Environmental factors as possible risk factors of malignant lymphoma are especially concerned. No study of risk factors of this disease has been reported in China to date.

## Studying Subject and Method

1. Studying Subject:

    (1) Design of study: 1:2 matching case-control study, in hospital.

    (2) Locations of study: Medicine department and Oncology department of Hua Xi Hospital; Medicine department of Oncology Hospital of Sichuan Province; Medicine department and Oncology department of the People's Hospital of Sichuan Province; Medicine department and Oncology department of No.3 Chend Du Metropolitan Hospital. These four hospitals are level-3 class A hospitals. Their admitted cases of malignant lymphoma come from all over



Case 7:23-cv-00897-RJ Document 560-17 Filed 09/10/25 Page 3 of 9

the province and amount to over 80 percent of all the malignant lymphoma cases in Sichuan Province. Therefore, the cases selected in this study can represent the overall picture of malignant lymphoma in Sichuan province.

(3) Subject selection: (a) case groups: outpatients and inpatients of related departments in above hospitals, new and old patients suffering from malignant lymphoma (HL, NHL) whose lymphaden or lesion tissue has been confirmed by pathological examination. (b) Control groups: matching by gender and age (difference within 5 years compared to their counterparts in case groups) factors, subjects were selected separately from outpatient department and inpatient department in the same hospital (controls for outpatients suffering from malignant lymphoma must be selected from outpatient department, controls for inpatients suffering from malignant lymphoma must be selected from inpatient department ), during the same time period (time of visit or time of admission differs within 1 month for case group); only qualified cases were accepted; non- malignant lymphoma patients (including health physical examinees, patients suffering from cardiovascular diseases, endocrine diseases, respiratory diseases, kidney diseases, digestive diseases) were eliminated from the study. The two controls for each case were selected from all matching control candidates randomly: number all qualified control candidates by order according to the dates of diagnosis for every case, then select randomly from questionnaire. The total number of samples was determined according to the method recommended by Schlesselman [4] for matching 1:R case-control study, which was 150 cases vs. 300 controls.

2. Method:

(1) Pre-study: the principal researcher and 4 trained interviewers surveyed the same 42 objects at different times (differing within 1-2 weeks), which were 14 cases and 28 controls. The intra-rater of survey between the interviewers is the Kappa value, which had an average between 0.81-0.83.

(2) Quality control: (a) all cases of malignant lymphoma were reconfirmed by two pathologists, by examining the pathological section of lymphaden and lesion tissue. (b) during the survey, in addition to the interviewee, at least one of his/her family members or living in companion were present, to reduce deviation caused by pain of recollection. (c) during the official study, the principal researcher reviewed the surveys collected by the four interviewers at random, and calculated the Kappa value of the cases based on 50 surveys randomly selected from those colleted by the principal researcher the interviewers. The Kappa value and the intra-rater of survey of the principal researcher were both steadily above 0.80; therefore the consistency of the survey was ensured and the deviation by the interviewees was minimized.

(3) Information collection: information was obtained by face to face interviews with qualified subjects through a structural questionnaire. The structural questionnaire was designed under expert's direction, and was finalized after many revisions based on the pre-study and studying other related questionnaires. Every item of the questionnaire was number coded and the result and data of each item were entered into dBASE-III in a computer.

(4) Statistical analysis: Statistical analysis was completed using statistical software STATA version 3.1. All the factors were studied using single factor analysis and compared among the two groups. For factors with *P* value ≤ 0.20 in the single factor analysis, multiple factor analysis was conducted to correct mingling effect and to single out the main risk factor. The adjusted *OR* (*aOR*) value and the 95% credible interval (95% *CI*) were calculated using the logistic regression method.

## Result

1. General information: in 150 cases of malignant lymphoma, HL cases are 41 (27.3%), NHL cases are 109 (72.7%); male case are 94 and female cases are 56. Age of malignant lymphoma group was (50.50+ 1.67) (medium age 53 years), age of control group was (51.20+1.21) (medium age 56 years). Time of first appearance of symptoms of malignant lymphoma was mostly in spring and summer.

2. Single factor analysis:
   (1) Relation between educational level and malignant lymphoma: case group vs. control group in educational level: illiteracy 7 (4.7%), 11 (3.7%); elementary level 27 (18.0%), 47 (15.7%); middle school level 43 (28.7%), 72 (24.0%); high school or technical school level 23 (15.3%), 66 (22.0%); advanced technical school and above 50 (33.3%), 104 (34.6%). *OR*=0.91, *P*=0.262, 95%*CI*: 0.78-1.07. It showed no significant difference in educational level between the case group and control group in a statistics sense.
   (2) Relation between occupation and malignant lymphoma: case group vs. control group in regard of occupation: workers 25 (16.7%), 67 (22.3%); farmers 17 (11.3%), 24 (8.0%); administrators 42 (28.0%), 86 (28.7%); health care workers 5 (3.3%), 11 (3.6%); teachers 14 (1.3%), 5 (1.7%); self-employed 2 (1.3%), 5 (1.7%); engineers 4 (2.7%), 5 (1.7%); others 41 (27.3), 84 (28.0%). The *OR* value and the 95%CI of occupational factor showed no significant statistical importance (*P*>0.05). The study revealed that incidence of malignant lymphoma is not associated with occupation. History of occupation means 5 years before the incidence and the employment must be at least for 1 year.
   (3) Relations between pesticides and malignant lymphoma, organic solvents and malignant lymphoma: as shown in Table 1, contact with organic solvents such as benzene, lacquer thinner, paint, and contact with pesticides such as



Case 7:23-cv-00897-RJ Document 560-17 Filed 09/10/25 Page 5 of 9

chrysanthemyl ester, and those with organic phosphorus and organic nitrogen, may increase the risk of malignant lymphoma; contact with phenol, pesticide with organic chlorine and herbicide showed no increase of malignant lymphoma risk.

Table 1. Single factor analysis for
Case-control group exposed to organic solvents and pesticides

| factor | exposed case | control | OR value (95%CI) |
|---|---|---|---|
| Benzene | 27 | 26 | 2.66 (1.86-7.55) |
| Phenol | 15 | 27 | 1.23 (0.88-1.32) |
| lacquer thinner | 44 | 46 | 2.41 (2.45-7.09) |
| Paint | 56 | 64 | 2.17 (2.90-7.30) |
| Pesticide w/ organic phosphorus | 54 | 62 | 1.98 (6.90-18.18) |
| Pesticide w/ organic nitrogen | 21 | 52 | 1.13 (0.45-1.34) |
| chrysanthemyl ester | 98 | 30 | 2.53 (3.47-117.80) |
| Pesticide w/ organic chlorine | 19 | 20 | 2.54 (2.54-10.66) |
| Herbicide | 11 | 25 | 1.87 (0.42-1.82) |

$P<0.01$

(4) Relation between drugs and malignant lymphoma: Table 2 shows that frequent intake of aspirin may increase the risk of malignant lymphoma. Frequent intake of phenylbutaone, indacin, paracetamol, painkiller, cortical hormone and chloromycetin did not seem to increase the risk of malignant lymphoma. There were on a few among the study intaking azathioprine, phenytoin sodium, AT-1 and therefore it was difficult to evaluate their relationship with malignant lymphoma. There was no one intaking of yclosporin, methotrexate (MTX) and cyclophosphamide (CTX) in both case and control group.

Table 2 Single factor analysis of drug intake among
case-control group

| factor | exposed case | control | OR value (95%CI) |
|---|---|---|---|
| phenylbutaone | 5 | 6 | 1.67 (0.51-5.46) |
| Indacin | 36 | 64 | 1.15 (0.73-1.91) |
| Paracetamol | 74 | 174 | 0.70 (0.46-1.04) |
| Pain killer | 70 | 128 | 1.17 (0.79-1.73) |
| Aspirin | 70 | 90 | 2.15 (2.99-7.24) |



Case 7:23-cv-00897-RJ Document 560-17 Filed 09/10/25 Page 6 of 9

| | | | |
|---|---|---|---|
| Cortical hormone | 11 | 20 | 1.11 (0.51-2.41) |
| Chloromycetin | 73 | 273 | 9.98 (0.82-1.16) |

Note: whether considered as drug intake was determined by the total dosage administrated (over dose would result obvious side effect in general circumstance); P<0.01

(5) Relation between socioeconomic level and malignant lymphoma: there was no evidence showing that income was related to risk of malignant lymphoma. (Family average income <200 Yuan/month *OR*=1.00, 95% *CI*: 0.85-1.17; family average income >200 Yuan/month *OR*=1.00, 95% *CI*: 0.57-1.57). There were only a few cases of tense relationship among colleagues and family, divorce and bereft of spouse in the study; statistical analysis of such factors could not be performed.

(6) Relation between life style and malignant lymphoma: by Table 3 showed that having bird (*P*=0.008) and dog (*P*=0.015) as pets may increase the risk of malignant lymphoma. Smoking, quitting smoking, drinking alcohol, dyeing hair, perming hair and having cat as pet didn't seem to increase the risk of malignant lymphoma.

Chart 3 Single factor analysis of life style among case-control group

| Factor | exposed case | control | OR value (95%CI) |
|---|---|---|---|
| Smoking$^{\Delta}$ | 55 | 109 | 1.01 (0.86-1.17) |
| Quitting smoking$^{\Delta}$ | 20 | 34 | 1.17 (0.98-1.38) |
| Alcohol drinking$^{\#}$ | 47 | 68 | 0.86 (0.73-1.01) |
| Dyeing hair, perming hair | 70 | 153 | 1.18 (0.68-1.96) |
| Cat as pet | 32 | 81 | 0.72 (0.44-1.16) |
| Dog as pet | 45 | 58 | 1.82 (3.41-88.86)* |
| Bird as pet | 51 | 61 | 1.61 (1.35-10.07)** |

** P<0.05; ** P<0.005: Δ: smoking, aggressive smoking and buy cigarettes for self, Δ: quitting smoking, previously smoked and not smoking for at least 5 years when survey was conducted. #: drinking alcohol, daily liquor drinking > 200 g.*

3. Multiple factor analysis

For factors with *P* value ≤ 0.20 in the single factor analysis, multiple factor analysis was conducted using multiple factor logistic regression method. Results see Table 4.

Table 4 Analysis of risk of malignant lymphoma by multiple factor logistic regression method

| single factor selected | *OR* value (95%CI) | single factor selected | *OR* value (95%CI) |
|---|---|---|---|
| Benzene | 2.78 (1.68-14.32) | Aspirin | 2.36(2.43-8.44) |



Case 7:23-cv-00897-RJ Document 560-17 Filed 09/10/25 Page 7 of 9

| | | | |
|---|---|---|---|
| Phenol | 1.01 (0.84-2.14) | GMQ(cold medicine) | 2.99(2.21-9.45) |
| lacquer thinner | 2.28 (2.47-7.32) | Alcohol drinking | 1.01(0.81-1.57) |
| Paint | 1.96 (2.12-7.36) | Cat as pet | 0.66(0.43-1.42) |
| Pesticide w/ | | | |
| organic phosphorus | 1.98 (3.41-15.49) | Dog as pet | 1.76(6.24-71.32) |
| chrysanthemyl ester | 2.57 (2.39-110.60) | Bird as pet | 0.63(0.41-1.25) |
| Pesticide w/ | | | |
| organic chlorine | 2.55 (2.67-13.36) | frequently catching cold | 0.67(0.41-0.97) |
| Indacin | 0.91 (0.38-1.14) | X-ray | 0.49(0.26-0.68) |

*P<0.05: # P<0.01*

According to multiple factor analysis, it was found that benzene, phenol, lacquer thinner, paint, pesticide with organic phosphorus, chrysanthemyl ester and pesticide with organic chlorine may increase the risk of malignant lymphoma; frequent intake of aspirin, Gan Mao Qin *(translator's note: Chinese cold medicine)* may increase the risk of malignant lymphoma; having dog as pet may increase the risk of incidence from malignant lymphoma; regular (one every 6 month –one year) exposure to small dosage of X-ray (regular X-ray) and frequently catching cold may decrease the risk of malignant lymphoma.

## Discussion

Many studies have shown that contacts with organic solvents and some chemical products are etiological factors of NHL. Persson et. al.[5] discovered in their study that phenoxyl herbicide (*OR*=2.6) is a risk factor of HL. Other studies showed that contact with phenoxyl herbicide every year, especially with 2,4-D phenoxyl herbicide over 21days will increase the risk of NHL by 3-7 times [6]; use of insecticide having organic phosphorus will increase the risk of NHL by 2.4 times, with OR *value* 4.5 [7]. Benefited by strict case-control matching design, we found in this study that contact with substances such as pesticide, paint, lacquer thinner and benzene will increase the risk of malignant lymphoma. Though there have been some similar report published abroad, all of them were narrated study. The cause of increase in risk of malignant lymphoma by these products is unknown. Brandt et. al. [8] believe that some chromosome are distorted by these chemical products, such as #14 chromosome $q^{32}$ being translocated. We found no link between occupation and risk of malignant lymphoma in this study, which seems contradictory to the finding that contact with pesticides and organic solvents may increase the risk of malignant lymphoma. In our study we found that contacts with pesticides and organic solvents were not always related to occupation. For instance, some middle class families in urban area have their own yards and often spray flowers and lawn with pesticides; therefore contact with pesticides and organic solvents were not necessary associated with occupation.

Linet et. al. [9] found in their study by front-view array method that, smoking will increase the risk of NHL, with *OR (translator's note: 'RR' in the original text)* value 2.1. Brown et. al. [10] discovered that smoking obviously increase a risk of severe NHL and its *OR* value is 2.5-4.8.

However, results of case-control study by Tavani et. al. [11] showed that smoking and quitting smoking are of no significance in risk of NHL. Zabrm [12] reported that smoking is not relate to NHL (*OR*=1.0, *95%CI*: 0.8-1.11). We did not find in our study that smoking (*OR* = 1.01, *95%CI*: 0.86-1.17) or quitting smoking (OR = 1.17, 95%CI: 0.98-1.38) will increase the risk of malignant lymphoma.

The reasons for increase of malignant lymphoma risk by in-taking aspirin and Gan Mao Qin frequently, are unknown and need further study. Having pets such as dog may increase the chance of infection from some animal virus, [13] thus increases the risk of malignant lymphoma.

X-ray can kill and wound tumor cells, maybe that is the reason why regular exposure to small dosage of X-ray may decrease the risk of malignant lymphoma. Some studies [14] concluded that an offspring does not suffer a significant risk of NHL before the age of 25 if the father worked in an X-ray environment and exposed to whatever amount of X-ray dosage and for whatever long time before impregnating his wife.

Frequently catching cold may stimulate the body to produce non-specific immune antibodies regularly. Those antibodies are destructive to tumor cells and will decrease the risk of malignant lymphoma. Because the results came from case-control study, it is difficult to confirm its reliability and correctness; No other study to date can be used to support our findings; further study is therefore warranted.

Use of immunosuppressives after organ transplantation is the main cause of iatrogenic immunodeficiency. In recent years many authors reported that iatrogenic immunodeficiency significantly increases the risk of malignant lymphoma. [15] Because organ transplantation is still not a widely used procedure in China, especially in the Sichuan region, we could not show the relation between the use of immunosuppressives and the risk of malignant lymphoma. More accumulation of such cases is needed for this analysis.

(We are grateful to Dr. Michael Phillips for his support in designing this study)

**References**

1. (see the original)
2. (see the original)
3. (see the original)
4. Lian Zhong-Hao, editor, Epidemiolgy, 3rd ed., Beijing, People's Health Publish Co., 1994, 76.

5-15 (see the original)

(received on October 21, 2003)
(Editor: Zhang, Lin-Dogn)



Case 7:23-cv-00897-RJ Document 560-17 Filed 09/10/25 Page 9 of 9