## INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Steven B. Bird, "Antipsychotic-induced hyperprolactinemia: Toxicologic mechanism and the increased breast cancer risk," 14 *Toxicology Reports* 101927 (2025) |
| 2 | Matthew J. Page, et al., "The Prisma 2020 statement: an updated guideline for reporting systematic reviews," *BMJ* (Jan. 4, 2021). |
| 3 | PRISMA, *Prisma 2020 expanded checklist*. |
| 4 | Unfavorable Studies Plaintiffs' Experts Ignore |
| 5 | Otto Wong, et al., "Health Effects of Gasoline Exposure. II.," 101(Suppl. 6) *Environ. Health Perspectives Suppls.* 63 (1993) |
| 6 | Douglas DeMoulin, "Occupational Benzene Exposure and Cancer Risk among Chinese Men," 33 *Cancer Epidemiol. Biomarkers Prev.* 1465 (2024) |
| 7 | Elsebeth Lynge, et al., "Cancer in Persons Working in Dry Cleaning in the Nordic Countries," 114(2) *Environ. Health Perspectives* 213 (Feb. 2006) |