**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:23-CV-897**

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**

***Jefferson Criswell v. USA*, 7:23-CV-1482**
***Terry F. Dyer v. USA*, 7:23-CV-357**
***Mark A. Cagiano v. USA*, 7:23-CV-569**
***Jimmy Laramore v. USA*, 7:23-CV-594**
***Edward Raymond v. USA*, 7:23-CV-546**

**INDEX OF EXHIBITS TO UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXCLUDE PLAINTIFFS' PHASE II BLADDER CANCER EXPERTS LAURA PLUNKETT, STEVEN BIRD, BENJAMIN HATTEN, KATHLEEN GILBERT, AND STEPHEN CULP**

**("NO PREDICATE ASSOCIATION MOTION"**
***BLADDER CANCER*)**

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Hill Paper - Sir Austin Bradford Hill, *The Environment and Disease: Association or Causation?*, 58 Proc. Royal Soc'y Med. 295, 295 (1965) |
| 2 | Lynge 2006 - Lynge, *et al.* "Cancer in persons working in dry cleaning in Nordic countries." Environmental health perspectives vol. 114, 2 (2006): 213-9. |
| 3 | Hadkhale 2017 - Hadkhale, *et al*. Occupational Exposure to solvents and bladder cancer: A population-based case control study in Nordic countries, International journal of cancer vol. 140, 8 (2017): 1736-1746. |
| 4 | Shala 2023 - Shala, *et al.* Exposure to benzene and other hydrocarbons and risk of bladder cancer among male offshore petroleum workers." British journal of cancer vol. 129, 5 (2023): 838-851. |
| 5 | Collarile 2017 - Collarile, *et al.* "Residence in Proximity of a Coal-Oil-Fired Thermal Power Plant and Risk of Lung and Bladder Cancer in North-Eastern Italy. A Population-Based Study: 1995-2009" International journal of environmental research and public health vol. 14, 8 860. |
| 6 | Xie 2024 - Xie, *et al.* "Occupational exposure to organic solvents and risk of bladder cancer" Journal of exposure science & environmental epidemiology vol. 34, 3 (2024): 546-553. |
| 7 | Bove Dep. Tr. - Oct. 17, 2024, Deposition of Dr. Frank J. Bove |
| 8 | Vandenberg 2023 - Vandenberg LN, Rayasam SDG, Axelrad DA, *et al.* "Addressing systemic problems with exposure assessments to protect the public's health" *Environ Health*. 2023; 21 (Suppl 1):121. |