**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:23-CV-00897**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **UNITED STATES' APPENDIX TO** |
| **CAMP LEJEUNE WATER LITIGATION** | ) | **LOCAL CIVIL RULE 56.1** |
| | ) | **STATEMENT OF MATERIAL FACTS** |
| **This Document Relates To:** | ) | **Fed. R. Civ. P. 56(a); L. Civ. R. 56.1(a)(1)** |
| ***Allan Wayne Howard v. United States*, 7:23-cv-00490** | ) | |

Pursuant to Local Civil Rule 56.1(a)(5), the United States submits the following Appendix to its Local Civil Rule 56.1 Statement of Material Facts ("SOMF") in support of its Motion for Partial Summary Judgment concerning Plaintiff Allan Wayne Howard's Non-Hodgkin's Lymphoma claim. For all exhibits that consist of relevant excerpts, the United States will file full copies at the Court's request.

**Materials Filed in This Appendix**

| Ex. | Description |
|---|---|
| 1 | Ohio State University Wexner Medical Center Records |
| 2 | Kettering Health Emergency Department Records |
| 3 | Kettering Health Oncology Records |
| 4 | Deposition Transcript of Allan Wayne Howard |

**Materials Previously Filed in the Joint Appendix**

| JA Exhibit Number | Docket Entry | Short Title | Full Title |
|---|---|---|---|
| 389 | D.E. 491-13 | Hoppe Rep. (Howard) | Specific Causation Expert Report of Richard T. Hoppe, MD, FACR, |

| **JA Exhibit Number** | **Docket Entry** | **Short Title** | **Full Title** |
|---|---|---|---|
| | | | FASTRO, FARS Allan Wayne Howard v. United States of America US District Court for the Eastern District of NC, Southern Division Case No 7:23-cv-00490 |
| 590 | D.E. 507-11 | Hoppe Depo. Tr. | Deposition Transcript of Richard T. Hoppe |

Dated: September 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief
Camp Lejeune Justice Act Section

HAROON ANWAR
SARA J. MIRSKY
Acting Assistant Directors
Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

GIOVANNI ANTONUCCI
Trial Attorney
Camp Lejeune Justice Act Section

*/s/ Nathan J. Bu*
NATHAN J. BU
NY Bar. 5702766
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
1100 L Street NW
Washington, DC 20005
(202) 705-5938
Nathan.j.bu@usdoj.gov

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025 I electronically filed the foregoing using the Court's Case Management/Electronic Case Files system, which will send notice to all counsel of record.

*/s/ Nathan J. Bu*
Nathan J. Bu