IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| Jefferson Criswell (7:23-cv-01482) | ) |
| Terry Dyer (7:23-cv-00357) | ) |
| Frank Mousser (7:23-cv-00667) | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' LEADERSHIP GROUP'S MOTION TO EXCLUDE DEFENSE EXPERT DR. HAROLD J. BURSZTAJN**

Upon consideration of the Plaintiffs' Leadership Group's Motion to Exclude Defense Expert Dr. Harold J. Bursztajn, the opposition thereto, and all other relevant filings,

IT IS HEREBY ORDERED that the Motion is GRANTED. Accordingly, Dr. Bursztajn's testimony is excluded in the above-captioned cases.

IT IS SO ORDERED. This ___ day of ___________, ____.

______________________________