IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE:                                               )
CAMP LEJEUNE WATER LITIGATION        )
                                                     )
This Pleading Relates to:                            )
                                                     )
ALL CASES                                            )


**[PROPOSED] ORDER GRANTING PLAINTIFFS' LEADERSHIP GROUP'S MOTION TO EXCLUDE DEFENSE EXPERT DR. JULIE GOODMAN**

Upon consideration of the Plaintiffs' Leadership Group's Motion to Exclude Defense Expert Dr. Julie Goodman, the opposition thereto, and all other relevant filings,

IT IS HEREBY ORDERED that the Motion is GRANTED. Accordingly, Dr. Goodman's testimony is excluded in the above-captioned cases. To the extent any other experts' opinions rely on Dr. Goodman's opinions, such testimony is likewise excluded.


IT IS SO ORDERED. This ___ day of _____, ____.


                                              _____