IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES. | ) |
| | ) |

**PLAINTIFFS' LEADERSHIP GROUP'S INDEX OF EXHIBITS FOR ITS MOTION TO EXCLUDE DEFENSE EXPERT DR. JULIE GOODMAN**

| Exhibit | Description |
|---|---|
| A | INEP Position Statement |
| B | Comments of EDF |
| C | CPI Article |
| D | Goodman's Invoices |
| E | SEC Form N-CRS Blackstone and Westlake TCE & PCE Safety Sheets |
| *[F]* | *[Intentionally omitted]* |
| G | INEP Website, "Our Mission, Vision, and Approach" |
| H | INEP's Position Statement PowerPoint |
| I | EDF Website "We are Environmental Defense Fund" |
| J | CPI Website "About Us" |
| K | "Cigarette Smoking May Increase Mesothelioma Risk" |
| L | Smoking Mesothelioma Article Reviewer Comments |
| M | NRCM Website, "About Us" |
| N | NRCM "Julie Goodman – Advocate for Industry" |
| O | 2023 NYT Article |
| P | Goodman 2014 |
| Q | Examples of Industry Sponsors Reviewing Drafts of Goodman's Literature |
| R | Goodman CV |
| S | Conclusions of Dr. Goodman's Systematic Reviews |
| T | Goodman 2009 |
| U | Goodman 2018 |
| V | Prueitt 2009 |
| W | Multnomah County Commission 11.10.22 Video Screenshot |
| X | Goodman Virtual Public Testimony Webform Submission |
| Y | Goodman Letter re. Multnomah County Hearing |
| Z | Collected Inconsistencies in Dr. Goodman's Reports |
| AA | Bove Oct. 17 Deposition Transcript |

| | |
|---|---|
| BB | Bove Oct. 18 Deposition Transcript |
| CC | Camp Lejeune Epidemiology Kidney Cancer Risk Ratios |
| DD | Bove 2014 Mortality Study – Military Personnel Additional File 1: Table S3 |
| EE | Bove 2014 Mortality Study – Military Personnel Additional File 2: Table S1 |
| FF | Purdue 2021 |
| GG | Rhomberg 2016 |
| HH | Linet 2019 |
| II | Hayes 1997 |
| JJ | Lv 2011 |
| KK | Copley 2017 |
| LL | Schnatter 2012 |
| MM | Bruning 2003 |
| NN | Partanen 1991 |
| OO | Schlehofer 1995 |
| PP | ATSDR 2007 |
| QQ | Yin 1996 |
| RR | McLaughlin 1987 |
| SS | Prueitt 2020 |
| TT | Goodman 2020 |