# EXHIBIT

# B




Finding the ways that work

## Comments of Environmental Defense Fund on
## Candidates Under Consideration for Selection as *ad hoc* Reviewers Assisting the SACC
## Review of the EPA draft TSCA Systematic Review Protocol
## Docket ID: EPA-HQ-OPPT-2021-0414-0007

### Submitted January 28, 2022

### Introduction

Environmental Defense Fund (EDF) appreciates the opportunity to comment on the list of ad hoc candidates under consideration for the Science Advisory Committee on Chemicals (SACC) peer review panel for the EPA draft TSCA Systematic Review Protocol (hereafter "revised Systematic Review Protocol"). Following recommendations from the National Academies of Science, the panel will be responsible for providing expert advice to EPA's Office of Pollution Prevention and Toxics on its revised Systematic Review Protocol.

According to the Federal Advisory Committee Act (FACA) and EPA's Peer Review Handbook, the SACC must be both balanced and free of members who have actual or perceived conflicts of interest or an appearance of a loss of impartiality. Further, EPA's "selection criteria" for the SACC similarly include the "[a]bsence of financial conflicts of interest or the appearance of a loss of impartiality." 85 Fed. Reg. 16,094-05 (Mar. 20, 2020).[1] Finally, EPA's solicitation for nominations for this peer review panel states that "financial conflicts, the appearance of loss of impartiality, lack of independence, and bias may result in non-selection."[2]

We have reviewed the list of candidates under consideration for ad hoc participation in this panel and are concerned about actual or potential conflicts of interest or appearances of a loss of impartiality (or both) with respect to several candidates. *We believe the information we provide in these comments – which is from public sources – on seven of the ad hoc candidates and one current SACC member is sufficient to find that actual or potential conflicts of interest or an*

---

[1] We note that in its earlier comments EDF criticized these criteria as too narrow. See: "EDF Comments on TSCA Science Advisory Committee on Chemicals; Request for Nominations," EDF, Submitted April 20, 2020, https://www.regulations.gov/document?D=EPA-HQ-OPPT-2020-0135-0002.

[2] Science Advisory Committee on Chemicals (SACC); Request For Nominations of Ad Hoc Expert Reviewers To Consider for Participation in Two Early 2022 Reviews, 86 Fed Reg 59,382 (October 27, 2021). https://www.govinfo.gov/content/pkg/FR-2021-10-27/pdf/2021-23362.pdf.

1

*appearance of a loss of impartiality (or both) exist. We therefore urge EPA not to add these*
*candidates to the peer review panel for the Systematic Review Protocol.*

Our comments are intended to ensure that all SACC deliberations are able to be conducted
without fear of conflict and with full confidence of the public.

**Background**

In April 2020, EDF submitted comments to EPA in response to its initial solicitation of SACC
nominations.[3] We incorporate those comments herein by reference. Salient points made in those
comments that warrant reiteration are:

- EPA should provide at least a 45-day public notice and comment opportunity on
  candidates for SACC membership. In this case, EPA provided only a 15-day comment
  period, hampering our and others' ability to conduct a thorough review of the candidate
  peer reviewers.
- In addition to the current candidates, EPA needs to screen any existing member of the
  SACC being considered to serve on the panel for actual or potential conflicts of interest
  or appearances of a loss of impartiality with respect to the panel's charge.

In these comments, we provide information on specific candidates and a current SACC member
that identifies actual or potential conflicts of interest or appearances of a loss of impartiality (or
both), including with respect to systematic review methodologies themselves as well as specific
chemicals that we anticipate will undergo review using the revised Systematic Review Protocol.

Among other approaches, we used Chemical Data Reporting (CDR)[4] and Toxics Release
Inventory (TRI)[5] data to examine linkages between prospective panel members and companies
that have reported making, using, or releasing (or trade associations that represent companies
that reported making, using, or releasing) any of the next 20 chemicals currently undergoing

---

[3] "EDF Comments on TSCA Science Advisory Committee on Chemicals; Request for Nominations,"
EDF, Submitted April 20, 2020, https://www.regulations.gov/document?D=EPA-HQ-OPPT-2020-0135-
0002.

[4] Chemical Data Reporting under the Toxic Substances Control Act. https://www.epa.gov/chemical-data-
reporting. The CDR provides manufacturing and import data for chemicals at a threshold of >25,000
lb/year.

[5] TRI Toxics Tracker. https://edap.epa.gov/public/extensions/TRISearchPlus/TRISearchPlus.html.
Releases under TRI could indicate production at volumes below the CDR reporting threshold or otherwise
reveal that the company uses a chemical in its industrial processes.

2

TSCA review, as well as the four chemicals with manufacturer requests for risk evaluation.[6] We anticipate that these 24 chemicals are likely to undergo review using the revised Systematic Review Protocol in the near term. We also reference chemicals on the 2014 TSCA Work Plan where applicable, as this list of chemicals will ultimately all be reviewed under TSCA. Of note, a limitation of our CDR search is that a considerable amount of information reported to EPA under the CDR is not publicly disclosed. Further, the 2020 CDR data is not yet publicly available.

The revised Systemic Review Protocol is immensely significant—it will shape the risk evaluations and risk determinations (and subsequent risk management rules) of every chemical that undergoes TSCA section 6 risk evaluation. Given that many more chemicals than those examined in these comments will be subject to the revised Systematic Review Protocol in the future, our research is clearly limited in scope. A broader look involving more chemicals and companies may well uncover additional concerns beyond those we identify here. Hence EPA should examine potential concerns raised by candidates' associations with additional chemicals and companies relevant to the SACC's review of the revised Systematic Review Protocol.

---

[6] Diisodecyl phthalate (DIDP), diisononyl phthalate (DINP), octamethylcyclotetra-siloxane (D4), and the octahydro-tetramethyl-naphthalenyl-ethanone chemical category (OTNE). See: "List of Manufacturer-Requested Risk Evaluations under TSCA Section 6, EPA, Accessed January 27, 2022, https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/list-manufacturer-requested-risk-evaluations-under-tsca.

### *Ad Hoc Candidates*

Dr. Robert Budinsky

Dr. Robert Budinsky is a recently retired Science Leader at the Dow Chemical Company ("Dow"), with a tenure of 21 years.

Based on EPA's 2016 CDR data, Dow has manufactured at least two chemicals that will be assessed in the near-term using the revised Systematic Review Protocol: 1,2-dichloropropane, and octamethylcyclotetra-siloxane (D4) (see Table 1). For the 2012 CDR cycle, Dow also reported manufacturing the following chemicals currently undergoing TSCA review: 1,3-butadiene; 1,1-dichloroethane; 1,2-dichloroethane; 1,1,2-trichloroethane; and diisononyl phthalate (DINP) – in addition to 1,2-dichloropropane and D4. Based on 2016-2020 TRI, Dow has also released into the environment at least seven substances poised to undergo risk evaluation using the revised Systematic Review Protocol being reviewed by the SACC (Table 1). Thus, Dow has a clear vested interest in the outcome of these EPA TSCA risk evaluations and the revised Systematic Review Protocol.

In his role as a Science Leader at Dow, Dr. Budinsky provided oral comment to the SACC during its peer review of 1,4-dioxane, arguing that 1,4-dioxane should be regulated as a threshold carcinogen.[7] Dow produces bulk chemicals contaminated with 1,4-dioxane that are sold to processors in the cleaning market.[8] Further, Dow was sued by over two dozen New York water authorities over 1,4-dioxane contamination of their water; in June, 2020, a New York federal judge ruled in favor of the water authorities.[9,10,11]

---

[7] "SACC Dioxane Meeting Transcript Docket," Posted by EPA December 23, 2019, https://www.regulations.gov/document?D=EPA-HQ-OPPT-2019-0238-0064.

[8] "Low 1,4-Dioxane Levels of Dow Products," Dow, Accessed January 5, 2022, https://www.dow.com/en-us/product-technology/pt-solvents-glycols/1-4-dioxane.html.

[9] Chawage, P., "1,4-Dioxane Contamination Lawsuits Are Piling Up In Long Island," Water Online, October 29, 2019, https://www.wateronline.com/doc/dioxane-contamination-lawsuits-are-piling-up-in-long-island-0001.

[10] Adams, M., "Water District Receives $4.48 Million Grant To Filter 1,4-Dioxane," The Rosyln News, January 15, 2020, https://roslyn-news.com/water-district-receives-4-48-million-grant-to-filter-14-dioxane/.

[11] "Dow Chemical, Others Must Face 24 Contaminated Water Suits," Law360, June 5, 2020, https://www.law360.com/articles/1280456/dow-chemical-others-must-face-24-contaminated-water-suits.

Dr. Budinsky also signed up to provide oral comment on methylene chloride to the SACC.[12] While Dow was not identified as reporting manufacture of the chemical under the non-confidential version of the 2016 CDR, it appears that the company is still making, using or releasing the chemical based on a Cognitive Market Research report, "Global Dichloromethane (DCM) Market Report 2020."[13] Further, based on the latest TRI reporting, Dow continues to use and release the compound into the environment (see Table 1).

Dr. Budinsky has also received industry funding to publish studies on a number of chemicals undergoing TSCA review. For example, in 2015, Dr. Budinsky co-authored a study[14] on bisphenol A (BPA) funded by the Polycarbonate/BPA Global Group of the American Chemistry Council (ACC), whose members consist of major manufacturers of polycarbonate plastic and BPA worldwide.[15, 16] BPA is on the 2014 TSCA Work Plan, and thus will be subject to the revised Systematic Review Protocol in the coming years.

Dr. Budinsky also played an integral role in downplaying the risks of trichloroethylene (TCE) in order to directly impact EPA's science and decision-making under TSCA. As described in detail in comments we submitted in October 2020,[17] this includes co-authoring a number of industry-funded studies downplaying TCE's association with fetal cardiac malformations and

---

[12] "MeCl Meeting Minutes Final Report 03/02/2020," Posted by EPA March 4, 2020, https://www.regulations.gov/document?D=EPA-HQ-OPPT-2019-0437-0080. It appears that Dr. Budinsky may not have showed up for comment based on the meeting's transcript. See: "SACC Methylene Chloride Meeting Transcript," Posted by EPA January 29, 2020, https://www.regulations.gov/document?D=EPA-HQ-OPPT-2019-0437-0078.

[13] "Global Dichloromethane (DCM) Market Report 2020," Cognitive Market Research, January 15, 2020, https://www.cognitivemarketresearch.com/chemical-%26-materials/dichloromethane-%28dcm%29-market-report#download_report.

[14] Buscher, B., van de Lagemaat, D., Gries, W., *et al.* (2015). Quantitative analysis of unconjugated and total bisphenol A in human urine using solid-phase extraction and UPLC–MS/MS: Method implementation, method qualification and troubleshooting, *Journal of Chromatography B*, 1005(15): 30-38, https://www.sciencedirect.com/science/article/pii/S1570023215301951?via%3Dihub.

[15] Badding, M.A., Barraj, L., Williams, A.L., *et al.* (2019). CLARITY_BPA Core Study: Analysis for non-monotonic dose-responses and biological relevance. *Food and Chemical Toxicology*, 131: 110554. https://www.sciencedirect.com/science/article/pii/S0278691519303436.

[16] "Polycarbonate/Bisphenol A (BPA) Global Alliance," American Chemistry Council, Accessed January 5, 2022, https://www.americanchemistry.com/industry-groups/polycarbonate-bisphenol-a-bpa-global-alliance.

[17] "Comments on the Toxic Substances Control Act (TSCA) Draft Risk Evaluation of Trichloroethylene," EDF, Submitted April 27, 2020, http://blogs.edf.org/health/files/2020/04/EDF_TCE_Comments-for-EPA-FINAL-4-27-20.pdf.

5

cancer.[18,19,20] These studies were used in direct advocacy to EPA and the SACC by ACC and the Halogenated Solvents Industry Association – a trade association that represents manufacturers of TCE and other halogenated solvents. See our previous comments for further detail.

Finally, Dr. Budinsky's biosketch provided by EPA further illustrates that a key aspect of his role at Dow was precisely to influence TSCA risk evaluations and regulations:

- "He led and supported Dow's global Chemicals and Health issues teams responsible for regulatory initiatives in the United States, Europe, Asia-Pacific and Latin America, including working with the U.S. Environmental Protection Agency's (EPA) Toxic Substances Control Act (TSCA) and Integrated Risk Information System (IRIS) programs…"
- "Dr. Budinsky has served as a toxicology consultant to numerous Dow businesses engaged in the production of biocides, glycol ethers, vinyl acetate, *1,3-butadiene*, *bisphenol A* and *epoxy materials*, for example." (Emphases identify chemicals currently undergoing TSCA review or otherwise on the 2014 TSCA Work Plan.)
- "He has been actively involved with TSCA risk evaluations…"

Given Dr. Budinsky's recent employment at Dow and his direct advocacy to the SACC, we believe that Dr. Budinsky has financial conflicts of interest and an appearance of a loss of impartiality with respect TSCA chemical risk evaluations and the revised Systematic Review Protocol.

Dr. Julie Goodman

Dr. Julie Goodman is a Principal at Gradient, an environmental and risk sciences firm which primarily contracts with industry clients all along the chemical supply chain.

Dr. Goodman has published manuscripts addressing critical aspects of risk assessment and systematic review that were funded by companies and trade associations with a vested interest in

---

[18] Coder, P. S. (2019) Final Report. An Oral (Drinking Water) Study of the Effects of Trichloroethylene (TCE) on Fetal Heart Development in Sprague Dawley Rats. Charles River Laboratories, Laboratory Project ID 00459506, https://www.regulations.gov/document?D=EPA-HQ-OPPT-2016-0737-0120.

[19] DeSesso, J.M., Coder, P.S., York, R.G., Budinsky, R.A., et al. (2019). Response to the comments of Runyan et al. on "Trichloroethylene in drinking water throughout gestation did not produce congenital heart defects in Sprague Dawley rats." *Birth Defects Research: Correspondence*, 111(16): 1237-1239, https://onlinelibrary.wiley.com/doi/full/10.1002/bdr2.1577.

[20] Zhang, F., Marty, S., Budinsky, R., et al. (2018). Analytical methods impact estimates of trichloroethylene's glutathione conjugation and risk assessment. *Toxicology Letters*, 296, 82-94, https://www.sciencedirect.com/science/article/pii/S0378427418314905?via%3Dihub.

how TSCA risk evaluations are conducted. For example, Dr. Goodman was first author of a manuscript criticizing chemical hazard assessment practices of the internationally renowned International Agency for Research on Cancer (IARC) – critiques broadly relevant to chemical hazard and risk evaluations.[21] The publication was co-authored and funded by the ACC.

Another example is an ACC-funded publication[22] Dr. Goodman co-authored arguing against using linear low-dose extrapolation for noncancerous effects – in contrast to recommendations of the National Academies.[23] These are but two of a number of Goodman's publications funded by the chemical industry that review and make recommendations related to risk assessment.[24,25,26,27,28]

[21] Goodman, J.E., Mayfield, D.B., Becker, R.A., *et al.* (2020). Recommendations for further revisions to improve the International Agency for Research on Cancer (IARC) Monograph program. *Regulatory Toxicology and Pharmacology, 113,* https://www.sciencedirect.com/science/article/pii/S0273230020300659 (Funding provided by ACC).

[22] Rhomberg, L.R., Goodman, J.E., Haber, L.T., et al. (2011). Linear low-dose extrapolation for noncancer health effects is the exception, not the rule. *Critical Reviews in Toxicology, 41*(1), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3038594/ (Funding provided by ACC).

[23] National Research Council. (2009). Science and Decisions: Advancing Risk Assessment. Washington, DC: The National Academies Press, https://doi.org/10.17226/12209.

[24] Goodman, J.E., Lynch, H.N., Rhomberg, L.R. (2018). Letter to the editor re: Guyton *et al.* (2018), 'Application of the key characteristics of carcinogens in cancer hazard identification.' *Carcinogenesis, 39*(8), https://academic.oup.com/carcin/article/39/8/1089/5048109 (Funding provided by ACC).

[25] Goodman, J.E. & Lynch, H.N. (2017). Improving the International Agency for Research on Cancer's consideration of mechanistic evidence. *Toxicology and Applied Pharmacology, 319*(15), https://www.sciencedirect.com/science/article/pii/S0041008X17300479#ac0005 (Funding provided by ACC).

[26] Goodman, J.E., Lynch, H.N., & Beck, N.B. (2017). More clarity needed in the Navigation Guide systematic review framework. *Environment International, 102,* https://europepmc.org/article/med/28222917 (Funding provided by ACC, ACC co-authored).

[27] Lynch, H.N., Goodman, J.E., Tabony, J.A., *et al.* (2016). Systematic Comparison of Study Quality Criteria. *Regulatory Toxicology and Pharmacology, 76,* https://www.sciencedirect.com/science/article/pii/S0273230015301525?via%3Dihub#ack0010 (Funding provided by ACC).

[28] Lamb, J.C., Boffeta, P., Foster, W.G., Goodman, J.E., *et al.* (2014). Critical Comments on the WHO-UNEP State of the Science of Endocrine Disrupting Chemicals. *Regulatory Toxicology and Pharmacology, 69*(1), https://www.sciencedirect.com/science/article/pii/S0273230014000269 (Funding provided by American Chemistry Council (ACC), CropLife America (CLA), CropLife Canada (CLS), CropLife International (CLI), European Chemical Industry Council (Cefic), and European Crop Protection Association (ECPA)).

7

Dr. Goodman has received funding from companies that have a financial interest in chemicals that are or could be under review by EPA. For example, Dr. Goodman has received extensive industry funding for her work on health impacts from asbestos, which has led to numerous publications,[29,30,31,32] presentations,[33] and litigation support.[34,35] Further, Dr. Goodman submitted written comments to the SACC on its peer review of asbestos;[36] remarkably, in light of this history, Dr. Goodman's comments assert they were developed "with no financial support."

[29] Goodman, J.E., Zu, K., Tao, G. & Kerper, L.E. (2016). Comment on "Exposure-response modeling of non-cancer effects in humans exposed to Libby Amphibole Asbestos; update" by Benson et al. (2015). *Regulatory Toxicology and Pharmacology, 80,*
https://www.sciencedirect.com/science/article/pii/S0273230016301283?via%3Dihub (Funding provided by W.R. Grace & Co, a company that made asbestos-containing products and owned vermiculite mine in Libby, MO that was contaminated with asbestos).

[30] Zu, K. Tao, G., & Goodman, J.E. (2015). Pleural plaques and lung function in the Marysville worker cohort: a re-analysis. *Inhal Toxicol., 28*(11),
https://www.tandfonline.com/doi/full/10.1080/08958378.2016.1210704?scroll=top&needAccess=true (Funding provided by W.R. Grace & Co.).

[31] Kerper, L.E., Lynch, H.N., Zu, K. *et al.* (2015). Systematic review of pleural plaques and lung function. *Inhal Toxicol., 27*(1), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4364260/ (Funding provided by W.R. Grace & Co.).

[32] Goodman, J.E., Kerper, L.E., Zu, K., *et al*. Comment on "A systematic review of the association between pleural plaques and changes in lung function" by Kopylev et al (2014). *Journal of Occup & Env Medicine, 72*(9), https://oem.bmj.com/content/72/9/684.1.long (Funding provided by W.R. Grace & Co.).

[33] Tao, G., Zu, K., Kerper, L.E., Goodman, J.E., *et al.* (2015) Comment on "HRCT/CT and Associated Spirometric Effects of Low Libby Amphibole Asbestos Exposure" by Lockey et al (2015). *Journal of Occup & Env Medicine, 72*(9),
https://journals.lww.com/joem/Fulltext/2015/07000/Comment_on__HRCT_CT_and_Associated_Spirom etric.25.aspx (Funding provided by W.R. Grace & Co.).

[34] Cox, A.L., Goodman, J.E., Engle, A.M. (2020). Chronic inflammation, Adverse Outcome Pathways, and risk assessment: A diagrammatic exposition. *Regulatory Toxicology and Pharmacology, 114*(104663) https://pubmed.ncbi.nlm.nih.gov/32330641/ (Conflict of Interest Statement notes "Dr. Goodman has served as an expert in multiple litigation matters involving asbestos-containing products.").

[35] Re: "Pleural plaques and lung function in the Marysville worker cohort: a re-analysis," the Declaration of Interest notes "Dr. Goodman has served as an expert witness on cases involving chrysotile asbestos and cancer risk and has received funding from Tucker Ellis & West LLP for the preparation of scientific manuscripts regarding radiation, mesothelioma and lung cancer." See: https://www.tandfonline.com/doi/full/10.1080/08958378.2016.1210704?scroll=top&needAccess=true.

[36] Goodman, J.E., Doge, D.G., Bailey, L.A., *et al*., "Comments on the Toxic Substances Control Act Draft Risk Evaluation for Asbestos Regarding Chrysotile Asbestos and the Occupational Use of Automotive Brakes," Submitted May 1, 2020, https://www.regulations.gov/document?D=EPA-HQ-OPPT-2019-0501-0032.

Dr. Goodman has also published work on environmental pollutants outside the purview of TSCA for private entities that have a vested interest in chemical assessment activities occurring under TSCA. For example, she has received extensive funding from the American Petroleum Institute and ExxonMobil for research on air pollutants and various health outcomes.[37,38,39,40,41,42,43]

Dr. Goodman's notoriety as a scientist hired by companies and trade associations to advocate on behalf of their financial interests was featured in an investigative article by the Center for Public Integrity (CPI).[44] In this article, CPI describes many of Gradient's chemical industry-funded

[37] Goodman, J.E., Loftus, C.T, Lui, X., Zu, K. (2017). Impact of respiratory infections, outdoor pollen, and socioeconomic status on associations between air pollutants and pediatric asthma hospital admissions. *PLoS One,12*(7), https://pubmed.ncbi.nlm.nih.gov/28719626/ (Funding provided by ExxonMobil).

[38] Goodman, J.E., Kennedy, E.M., Seeley, M. (2017). Do individuals with asthma experience airway hyper-responsiveness after exposure to nitrogen dioxide? *Regulatory Toxicology and Pharmacology, 89,* https://www.sciencedirect.com/science/article/pii/S0273230017302179?via%3Dihub#ack0010 (Funding provided by the American Petroleum Institute).

[39] Cox, L.A., Lui, X., Shi, L., *et al*. (2017). Applying Nonparametric Methods to Analyses of Short-Term Fine Particulate Matter Exposure and Hospital Admissions for Cardiovascular Diseases among Older Adults. *Int J Environ Res Public Health, 14*(9), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5615588/ (Funding provided by American Petroleum Institute).

[40] Prueitt, R.L. & Goodman, J.E. (2016). Evaluation of neural reflex activation as a mode of action for the acute respiratory effects of ozone. *Inhal Toxicol., 28*(11), https://www.tandfonline.com/doi/full/10.1080/08958378.2016.1213332 (Funding provided by ExxonMobil).

[41] Lynch, H.N., Loftus, C.T., Cohen, J.M., *et al*. (2016). Weight-of-evidence evaluation of associations between particulate matter exposure and biomarkers of lung cancer. *Regulatory Toxicology and Pharmacology, 82,* https://www.sciencedirect.com/science/article/pii/S0273230016302951 (Funding provided by ExxonMobil).

[42] Goodman, J.E., Seelet, M., Mattuck, R. & Thakali, S. (2015). Do group responses mask the effects of air pollutants on potentially sensitive individuals in controlled human exposure studies? *Regulatory Toxicology and Pharmacology, 71,* https://www.sciencedirect.com/science/article/pii/S0273230015000203 (Funding provided by the American Petroleum Institute).

[43] Boyce, C.P, Goodman, J.E., Sax, S.N., Loftus, C.T. (2015). Providing perspective for interpreting cardiovascular mortality risks associated with ozone exposures. *Regulatory Toxicology and Pharmacology, 72*(1), https://pubmed.ncbi.nlm.nih.gov/25817736/ (Funding provided by the American Petroleum Institute).

[44] Heath, D., "Meet the Rented White Coats who Defend Toxic Chemicals," The Center for Public Integrity, February 8, 2016, https://publicintegrity.org/environment/meet-the-rented-white-coats-who-defend-toxic-chemicals/.

9

projects, including those led or co-led by Dr. Goodman, noting the poor scientific merits of Gradient's work. Below are some relevant excerpts taken directly from the article:

- "A group of academic researchers were so outraged by an article on BPA [bisphenol A] written by Gradient's Julie Goodman and Lorenz Rhomberg that they wrote a lengthy response with a table listing all the 'false statements' in it." [Note that BPA is on the 2014 TSCA Work Plan.]
- "Gradient's Goodman wrote a lengthy public comment in 2014 paid for by a maker of n-propyl bromide. In it, Goodman argued that a government study showing high rates of cancer among rats exposed to the chemical had no relevance for humans." [Note this study was conducted by the authoritative U.S. interagency National Toxicology Program[45] and n-propyl bromide (1-bromopropane) was one of the first 10 chemicals to undergo risk evaluation under TSCA.]
- "In congressional testimony in 2012, Goodman accused the EPA of being biased by giving too much weight to the Harvard and American Cancer Society studies while ignoring 'dozens of other epidemiology studies,' including many that found no health problems caused by current levels of air pollution. In her testimony, Goodman cited only six studies that she said show no harmful effects from soot. But two of those studies were funded by industry. And authors of the other four say their findings supports those of the Six Cities Study. 'It would be wrong for her to say that we didn't find an effect,' said Dr. Bill McDonnell, a former EPA scientist whose work was cited by Goodman. 'We did find a relationship. It just seems like you can just make up your own facts now.'"
- "Goodman has criticized a U.S.-government-funded study led by a group of public-health scientists at the University of California, Berkeley. The study explored whether smog was linked to deaths…. In a 2011 letter published in Environmental Health Perspectives, Goodman described the work as 'an uncorroborated study that likely misinterpreted the findings regarding ozone effects.' Jerrett was not given the opportunity to respond. 'I felt that that letter was not following the normal conventions that we would use for scientific debate in the literature,' he said. The ozone study was published in 2009 in the venerable New England Journal of Medicine. Jerrett said it went through two rounds of peer review with more than 50 pages of questions and another 40 pages of responses. 'I don't think we've misinterpreted the findings at all,' he said."
- "Goodman continues to testify in mesothelioma lawsuits and write articles exonerating asbestos. Citing other industry-funded research, she wrote in 2013 that the most common form of asbestos — chrysotile — wasn't responsible for higher rates of mesothelioma and lung cancer in electricians…..In 2012, the International Agency for Research on Cancer, part of the World Health Organization, concluded that all forms of asbestos cause

---

[45] NTP TECHNICAL REPORT ON THE TOXICOLOGY AND CARCINOGENESIS STUDIES OF 1-BROMOPROPANE (CAS NO. 106-94-5) IN F344/N RATS AND B6C3F1 MICE (INHALATION STUDIES), Published August 2011, https://ntp.niehs.nih.gov/ntp/htdocs/lt_rpts/tr564.pdf.

mesothelioma. That same year, a coalition of nine epidemiological organizations issued a joint statement calling for a worldwide ban of asbestos."

Given Dr. Goodman's close affiliation with, and financial ties to, chemical companies as well as ACC and other trade associations, we believe she has financial conflicts of interest and a significant appearance of loss of impartiality with respect to TSCA chemical risk evaluations and the Systematic Review Protocol.

Dr. Katy O. Goyak

Dr. Katy Goyak is a Toxicology Associate at ExxonMobil Biomedical Sciences, Inc., where she has worked for about 13 years on scientific programs related to fuels and lubricants. As a paid employee of ExxonMobil, Dr. Goyak has a clear financial interest in maintaining ExxonMobil's business operations, including its chemical manufacturing.

ExxonMobil directly profits from a number of chemicals likely to be subjected to the revised Systematic Review Protocol to be reviewed by the SACC. According to 2016 CDR data, ExxonMobil has produced at least three chemicals to be assessed under the revised Systematic Review Protocol – 1,3-butadiene, diisodecyl phthalate (DIDP), and phthalic anhydride. Further, according to 2016-2020 TRI data, ExxonMobil has released these chemicals as well as formaldehyde into the environment. Additionally, ExxonMobil was one of the companies that requested a risk evaluation on DIDP and DINP in 2019, both of which will undergo review using this method.

ExxonMobil therefore has a vested interest in the outcome of the SACC's review of the revised Systematic Review Protocol. See Table 1 for more detail on ExxonMobil's production and release of relevant chemicals undergoing TSCA review.

In her capacity as an ExxonMobil employee, Dr. Goyak has co-authored several industry-funded research projects related to chemical risk assessment. For example, in 2017, Dr. Goyak collaborated with employees of other major chemical companies or organizations such as Dow, DuPont and ACC to publish a study on high-throughput and high content screening methods and models for use in hazard and risk assessment.[46] Dr. Goyak's contribution to studies such as this indicate active involvement in industry-funded risk assessment research and development with

---

[46] Cox, L.A., Popken, D, Marty, SM, *et al.* (2014). Developing scientific confidence in HTS-derived prediction models: Lessons learned from an endocrine case study. *Regulatory Toxicology and Pharmacology, 69*(3), https://www.sciencedirect.com/science/article/pii/S0273230014000920.

broad applicability to the evaluation and ultimate regulation of chemicals that these industries manufacture.

Given Dr. Goyak's employment at ExxonMobil, we believe that she has a financial conflict of interest and an appearance of loss of impartiality with respect to TSCA risk evaluations and the systematic review protocol in particular.

Dr. Thomas Hartung

Dr. Thomas Hartung is the Doerenkamp-Zbinden-Chair for Evidence-based Toxicology with a joint appointment for Molecular Microbiology and Immunology at Johns Hopkins Bloomberg School of Public Health, and a Professor of Pharmacology and Toxicology at the University of Konstanz in Germany.

Dr. Hartung is also the Director of John Hopkins University Center for Alternatives to Animal Testing (CAAT). The Center, which promotes alternative, non-animal testing methods, receives fundings from industry partners with a financial interest in the SACC's review of the revised Systematic Review Protocol. As described on its website, "CAAT depends on gifts and grants from industry, foundations and individual donors to continue its important work."[47] The website also describes that the Center is sponsored by large corporations, many of which manufacturer and/or use chemicals as a part of their business:[48]

- BASF
- Bayer
- Boehringer Ingelheim
- The Clorox Company
- Coca-Cola Company
- Colgate-Palmolive Company
- Corteva
- Estée Lauder Companies
- ExxonMobil Foundation
- The International Fragrance Association
- Janssen Research & Development
- PepsiCo
- Research Institute for Fragrance Materials
- Roche

---

[47] "Philanthropy at the Johns Hopkins Center for Alternatives to Animal Testing," Johns Hopkins CAAT, Accessed January 27, 2022, https://caat.jhsph.edu/giving/.

[48] "CAAT Sponsors," Johns Hopkins CAAT, Accessed January 27, 2022, https://caat.jhsph.edu/about/sponsor.html.

- SenzaGen
- Shell International
- Underwriters Laboratories

Of the 17 total corporate sponsors identified, three companies – BASF, ExxonMobil, and Shell International – manufacture in combination at least seven chemicals that will be assessed under the revised Systematic Review Protocol: 1,3-butadiene, butyl benzyl phthalate (BBP), DIDP, DINP, D4, formaldehyde, and phthalic anhydride (see Table 1). Further, of the 17 total corporate sponsors identified, four companies – BASF, Bayer ExxonMobil, and Shell International – reported environmental releases of relevant chemicals between 2016 and 2020 under TRI: 1,2-dichloroethane, 1,3-butatiene, formaldehyde, and phthalic anhydride (see Table 1). Because these companies produce and use these chemicals for profit, they have a financial interest in finalizing a systematic review method that does not lead to an unreasonable risk finding and enables business operations to continue without regulatory interference by EPA.

Further, two of the Johns Hopkins CAAT corporate sponsors are fragrance industry organizations – the International Fragrance Association and its corresponding Research Institute for Fragrance Materials. The International Fragrance Association is composed of member companies such as BASF, among many others, that directly manufacturer and/or use chemicals slated for TSCA review (see Table 1). In addition to BASF, International Flavors and Fragrances, Inc. (IFF) is a member of the International Fragrance Association and produces at least one of the chemicals currently undergoing risk evaluation, HHCB, according to 2016 CDR data. IFF also requested the risk evaluation on OTNE, another fragrance ingredient that will be assessed with the revised Systematic Review Protocol if EPA grants the industry's request.[49]

Given Dr. Hartung's leadership at CAAT and the clear financial interest of at least six of CAAT's corporate sponsors in the chemicals slated for TSCA review, we believe that Dr. Hartung has a financial conflict of interest and an appearance of a loss of impartiality with respect to TSCA chemical evaluations, including the revised Systematic Review Protocol.

<u>Dr. A. Wallace Hayes</u>

Dr. A. Wallace Hayes is an Adjunct Professor at the University of South Florida College of Public Health. As described in his biosketch, Dr. Hayes also has extensive experience working for industry, including the Rohm Haas Company, RJR Nabisco, and the Gillette company.

---

[49] "List of Manufacturer-Requested Risk Evaluations under TSCA Section 6, Octahydro-tetramethyl-naphthalenyl-ethanone Chemical Category (OTNE), EPA, Accessed January 27, 2022, https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/list-manufacturer-requested-risk-evaluations-under-tsca#OTNE.

Absent from his biosketch is Dr. Hayes' public history of failing to disclose conflicts of interest. In 2017, Dr. Hayes was embroiled in Monsanto's scandal to retract a study demonstrating adverse effects of Roundup herbicide. At the time, Dr. Hayes served as the editor-in-chief of Food and Chemical Toxicology – the journal that published, and ultimately retracted, the study. As described in depth by GMWatch,[50] documents released during litigation demonstrated that Dr. Hayes was in fact a consultant for Monsanto, paid at $400 an hour. Baum Hedlund Law provides detailed documentation of Dr. Hayes' involvement.[51]

Dr. Hayes has also been publicly admonished for his ties to the tobacco industry. A 2015 Center for Public Integrity article highlighted Dr. Hayes as one of many "hired guns" in the food safety industry. The article explains:[52]

> A. Wallace Hayes served as an executive for RJR Nabisco,[53] where he worked on both tobacco and food safety issues. A 1990 performance record[54] said one of Hayes' "objectives" was to "increase our knowledge base regarding the role of nicotine/cotinine in smoking enjoyment/satisfaction."

Dr. Hayes' connection to the tobacco industry has not subsided. In 2020, he co-authored an article "Alternatives to Animal Use in Risk Assessment of Mixtures" as a paid consultant to Philip Morris International.[55] In 2021, Dr. Hayes co-authored the article, "Categorizing the

---

[50] "Uncovered: Monsanto campaign to get Seralini study retracted," GMWatch, August 2, 2017, https://gmwatch.org/en/news/latest-news/17764-uncovered-monsanto-campaign-to-get-seralini-study-retracted.

[51] "Monsanto Papers | Secrete Documents | Page Two," Baum Hedlund, Accessed January 5, 2022, https://www.baumhedlundlaw.com/toxic-tort-law/monsanto-roundup-lawsuit/monsanto-secret-documents/page-two/.

[52] Young, C. & Quinn, E., "Food Safety Scientists Have Ties to Big Tobacco," The Center for Public Integrity, April 15, 2015, https://publicintegrity.org/politics/food-safety-scientists-have-ties-to-big-tobacco/.

[53] "Biographical Material on Dr. A. Wallace Hayes Vice President – Biochemical/Biobehavioral Research," UCSF, Truth Tobacco Industry Documents, Accessed January 5, 2022, https://www.industrydocuments.ucsf.edu/tobacco/docs/#id=tpnh0078.

[54] "Hayes - BIO/BIO. Performance Record. A. Wallace Hayes, PH.D.," UCSF, Truth Tobacco Industry Documents, Accessed January 5, 2022, https://www.industrydocuments.ucsf.edu/tobacco/docs/#id=gxwd0079.

[55] Hayes, A.W., Muriana, A., Alzualde, A., *et al*. (2020). Alternatives to Animal Use in Risk Assessment of Mixtures. *International Journal of Toxicology*, *39*(2), https://journals.sagepub.com/doi/10.1177/1091581820905088.

Case 7:23-cv-00897-RJ    Document 622-3    Filed 09/10/25    Page 15 of 23

characteristics of human carcinogens: a need for specificity," which critiques IARC's proposed "ten key characteristics of human carcinogens." While no funding source is provided, two of Dr. Hayes' coauthors on the paper – Carr J. Smith, Albemarle and Thomas A. Perfetti, self-employed – have deep connections to RJ Reynolds on which we have previously commented.[56]

In 2019, Dr. Hayes also co-authored a study downplaying the health effects of the flame retardant tetrabromobisphenol A (TBBPA) ("Absence of neurotoxicity and lack of neurobehavioral consequences due to exposure to [TBBPA] exposure in humans, animals and zebrafish").[57] The study was funded by the ACC's North American Flame Retardant Alliance (NAFRA). NAFRA, whose members include Albemarle Corporation, ICL-UP America, Inc. and LANXESS Corporation, is the lead advocacy organization for flame retardant producers and users in North America. Based on the 2016 CDR, Albemarle and ICL-UP manufacture or import TBBPA, and in 2020 alone, Albemarle released 171,211 pounds of TBBPA into the environment. TBBPA is currently undergoing TSCA review, and, as such, will be subject to the revised Systematic Review Protocol.

Given Dr. Hayes' history of failing to disclose conflicts of interest, participation in paid research on at least one chemical undergoing TSCA review, and longstanding affiliation with the tobacco industry (of particular relevance to EPA's risk evaluation of 1,3-butadiene[58]), we believe that he has financial conflicts of interest and an appearance of a loss of impartiality with respect to TSCA risk evaluations, including the revised Systematic Review Protocol.

Dr. Joanna Klapacz

Dr. Joanna Klapacz is a Toxicology Manager at Dow in Midland, Michigan. As a paid employee of Dow for over a decade, Dr. Klapacz has a clear conflict of interest when it comes to assessing the safety of the chemicals her employer produces and/or uses to manufacture other products to sell for profit.

---

[56] EDF *et al.*, "Comments of Environmental Defense Fund, Earthjustice, Natural Resources Defense Council, Physicians for Social Responsibility, and Union of Concerned Scientists On Candidates Under Consideration for Appointment to the Toxic Substances Control Act, Science Advisory Committee on Chemicals," Submitted October 29, 2020, https://www.regulations.gov/comment/EPA-HQ-OPPT-2020-0135-0022.

[57] Kacew, S. & Hayes, A.W. (2020). Absence of neurotoxicity and lack of neurobehavioral consequences due to exposure to tetrabromobisphenol A (TBBPA) exposure in humans, animals and zebrafish. *Archives of Toxicology*, 94: 59-66, https://link.springer.com/article/10.1007/s00204-019-02627-y.

[58] "Information on potentially exposed or susceptible subpopulations associated with 1,3-butadiene, formaldehyde, and ortho-phthalates undergoing TSCA risk evaluations," EDF, Submitted December 8, 2021, http://blogs.edf.org/climate411/files/2021/12/EDF_vulnerable-groups_1_3butadiene_formaldehyde_phthalates-12.8.21.pdf.

Case 7:23-cv-00897-RJ    Document 622-3    Filed 09/10/25    Page 16 of 23

As described above, Dow recently manufactured, processed, and/or used, as well as released into the environment at least eight chemicals that will be reviewed under the revised Systematic Review Protocol. Based on 2016 CDR data, Dow has manufactured at least two chemicals that will be assessed in the near-term using the revised Systematic Review Protocol: 1,2-dichloroporpoane and D4 (see Table 1). According to TRI data from 2016 to 2020, Dow has released at least six additional substances poised to undergo risk evaluation using the revised Systematic Review Protocol being reviewed by the SACC (Table 1). Further, the D4 risk evaluation was requested by Dow, among other silicone companies, in 2020, indicating a special interest in the outcome of the D4 systematic review.

Given that Dr. Klapacz is a long-term paid employee of Dow, we believe that she has a financial conflict of interest and an appearance of a loss of impartiality with respect to TSCA chemical risk evaluations, including the revised Systematic Review Protocol.

Dr. Daniele Wikoff

Dr. Daniele Wikoff is the Principal and Practice Director at the consulting firm ToxStrategies, which specializes in toxicology, epidemiology, and risk assessment.

In her role at ToxStrategies, Dr. Wikoff has co-authored many chemical industry-funded studies, including on systematic review. For example, in 2020, she was first author on a study proposing a framework for systematic mapping and systematic reviews along with colleagues from ExxonMobil and ACC; the ACC's Center for Advancing Risk Assessment Science and Policy provided funding to ToxStrategies for the development and reporting of the manuscript.[59]

In 2018, Dr. Wikoff co-authored a study titled, "Role of Risk of Bias in Systematic Review for Chemical Risk Assessment: A Case Study in Understanding the Relationship Between Congenital Heart Defects and Exposures to Trichloroethylene." The study, funded by the product manufacturer ENTEK International, utilizes flawed systematic review methodologies to discount the Johnson et al. 2003 study associating TCE exposure to fetal cardiac malformations.[60] Under

---

[59] Wikoff, D., Lewis, J.R., Erraguntla, N., *et al.* (2020). "Facilitation of risk assessment with evidence-based methods – A framework for use of systematic mapping and systematic reviews in determining hazard, developing toxicity values, and characterizing uncertainty." *Regulatory Toxicology and Pharmacology, 188,* https://www.sciencedirect.com/science/article/pii/S0273230020302166#sec5.

[60] Wikoff, D., Urban, J.D., Harvey, S. & Haws, L.C. (2018). "Role of Risk of Bias in Systematic Review for Chemical Risk Assessment: A Case Study in Understanding the Relationship Between Congenital Heart Defects and Exposures to Trichloroethylene." *Int J Toxicology, 37*(2), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5888777/.

the previous administration, EPA used Wikoff et al. 2018 to help rationalize its decision to reverse its previous practice of using fetal cardiac malformations as the most sensitive endpoint for TCE in its 2020 TCE risk evaluation. In previous comments, EDF documented in detail the scientific flaws with the Wikoff et al., 2018 study.[61]

In 2019, Dr. Wikoff also advocated directly to EPA regarding the systematic review employed for the TCE risk evaluation. The slides she submitted to the docket indicate that funding was provided to ToxStrategies by the TCE panel of the ACC.[62]

Subsequently, Dr. Wikoff co-authored a systematic evaluation of *in utero* exposure to TCE and congenital heart defects, similarly concluding that it is not a critical effect in TCE human health risk assessment. This 2020 research was also funded by ACC, who was given the opportunity to review the draft.[63]

Dr. Wikoff has also co-authored multiple studies with industry funding on chemicals slated for upcoming TSCA review using the revised Systematic Review Protocol. In 2015, Dr. Wikoff was lead author of a study developing toxicity values and exposure estimates for TBBPA, which is currently undergoing TSCA review.[64] The study was funded and reviewed by ACC's NAFRA; as described above, NAFRA members Albemarle Corporation and ICL-UP America manufacture or import TBBPA based on 2016 CDR data. ACC subsequently advocated to EPA on its TBBPA Problem Formulation and Initial Assessment that the 2015 study led by Dr. Wikoff should have been incorporated into the assessment.[65]

---

[61] "Comments on the Toxic Substances Control Act (TSCA) Draft Risk Evaluation of Trichloroethylene," EDF, Submitted April 27, 2020, http://blogs.edf.org/health/files/2020/04/EDF_TCE_Comments-for-EPA-FINAL-4-27-20.pdf.

[62] Wikoff, D., "Comments on USEPA Draft Risk Evaluation for Trichloroethylene -CASRN:79-01-6, EPA-740-R1-8008Summary of Comments on the Systematic Review Component of the Risk Evaluation," ToxStrategies, Posted by EPA April 2, 2020, https://www.regulations.gov/document/EPA-HQ-OPPT-2019-0500-0060.

[63] Urban, J., Wikoff, D.S., Chappell, G.A., *et al*. (2020). Systematic evaluation of mechanistic data in assessing in utero exposures to trichloroethylene and development of congenital heart defects. *Toxicology, 436*(152427), https://pubmed.ncbi.nlm.nih.gov/32145346/.

[64] Wikoff, D., Thompson, C., Perry, C., *et al*. (2015). Development of toxicity values and exposure estimates for tetrabromobisphenol A: application in a margin of exposure assessment. *J Appl Toxicol, 25*(11), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6681068/.

[65] "Comments of the American Chemistry Council on the Tetrabromobisphenol A and Related Chemicals Cluster Problem Formulation and Initial Assessment," ACC, Submitted November 18, 2015, https://www.regulations.gov/comment/EPA-HQ-OPPT-2014-0730-0017.

17

In 2014, Dr. Wikoff co-published[66] an evaluation of the impact of shale gas operations in the Barnett Shale region on VOCs in the air with funding from the Barnett Shale Energy Education Council; while the organization appears to have dissolved, it used to represent over a dozen shale gas producers in the Barnett region.[67] The study, which concluded no health risks, focused on seven chemicals – five of which are on the 2014 TSCA Work Plan (benzene, ethylbenzene, m-xylene, p-xylene, and o-xylene).

Dr. Wikoff also co-authored a systematic review on hexavalent chromium concluding that it does not pose a stomach cancer hazard in humans. The study was funded by the Electric Power Research Institute (EPRI).[68] The following study disclosure describes in detail EPRI's involvement and financial conflict in the study outcome:

> ToxStrategies was funded under contract to EPRI to conduct this systematic review and meta-analysis and prepare the manuscript for publication. ToxStrategies continues to provide scientific consulting and research oversight on projects funded by EPRI. With support from EPRI, ToxStrategies' scientists have published seven studies related to the carcinogenicity of Cr(VI) (Proctor et al. 2012; Proctor et al. 2014; Thompson et al. 2015; Young et al. 2015; Proctor et al. 2016; Thompson et al. 2017; Rager et al. 2019).
>
> ToxStrategies (DP and MS) originally proposed the project to EPRI. EPRI is an independent nonprofit 501(c)3 organization, which is supported primarily by the electric industry in the United States and abroad (www.epri.com). EPRI and its contributors' interest in Cr(VI) is primarily related to the presence of Cr(VI) in some electrical power generation byproducts (e.g. fly ash), which have the potential to impact environmental media. Dr. Rohr reviewed the draft and final manuscript for clarity, and was the only EPRI reviewer.
>
> DP and MS have given presentations on this and related Cr(VI) topics at scientific conferences and meetings with regulatory agencies with funding provided by EPRI, the American Chemistry Council and ToxStrategies.

---

[66] Bunch, A.G., Perry, C.S., Abraham, L., *et al.* (2014). Evaluation of impact of shale gas operations in the Barnett Shale region on volatile organic compounds in air and potential human health risks. *Science of The Total Env, 468-469*(15), https://www.sciencedirect.com/science/article/pii/S0048969713010073.

[67] Alvarez, R. "The truth about "facts" from the Barnett Shale Energy Education Council," EDF, Published March 29, 2010, http://blogs.edf.org/energyexchange/2010/03/29/the-truth-about-facts-from-the-barnett-shale-energy-education-council/.

[68] Suh, M., Wikoff, D., Lipworth, L., *et al.* (2019). Hexavalent chromium and stomach cancer: a systematic review and meta-analysis. *Critical Reviews in Toxicology, 49*(2), https://www.tandfonline.com/doi/full/10.1080/10408444.2019.1578730.

18

Dr. Wilkoff was also acknowledged for her support in a 2020 study conducted by ToxStrategies employees, similarly concluding that hexavalent chromium does not induce ovarian toxicity. The authors presented the study findings in meetings with regulators on behalf of the Cr(VI) Panel of the ACC.[69] Chromium and chromium compounds are on the 2014 TSCA Work Plan, and as such are likely to be reviewed using the revised Systematic Review Protocol.

Given her extensive history of conducting industry-funded research, including on systematic review – which has been leveraged by the financially vested chemical industry to advocate directly to EPA on TSCA – we believe that Dr. Wikoff has a financial conflict of interest and an appearance of impartiality with respect to the TSCA chemical risk evaluation and the revised Systematic Review Protocol.

### *Current SACC Members*

#### Dr. Craig Rowlands

Dr. Craig Rowlands is a Senior Scientist and Toxicologist at Underwriters Laboratories and, until recently, worked for Dow, where he was employed for 11 years.[70] Through his past work, he has ties to companies that manufacture some of the chemicals undergoing TSCA review that will be subject to the revised Systematic Review Protocol. We believe that such ties warrant further examination and consideration by the agency for potential conflicts of interest.

First, Dr. Rowlands' close connections to and over a decade of work with Dow should be further interrogated. As outlined above, Dow is a domestic manufacturer, importer, user, and/or releaser of eight chemicals that will be subject to the revised Systematic Review Protocol in the near term and many others that may undergo review in the future.

---

[69] Thompson, C.M., Donahue, D.A., Costecalde, Y., *et al*. (2020). Exposure to environmentally-relevant concentrations of hexavalent chromium does not induce ovarian toxicity in mice. *Regulatory Toxicology and Pharmacology, 116*, https://www.sciencedirect.com/science/article/pii/S0273230020301550.

[70] Rowlands, C., "Biosketch and Resume," Accessed January 5, 2022, http://jcraigrowlands.weebly.com/.

Second, as of at least 2019, Dr. Rowlands was on the steering committee of Risk21,[71] an initiative that is managed by the ILSI HESI.[72] Risk21 is closely affiliated with companies that may present conflicts of interest. A factsheet describing their work includes BASF, Bayer, Corteva Agriscience, ExxonMobil Biomedical Sciences, and Syngenta as participating organizations.[73] Further, a 2010 slide deck lists a number of chemical companies as funders, including BASF, Bayer, Dow, Dupont, and ExxonMobil.[74] In addition, the membership of the board of HESI, which manages Risk21, sheds light on potential conflicts of interest. While there are some academic and government members, the board is weighted towards corporate members including representatives from Procter & Gamble, Givaudan Fragrances, Shell, Pfizer, Merck & Co, ExxonMobil, the Angus Chemical Company, and Syngenta.[75]

The aspirations, focus, and outputs of Risk21 relate to significant scientific issues that are broadly applicable across all chemical risk evaluations – and are controversial. A potential conflict of interest or appearance of a loss of impartiality arises for Dr. Rowlands, as the positions on risk assessment principles and approaches developed under the Risk21 initiative are supported by funding from companies that have a strong financial interest in *how* conclusions about chemical risk are reached (i.e., the actual risk evaluation assumptions and methodologies employed).

Further, Dr. Rowlands has also served as the co-chair for ACC's Computational Profiling work group of its Health, Products and Science Policy Committee. As noted above, ACC's members include numerous companies that have a financial interest in the outcome of EPA's risk evaluations, including the revised Systematic Review Protocol.

Based on his previous employment at Dow and close affiliation with companies and trade organizations impacted by TSCA chemical evaluation and regulation, EDF believes that Dr.

---

[71] We confirmed on January 14, 2019 that Craig Rowlands was on the RISK21 Steering Committee via their website. RISK21 does not appear to make this information public any longer. A 2012 slide deck also documents his role on the RISK21 steering committee. See: https://www.yumpu.com/en/document/read/28784563/risk-assessment-for-the-21st-century-ilsi-health-and-/10.

[72] RISK21, "About RISK21," Accessed January 5, 2022, http://risk21.org/about-risk21/.

[73] "HESI Committee, Risk Assessment in the 21st Century (RISK21)," Health and Environmental Sciences Institute (HESI), Accessed January 5, 2022, https://hesiglobal.org/wp-content/uploads/2022/01/RISK21-2021-v2.pdf.

[74] Embry, M., Boobis, A., Pastoor, T. (2010). "RISK21 Risk Assessment for the 21st Century: A Vision and a Plan." Accessed January 5, 2022, http://hesiglobal.org/wp-content/uploads/sites/11/2016/06/Risk21_HESI_AMDraft_05-11-10.pdf.

[75] "2016-2017 HESI Board of Trustees," Health and Environmental Sciences Institute (HESI), Accessed January 5, 2022, http://hesiglobal.org/governance/.

Case 7:23-cv-00897-RJ    Document 622-3    Filed 09/10/25    Page 21 of 23

Rowlands has or is likely to have financial conflicts of interest or an appearance of a loss of impartiality with respect to TSCA chemical risk evaluations, including the revised Systematic Review Protocol.

\*      \*      \*      \*      \*

As detailed in these comments, EDF believes that these potential panelists have actual or potential financial conflicts of interest or an appearance of a loss of impartiality, the avoidance of which is required for inclusion on this SACC panel. We appreciate the opportunity to comment.

**Table 1. Corporate production[a] and release[b] data for chemicals expected to be assessed in the short term und** **Systematic Review Protocol.**

| Relevant Chemical (Next 20 & MRREs) | Dow 2016 CDR Data | Dow 2016-2020 TRI Data (lbs) | BASF 2016 CDR Data | BASF 2016-2020 TRI Data (lbs) | Bayer 2016 CDR Data | Bayer 2016-2020 TRI Data (lbs) | ExxonMobil Foundation 2016 CDR Data | ExxonMobil Foundation 2016-2020 TRI Data (lbs) |
|---|---|---|---|---|---|---|---|---|
| 1,1,2-Trichloroethane | / | Yes (387) | / | / | / | / | / | / |
| 1,2-Dichloroethane | / | Yes (7,784) | / | Yes (80,252) | / | / | / | / |
| 1,2-Dichloropropane | Yes | Yes (28,420) | / | / | / | / | / | / |
| 1,3-Butatiene | / | Yes (82,172) | Yes | Yes (177,187) | / | / | Yes | Yes (233,929) |
| 1,4-Dichlorobenzene | / | Yes (1) | / | / | / | / | / | / |
| Benzyl butyl phthalate (BBP) | / | NA | Yes | NA | / | NA | / | NA |
| Formaldehyde | / | Yes (113,822) | Yes | Yes (68,179) | / | Yes (53,895,452) | / | Yes (94,895) |
| Phthalic anhydride | / | Yes (6) | Yes | Yes (1,198) | / | / | Yes | Yes (70,700) |
| Di-isodecyl phthalate (DIDP)[c, d] | / | NA | Yes | NA | / | NA | Yes | NA |
| Di-isononyl phthalate (DINP)[d] | / | NA | Yes | NA | / | NA | / | NA |
| Octamethylcyclotetra-siloxane (D4)[d] | Yes | NA | / | NA | / | NA | / | NA |

[a] The Chemical Data Reporting (CDR) Rule data does not capture production occurring below the 2016 CDR reporting thresholds. We use because, as of January 26, 2022, EPA has not released 2020 CDR data.

[b] 2016-2020 TRI releases (cumulative total releases in lbs.); NA indicates that the chemical is not on the TRI List of Chemicals.

[c] The risk evaluation for DIDP includes two CAS Numbers (CAS No.s 26761-40-0 and 68515-49-1). The data in the table reflects CAS N

[d] EPA-granted manufacturer-requested risk evaluation (MRRE).