# EXHIBIT

# L

## Imaging

**From:** Julie Goodman <JGoodman@gradientcorp.com>
**Sent:** Monday, June 08, 2009 6:00 PM
**To:** Peter Valberg; Marc A. Nascarella
**Cc:** Nelson, Evan C.
**Subject:** FW: Submission to HERA

**From:** BLJRADM@aol.com [mailto:BLJRADM@aol.com]
**Sent:** Monday, June 08, 2009 5:59 PM
**To:** Julie Goodman
**Subject:** Re: Submission to HERA

Dear Colleague,

Thank you for submitting your manuscript for our review. Our policy is to appoint three reviewers within 7 days, followed by 30 days for them to submit their comments to me. Feel free to contact me at any time in regard to the status of our review. Best regards.

Barry L. Johnson, Ph.D.
Rollins School of Public Health
Emory University, Atlanta, GA
Editor in Chief/Managing Editor
*Journal of Human and Ecological Risk Assessment*

A Good Credit Score is 700 or Above. See yours in just 2 easy steps!

1

TEW 187

| | |
|---|---|
| **From:** | Julie Goodman <JGoodman@gradientcorp.com> |
| **Sent:** | Wednesday, August 26, 2009 2:10 PM |
| **To:** | Nelson, Evan C. |
| **Subject:** | FW: Completion of review of HERA ms 09-41 |
| **Attachments:** | HERA 09-41.Reviewer 1's comments.doc; HERA 09-41.Reviewer 2's comments.doc; HERA 09-41.Reviewer 3's comments.pdf; HERA 09-41.Reviewers' copy.doc |

**From:** BLJRADM@aol.com [mailto:BLJRADM@aol.com]
**Sent:** Monday, August 24, 2009 10:26 PM
**To:** Julie Goodman
**Cc:** BLJRADM@aol.com; cteaf@hswmr.com
**Subject:** Completion of review of HERA ms 09-41

Dear Dr. Goodman,

We have completed our review of your paper "Cigarette smoking may increase mesothelioma risk." I am sorry that the review took longer than usual, but two of the reviewers were rather tardy in completing their reviews due to vacation schedules.

Attached are the comments from the three reviewers. As you will note, all three recommended that the paper be rejected for publication in our journal. Given their comments, I as sorry that we will be unable to further consider your paper. I regret that the reviews were not more positive, but they may be of use should you send your paper to another journal.

Thank you for giving us the opportunity to consider your work.

Barry L. Johnson, Ph.D., F.C.R.
Rollins School of Public Health
Emory University, Atlanta, GA, USA
Editor in Chief/Managing Editor
*Journal of Human and Ecological Risk Assessment*
cc: Dr. Christopher Teaf, Florida State University, Senior Editor for Human Risk Assessment

1

Case 7:23-cv-00897-RJ    Document 622-12    Filed 09/10/25    Page 3 of 10

TEW 188

**HERA Editorial Office**
**2618 Riverglenn Circle, Atlanta, Georgia 30338 USA**
**Tel/Fax (770) 451-9411**
**Barry L. Johnson, Managing Editor**
**BLJRADM@aol.com**

**COMMENTS FOR HERA EDITOR ONLY:**

Manuscript Number: 09-41

Date manuscript received:        Date reply requested: <u>30 Days after Receipt</u>

**Overall Evaluation (indicate one)**

_____ Excellent in all respects

_____ Very important information, interesting findings

_____ Competent study, interesting findings

_____ Technically accurate, but limited contribution to the field

\_\_\_x\_\_\_ Significant limitations and/or flawed design or execution

_____ Insufficient data for a "full" research paper

_____ Suspicion of fraudulent data

**Recommendation (indicate one):**

_____ Accept, only copy editing necessary

_____ Accept, merits consideration for HERA's paper of year award

_____ Accept conditionally, some modification required (include comments)

_____ Reconsider, but only after extensive revision

_____X\_ Reject

**General comments to the editor**: This space may be used to explain your rating of the manuscript. Anonymous comments directed to the author(s) should be placed on attached review form.

I recommend that this paper be rejected for publication. First of all, it is an opinion piece and not a scientific article in the usual sense. Second, it is full of statements that are not supported by the published literature. Two of these unsupported statements are:

    1.      Ionizing radiation, which has been associated with mesothelioma in a number of epidemiological studies – NOT TRUE

Case 7:23-cv-00897-RJ     Document 622-12     Filed 09/10/25     Page 4 of 10

TEW 189

2. An association between smoking and mesothelioma has not been consistently noted in epidemiology studies conducted to date, most likely because they have all been statistically underpowered to assess this – NOT TRUE

**CONFIDENTIALITY: By accepting to be a reviewer you are required to maintain strict confidentiality regarding the content of the manuscript, the identity of the author(s), and the existence of this work until such time as it is officially accepted by the journal.**

TEW 190

**HERA Editorial Office**
**2618 Riverglenn Circle, Atlanta, Georgia 30338 USA**
**Tel/Fax (770) 451-9411**
**Barry L. Johnson, Managing Editor**
**BLJRADM@aol.com**

**COMMENTS FOR HERA EDITOR ONLY:**

Manuscript Number: 09-41

Date manuscript received:                    Date reply requested: 30 Days after Receipt

**Overall Evaluation (indicate one)**

_____ Excellent in all respects

_____ Very important information, interesting findings

_____ Competent study, interesting findings

_____ Technically accurate, but limited contribution to the field

____x_____ Significant limitations and/or flawed design or execution

_____ Insufficient data for a "full" research paper

_____ Suspicion of fraudulent data

**Recommendation (indicate one):**

_____ Accept, only copy editing necessary

_____ Accept, merits consideration for HERA's paper of year award

_____ Accept conditionally, some modification required (include comments)

_____ Reconsider, but only after extensive revision

_____X_ Reject

**General comments to the editor**: This space may be used to explain your rating of the manuscript. Anonymous comments directed to the author(s) should be placed on attached review form.

This paper presents what I consider a highly biased review of the evidence that tobacco exposure is associated with an increased risk of mesothelioma.   I strongly suspect the authors must work with someone with a strong financial interest in this subject.   I recommend rejecting this paper.

**CONFIDENTIALITY: By accepting to be a reviewer you are required to maintain strict confidentiality regarding the content of the manuscript, the identity of the author(s), and the existence of this work until such time as it is officially accepted**

TEW 191

**by the journal.**

## PEER REVIEWER'S COMMENTS

Manuscript Number:_____09-41_____

## Technical comments for submission to the author(s):

This paper presents a review of the evidence that exposure to tobacco smoke may be associated with an increased risk of mesothelioma. Based upon their review the authors conclude that "smoking should be considered a risk factor for mesothelioma, particularly in individuals not exposed to asbestos.". Unfortunately this is a highly one-sided review. The evidence that tobacco smoke is associated with mesothelioma is if anything extremely weak, and hardly convincing.

The strongest evidence against this hypothesis is the lack of any epidemiologic evidence of an excess risk of mesothelioma in studies of smokers. Contrary to the assertions of the authors there are not just a few studies (page 9, line 252). It is also very misleading to say the epidemiologic studies were statistically underpowered, (page 10, first paragraph). Many of these studies are extremely large. For example, the ACS study has over 1 million members and is one of the largest cohort studies ever performed. The exposure to tobacco in these cohorts is not rare, and thus these studies should be sufficiently powerful to detect even a small increased risk of mesothelioma from tobacco exposure. The only way these studies could be viewed as being underpowered is if the risk of mesothelioma from exposure tobacco is so small that it is impossible to measure it epidemiologically. This could be true but in that case the risk attributable to smoking is trivial and not of public health importance.

The authors also appear to ignore or dismiss experimental evidence that runs contrary to their hypothesis. For example the study by Selkon et al 1993 (discussed on page 5) raises doubts that particles from cigarette smoke would reach the mesothelium, and Selkon (1995) demonstrated that exposure to tobacco smoke does not increase proliferation of mesothelial cells. They also don't discuss invivo studies of animals exposed tobacco smoke which I don't believe show any increased risk of mesothelioma in exposed animals. They dismiss Selkon's findings because they were from short term exposures and humans have long term exposures (page 7 line 190). However, this same limitation applies to studies of nicotine exposure and proliferation of mesothelioma cells (discussed on page 8), which the authors seem to find persuasive enough to suggest elsewhere in the paper that nicotine is associated with mesothelioma (page 2, line 47).

Other comments:

Page 2, line 29 - asbestos has been generally reported to be associated with 80-90 %of cases. Thus the use of "majority" is an understatement.

Page 3, 1st paragraph – it should be noted that studies of phosphate fertilizer workers have not reported an excess of mesothelioma.

Page 10, first paragraph – the epidemiologic evidence is clearly not supportive of such an association.

TEW 192

**HERA Editorial Office**
**2618 Riverglenn Circle, Atlanta, Georgia 30338 USA**
**Tel/Fax (770) 451-9411**
**Barry L. Johnson, Managing Editor**
**BLJRADM@aol.com**

**COMMENTS FOR HERA EDITOR ONLY:**

Manuscript Number: 09-41

Date manuscript received:        Date reply requested: <u>30 Days after Receipt</u>

**Overall Evaluation (indicate one)**

_____ Excellent in all respects

_____ Very important information, interesting findings

_____ Competent study, interesting findings

_____ Technically accurate, but limited contribution to the field

_____ Significant limitations and/or flawed design or execution

____X____ Insufficient data for a "full" research paper

_____ Suspicion of fraudulent data

**Recommendation (indicate one):**

_____ Accept, only copy editing necessary

_____ Accept, merits consideration for HERA's paper of year award

_____ Accept conditionally, some modification required (include comments)

_____ Reconsider, but only after extensive revision

___X____ Reject

**General comments to the editor**: This space may be used to explain your rating of the manuscript. Anonymous comments directed to the author(s) should be placed on attached review form.

This manuscript constitutes little more than the kind of speculation that would go into a good proposal to test the hypothesis it professes to address. It also suffers from technical difficulties. Regarding speculation, for the most part for example, it quotes negative studies, criticizes those studies, and then concludes that because the negative studies are inadequate, it is possible that a positive effect may occur. While that may or may not be true, there is no directly positive evidence cited. There also appears to be complete lack of consideration of dose or dose/response. Moreover, in general, there appears to be no independent integration or

TEW 193

analysis of data. In some cases, for example, multiple studies are cited that appear to report disparate results, yet there is no attempt to reconcile or explain the differences, let alone the effect that such differences might have on the inferences stated.

With regard to technical limitations, among radiation studies, for example, the paper fails to address differences either in types of ionizing radiation (particularly with regard to gamma, which penetrates the body even from an external source, vs. alpha, which has limited penetration ability) or route of exposure (intravenous injection of contrast medium vs. inhalation of tobacco smoke). With regard to negative animal studies, the lack of significance is due to observation of mesotheliomas among controls as well as dosed animals, so it is not clear that the general observation of mesotheliomas across the multiple studies is "noteworthy". Perhaps a formal meta-analysis would be helpful here, but the paper does not provide one. With regard to transport, the authors do not distinguish between fibers and non-fibrous particles, which can be very different.

The authors have also included some relatively detailed discussions on topics that are ultimately extraneous. For example, whether p16 gene deletion in lung tissue can be shown to be associated with cigarette smoke, is irrelevant, if the components of smoke that causes the deletion do not make it to the pleura. Much of the animal and in-vitro study evidence cited suggests, potentially, that there may be components of cigarette smoke that might affect the pleura (although it is unclear of mesothelioma would be one of the relevant end points), assuming the components can get to the pleura. However, that all of the in vivo studies are negative (along with other studies cited that concern transport) suggests that the relevant smoke components do not get to the pleura. The logic in this paper is very fuzzy.

**CONFIDENTIALITY: By accepting to be a reviewer you are required to maintain strict confidentiality regarding the content of the manuscript, the identity of the author(s), and the existence of this work until such time as it is officially accepted by the journal.**

## PEER REVIEWER'S COMMENTS

Manuscript Number:_____09-41_____

### Technical comments for submission to the author(s):

Please provide, in order, general comments, followed by specific recommendations. In your review, assess the study's:

- Methodology

No real independent integration or analysis. The manuscripts strings together a set of loosely associated points without paying careful attention to the limitations of such associations and the gaps between them.

- data analysis

No real data analysis. Primarily, the paper quotes negative studies, criticizes

TEW 194

them, and then concludes that a positive effect is possible because it is not definitively ruled out, but provides no positive evidence. This is little more than speculation

- interpretation of findings

See above.

- cited bibliography

This is not a comprehensive review.

- relevance of tables and figures

There are none

- clarity of writing

The logic is fuzzy

- contribution to the field of risk assessment

This makes no real contribution; it is simply speculation.

- suspicion of fraudulent data or other impropriety in the manuscript

No suspicion of fraud or impropriety.

TEW 195