# EXHIBIT

# Q

## Examples of Industry Sponsors Reviewing Drafts of Dr. Goodman's Writings

1. Bus, JS; Su, S; Li, W; Goodman, JE. 2024. "Styrene Lung Cancer Risk Assessment: An Alternative Evaluation of Human Lung Cancer Risk Assuming Mouse Lung Tumors are Potentially Human Relevant and Operating by a Threshold-based Non-genotoxic Mode of Action." *J. Toxicol. Environ. Health B Crit. Rev.* 27(7):264-286. doi: 10.1080/10937404.2024.2380449.

   **Funding**: "Exponent and Gradient have received contracts from the Styrene Information and Research Center (SIRC) in support of this publication. Drafts of the manuscript have been shared with SIRC for comment; however, views presented in this study represent those of the authors. . . . The work was supported by the Styrene Information and Research Center (SIRC)." *Id.* at 283.

2. Li, W; Zhou, J; Boon, D; Fan, T; Anneser, E; Goodman, JE; Prueitt, RL. 2024. "Nickel in Ambient Particulate Matter and Respiratory or Cardiovascular Outcomes: A Critical Review." *Environ. Pollut.* 347:123442. doi: 10.1016/j.envpol.2024.123442

   **Funding**: "The work reported in this paper was conducted by the authors during their normal course of employment, with financial support by NiPERA, Inc., and a draft of this paper was reviewed by members of NiPERA, Inc. at the request of the authors." *Id.* at 25.

3. Prueitt, RL; Goodman, JE. 2024. "Evidence Evaluated by European Food Safety Authority Does Not Support Lowering the Temporary Tolerable Daily Intake for Bisphenol A." *Toxicol. Sci.* 198(2):185-190. doi: 10.1093/toxsci/kfad136.

   **Funding**: "Financial support for this work was provided by the American Chemistry Council. The financial sponsor was not involved in the design, analysis, interpretation of the evidence, or writing of this article but did review a draft of the article prior to submission for publication." *Id.* at 189.

4. LaKind, J; Burns, C; Pottenger, L; Naiman, D; Goodman, JE; Marchitti, S. 2021. "Does Ozone Inhalation Cause Adverse Metabolic Effects in Humans? A Systematic Review." *Crit. Rev. Toxicol.* doi: 10.1080/10408444.2021.1965086.

   **Funding**: "This work was supported by the American Petroleum Institute (API), which issued an RFP requesting proposals to conduct this research. . . .The API was given a courtesy copy of the draft manuscript but made no comments." *Id.* at 504.

5. Goodman, JE; Prueitt, RL; Boffetta, P; Halsall, C; Sweetman, A. 2020."'Good Epidemiology Practice' guidelines for pesticide exposure assessment." *Int. J. Environ. Res. Public Health* 17(14):5114. doi: 10.3390/ijerph17145114.

   **Funding**: "The work reported in this paper was conducted during the normal course of employment, with financial support provided by CropLife America. Gradient has conducted work on pesticide epidemiology methodology in regulatory comments

to US EPA and EFSA. That work informed this manuscript; however, it did not influence the work presented here. . . . CropLife America received a draft of this manuscript before it was submitted for publication, but was not involved with the conception or drafting of the manuscript." *Id.* at 13.

6. Goodman, JE; Kerper, LE; Prueitt, RL; Marsh, CM. 2020. "A Critical Review of Talc and Ovarian Cancer." *J. Toxicol. Environ. Health B.* 23(5):183-213. doi: 10.1080/10937404.2020.1755402.

> **Funding**: "The work reported in this paper was conducted during the normal course of employment, with financial support provided by CA Canada [(Cosemetics Alliance Canada)] and IMA-NA [(Industrial Minerals Association-North America)]. Gradient has conducted work on talc in general, and this topic specifically, in the context of litigation and regulatory comments to Health Canada. That work informed this manuscript; however, it did not influence the work presented here. CA Canada and IMA-NA received a draft of this manuscript before it was submitted for publication, but CA Canada and IMA-NA were not involved with the conception or drafting of the manuscript." *Id.* at 26.

7. Prueitt, RL; Cohen, JM; Goodman, JE. 2015. "Evaluation of Atherosclerosis as a Potential Mode of Action for Cardiovascular Effects of Particulate Matter." *Regul. Toxicol. Pharmacol.* 73(Suppl. 2):S1-S15. doi: 10.1016/j.yrtph.2015.09.034.

> **Funding**: "The authors are employed by Gradient, a private environmental consulting firm. The work reported in this paper was conducted during the normal course of employment. This paper was prepared with financial support from Concawe and was reviewed by members of Concawe while in preparation." *Id.*

8. Rhomberg, LR; Mayfield, DB; Goodman, JE; Butler, EL; Nascarella, MA; Williams, DR. 2015. "Quantitative Cancer Risk Assessment for Occupational Exposures to Asphalt Fumes During Built-up Roofing Asphalt (BURA) Operations." *Crit. Rev. Toxicol.* 45(10):873-918. doi: 10.3109/10408444.2015.1094450.

> **Funding:** "This paper was prepared with financial support from the Asphalt Roofing Environmental Council (AREC) and was reviewed by members of AREC while in preparation." *Id.* at 914.

9. Lamb, JC; Boffetta, P; Foster, WG; Goodman, JE; Hentz, KL; Rhomberg, LR; Staveley, J; Swaen, G; Van Der Kraak, G; Williams, AL. 2014. "Critical Comments on the WHO-UNEP State of the Science of Endocrine Disrupting Chemicals – 2012." *Regul. Toxicol. Pharmacol.* 69(1):22-40. doi: 10.1016/j.yrtph.2014.02.002.

**Funding Source**: "This review has been conducted with funding support from several sponsors: American Chemistry Council (ACC), CropLife America (CLA), CropLife Canada (CLS), CropLife International (CLI), European Chemical Industry Council (Cefic), and European Crop Protection Association (ECPA). These sponsors were provided an opportunity to review a draft of the paper and offer comments for consideration by the authors." *Id.* at 37.

10. Goodman, JE; Prueitt, RL; Sax, SN; Bailey, LA; Rhomberg, LR. 2013. "Evaluation of the Causal Framework Used for Setting National Ambient Air Quality Standards." *Crit. Rev. Toxicol.* 43(10):829-849. doi: 10.3109/10408444.2013.837864.

**Funding**: "The work reported in this paper was conducted by the authors during the normal course of employment at Gradient with financial support provided by the American Petroleum Institute (API). API is the major trade association of corporations in the petroleum sector, from discovery through production and refining. Drafts of this paper were reviewed by members or affiliates of API." *Id.* at 848.

11. Prueitt, RL; Rhomberg, LR; Goodman, JE. 2013. "Hypothesis-based Weight-of-evidence Evaluation of the Human Carcinogenicity of Toluene Diisocyanate." *Crit. Rev. Toxicol.* 43(5):391-435. doi: 10.3109/10408444.2013.790877.

**Funding**: "This paper was prepared with financial support from the International Isocyanate Institute (III) and was reviewed by members of the III while in preparation" *Id.* at 432.

12. Rhomberg, LR; Goodman, JE; Foster, WG; Borgert, CJ; Van Der Kraak, G. 2012. "A Critique of the European Commission Document, 'State of the Art Assessment of Endocrine Disrupters.'" *Crit. Rev. Toxicol.* 42(6):465-473. doi: 10.3109/10408444.2012.690367.

**Funding:** "The American Chemistry Council (ACC) provided funding to support preparation of this review. ACC was provided the opportunity to review a draft of the paper and offer comments for consideration by the authors." *Id.* at 472.

13. Rhomberg, LR; Bailey, LA; Goodman, JE; Hamade, AK; Mayfield, DB. 2011. "Is Exposure to Formaldehyde in Air Causally Associated with Leukemia? – A Hypothesis-based Weight-of-evidence Analysis." *Crit. Rev. Toxicol.* 41(7):555-621. doi: 10.3109/10408444.2011.560140.

**Funding**: "The preparation of this review was sponsored by the Formaldehyde Council. The Council was provided the opportunity to review a draft of the paper and offer comments for consideration by the authors." *Id.* at 617.