# EXHIBIT

# S

## Conclusions of Dr. Goodman's Systematic Reviews

1. **Boon, DN; Goodman, JE; Colonna, KJ; Espira, LM; Prueitt, RL. 2024. "A Systematic Review of the Epidemiology Evidence on Talc and Cancer."** *Crit. Rev. Toxicol.* **54(6):394-417. doi: 10.1080/10408444.2024.2351081.**

   **Funded By**: Essential Minerals Association (EMA). *Id.* at 412.

   **Conclusion**: "This is the first systematic review of all types of talc exposure (i.e. occupational, medicinal, and personal care product use) and all cancer types. We reviewed the literature and tabulated study characteristics, quality, and results in a systematic manner, and evaluated all cancer types for which studies of at least three unique populations were available in a narrative review. We focused on study quality aspects most likely to impact the interpretation of results. We found that with only one exception (Chang et al. 2019), no studies had direct exposure measurements for any individuals, though some used semi-quantitative exposure metrics, and few studies adequately assessed potential confounders. The only consistent associations were with ovarian cancer in case-control studies, and these associations were likely impacted by recall bias. *This systematic review indicates that **epidemiology studies do not support a causal association** between occupational or personal talc exposure and any cancer in humans*. Future studies using causal methods could complement this analysis and be helpful to address talc and cancer causation." *Id.* at 412.

2. **Prueitt, RL; Drury, NL; Shore, RA; Boon, DN; Goodman, JE. 2024. "Talc and Human Cancer: A Systematic Review of the Experimental Animal and Mechanistic Evidence."** *Crit. Rev. Toxicol.* **54(6):359-393. doi: 10.1080/10408444.2024.2349668.**

   **Funded By**: Essential Minerals Association (EMA). *Id.* at 386.

   **Conclusion:** "This systematic review of the experimental animal carcinogenicity and mechanistic evidence for talc indicates that an association between talc exposure and cancer is not expected in humans. Talc carcinogenicity has only been observed in one study in rats under conditions of lung particle overload, which is not relevant to human exposures. Lung particle overload is a nonspecific effect of high exposures to poorly soluble particles, and lung tumors observed under such conditions are not indicative of any carcinogenic properties of the particles themselves. The mechanistic studies indicate that talc is not genotoxic or mutagenic, but can induce some effects that could be events on a possible pathway to carcinogenicity, mainly at high exposures or in *in vitro* studies with exposures of unclear relevance *in vivo*, but these effects are not consistent across studies and cell types. Our conclusion that the lung tumors observed in rats in one carcinogenicity study with talc are specific to rat lung particle overload has a moderate level of confidence, given that additional studies that address some of the remaining uncertainties would confirm whether the lung tumors observed in rats are indeed attributable to particle overload conditions that are not relevant to other species, including humans. *In conclusion, we have found that **talc carcinogenicity is not plausible in any species except rats, and only when the exposure conditions are high enough** to induce lung particle overload, which is not relevant to human exposures*." *Id.* at 386.

1

3. **Li, W; Zhou, J; Boon, D; Fan, T; Anneser, E; Goodman, J; Prueitt, RL. 2024. "Nickel in Ambient Particulate Matter and Respiratory or Cardiovascular Outcomes: A Critical Review."** *Environ. Pollut.* 347:123442. doi: 10.1016/j.envpol.2024.123442

    **Funded By**: NiPERA, Inc. *Id.* at 25.

    **Conclusion**: "We critically reviewed the recent literature on the associations between exposure to nickel as a constituent in ambient PM and respiratory and cardiovascular outcomes, focusing on studies conducted in human populations. While some statistically significant associations were reported for select health outcomes and in select study populations, overall, these associations were not consistently reported. We note that the studies are subject to multiple methodological limitations, primarily ecological fallacy (short-term exposure studies), exposure measurement error, confounding, model misspecification, and multiple comparisons issue. Our evaluation of causality under the framework of key aspects of the Bradford Hill criteria showed that strong, precise, and consistent associations are not reported in the literature to date. Statistically significant findings for long-term exposure to nickel in PM were largely reported in studies that could not establish temporality, despite their cohort study design. Statistically significant findings for short-term exposure to nickel in PM were largely reported in studies that could establish temporality, although this cannot inform causal inference at the individual level due to the aggregate level data used. The few statistically significant findings are not coherent with the lack of associations in controlled human exposure studies with ambient exposure levels and inconsistent evidence of associations in experimental animal studies with high nickel in PM exposures that are not relevant to humans. In addition, while there is evidence for several plausible, biological mechanisms, the exposure-response studies of these mechanisms do not provide direct evidence for biological plausibility at ambient exposure levels of nickel in PM. *Taken together, we conclude that, while some associations have been reported by the studies published to date,* ***collectively, the literature as a whole does not provide adequate support for a causal relationship*** *between nickel in ambient PM and respiratory or cardiovascular outcomes*." *Id.* at 25.

4. **Li, W; Long, C; Fan, T; Anneser, E; Chien, J; Goodman, JE. 2023. "Gas Cooking and Respiratory Outcomes in Children: A Systematic Review."** *Glob. Epidemiol.* 5:100107. doi: 10.1016/j.gloepi.2023.100107.

    **Funded By**: American Gas Association. *Id.* at 19.

    **Conclusion**: "We conducted the first systematic review of gas cooking or indoor $NO_2$ and asthma or wheeze in children that included an in-depth evaluation of study heterogeneity and study quality. We reviewed 66 relevant studies, including those in the most recent meta-analysis by Lin et al. [93]. We found that most of the studies are cross-sectional by design. The few cohort studies that could establish temporality largely reported null results. There is large variability across studies in terms of study region, age of children, gas cooking exposure definition, and asthma or wheeze outcome definition, precluding clear interpretations of meta-analysis estimates such as those reported in Lin et al. [93]. Furthermore, a large proportion of the studies are subject to multiple sources of bias and

inaccuracy, primarily due to self-reported gas cooking exposure or respiratory outcomes, insufficient adjustment for key confounders and unestablished temporality. *We conclude that the epidemiology literature is limited by high heterogeneity and low study quality and, therefore, **it does not provide sufficient evidence regarding causal relationships** between gas cooking or indoor NO$_2$ and asthma or wheeze*. We caution against over-interpreting the quantitative evidence synthesis estimates from meta-analyses of these studies." *Id.* at 19.

5. Prueitt, RL; Hixon, ML; Fan, T; Olgun, NS; Piatos, P; Zhou, J; Goodman, JE. 2023. "Systematic Review of the Potential Carcinogenicity of Bisphenol A in Humans." *Regul. Toxicol. Pharmacol.* **142**:105414. doi: 10.1016/j.yrtph.2023.105414.

    **Funded By**: American Chemistry Council. *Id.* at 35.
    **Conclusion**: "We conducted a systematic review of the available evidence from epidemiology and experimental animal studies to assess whether it supports BPA as a human carcinogen. We found that epidemiology studies have many limitations that increased the risk of biased results, but overall, the studies do not provide clear and consistent evidence for an association between BPA exposure and the development of any type of cancer. The experimental animal studies also do not provide strong and consistent evidence that BPA is associated with the induction of any type of cancer. Some of the proposed mechanisms for BPA carcinogenicity are biologically plausible, particularly in in vitro systems, but the relevance to cancer development in humans is not clear and such mechanisms are not consistent with the lack of evidence for BPA carcinogenicity in humans and experimental animals. *We conclude that there is **inadequate evidence to support a causal relationship between BPA exposure and human carcinogenicity** based on inadequate evidence in humans and evidence from experimental animal studies that suggests a causal relationship is not likely*. As such, the epidemiology studies and the lower quality experimental animal studies should be interpreted with caution, particularly if they are to be used for regulatory decision making." *Id.* at 35.

6. Goodman, JE; Ticknor, RC; Zhou, J. 2022. "Systematic Review of Perchloroethylene and Non-Hodgkin's Lymphoma." *Glob. Epidemiol.* **4**:100077. doi: 10.1016/j.gloepi.2022.100077.

    **Funded By:** No outside funding. *Id.* at 14.
    **Conclusion:** "IARC classified PCE as 'probably carcinogenic to humans,' and US EPA concluded that PCE is a 'likely' human carcinogen. While ATSDR reported studies that suggested an association between PCE exposure and NHL, IARC acknowledged that no consistent patterns were observed for NHL. The available animal studies did not report that oral or inhalation exposure to PCE causes lymphomas. In addition, while reported risk estimates ranged from 0.33 to 9.68 in epidemiology studies, most values were null, were based on small numbers, and had very large CIs. These studies also generally relied on uncertain exposure assessments and did not adequately consider co-exposure to other chemicals, other risk factors, or multiple comparisons. All of these factors impact the interpretation of results and were not adequately considered by IARC, ATSDR, or US EPA.

While a fully independent systematic review is generally preferred, one must determine how necessary it is to reinvent the wheel, so to speak. In this case, US EPA conducted a very thorough and comprehensive literature search and was very clear and transparent regarding the search methods. We did not feel it would add anything to conduct an independent search for articles published before the US EPA review was completed. Literature searches are very labor intensive and this is one way to make an independent review more efficient.

Our analysis is unique in that we determined a few aspects of epidemiology study quality, some of which impact risk of bias, to evaluate systematically. Other agencies have either not evaluated study quality systematically, or looked at many aspects of quality but then did not incorporate them into the causal analysis to any degree, much less systematically. We focused on what we considered to be the most critical aspects in terms of impact on the interpretation of study findings and found it to be sufficient to judge the reliability of study results. We did not ignore other aspects of quality, but only considered them after we assessed these major quality aspects.

We have demonstrated how a review can be conducted efficiently and in a systematic and rigorous manner by relying on a prior literature search and focusing on a small number of study quality aspects. Using this methodology, we found that the overall study quality was low, so results were not reliable. Even setting that aside, reported risk estimates were mostly null, ranged widely, and often had extremely wide CIs, indicating unstable risk estimates. In addition, there was no consistent evidence of dose-response. *As such, **scientific evidence does not support a causal association between PCE exposure and NHL***. Future epidemiology research, and reviews of that research, should focus on the aspects of study quality that are most likely to impact the interpretation of results." *Id.* at 13-14.

7. **LaKind, J; Burns, C; Pottenger, L; Naiman, D; Goodman, JE; Marchitti, S. 2021. "Does Ozone Inhalation Cause Adverse Metabolic Effects in Humans? A Systematic Review."** *Crit. Rev. Toxicol.* **doi: 10.1080/10408444.2021.1965086.**

**Funding**: American Petroleum Institute (API). *Id.* at 504.

**Conclusion**: "We evaluated the epidemiology and toxicology literature on ozone and metabolic outcomes using a streamlined systematic review approach. *For T1D, overweight/obesity, and metabolic syndrome, the available evidence is **insufficient for causal assessment***. For T2D, the evidence is conflicting and the overall conclusion unresolved, with *the authors of this paper **supporting a conclusion of insufficient evidence or suggestive evidence***. The differences in these conclusions compared to those of the US EPA are likely explained by differences in the approach to developing PECO statements, the literature included in the review, and the process used for evidence integration." *Id.* at 504.

The growing body of systematic review guidelines is becoming increasingly complex. As systematic review processes continue to evolve, it is worth exploring the following challenging questions:
- To what extent should related health outcomes be combined or kept distinct?
- Can the elements used to select studies suitable for causal inference be tightly

4

  focused to enhance transparency in the evaluation?
- How fine a gradation should be included in evidence integration tiers and what purposes do additional categories serve?" *Id.* at 504.

8. Prueitt, RL; Li, W; Edwards, L; Zhou, J; Goodman, JE. 2022. "Systematic Review of the Association Between Long-term Exposure to Fine Particulate Matter and Mortality." *Int. J. Environ. Health Res.* doi: 10.1080/09603123.2021.1901864.
  **Funding:** American Petroleum Institute (API). *Id.* at 1682.
  **Conclusion:** "We conducted a review of the epidemiology studies of long-term exposure to ambient $PM_{2.5}$ and mortality using a transparent systematic review framework based on best practices for evaluating study quality and integrating evidence. There is some consistency across studies for reporting positive associations, but these associations are weak and several important methodological issues have led to uncertainties with regard to the evidence from these studies, including potential confounding by measured and unmeasured factors, exposure measurement error, and model misspecification. Because these uncertainties provide a plausible, alternative explanation to causality for the weakly positive findings across studies, we concluded that the evidence for a causal relationship between long-term exposure to ambient $PM_{2.5}$ concentrations and mortality (all-cause or non-accidental) from these studies is inadequate. Our review shows that a relatively consistent pattern of weak, positive associations does not necessarily lead to a conclusion of causality when study quality is incorporated into the evaluation and integration of evidence in a consistent manner and alternative explanations for the evidence are explored. *Our conclusion that the evidence for a causal relationship between long-term ambient $PM_{2.5}$ exposure and mortality is inadequate is based on the many study limitations and uncertainties associated with the evidence*, and indicates that the epidemiology studies of $PM_{2.5}$ and mortality should be interpreted with caution, particularly if they are to be used for regulatory decision making." *Id.* at 1681-1682.

9. Prueitt, RL; Li, W; Chang, Y-C; Boffetta, P; Goodman, JE. 2020. "Systematic Review of the Potential Respiratory Carcinogenicity of Metallic Nickel in Humans." *Crit. Rev. Toxicol.* 50(7):605-639. doi: 10.1080/10408444.2020.1803792.
  **Funding:** NiPERA, Inc. *Id.* at 635.
  **Conclusion:** "We conducted a systematic review of the potential carcinogenicity of metallic nickel, focusing on cancers of the respiratory tract. We evaluated the quality and RoB of the relevant epidemiology, experimental animal, and *in vitro* mechanistic studies and critically assessed whether metallic nickel should be considered a human respiratory carcinogen. Our evaluation of the epidemiology studies indicates that there is no substantive evidence of increased respiratory cancer risk in workers exposed predominantly to metallic nickel. The experimental animal evidence indicates that metallic nickel does not increase the incidence of respiratory tumors in rodents exposed by inhalation. The *in vitro* studies have little relevance to humans, as they bypass normal clearance mechanisms and do not consider the low bioavailability of nickel ions from metallic nickel particles in the cell nucleus. Nevertheless, the mechanistic evidence indicates that metallic nickel can induce

DNA strand breaks under certain conditions *in vitro*, but is not mutagenic, suggesting that the concentrations of metallic nickel achieved in vivo are below the threshold for DNA damage or that any DNA damage induced by metallic nickel is repaired. *After integrating the evidence from all of these study types, we conclude that there is **no causal relationship between metallic nickel exposure and respiratory cancer in humans***." *Id.* at 635.

10. **Goodman, JE; Kerper, LE; Prueitt, RL; Marsh, CM. 2020. "A Critical Review of Talc and Ovarian Cancer."** *J. Toxicol. Environ. Health B***. doi: 10.1080/10937404.2020.1755402.**

    **Funding**: Cosmetics Alliance Canada (CA Canada) and Industrial Minerals Association-North America (IMA-NA). *Id.* at 26.

    **Conclusion**: "The controversy surrounding talc and ovarian cancer began after reports of positive associations in case-control studies. However, when this evidence is balanced with other lines of evidence, namely cohort investigations, animal data, genotoxicity, *in vitro*, exposure, and transport studies, the hypothesis that talc produces ovarian cancer is not adequately supported by the evidence as a whole. The alternative hypothesis of no causation best fits the evidence across all scientific disciplines, and only requires an explanation for positive associations in the case-control studies, that recall and other biases likely impacted their observations. *This explanation is well-supported; thus, it is concluded that the available evidence **does not support a causal association** between talc and ovarian cancer*." *Id.* at 26.

11. **Zu, K; Shi, L; Prueitt, RL; Liu, X; Goodman, JE. 2018. "Critical Review of Long-term Ozone Exposure and Asthma Development."** *Inhal. Toxicol.* **30(3):99-113. doi: 10.1080/08958378.2018.1455772.**

    **Funding:** Electric Power Research Institute (EPRI). *Id.* at 111.

    **Conclusion:** "Available epidemiology studies of long-term ozone exposure, including *in utero* exposure, and development of childhood asthma reported inconsistent findings, which were further weakened by considerable methodological limitations in exposure and outcome assessments, and in statistical analyses. Epidemiology findings regarding long-term ozone exposure and adult-onset asthma, from one unique population with limited generalizability to the general population, were also limited by considerable uncertainties due to exposure measurement error and a lack of adjustment for key confounders. While experimental evidence suggests that it may be biologically plausible that long-term ozone exposure could contribute to asthma development, it has not established a definitive mode of action. ***Future research is needed to address key uncertainties** regarding the role of ambient ozone exposure in asthma development*." *Id.* at 111.

12. **Goodman, JE; Zu, K; Loftus, CT; Lynch, HN; Prueitt, RL; Mohar, I; Shubin, SP; Sax, SN. 2018. "Short-term Ozone Exposure and Asthma Severity: Weight-of-evidence Analysis."** *Environ. Res.* **160:391-397. doi: 10.1016/j.envres.2017.10.018.**

    **Funding**: Texas Commission on Environmental Quality. *Id.* at 396.

**Conclusion**: "During the most recent review of the ozone NAAQS, US EPA concluded that short-term ozone exposure causes respiratory morbidity and that individuals with asthma constitute a group susceptible to ozone. These conclusions were based largely on observed associations between short-term ozone exposure and various outcomes related to asthma severity, including ED visits and HA for asthma, and changes in lung function and reported respiratory symptoms in individuals with asthma (US EPA, 2013).

"However, while the totality of the evidence is suggestive of an association between short-term exposure to ambient ozone concentrations and asthma severity, it is not sufficiently strong to infer a causal relationship, and several plausible alternative explanations for positive findings cannot be ruled out with confidence. *We conclude that the evidence is **sufficient to conclude that a causal relationship is at least as likely as not**, but not sufficient to conclude that a causal relationship exists*. The substantial uncertainty in the body of evidence should be taken into consideration when this evidence is used for policymaking." *Id.* at 396.

13. Prueitt, RL; Lynch, HN; Zu, K; Shi, L; Goodman, JE. 2017. "Dermal Exposure to Toluene Diisocyanate and Respiratory Cancer Risk." *Environ. Int.* 109:181-192. doi:10.1016/j.envint.2017.09.017.

   **Funding:** International Isocyanate Institute. *Id.* at 191.
   **Conclusion:** "We evaluated whether it is likely that dermal exposure to TDI can cause human respiratory cancers by critically reviewing and integrating the results of relevant epidemiology, toxicity, and toxicokinetics studies. We found that the reported associations between respiratory cancers and being a female worker in the polyurethane foam industry do not support TDI as a causal factor for these cancers, because there are other explanations for this association that are much more likely than causation, particularly confounding by smoking and low SES. In the only epidemiology study to address potential dermal exposures to TDI, the statistically significant increasing trend of lung cancer risk in a post hoc analysis of finishing workers in polyurethane foam manufacturing is not supported by quantitative information on those workers' dermal exposures to TDI, and may be contradicted by the statistically significant decreasing trend in risk for specific finishing tasks related to foam cutting observed in the same study.

   "We also found that it is not biologically plausible that dermal TDI exposure is a causal factor for respiratory cancers, because systemic uptake of TDI is lowest by this route, relative to other exposure routes, and any absorbed TDI is more likely to react with biomolecules on or below the skin surface than to form TDA. It is clear from the experimental animal and genotoxicity data that the carcinogenic potential of TDI depends upon its in vivo conversion to free TDA, and there is no evidence that free TDA is systemically available after dermal exposure to TDI.

   "Even if some TDA formation occurred after dermal exposure to TDI, TDA has not been shown to induce respiratory tract tumors in experimental animals via dermal or oral exposure. While 2,4-TDA has been shown to cause tumors in several other organ systems in rodents, the epidemiology studies we reviewed did not report increased incidences of any of these tumor types. Thus,

7

there is no evidence that dermal exposure to TDI in humans has the unique capability to cause respiratory tract tumors but not tumors at any of the sites known to be affected by TDA in rodents. There is also no evidence that dermal exposure is a more likely explanation for the increased incidence of respiratory cancers in the epidemiology studies than confounding by smoking and/or low SES.

"Our analysis is limited by the small number of relevant studies that are available. There are no studies of cancer risk in polyurethane foam workers with quantitative information on dermal TDI exposures, and there are no dermal toxicokinetic data in humans. There is also a lack of carcinogenicity and genotoxicity studies of dermally-applied TDI in experimental animals. Although additional studies that fill these data gaps would contribute to a more robust analysis, the available studies provide sufficient evidence to indicate that TDI is unlikely to be a respiratory carcinogen by the dermal route.

"*We thus conclude that the available evidence **does not indicate that dermal exposure to TDI causes respiratory cancer** in humans.*" *Id.* at 191.

14. **Lynch, HN; Loftus, CT; Cohen, JM; Kerper, LE; Kennedy, EM; Goodman, JE. 2016. "Weight-of-evidence Evaluation of Associations between Particulate Matter Exposure and Biomarkers of Lung Cancer."** *Regul. Toxicol. Pharmacol*. **82: 53-93. doi:10.1016/j.yrtph.2016.10.006.**

   **Funding**: Exxon Mobil Biomedical Sciences, Inc. *Id.* at 89.
   **Conclusion**: We conclude that the overall WoE indicates it is plausible that PM of various size fractions may cause direct DNA damage, but the evidence is insufficient regarding the alternative MoAs we evaluated. **More research is needed** to determine whether DNA damage can lead to downstream events that can ultimately lead to lung cancer. *Id.* at 89.

15. **Prueitt, RL; Rhomberg, LR; Guan, N; Goodman, JE; X, Jin. 2016. "Evaluation of the Carcinogenicity of Toluene Diisocyanate."** *Asian J. Ecotoxicol.* **doi: 10.7524/AJE.1673-5897.20160112001.**

   **Funding**: unknown[1]
   **Conclusion**: "*We conclude that a causal relationship between TDI exposure and carcinogenic effects is not plausible in humans*, because the conversion of TDI to TDA does not occur in mammalian species under physiological exposure conditions." *Id.* at 27.

16. **Goodman, JE; Prueitt, RL; Sax, SN; Pizzurro, DM; Lynch, HN; Zu, K; Venditti, FJ. 2015. "Ozone Exposure and Systemic Biomarkers: Evaluation of Evidence for Adverse Cardiovascular Health Impacts."** *Crit. Rev. Toxicol*. **45(5):412-452. doi: 10.3109/10408444.2015.1031371.**

   **Funding**: Texas Commission on Environmental Quality (TCEQ). *Id.* at 449.
   **Conclusion**: "Our evaluation indicates that the totality of the evidence does not support a causal relationship, but when considering study limitations, we conclude

---

[1] This article was not written in English, and PLG was only able to obtain the abstract in English. Regardless, the conclusion of this article is clearly stated in the abstract.

that the currently available evidence as a whole is not sufficient to make a scientifically formed judgment regarding a lack of a causal relationship or to conclude that a causal relationship is at least as likely as not. Thus, *we categorize the **strength of evidence for a causal relationship** between short-term exposure to ambient ozone and adverse changes in levels of atherosclerosis-related biomarkers as 'below equipoise*.'" *Id.* at 449.

17. Goodman, JE; Prueitt, RL; Sax, SN; Lynch, HN; Zu, K; Lemay, JC; King, JM; Venditti, FJ. 2014. "Weight-of-evidence Evaluation of Short-term Ozone Exposure and Cardiovascular Effects." *Crit. Rev. Toxicol.* 44(9):725-790. doi: 10.3109/10408444.2014.937854.
    **Funding**: American Petroleum Institute (API). *Id.* at 785.
    **Conclusion**: "The current WoE provides no convincing case for a causal relationship between short-term ozone exposure and adverse effects on the CV system, and the few positive associations reported in some studies are most likely attributable to alternative explanations. Because of the limitations of the available studies, however, they do not provide definitive evidence regarding a lack of causation. *We conclude that the evidence as a whole is not sufficient to make a scientifically formed judgment regarding a lack of causality, and **we categorize the strength of evidence for a causal relationship between short-term exposure to ozone and adverse CV effects as 'below equipoise*.'"** *Id.* at 785.

18. Goodman, JE; Prueitt, RL; Chandalia, J; Sax, SN. 2014. "Evaluation of Adverse Human Lung Function Effects in Controlled Ozone Exposure Studies." *J. Appl. Toxicol.* 34(5):516-524. doi: 10.1002/jat.2905.
    **Funding:** American Petroleum Institute (API). *Id.* at 523.
    **Conclusion**: "Inhaled ozone of sufficient concentration produces vagal nerve stimulation and resulting physiological changes in pulmonary function. These changes, including bronchoconstriction, are measurable apical effects. In addition, antioxidants within airway lining fluid prevent ozone-mediated cellular and tissue oxidation in a time- and concentration-dependent manner; ozone can cause adverse effects only when these defenses are saturated. Therefore, a threshold exists below which nerve activation is minimal and where antioxidant defenses are sufficient to protect against adverse effects from ozone.

    "Studies of humans exposed to ozone under controlled conditions indicate that ozone can cause decreased lung function and respiratory symptoms at sufficiently high concentrations. We evaluated the data from studies of controlled human exposures below 80 ppb using the Adverse Effects/Causation Framework and found that, below 72 ppb, lung function effects are primary effects, but are isolated, independent and not statistically different in subjects exposed to ozone compared to those exposed to FA, indicating a lack of causation. Up to about 72 ppb, lung function effects are not adverse because they are transient, reversible and of low severity, as they do not interfere with normal activity and do not result in permanent respiratory injury or progressive respiratory dysfunction.

    "Overall, *controlled human exposure studies do **not demonstrate a causal association between ozone concentrations** in the range of current NAAQS and*

9

*adverse effects on lung function.*" *Id.* at 523.

19. **Goodman, JE; Peterson, MK; Bailey, LA; Kerper, LE; Dodge, DG. 2014. "Electricians' Chrysotile Asbestos Exposure from Electrical Products and Risks of Mesothelioma and Lung Cancer."** *Regul. Toxicol. Pharmacol***. 68(1):8-15. doi: 10.1016/j.yrtph.2013.10.008.**

    **Funding**: initial research funded by "litigation matters in which one of the authors (Julie E. Goodman) served as an expert witness." *Id.* at 13.

    **Conclusions**: "Chrysotile fibers encapsulated in plastic or resin molding in electrical products are not likely to gain entry into the respiratory system if released. Even if they are released during grinding or drilling (resulting in the highest possible exposures), they are likely to be short. Short chrysotile fibers are not biopersistent in the lung and are readily cleared. As a result, they are much less toxic than longer fibers and much less likely to cause disease.

    Electricians working with plastic or resin molding in electrical products (within which chrysotile fibers were encapsulated) were likely exposed to other products containing other types of asbestos, including amphibole, through renovation/demolition work or bystander exposure from the work of other skilled craftsmen. Studies that evaluated electricians' exposure to asbestos during normal work tasks (even grinding or drilling products containing encapsulated chrysotile) have generally found low asbestos concentrations in air. All electrician exposure studies reported 8-h TWA values below the current OSHA PEL of 0.1f/cc for all asbestos types combined. In contrast, studies of other craftsmen, such as insulators, reported asbestos levels that were relatively high. In addition, automobile brake workers, who had higher exposures to chrysotile than electricians, have not been shown to have an increased risk for mesothelioma, indicating that both brake workers' exposures and electricians' exposures from electrical products are below the threshold for carcinogenesis.

    *Overall, the industrial hygiene, epidemiology, toxicology, and mechanistic evidence* ***does not indicate that exposure to chrysotile in electrical products causes mesothelioma or lung cancer*** *in electricians*. We conclude that, in epidemiology studies reporting an increased risk of mesothelioma or lung cancer among electricians, the most likely cause of lung cancer is smoking, and the most likely cause of mesothelioma is exposure to amphibole asbestos as a result of renovation/demolition work or working in close proximity to other skilled craftsmen." *Id.* at 13.

20. **Prueitt, RL; Rhomberg, LR; Goodman, JE. 2013. "Hypothesis-based Weight-of-evidence Evaluation of the Human Carcinogenicity of Toluene Diisocyanate."** *Crit. Rev. Toxicol***. 43(5):391-435. doi: 10.3109/10408444.2013.790877.**

    **Funding**: International Isocyanate Institute (III). *Id.* at 432.

    **Conclusion**: "The final step of the HBWoE approach is to formulate conclusions regarding the weight of the evidence, and to include in this discussion proposed next steps that would help inform outstanding questions and resolve any ambiguous interpretations of the data. In our application of the HBWoE approach to evaluate the potential human carcinogenicity of TDI, we found that the epidemiology data

10

are not sufficiently robust to support TDI as a human carcinogen. The available studies do not report consistent results, and there were no positive exposure–response relationships for any of the reported cancer outcomes. Because of the many limitations of these studies, the few positive findings may be a result of other factors or statistical anomalies. Long-term studies of workers with carefully monitored exposures to TDI and minimal exposures to other potentially carcinogenic substances would resolve some of the limitations and help lead to more conclusive results, but such studies are not feasible.

"The experimental animal studies indicate that inhalation exposure to TDI is not a causal factor for tumor induction in rats and mice, whereas the tumors observed after oral gavage exposure can be explained by the conversion of approximately 5% of the administered TDI to TDA, a known rodent tumorigen. Further, TDA is formed under the conditions of in vitro genotoxicity assays with TDI, and consistent with the animal data, TDI is only genotoxic under these conditions but not in rodents or humans *in vivo* after inhalation exposure. Additional studies that would resolve some data gaps and may strengthen the certainty of our conclusions include further evaluations of TDI and TDA toxicokinetics to examine the potential for free TDA formation in humans after inhalation of TDI, as well as studies to determine the sensitivity of rodents to TDI and TDA compared to humans.

"For the data to be supportive of the carcinogenicity of TDI across mammalian species, it must be accepted that TDI is a genotoxic carcinogen in experimental animals and can also induce cancer in humans exposed to TDI through inhalation, even though there is a large body of evidence that does not support this *in vivo*. Rather, the tumors observed in mice and rats exposed by oral gavage should not be interpreted as providing information about the potential human carcinogenicity of TDI because human exposures occur via inhalation and do not result in the formation of TDA to a biologically significant degree. The weight of the available evidence more strongly indicates that the conversion of TDI to TDA *in vivo* is not a common underlying process for carcinogenicity across mammalian species under physiological exposure conditions, and the few positive associations observed in epidemiology studies can be attributed to alternative explanations. *Thus, **a causal association between TDI exposure and carcinogenic effects is not plausible** in humans*." *Id.* at 432

21. **Rhomberg, LR; Goodman, JE; Prueitt, RL. 2013. "The Weight of Evidence Does Not Support the Listing of Styrene as 'Reasonably Anticipated to be a Human Carcinogen' in NTP's Twelfth *Report on Carcinogens*." *Hum. Ecol. Risk. Assess.* 19(1):4-27. doi: 10.1080/10807039.2012.650577.**

    **Funding**: Styrene Information and Research Center (SIRC). *Id.* at 24.
    **Conclusion:** "The NTP (2011) classification of styrene as 'reasonably anticipated to be a human carcinogen' based on 'limited' evidence of carcinogenicity in humans, 'sufficient' evidence of carcinogenicity in animals, and supporting mechanistic data is not scientifically supported, given that the available data do not meet these criteria. Because of this, styrene should not be listed in NTP's Report on Carcinogens.

11

The rationale for using rodent bioassay results as indicators of possible human carcinogenicity rests on the broad similarity among mammals in anatomy, physiology, and biochemistry; the applicability of a rodent response as an indicator of potential human risk amounts to hypothesizing that, owing to this underlying commonality, the carcinogenic processes responsible for the animal results could also plausibly occur in humans. That is, one is hypothetically generalizing the phenomenon from the particular animal species showing the response to other mammals, including humans.

For styrene, however, it is clear that the processes responsible for the tumorigenesis observed in mice do not occur in rats. It is not only that rats do not how a tumor impact of styrene inhalation (the hypothesized generality of which across mammals is the basis for inferring its relevance to humans), but also that the specific mode of action—the tissue-specific metabolic activation—is not present. In short, the proposed generalization of effects across mammals is contradicted. Moreover, there is no indication that the mode of action would be present in humans, either.

To bring together experimental animal, human, and mode-of-action data into an overall weight-of-evidence conclusion about the potential for human carcinogenicity, one seeks to characterize the likelihood of a common thread that ties together the evidence from the different sources and proposes a biologically plausible line of reasoning as to why a potential hazard in humans is indicated. For styrene, there is no such commonality. The mouse tumor responses are best interpreted as a species-specific phenomenon that does not apply to rats, so any 'sufficiency' of animal evidence does not apply to all animals—and to the degree that it does not, its applicability to humans is also questionable, because one would have to propose why, against all available evidence, humans should be like the mice and not like the rats in their response to styrene. There are no consistent responses among the human data of the kind that one would expect if there were true biological causation. The diversity of proposed tumor endpoints in human studies raises more questions than it answers—why is it that styrene would affect some tumor responses in some studies, and other responses (requiring other modes of action) in other studies? If there were truly a mode of action of sufficient generality and broadness to cause such a variety of tumor responses in humans, why is there no sign of it—and why is there no indication of hematopoietic cancers—in rats or in mice? *Taken together, these data* ***do not support the characterization of styrene as 'reasonably anticipated to be a human carcinogen' and styrene should not be listed in NTP's Report on Carcinogens***." *Id.* at 23-24.

22. **Prueitt, RL; Goodman, JE; Bailey, LA; Rhomberg, LR. 2011. "Hypothesis-based Weight-of-evidence Evaluation of the Neurodevelopmental Effects of Chlorpyrifos." *Crit. Rev. Toxicol.* 41(10):822-903. doi: 10.3109/10408444.2011.616877.**

   **Funded by:** Dow Agro Sciences. *Id.* at 899.
   **Conclusion**: "As regulatory agencies make greater use of human data in chemical risk assessments, it will be a challenge to determine how to assess all of the data that are relevant to the question of human disease causation. We compared three frameworks that have been proposed to guide risk assessors in this endeavor and

12

assessed how well each framework incorporates key aspects of WoE.

"While the three WoE frameworks each include a systematic review of the quality of the individual studies and examine the data within a particular line of evidence (*i.e.*, epidemiology, animal toxicology, or MoA studies), the US EPA and ECETOC frameworks provide little guidance for integrating all of the relevant data. By contrast, the HBWoE framework integrates all of the relevant data within the context of proposed hypotheses, so that each line of evidence can inform the interpretation of one another. Further, the HBWoE framework compares the various accounts of the observations at hand, discussing consistencies and inconsistencies within the data and the *ad hoc* assumptions required to support each account, tracing the logic and reasoning for how the data support (or do not support) each account's hypotheses. The HBWoE framework emphasizes the importance of how each piece of information (positive or negative) might inform interpretation of one another, and how studies of varying quality (even poor quality) need to be considered, characterizing the uncertainty and plausibility of alternative conclusions while integrating all of the data relevant to potential human disease causation questions.

"In our application of the HBWoE framework to evaluate the data relevant to examining whether there is a causal association between exposure to chlorpyrifos and adverse neurodevelopmental effects in humans, we found that the epidemiology data are not sufficiently robust to support the hypothesis that chlorpyrifos is a causal factor for neurodevelopmental effects. The available studies do not report consistent results, and there is a lack of clear exposure-response information. Because of the many uncertainties in these studies, the few positive results may also support alternative explanations that other factors are causal for the reported outcomes, or that the observed associations are statistical anomalies. In addition, the animal toxicity data do not provide clear evidence that chlorpyrifos is associated with neurodevelopmental effects at doses that are below the threshold for inhibition of AChE in the brain; this would be relevant to exposures in the epidemiology studies, which are at least 1000-fold lower than those used in the animal studies. Further, the mechanisms proposed to underlie potential neurodevelopmental effects in humans at doses below those associated with inhibition of AChE activity in the brain have not been shown to operate in the developing brain *in vivo* at concentrations that do not inhibit the activity of AChE.

"For chlorpyrifos to act as a neurodevelopmental toxicant at the near-background exposure levels in the epidemiology studies, it must be accepted that chlorpyrifos can enter the brain of the fetus or child after exposure to doses in the range of background levels in the general population and induce neurotoxicity in the developing brain *via* mechanisms that are independent of AChE inhibition, even though there is a large body of evidence that does not support this *in vivo*. Rather, the few apparent associations from epidemiology studies are not indicative of a causal connection, and there is not adequate support for a biologically plausible mechanism for neurodevelopmental effects of chlorpyrifos in the absence of AChE inhibition in the brain. *The weight of the available evidence more strongly indicates that a causal association between chlorpyrifos exposure and neurodevelopmental effects in the absence of AChE inhibition in the brain* **is not plausible for humans**,

13

*and the few positive associations observed in epidemiology studies would be attributed to alternative explanations*." *Id.* at 898.

23. **Rhomberg, LR; Bailey, LA; Goodman, JE; Hamade, AK; Mayfield, DB. 2011. "Is Exposure to Formaldehyde in Air Causally Associated with Leukemia? – A Hypothesis-based Weight-of-evidence Analysis."** *Crit. Rev. Toxicol.* **41(7):555-621. doi: 10.3109/10408444.2011.560140.**

    **Funded By:** Formaldehyde Council. *Id.* at 617.

    **Conclusion:** "In comparing these two accounts, neither is proven or disproven, but when assessing the weight of the available evidence in support of either account, it is clear that the first account requires far more ad hoc assumptions and post hoc explanations. In the first account, the inferences regarding potential human risk are not coming from the data themselves, but from assumptions invoked after the fact to fit the hypotheses put forth and without the evidence that would tie the weak epidemiological, toxicological, and mode-of-action data causally to formaldehyde inhalation exposure. *Therefore, the* **weight of evidence for this account (i.e., exposure to formaldehyde in air is causally associated with leukemia in humans) is weak** *in comparison to the more* **substantial weight of evidence supporting the lack of a causal association**." *Id.* at 616.

24. **Goodman, JE; Kerper, LE; Petito Boyce, C; Prueitt, RL; Rhomberg, LR. 2010. "Weight-of-evidence Analysis of Human Exposures to Dioxins and Dioxin-like Compounds and Associations with Thyroid Hormone Levels During Early Development."** *Regul. Toxicol. Pharmacol.* **58(1):79-99. doi: 10.1016/j.yrtph.2010.04.008.**

    **Funding**: None disclosed.

    **Conclusions**: "In addition to providing insights regarding any potential associations between exposures to dioxins and DLCs and effects on thyroid function and early development, this analysis exemplifies the usefulness of a weight-of-evidence approach, in that it shows how the results from studies that may be relatively small and more limited when viewed individually can be combined to yield more powerful insights regarding patterns of effect or the lack thereof. It also demonstrates how if the data were reviewed in a study by-study manner, different conclusions might have been reached. Finally, the weight-of-evidence approach illustrates how the complexity inherent in many real world data sets (*e.g.*, due to different approaches for measuring exposure, toxicity, and effect for a multi component toxin) can be clearly addressed in a way that allows direct consideration and acknowledgment of the impacts of study variations on interpretation of the study results. In this case, a systematic review of the multi-faceted data – separately considering each endpoint and life stage evaluated – revealed no substantial, consistent effects of dioxins and DLCs on thyroid endpoints in neonates, infants, and children. While some statistically significant effects were noted in some studies, these were not generally corroborated in other studies at the same lifestage or with other effects that should have occurred concurrently if dioxins and DLCs were truly causal factors. *Because dioxin and DLC body burdens have been decreasing over time, this lack of evidence of substantial, consistent effects suggests*

14

*that **ambient exposures in the future will not lead to adverse effects on thyroid function and early development**.*" *Id.* at 98.

25. Goodman, JE; Nascarella, MA; Valberg, PA. 2009. "Ionizing Radiation: A Risk Factor for Mesothelioma." *Cancer Causes Control*. 20:1237-1254. doi: 10.1007/s10552-009-9357-4.

    **Funded by**: Tucker Ellis & West LLP, a "law firm that represents parties to litigation involving claims that exposures to different materials, including asbestos, may have caused or contributed to cancers, including mesothelioma." *Id.* at 1252.
    **Conclusion**: "Statistically significant increases in mesothelioma risk have been observed in studies of individuals exposed to Thorotrast and radiation therapy. Studies of workers in the nuclear industry show fewer statistically significant associations, but were often limited by statistical power and information bias. The observation of mesothelioma risk in these studies, given the rarity of the disease in the general population, was notable. Although asbestos exposure is the primary cause of mesothelioma worldwide, it does not explain all cases and was accounted for in many of the studies reviewed here. Improved diagnostic methods to identify mesothelioma, coupled with proper coding, may result in the identification of additional radiation-associated cases and increased power to analyze this association. *The weight of evidence from currently available data **strongly suggests that ionizing radiation increases mesothelioma risk***." *Id.* at 1252.

26. Goodman, JE; Prueitt, RL; Dodge, DG; Thakali, S. 2009. "Carcinogenicity Assessment of Water-soluble Nickel Compounds." *Crit. Rev. Toxicol*. 39(5):365-417. doi: 10.1080/10408440902762777.

    **Funded by**: Nickle Producers Environmental Research Association (NiPERA). *Id.* at 412.
    **Conclusion**: "IARC will be reassessing the human carcinogenicity of soluble and insoluble nickel compounds in 2009. The data for most insoluble nickel compounds (e.g. oxidic, sulfidic) are clear, and they provide sufficient evidence for carcinogenicity. *By contrast, both the epidemiological and animal data provide **no more than limited evidence for the human carcinogenicity** of soluble nickel and therefore **do not support a casual association**; nor is a causal association supported by the mode-of-action data*.

    "What is not clear, however, is whether soluble nickel can act as a tumor promoter. Certain epidemiological data, but not all, suggest that soluble nickel exposure leads to increased cancer risk in the presence of certain insoluble nickel compounds. This means that there is limited evidence for its carcinogenicity according to the IARC criterion, which is that a 'positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered … to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence' (IARC, 2006). Although there is no evidence that soluble nickel acts as a complete carcinogen in animals, there is limited evidence of carcinogenicity from the animal data according to IARC's definition, which states that 'the evidence of carcinogenicity is restricted to studies that demonstrate only promoting activity in a narrow range of tissues or organs' (IARC, 2006).

15

Finally, the mode-of-action data suggest that soluble nickel compounds are not able to cause genotoxic effects in vivo because they cannot deliver sufficient nickel ion to nuclear sites of target cells. Although the data do suggest several possible non-genotoxic effects of the nickel ion, it is unclear whether soluble nickel compounds can elicit these effects in vivo or whether these effects, if elicited, would result in tumor promotion. Overall, the mode-of-action data equally support soluble nickel as a promoter or as not being a causal factor in carcinogenesis at all.

> "*The weight of evidence does **not clearly support a role for soluble nickel alone in carcinogenesis**. Although there is weak evidence consistent with it being a promoter in a narrow range of tissues, the data are also compatible with soluble nickel not having tumor-promoting activity. **IARC classifies compounds as 'Group 2B: Possibly carcinogenic to humans**' if "[t]here is limited evidence of carcinogenicity in humans and less than sufficient evidence of carcinogenicity in experimental animals*" (IARC, 2006). Based on a weight-of-evidence analysis of the epidemiological, toxicological, and mode-of-action data, soluble nickel clearly falls into this category." *Id.* at 411-12.

27. **Prueitt, RL; Goodman, JE; Valberg, PA. 2009. "Radionuclides in Cigarettes May Lead to Carcinogenesis via p16$^{INK4a}$ Inactivation."** *J. Environ. Radioact.* **100(2):157-161. doi: 10.1016/j.jenvrad.2008.11.008.**

    **Funded by:** Tucker Ellis & West LLP. *Id.* at 160.

    **Conclusion**: "There are many known and suspected carcinogens present in cigarette smoke, including α-emitting radioisotopes. Radiation has also been shown to be associated with lung cancer, independent of smoking. Because both radiation and cigarette smoking are associated with inactivation of *p16*, and *p16* inactivation has been shown to play a major role in carcinogenesis, ***it is possible that the radionuclides in cigarette smoke play a role***, either alone or synergistically with chemical compounds, ***in smoking-induced lung cancer***. How large a role ionizing radiation plays with respect to chemical carcinogens and other modes of action remains to be elucidated." *Id.* at 160.

28. **Goodman, JE; Witorsch, RJ; McConnell, EE; Sipes, IG; Slayton, TM; Yu, CJ; Franz, AM; Rhomberg, LR. 2009. "Weight-of-evidence Evaluation of Reproductive and Developmental Effects of Low Doses of Bisphenol A."** *Crit. Rev. Toxicol.* **39(1):1-75. doi: 10.1080/10408440802157839.**

    **Funded by:** Polycarbonate/BPA Global Group. *Id.* at 69.

    **Conclusions:** "Gray et al. (2004a), Goodman et al. (2006), and we have collectively conducted a critical review of all relevant BPA literature, and have evaluated the weight of evidence for low-dose reproductive and developmental effects. We found some statistically significant positive findings, but these were all countered by null findings in more numerous studies, have not been replicated, do not exhibit coherence and plausibility, and/or do not show consistency across species, doses, and time points. Also, effects noted were not corroborated in large, robust, multigenerational studies. Some studies have focused on possible mechanisms of action of BPA within certain organs and cell types, but the toxicological significance of these effects is unclear, and these observed changes have not

translated into consistent and repeatable adverse effects on reproductive and/or developmental endpoints in rodent studies. Exposure levels in most of the low-dose animal studies are generally much higher than those experienced by even the most-exposed people in the general population based on human biomonitoring and pharmacokinetic studies. *Thus, the weight of evidence does not support the hypothesis that low doses of BPA are associated with reproductive or developmental effects in humans*." *Id.* at 68.

29. **Goodman, JE; McConnell, EE; Sipes, IG; Witorsch, RJ; Slayton, TM; Yu, CJ; Lewis, AS; Rhomberg, LR. 2006. "An Updated Weight of the Evidence Evaluation of Reproductive and Developmental Effects of Low Doses of Bisphenol A."** *Crit. Rev. Toxicol.* **36(5):387-457.**
    **Funded by:** American Plastics Council. *Id.* at 452.
    **Conclusion:** "We have conducted a critical review of all relevant, recent BPA literature to evaluate the weight of evidence for 'low-dose' reproductive and developmental effects. Overall, we conclude that there is no corroboration of effects for an association between low-dose BPA exposure via oral administration and any effects on rats. In mice, we found no consistent effects on body weight, reproductive organ weights, perinatal effects (anogenital distance), puberty endpoints, or reproductive effects. We did find several oral and non-oral mouse studies reporting morphological changes in the testes and sperm, and several non-oral mouse studies reporting morphological changes in female reproductive organs. These results were generally not repeated and, typically, results from non-oral studies are of limited relevance to effects of oral exposures owing to the interroute metabolic differences noted previously. In addition, the effects on certain endpoints did not translate to negative reproductive outcomes in generational studies. The few limited studies in humans have shown low levels of BPA and pharmacokinetics that differ from rodents, leading to much lower internal doses in humans at similar oral intake levels. Human studies that have examined health effects have shown inconsistent and weak results. *Taken together, we conclude that the **weight of evidence to date does not support the hypothesis that low oral doses of BPA adversely affect human reproductive and developmental health***." *Id.* at 251-252.