# EXHIBIT

# Z

# COLLECTED INCONSISTENCIES IN DR. GOODMAN'S REPORTS

## Inconsistencies in Dr. Goodman's Analysis of the Camp Lejeune Epidemiology

**(1) Bove (2024b) Cancer Incidence Study:**

a. <u>Kidney Cancer Report</u>: The report states a "STRENGTH" of Bove (2024b) is that Dr. Bove considered "negative control diseases" to account for smoking history.

| Bove et al. (2024b) | Marines & Navy personnel and civilian workers at CL and CP | T | P | B | V | **Strengths**<br>• Appropriate study and comparison groups<br>• <2% excluded<br><br>**Weaknesses**<br>• Unknown loss to follow-up | **Strengths**<br>• Semiquantitative exposure estimate (*i.e.*, considered duration)<br>• No missing data<br><br>**Weaknesses**<br>• Indirect chemical exposure measurement (*i.e.*, assignment or employment at base) | **Strengths**<br>• Cases identified and validated using reliable sources (*i.e.*, SSA Data for Epidemiological Researchers, NDI, and cancer registries)<br>• Assessed disease incidence<br>• 22 yrs of follow-up<br><br>**Weaknesses** | **Strengths**<br>• Controlled for: age, sex, race, and (for civilians) blue-collar work proxy for other occupational exposures<br>• Considered quantitative bias from unmeasured smoking "negative control diseases"<br><br>**Weaknesses** | **Strengths**<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (*i.e.*, follow-up began 10 yrs after last exposure of interest)<br><br>**Weaknesses**<br>• No major weaknesses |

*Figure 1 – Goodman Rep. (Kidney) at C-32 (JA Ex. 94, D.E. 464-15).*

b. <u>Bladder Cancer Report and Leukemia Reports</u>: The reports state a "WEAKNESS" of the very same study was that Dr. Bove "<u>Did **not** control for or consider: smoking[.]</u>"[1]

| Bove et al. (2024b) | Marines & Navy personnel and civilian workers at CL and CP | T | P | B | V | **Strengths**<br>▪ Appropriate study and comparison groups<br>▪ <2% excluded<br><br>**Weaknesses**<br>▪ Unknown loss to follow-up | **Strengths**<br>▪ Semiquantitative exposure estimate (*i.e.*, considered duration)<br>▪ No missing data<br><br>**Weaknesses**<br>▪ Indirect chemical exposure measurement (*i.e.*, assignment or employment at base)<br>▪ Did not assess time-varying nature of exposure | **Strengths**<br>▪ Cases identified and validated using reliable sources (*i.e.*, SSA Data for Epidemiological Researchers, NDI, and cancer registries)<br>▪ Assessed disease incidence<br>▪ 22 yrs of follow-up<br><br>**Weaknesses**<br>▪ No major weaknesses | **Strengths**<br>▪ Controlled for: age, sex, race, and (for civilians) blue-collar work as a proxy for other occupational exposures<br><br>**Weaknesses**<br>▪ Did not control for or consider: smoking, prior cancer treatment, chronic bladder inflammation, personal or family history of bladder cancer, genetics, or (for Marines & Navy) other potential occupational exposures<br>▪ 5.2% of CP Marines & Navy personnel and 14.7% of CP civilians had other/unknown race | **Strengths**<br>▪ Exposure documented before outcome<br>▪ Appropriate consideration of latency (*i.e.*, follow-up began 10 yrs after last exposure of interest)<br><br>**Weaknesses**<br>▪ No major weaknesses |

*Figure 2 – Goodman Rep. (Bladder) at C-41 (JA Ex. 75, D.E. 463-14).*

---

[1] When Dr. Goodman refers to the Bove (2024a) study in her Leukemia report, she is actually referring to Bove (2024b). Dr. Goodman testified that the "lettering" she used for a study was based on the order in which they appeared in her reports, <u>see</u> Goodman Dep. Tr. at 380:16-21 (JA Ex. 172, D.E. 471-1), rather than the order in which the studies were published. However, whether she refers to the study as Bove (2024a) or Bove (2024b), she is still referring to the same study by Bove *et al.* titled "Cancer incidence among Marines and Navy personnel and civilian workers exposed to industrial solvents in drinking water at US Marine Corps Base Camp Lejeune: A cohort study." (Goodman Rep. (Kidney) at 101 (JA Ex. 94, D.E. 464-15); Goodman Rep. (Bladder) at 98 (JA Ex. 75, D.E. 463-14); Goodman Rep. (Leukemia) at 123 (JA Ex. 102, D.E. 465-7)).

| Bove et al. (2024a) | Marines & Navy personnel and civilian workers at CL and CP | T | P | B | V | Strengths<br>• Appropriate study and comparison groups<br>• <2% excluded<br><br>Weaknesses<br>• Unknown loss to follow-up | Strengths<br>• Semiquantitative exposure estimate (i.e., considered duration)<br>• No missing data<br><br>Weaknesses<br>• Indirect chemical exposure measurement (i.e., assignment or employment at base)<br>• Did not assess time-varying nature of exposure | Strengths<br>• Cases identified and validated using reliable sources (i.e., SSA Data for Epidemiological Researchers, NDI, and cancer registries)<br>• Assessed leukemia types<br>• Assessed disease incidence<br>• 22 yrs of follow-up<br><br>Weaknesses<br>• No major weaknesses | Strengths<br>• Controlled for: age, sex, race, and (for civilians) blue-collar work as a proxy for other occupational exposures<br><br>Weaknesses<br>• Did not control for or consider: family history, genetics, smoking, blood disorders, chemotherapy treatment, and certain viral infections<br>• 5.2% of CP Marines & Navy personnel and 14.7% of CP civilians had other/unknown race | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (i.e., follow-up began 10 yrs after last exposure of interest)<br><br>Weaknesses<br>• No major weaknesses |
|---|---|---|---|---|---|---|---|---|---|---|

Figure 3 – Goodman Rep. (Leukemia) at C-40 (JA Ex. 102, D.E. 465-7).

**(2)  Bove (2014b) Cancer Mortality Study for Civilians:**

  a. Kidney cancer, NHL, Leukemia, and Bladder cancer reports:  The reports state a "STRENGTH" of this study was that Dr. Bove used "**Direct** chemical exposure measurement (*i.e.*, **measured in groundwater**[.)]"[2]

| Bove et al. (2014b) | Civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate study and comparison groups<br>• ≤2% loss to follow-up<br><br>Weaknesses<br>• Number of participants excluded unknown | Strengths<br>• Direct chemical exposure measurement (i.e., measured in groundwater)<br>• Semiquantitative exposure estimate (i.e., considered duration and intensity)<br>• No missing data<br>• Assessed time-varying nature of exposure<br><br>Weaknesses<br>• No direct chemical exposure measurement in | Strengths<br>• Deaths identified using reliable sources (i.e., SSA, a commercial tracing service, and NDI/ NDI Plus)<br>• 30 yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, sex, race, and occupation (as a proxy for other potential chemical exposures)<br>• Considered smoking using negative control diseases<br><br>Weaknesses<br>• Did not control for or consider: obesity, hypertension, genetic factors, family history of kidney cancer, | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (i.e., 10-yr lag)<br><br>Weaknesses<br>• No major weaknesses |
|---|---|---|---|---|---|---|---|---|---|---|

Figure 4 – Goodman Rep. (Kidney) at C-27 (JA Ex. 94, D.E. 464-15).

---

[2] When Dr. Goodman refers to the Bove (2014a) study in in her Bladder Cancer and Parkinson's reports, she is actually referring to Bove (2014b).  Dr. Goodman testified that the "lettering" she used for a study was based on the order in which they appeared in her reports, see Goodman Dep. Tr. at 380:16-21 (JA Ex. 172, D.E. 471-1), rather than the order in which the studies were published.  However, whether she refers to the study as Bove (2014b) or Bove (2014a), she is still referring to the same study by Bove *et al.* titled "Mortality study of civilian employees exposed to contaminated drinking water at USMC Base Camp Lejeune: A retrospective cohort study." (Goodman Rep. (Kidney) at 101 (JA Ex. 94, D.E. 464-15); Goodman Rep. (Bladder) at 98 (JA Ex. 75, D.E. 463-14); Goodman Rep. (Leukemia) at 123 (JA Ex. 102, D.E. 465-7); Goodman Rep. (NHL) at 114 (JA Ex. 117, D.E. 466-11); Goodman Rep. (PD) at 140 (JA Ex. 134, D.E. 467-17).

| Bove et al. (2014b) | Civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate study and comparison groups<br>• ≤2% loss to follow-up<br><br>Weaknesses<br>• Unclear whether any participants were excluded | Strengths<br>• Direct chemical exposure measurement (*i.e.*, measured in groundwater)<br>• Semiquantitative exposure estimate (*i.e.*, duration x intensity)<br>• No missing data<br>• Assessed time-varying nature of exposure<br><br>Weaknesses<br>• No direct chemical exposure measurement in individuals (*e.g.*, no water consumption information) | Strengths<br>• Deaths identified using reliable sources (*i.e.*, SSA, commercial tracing service, and NDI); cause of death determined from NDI Plus<br>• 30 yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for or considered: age, sex, race, and occupation (blue *vs.* white collar as a proxy for other potential occupational/chemical exposures)<br><br>Weaknesses<br>• Did not control for or consider: family history of NHL<br>• Did not include relevant covariates in a time-varying manner (*i.e.*, occupation)<br>• Amount of missing data is unknown | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (*i.e.*, 10-yr lag)<br><br>Weaknesses<br>• No major weaknesses |

*Figure 5 – Goodman Rep. (NHL) at C-23 (JA Ex. 117, D.E. 466-11).*

| Bove et al. (2014b) | Civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate study and comparison groups<br>• ≤2% loss to follow-up<br><br>Weaknesses<br>• Unclear whether any participants were excluded | Strengths<br>• Direct chemical exposure measurement (*i.e.*, measured in groundwater)<br>• Semiquantitative exposure estimate (*i.e.*, duration x intensity)<br>• No missing data<br>• Assessed time-varying nature of exposure<br><br>Weaknesses<br>• No direct chemical exposure measurement in individuals (*e.g.*, no water consumption information) | Strengths<br>• Deaths identified using reliable sources (*i.e.*, SSA, a commercial tracing service, NDI, and NDI Plus)<br>• Assessed leukemia types<br>• 30 yrs follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for or considered: age, sex, race, and occupation (blue *vs.* white collar as a proxy for other potential occupational/ chemical exposures)<br>• Considered smoking using negative control diseases<br><br>Weaknesses<br>• Did not control for or consider: family history, genetics, blood disorders, chemotherapy treatment, and certain viral infections<br>• Did not include relevant covariates in a time-varying manner<br>• Amount of missing data is unknown | Strengths<br>• Exposure measured before outcome<br>• Appropriate consideration of latency (*i.e.*, 10 yr lag)<br><br>Weaknesses<br>• No major weaknesses |

*Figure 6 – Goodman Rep. (Leukemia) at C-30 (JA Ex. 102, D.E. 465-7).*

3

| Bove et al. (2014a) | Civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate study and comparison groups<br>• ≤2% loss to follow-up<br><br>Weaknesses<br>• Number of participants excluded unknown | Strengths<br>• Direct chemical exposure measurement (measured in groundwater, not used in the analysis)<br>• No missing data<br><br>Weaknesses<br>• Qualitative exposure estimate (i.e., employed at CL vs employed at CP)<br>• Did not assess time varying nature of exposure | Strengths<br>• Deaths identified using reliable sources (i.e., SSA, a commercial tracing service, and NDI/NDI Plus)<br>• 30 yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for or considered: age, sex, race, and occupation (as a proxy for other potential chemical exposures)<br>• Considered smoking using negative control diseases<br><br>Weaknesses<br>• Did not control for or consider: prior cancer treatment, chronic bladder inflammation, personal or family history of bladder cancer, or genetics<br>• Did not include relevant covariates in a time-varying manner (i.e., occupation)<br>• Amount of missing data is unknown | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (i.e., 10-yr lag)<br><br>Weaknesses<br>• No major weaknesses |

*Figure 7 – Goodman Rep. (Bladder) at C-34 (JA Ex. 75, D.E. 463-14).*

b. Parkinson's Report: The report states that a "WEAKNESS" of this very same study was that Dr. Bove used "**Indirect chemical exposure measurement –** based on employment at CL (external analyses) or **modeling of groundwater** contamination (internal analyses)."

| Bove et al. (2014a) | Civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate comparison groups<br>• ≤ 2% loss to follow-up<br><br>Weaknesses<br>• Most of the cohort was < 65 yrs old by end of follow-up (> 70% CL, > 60% CP) | Strengths<br>• No missing data<br>• Internal analyses considered duration of employment and average exposure<br><br>Weaknesses<br>• Indirect chemical exposure measurement – based on employment at CL (external analyses) or modeling of groundwater contamination (internal analyses)<br>• External analyses did not consider duration of employment and average exposure | Strengths<br>• Deaths identified from SSA, a commercial tracing service, and NDI; cause of death determined from NDI Plus<br>• No missing data<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, and sex in US comparison and sex and occupation in CP and internal comparisons<br>• Considered but did not control for: age in CP and internal comparisons because adjusted vs. unadjusted results differed by < 10%<br>• Collected occupation data quarterly during employment<br><br>Weaknesses<br>• Did not consider or control for: genetic factors or family history of PD, alcohol intake, smoking in any analyses, or other potential occupational exposures in US comparison<br>• Unclear whether occupation was analyzed in a time-varying manner, other covariates only considered at a single time point | Strengths<br>• Employment histories collected separately from outcome data<br>• Appropriate consideration of latency<br><br>Weaknesses<br>• No major weaknesses |

*Figure 8 – Goodman Rep. (PD) at C-1 (JA Ex. 134, D.E. 467-17).*

4

(3) **Bove (2014b) Cancer Mortality Study for Civilians:**

  a. <u>Kidney cancer, Leukemia, and Bladder cancer Reports</u>: The report states a "STRENGTH" of the study was that Dr. Bove considered smoking by "<u>using negative control diseases[.]</u>"

| Study | Population | T | P | B | V | Strengths/Weaknesses | Strengths/Weaknesses | Strengths/Weaknesses | Strengths/Weaknesses | Strengths/Weaknesses |
|---|---|---|---|---|---|---|---|---|---|---|
| Bove et al. (2014b) | Civilian employees at CL and CP | T | P | B | V | **Strengths**<br>• Appropriate study and comparison groups<br>• ≤2% loss to follow-up<br><br>**Weaknesses**<br>• Number of participants excluded unknown | **Strengths**<br>• Direct chemical exposure measurement (i.e., measured in groundwater)<br>• Semiquantitative exposure estimate (i.e., considered duration and intensity)<br>• No missing data<br>• Assessed time-varying nature of exposure<br><br>**Weaknesses**<br>• No direct chemical exposure measurement in | **Strengths**<br>• Deaths identified using reliable sources (i.e., SSA, a commercial tracing service, and NDI/NDI Plus)<br>• 30 yrs of follow-up<br><br>**Weaknesses**<br>• Assessed mortality only | **Strengths**<br>• Controlled for: age, sex, race, and occupation (as a proxy for other potential chemical exposures)<br>• Considered smoking using negative control diseases<br><br>**Weaknesses**<br>• Did not control for or consider: obesity, hypertension, genetic factors, family history of kidney cancer, | **Strengths**<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (i.e., 10-yr lag)<br><br>**Weaknesses**<br>• No major weaknesses |

*Figure 9 – Goodman Rep. (Kidney) at C-27 (JA Ex. 94, D.E. 464-15).*

| Study | Population | T | P | B | V | Strengths/Weaknesses | Strengths/Weaknesses | Strengths/Weaknesses | Strengths/Weaknesses | Strengths/Weaknesses |
|---|---|---|---|---|---|---|---|---|---|---|
| Bove et al. (2014b) | Civilian employees at CL and CP | T | P | B | V | **Strengths**<br>• Appropriate study and comparison groups<br>• ≤2% loss to follow-up<br><br>**Weaknesses**<br>• Unclear whether any participants were excluded | **Strengths**<br>• Direct chemical exposure measurement (i.e., measured in groundwater)<br>• Semiquantitative exposure estimate (i.e., duration x intensity)<br>• No missing data<br>• Assessed time-varying nature of exposure<br><br>**Weaknesses**<br>• No direct chemical exposure measurement in individuals (e.g., no water consumption information) | **Strengths**<br>• Deaths identified using reliable sources (i.e., SSA, a commercial tracing service, NDI, and NDI Plus)<br>• Assessed leukemia types<br>• 30 yrs follow-up<br><br>**Weaknesses**<br>• Assessed mortality only | **Strengths**<br>• Controlled for or considered: age, sex, race, and occupation (blue vs. white collar as a proxy for other potential occupational/chemical exposures)<br>• Considered smoking using negative control diseases<br><br>**Weaknesses**<br>• Did not control for or consider: family history, genetics, blood disorders, chemotherapy treatment, and certain viral infections<br>• Did not include relevant covariates in a time-varying manner<br>• Amount of missing data is unknown | **Strengths**<br>• Exposure measured before outcome<br>• Appropriate consideration of latency (i.e., 10 yr lag)<br><br>**Weaknesses**<br>• No major weaknesses |

*Figure 10 – Goodman Rep. (Leukemia) at C-30 (JA Ex. 102, D.E. 465-7).*

5

| Bove et al. (2014a) | Civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate study and comparison groups<br>• ≤2% loss to follow-up<br><br>Weaknesses<br>• Number of participants excluded unknown | Strengths<br>• Direct chemical exposure measurement (measured in groundwater, not used in the analysis)<br>• No missing data<br><br>Weaknesses<br>• Qualitative exposure estimate (i.e., employed at CL vs employed at CP)<br>• Did not assess time varying nature of exposure | Strengths<br>• Deaths identified using reliable sources (i.e., SSA, a commercial tracing service, and NDI/NDI Plus)<br>• 30 yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for or considered: age, sex, race, and occupation (as a proxy for other potential chemical exposures)<br>• Considered smoking using negative control diseases<br><br>Weaknesses<br>• Did not control for or consider: prior cancer treatment, chronic bladder inflammation, personal or family history of bladder cancer, or genetics<br>• Did not include relevant covariates in a time-varying manner (i.e., occupation)<br>• Amount of missing data is unknown | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (i.e., 10-yr lag)<br><br>Weaknesses<br>• No major weaknesses |
|---|---|---|---|---|---|---|---|---|---|---|

*Figure 11 – Goodman Rep. (Bladder) at C-34 (JA Ex. 75, D.E. 463-14).*

b. Parkinson's Report: The report states as a "WEAKNESS" that Dr. Bove "Did **not** consider or control for . . .smoking in any analyses[.]"

| Bove et al. (2014a) | Civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate comparison groups<br>• ≤ 2% loss to follow-up<br><br>Weaknesses<br>• Most of the cohort was < 65 yrs old by end of follow-up (> 70% CL, > 60% CP) | Strengths<br>• No missing data<br>• Internal analyses considered duration of employment and average exposure<br><br>Weaknesses<br>• Indirect chemical exposure measurement – based on employment at CL (external analyses) or modeling of groundwater contamination (internal analyses)<br>• External analyses did not consider duration of employment and average exposure | Strengths<br>• Deaths identified from SSA, a commercial tracing service, and NDI; cause of death determined from NDI Plus<br>• No missing data<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, and sex in US comparison and sex and occupation in CP and internal comparisons<br>• Considered but did not control for: age in CP and internal comparisons because adjusted vs. unadjusted results differed by < 10%<br>• Collected occupation data quarterly during employment<br><br>Weaknesses<br>• Did not consider or control for: genetic factors or family history of PD, alcohol intake, smoking in any analyses, or other potential occupational exposures in US comparison<br>• Unclear whether occupation was analyzed in a time-varying manner, other covariates only considered at a single time point | Strengths<br>• Employment histories collected separately from outcome data<br>• Appropriate consideration of latency<br><br>Weaknesses<br>• No major weaknesses |
|---|---|---|---|---|---|---|---|---|---|---|

*Figure 12 – Goodman Rep. (PD) at C-1 (JA Ex. 134, D.E. 467-17).*

6

**Inconsistencies in Dr. Goodman's Analysis of the Non-Camp Lejeune Epidemiology**

(1) **Zhao (2005):**

    a. <u>Kidney Cancer Report</u>: The report states that Zhao (2005) had "**No major weaknesses**" in the study population.

*Figure 13 – Goodman Rep. (Kidney) at C-19, C-20 (JA Ex. 94, D.E. 464-15).*

    b. <u>Bladder Cancer Report:</u> The report states that the study population was a "WEAKNESS" of the study because there was "Unknown loss to follow-up."

*Figure 14 – Goodman Rep. (Bladder) at C-24 (JA Ex. 75, D.E. 463-14).*

7

(2) **Pukkala (2009):**

a. <u>NHL and Leukemia Reports</u>: The reports state a "STRENGTH" of the study was that Pukkala (2009) had "**No loss to follow-up** or exclusions."

*Figure 16 – Goodman Rep. (NHL) at C-19 (JA Ex. 117, D.E. 466-11).*

*Figure 15 - Goodman Rep. (Leukemia) at C-26 (JA Ex. 102, D.E. 465-7).*

b. <u>Kidney Cancer and Bladder Cancer Reports</u>: The reports state a "WEAKNESS" of the study is that Pukkala (2009) had "Amount **lost to follow-up unknown**[.]"

*Figure 17 – Goodman Rep. (Kidney) at C-24 (JA Ex. 94, D.E. 464-15).*

8

| Study | Population | T | P | | Study Design | Exposure Assessment | Outcome Assessment | Analysis | Other |
|---|---|---|---|---|---|---|---|---|---|
| Pukkala et al. (2009) | General population in Denmark, Finland, Iceland, Norway and Sweden | T | P | | **Strengths**<br>• Appropriate study and comparison groups<br>• No exclusions<br><br>**Weaknesses**<br>• Amount lost to follow-up unknown | **Strengths**<br>• No major strengths<br><br>**Weaknesses**<br>• Indirect chemical exposure measurement (*i.e.*, self-reported occupation in censuses)<br>• Qualitative exposure estimate (*i.e.*, job title)<br>• Unknown number of subjects with missing data<br>• Did not assess time-varying nature of exposure | **Strengths**<br>• Cases identified using reliable sources (*i.e.*, Central Population Register and national registries)<br>• Assessed disease incidence<br>• 23-45 yrs of follow-up (depending on country)<br><br>**Weaknesses**<br>• No major weaknesses | **Strengths**<br>• Controlled for: age and sex<br>• No missing data<br><br>**Weaknesses**<br>• Did not control for or consider: race/ethnicity, smoking, prior cancer treatment, chronic bladder inflammation, personal or family history of bladder cancer, genetics, or other potential occupational exposures | **Strengths**<br>• Exposure documented before outcome<br><br>**Weaknesses**<br>• No consideration of latency |

*Figure 18 – Goodman Rep. (Bladder) at C-30 (JA Ex. 75, D.E. 463-14).*

(3) **Lipworth (2011):**

a. <u>Kidney Cancer Report</u>: The report states a "STRENGTH" of Lipworth (2011) was "**Appropriate consideration of latency** (analyses by duration 10+ years, and 5+ yrs of exposure)."

*Figure 19 – Goodman Rep. (Kidney) at C-25, C-26 (JA Ex. 94, D.E. 464-15).*

b. <u>NHL Report</u>: The report states as a "WEAKNESS" that there was "**No consideration of latency.**"

*Figure 20 – Goodman Rep. (NHL) at C-21 (JA Ex. 117, D.E. 466-11).*

10

(4) **Garabrant (1988):**

a. <u>Kidney Cancer and Bladder Cancer Reports</u>: The reports state a "STRENGTH" of Garabrant (1988) was that there were "<u>No exclusions for missing data</u>" and that there were "No major weaknesses" in the study population.

| Garabrant et al. (1988) | Aircraft manufacturing workers | T | | | Strengths<br>• Appropriate study and comparison groups<br>• No exclusions for missing data<br><br>Weaknesses<br>• No major weaknesses | Strengths<br>• No missing data<br><br>Weaknesses<br>• Indirect chemical exposure measurement (*i.e.*, factory personnel records)<br>• Qualitative exposure estimate (*i.e.*, ever employment at | Strengths<br>• Deaths identified using reliable sources (*i.e.*, SSA, California DMV, credit records, death certificates, California Death Tapes)<br>• 25 yrs of follow-up<br><br>Weaknesses | Strengths<br>• Controlled for age, sex, and race<br><br>Weaknesses<br>• Did not control for or consider smoking, obesity, hypertension, genetic factors, family history of kidney cancer, diabetes, alcohol | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (*i.e.*, 4-year lag)<br><br>Weaknesses<br>• No major weaknesses |

*Figure 22 – Goodman Rep. (Kidney) at C-1 (JA Ex. 94, D.E. 464-15).*

| Garabrant et al. (1988) | Aircraft manufacturing workers | T | | | Strengths<br>▪ Appropriate study and comparison groups<br>▪ No exclusions for missing data<br><br>Weaknesses<br>▪ No major weaknesses | Strengths<br>▪ No missing data<br>▪ Semiquantitative exposure estimate (*i.e.*, considered duration)<br><br>Weaknesses<br>▪ Indirect chemical exposure measurement (*i.e.* factory personnel records)<br>▪ Did not assess time-varying nature of exposure | Strengths<br>▪ Deaths identified using reliable sources (*i.e.*, SSA, California DMV, credit records, death certificates, California Death Tapes)<br>▪ 25 yrs of follow-up<br><br>Weaknesses<br>▪ Assessed mortality only | Strengths<br>▪ Controlled for age, sex, and race<br><br>Weaknesses<br>▪ Did not control for or consider: smoking, prior cancer treatment, chronic bladder inflammation, personal or family history of bladder cancer, genetics, or other potential occupational exposures<br>▪ Race was missing for unspecified number of subjects; assumed to be white | Strengths<br>▪ Exposure documented before outcome<br>▪ Appropriate consideration of latency (*i.e.*, ≥ 4-years employment in duration analysis)<br><br>Weaknesses<br>▪ No major weaknesses |

*Figure 21 – Goodman Rep. (Bladder) at C-2 (JA Ex. 75, D.E. 463-14).*

b. <u>Leukemia and NHL Reports</u>: The reports state as a "WEAKNESS" there were an "<u>Unknown number of exclusions</u>" in the study population.

| Garabrant et al. (1988) | Aircraft manufacturing workers | T | | | Strengths<br>• Appropriate study and comparison groups<br>• 4.7% loss to follow-up<br><br>Weaknesses<br>• Unknown number of exclusions | Strengths<br>• No missing data<br><br>Weaknesses<br>• Indirect chemical exposure measurement (*i.e.*, work history)<br>• Qualitative exposure estimate (*i.e.*, ever employment at facility)<br>• Did not assess time-varying nature of exposure | Strengths<br>• Deaths identified using reliable sources (*i.e.*, SSA, DMV, and credit records, death certificates, and California Death Tapes)<br>• 25 yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only<br>• Assessed aggregated leukemia types | Strengths<br>• Controlled for: age, sex, and race<br><br>Weaknesses<br>• Did not control for or consider: other chemical exposures, family history, genetics, smoking, blood disorders, chemotherapy treatment, and certain viral infections<br>• Race missing for unspecified number of subjects; assumed white | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (*i.e.*, minimum 4 yrs employment at company)<br><br>Weaknesses<br>• No major weaknesses |

*Figure 23 – Goodman Rep. (Leukemia) at C-3 (JA Ex. 102, D.E. 465-7).*

11

| Garabrant et al. (1988) | Aircraft manufacturing workers | T | | Strengths<br>• Appropriate study and comparison groups<br>• 4.7% loss to follow-up<br><br>Weaknesses<br>• Unknown number of exclusions | Strengths<br>• No missing data<br><br>Weaknesses<br>• Indirect chemical exposure measurement (i.e., employment in an aircraft manufacturing company)<br>• Qualitative exposure estimate (i.e., employment in company)<br>• Did not assess time-varying nature of exposure | Strengths<br>• Deaths identified and validated using reliable sources (i.e., SSA, DMV, credit records, death certificates, and CA Death Tapes)<br>• 25 yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, sex, and race<br><br>Weaknesses<br>• Did not control for or consider: family history of NHL, or other potential chemical/occupational exposures<br>• Amount of missing data unknown | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (i.e., workers must have been employed at the company for at least 4 yrs)<br><br>Weaknesses<br>• No major weaknesses |

*Figure 24 – Goodman Rep. (NHL) at C-1 (JA Ex. 117, D.E. 466-11).*

**(5)** **Dagg (1992):**

a. <u>Kidney Cancer, Bladder Cancer, and NHL Reports</u>: The reports state a "WEAKNESS" of the study was that "<u>All women excluded (4.8% of total) due too few cases.</u>"

| Dagg et al. (1992) | Employees at oil refineries, US | | B | Strengths<br>• Appropriate study and comparison groups<br>• 4.8% loss to follow-up<br>• <1% excluded from individual refinery analyses (i.e., worked at both refineries under study)<br><br>Weaknesses<br>• All women excluded (4.8% of total) due too few cases | Strengths<br>• Semiquantitative exposure estimate (i.e., considered duration)<br>• No missing data<br><br>Weaknesses<br>• Indirect chemical exposure measurement (i.e., work history)<br>• Did not assess time-varying nature of exposure | Strengths<br>• Deaths identified using reliable sources (i.e., company records, NDI, SSA, California death index, and Equifax)<br>• 37 yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, sex, and race/ethnicity<br>• No missing data<br><br>Weaknesses<br>• Did not control for or consider: smoking, obesity, hypertension, genetic factors, family history of kidney cancer, diabetes, alcohol consumption, or other potential occupational exposures | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (e.g., analyses based on 10-19, 20-29, and ≥30 yrs since hire)<br><br>Weaknesses<br>• No major weaknesses |

*Figure 25 – Goodman Rep. (Kidney) at C-3 (JA Ex. 94, D.E. 464-15).*

| Dagg et al. (1992) | Employees at oil refineries, US | | B | Strengths<br>▪ Appropriate study and comparison groups<br>▪ 4.8% loss to follow-up; <1% excluded from individual refinery analyses (i.e., worked at both refineries under study)<br><br>Weaknesses<br>▪ All women excluded (4.8% of total) due too few cases | Strengths<br>▪ Semiquantitative exposure measurement (i.e., considered duration)<br>▪ No missing data<br><br>Weaknesses<br>▪ Indirect chemical exposure measurement (i.e., based on work history)<br>▪ Did not assess time-varying nature of exposure | Strengths<br>▪ Deaths identified using reliable sources (i.e., company records, NDI, SSA, California death index, Equifax, and death certificates)<br>▪ 37 yrs of follow-up<br><br>Weaknesses<br>▪ Assessed mortality only | Strengths<br>▪ Controlled for or considered: age, sex, and race/ethnicity<br><br>Weaknesses<br>▪ Did not control for or consider: smoking, prior cancer treatment, chronic bladder inflammation, personal or family history of bladder cancer, genetics, or other potential occupational exposures<br>▪ Amount of missing data unknown | Strengths<br>▪ Exposure documented before outcome<br>▪ Appropriate consideration of latency (e.g., analyses based on 10-19, 20-29, and ≥30 yrs since hire)<br><br>Weaknesses<br>▪ No major weaknesses |

*Figure 26 – Goodman Rep. (Bladder) at C-5 (JA Ex. 75, D.E. 464-15).*

12

| Dagg et al. (1992) | Employees at US oil refineries | | B | **Strengths**<br>• Appropriate study and comparison groups<br>• 4.8% loss to follow-up<br>• <1% excluded from individual refinery analyses (*i.e.*, worked at both refineries under study)<br><br>**Weaknesses**<br>• All women excluded (4.8% of total) due too few cases | **Strengths**<br>• Semiquantitative exposure estimate (*i.e.*, considered duration)<br>• No missing data<br><br>**Weaknesses**<br>• Indirect chemical exposure measurement (*i.e.*, work history)<br>• Did not assess time-varying nature of exposure | **Strengths**<br>• Deaths identified using reliable sources (*i.e.*, company records, NDI, SSA, CA death index, and Equifax)<br>• 37 yrs of follow-up<br><br>**Weaknesses**<br>• Assessed mortality only | **Strengths**<br>• Controlled for or considered: age, sex, and race<br>• No missing data<br><br>**Weaknesses**<br>• Did not control for or consider: family history of NHL or other potential chemical/occupational exposures | **Strengths**<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (*e.g.*, analyses based on 10-19, 20-29, and ≥30 yrs since hired)<br><br>**Weaknesses**<br>• No major weaknesses |

*Figure 28 – Goodman Rep. (NHL) at C-3 (JA Ex. 117, D.E. 466-11).*

b. <u>Leukemia Report</u>: The report states there were "**No major weaknesses**" in the study population category of Dagg (1992).

| Dagg et al. (1992) | Employees at oil refineries, US | | B | **Strengths**<br>• Appropriate study and comparison groups<br>• 4.8% loss to follow-up<br>• <1% excluded from individual refinery analyses (*i.e.*, worked at both refineries under study)<br><br>**Weaknesses**<br>• No major weaknesses | **Strengths**<br>• Semiquantitative exposure estimate (*i.e.*, considered duration)<br>• No missing data<br><br>**Weaknesses**<br>• Indirect chemical exposure measurement (*i.e.*, work history)<br>• Did not assess time-varying nature of exposure | **Strengths**<br>• Deaths identified using reliable sources (*i.e.*, company records, NDI, SSA, California death index, and Equifax)<br>• 37 yrs of follow-up<br><br>**Weaknesses**<br>• Assessed mortality only<br>• Assessed aggregated leukemia types | **Strengths**<br>• Controlled for or considered: age, sex, and race<br>• No missing data<br><br>**Weaknesses**<br>• Did not control for or consider: other chemical exposures, family history, genetics, smoking, blood disorders, chemotherapy treatment, and certain viral infections | **Strengths**<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (*e.g.*, analyses based on 10-19, 20-29, and ≥30 yrs since hire)<br><br>**Weaknesses**<br>• No major weaknesses |

*Figure 27 – Goodman Rep. (Leukemia) at C-5 (JA Ex. 102, D.E. 465-7).*

13

**(6)  Sinks (1992):**

  a. Kidney Cancer Report: The report states as a "STRENGTH" of the study that there was a "**10% loss** to follow-up."

*Figure 29 – Goodman Rep. (Kidney) at C-3 (JA Ex. 94, D.E. 464-15).*

  b. Bladder Cancer Report: The report states for the same study as a "WEAKNESS" that there was "**Unknown loss** to follow-up."

*Figure 30 – Goodman Rep. (Bladder) at C-6 (JA Ex. 75, D.E. 463-14).*

14