IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL TRACK 1 CASES | ) |

**PLAINTIFFS' LEADERSHIP GROUP'S INDEX OF EXHIBITS FOR MOTION TO EXCLUDE OPINIONS OF DR. LISA BAILEY**

| Exhibit | Description |
|---|---|
| A | Center for Public Integrity, "Meet the 'Rented White Coats' Who Defend Toxic Chemicals" (Feb. 8, 2016) |
| B | American Cancer Society, "Formaldehyde and Cancer Risk" |
| C | American Cancer Society, "Asbestos and Cancer Risk" |
| D | National Toxicology Program, *Report on Carcinogens*, "Naphthalene" |
| E | International Network for Epidemiology in Policy, "Conflict of Interest and Disclosure in Epidemiology" (Dec. 24, 2020) |
| F | Reference Manual on Scientific Evidence: Third Edition (2011) |
| G | American Cancer Society, "About Kidney Cancer" |
| H | American Cancer Society, "Key Statistics for Non-Hodgkin Lymphoma" |
| I | American Cancer Society, "Lifetime Risk of Developing or Dying From Cancer" |
| J | Hadkhale et al., *Occupational exposure to solvents and bladder cancer: A population-based case control study in Nordic countries* (2017) |
| K | Aschengrau et al., *Cancer Risk and Tetrachloroethylene contaminated Drinking Water in Massachusetts* (1992) |
| L | Cohn et al., *Drinking Water Contamination and the Incidence of Leukemia and Non-Hodgkin's Lymphoma* (1994) |
| M | Andrew et al., *Kidney Cancer Risk Associated with Historic Groundwater Trichloroethylene Contamination* (2022) |
| N | *Intentionally Omitted* |
| O | Parker and Rosen, *Woburn: Cancer Incidence and Environmental Hazards 1969-1978* (1981) |
| P | National Resources Council of Maine, "Julie Goodman – Advocate for Industry" (April 11, 2013) |
| Q | Goldman et al., *Risk of Parkinson Disease Among Service Members at Marine Corps Base Camp Lejeune* (2023) |
| R | Charbotel et al., *Case–Control Study on Renal Cell Cancer and Occupational Exposure to Trichloroethylene.* |

| | |
|---|---|
| | *Part II: Epidemiological Aspects* (2006) |
| S | National Academy of Sciences, "Drinking Water and Health" (1977) |
| T | World Health Organization, "Principles and Methods for Risk Assessment of Chemicals" (2009) |
| U | EPA, "Guidelines for Carcinogen Risk Assessment" (2005) |