# EXHIBIT P

# Julie Goodman – Advocate for Industry
# Track Record of Claiming that Toxic Chemicals are Safe

Julie Goodman from Gradient consulting came to Maine on April 10, 2013, to testify against legislation that would restrict bisphenol-A (BPA) in infant formula and baby food packaging.  NRCM had never seen Goodman before, so we did a bit of research and quickly discovered that she is one of the "go to" people that the oil and chemical industries hire when they want someone to put together a study showing that a particular chemical might not be as cancerous or harmful to public health as other scientists claim.

For example, papers co-authored by Goodman claim that formaldehyde, dioxins, endocrine-disrupting chemicals, soluble nickel and styrene are safer than what other studies show.  Goodman was a featured speaker at a forum attacking restrictions on BPA sponsored by the industry-funded American Enterprise Institute.

Goodman has been an outspoken critic of EPA's rules to protect public health from mercury and air toxics pollution.  She has done work for the American Petroleum Institute and participated with Exxon Mobil, Conoco Phillips, American Petroleum Institute and British Petroleum (BP) in a meeting at the White House with OMB in November 2009 to discuss the oil industry's opposition to proposed improvements in the National Ambient Air Quality Standards (NAAQS).

**Below are excerpts from industry-funded work co-authored by Julie Goodman:**

**Goodman claim:  Inhaled formaldehyde does not cause lymphohematopoietic cancers, such as leukemia.**
"..the potential for inhaled formaldehyde to cause lymphohematopoietic cancers, particularly leukemias, in humans… we conclude that the case for a causal association is weak and strains biological plausibility. Instead, apparent association between formaldehyde inhalation and leukemia in some human studies is better interpreted as due to chance or confounding."
http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3167468/

**Goodman claim:  Dioxins not correlated with effects on thyroid function.**
"While some of the studies reported associations between concentrations of dioxins and/or DLCs and some biomarkers of thyroid function, the majority of the observed associations were not statistically significant. Moreover, there were no clear and consistent effects across studies for any of the hormone levels examined, and while a number of studies showed a statistically significant association with exposure for a given marker of thyroid function, other studies showed either no change or changes in the opposite direction for the same thyroid function marker. Similarly, when the results were analyzed considering developmental stage, there generally were no clear and consistent effects at any age from birth through 12 years of age. The absence of a clear correlation between background exposures to dioxins and DLCs and thyroid function biomarkers during development is not consistent with the hypothesis that background exposures to these chemicals cause effects on thyroid function during development."

http://www.ncbi.nlm.nih.gov/pubmed/20416351

**Goodman claim: Endocrine-disrupting chemicals do not have low-dose effects.**
"They also do not evaluate whether exposures in studies are truly "low-dose" and relevant to humans. They propose a number of different nonmonotonic dose–response curves, but do not consider reasons for why they should be expected to apply generally across species. Many of their examples would be – and indeed have been – questioned by many scientists. Overall, Vandenberg et al. put forth many asserted illustrations of their two conclusions without providing sufficient evidence to make the case for either and while overlooking evidence that suggests the contrary."
http://www.sciencedirect.com/science/article/pii/S0273230012001262

**Goodman claim: Soluble nickel not solidly linked with cancer or tumors.**
"Although there is no evidence that soluble nickel acts as a complete carcinogen in animals, there is limited evidence that suggests it may act as a tumor promoter. The mode-of-action data suggest that soluble nickel compounds will not be able to cause genotoxic effects in vivo because they cannot deliver sufficient nickel ions to nuclear sites of target cells. Although the mode-of-action data suggest several possible non-genotoxic effects of the nickel ion, it is unclear whether soluble nickel compounds can elicit these effects in vivo or whether these effects, if elicited, would result in tumor promotion. The mode-of-action data equally support soluble nickel as a promoter or as not being a causal factor in carcinogenesis at all. The weight of evidence does not indicate that soluble nickel compounds are complete carcinogens, and there is only limited evidence that they could act as tumor promoters."
http://www.ncbi.nlm.nih.gov/pubmed/19514913

**Goodman claim: No cancer link with styrene.**
"A study published on Wednesday supported by the styrene industry reported in its findings that that there is "no credible evidence" that styrene exposure increases the risk of cancer in humans."
http://www.icis.com/Articles/2013/02/13/9640818/Styrene-study-finds-no-credible-evidence-of-carcinogen-claim.html

**Goodman: Featured Speaker at American Enterprise Institute talk about BPA**.
Dr. Julie Goodman to Discuss Interpretation of Studies of Bisphenol-A and Health at Upcoming American Enterprise Institute Conference"
http://www.gradientcorp.com/alerts/finals/JEG_BPA_Talk.pdf

**Goodman: Attacks EPA assessment of risks of mercury and air toxics rule**.
http://junksciencecom.files.wordpress.com/2012/02/hhrg-112-if03-wstate-jgoodman-20120208.pdf

**Goodman: Participated in White House OMB meeting with oil lobbyists**
Meeting was about National Ambient Air Quality Standards (see attendance list) **
http://www.whitehouse.gov/omb/2060_meeting_110909/

**<u>Goodman: Teleconference Speaker for American Petroleum Institute</u>**
Julie Goodman was featured present for API teleconference on national air quality standards.
http://www.api.org/news-and-media/testimony-speeches/2012/howard-feldman-remarks-press-briefing-pm-standard-hearing.aspx

Attendance list for OMB meeting. Goodman with Oil Industry attacking National Ambient Air Quality Standards.

---

** Attendance List for OMB Meeting

the WHITE HOUSE PRESIDENT BARACK OBAMA

Get Email Updates | Contact Us

BLOG | PHOTOS & VIDEO | BRIEFING ROOM | ISSUES | the ADMINISTRATION | the WHITE HOUSE | our GOVERNMENT

Home • The Administration • Office of Management and Budget

Search WhiteHouse.gov | Search

## Office of Management and Budget

About OMB | OMBlog | The Budget | Management | Regulation & Information Policy | Legislative Information | Join OMB | Contact

REGULATION & INFORMATION POLICY
- About OIRA
- Information Policy
- Federal Collection of Information
- Regulatory Matters
  - Meetings and Outside Communication
  - Reports to Congress
  - For Agencies
- Statistical Programs & Standards

### Meeting Record

**Meeting Record Regarding: NAAQS**
Date: 11 / 9 / 2009

| Name | Affiliation | Client (if applicable) |
|---|---|---|
| Heidi King | OMB/OIRA | |
| Margo Schwab | OMB/OIRA | |
| Mike Clark | OMB | |
| Dominic Mancini | OMB/OIRA | |
| Kevin Neyland | OMB/OIRA | |
| Cindy Longworthy | Hunton & Williams | API |
| Julie Goodman | Gradient/Harvard | API |
| Khary Cauthen | API | |
| Robert Nolan | Exxon Mobil | |
| Dianne Poster | CEQ | |
| Ryan Bubb | OMB/OIRA | |
| Caroline Atkins | Coroco Phillips | |
| Patricia Richards | | |
| Karen St. John | BP America | |
| Larry Gephart | Exxon Mobil Biomedical | |
| Misty McGowen | API | |
| Lydia Wegman | EPA via phone | |
| Harvey Richmond | EPA via phone | |

Meeting material provided to OMB (34 pages, 5,287 kb)

NRCM 4/11/13