IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | ORDER |
| | ) | |
| This Document Relates to: | ) | |
| ALL CASES | ) | |

This matter is before the court on the parties' third joint motion to amend pretrial deadlines [DE-629]. Pursuant to Federal Fed. R. Civ. P. 6(b)(1) and 16(b)(4), and good cause having been shown, the Court amends its Pretrial Scheduling Order[1] [DE-414], and hereby orders that:

1) As previously allowed by order of this court, the parties are permitted to engage in fact discovery limited to the parties' offset information and potentially corresponding damages information, now to be completed by September 18, 2025.

2) Plaintiffs will produce their amended damage assessment forms and disclose their expert reports relating to "damages and offsets" by no later than October 29, 2025.

3) The United States will disclose its expert reports relating to "damages and offsets" by no later than 45 days after plaintiffs disclose all of their expert reports relating to "damages and offsets" information.

4) Plaintiffs will disclose their rebuttal expert reports relating to "damages and offsets" by no later than 35 days after the United States disclose all of their experts relating to "damages and offsets" information.

5) Following these expert disclosures relating to "damages and offsets" information, the parties will have 45 days to complete expert discovery on "damages and offsets," "life care planning," and "home renovation."

---

[1] The court entered the initial Pretrial Scheduling Order on August 7, 2024 [DE-270].

6) Following these expert disclosures relating to "damages and offsets" information, the parties will meet and confer in good faith regarding a briefing schedule, if any is necessary, related to experts opining on "damages and offsets," "life care planning," and "home renovation."

7) Consistent with the order entered on January 2, 2025 [DE-312], expert witness depositions will be presumptively limited to 7 hours per expert absent agreement of the parties or court order for good cause.

8) Consistent with the order entered on January 2, 2025 [DE-312], each party will pay for the time that any opposing party's expert spends under oath in deposition, at the same rate paid by the party that retained the expert; otherwise, the parties are responsible for the fees of the experts they retain.

The table below summarizes the Parties' expert discovery and briefing deadlines, as amended by this order (changes in **bold**):

| Phase | Deadline | Original Date | Amended Date |
|---|---|---|---|
| **3 Economic Residual Experts**[2] | **PLG Disclosure** | **October 13, 2025** | **October 29, 2025** |
| **3 Economic Residual Experts** | **DOJ Disclosure** | **December 1, 2025** | **December 15, 2025** |
| **3 Economic Residual Experts** | **PLG Rebuttal** | **January 5, 2026** | **January 19, 2026** |
| **3 Economic, Life Care Planning, Home Renovation Residual Experts** | **Expert Close** | **February 19, 2026** | **March 5, 2026** |

SO ORDERED. This 17th day of September, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge

---

[2] These dates are calculated using the maximum time allowed pursuant to Paragraphs 4 and 5. If a party completes its expert disclosures pursuant to Paragraphs 4 or 5 within less time than is allowed, the deadlines for rebuttal reports and completion of expert discovery will move up accordingly.

2