IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 7-23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES | ) |
| | ) |

## PLAINTIFFS' LEADERSHIP GROUP'S RESPONSE TO DEFENDANT'S MOTION TO SEAL

On September 10, 2025, PLG filed a *Motion To Exclude Defense Expert Julie Goodman* (DE 621), along with a supporting memorandum (DE 622) and exhibits in support of same (DE 622-2 through 622-46). Because DOJ contends that portions of these filings contain confidential information, PLG provisionally filed the memorandum (DE 622) and the supporting exhibits (DE 622-1 through 622-46) under seal.

On September 22, 2025, DOJ filed a *Motion to Seal* (DE 636), seeking sealing of Gradient's invoices filed at DE 622-5, and the redaction of PLG's supporting brief, which referenced certain information in those invoices.

The parties have met and conferred regarding these matters. Based upon those discussions and agreements of the parties, PLG does not object to the sealing of DE 622 and 622-5, the filing of a redacted brief (in the form of the proposal attached to this response), and the unsealing of all other exhibits filed in support of PLG's Motion to Exclude Defense Expert Dr. Julie Goodman.

WHEREFORE, PLG does not oppose the Court entering an order:

(1) Granting the motion to seal (DE 636) in part,

(2) ordering that DE 622 and 622-5 shall be maintained under seal pending further order of the court;

(3) ordering that Docket Entries 622-1 through 622-4 and 622-6 though 622-46 shall be unsealed and made available on the public docket; and

(4) ordering that the redacted brief attached to this response shall be filed as the publicly-available version of PLG's memorandum in support of its Motion to Exclude Defense Expert Dr. Julie Goodman.

Respectfully submitted this 29th day of September, 2025.

*[Signatures appear on the following page]*

| | |
|---|---|
| /s/ J. Edward Bell, III | /s/ Zina Bash |
| J. Edward Bell, III (admitted *pro hac vice*) <br> Bell Legal Group, LLC <br> 219 Ridge St. <br> Georgetown, SC 29440 <br> Telephone: (843) 546-2408 <br> jeb@belllegalgroup.com <br><br> *Lead Counsel for Plaintiffs* | Zina Bash (admitted *pro hac vice*) <br> Keller Postman LLC <br> 111 Congress Avenue, Suite 500 <br> Austin, TX 78701 <br> Telephone: 956-345-9462 <br> zina.bash@kellerpostman.com <br><br> *Co-Lead Counsel for Plaintiffs and Government Liaison Counsel* |
| /s/ Elizabeth J. Cabraser | /s/ W. Michael Dowling |
| Elizabeth J. Cabraser (admitted *pro hac vice*) <br> Lieff Cabraser Heimann & Bernstein, LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 956-1000 <br> ecabraser@lchb.com <br><br> *Co-Lead Counsel for Plaintiffs* | W. Michael Dowling (NC Bar No. 42790) <br> The Dowling Firm PLLC <br> Post Office Box 27843 <br> Raleigh, North Carolina 27611 <br> Telephone: (919) 529-3351 <br> mike@dowlingfirm.com <br><br> *Co-Lead Counsel for Plaintiffs* |
| /s/ Robin L. Greenwald | /s/ James A. Roberts, III |
| Robin L. Greenwald (admitted *pro hac vice*) <br> Weitz & Luxenberg, P.C. <br> 700 Broadway <br> New York, NY 10003 <br> Telephone: 212-558-5802 <br> rgreenwald@weitzlux.com <br><br> *Co-Lead Counsel for Plaintiffs* | James A. Roberts, III <br> Lewis & Roberts, PLLC <br> 3700 Glenwood Ave., Ste. 410 <br> Raleigh, NC 27612 <br> Telephone: (919) 981-0191 <br> jar@lewis-roberts.com <br><br> *Co-Lead Counsel for Plaintiffs* |
| /s/ Mona Lisa Wallace | |
| Mona Lisa Wallace (N.C. Bar No.: 009021) <br> Wallace & Graham, P.A. <br> 525 North Main Street <br> Salisbury, North Carolina 28144 <br> Tel: 704-633-5244 <br> mwallace@wallacegraham.com <br><br> *Co-Lead Counsel for Plaintiffs* | |