IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-00897

IN RE:

CAMP LEJEUNE WATER LITIGATION

**This Document Relates To:**

*Amsler v. United States*, 7:23-cv-284
*Cagiano v. United States*, 7:23-cv-569
*Carter v. United States*, 7:23-cv-1565
*Connard v. United States*, 7:23-cv-1557
*Criswell v. United States*, 7:23-cv-1482
*Davis v. United States*, 7:23-cv-43
*Downs v. United States*, 7:23-cv-1145
*Dyer v. United States*, 7:23-cv-357
*Fancher v. United States*, 7:23-cv-275
*Fiolek v. United States*, 4:23-cv-62
*Gleesing v. United States*, 7:23-cv-1486
*Hill v. United States*, 7:23-cv-28
*Howard v. United States*, 7:23-cv-490
*Keller v. United States*, 7:23-cv-1501
*Kidd v. United States*, 7:23-cv-1489
*Laramore v. United States*, 7:23-cv-594
*McElhiney v. United States*, 7:23-cv-1368
*Mousser v. United States*, 7:23-cv-667
*Peterson v. United States*, 7:23-cv-1576
*Raymond v. United States*, 7:23-cv-546
*Rothchild v. United States*, 7:23-cv-858
*Tukes v. United States*, 7:23-cv-1553
*Sparks v. United States*, 7:23-cv-682
*Vidana v. United States*, 7:23-cv-1575
*Welch v. United States,* 7:23-cv-1503

ORDER

This matter is before the Court on the United States' motion to stay all deadlines in the above-captioned cases for the length of the current lapse in congressional appropriations plus 14 days after funding is restored. For good cause shown:

IT IS HEREBY ORDERED that the United States' motion is GRANTED. All deadlines in these cases shall be stayed for the length of the current lapse in congressional appropriations plus 14 days after funding is restored. This order applies to any and all events and deadlines in the affected civil litigation (whether established by order, rule, or agreement), including but not limited to any scheduled proceedings, hearings, and/or discovery and pleading dates. Furthermore, the parties are warned that this order does not affect rights to or deadlines concerning appeal from any decision of this Court.

IT IS FURTHER ORDERED that this stay shall be lifted automatically at the designated expiration deadline, without further order of the Court.

SO ORDERED, this _____ day of _____, 2025.

_____
Robert B. Jones, Jr.
United States Magistrate Judge