IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

## ORDER

This matter comes before the Court with regard to the motion filed by the Plaintiffs' Leadership Group (PLG) moving the Court to seal PLG'S Notice of Filing and attachments found at Docket No. 511. [DE-512]. The Court notes that Defendant has consented to the Motion and no objection has been filed. The Court is apprised that the information PLG seeks to seal includes what is represented to be limited to highly sensitive personal medical information of various Plaintiffs in this litigation, and the Plaintiffs assert that the respective Plaintiffs' privacy interests in that information outweigh the public's right of access to judicial records, and that under the circumstances no reasonable alternative to sealing exists or should be required at this juncture. Having considered the matter, the Court will hereby grant the Motion and hereby orders that the subject filed materials at Docket No. 511 shall remain under seal until such time as a further Order may be entered in this regard.

So ordered, this 6th day of October, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge