IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE:                                              )
CAMP LEJEUNE WATER LITIGATION   )
                                                    )
This Pleading Relates to:                           )
ALL CASES                                           )

## ORDER GRANTING MOTION TO SEAL THE MEMORANDA OF LAW FILED IN SUPPORT OF THE UNITED STATES' MOTIONS TO EXCLUDE DR. ROGER MOORE AND DR. HARESH THARWANI

Upon consideration of the Plaintiffs' Leadership Group's ("PLG") Motion to Seal the Memoranda of Law Filed in Support of the United States' Motions to Exclude Dr. Roger Moore and Dr. Haresh Tharwani, the Memorandum in Law in Support of PLG's said Motion to Seal, and all other relevant filings,

IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. Accordingly, the Memoranda of Law in Support of the United States' Motions to Exclude Dr. Roger Moore (D.E. 572) and Dr. Haresh Tharwani (D.E. 595), including all exhibits (D.E. 572.1-572.21 and D.E. 595.1-595.4, respectively) will be sealed for the above-captioned case.

SO ORDERED. This 16th day of October, 2025.

_____
Robert B. Jones, Jr.
United States Magistrate Judge