IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE:                                        )
CAMP LEJEUNE WATER LITIGATION                 )
                                              )
This Pleading Relates to:                     )
ALL CASES                                     )

## ORDER GRANTING MOTION TO AMEND SECOND AMENDED STIPULATED PROTECTIVE ORDER (CASE MANAGEMENT ORDER 15)

Pursuant to Federal Rules of Civil Procedure 1, 16(c)(2)(L), and 42(a)(3), and good cause having been shown, the Court amends its Second Amended Stipulated Protective Order ("CMO 15"), D.E. 266, as follows and hereby orders that:

The Court amends Section 6 ("Filing Confidential Information with The Court Pursuant to Local Rules & Practice") of CMO 15, to include additional subsection "c", which hereby states as follows: "Where the Court seals records designated by a party as confidential mental health records, access to those mental health records shall be restricted to Plaintiffs' Leadership Group and counsel for the United States of America only. Such confidential mental health records include the filings at D.E. 511, 572, 595, and 613."

SO ORDERED. This 16th day of October, 2025.

_____
Robert B. Jones, Jr.
United States Magistrate Judge