IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | |
| This Pleading Relates to: ) | **ORDER** |
| ) | |
| ALL CASES ) | |

This matter is before the Court in the *Motion to Seal* (DE 636) filed by the government. The government seeks the sealing of PLG's unredacted memorandum filed in support of its *Motion to Exclude Dr. Julie Goodman* (DE 622), the filing of a redacted brief, and the sealing of the invoices of Dr. Goodman's company, Gradient, which invoices are provisionally under seal at DE 622-5. PLG does not oppose the sealing of its unredacted brief and Gradient's invoices and the filing of a redacted brief as agreed to by the parties, and no objection to the motion has been filed.

Defendant has represented, and the court finds based upon Defendant's representation, that the information sought to be sealed and redacted is confidential, non-public commercial information and that a compelling interest exists in maintaining the confidentiality of such information. The Court finds that no less-restrictive alternative to the one proposed by the parties exists under the circumstances which would protect the legitimate interests in confidentiality that Defendant seeks to protect.

NOW, THEREFORE, it is hereby ORDERED as follows:

(1) Defendant's *Motion to Seal* (DE 636) is GRANTED IN PART, as set forth in this Order;

(2) The documents filed at DE 622 and DE 622-5 SHALL BE MAINTAINED UNDER SEAL pending further order of the court;

(3) The documents filed at DE 622-1 through DE 622-4 and DE 622-6 though DE 622-46 SHALL BE UNSEALED; and

(4) The proposed redacted brief attached to PLG's response to the *Motion to Seal* shall be filed within 5 days and shall be deemed the publicly-available version of PLG's memorandum in support of its Motion to Exclude Defense Expert Dr. Julie Goodman.

SO ORDERED, this **28** day of October, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge