# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### NO. 7:23-CV-897

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **CAMP LEJEUNE WATER LITIGATION** | ) | **STIPULATION WITHDRAWING** |
| | ) | **DEFENDANT UNITED STATES** |
| **This Document Relates To:** | ) | **OF AMERICA'S MOTION FOR** |
| *Cometto Davis v. United States,* | ) | **PARTIAL SUMMARY JUDGMENT** |
| No. 7:23-cv-00043 | ) | **CONCERNING MULTIPLE MYELOMA** |

To resolve Defendant United States of America's pending Motion for Partial Summary Judgment concerning multiple myeloma (Master Docket DE 561 and Individual Plaintiff Docket DE 55) without further briefing, a hearing, and the Court needing to issue a decision, the parties agree to—and the Court orders—the following:

1. The United States withdraws its Motion for Partial Summary Judgment concerning multiple myeloma (Master Docket DE 561 and Individual Plaintiff Docket DE 55).

2. Plaintiff will not proceed with a claim for or related to multiple myeloma.

*[Signature page to follow.]*

1

Dated: October 30, 2025

/s/ James L. Ward, Jr.
_____
James L. Ward, Jr.
McGowan, Hood, Felder, & Phillips, LLC
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464
Tel.: (843) 388-7202
Fax: (843) 388-3194
jward@mcgowanhood.com
N.C. State Bar No. 24595

*Attorneys for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

HAROON ANWAR
SARA J. MIRSKY
Acting Assistant Directors
Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

ALANNA HORAN
ALLISON M. O'LEARY
Trial Attorneys

*/s/ Matthew B. Elliott*
MATTHEW B. ELLIOTT
DC Bar No. 90021505
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
1100 L Street, NW
Washington, DC 20005
(202) 919-1691
Matthew.elliott@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*