IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

| | |
|---|---|
| IN RE: )<br>CAMP LEJEUNE WATER LITIGATION )<br> )<br>This Document Relates To: )<br>*Cometto Davis v. United States,* )<br> No. 7:23-cv-00043 ) | NOTICE OF WITHDRAWAL OF<br>MOTION FOR PARTIAL SUMMARY<br>JUDGMENT WITHOUT PREJUDICE |

Defendant, United States of America, notifies the Court that it is withdrawing its Motion for Partial Summary Judgment concerning multiple myeloma (Master Docket DE 561 and Individual Plaintiff Docket DE 55) without prejudice in accordance with Master Docket DE 655 and Individual Plaintiff Docket DE 72.

*[Signature page to follow.]*

Dated: October 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

HAROON ANWAR
SARA J. MIRSKY
Acting Assistant Directors
Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

ALANNA HORAN
ALLISON M. O'LEARY
Trial Attorneys

*/s/ Matthew B. Elliott*
MATTHEW B. ELLIOTT
DC Bar No. 90021505
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
1100 L Street, NW
Washington, DC 20005
(202) 919-1691
Matthew.elliott@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

> */s/ Matthew B. Elliott*
> MATTHEW B. ELLIOTT