**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:23-CV-897**

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**
*Edward Raymond v. USA*, **7:23-CV-546-M**

**UNITED STATES' NOTICE OF**
**WITHDRAWAL OF MOTIONS**
**RELATED TO EDWARD RAYMOND**

Defendant United States of America hereby respectfully withdraws the following motions

as to the ***Edward Raymond v. USA*, 7:23-CV-546-M**, case due to an agreement to settle that case;

the motions are still applicable to the other active cases:

- Motion to Exclude Plaintiffs' Phase II Bladder Cancer Experts Laura Plunkett, Steven Bird, Benjamin Hatten, Kathleen Gilbert, and Stephen Culp ("No Predicate Association Motion" Bladder Cancer) [D.E. 44 & 45];[1]

- Motion to Exclude Plaintiffs' Phase II Bladder Cancer Experts Laura Plunkett, Steven Bird, Benjamin Hatten, Kathleen Gilbert, and Stephen Culp ("Literature Review Motion" Bladder Cancer) [D.E. 47 & 50];

- Motion to Exclude Plaintiffs' Phase III Bladder Cancer Experts for Performing Improper Differential Etiologies ("Improper Differential Motion" Bladder Cancer) [D.E. 51 & 52];

- Motion for Summary Judgment for Lack of Admissible Expert Testimony – Bladder Cancer [D.E. 48, 49]; and

---

[1] Each Motion was filed on the Master Docket, 7:23-cv-00897, and the individual docket in the *Raymond* case. The United States here provides the Docket Entry numbers for the Motions as filed on the individual docket in the *Raymond* case.

1

- Motion for Summary Judgment for Lack of Expert Testimony on But-For Causation [D.E. 53, 54].

Once the settlement has been finalized, *Edward Raymond v. USA,* **7:23-CV-546-M** will be dismissed in due course.

Dated: November 6, 2025                    Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General,
                                           Civil Division

                                           JONATHAN D. GUYNN
                                           Deputy Assistant Attorney General,
                                           Torts Branch

                                           BRIDGET BAILEY LIPSCOMB
                                           Chief, Camp Lejeune Justice Act Section

                                           ADAM BAIN
                                           Special Litigation Counsel

                                           MELANIE KONSTANTOPOULOS
                                           MEGAN GADDY
                                           MICHAEL CROMWELL
                                           NANCY TINCH
                                           Trial Attorneys

                                           */s/ Haroon Anwar*
                                           HAROON ANWAR
                                           Acting Assistant Director
                                           United States Department of Justice
                                           Civil Division, Torts Branch
                                           Camp Lejeune Justice Act Section
                                           1100 L Street, NW
                                           Washington, DC 20005
                                           202-598-3946
                                           hroon.anwar@usdoj.gov

                                           Attorney inquiries to DOJ regarding
CLJA: (202) 353-4426

                                           *Attorneys for Defendant,*
                                           *United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2025, I electronically filed the foregoing using the

Court's Electronic Case Filing system, which will send notice to all counsel of record.


*/s/ Haroon Anwar*
HAROON ANWAR