IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:
*Jose Vidana v. USA*, 7:23-CV-1575

UNITED STATES' NOTICE OF
WITHDRAWAL OF MOTIONS
RELATED TO JOSE VIDANA

    Defendant United States of America hereby respectfully withdraws the following motions as to the ***Jose Vidana,*** **7:23-CV-1575,** case due to an agreement to settle that case; the motions are still applicable to the other active cases:

- The United States' Motion for Partial Summary Judgment Concerning Dichloroethylene [D.E. 33]; [1]

- The United States' Motion to Exclude the Expert Opinions of Paul J. Michaels, M.D. [D.E. 35]; [2]

- The United States' Motion to Exclude Opinions of Plaintiffs' Specific Causation Experts in Non-Hodgkin's Lymphoma Trial Plaintiff Cases Under Fed. R. Evid. 702(d) for Failing to Reliably Employ a Differential Etiology [D.E. 37];

- The United States' Motion to Exclude General Causation Opinions of Plaintiffs' Leukemia and NHL Experts Under Federal Rule of Evidence 702(b) and (d) For Misapplying the Bradford Hill Methodology [D.E. 39];

---

[1] Each Motion was filed on the Master Docket, 7:23-cv-00897, and the individual docket in the *Vidana* case. The United States here provides the Docket Entry numbers for the Motions as filed on the individual docket in the *Vidana* case.

[2] This motion applies only to *Jose Vidana v. USA*, 7:23-cv-1575, so the United States withdraws this motion entirely.

- The United States' Motion to Exclude Plaintiffs' Phase II Leukemia and NHL Experts Steven Bird, Lukasz Gondek, Kathleen Gilbert, Timothy Mallon, and Howard Hu (Literature Review Motion) [D.E. 41];

- The United States' Motion to Exclude Certain Plaintiffs' General Causation Experts' Testimony Utilizing the "At Least As Likely As Not" Standard [D.E. 43];

- The United States' Motion to Exclude General Causation Opinions of Plaintiffs' Leukemia and NHL Experts Under Federal Rule of Evidence for: 1) Improperly grouping distinct diseases together; 2) Relying on an untested "synergy" theory; and 3) Relying on the inadmissible "any exposure" theory [D.E. 45];

- The United States' Motion for Summary Judgment Based on Plaintiffs' Failure to Proffer Expert Testimony Admissible Under *Daubert* (Leukemia and Non-Hodgkin's Lymphoma) [D.E. 47]; and

- The United States' Motion for Summary Judgment for Lack of Expert Testimony on But-For Causation [D.E. 50].

Once the settlement has been finalized, *Jose Vidana v. USA*, 7:23-cv-1575 will be dismissed in due course.

Dated: November 6, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

HAROON ANWAR
Acting Assistant Director

SARA MIRSKY
Acting Assistant Director

ADAM BAIN
Special Litigation Counsel

ALLISON O'LEARY
GIOVANNI ANTONUCCI
Trial Attorneys

*/s/ Alanna Horan*
Alanna Horan
D.C. Bar No 1671335
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
(202) 532-5068
Alanna.r.horan@usdoj.gov

Attorney inquiries to DOJ regarding CLJA: (202) 353-4426

*Attorneys for Defendant,*
*United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Alanna Horan*
