IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00897

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **CAMP LEJEUNE WATER LITIGATION** | ) | **DEFENDANT UNITED STATES** |
| | ) | **OF AMERICA'S** |
| **This Document Relates To:** | ) | **INDEX OF EXHIBITS** |
| ***Tukes v. United States*, No. 7:23-cv-01553** | ) | |
| | ) | |
| | ) | |

| Exhibit | Description |
|---|---|
| 1 | National Comprehensive Cancer Network ("NCCN") Guidelines |
| 2 | Dr. Gail Vance Curriculum Vitae |
| 3 | Ms. Jacqueline Tukes UNC Medical Records |
| 4 | Ms. Jacqueline Tukes April 11, 2024 Deposition Transcript |
| 5 | Ms. Jacqueline Tukes January 15, 2025 Deposition Transcript |
| 6 | Dr. Nagesh Jayaram Deposition Transcript |
| 7 | Dr. K.V. Thomas Deposition Transcript |
| 8 | Dr. Heather Jones Deposition Transcript |