**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:23-CV-897**

| | | |
|---|---|---|
| **IN RE:**<br><br>**CAMP LEJEUNE WATER LITIGATION**<br><br>**This Document Relates To:**<br>**ALL CASES** | )<br>)<br>)<br>)<br>)<br>) | **INDEX OF EXHIBITS** |

## Table A: Materials Filed in this Opposition

| **Exhibit** | **Description** |
|---|---|
| 1 | Appendix of Plaintiffs' Misrepresentations |
| 2 | EPA, *A Review of the Reference Dose and Reference Concentration Processes* (2002) |
| 3 | Expert Rep. of Dr. Brent Finley, *Dew v. E.I. du Pont de Nemours & Co.*, No. 18-73 (E.D.N.C. Feb. 12, 2024), D.E. 171-27 |
| 4 | *Phantom Risk: Scientific Inference and the Law* (Kenneth R. Foster et al. eds., 1st ed. 1999) |
| 5 | EPA, *2018 Edition of the Drinking Water Standards and Health Advisories Tables* (2018) |

## Table B: Materials Previously Filed in the Joint Appendix

| **JA Exhibit Number** | **Docket Entry** | **Short Title** | **Full Title** |
|---|---|---|---|
| 375 | 490-10 | Bailey Rep. (Dyer) | Expert Report of Lisa A Bailey, Ph.D. in the Case of: *Terry Dyer v. United States* |
| 618 | 510-7 | Bailey Dep. Tr. | Lisa Bailey, Ph.D. Deposition Transcript, July 9, 2025 |
| 513 | 500-8 | Bailey Rep. (Kidd) | Expert Report of Lisa A Bailey, Ph.D. in the Case of: *Robert Kidd v. United States* |

| **JA Exhibit Number** | **Docket Entry** | **Short Title** | **Full Title** |
|---|---|---|---|
| 75 | 463-14 | Goodman Rep. (Bladder) | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene Exposure and Bladder Cancer Risk |
| 519 | 501-5 | Ambinder Rep. (Kidd) | Expert Report of Richard F Ambinder, MD, PhD: *Robert Kidd v. United States*, No. 7:23-cv-01489 |
| 474 | 497-7 | Erba Rep. (Connard) | Erba – Specific Causation Report – Stephen Connard |
| 550 | 504-1 | Young Rep. (McElhiney) | Expert Report of Michael Young, MD, MPhil In the Case of: *Gary L. McElhiney v. United States*, Case No. 7:23-cv-01368 |
| 434 | 495-3 | Stadler Rep. (Fancher) | Report of Walter Stadler, MD, FACP *Fancher v. United States*, 7:23-cv-00275 (EDNC) |
| 362 | 489-9 | Kates Rep. (Dyer) | Re: *Dyer v. United States*, Case No: 7:23-cv-00357 Request for Urologic Oncology Expert Review |
| 371 | 490-6 | Bailey Rep. (Cagiano) | Expert Report of Lisa A Bailey, PhD in the Case of: *Mark Cagiano v. United States* |
| 183 | 472-4 | ATSDR 2017 PHA | Public Health Assessment for Camp Lejeune Drinking Water |
| 450 | 496-2 | Felsher SC Rep. (Hill) | Specific Causation on Expert Report of Dean W Felsher, MD, PhD |
| 146 | 468-12 | Lipscomb Rep. | Expert Report of John C. Lipscomb, PhD, DABT |
| 617 | 517-3 | LaKind Dep. Tr. | Deposition Transcript of Judy LaKind, Ph.D., July 17, 2025 |
| 174 | 471-3 | Lipscomb Dep. Tr. | Deposition Transcript of John C. Lipscomb, Ph.D., May 14, 2025 |

| JA Exhibit Number | Docket Entry | Short Title | Full Title |
|---|---|---|---|
| 94 | 464-15 | Goodman Rep. (Kidney) | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene Exposure and Kidney Cancer |
| 154 | 469-8 | Savitz 3d Dep. Tr. | Deposition Transcript of David A. Savitz, Ph.D., May 16, 2025 |
| 293 | 484-4 | Savitz 2023 | David A. Savitz, *Epidemiology and the Law* (2023) |
| 216 | 478-7 | Aschengrau 1993 | Ann Aschengrau et al., *Cancer risk and tetrachloroethylene-contaminated drinking water in Massachusetts*, 48 Archives of Envt'l Health 284 (1993) |
| 469 | 497-2 | Bailey Rep. (Connard) | Expert Report of Lisa A Bailey, PhD in the Case of: *Vivian Connard (as Representative of Stephen Connard) v. United States* |
| 602 | 508-11 | Hu SC Dep. Tr. | Specific Causation Deposition Transcript of Dr. Howard Hu, July 23, 2025 |
| 159 | 469-13 | Freeman Dep. Tr. | Deposition Transcript of Dr. Michael D. Freeman, June 17, 2025 |