**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:23-CV-897**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CAMP LEJEUNE WATER LITIGATION** | ) | **UNITED STATES' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DR. JULIE GOODMAN [D.E. 621]** |
| | ) | |
| **This Document Relates To: ALL CASES** | ) | |
| | ) | **(L. Civ. R. 7.1(f))** |
| | ) | |
| | ) | |

Defendant United States of America files the following exhibits in support of its Opposition to Plaintiffs' Motion to Exclude Dr. Julie Goodman. The United States has filed only those exhibits that are relevant to the Opposition and that are not duplicative of exhibits in the Joint Appendix, but will promptly file any other exhibits at the Court's request.

**TABLE OF EXHIBITS**

| **Exhibit Number** | **Full Title** |
|---|---|
| 1 | Declaration of Dr. Julie E. Goodman, Ph.D., DABT, FACE, ATS |
| 2 | Bladder Cancer Report Corrected Attachments |
| 3 | Bladder Cancer Report Attachment Revisions |
| 4 | Kidney Cancer Report Corrected Attachments |
| 5 | Kidney Cancer Report Attachment Revisions |
| 6 | Leukemia Report Corrected Attachments |
| 7 | Leukemia Report Attachment Revisions |
| 8 | Non-Hodgkin's Lymphoma Report Corrected Attachments |
| 9 | Non-Hodgkin's Lymphoma Report Attachment Revisions |

| **Exhibit Number** | **Full Title** |
|---|---|
| 10 | Parkinson's Disease Report Corrected Attachments |
| 11 | Parkinson's Disease Report Attachment Revisions |

Dated: November 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief
Camp Lejeune Justice Act Section

HAROON ANWAR
SARA MIRSKY
Acting Assistant Directors
Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

JENNIFER ADAMS
NANCY TINCH
Trial Attorneys

*/s/ Elizabeth K. Platt*
ELIZABETH K. PLATT
DC Bar No. 1672052
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
1100 L Street, NW
Washington, DC 20005
(202) 305-5871
Elizabeth.k.platt@usdoj.gov

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed the foregoing using the Court's Case Management/Electronic Case Files system, which will send notice to all counsel of record.

*/s/ Elizabeth K. Platt*
ELIZABETH K. PLATT