IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

**IN RE: CAMP LEJEUNE WATER LITIGATION** )

**This Pleading Relates to:** )

***Downs v. United States*, 7:23-cv-01145** )
***Fancher v. United States*, 7:23-cv-00275** )
***Howard v. United States*, 7:23-cv-00490** )
***Mousser v. United States*, 7:23-cv-00667** )
***Tukes v. United States*, 7:23-cv-01553** )

**PLAINTIFFS' LEADERSHIP GROUP'S INDEX OF EXHIBITS FOR ITS OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF DRS. BIRD, FREEMAN, HATTEN, AND MALLON RELATED TO PCE, BENZENE, AND VINYL CHLORIDE**

| Exhibit | Description |
|---|---|
| A | Levels of Contaminants Hazardous to Humans Generally |
| B | Camp Lejeune Epidemiology Kidney Cancer Risk Ratios |
| C | Bove 2014 Mort. Study – Mil. Additional File 2 |
| D | Bove 2014 Mort. Study – Mil. Additional File 1 |
| E | Ma (2009) |
| F | Additional Positive Associations Between Kidney Cancer and PCE |
| G | Karami (2012) |
| H | EPA Press Release (banning TCE and PCE) |
| I | Yu (2025) (Suppl. File) |
| J | Anttila (2015) |
| K | Additional Positive Associations Between Kidney Cancer and Benzene |
| L | Bradford Hill Address (1965) |
| M | Goodman (2018) Suppl. File 1 |
| N | Goodman (2009) |
| O | Bove Oct. 17 Deposition Transcript |
| P | Bove 2024 Mort. Study Supplemental File |
| Q | Ruder (2001) |