IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| *McElhiney v. United States*, 7:23-cv-1368 | ) |
| *Peterson v. United States*, 7:23-cv-1576 | ) |
| *Rothchild v. United States*, 7:23-cv-858 | ) |
| *Welch v. United States*, 7:23-cv-1503 | ) |
| *Sparks v. United States*, 7:23-cv-682 | ) |

**PLAINTIFFS' LEADERSHIP GROUP'S INDEX OF EXHIBITS FOR RESPONSE TO MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFFS' PARKINSON'S DISEASE EXPERTS**

| Exhibit | Description |
|---|---|
| 1 | Sheldon Krimsky, *The Weight of Scientific Evidence in Policy and Law*, 95 Am. J. Pub. Health S129, S129 (2005) |
| 2 | Valentin Amrhein, Sander Greenland & Blake McShane, *Scientists Rise Up Against Statistical Significance*, 567 Nature 305 (Mar. 2019) |
| 3 | Curtis D. Klaassen, *Casarett and Doull's Toxicology: The Basic Science of Poisons – Chapter 4: Risk Assessment* (9th ed. 2019) |
| 4 | Ronald L. Wasserstein & Nicole A. Lazar, *ASA Statement on Statistical Significance and P-Values: Context, Process and Purpose*, Am. Statistician (2016) |
| 5 | EPA Off. of Pesticide Programs, *Guidance on Use of Weight of Evidence When Evaluating the Human Carcinogenic Potential of Pesticides* 3 (2023), https://www.epa.gov/system/files/documents/2023-06/2023%20CARC%20WoE%20Guidance.pdf [https://perma.cc/CXZ6-HE3J] |
| 6 | EPA, *Final Revised Unreasonable Risk Determination (Perchloroethylene)* (Dec. 2022) ("2022 PCE Final Risk Assessment"), https://www.epa.gov/system/files/documents/2022-12/PCE_Final%20Revised%20RD_12-5-22.pdf [https://perma.cc/H8K5-TSN2] |
| 7 | EPA, *Final Revised Unreasonable Risk Determination (Trichloroethylene)* (Dec. 2022) (2022 TCE Final Risk Assessment), https://www.epa.gov/system/files/documents/2023-01/TCE_Final%20Revised%20RD_12-21-22-FINAL-v2.pdf [https://perma.cc/364H-NFXM] |
| 8 | Monalisha Sahu & Josyula G. Prasuna, *Twin Studies: A Unique Epidemiological Tool*, 41 Indian J Community Med. 177, 181 (2016), |

https://pmc.ncbi.nlm.nih.gov/articles/PMC4919929/pdf/IJCM-41-177.pdf [https://perma.cc/5X9A-GR2W]

9 Meredith Wadman, *Solvent Exposure Strongly Linked to Parkinson's*, 380 Science, 683 (2023), https://www.science.org/doi/epdf/10.1126/science.adi7660 [https://perma.cc/HDZ8-T48Z]

10 Shu Wang et al., *Perchloroethylene-Induced Reduction in Glial and Neuronal Cell Marker Proteins in Rat Brain*, 72 Pharmacol. Toxicol. 4, 4–5 (1993)

11 Joel L. Mattsson et al., *Neurotoxicologic Examination of Rats Exposed to 1,1,2,2-Tetrachloroethylene (Perchloroethylene) Vapor for 13 Weeks*, 20 Neurotoxicol. Teratol. 83, 83–98 (1998) doi: 10.1016/s0892-0362(97)00074-3)

12 Don M. Gash et al., *Trichloroethylene: Parkinsonism and Complex 1 Mitochondrial Neurotoxicity*, 63 Ann. Neurol. 184–92 (2008)

13 Fahira Zaheer & John T. Slevin, *Trichloroethylene and Parkinson Disease*, 29 Neurol. Clin. 657–65 (2011)

14 Cham E. Dallas et al., *Development of a Physiologically Based Pharmacokinetic Model for Perchloroethylene Using Tissue Concentration-Time Data*, 128 Toxicol. Appl. Pharmacol. 50 (1994)

15 LE Rosengren, P. Kjellstrand & KG Haglid KG, *Tetrachloroethylene: Levels of DNA and S-100 in The Gerbil CNS After Chronic Exposure*, 8 Neurobehav. Toxicol. Teratol. 201–6 (1986)

16 C. Briving et al., *Chronic Effects of Perchloroethylene and Trichloroethylene on the Gerbil Brain Amino Acids and Glutathione*, 7 Neurotoxicology 101–8 (1986).

17 Joseph A. Cichocki et al., *Target Organ Metabolism, Toxicity, and Mechanisms of Trichloroethylene and Perchloroethylene: Key Similarities, Differences, and Data Gaps*, 359 J. Pharmacol. Exp. Ther. 110–23 (2016)

17 Joseph A. Cichocki et al., *Target Organ Metabolism, Toxicity, and Mechanisms of Trichloroethylene and Perchloroethylene: Key Similarities, Differences, and Data Gaps*, 359 J. Pharmacol. Exp. Ther. 110–23 (2016)

18 Yu-Syuan Luo, *Metabolism and Toxicity of Trichloroethylene and Tetrachloroethylene in Cytochrome P450 2E1 Knockout and Humanized Transgenic* Mice, 164 Toxicol. Sci. 489–500 (2018)

18 Yu-Syuan Luo, *Metabolism and Toxicity of Trichloroethylene and Tetrachloroethylene in Cytochrome P450 2E1 Knockout and Humanized Transgenic Mice*, 164 Toxicol. Sci. 489–500 (2018)

19 Yu-Syuan Luo, et al., *Comparative Analysis of Metabolism of Trichloroethylene and Tetrachloroethylene among Mouse Tissues and Strains*, 109 Toxicology 33–43 (2018)

20 Fatema Currim et al., *Selective Dopaminergic Neurotoxicity Modulated by Inherent Cell-Type Specific Neurobiology*, 103 Neurotoxicology 266, 266–98, https://doi.org/10.1016/j.neuro.2024.06.016

21 Anna Bal-Price et al., *Inhibition of the Mitochondrial Complex I of Nigra-Striatal Neurons Leads to Parkinsonian Motor Deficits*, Soc'y for Advancement of AOPs (2023)

22 Neda M. Ilieva et al., *LRRK2 Kinase Inhibition Protects Against Parkinson's Disease-Associated Environmental Toxicants*, 196 Neurobiol. Dis. 106522 (2024)

23 Aracely Garcia-Garcia et al., *Thiol-Redox Signaling, Dopaminergic Cell Death, and Parkinson's Disease*, 17 Antioxid. Redox. Signal., 1764, 1764–94 (2012), doi: 10.1089/ars.2011.4501)

24 Aaron M. Kim et al., *Chlorinated Solvents Associated with Neurodegenerative Disease Induce Neurotoxicity and Impair Autophagic Flux*, Neurotoxicology 111:103311 (Aug. 30 2025), doi: 10.1016/j.neuro.2025.103311 (Epub ahead of print)

25 E. Ray Dorsey et al., *Environmental Toxicants and Parkinson's Disease: Recent Evidence, Risks, and Prevention Opportunities*, 24 Lancet Neurol. 976, 976–986 (2025), doi: 10.1016/S1474-4422(25)00287-X

26 E. Ray Dorsey, Michael S. Okun & Bastiaan R. Bloem, *A PLAN To Address the Parkinson Pandemic*, J. Parkinsons Dis., Aug. 10, 2025, at 1, 1–15, https://journals.sagepub.com/doi/pdf/10.1177/1877718X251378115 [https://perma.cc/JY5H-H24J]

27 Sumathi Reddy, *What to Know About Chemicals and Parkinson's Disease*, Wall St. J. (Oct. 30, 2025), https://www.wsj.com/health/wellness/what-to-know-about-chemicals-and-parkinsons-disease-f403d493?mod=hp_featst_pos4 [https://perma.cc/L9GW-JXSX]

28 Vincent J. Cogliano et al., *The Science and Practice of Carcinogen Identification and Evaluation*, 112 Environ. Health Perspect. 1269 (2004)