IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE: CAMP LEJEUNE WATER LITIGATION )

This Pleading Relates to: )
David Fancher (7:23-cv-00275) )
Allan Howard (7:23-cv-00490) )
Frank Mousser (7:23-cv-00667) )
David Downs (7:23-cv-01145) )
Jacqueline Tukes (7:23-cv-01553) )

# PLAINTIFFS' LEADERSHIP GROUP'S INDEX OF EXHIBITS FOR ITS OBJECTION TO THE DEFENDANT'S MOTION TO EXCLUDE PHASE II OPINIONS OF DR. BIRD, DR. HATTEN, AND DR. MALLON

| Exhibit | Description |
|---|---|
| A | Factual Corrections to Def.'s Exhibit 4 |
| B | Bird (2025) |
| C | Positive Associations in Studies the Defendant Claims Dr. Hatten Did Not Cite |
| D | Ruder (2001) |
| E | Ma (2009) |
| F | EPA 2020 (PCE) Suppl. File (Data Quality Evaluation) |
| G | Camp Lejeune Epidemiology Kidney Cancer Risk Ratios |
| H | Mellemgaard (1994) |
| I | Wong (1994) |
| J | Bove 2014 Mort. Study – Mil. Additional File 1 |
| K | Bove 2014 Mort. Study – Mil. Additional File 2 |