# INDEX OF EXHIBITS

| EXHIBIT | DOCUMENT |
|---|---|
| A | Alexander (2006) |
| B | Odutola (2021) |
| C | Cocco (2013) |
| D | Purdue (2011) |
| E | Khalade (2010) |
| F | Steinmaus (2008) |
| G | Vlaanderen (2011) |
| H | Bassig (2015) |
| I | Goodman (2018) Suppl. File 1 |
| J | IARC Monograph Preamble (2019) |