IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE: )
CAMP LEJEUNE WATER LITIGATION )
)
This Pleading Relates to: )
Allan Howard (7:23-cv-00490) )

**PLAINTIFF ALLEN HOWARD'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS**

Pursuant to Local Civil Rule 56.1(a)(5), Plaintiff submits the following Appendix to their Local Civil Rule 56.1 Statement of Material Facts ("SOMF") in support of their Opposition to Defendant's Motion for Summary Judgment filed at [D.E. 606]. Table A shows exhibits that are filed as attachments to this Appendix.

**Table A – Materials Filed in This Appendix**

| Exhibit | Description |
|---|---|
| A | Plaintiff Allan Howard's Deposition Transcript |
| B | 00490_HOWARD_0000001626-1627 Surgical Pathology Report |
| C | Form 95 |
| D | Discovery Pool Profile Form ("DPPF") |
| E | DPPF filed on behalf of Plaintiff Allan Howard |
| F | Complaint dated March 27, 2023 |
| G | Short Form Complaint dated November 6, 2023 |
| H | Second Amended Short Form Complaint dated May 21, 2024 |
| I | Administrative Claim Form filed by Plaintiff Allan Howard |
| J | Cover Letter to Document Production dated January 10, 2024 |
| K | 00490_HOWARD_0000000285-288 |
| L | 00490_HOWARD_0000000255-259 |
| M | 00490_HOWARD_0000000315-2270 |
| N | 00490_HOWARD_0000000255-259 |
| O | 00490_HOWARD_0000002268-2270; 00490_HOWARD_000002245-2248; 00490_HOWARD_000000327-345; 00490_HOWARD_000000324-326; 00490_HOWARD_000000321-323; 00490_HOWARD_000000315-320. |

DATED this 10th day of November, 2025.


*/s/ J. Edward Bell, III*
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiff*

*/s/ Zina Bash*
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and Government Liaison Counsel*

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser (admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
*ecabraser@lchb.com*

*Co-Lead Counsel for Plaintiffs*

*/s/ W. Michael Dowling*
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com

*Co-Lead Counsel for Plaintiffs*

*/s/ Robin L. Greenwald*
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

*/s/ James A. Roberts, III*
James A. Roberts, III
Lewis & Roberts, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, NC 27612
Telephone: (919) 981-0191
jar@lewis-roberts.com

*Co-Lead Counsel for Plaintiffs*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel for Plaintiffs*