IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | ORDER |
| ) | |
| This Documents Relates to: ) | |
| ALL CASES ) | |
| ) | |

This matter comes before the court on the United States' unopposed motion to for an extension of time and of pages to respond ("Motion") [DE-726]. For good cause shown, the Motion is GRANTED as follows:

A. The United States must file its response to [DE-721] on or before December 3, 2025.

The United States' response to [DE-721] shall not exceed fifteen pages in length.

B. The United States must file its response to [DE-724] on or before December 10, 2025.

The United States' response to [DE-724] shall not exceed fifteen pages in length.

SO ORDERED. This 24th day of November, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge