# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| **CAMP LEJEUNE WATER LITIGATION** | ) | Case No. 7:23-cv-897 |
| | ) | |
| | ) | **[PROPOSED] ORDER** |
| **This Document Relates To: ALL CASES** | ) | |

This matter comes before the Court with regard to the joint motion filed by Plaintiffs' Leadership Group ("PLG") and the United States of America pursuant to Local Civil Rules 7.1 and 7.2(f) requesting leave for both parties to file replies in excess of the 10-page or 2800-word limits set by Local Civil Rule 7.2(f).

The Court hereby grants the motion as follows:

1. PLG, for purposes of their Phase II and Phase III replies due on December 12, 2025, may file one reply of up to 15 pages to the United States' response to PLG's motion to exclude Dr. Julie Goodman (D.E. 686).

2. The United States for purposes of its Phase II and Phase III replies due on December 12, 2025, may file one reply of up to 15 pages to PLG's response to the United States' motion to exclude, pursuant to 702(c), general causation opinions of Plaintiffs' leukemia and NHL experts (D.E. 699).

SO ORDERED. This ___ day of December 2025.

_____
Robert B. Jones, Jr.
United States Magistrate Judge