**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:23-cv-897**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CAMP LEJEUNE WATER LITIGATION** | ) | **INDEX OF EXHIBITS** |
| | ) | |
| **This Document Relates To:** | ) | |
| **ALL CASES** | ) | |

**Table A: Materials Filed in this Reply**

| **Exhibit** | **Description** |
|---|---|
| 1 | November 13, 2025 Letter to PLG |
| 2 | July 25, 2025 Letter to PLG |
| 3 | September 22, 2025 Letter to the United States |
| 4 | Dr. Hu Supplemental Report of September 22, 2025 |
| 5 | October 3, 2025 Letter to the United States |
| 6 | November 6, 2025 Hu Deposition Transcript |

**Table B: Materials Previously Filed in the Joint Appendix**

| **JA Exhibit Number** | **Docket Entry** | **Short Title** | **Full Title** |
|---|---|---|---|
| 75 | 463-14 | Goodman Rep. (Bladder) | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene Exposure and Bladder Cancer Risk |
| 602 | 508-11 | Hu SC Dep. Tr. | Deposition Transcript - Specific Causation |
| 134 | 467-17 | Goodman Rep. (PD) | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene and Parkinson's Disease |
| 172 | 471-1 | Goodman Dep. Tr. | Deposition Transcript |

| **JA Exhibit Number** | **Docket Entry** | **Short Title** | **Full Title** |
|---|---|---|---|
| 171 | 470-10 | Miller GC Dep. Tr. | Deposition Transcript |
| 94 | 464-15 | Goodman Rep. (Kidney) | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene Exposure and Kidney Cancer |
| 102 | 465-7 | Goodman Rep. (Leukemia) | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene Exposure and Leukemia Risk |
| 117 | 466-11 | Goodman Rep. (NHL) | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-DCE Exposure and NHL Risk |
| 134 | 467-17 | Goodman Rep. (PD) | Trichloroethylene, Perchloroethylene, Benzene, Vinyl Chloride, and trans-1,2-Dichloroethylene and Parkinson's Disease |
| 572 | 506-5 | Reynolds Rep. Err. (Cagiano) | ERRATA – February 7, 2025 Expert Report of Kelly A Reynolds, PhD Appendix 1, Mark Cagiano Calculations, Chart 3 and Exposure Data Summary |
| 573 | 506-6 | Reynolds Rep. Err. (Dyer) | (Corrected) Appendix 3 Terry F Dyer (Bladder Cancer) |
| 574 | 506-7 | Reynolds Appx (Connard) | (Corrected) Appendix 12 Vivian Connard: For Estate of Stephen Matthew Connard (Leukemia) |
| 575 | 506-8 | Reynolds Appx (Hill) | (Corrected) Appendix 15 Bruce Wayne Hill (Leukemia) |