IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-00897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

The United States of America respectfully moves for an extension of time, up to and including December 23, 2025, in which to respond to Plaintiffs' Leadership Group's (PLG) Motion to Compel Defendant United States of America to Produce Digitized Muster Rolls (D.E. 730). In support of this motion, the United States submits the following:

1. On December 2, 2025, PLG filed their Motion to Compel production of digitized muster rolls (D.E. 730). Under the Court's Discovery Dispute Protocol (D.E. 55), the United States' response was due on December 9, 2025. The Court subsequently granted an unopposed one-week extension, making the United States' current response deadline December 16, 2025.

2. This motion is not made for purposes of delay. Good cause exists for a further extension because the Parties are actively engaged in the meet and confer process regarding a proposal the United States submitted to PLG earlier this week, and the Parties are working in good faith to resolve the issue without the need for motion practice.

3. The United States has conferred with PLG, who does not object to this motion.

Therefore, the United States requests an extension of time up to and including December 23, 2025, in which to respond to PLG's motion.

Dated: December 10, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

JOSHUA G. CARPENITO
Trial Attorney

<u>/s/ Joshua G. Carpenito</u>
Joshua G. Carpenito
NC Bar No. 60801
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
310 New Bern Ave,
Raleigh, NC 27601
(202) 880-1518
Joshua.g.carpenito@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

/s/ *Joshua G. Carpenito*
Joshua G. Carpenito