**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:23-CV-00897**

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**

***McElhiney v. United States*, 7:23-cv-1368**
***Peterson v. United States*, 7:23-cv-1576**
***Rothchild v. United States*, 7:23-cv-858**
***Sparks v. United States*, 7:23-cv-682**
***Welch v. United States*, 7:23-cv-1503**

**UNITED STATES' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO EXCLUDE THE GENERAL AND SPECIFIC CAUSATION OPINIONS OF DRS. RICHARD BARBANO, HEIDI SCHWARZ, AND KRISTIN ANDRUSKA**

**("Inadmissible Phase III PD Opinions")**

**Index of Exhibits**

| **Exhibit** | **Description** |
|---|---|
| 1 | Antony, et al., *The hallmarks of Parkinson's disease*, THE FEBS JOURNAL vol. 280, no. 23 (2013) |
| 2 | Ye, et al., *Association between Parkinson's disease and melanoma: Putting the pieces together*, FRONTIERS IN AGING NEUROSCIENCE vol. 12, art. 60 (2020) |
| 3 | Lee, et al., *Neuroinflammation in Parkinson's disease*, 4 JOURNAL OF NEUROIMMUNE PHARMACOLOGY (2009) |
| 4 | Choi, et al., *Oxidative damage of DJ-1 is linked to sporadic Parkinson and Alzheimer Diseases*, JOURNAL OF BIOLOGICAL CHEMISTRY vol. 281, no. 16 (2006) |
| 5 | Reed, et al., *The role of monogenic genes in idiopathic Parkinson's disease*, NEUROBIOLOGY OF DISEASE vol. 124 (2018) |
| 6 | Ye, et al., *Genetics and Pathogenesis of Parkinson's Syndrome*, ANNUAL REVIEWS OF PATHOLOGY vol. 18 (2023) |