# EXHIBIT

# C

## Examples of Inconsistencies Between Dr. Goodman's New Charts and Her Reports

1. **Aschengrau (1993):** In her revised Leukemia charts, Dr. Goodman ***attempts to eliminate*** from the "Strengths" section that Aschengrau (1993) used "***Direct chemical exposure measurement*** (i.e., modeled contaminated drinking water wells)." [D.E. 686-8] (Revised Leukemia Charts) at C-47.

| Study | Population | Chemical | | | | Study Quality Factors | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | T | P | B | V | Study Population | Exposure Assessment | Outcome Assessment | Covariates Considered | Temporality |
| Aschengrau *et al.* (1993) | Residents of five Upper Cape towns, MA | | P | | | Strengths<br>• Appropriate case and control selection<br>• Characteristics of participants and non-participants were similar<br>• Nondifferential (≤15%) participation rates<br><br>Weaknesses<br>• ~24% of eligible controls did not participate; 20.5% of cases did not participate | Strengths<br>• ~~Direct chemical exposure measurement (*i.e.*, modeled contaminated drinking water wells)~~<br>• Semiquantitative exposure estimate (*i.e.*, considered intensity)<br><br>Weaknesses<br>• No direct chemical exposure measurement in individuals (*e.g.*, no water consumption information)<br>• Amount of missing data unknown | Strengths<br>• Cases identified and validated using a reliable source (*i.e.*, MA Cancer Registry; confirmed by medical professional)<br>• Assessed disease incidence<br><br>Weaknesses<br>• Assessed aggregated leukemia subtypes | Strengths<br>• Controlled for: age, sex, other chemical exposures, smoking, and medical treatment with irradiation<br><br>Weaknesses<br>• Did not control for or consider: race/ ethnicity (>96% white), family history, genetics, blood disorders, chemotherapy treatment, and certain viral infections<br>• Amount of missing data unknown | Strengths<br>• Exposure considered prior to diagnosis<br>• Appropriate consideration of latency (*i.e.*, 5 yr lag)<br><br>Weaknesses<br>• No major weaknesses |

***Figure 1 - [D.E. 686-8] (Revised Leukemia Charts) at C-47***

However, in the body of her Leukemia report, she still states "***Only one study*** that was conducted in Massachusetts ***had direct chemical measurements***. Aschengrau *et al.* (1993) modeled participants' PCE exposure based on an algorithm of PCE leaching from vinyl-lined asbestos cement pipes into water and their residence on streets with vinyl-lined asbestos cement pipes." Goodman Rep. (Leukemia) at 68 (JA Ex. 102, D.E. 465-7) (emphasis added).

> The most critical limitation of the cohort and case-control studies was how exposures were estimated. The epidemiology studies examining PCE exposure and leukemia were largely conducted among populations that represented specific occupational groups (*e.g.*, dry cleaning or manufacturing). Most studies estimated individual exposures to PCE in an indirect manner; usually based on a JEM, employment history, facility records, occupational categories (*e.g.*, dry cleaning workers), or self-reported exposures, all of which are subject to varying degrees of exposure misclassification. Only one study that was conducted in Massachusetts had direct chemical measurements. Aschengrau *et al.* (1993) modeled participants' PCE exposures based on an algorithm of PCE leaching from vinyl-lined asbestos cement pipes into water and their residence on streets with vinyl-lined asbestos cement pipes. However, this study did not have individual water consumption data, so individual exposures were likely subject to some misclassification.

***Figure 2 - Goodman Rep. (Leukemia) at 68 (JA Ex. 102, D.E. 465-7)***

2. **Bove (2024b)**: In her kidney cancer charts, Dr. Goodman eliminates from the "Strengths" section that Bove (2024b) "Considered quantitative bias from unmeasured smoking 'negative control diseases'" and instead adds as a "Weakness" that this study "***Did not control for or consider: smoking***[.]" [D.E. 686-6] (Revised Kidney Cancer Chart) at C-31.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bove *et al.* (2024b) | Marines & Navy personnel and civilian workers at CL and CP | T | P | B | V | Strengths<br>• Appropriate study and comparison groups<br>• <2% excluded<br><br>Weaknesses<br>• Unknown loss to follow-up | Strengths<br>• Semiquantitative exposure estimate (*i.e.*, considered duration)<br>• No missing data<br><br>Weaknesses<br>• Indirect chemical exposure measurement (*i.e.*, assignment or employment at base)<br>• Did not assess time-varying nature of exposure | Strengths<br>• Cases identified and validated using reliable sources (*i.e.*, SSA Data for Epidemiological Researchers, NDI, and cancer registries)<br>• Assessed disease incidence<br>• 22 yrs of follow-up<br><br>Weaknesses<br>• No major weaknesses | Strengths<br>• Controlled for: age, sex, race, and (for civilians) blue-collar work proxy for other occupational exposures<br>~~• Considered quantitative bias from unmeasured smoking "negative control diseases"~~<br><br>Weaknesses<br>• Did not control for or consider: smoking, obesity, hypertension, genetic factors, family history of kidney cancer, diabetes, alcohol consumption, or (for Marines & Navy) other potential occupational exposures<br>• 5.2% of CP Marines & | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (*i.e.*, follow-up began 10 yrs after last exposure of interest)<br><br>Weaknesses<br>• No major weaknesses |

***Figure 3 - [D.E. 686 – 6] (Revised Kidney Cancer Charts) at C-31***

However, her kidney cancer report still states, "***Bove et al. (2024 a,b) conducted quantitative bias assessments*** of various cancers ***to assess the potential bias from smoking*** using 'negative control diseases.'" Goodman Rep. (Kidney) at 45 (JA Ex. 94, D.E. 464-15).

> In a similar vein, Bove *et al.* (2024a,b) conducted quantitative bias assessments of various cancers to assess the potential bias from smoking using "negative control diseases." He conducted these analysis for kidney cancer in both studies and concluded that confounding by smoking is likely to be minor However, bias estimates were based on a series of assumptions that were not validated (*i.e.*, true risk of kidney cancer due to smoking; the prevalence of smoking in Camp Pendleton and Camp Lejeune; a uniform distribution of smoking among the populations), so the results were uninterpretable.

***Figure 4 - Goodman Rep. (Kidney) at 45 (JA Ex. 94, D.E. 464-15)***

3. **Bove (2014b)**: In her Parkinson's charts, Dr. Goodman ***attempts to eliminate*** from the "Weaknesses" section that it was "***Unclear whether occupation was analyzed in a time varying manner***." [D.E. 686-12] (Revised Parkinson's Chart) at C-1.

| Study | Population | Chemical | | | | Study Quality Factors | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | T | P | B | V | Study Population | Exposure Assessment | Outcome Assessment | Covariates Considered | Temporality |
| **Cohort Studies** | | | | | | | | | | |
| Bove *et al.* (2014a) | Civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate comparison groups<br>• ≤ 2% loss to follow-up<br><br>Weaknesses<br>• Most of the cohort was < 65 yrs old by end of follow-up (> 70% CL, > 60% CP) | Strengths<br>• No missing data<br>• Direct chemical exposure measurement (measured in groundwater)<br>• Internal analyses considered duration of employment and average exposure<br><br>Weaknesses<br>• Indirect chemical exposure measurement – based on employment at CL (external analyses) ~~or modeling of groundwater contamination (internal analyses)~~<br>• External analyses did not consider duration of employment and average exposure | Strengths<br>• Deaths identified from SSA, a commercial tracing service, and NDI; cause of death determined from NDI Plus<br>• No missing data<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, and sex in US comparison and sex and occupation in CP and internal comparisons<br>• Considered smoking using negative control diseases<br>• Considered but did not control for: age in CP and internal comparisons because adjusted *vs.* unadjusted results differed by < 10%<br>• Collected occupation data quarterly during employment<br><br>Weaknesses<br>• Did not consider or control for: genetic factors or family history of PD or~~,~~ alcohol intake~~,~~ ~~smoking~~ in any analyses, or other potential occupational exposures in US comparison<br>• ~~Unclear whether occupation was analyzed in a time-varying manner, other~~ Covariates only | Strengths<br>• Employment histories collected separately from outcome data<br>• Appropriate consideration of latency<br><br>Weaknesses<br>• No major weaknesses |

*Figure 5 - [D.E. 686-12] (Revised Parkinson's Charts) at C-1*

However, her Parkinson's report still states "while the authors collected occupational data quarterly, it is ***unclear if they analyzed those data in a time-varying manner***, and the amount of missing covariate data was not reported, which limits the ability to fully interpret the results." Goodman Rep. (PD) at 33, 35 (JA Ex. 134, D.E. 467-17).

> **5.1 Bove *et al.* (2014a)**
>
> **Covariates Considered.** The authors controlled for age and sex in the US comparison, and age, sex, and occupation (blue *vs.* white collar) as a proxy for other chemical exposures in the Camp Pendleton and internal comparisons. The authors did not consider or control for other potential occupational exposures in the external comparison to the US population, genetic factors, a family history of PD, alcohol intake, or smoking in any analyses, which could have resulted in uncontrolled confounding. Bove (2024a) stated, "Because cumulative exposures to the contaminants were correlated, making it difficult to distinguish which contaminant might have caused an association with a disease, each Cox regression model included only one contaminant at a time or TVOC." Therefore, it is unlikely that co-exposures were fully controlled in the model, and residual confounding is likely. In addition, while the authors collected occupational data quarterly, it is unclear if they analyzed those data in a time-varying manner, and the amount of missing covariate data was not reported, which limits the ability to fully interpret the results.

*Figure 6 - Goodman Rep. (PD) at 33, 35 (JA Ex. 134, D.E. 467-17)*

4. **Bloemen (2004)**: In her NHL charts, Dr. Goodman attempts to eliminate from the "Weaknesses" section for Bloemen (2004) that it was "Unclear if exposure measured before outcome," and instead adds as a "Strength" that "***Exposure [was] measured before outcome***." [D.E. 686-10] (Revised NHL Charts) at C-16.

| Study | Population | Chemical | | | | Study Quality Factors | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | T | P | B | V | Study Population | Exposure Assessment | Outcome Assessment | Covariates Considered | Temporality |
| Bloemen *et al.* (2004) | US chemical workers exposed to benzene | | | B | | Strengths<br>• Appropriate study and comparison groups<br><br>Weaknesses<br>• Unknown loss to follow-up<br>• Unknown number of exclusions | Strengths<br>• Direct chemical exposure measurement (*i.e.*, company industrial hygiene air measurements<br>• Semiquantitative exposure estimate (*i.e.*, considered duration and intensity)<br>• No missing data<br><br>Weaknesses<br>• ~~Indirect exposure measurement in individuals (*i.e.*, employment in benzene exposed job ≥1 mo based on work history and IH expert opinion)~~<br>• ~~Qualitative exposure estimate (*i.e.*, ever employed)~~<br>• Did not assess time-varying nature of exposure | Strengths<br>• Deaths identified using reliable sources (*i.e.*, company research database *via* HR records, NDI, state vital statistics bureaus, and other sources)<br>• 57 yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, sex, and race<br>• No missing data<br><br>Weaknesses<br>• Did not control for or consider: family history of NHL or other potential chemical/occupational exposures | Strengths<br>• Exposure measured before outcome<br>• Appropriate consideration of latency (*i.e.*, 15 yr lag)<br>• ~~No major strengths~~<br><br>Weaknesses<br>• No consideration of latency<br>~~Unclear if exposure measured before outcome~~ |

***Figure 7 - [D.E. 686-10] (Revised NHL Charts) at C-16***

However, her NHL report still states "Only four studies ***did not consider or assess exposures prior to NHL diagnosis (Bloemen et al., 2004***[).]" Goodman Rep. (NHL) at 79 (JA Ex. 117, D.E. 466-11).

Only four studies did not consider or assess exposures prior to NHL diagnosis (Bloemen *et al.*, 2004; Koh *et al.*, 2014; Scherr *et al.*, 1992; Cocco *et al.*, 2010), but about half did not ensure an appropriate period of time between exposure and diagnosis, either in the design or the analysis (*i.e.*, ≥0.5 years for NHL [CDC, 2015]). This is likely not a major issue in cohort studies because they were generally large and had

***Figure 8 - Goodman Rep. (NHL) at 79 (JA Ex. 117, D.E. 466-11)***

5. **Carreon (2014)**: In her bladder cancer charts, Dr. Goodman attempts to eliminate that it was a "Weakness" of Carreon (2014) that there was "No consideration of latency" and adds as a "Strength," "***Appropriate consideration of latency*** (i.e., 10-and 20-yr lags, results not shown)." [D.E. 686-4] (Revised Bladder Cancer Charts) at C-35.

| Citation | Population | Chemical | | | | Study Quality Factors | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | T | P | B | V | Study Population | Exposure Assessment | Outcome Assessment | Covariates Considered | Temporality |
| Carreón *et al.* (2014) | Workers at a chemical manufacturing plant | | | | V | Strengths<br>▪ Appropriate study and comparison groups<br>▪ 2% loss to follow-up<br>▪ <1% excluded<br><br>Weaknesses<br>▪ No major weaknesses | Strengths<br>▪ Semiquantitative exposure estimate (*i.e.*, considered duration)<br>▪ No missing data<br><br>Weaknesses<br>▪ Indirect chemical exposure measurement (*i.e.*, employment at facility)<br>▪ Did not assess time-varying nature of exposure | Strengths<br>▪ Deaths identified using reliable sources (*i.e.*, NDI, NDI Plus, and Florida Department of Health)<br>▪ 48 yrs of follow-up<br><br>Weaknesses<br>▪ Assessed mortality only | Strengths<br>▪ Controlled for: age, sex, and race/ethnicity<br><br>Weaknesses<br>▪ Did not control for or consider: smoking, prior cancer treatment, chronic bladder inflammation, personal or family history of bladder cancer, genetics, or other potential occupational exposures<br>▪ 54.2% missing race/ethnicity; assumed white | Strengths<br>▪ Exposure documented before outcome<br>▪ Appropriate consideration of latency (i.e., 10- and 20-yr lags, results not shown)<br><br>Weaknesses<br>▪ ~~No consideration of latency~~No major weaknesses |

*Figure 9 - [D.E. 686-4] (Revised Bladder Cancer Charts) at C-35*

However, her bladder cancer report still states "***No other study*** [beside ATSDR 2018 and Bove 2014 (Mil.)] ***considered disease latency*** in its analyses[.]" Goodman Rep. (Bladder) at 84 (JA Ex. 75, D.E. 463-14).

> All studies had documented exposures prior to the onset of disease, but the exposure and follow-up periods overlapped in ATSDR (2018a) and the authors were not clear with respect to how that was handled in the analysis. Bove *et al.* (2014b) appropriately incorporated 10-year lags into some of their analyses, and ATSDR (2018a) reported that "virtually all" participants developed cancer ≥10 yrs after being stationed or employed at CL. No other study considered disease latency in its analyses, although in most instances, there was a long enough duration of follow-up that this is likely not a large concern.

*Figure 10 - Goodman Rep. (Bladder) at 84 (JA Ex. 75, D.E. 463-14)*

6. **Bove (2014b)**: In her Parkinson's charts, Dr. Goodman eliminated as a "Weakness" that Bove (2014b) "Did not consider or control for . . . smoking in any analyses," and added as a "Strength," "***Considered smoking using negative control diseases***." [D.E. 686-12] (Revised Parkinson's Charts) at C-1.

| Study | Population | Chemical | | | | Study Quality Factors | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | T | P | B | V | Study Population | Exposure Assessment | Outcome Assessment | Covariates Considered | Temporality |
| Cohort Studies | | | | | | | | | | |
| Bove *et al.* (2014a) | Civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate comparison groups<br>• ≤ 2% loss to follow-up<br><br>Weaknesses<br>• Most of the cohort was < 65 yrs old by end of follow-up (> 70% CL, > 60% CP) | Strengths<br>• No missing data<br>• Direct chemical exposure measurement (measured in groundwater)<br>• Internal analyses considered duration of employment and average exposure<br><br>Weaknesses<br>• Indirect chemical exposure measurement – based on employment at CL (external analyses) ~~or modeling of groundwater contamination (internal analyses)~~<br>• External analyses did not consider duration of employment and average exposure | Strengths<br>• Deaths identified from SSA, a commercial tracing service, and NDI; cause of death determined from NDI Plus<br>• No missing data<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, and sex in US comparison and sex and occupation in CP and internal comparisons<br>• Considered smoking using negative control diseases<br>• Considered but did not control for: age in CP and internal comparisons because adjusted *vs.* unadjusted results differed by < 10%<br>• Collected occupation data quarterly during employment<br><br>Weaknesses<br>• Did not consider or control for: genetic factors or family history of PD or~~,~~ alcohol intake~~, smoking~~ in any analyses, or other potential occupational exposures in US comparison<br>• ~~Unclear whether occupation was analyzed in a time-varying manner, other c~~Covariates only | Strengths<br>• Employment histories collected separately from outcome data<br>• Appropriate consideration of latency<br><br>Weaknesses<br>• No major weaknesses |

*Figure 11 - [D.E. 686-12] (Revised Parkinson's Charts) at C-1*

However, her Parkinson's report still states, "The authors ***did not consider or control for . . . smoking*** in any analyses, which could have resulted in uncontrolled confounding." Goodman Rep. (PD) at 33, 35 (JA Ex. 134, D.E., 467-17).

**5.1 Bove *et al.* (2014a)**

**Covariates Considered.** The authors controlled for age and sex in the US comparison, and age, sex, and occupation (blue *vs.* white collar) as a proxy for other chemical exposures in the Camp Pendleton and internal comparisons. The authors did not consider or control for other potential occupational exposures in the external comparison to the US population, genetic factors, a family history of PD, alcohol intake, or smoking in any analyses, which could have resulted in uncontrolled confounding. Bove (2024a) stated, "Because cumulative exposures to the contaminants were correlated, making it difficult to distinguish which contaminant might have caused an association with a disease, each Cox regression model included only one contaminant at a time or TVOC." Therefore, it is unlikely that co-exposures were fully controlled in the model, and residual confounding is likely. In addition, while the authors collected occupational data quarterly, it is unclear if they analyzed those data in a time-varying manner, and the amount of missing covariate data was not reported, which limits the ability to fully interpret the results.

*Figure 12 - Goodman Rep. (PD) at 33, 35 (JA Ex. 134, D.E. 467-17)*

7. **ATSDR (2018)**: In her Parkinson's charts, Dr. Goodman eliminated as a "Weakness" of ATSDR 2018 that "Exposure period overlaps period of follow up for PD, unclear how this was handled in analysis," and instead added as a "Strength" that "***Exposure [was] documented before outcome***." [D.E. 686-12] (Revised Parkinson's Charts) at C-3.

| Study | Population | Chemical | | | | Study Quality Factors | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | T | P | B | V | Study Population | Exposure Assessment | Outcome Assessment | Covariates Considered | Temporality |
| ATSDR (2018b) | Marines & Navy personnel and civilian employees at CL and CP | T | P | B | V | Strengths<br>• Appropriate comparison groups<br><br>Weaknesses<br>• < 25% of CL sample completed health survey<br>• 10% of those who reported an outcome excluded for not completing HIPAA form | Strengths<br>• Direct chemical exposure measurement (*i.e.*, measured in groundwater)<br>• Some analyses examined cumulative, average, maximum, and duration of exposure<br>• No missing data<br><br>Weaknesses<br>• Indirect individual chemical exposure measurement – based on being stationed or employed at CL (external analyses), or modeling of groundwater contamination with no water consumption data (internal analyses)<br>• Some external analyses did not examine cumulative, average, maximum, and duration of exposure | Strengths<br>• Self-reported diagnoses confirmed with medical records or death certificates<br>• Assessed PD incidence<br>• ~~No missing data~~<br><br>Weaknesses<br>• Initial case identification relied on self-report<br>• Unknown amount of missing data | Strengths<br>• Controlled for sex in some analyses<br>• Considered but did not control for: age, smoking, alcohol, or other potential occupational exposures/ other chemical exposures (in any analysis), and sex (in some analyses) because adjusted *vs.* unadjusted results differed by < 10%<br><br>Weaknesses<br>• Information on most covariates was self-reported<br>• Did not consider or control for: genetic factors or family history of PD<br>• Only considered covariates at a single time point<br>• Smoking, alcohol, and other occupational exposures missing for > 5% of participants | Strengths<br>• Up to 41~~0~~ yrs of follow-up<br>• Exposure documented before outcome<br><br>Weaknesses<br>• Did not consider latency period<br>~~Exposure period overlaps period of follow-up for PD, unclear how this was handled in analysis~~ |

***Figure 13 - [D.E. 686-12] (Revised Parkinson's Charts) at C-3***

However, her Parkinson's report still states, "The ***study exposure and outcome periods overlapped***, with follow-up beginning coincident with first exposure (*i.e.*, exposures could continue to occur after follow-up began)." Goodman Rep. (PD) at 39 (JA Ex. 134, D.E. 467-17).

**Temporality.** The study exposure and outcome periods overlapped, with follow-up beginning coincident with first exposure (*i.e.*, exposures could continue to occur after follow-up began). Some participants were followed for up to 40 years, but the authors did not consider a latency period.

***Figure 14 - Goodman Rep. (PD) at 39 (JA Ex. 134, D.E. 467-17)***

8. **Silver (2014)**: In her Parkinson's charts, Dr. Goodman eliminated that it was a "Weakness" of Silver (2014) that the "Amount of missing data is unknown" and adds "***16% missing race data***." [D.E. 686-12] (Revised Parkinson's Charts) at C-2.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Silver *et al.* (2014) | Microelectronics and business machine facility employees | I | P | | | Strengths<br>• Appropriate comparison groups<br><br>Weaknesses<br>• Relatively young cohort (mean age at hire was mid-20s, average follow-up was 25.7 yrs) | Strengths<br>• No major strengths<br><br>Weaknesses<br>• Indirect chemical exposure measurement – based on ever employment at facility<br>• Missing/incomplete/ conflicting data regarding work dates, facility location, department, and position (particularly for early yrs)<br>• Sparse data during periods of highest chemical use (before 1974) | Strengths<br>• Cases identified from SSA, NDI, and IRS; cause of death determined from NDI and death certificates<br>• No missing data<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, race, and sex<br><br>Weaknesses<br>• Did not consider or control for: genetic factors/family history of PD, heavy alcohol intake, or smoking<br>• Only considered covariates at a single time point<br>• 16% missing race data<br>~~Amount of missing data is unknown~~ | Strengths<br>• Occupational histories collected separately from outcome data<br>• Appropriate consideration of latency (10-yr lag)<br><br>Weaknesses<br>• No major weaknesses |

***Figure 15 - [D.E. 686-12] (Revised Parkinson's Charts) at C-2***

However, her Parkinson's report still states "***the amount of missing covariate data was not reported***, which further limits the ability to fully interpret the results." Goodman Rep. (PD) at 72 (JA Ex. 134, D.E. 467-17).

**Covariates Considered.** The authors controlled for age and sex, but did not consider or control for genetic factors, family history of PD, heavy alcohol intake, or smoking, which could have resulted in uncontrolled confounding. The authors only considered covariates at a single time point and the amount of missing covariate data was not reported, which further limits the ability to fully interpret the results.

***Figure 16 - Goodman Rep. (PD) at 72 (JA Ex. 134, D.E. 467-17)***

9. **Carreon (2014)**: In her kidney cancer charts, Dr. Goodman eliminated that it was a "Weakness" of Carreon (2014) that there was "No consideration of latency," and adds as a "Strength" that there was "***Appropriate consideration of latency*** (*i.e.*, 10- and 20-yr lags, results not shown). [D.E. 686-6] (Revised Kidney Cancer Charts) at C-27.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Carreón *et al.* (2014) | Workers at a chemical manufacturing plant | | | | V | Strengths<br>• Appropriate study and comparison groups<br>• 2% loss to follow-up<br>• <1% excluded<br><br>Weaknesses<br>• No major weaknesses | Strengths<br>• Semiquantitative exposure estimate (*i.e.*, considered duration)<br>• No missing data<br><br>Weaknesses<br>• Indirect chemical exposure measurement (*i.e.*, employment at facility)<br>• Did not assess time-varying nature of exposure | Strengths<br>• Deaths identified using reliable sources (*i.e.*, NDI, NDI Plus, and Florida Department of Health)<br>• 48 yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, sex, and race/ethnicity<br><br>Weaknesses<br>• Did not control for or consider: smoking, obesity, hypertension, genetic factors, family history of kidney cancer, diabetes, alcohol consumption, or other potential occupational exposures<br>• 54.2% missing race/ethnicity; assumed white | Strengths<br>• Exposure documented before outcome<br>• Appropriate consideration of latency (i.e., 10- and 20-yr lags, results not shown)<br><br>Weaknesses<br>• No ~~consideration of latency~~major weaknesses |

*Figure 17 - [D.E. 686-6] (Revised Kidney Cancer Charts) at C-27*

However, her kidney cancer report still states, "ATSDR (2018b) and the other ***three studies did not consider disease latency in their analyses (Carreon et al., 2014***; Teta *et al.*, 1990; Mundt *et al.*, 2017)." Goodman Rep. (Kidney) at 85 (JA Ex. 94, D.E. 464-15).

> All of the studies had documented exposures prior to the onset of disease. Bove *et al.* (2014a,b) appropriately incorporated 10-year lags into some of their analyses. ATSDR (2018b) and the other three studies did not consider disease latency in their analyses (Carreón *et al.*, 2014; Teta *et al.*, 1990; Mundt *et al.*, 2017). The possible inclusion of cases in analyses that could have occurred within 4 years of participants' first exposures undermined their ability to properly assess an exposure-outcome relationship.

*Figure 18 - Goodman Rep. (Kidney) at 85 (JA Ex. 94, D.E. 464-15)*

10. **Bahr (2011)**: In her NHL charts, Dr. ***Goodman attempts to eliminate*** that it was a "Strength" of Bahr (2011) that it used "***Semiquantitative exposure assessment (i.e., level of likelihood of exposure***)" and added as a "Weakness" that it used a "Qualitative exposure estimate (i.e., probability of exposure)." [D.E. 686-10] (Revised NHL Charts) at C-21.

| Study | Population | Chemical | | | | Study Quality Factors | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | T | P | B | V | Study Population | Exposure Assessment | Outcome Assessment | Covariates Considered | Temporality |
| Bahr *et al.* (2011) | Paducah Gaseous Diffusion Plant workers (KY, US) | T | | | | Strengths<br>• Appropriate study and comparison groups<br>• <19% excluded<br><br>Weaknesses<br>• No major weaknesses | Strengths<br>• No missing data<br>• ~~Semiquantitative exposure assessment (*i.e.*, level of likelihood of exposure)~~<br><br>Weaknesses<br>• Indirect chemical exposure measurement (*i.e.*, employment at facility and JEM)<br>• Qualitative exposure estimate (i.e., probability of exposure)<br>• Did not assess time-varying nature of exposure | Strengths<br>• Cases identified using a reliable source (*i.e.*, KY Cancer Registry and death certificates)<br>• 51~~2~~ yrs of follow-up<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, sex, and race<br><br>Weaknesses<br>• Did not consider or control for: family history of NHL or other potential chemical/occupational exposures<br>• Amount of missing data unknown | Strengths<br>• Exposure documented before outcome<br><br>Weaknesses<br>• No consideration of latency |

***Figure 19 - [D.E. 686-10] (Revised NHL Charts) at C-21***

However, her NHL report still states "***Three studies reported*** an increased risk of NHL overall (range: 1.24-3.5), ***but results by level of exposure (e.g., duration, frequency, or intensity of exposure) were mixed*** (Hansen *et al.*, 2001; Raaschou-Nielsen *et al.*, 2003; Bahr *et al.*, 2011)." Goodman Rep. (NHL) at 52 (JA Ex. 117, D.E. 466-11).

Three studies reported an increased risk of NHL overall (range: 1.24-3.5), but results by level of exposure (*e.g.*, duration, frequency, or intensity of exposure) were mixed (Hansen *et al.*, 2001; Raaschou-Nielsen *et al.*, 2003; Bahr *et al.*, 2011). Compared to expected rates of NHL in the Danish general population, Hansen

***Figure 20 - Goodman Rep. (NHL) at 52 (JA Ex. 117, D.E. 466-11)***