# EXHIBIT

# D

## Examples of Inconsistencies Between the Body of the Dr. Goodman Reports

**Inconsistent Conclusions Regarding Whether Bove 2014b (Civilians) Considered Smoking:**

1. **Parkinson's Report**: In assessing Bove 2014b (Civ.), the Parkinson's report states "The authors ***did not consider or control for . . . smoking*** in any analyses, which could have resulted in uncontrolled confounding." Goodman Rep. (PD) at 35 (JA Ex. 134, D.E. 467-17).

**Covariates Considered.** The authors controlled for age and sex in the US comparison, and age, sex, and occupation (blue *vs*. white collar) as a proxy for other chemical exposures in the Camp Pendleton and internal comparisons. The authors did not consider or control for other potential occupational exposures in the external comparison to the US population, genetic factors, a family history of PD, alcohol intake, or smoking in any analyses, which could have resulted in uncontrolled confounding. Bove (2024a) stated, "Because cumulative exposures to the contaminants were correlated, making it difficult to distinguish which contaminant might have caused an association with a disease, each Cox regression model included only one contaminant at a time or TVOC." Therefore, it is unlikely that co-exposures were fully controlled in the model, and residual confounding is likely. In addition, while the authors collected occupational data quarterly, it is unclear if they analyzed those data in a time-varying manner, and the amount of missing covariate data was not reported, which limits the ability to fully interpret the results.

***Figure 1 - Goodman Rep. (PD) at 35 (JA Ex. 134, D.E. 467-17)***

2. **Kidney Cancer Report**: However, the kidney cancer report states "***Four of the Camp Lejeune studies considered smoking indirectly. Bove et al. (2014a,b)*** evaluated whether the risk of smoking-related diseases that were not associated with solvents were different in the Camp Lejeune and Camp Pendleton populations." Goodman Rep. (Kidney) at 45 (JA Ex. 94, D.E. 464-15).

Four of the Camp Lejeune studies considered smoking indirectly. Bove *et al*. (2014a,b) evaluated whether the risk of smoking-related diseases that were not associated with solvents were different in the Camp Lejeune and Camp Pendleton populations. Bove *et al*. (2014a) concluded that the effects of confounding from smoking on risk estimates in their study of Marines and Navy personnel were <10%, because the "HRs for the other smoking-related diseases (chronic obstructive pulmonary disease [COPD] and cardiovascular disease) were less than 1.10, and HRs for diseases that are both smoking and solvent related (*e.g*., laryngeal and oral cancers) were less than 1.00." Similarly, Bove *et al*. (2014b) stated, "Among the smoking-related diseases not known to be associated with solvent exposure, only COPD was elevated in the Camp Lejeune cohort with HR of 1.21. Using the HR for COPD to adjust for the possible confounding effects of smoking would reduce the HRs for the diseases of primary and secondary interest by approximately 17.5%." Despite these calculations, the degree to which smoking contributed to these smoking-related diseases in study participants is unknown, and this analysis is not informative with respect to the degree of confounding from smoking in other cancer risk estimates.

***Figure 2 - Goodman Rep. (Kidney) at 45 (JA Ex. 94, D.E. 464-15)***

**Inconsistent Conclusions Regarding Whether ATSDR (2018) Considered Exposure Before Outcome:**

1. **Parkinson's Report**: In assessing ATSDR (2018), the Parkinson's report states "The study ***exposure and outcome periods overlapped***[.]" Goodman Rep. (PD) at 39 (JA Ex. 134, D.E. 467-17).

> **Temporality.** The study exposure and outcome periods overlapped, with follow-up beginning coincident with first exposure (*i.e.*, exposures could continue to occur after follow-up began). Some participants were followed for up to 40 years, but the authors did not consider a latency period.

***Figure 3 - Goodman Rep. (PD) at 39 (JA Ex. 134, D.E. 467-17)***

2. **Bladder Cancer Report**: However, the bladder cancer report states that "All of the [Camp Lejeune] studies had ***documented exposures prior to the onset of disease***[.]" Goodman Rep. (Bladder) at 47 (JA Ex. 75, D.E. 463-14).

> All of the studies had documented exposures prior to the onset of disease, and Bove *et al*. (2014a,b, 2024b) appropriately considered disease latency by incorporating 10-year lags into some of their analyses. Bove *et al*. (2024a) did not consider disease latency in their analyses but noted that 75% of the deaths occurred more than 10 years after the water contamination ended. ATSDR (2018a) also did not consider disease latency in their analyses, but stated that "virtually all participants with a confirmed cancer of interest developed their cancers ten years or more after they were first stationed or worked at either base."

***Figure 4 - Goodman Rep. (Bladder) at 47 (JA Ex. 75, D.E. 463-14)***

**Inconsistent Conclusions Regarding Whether Aschengrau (1993) Directly Measured Exposure:**

1. **Kidney Cancer Report**: In assessing PCE studies, the kidney cancer report states "No studies used directly measured air or water exposure concentrations at the individual level to estimate exposure concentrations[.]" Goodman Rep. (Kidney) at 66 (JA Ex. 94, D.E. 464-15).

> The most critical limitation in all the cohort and case-control studies was the manner by which exposures were estimated. The epidemiology studies examining PCE exposure and kidney cancer were largely conducted among populations that represented specific occupational groups (*e.g.*, launderers and dry cleaners). All the studies estimated PCE exposure in an indirect manner based on place of employment, job titles, a JEM, self-reported exposures, or the presence of PCE in drinking water (Camp Lejeune studies). The reliance on occupations and job titles as surrogates for exposure, even when coupled with semi-quantitative measures of exposure, does not provide information on individual exposure levels. No studies used directly measured air or water exposure concentrations at the individual level to estimate exposure concentrations, however, Anttila *et al.* (1995) used U-TCA and blood PCE levels from an occupational monitoring program to identify ever exposed participants when designing their study.

***Figure 5 - Goodman Rep. (Kidney) at 66 (JA Ex. 94, D.E. 464-15)***

2. **Leukemia Report**: However, the Leukemia report states "Only one study that was conducted in Massachusetts had direct chemical measurements. Aschengrau *et al.* (1993) modeled participants' PCE exposures based on an algorithm of PCE leaching from vinyl-lined asbestos cement pipes into water and their residence on streets with vinyl-lined asbestos cement pipes." Goodman Rep. (Leukemia) at 68 (JA Ex. 102, D.E. 465-7).

> The most critical limitation of the cohort and case-control studies was how exposures were estimated. The epidemiology studies examining PCE exposure and leukemia were largely conducted among populations that represented specific occupational groups (*e.g.*, dry cleaning or manufacturing). Most studies estimated individual exposures to PCE in an indirect manner; usually based on a JEM, employment history, facility records, occupational categories (*e.g.*, dry cleaning workers), or self-reported exposures, all of which are subject to varying degrees of exposure misclassification. Only one study that was conducted in Massachusetts had direct chemical measurements. Aschengrau *et al.* (1993) modeled participants' PCE exposures based on an algorithm of PCE leaching from vinyl-lined asbestos cement pipes into water and their residence on streets with vinyl-lined asbestos cement pipes. However, this study did not have individual water consumption data, so individual exposures were likely subject to some misclassification.

***Figure 6 - Goodman Rep. (Leukemia) at 68 (JA Ex. 102, D.E. 465-7)***