# EXHIBIT

# E

## Changes to the Charts Contradicting Dr. Goodman's Conclusions

1. **Bove 2014b (Civilians):** In her revised Parkinson's charts, Dr. Goodman ***deletes*** from the "Weaknesses" section that Bove *et al.* "***Did not consider or control for . . . smoking*** in any analysis." [D.E. 686-12] (Revised Parkinson's Charts) at C-1.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bove *et al.* (2014a) | Civilian employees at CL and CP | I | P | B | V | Strengths<br>• Appropriate comparison groups<br>• ≤ 2% loss to follow-up<br><br>Weaknesses<br>• Most of the cohort was < 65 yrs old by end of follow-up (> 70% CL, > 60% CP) | Strengths<br>• No missing data<br>• Direct chemical exposure measurement (measured in groundwater)<br>• Internal analyses considered duration of employment and average exposure<br><br>Weaknesses<br>• Indirect chemical exposure measurement – based on employment at CL (external analyses) ~~or modeling of groundwater contamination (internal analyses)~~<br>• External analyses did not consider duration of employment and average exposure | Strengths<br>• Deaths identified from SSA, a commercial tracing service, and NDI; cause of death determined from NDI Plus<br>• No missing data<br><br>Weaknesses<br>• Assessed mortality only | Strengths<br>• Controlled for: age, and sex in US comparison and sex and occupation in CP and internal comparisons<br>• Considered smoking using negative control diseases<br>• Considered but did not control for: age in CP and internal comparisons because adjusted *vs.* unadjusted results differed by < 10%<br>• Collected occupation data quarterly during employment<br><br>Weaknesses<br>• Did not consider or control for: genetic factors or family history of PD or~~,~~ alcohol intake~~,~~ ~~smoking~~ in any analyses, or other potential occupational exposures in US comparison<br>• ~~Unclear whether occupation was analyzed in a time-varying manner, other c~~Covariates only | Strengths<br>• Employment histories collected separately from outcome data<br>• Appropriate consideration of latency<br><br>Weaknesses<br>• No major weaknesses |

***Figure 1 - [D.E. 686-12] (Revised Parkinson's Charts) at C-1***

However, in her conclusions section, she states "The study also ***failed to incorporate all relevant covariates***, which may have resulted in some confounding bias. ***Overall, this study does not provide evidence for an association between TCE, PCE, benzene, or vinyl chloride and PD mortality***." Goodman Rep. (PD) at 35 (JA Ex. 134, D.E. 467-17).

> **5.1.3 Conclusion**
>
> Bove *et al.* (2014a) did not observe statistically significant associations between being a civilian employee at Camp Lejeune and PD mortality in comparisons with the US mortality rate and the Camp Pendleton cohort. In chemical-specific analyses based on maximum cumulative exposures within the Camp Lejeune cohort, no changes in risk were reported for dichotomous (≥ median *vs.* < median) or continuous log-transformed exposures. These analyses were all based on only five individuals who died of PD at Camp Lejeune, making results difficult to interpret. Most importantly, although the study was able to rely on direct chemical exposure assessments, the authors were not able to account for important exposure information (*e.g.*, ingestion rates) to accurately assess individual exposure, and all chemical exposures were highly correlated with each other, limiting any chemical-specific conclusions. The study also failed to incorporate all relevant covariates, which may have resulted in some confounding bias. Overall, this study does not provide evidence for an association between TCE, PCE, benzene, or vinyl chloride and PD mortality.

***Figure 2 - Goodman Rep. (PD) at 35 (JA Ex. 134, D.E. 467-17)***

2. **ATSDR 2018**: In her revised Parkinson's charts, Dr. Goodman ***deletes*** from the "Weaknesses" section that the "***Exposure period overlaps period of follow up*** for PD, unclear how this was handled in analysis." [D.E. 686-12] (Revised Parkinson's Charts) at C-3.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ATSDR (2018b) | Marines & Navy personnel and civilian employees at CL and CP | I | P | B | V | Strengths<br>• Appropriate comparison groups<br><br>Weaknesses<br>• < 25% of CL sample completed health survey<br>• 10% of those who reported an outcome excluded for not completing HIPAA form | Strengths<br>• Direct chemical exposure measurement (*i.e.*, measured in groundwater)<br>• Some analyses examined cumulative, average, maximum, and duration of exposure<br>• No missing data<br><br>Weaknesses<br>• Indirect individual chemical exposure measurement – based on being stationed or employed at CL (external analyses), or modeling of groundwater contamination with no water consumption data (internal analyses)<br>• Some external analyses did not examine cumulative, average, maximum, and duration of exposure | Strengths<br>• Self-reported diagnoses confirmed with medical records or death certificates<br>• Assessed PD incidence<br>• ~~No missing data~~<br><br>Weaknesses<br>• Initial case identification relied on self-report<br>• Unknown amount of missing data | Strengths<br>• Controlled for sex in some analyses<br>• Considered but did not control for: age, smoking, alcohol, or other potential occupational exposures/ other chemical exposures (in any analysis), and sex (in some analyses) because adjusted *vs.* unadjusted results differed by < 10%<br><br>Weaknesses<br>• Information on most covariates was self-reported<br>• Did not consider or control for: genetic factors or family history of PD<br>• Only considered covariates at a single time point<br>• Smoking, alcohol, and other occupational exposures missing for > 5% of participants | Strengths<br>• Up to 41~~0~~ yrs of follow-up<br>• Exposure documented before outcome<br><br>Weaknesses<br>• Did not consider latency period<br>~~Exposure period overlaps period of follow-up for PD, unclear how this was handled in analysis~~ |

***Figure 3 - [D.E. 686-12] (Revised Parkinson's Charts] at C-3***

However, in her conclusions section, she states "This study has ***many potential limitations, including . . . latency bias***. The inconsistent results and ***major study limitations indicated that this study does not provide sufficient evidence*** for an association between TCE, PCE, benzene, or vinyl chloride exposure and PD incidence." Goodman Rep. (PD) at 39 (JA Ex. 134, D.E. 467-17).

**5.2.3 Conclusion**

ATSDR (2018b) observed a statistically significant relationship between civilian employment at Camp Lejeune and PD incidence, when compared with Camp Pendleton civilian employees, and a statistically significant increase in risk was observed among Camp Lejeune civilian employees with medium TCE and PCE exposure when compared with Camp Pendleton employees. However, there were no associations in analyses of employees with high exposures compared to Camp Pendleton, or internal Camp Lejeune analyses based on levels of exposure, and a *decrease* in PD incidence risk was observed among Camp Lejeune Marines and Navy personnel with medium PCE exposure when compared to those with low exposure. No other associations were observed among Marines and Navy personnel. This study has many potential limitations, including selection bias, nondifferential exposure measurement error, outcome bias, confounding bias, and latency bias. The inconsistent results and major study limitations indicate that this study does not provide sufficient evidence for an association between TCE, PCE, benzene, or vinyl chloride exposure and PD incidence.

***Figure 4 - Goodman Rep. (PD) at 39 (JA Ex. 134, D.E. 467-17)***