IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-00897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

JOINT MOTION TO HOLD PLAINTIFFS' MOTION TO COMPEL IN ABEYANCE

The United States of America together with Plaintiffs' Leadership Group ("PLG") respectfully submit this joint motion to hold PLG's Motion to Compel (D.E. 730; "Motion to Compel") in abeyance while the Parties continue to confer in good faith regarding a proposed resolution of the issues raised by that motion.

PLG's Motion to Compel seeks production of records from the United States Marine Corps' ongoing digitization project ("USMC Digitization Records"). The Parties have conferred regarding this request and jointly agree that holding the PLG's Motion to Compel in abeyance is appropriate while the Parties continue good-faith discussions regarding a proposed resolution.

As part of those discussions, the Parties have agreed to an interim framework under which PLG will be permitted limited access to the USMC Digitization Records solely for the purpose of assessing the nature and utility of the data. During this interim process, PLG has agreed that any access or review will be confined to a PLG-only database environment, and that any records accessed or downloaded will not be disclosed outside that environment. The Parties have further agreed that the records will not be used, disclosed, or relied upon beyond this preliminary review unless and until the Parties reach agreement on additional Protective Order provisions governing such use.

These discussions also include a two-step approach to amending the Protective Order. First, the United States anticipates submitting a proposed amended Protective Order addressing confidentiality of the USMC Digitization Records during the interim review period. Second, depending on PLG's assessment of the data and any proposed use of those records, the Parties anticipate that a further amendment to the Protective Order will be necessary to address any additional disclosure or use protocols governing the USMC Digitization Records.

The Parties will be prepared to provide an update to the Court at the next status conference currently scheduled for January 9, 2026. Accordingly, the Parties respectfully request that the Court hold PLG's Motion to Compel in abeyance.

Dated: December 18, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Special Litigation Counsel

JOSHUA G. CARPENITO
Trial Attorney

*/s/ Joshua G. Carpenito*
Joshua G. Carpenito
NC Bar No. 60801
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
310 New Bern Ave,
Raleigh, NC 27601
(202) 880-1518
Joshua.g.carpenito@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

/s/   J. Edward Bell, III
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*

/s/   W. Michael Dowling
W. Michael Dowling (NC Bar No. 42790) The Dowling Firm PLLC
Post Office Box 27843 Raleigh,
North Carolina 27611 Telephone: (919) 529-3351
mike@dowlingfirm.com

*Co-Lead Counsel for Plaintiffs*

/s/   James A. Roberts, III
James A. Roberts, III
Lewis & Roberts, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, NC 27612
Telephone: (919) 981-0191
jar@lewis-roberts.com

*Co-Lead Counsel for Plaintiffs*

/s/   Elizabeth J. Cabraser
Elizabeth J. Cabraser (admitted *pro hac vice*) Lieff Cabraser Heimann & Bernstein, LLP 275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ecabraser@lchb.com

*Co-Lead Counsel for Plaintiffs*

/s/   Robin L. Greenwald
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

/s/   Mona Lisa Wallace
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Joshua G. Carpenito*
Joshua G. Carpenito
