IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| All Cases | ) |
| | ) |

**PLAINTIFFS' LEADERSHIP GROUP'S NOTICE OF FILING EXBHITS TO PLAINTIFFS' REPLY TO MOTION TO STRIKE DR. JULIE GOODMAN'S UNTIMELY AND IMPROPER SUPPLEMENTAL EXPERT REPORTS**

The Plaintiffs' Leadership Group (the "PLG") files this Notice that the following exhibits are related to the PLG's Plaintiffs' Reply To Motion To Strike Dr. Julie Goodman's Untimely And Improper Supplemental Expert Reports [D.E. 794]:

- Exhibit A. Examples of Analyses Reported in the Charts Being Directly Incorporated into the Body of Her Reports

- Exhibit B. Def. July 25, 2025 Letter re. Dr. Hu

- Exhibit C. Dr. Hu Resp. to Post-Dep. Inquiry

- Exhibit D. Def. Sept. 5 2025 Letter re. Dr. Hu

- Exhibit E. Notice of Nov. 6, 2025 Dep. for Dr. Hu

*[Signatures appear on the following page]*

Dated: December 30, 2025.

/s/     *J. Edward Bell, III*
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*

/s/     *W. Michael Dowling*
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843 Raleigh, North
Carolina 27611 Telephone: (919) 529-3351
mike@dowlingfirm.com

*Co-Lead Counsel for Plaintiffs*

/s/     *James A. Roberts, III*
James A. Roberts, III
Lewis & Roberts, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, NC 27612
Telephone: (919) 981-0191
jar@lewis-roberts.com

*Co-Lead Counsel for Plaintiffs*

/s/     *Elizabeth J. Cabraser*
Elizabeth J. Cabraser (admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ecabraser@lchb.com

*Co-Lead Counsel for Plaintiffs*

/s/     *Robin L. Greenwald*
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

/s/     *Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina
28144 Tel: 704-633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Edward Bell, III, hereby certify that the foregoing document was electronically filed on the Court's CM/ECF system on this date, and that all counsel of record will be served with notice of the said filing via the CM/ECF system.

Dated: December 30, 2025.

<em>/s/ J. Edward Bell, III</em>