IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Documents Relates to:

*Criswell v. United States*, No. 7:23-CV-1482
*Dyer v. United States*, No. 7:23-CV-357

ORDER

This matter comes before the court on the United States' Motion to Seal, [DE-754], ("Motion") the United States' Reply in Support of its Motion to Exclude the Plaintiffs' Leadership Group's Expert Dr. Haresh Tharwani found at [DE-753]. The court has provided adequate notice to the public and an opportunity for interested parties to object. No objection to the motion has been filed.

The information sought to be sealed is sensitive mental health information. The court finds that sealing is necessary to advance a significant interest that outweighs the public's right of access and that no alternative to sealing would adequately protect such interest.

IT IS HEREBY ORDERED that, for good cause shown, the Motion is GRANTED. Accordingly, the subject filed materials shall remain under seal pending further order of the court.

SO ORDERED. This 5 day of January, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge