IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | **ORDER REGARDING** |
| ) | **REAPPOINTMENT OF PLAINTIFFS'** |
| ) | **LEADERSHIP GROUP** |
| This Documents Relates to: ) | |
| ALL CASES ) | |
| ) | |

This matter is before the court *sua sponte* regarding, in part, the third reappointment of the Plaintiffs' Leadership Group (collectively, "PLG").[1] *See* [D.E. 1]; [D.E. 10] ("CMO 1").

In CMO 1, entered July 19, 2023, the court appointed certain individuals to roles in the PLG for this litigation ("Litigation"). [D.E. 10] 1–2, 6. The court made "all appointments . . . for a one-year period . . . expir[ing] July 31, 2024." *Id.* at 9. In July 2024, the court reappointed the PLG for another year, from August 1, 2024, to July 31, 2025. [D.E. 260] 1–2. In July 2025, the court reappointed the PLG for an additional six months, from August 1, 2025, to February 1, 2026. [D.E. 442] 2–3.

Based on the current PLG members' previously documented qualifications and the progress of this Litigation,[2] the court hereby reappoints the current membership of the PLG for an additional five months, from February 2, 2026, to June 30, 2026, as follows:

---

[1] The court has previously discussed its inherent powers and those under the Federal Rules of Civil Procedure to appoint a plaintiff leadership group. *See* [D.E. 22] 6–8.

[2] These considerations, as well as the promotion of efficiency in the conduct of this Litigation and the modest length of the reappointment provided for herein, obviate a reappointment process like that used with the prior reappointments. *See* [D.E. 196]; [D.E. 386].

| | |
|---|---|
| Lead Counsel: | J. Edward Bell III, Bell Legal Group |
| Co-Lead Counsel: | Elizabeth Cabraser, Lieff Cabraser Heimann & Bernstein, LLP |
| | Michael Dowling, The Dowling Firm PLLC |
| | Robin Greenwald, Weitz & Luxenberg, PC |
| | James A. Roberts III, Lewis & Roberts, PLLC |
| | Mona Lisa Wallace, Wallace & Graham, PA |
| Liaison Counsel: | Charles Ellis, Ward & Smith, PA |
| | Hugh R. Overholt, Ward & Smith, PA |
| Resolution Committee Member: | Joseph F. Rice, Motley Rice LLC |

This listing reflects the omission of an attorney (Zina Bash) who had served in several capacities on the PLG, including on the Resolution Committee, but who left private practice after the reappointment of the PLG in July 2025.

All members of the PLG shall provide written notice to the court within one week after entry of this Order stating whether he or she accepts reappointment. The written notice shall either be mailed or hand-delivered to the Clerk's office in Raleigh, provided that it is received by the deadline specified. The notices shall be public and available at the Clerk's office in Raleigh. *See* [May 7, 2024 Text Ord.]. If in his or her notice a person declines reappointment, the reappointment provided for herein shall be of no force and effect as to that person and the person's term on the PLG shall be deemed to have ended on February 1, 2026.

In addition to reappointment of the PLG, the court finds it appropriate *sua sponte* to fill the vacancy on the PLG Resolution Committee previously noted. To help ensure continuity in the work and representativeness of the Committee and the availability to it of sufficient resources to conduct its work, the court hereby appoints Warren Postman to the PLG in the position of a member of the Resolution Committee. He is from the same firm, Keller Postman LLC, to which the now-former member of the Committee belonged and has firsthand knowledge of the

Committee's work.

Attorney Postman shall provide written notice stating whether he accepts appointment to the Resolution Committee within one week after entry of this Order. If he accepts, his appointment shall be deemed effective as of February 2, 2026 and his term on the PLG, as with the other members of the PLG, shall last through June 30, 2026. The manner of submission of the notice and its availability to the public shall be the same as with the notices regarding reappointment by PLG members set out above.

The PLG remains subject to the procedures and responsibilities outlined in CMO 1. [D.E. 10] 9.

SO ORDERED. This 30th day of January, 2026.

RICHARD E. MYERS II
Chief United States District Judge

TERRENCE W. BOYLE
United States District Judge

LOUISE W. FLANAGAN
United States District Judge

JAMES C. DEVER III
United States District Judge