IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

NOTICE OF WITHDRAWAL
OF GOVERNMENT COUNSEL
PURSUANT TO LCR 5.2(d)

Pursuant to Local Civil Rule 5.2(d), Defendant, the United States, respectfully submits this Notice of Withdrawal of Government Counsel, and requests withdrawal of the appearance of the attorneys listed below from the Master Docket and all individual cases filed in the Camp Lejeune Water Litigation. The undersigned certifies that these attorneys are no longer associated with the above-captioned matter.

- Adam Michael Raviv
- Alanna Horan
- Anna Deffebach
- Bichngoc Do
- Colin Shannon
- Devin Barrett
- Emma Hildebrand
- Gabriel Schonfeld
- Isaac Belfer
- Jaclyn Shea
- Jack Naylor
- Jacob Bennett
- Jaimie Taff
- Jaynie Lilley

- Jesi Carlson
- Joseph McCarter
- Joshua Koppel
- Juliana Barret
- Kailey Silverstein
- Kiesha Minyard
- LaCresha A. Johnson
- Lauren Taiclet
- Lindsay Vick
- Louisa Soulard
- Lucas White
- Malinda Lawrence
- Matthew Robinson
- Michael Wadden
- Miniard Culpepper
- Nicholas Crown
- Robbin Lee
- Rowan Reid
- Shmuel Bushwick
- Stephen Ketyer
- Stephen Pezzi
- Timothy Schaefer
- Victoria Santora
- Wilma Metcalf
- Geoffrey Cook
- Elizabeth Barry
- Yifan Wang
- Brandon Capece
- Jason T. Cohen
- Catherin Malycke
- Taylor Pitz

- Casen Ross
- Eric Michael Snyderman
- Leah Wolfe

Dated: February 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Unit

HAROON ANWAR
SARA J. MIRSKY
Assistant Directors

ADAM BAIN
Special Litigation Counsel, Torts Branch

*/s/ Jennifer E. Adams*
JENNIFER E. ADAMS
Virginia Bar No. 80149
Trial Attorney, Torts Branch
Camp Lejeune Justice Act Unit
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station,
Washington, DC 20044
E-mail: Jennifer.E.Adams@usdoj.gov
Telephone: 202-702-4998
Fax: 202-616-4473

Attorney inquiries to DOJ regarding the Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, a copy of the foregoing Notice of Withdrawal was filed via the Court's ECF system and served on counsel of record through the ECF system.

    /s/ *Jennifer E. Adams*
    JENNIFER E. ADAMS