IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

**DEFENDANT THE UNITED STATES OF AMERICA'S MOTION FOR FINAL SUPPLEMENTATION DEADLINE**
**(Fed. R. Civ. P. 6(b)(1), 16(b)(4))**

The United States respectfully moves, pursuant to Rules 6(b)(1) and 16(b)(4) of the Federal Rules of Civil Procedure and 7.1 of the Local Civil Rules, the Court to amend the Pretrial Scheduling Orders (D.E. 270, 332, 414, 630) to include deadlines for the supplementation of discovery as follows: (i) a date certain on or before which fact discovery must be supplemented, subject to a good cause exception under Rule 16(b)(4); (ii) any supplemental expert reports limited to addressing supplemental materials disclosed after the expert's last report must be disclosed within 30 days of the deadline for supplementation of fact discovery; and (iii) any supplemental depositions of experts limited to supplemental opinions and supplemental materials considered must be completed within 30 days of the deadline for supplemental opinions.[1]

In support of this Motion, the United States relies on the accompanying Memorandum of Law. Specifically, as explained in the Memorandum of Law, this Court has the authority to set such deadlines for the supplementation of discovery and doing so advances judicial efficiency and

---

[1] The United States does not intend to reopen expert discovery or for this proposal to permit supplemental expert reports on issues unrelated to any fact discovery materials timely supplemented under this proposal.

This Motion also does not affect the Joint Motion to Amend that the Parties filed on March 16, 2026 (D.E. 826) concerning motions practice and briefing for damages experts.

trial preparations. The United States respectfully asks that the Court grant this Motion and the

relief requested. A proposed order is attached.

Case 7:23-cv-00897-RJ     Document 827     Filed 03/18/26     Page 2 of 4

Dated: March 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Chief Litigation Counsel

HAROON ANWAR
SARA J. MIRSKY
Assistant Directors

JENNIFER E. ADAMS
DAVID R. ORTIZ
Trial Attorneys

*/s/ David R. Ortiz*
David R. Ortiz
N.C. State Bar No. 55891
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
310 New Bern Ave., Third Floor
Raleigh, NC 27601
202-451-7756
David.R.Ortiz@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2026, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ David R. Ortiz*
David R. Ortiz