IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

IN RE:                               )

CAMP LEJEUNE WATER LITIGATION    )

                                  )        O R D E R

THIS DOCUMENTS RELATES TO:      )

ALL CASES                        )

This matter is before the court on the joint motion of the Plaintiffs' Leadership Group and the United States of America (collectively, "the Parties") to amend pretrial deadlines [DE-826]. The Parties offered separate proposals. *Id.* at 2–3. Pursuant to Federal Rules of Civil Procedure 6(b)(1) and 16(b)(4), and good cause having been shown, the court amends its Pretrial Scheduling Order[1] [DE-630] as follows and hereby orders that:

1)     The Parties will have until March 20, 2026, to complete expert discovery on "damages and offsets," "life care planning," and "home renovation" (collectively referred to as the "Phase IIIb Experts").

2)     Following the completion of Phase IIIb expert discovery, the Parties will have until April 27, 2026, to file any motions to exclude any Phase IIIb expert opinions ("*Daubert* motions") and motions for summary judgment relating to this discovery. The Parties will have 36 days to file oppositions to the motions and 29 days to file replies to the oppositions.

3)     The table below summarizes the Parties' expert discovery and briefing deadlines, as amended by this order:

---

[1] The court entered the initial Pretrial Scheduling Order on August 7, 2024 [DE-270].

| Phase | Deadline | Prior Date | Amended Date |
|---|---|---|---|
| 3 Economic, Life Care Planning, Home Renovation Residual Experts | Expert Close | March 5, 2026 | March 20, 2026 |
| 3 Economic, Life Care Planning, Home Renovation Residual Experts | Opening Briefs | | April 27, 2026 |
| 3 Economic, Life Care Planning, Home Renovation Residua Experts | Opposition Briefs | | June 2, 2026[2] |
| 3 Economic, Life Care Planning, Home Renovation Residual Experts | Reply Briefs | | July 1, 2026 |

SO ORDERED. This 26 day of March, 2026.

Robert B. Jones Jr.
United States Magistrate Judge

---

[2] This is the deadline if a motion is served on April 27, 2026. The Parties have 36 days to file oppositions to motions and 29 days to file replies. If motions are served before the April 27, 2026 deadline, then the June 2 and July 1 dates would be adjusted accordingly.

2