IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

**INDEX OF EXHIBITS**
**PHASE IIIb**

| Joint Appendix (Phase IIIb) | | | |
|---|---|---|---|
| **Ex.** | **Short Title** | **Short Citation** | **Full Title** |
| **PHASE IIIb** | | | |
| 638 | PLG Phase III Exp. Discl. | PLG Phase III Exp. Discl. at __ (JA Ex. 638, D.E. ) | PLG's Phase III Damages Expert Disclosure (October 29, 2025) |
| 639 | PLG Phase III 2d Amend. Rebuttal Exp. Discl. | PLG Phase III 2d Amend. Rebuttal Exp. Discl. at __ (JA Ex. 639, D.E. ) | PLG's Phase III 2nd Amended Damages Rebuttal Expert Disclosure (March 18, 2026) |
| 640 | US Phase III 2d Exp. Discl. | US Phase III 2d Exp. Discl. at __ (JA Ex. 640, D.E. ) | USA's Phase III 2nd Damages Expert Disclosure (December 15, 2025) |
| 641 | Brod Rep. (McElhiney) | Brod Rep. (McElhiney) at __ (JA Ex. 641, D.E. ) | Expert Report of Andrew Brod, Ph.D.<br>In the matter of Gary Layne McElhiney, Sr. v. United States of America<br>Case No. 7:23-CV-01368-BO<br>December 15, 2025 |
| 642 | Brod Rep. (Peterson) | Brod Rep. (Peterson) at __ (JA Ex. 642, D.E. ) | Expert Report of Andrew Brod, Ph.D.<br>In the matter of Edgar Allen Peterson, IV v. United States of America<br>Case No. 7:23-CV-01576<br>December 15, 2025 |
| 643 | Brod Rep. (Rothchild) | Brod Rep. (Rothchild) at __ (JA Ex. 643, D.E. ) | Expert Report of Andrew Brod, Ph.D.<br>In the matter of Diane L. Rothchild v. United States of America<br>Case No. 7:23-CV-00858<br>December 15, 2025 |
| 644 | Brod Rep. (Sparks) | Brod Rep. (Sparks) at __ (JA Ex. 644, D.E. ) | Expert Report of Andrew Brod, Ph.D.<br>In the matter of Richard Sparks v. United States of America<br>Case No. 7:23-CV-00682<br>December 15, 2025 |
| 645 | Brod Rep. (Welch) | Brod Rep. (Welch) at __ (JA Ex. 645, D.E. ) | Expert Report of Andrew Brod, Ph.D.<br>In the matter of Robert Welch v. United States of America<br>Case No. 7:23-CV-01503<br>December 15, 2025 |
| 646 | Brod MCL (McElhiney) | Brod MCL (McElhiney) at __ (JA Ex. 646, D.E. ) | Materials Considered List - Andrew Brod<br>Gary Layne McElhiney, Sr. v. United States of America Case No. 7:23-CV-01368-BO<br>December 22, 2025 |
| 647 | Brod MCL (Peterson) | Brod MCL (Peterson) at __ (JA Ex. 647, D.E. ) | Materials Considered List - Andrew Brod<br>Edgar Allen Peterson, IV v. United States of America Case No. 7:23-CV-01576<br>December 22, 2025 |

| | | | |
|---|---|---|---|
| 648 | Brod MCL (Rothchild) | Brod MCL (Rothchild) at __ (JA Ex. 648, D.E. ) | Materials Considered List - Andrew Brod<br>Diane L. Rothchild v. United States of America Case No. 7:23-CV-00858<br>December 22, 2025 |
| 649 | Brod MCL (Sparks) | Brod MCL (Sparks) at __ (JA Ex. 649, D.E. ) | Materials Considered List - Andrew Brod<br>Richard Sparks v. United States of America Case No. 7:23-CV-00682<br>December 22, 2025 |
| 650 | Brod MCL (Welch) | Brod MCL (Welch) at __ (JA Ex. 650, D.E. ) | Materials Considered List - Andrew Brod<br>Robert Welch v. United States of America Case No. 7:23-CV-01503<br>December 22, 2025 |
| 651 | Hasan Rep. | Hasan Rep. at __ (JA Ex. 651, D.E. ) | Expert Report of DR. SYED A. HASAN<br>In re Camp Lejeune Water Litigation<br>7:23-CV-00897 (E.D.N.C.)<br>McElhiney v. United States, 7:23-cv-1368<br>Peterson v. Untied States, 7:23-cv-1576<br>Rothchild v. United States, 7:23-cv-858<br>Welch v. United States, 7:23-cv-1503<br>Sparks v. United States, 7:23-cv-682<br>December 15, 2025 |
| 652 | Hasan MCL | Hasan MCL at __ (JA Ex. 652, D.E. ) | Materials Considered of Dr. Syed Hasan<br>December 22, 2025 |
| 653 | Ji Rep. | Ji Rep. at __ (JA Ex. 653, D.E. ) | Expert Opinion Report Wang Ji, MD<br>In re Camp Lejeune Water Litigation<br>7:23-cv-00897 (E.D.N.C.)<br>December 15, 2025 |
| 654 | Ji MCL | Ji MCL at __ (JA Ex. 654, D.E. ) | Materials Considered of Dr. Wang Ji - December 22, 2025 |
| 655 | Miller Rep. (Hill) | Miller Rep. (Hill) at __ (JA Ex. 655, D.E. ) | BRUCE HILL V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>NO. 7:23-CV-00028<br>EXPERT REPORT OF DR. HENRY MILLER<br>DECEMBER 15, 2025 |
| 656 | Miller Rep. (Rothchild) | Miller Rep. (Rothchild) at __ (JA Ex. 656, D.E. ) | DIANE ROTHCHILD V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>NO. 7:23-CV-00858<br>EXPERT REPORT OF DR. HENRY MILLER<br>DECEMBER 15, 2025 |

| | | | |
|---|---|---|---|
| 657 | Miller Rep. (Peterson) | Miller Rep. (Peterson) at __ (JA Ex. 657, D.E. ) | EDGAR PETERSON V. UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION NO. 7:23-CV-01576 EXPERT REPORT OF DR. HENRY MILLER DECEMBER 15, 2025 |
| 658 | Miller Rep. (Mousser) | Miller Rep. (Mousser) at __ (JA Ex. 658, D.E. ) | FRANK MOUSSER V. UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION NO. 7:23-CV-00667 EXPERT REPORT OF DR. HENRY MILLER DECEMBER 15, 2025 |
| 659 | Miller Rep. (McElhiney) | Miller Rep. (McElhiney) at __ (JA Ex. 659, D.E. ) | GARY MCELHINEY V. UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION NO. 7:23-CV-01368 EXPERT REPORT OF DR. HENRY MILLER DECEMBER 15, 2025 |
| 660 | Miller Rep. (Tukes) | Miller Rep. (Tukes) at __ (JA Ex. 660, D.E. ) | JACQUELINE TUKES V. UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION NO. 7:23-CV-01553 EXPERT REPORT OF DR. HENRY MILLER DECEMBER 15, 2025 |
| 661 | Miller Rep. (Laramore) | Miller Rep. (Laramore) at __ (JA Ex. 661, D.E. ) | JIMMY LARAMORE V. UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION NO. 7:23-CV-00594 EXPERT REPORT OF DR. HENRY MILLER DECEMBER 15, 2025 |
| 662 | Miller Rep. (Sparks) | Miller Rep. (Sparks) at __ (JA Ex. 662, D.E. ) | RICHARD SPARKS V. UNITED STATES OF AMERICA CAMP LEJEUNE WATER LITIGATION NO. 7:23-CV-00682 EXPERT REPORT OF DR. HENRY MILLER DECEMBER 15, 2025 |
| 663 | Miller MCL (Hill) | Miller MCL (Hill) at __ (JA Ex. 663, D.E. ) | Materials Considered for Report of Henry Miller in the Matter Involving Bruce Hill No. 7:23-cv-00028 December 18, 2025 |
| 664 | Miller MCL (Rothchild) | Miller MCL (Rothchild) at __ (JA Ex. 664, D.E. ) | Materials Considered for Report of Henry Miller in the Matter Involving Diane Rothchild No. 7:23-cv-00858 December 18, 2025 |
| 665 | Miller MCL (Peterson) | Miller MCL (Peterson) at __ (JA Ex. 665, D.E. ) | Materials Considered for Report of Henry Miller in the Matter Involving Edgar Peterson No. 7:23-cv-01576 December 18, 2025 |

| | | | |
|---|---|---|---|
| 666 | Miller MCL (McElhiney) | Miller MCL (McElhiney) at __ (JA Ex. 666, D.E. ) | Materials Considered for Report of Henry Miller in the Matter Involving Gary McElhiney No. 7:23-cv-01368<br>December 18, 2025 |
| 667 | Miller MCL (Tukes) | Miller MCL (Tukes) at __ (JA Ex. 667, D.E. ) | Materials Considered for Report of Henry Miller in the Matter Involving Jacqueline Tukes No. 7:23-cv-01553<br>December 18, 2025 |
| 668 | Miller MCL (Laramore) | Miller MCL (Laramore) at __ (JA Ex. 668, D.E. ) | Materials Considered for Report of Henry Miller in the Matter Involving Jimmy Laramore No. 7:23-cv-00594<br>December 18, 2025 |
| 669 | Miller MCL (Sparks) | Miller MCL (Sparks) at __ (JA Ex. 669, D.E. ) | Materials Considered for Report of Henry Miller in the Matter Involving Richard Sparks No. 7:23-cv-00682<br>December 18, 2025 |
| 670 | Miller MCL (Mousser) | Miller MCL (Mousser) at __ (JA Ex. 670, D.E. ) | Materials Considered for Report of Henry Miller in the Matter Involving Frank Mousser No. 7:23-cv-00667<br>December 19, 2025 |
| 671 | Russo Rep. (Amsler) | Russo Rep. (Amsler) at __ (JA Ex. 671, D.E. ) | KAREN AMSLER V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-00248<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 672 | Russo Rep. (Cagiano) | Russo Rep. (Cagiano) at __ (JA Ex. 672, D.E. ) | MARK CAGIANO V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-00569<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 673 | Russo Rep. (Carter) | Russo Rep. (Carter) at __ (JA Ex. 673, D.E. ) | RONALD CARTER V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-01565<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 674 | Russo Rep. (Connard) | Russo Rep. (Connard) at __ (JA Ex. 674, D.E. ) | STEPHEN CONNARD V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-01557<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |

| | | | |
|---|---|---|---|
| 675 | Russo Rep. (Criswell) | Russo Rep. (Criswell) at __ (JA Ex. 675, D.E. ) | JEFFERSON CRISWELL V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-01482<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 676 | Russo Rep. (Downs) | Russo Rep. (Downs) at __ (JA Ex. 676, D.E. ) | DAVID DOWNS V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-01145<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 677 | Russo Rep. (Dyer) | Russo Rep. (Dyer) at __ (JA Ex. 677, D.E. ) | TERRY DYER V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-00357<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 678 | Russo Rep. (Fancher) | Russo Rep. (Fancher) at __ (JA Ex. 678, D.E. ) | DAVID FANCHER V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-275<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 679 | Russo Rep. (Gleesing) | Russo Rep. (Gleesing) at __ (JA Ex. 679, D.E. ) | JOSEPH GLEESING V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-01486<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 680 | Russo Rep. (Howard) | Russo Rep. (Howard) at __ (JA Ex. 680, D.E. ) | ALLAN HOWARD V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-00490<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 681 | Russo Rep. (Keller) | Russo Rep. (Keller) at __ (JA Ex. 681, D.E. ) | SCOTT KELLER V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-01501<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 682 | Russo Rep. (Peterson) | Russo Rep. (Peterson) at __ (JA Ex. 682, D.E. ) | EDGAR PETERSON V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-1576<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |

| | | | |
|---|---|---|---|
| 683 | Russo Rep. (Rothchild) | Russo Rep. (Rothchild) at __ (JA Ex. 683, D.E. ) | DIANE ROTHCHILD V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-00858<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 684 | Russo Rep. (Sparks) | Russo Rep. (Sparks) at __ (JA Ex. 684, D.E. ) | RICHARD SPARKS V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-00682<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 685 | Russo Rep. (Tukes) | Russo Rep. (Tukes) at __ (JA Ex. 685, D.E. ) | JACQUELINE TUKES V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-01553<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 686 | Russo Rep. (Welch) | Russo Rep. (Welch) at __ (JA Ex. 686, D.E. ) | ROBERT WELCH V. UNITED STATES OF AMERICA<br>CAMP LEJEUNE WATER LITIGATION<br>CASE NO. 7:23-CV-1503<br>EXPERT REPORT OF GREGORY RUSSO<br>DECEMBER 15, 2025 |
| 687 | Russo MCL (Amsler) | Russo MCL (Amsler) at __ (JA Ex. 687, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Karen Amsler<br>No. 7:23-CV-00284<br>December 22, 2025 |
| 688 | Russo MCL (Cagiano) | Russo MCL (Cagiano) at __ (JA Ex. 688, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Mark Cagiano<br>No. 7:23-CV-00569<br>December 22, 2025 |
| 689 | Russo MCL (Carter) | Russo MCL (Carter) at __ (JA Ex. 689, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Ronald Carter<br>No. 7:23-CV-01565<br>December 22, 2025 |
| 690 | Russo MCL (Connard) | Russo MCL (Connard) at __ (JA Ex. 690, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Stephen Connard<br>No. 7:23-CV-01557<br>December 22, 2025 |
| 691 | Russo MCL (Criswell) | Russo MCL (Criswell) at __ (JA Ex. 691, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Jefferson Criswell<br>No. 7:23-CV-01487<br>December 22, 2025 |

| | | | |
|---|---|---|---|
| 692 | Russo MCL (Downs) | Russo MCL (Downs) at __ (JA Ex. 692, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving David Downs No. 7:23-CV-01145 December 22, 2025 |
| 693 | Russo MCL (Dyer) | Russo MCL (Dyer) at __ (JA Ex. 693, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Terry Dyer No. 7:23-CV-00357 December 22, 2025 |
| 694 | Russo MCL (Fancher) | Russo MCL (Fancher) at __ (JA Ex. 694, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving David Fancher No. 7:23-CV-00275 December 22, 2025 |
| 695 | Russo MCL (Gleesing) | Russo MCL (Gleesing) at __ (JA Ex. 695, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Joseph Gleesing No. 7:23-CV-01486 December 22, 2025 |
| 696 | Russo MCL (Howard) | Russo MCL (Howard) at __ (JA Ex. 696, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Allan Howard No. 7:23-CV-00490 December 22, 2025 |
| 697 | Russo MCL (Keller) | Russo MCL (Keller) at __ (JA Ex. 697, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Scott Keller No. 7:23-CV-01501 December 22, 2025 |
| 698 | Russo MCL (Peterson) | Russo MCL (Peterson) at __ (JA Ex. 698, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Edgar Peterson No. 7:23-CV-1576 December 22, 2025 |
| 699 | Russo MCL (Rothchild) | Russo MCL (Rothchild) at __ (JA Ex. 699, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Diane Rothchild No. 7:23-CV-00858 December 22, 2025 |
| 700 | Russo MCL (Sparks) | Russo MCL (Sparks) at __ (JA Ex. 700, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Richard Sparks No. 7:23-CV-00682 December 22, 2025 |
| 701 | Russo MCL (Tukes) | Russo MCL (Tukes) at __ (JA Ex. 701, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Jacqueline Tukes No. 7:23-CV-1553 December 22, 2025 |
| 702 | Russo MCL (Welch) | Russo MCL (Welch) at __ (JA Ex. 702, D.E. ) | Materials Considered for Report of Gregory Russo in the Matter Involving Robert Welch No. 7:23-CV-1503 December 22, 2025 |
| 703 | Tosic Rep. (Amsler) | Tosic Rep. (Amsler) at __ (JA Ex. 703, D.E. ) | IN RE: CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DUBRAVKA TOSIC, PH.D. ESTIMATED ECONOMIC LOSS OF MS. KAREN MARIE AMSLER December 15, 2025 |

| | | | |
|---|---|---|---|
| 704 | Tosic Rep. (Carter) | Tosic Rep. (Carter) at __ (JA Ex. 704, D.E. ) | IN RE: CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DUBRAVKA TOSIC, PH.D. ESTIMATED ECONOMIC LOSS OF MR. RONALD CARTER December 15, 2025 |
| 705 | Tosic Rep. (Connard) | Tosic Rep. (Connard) at __ (JA Ex. 705, D.E. ) | IN RE: CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DUBRAVKA TOSIC, PH.D. ESTIMATED ECONOMIC LOSS OF MR. STEPHEN CONNARD December 15, 2025 |
| 706 | Tosic Rep. (Davis) | Tosic Rep. (Davis) at __ (JA Ex. 706, D.E. ) | IN RE: CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DUBRAVKA TOSIC, PH.D. ESTIMATED ECONOMIC LOSS OF MR. COMETTO DAVIS December 15, 2025 |
| 707 | Tosic Rep. (Gleesing) | Tosic Rep. (Gleesing) at __ (JA Ex. 707, D.E. ) | IN RE: CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DUBRAVKA TOSIC, PH.D. ESTIMATED ECONOMIC LOSS OF MR. JOSEPH GLEESING December 15, 2025 |
| 708 | Tosic Rep. (Hill) | Tosic Rep. (Hill) at __ (JA Ex. 708, D.E. ) | IN RE: CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DUBRAVKA TOSIC, PH.D. ESTIMATED ECONOMIC LOSS OF MR. BRUCE HILL December 15, 2025 |
| 709 | Tosic Rep. (Keller) | Tosic Rep. (Keller) at __ (JA Ex. 709, D.E. ) | IN RE: CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DUBRAVKA TOSIC, PH.D. ESTIMATED ECONOMIC LOSS OF MR. SCOTT KELLER December 15, 2025 |
| 710 | Tosic Rep. (Kidd) | Tosic Rep. (Kidd) at __ (JA Ex. 710, D.E. ) | IN RE: CAMP LEJEUNE WATER LITIGATION EXPERT REPORT OF DUBRAVKA TOSIC, PH.D. ESTIMATED ECONOMIC LOSS OF MR. ROBERT A. KIDD December 15, 2025 |
| 711 | Tosic MCL (Amsler) | Tosic MCL (Amsler) at __ (JA Ex. 711, D.E. ) | Materials Considered for the Expert Report of Dubravka Tosic, PH.D. (Amsler) December 22, 2025 |
| 712 | Tosic MCL (Hill) | Tosic MCL (Hill) at __ (JA Ex. 712, D.E. ) | Materials Considered for the Expert Report of Dubravka Tosic, PH.D. (Hill) December 22, 2025 |
| 713 | Tosic MCL (Carter) | Tosic MCL (Carter) at __ (JA Ex. 713, D.E. ) | Materials Considered for the Expert Report of Dubravka Tosic, PH.D. (Carter) December 22, 2025 |

| | | | |
|---|---|---|---|
| 714 | Tosic MCL (Connard) | Tosic MCL (Connard) at __ (JA Ex. 714, D.E. ) | Materials Considered for the Expert Report of Dubravka Tosic, PH.D. (Connard) December 22, 2025 |
| 715 | Tosic MCL (Davis) | Tosic MCL (Davis) at __ (JA Ex. 715, D.E. ) | Materials Considered for the Expert Report of Dubravka Tosic, PH.D. (Davis) December 22, 2025 |
| 716 | Tosic MCL (Gleesing) | Tosic MCL (Gleesing) at __ (JA Ex. 716, D.E. ) | Materials Considered for the Expert Report of Dubravka Tosic, PH.D. (Gleesing) December 22, 2025 |
| 717 | Tosic MCL (Kidd) | Tosic MCL (Kidd) at __ (JA Ex. 717, D.E. ) | Materials Considered for the Expert Report of Dubravka Tosic, PH.D. (Kidd) December 22, 2025 |
| 718 | Tosic MCL (Keller) | Tosic MCL (Keller) at __ (JA Ex. 718, D.E. ) | Materials Considered for the Expert Report of Dubravka Tosic, PH.D. (Keller) December 22, 2025 |
| 719 | Yount Rep. (Cagiano) | Yount Rep. (Cagiano) at __ (JA Ex. 719, D.E. ) | Expert Report of Tricia M. Yount, CPA, MAFF Economic Damages Mark Anthony Cagiano v. United States of America (Camp Lejeune Water Litigation) December 15, 2025 |
| 720 | Yount Rep. (Criswell) | Yount Rep. (Criswell) at __ (JA Ex. 720, D.E. ) | Expert Report of Tricia M. Yount, CPA, MAFF Economic Damages Jefferson Michael Criswell v. United States of America (Camp Lejeune Water Litigation) December 15, 2025 |
| 721 | Yount Rep. (Downs) | Yount Rep. (Downs) at __ (JA Ex. 721, D.E. ) | Expert Report of Tricia M. Yount, CPA, MAFF Economic Damages David Downs v. United States of America (Camp Lejeune Water Litigation) December 15, 2025 |
| 722 | Yount Rep. (Dyer) | Yount Rep. (Dyer) at __ (JA Ex. 722, D.E. ) | Expert Report of Tricia M. Yount, CPA, MAFF Economic Damages Terry Dyer v. United States of America (Camp Lejeune Water Litigation) December 15, 2025 |
| 723 | Yount Rep. (Fancher) | Yount Rep. (Fancher) at __ (JA Ex. 723, D.E. ) | Expert Report of Tricia M. Yount, CPA, MAFF Economic Damages David William Fancher v. United States of America (Camp Lejeune Water Litigation) December 15, 2025 |
| 724 | Yount Rep. (Howard) | Yount Rep. (Howard) at __ (JA Ex. 724, D.E. ) | Expert Report of Tricia M. Yount, CPA, MAFF Economic Damages Allan Wayne Howard v. United States of America (Camp Lejeune Water Litigation) December 15, 2025 |

| | | | |
|---|---|---|---|
| 725 | Yount Rep. (Laramore) | Yount Rep. (Laramore) at __ (JA Ex. 725, D.E. ) | Expert Report of Tricia M. Yount, CPA, MAFF Economic Damages<br>Jimmy Laramore v. United States of America (Camp Lejeune Water Litigation)<br>December 15, 2025 |
| 726 | Yount Rep. (Mousser) | Yount Rep. (Mousser) at __ (JA Ex. 726, D.E. ) | Expert Report of Tricia M. Yount, CPA, MAFF Economic Damages<br>Frank Mousser v. United States of America (Camp Lejeune Water Litigation)<br>December 15, 2025 |
| 727 | Yount Rep. (Tukes) | Yount Rep. (Tukes) at __ (JA Ex. 727, D.E. ) | Expert Report of Tricia M. Yount, CPA, MAFF Economic Damages<br>Jacqueline Tukes v. United States of America (Camp Lejeune Water Litigation)<br>December 15, 2025 |
| 728 | Yount MCL (Cagiano) | Yount MCL (Cagiano) at __ (JA Ex. 728, D.E. ) | Materials Considered List of Tricia M. Yount, CPA, MAFF Economic Damages<br>Mark Anthony Cagiano - December 2025 |
| 729 | Yount MCL (Criswell) | Yount MCL (Criswell) at __ (JA Ex. 729, D.E. ) | Materials Considered List of Tricia M. Yount, CPA, MAFF Economic Damages<br>Jefferson Michael Criswell - December 2025 |
| 730 | Yount MCL (Downs) | Yount MCL (Downs) at __ (JA Ex. 730, D.E. ) | Materials Considered List of Tricia M. Yount, CPA, MAFF Economic Damages<br>David Bester Downs - December 2025 |
| 731 | Yount MCL (Dyer) | Yount MCL (Dyer) at __ (JA Ex. 731, D.E. ) | Materials Considered List of Tricia M. Yount, CPA, MAFF Economic Damages<br>Terry Fristoe Dyer - December 2025 |
| 732 | Yount MCL (Fancher) | Yount MCL (Fancher) at __ (JA Ex. 732, D.E. ) | Materials Considered List of Tricia M. Yount, CPA, MAFF Economic Damages<br>David William Fancher - December 2025 |
| 733 | Yount MCL (Howard) | Yount MCL (Howard) at __ (JA Ex. 733, D.E. ) | Materials Considered List of Tricia M. Yount, CPA, MAFF Economic Damages<br>Allan Wayne Howard - December 2025 |
| 734 | Yount MCL (Laramore) | Yount MCL (Laramore) at __ (JA Ex. 734, D.E. ) | Materials Considered List of Tricia M. Yount, CPA, MAFF Economic Damages<br>Jimmy Carroll Laramore - December 2025 |
| 735 | Yount MCL (Mousser) | Yount MCL (Mousser) at __ (JA Ex. 735, D.E. ) | Materials Considered List of Tricia M. Yount, CPA, MAFF Economic Damages<br>Frank Wayne Mousser - December 2025 |

| | | | |
|---|---|---|---|
| 736 | Yount MCL (Tukes) | Yount MCL (Tukes) at __ (JA Ex. 736, D.E. ) | Materials Considered List of Tricia M. Yount, CPA, MAFF Economic Damages Jacqueline Jordan Tukes - December 2025 |
| 737 | Staller Rep. (Amsler) | Staller Rep. (Amsler) at __ (JA Ex. 737, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Karen M. Amsler v. United States of America October 29, 2025 |
| 738 | Staller Rep. (Connard) | Staller Rep. (Connard) at __ (JA Ex. 738, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Stephen M. Connard v. United States of America October 29, 2025 |
| 739 | Staller Rep. (Dyer) | Staller Rep. (Dyer) at __ (JA Ex. 739, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Terry L. Dyer v. United States of America October 29, 2025 |
| 740 | Staller Rep. (Gleesing) | Staller Rep. (Gleesing) at __ (JA Ex. 740, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Joseph Gleesing v. United States of America October 29, 2025 |
| 741 | Staller Rep. (Hill) | Staller Rep. (Hill) at __ (JA Ex. 741, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Bruce W. Hill v. United States of America October 29, 2025 |
| 742 | Staller Rep. (Howard) | Staller Rep. (Howard) at __ (JA Ex. 742, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Allan W. Howard v. United States of America October 29, 2025 |
| 743 | Staller Rep. (Laramore) | Staller Rep. (Laramore) at __ (JA Ex. 743, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Jimmy Laramore v. United States of America October 29, 2025 |
| 744 | Staller Rep. (McElhiney) | Staller Rep. (McElhiney) at __ (JA Ex. 744, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Gary Layne McElhiney, Sr. v. United States of America October 29, 2025 |
| 745 | Staller Rep. (Mousser) | Staller Rep. (Mousser) at __ (JA Ex. 745, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Frank W. Mousser v. United States of America October 29, 2025 |
| 746 | Staller Rep. (Peterson) | Staller Rep. (Peterson) at __ (JA Ex. 746, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Edgar A. Peterson, IV v. United States of America October 29, 2025 |
| 747 | Staller Rep. (Rothchild) | Staller Rep. (Rothchild) at __ (JA Ex. 747, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Diane L. Rothchild v. United States of America October 29, 2025 |

| | | | |
|---|---|---|---|
| 748 | Staller Rep. (Sparks) | Staller Rep. (Sparks) at __ (JA Ex. 748, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA<br>Re: Richard Sparks v. United States of America<br>October 29, 2025 |
| 749 | Staller Rep. (Tukes) | Staller Rep. (Tukes) at __ (JA Ex. 749, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA<br>Re: Jacqueline Tukes v. United States of America<br>October 29, 2025 |
| 750 | Staller Rep. (Welch) | Staller Rep. (Welch) at __ (JA Ex. 750, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA<br>Re: Robert Welch v. United States of America<br>October 29, 2025 |
| 751 | Staller Rep. (Household Services) | Staller Rep. (Household Services) at __ (JA Ex. 751, D.E. ) | Expert Report of Chad L. Staller, J.D., MBA, MAC, CVA<br>Re: Household Services and Home Health Care Services Omnibus<br>October 29, 2025 |
| 752 | Staller MCL (Bladder Cancer) | Staller MCL (Bladder Cancer) at __ (JA Ex. 752, D.E. ) | CHAD L. STALLER - MATERIALS CONSIDERED October 29, 2025 Expert Reports of Chad. L. Staller, JD, MBA, MAC, CVA<br>[Bladder Cancer Plaintiffs - Terry Dyer and Jimmy Laramore]<br>November 5, 2025 |
| 753 | Staller MCL (Leukemia) | Staller MCL (Leukemia) at __ (JA Ex. 753, D.E. ) | CHAD L. STALLER - MATERIALS CONSIDERED October 29, 2025 Expert Reports of Chad. L. Staller, JD, MBA, MAC, CVA<br>[Leukemia Plaintiffs - Amsler, Connard, Gleesing and Hill]<br>November 5, 2025 |
| 754 | Staller MCL (Kidney Cancer) | Staller MCL (Kidney Cancer) at __ (JA Ex. 754, D.E. ) | CHAD L. STALLER - MATERIALS CONSIDERED October 29, 2025 Expert Reports of Chad. L. Staller, JD, MBA, MAC, CVA<br>[Kidney Cancer Plaintiffs - Howard, Mousser, and Tukes]<br>November 5, 2025 |
| 755 | Staller MCL (PD) | Staller MCL (PD) at __ (JA Ex. 755, D.E. ) | CHAD L. STALLER - MATERIALS CONSIDERED October 29, 2025 Expert Reports of Chad. L. Staller, JD, MBA, MAC, CVA<br>[Parkinson's Disease Plaintiffs - McElhiney, Peterson, Rothchild, Sparks, and Welch]<br>November 5, 2025 |
| 756 | Staller 2d. Suppl. MCL | Staller 2d. Suppl. MCL at __ (JA Ex. 756, D.E. ) | CHAD L. STALLER - SECOND SUPPLEMENTAL MATERIALS CONSIDERED<br>March 5, 2026<br>October 29, 2025 Expert Report and January 20, 2026 Expert Rebuttal Report of Chad L. Staller, JD, MBA, MAC, CVA |

| | | | |
|---|---|---|---|
| 757 | Staller MCL (Household Services) | Staller MCL (Household Services) at __ (JA Ex. 757, D.E. ) | CHAD L. STALLER - MATERIALS CONSIDERED October 29, 2025 Expert Reports of Chad. L. Staller, JD, MBA, MAC, CVA [Household Services and Home Health Care Services - Keller, Carter, Criswell, Davis and Fancher] November 5, 2025 |
| 758 | Staller Rebuttal | Staller Rebuttal at __ (JA Ex. 758, D.E. ) | Expert Rebuttal Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Rebuttal Responses January 20, 2026 |
| 759 | Staller Rebuttal MCL | Staller Rebuttal MCL at __ (JA Ex. 759, D.E. ) | CHAD L. STALLER - MATERIALS CONSIDERED January 20, 2026 Expert Rebuttal Report of Chad. L. Staller, JD, MBA, MAC, CVA January 27, 2026 |
| 760 | Hackett-Wallace Rep. | Hackett-Wallace Rep. at __ (JA Ex. 760, D.E. ) | Expert Opinion Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP In Re: Camp Lejeune Water Litigation This Report Pertains to All Track 1 Bellwether Plaintiffs October 29, 2025 |
| 761 | Hackett-Wallace MCL | Hackett-Wallace MCL at __ (JA Ex. 761, D.E. ) | Materials Considered List for October 29, 2025 Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP November 5, 2025 |
| 762 | Hacket-Wallace Suppl. MCL | Hacket-Wallace Suppl. MCL at __ (JA Ex. 762, D.E. ) | First Amended Materials Considered List for October 29, 2025 Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP December 2, 2025 |
| 763 | Hackett-Wallace Rebuttal | Hackett-Wallace Rebuttal at __ (JA Ex. 763, D.E. ) | Rebuttal Expert Opinion Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP In Re: Camp Lejeune Water Litigation This Report Pertains to All Track 1 Bellwether Plaintiffs January 20, 2026 |
| 764 | Hackett-Wallace Rebuttal (Corrected) | Hackett-Wallace Rebuttal (Corrected) at __ (JA Ex. 764, D.E. ) | Rebuttal Expert Opinion Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP In Re: Camp Lejeune Water Litigation This Report Pertains to All Track 1 Bellwether Plaintiffs January 20, 2026 Corrected: January 27, 2026 |

| | | | |
|---|---|---|---|
| 765 | Hackett-Wallace Rebuttal MCL | Hackett-Wallace Rebuttal MCL at __ (JA Ex. 765, D.E. ) | Materials Considered List for January 20, 2026 Expert Rebuttal Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP January 27, 2026 |
| 766 | Rybolt Rep. | Rybolt Rep. at __ (JA Ex. 766, D.E. ) | EXPERT REPORT OF PETER RYBOLT JANUARY 20, 2026 |
| 767 | Rybolt Suppl. MCL | Rybolt Suppl. MCL at __ (JA Ex. 767, D.E. ) | PETER RYBOLT - FIRST SUPPLEMENTAL MATERIALS CONSIDERED March 9, 2026 January 20, 2026 Expert Reubttal Report of Peter Rybolt |
| 768 | Basu Rep. | Basu Rep. at __ (JA Ex. 768, D.E. ) | IN RE CAMP LEJEUNE WATER LITIGATION CASE NO. 7:23-CV-00897 EXPERT REPORT OF ANIRBAN BASU, Ph.D January 20, 2026 |
| 769 | Basu MCL | Basu MCL at __ (JA Ex. 769, D.E. ) | ANIRBAN BASU - MATERIALS CONSIDERED January 20, 2026 Expert Rebuttal Report of Anirban Basu, PhD. January 27, 2026 |
| 770 | Brod Dep. Tr. | Brod Dep. Tr. at __ (JA Ex. 770, D.E. ) | Deposition Transcript of Andrew Brod February 10, 2026 |
| 771 | Anderson Dep. Tr. | Anderson Dep. Tr. at __ (JA Ex. 771, D.E. ) | Deposition Transcript of Eric Anderson January 28, 2026 |
| 772 | Basu Dep. Tr. | Basu Dep. Tr. at __ (JA Ex. 772, D.E. ) | Deposition Transcript of Anirban Basu February 23, 2026 |
| 773 | Ford Dep. Tr. | Ford Dep. Tr. at __ (JA Ex. 773, D.E. ) | Deposition Transcript of Heather Ford February 25, 2026 |
| 774 | Fryar Dep. Tr. | Fryar Dep. Tr. at __ (JA Ex. 774, D.E. ) | Deposition Transcript of Michael Fryar March 2, 2026 |
| 775 | Hackett-Wallace Dep. Tr. | Hackett-Wallace Dep. Tr. at __ (JA Ex. 775, D.E. ) | Deposition Transcript of Marjorie Hackett-Wallace March 4, 2026 |

| | | | |
|---|---|---|---|
| 776 | Hairston Dep. Tr. | Hairston Dep. Tr. at __ (JA Ex. 776, D.E. ) | Deposition Transcript of Kay Hairston<br>February 27, 2026 |
| 777 | Hasan Dep. Tr. | Hasan Dep. Tr. at __ (JA Ex. 777, D.E. ) | Deposition Transcript of Syed Hasan<br>February 4, 2026 |
| 778 | Ji Dep. Tr. | Ji Dep. Tr. at __ (JA Ex. 778, D.E. ) | Deposition Transcript of Wang Ji, M.D.<br>February 2, 2026 |
| 779 | McIlroy Dep. Tr. | McIlroy Dep. Tr. at __ (JA Ex. 779, D.E. ) | Deposition Transcript of Andrew McIlroy<br>February 24, 2026 |
| 780 | Miller Dep. Tr. | Miller Dep. Tr. at __ (JA Ex. 780, D.E. ) | Deposition Transcript of Henry Miller, Ph.D.<br>February 20, 2026 |
| 781 | Piper Dep. Tr. | Piper Dep. Tr. at __ (JA Ex. 781, D.E. ) | Deposition Transcript of Jadine Piper<br>February 26, 2026 |
| 782 | Ruck Dep. Tr. | Ruck Dep. Tr. at __ (JA Ex. 782, D.E. ) | Deposition Transcript of Richard Ruck, M.D.<br>February 11, 2026 |
| 783 | Russo Dep. Tr. | Russo Dep. Tr. at __ (JA Ex. 783, D.E. ) | Deposition Transcript of Gregory S. Russo<br>February 27, 2026 |
| 784 | Schwarz Dep. Tr. | Schwarz Dep. Tr. at __ (JA Ex. 784, D.E. ) | Deposition Transcript of Heidi Schwarz<br>February 25, 2026 |
| 785 | Shahnasarian Dep. Tr. | Shahnasarian Dep. Tr. at __ (JA Ex. 785, D.E. ) | Deposition Transcript of Michael Shahnasarian<br>February 17, 2026 |
| 786 | Staller Dep. Tr. | Staller Dep. Tr. at __ (JA Ex. 786, D.E. ) | Deposition Transcript of Chad Staller<br>March 10, 2026 |
| 787 | Tosic Dep. Tr. | Tosic Dep. Tr. at __ (JA Ex. 787, D.E. ) | Deposition Transcript of Dubravka Tosic<br>March 5, 2026 |
| 788 | Young Dep. Tr. | Young Dep. Tr. at __ (JA Ex. 788, D.E. ) | Deposition Transcript of Larry Young<br>February 6, 2026 |

| | | | |
|---|---|---|---|
| 789 | Young Dep. Err. | Young Dep. Err. at __ (JA Ex. 789, D.E. ) | Larry Young - Deposition Errata<br>March 12, 2026 |
| 790 | Yount Dep. Tr | Yount Dep. Tr at __ (JA Ex. 790, D.E. ) | Deposition Transcript of Tricia Yount<br>February 11, 2026 |
| 791 | Yount Dep. Err. | Yount Dep. Err. at __ (JA Ex. 791, D.E. ) | Tricia Yount - Deposition Errata<br>March 24, 2026 |
| 792 | Rybolt Dep. Tr. | Rybolt Dep. Tr. at __ (JA Ex. 792, D.E. ) | Deposition Transcript of Peter Rybolt<br>March 13, 2026 |
| 793 | Barbano Dep. Tr. | Barbano Dep. Tr. at __ (JA Ex. 793, D.E. ) | Deposition Transcript of Richard Barbano, MD, PhD<br>March 18, 2026 |
| 794 | Russo Dep. Err. | Russo Dep. Err. at __ (JA Ex. 794, D.E. ) | Gregory S. Russo - Deposition Errata<br>March 30, 2026 |
| 795 | Navarro Rep. (Hill) | Navarro Rep. (Hill) at __ (JA Ex. 795, D.E. ) | REHABILITATION EVALUATION of Bruce Wayne Hill<br>April 8, 2025 |
| 796 | Navarro Rep. (Laramore) | Navarro Rep. (Laramore) at __ (JA Ex. 796, D.E. ) | REHABILITATION EVALUATION of Jimmy Carroll Laramore<br>April 8, 2025 |
| 797 | Shahnasarian Rep. (Tukes) | Shahnasarian Rep. (Tukes) at __ (JA Ex. 797, D.E. ) | REHABILITATION ANALYSIS of Jacqueline Yvonne Tukes<br>April 8, 2025 |
| 798 | Shahnasarian Rep. (Rothchild) | Shahnasarian Rep. (Rothchild) at __ (JA Ex. 798, D.E. ) | REHABILITATION EVALUATION of Diane Lynn Rothchild<br>May 8, 2025 |
| 799 | Shahnasarian Rep. (Peterson) | Shahnasarian Rep. (Peterson) at __ (JA Ex. 799, D.E. ) | REHABILITATION EVALUATION of Edgar Allen Peterson IV<br>May 8, 2025 |
| 800 | Shahnasarian Rep. (McElhiney) | Shahnasarian Rep. (McElhiney) at __ (JA Ex. 800, D.E. ) | REHABILITATION EVALUATION of Gary Layne McElhiney Sr.<br>May 8, 2025 |
| 801 | Shahnasarian Rep. (Sparks) | Shahnasarian Rep. (Sparks) at __ (JA Ex. 801, D.E. ) | REHABILITATION EVALUATION of Richard Douglas Sparks<br>May 8, 2025 |
| 802 | Shahnasarian Rep. (Welch) | Shahnasarian Rep. (Welch) at __ (JA Ex. 802, D.E. ) | REHABILITATION EVALUATION of Robert Eugene Welch<br>May 8, 2025 |
| 803 | Navarro MCL (Hill) | Navarro MCL (Hill) at __ (JA Ex. 803, D.E. ) | Materials Considered – Bruce Hill<br>April 15, 2025 |
| 804 | Navarro MCL (Laramore) | Navarro MCL (Laramore) at __ (JA Ex. 804, D.E. ) | Materials Considered – Jimmy Laramore<br>April 15, 2025 |
| 805 | Navarro MCL (Dyer) | Navarro MCL (Dyer) at __ (JA Ex. 805, D.E. ) | Materials Considered – Terry Dyer<br>April 15, 2025 |
| 806 | Shahnasarian MCL (Mousser) | Shahnasarian MCL (Mousser) at __ (JA Ex. 806, D.E. ) | Materials Considered – Frank Mousser<br>April 15, 2025 |
| 807 | Shahnasarian MCL (Tukes) | Shahnasarian MCL (Tukes) at __ (JA Ex. 807, D.E. ) | Materials Considered – Jacqueline Tukes<br>April 15, 2025 |

| | | | |
|---|---|---|---|
| 808 | Shahnasarian MCL (Rothchild) | Shahnasarian MCL (Rothchild) at __ (JA Ex. 808, D.E. ) | Materials Considered – Diane Rothchild<br>May 15, 2025 |
| 809 | Shahnasarian MCL (Peterson) | Shahnasarian MCL (Peterson) at __ (JA Ex. 809, D.E. ) | Materials Considered – Edgar Peterson IV<br>May 15, 2025 |
| 810 | Shahnasarian MCL (McElhiney) | Shahnasarian MCL (McElhiney) at __ (JA Ex. 810, D.E. ) | Materials Considered – Gary McElhiney<br>May 15, 2025 |
| 811 | Shahnasarian MCL (Sparks) | Shahnasarian MCL (Sparks) at __ (JA Ex. 811, D.E. ) | Materials Considered – Richard Sparks<br>May 15, 2025 |
| 812 | Shahnasarian MCL (Welch) | Shahnasarian MCL (Welch) at __ (JA Ex. 812, D.E. ) | Materials Considered – Robert Welch<br>May 15, 2025 |
| 813 | Fryar Rep. (Laramore) | Fryar Rep. (Laramore) at __ (JA Ex. 813, D.E. ) | SURGICAL COST ANALYSIS<br>February 7, 2025 |
| 814 | Fryar Rep. (Tukes) | Fryar Rep. (Tukes) at __ (JA Ex. 814, D.E. ) | Cost Analysis Tables<br>February 7, 2025 |
| 815 | Fryar Rep. (Hill) | Fryar Rep. (Hill) at __ (JA Ex. 815, D.E. ) | COST ANALYSIS<br>February 7, 2025 |
| 816 | Fryar Rep. (Rothchild) | Fryar Rep. (Rothchild) at __ (JA Ex. 816, D.E. ) | LIFE CARE PLAN<br>February 7, 2025 |
| 817 | Fryar Rep. (Sparks) | Fryar Rep. (Sparks) at __ (JA Ex. 817, D.E. ) | LIFE CARE PLAN<br>February 7, 2025 |
| 818 | Fryar Supp. Rep. (Sparks) | Fryar Supp. Rep. (Sparks) at __ (JA Ex. 818, D.E. ) | Mr. Richard Sparks Life Care Planning Tables Home Care Services-Table Update, 03/03/2026 |
| 819 | Fryar Rep. (Welch) | Fryar Rep. (Welch) at __ (JA Ex. 819, D.E. ) | LIFE CARE PLAN<br>February 7, 2025 |
| 820 | Fryar MCL (Laramore) | Fryar MCL (Laramore) at __ (JA Ex. 820, D.E. ) | MATERIALS CONSIDERED LIST FOR MICHAEL A. FRYAR'S REPORT ON PLAINTIFF JIMMY LARAMORE<br>February 14, 2025 |
| 821 | Fryar MCL (Dyer) | Fryar MCL (Dyer) at __ (JA Ex. 821, D.E. ) | MATERIALS CONSIDERED LIST FOR MICHAEL A. FRYAR'S REPORT ON PLAINTIFF TERRY DYER<br>February 14, 2025 |
| 822 | Fryar MCL (Hill) | Fryar MCL (Hill) at __ (JA Ex. 822, D.E. ) | MATERIALS CONSIDERED LIST FOR MICHAEL A. FRYAR'S REPORT ON PLAINTIFF BRUCE HILL<br>February 14, 2025 |
| 823 | Fryar MCL (Mousser) | Fryar MCL (Mousser) at __ (JA Ex. 823, D.E. ) | MATERIALS CONSIDERED LIST FOR MICHAEL A. FRYAR'S REPORT ON PLAINTIFF FRANK W. MOUSSER<br>February 14, 2025 |
| 824 | Fryar MCL (Tukes) | Fryar MCL (Tukes) at __ (JA Ex. 824, D.E. ) | MATERIALS CONSIDERED LIST FOR MICHAEL A. FRYAR'S REPORT ON PLAINTIFF JACQUELINE J. TUKES<br>February 14, 2025 |
| 825 | Fryar MCL (Welch, Sparks, Rothchild) | Fryar MCL (Welch, Sparks, Rothchild) at __ (JA Ex. 825, D.E. ) | MATERIALS CONSIDERED LIST FOR MICHAEL A. FRYAR'S REPORTS ON PLAINTIFFS ROBERT WELCH, RICHARD SPARKS, AND DIANE ROTHCHILD<br>February 14, 2025 |
| 826 | Hairston Rep. (Peterson) | Hairston Rep. (Peterson) at __ (JA Ex. 826, D.E. ) | Evaluation on behalf of Edgar Peterson<br>February 5, 2025 |
| 827 | Hairston Rep. (McElhiney) | Hairston Rep. (McElhiney) at __ (JA Ex. 827, D.E. ) | Evaluation on behalf of Gary McElhiney<br>February 5, 2025 |

| | | | |
|---|---|---|---|
| 828 | Hairston MCL (Peterson, McElhiney) | Hairston MCL (Peterson, McElhiney) at __ (JA Ex. 828, D.E. ) | MATERIALS CONSIDERED LIST FOR KAY HAIRSTON'S REPORT ON PLAINTIFFS EDGAR PETERSON AND GARY MCELHINEY<br>February 14, 2025 |
| 829 | Sakala MCL (Mousser) | Sakala MCL (Mousser) at __ (JA Ex. 829, D.E. ) | MATERIALS CONSIDERED LIST FOR KELLY SAKALA'S REPORTS FOR<br>FRANK W. MOUSSER<br>February 14, 2025 |
| 830 | Sakala Supp. MCL (Mousser) | Sakala Supp. MCL (Mousser) at __ (JA Ex. 830, D.E. ) | DR. KELLY SAKALA – SUPPLEMENTAL MATERIALS CONSIDERED<br>February 27, 2026 |
| 831 | Hackett-Wallace 1st Amend. App'x (Amsler) | Hackett-Wallace 1st Amend. App'x (Amsler) at __ (JA Ex. 831, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Appendix (Amsler) |
| 832 | Hackett-Wallace 3d Amend. App'x (Cagiano) | Hackett-Wallace 3d Amend. App'x (Cagiano) at __ (JA Ex. 832, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>3rd Amended Appendix (Cagiano) |
| 833 | Hackett-Wallace 2d Amend. App'x (Carter) | Hackett-Wallace 2d Amend. App'x (Carter) at __ (JA Ex. 833, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Appendix (Carter) |
| 834 | Hackett-Wallace 2d Amend. App'x (Connard) | Hackett-Wallace 2d Amend. App'x (Connard) at __ (JA Ex. 834, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Appendix (Connard) |
| 835 | Hackett-Wallace 1st Amend. App'x (Criswell) | Hackett-Wallace 1st Amend. App'x (Criswell) at __ (JA Ex. 835, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Appendix (Criswell) |
| 836 | Hackett-Wallace NHL App'x (Davis) | Hackett-Wallace NHL App'x (Davis) at __ (JA Ex. 836, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>Appendix for Cometto Davis - NHL |
| 837 | Hackett-Wallace 2d Amend. App'x (Downs) | Hackett-Wallace 2d Amend. App'x (Downs) at __ (JA Ex. 837, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Appendix (Downs) |
| 838 | Hackett-Wallace 2d Amend. App'x (Dyer) | Hackett-Wallace 2d Amend. App'x (Dyer) at __ (JA Ex. 838, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Appendix (Dyer) |
| 839 | Hackett-Wallace 1st Amend. App'x (Fancher) | Hackett-Wallace 1st Amend. App'x (Fancher) at __ (JA Ex. 839, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Appendix (Fancher) |

| | | | |
|---|---|---|---|
| 840 | Hackett-Wallace 3d Amend. App'x (Gleesing) | Hackett-Wallace 3d Amend. App'x (Gleesing) at __ (JA Ex. 840, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>3rd Amended Appendix (Gleesing) |
| 841 | Hackett-Wallace Leukemia App'x (Hill) | Hackett-Wallace Leukemia App'x (Hill) at __ (JA Ex. 841, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>Appendix for Bruce Hill - Leukemia |
| 842 | Hackett-Wallace 3d Amend. App'x (Howard) | Hackett-Wallace 3d Amend. App'x (Howard) at __ (JA Ex. 842, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>3rd Amended Appendix (Howard) |
| 843 | Hackett-Wallace 1st Amend. App'x (Keller) | Hackett-Wallace 1st Amend. App'x (Keller) at __ (JA Ex. 843, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Appendix (Keller) |
| 844 | Hackett-Wallace NHL App'x (Kidd) | Hackett-Wallace NHL App'x (Kidd) at __ (JA Ex. 844, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>Appendix for Robert Kidd – NHL |
| 845 | Hackett-Wallace Bladder Cancer App'x (Laramore) | Hackett-Wallace Bladder Cancer App'x (Laramore) at __ (JA Ex. 845, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>Appendix for Jimmy Laramore - Bladder Cancer |
| 846 | Hackett-Wallace 1st Amend. App'x (McElhiney) | Hackett-Wallace 1st Amend. App'x (McElhiney) at __ (JA Ex. 846, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Appendix (McElhiney) |
| 847 | Hackett-Wallace Kidney Cancer App'x (Mousser) | Hackett-Wallace Kidney Cancer App'x (Mousser) at __ (JA Ex. 847, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>Appendix for Frank Mousser - Kidney Cancer |
| 848 | Hackett-Wallace 2d Amend. App'x (Peterson) | Hackett-Wallace 2d Amend. App'x (Peterson) at __ (JA Ex. 848, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Appendix (Peterson) |
| 849 | Hackett-Wallace 2d Amend. App'x (Rothchild) | Hackett-Wallace 2d Amend. App'x (Rothchild) at __ (JA Ex. 849, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Appendix (Rothchild) |
| 850 | Hackett-Wallace 1st Amend. App'x (Sparks) | Hackett-Wallace 1st Amend. App'x (Sparks) at __ (JA Ex. 850, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Appendix (Sparks) |
| 851 | Hackett-Wallace 3d Amend. App'x (Tukes) | Hackett-Wallace 3d Amend. App'x (Tukes) at __ (JA Ex. 851, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>3rd Amended Appendix (Tukes) |

| | | | |
|---|---|---|---|
| 852 | Hackett-Wallace 1st Amend. App'x (Welch) | Hackett-Wallace 1st Amend. App'x (Welch) at __ (JA Ex. 852, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Appendix (Welch) |
| 853 | Hackett-Wallace 1st | Hackett-Wallace 1st Amend. Reliance File (Amsler) at __ (JA Ex. 853, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Reliance File (Amsler) |
| 854 | Hackett-Wallace 3d Amend. Reliance File (Cagiano) | Hackett-Wallace 3d Amend. Reliance File (Cagiano) at __ (JA Ex. 854, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>3rd Amended Reliance File (Cagiano) |
| 855 | Hackett-Wallace 2d | Hackett-Wallace 2d Amend. Reliance File (Carter) at __ (JA Ex. 855, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Reliance File (Carter) |
| 856 | Hackett-Wallace 2d Amend. Reliance File (Connard) | Hackett-Wallace 2d Amend. Reliance File (Connard) at __ (JA Ex. 856, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Reliance File (Connard) |
| 857 | Hackett-Wallace 1st | Hackett-Wallace 1st Amend. Reliance File (Criswell) at __ (JA Ex. 857, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Reliance File (Criswell) |
| 858 | Hackett-Wallace 2d Amend. Reliance File (Downs) | Hackett-Wallace 2d Amend. Reliance File (Downs) at __ (JA Ex. 858, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Reliance File (Downs) |
| 859 | Hackett-Wallace 2d | Hackett-Wallace 2d Amend. Reliance File (Dyer) at __ (JA Ex. 859, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Reliance File (Dyer) |
| 860 | Hackett-Wallace 1st Amend. Reliance File (Fancher) | Hackett-Wallace 1st Amend. Reliance File (Fancher) at __ (JA Ex. 860, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Reliance File (Fancher) |
| 861 | Hackett-Wallace 3d | Hackett-Wallace 3d Amend. Reliance File (Gleesing) at __ (JA Ex. 861, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>3rd Amended Reliance File (Gleesing) |
| 862 | Hackett-Wallace 3d Amend. Reliance File (Howard) | Hackett-Wallace 3d Amend. Reliance File (Howard) at __ (JA Ex. 862, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>3rd Amended Reliance Files (Howard) |
| 863 | Hackett-Wallace 1st | Hackett-Wallace 1st Amend. Reliance File (Keller) at __ (JA Ex. 863, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Reliance File (Keller) |

| | | | |
|---|---|---|---|
| 864 | Hackett-Wallace 2d Amend. Reliance File (Peterson) | Hackett-Wallace 2d Amend. Reliance File (Peterson) at __ (JA Ex. 864, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Reliance File (Peterson) |
| 865 | Hackett-Wallace 2d | Hackett-Wallace 2d Amend. Reliance File (Rothchild) at __ (JA Ex. 865, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>2nd Amended Reliance File (Rothchild) |
| 866 | Hackett-Wallace 1st Amend. Reliance File (Sparks) | Hackett-Wallace 1st Amend. Reliance File (Sparks) at __ (JA Ex. 866, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Reliance File (Sparks) |
| 867 | Hackett-Wallace 3d | Hackett-Wallace 3d Amend. Reliance File (Tukes) at __ (JA Ex. 867, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>3rd Amended Reliance File (Tukes) |
| 868 | Hackett-Wallace 1st Amend. Reliance File (Welch) | Hackett-Wallace 1st Amend. Reliance File (Welch) at __ (JA Ex. 868, D.E. ) | Expert Report of Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP<br>1st Amended Reliance File (Welch) |
| 869 | Barbano Rebuttal Re | Barbano Rebuttal Rep. (Peterson) at __ (JA Ex. 869, D.E. ) | 1.12.2026 Richard Barbano Correspondence re Edgar Peterson |
| 870 | Schwarz Rebuttal Rep. (Sparks) | Schwarz Rebuttal Rep. (Sparks) at __ (JA Ex. 870, D.E. ) | 1.9.2025 Heidi Schwarz Correspondence re Richard Sparks |
| 871 | Longo Rebuttal Rep. | Longo Rebuttal Rep. (Dyer) at __ (JA Ex. 871, D.E. ) | 1.14.2026 Thomas Longo Correspondence re Terry Dyer |
| 872 | PLG Phase III 1st Amend. Discl. | PLG Phase III 1st Amend. Discl. at __ (JA Ex. 872, D.E. ) | PLG's Phase III 1st Amended Damages Rebuttal Expert Disclosure (February 5, 2026) |
| 873 | Staller Am. Rep. (Dy | Staller Am. Rep. (Dyer) at __ (JA Ex. 873, D.E. ) | Amended Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Terry L. Dyer v. United States of America (March 27, 2026) |
| 874 | Staller Am. Rep. (Sparks) | Staller Am. Rep. (Sparks) at __ (JA Ex. 874, D.E. ) | Amended Report of Chad L. Staller, J.D., MBA, MAC, CVA Re: Richard Sparks v. United States of America (March 27, 2026) |
| 875 | Anderson Rep. (Peterson) | Anderson Rep. Peterson at __ (JA Ex. 875, D.E. ) | Housing Report of Eric Anderson Re: Edgar Peterson (December 16, 2024) |
| 876 | Shahnasarian Dep. Err. | Shahnasarian Dep. Err. at __ (JA Ex. 876, D.E. ) | Dr. Michael Shahnasarian Deposition Errata (February 17, 2026) |
| 877 | McIlroy Dep. Err. | McIlroy Dep. Err. At __ (JA Ex. 877, D.E. ) | Andrew McIlroy Deposition Errata (Febrtuary 24, 2026) |