# Exhibit 638

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Document Relates to: | ) |
| *All Cases*, 7:23-CV-897 | ) |
| *Jefferson Criswell v. USA,* 7:23-CV-1482 | ) |
| *Terry F. Dyer v. USA,* 7:23-CV-357 | ) |
| *Mark A. Cagiano v. USA,* 7:23-CV-569 | ) |
| *Jimmy Laramore v. USA,* 7:23-CV-594 | ) |
| *Frank Mousser v. USA,* 7:23-CV-667 | ) |
| *Allan W. Howard v. USA,* 7:23-CV-490 | ) |
| *David W. Fancher v. USA,* 7:23-CV-275 | ) |
| *David Downs v. USA,* 7:23-CV-1145 | ) |
| *Jacqueline Tukes v. USA,* 7:23-CV-1553 | ) |
| *Joseph M. Gleesing v. USA,* 7:23-CV-1486 | ) |
| *Vivian Connard, Representative of Stephen* | ) |
| *Matthew Connard v. USA,* 7:23-CV-1557 | ) |
| *Bruce W. Hill v. USA,* 7:23-CV-28 | ) |
| *Karen Marie Amsler v. USA,* 7:23-CV-284 | ) |
| *Frances Carter, Personal Representative of the* | ) |
| *Estate of Ronald Carter v. USA,* 7:23-CV-1565 | ) |
| *Robert A. Kidd v. USA,* 7:23-CV-1489 | ) |
| *Cometto Davis v. USA,* 7:23-CV-43 | ) |
| *Scott Keller v. USA,* 7:23-CV-1501 | ) |
| *Edgar Allen Peterson, IV v. USA,* 7:23-CV-1576 | ) |
| *Gary McElhiney v. USA,* 7:23-CV-1368 | ) |
| *Diane Rothchild v. USA,* 7:23-CV-858 | ) |
| *Robert Welch v. USA,* 7:23-CV-1503 | ) |
| *Richard Sparks v. USA,* 7:23-CV-682 | ) |

**PLAINTIFFS' DESIGNATION AND DISCLOSURE OF**
**PHASE III DAMAGE AND OFFSET EXPERT WITNESSES**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Orders of January 2, 2025 (D.E. 312) and September 15, 2025 (D.E. 629-1), the Plaintiffs' Leadership Group and the Track 1 Trial Plaintiffs (collectively, "Plaintiffs"), through undersigned counsel, hereby designate the following

Phase III expert witnesses who may be called to offer opinion testimony on the subject of damages and offsets concerning the Track 1 illnesses (collectively, "Damage and Offset Experts"):

**KIDNEY CANCER**

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), the Track 1 Trial Plaintiffs for kidney cancer, namely Plaintiffs David Downs, David William Fancher, Allan Wayne Howard, Frank W. Mousser, and Jacqueline Jordan Tukes, hereby designate the following retained experts who are providing written reports and may be called upon to offer opinion testimony as Damage and Offset Experts:

1. **Chad Staller, JD, MBA, MAC, CVA**
   20 Brace Road, Suite 425
   Cherry Hill, NJ 08034

2. Marjorie Hackett-Wallace, **CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
   103 Elbridge Road
   New Britain, CT 06052

**BLADDER CANCER**

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), the Track 1 Trial Plaintiffs for bladder cancer, namely Plaintiffs Terry F. Dyer, Jefferson Criswell, Jimmy Laramore, and Mark A. Cagiano hereby designate the following retained experts who are providing written reports and may be called upon to offer opinion testimony as Damage and Offset Experts:

1. **Chad Staller, JD, MBA, MAC, CVA**
   20 Brace Road, Suite 425
   Cherry Hill, NJ 08034

2. Marjorie Hackett-Wallace, **CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
   103 Elbridge Road
   New Britain, CT 06052

## LEUKEMIA

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), the Track 1 Trial Plaintiffs for leukemia, namely Plaintiffs Bruce Wayne Hill, Joseph Mark Gleesing, Vivian Connard (on behalf of decedent Stephen Matthew Connard), and Karen Marie Amsler, hereby designate the following retained experts who are providing written reports and may be called upon to offer opinion testimony as Damage and Offset Experts:

1. **Chad Staller, JD, MBA, MAC, CVA**
20 Brace Road, Suite 425
Cherry Hill, NJ 08034

2. Marjorie Hackett-Wallace, **CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
103 Elbridge Road
New Britain, CT 06052

## NON-HODGKIN LYMPHOMA

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), the Track 1 Trial Plaintiffs for non-Hodgkin Lymphoma, namely Plaintiffs Frances Carter (on behalf of decedent Ronald Carter), Cometto J. Davis, Scott Richard Keller, and Robert Arnold Kidd, Sr., hereby designate the following retained experts who are providing written reports and may be called upon to offer opinion testimony as Damage and Offset Experts:

1. **Chad Staller, JD, MBA, MAC, CVA**
20 Brace Road, Suite 425
Cherry Hill, NJ 08034

2. Marjorie Hackett-Wallace, **CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
103 Elbridge Road
New Britain, CT 06052

## PARKINSON'S DISEASE

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), the Track 1 Trial Plaintiffs for Parkinson's Disease, namely Plaintiffs Gary McElhiney, Edgar Peterson, Diane Rothchild, Richard Sparks and Robert Welch, hereby designate the following retained experts who are providing written reports and may be called upon to offer opinion testimony as Damage and Offset Experts:

1. **Chad Staller, JD, MBA, MAC, CVA**
   20 Brace Road, Suite 425
   Cherry Hill, NJ 08034

2. Marjorie Hackett-Wallace, **CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
   103 Elbridge Road
   New Britain, CT 06052

## CONCLUSION

For those above-listed experts designated pursuant to Fed. R. Civ. P. 26(a)(2)(B), Plaintiffs are contemporaneously serving reports electronically via a JEFS file-share link and pursuant to the Stipulated Order Establishing Protocol for Document Collection and Production (Case Management Order No. 8) (D.E. 52). The said reports set forth each expert's qualifications, opinions, fee schedule, and a list of all other cases in which, during the previous 4 years, the witness testified as an expert, as required by Fed. R. Civ. P. 26(a)(2)(B). Any facts and data considered by the above-named experts not already produced in this action and/or not readily available to the public will be produced within 7 days pursuant to the stipulated Order Regarding Expert Discovery (Case Management Order No. 17) (D.E. 305).

Plaintiffs make the above disclosures subject to the reservation of all rights allowed by the Federal Rules of Civil Procedure, Rules of Evidence, Local Rules, and applicable case law, including the right to supplement or amend this designation in order to address any opinions by Defendant United States of America's experts, the right to offer amended and/or supplemental

opinions based on new records, testimony or information, the right to call any of the above experts as a rebuttal or impeachment witness at trial, and the right to call any expert witness designated or identified by Defendant United States of America.

This 29th day of October 2025.

BELL LEGAL GROUP, LLC

By: */s/ J. Edward Bell, III*_______________
J. Edward Bell, III (admitted *pro hac vice*)
219 Ridge St.
Georgetown, S.C. 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This is to certify that on the below-indicated date, I served a copy of the foregoing document upon counsel for Defendant United States of America by electronic mail at the following email address: adam.bain@usdoj.gov.

This the 29th day of October 2025.

BELL LEGAL GROUP, LLC

By: */s/ J. Edward Bell, III*______________
J. Edward Bell, III (admitted *pro hac vice*)
219 Ridge St.
Georgetown, S.C. 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*