# Exhibit 646

**Materials Considered List – Andrew Brod**

**<u>Gary Layne McElhiney, Sr. v. United States of America Case No. 7:23-CV-01368-BO</u>**

Benefits Coordination and Recovery Center, Memorandum by Kathleen Hunter, April 1, 2025, and associated data

Bureau of Labor Statistics. 2025. "American Time Use Survey," https://www.bls.gov/tus/

Centers for Disease Control and Prevention. 2023 "United States Life Tables, 2021," *National Vital Statistics Reports*, Vol. 72, No. 12, November.

Centers for Disease Control and Prevention. 2025 "United States Life Tables, 2022," *National Vital Statistics Reports*, Vol. 74, No. 2, April.

Clark, D, 2025. Deposition of Daniel Clark, September 2025

Department of Justice. 2025. "VBA Disability Ratings, Conditions, and Amounts (3.13.2025)," CLJA_VBA_0000000001 - CLJA_VBA_0000000018

Department of Treasury. "Daily Treasury Par Yield Curve Rates," https://home.treasury.gov/policy-issues/financing-the-government/interest-rate-statistics

Department of Veterans Affairs, Combined Disability Rating Calculator, **https://www.va.gov/disability/about-disability-ratings/**

Department of Veterans Affairs, Office of Integrated Veteran Care, Memorandum and exhibit on Community Care Network and associated data, February 2025

Hackett-Wallace, Marjorie, 2025. RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP, *In Re: Camp Lejeune Water Litig.*, Oct. 29

- PLG-EXPERT_HACKETT-WALLACE_0000000001-66 (natives and PDFs)
- Appendices dated Oct. 29, 2025, for Plaintiff Gary McElhiney
- Materials Considered List – Expert Report of Marjorie Hackett-Wallace, Nov. 5, 2025
- 1st Amended Materials Considered List – Expert Report of Marjorie Hackett-Wallace, Dec. 2, 2025

Hairston, Kay, 2025. Life-care plan by Kay Hairston, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-01368- BO, *Camp Lejeune Water Litigation*. February 5

Hasan, Syed, 2025. Expert report by Hasan Syed, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-01368- BO, *Camp Lejeune Water Litigation*. December 15

Hartwell, A, 2025. Deposition of Andrea Hartwell, September 9

Hunter, K, 2025. Deposition of Kathleen Hunter, September 8

Letter from VBA, dated May 1, 2025, along with data spreadsheet, "RITA_2025-54151_results_04302025.xlsx", CLJA_VBA_0000000019 - CLJA_VBA_0000000022

McElhiney, G. 2024. Deposition of Gary McElhiney, Vols. I and II. March 5 and April 11

McElhiney, Gary. First Amended Track 1 Trial Plaintiff Damages Assessment.

McElhiney, Gary. Second Amended Track 1 Trial Plaintiff Damages Assessment.

Miller, Henry, 2025. Expert report by Henry Miller, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-01368-BO, Camp Lejeune Water Litigation. May 8

Miller, Henry, 2025. Expert report by Henry Miller, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-01368-BO, *Camp Lejeune Water Litigation*. December 15

Rivas, K, 2025. Deposition of Kimberly Rivas, August 26

Russo, Gregory, 2025. Expert report by Gregory Russo (including Appendix C), In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-01368-BO, *Camp Lejeune Water Litigation*. December 15

Ryan, C, 2025. Deposition of Nicholas Tackaberry, August 27

Shahnasarian, Michael, 2025. Life-care plan by Michael Shahnasarian, Ph.D., In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-01368-BO, Camp Lejeune Water Litigation. May 8

Shahnasarian, Michael, 2025. Rehabilitation Evaluation of Gary Layne McElhiney, Sr., by Michael Shahnasarian, Ph.D., In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-01368-BO, Camp Lejeune Water Litigation. May 8

Short-Form Complaint, Gary Layne McElhiney, Sr. v. United States of America, No. 7:23-CV-01368-BO (November 2, 2023)

Social Security Administration, Data on cost-of-living adjustments at **www.ssa.gov/cola/**

Staller, Chad and Dripps, Stephen, 2025. Expert report by Chad L. Staller and Stephen M. Dripps, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-01368-BO, Camp Lejeune Water Litigation. February 6

Staller, Chad, 2025. Expert Report by Chad L. Staller, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-01368-BO, Camp Lejeune Water Litigation. October 29

Staller, Chad 2025. Materials Considered Lists for the Reports of Chad Staller for Plaintiff Gary McElhiney, dated Oct. 29

Staller, Chad 2025. Materials Considered List for the Omnibus Report of Chad Staller, dated Oct. 29

Tackaberry, N, 2025. Deposition of Nicholas Tackaberry, August 27.

U.S. Department of Labor, Bureau of Labor Statistics: Consumer Price Index data at **www.bls.gov/cpi/**

Veterans Health Administration, Memorandum on VHA Expenses and associated data, March 2025.

Wells Fargo Economics Group, "U.S. Economic Outlook, May 2025," May 8, 2025, https://www.wellsfargo.com/cib/insights/economics/us-outlook/

Westerlind, K, 2025. Deposition of Kyle Westerlind, September 18

Young, Michael, 2025. Expert report by Michael Young, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV- 01368-BO, Camp Lejeune Water Litigation. May 8

Zakaryan, D, 2025. Deposition of Diana Zakaryan, August 28

***Miscellaneous Document Productions***

CLJA_TRICARE_0000000001-55

CLJA_TRICARE_0000000056 (produced natively as DraftDeliverable_CampLeJeune_all_20251203_pw)

CLJA_CMS_0000000001-134

CLJA_TRIWEST_0000000001-10

CLJA_VBA_0000000001-22

CLJA_VHA_0000000001-8

CLJA_CCN_0000000001-8

| Beginning Bates | End Bates |
|---|---|
| 01368_MCELHINEY_0000000001 | 01368_MCELHINEY_0000001402 |
| 01368_MCELHINEY_DICKSON_0000000001 | 01368_MCELHINEY_DICKSON_0000000408 |
| 01368_MCELHINEY_DPPF_00000001 | 01368_MCELHINEY_DPPF_00000046 |
| 01368_MCELHINEY_DPRIS_0000000001 | 01368_MCELHINEY_DPRIS_0000000002 |
| 01368_MCELHINEY_HUFFNAGLE_0000000001 | 01368_MCELHINEY_HUFFNAGLE_0000000250 |
| 01368_MCELHINEY_NARA_0000000001 | 01368_MCELHINEY_NARA_0000000041 |
| 01368_MCELHINEY_NAVY_0000000001 | 01368_MCELHINEY_NAVY_0000000007 |
| 01368_MCELHINEY_SALLOUM_0000000001 | 01368_MCELHINEY_SALLOUM_0000000002 |
| 01368_MCELHINEY_SHERWOOD_0000000001 | 01368_MCELHINEY_SHERWOOD_0000000162 |
| 01368_MCELHINEY_SSA_0000000001 | 01368_MCELHINEY_SSA_0000000564 |
| 01368_MCELHINEY_VA_0000000001 | 01368_MCELHINEY_VA_0000005500 |
| 01368_MCELHINEY_VANDERBILT_0000000001 | 01368_MCELHINEY_VANDERBILT_0000000376 |
| 01368_MCELHINEY_VBA_0000000001 | 01368_MCELHINEY_VBA_0000010228 |
| 01368_MCELHINEY_VHA_0000000001 | 01368_MCELHINEY_VHA_0000003519 |