# Exhibit 648

**Materials Considered List – Andrew Brod**

**Diane L. Rothchild v. United States of America Case No. 7:23-CV-00858**

Bureau of Labor Statistics. 2025. "American Time Use Survey," https://www.bls.gov/tus/

Centers for Disease Control and Prevention. "United States Life Tables, 2021," *National Vital Statistics Reports*, Vol. 72, No. 12, November 2023

Centers for Disease Control and Prevention. 2025 "United States Life Tables, 2022," *National Vital Statistics Reports*, Vol. 74, No. 2, April.

Clark, D, 2025. Deposition of Daniel Clark, September 2025

Department of Treasury. "Daily Treasury Par Yield Curve Rates," https://home.treasury.gov/policy-issues/financing-the-government/interest-rate-statistics

Department of Veterans Affairs, Office of Integrated Veteran Care, Memorandum and exhibit on Community Care Network and associated data, February 2025

Fryar, Michael , 2025. Life-care plan by Michael Fryar, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-00858, Camp Lejeune Water Litigation. February 5

Gollomp, Stephen, 2025. Expert Report by Stephen Gollomp, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-00858, Camp Lejeune Water Litigation. May 8

Hackett-Wallace, Marjorie, 2025. RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP, *In Re: Camp Lejeune Water Litig.*, Oct. 29

- PLG-EXPERT_HACKETT-WALLACE_0000000001-66 (natives and PDFs)
- Appendices dated Oct. 29, 2025, for Plaintiff Diane Rothchild
- Materials Considered List – Expert Report of Marjorie Hackett-Wallace, Nov. 5, 2025
- 1st Amended Materials Considered List – Expert Report of Marjorie Hackett-Wallace, Dec. 2, 2025

Hartwell, A, 2025. Deposition of Andrea Hartwell, September 9

Hasan, Syed, 2025. Expert report by Hasan Syed, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV- 00858, *Camp Lejeune Water Litigation*. December 15

Hunter, K, 2025. Deposition of Kathleen Hunter, September 8

Letter from VBA, dated May 1, 2025, along with data spreadsheet, "RITA_2025-54151_results_04302025.xlsx", CLJA_VBA_0000000019 - CLJA_VBA_0000000022

Miller, Henry, 2025 Expert report by Henry Miller, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-00858, Camp Lejeune Water Litigation. May 8

Miller, Henry, 2025. Expert report by Henry Miller, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-00858, *Camp Lejeune Water Litigation*. December 15

Rivas, K, 2025. Deposition of Kimberly Rivas, August 26

Rothchild, Diane. First Amended Track 1 Trial Plaintiff Damages Assessment.

Rothchild, Diane. Second Amended Track 1 Trial Plaintiff Damages Assessment.

Rothchild, Diane. Third Amended Track 1 Trial Plaintiff Damages Assessment.

Russo, Gregory, 2025. Expert report by Gregory Russo (including Appendix C), In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-00858, *Camp Lejeune Water Litigation*. December 15

Ryan, C, 2025. Deposition of Carla Ryan, August 29

Shahnasarian, Michael, 2025. Life-care plan by Michael Shahnasarian, Ph.D., In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-00858, Camp Lejeune Water Litigation. May 8

Shahnasarian, Michael, 2025. Rehabilitation Evaluation of Diane Lynn Rothchild by Michael Shahnasarian, Ph.D., In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-00858, Camp Lejeune Water Litigation. May 8

Short-Form Complaint, Diane L. Rothchild. v. United States of America, No. 7:23-CV-00858 (November 2, 2023)

Staller, Chad and Dripps, Stephen, 2025. Expert report by Chad L. Staller and Stephen M. Dripps, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-00858, Camp Lejeune Water Litigation. February 7

Staller, Chad, 2025. Expert Report by Chad L. Staller, In the United States District Court for the Eastern District of North Carolina, Southern Division, Case No,: 7:23-CV-00858, Camp Lejeune Water Litigation. October 29

Staller, Chad, 2025. Materials Considered Lists for the Reports of Chad Staller for Plaintiff Diane Rothchild, dated Oct. 29

Staller, Chad, 2025. Materials Considered List for the Omnibus Report of Chad Staller, dated Oct. 29

Tackaberry, N, 2025. Deposition of Nicholas Tackaberry, August 27

U.S. Department of Labor, Bureau of Labor Statistics: Consumer Price Index data at **www.bls.gov/cpi/**

Veterans Health Administration, Memorandum on VHA Expenses and associated data, March 2025

Wells Fargo Economics Group, "U.S. Economic Outlook, May 2025," May 8, 2025, https://www.wellsfargo.com/cib/insights/economics/us-outlook/

Westerlind, K, 2025. Deposition of Kyle Westerlind, September 18

Zakaryan, D, 2025. Deposition of Diana Zakaryan, August 28

***Miscellaneous Document Productions***

CLJA_TRICARE_0000000001-55

CLJA_TRICARE_0000000056 (produced natively as DraftDeliverable_CampLeJeune_all_20251203_pw)

CLJA_CMS_0000000001-134

CLJA_TRIWEST_0000000001-10

CLJA_VBA_0000000001-22

CLJA_VHA_0000000001-8

CLJA_CCN_0000000001-8

| Beginning Bates | End Bates |
|---|---|
| 00858_ROTHCHILD_BJH_0000000001 | 00858_ROTHCHILD_BJH_0000000679 |
| 00858_ROTHCHILD_0000000001 | 00858_ROTHCHILD_0000003643 |
| 00858_ROTHCHILD_DPPF_00000001 | 00858_ROTHCHILD_DPPF_00000021 |
| 00858_ROTHCHILD_NARA_0000000001 | 00858_ROTHCHILD_NARA_0000000320 |

| | |
|---|---|
| 00858_ROTHCHILD_SSA_0000000001 | 00858_ROTHCHILD_SSA_0000000038 |
| 00858_ROTHCHILD_PS_0000000001 | 00858_ROTHCHILD_PS_0000000005 |
| 00858_ROTHCHILD_STL_0000000001 | 00858_ROTHCHILD_STL_0000010961 |
| 00858_ROTHCHILD_NAVY_0000000001 | 00858_ROTHCHILD_NAVY_0000000002 |
| 00858_ROTHCHILD_VBA_0000007291 | 00858_ROTHCHILD_VBA_0000007291 |
| 00858_ROTHCHILD_VHA_0000003865 | 00858_ROTHCHILD_VHA_0000003865 |
| RUTHERFORD_DEVANN_0000000001 | RUTHERFORD_DEVANN_0000000009 |