# Exhibit 652

# Materials Considered of Dr. Syed Hasan

## *Expert Reports and Materials Considered Lists*

Specific Causation Expert Report: Gary McElhiney, Richard Barbano, MD, PhD, Feb. 7, 2025

Specific Causation Expert Report: Gary McElhiney, Michael Young, MD, May 8, 2025

Specific Causation Expert Report: Edgar Peterson, Richard Barbano, MD, PhD, Feb. 7, 2025

Specific Causation Expert Report: Edgar Peterson, Michael Young, MD, May 8, 2025

Specific Causation Expert Report: Richard Sparks, Heidi Schwarz, MD, FAAN, Feb. 5, 2025

Specific Causation Expert Report: Richard Sparks, Michael Young, MD, May 8, 2025

Specific Causation Expert Report: Diane Rothchild, Kristin Andruska, MD, PhD, Feb. 6, 2025

Specific Causation Expert Report: Diane Rothchild, Stephen Gollomp, MD, May 8, 2025

Specific Causation Expert Report: Robert Welch, Heidi Schwarz, MD, FAAN, Feb. 5, 2025

Specific Causation Expert Report: Robert Welch, Stephen Gollomp, MD, May 8, 2025

Supplemental Materials Considered, Kristin Andruska, MD, PhD, Feb. 7, 2025

3rd Supplemental Materials Considered, Richard Barbano, MD, Edgar Peterson, Gary McElhiney June 23, 2025

Supplemental Materials Considered, Heidi Schwarz, MD, FAAN, Robert Welch, Richard Sparks, February 7, 2025

2nd Supplemental Materials Considered, Heidi Schwarz, MD, FAAN, Robert Welch, Richard Sparks, June 23, 2025

## *Damages*

Expert Opinion Report, Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP, *In Re: Camp Lejeune Water Litig.*, Oct. 29, 2025

- PLG-EXPERT_HACKETT-WALLACE_0000000001-66 (natives and PDFs)

- Appendices dated Oct. 29, 2025, for Plaintiffs Gary McElhiney, Edgar Peterson, Diane Rothchild, Richard Sparks, and Robert Welch

- Materials Considered List – Expert Report of Marjorie Hackett-Wallace, Nov. 5, 2025

- 1st Amended Materials Considered List – Expert Report of Marjorie Hackett-Wallace, Dec. 2, 2025

Materials Considered Lists for the Reports of Chad Staller for Plaintiffs Gary McElhiney, Edgar Peterson, Diane Rothchild, Richard Sparks, and Robert Welch, dated Oct. 29, 2025

Materials Considered List for the Omnibus Report of Chad Staller, dated Oct. 29, 2025

Reports of Gregory Russo dated Dec. 15, 2025, for Plaintiffs Gary McElhiney, Edgar Peterson, Diane Rothchild, Richard Sparks, and Robert Welch (including Appendix C thereto concerning each plaintiff)

***Deposition Transcripts***

Transcript of the Deposition of Kyle Westerlind and exhibits thereto (Sept. 18, 2025)

Transcript of the Deposition of Daniel Clarke and exhibits thereto (Sept. 3, 2025)

Transcript of the Deposition of Kathleen Hunter and exhibits thereto (Sept. 8, 2025)

Transcript of the Deposition of Andrea Hartwell and exhibits thereto (Sept. 9, 2025)

Transcript of the Deposition of Carla Ryan and exhibits thereto (Aug. 29, 2025)

Transcript of the Deposition of Kimberly Rivas and exhibits thereto (Aug. 26, 2025)

Transcript of the Deposition of Nicholas Thackaberry and exhibits thereto (Aug. 27, 2025)

Transcript of the Deposition of Diana Zakaryan and exhibits thereto (Aug. 28, 2025)

Transcript of the Deposition of Michael Young and exhibits thereto (July 24, 2025)

Transcript of the Deposition of Stephen Gollomp and exhibits thereto (July 27, 2025)

Transcript of the Deposition of Heidi Schwarz and exhibits thereto (July 1, 2025)

Transcript of the Deposition of Kristin Andruska and exhibits thereto (July 8, 2025)

Transcript of the Deposition of Richard Barbano and exhibits thereto (June 30, 2025)

***Damages Assessment Forms***

Damages Assessment Form for Plaintiff Gary McElhiney (Aug. 13, 2024)

2nd Amended Damages Assessment Form for Plaintiff Gary McElhiney (Oct. 29, 2025)

Damages Assessment Form for Plaintiff Edgar Peterson (Aug. 13, 2024)

1st Amended Damages Assessment Form for Plaintiff Edgar Peterson (Oct. 3, 2024)

2nd Amended Damages Assessment Form for Plaintiff Edgar Peterson (Oct. 4, 2024)

3rd Amended Damages Assessment Form for Plaintiff Edgar Peterson (Oct. 29, 2025)

Damages Assessment Form for Plaintiff Diane Rothchild (Aug. 8, 2024)

1st Amended Damages Assessment Form for Plaintiff Diane Rothchild (Aug. 11, 2024)

2nd Amended Damages Assessment Form for Plaintiff Diane Rothchild (Sept. 27, 2024)

3rd Amended Damages Assessment Form for Plaintiff Diane Rothchild (Oct. 29, 2025)

Damages Assessment Form for Plaintiff Richard Sparks (Aug. 6, 2024)

1st Amended Damages Assessment Form for Plaintiff Richard Sparks (Aug. 8, 2024)

2nd Amended Damages Assessment Form for Plaintiff Richard Sparks (Oct. 2, 2024)

3rd Amended Damages Assessment Form for Plaintiff Richard Sparks (Oct. 29, 2025)

Damages Assessment Form for Plaintiff Robert Welch (Aug. 7, 2024)

1st Amended Damages Assessment Form for Plaintiff Robert Welch (Sept. 26, 2024)

2nd Amended Damages Assessment Form for Plaintiff Robert Welch (Oct. 29, 2025)

***Document Productions***

CLJA_TRICARE_0000000001-55

CLJA_TRICARE_0000000056 (produced natively as DraftDeliverable_CampLeJeune_all_20251203_pw)

CLJA_CMS_0000000001-134

CLJA_TRIWEST_0000000001-10

CLJA_VBA_0000000001-22

CLJA_VHA_0000000001-8

CLJA_CCN_0000000001-8

Plaintiff-specific productions:

*Plaintiff Gary McElhiney*

| Beginning Bates | End Bates |
|---|---|
| 01368_MCELHINEY_0000000001 | 01368_MCELHINEY_0000001402 |
| 01368_MCELHINEY_DICKSON_0000000001 | 01368_MCELHINEY_DICKSON_0000000525 |
| 01368_MCELHINEY_DPRIS_0000000001 | 01368_MCELHINEY_DPRIS_0000000002 |
| 01368_MCELHINEY_NARA_0000000001 | 01368_MCELHINEY_NARA_0000000041 |
| 01368_MCELHINEY_SSA_0000000001 | 01368_MCELHINEY_SSA_0000000564 |
| 01368_MCELHINEY_HUFFNAGLE_0000000001 | 01368_MCELHINEY_HUFFNAGLE_0000000250 |
| 01368_MCELHINEY_VANDERBILT_0000000001 | 01368_MCELHINEY_VANDERBILT_0000000376 |
| 01368_MCELHINEY_SALLOUM_0000000001 | 01368_MCELHINEY_SALLOUM_0000000002 |
| 01368_MCELHINEY_SHERWOOD_0000000001 | 01368_MCELHINEY_SHERWOOD_0000000162 |
| 01368_MCELHINEY_VA_0000000001 | 01368_MCELHINEY_VA_0000005073 |
| 01368_MCELHINEY_VBA_0000000001 | 01368_MCELHINEY_VBA_0000010228 |
| 01368_MCELHINEY_VHA_0000000001 | 01368_MCELHINEY_VHA_0000003519 |
| 01368_MCELHINEY_DPPF_00000001 | 01368_MCELHINEY_DPPF_00000046 |
| 01368_MCELHINEY_NAVY_0000000001 | 01368_MCELHINEY_NAVY_0000000001 |

*Plaintiff Edgar Peterson*

| Beginning Bates | End Bates |
|---|---|
| 01576_PETERSON_0000000001 | 01576_PETERSON_0000004583 |
| SANDERS_CLINIC_0000000001 | SANDERS_CLINIC_0000000029 |
| 01576_PETERSON_MEDRECS_0000000001 | 01576_PETERSON_MEDRECS_0000000185 |
| 01576_PETERSON_MH_0000000001 | 01576_PETERSON_MH_0000001138 |
| 01576_PETERSON_MUH_0000000001 | 01576_PETERSON_MUH_0000000033 |
| 01576_PETERSON_NARA_0000000001 | 01576_PETERSON_NARA_0000000353 |
| 01576_PETERSON_PUBLICRECORD_0000000001 | 01576_PETERSON_PUBLICRECORD_0000000002 |
| 01576_PETERSON_SSA_0000000001 | 01576_PETERSON_SSA_0000000031 |
| 01576_PETERSON_BMH_0000000001 | 01576_PETERSON_BMH_0000001080 |
| 01576_PETERSON_DRBERTORINI_0000000001 | 01576_PETERSON_DRBERTORINI_0000000109 |
| 01576_PETERSON_HM_0000000001 | 01576_PETERSON_HM_0000000178 |
| 01576_PETERSON_LAKESIDE_0000000001 | 01576_PETERSON_LAKESIDE_0000000104 |
| 01576_PETERSON_SC_0000000001 | 01576_PETERSON_SC_0000000017 |
| 01576_PETERSON_SMC_0000000001 | 01576_PETERSON_SMC_0000000386 |
| 01576_PETERSON_VBA_0000000001 | 01576_PETERSON_VBA_0000001681 |
| 01576_PETERSON_VHA_0000000001 | 01576_PETERSON_VHA_0000000249 |
| 01576_PETERSON_DPPF_00000001 | 01576_DPPF_00000027 |
| 01576_PETERSON_VERACITY_0000000001 | 01576_PETERSON_VERACITY_0000000001 |
| 01576_PETERSON_VUMC_0000000001 | 01576_PETERSON_VUMC_0000000043 |

*Plaintiff Diane Rothchild*

| Beginning Bates | End Bates |
|---|---|
| 00858_ROTHCHILD_BJH_0000000001 | 00858_ROTHCHILD_BJH_0000000073 |
| 00858_ROTHCHILD_0000000001 | 00858_ROTHCHILD_0000003643 |
| 00858_ROTHCHILD_NARA_0000000001 | 00858_ROTHCHILD_NARA_0000000320 |
| 00858_ROTHCHILD_SSA_0000000001 | 00858_ROTHCHILD_SSA_0000000038 |
| 00858_ROTHCHILD_PS_0000000001 | 00858_ROTHCHILD_PS_0000000005 |
| 00858_ROTHCHILD_STL_0000000001 | 00858_ROTHCHILD_STL_0000010961 |
| 00858_ROTHCHILD_DPPF_00000001 | 00858_ROTHCHILD_DPPF_00000021 |
| 00858_ROTHCHILD_NAVY_0000000001 | 00858_ROTHCHILD_NAVY_0000000002 |
| RUTHERFORD_DEVANN_0000000001 | RUTHERFORD_DEVANN_0000000009 |
| 00858_ROTHCHILD_VHA_0000000001 | 00858_ROTHCHILD_VHA_0000003865 |
| 00858_ROTHCHILD_VBA_0000000001 | 00858_ROTHCHILD_VBA_0000007291 |

*Plaintiff Richard Sparks*

| Beginning Bates | End Bates |
|---|---|
| 00682_SPARKS_0000000001 | 00682_SPARKS_0000009005 |

| | |
|---|---|
| 00682_SPARKS_NARA_0000000001 | 00682_SPARKS_NARA_0000000320 |
| 00682_SPARKS_SSA_0000000001 | 00682_SPARKS_SSA_0000000247 |
| 00682_SPARKS_UCH_0000000001 | 00682_SPARKS_UCH_0000003350 |
| 00682_SPARKS_VBA_0000000001 | 00682_SPARKS_VBA_0000015667 |
| 00682_SPARKS_VHA_0000000001 | 00682_SPARKS_VHA_0000001414 |
| 00682_SPARKS_DHS_0000000001 | 00682_SPARKS_DHS_0000000203 |
| 00682_SPARKS_DPPF_00000001 | 00682_SPARKS_DPPF_00000027 |
| 00682_SPARKS_LEEHEY_0000000001 | 00682_SPARKS_LEEHEY_0000000030 |
| 00682_SPARKS_NAVY_0000000001 | 00682_SPARKS_NAVY_0000000002 |

*Plaintiff Robert Welch*

| Beginning Bates | End Bates |
|---|---|
| 01503_WELCH_MEDRECS_0000000001 | 01503_WELCH_MEDRECS_0000006249 |
| 01503_WELCH_KAISER_0000000001 | 01503_WELCH_KAISER_0000005238 |
| 01503_WELCH_NARA_0000000001 | 01503_WELCH_NARA_0000000229 |
| 01503_WELCH_SSA_0000000001 | 01503_WELCH_SSA_0000000022 |
| 01503_WELCH_VBA_0000000001 | 01503_WELCH_VBA_0000009542 |
| 01503_WELCH_VHA_0000000001 | 01503_WELCH_VHA_0000000615 |
| 01503_WELCH_0000000001 | 01503_WELCH_0000006849 |
| 01503_WELCH_NAVY_0000000001 | 01503_WELCH_NAVY_0000000002 |
| 01503_WELCH_DPPF_00000001 | 01503_WELCH_DPPF_00000022 |
| 01503_WELCH_0000000001 | 01503_WELCH_0000006849 |

For the avoidance of doubt, Dr. Hasan relies on all Bates-stamped documents cited in the body of his Report of December 15, 2025, or in any of the appendices to the same.

***Miscellaneous***

Dr. Hasan relies on all materials cited in the body of his Report of December 15, 2025. Materials cited in the body of Dr. Hasan Report that have not been produced in this litigation but are publicly available are listed below for convenience:

Zafar S, Lui F, Yaddanapudi SS. Parkinson Disease. [Updated 2025 Sep 15]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2025 Jan-. Available from: https://www.ncbi.nlm.nih.gov/books/NBK470193/

"Decline of olfactory function in Parkinson's disease: A ten-year longitudinal study". Roos, D, Klein, M., Doty, R., Berendse, H. J Parkinsons Dis. 2025 May;15(3):673. doi: 10.1177/1877718X251333920. Epub 2025 Apr 2.

Bladder, bowel, and sexual dysfunction in Parkinson's disease. Sakakibara R, Kishi M, Ogawa E, Tateno F, Uchiyama T, Yamamoto T, Yamanishi T.Parkinsons Dis. 2011;2011:924605. doi: 10.4061/2011/924605. Epub 2011 Sep 12.

Correlation between depressive symptoms and nocturnal disturbances in Japanese patients with Parkinson's disease. Keisuke Suzuki, Masayuki Miyamoto, Tomoyuki Miyamoto, et al. Parkinsonism Related Disorders. 2009 Jan;15(1):15-9.

Rohl A, Gutierrez S, Johari K, Greenlee J, Tjaden K, Roberts A. Speech dysfunction, cognition, and Parkinson's disease. Prog Brain Res. 2022;269(1):153-173. doi: 10.1016/bs.pbr.2022.01.017. Epub 2022 Feb 9. PMID: 35248193; PMCID: PMC11321444.

Mack J, Marsh L. Parkinson's Disease: Cognitive Impairment. Focus (Am Psychiatr Publ). 2017 Jan;15(1):42-54. doi: 10.1176/appi.focus.20160043. Epub 2017 Jan 11. PMID: 31975839; PMCID: PMC6519621.

***Right to Supplement***

To the extent that any materials are cited in Dr. Hasan’s Report of December 15, 2025, or appendix thereto but are inadvertently not listed here, Dr. Hasan relies on such documents. Dr. Hasan further reserves the right to supplement this Materials Considered List as additional materials may be provided to him in the future.