# Exhibit 654

# Materials Considered of Dr. Wang Ji – December 22, 2025

***Expert Reports and Materials Considered Lists***

*Kidney Cancer*

Forensic Psychology Evaluation, Roger B. Moore, Jr., PhD, in the case of Frank Wayne Mousser, Feb. 7, 2025

Specific Causation Expert Report: Frank Mousser, Matthew Cooper, MD, Feb. 2, 2025

Specific Causation Expert Report for Frank Mousser, Armine K Smith, MD, Feb. 7, 2025

Specific Causation Expert Report: Frank W. Mousser, Joseph J. Del Pizzo, MD, Feb. 7, 2025

Specific Causation Expert Report: David Fancher, Yair Lotan MD, Feb. 5, 2025

Specific Causation Expert Report: David Fancher, Joseph J. Del Pizzo, MD, Feb. 7, 2025

Specific Causation Expert Report for David Fancher, Matthew John Weiss, MD, MBA, FACS, Feb. 5, 2025

Specific Causation Expert Report for Patient Jacqueline Tukes, Armine K Smith, MD, Feb. 7, 2025

Expert Report on the Review of Genetic Testing Records for Jacqueline Tukes – Renal Cell Carcinoma, Dr. Irving C. Allen, M.S., M.B.A., Ph.D, Feb. 7, 2025

Specific Causation Expert Witness Report: Jacqueline Tukes, David Y. Josephson, MD, FACS, Feb. 7, 2025

Specific Causation Expert Report: Jacqueline Tukes, Matthew Cooper, MD, Feb. 2, 2025

Specific Causation Report of Timothy M. Mallon, M.D., M.P.H., MS for Ms. Jacqueline Tukes, Feb. 7, 2025

Specific Causation Expert Report for Allan Howard, Armine K Smith, MD, Feb. 7, 2025

Specific Causation Expert Witness Report: Allan Howard, David Y. Josephson, MD, FACS, Feb. 7, 2025

Specific Causation Expert Report: Allan Wayne Howard, Joseph J. Del Pizzo, MD, Feb. 3, 2025

Report of Richard T. Hoppe, MD, FACR, FASTRO, FARS, *Allan Howard vs. United States of America*, Feb. 3, 2025

Specific Causation Report of Timothy M. Mallon, M.D., M.P.H., MS for Mr. David Downs, Feb. 7, 2025

Specific Causation Expert Report: David Downs, Vitaly Margulis, MD, Feb. 7, 2025

Specific Causation Expert Report: David Downs, Yair Lotan, MD, Feb. 6, 2025

Camp Lejeune Act Litigation, *Frank Mousser v. United States*, Report of Harold J. Bursztajn, MD, Apr. 8, 2025

Report of Duncan B. Johnstone, MD, PhD, FACP, re: Frank Mousser, Apr. 8, 2025

Report of Duncan B. Johnston, MD, PhD, FACP, re: Jacqueline Tukes, Apr. 8, 2025

Report of Walter Stadler, M.D., FACP, *Downs v. United States*, 7:23-cv-01145 (E.D.N.C. Apr. 7, 2025)

Report of Walter Stadler, M.D., FACP, *Fancher v. United States*, 7:23-cv-00275 (E.D.N.C. Apr. 7, 2025)

Report of Walter Stadler, M.D., FACP, *Howard v. United States*, 7:23-cv-00490 (E.D.N.C. Apr. 7, 2025)

Report of Walter Stadler, M.D., FACP, *Mousser v. United States*, 7:23-cv-00667 (E.D.N.C. Apr. 7, 2025)

Report of Walter Stadler, M.D., FACP, *Tukes v. United States*, 7:23-cv-01553 (E.D.N.C. Apr. 8, 2025)

Expert Report on the Case of Jacqueline Y. Tukes for the Department of Justice, Gail H. Vance, M.D., Apr. 7, 2025

Supplemental Report of Walter Stadler, M.D., FACP, in *Mousser v. United States*, 7:23-cv-06667 (E.D.N.C. May 15, 2025)

Supplemental Forensic Neuropsychiatric Examination of Frank Mousser, Harold J. Bursztajn, MD, *Frank Mousser v. United States*, Case No. 7:23-cv-00667 (May 23, 2025)

*Bladder Cancer*

Expert Report for Jefferson Criswell, Haresh Tharwani, M.D., Feb. 7, 2025

Specific Causation Expert Report for Jefferson Criswell, Thomas Longo, M.D., Feb. 7, 2025

Specific Causation Expert Report for Jimmy Laramore, John P. Sfakianos, M.D., Feb. 7, 2025

Specific Causation Expert Report for Mark Cagiano, John P. Sfakianos, M.D., Feb. 7, 2025

Expert Report for Terry Dyer, Haresh Tharwani, M.D., Feb. 7, 2025

Specific Causation Expert Report for Terry Dyer, Thomas Longo, M.D., Feb. 7, 2025

Camp Lejeune Act Litigation, *Criswell v. United States* (Case No. 7:23-cv-01482), Report of Harold J. Bursztajn, MD, Apr. 8, 2025

Camp Lejeune Act Litigation, *Dyer v. United States* (Case No. 7:23-cv-00357), Report of Harold J. Bursztajn, MD, Apr. 8, 2025

Report of Max Kates, M.D., *Cagiano v. United States* (Case No. 7:23-cv-00569), Apr. 8, 2025

Report of Max Kates, M.D., *Criswell v. United States* (Case No. 7:23-cv-01482), Apr. 8, 2025

Report of Max Kates, M.D., *Dyer v. United States* (Case No. 7:23-cv-00357), Apr. 8, 2025

Report of Max Kates, M.D., *Laramore v. United States* (Case No. 7:23-cv-00594), Apr. 8, 2025

*Leukemia*

Specific Causation Expert Report of Dean W. Felsher, M.D., Ph.D, *Bruce Hill v. United States of America*, Case No. 7:23-cv-28, Feb. 7, 2025

Amended Specific Causation Expert Report of Dean W. Felsher, M.D., Ph.D, *Bruce Hill v. United States of America*, Case No. 7:23-cv-28, July 1, 2025

Additional Materials Considered, Dean W. Felsher, M.D., Ph.D, *Bruce Hill v. United States of America*, Case No. 7:23-cv-28 (July 1, 2025)

Additional Materials Considered, Dean W. Felsher, M.D., Ph.D, *Bruce Hill v. United States of America*, Case No. 7:23-cv-28, (Apr. 22, 2025)

Additional Materials Considered, Dean W. Felsher, M.D., Ph.D, *Bruce Hill v. United States of America*, Case No. 7:23-cv-28 (Apr. 24, 2025)

Specific Causation Expert Report of Damian A. Laber, M.D., F.A.C.P., *Joseph Gleesing v. United States of America*, Case No. 7:23-cv-1486, Feb. 7, 2025

Supplemental Materials Considered List of Damian A. Laber, M.D., F.A.C.P. – *Joseph Gleesing v. United States*, Case No. 7:23-cv-1486, July 3, 2025

Specific Causation Expert Report of Lukasz P. Gondek, MD, PhD, *Karen Marie Amsler v. United States of America*, Case No. 7:23-cv-00284, Feb. 7, 2025

Specific Causation Expert Report of Lukasz P. Gondek, MD, PhD, *Vivian Connard (for the Estate of Stephen Matthew Connard) v. United States of America*, Case No. 7:23-cv-01557, Feb. 7, 2025

Supplemental Materials Considered List of Lukasz P. Gondek, MD, PhD, *Vivian Connard (for the Estate of Stephen Matthew Connard) v. United States of America*, Case No. 7:23-cv-01557

Supplemental Materials Considered List of Lukasz P. Gondek, MD, PhD, *Karen Marie Amsler v. United States of America*, Case No. 7:23-cv-00284

Expert Report of Harry Paul Erba, M.D., Ph.D, *Bruce Hill v. United States*, 7:23-cv-00028, Apr. 8, 2025

Expert Report of Harry Paul Erba, M.D., Ph.D, *Karen Marie Amsler v. United States*, 7:23-cv-00284, Apr. 8, 2025

Expert Report of Harry Paul Erba, M.D., Ph.D, *Vivian Connard, Representative of Stephen Matthew Connard, deceased v. United States*, 7:23-cv-01557, Apr. 8, 2025

Expert Report of Harry Paul Erba, M.D., Ph.D, *Joseph Gleesing v. United States*, 7:23-cv-01486, Apr. 8, 2025

1st Supplemental Materials Considered List of Harry Paul Erba, M.D., Ph.D, Apr. 16, 2025

2nd Supplemental Materials Considered List of Harry Paul Erba, M.D., Ph.D, July 14, 2025

3rd Supplemental Materials Considered List of Harry Paul Erba, M.D., Ph.D, July 21, 2025

*Non-Hodgkin's Lymphoma*

Specific Causation Expert Report of Dean W. Felsher, M.D., Ph.D, *Scott Richard Keller v. United States of America*, Case No. 7:23-cv-01501 (Feb. 7, 2025)

Additional Materials Considered, Dean W. Felsher, M.D., Ph.D, *Scott Richard Keller v. United States of America*, Case No. 7:23-cv-01501 (July 1, 2025)

Additional Materials Considered, Dean W. Felsher, M.D., Ph.D, *Scott Richard Keller v. United States of America*, Case No. 7:23-cv-01501 (Apr. 22, 2025)

Additional Materials Considered, Dean W. Felsher, M.D., Ph.D, *Scott Richard Keller v. United States of America*, Case No. 7:23-cv-01501 (Apr. 24, 2025)

Specific Causation Expert Report of Richard T. Hoppe, MD, FACR, FASTRO, FARS, *Cometto J. Davis v. United States of America*, Case No. 7:23-cv-00043 (Feb. 7, 2025)

Additional Materials Considered, Richard Hoppe, MD, FACR, FASTRO, FARS, *Cometto J. Davis v. United States of America*, Case No. 7:23-cv-00043 (July 24, 2025)

Additional Materials Considered, Richard Hoppe, MD, FACR, FASTRO, FARS, *Cometto J. Davis v. United States of America*, Case No. 7:23-cv-00043 (Feb. 14, 2025)

Additional Materials Considered, Richard Hoppe, MD, FACR, FASTRO, FARS, *Cometto J. Davis v. United States of America*, Case No. 7:23-cv-00043 (June 3, 2025)

Specific Causation Expert Report of Howard Hu, MD, MPH, ScD, *Frances Carter (for the Estate of Ronald Lee Carter) v. United States of America*, 7:23-cv-01565 (Feb. 7, 2025)

Specific Causation Expert Report of Howard Hu, MD, MPH, ScD, *Robert Kidd v. United States of America*, 7:23-cv-01489 (Feb. 7, 2025)

Rebuttal to Report of Dr. Lisa A. Bailey, Robert Arnold Kidd, Howard Hu, MD, MPH, ScD, May 16, 2025

Rebuttal to Report of Dr. Richard F. Ambinder, Robert Arnold Kidd, Howard Hu, MD, MPH, ScD, May 16, 2025

Rebuttal to Report of Dr. Lisa A. Bailey, Ronald Lee Carter, Howard Hu, MD, MPH, ScD, May 16, 2025

Rebuttal to Report of Dr. Richard F. Ambinder, Ronald Lee Carter, Howard Hu, MD, MPH, ScD, May 16, 2025

Additional Materials Considered, Howard Hu, MD, MPH, ScD, Ronald Carter, February 14, 2025

1st Additional Materials Considered, Howard Hu, MD, MPH, ScD, Ronald Carter, April 24, 2025

2nd Additional Materials Considered, Howard Hu, MD, MPH, ScD, Ronald Carter, April 29, 2025

Additional Materials Considered, Howard Hu, MD, MPH, ScD, Robert Kidd, February 14, 2025

1st Additional Materials Considered, Howard Hu, MD, MPH, ScD, Robert Kidd, April 24, 2025

2nd Additional Materials Considered, Howard Hu, MD, MPH, ScD, Robert Kidd, April 29, 2025

Expert Report of David A. D'Alessio, M.D., *Scott Keller v. United States*, 7:23-cv-01501, Apr. 8, 2025

Expert Report of Richard F. Ambinder, M.D., Ph.D, *Robert Kidd v. United States*, 7:23-cv-01489, Apr. 8, 2025

Expert Report of Richard F. Ambinder, M.D., Ph.D, *Allan Howard v. United States*, 7:23-cv-00490, Apr. 8, 2025

Expert Report of Richard F. Ambinder, M.D., Ph.D, *Cometto Davis v. United States*, 7:23-cv-00043, Apr. 8, 2025

Expert Report of Richard F. Ambinder, M.D., Ph.D, *Scott Keller v. United States*, 7:23-cv-01501, Apr. 8, 2025

Expert Report of Richard F. Ambinder, M.D., Ph.D, *Estate of Ronald Carter v. United States*, 7:23-cv-01565, Apr. 8, 2025

*Damages*

Expert Opinion Report, Marjorie Hackett-Wallace, RHIA, CHC, CFE, CPMA, CPC, CDEO, CPIP, *In Re: Camp Lejeune Water Litig.*, Oct. 29, 2025

- PLG-EXPERT_HACKETT-WALLACE_0000000001-66 (natives and PDFs)
- Appendices dated Oct. 29, 2025 for Plaintiffs Allan Howard, Bruce Hill, Cometto Davis, David Downs, David Fancher, Frank Mousser, Jacqueline Tukes, Jefferson Mike Criswell, Jimmy Laramore, Joseph Gleesing, Karen Amsler, Mark Cagiano, Robert Kidd, Ronald Carter, Scott Keller, Stephen Connard, and Terry Dyer
- Materials Considered List – Expert Report of Marjorie Hackett-Wallace, Nov. 5, 2025
- 1st Amended Materials Considered List – Expert Report of Marjorie Hackett-Wallace, Dec. 2, 2025

Materials Considered Lists for the Reports of Chad Staller for Plaintiffs Allan Howard, Frank Mousser, Jacqueline Tukes, Terry Dyer, Jimmy Laramore, Karen Amsler, Stephen Connard, and Joseph Gleesing, and Bruce Hill, dated Oct. 29, 2025

Materials Considered List for the Omnibus Report of Chad Staller, dated Oct. 29, 2025

Reports of Gregory Russo dated Dec. 15, 2025 for Plaintiffs Allan Howard, David Downs, David Fancher, Jacqueline Tukes, Jefferson Mike Criswell, Joseph Gleesing, Karen Amsler, Mark Cagiano, Ronald Carter, Scott Keller, Stephen Connard, and Terry Dyer (including Appendix C thereto concerning each plaintiff)

***Deposition Transcripts***

Transcript of the Deposition of Kyle Westerlind and exhibits thereto (Sept. 18, 2025)

Transcript of the Deposition of Daniel Clarke and exhibits thereto (Sept. 3, 2025)

Transcript of the Deposition of Kathleen Hunter and exhibits thereto (Sept. 8, 2025)

Transcript of the Deposition of Andrea Hartwell and exhibits thereto (Sept. 9, 2025)

Transcript of the Deposition of Carla Ryan and exhibits thereto (Aug. 29, 2025)

Transcript of the Deposition of Kimberly Rivas and exhibits thereto (Aug. 26, 2025)

Transcript of the Deposition of Nicholas Thackaberry and exhibits thereto (Aug. 27, 2025)

Transcript of the Deposition of Diana Zakaryan and exhibits thereto (Aug. 28, 2025)

Transcript of the Deposition of Dean Felsher and exhibits thereto (July 10, 2025)

Transcript of the Deposition of Damian Laber and exhibits thereto (July 9, 2025)

Transcript of the Deposition of Lukasz Gondek and exhibits thereto (June 12, 2025)

Transcript of the Deposition of Harry P. Erba and exhibits thereto (July 23, 2025)

Transcript of the Deposition of David A. D'Alessio and exhibits thereto (June 25, 2025)

Transcript of the Deposition of Richard Hoppe and exhibits thereto (June 9, 2025)

Transcript of the Deposition of Howard Hu and exhibits thereto (July 23, 2025)

Transcript of the Deposition of Harold Bursztajn and exhibits thereto (July 17, 2025)

Transcript of the Deposition of Walter Stadler and exhibits thereto (July 16, 2025)

Transcript of the Deposition of Duncan Johnstone and exhibits thereto (June 20, 2025)

Transcript of the Deposition of Gail Vance and exhibits thereto (July 8, 2025)

Transcript of the Deposition of Vitaly Margulis and exhibits thereto (July 11, 2025)

Transcript of the Deposition of Timothy Mallon and exhibits thereto (June 24, 2025)

Transcript of the Deposition of Yair Lotan and exhibits thereto (July 14, 2025)

Transcript of the Deposition of Irving Allen and exhibits thereto (June 17, 2025)

Transcript of the Deposition of David Josephson and exhibits thereto (June 18, 2025)

Transcript of the Deposition of Matthew Weiss and exhibits thereto (June 30, 2025)

Transcript of the Deposition of Joseph Del Pizzo and exhibits thereto (July 30, 2025)

Transcript of the Deposition of Armine Smith and exhibits thereto (July 2, 2025)

Transcript of the Deposition of Matthew Cooper and exhibits thereto (July 10, 2025)

Transcript of the Deposition of Roger Moore, Jr., and exhibits thereto (May 28, 2025)

Transcript of the Deposition of Thomas Longo and exhibits thereto (June 16, 2025)

Transcript of the Deposition of Haresh Tharwani and exhibits thereto (June 30, 2025)

Transcript of the Deposition of John Sfakianos and exhibits thereto (July 2, 2025)

Transcript of the Deposition of Max Kates and exhibits thereto (July 11, 2025)

***Damages Assessment Forms***

1st Amended Damages Assessment Form for Plaintiff Frank Mousser (Sept. 26, 2024)

Damages Assessment Form for Plaintiff Jacqueline Tukes (Aug. 12, 2024)

1st Amended Damages Assessment Form for Plaintiff Terry Dyer (Sept. 20, 2024)

1st Amended Damages Assessment Form for Plaintiff Jimmy Laramore (Sept. 26, 2024)

1st Amended Damages Assessment Form for Plaintiff Jacqueline Tukes (Oct. 29, 2025)

2nd Amended Damages Assessment Form for Plaintiff Frank Mousser (Oct. 29, 2025)

2nd Amended Damages Assessment Form for Plaintiff Jimmy Laramore (Oct. 29, 2025)

1st Amended Damages Assessment Form for Plaintiff Allan Howard (Oct. 29, 2025)

1st Amended Damages Assessment Form for Plaintiff David Fancher (Oct. 29, 2025)

2nd Amended Damages Assessment Form for Plaintiff Jefferson Criswell (Oct. 29, 2025)

1st Amended Damages Assessment Form for Plaintiff Mark Cagiano (Oct. 29, 2025)

2nd Amended Damages Assessment Form for Plaintiff Terry Dyer (Oct. 29, 2025)

1st Amended Damages Assessment Form for Plaintiff David Downs (Oct. 29, 2025)

2nd Amended Damages Assessment Form for Plaintiff Bruce Hill (Oct. 29, 2025)

2nd Amended Damages Assessment Form for Plaintiff Karen Amsler (Oct. 29, 2025)

1st Amended Damages Assessment Form for Plaintiff Joseph Gleesing (Oct. 29, 2025)

1st Amended Damages Assessment Form for Plaintiff Stephen Connard (Oct. 29, 2025)

1st Amended Damages Assessment Form for Plaintiff Robert Kidd (Oct. 29, 2025)

3rd Amended Damages Assessment Form for Plaintiff Ronald Carter (Oct. 29, 2025)

1st Amended Damages Assessment Form for Plaintiff Cometto Davis (Oct. 29, 2025)

1st Amended Damages Assessment Form for Plaintiff Scott Keller (Oct. 29, 2025)

***Document Productions***

CLJA_TRICARE_0000000001-55

CLJA_TRICARE_0000000056 (produced natively as DraftDeliverable_CampLeJeune_all_20251203_pw)

CLJA_CMS_0000000001-134

CLJA_TRIWEST_0000000001-10

CLJA_VBA_0000000001-22

CLJA_VHA_0000000001-8

CLJA_CCN_0000000001-8

Plaintiff-specific productions:

*Plaintiff Allan Howard*

| Beginning Bates | End Bates |
|---|---|
| 00490_HOWARD_DAYTONPD_0000000001 | 00490_HOWARD_DAYTONPD_0000000111 |
| 00490_HOWARD_KH_0000000001 | 00490_HOWARD_KH_0000017312 |
| 00490_HOWARD_MEDRECS_0000000001 | 00490_HOWARD_MEDRECS_0000020817 |
| 00490_HOWARD_NARA_0000000001 | 00490_HOWARD_NARA_0000000179 |
| 00490_HOWARD_NAVY_0000000001 | 00490_HOWARD_NAVY_0000000012 |
| 00490_HOWARD_OPERS_0000000001 | 00490_HOWARD_OPERS_0000000036 |
| 00490_HOWARD_OWMC_0000000001 | 00490_HOWARD_OWMC_0000000625 |
| 00490_HOWARD_SSA_0000000001 | 00490_HOWARD_SSA_0000000032 |
| 00490_HOWARD_VBA_0000000001 | 00490_HOWARD_VBA_0000003712 |
| 00490_HOWARD_VHA_0000000001 | 00490_HOWARD_VHA_0000001683 |
| 00490_HOWARD_0000000001 | 00490_HOWARD_0000026353 |
| 00490_HOWARD_0000026355 | 00490_HOWARD_0000026355 |
| 00490_HOWARD_DPPF_0000000001 | 00490_HOWARD_DPPF_0000000030 |

*Plaintiff Bruce Hill*

| Beginning Bates | End Bates |
|---|---|
| 00028_HILL_DPRIS_0000000001 | 00028_HILL_DPRIS_0000000346 |
| 00028_HILL_FDC_0000000001 | 00028_HILL_FDC_0000000149 |
| 00028_HILL_FLETCHER_0000000001 | 00028_HILL_FLETCHER_0000000014 |
| 00028_HILL_MEDRECS_0000000001 | 00028_HILL_MEDRECS_0000000085 |
| 00028_HILL_NARA_0000000001 | 00028_HILL_NARA_0000000004 |
| 00028_HILL_NAVY_0000000001 | 00028_HILL_NAVY_0000000012 |
| 00028_HILL_NB_0000000001 | 00028_HILL_NB_0000000019 |
| 00028_HILL_SIM_0000000001 | 00028_HILL_SIM_0000000164 |
| 00028_HILL_SSA_0000000001 | 00028_HILL_SSA_0000000501 |
| 00028_HILL_VBA_0000000001 | 00028_HILL_VBA_0000011947 |
| 00028_HILL_VHA_0000000001 | 00028_HILL_VHA_0000001411 |
| 00028_HILL_DPPF_0000000001 | 00028_HILL_DPPF_0000000031 |

*Plaintiff Cometto Davis*

| Beginning Bates | End Bates |
|---|---|
| 00043_DAVIS_APT_0000000001 | 00043_DAVIS_APT_0000000114 |
| 00043_DAVIS_CFM_0000000001 | 00043_DAVIS_CFM_0000000225 |
| 00043_DAVIS_DHA_0000000001 | 00043_DAVIS_DHA_0000000115 |
| 00043_DAVIS_DPRIS_0000000001 | 00043_DAVIS_DPRIS_0000000003 |
| 00043_DAVIS_JPD_0000000001 | 00043_DAVIS_JPD_0000000348 |
| 00043_DAVIS_JPM_0000000001 | 00043_DAVIS_JPM_0000000111 |
| 00043_DAVIS_KJ_0000000001 | 00043_DAVIS_KJ_0000000101 |
| 00043_DAVIS_MEDRECS_0000000001 | 00043_DAVIS_MEDRECS_0000000164 |
| 00043_DAVIS_NARA_ 0000000001 | 00043_DAVIS_NARA_ 0000000317 |
| 00043_DAVIS_NCDA_0000000001 | 00043_DAVIS_NCDA_0000000051 |

| | |
|---|---|
| 00043_DAVIS_NHU_0000000001 | 00043_DAVIS_NHU_0000000048 |
| 00043_DAVIS_NJ_0000000001 | 00043_DAVIS_NJ_0000000006 |
| 00043_DAVIS_NJSMOC_0000000001 | 00043_DAVIS_NJSMOC_0000000032 |
| 00043_DAVIS_PUGNH_0000000001 | 00043_DAVIS_PUGNH_0000000013 |
| 00043_DAVIS_SM_0000000001 | 00043_DAVIS_SM_0000000065 |
| 00043_DAVIS_SMOC_0000000001 | 00043_DAVIS_SMOC_0000000229 |
| 00043_DAVIS_SSA_0000000001 | 00043_DAVIS_SSA_0000000447 |
| 00043_DAVIS_UNCH_0000000001 | 00043_DAVIS_UNCH_0000000137 |
| 00043_DAVIS_VBA_0000000001 | 00043_DAVIS_VBA_0000006922 |
| 00043_DAVIS_VC_0000000001 | 00043_DAVIS_VC_0000000457 |
| 00043_DAVIS_VHA_0000000001 | 00043_DAVIS_VHA_0000001378 |
| 00043_DAVIS_0000000001 | 00043_DAVIS_0000001903 |
| 00043_DAVIS_DPPF_0000000001 | 00043_DAVIS_DPPF_0000000022 |

*Plaintiff David Downs*

| Beginning Bates | End Bates |
|---|---|
| 01145_DOWNS_AHT_0000000001 | 01145_DOWNS_AHT_0000000736 |
| 01145_DOWNS_MEDRECS_0000000001 | 01145_DOWNS_MEDRECS_0000006452 |
| 01145_DOWNS_NARA_0000000001 | 01145_DOWNS_NARA_0000000634 |
| 01145_DOWNS_NAVY_0000000001 | 01145_DOWNS_NAVY_0000000001 |
| 01145_DOWNS_OC_0000000001 | 01145_DOWNS_OC_0000000136 |
| 01145_DOWNS_PCC_0000000001 | 01145_DOWNS_PCC_0000000360 |
| 01145_DOWNS_PHS_0000000001 | 01145_DOWNS_PHS_0000006180 |
| 01145_DOWNS_PMG_0000000001 | 01145_DOWNS_PMG_0000000004 |
| 01145_DOWNS_SSA_0000000001 | 01145_DOWNS_SSA_0000000002 |
| 01145_DOWNS_TK_0000000001 | 01145_DOWNS_TK_0000000074 |
| 01145_DOWNS_VBA_0000000001 | 01145_DOWNS_VBA_0000008969 |
| 01145_DOWNS_VHA_0000000001 | 01145_DOWNS_VHA_0000001284 |
| 01145_DOWNS_0000000001 | 01145_DOWNS_0000004878 |
| 01145_DOWNS_DPPF_0000000001 | 01145_DOWNS_DPPF_0000000022 |

*Plaintiff David Fancher*

| Beginning Bates | End Bates |
|---|---|
| 00275_FANCHER_MEDRECS_0000000001 | 00275_FANCHER_MEDRECS_0000000119 |
| 00275_FANCHER_MMC_0000000001 | 00275_FANCHER_MMC_0000001900 |
| 00275_FANCHER_NARA_0000000001 | 00275_FANCHER_NARA_0000000157 |
| 00275_FANCHER_NAVY_0000000001 | 00275_FANCHER_NAVY_0000000012 |
| 00275_FANCHER_SSA_0000000001 | 00275_FANCHER_SSA_0000000006 |
| 00275_FANCHER_UGH_0000000001 | 00275_FANCHER_UGH_0000000022 |
| 00275_FANCHER_VBA_0000000001 | 00275_FANCHER_VBA_0000007207 |
| 00275_FANCHER_VCSD_0000000001 | 00275_FANCHER_VCSD_0000000109 |
| 00275_FANCHER_VHA_0000000001 | 00275_FANCHER_VHA_0000001196 |
| 00275_FANCHER_0000000001 | 00275_FANCHER_0000007621 |
| 00275_FANCHER_DPPF_0000000001 | 00275_FANCHER_DPPF_0000000024 |

*Plaintiff Frank Mousser*

| Beginning Bates | End Bates |
|---|---|
| 00667_MOUSSER_CAM_0000000001 | 00667_MOUSSER_CAM_0000000231 |
| 00667_MOUSSER_FSPC_0000000001 | 00667_MOUSSER_FSPC_0000000348 |
| 00667_MOUSSER_MEDRECS_0000000001 | 00667_MOUSSER_MEDRECS_0000000012 |
| 00667_MOUSSER_MM_0000000001 | 00667_MOUSSER_MM_0000000028 |
| 00667_MOUSSER_NARA_ 0000000001 | 00667_MOUSSER_NARA_ 0000000228 |
| 00667_MOUSSER_NAVY_0000000001 | 00667_MOUSSER_NAVY_0000000002 |
| 00667_MOUSSER_SSA_0000000001 | 00667_MOUSSER_SSA_0000000453 |
| 00667_MOUSSER_STCC_0000000001 | 00667_MOUSSER_STCC_0000000116 |
| 00667_MOUSSER_VBA_ 0000000001 | 00667_MOUSSER_VBA_0000031909 |
| 00667_MOUSSER_VHA_0000000001 | 00667_MOUSSER_VHA_0000001857 |
| 00667_MOUSSER_0000000001 | 00667_MOUSSER_0000009771 |
| 00667_MOUSSER_DPPF_0000000001 | 00667_MOUSSER_DPPF_0000000023 |

*Plaintiff Jacqueline Tukes*

| Beginning Bates | End Bates |
|---|---|
| 01553_TUKES_AU_0000000001 | 01553_TUKES_AU_0000000249 |
| 01553_TUKES_DPRIS_0000000001 | 01553_TUKES_DPRIS_0000000416 |
| 01553_TUKES_DVKC_0000000001 | 01553_TUKES_DVKC_0000001571 |
| 01553_TUKES_ECUH_0000000001 | 01553_TUKES_ECUH_0000002790 |
| 01553_TUKES_ENA_0000000001 | 01553_TUKES_ENA_0000000002 |
| 01553_TUKES_KG_0000000001 | 01553_TUKES_KG_0000000002 |
| 01553_TUKES_MEDRECS_0000000001 | 01553_TUKES_MEDRECS_0000002063 |
| 01553_TUKES_NARA_0000000001 | 01553_TUKES_NARA_0000000004 |
| 01553_TUKES_NAVY_0000000001 | 01553_TUKES_NAVY_0000000011 |
| 01553_TUKES_NH_0000000001 | 01553_TUKES_NH_0000000850 |
| 01553_TUKES_SMO_0000000001 | 01553_TUKES_SMO_0000000099 |
| 01553_TUKES_SSA_0000000001 | 01553_TUKES_SSA_0000000014 |
| 01553_TUKES_VBA_0000000001 | 01553_TUKES_VBA_0000000003 |
| 01553_TUKES_VHA_0000000001 | 01553_TUKES_VHA_0000002352 |
| 01553_TUKES_0000000001 | 01553_TUKES_0000008514 |
| 01553_TUKES_DPPF_0000000001 | 01553_TUKES_DPPF_0000000022 |

*Plaintiff Jefferson Mike Criswell*

| Beginning Bates | End Bates |
|---|---|
| 01482_CRISWELL_GSCSD_0000000001 | 01482_CRISWELL_GSCSD_0000000031 |
| 01482_CRISWELL_MEDRECS_0000000001 | 01482_CRISWELL_MEDRECS_0000000521 |
| 01482_CRISWELL_NARA_0000000001 | 01482_CRISWELL_NARA_0000000004 |
| 01482_CRISWELL_NAVY_0000000001 | 01482_CRISWELL_NAVY_0000000006 |
| 01482_CRISWELL_SSA_0000000001 | 01482_CRISWELL_SSA_0000000017 |
| 01482_CRISWELL_VBA_0000000001 | 01482_CRISWELL_VBA_0000011223 |
| 01482_CRISWELL_VHA_0000000001 | 01482_CRISWELL_VHA_0000000727 |
| 01482_CRISWELL_0000000001 | 01482_CRISWELL_0000005427 |
| 01482_CRISWELL_DPPF_0000000001 | 01482_CRISWELL_DPPF_0000000053 |

*Plaintiff Jimmy Laramore*

| Beginning Bates | End Bates |
|---|---|
| 000594_LARAMORE_NARA-0000000001 | 000594_LARAMORE_NARA-0000000480 |
| 000594_LARAMORE_VBA-0000000001 | 00594_LARAMORE_VBA_0000014185 |
| 000594_LARAMORE_VHA-0000000001 | 00594_LARAMORE_VHA_0000004904 |
| 00594_LARAMORE_AUI_0000000001 | 00594_LARAMORE_AUI_0000000078 |
| 00594_LARAMORE_DHRH_0000000001 | 00594_LARAMORE_DHRH_0000000139 |
| 00594_LARAMORE_KBR_0000000001 | 00594_LARAMORE_KBR_0000000223 |
| 00594_LARAMORE_NAVY_0000000001 | 00594_LARAMORE_NAVY_0000000002 |
| 00594_LARAMORE_SSA_0000000001 | 00594_LARAMORE_SSA_0000001206 |
| 00594_LARAMORE_UA_0000000001 | 00594_LARAMORE_UA_0000000240 |
| 00594_LARAMORE_WE_0000000001 | 00594_LARAMORE_WE_0000000098 |
| 00594_LARAMORE_0000000003 | 00594_LARAMORE_0000008715 |
| 00594_LARAMORE_DPPF_0000000001 | 00594_LARAMORE_DPPF_0000000022 |

*Plaintiff Joseph Gleesing*

| Beginning Bates | End Bates |
|---|---|
| 01486_GLEESING_ABH_0000000001 | 01486_GLEESING_ABH_0000000398 |
| 01486_GLEESING_BMH_0000000001 | 01486_GLEESING_BMH_0000002395 |
| 01486_GLEESING_DPRIS_0000000001 | 01486_GLEESING_DPRIS_0000000132 |
| 01486_GLEESING_MEDRECS_0000000001 | 01486_GLEESING_MEDRECS_0000018621 |
| 01486_GLEESING_NARA_0000000001 | 01486_GLEESING_NARA_0000000001 |
| 01486_GLEESING_NAVY_0000000001 | 01486_GLEESING_NAVY_0000000004 |
| 01486_GLEESING_PFIZER_0000000001 | 01486_GLEESING_PFIZER_0000001066 |
| 01486_GLEESING_SSA_0000000001 | 01486_GLEESING_SSA_0000000050 |
| 01486_GLEESING_USMAN_0000000001 | 01486_GLEESING_USMAN_0000000003 |
| 01486_GLEESING_VBA_0000000001 | 01486_GLEESING_VBA_0000002003 |
| 01486_GLEESING_VHA_0000000001 | 01486_GLEESING_VHA_0000001666 |
| 01486_GLEESING_0000000001 | 01486_GLEESING_0000010541 |
| 01486_GLEESING_DPPF_0000000001 | 01486_GLEESING_DPPF_00000000076 |

*Plaintiff Karen Amsler*

| Beginning Bates | End Bates |
|---|---|
| 00284_AMSLER_AON_0000000001 | 00284_AMSLER_AON_0000000272 |
| 00284_AMSLER_JM_0000000001 | 00284_AMSLER_JM_0000000359 |
| 00284_AMSLER_LVHN_0000000001 | 00284_AMSLER_LVHN_0000000070 |
| 00284_AMSLER_MEDRECS_0000000001 | 00284_AMSLER_MEDRECS_0000009509 |
| 00284_AMSLER_MH_0000000001 | 00284_AMSLER_MH_0000000068 |
| 00284_AMSLER_MHUMC_0000000001 | 00284_AMSLER_MHUMC_0000003673 |
| 00284_AMSLER_MUSC_0000000001 | 00284_AMSLER_MUSC_0000000782 |
| 00284_AMSLER_NARA_0000000001 | 00284_AMSLER_NARA_0000000324 |
| 00284_AMSLER_NAVY_0000000001 | 00284_AMSLER_NAVY_0000000009 |
| 00284_AMSLER_SJ_0000000001 | 00284_AMSLER_SJ_0000000220 |
| 00284_AMSLER_SSA_0000000001 | 00284_AMSLER_SSA_0000002165 |
| 00284_AMSLER_0000000001 | 00284_AMSLER_0000014390 |
| 00284_AMSLER_DPPF_0000000001 | 00284_AMSLER_DPPF_0000000024 |

*Plaintiff Mark Cagiano*

| Beginning Bates | End Bates |
|---|---|
| 00569_CAGIANO_AG_0000000001 | 00569_CAGIANO_AG_0000000162 |
| 00569_CAGIANO_APFM_0000000001 | 00569_CAGIANO_APFM_0000000252 |
| 00569_CAGIANO_CH_0000000001 | 00569_CAGIANO_CH_0000028347 |
| 00569_CAGIANO_EUH_0000000001 | 00569_CAGIANO_EUH_0000000384 |
| 00569_CAGIANO_FBCD_0000000001 | 00569_CAGIANO_FBCD_0000000059 |
| 00569_CAGIANO_MEDRECS_0000000001 | 00569_CAGIANO_MEDRECS_0000000575 |
| 00569_CAGIANO_NARA_ 0000000001 | 00569_CAGIANO_NARA_ 0000000520 |
| 00569_CAGIANO_NAVY_0000000001 | 00569_CAGIANO_NAVY_0000000001 |
| 00569_CAGIANO_PH_0000000001 | 00569_CAGIANO_PH_0000000006 |
| 00569_CAGIANO_SSA_0000000001 | 00569_CAGIANO_SSA_0000000019 |
| 00569_CAGIANO_VBA_0000000001 | 00569_CAGIANO_VBA_0000005533 |
| 00569_CAGIANO_VHA_0000000001 | 00569_CAGIANO_VHA_0000000042 |
| 00569_CAGIANO_WSU_0000000001 | 00569_CAGIANO_WSU_0000000807 |
| 00569_CAGIANO_0000000001 | 00569_CAGIANO_0000004492 |
| 00569_CAGIANO_DPPF_0000000001 | 00569_CAGIANO_DPPF_0000000040 |

*Plaintiff Robert Kidd*

| Beginning Bates | End Bates |
|---|---|
| 01489_KIDD_IRS_0000000001 | 01489_KIDD_IRS_0000000002 |
| 01489_KIDD_KYSOS_0000000001 | 01489_KIDD_KYSOS_0000000055 |
| 01489_KIDD_LC_0000000001 | 01489_KIDD_LC_0000000038 |
| 01489_KIDD_NARA_0000000001 | 01489_KIDD_NARA_0000000215 |
| 01489_KIDD_NAVY_0000000001 | 01489_KIDD_NAVY_0000000006 |
| 01489_KIDD_RC_0000000001 | 01489_KIDD_RC_0000000009 |
| 01489_KIDD_SCC_0000000001 | 01489_KIDD_SCC_0000000062 |
| 01489_KIDD_SCH_0000000001 | 01489_KIDD_SCH_0000000038 |
| 01489_KIDD_SJH_0000000001 | 01489_KIDD_SJH_0000008450 |
| 01489_KIDD_SSA_0000000001 | 01489_KIDD_SSA_0000000001 |
| 01489_KIDD_VAC_0000000001 | 01489_KIDD_VAC_0000000001 |
| 01489_KIDD_VBA_0000000001 | 01489_KIDD_VBA_0000000433 |
| 01489_KIDD_VHA_0000000001 | 01489_KIDD_VHA_0000002129 |
| 01499_KIDD_MEDRECS_0000000001 | 01499_KIDD_MEDRECS_0000000073 |
| 01489_KIDD_0000000001 | 01489_KIDD_0000003714 |
| 01489_KIDD_DPPF_0000000001 | 01489_KIDD_DPPF_0000000062 |

*Plaintiff Ronald Carter*

| Beginning Bates | End Bates |
|---|---|
| 01565_CARTER_CCHC_ 0000000001 | 01565_CARTER_CCHC_ 0000003151 |
| 01565_CARTER_CE_ 0000000001 | 01565_CARTER_CE_ 0000005181 |
| 01565_CARTER_DHA_0000000001 | 01565_CARTER_DHA_0000000021 |
| 01565_CARTER_DRDAVIS_0000000001 | 01565_CARTER_DRDAVIS_0000000001 |
| 01565_CARTER_DRWTAYLOR_0000000001 | 01565_CARTER_DRWTAYLOR_0000000001 |
| 01565_CARTER_ECUH_0000000001 | 01565_CARTER_ECUH_0000000430 |
| 01565_CARTER_MEDRECS_0000000001 | 01565_CARTER_MEDRECS_0000000297 |
| 01565_CARTER_NARA_0000000001 | 01565_CARTER_NARA_0000000136 |

| | |
|---|---|
| 01565_CARTER_NAVY_0000000001 | 01565_CARTER_NAVY_0000000001 |
| 01565_CARTER_NCVR_0000000001 | 01565_CARTER_NCVR_0000000006 |
| 01565_CARTER_NPRC_0000000001 | 01565_CARTER_NPRC_0000000134 |
| 01565_CARTER_SSA_0000000001 | 01565_CARTER_SSA_0000000006 |
| 01565_CARTER_UNC_0000000001 | 01565_CARTER_UNC_0000000835 |
| 01565_CARTER_UNCH_0000000001 | 01565_CARTER_UNCH_0000005809 |
| 01565_CARTER_VBA_0000000001 | 01565_CARTER_VBA_0000000003 |
| 01565_CARTER_0000000001 | 01565_CARTER_0000009405 |
| 01565_CARTER_DPPF_0000000001 | 01565_CARTER_DPPF_0000000021 |

*Plaintiff Scott Keller*

| Beginning Bates | End Bates |
|---|---|
| CLJA_1258538_KellerS-0000000001 | CLJA_1258538_KellerS-0000002186 |
| 01501_KELLER_DPRIS_0000000001 | 01501_KELLER_DPRIS_0000000158 |
| 01501_KELLER_HCOS_0000000001 | 01501_KELLER_HCOS_0000000025 |
| 01501_KELLER_KRMC_0000000001 | 01501_KELLER_KRMC_0000000953 |
| 01501_KELLER_KT_0000000001 | 01501_KELLER_KT_0000000135 |
| 01501_KELLER_NARA_0000000001 | 01501_KELLER_NARA_0000000164 |
| 01501_KELLER_NAVY_0000000001 | 01501_KELLER_NAVY_0000000001 |
| 01501_KELLER_OPM_0000000001 | 01501_KELLER_OPM_0000000402 |
| 01501_KELLER_PCC_0000000001 | 01501_KELLER_PCC_0000001333 |
| 01501_KELLER_PHI_0000000001 | 01501_KELLER_PHI_0000000616 |
| 01501_KELLER_PIM_0000000001 | 01501_KELLER_PIM_0000000003 |
| 01501_KELLER_PSHMC_0000000001 | 01501_KELLER_PSHMC_0000001659 |
| 01501_KELLER_PSMMC_0000000001 | 01501_KELLER_PSMMC_0000004700 |
| 01501_KELLER_SEWAN_0000000001 | 01501_KELLER_SEWAN_0000001416 |
| 01501_KELLER_SSA_0000000001 | 01501_KELLER_SSA_0000006107 |
| 01501_KELLER_TRIWEST_0000000001 | 01501_KELLER_TRIWEST_0000000014 |
| 01501_KELLER_USACE_0000000001 | 01501_KELLER_USACE_0000000390 |
| 01501_KELLER_USBCEDW_0000000001 | 01501_KELLER_USBCEDW_0000000038 |
| 01501_KELLER_UWMC_0000000001 | 01501_KELLER_UWMC_0000000752 |
| 01501_KELLER_VBA_0000000001 | 01501_KELLER_VBA_0000004538 |
| 01501_KELLER_VHA_0000000001 | 01501_KELLER_VHA_0000000924 |
| 01501_KELLER_WWC_0000000001 | 01501_KELLER_WWC_0000000566 |
| 01501_KELLER_0000000001 | 01501_KELLER_0000001856 |
| 01501_KELLER_0000001858 | 01501_KELLER_0000005401 |
| 01501_KELLER_DPPF_0000000001 | 01501_KELLER_DPPF_0000000039 |

*Plaintiff Stephen Connard*

| Beginning Bates | End Bates |
|---|---|
| 01557_CONNARD_AKPEK_0000000001 | 01557_CONNARD_AKPEK_0000000032 |
| 01557_CONNARD_DOJ_0000000001 | 01557_CONNARD_DOJ_0000000007 |
| 01557_CONNARD_DPRIS_0000000001 | 01557_CONNARD_DPRIS_0000000014 |
| 01557_CONNARD_HHH_0000000001 | 01557_CONNARD_HHH_0000000116 |
| 01557_CONNARD_NARA_0000000001 | 01557_CONNARD_NARA_0000000152 |
| 01557_CONNARD_NAVY_0000000001 | 01557_CONNARD_NAVY_0000000013 |
| 01557_CONNARD_PP_0000000001 | 01557_CONNARD_PP_0000000097 |
| 01557_CONNARD_SSA_0000000001 | 01557_CONNARD_SSA_0000000005 |

| | |
|---|---|
| 01557_CONNARD_UMMS_0000000001 | 01557_CONNARD_UMMS_0000003351 |
| 01557_CONNARD_USHR_0000000001 | 01557_CONNARD_USHR_0000000397 |
| 01557_CONNARD_VA_0000000001 | 01557_CONNARD_VA_0000000001 |
| 01557_CONNARD_VBA_0000000001 | 01557_CONNARD_VBA_0000000360 |
| 01557_CONNARD_WP_ 0000000001 | 01557_CONNARD_WP_ 0000000056 |
| 01557_CONNARD_0000000001 | 01557_CONNARD_0000001686 |
| 01557_CONNARD_DPPF_0000000001 | 01557_CONNARD_DPPF_0000000049 |

*Plaintiff Terry Dyer*

| Beginning Bates | End Bates |
|---|---|
| 00357_DYER_CAA _0000000001 | 00357_DYER_CAA _0000000013 |
| 00357_DYER_CAP_0000000001 | 00357_DYER_CAP_0000001289 |
| 00357_DYER_CRH_0000000001 | 00357_DYER_CRH_0000000428 |
| 00357_DYER_DA_0000000001 | 00357_DYER_DA_0000000091 |
| 00357_DYER_DH_0000000001 | 00357_DYER_DH_0000002477 |
| 00357_DYER_DODEA_0000000001 | 00357_DYER_DODEA_0000000017 |
| 00357_DYER_EDNC_0000000001 | 00357_DYER_EDNC_0000000173 |
| 00357_DYER_EDUDIRNC_0000000001 | 00357_DYER_EDUDIRNC_0000002332 |
| 00357_DYER_EO_0000000001 | 00357_DYER_EO_0000015006 |
| 00357_DYER_FB_0000000001 | 00357_DYER_FB_0000000001 |
| 00357_DYER_GSR_0000000001 | 00357_DYER_GSR_0000000142 |
| 00357_DYER_JL_0000000001 | 00357_DYER_JL_0000007759 |
| 00357_DYER_MEDRECS_0000000001 | 00357_DYER_MEDRECS_0000000651 |
| 00357_DYER_NARA_0000000001 | 00357_DYER_NARA_0000000099 |
| 00357_DYER_NAVY_0000000001 | 00357_DYER_NAVY_0000000039 |
| 00357_DYER_NEWS_0000000001 | 00357_DYER_NEWS_0000000171 |
| 00357_DYER_NH_0000000001 | 00357_DYER_NH_0000014139 |
| 00357_DYER_NHSC_0000000001 | 00357_DYER_NHSC_0000000048 |
| 00357_DYER_NHSC11_0000000001 | 00357_DYER_NHSC11_0000000062 |
| 00357_DYER_NHSC13_0000000001 | 00357_DYER_NHSC13_0000001412 |
| 00357_DYER_OC_0000000001 | 00357_DYER_OC_0000000015 |
| 00357_DYER_PTW_0000000001 | 00357_DYER_PTW_0000000001 |
| 00357_DYER_RM_0000000001 | 00357_DYER_RM_0000000002 |
| 00357_DYER_SECURITAS_0000000001 | 00357_DYER_SECURITAS_0000000039 |
| 00357_DYER_SH_0000000001 | 00357_DYER_SH_0000000033 |
| 00357_DYER_SSA_0000000001 | 00357_DYER_SSA_0000000670 |
| 00357_DYER_UASNC_0000000001 | 00357_DYER_UASNC_0000000133 |
| 00357_DYER_UCSERVICES_0000000001 | 00357_DYER_UCSERVICES_0000000036 |
| 00357_DYER_UNCCH_0000000001 | 00357_DYER_UNCCH_0000000040 |
| 00357_DYER_UNCCHATHAM_0000000001 | 00357_DYER_UNCCHATHAM_0000000004 |
| 00357_DYER_UNITEDHC_0000000001 | 00357_DYER_UNITEDHC_0000002325 |
| 00357_DYER_VBA_0000000001 | 00357_DYER_VBA_0000000004 |
| 00357_DYER_WE_0000000001 | 00357_DYER_WE_0000000136 |
| 00357_DYER_WGA_0000000001 | 00357_DYER_WGA_0000000056 |
| 00357_DYER_WS_0000000001 | 00357_DYER_WS_0000000240 |
| 00357_DYER_0000000001 | 00357_DYER_0000010620 |
| 00357_DYER_DPPF_0000000001 | 00357_DYER_DPPF_0000000028 |

For the avoidance of doubt, Dr. Ji relies on all Bates-stamped documents cited in the body of his Report of December 15, 2025, or in any of the appendices to the same.

***Miscellaneous***

Dr. Ji relies on all materials cited in his Report of December 15, 2025, or in any of the appendices to the same. Materials cited in Dr. Ji's Report that have not been produced in this litigation but are publicly available are listed below for convenience:

ICD-9-CM Official Guidelines for Coding and Reporting (Effective Oct. 1, 2011), accessible at https://www.cdc.gov/nchs/data/icd/icd9cm_guidelines_2011.pdf

ICD-10-CM Official Guidelines for Coding and Reporting FY 2025 (UPDATED Oct. 1, 2024), accessible at https://www.cms.gov/files/document/fy-2025-icd-10-cm-coding-guidelines.pdf

*AMA J Ethics.* 2015;17(11):1046-1052. doi: 10.1001/journalofethics.2015.17.11.stas1-1511.

Linde S, Egede LE. Do Chargemaster Prices Matter?: An Examination of Acute Care Hospital Profitability. Med Care. 2022 Aug 1;60(8):623-630. doi: 10.1097/MLR.0000000000001734. Epub 2022 Jun 1. PMID: 35647741; PMCID: PMC9262858.

Parsons, Matthew W., et al. "Secondary malignancies in non-Hodgkin lymphoma survivors: 40 years of follow-up assessed by treatment modality." *Cancer Medicine* 12.3 (2023): 2624-2636.

***Right to Supplement***

To the extent that any materials are cited in Dr. Ji's Report of December 15, 2025, or in any of the appendices to the same but are inadvertently not listed here, Dr. Ji relies on such documents. Dr. Ji further reserves the right to supplement this Materials Considered List as additional materials may be provided to him in the future.