# Exhibit 658

**FRANK MOUSSER V. UNITED STATES OF AMERICA**
**CAMP LEJEUNE WATER LITIGATION**
**NO. 7:23-CV-0667**

**EXPERT REPORT OF DR. HENRY MILLER**

**DECEMBER 15, 2025**

# Contents

1. Introduction ........ 3
2. Background of the Case ........ 3
3. Scope of Report ........ 3
4. Veterans Health Administration Coverage ........ 4
5. Methodology For Calculation of Costs ........ 5
   5.1. Methodology for Services and Supplies with a Medicare and VHA Rate ........ 6
   5.2. Methodology for Services and Supplies with a VHA Rate ........ 8
6. Summary of Costs Based on VHA Coverage for Mr. Fryar's Life Care Plan ........ 8
7. Summary of Costs Based on VHA Coverage for Dr. Shahnasarian's Life Care Plan ........ 11
8. Summary of Opinions ........ 13

## 1. INTRODUCTION

My name is Henry Miller, Ph.D. I am a Managing Director in the Health Analytics practice of Berkeley Research Group, LLC. I have been working on health care cost and health insurance issues for more than fifty years. I have conducted studies on these issues for the federal Medicare program, several state Medicaid programs and more than forty health insurers. I have testified on these issues in the U.S. Congress, several State legislatures and in federal, state and local courts and in arbitrations. My curriculum vita is attached to this report as Appendix A. My firm is compensated at $825 per hour for my time on this matter and payments are not contingent upon the outcome of the matter.

## 2. BACKGROUND OF THE CASE

This case relates to the injury of Frank Mousser ("Mr. Mousser"). Mr. Mousser suffers from kidney cancer ("Mr. Mousser's Condition") allegedly due to water contamination at the Marine Corps Base Camp Lejeune.[1] I offer no opinion on whether water at Camp Lejeune may have led to Mr. Mousser's development of any disease. Mr. Mousser currently resides in San Antonio, Texas.[2] A Life Care Plan has been prepared for Mr. Mousser by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP, QRP that describes the services that Mr. Fryar believes will be needed for Mr. Mousser throughout his life expectancy. A Life Care Plan was also prepared by Michael Shahnasarian, PhD that includes modifications to Mr. Fryar's Life Care Plan and services that Dr. Shahnasarian believes will be needed for Mr. Mousser throughout his life expectancy.

## 3. SCOPE OF REPORT

I was asked by the United States Department of Justice to apply my expertise in health care costs to the matter of *Frank Mousser v. United States of America*, which is part of the Camp Lejeune Water Litigation in the United States District Court for the Eastern District of North Carolina. I was specifically asked to address the following issues related to Mr. Mousser:

- Analyze the projected health care costs identified by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP, QRP,[3] ("Mr. Fryar's Life Care Plan") and identify the amount that would be paid by the Veterans Health Administration for Mr. Mousser; and
- Analyze the projected health care costs identified by Michael Shahnasarian, PhD,[4] ("Dr. Shahnasarian's Life Care Plan") and identify the amount that would be paid by the Veterans Health Administration for Mr. Mousser.

---

[1] Cost Analysis for Mr. Frank Mousser, prepared by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP QRP, dated January 28th, 2025.
[2] Cost Analysis for Mr. Frank Mousser, prepared by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP QRP, dated January 28th, 2025.
[3] Cost Analysis for Mr. Frank Mousser, prepared by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP QRP, dated January 28th, 2025.
[4] Life Care Plan for Frank Mousser, prepared by Michael Shahnasarian, PhD, dated May 20th, 2025.

## 4. VETERANS HEALTH ADMINISTRATION COVERAGE

Based on information received from counsel, Mr. Mousser receives coverage for healthcare services through the Veterans Health Administration ("VHA"). Eligibility for VHA healthcare benefits is based on military service for a certain period of time. Other requirements must also be met, such as service in certain geographic areas, military conflicts, wars and/or exposure to toxins or other hazards while serving.[5]

Basic VHA health benefits cover preventive care, such as health exams and immunization, inpatient hospital services, urgent and emergency care, long term and home health care, and prescriptions. Some veterans may receive additional benefits such as dental care.[6]

As referenced in the deposition of Daniel Clarke, "The VHA is the largest health care system in the United States providing health care at 1,380 health care facilities, including 170 VA Medical Centers and 1,193 outpatient sites of care of varying complexity to over 9.1 million veterans enrolled in the VA health care program."[7] The VHA is one branch of the Department of Veterans Affairs, which has been a Cabinet-level executive department since 1988, although its roots go much further back. It began when President Lincoln established a National Soldiers and Sailors Asylum in March 1865 before the end of the Civil War. The scope and complexity of the VHA have grown over time as more facilities have been opened and Veterans treated. Since its inception, VHA health care services and coverage have proven to be foundational to providing millions of individuals across the U.S. with vital health care services.[8] VHA funding is routinely approved on a bipartisan basis and coverage has expanded over time, as evidenced by the recent passage of the PACT Act in 2022 and the steady increase in the VA's budget throughout both Democratic and Republican administrations and congressional majorities.[9],[10] Therefore, the VHA health care system and coverage are expected to continue for the foreseeable future.

Many VHA health care maximum allowable rates correspond to Medicare rates, which can be expected to increase over time. Medicare rates, which are published by CMS, determine how much the Medicare

---

[5] "Eligibility for VHA Health Care," U.S. Department of Veterans Affairs. [https://www.va.gov/health-care/eligibility/].

[6] "How to get Veterans Health Benefits," U.S. General Services Administration, August 27, 2025. [https://www.usa.gov/get-veterans-health-benefits#:~:text=What%20do%20VA%20health%20benefits,Prescriptions].

[7] Daniel Clarke, Deposition, Frank Mousser v. United States of America Camp Lejeune Water Litigation. No. 7:23-CV-0667, September 3, 2025, at 27:3-27:9.

[8] "VA History Summary," U.S. Department of Veterans Affairs. [https://department.va.gov/history/history-overview/].

[9] Library of Congress, Actions - H.R.3967 - 117th Congress (2021–2022): Honoring our PACT Act of 2022, June 16, 2022. [https://www.congress.gov/bill/117th-congress/house-bill/3967/all-actions].

[10] Bureau of the Fiscal Services, U.S. Department of Veterans Affairs, *Department of Veterans Affairs – FY2025 Agency Profile*, September 29, 2025. [https://www.usaspending.gov/agency/department-of-veterans-affairs?fy=2025].

program will reimburse a provider for a specific medical service.[11] CMS updates rates at least annually and rates can be expected to increase over time, even amid limits on Medicare spending such as budget neutrality requirements under the Medicare Access and CHIP Reauthorization Act of 2015 ("MACRA").[12] Increases in rates occur because Medicare rates for most medical services are based on the costs that providers incur to provide services, which increase over time.[13,14,15] In addition to increasing costs leading to higher physician payments, Congressional action and other policies have historically resulted in physician payment reduction suspensions and/or increases in physician payments.[16]

The VHA also sets its own rates, often for services not covered by Medicare, using a variety of different methodologies that include the following: historic VHA claims data, Medicare relative value units, Medicare Administrative Contractors ("MAC") rates, provider billed charges, and "industry-proven and respected data comprised of Medicare, Medicaid, and commercial health insurance claims."[17] This ensures that VHA rates will continue to keep pace with rising costs in the healthcare marketplace and, therefore, increase over time.

## 5. METHODOLOGY FOR CALCULATION OF COSTS

To determine the rates paid by the VHA, I first identified whether each service/supply, included in the life care plans submitted by Mr. Fryar and Dr. Shahnasarian, were covered by the VHA. Some services/supplies such as home cleaning services are not covered by the VHA. According to the VA fee schedule ("VAFS"), the "VA reimburses hospital, medical, and extended care services up to the maximum allowable rate which for most services is the Medicare rate."[18] Based on this, I next identified the Medicare rate for a service/supply. For those services without a Medicare rate, I followed the methodologies outlined on the VHA's website to identify the rate paid.[19] VHA rates have been provided in Tables 1 and 2 to identify what the VHA would pay. Sources for Medicare and VHA rates are listed in Appendix B of this report.

---

[11] Centers for Medicare & Medicaid Services, *Fee Schedules – General Information*, modified November 19, 2025. [https://www.cms.gov/medicare/payment/fee-schedules].
[12] Alex Cottrill, Juliette Cubanski, and Tricia Neuman, "What to Know about how Medicare Pays Physicians", *KFF*, October 7, 2025. [https://www.kff.org/medicare/what-to-know-about-how-medicare-pays-physicians/].
[13] Medicare Payment Advisory Commission, *Outpatient Hospital Services Payment System*, Revised October 2024. [https://www.medpac.gov/wp-content/uploads/2024/10/MedPAC_Payment_Basics_24_OPD_FINAL_SEC.pdf].
[14] Medicare Payment Advisory Commission, *Hospital Inpatient Services Payment System*, Revised October 2024. [https://www.medpac.gov/wp-content/uploads/2024/10/MedPAC_Payment_Basics_25_hospital_FINAL_SEC.pdf].
[15] Federal Reserve Bank of St. Louis (FRED). *Consumer Price Index for All Urban Consumers: Medical Care in U.S. City Average (CPIMEDSL),* Updated October 24, 2025. [https://fred.stlouisfed.org/series/CPIMEDSL].
[16] Alex Cottrill, Juliette Cubanski, and Tricia Neuman, "What to Know about how Medicare Pays Physicians", *KFF*, October 7, 2025. [https://www.kff.org/medicare/what-to-know-about-how-medicare-pays-physicians/].
[17] National Archives, Federal Register, *Methodology for Reimbursing Medical Services, Extended Care Services, Pharmaceuticals, and Durable Medical Equipment Not on Medicare Fee Schedules*, March 27, 2024. [https://www.federalregister.gov/documents/2024/03/27/2024-06431/methodology-for-reimbursing-medical-services-extended-care-services-pharmaceuticals-and-durable].
[18] U.S. Department of Veterans Affairs, *VA Fee Schedule for Authorized Community Care*. [https://www.va.gov/COMMUNITYCARE/revenue-ops/Fee-Schedule.asp].
[19] U.S. Department of Veterans Affairs, *VA Fee Schedule for Authorized Community Care*. [https://www.va.gov/COMMUNITYCARE/revenue-ops/Fee-Schedule.asp].

### 5.1. Methodology for Services and Supplies with a Medicare and VHA Rate

Medicare rates are generally available for the following types of services and supplies included in the life care plans: physician services, radiology services, laboratory services, home health services, inpatient hospital services, skilled nursing facility care, and end-stage renal disease services.

Medicare rates for physician services and radiology services rely on the Medicare Physician Fee Schedule ("MPFS"), which identifies a rate for each Current Procedural Terminology ("CPT") code based on the CPT code's relative value units ("RVUs").[20] CMS generally identifies three RVUs for each CPT code: a work RVU, a practice expense RVU, and a professional liability RVU. To determine Medicare's reimbursement, I geographically adjusted the RVUs for the provider's location[21] and then used a Congressionally mandated conversion factor[22] to translate the RVUs into dollars. Applying this methodology, I was able to determine the Medicare reimbursement rate for each CPT code.[23]

Medicare rates for laboratory services are available from Medicare's Clinical Laboratory Fee Schedule ("CLFS"), which is based on the weighted median of private payor rates.[24]

Specific requirements must first be met to establish Medicare coverage for home health services. Medicare requires the following: 1) A beneficiary must require only part-time care, which is defined as skilled nursing and home health aide services for up to eight (8) hours a day, combined, with a maximum of 28 hours per week and 2) A beneficiary must receive home health aide services in tandem with services from another professional such as a skilled nurse, physical or occupational therapist, or a speech-language pathologist.[25] If a beneficiary meets these two (2) criteria, Medicare will cover home health services using a standardized 30-day period payment. Medicare updates this standardized payment on an annual basis.[26] Medicare has also established a national per-visit rate if the number of visits in a period of care does not

---

[20] Centers for Medicare & Medicaid Services, *Medicare Physician Fee Schedule*. [https://www.cms.gov/medicare/physician-fee-schedule/search/overview].

[21] For the purposes of my calculations here, I have assumed the providers would be located in San Antonio, Texas, which is Mr. Mousser's current residence.

[22] The conversion factor is mandated by Congress and calculated by CMS using an established formula. The conversion factor is published in the Federal Register (see https://www.federalregister.gov/documents/2024/12/09/2024-25382/medicare-and-medicaid-programs-cy-2025-payment-policies-under-the-physician-fee-schedule-and-other). The American Medical Association has provided a summary of the conversation factors over the years (see https://www.ama-assn.org/system/files/cf-history.pdf).

[23] Medicare Payment Advisory Commission, *Payment Basics Physician and Other Health Professional Payment System*, November 2021. [https://www.medpac.gov/wp-content/uploads/2021/11/medpac_payment_basics_21_physician_final_sec.pdf].

[24] Centers for Medicare & Medicaid Services, *Clinical Laboratory Fee Schedule*. [https://www.cms.gov/medicare/payment/fee-schedules/clinical-laboratory-fee-schedule-clfs].

[25] Centers for Medicare & Medicaid Services, *Home Health Services*. [https://www.medicare.gov/coverage/home-health-services#coverage-content-costs].

[26] Centers for Medicare & Medicaid Services, *CMS-1828-F*, November 28, 2025. [https://www.cms.gov/medicare/payment/prospective-payment-systems/home-health/home-health-prospective-payment-system-regulations-and-notices/cms-1828-f].

meet the low-utilization payment adjustment ("LUPA") threshold. These rates have been adjusted to Mr. Mousser's geographic location.

To identify Medicare rates for inpatient hospital services, I considered three components that may be applicable to an inpatient discharge: the facility fee, the physician or surgeon fee, and an anesthesia fee. For the facility fee, I selected three (3) hospitals of varying sizes in Mr. Mousser's geographic area. Using the Medicare Inpatient Prospective Payment System ("IPPS") online web pricer,[27] I determined a payment rate for a specific hospital using a procedure's diagnostic-related group ("DRG") code and corresponding length of stay, both defined by a life care plan or using IPPS average length of stay data.[28] I then calculated an average rate using the three hospital-specific rates to determine an average Medicare rate. If a DRG was not identified in a life care plan, I did not calculate the Medicare rate. The physician fee was determined using the MPFS, following the same methodology as physician services. The facility rate was used since services would be performed in a facility such as a hospital. To calculate the Medicare rate for an anesthesia fee, I relied on several resources published annually by CMS.[29] I multiplied the geographically applicable conversion factor by the sum of time and base units for the surgical procedure and anesthesia code, which are published by HHS on an annual basis.[30,31] One time unit is equal to 15 minutes, and each surgical CPT code and anesthesia CPT code are assigned specific time and base units, respectively.

Medicare rates for skilled nursing facility care are calculated using the Skilled Nursing Facility ("SNF") Prospective Payment System ("PPS") for the first 100 days in a skilled nursing facility.[32] Medicare does not cover assisted living facilities services and does not cover SNFs beyond 100 days.[33,34] A per diem rate was calculated by adding the per diem rates for physical therapy, occupational therapy, speech-language therapy, nursing, and non-case mix components. The SNF PPS indicates that 71.9% of the per diem rate is geographically adjusted using the hospital wage index for specific Core-Based Statistical Areas ("CBSA"), which are the labor market geographic areas defined by the Office of Management and Budget.

---

[27] Centers for Medicare & Medicaid Services, *Web Price Inpatient IPPS*. [https://webpricer.cms.gov/#/pricer/ipps].
[28] Centers for Medicare & Medicaid Services*, FY 2026 IPPS Final Rule,* September 19, 2025. [https://www.cms.gov/medicare/payment/prospective-payment-systems/acute-inpatient-pps/fy-2026-ipps-final-rule-home-page].
[29] Centers for Medicare & Medicaid Services, *Anesthesiologists Center*. [https://www.cms.gov/medicare/payment/fee-schedules/physician/anesthesiologists-center].
[30] Centers for Medicare & Medicaid Services, *CMS-1807-F,* December 9, 2024. [https://www.cms.gov/medicare/payment/fee-schedules/physician/federal-regulation-notices/cms-1807-f].
[31] Centers for Medicare & Medicaid Services, *Anesthesiologists Center*. [https://www.cms.gov/Center/Provider-Type/Anesthesiologists-Center.html].
[32] Centers for Medicare & Medicaid Services, *Skilled Nursing Facility PPS.* [https://www.cms.gov/medicare/payment/prospective-payment-systems/skilled-nursing-facility-snf].
[33] "Medicare Long-term Care," Centers for Medicare & Medicaid Services. [https://www.medicare.gov/coverage/long-term-care].
[34] "Skilled Nursing Facility Care," Centers for Medicare & Medicaid Services. [https://www.medicare.gov/coverage/skilled-nursing-facility-care].

Medicare rates for renal dialysis services rely on End-Stage Renal Disease ("ESRD") Prospective Payment System ("PPS") to provide a bundled, per-treatment payment to ESRD facilities.[35] The ESRD PPS has a base rate of $281.71 in 2026, and I adjusted the base rate by the locality-specific wage index for Mr. Mousser to account for geographic differences.

### 5.2. Methodology for Services and Supplies with a VHA Rate

For those services without a Medicare rate, I followed the methodologies outlined on the VHA's website to identify the rate paid by the VHA.[36] This effort included identification of geographically adjusted rates from the VAFS that are associated with CPT codes identified by life care planners or CPT codes that I identified as representative of services described in Mr. Mousser's life care plans.[37]

I incorporated the exceptions to Medicare coverage and methodology used by the VHA, including the Community Nursing Home ("CNH") Fee Schedule and home health services. According to the VHA, the CNH Fee Schedule "follows the Prospective Payment System (PPS) billing requirements found in Chapter 6 – Skilled Nursing Facility (SNF) Inpatient Part A Billing and SNF Consolidated Billing of the Medicare Claims Processing Manual, with some exceptions." These exceptions involve adjustments to the components included in SNF daily rate calculations and VHA-specific adjustment factors.

In addition, the VHA offers broader home health coverage than Medicare. Unlike Medicare, VHA home health services are not subject to the same weekly hour limits. In addition, the VHA also covers services such as attendant home health care services performed without another professional present, with rates identified using the VAFS and adjusted to Mr. Mousser's geographic location.

## 6. SUMMARY OF COSTS BASED ON VHA COVERAGE FOR MR. FRYAR'S LIFE CARE PLAN

Mr. Mousser's future service unit costs based on VHA coverage for Mr. Fryar's Life Care Plan are summarized in Table 1 below. VHA rates reflect standardized rates for what the VHA would pay for a service, removing patient responsibility amounts such as copayments. According to Mr. Mousser's Veterans Benefits Administration ("VBA") documentation, Mr. Mousser has a service-connected disability rating of over 70%, meaning that copayments do not apply for many services, such as care related to a service-connected injury.[38]

---

[35] Centers for Medicare & Medicaid Services, *Calendar Year (CY) 2026 End-Stage Renal Disease (ESRD) Prospective Payment System Final Rule,* November 20, 2025. [https://www.cms.gov/newsroom/fact-sheets/calendar-year-cy-2026-end-stage-renal-disease-esrd-prospective-payment-system-final-rule].

[36] U.S. Department of Veterans Affairs, *VA Fee Schedule for Authorized Community Care*. [https://www.va.gov/COMMUNITYCARE/revenue-ops/Fee-Schedule.asp].

[37] If a CPT code was provided in Dr. Shahnasarian's Life Care Plan and an analogous service did not have a code in Mr. Fryar's Life Care Plan, the code in Dr. Shahnasarian's Life Care Plan was applied to both.

[38] "Current VA Health Care Copay Rates for 2025," U.S. Department of Veterans Affairs, updated July 15, 2025. [https://www.va.gov/health-care/copay-rates/#:~:text=in%20a%20hospital)-,If%20you%20have%20a%20service-connected%20disability%20rating%20of%2010,a%20copay%20for%20inpatient%20care].

**Table 1**
**VHA Coverage and Costs for Mr. Fryar's Life Care Plan**

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | VHA Rate |
|---|---|---|---|---|
| **PHYSICIAN CARE** | | | | |
| Nephrologist or Physician Transplant Specialist | 13 outpatient clinic visits, in total, with Nephrologist and Transplant Physician during the first year after kidney transplant. After the first year, decrease outpatient clinic visits to once every six months with the Nephrologist and also the same with the Transplant Physician and continue with this pattern of care throughout remaining lifespan | Per Visit | AVG(99213, 99214) | $104.00 |
| **LABORATORY & DIAGNOSTIC STUDIES** | | | | |
| Complete Blood Count (CBC) | 20 studies first year after transplant. Then monthly throughout remaining lifespan. | Per Visit | 85025 | $7.77 |
| Complete Metabolic Panel (CMP) | 20 studies first year after transplant. Then monthly throughout remaining lifespan. | Per Visit | 80053 | $10.56 |
| Urinalysis (UA) | 20 studies first year after transplant. Then monthly throughout remaining lifespan. | Per Visit | 81001 | $3.17 |
| Cytomegalovirus Quantitative (CMEV-Q) | 20 studies first year after transplant. Then monthly throughout remaining lifespan. | Per Visit | 87497 | $42.84 |
| Ultrasound | 4-5 times throughout lifespan | Per Visit | 76770-26 | $33.09 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | VHA Rate |
|---|---|---|---|---|
| **PROCEDURE: TRANSPLANT (DONOR)** | | | | |
| Kidney Transplant | One-time occurrence | Per Visit | 50323 | $134.28 |
| **PROCEDURE: TRANSPLANT (RECIPIENT)** | | | | |
| Surgeon's Fees | 1 time provision anticipated | Per Visit | 50360 | $2,317.55 |
| Anesthesia Fees | 1 time provision anticipated | Per Visit | 00868 | $696.54 |
| Facility Fees - Five-to-Seven-Day Inpatient Stay | 1 time provision anticipated | Per Visit | DRG 652 | $40,991.58 |
| **DIALYSIS** | | | | |
| Hemodialysis | 3 visits for dialysis each week (4 hours of treatment each visit) | Per Visit | 90937 | $271.76 |
| **SUPPORT SERVICES & HOME CARE** | | | | |
| Home Cleaning Service | Twice monthly during last 3 years of life, if remaining in residence | | | $0.00 |
| Attendant Care Home Health, Certified Nursing Assistant (CNA) | Year 1: 3-4 hours per day<br>Year 2: 6-8 hours per day<br>Year 3: 8-12 hours per day | Hourly Rate | S5125 | $38.00 |
| **FACILITY CARE (POTENTIAL)** | | | | |
| SNF 1-100 days | Monthly Provision (Potential) | Daily Rate | | $447.50 |
| SNF 101+ days | Monthly Provision (Potential) | Daily Rate | | $390.91 |

*Based on Mr. Fryar's Life Care Plan.[39]

**Functions denote how rates for included CPT codes should be combined.

[39] Cost Analysis for Mr. Frank Mousser, prepared by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP QRP, dated January 28th, 2025.

## 7. SUMMARY OF COSTS BASED ON VHA COVERAGE FOR DR. SHAHNASARIAN'S LIFE CARE PLAN

Mr. Mousser's future service unit costs based on VHA coverage for Dr. Shahnasarian's Life Care Plan are summarized in Table 2 below. VHA rates reflect standardized rates for what the VHA would pay for a service, removing patient responsibility amounts such as copayments. According to Mr. Mousser's VBA documentation, Mr. Mousser has a service-connected disability rating of over 70%, meaning that copayments do not apply for many services, such as care related to a service-connected injury.[40]

[40] "Current VA Health Care Copay Rates for 2025," U.S. Department of Veterans Affairs, updated July 15, 2025. [https://www.va.gov/health-care/copay-rates/#:~:text=in%20a%20hospital)-,If%20you%20have%20a%20service-connected%20disability%20rating%20of%2010,a%20copay%20for%20inpatient%20care].

**Table 2**
**VHA Coverage and Costs for Dr. Shahnasarian's Life Care Plan**

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code | VHA Rate |
|---|---|---|---|---|
| **THERAPEUTIC NEEDS** | | | | |
| Urologist Follow-Up | One time | Per Visit | 99213 | $86.34 |
| **DIAGNOSTIC TESTS** | | | | |
| Cystoscopy | One time<br>Every 6-12 Months<br>Annually | Per Visit | 52000 | $204.10 |
| CT Scan Bladder | One time | Per Visit | 74176 | $173.93 |

*Based on Dr. Shahnasarian's Life Care Plan.[41]

[41] Life Care Plan for Frank Mousser, prepared by Michael Shahnasarian, PhD, dated May 20th, 2025.

## 8. SUMMARY OF OPINIONS

This report is based on information known to me as of this date. I have analyzed the information provided to me for Mr. Mousser and assessed publicly available data to arrive at my opinion as to the rates for care covered by Mr. Mousser's insurer. If additional information is made available, I may modify my report. I may also be asked to present opinions on additional issues in this case.

Henry Miller, Ph.D.
December 15, 2025

**APPENDIX A**

**DR. HENRY MILLER**

**CURRICULUM VITAE**

**HENRY MILLER, Ph.D.**
BERKELEY RESEARCH GROUP, LLC
2 N. Central Avenue
Suite 1700
Phoenix, AZ 85004

Direct: 602.388.1116
Mobile: 443.280.1868
hmiller@thinkbrg.com

**SUMMARY**

Henry Miller is Managing Director, Health Analytics in the Phoenix, AZ office of the Berkeley Research Group. He has more than 50 years of experience as a healthcare consultant and researcher specializing in health care finance, public policy, regulatory analysis, and strategic planning. In addition, he has provided expert testimony to the U.S. Congress, several state legislatures, in Federal, State, and local courts and in arbitration proceedings.

Dr. Miller has worked with more than 50 health plans, including some of the largest plans in the U.S., Blue Cross and Blue Shield plans and regional health plans on varied aspects of their operations, including evaluation of premium rate setting strategies, medical loss ratios, administrative issues, organizational structure, community relations, network management, provider payment systems, operating systems, and strategic planning.

Dr. Miller has worked on provider payment systems and network management issues for more than forty years. He was a member of the Medicare oversight committee for the effort to develop the practice expense component of the RBRVS physician fee schedule. He assisted CMS on several projects related to the development of the Medicare Hospital Outpatient Prospective Payment System and directed a project to assess opportunities to improve the Medicare Inpatient Prospective Payment System (IPPS) based on DRGs. Dr. Miller also directed the Medicare program's evaluation of the appropriateness of paying a facility fee to ambulatory surgery centers and has prepared reports on reimbursement issues for the Medicare program that were responses to Congressional requests.

He has designed hospital, physician, and pharmaceutical payment systems for seven Medicaid programs and more than thirty Blue Cross and Blue Shield plans and other health plans. This work has included both in network and out of network payment. In several instances, Dr. Miller negotiated provider contracts on behalf of health plans.

Dr. Miller has worked with various entities on developing competitive bidding programs, including design of Requests for Proposals, and bid evaluation formats. This work focuses on bids for health coverage submitted to employers by health insurers. He has also assisted health insurers who submitted bids for health coverage to private sector and government entities.

Dr. Miller has provided expert testimony on the reasonable costs of medical care, medical payments and network management issues in worker's compensation and personal injury cases. This testimony was based on the methods to measure reasonable value of medical care that Dr. Miller developed. Methods have been accepted in state and Federal courts.

Dr. Miller's work for health plans includes several assignments relating to the operation of Medicare Advantage plans, including issues relating to data submission to the Medicare program, provider contracting, and the development of provider payment approaches and rates. He has also worked for the Medicare program on these issues, especially as related to the quality and availability of data that is submitted by MA plans to the Federal government.

Dr. Miller has directed several public policy and regulatory analysis projects. He has directed evaluations of several programs for the Department of Health and Human Services, including programs managed by the Office of Women's Health, the Health Resources and Services Administration (HRSA), the National Center for Health Statistics, the Agency for Healthcare Research and Quality (AHRQ) and the National Institutes of Health. Much of this work focused on delivery and financing alternatives for improving care to vulnerable populations. He directed a project that investigated innovative approaches to care management initiated by Federally Qualified Health Centers. This project examined programs in nine U.S. communities. He directed studies of research on access to care for disadvantaged, minority, and disabled populations for AHRQ. In other work, he developed a strategic plan for a managed care plan for the uninsured and low-income populations in Hillsborough County, Florida and designed an innovative delivery system for low-income populations in Rochester, New York. His work for HRSA includes evaluations of health care for the homeless programs as well as several federally funded women's and maternal and child health programs. He has conducted similar projects for New York State. Dr. Miller directed an evaluation of the Medicare clinical laboratory payment system for the National Academy of Medicine. He conducted an evaluation of the impact of Medicare regulations on clinical laboratories for the American Clinical Laboratory Association as well as national laboratory chains and hospital-based laboratories.

Dr. Miller directed key elements of the work conducted by the Governor's Commission for Rationalizing Healthcare in New Jersey. He was the lead consultant to the Commission on analyzing the financial status of the State's hospitals as well as measuring the impact of potential hospital closings. He also served as the economic advisor to the Alaska Department of Insurance in its review of the application by Premera Blue Cross to convert to for-profit status. He assisted several Primary Care Trusts and Strategic Health Authorities in the U.K. as they addressed changes in National Health Service requirements.

Dr. Miller has directed several technology related projects, including work in which he presented new technologies to the Centers for Medicare and Medicaid Services (CMS) to obtain their approval and payment. This work included analysis of a radiotherapy for non-Hodgkins lymphoma, a new device for the treatment of posterior uveitis and a cryogenic stent. In addition, he prepared the strategic plan for a Regional Health Information Organization (RHIO) for the Maryland and Virginia area. This work included

an assessment of the feasibility of linking electronic medical records across hospitals and physicians' offices.

Dr. Miller developed resource costing, a tool for the measurement of costs in healthcare settings in a series of projects completed for the Office of the Assistant Secretary for planning and Evaluation of the Department of Health and Human Services. He applied resource costing to a project for the Medicare Payment Advisory Commission (MedPAC) in which he used the approach to assess the accuracy of Medicare Cost Reports as a research and policy analysis tool and to another project to measure the costs of more than 300 hospital outpatient procedures to support efforts by the Centers for Medicare and Medicaid Services (CMS) to develop the Medicare Hospital Outpatient Prospective Payment System (HOPPS) based on APCs.

**PROFESSIONAL EXPERIENCE**

Provider Payment System Design and Evaluation

Dr. Miller played a key role in the development of the Medicare Hospital Outpatient Prospective Payment System (HOPPS). In this work for CMS, he conducted a major pricing study, analyzed the impact of key aspects of the APC approach and assisted in drafting regulations. Subsequently, he conducted a study of the impact of the HOPPS on the quality of care provided to Medicare beneficiaries for MedPAC. Dr. Miller also designed hospital outpatient payment systems for Medicaid programs in New York, New Jersey, North Dakota, and the District of Columbia. He has developed hospital outpatient payment approaches for Blue Cross and Blue Shield plans in New York, New Jersey, Virginia, Georgia, Arkansas, Minnesota, and California.

Dr. Miller also directed an assessment of opportunities to improve the Medicare Inpatient Prospective Payment System (IPPS), based on DRGs. He has designed or evaluated hospital inpatient payment systems for Medicaid programs in Virginia, Pennsylvania, Iowa, New York, and West Virginia. His inpatient payment system design work for health plans includes projects conducted for Blue Cross and Blue Shield plans in Virginia, Pennsylvania, Florida, Texas, North Dakota, Illinois, Colorado, Kansas City and Tennessee. Dr. Miller also evaluated the method used by the Federal government to pay children's hospitals for their investment in medical education.

Dr. Miller completed a study to update the payment system used by the Medicare program to pay Federally Qualified Health Centers (FQHCs). This work was undertaken to address payment issues that arose because payment levels had not been adjusted other than for inflation for more than fifteen years. Recommendations were made to the Health Resources and Services Administration and the Centers for Medicare and Medicaid Services.

Dr. Miller has worked with several State Medicaid programs on home health agency payment systems. He reviewed licensing criteria for home health agencies and other providers in Vermont and New York. He led the design of nursing home reimbursement systems for the Medicaid programs in Virginia, Pennsylvania, Vermont, and Iowa. He directed a study of the Medicare laboratory fee schedule for the National Institute of Medicine. His reimbursement system design work for health plans includes design

of systems to pay hospitals, ambulatory surgery centers, physicians, nursing homes, home healthcare agencies, dialysis centers and other providers. He has also developed fee schedules used for out of network payment for several large health plans. He has worked with more than two-thirds of the nation's Blue Cross and Blue Shield plans as well as national health plans on reimbursement issues.

In other work, Dr. Miller evaluated and made recommendations to improve the payment methods used by worker's compensation programs in Ohio and California. He completed a study of access to healthcare for injured workers in California. Dr. Miller has also worked with personal injury insurers on methods used to pay medical claims.

<u>Public Policy and Regulatory Analysis</u>

Dr. Miller has directed several major studies of key public policy issues for the Federal government as well as for states and private sector clients. Examples of this work include:

- Economic advisor to the Alaska Insurance Department on the application by Premera Blue Cross to convert to for-profit status,
- Financial advisor to the Governor's Commission for the Rationalization of Healthcare in New Jersey,
- Consultant to several U.K agencies on development of responses to changes in the National Health Service, including Yorkshire and the Humber Strategic Health Authority, North Lincolnshire Primary Care Trust, Calderdale Primary Care Trust, and the Swansea Primary Care Trust,
- Analysis of the Highmark Blue Cross and Blue Shield and Independence Blue Cross proposal to merge,
- Validation of the diagnostic information used in the CMS-RCC risk adjustment formula used by the Medicare program to develop payment rates for Medicare Advantage plans,
- Analysis and recommendation of innovative approaches to improve access to primary care services for low-income populations for the Greater Rochester Health Foundation,
- Evaluation of the Rural and Frontier Coordinating Center program of the Federal Office of Women's Health,
- Evaluation of the costs and use of case management in a home health care program funded by the Federal government,
- Evaluation of the impact of the New York State All-Payer Case-Based Prospective Hospital Reimbursement System (NYPHRM) for the Council on Health Care Financing and the New York State legislature,
- Evaluation of several Federal and New York State programs to provide services to people with HIV/AIDS,
- Development and evaluation of community-based healthcare data systems, including a data system to collect and manage data that describe health care markets for the Agency for Healthcare Research and Quality, the Maryland Medical Care Database for the Maryland Health Care Commission and the database used to support hospital quality initiatives by the American Data Network,

- Evaluation of the Healthcare Community Access Program (HCAP), a national effort to reduce uncompensated care in over 150 communities for the Health Resources and Services Administration,
- Evaluation of the Federal Government's Black Lung Clinics program, and
- Completion of several projects for the National Center for Health Statistics including an assessment of the impact of using ICD-10 for diagnosis coding, an evaluation of the uses of provider surveys including the National Hospital Discharge Survey and the National Ambulatory Medical Care Survey and the design of a national survey of ambulatory surgery.

Strategic planning

Dr. Miller's strategic planning work includes assignments completed for hospitals, managed care companies, major employers, and government agencies. These projects include:

- Support on strategic issues for several hospital systems, including Johns Hopkins Medicine, University of Rochester Health System, University of Maryland Medical System, The Christ Hospital, Sutter Health System, and Memorial Hermann Health System.
- Evaluation of health benefits options for major employers including AT&T and Verizon,
- Preparation of a strategic and operational plan for an innovative managed care plan for the uninsured in Hillsborough County, Florida,
- Support for the preparation of the initial Vermont Health Resources Allocation plan for the Vermont Bureau of Insurance, Securities and Health Care Administration,
- Support to the State of New York for the development of a Global Budgeting program, and
- Several studies of the comparative value of health care benefit programs provided by health plans in efforts to identify optimal arrays of benefits.

Expert Testimony

Dr. Miller has served as an expert witness in several health care cases in recent years and has testified in federal and state courts, in arbitrations and in administrative hearings. His testimony addressed:

- Hospital/health plan contract disputes,
- Role of the Affordable Care Act in measuring medical costs in personal injury cases,
- Reasonable costs of medical care in personal injury cases,
- Class action certification,
- Out of network provider payment,
- Rates paid to health care providers by worker's compensation insurers and personal injury insurers,
- Medicare and Medicaid managed care contracts,
- Health plan operations and health plan/provider relationships,
- Health care competition issues,
- Applications by non-profit health insurers seeking to convert to for-profit status, and
- Efforts to obtain certificates of need for health care services.

**EDUCATION**

Ph.D., (Accounting and Economics), University of Illinois
M.B.A., City College of New York
B.B.A., City College of New York

**PRESENT POSITION**
Berkeley Research Group, Managing Director, Health Analytics, 2010 to present

**FULL-TIME TEACHING EXPERIENCE**
University of Baltimore, Associate Professor
State University of New York at Binghamton, Assistant Professor
University of Illinois, Instructor

**OTHER POSITIONS HELD**
LECG, LLC, Managing Director, 2008-2010
Navigant Consulting, Inc., Managing Director, 2002-2008
Center for Health Policy Studies, President, 1979-2002
Miller & Byrne, Inc., President, 1975-1979

**SELECTED COMMUNITY ACTIVITIES**
United Cerebral Palsy of Central Maryland, Chairman, Board of Directors, 2007 to 2011
Heifetz International Music Institute, Treasurer, Board of Directors, 2010 to 2013
Glenelg Country School, Treasurer, Board of Trustees, 1991-2000
Howard County General Hospital, Chairman, Board of Trustees, 1987-1989

**SELECTED PUBLICATIONS**

1. C. Turck, W. Marsh, J. Stevenson, J. York, H. Miller and S. Patel, "Pharmacoeconomics of Surgical Interventions vs. Cyclooxygenase Inhibitors for the Treatment of Patent Ductus Arteriosus," The Journal of Pediatric Pharmacology and Therapeutics, Vol. 12, No. 3, July-September 2007
2. H. Miller, "Outpatient Payment in the Private Sector," in N. Goldfield and W. Kelly, Outpatient Prospective Payment, (Gaithersburg, MD, Aspen Publishing, 1999)
3. H. Miller, B. Cassidy, and D. Karr, "Resource Costing for Healthcare Services," in N. Goldfield and W. Kelly, Outpatient Prospective Payment, (Gaithersburg, MD, Aspen Publishing, 1999)
4. D. Karr, H. Miller, and S. McCue, "the Effect of Instrument Type on the Cost of Laparoscopic Surgery," Surgical Endoscopy, 1996
5. H. Miller and W. Kelly, "Prospective Per Case Payment in New York State: An Analysis," in N. Goldfield and P. Boland, Physician Profiling and Risk Adjustment, (Gaithersburg, MD Aspen Publishing, 1996)
6. B. Balicki, H. Miller, W. Kelly, "Benchmarks and Tools for Evaluating Ambulatory Surgery: A Model for Examining Cost Competitiveness," Healthcare Financial Management, Spring, 1995
7. W. Kelly, H. Miller, T. Parciak, "The Need for Alternatives to Capitation Under Managed Care," Managed Care Quarterly, Summer, 1994

8. H. Miller, "Outpatient Prospective Payment Approaches for Use by Insurers," Journal of Ambulatory Care Management, Spring, 1993
9. B. Balicki, H. Miller, W. Kelly, T. Yates, "Guidelines for Managing Ambulatory Surgery Programs in the 1990's, Journal of Ambulatory Care Management, Winter, 1991
10. H. Miller, et.al., "Costs of Ambulatory Care: Implications for Outpatient Prospective Payment Systems," Journal of Ambulatory Care Management, Winter, 1991
11. W. Kelly, P. Tenan, H. Fillmore, H. Miller, "Products of Ambulatory Care Patient Classification System," Journal of Ambulatory Care Management, Winter, 1990

**TESTIMONY (2016 – Present)**

**2025**

- *Demia Thomas and George Lowery v. Medstar Washington Hospital Center Corporation,* Superior Court for the District of Columbia, Case No. 2022-CAB-005443, (Deposition).

**2024**

- *Cipla, USA, Inc. v. Ipsen Biopharmaceuticals, Inc.,* United States District Court for the District of Delaware, Case No. 22-cv-00552 GBW, *(Deposition).*
- *Scripps Health v. Blue Shield of California,* American Arbitration Association, Case No. 01-23-0000-9314, *(Deposition).*
- *Leslie J. Gelber v. Caithness Services, LLC,* American Arbitration Association, Case 01-23-0002-7637, *(Deposition).*
- *Jonathan Mendoza and Maria Mendoza, on behalf of their minor son, Jazziel Mendoza Oliveros v. Hospital Development of West Phoenix, Inc. d/b/a/ Abrazo West Campus,* Superior Court of the State of Arizona, County of Maricopa, Case No. CV2021-094672, *(Deposition).*
- *Anjil Jeter v. Comanche Construction of Georgia, LLC.,* State Court of DeKalb County, State of Georgia, Civil Action 21A03631, *(Deposition).*
- *Farid Almasri v. Target Corporation,* Superior Court of the State of California, County of Los Angeles, Case No.: 22STCV08524, *(Deposition).*

**2023**

- *Fitzgerald, Kloess & Pope Advisors, LLC v. Premier Parking of Tennessee, LLC, Premier Parking Management Company, LLC*, Chancery Court for Davidson County, Tennessee, Case No. 21-1299-BC, *(Deposition).*
- *Dr. Timothy Munderloh, et al. v. Biegler GMBH, Solace Advancement, LLC, et al.*, United States District Court, District of Arizona, Case No. 3:21–CV-08004-GMS, *(Deposition).*
- *Anthony Azzinaro and Kathryn Lindsay v. The Shyft Group, Inc. and the Shyft Group, USA, Inc.,* U.S District Court, District of Arizona, Case No. 2:21-CV-01990-JJT, *(Deposition).*

**2022**

- *Alpha Omega Lanier Edwards II v. Fast Lane Transportation, Inc.,* Superior Court of the State of California, County of Los Angeles, Case No. 21STCV09757, *(Deposition).*
- *David Wayne Edwards, Jr.; Lyinda Gillman v. Queen of the Valley Medical Center; Shea Pribyl, D.O.,* Superior Court of the State of California, County of Sacramento, Case No. 34-2019-00248337, *(Deposition)*.

- *Jafar Roubakhshyengejeh v. Beatrice Montanez*, Superior Court of the State of California, County of Los Angeles. Case No. 19STCV30292, *(Deposition).*
- Gloria Banda v. Food 4 Less of California, Inc., Superior Court of the State of California, County of Los Angeles, Case No. BC663290, *(Deposition).*
- *Beau Towne v. Multicare Health System d/b/a Mary Bridge Children's Hospital,* Superior Court of the State of Washington for Pierce County, Case No. 20-2-04518-2, *(Testimony).*
- *Medical Society of the State of New York v. United Health Group*, United States District Court, Southern District of New York, Civil Action No. 16-CV-5265 (JPO), (*Testimony*).
- *Lori Bush v. Dignity Health,* Superior Court of the State of California for the County of San Bernadino, Case No. CIVDS-1613161, *(Deposition and Testimony).*

**<u>2021</u>**

- *Adventist Health System/Sunbelt, Inc. v. Humana Medical Plan, Inc.* (Arbitration – American Arbitration Association Case No. 01-19-0002-6864) *(Deposition).*
- *Christopher Bentley v. Scott Gragson,* District Court, Clark County, Nevada, Case No. A-19-796424-C, *(Deposition).*
- *Kaweah Delta Medical Center v. Kaiser Foundation Hospitals*, Superior Court of the State of California for Tulare County, Case No. AH015680 *(Deposition and Trial Testimony)*
- *Medical Mutual of Ohio v. FrontPath Health Coalition*, Court of Common Pleas, Lucas County, Ohio, Case No. CI201703154 *(Deposition)*
- *Kaiser Foundation Hospitals v. Palomar Health F/K/A Palomar Pomerado Health,* Arbitration, JAMS Reference Number 1220063770, *(Deposition).*
- *Perry David Maxwell v. The Boeing Company and Paris Edward Cooper,* United States District Court, Central District of California, Case No. 2:19-cv-05204-DSF-KS *(Deposition).*
- *Baptist Memorial Health Care Corp. v. CIGNA Health Care of Tennessee,* Arbitration, *Deposition and Testimony).*

**APPENDIX B**
**MATERIALS RELIED UPON**

| Materials Relied Upon |
|---|
| Anesthesiologists Center. Center for Medicare & Medicaid Services. |
| Calendar Year (CY) 2026 End-Stage-Renal Disease (ESRD) Prospective Payment System Final Rule. Centers for Medicare & Medicaid Services. November 20, 2025. |
| Clinical Laboratory Fee Schedule. Centers for Medicare & Medicaid Services. |
| CMS-1807-F. Centers for Medicare & Medicaid Services. December 9, 2024. |
| CMS-1828-F. Centers for Medicare & Medicaid Services. November 28, 2025. |
| Complaint. Frank Mousser v. United States of America Camp Lejeune Water Litigation. No. 7:23-CV-0667. November 3, 2023. |
| Cost Analysis for Mr. Frank Mousser, prepared by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP QRP, dated January 28th, 2025. |
| Consumer Price Index for All Urban Consumers: Medical Care in U.S. City Average (CPIMEDSL). Federal Reserve Bank of St. Louis (FRED). October 24, 2025. |
| Current VA Health Care Copay Rates for 2025. U.S. Department of Veterans Affairs. July 15, 2025. |
| Deposition. Frank Mousser v. United States of America Camp Lejeune Water Litigation. Daniel Clarke. No. 7:23-CV-0667, September 3, 2025, at 27:3-27:9. |
| Durable Medical Equipment Prosthetic Devices, Orthotics & Supplies Fee Schedule. Centers for Medicare & Medicaid Services. |
| Eligibility for VHA Health Care. U.S. Department of Veterans Affairs. |
| Fee Schedules – General Information. Centers for Medicare & Medicaid Services. November 19, 2025. |
| FY2025 Agency Profile. Bureau of the Fiscal Services, U.S. Department of Veterans Affairs, Department of Veterans Affairs. September 29, 2025. |
| FY 2026 IPPS Final Rule. Centers for Medicare & Medicaid Services. September 19, 2025. |
| History: CMS' Program History. Centers for Medicare & Medicaid Services. August 13, 2025. |
| History of Medicare Conversion Factors. American Medical Association. |
| History of SSA During the Johnson Administration 1963-1968. Social Security Administration. |
| Home Health Services. Centers for Medicare & Medicaid Services. |
| Home Health Prospective Payment System (HH PPS) Rate Update; Requirements for the HH Quality Reporting Program and the HH Value-Based Purchasing Expanded Model; Durable Medical Equipment, Prosthetics, Orthotics, and Supplies (DMEPOS) Competitive Bidding Program Updates; DMEPOS Accreditation Requirements; and Other Medicare and Medicaid Policies. Centers for Medicare & Medicaid Services. November 28, 2025. |
| Honoring our PACT Act of 2022. Library of Congress, Actions - H.R.3967 - 117th Congress (2021–2022). June 16, 2022. |
| Hospital Inpatient Services Payment System. Medicare Payment Advisory Commission. October 2024. |
| How to Get Veterans Health Benefits. U.S. General Services Administration. August 27, 2025. |
| Life Care Plan for Frank Mousser, prepared by Michael Shahnasarian, PhD, dated May 20th, 2025. |
| Medicare and Medicaid Programs; CY 2025 Payment Policies Under the Physician Fee Schedule and Other Changes to Part B Payment and Coverage Policies; Medicare Shared Savings Program Requirements; Medicare Prescription Drug Inflation Rebate Program; and Medicare Overpayments. Centers for Medicare and Medicaid Services. December 9, 2024. |
| Medicare Anesthesia Conversion Factors. Centers for Medicare & Medicaid Services. |
| Medicare Claims Processing Manual, Chapter 4, Section 10.8. Centers for Medicare & Medicaid Services. November 22, 2024. |
| Medicare Enrollment Dashboard. Centers for Medicare and Medicaid Services. August 2025. |
| Medicare Long-Term Care. Centers for Medicare & Medicaid Services. |
| Medicare Part D – Direct and Indirect Remuneration (DIR). Centers for Medicare & Medicaid Services. January 19, 2017. |

| |
|---|
| Medicare Part D Drug Spending Dashboard. Centers for Medicare & Medicaid Services. |
| Medicare Physician Fee Schedule. Centers for Medicare & Medicaid Services. |
| Methodology for Reimbursing Medical Services, Extended Care Services, Pharmaceuticals, and Durable Medical Equipment Not on Medicare Fee Schedules. National Archives, Federal Register. March 27, 2024. |
| Outpatient Hospital Services Payment System. Medicare Payment Advisory Commission. October 2024. |
| Payment Basics Physician and Other Health Professional Payment System. Medicare Payment Advisory Commission. November 2021. |
| Skilled Nursing Facility Care. Centers for Medicare & Medicaid Services. |
| Skilled Nursing Facility PPS. Centers for Medicare & Medicaid Services. |
| VA Fee Schedule for Authorized Community Care. U.S. Department of Veterans Affairs. |
| VA Health Care and Other Insurance. U.S. Department of Veterans Affairs. |
| VA History Summary. U.S. Department of Veterans Affairs. |
| What to Know About How Medicare Pays Physicians. Alex Cottrill, Juliette Cubanski, and Tricia Neuman. October 7, 2025. |
| Web Price Inpatient (IPPS). Centers for Medicare & Medicaid Services. |
| What's not Covered? Centers for Medicare & Medicaid Services. |