# Exhibit 659

**GARY MCELHINEY V. UNITED STATES OF AMERICA**
**CAMP LEJEUNE WATER LITIGATION**
**NO. 7:23-CV-01368**

**EXPERT REPORT OF DR. HENRY MILLER**

**DECEMBER 15, 2025**

# Contents

1. Introduction ..... 3
2. Background of the Case ..... 3
3. Scope of Report ..... 3
4. Medicare Coverage ..... 4
5. Veterans Health Administration Coverage ..... 5
6. Community Care Network Coverage Administered by Optum Serve ..... 7
7. TRICARE Coverage ..... 7
8. Methodology For Calculation of Costs ..... 8
8.1 Methodology for Services and Supplies with a Medicare Rate ..... 10
8.2 Methodology for Services and Supplies with a CCN/VHA Rate ..... 12
9. Summary of Costs Based on Medicare, VHA, CCN, and TRICARE Coverage for Ms. Hairston's Life Care Plan ..... 13
10. Summary of Costs Based on Medicare, VHA, CCN, and TRICARE Coverage for Dr. Shahnasarian's Life Care Plan ..... 19
11. Summary of Opinions ..... 25

## 1. INTRODUCTION

My name is Henry Miller, Ph.D. I am a Managing Director in the Health Analytics practice of Berkeley Research Group, LLC. I have been working on health care cost and health insurance issues for more than fifty years. I have conducted studies on these issues for the federal Medicare program, several state Medicaid programs and more than forty health insurers. I have testified on these issues in the U.S. Congress, several State legislatures and in federal, state and local courts and in arbitrations. My curriculum vita is attached to this report as Appendix A. My firm is compensated at $825 per hour for my time on this matter and payments are not contingent upon the outcome of the matter.

## 2. BACKGROUND OF THE CASE

This case relates to the injury of Gary McElhiney ("Mr. McElhiney"). Mr. McElhiney suffers from Parkinson's disease ("Mr. McElhiney's Condition") allegedly due to water contamination at the Marine Corps Base Camp Lejeune.[1] I offer no opinion on whether water at Camp Lejeune may have led to Mr. McElhiney's development of any disease. Mr. McElhiney currently resides in Fairview, Tennessee.[2] A Life Care Plan has been prepared for Mr. McElhiney by Kay Hairston, BSN, RN, CCM, CNLCP, that describes the services that Ms. Hairston believes will be needed for Mr. McElhiney throughout his life expectancy. A Life Care Plan was also prepared by Michael Shahnasarian, PhD, that includes modifications to Ms. Hairston's Life Care Plan and services that Dr. Shahnasarian believes will be needed for Mr. McElhiney throughout his life expectancy.

## 3. SCOPE OF REPORT

I was asked by the United States Department of Justice to apply my expertise in health care costs to the matter of *Gary McElhiney v. United States of America*, which is part of the Camp Lejeune Water Litigation in the United States District Court for the Eastern District of North Carolina. I was specifically asked to address the following issues related to Mr. McElhiney:

- Analyze the projected health care costs identified by Kay Hairston, BSN, RN, CCM, CNLCP,[3] ("Ms. Hairston's Life Care Plan") and identify the amount that would be paid by Medicare, the Veterans Health Administration, the Veterans Affairs' Community Care Network, and TRICARE for Mr. McElhiney; and
- Analyze the projected health care costs identified by Michael Shahnasarian, PhD,[4] ("Dr. Shahnasarian's Life Care Plan") and identify the amount that would be paid by Medicare, the

[1] Evaluation on behalf of Gary McElhiney, prepared by Kay Hairston, BSN, RN, CCM, CNLCP, dated February 5th, 2025.
[2] Life Care Plan for Gary Layne McElhiney, prepared by Michael Shahnasarian, PhD, dated May 8th, 2025.
[3] Evaluation on behalf of Gary McElhiney, prepared by Kay Hairston, BSN, RN, CCM, CNLCP, dated February 5th, 2025.
[4] Life Care Plan for Gary Layne McElhiney, prepared by Michael Shahnasarian, PhD, dated May 8th, 2025.

Veterans Health Administration, the Veterans Affairs' Community Care Network, and TRICARE for Mr. McElhiney.

## 4. MEDICARE COVERAGE

Based on information received from counsel, Mr. McElhiney receives coverage for healthcare services through the Medicare program (Part A and Part B).

Medicare Part A, which covers institutional services (e.g., hospital services), has no cost. There is a premium for Part B (e.g., physician and other professional services). The standard Part B premium amount in 2025 is $185 per month ($2,220 annually).[5] In addition, beneficiaries can elect to enroll in optional Medicare Part D coverage, which covers brand-name and generic prescription drugs.

As of August 2025, the Centers for Medicare & Medicaid Services ("CMS") reported 69.3 million Medicare beneficiaries, of which 49 percent were enrolled in traditional Medicare Fee-for-Service coverage (Part A and B).[6] CMS, the federal agency that runs the Medicare Program, is a branch of the Department of Health and Human Services ("HHS"), making it an integral part of the executive branch.[7] On July 30, 1965, President Lyndon B. Johnson signed legislation establishing the Medicare program in response to a lack of support for older Americans' healthcare expenses within existing social safety net programs.[8] In 1972, Medicare was expanded to cover disabled individuals, people with end-stage renal disease ("ESRD") requiring dialysis or kidney transplant, and people ages 65 or older that selected Medicare coverage.[9] Coverage and benefits under the Medicare program have been expanded several times including under the Medicare Prescription Drug Improvement and Modernization Act of 2003 ("MMA"), which altered the Medicare+Choice plans into what we know today as Medicare Advantage plans. Additionally, the MMA created optional prescription drug benefits, known as Part D.[10] Through its different parts, the Medicare program covers most medically necessary services and supplies in a variety of healthcare settings, making it a reliable source of medical coverage for millions of Americans across the country.[11]

---

[5] Centers for Medicare & Medicaid Services, *2025 Medicare Parts A & B Premiums and Deductibles*, November 8, 2024. [https://www.cms.gov/newsroom/fact-sheets/2025-medicare-parts-b-premiums-and-deductibles].

[6] Centers for Medicare & Medicaid Services, *Medicare Enrollment Dashboard*, August 2025. [https://data.cms.gov/tools/medicare-enrollment-dashboard].

[7] "How is Medicare Funded?," Centers for Medicare & Medicaid Services. [https://www.medicare.gov/about-us/how-is-medicare-funded].

[8] Social Security Administration, *History of SSA During the Johnson Administration 1963-1968*. [https://www.ssa.gov/history/ssa/lbjmedicare1.html].

[9] "History: CMS' Program History," Centers for Medicare & Medicaid Services, modified August 13, 2025. [https://www.cms.gov/about-cms/who-we-are/history].

[10] "History: CMS' Program History," Centers for Medicare & Medicaid Services, modified August 13, 2025. [https://www.cms.gov/about-cms/who-we-are/history].

[11] "Compare Original Medicare & Medicare Advantage," Centers for Medicare & Medicaid Services. [https://www.medicare.gov/basics/get-started-with-medicare/get-more-coverage/your-coverage-options/compare-original-medicare-medicare-advantage].

According to U.S. Treasury data, as of November 30, 2025, the U.S. federal government has spent $176 billion on the Medicare program in fiscal year 2026, which constitutes the third largest single portion of the federal budget at 15%.[12] The federal government funds Medicare through mandatory or direct spending, which does not require annual Congressional approval. Medicare is primarily funded through payroll taxes paid by working adults and their employers in addition to smaller sources of funding such as income taxes on social security benefits.[13] Funding for Medicare is entrenched in U.S tax law and support for the program is widespread across the political spectrum.[14] These factors, among others previously described, support my opinion that the Medicare program will continue to exist and play a pivotal role in the United States' healthcare system.

Medicare rates, which are published by CMS, determine how much the Medicare program will reimburse a provider for a specific medical service.[15] CMS updates rates at least annually and rates can be expected to increase over time, even amid limits on Medicare spending such as budget neutrality requirements under the Medicare Access and CHIP Reauthorization Act of 2015 ("MACRA").[16] Increases in rates occur because Medicare rates for most medical services are based on the costs that providers incur to provide services, which increase over time.[17,18,19] In addition to increasing costs leading to higher physician payments, Congressional action and other policies have historically resulted in physician payment reduction suspensions and/or increases in physician payments.[20]

## 5. VETERANS HEALTH ADMINISTRATION COVERAGE

Based on information received from counsel, Mr. McElhiney also receives coverage for healthcare services through the Veterans Health Administration ("VHA"). Eligibility for VHA healthcare benefits is based on military service for a certain period of time. Other requirements must also be met, such as service in

---

[12] U.S. Department of the Treasury, FiscalData, *How much has the U.S. Government Spent this Year?*, updated November 30, 2025. [https://fiscaldata.treasury.gov/americas-finance-guide/federal-spending/].

[13] "How is Medicare Funded?", Centers for Medicare & Medicaid Services. [https://www.medicare.gov/about-us/how-is-medicare-funded].

[14] David Lazer, "Democrats and Republicans Disapprove of Medicare, Medicaid Cuts, Research Finds," *Northeastern University*, September 11, 2025. [https://cssh.northeastern.edu/democrats-and-republicans-disapprove-of-medicare-medicaid-cuts-research-finds/#:~:text=Most%20Americans%20disapprove%20of%20cuts,reading%20at%20Northeastern%20Global%20News].

[15] "Fee Schedules – General Information," Centers for Medicare & Medicaid Services, modified November 19, 2025. [https://www.cms.gov/medicare/payment/fee-schedules].

[16] Alex Cottrill, Juliette Cubanski, and Tricia Neuman, "What to Know about How Medicare Pays Physicians", *KFF*, October 7, 2025. [https://www.kff.org/medicare/what-to-know-about-how-medicare-pays-physicians/].

[17] Medicare Payment Advisory Commission, *Outpatient Hospital Services Payment System*, October 2024. [https://www.medpac.gov/wp-content/uploads/2024/10/MedPAC_Payment_Basics_24_OPD_FINAL_SEC.pdf].

[18] Medicare Payment Advisory Commission, *Hospital Inpatient Services Payment System*, October 2024. [https://www.medpac.gov/wp-content/uploads/2024/10/MedPAC_Payment_Basics_25_hospital_FINAL_SEC.pdf].

[19] Federal Reserve Bank of St. Louis (FRED). *Consumer Price Index for All Urban Consumers: Medical Care in U.S. City Average [CPIMEDSL],* October 24, 2025. [https://fred.stlouisfed.org/series/CPIMEDSL].

[20] Alex Cottrill, Juliette Cubanski, and Tricia Neuman, "What to Know about How Medicare Pays Physicians", *KFF*, October 7, 2025. [https://www.kff.org/medicare/what-to-know-about-how-medicare-pays-physicians/].

certain geographic areas, military conflicts, wars and/or exposure to toxins or other hazards while serving.[21]

Basic VHA health benefits cover preventive care, such as health exams and immunization, inpatient hospital services, urgent and emergency care, long term and home health care, and prescriptions. Some veterans may receive additional benefits such as dental care.[22]

As referenced in the deposition of Daniel Clarke, "The VHA is the largest health care system in the United States providing health care at 1,380 health care facilities, including 170 VA Medical Centers and 1,193 outpatient sites of care of varying complexity to over 9.1 million veterans enrolled in the VA health care program."[23] The VHA is one branch of the Department of Veterans Affairs, which has been a Cabinet-level executive department since 1988, although its roots go much further back. It began when President Lincoln established a National Soldiers and Sailors Asylum in March 1865 before the end of the Civil War. The scope and complexity of the VHA have grown over time as more facilities have been opened and Veterans treated. Since its inception, VHA health care services and coverage have proven to be foundational to providing millions of individuals across the U.S. with vital health care services.[24] VHA funding is routinely approved on a bipartisan basis and coverage has expanded over time, as evidenced by the recent passage of the PACT Act in 2022 and the steady increase in the VA's budget throughout both Democratic and Republican administrations and congressional majorities.[25,26] Therefore, the VHA health care system and coverage are expected to continue for the foreseeable future.

Many VHA health care maximum allowable rates correspond to Medicare rates which can be expected to increase over time as previously described. The VHA also sets its own rates, often for services not covered by Medicare, using a variety of different methodologies that include the following: historic VHA claims data, Medicare relative value units, Medicare Administrative Contractors ("MAC") rates, provider billed charges, and "industry-proven and respected data comprised of Medicare, Medicaid, and commercial health insurance claims."[27] This ensures that VHA rates will continue to keep pace with rising costs in the healthcare marketplace and, therefore, increase over time.

---

[21] "Eligibility for VHA Health Care," U.S. Department of Veterans Affairs. [https://www.va.gov/health-care/eligibility/].

[22] "How to Get Veterans Health Benefits," U.S. General Services Administration, August 27, 2025. [https://www.usa.gov/get-veterans-health-benefits#:~:text=What%20do%20VA%20health%20benefits,Prescriptions].

[23] Daniel Clarke, Deposition, Gary McElhiney v. United States of America Camp Lejeune Water Litigation. No. 7:23-CV-01368, November 2, 2023, at 27:3-27:9.

[24] "VA History Summary," U.S. Department of Veterans Affairs. [https://department.va.gov/history/history-overview/].

[25] Library of Congress, Actions - H.R.3967 - 117th Congress (2021–2022): Honoring our PACT Act of 2022, June 16, 2022. [https://www.congress.gov/bill/117th-congress/house-bill/3967/all-actions].

[26] Bureau of the Fiscal Services, U.S. Department of Veterans Affairs, *Department of Veterans Affairs – FY2025 Agency Profile*, September 29, 2025. [https://www.usaspending.gov/agency/department-of-veterans-affairs?fy=2025].

[27] National Archives, Federal Register, *Methodology for Reimbursing Medical Services, Extended Care Services, Pharmaceuticals, and Durable Medical Equipment Not on Medicare Fee Schedules*, March 27, 2024.

## 6. COMMUNITY CARE NETWORK COVERAGE ADMINISTERED BY OPTUM SERVE

Based on information received from counsel, Mr. McElhiney also receives coverage for healthcare services through the Veterans Affairs' ("VA") Community Care Network ("CCN"). VHA established the VA CCN to ensure Veterans receive timely care. The network, which is organized into five smaller regional networks, was created to purchase care for veterans from community providers, helping to expand veteran access to healthcare services. [28] Optum Serve is a Third Party Administrator ("TPA") for regions 1, 2, and 3 for the VA CCN.[29] Optum Serve manages care coordination for veterans and some members of the National Guard and Reserves, but veteran eligibility is determined by the VA.[30] The CCN covers many similar services to the VHA including comprehensive medical care.[31]

## 7. TRICARE COVERAGE

Based on information received from counsel, Mr. McElhiney also receives coverage for healthcare services through TRICARE, which is a health program for active-duty military service members, retired military service members, and their families, as well as National Guard and Reserve members and their families. TRICARE covers medical, dental and pharmacy services.

The TRICARE program serves a diverse population of approximately 9.5 million beneficiaries, as of 2024.[32] TRICARE's origins trace back to the mid-1960s, when the population of military retirees and dependents significantly increased after the Vietnam War. The military healthcare system that had previously relied mostly on military facilities or sending family members to private facilities for inpatient care became significantly strained.[33] To ensure better access to healthcare services for the growing number of military healthcare beneficiaries, especially those living away from military bases, Congress created the Civilian Health and Medical Program of the United States ("CHAMPUS"). CHAMPUS was a fee-for-service insurance plan with some beneficiary cost-sharing but without the premiums or enrollment fees of traditional insurance. Increased use of CHAMPUS between 1981 and 1990 led to escalating expenses for

---

[https://www.federalregister.gov/documents/2024/03/27/2024-06431/methodology-for-reimbursing-medical-services-extended-care-services-pharmaceuticals-and-durable].

[28] "Community-Care Network," U.S. Department of Veterans Affairs, updated May 20, 2025. [https://www.va.gov/COMMUNITYCARE/providers/Community-Care-Network.asp].

[29] Region 3 is comprised of Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, Oklahoma, Puerto Rico, South Carolina, Tennessee, and the U.S Virgin Islands (see https://www.va.gov/COMMUNITYCARE/providers/Community-Care-Network.asp).

[30] "Eligibility for Community Care Outside VA," U.S. Department of Veterans Affairs. [https://www.va.gov/resources/eligibility-for-community-care-outside-va/].

[31] "Optum Serve Health Services," Optum for Business. [https://business.optum.com/en/access/federal-health-services.html].

[32] Congressional Research Service. *TRICARE Cost-Sharing Changes in 2025*, November 13, 2024. [https://www.congress.gov/crs_external_products/IN/PDF/IN11532/IN11532.7.pdf].

[33] "MOAA's 2020-21 TRICARE Guide: The History of Your Health Care Benefit," Military Officers Association of America, November 4, 2020. [https://www.moaa.org/content/publications-and-media/news-articles/2020-news-articles/moaas-2020-21-tricare-guide-the-history-of-your-health-care-benefit/].

the Defense Department's health budget.[34] As a result, Congress directed the Department of Defense ("DoD") in the 1990s to consider replacing CHAMPUS with an HMO model, which eventually became TRICARE.[35] Today, TRICARE offers many different plans with different payment structures to best meet the needs of service members and their families.[36]

TRICARE continues to have bipartisan support with bills like the "Health Care Fairness for Military Families Act," introduced in 2025, which sought to extend health coverage to dependents of military families until the age of 26.[37] TRICARE is funded through the annual Defense Appropriations bill and, when considered with other military healthcare-related funds, constituted 7.2 percent of DoD's 2025 budget request.[38] While the TRICARE program may change over time, it is expected to continue providing coverage for the foreseeable future. Approximately ten years ago, some lawmakers promoted eliminating TRICARE and instead funding the purchase of private health insurance by TRICARE enrollees.[39] This proposal failed to gather necessary support, but it highlighted the support for the provision of coverage, while that coverage may take different forms in the future.

## 8. METHODOLOGY FOR CALCULATION OF COSTS

When applicable, the CCN follows Medicare billing guidelines, fee schedules, and payment methodology for covered services performed by participating providers.[40] Under CCN coverage, the VA reimburses up to 100% of the allowed amount, which is the Medicare rate, depending on whether a Medicare rate is available.[41] For providers participating in the CCN network, the VA determines payment rates based on the VAFS if Medicare rates are not available.[42]

---

[34] "MOAA's 2020-21 TRICARE Guide: The History of Your Health Care Benefit," Military Officers Association of America, November 4, 2020. [https://www.moaa.org/content/publications-and-media/news-articles/2020-news-articles/moaas-2020-21-tricare-guide-the-history-of-your-health-care-benefit/].

[35] "MOAA's 2020-21 TRICARE Guide: The History of Your Health Care Benefit," Military Officers Association of America, November 4, 2020. [https://www.moaa.org/content/publications-and-media/news-articles/2020-news-articles/moaas-2020-21-tricare-guide-the-history-of-your-health-care-benefit/].

[36] Congressional Research Service. *TRICARE Cost-Sharing Changes in 2025*, November 13, 2024. [https://www.congress.gov/crs_external_products/IN/PDF/IN11532/IN11532.7.pdf].

[37] Sarah Bennett, "Bipartisan Bill Aims to End Costly Fees for Military Families Covering Adult Dependents," *Veteran News*, July 31, 2025. [https://www.veterannews.org/veteran-news/bipartisan-bill-aims-to-end-costly-fees-for-military-families-covering-adult-dependents].

[38] Congressional Research Service. *Defense Primer: Military Health System*, October 18, 2024. [https://www.congress.gov/crs-product/IF10530].

[39] Martin Matishak, "Lawmakers Debate Scrapping TRICARE," *The Hill*, February 11, 2015. [https://thehill.com/policy/defense/232402-lawmakers-debate-scrapping-tricare/].

[40] Optum, *Veterans Affairs (VA) Community Care Network (CCN),* January 17, 2019. [https://www.myoptumhealthphysicalhealth.com/documents/plansummaries/VA%20CCN_PS2019.pdf].

[41] Optum, *Veterans Affairs (VA) Community Care Network (CCN),* January 17, 2019. [https://www.myoptumhealthphysicalhealth.com/documents/plansummaries/VA%20CCN_PS2019.pdf].

[42] Optum, *Veterans Affairs (VA) Community Care Network (CCN),* January 17, 2019. [https://www.myoptumhealthphysicalhealth.com/documents/plansummaries/VA%20CCN_PS2019.pdf].

To determine the rates paid by Medicare, I first identified whether each service/supply, included in the life care plans submitted by Ms. Hairston and Dr. Shahnasarian, were covered by Medicare. Some services/supplies such as companion care services are not covered by Medicare. Next, I identified the rate that would be paid by Medicare for a service/supply. Medicare rates include coinsurance because TRICARE will cover any patient responsibility as Mr. McElhiney's secondary insurance.[43]

To determine the rates paid by the VHA, I first identified whether each service/supply, included in the life care plans submitted by Ms. Hairston and Dr. Shahnasarian, were covered by the VHA. The VHA pays providers at a rate equal to the Medicare rate if a Medicare rate exists. For those services not covered by Medicare and without a Medicare rate, I followed the methodologies outlined on the VHA's website to identify the rate paid.[44]

For Mr. McElhiney, TRICARE will always be secondary insurance and pay last, after Medicare or the VHA, covering any remaining patient responsibility.[45] Therefore, Mr. McElhiney's coverage will pay the full Medicare-approved amount when applicable. Sources for Medicare, VHA, and TRICARE rates are listed in Appendix B of this report.

Mr. McElhiney can elect to use either VHA or Medicare for the coverage of his healthcare services (depending on the provider's participation in those programs).[46] Two rates have been provided in Tables 1 and 2 to identify the difference between what Medicare and the VHA would pay. The amount that will be paid will be determined based on where Mr. Mr. McElhiney seeks medical care.

---

[43] "Becoming Medicare-Eligible," TRICARE. [https://tricare.mil/LifeEvents/Medicare].
[44] U.S. Department of Veterans Affairs, *VA Fee Schedule for Authorized Community Care*. [https://www.va.gov/COMMUNITYCARE/revenue-ops/Fee-Schedule.asp].
[45] "Frequently Asked Questions," TRICARE. [https://tricare.mil/FAQs/TFL/TFL_OHI].
[46] "VA Health Care and Other Insurance," U.S. Department of Veterans Affairs. [https://www.va.gov/health-care/about-va-health-benefits/va-health-care-and-other-insurance/].

### 8.1 Methodology for Services and Supplies with a Medicare Rate

I first identified Medicare rates since the CCN and VHA pay providers at a rate equal to the Medicare rate if a rate exists.[47] Medicare rates are generally available for the following types of services and supplies included in the life care plans: physician services, laboratory services, durable medical equipment ("DME"), medications, home health services, outpatient hospital services, and inpatient hospital services.

Medicare rates for physician services rely on the Medicare Physician Fee Schedule ("MPFS"), which identifies a rate for each Current Procedural Terminology ("CPT") code based on the CPT code's relative value units ("RVUs").[48] CMS generally identifies three RVUs for each CPT code: a work RVU, a practice expense RVU, and a professional liability RVU. To determine Medicare's reimbursement, one would geographically adjust the RVUs for the provider's location[49] and then use a Congressionally mandated conversion factor[50] to translate the RVUs into dollars. Applying this methodology, I was able to determine the Medicare reimbursement rate for each CPT code.[51]

Medicare rates for laboratory services are available from Medicare's Clinical Laboratory Fee Schedule ("CLFS"), which is based on the weighted median of private payor rates.[52]

Medicare rates for DME rely on the Durable Medical Equipment Prosthetic Devices, Orthotics, & Supplies Fee Schedule ("DMEPOS").[53] The DMEPOS fee schedule includes rates for Healthcare Common Procedure Coding System ("HCPCS") codes associated with equipment and are adjusted at the state level based on the provider's location.

To identify Medicare rates for medications, I relied on the Medicare Part D Drug Spending Dashboard.[54] While Part D Medicare coverage is optional and both the federal government and beneficiaries do not pay

---

[47] Optum, *Veterans Affairs (VA) Community Care Network (CCN),* January 17, 2019. [https://www.myoptumhealthphysicalhealth.com/documents/plansummaries/VA%20CCN_PS2019.pdf].

[48] Centers for Medicare & Medicaid Services, *Medicare Physician Fee Schedule*. [https://www.cms.gov/medicare/physician-fee-schedule/search/overview].

[49] For the purposes of my calculations here, I have assumed the providers would be located in Fairview, Tennessee, which is Mr. McElhiney's current residence.

[50] The conversion factor is mandated by Congress and calculated by CMS using an established formula. The conversion factor is published in the Federal Register (see https://www.federalregister.gov/documents/2024/12/09/2024-25382/medicare-and-medicaid-programs-cy-2025-payment-policies-under-the-physician-fee-schedule-and-other). The American Medical Association has provided a summary of the conversation factors over the years (see https://www.ama-assn.org/system/files/cf-history.pdf).

[51] Medicare Payment Advisory Commission, *Payment Basics Physician and Other Health Professional Payment System*, November 2021. [https://www.medpac.gov/wp-content/uploads/2021/11/medpac_payment_basics_21_physician_final_sec.pdf].

[52] Centers for Medicare & Medicaid Services, *Clinical Laboratory Fee Schedule*. [https://www.cms.gov/medicare/payment/fee-schedules/clinical-laboratory-fee-schedule-clfs].

[53] Centers for Medicare & Medicaid Services, *Durable Medical Equipment Prosthetic Devices, Orthotics & Supplies Fee Schedule*. [https://www.cms.gov/medicare/payment/fee-schedules/dmepos].

[54] Centers for Medicare & Medicaid Services, *Medicare Part D Drug Spending Dashboard.* [https://data.cms.gov/tools/medicare-part-d-drug-spending-dashboard].

directly for specific medications,[55] the dashboard provides information on the estimated average spending per dosage unit paid by the Medicare Program and, therefore, offers the best insight into what Medicare Part D would cover for specific medications identified in Mr. McElhiney's life care plans. While I do not have knowledge of coverage under Medicare Part D for Mr. McElhiney, I identified the average spending per dosage unit for each medication included in the life care plans when they included an adequate amount of information to identify a medication, such as the required dosage. I used spending rates for generic versions of medications if they existed in the dashboard.

Specific requirements must first be met to establish Medicare coverage for home health services. Medicare requires the following: 1) A beneficiary must require only part-time care, which is defined as skilled nursing and home health aide services for up to eight (8) hours a day, combined, with a maximum of 28 hours per week and 2) A beneficiary must receive home health aide services in tandem with services from another professional such as a skilled nurse, physical or occupational therapist, or a speech-language pathologist.[56] If a beneficiary meets these two (2) criteria, Medicare will cover home health services using a standardized 30-day period payment. Medicare updates this standardized payment on an annual basis.[57] Medicare has also established a national per-visit rate if the number of visits in a period of care does not meet the low-utilization payment adjustment ("LUPA") threshold. These rates have been adjusted to Mr. McElhiney's geographic location.

To identify Medicare rates for outpatient hospital services, I considered three components that may be applicable to an outpatient visit: the facility fee, the physician or surgeon fee, and an anesthesia fee. For the facility fee, I identified the CPT code and the payment rate from the Medicare hospital Outpatient Prospective Payment System ("OPPS") National Addendum B.[58] OPPS regulations require that 60 percent of the national rates be adjusted to reflect the labor costs in the geographic area where the hospital is located.[59] Therefore, I adjusted 60 percent of the Medicare rate by the relevant wage index for Mr. McElhiney's geographic area. For the physician fee, I used the MPFS which provides rates that are CPT and locality specific. The facility rate is used since the services would be performed in a facility such as a hospital. To calculate the Medicare rate for an anesthesia fee, I relied on several resources published annually by CMS.[60] I multiplied the geographically applicable conversion factor by the sum of time and base units for the surgical procedure and anesthesia code, which are published by HHS on an annual

---

[55] "Medicare Part D – Direct and Indirect Remuneration (DIR)," Centers for Medicare & Medicaid Services, January 19, 2017. [https://www.cms.gov/newsroom/fact-sheets/medicare-part-d-direct-and-indirect-remuneration-dir].
[56] Centers for Medicare & Medicaid Services, *Home Health Services*. [https://www.medicare.gov/coverage/home-health-services#coverage-content-costs].
[57] Centers for Medicare & Medicaid Services, *CMS-1828-F*, November 28, 2025. [https://www.cms.gov/medicare/payment/prospective-payment-systems/home-health/home-health-prospective-payment-system-regulations-and-notices/cms-1828-f].
[58] Centers for Medicare & Medicaid Services, *Hospital Outpatient PPS.* [https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/HospitalOutpatientPPS/].
[59] Centers for Medicare & Medicaid Services, *Medicare Claims Processing Manual*, Chapter 4, Section 10.8, November 22, 2024. [https://www.cms.gov/regulations-and-guidance/guidance/manuals/downloads/clm104c04.pdf].
[60] Centers for Medicare & Medicaid Services, *Anesthesiologists Center*. [https://www.cms.gov/medicare/payment/fee-schedules/physician/anesthesiologists-center].

basis.[61,62] One time unit is equal to 15 minutes, and each surgical CPT code and anesthesia CPT code are assigned specific time and base units, respectively.

To identify Medicare rates for inpatient hospital services, I considered three components that may be applicable to an inpatient discharge: the facility fee, the physician or surgeon fee, and an anesthesia fee. For the facility fee, I selected three (3) hospitals of varying sizes in Mr. McElhiney's geographic area. Using the Medicare Inpatient Prospective Payment System ("IPPS") online web pricer,[63] I determined a payment rate for a specific hospital using a procedure's diagnostic-related group ("DRG") code and corresponding length of stay, both defined by a life care plan or using IPPS average length of stay data.[64] I then calculated an average rate using the three hospital-specific rates to determine an average Medicare rate. If a DRG was not identified in a life care plan, I did not calculate the Medicare rate. The physician fee was determined using the MPFS, following the same methodology as physician services. The facility rate was used since services would be performed in a facility such as a hospital. To calculate the Medicare rate for an anesthesia fee, I relied on several resources published annually by CMS.[65] I multiplied the geographically applicable conversion factor by the sum of time and base units for the surgical procedure and anesthesia code, which are published by HHS on an annual basis.[66,67] One time unit is equal to 15 minutes, and each surgical CPT code and anesthesia CPT code are assigned specific time and base units, respectively.

### 8.2 Methodology for Services and Supplies with a CCN/VHA Rate

While the absence of a Medicare rate does not definitively imply that Medicare will not cover a service, I have chosen to assume that Medicare coverage will not extend to a service or item if a rate cannot be identified.[68] For those services without a Medicare rate, I followed the methodologies outlined on the VHA's website to identify the rate paid by the VHA.[69] This effort included identification of geographically

---

[61] Centers for Medicare & Medicaid Services, *CMS-1807-F*, December 9, 2024. [https://www.cms.gov/medicare/payment/fee-schedules/physician/federal-regulation-notices/cms-1807-f].
[62] Centers for Medicare & Medicaid Services, *Medicare Anesthesia Conversion Factors*. [https://www.cms.gov/Center/Provider-Type/Anesthesiologists-Center.html].
[63] Centers for Medicare & Medicaid Services, *Web Price Inpatient IPPS*. [https://webpricer.cms.gov/#/pricer/ipps].
[64] Centers for Medicare & Medicaid Services, *FY 2026 IPPS Final Rule,* September 19, 2025. [https://www.cms.gov/medicare/payment/prospective-payment-systems/acute-inpatient-pps/fy-2026-ipps-final-rule-home-page].
[65] Centers for Medicare & Medicaid Services, *Anesthesiologists Center*. [https://www.cms.gov/medicare/payment/fee-schedules/physician/anesthesiologists-center].
[66] Centers for Medicare & Medicaid Services, *CMS-1807-F,* December 9, 2024. [https://www.cms.gov/medicare/payment/fee-schedules/physician/federal-regulation-notices/cms-1807-f].
[67] Centers for Medicare & Medicaid Services, *Anesthesiologists Center*. [https://www.cms.gov/Center/Provider-Type/Anesthesiologists-Center.html].
[68] "What's not Covered?," Centers for Medicare & Medicaid Services, [https://www.medicare.gov/providers-services/original-medicare/not-covered].
[69]U.S. Department of Veterans Affairs, *VA Fee Schedule for Authorized Community Care*. [https://www.va.gov/COMMUNITYCARE/revenue-ops/Fee-Schedule.asp].

adjusted rates from the VAFS that are associated with CPT codes identified by life care planners or CPT codes that I identified as representative of services described in Mr. McElhiney's life care plans.[70]

I incorporated exceptions to Medicare coverage and methodology used by the VHA, including housing and vehicle modifications and home health services. The VHA covers some services not included under Medicare, such as housing and vehicle modifications, for which I have provided rates when applicable.

In addition, the VHA offers broader home health coverage than Medicare. Unlike Medicare, VHA home health services are not subject to the same weekly hour limits, and rates were calculated using the Medicare Home Health methodology for services that Medicare would not cover. In addition, the VHA also covers services such as respite care, with rates identified using the VAFS and adjusted to Mr. McElhiney's geographic location.

## 9. SUMMARY OF COSTS BASED ON MEDICARE, VHA, CCN, AND TRICARE COVERAGE FOR MS. HAIRSTON'S LIFE CARE PLAN

Mr. McElhiney's future service unit costs based on Medicare, VHA, CCN, and TRICARE coverage for Ms. Hairston's Life Care Plan are summarized in Table 1 below. Rates reflect standardized rates for what Medicare, the VHA, the CCN, and TRICARE would pay for a service, considering that any patient responsibility will be covered by TRICARE. According to Mr. McElhiney's Veterans Benefits Administration ("VBA") documentation, Mr. McElhiney has a service-connected disability rating of over 70%, meaning that copayments do not apply for many services through the VHA, such as care related to a service-connected injury.[71]

---

[70] If a CPT code was provided in Dr. Shahnasarian's Life Care Plan and an analogous service did not have a code in Ms. Hairston's Life Care Plan, the code in Dr. Shahnasarian's Life Care Plan was applied to both.
[71] "Current VA Health Care Copay Rates for 2025," U.S. Department of Veterans Affairs, updated July 15, 2025. [https://www.va.gov/health-care/copay-rates/#:~:text=in%20a%20hospital)-,If%20you%20have%20a%20service-connected%20disability%20rating%20of%2010,a%20copay%20for%20inpatient%20care].

**Table 1**
**Medicare, VHA, CCN, and TRICARE Coverage and Costs for Ms. Hairston's Life Care Plan**

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| **PHYSICIAN/MEDICAL** | | | | | |
| Primary Care | 4 - 8 times per yr | Per Visit | 99214 | $116.91 | $116.91 |
| Hematology and Ophthalmology | As directed | Per Visit | 99214 | $116.91 | $116.91 |
| Cardiology | 4 times per yr | Per Visit | 99214 | $116.91 | $116.91 |
| Neurology | 1 time per yr | Per Visit | 99214 | $116.91 | $116.91 |
| Neurology | 1 - 2 times per yr | Per Visit | 99214 | $116.91 | $116.91 |
| Neurosurgery | TBD | Per Visit | 99212 | $51.06 | $51.06 |
| Analysis and Programming of the DBS | TBD | Per Visit | SUM(95983, 95984 x 3) | $162.88 | $162.88 |
| Battery Replacement for DBS | TBD | | | | |
| *Physician* | | Per Visit | 61886 | $775.50 | $775.50 |
| *Facility* | | Per Visit | 61886 | $29,184.56 | $29,184.56 |
| *Anesthesia* | | Per Visit | 00300 | $324.00 | $324.00 |
| Serum Studies: Includes TSH, Vitamin B1 | 12 times per yr | Per Visit | SUM(84443, 84425) | $38.03 | $38.03 |
| Emergency Room Treatment | 1 time per yr | Per Visit | 99283 | $265.18 | $265.18 |
| Associated Physician Fee | 1 time per yr | Per Visit | 99283 | $64.71 | $64.71 |
| Podiatry | Every 3 mos | Per Visit | 99214 | $116.91 | $116.91 |
| Counseling | 24 to 48 visits per yr | Per Visit | 90837 | $149.55 | $149.55 |
| Case Management | 12-24 hrs per yr | Per Visit | 99487 | $122.57 | $122.57 |
| **MEDICATIONS/SUPPLIES** | | | | | |
| Carbidopa-Levodopa QR 50mg/200mg | 1 tab, 4 times per day | Per Tablet | | $0.20 | $0.20 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| Carbidopa-Levodopa ER 25mg/250mg | 1 tab, 4 times per day | Per Tablet | | $0.51 | $0.51 |
| Citalopram 200mg | 1 tab at bedtime | Per Tablet | | $0.15 | $0.15 |
| Entacapone 200mg | 1 tab, 4 times per day | Per Tablet | | $1.39 | $1.39 |
| Midodrine 2.5mg | 2 tabs, 3 times per day, 1 tab on 4th dose, 7 tabs per day | Per Tablet | | $0.81 | $0.81 |
| Sodium Chloride 1g | 2 tabs daily | Per Tablet | | $0.10 | $0.10 |
| Vit B12 300mcg | 1 ml, 1 time per day | Per ml | | $3.15 | $3.15 |
| Metoprolol, Atorvastatin | As directed | | | Not enough information to price | |
| Azelastine Nasal Spray | As directed | | | Not enough information to price | |
| **REHABILITATION** | | | | | |
| Physical Therapy Evaluation | Annually | Per Visit | 97162 | $92.54 | $92.54 |
| Physical Therapy | 2 times per yr | Per Visit | 97110 x 2 | $54.38 | $54.38 |
| Occupational Therapy Eval | Annually | Per Visit | 97166 | $94.86 | $94.86 |
| Occupational Therapy | 2 times per yr | Per Visit | 97110 x 2 | $54.38 | $54.38 |
| Speech Therapy Evaluation | Annually | Per Visit | 92523 | $212.05 | $212.05 |
| Speech Therapy | 4 times per yr | Per Visit | 92507 | $71.27 | $71.27 |
| Occupational Therapy | One time only | Per Visit | 97110 x 2 | $54.38 | $54.38 |
| Access to Adaptive Gym | Monthly | | | $0.00 | $0.00 |
| One Time Enrollment Fee | One time only | | | $0.00 | $0.00 |
| **THERAPEUTIC/ADAPTIVE EQUIPMENT** | | | | | |
| Straight or Quad Cane | Every 5 yrs | Per Item | E0105 | $67.36 | $67.36 |
| U-Step Walker | Every 5 yrs | Per Item | SUM(E0147, E0156) | $513.45 | $513.45 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| Manual Lightweight Wheelchair | Every 5 yrs | Per Item | K0003 | $594.88 | $594.88 |
| Power Wheelchair with Cushion | Every 7-10 yrs | Per Item | SUM(K0010, E2601) | $6,624.78 | $6,624.78 |
| Battery Replacement (2) | Annually | Per Pair | E2363 x 2 | $351.08 | $351.08 |
| Electric Hospital Bed | One time only | Per Item | E0265 | $2,329.21 | $2,329.21 |
| Mattress for Hospital Bed | Every 5 yrs | Per Item | | $0.00 | $0.00 |
| Shower Transfer Bench | Every 5 yrs | Per Item | E0245 | $0.00 | $78.26 |
| Elevated Toilet | Every 5 yrs | Per Item | E0244 | $0.00 | $55.77 |
| Therapeutic Recliner | Every 10 yrs | Per Item | AVG(E0627, E0629) | $314.92 | $314.92 |
| Reachers (3) | Every 5 yrs | Per Item | A9281 | $0.00 | $16.16 |
| Sit to Stand Lift | Every 5 yrs | Per Item | E0639 | $2,026.18 | $2,026.18 |
| Gait Belt (2) | Every 2 yrs | Per Item | E0945 | $52.63 | $52.63 |
| Automatic Pill Dispenser | Monthly | Per Item | | $0.00 | $0.00 |
| Bedside Commode | One time only | Per Item | E0163 | $66.45 | $66.45 |
| Specialty Shoes | 2 pairs per yr | Per Item | | $0.00 | $0.00 |
| **DAILY CARE** | | | | | |
| CNA | 8 hrs per day | 30-day Rate, cannot exceed 28 hours per week for Medicare coverage (combined with skilled nursing) | | $0.00 | $1,897.77 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| CNA | 16 hrs per day | 30-day Rate, cannot exceed 28 hours per week for Medicare coverage (combined with skilled nursing) | | $0.00 | |
| CNA | 24 hrs per day | 30-day Rate, cannot exceed 28 hours per week for Medicare coverage (combined with skilled nursing) | | $0.00 | |
| Skilled Nursing | 1-2 times per mo | 30-day Rate, cannot exceed 28 hours per week (combined with CNA) | | $0.00 | |
| Respite Care | 336 hrs per yr / 24 hrs per day for 14 days, per yr | Hourly Rate | S5125 | $0.00 | $41.00 |
| Companion Care | 3, 4 hr trips per wk | Hourly Rate | S5125 | $0.00 | $41.00 |
| Replacement Services | 21 hrs weekly | Hourly Rate | S5125 | $0.00 | $41.00 |
| **HOUSING/TRANSPORATION** | | | | | |
| Home Adaptations | One time only | One-time | | $0.00 | $6,800.00 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| Van Adaptations | Every 7-10 yrs | One-time | | $0.00 | $27,074.99 |
| Maintenance, adapt. Only | Every 6 mos | | | $0.00 | $0.00 |
| **POSSIBLE ADDITIONS** | | | | | |
| Inpatient Hospitalizations | TBD | Per Visit | | Not enough information to price | |

*Based on Ms. Hairston's Life Care Plan.[72]

**Functions denote how rates for included CPT codes should be combined.

[72] Evaluation on behalf of Gary McElhiney, prepared by Kay Hairston, BSN, RN, CCM, CNLCP, dated February 5th, 2025.

## 10. SUMMARY OF COSTS BASED ON MEDICARE, VHA, CCN, AND TRICARE COVERAGE FOR DR. SHAHNASARIAN'S LIFE CARE PLAN

Mr. McElhiney's future service unit costs based on Medicare, VHA, CCN, and TRICARE coverage for Dr. Shahnasarian's Life Care Plan are summarized in Table 2 below. Rates reflect standardized rates for what Medicare, the VHA, the CCN, and TRICARE would pay for a service, considering that any patient responsibility will be covered by TRICARE. According to Mr. McElhiney's VBA documentation, Mr. McElhiney has a service-connected disability rating of over 70%, meaning that copayments do not apply for many services through the VHA, such as care related to a service-connected injury.[73]

[73] "Current VA Health Care Copay Rates for 2025," U.S. Department of Veterans Affairs, updated July 15, 2025. [https://www.va.gov/health-care/copay-rates/#:~:text=in%20a%20hospital)-,If%20you%20have%20a%20service-connected%20disability%20rating%20of%2010,a%20copay%20for%20inpatient%20care].

**Table 2**
**Medicare, VHA, CCN, and TRICARE Coverage and Costs for Dr. Shahnasarian's Life Care Plan**

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| **EVALUATIONS** | | | | | |
| Physical Therapy Evaluation | Every 3 years | Per Visit | 97161 | $92.54 | $92.54 |
| Occupational Therapy Evaluation | Every 3 years | Per Visit | 97165 | $94.86 | $94.86 |
| Speech Therapy Evaluation | Every 3 years | Per Visit | 92522 | $103.16 | $103.16 |
| **THERAPUETIC NEEDS** | | | | | |
| Primary Care Physician Follow-up | 1-2 visits per year | Per Visit | 99214 | $116.91 | $116.91 |
| Cardiologist Follow-up | 1-2 visits per year | Per Visit | 99214 | $116.91 | $116.91 |
| Neurologist with Movement Disorder Follow-up | 1 visit per year | Per Visit | 99214 | $116.91 | $116.91 |
| Neurologist Follow-up | 1-2 visits per year | Per Visit | 99214 | $116.91 | $116.91 |
| Neurosurgery Follow-up | 1-2 visits per year | Per Visit | 99212 | $51.06 | $51.06 |
| Neurosurgery Follow-up | 2-3 visits total | Per Visit | 99212 | $51.06 | $51.06 |
| Psychological Counseling | 10-15 sessions total | Per Visit | 90837 | $149.55 | $149.55 |
| Analysis and Programming of the DBS | As Needed | Per Visit | SUM(95983, 95984 x 3) | $162.88 | $162.88 |
| Physical Therapy | 2 sessions per year | Per Visit | 97110 x 2 | $54.38 | $54.38 |
| Occupational Therapy | 2 sessions per year | Per Visit | 97110 x 2 | $54.38 | $54.38 |
| Speech Therapy | 4 sessions per year | Per Visit | 92507 | $71.27 | $71.27 |
| **DIAGNOSTIC TESTS** | | | | | |
| Blood Analysis | 3 times per year | Per Visit | SUM(85025, 80053, 36415) | $27.42 | $27.42 |
| **WHEELCHAIR NEEDS** | | | | | |
| Manual Lightweight Wheelchair | Replace Every 5 - 7 years | Per Item | K0003 | $594.88 | $594.88 |
| Manual Wheelchair Maintenance | Annually | | | $0.00 | $0.00 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| Power Wheelchair with Cushion | Replace Every 5 - 7 years | Per Item | SUM(K0010, E2601) | $6,624.78 | $6,624.78 |
| Power Wheelchair Maintenance | Annually | | | $0.00 | $0.00 |
| Electric Hospital Bed | Replace Every 7 - 10 years | Per Item | E0265 | $2,329.21 | $2,329.21 |
| Hoyer Lift | Replace Every 7 - 10 years | Per Item | E0630 | $937.56 | $937.56 |
| Hoyer Lift Sling Replacement | Replace Every 2 - 3 years | Per Item | E0621 | $97.14 | $97.14 |
| Therapeutic Recliner | Replace Every 5 - 7 years | Per Item | AVG(E0627, E0629) | $314.92 | $314.92 |
| Shower Chair | Replace Every 5 - 7 years | Per Item | E0245 | $0.00 | $78.26 |
| Elevated Toilet Seat | Replace Every 5 - 7 years | Per Item | E0244 | $0.00 | $55.77 |
| Bedside Commode | Replace Every 5 - 7 years | Per Item | E0163 | $66.45 | $66.45 |
| **AIDS FOR INDEPENDENT LIVING** | | | | | |
| U-Step Walker | Replace Every 5 - 7 years | Per Item | SUM(E0147, E0156) | $513.45 | $513.45 |
| Single Point Cane or Quad Cane | Replace Every 3 - 5 years | Per Item | E0105 | $67.36 | $67.36 |
| Walking Stick | Replace Every 3 - 5 years | Per Item | E0100 | $29.45 | $29.45 |
| Reachers (3) | Replace Every 2 - 3 years | Per Item | A9281 | $0.00 | $16.16 |
| Gait Belt (2) | Replace Every 3 - 5 years | Per Item | E0945 | $52.63 | $52.63 |
| **DRUGS AND SUPPLY NEEDS** | | | | | |
| Carbidopa-Levodopa ER 50mg/200mg | 4 tablets per day | Per Tablet | | $0.51 | $0.51 |
| Carbidopa-Levodopa (Sinemet) 25mg/250mg | 4 tablets per day | Per Tablet | | $0.20 | $0.20 |
| Entacapone (COMTAN) 200 MG | 4 tablets per day | Per Tablet | | $1.39 | $1.39 |
| Midodrine (PROAMATINE) 2.5 MG | 7 tabs per day | Per Tablet | | $0.81 | $0.81 |
| Sodium Chloride 1GM | 2 tabs daily | Per Tablet | | $0.10 | $0.10 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| **HOME FACILITY CARE** | | | | | |
| Companion Care | TBD (To be performed by CNA) | Hourly Rate | S5125 | $0.00 | $41.00 |
| Personal Care Attendant/CNA | 4 hours per day | Hourly Rate, cannot exceed 28 hours per week for Medicare coverage (combined with skilled nursing) | | $0.00 | |
| Personal Care Attendant/CNA | 8 hours per day | Hourly Rate, cannot exceed 28 hours per week for Medicare coverage (combined with skilled nursing) | | $0.00 | $1,897.77 |
| Personal Care Attendant/CNA | 16 hours per day | Hourly Rate, cannot exceed 28 hours per week for Medicare coverage (combined with skilled nursing) | | $0.00 | |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| Nurse or LPN Home Visit | 1-2 times per month | Hourly Rate, cannot exceed 28 hours per week (combined with CNA) | | $0.00 | |
| Case Management | 1 hour per month | Hourly Rate | 99487 | $122.57 | $122.57 |
| Case Management | 2 hours per month | Hourly Rate | 99487 | $122.57 | $122.57 |
| Replacement Services | 7 hours per week (To be performed by CNA) | Hourly Rate | S5125 | $0.00 | $41.00 |
| **TRANSPORTATION NEEDS** | | | | | |
| Disabled Person Parking Placard | Every 2 years | | | $0.00 | $0.00 |
| Adapted Van | One time | One time | | $0.00 | $27,074.99 |
| Adapted Van Maintenance | Annually | | | $0.00 | $0.00 |
| **PERSONAL FITNESS** | | | | | |
| Stationary Bicycle | Replace Every 5 - 7 years | | | $0.00 | $0.00 |
| **ARCHITECTURAL RENOVATIONS** | | | | | |
| Home Environmental Analysis | One time | Per Visit | T1028 | $0.00 | $54.60 |
| Home Modifications | One time | Per Adaptation | | $0.00 | $6,800.00 |
| **PROCEDURES/ HOSPITALIZATIONS** | | | | | |
| Deep Brain Stimulator Battery Replacement | | | | | |
| *Physician* | Every 3 - 5 years | Per Visit | 61886 | $775.50 | $775.50 |
| *Facility* | Every 3 - 5 years | Per Visit | 61886 | $29,184.56 | $29,184.56 |
| *Anesthesia* | Every 3 - 5 years | Per Visit | 00300 | $324.00 | $324.00 |
| Emergency Room Visits | 1 time every 2 years | | | | |
| *Physician* | | Per Visit | 99283 | $64.71 | $64.71 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate with TRICARE as Secondary Coverage | CCN/VHA Rate |
|---|---|---|---|---|---|
| *Facility* | | Per Visit | 99283 | $265.18 | $265.18 |
| Inpatient Hospitalizations | TBD | | | Not enough information to price | |

*Based on Dr. Shahnasarian's Life Care Plan.[74]

**Functions denote how rates for included CPT codes should be combined.

[74] Life Care Plan for Gary Layne McElhiney, prepared by Michael Shahnasarian, PhD, dated May 8th, 2025.

## 11. SUMMARY OF OPINIONS

This report is based on information known to me as of this date. I have analyzed the information provided to me for Mr. McElhiney and assessed publicly available data to arrive at my opinion as to the rates for care covered by Mr. McElhiney's insurers. If additional information is made available, I may modify my report. I may also be asked to present opinions on additional issues in this case.

Henry Miller, Ph.D.
December 15, 2025

**APPENDIX A**
**DR. HENRY MILLER**
**CURRICULUM VITAE**

**HENRY MILLER, Ph.D.**
BERKELEY RESEARCH GROUP, LLC
2 N. Central Avenue
Suite 1700
Phoenix, AZ 85004

Direct: 602.388.1116
Mobile: 443.280.1868
hmiller@thinkbrg.com

**SUMMARY**

Henry Miller is Managing Director, Health Analytics in the Phoenix, AZ office of the Berkeley Research Group. He has more than 50 years of experience as a healthcare consultant and researcher specializing in health care finance, public policy, regulatory analysis, and strategic planning. In addition, he has provided expert testimony to the U.S. Congress, several state legislatures, in Federal, State, and local courts and in arbitration proceedings.

Dr. Miller has worked with more than 50 health plans, including some of the largest plans in the U.S., Blue Cross and Blue Shield plans and regional health plans on varied aspects of their operations, including evaluation of premium rate setting strategies, medical loss ratios, administrative issues, organizational structure, community relations, network management, provider payment systems, operating systems, and strategic planning.

Dr. Miller has worked on provider payment systems and network management issues for more than forty years. He was a member of the Medicare oversight committee for the effort to develop the practice expense component of the RBRVS physician fee schedule. He assisted CMS on several projects related to the development of the Medicare Hospital Outpatient Prospective Payment System and directed a project to assess opportunities to improve the Medicare Inpatient Prospective Payment System (IPPS) based on DRGs. Dr. Miller also directed the Medicare program's evaluation of the appropriateness of paying a facility fee to ambulatory surgery centers and has prepared reports on reimbursement issues for the Medicare program that were responses to Congressional requests.

He has designed hospital, physician, and pharmaceutical payment systems for seven Medicaid programs and more than thirty Blue Cross and Blue Shield plans and other health plans. This work has included both in network and out of network payment. In several instances, Dr. Miller negotiated provider contracts on behalf of health plans.

Dr. Miller has worked with various entities on developing competitive bidding programs, including design of Requests for Proposals, and bid evaluation formats. This work focuses on bids for health coverage submitted to employers by health insurers. He has also assisted health insurers who submitted bids for health coverage to private sector and government entities.

Dr. Miller has provided expert testimony on the reasonable costs of medical care, medical payments and network management issues in worker's compensation and personal injury cases. This testimony was based on the methods to measure reasonable value of medical care that Dr. Miller developed. Methods have been accepted in state and Federal courts.

Dr. Miller's work for health plans includes several assignments relating to the operation of Medicare Advantage plans, including issues relating to data submission to the Medicare program, provider contracting, and the development of provider payment approaches and rates. He has also worked for the Medicare program on these issues, especially as related to the quality and availability of data that is submitted by MA plans to the Federal government.

Dr. Miller has directed several public policy and regulatory analysis projects. He has directed evaluations of several programs for the Department of Health and Human Services, including programs managed by the Office of Women's Health, the Health Resources and Services Administration (HRSA), the National Center for Health Statistics, the Agency for Healthcare Research and Quality (AHRQ) and the National Institutes of Health. Much of this work focused on delivery and financing alternatives for improving care to vulnerable populations. He directed a project that investigated innovative approaches to care management initiated by Federally Qualified Health Centers. This project examined programs in nine U.S. communities. He directed studies of research on access to care for disadvantaged, minority, and disabled populations for AHRQ. In other work, he developed a strategic plan for a managed care plan for the uninsured and low-income populations in Hillsborough County, Florida and designed an innovative delivery system for low-income populations in Rochester, New York. His work for HRSA includes evaluations of health care for the homeless programs as well as several federally funded women's and maternal and child health programs. He has conducted similar projects for New York State. Dr. Miller directed an evaluation of the Medicare clinical laboratory payment system for the National Academy of Medicine. He conducted an evaluation of the impact of Medicare regulations on clinical laboratories for the American Clinical Laboratory Association as well as national laboratory chains and hospital-based laboratories.

Dr. Miller directed key elements of the work conducted by the Governor's Commission for Rationalizing Healthcare in New Jersey. He was the lead consultant to the Commission on analyzing the financial status of the State's hospitals as well as measuring the impact of potential hospital closings. He also served as the economic advisor to the Alaska Department of Insurance in its review of the application by Premera Blue Cross to convert to for-profit status. He assisted several Primary Care Trusts and Strategic Health Authorities in the U.K. as they addressed changes in National Health Service requirements.

Dr. Miller has directed several technology related projects, including work in which he presented new technologies to the Centers for Medicare and Medicaid Services (CMS) to obtain their approval and payment. This work included analysis of a radiotherapy for non-Hodgkins lymphoma, a new device for the treatment of posterior uveitis and a cryogenic stent. In addition, he prepared the strategic plan for a Regional Health Information Organization (RHIO) for the Maryland and Virginia area. This work included

an assessment of the feasibility of linking electronic medical records across hospitals and physicians' offices.

Dr. Miller developed resource costing, a tool for the measurement of costs in healthcare settings in a series of projects completed for the Office of the Assistant Secretary for planning and Evaluation of the Department of Health and Human Services. He applied resource costing to a project for the Medicare Payment Advisory Commission (MedPAC) in which he used the approach to assess the accuracy of Medicare Cost Reports as a research and policy analysis tool and to another project to measure the costs of more than 300 hospital outpatient procedures to support efforts by the Centers for Medicare and Medicaid Services (CMS) to develop the Medicare Hospital Outpatient Prospective Payment System (HOPPS) based on APCs.

**PROFESSIONAL EXPERIENCE**

Provider Payment System Design and Evaluation

Dr. Miller played a key role in the development of the Medicare Hospital Outpatient Prospective Payment System (HOPPS). In this work for CMS, he conducted a major pricing study, analyzed the impact of key aspects of the APC approach and assisted in drafting regulations. Subsequently, he conducted a study of the impact of the HOPPS on the quality of care provided to Medicare beneficiaries for MedPAC. Dr. Miller also designed hospital outpatient payment systems for Medicaid programs in New York, New Jersey, North Dakota, and the District of Columbia. He has developed hospital outpatient payment approaches for Blue Cross and Blue Shield plans in New York, New Jersey, Virginia, Georgia, Arkansas, Minnesota, and California.

Dr. Miller also directed an assessment of opportunities to improve the Medicare Inpatient Prospective Payment System (IPPS), based on DRGs. He has designed or evaluated hospital inpatient payment systems for Medicaid programs in Virginia, Pennsylvania, Iowa, New York, and West Virginia. His inpatient payment system design work for health plans includes projects conducted for Blue Cross and Blue Shield plans in Virginia, Pennsylvania, Florida, Texas, North Dakota, Illinois, Colorado, Kansas City and Tennessee. Dr. Miller also evaluated the method used by the Federal government to pay children's hospitals for their investment in medical education.

Dr. Miller completed a study to update the payment system used by the Medicare program to pay Federally Qualified Health Centers (FQHCs). This work was undertaken to address payment issues that arose because payment levels had not been adjusted other than for inflation for more than fifteen years. Recommendations were made to the Health Resources and Services Administration and the Centers for Medicare and Medicaid Services.

Dr. Miller has worked with several State Medicaid programs on home health agency payment systems. He reviewed licensing criteria for home health agencies and other providers in Vermont and New York. He led the design of nursing home reimbursement systems for the Medicaid programs in Virginia, Pennsylvania, Vermont, and Iowa. He directed a study of the Medicare laboratory fee schedule for the National Institute of Medicine. His reimbursement system design work for health plans includes design

of systems to pay hospitals, ambulatory surgery centers, physicians, nursing homes, home healthcare agencies, dialysis centers and other providers. He has also developed fee schedules used for out of network payment for several large health plans. He has worked with more than two-thirds of the nation's Blue Cross and Blue Shield plans as well as national health plans on reimbursement issues.

In other work, Dr. Miller evaluated and made recommendations to improve the payment methods used by worker's compensation programs in Ohio and California. He completed a study of access to healthcare for injured workers in California. Dr. Miller has also worked with personal injury insurers on methods used to pay medical claims.

Public Policy and Regulatory Analysis

Dr. Miller has directed several major studies of key public policy issues for the Federal government as well as for states and private sector clients. Examples of this work include:

- Economic advisor to the Alaska Insurance Department on the application by Premera Blue Cross to convert to for-profit status,
- Financial advisor to the Governor's Commission for the Rationalization of Healthcare in New Jersey,
- Consultant to several U.K agencies on development of responses to changes in the National Health Service, including Yorkshire and the Humber Strategic Health Authority, North Lincolnshire Primary Care Trust, Calderdale Primary Care Trust, and the Swansea Primary Care Trust,
- Analysis of the Highmark Blue Cross and Blue Shield and Independence Blue Cross proposal to merge,
- Validation of the diagnostic information used in the CMS-RCC risk adjustment formula used by the Medicare program to develop payment rates for Medicare Advantage plans,
- Analysis and recommendation of innovative approaches to improve access to primary care services for low-income populations for the Greater Rochester Health Foundation,
- Evaluation of the Rural and Frontier Coordinating Center program of the Federal Office of Women's Health,
- Evaluation of the costs and use of case management in a home health care program funded by the Federal government,
- Evaluation of the impact of the New York State All-Payer Case-Based Prospective Hospital Reimbursement System (NYPHRM) for the Council on Health Care Financing and the New York State legislature,
- Evaluation of several Federal and New York State programs to provide services to people with HIV/AIDS,
- Development and evaluation of community-based healthcare data systems, including a data system to collect and manage data that describe health care markets for the Agency for Healthcare Research and Quality, the Maryland Medical Care Database for the Maryland Health Care Commission and the database used to support hospital quality initiatives by the American Data Network,

- Evaluation of the Healthcare Community Access Program (HCAP), a national effort to reduce uncompensated care in over 150 communities for the Health Resources and Services Administration,
- Evaluation of the Federal Government's Black Lung Clinics program, and
- Completion of several projects for the National Center for Health Statistics including an assessment of the impact of using ICD-10 for diagnosis coding, an evaluation of the uses of provider surveys including the National Hospital Discharge Survey and the National Ambulatory Medical Care Survey and the design of a national survey of ambulatory surgery.

<u>Strategic planning</u>

Dr. Miller's strategic planning work includes assignments completed for hospitals, managed care companies, major employers, and government agencies. These projects include:

- Support on strategic issues for several hospital systems, including Johns Hopkins Medicine, University of Rochester Health System, University of Maryland Medical System, The Christ Hospital, Sutter Health System, and Memorial Hermann Health System.
- Evaluation of health benefits options for major employers including AT&T and Verizon,
- Preparation of a strategic and operational plan for an innovative managed care plan for the uninsured in Hillsborough County, Florida,
- Support for the preparation of the initial Vermont Health Resources Allocation plan for the Vermont Bureau of Insurance, Securities and Health Care Administration,
- Support to the State of New York for the development of a Global Budgeting program, and
- Several studies of the comparative value of health care benefit programs provided by health plans in efforts to identify optimal arrays of benefits.

<u>Expert Testimony</u>

Dr. Miller has served as an expert witness in several health care cases in recent years and has testified in federal and state courts, in arbitrations and in administrative hearings. His testimony addressed:

- Hospital/health plan contract disputes,
- Role of the Affordable Care Act in measuring medical costs in personal injury cases,
- Reasonable costs of medical care in personal injury cases,
- Class action certification,
- Out of network provider payment,
- Rates paid to health care providers by worker's compensation insurers and personal injury insurers,
- Medicare and Medicaid managed care contracts,
- Health plan operations and health plan/provider relationships,
- Health care competition issues,
- Applications by non-profit health insurers seeking to convert to for-profit status, and
- Efforts to obtain certificates of need for health care services.

**EDUCATION**
Ph.D., (Accounting and Economics), University of Illinois
M.B.A., City College of New York
B.B.A., City College of New York

**PRESENT POSITION**
Berkeley Research Group, Managing Director, Health Analytics, 2010 to present

**FULL-TIME TEACHING EXPERIENCE**
University of Baltimore, Associate Professor
State University of New York at Binghamton, Assistant Professor
University of Illinois, Instructor

**OTHER POSITIONS HELD**
LECG, LLC, Managing Director, 2008-2010
Navigant Consulting, Inc., Managing Director, 2002-2008
Center for Health Policy Studies, President, 1979-2002
Miller & Byrne, Inc., President, 1975-1979

**SELECTED COMMUNITY ACTIVITIES**
United Cerebral Palsy of Central Maryland, Chairman, Board of Directors, 2007 to 2011
Heifetz International Music Institute, Treasurer, Board of Directors, 2010 to 2013
Glenelg Country School, Treasurer, Board of Trustees, 1991-2000
Howard County General Hospital, Chairman, Board of Trustees, 1987-1989

**SELECTED PUBLICATIONS**

1. C. Turck, W. Marsh, J. Stevenson, J. York, H. Miller and S. Patel, "Pharmacoeconomics of Surgical Interventions vs. Cyclooxygenase Inhibitors for the Treatment of Patent Ductus Arteriosus," The Journal of Pediatric Pharmacology and Therapeutics, Vol. 12, No. 3, July-September 2007
2. H. Miller, "Outpatient Payment in the Private Sector," in N. Goldfield and W. Kelly, Outpatient Prospective Payment, (Gaithersburg, MD, Aspen Publishing, 1999)
3. H. Miller, B. Cassidy, and D. Karr, "Resource Costing for Healthcare Services," in N. Goldfield and W. Kelly, Outpatient Prospective Payment, (Gaithersburg, MD, Aspen Publishing, 1999)
4. D. Karr, H. Miller, and S. McCue, "the Effect of Instrument Type on the Cost of Laparoscopic Surgery," Surgical Endoscopy, 1996
5. H. Miller and W. Kelly, "Prospective Per Case Payment in New York State: An Analysis," in N. Goldfield and P. Boland, Physician Profiling and Risk Adjustment, (Gaithersburg, MD Aspen Publishing, 1996)
6. B. Balicki, H. Miller, W. Kelly, "Benchmarks and Tools for Evaluating Ambulatory Surgery: A Model for Examining Cost Competitiveness," Healthcare Financial Management, Spring, 1995
7. W. Kelly, H. Miller, T. Parciak, "The Need for Alternatives to Capitation Under Managed Care," Managed Care Quarterly, Summer, 1994

8. H. Miller, "Outpatient Prospective Payment Approaches for Use by Insurers," Journal of Ambulatory Care Management, Spring, 1993
9. B. Balicki, H. Miller, W. Kelly, T. Yates, "Guidelines for Managing Ambulatory Surgery Programs in the 1990's, Journal of Ambulatory Care Management, Winter, 1991
10. H. Miller, et.al., "Costs of Ambulatory Care: Implications for Outpatient Prospective Payment Systems," Journal of Ambulatory Care Management, Winter, 1991
11. W. Kelly, P. Tenan, H. Fillmore, H. Miller, "Products of Ambulatory Care Patient Classification System," Journal of Ambulatory Care Management, Winter, 1990

**TESTIMONY (2016 – Present)**

**2025**

- *Demia Thomas and George Lowery v. Medstar Washington Hospital Center Corporation,* Superior Court for the District of Columbia, Case No. 2022-CAB-005443, (Deposition).

**2024**

- *Cipla, USA, Inc. v. Ipsen Biopharmaceuticals, Inc.,* United States District Court for the District of Delaware, Case No. 22-cv-00552 GBW, *(Deposition).*
- *Scripps Health v. Blue Shield of California,* American Arbitration Association, Case No. 01-23-0000-9314, *(Deposition).*
- *Leslie J. Gelber v. Caithness Services, LLC,* American Arbitration Association, Case 01-23-0002-7637, *(Deposition).*
- *Jonathan Mendoza and Maria Mendoza, on behalf of their minor son, Jazziel Mendoza Oliveros v. Hospital Development of West Phoenix, Inc. d/b/a/ Abrazo West Campus,* Superior Court of the State of Arizona, County of Maricopa, Case No. CV2021-094672, *(Deposition).*
- *Anjil Jeter v. Comanche Construction of Georgia, LLC.,* State Court of DeKalb County, State of Georgia, Civil Action 21A03631, *(Deposition).*
- *Farid Almasri v. Target Corporation,* Superior Court of the State of California, County of Los Angeles, Case No.: 22STCV08524, *(Deposition).*

**2023**

- *Fitzgerald, Kloess & Pope Advisors, LLC v. Premier Parking of Tennessee, LLC, Premier Parking Management Company, LLC*, Chancery Court for Davidson County, Tennessee, Case No. 21-1299-BC, *(Deposition).*
- *Dr. Timothy Munderloh, et al. v. Biegler GMBH, Solace Advancement, LLC, et al.*, United States District Court, District of Arizona, Case No. 3:21–CV-08004-GMS, *(Deposition).*
- *Anthony Azzinaro and Kathryn Lindsay v. The Shyft Group, Inc. and the Shyft Group, USA, Inc.,* U.S District Court, District of Arizona, Case No. 2:21-CV-01990-JJT, *(Deposition).*

**2022**

- *Alpha Omega Lanier Edwards II v. Fast Lane Transportation, Inc.,* Superior Court of the State of California, County of Los Angeles, Case No. 21STCV09757, *(Deposition).*
- *David Wayne Edwards, Jr.; Lyinda Gillman v. Queen of the Valley Medical Center; Shea Pribyl, D.O.,* Superior Court of the State of California, County of Sacramento, Case No. 34-2019-00248337, *(Deposition).*

- *Jafar Roubakhshyengejeh v. Beatrice Montanez*, Superior Court of the State of California, County of Los Angeles. Case No. 19STCV30292, *(Deposition).*
- Gloria Banda v. Food 4 Less of California, Inc., Superior Court of the State of California, County of Los Angeles, Case No. BC663290, *(Deposition).*
- *Beau Towne v. Multicare Health System d/b/a Mary Bridge Children's Hospital,* Superior Court of the State of Washington for Pierce County, Case No. 20-2-04518-2, *(Testimony).*
- *Medical Society of the State of New York v. United Health Group*, United States District Court, Southern District of New York, Civil Action No. 16-CV-5265 (JPO), (*Testimony*).
- *Lori Bush v. Dignity Health,* Superior Court of the State of California for the County of San Bernadino, Case No. CIVDS-1613161, *(Deposition and Testimony).*

**<u>2021</u>**

- *Adventist Health System/Sunbelt, Inc. v. Humana Medical Plan, Inc.* (Arbitration – American Arbitration Association Case No. 01-19-0002-6864) *(Deposition).*
- *Christopher Bentley v. Scott Gragson,* District Court, Clark County, Nevada, Case No. A-19-796424-C, *(Deposition).*
- *Kaweah Delta Medical Center v. Kaiser Foundation Hospitals*, Superior Court of the State of California for Tulare County, Case No. AH015680 *(Deposition and Trial Testimony)*
- *Medical Mutual of Ohio v. FrontPath Health Coalition*, Court of Common Pleas, Lucas County, Ohio, Case No. CI201703154 *(Deposition)*
- *Kaiser Foundation Hospitals v. Palomar Health F/K/A Palomar Pomerado Health,* Arbitration, JAMS Reference Number 1220063770, *(Deposition).*
- *Perry David Maxwell v. The Boeing Company and Paris Edward Cooper,* United States District Court, Central District of California, Case No. 2:19-cv-05204-DSF-KS *(Deposition).*
- *Baptist Memorial Health Care Corp. v. CIGNA Health Care of Tennessee,* Arbitration, *Deposition and Testimony).*

**APPENDIX B**
**MATERIALS RELIED UPON**

| Materials Relied Upon |
|---|
| Anesthesiologists Center. Centers for Medicare & Medicaid Services. |
| Becoming Medicare-Eligible. TRICARE. |
| Bipartisan Bill Aims to End Costly Fees for Military Families Covering Adult Dependents. Veteran News. Sarah Bennett. July 31, 2025. |
| Bureau of the Fiscal Services. U.S. Department of Veterans Affairs. Department of Veterans Affairs – FY2025 Agency Profile. September 29, 2025. |
| Clinical Laboratory Fee Schedule. Centers for Medicare & Medicaid Services. |
| CMS-1807-F. Centers for Medicare & Medicaid Services. December 9, 2024. |
| CMS-1828-F. Centers for Medicare & Medicaid Services. November 28, 2025. |
| Compare Original Medicare & Medicare Advantage. Centers for Medicare & Medicaid Services. |
| Complaint. Gary McElhiney v. United States of America Camp Lejeune Water Litigation. No. 7:23-CV-01368. July 17, 2024. |
| Consumer Price Index for All Urban Consumers: Medical Care in U.S. City Average (CPIMEDSL). Federal Reserve Bank of St. Louis (FRED). Updated October 24, 2025. |
| Current VA Health Care Copay Rates for 2025. U.S. Department of Veterans Affairs, July 15, 2025. |
| Daniel Clarke, Deposition, Gary McElhiney v. United States of America Camp Lejeune Water Litigation. No. 7:23-CV-01368, November 2, 2023, at 27:3-27:9. |
| Defense Primer: Military Health System. Congressional Research Service. October 18, 2024. |
| Democrats and Republicans Disapprove of Medicare, Medicaid Cuts, Research Finds. Northeastern University. David Lazer. September 11, 2025. |
| Durable Medical Equipment Prosthetic Devices, Orthotics & Supplies Fee Schedule. Centers for Medicare & Medicaid Services. |
| Eligibility for VHA health care. U.S. Department of Veterans Affairs. |
| Evaluation on behalf of Gary McElhiney, prepared by Kay Hairston, BSN, RN, CCM, CNLCP, dated February 5th, 2025. |
| Fee Schedules – General Information. Centers for Medicare & Medicaid Services. November 19, 2025. |
| Frequently Asked Questions. TRICARE. |
| FY 2026 IPPS Final Rule. Centers for Medicare & Medicaid Services. September 19, 2025. |
| History of Medicare Conversion Factors. American Medical Association. |
| History of SSA During the Johnson Administration 1963-1968. Social Security Administration. |
| History: CMS' Program History. Centers for Medicare & Medicaid Services, August 13, 2025. |
| Home Health Services. Centers for Medicare & Medicaid Services. |
| Hospital Inpatient Services Payment System. Medicare Payment Advisory Commission. October 2024. |
| Hospital Outpatient PPS. Centers for Medicare & Medicaid Services. |
| How is Medicare Funded?. Centers for Medicare & Medicaid Services. |
| How much has the U.S. Government Spent this Year?. U.S. Department of the Treasury. FiscalData. November 30, 2025. |
| How to get Veterans Health Benefits. U.S. General Services Administration, August 27, 2025. |
| Lawmakers Debate Scrapping TRICARE. The Hill. Martin Matishak. February 11, 2015. |
| Library of Congress, Actions - H.R.3967 - 117th Congress (2021–2022): Honoring our PACT Act of 2022, June 16, 2022. |
| Life Care Plan for Gary Layne McElhiney, prepared by Michael Shahnasarian, PhD, dated May 8th, 2025. |
| Medicare and Medicaid Programs; CY 2025 Payment Policies Under the Physician Fee Schedule and Other Changes to Part B Payment and Coverage Policies; Medicare Shared Savings Program Requirements; Medicare Prescription Drug Inflation Rebate Program; and Medicare Overpayments. Federal Register. National Archives. December 9, 2024. |
| Medicare Anesthesia Conversion Factors. Centers for Medicare & Medicaid Services. |

| Materials Relied Upon |
| --- |
| Medicare Claims Processing Manual Chapter 4, Section 10.8. Centers for Medicare & Medicaid Services. November 22, 2024. |
| Medicare Enrollment Dashboard. Centers for Medicare & Medicaid Services. August 2025. |
| Medicare Part D – Direct and Indirect Remuneration (DIR). Centers for Medicare & Medicaid Services, January 19, 2017. |
| Medicare Part D Drug Spending Dashboard. Centers for Medicare & Medicaid Services. |
| Medicare Physician Fee Schedule. Centers for Medicare & Medicaid Services. |
| Methodology for Reimbursing Medical Services, Extended Care Services, Pharmaceuticals, and Durable Medical Equipment Not on Medicare Fee Schedules. National Archives. Federal Register. March 27, 2024. |
| MOAA's 2020-21 TRICARE Guide: The History of Your Health Care Benefit. Military Officers Association of America, November 4, 2020. |
| Optum Serve Health Services. Optum for Business. |
| Outpatient Hospital Services Payment System. Medicare Payment Advisory Commission. October 2024. |
| Payment Basics Physician and Other Health Professional Payment System. Medicare Payment Advisory Commission. November 2021. |
| TRICARE Cost-Sharing Changes in 2025. Congressional Research Service. November 13, 2024. |
| Veterans Affairs (VA) Community Care Network (CCN). Optum. January 17, 2019. |
| VA Fee Schedule for Authorized Community Care. U.S. Department of Veterans Affairs. |
| VA Health Care and Other Insurance. U.S. Department of Veterans Affairs. |
| VA History Summary. U.S. Department of Veterans Affairs. |
| What to Know about how Medicare Pays Physicians. Alex Cottrill, Juliette Cubanski, and Tricia Neuman. KFF. October 7, 2025. |
| Web Price Inpatient (IPPS). Centers for Medicare & Medicaid Services. |
| What's not Covered?, Centers for Medicare & Medicaid Services. |
| 2025 Medicare Parts A & B Premiums and Deductibles. Centers for Medicare & Medicaid Services. November 8, 2024. |