# Exhibit 660

**JACQUELINE TUKES V. UNITED STATES OF AMERICA**
**CAMP LEJEUNE WATER LITIGATION**
**NO. 7:23-CV-01553**

**EXPERT REPORT OF DR. HENRY MILLER**

**DECEMBER 15, 2025**

# Contents

1. Introduction ........ 3
2. Background of the Case ........ 3
3. Scope of Report ........ 3
4. Medicare Coverage ........ 4
5. TRICARE Coverage ........ 5
6. Methodology for Calculation of Costs ........ 7
    6.1 Methodology for Services and Supplies with a Medicare Rate ........ 7
    6.2 Methodology for Services and Supplies with a TRICARE Rate ........ 9
7. Summary of Costs Based on Medicare and TRICARE Coverage for Mr. Fryar's Life Care Plan........ 10
8. Summary of Costs Based on Medicare and TRICARE Coverage for Dr. Shahnasarian's Life Care Plan ........ 15
9. Summary of Opinions ........ 18

## 1. INTRODUCTION

My name is Henry Miller, Ph.D. I am a Managing Director in the Health Analytics practice of Berkeley Research Group, LLC. I have been working on health care cost and health insurance issues for more than fifty years. I have conducted studies on these issues for the federal Medicare program, several state Medicaid programs and more than forty health insurers. I have testified on these issues in the U.S. Congress, several State legislatures and in federal, state and local courts and in arbitrations. My curriculum vita is attached to this report as Appendix A. My firm is compensated at $825 per hour for my time on this matter and payments are not contingent upon the outcome of the matter.

## 2. BACKGROUND OF THE CASE

This case relates to the injury of Jacqueline Tukes ("Ms. Tukes"). Ms. Tukes suffers from kidney cancer ("Ms. Tukes' condition") allegedly due to water contamination at the Marine Corps Base Camp Lejeune.[1] I offer no opinion on whether water at Camp Lejeune may have led to Ms. Tukes' development of any disease. Ms. Tukes currently resides in Jacksonville, North Carolina.[2] A Life Care Plan has been prepared for Ms. Tukes by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP, QRP that describes the services that Mr. Fryar believes will be needed for Ms. Tukes throughout her life expectancy. A Life Care Plan was also prepared by Michael Shahnasarian, PhD that includes modifications to Mr. Fryar's Life Care Plan and services that Dr. Shahnasarian believes will be needed for Ms. Tukes throughout her life expectancy.

## 3. SCOPE OF REPORT

I was asked by the United States Department of Justice to apply my expertise in health care costs to the matter of *Jacqueline Tukes v. United States of America*, which is part of the Camp Lejeune Water Litigation in the United States District Court for the Eastern District of North Carolina. I was specifically asked to address the following issues related to Ms. Tukes:

- Analyze the projected health care costs identified by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP, QRP,[3] ("Mr. Fryar's Life Care Plan") and identify the amount that would be paid by Medicare and TRICARE for Ms. Tukes; and
- Analyze the projected health care costs identified by Michael Shahnasarian, PhD,[4] ("Dr. Shahnasarian's Life Care Plan") and identify the amount that would be paid by Medicare and TRICARE for Ms. Tukes.

---

[1] Cost Analysis for Ms. Jacqueline Tukes, prepared by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP QRP, dated January 28th, 2025.

[2] Life Care Plan for Jacqueline Tukes, prepared by Michael Shahnasarian, PhD, dated April 8th, 2025.

[3] Cost Analysis for Ms. Jacqueline Tukes, prepared by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP QRP, dated January 28th, 2025.

[4] Life Care Plan for Jacqueline Tukes, prepared by Michael Shahnasarian, PhD, dated April 8th, 2025.

## 4. MEDICARE COVERAGE

Based on information received from counsel, Ms. Tukes receives coverage for healthcare services through the Medicare program.

Medicare Part A, which covers institutional services (e.g., hospital services), has no cost. There is a premium for Part B (e.g., physician and other professional services). The standard Part B premium amount in 2025 is $185 per month ($2,220 annually).[5] In addition, beneficiaries can elect to enroll in optional Medicare Part D coverage, which covers brand-name and generic prescription drugs.

As of August 2025, the Centers for Medicare & Medicaid Services ("CMS") reported 69.3 million Medicare beneficiaries, of which 49 percent were enrolled in traditional Medicare Fee-for-Service coverage (Part A and B).[6] CMS, the federal agency that runs the Medicare Program, is a branch of the Department of Health and Human Services ("HHS"), making it an integral part of the executive branch.[7] On July 30, 1965, President Lyndon B. Johnson signed legislation establishing the Medicare program in response to a lack of support for older Americans' healthcare expenses within existing social safety net programs.[8] In 1972, Medicare was expanded to cover disabled individuals, people with end-stage renal disease ("ESRD") requiring dialysis or kidney transplant, and people ages 65 or older that selected Medicare coverage.[9] Coverage and benefits under the Medicare program have been expanded several times including under the Medicare Prescription Drug Improvement and Modernization Act of 2003 ("MMA"), which altered the Medicare+Choice plans into what we know today as Medicare Advantage plans. Additionally, the MMA created optional prescription drug benefits, known as Part D.[10] Through its different parts, the Medicare program covers most medically necessary services and supplies in a variety of healthcare settings, making it a reliable source of medical coverage for millions of Americans across the country.[11]

According to U.S. Treasury data, as of November 30, 2025, the U.S. federal government has spent $176 billion on the Medicare program in fiscal year 2026, which constitutes the third largest single portion of

---

[5] Centers for Medicare & Medicaid Services, *2025 Medicare Parts A & B Premiums and Deductibles*, November 8, 2024. [https://www.cms.gov/newsroom/fact-sheets/2025-medicare-parts-b-premiums-and-deductibles].

[6] Centers for Medicare & Medicaid Services, *Medicare Enrollment Dashboard*, August 2025. [https://data.cms.gov/tools/medicare-enrollment-dashboard].

[7] "How is Medicare Funded?," Centers for Medicare & Medicaid Services. [https://www.medicare.gov/about-us/how-is-medicare-funded].

[8] Social Security Administration, *History of SSA During the Johnson Administration 1963-1968*. [https://www.ssa.gov/history/ssa/lbjmedicare1.html].

[9] "History: CMS' Program History," Centers for Medicare & Medicaid Services, modified August 13, 2025. [https://www.cms.gov/about-cms/who-we-are/history].

[10] "History: CMS' Program History," Centers for Medicare & Medicaid Services, modified August 13, 2025. [https://www.cms.gov/about-cms/who-we-are/history].

[11] "Compare Original Medicare & Medicare Advantage," Centers for Medicare & Medicaid Services. [https://www.medicare.gov/basics/get-started-with-medicare/get-more-coverage/your-coverage-options/compare-original-medicare-medicare-advantage].

the federal budget at 15%.[12] The federal government funds Medicare through mandatory or direct spending, which does not require annual Congressional approval. Medicare is primarily funded through payroll taxes paid by working adults and their employers in addition to smaller sources of funding such as income taxes on social security benefits.[13] Funding for Medicare is entrenched in U.S tax law and support for the program is widespread across the political spectrum.[14] These factors, among others previously described, support my opinion that the Medicare program will continue to exist and play a pivotal role in the United States' healthcare system.

Medicare rates, which are published by CMS, determine how much the Medicare program will reimburse a provider for a specific medical service.[15] CMS updates rates at least annually and rates can be expected to increase over time, even amid limits on Medicare spending such as budget neutrality requirements under the Medicare Access and CHIP Reauthorization Act of 2015 ("MACRA").[16] Increases in rates occur because Medicare rates for most medical services are based on the costs that providers incur to provide services, which increase over time.[17,18,19] In addition to increasing costs leading to higher physician payments, Congressional action and other policies have historically resulted in physician payment reduction suspensions and/or increases in physician payments.[20]

## 5. TRICARE COVERAGE

Based on information received from counsel, Ms. Tukes also receives coverage for healthcare services through TRICARE, which is a health program for active-duty military service members, retired military service members and their families, as well as National Guard and Reserve members and their families. TRICARE covers medical, dental and pharmacy services.

---

[12] U.S. Department of the Treasury, FiscalData, *How much has the U.S. Government Spent this Year?*, updated November 30, 2025. [https://fiscaldata.treasury.gov/americas-finance-guide/federal-spending/].

[13] "How is Medicare Funded?", Centers for Medicare & Medicaid Services. [https://www.medicare.gov/about-us/how-is-medicare-funded].

[14] David Lazer, "Democrats and Republicans Disapprove of Medicare, Medicaid Cuts, Research Finds," *Northeastern University*, September 11, 2025. [https://cssh.northeastern.edu/democrats-and-republicans-disapprove-of-medicare-medicaid-cuts-research-finds/#:~:text=Most%20Americans%20disapprove%20of%20cuts,reading%20at%20Northeastern%20Global%20News].

[15] "Fee Schedules – General Information," Centers for Medicare & Medicaid Services, modified November 19, 2025. [https://www.cms.gov/medicare/payment/fee-schedules].

[16] Alex Cottrill, Juliette Cubanski, and Tricia Neuman, "What to Know about How Medicare Pays Physicians", *KFF*, October 7, 2025. [https://www.kff.org/medicare/what-to-know-about-how-medicare-pays-physicians/].

[17] Medicare Payment Advisory Commission, *Outpatient Hospital Services Payment System*, October 2024. [https://www.medpac.gov/wp-content/uploads/2024/10/MedPAC_Payment_Basics_24_OPD_FINAL_SEC.pdf].

[18] Medicare Payment Advisory Commission, *Hospital Inpatient Services Payment System*, October 2024. [https://www.medpac.gov/wp-content/uploads/2024/10/MedPAC_Payment_Basics_25_hospital_FINAL_SEC.pdf].

[19] Federal Reserve Bank of St. Louis (FRED). *Consumer Price Index for All Urban Consumers: Medical Care in U.S. City Average [CPIMEDSL],* October 24, 2025. [https://fred.stlouisfed.org/series/CPIMEDSL].

[20] Alex Cottrill, Juliette Cubanski, and Tricia Neuman, "What to Know about How Medicare Pays Physicians", *KFF*, October 7, 2025. [https://www.kff.org/medicare/what-to-know-about-how-medicare-pays-physicians/].

The TRICARE program serves a diverse population of approximately 9.5 million beneficiaries, as of 2024.[21] TRICARE's origins trace back to the mid-1960s, when the population of military retirees and dependents significantly increased after the Vietnam War. The military healthcare system that had previously relied mostly on military facilities or sending family members to private facilities for inpatient care became significantly strained.[22] To ensure better access to healthcare services for the growing number of military healthcare beneficiaries, especially those living away from military bases, Congress created the Civilian Health and Medical Program of the United States ("CHAMPUS"). CHAMPUS was a fee-for-service insurance plan with some beneficiary cost-sharing but without the premiums or enrollment fees of traditional insurance. Increased use of CHAMPUS between 1981 and 1990 led to escalating expenses for the Defense Department's health budget.[23] As a result, Congress directed the Department of Defense ("DoD") in the 1990s to consider replacing CHAMPUS with an HMO model, which eventually became TRICARE.[24] Today, TRICARE offers many different plans with different payment structures to best meet the needs of service members and their families.[25]

TRICARE continues to have bipartisan support with bills like the "Health Care Fairness for Military Families Act," introduced in 2025, which sought to extend health coverage to dependents of military families until the age of 26.[26] TRICARE is funded through the annual Defense Appropriations bill and, when considered with other military healthcare-related funds, constituted 7.2 percent of DoD's 2025 budget request.[27] While the TRICARE program may change over time, it is expected to continue providing coverage for the foreseeable future. Approximately ten years ago, some lawmakers promoted eliminating TRICARE and instead funding the purchase of private health insurance by TRICARE enrollees.[28] This proposal failed to gather necessary support, but it highlighted the support for the provision of coverage, while that coverage may take different forms in the future.

---

[21] Congressional Research Service. *TRICARE Cost-Sharing Changes in 2025*, November 13, 2024. [https://www.congress.gov/crs_external_products/IN/PDF/IN11532/IN11532.7.pdf].

[22] "MOAA's 2020-21 TRICARE Guide: The History of Your Health Care Benefit," Military Officers Association of America, November 4, 2020. [https://www.moaa.org/content/publications-and-media/news-articles/2020-news-articles/moaas-2020-21-tricare-guide-the-history-of-your-health-care-benefit/].

[23] "MOAA's 2020-21 TRICARE Guide: The History of Your Health Care Benefit," Military Officers Association of America, November 4, 2020. [https://www.moaa.org/content/publications-and-media/news-articles/2020-news-articles/moaas-2020-21-tricare-guide-the-history-of-your-health-care-benefit/].

[24] "MOAA's 2020-21 TRICARE Guide: The History of Your Health Care Benefit," Military Officers Association of America, November 4, 2020. [https://www.moaa.org/content/publications-and-media/news-articles/2020-news-articles/moaas-2020-21-tricare-guide-the-history-of-your-health-care-benefit/].

[25] Congressional Research Service. *TRICARE Cost-Sharing Changes in 2025*, November 13, 2024. [https://www.congress.gov/crs_external_products/IN/PDF/IN11532/IN11532.7.pdf].

[26] Sarah Bennett, "Bipartisan Bill Aims to End Costly Fees for Military Families Covering Adult Dependents," *Veteran News*, July 31, 2025. [https://www.veterannews.org/veteran-news/bipartisan-bill-aims-to-end-costly-fees-for-military-families-covering-adult-dependents].

[27] Congressional Research Service. *Defense Primer: Military Health System*, October 18, 2024. [https://www.congress.gov/crs-product/IF10530].

[28] Martin Matishak, "Lawmakers Debate Scrapping TRICARE," *The Hill*, February 11, 2015. [https://thehill.com/policy/defense/232402-lawmakers-debate-scrapping-tricare/].

## 6. METHODOLOGY FOR CALCULATION OF COSTS

To determine the rates paid by Medicare, I first identified whether each service/supply, included in the life care plans submitted by Mr. Fryar and Dr. Shahnasarian, were covered by Medicare. Some services/supplies such as home cleaning services and custodial care are not covered by Medicare.[29]

To determine the rates paid by TRICARE, I first identified whether each service/supply, included in the life care plans submitted by Mr. Fryar and Dr. Shahnasarian, were covered by TRICARE. Some services/supplies such as home cleaning services and custodial care are not covered by TRICARE.[30] TRICARE has several specific reimbursement resources but often models methodologies and payment rates on Medicare.

Ms. Tukes will always have both Medicare and TRICARE coverage that will act as primary or secondary insurance. Ms. Tukes became eligible for Medicare prior to turning 65 due to her diagnosis of ESRD in June 2023. Medicare is expected to remain her primary insurance until three (3) years after her transplant (transplant on April 23, 2024), at which point TRICARE is expected to become her primary insurance and Medicare will become her secondary insurance. Medicare is expected to become her primary insurance when she turns 65 in February 2030. Rates have been provided in Tables 1 and 2 to identify the difference between what Medicare and TRICARE would pay for each service. The amount that will be paid will be determined based on where Ms. Tukes seeks medical care and which insurance provides primary coverage. Sources for both Medicare rates and TRICARE rates are listed in Appendix B of this report.

### 6.1 Methodology for Services and Supplies with a Medicare Rate

Medicare rates are generally available for the following types of services and supplies included in the life care plans: physician services, radiology services, laboratory services, medications, skilled nursing facilities, and renal dialysis services.

Medicare rates for physician services and radiology services rely on the Medicare Physician Fee Schedule ("MPFS"), which identifies a rate for each Current Procedural Terminology ("CPT") code based on the CPT code's relative value units ("RVUs").[31] CMS generally identifies three RVUs for each CPT code: a work RVU, a practice expense RVU, and a professional liability RVU. To determine Medicare's reimbursement, one would geographically adjust the RVUs for the provider's location[32] and then use a Congressionally

[29] "Home Health Services," Centers for Medicare & Medicaid Services. [https://www.medicare.gov/coverage/home-health-services].
[30] "Covered Services: Custodial Care," TRICARE, updated September 19, 2024. [https://tricare.mil/CoveredServices/IsItCovered/CustodialCare].
[31] Centers for Medicare & Medicaid Services, *Medicare Physician Fee Schedule*. [https://www.cms.gov/medicare/physician-fee-schedule/search/overview].
[32] For the purposes of my calculations here, I have assumed the providers would be located in Jacksonville, North Carolina, which is Ms. Tukes' current residence.


Case 7:23-cv-00897-RJ Document 837-24 Filed 04/07/26 Page 8 of 31

mandated conversion factor[33] to translate the RVUs into dollars. Applying this methodology, I was able to determine the Medicare reimbursement rate for each CPT code.[34]

Medicare rates for laboratory services are available from Medicare's Clinical Laboratory Fee Schedule ("CLFS"), which is based on the weighted median of private payor rates.[35]

To identify Medicare rates for medications, I relied on the Medicare Part D Drug Spending Dashboard.[36] While Part D Medicare coverage is optional and both the federal government and beneficiaries do not pay directly for specific medications,[37] the dashboard provides information on the estimated average spending per dosage unit paid by the Medicare Program and, therefore, offers the best insight into what Medicare Part D would cover for specific medications identified in Ms. Tukes' life care plans. While I do not have knowledge of coverage under Medicare Part D for Ms. Tukes, I identified the average spending per dosage unit for each medication included in the life care plans when they included an adequate amount of information to identify a medication, such as the required dosage. I used spending rates for generic versions of medications if they existed in the dashboard.

Medicare rates for long term care are calculated using the Skilled Nursing Facility ("SNF") Prospective Payment System ("PPS") for the first 100 days in a skilled nursing facility.[38] Medicare does not cover assisted living facilities services and does not cover SNFs beyond 100 days.[39,40] A per diem rate was calculated by adding the per diem rates for physical therapy, occupational therapy, speech-language therapy, nursing, and non-case mix components. The SNF PPS indicates that 71.9% of the per diem rate is geographically adjusted using the hospital wage index for specific Core-Based Statistical Areas ("CBSA"), which are the labor market geographic areas defined by the Office of Management and Budget.

---

[33] The conversion factor is mandated by Congress and calculated by CMS using an established formula. The conversion factor is published in the Federal Register (see https://www.federalregister.gov/documents/2024/12/09/2024-25382/medicare-and-medicaid-programs-cy-2025-payment-policies-under-the-physician-fee-schedule-and-other). The American Medical Association has provided a summary of the conversation factors over the years (see https://www.ama-assn.org/system/files/cf-history.pdf).

[34] Medicare Payment Advisory Commission, *Payment Basics Physician and Other Health Professional Payment System*, November 2021. [https://www.medpac.gov/wp-content/uploads/2021/11/medpac_payment_basics_21_physician_final_sec.pdf].

[35] Centers for Medicare & Medicaid Services, *Clinical Laboratory Fee Schedule*. [https://www.cms.gov/medicare/payment/fee-schedules/clinical-laboratory-fee-schedule-clfs].

[36] Centers for Medicare & Medicaid Services, *Medicare Part D Drug Spending Dashboard.* [https://data.cms.gov/tools/medicare-part-d-drug-spending-dashboard].

[37] Centers for Medicare & Medicaid Services, *Medicare Part D – Direct and Indirect Remuneration (DIR), January 19, 2017. [*https://www.cms.gov/newsroom/fact-sheets/medicare-part-d-direct-and-indirect-remuneration-dir].

[38] Centers for Medicare & Medicaid Services, *Skilled Nursing Facility PPS.* [https://www.cms.gov/medicare/payment/prospective-payment-systems/skilled-nursing-facility-snf].

[39] "Medicare Long-term Care," Centers for Medicare & Medicaid Services. [https://www.medicare.gov/coverage/long-term-care].

[40] "Skilled Nursing Facility Care," Centers for Medicare & Medicaid Services. [https://www.medicare.gov/coverage/skilled-nursing-facility-care].

Medicare rates for renal dialysis services rely on End-Stage Renal Disease ("ESRD") Prospective Payment System to provide a bundled, per-treatment payment to ESRD facilities.[41] The ESRD PPS has a base rate of $281.71 in 2026, and I adjusted the base rate by the locality-specific wage index for Ms. Tukes to account for geographic differences.

### 6.2 Methodology for Services and Supplies with a TRICARE Rate

TRICARE publishes specific rates for services that include the following: physician services, radiology services, and laboratory services.[42] In my analysis, I have determined geographically adjusted rates based on CPT codes identified by life care planners.[43] For other medical services, TRICARE pays providers using established Medicare rates, which include rates for skilled nursing services and renal dialysis services.[44,45]

I determined TRICARE rates for physician services, radiology services, and laboratory services using TRICARE's CHAMPUS Maximum Allowable Charges ("CMAC") Fee Schedule, which is based on the maximum amounts TRICARE is allowed to pay for each procedure and are tied by law to Medicare's allowable charges. These rates do not represent coverage policy or payment approval; rather, they reflect calculated amounts based on Medicare data or TRICARE claims history which is specific to procedure, locality, and year.[46] TRICARE covers medically necessary services, which I have assumed applies to all services included in the life care plans.

To identify TRICARE rates for medications, I relied on the Express Scripts TRICARE formulary to identify if a medication was covered.[47] Because the formulary only shows coverage, I assumed TRICARE would pay the rates listed in Ms. Tukes' life care plans for medications covered in the formulary. I determined coverage for medications using information specified in the life care plans including drug dosage and beneficiary demographic information. I identified coverage for generic versions of medications when available.

---

[41] Centers for Medicare & Medicaid Services, *Calendar Year (CY) 2026 End-Stage Renal Disease (ESRD) Prospective Payment System Final Rule,* November 20, 2025. [https://www.cms.gov/newsroom/fact-sheets/calendar-year-cy-2026-end-stage-renal-disease-esrd-prospective-payment-system-final-rule].

[42] "TRICARE Allowable Charges," Military Health System, updated July 11, 2023. [https://www.health.mil/Military-Health-Topics/Access-Cost-Quality-and-Safety/TRICARE-Health-Plan/Rates-and-Reimbursement/TRICARE-Allowable-Charges].

[43] For the purposes of my calculations here, I have assumed the providers would be located in Jacksonville, North Carolina, which is Ms. Tukes' current residence.

[44] TRICARE. *TRICARE Reimbursement Manual, Chapter 8 Section 2*, revised October 1, 2024. [https://manuals.health.mil/pages/DisplayManualHtmlFile/2025-07-23/AsOf/TRT5/C8S2.html].

[45] TRICARE. *TRICARE Reimbursement Manual, Chapter 19 Section 1*, revised May 13, 2025. [https://manuals.health.mil/pages/DisplayManualHtmlFile/2025-07-23/AsOf/TRT5/C19S1.html].

[46] "TRICARE Allowable Charges," Military Health System, updated July 11, 2023. [https://www.health.mil/Military-Health-Topics/Access-Cost-Quality-and-Safety/TRICARE-Health-Plan/Rates-and-Reimbursement/TRICARE-Allowable-Charges].

[47] "TRICARE Formulary Search," Express Scripts/TRICARE, updated December 8, 2025. [https://www.express-scripts.com/frontend/open-enrollment/tricare/fst/#/formularyPricing/home].

According to the TRICARE reimbursement methodology, TRICARE relies on Medicare's SNF PPS to establish reimbursement rates for skilled nursing services.[48] When Medicare coverage ends after 100 days of care, TRICARE becomes the primary payer for these services.[49] TRICARE's per diem payment rate is the sum of skilled nursing, physical therapy, occupational therapy, speech language therapy, non-therapy ancillary, and non-case mix components.[50] The per diem rate is geographically adjusted in a similar manner to the Medicare rate.

To determine TRICARE rates for renal dialysis and skilled nursing facility services, I first confirmed that TRICARE covers these services and then applied the same methodology used to identify Medicare rates listed above, as described in the TRICARE reimbursement manual.[51] I have not applied any adjustments to base rates other than geographic adjustments.

## 7. SUMMARY OF COSTS BASED ON MEDICARE AND TRICARE COVERAGE FOR MR. FRYAR'S LIFE CARE PLAN

Ms. Tukes' future service unit costs based on Medicare and TRICARE coverage for Mr. Fryar's Life Care Plan are summarized in Table 1 below. Medicare rates reflect what Medicare would pay for a service, and TRICARE rates reflect what TRICARE would pay for a service if the member was enrolled in TRICARE Prime or TRICARE Select plans. Copayments and coinsurance have not been deducted from rates since Ms. Tukes will have secondary insurance to cover any patient responsibility from her primary insurance.[52]

---

[48] TRICARE. *TRICARE Reimbursement Manual, Chapter 8 Section 2*, revised October 1, 2024. [https://manuals.health.mil/pages/DisplayManualHtmlFile/2025-07-23/AsOf/TRT5/C8S2.html].
[49] TRICARE. *TRICARE Reimbursement Manual, Chapter 8 Section 2*, revised October 1, 2024. [https://manuals.health.mil/pages/DisplayManualHtmlFile/2025-07-23/AsOf/TRT5/C8S2.html].
[50] TRICARE. *TRICARE Reimbursement Manual, Chapter 8 Section 2*, revised October 1, 2024. [https://manuals.health.mil/pages/DisplayManualHtmlFile/2025-07-23/AsOf/TRT5/C8S2.html].
[51] TRICARE. *TRICARE Reimbursement Manual, Chapter 19 Section 1*, revised May 13, 2025. [https://manuals.health.mil/pages/DisplayManualHtmlFile/2025-07-23/AsOf/TRT5/C19S1.html].
[52] "Life Events: Becoming Medicare-Eligible," TRICARE, updated August 28, 2025. [https://tricare.mil/LifeEvents/Medicare].

**Table 1**
**Medicare and TRICARE Coverage and Costs for Mr. Fryar's Life Care Plan**

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate | TRICARE Rate |
|---|---|---|---|---|---|
| **PHYSICIAN CARE** | | | | | |
| Nephrologist or Physician Transplant Specialist | 13 outpatient clinic visits, in total, with Nephrologist and Transplant Physician during the first year after kidney transplant. After the first year, decrease outpatient clinic visits to once every six months with the Nephrologist and also the same with the Transplant Physician and continue with this pattern of care throughout remaining lifespan. | Per Visit | AVG(99213, 99214, 99215) | $123.82 | $123.82 |
| Dermatologist | 1 time per year throughout lifespan | Per Visit | AVG(99213, 99214) | $101.95 | $101.95 |
| **LABORATORY & DIAGNOSTIC STUDIES** | | | | | |
| Complete Blood Count (CBC) | 20 studies first year after transplant.<br>Then monthly throughout remaining lifespan. | Per Visit | 85025 | $7.77 | $7.60 |
| Complete Metabolic Panel (CMP) | 20 studies first year after transplant. | Per Visit | 80053 | $10.56 | $10.33 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate | TRICARE Rate |
|---|---|---|---|---|---|
| | Then monthly throughout remaining lifespan. | | | | |
| Urinalysis (UA) | 20 studies first year after transplant. Then monthly throughout remaining lifespan. | Per Visit | 81001 | $3.17 | $3.10 |
| Cytomegalovirus Quantitative (CMEV-Q) | 20 studies first year after transplant. Then monthly throughout remaining lifespan. | Per Visit | 87497 | $42.84 | $41.91 |
| Ultrasound | 4-5 times throughout lifespan | Per Visit | 76770-26 | $32.58 | $32.58 |
| Echocardiogram | Every 3 years throughout lifespan | Per Visit | 93350-26 | $63.66 | $63.66 |
| **MEDICATIONS** | | | | | |
| Prednisone 5 mg tablet (30 tablets, per each unit cost listed and reflects a 30-day supply) | 1 tablet daily | Per Tablet | | $0.20 | $0.34 |
| Mycophenolate Acid DR 180 mg tablet (240 tablets, per each unit cost listed and reflects a 30-day supply) | 4 tablets twice daily (8 tablets each day) | Per Tablet | | $2.22 | $3.04 |
| Tacrolimus (Envarsus XR) - 4 mg tablet #30 (30 tablets, per each unit cost listed and reflects a 30-day supply) | 4 mg tablets plus two 1 mg tablets daily (6 mg in total daily) | Per Tablet | | $2.21 | $37.29 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate | TRICARE Rate |
|---|---|---|---|---|---|
| Tacrolimus (Envarsus XR) - 1 mg tablet (60 tablets, per each unit cost listed and reflects a 30-day supply) | 4 mg tablets plus two 1 mg tablets daily (6 mg in total daily) | Per Tablet | | $2.21 | $17.05 |
| Sulfamethoxazole-trimethoprim (Bactrim) 400-80 mg tablet (30 tablets, per each unit cost listed and reflects a 30-day supply) | 1 tablet daily<br>1 time per day | Per Tablet | | $0.32 | $0.42 |
| Valganciclovir 450 mg tablet (30 tablets, per each unit cost listed and reflects a 30-day supply) | 1 tablet daily | Per Tablet | | $6.88 | $96.78 |
| **DIALYSIS** | | | | | |
| Hemodialysis | 3 visits for dialysis each week (4 hours of treatment each visit) | Per Visit | 90937 | $253.07 | $253.07 |
| **SUPPORT SERVICES** | | | | | |
| Home Cleaning Service | Twice monthly during last 3 years of life, if remaining in residence | | | $0.00 | $0.00 |
| **HOME CARE & FACILITY CARE** | | | | | |
| **Option 1:** | | | | | |
| Attendant Care Home Health, Certified Nursing Assistant (CNA) | Age 70-72: 3-4 hours daily<br>Next to final year of life: 6-8 hours daily<br>Final year of life: 8-12 hours daily | Daily Rate (Medicare covers 100 days) | | $346.05*** | $427.19*** |
| **Option 2:** | | | | | |
| Assisted Living Facility | Monthly Provision | 100-day Rate | | $0.00 | $0.00 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate | TRICARE Rate |
|---|---|---|---|---|---|
| 1-time Community Fee | One-time | | | $0.00 | $0.00 |

*Based on Mr. Fryar's Life Care Plan.[53]

**Functions denote how rates for included CPT codes should be combined.

***Medicare covers 100 days in a skilled nursing facility and does not cover attendant home care and assisted living facility costs. After 100 days, TRICARE will become the primary payer for skilled nursing services. TRICARE also does not cover attendant home care and assisted living facility costs.

[53] Cost Analysis for Ms. Jacqueline Tukes, prepared by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP QRP, dated January 28th, 2025.

## 8. SUMMARY OF COSTS BASED ON MEDICARE AND TRICARE COVERAGE FOR DR. SHAHNASARIAN'S LIFE CARE PLAN

Ms. Tukes' future service unit costs based on Medicare and TRICARE coverage for Dr. Shahnasarian's Life Care Plan are summarized in Table 2 below. Medicare rates reflect what Medicare would pay for a service, TRICARE rates reflect what TRICARE would pay for a service if the member was enrolled in TRICARE Prime or TRICARE Select plans. Copayments and coinsurance have not been deducted from rates since Ms. Tukes will have secondary insurance to cover any patient responsibility from her primary insurance.[54]

[54] "Life Events: Becoming Medicare-Eligible," TRICARE, updated August 28, 2025. [https://tricare.mil/LifeEvents/Medicare].

**Table 2**

**Medicare and TRICARE Coverage and Costs for Dr. Shahnasarian's Life Care Plan**

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate | TRICARE Rate |
|---|---|---|---|---|---|
| **RESIDENTIAL OPTIONS** | | | | | |
| Assisted Living Facility | To Be Determined | | | $0.00 | $0.00 |
| **THERAPEUTIC NEEDS** | | | | | |
| Nephrologist or Physician Transplant Specialist | 2 visits per year | Per Visit | 99214 | $119.25 | $119.25 |
| Dermatologist | 1 visit per year | Per Visit | 99214 | $119.25 | $119.25 |
| Hemodialysis | To Be Determined | Per Visit | | $253.07 | $253.07 |
| **DIAGNOSTIC TESTS** | | | | | |
| Blood Analysis | 1 time per month | Per Visit | SUM(85025, 80053, 36415) | $27.42 | $27.02 |
| Blood Analysis for Cytomegalovirus Levels (CMEV-Q) | To Be Determined | Per Visit | SUM(87497, 36415) | $51.93 | $51.00 |
| Urinalysis (UA) | 1 time per month | Per Visit | 81001 | $3.17 | $3.10 |
| Kidney Ultrasound | 4-5 times total | Per Visit | 76770 | $98.01 | $98.01 |
| Echocardiogram | To Be Determined | Per Visit | 93303 | $195.72 | $195.71 |
| **DRUGS AND SUPPLY NEEDS** | | | | | |
| Prednisone (Deltasone) 5 mg | 1 tablet per day | Per Tablet | | $0.20 | $0.58 |
| Mycophenolate Acid DR (Myfortic) 180 mg | 6 tablets per day | Per Tablet | | $2.22 | $2.20 |
| Tacrolimus (Progra) 5 mg | 2 capsules per day | Per Tablet | | $2.21 | $10.62 |
| Sulfamethoxazole/Trimethoprim (Bactrim) 400/80 mg | To Be Determined | Per Tablet | | $0.32 | $0.72 |
| Valganciclovir (Valcyte) 450 mg | To Be Determined | Per Tablet | | $6.88 | $30.30 |
| **HOME FACILITY CARE** | | | | | |
| Personal Care Attendant | To Be Determined | | | $0.00 | $0.00 |

| Description* | Frequency as Described in LCP | Unit Defined | CPT Code** | Medicare Rate | TRICARE Rate |
|---|---|---|---|---|---|
| Home Cleaning Service | To Be Determined | | | $0.00 | $0.00 |

*Based on Dr. Shahnasarian's Life Care Plan.[55]

**Functions denote how rates for included CPT codes should be combined.

[55] Life Care Plan for Jacqueline Tukes, prepared by Michael Shahnasarian, PhD, dated April 8th, 2025.

## 9. SUMMARY OF OPINIONS

This report is based on information known to me as of this date. I have analyzed the information provided to me for Ms. Tukes and assessed publicly available data to arrive at my opinion as to the rates for care covered by Ms. Tukes' insurers. If additional information is made available, I may modify my report. I may also be asked to present opinions on additional issues in this case.

Henry Miller, Ph.D.
December 15, 2025

**APPENDIX A**
**DR. HENRY MILLER**
**CURRICULUM VITAE**

**HENRY MILLER, Ph.D.**
BERKELEY RESEARCH GROUP, LLC
2 N. Central Avenue
Suite 1700
Phoenix, AZ 85004

Direct: 602.388.1116
Mobile: 443.280.1868
hmiller@thinkbrg.com

**SUMMARY**

Henry Miller is Managing Director, Health Analytics in the Phoenix, AZ office of the Berkeley Research Group. He has more than 50 years of experience as a healthcare consultant and researcher specializing in health care finance, public policy, regulatory analysis, and strategic planning. In addition, he has provided expert testimony to the U.S. Congress, several state legislatures, in Federal, State, and local courts and in arbitration proceedings.

Dr. Miller has worked with more than 50 health plans, including some of the largest plans in the U.S., Blue Cross and Blue Shield plans and regional health plans on varied aspects of their operations, including evaluation of premium rate setting strategies, medical loss ratios, administrative issues, organizational structure, community relations, network management, provider payment systems, operating systems, and strategic planning.

Dr. Miller has worked on provider payment systems and network management issues for more than forty years. He was a member of the Medicare oversight committee for the effort to develop the practice expense component of the RBRVS physician fee schedule. He assisted CMS on several projects related to the development of the Medicare Hospital Outpatient Prospective Payment System and directed a project to assess opportunities to improve the Medicare Inpatient Prospective Payment System (IPPS) based on DRGs. Dr. Miller also directed the Medicare program's evaluation of the appropriateness of paying a facility fee to ambulatory surgery centers and has prepared reports on reimbursement issues for the Medicare program that were responses to Congressional requests.

He has designed hospital, physician, and pharmaceutical payment systems for seven Medicaid programs and more than thirty Blue Cross and Blue Shield plans and other health plans. This work has included both in network and out of network payment. In several instances, Dr. Miller negotiated provider contracts on behalf of health plans.

Dr. Miller has worked with various entities on developing competitive bidding programs, including design of Requests for Proposals, and bid evaluation formats. This work focuses on bids for health coverage submitted to employers by health insurers. He has also assisted health insurers who submitted bids for health coverage to private sector and government entities.

Dr. Miller has provided expert testimony on the reasonable costs of medical care, medical payments and network management issues in worker's compensation and personal injury cases. This testimony was based on the methods to measure reasonable value of medical care that Dr. Miller developed. Methods have been accepted in state and Federal courts.

Dr. Miller's work for health plans includes several assignments relating to the operation of Medicare Advantage plans, including issues relating to data submission to the Medicare program, provider contracting, and the development of provider payment approaches and rates. He has also worked for the Medicare program on these issues, especially as related to the quality and availability of data that is submitted by MA plans to the Federal government.

Dr. Miller has directed several public policy and regulatory analysis projects. He has directed evaluations of several programs for the Department of Health and Human Services, including programs managed by the Office of Women's Health, the Health Resources and Services Administration (HRSA), the National Center for Health Statistics, the Agency for Healthcare Research and Quality (AHRQ) and the National Institutes of Health. Much of this work focused on delivery and financing alternatives for improving care to vulnerable populations. He directed a project that investigated innovative approaches to care management initiated by Federally Qualified Health Centers. This project examined programs in nine U.S. communities. He directed studies of research on access to care for disadvantaged, minority, and disabled populations for AHRQ. In other work, he developed a strategic plan for a managed care plan for the uninsured and low-income populations in Hillsborough County, Florida and designed an innovative delivery system for low-income populations in Rochester, New York. His work for HRSA includes evaluations of health care for the homeless programs as well as several federally funded women's and maternal and child health programs. He has conducted similar projects for New York State. Dr. Miller directed an evaluation of the Medicare clinical laboratory payment system for the National Academy of Medicine. He conducted an evaluation of the impact of Medicare regulations on clinical laboratories for the American Clinical Laboratory Association as well as national laboratory chains and hospital-based laboratories.

Dr. Miller directed key elements of the work conducted by the Governor's Commission for Rationalizing Healthcare in New Jersey. He was the lead consultant to the Commission on analyzing the financial status of the State's hospitals as well as measuring the impact of potential hospital closings. He also served as the economic advisor to the Alaska Department of Insurance in its review of the application by Premera Blue Cross to convert to for-profit status. He assisted several Primary Care Trusts and Strategic Health Authorities in the U.K. as they addressed changes in National Health Service requirements.

Dr. Miller has directed several technology related projects, including work in which he presented new technologies to the Centers for Medicare and Medicaid Services (CMS) to obtain their approval and payment. This work included analysis of a radiotherapy for non-Hodgkins lymphoma, a new device for the treatment of posterior uveitis and a cryogenic stent. In addition, he prepared the strategic plan for a Regional Health Information Organization (RHIO) for the Maryland and Virginia area. This work included

an assessment of the feasibility of linking electronic medical records across hospitals and physicians' offices.

Dr. Miller developed resource costing, a tool for the measurement of costs in healthcare settings in a series of projects completed for the Office of the Assistant Secretary for planning and Evaluation of the Department of Health and Human Services. He applied resource costing to a project for the Medicare Payment Advisory Commission (MedPAC) in which he used the approach to assess the accuracy of Medicare Cost Reports as a research and policy analysis tool and to another project to measure the costs of more than 300 hospital outpatient procedures to support efforts by the Centers for Medicare and Medicaid Services (CMS) to develop the Medicare Hospital Outpatient Prospective Payment System (HOPPS) based on APCs.

**PROFESSIONAL EXPERIENCE**

Provider Payment System Design and Evaluation

Dr. Miller played a key role in the development of the Medicare Hospital Outpatient Prospective Payment System (HOPPS). In this work for CMS, he conducted a major pricing study, analyzed the impact of key aspects of the APC approach and assisted in drafting regulations. Subsequently, he conducted a study of the impact of the HOPPS on the quality of care provided to Medicare beneficiaries for MedPAC. Dr. Miller also designed hospital outpatient payment systems for Medicaid programs in New York, New Jersey, North Dakota, and the District of Columbia. He has developed hospital outpatient payment approaches for Blue Cross and Blue Shield plans in New York, New Jersey, Virginia, Georgia, Arkansas, Minnesota, and California.

Dr. Miller also directed an assessment of opportunities to improve the Medicare Inpatient Prospective Payment System (IPPS), based on DRGs. He has designed or evaluated hospital inpatient payment systems for Medicaid programs in Virginia, Pennsylvania, Iowa, New York, and West Virginia. His inpatient payment system design work for health plans includes projects conducted for Blue Cross and Blue Shield plans in Virginia, Pennsylvania, Florida, Texas, North Dakota, Illinois, Colorado, Kansas City and Tennessee. Dr. Miller also evaluated the method used by the Federal government to pay children's hospitals for their investment in medical education.

Dr. Miller completed a study to update the payment system used by the Medicare program to pay Federally Qualified Health Centers (FQHCs). This work was undertaken to address payment issues that arose because payment levels had not been adjusted other than for inflation for more than fifteen years. Recommendations were made to the Health Resources and Services Administration and the Centers for Medicare and Medicaid Services.

Dr. Miller has worked with several State Medicaid programs on home health agency payment systems. He reviewed licensing criteria for home health agencies and other providers in Vermont and New York. He led the design of nursing home reimbursement systems for the Medicaid programs in Virginia, Pennsylvania, Vermont, and Iowa. He directed a study of the Medicare laboratory fee schedule for the National Institute of Medicine. His reimbursement system design work for health plans includes design

of systems to pay hospitals, ambulatory surgery centers, physicians, nursing homes, home healthcare agencies, dialysis centers and other providers. He has also developed fee schedules used for out of network payment for several large health plans. He has worked with more than two-thirds of the nation's Blue Cross and Blue Shield plans as well as national health plans on reimbursement issues.

In other work, Dr. Miller evaluated and made recommendations to improve the payment methods used by worker's compensation programs in Ohio and California. He completed a study of access to healthcare for injured workers in California. Dr. Miller has also worked with personal injury insurers on methods used to pay medical claims.

Public Policy and Regulatory Analysis

Dr. Miller has directed several major studies of key public policy issues for the Federal government as well as for states and private sector clients. Examples of this work include:

- Economic advisor to the Alaska Insurance Department on the application by Premera Blue Cross to convert to for-profit status,
- Financial advisor to the Governor's Commission for the Rationalization of Healthcare in New Jersey,
- Consultant to several U.K agencies on development of responses to changes in the National Health Service, including Yorkshire and the Humber Strategic Health Authority, North Lincolnshire Primary Care Trust, Calderdale Primary Care Trust, and the Swansea Primary Care Trust,
- Analysis of the Highmark Blue Cross and Blue Shield and Independence Blue Cross proposal to merge,
- Validation of the diagnostic information used in the CMS-RCC risk adjustment formula used by the Medicare program to develop payment rates for Medicare Advantage plans,
- Analysis and recommendation of innovative approaches to improve access to primary care services for low-income populations for the Greater Rochester Health Foundation,
- Evaluation of the Rural and Frontier Coordinating Center program of the Federal Office of Women's Health,
- Evaluation of the costs and use of case management in a home health care program funded by the Federal government,
- Evaluation of the impact of the New York State All-Payer Case-Based Prospective Hospital Reimbursement System (NYPHRM) for the Council on Health Care Financing and the New York State legislature,
- Evaluation of several Federal and New York State programs to provide services to people with HIV/AIDS,
- Development and evaluation of community-based healthcare data systems, including a data system to collect and manage data that describe health care markets for the Agency for Healthcare Research and Quality, the Maryland Medical Care Database for the Maryland Health Care Commission and the database used to support hospital quality initiatives by the American Data Network,

- Evaluation of the Healthcare Community Access Program (HCAP), a national effort to reduce uncompensated care in over 150 communities for the Health Resources and Services Administration,
- Evaluation of the Federal Government's Black Lung Clinics program, and
- Completion of several projects for the National Center for Health Statistics including an assessment of the impact of using ICD-10 for diagnosis coding, an evaluation of the uses of provider surveys including the National Hospital Discharge Survey and the National Ambulatory Medical Care Survey and the design of a national survey of ambulatory surgery.

Strategic planning

Dr. Miller's strategic planning work includes assignments completed for hospitals, managed care companies, major employers, and government agencies. These projects include:

- Support on strategic issues for several hospital systems, including Johns Hopkins Medicine, University of Rochester Health System, University of Maryland Medical System, The Christ Hospital, Sutter Health System, and Memorial Hermann Health System.
- Evaluation of health benefits options for major employers including AT&T and Verizon,
- Preparation of a strategic and operational plan for an innovative managed care plan for the uninsured in Hillsborough County, Florida,
- Support for the preparation of the initial Vermont Health Resources Allocation plan for the Vermont Bureau of Insurance, Securities and Health Care Administration,
- Support to the State of New York for the development of a Global Budgeting program, and
- Several studies of the comparative value of health care benefit programs provided by health plans in efforts to identify optimal arrays of benefits.

Expert Testimony

Dr. Miller has served as an expert witness in several health care cases in recent years and has testified in federal and state courts, in arbitrations and in administrative hearings. His testimony addressed:

- Hospital/health plan contract disputes,
- Role of the Affordable Care Act in measuring medical costs in personal injury cases,
- Reasonable costs of medical care in personal injury cases,
- Class action certification,
- Out of network provider payment,
- Rates paid to health care providers by worker's compensation insurers and personal injury insurers,
- Medicare and Medicaid managed care contracts,
- Health plan operations and health plan/provider relationships,
- Health care competition issues,
- Applications by non-profit health insurers seeking to convert to for-profit status, and
- Efforts to obtain certificates of need for health care services.

**EDUCATION**

Ph.D., (Accounting and Economics), University of Illinois
M.B.A., City College of New York
B.B.A., City College of New York

**PRESENT POSITION**

Berkeley Research Group, Managing Director, Health Analytics, 2010 to present

**FULL-TIME TEACHING EXPERIENCE**

University of Baltimore, Associate Professor
State University of New York at Binghamton, Assistant Professor
University of Illinois, Instructor

**OTHER POSITIONS HELD**

LECG, LLC, Managing Director, 2008-2010
Navigant Consulting, Inc., Managing Director, 2002-2008
Center for Health Policy Studies, President, 1979-2002
Miller & Byrne, Inc., President, 1975-1979

**SELECTED COMMUNITY ACTIVITIES**

United Cerebral Palsy of Central Maryland, Chairman, Board of Directors, 2007 to 2011
Heifetz International Music Institute, Treasurer, Board of Directors, 2010 to 2013
Glenelg Country School, Treasurer, Board of Trustees, 1991-2000
Howard County General Hospital, Chairman, Board of Trustees, 1987-1989

**SELECTED PUBLICATIONS**

1. C. Turck, W. Marsh, J. Stevenson, J. York, H. Miller and S. Patel, "Pharmacoeconomics of Surgical Interventions vs. Cyclooxygenase Inhibitors for the Treatment of Patent Ductus Arteriosus," <u>The Journal of Pediatric Pharmacology and Therapeutics</u>, Vol. 12, No. 3, July-September 2007
2. H. Miller, "Outpatient Payment in the Private Sector," in N. Goldfield and W. Kelly, <u>Outpatient Prospective Payment</u>, (Gaithersburg, MD, Aspen Publishing, 1999)
3. H. Miller, B. Cassidy, and D. Karr, "Resource Costing for Healthcare Services," in N. Goldfield and W. Kelly, <u>Outpatient Prospective Payment</u>, (Gaithersburg, MD, Aspen Publishing, 1999)
4. D. Karr, H. Miller, and S. McCue, "the Effect of Instrument Type on the Cost of Laparoscopic Surgery," <u>Surgical Endoscopy</u>, 1996
5. H. Miller and W. Kelly, "Prospective Per Case Payment in New York State: An Analysis," in N. Goldfield and P. Boland, <u>Physician Profiling and Risk Adjustment</u>, (Gaithersburg, MD Aspen Publishing, 1996)
6. B. Balicki, H. Miller, W. Kelly, "Benchmarks and Tools for Evaluating Ambulatory Surgery: A Model for Examining Cost Competitiveness," <u>Healthcare Financial Management</u>, Spring, 1995
7. W. Kelly, H. Miller, T. Parciak, "The Need for Alternatives to Capitation Under Managed Care," <u>Managed Care Quarterly</u>, Summer, 1994
8. H. Miller, "Outpatient Prospective Payment Approaches for Use by Insurers," <u>Journal of Ambulatory Care Management</u>, Spring, 1993

9. B. Balicki, H. Miller, W. Kelly, T. Yates, "Guidelines for Managing Ambulatory Surgery Programs in the 1990's, Journal of Ambulatory Care Management, Winter, 1991
10. H. Miller, et.al., "Costs of Ambulatory Care: Implications for Outpatient Prospective Payment Systems," Journal of Ambulatory Care Management, Winter, 1991
11. W. Kelly, P. Tenan, H. Fillmore, H. Miller, "Products of Ambulatory Care Patient Classification System," Journal of Ambulatory Care Management, Winter, 1990

**TESTIMONY (2016 – Present)**

**2025**

- *Demia Thomas and George Lowery v. Medstar Washington Hospital Center Corporation,* Superior Court for the District of Columbia, Case No. 2022-CAB-005443, (Deposition).

**2024**

- *Cipla, USA, Inc. v. Ipsen Biopharmaceuticals, Inc.,* United States District Court for the District of Delaware, Case No. 22-cv-00552 GBW, *(Deposition).*
- *Scripps Health v. Blue Shield of California,* American Arbitration Association, Case No. 01-23-0000-9314, *(Deposition).*
- *Leslie J. Gelber v. Caithness Services, LLC,* American Arbitration Association, Case 01-23-0002-7637, *(Deposition).*
- *Jonathan Mendoza and Maria Mendoza, on behalf of their minor son, Jazziel Mendoza Oliveros v. Hospital Development of West Phoenix, Inc. d/b/a/ Abrazo West Campus,* Superior Court of the State of Arizona, County of Maricopa, Case No. CV2021-094672, *(Deposition).*
- *Anjil Jeter v. Comanche Construction of Georgia, LLC.,* State Court of DeKalb County, State of Georgia, Civil Action 21A03631, *(Deposition).*
- *Farid Almasri v. Target Corporation,* Superior Court of the State of California, County of Los Angeles, Case No.: 22STCV08524, *(Deposition).*

**2023**

- *Fitzgerald, Kloess & Pope Advisors, LLC v. Premier Parking of Tennessee, LLC, Premier Parking Management Company, LLC*, Chancery Court for Davidson County, Tennessee, Case No. 21-1299-BC, *(Deposition).*
- *Dr. Timothy Munderloh, et al. v. Biegler GMBH, Solace Advancement, LLC, et al.*, United States District Court, District of Arizona, Case No. 3:21–CV-08004-GMS, *(Deposition).*
- *Anthony Azzinaro and Kathryn Lindsay v. The Shyft Group, Inc. and the Shyft Group, USA, Inc.,* U.S District Court, District of Arizona, Case No. 2:21-CV-01990-JJT, *(Deposition).*

**2022**

- *Alpha Omega Lanier Edwards II v. Fast Lane Transportation, Inc.,* Superior Court of the State of California, County of Los Angeles, Case No. 21STCV09757, *(Deposition).*
- *David Wayne Edwards, Jr.; Lyinda Gillman v. Queen of the Valley Medical Center; Shea Pribyl, D.O.,* Superior Court of the State of California, County of Sacramento, Case No. 34-2019-00248337, *(Deposition)*.
- *Jafar Roubakhshyengejeh v. Beatrice Montanez*, Superior Court of the State of California, County of Los Angeles. Case No. 19STCV30292, *(Deposition).*

- Gloria Banda v. Food 4 Less of California, Inc., Superior Court of the State of California, County of Los Angeles, Case No. BC663290, *(Deposition).*
- *Beau Towne v. Multicare Health System d/b/a Mary Bridge Children's Hospital,* Superior Court of the State of Washington for Pierce County, Case No. 20-2-04518-2, *(Testimony).*
- *Medical Society of the State of New York v. United Health Group*, United States District Court, Southern District of New York, Civil Action No. 16-CV-5265 (JPO), (*Testimony*).
- *Lori Bush v. Dignity Health,* Superior Court of the State of California for the County of San Bernadino, Case No. CIVDS-1613161, *(Deposition and Testimony).*

**<u>2021</u>**

- *Adventist Health System/Sunbelt, Inc. v. Humana Medical Plan, Inc.* (Arbitration – American Arbitration Association Case No. 01-19-0002-6864) *(Deposition).*
- *Christopher Bentley v. Scott Gragson,* District Court, Clark County, Nevada, Case No. A-19-796424-C, *(Deposition).*
- *Kaweah Delta Medical Center v. Kaiser Foundation Hospitals*, Superior Court of the State of California for Tulare County, Case No. AH015680 *(Deposition and Trial Testimony)*
- *Medical Mutual of Ohio v. FrontPath Health Coalition*, Court of Common Pleas, Lucas County, Ohio, Case No. CI201703154 *(Deposition)*
- *Kaiser Foundation Hospitals v. Palomar Health F/K/A Palomar Pomerado Health,* Arbitration, JAMS Reference Number 1220063770, *(Deposition).*
- *Perry David Maxwell v. The Boeing Company and Paris Edward Cooper,* United States District Court, Central District of California, Case No. 2:19-cv-05204-DSF-KS *(Deposition).*
- *Baptist Memorial Health Care Corp. v. CIGNA Health Care of Tennessee,* Arbitration, *Deposition and Testimony).*

**APPENDIX B**
**MATERIALS RELIED UPON**

| Materials Relied Upon |
| --- |
| 2025 Medicare Parts A & B Premiums and Deductibles. Centers for Medicare & Medicaid Services. November 8, 2024. |
| Bipartisan Bill Aims to End Costly Fees for Military Families Covering Adult Dependents. Veteran News. Sarah Bennett. July 31, 2025. |
| Calendar Year (CY) 2026 End-Stage Renal Disease (ESRD) Prospective Payment System Final Rule. Centers for Medicare & Medicaid Services. November 20, 2025. |
| Clinical Laboratory Fee Schedule. Centers for Medicare & Medicaid Services. |
| Compare Original Medicare & Medicare Advantage. Centers for Medicare & Medicaid Services. |
| Complaint. Jacqueline Tukes v. United States of America Camp Lejeune Water Litigation. No. 7:23-CV-01553. August, 28, 2024. |
| Consumer Price Index for All Urban Consumers: Medical Care in U.S. City Average [CPIMEDSL]. Federal Reserve Bank of St. Louis (FRED). October 24, 2025. |
| Cost Analysis for Ms. Jacqueline Tukes, prepared by Michael A. Fryar, M.S., RN, CRC, CCM, CLCP QRP, dated January 28th, 2025. |
| Covered Services: Custodial Care. TRICARE. Updated September 19, 2024. |
| Defense Primer: Military Health System. Congressional Research Service. October 18, 2024. |
| Democrats and Republicans Disapprove of Medicare, Medicaid Cuts, Research Finds. Northeastern University. David Lazer. September 11, 2025. |
| Deposition. Jacqueline Tukes v. United States of America Camp Lejeune Water Litigation. Daniel Clarke. No. 7:23-CV-01553, September 3, 2025, at 27:3-27:9. |
| Fee Schedules – General Information. Centers for Medicare & Medicaid Services. November 19, 2025. |
| History of Medicare Conversion Factors. American Medical Association. |
| History of SSA During the Johnson Administration 1963-1968. Social Security Administration. |
| History: CMS' Program History. Centers for Medicare & Medicaid Services. August 13, 2025. |
| Home Health Services. Centers for Medicare & Medicaid Services. |
| How is Medicare Funded?," Centers for Medicare & Medicaid Services. |
| How much has the U.S. Government Spent this Year?, U.S. Department of the Treasury. FiscalData. November 30, 2025. |
| Lawmakers Debate Scrapping TRICARE. The Hill. Martin Matishak. February 11, 2015. |
| Life Care Plan for Jacqueline Tukes, prepared by Michael Shahnasarian, PhD, dated April 8th, 2025. |
| Life Events: Becoming Medicare-Eligible. TRICARE. updated August 28, 2025. |
| Medicare and Medicaid Programs; CY 2025 Payment Policies Under the Physician Fee Schedule and Other Changes to Part B Payment and Coverage Policies; Medicare Shared Savings Program Requirements; Medicare Prescription Drug Inflation Rebate Program; and Medicare Overpayments. Federal Register. National Archives. December 9, 2024. |
| Medicare Enrollment Dashboard. Centers for Medicare & Medicaid Services. August 2025. |
| Medicare Long-term Care. Centers for Medicare & Medicaid Services. |
| Medicare Part D – Direct and Indirect Remuneration (DIR). Centers for Medicare & Medicaid Services. January 19, 2017. |
| Medicare Part D Drug Spending Dashboard. Centers for Medicare & Medicaid Services. |
| Medicare Payment Advisory Commission. Hospital Inpatient Services Payment System. October 2024. |
| Medicare Payment Advisory Commission. Outpatient Hospital Services Payment System. October 2024. |
| Medicare Physician Fee Schedule. Centers for Medicare & Medicaid Services. |
| MOAA's 2020-21 TRICARE Guide: The History of Your Health Care Benefit. Officers Association of America, November 4, 2020. |
| Payment Basics Physician and Other Health Professional Payment System. Medicare Payment Advisory Commission. November 2021. |
| Skilled Nursing Facility Care. Centers for Medicare & Medicaid Services. |

| Materials Relied Upon |
|---|
| Skilled Nursing Facility PPS. Centers for Medicare & Medicaid Services. |
| TRICARE Allowable Charges. Military Health System. July 11, 2023. |
| TRICARE Cost-Sharing Changes in 2025. Congressional Research Service. November 13, 2024. |
| TRICARE Formulary Search. Express Scripts/TRICARE. December 8, 2025. |
| TRICARE Reimbursement Manual, Chapter 19 Section 1. TRICARE. May 13, 2025. |
| TRICARE Reimbursement Manual, Chapter 8 Section 2. TRICARE. October 1, 2024. |
| What to Know About How Medicare Pays Physicians. KFF. Alex Cottrill, Juliette Cubanski, and Tricia Neuman. October 7, 2025. |