**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:23-CV-897**

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**

**ALL CASES**

**NOTICE OF FILING**

The United States files this Notice of Filing of Unsealed Joint Appendix (Phase IIIb Vol. 1) in support of the Parties' Phase IIIb Daubert motions and motions for summary judgment, in accordance with this Court's March 26, 2026 Order Amending Case Management Order No. 2 ("CMO 2"), D.E. 832.

Dated: April 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

HAROON ANWAR
SARA J. MIRSKY
Assistant Directors

ADAM BAIN
Chief Litigation Counsel

*/s/ Giovanni Antonucci*
GIOVANNI ANTONUCCI
N.Y. Bar No. 6096671
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
1100 L Street NW
Washington, D.C. 20005
(202) 880-6104
giovanni.antonucci@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Counsel for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*<u>/s/ Giovanni Antonucci</u>*
GIOVANNI ANTONUCCI