# Exhibit 831

**1st Amended Appendix for Karen Amsler: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $831,690.04 |
| Total Paid (Insurance Only) | $506,743.54 |
| Patient Payments (Out-of-Pocket) | $12,815.35 |
| | |
| **Payments by Insurance Source** | **Paid ($)** |
| Aetna | $487,953.84 |
| Vision Plan | $40.00 |
| Unknown Insurance | $18,759.48 |
| Total Paid (Private Insurance) | $506,753.32 |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Records Bates | Total Charges ($) | Patient Payments ($) | Aetna Paid Amount ($) | Vision Plan Paid Amount ($) | Unknown Insurance Paid Amount ($) | Adjustments ($) | Balance ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CVS | 1/4/2020 - 4/11/2024 | 00284_AMSLER_0000010482- 00284_AMSLER_0000010488 | 00284_AMSLER_0000000173<br>00284_AMSLER_0000001032<br>00284_AMSLER_0000001428<br>00284_AMSLER_0000001583<br>00284_AMSLER_0000001635<br>00284_AMSLER_0000003457<br>00284_AMSLER_0000008137<br>00284_AMSLER_0000008183<br>00284_AMSLER_0000008624<br>00284_AMSLER_0000008946<br>00284_AMSLER_0000009749<br>00284_AMSLER_0000010958<br>00284_AMSLER_0000010970<br>00284_AMSLER_0000011363<br>00284_AMSLER_0000011366<br>00284_AMSLER_0000011378<br>00284_AMSLER_0000011403 | $19,036.12 | $276.64 | | | $18,759.48 | | | |
| CVS | 05/2024 - 04/2025 | 00284_AMSLER_0000013819 - 00284_AMSLER_0000013829 | 00284_AMSLER_0000013819 - 00284_AMSLER_0000013829 | $6,627.63 | $197.93 | $6,429.70 | | | | | |
| Georgia Eye Institute | 9/12/2020<br>10/23/2020<br>11/13/2020 | 00284_AMSLER_0000000127-129 | 00284_AMSLER_0000009368 -00284_AMSLER_0000009372<br>00284_AMSLER_0000009929 -00284_AMSLER_0000009932<br>00284_AMSLER_0000009925 -00284_AMSLER_0000009928 | $840.00 | | $161.69 | $40.00 | | $638.31 | | |
| American Oncology Partners | 9/12/2020 – 12/23/2020;<br>2/14/2023 – 9/5/2023 | 00284_AMSLER_0000000376 - 00284_AMSLER_0000000393 | 00284_AMSLER_0000000189 – 00284_AMSLER_0000000324;<br>00284_AMSLER_0000008426 – 00284_AMSLER_0000008478;<br>00284_AMSLER_0000008707 – 00284_AMSLER_0000008735;<br>00284_AMSLER_0000008939 – 00284_AMSLER_0000008968;<br>00284_AMSLER_0000009171 – 00284_AMSLER_0000009366 | $15,692.00 | $313.60 | $6,359.33 | | | $9,112.65 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical University of South Carolina | 10/27/2020 – 5/17/2021;<br>6/1/2021 – 2/21/2024 | 00284_AMSLER_0000009955 – 00284_AMSLER_0000009975;<br>00284_AMSLER_0000010026;<br>00284_AMSLER_0000010029 – 00284_AMSLER_0000010057;<br>00284_AMSLER_0000010058 – 00284_AMSLER_0000010097;<br>00284_AMSLER_0000010098 – 00284_AMSLER_0000010117;<br>00284_AMSLER_0000010121 – 00284_AMSLER_0000010139;<br>00284_AMSLER_0000010141 – 00284_AMSLER_0000010159;<br>00284_AMSLER_0000010160 – 00284_AMSLER_0000010177;<br>00284_AMSLER_0000010178 – 00284_AMSLER_0000010200;<br>00284_AMSLER_0000010201 – 00284_AMSLER_0000010228;<br>00284_AMSLER_0000010229 – 00284_AMSLER_0000010253;<br>00284_AMSLER_0000010273 | 00284_AMSLER_0000000189 – 00284_AMSLER_0000000324;<br>00284_AMSLER_0000000668 – 00284_AMSLER_0000000858;<br>00284_AMSLER_0000001032 – 00284_AMSLER_0000001270;<br>00284_AMSLER_0000001378 – 00284_AMSLER_0000001801;<br>00284_AMSLER_0000001863 – 00284_AMSLER_0000001960;<br>00284_AMSLER_0000001994 – 00284_AMSLER_0000002152;<br>00284_AMSLER_0000002163 – 00284_AMSLER_0000002375;<br>00284_AMSLER_0000002442 – 00284_AMSLER_0000002581;<br>00284_AMSLER_0000002639 – 00284_AMSLER_0000002903;<br>00284_AMSLER_0000002940 – 00284_AMSLER_0000003690;<br>00284_AMSLER_0000003824 – 00284_AMSLER_0000003962;<br>00284_AMSLER_0000003980 – 00284_AMSLER_0000004914;<br>00284_AMSLER_0000004996 – 00284_AMSLER_0000005226;<br>00284_AMSLER_0000005245 – 00284_AMSLER_0000005346;<br>00284_AMSLER_0000005450 – 00284_AMSLER_0000005895;<br>00284_AMSLER_0000005911 – 00284_AMSLER_0000006728;<br>00284_AMSLER_0000007034 – 00284_AMSLER_0000007526;<br>00284_AMSLER_0000008426 – 00284_AMSLER_0000008478;<br>00284_AMSLER_0000008443 – 00284_AMSLER_0000008446;<br>00284_AMSLER_0000011429 – 00284_AMSLER_0000011489;<br>00284_AMSLER_0000012233 – 00284_AMSLER_0000012234;<br>00284_AMSLER_0000013019 – 00284_AMSLER_0000013088;<br>00284_AMSLER_MEDRECS_0000000011 –<br>00284_AMSLER_MEDRECS_0000000020 | $426,899.00 | $9,179.43 | $242,604.14 | | | $174,447.33 | | |
| MUSC Health [ALL Facilities and Physicians] | 2/14/2023 – 9/5/2023 | 00284_AMSLER_0000011213-11219 | 00284_AMSLER_0000011337 - 00284_AMSLER_0000011361 | $1,839.00 | $209.80 | $839.23 | | | $789.97 | | |
| Memorial Health University | 07/2020 - 01/2024 | 00284_AMSLER_0000000524 - 00284_AMSLER_0000000653 | 00284_AMSLER_0000000246 – 00284_AMSLER_0000000253;<br>00284_AMSLER_0000008189 – 00284_AMSLER_0000008193;<br>00284_AMSLER_0000008432 – 00284_AMSLER_0000008435;<br>00284_AMSLER_0000008719 – 00284_AMSLER_0000008722;<br>00284_AMSLER_0000008939 – 00284_AMSLER_0000008945;<br>00284_AMSLER_0000009149 – 00284_AMSLER_0000009153 | $283,540.83 | | $201,617.27 | | | $81,923.56 | | |
| NeoGenomics | 9/2020 | 00284_AMSLER_0000011220 - 00284_AMSLER_0000011227 | 00284_AMSLER_0000000311 – 00284_AMSLER_0000000316;<br>00284_AMSLER_0000009221 – 00284_AMSLER_0000009228;<br>00284_AMSLER_0000009407 – 00284_AMSLER_0000009410 | $10,385.00 | | $1,708.57 | | | $8,676.43 | | |
| Bayada Home Health Care | 01/2021 - 03/2021 | 00284_AMSLER_0000013891 - 00284_AMSLER_0000013895 | 00284_AMSLER_0000003304 – 00284_AMSLER_0000003312;<br>00284_AMSLER_0000003482 – 00284_AMSLER_0000003490;<br>00284_AMSLER_0000003980 – 00284_AMSLER_0000003988;<br>00284_AMSLER_0000004357 – 00284_AMSLER_0000004362;<br>00284_AMSLER_0000004820 – 00284_AMSLER_0000004829 | $1,080.00 | | | | | | | $1,080.00 |
| Integrated Regional Laboratories | 2020 - 2024 | 00284_AMSLER_0000013950 - 00284_AMSLER_0000013965 | 00284_AMSLER_0000000246 – 00284_AMSLER_0000000247;<br>00284_AMSLER_0000008220 – 00284_AMSLER_0000008224;<br>00284_AMSLER_0000008485 – 00284_AMSLER_0000008490;<br>00284_AMSLER_0000008756 – 00284_AMSLER_0000008761;<br>00284_AMSLER_0000008971 – 00284_AMSLER_0000008973;<br>00284_AMSLER_0000009385 – 00284_AMSLER_0000009396 | $5,544.00 | | $5,544.00 | | | | | |
| LabCorp | 2021 | 00284_AMSLER_0000013966 - 00284_AMSLER_0000013985 | 00284_AMSLER_0000001383 – 00284_AMSLER_0000001389;<br>00284_AMSLER_0000001461 – 00284_AMSLER_0000001466;<br>00284_AMSLER_0000001589 – 00284_AMSLER_0000001600;<br>00284_AMSLER_0000014058;<br>00284_AMSLER_0000014067 – 00284_AMSLER_0000014068;<br>00284_AMSLER_0000014071 | $985.70 | | $90.41 | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multiple Providers | 2020 - 2024 | See *Rawlings & Associates Lien Letter on behalf of Aetna Traditional* | 00284_AMSLER_0000000718;<br>00284_AMSLER_0000000738 – 00284_AMSLER_0000000744;<br>00284_AMSLER_0000000784 – 00284_AMSLER_0000000790;<br>00284_AMSLER_0000000845 – 00284_AMSLER_0000000858;<br>00284_AMSLER_0000001032 – 00284_AMSLER_0000001037;<br>00284_AMSLER_0000001171 – 00284_AMSLER_0000001172;<br>00284_AMSLER_0000001378 – 00284_AMSLER_0000001383;<br>00284_AMSLER_0000001583 – 00284_AMSLER_0000001588;<br>00284_AMSLER_0000002163;<br>00284_AMSLER_0000002237 – 00284_AMSLER_0000002239;<br>00284_AMSLER_0000005632 – 00284_AMSLER_0000005637;<br>00284_AMSLER_0000006063 – 00284_AMSLER_0000006075;<br>00284_AMSLER_0000007106 – 00284_AMSLER_0000007107;<br>00284_AMSLER_0000008258 – 00284_AMSLER_0000008259;<br>00284_AMSLER_0000008450 – 00284_AMSLER_0000008457;<br>00284_AMSLER_0000008735 – 00284_AMSLER_0000008749;<br>00284_AMSLER_0000009235 – 00284_AMSLER_0000009239;<br>00284_AMSLER_0000009246 – 00284_AMSLER_0000009249;<br>00284_AMSLER_0000009501 – 00284_AMSLER_0000009505;<br>00284_AMSLER_0000011362 – 00284_AMSLER_0000011367;<br>00284_AMSLER_0000012945 | $40,239.23 | | $21,781.20 | | | | | |
| Intramed Plus Inc | 2021 | 00284_AMSLER_0000013986 - 00284_AMSLER_0000014016 | 00284_AMSLER_0000002510 – 00284_AMSLER_0000002518;<br>00284_AMSLER_0000002639 – 00284_AMSLER_0000002648;<br>00284_AMSLER_0000002784 – 00284_AMSLER_0000002792;<br>00284_AMSLER_0000002940 – 00284_AMSLER_0000002947;<br>00284_AMSLER_0000003391 – 00284_AMSLER_0000003398;<br>00284_AMSLER_0000003578 – 00284_AMSLER_0000003586;<br>00284_AMSLER_0000003824 – 00284_AMSLER_0000003833;<br>00284_AMSLER_0000004054 – 00284_AMSLER_0000004062;<br>00284_AMSLER_0000005911 – 00284_AMSLER_0000005920 | $1,860.00 | $173.60 | $384.40 | | | $1,302.00 | | |
| Sound Physicians | 09/2020 - 10/01/2020 | 00284_AMSLER_0000014095 - 00284_AMSLER_0000014098 | 00284_AMSLER_0000009144 – 00284_AMSLER_0000009153;<br>00284_AMSLER_0000009175 – 00284_AMSLER_0000009181;<br>00284_AMSLER_0000009184 – 00284_AMSLER_0000009191;<br>00284_AMSLER_0000009194 – 00284_AMSLER_0000009200;<br>00284_AMSLER_0000009204 – 00284_AMSLER_0000009210;<br>00284_AMSLER_0000009214 – 00284_AMSLER_0000009235;<br>00284_AMSLER_0000009239 – 00284_AMSLER_0000009246;<br>00284_AMSLER_0000009253 – 00284_AMSLER_0000009259;<br>00284_AMSLER_0000009263 – 00284_AMSLER_0000009269;<br>00284_AMSLER_0000009273 – 00284_AMSLER_0000009279;<br>00284_AMSLER_0000009283 – 00284_AMSLER_0000009289;<br>00284_AMSLER_0000009297 – 00284_AMSLER_0000009303;<br>00284_AMSLER_0000009309 – 00284_AMSLER_0000009315;<br>00284_AMSLER_0000009320 – 00284_AMSLER_0000009326;<br>00284_AMSLER_0000009330 – 00284_AMSLER_0000009336;<br>00284_AMSLER_0000009342 – 00284_AMSLER_0000009348;<br>00284_AMSLER_0000009354 – 00284_AMSLER_0000009360 | $15,543.01 | $2,464.35 | | | | $13,078.66 | | |
| Atlantic Radiology Assoc | 09/2020 - 6/2022 | 00284_AMSLER_0000014099 - 00284_AMSLER_0000014106 | 00284_AMSLER_0000008510 – 00284_AMSLER_0000008511;<br>00284_AMSLER_0000008728 – 00284_AMSLER_0000008729;<br>00284_AMSLER_0000008986 – 00284_AMSLER_0000008987;<br>00284_AMSLER_0000009200 – 00284_AMSLER_0000009204;<br>00284_AMSLER_0000009507 – 00284_AMSLER_0000009508;<br>00284_AMSLER_0000009841<br>00284_AMSLER_0000000673 | $1,578.52 | | $433.90 | | | $1,144.62 | | |
| | | | **Totals:** | **$831,690.04** | **$12,815.35** | **$487,953.84** | **$40.00** | **$18,759.48** | **$291,113.53** | **$0.00** | **$1,080.00** |