# Exhibit 832

## 3rd Amended Appendix for Mark Cagiano: Master Totals + Past Medical Billing Summary

### Master Totals

| Category | Total ($) |
|---|---|
| Total Billed (TRICARE) | $169,831.96* |
| Total Paid (TRICARE) | $23,506.23* |
| Amount Patient Pay | $12,871.82* |
| **Payments by Insurance Source** | **Paid ($)** |
| TRICARE | $23,506.23* |

*See Reliance Materials of Dr. Ji; See also MHW TRICARE Reliance File: **PLG-EXPERT_HACKETT-WALLACE_0000000104**.