# Exhibit 833

**2nd Amended Appendix for Ronald Carter: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $616,715.52 |
| Total Paid (Private/Unknown Insurance) | $159,191.52 |
| Patient Payments (Out-of-Pocket) | $1,373.31 |
| **Payments by Insurance Source** | **Paid ($)** |
| BCBS | $152,671.10 |
| Unknown Insurance | $6,520.42 |
| Medicare Paid | $3,352.56 |
| Total Paid (Insurance Only) | $159,191.52 |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Medical Record Bates (continued) | Total Charges ($) | Patient Payments ($) | BCBS Paid Amount ($) | Medicare Paid Amount ($) | Unknown Insurance Paid Amount ($) | Adjustments ($) | Balance ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carolina East Medical Center | 2011 - 2022 | 01565_CARTER_0000006019 -<br>01565_CARTER_0000006098 | 01565_CARTER_0000005672; 01565_CARTER_0000005675;<br>01565_CARTER_0000000553 - 01565_CARTER_0000000557;<br>01565_CARTER_0000001085 - 01565_CARTER_0000001086;<br>01565_CARTER_CE_0000002037 - 01565_CARTER_CE_0000002038;<br>01565_CARTER_0000001533; 01565_CARTER_0000001593;<br>01565_CARTER_0000001742 - 01565_CARTER_0000001743;<br>01565_CARTER_0000001954; 01565_CARTER_0000002026;<br>01565_CARTER_0000006808 - 01565_CARTER_0000006811;<br>01565_CARTER_0000005769; 01565_CARTER_CCHC_0000001625 -<br>01565_CARTER_CCHC_0000001626;<br>01565_CARTER_CCHC_0000001596 -<br>01565_CARTER_CCHC_0000001598; 01565_CARTER_0000002781 -<br>01565_CARTER_0000002785; 01565_CARTER_0000002845;<br>01565_CARTER_0000003046 - 01565_CARTER_0000003047;<br>01565_CARTER_0000002726 - 01565_CARTER_0000002727;<br>01565_CARTER_0000002705; 01565_CARTER_0000004781 -<br>01565_CARTER_0000004783; 01565_CARTER_CE_ 0000000589 -<br>01565_CARTER_CE_ 0000000649 | | $214,282.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CCHC Coastal Primary Care | 2011 - 2022 | 01565_CARTER_0000007674-<br>01565_CARTER_0000007854 | 01565_CARTER_0000006394 - 01565_CARTER_0000006399<br>01565_CARTER_0000006859 - 01565_CARTER_0000006865;<br>01565_CARTER_0000006481 - 01565_CARTER_0000006482;<br>01565_CARTER_0000006471 - 01565_CARTER_0000006472;<br>01565_CARTER_0000005904; 01565_CARTER_CCHC_0000001565 -<br>01565_CARTER_CCHC_0000001568; 01565_CARTER_0000003080 -<br>01565_CARTER_0000003083; 01565_CARTER_0000005904;<br>01565_CARTER_0000006292 - 01565_CARTER_0000006297;<br>01565_CARTER_CCHC_0000001255 -<br>01565_CARTER_CCHC_0000001261;<br>01565_CARTER_CCHC_0000001228 -<br>01565_CARTER_CCHC_0000001235; 01565_CARTER_0000006233 -<br>01565_CARTER_0000006239;<br>01565_CARTER_0000005888 - 01565_CARTER_0000005891;<br>01565_CARTER_0000006404 - 01565_CARTER_0000006408;<br>01565_CARTER_0000006400 - 01565_CARTER_0000006405 | 01565_CARTER_0000005911;<br>01565_CARTER_0000005878 - 01565_CARTER_0000005882;<br>01565_CARTER_0000005874 - 01565_CARTER_0000005877;<br>01565_CARTER_0000005869 - 01565_CARTER_0000005873 | $4,486.00 | $47.83 | $535.73 | $1,508.17 | $0.00 | $1,944.27 | $0.00 | $450.00 |
| UNC Hospitials HIM - Chapel Hill | 2011 - 2022 | 01565_CARTER_0000007855 -<br>01565_CARTER_0000008134 | 01565_CARTER_0000006859 - 01565_CARTER_0000006865;<br>01565_CARTER_0000005675; 01565_CARTER_0000005685 -<br>01565_CARTER_0000005686; 01565_CARTER_0000006827 -<br>01565_CARTER_0000006830; 01565_CARTER_0000000856 -<br>01565_CARTER_0000000858; 01565_CARTER_UNC_0000000505 -<br>01565_CARTER_UNC_0000000509; 01565_CARTER_0000007650 -<br>01565_CARTER_0000007654; 01565_CARTER_UNC_0000000501 -<br>01565_CARTER_UNC_0000000503; 01565_CARTER_0000007650 -<br>01565_CARTER_0000007654; 01565_CARTER_0000007646 -<br>01565_CARTER_0000007649; 01565_CARTER_0000007631 -<br>01565_CARTER_0000007632; 01565_CARTER_0000007641 -<br>01565_CARTER_0000007645; 01565_CARTER_0000006782 -<br>01565_CARTER_0000006785; 01565_CARTER_0000007630;<br>01565_CARTER_0000006786 - 01565_CARTER_0000006788;<br>01565_CARTER_0000006790 - 01565_CARTER_0000006793;<br>01565_CARTER_0000006776 - 01565_CARTER_0000006781;<br>01565_CARTER_UNC_0000000565 - 01565_CARTER_UNC_0000000567;<br>01565_CARTER_0000006775; 01565_CARTER_UNC_0000000319 -<br>01565_CARTER_UNC_0000000322; 01565_CARTER_UNC_0000000233;<br>01565_CARTER_UNC_0000000264; 01565_CARTER_CCHC_0000002658 -<br>01565_CARTER_CCHC_0000002663; | 01565_CARTER_CCHC_0000002651 -<br>01565_CARTER_CCHC_0000002657;<br>01565_CARTER_CCHC_0000002644 -<br>01565_CARTER_CCHC_0000002650;<br>01565_CARTER_CCHC_0000002628 -<br>01565_CARTER_CCHC_0000002634; 01565_CARTER_000007611 -<br>01565_CARTER_000007612; 01565_CARTER_CCHC_0000002621 -<br>01565_CARTER_CCHC_0000002625;<br>01565_CARTER_CCHC_0000002604 -<br>01565_CARTER_CCHC_0000002608; 01565_CARTER_0000007609 -<br>01565_CARTER_0000007610; 01565_CARTER_0000007607 -<br>01565_CARTER_0000007608; 01565_CARTER_CCHC_0000002458 -<br>01565_CARTER_CCHC_0000002465; 01565_CARTER_0000007226 -<br>01565_CARTER_0000007246; 01565_CARTER_0000007199 -<br>01565_CARTER_0000007208; 01565_CARTER_0000007187;<br>01565_CARTER_0000007078 - 01565_CARTER_0000007079;<br>01565_CARTER_CCHC_0000002637 -<br>01565_CARTER_CCHC_0000002643;<br>01565_CARTER_CCHC_0000002536 -<br>01565_CARTER_CCHC_0000002540 | $394,839.77 | $826.89 | $152,135.37 | $1,844.39 | $6,520.42 | $233,512.70 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walgreens | 2012 - 2015 | 01565_CARTER_0000006903 - 01565_CARTER_0000006991 | 01565_CARTER_0000006903 - 01565_CARTER_0000006991 | | $3,107.33 | $498.59 | $0.00 | $0.00 | $0.00 | $2,939.08 | $0.00 | $2,673.70 |
| | | | | **Totals:** | **$616,715.52** | **$1,373.31** | **$152,671.10** | **$3,352.56** | **$6,520.42** | **$238,396.05** | **$0.00** | **$3,123.70** |