# Exhibit 834

**2nd Amended Appendix for Stephen Connard: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $560,980.97 |
| Total Paid (Insurance Only) | $304,589.71 |
| Patient Payments (Out-of-Pocket) | Unknown |
| **Payments by Insurance Source** | **Paid ($)** |
| Total Paid by Insurance (UHC) | $304,589.71 |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates/Document Title | Medical Record Bates | Total Charges ($) | Patient Payments ($) | UHC Paid Amount ($) | Adjustments ($) | Unverified Balance |
|---|---|---|---|---|---|---|---|---|
| University of Maryland Medical Center | 2001-2006 | 000000_01557_CONNARD_UMMS_0000000001 - 000000_01557_CONNARD_UMMS_0000003351 | 01557_CONNARD_UMMS_0000000836 – 01557_CONNARD_UMMS_0000003399 | $243,453.54 | Unknown | | Unknown | |
| UHC Lien | 1/7/2008-12/31/2008<br>1/5/2009-12/9/2009<br>1/1/2010-5/13/2010 | 01557_CONNARD_0000001675 - 0000001686 | 01557_CONNARD_UMMS_0000000876<br>01557_CONNARD_0000000108-01557_CONNARD_0000000109<br>01557_CONNARD_0000000246<br>01557_CONNARD_UMMS_0000000263 - 01557_CONNARD_UMMS_0000000386;<br>01557 CONNARD UMMS 0000000393 - 01557 CONNARD UMMS 0000000445;<br>01557_CONNARD_UMMS_0000000661 - 01557_CONNARD_UMMS_0000000666;<br>01557_CONNARD_UMMS_0000000704 - 01557_CONNARD_UMMS_0000000736;<br>01557_CONNARD_UMMS_0000000874 -01557_CONNARD_UMMS_0000000905;<br>01557_CONNARD_UMMS_0000000925 - 01557_CONNARD_UMMS_0000000926;<br>01557 CONNARD UMMS 0000001082 - 01557 CONNARD UMMS 0000001097;<br>01557 CONNARD UMMS 0000001122 - 01557 CONNARD UMMS 0000001146;<br>01557 CONNARD UMMS 0000001160 - 01557 CONNARD UMMS 0000001188;<br>01557 CONNARD UMMS 0000001215 - 01557 CONNARD UMMS 0000001216;<br>01557_CONNARD UMMS_0000001640 - 01557_CONNARD_UMMS_0000001704;<br>01557 CONNARD UMMS 0000001781 - 01557 CONNARD UMMS 0000001792;<br>01557_CONNARD_UMMS_0000001855 - 01557_CONNARD_UMMS_0000001862;<br>01557_CONNARD_UMMS_0000002232 - 01557_CONNARD_UMMS_0000002339;<br>01557 CONNARD UMMS 0000002370 - 01557 CONNARD UMMS 0000002372;<br>01557_CONNARD_UMMS_0000002403 - 01557_CONNARD_UMMS_0000002416;<br>01557 CONNARD UMMS 0000002516;<br>01557_CONNARD_UMMS_0000003015 - 01557_CONNARD_UMMS_0000003059;<br>01557_CONNARD_UMMS_0000003119 - 01557_CONNARD_UMMS_0000003128;<br>01557_CONNARD_UMMS_0000003228 - 01557_CONNARD_UMMS_0000003230 | $317,527.43 | Unknown | $304,589.71 | Unknown | $12,937.72 |
| | | | **Totals:** | **$560,980.97** | **Unknown** | **$304,589.71** | **Unknown** | **$12,937.72** |