# Exhibit 835

**1st Amended Appendix for Jefferson "Mike" Criswell: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $202,673.50 |
| Total Paid (Insurance Only) | $40,321.44 |
| Patient Payments (Out-of-Pocket) | $13,321.05 |

| Payments by Insurance Source | Paid ($) |
|---|---|
| BCBS | $37,699.60 |
| UHC | $2,621.84 |
| Total Paid (Insurance Only) | $40,321.44 |

**Past Medical Billing Summary**

| Provider | Dates of Service | Dates of Service Continued | Billing Record Bates | Billing Record Bates Continued | Medical Record Bates | Medical Records Bates Continued | Total Charges ($) | Patient Payments ($) | BCBS Paid Amount ($) | UHC Paid Amount ($) | Adjustments ($) | Balance ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Georgia Urology | 10/15/2002<br>2/7/2014<br>2/21/2014<br>2/28/2014<br>3/4/2014<br>12/12/2014 | | 01482_CRISWELL_0000005407<br>01482_CRISWELL_0000005408 | | 01482_CRISWELL_ 000050<br>01482_CRISWELL_004365 - 004367;<br>01482_CRISWELL_004371 - 004373;<br>01482_CRISWELL_004362 - 004364;<br>01482_CRISWELL_004374 - 004375;<br>01482_CRISWELL_004368 - 004370 | | $4,372.01 | $324.89 | $1,831.44 | | $2,215.68 | | |
| Piedmont Healthcare | 02/28 - 03/04/2014;<br>3/4/2014 | | 01482_CRISWELL_0000000191<br>01482_CRISWELL_0000005088<br>01482_CRISWELL_0000000232<br>01482_CRISWELL_0000000241 | | 01482_CRISWELL_004374 - 004375 | | $20,273.02 | $966.80 | $2,637.19 | | $16,669.03 | | |
| City of Hope Cancer Center Atlanta (Southeastern Medical Center) | 6/2/2015<br>6/3/2015<br>12/2/2015<br>6/13/2016<br>8/11/2016<br>9/9/2016<br>2/13/2017<br>8/14/2017<br>2/12/2018<br>3/15/2018 - 03/16/2018<br>3/16/2018<br>9/17/2018<br>3/18/2019 | 12/16/2019<br>12/15/2020<br>12/14/2021 1/28/2022<br>1/23/2023<br>1/22/2024<br>1/21/2025 | 01482_CRISWELL_0000005369<br>01482_CRISWELL_0000005370<br>01482_CRISWELL_0000005371<br>01482_CRISWELL_0000005373<br>01482_CRISWELL_0000005374<br>01482_CRISWELL_0000005375<br>01482_CRISWELL_0000005376<br>01482_CRISWELL_0000005378<br>01482_CRISWELL_0000005379<br>01482_CRISWELL_0000005380<br>01482_CRISWELL_0000005381<br>01482_CRISWELL_0000005382<br>01482_CRISWELL_0000005384<br>01482_CRISWELL_0000005385<br>01482_CRISWELL_0000005387 | 01482_CRISWELL_0000005388<br>01482_CRISWELL_0000005389<br>01482_CRISWELL_0000005391<br>01482_CRISWELL_0000005392<br>01482_CRISWELL_0000005393<br>01482_CRISWELL_0000005394<br>01482_CRISWELL_0000005395<br>01482_CRISWELL_0000005396<br>01482_CRISWELL_0000005397<br>01482_CRISWELL_0000005398<br>01482_CRISWELL_0000005399<br>01482_CRISWELL_0000005400<br>01482_CRISWELL_0000005401<br>01482_CRISWELL_0000005402<br>01482_CRISWELL_0000005403 | 01482_CRISWELL_000351 - 000354<br>01482_CRISWELL_000358 - 000361<br>01482_CRISWELL_000362 - 000364<br>01482_CRISWELL_000365 - 000367<br>01482_CRISWELL_000368 - 000372<br>01482_CRISWELL_000375 - 000377<br>01482_CRISWELL_000378 - 000380<br>01482_CRISWELL_000381 - 000383<br>01482_CRISWELL_000384 - 000386<br>01482_CRISWELL_000387 - 000389<br>01482_CRISWELL_000390 - 000391<br>01482_CRISWELL_000393 ; 000403<br>01482_CRISWELL_000397 - 000399<br>01482_CRISWELL_000403 - 000406<br>01482_CRISWELL_000407 - 000412 | 01482_CRISWELL_000419 - 000420<br>01482_CRISWELL_000427 - 000428<br>01482_CRISWELL_000429 - 000430<br>01482_CRISWELL_000433 - 000437<br>01482_CRISWELL_000469<br>01482_CRISWELL_000598 - 000600<br>01482_CRISWELL_001783 - 001784<br>01482_CRISWELL_0000005183 - 5188 | $177,540.97 | $11,999.65 | $33,230.97 | $2,480.99 | $129,829.36 | | |
| Village Medical (Griffin) | 12/16/2022 | | 01482_CRISWELL_0000005092 | | 01482_CRISWELL_001868 - 001874 | | $304.00 | $29.71 | | $109.47 | $164.82 | | |
| LabCorp | 1/14/2022<br>2/6/2023 | | 01482_CRISWELL_0000005423<br>01482_CRISWELL_0000005425 | | 01482_CRISWELL_000368 - 000372<br>01482_CRISWELL_ 000362 - 000364 | | $183.50 | | | $31.38 | | | |
| | | | | | | Totals: | $202,673.50 | $13,321.05 | $37,699.60 | $2,621.84 | $148,878.89 | $0.00 | $0.00 |