# Exhibit 836

## Appendix for Cometto Davis: Master Totals + Past Medical Billing Su

**No private pay billing data**
**No TRICARE data**
**VHA/CCN - not verifiable as presented**