# Exhibit 838

**2nd Amended Appendix for Terry Dyer: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $278,532.92 |
| Total Paid (Insurance Only) | $171,109.87 |
| Patient Payments (Out-of-Pocket) | $11,623.00 |
| Outstanding Balance | $2,157.92 |
| **Payments by Insurance Source** | **Paid ($)** |
| PDC | $8,702.55 |
| UHC | $159,864.56 |
| The Empire Plan | $366.62 |
| UC Superpayor | $2,032.34 |
| NY Govt Employees | $49.05 |
| Unknown Insurance | $94.75 |
| Total Paid (Insurance Only) | $171,109.87 |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | PDC Paid Amount ($) | UHC Paid Amount ($) | The Empire Plan Paid Amount ($) | UC Superpayor Paid Amount ($) | NY Govt Employee Paid Amount ($) | Unknown Payer Amount ($) | Adjustments ($) | Balance ($) | Prompt Pay Discount Adjustment Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Duke Health | 7/31/2013<br>1/7/2015 | 00357_DYER_0000001826 - 00357_DYER_0000001828;<br>00357_DYER_0000001828 - 00357_DYER_0000001830; | 00357_DYER_0000001754 - 00357_DYER_0000001768;<br>00357_DYER_0000001806 - 00357_DYER_0000001818; | $18,381.31 | $1,534.96 | $8,702.55 | | | | | | $7,802.80 | | |
| Urology Associates of Southeastern NC Wilmington | 5/12/2009 – 12/31/2009<br>2/17/2010<br>3/6/2010<br>3/7/2010<br>3/15/2010<br>3/29/2010<br>4/6/2010<br>4/12/2010<br>5/20/2010<br>5/25/2010<br>5/28/2010<br>6/8/2010<br>8/4/2010<br>8/23/2010<br>9/1/2010 (No Medical Records) | 00357_DYER_0000001933<br>00357_DYER_0000001933 - 00357_DYER_0000001934;<br>00357_DYER_0000001934<br>00357_DYER_0000001935<br>00357_DYER_0000001936<br>00357_DYER_0000001936 - 00357_DYER_0000001937;<br>00357_DYER_0000001937<br>00357_DYER_0000001938<br>00357_DYER_0000001939<br>00357_DYER_0000001939 - 00357_DYER_0000001940;<br>00357_DYER_0000001940<br>00357_DYER_0000001941<br>00357_DYER_0000001941 - 00357_DYER_0000001942;<br>00357_DYER_0000001942 | 00357_DYER_0000000413<br>00357_DYER_0000001835 – 00357_DYER_0000001875<br>00357_DYER_UASNC_0000000007 –<br>00357_DYER_UASNC_0000000010<br>00357_DYER_UASNC_0000000016 –<br>00357_DYER_UASNC_0000000019<br>00357_DYER_UASNC_0000000022 –<br>00357_DYER_UASNC_0000000023<br>00357_DYER_UASNC_0000000027 –<br>00357_DYER_UASNC_0000000029<br>00357_DYER_UASNC_0000000031 –<br>00357_DYER_UASNC_0000000037<br>00357_DYER_UASNC_0000000043 –<br>00357_DYER_UASNC_0000000053 | $27,627.00 | $1,563.25 | | $7,652.58 | $366.62 | | $49.05 | | $17,995.50 | | |
| Wilmington Health | 1/29/2019<br>8/31/2022 – 10/20/2022<br>1/4/2023 – 9/8/2023 | 00357_DYER_0000001944<br>00357_DYER_0000001945<br>00357_DYER_0000001946<br>00357_DYER_0000001947<br>00357_DYER_0000001948<br>00357_DYER_0000001949<br>00357_DYER_0000001950<br>00357_DYER_0000001951<br>00357_DYER_0000001953<br>00357_DYER_0000001954<br>00357_DYER_0000001955<br>00357_DYER_0000001958<br>00357_DYER_0000001959 | 00357_DYER_0000000053<br>00357_DYER_0000000561<br>00357_DYER_0000004013<br>00357_DYER_MEDRECS_0000000213<br>00357_DYER_MEDRECS_0000000208<br>00357_DYER_MEDRECS_0000000204<br>00357_DYER_MEDRECS_0000000200<br>00357_DYER_MEDRECS_0000000197<br>00357_DYER_MEDRECS_0000000187<br>00357_DYER_MEDRECS_0000000185<br>00357_DYER_MEDRECS_0000000179<br>00357_DYER_MEDRECS_0000000167<br>00357_DYER_MEDRECS_0000000159<br>00357_DYER_MEDRECS_0000000149<br>00357_DYER_MEDRECS_0000000144 | $5,035.00 | $524.30 | | $2,658.03 | | | | | $1,977.95 | $125.28 | |
| Wilmington Pathology Associates | 2/13/2020<br>11/5/2022<br>5/18/2023<br>5/24/2023<br>6/1/2023<br>6/17/2023 | 00357_DYER_0000001962<br>00357_DYER_0000001965<br>00357_DYER_0000001969<br>00357_DYER_0000001972<br>00357_DYER_0000001970 - 00357_DYER_0000001977;<br>00357_DYER_0000001987 - 00357_DYER_0000001988 | 00357_DYER_0000000143<br>00357_DYER_0000000165<br>00357_DYER_0000000175<br>00357_DYER_0000000178<br>00357_DYER_0000000266 | $2,551.00 | | | $120.26 | | | | | $2,430.74 | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Novant Health Regional Medical Center | 6/27/2014<br>12/2/2015 – 12/2/2015<br>2/17/2016 – 10/4/2016<br>9/16/2017<br>1/10/2018 – 8/22/2018<br>2/13/2020<br>4/15/2021 – 5/13/2021<br>11/5/2022<br>5/10/2023 – 6/22/2023 | 00357_DYER_0000002653<br>00357_DYER_0000002657 – 00357_DYER_0000002660<br>00357_DYER_0000002661 – 00357_DYER_0000002664<br>00357_DYER_0000002665 – 00357_DYER_0000002667<br>00357_DYER_0000002673 – 00357_DYER_0000002677<br>00357_DYER_0000002678 – 00357_DYER_0000002679<br>00357_DYER_0000002684 – 00357_DYER_0000002692<br>00357_DYER_0000002708 – 00357_DYER_0000002710<br>00357_DYER_0000002717<br>0057_DYER_0000002691 - 0057_DYER_0000002707 | 00357_DYER_0000000029 - 00357_DYER_0000000041;<br>00357_DYER_0000000053 - 00357_DYER_0000000084;<br>00357_DYER_0000000085 - 00357_DYER_0000000086;<br>00357_DYER_0000000087 - 00357_DYER_0000000099;<br>00357_DYER_0000000206 - 00357_DYER_0000000210<br>00357_DYER_0000002119 - 00357_DYER_0000002131;<br>00357_DYER_0000002137 - 00357_DYER_0000002148;<br>00357_DYER_0000002177 - 00357_DYER_0000002187;<br>00357_DYER_0000002188 - 00357_DYER_0000002196;<br>00357_DYER_0000002197 - 00357_DYER_0000002203;<br>00357_DYER_0000002204 - 00357_DYER_0000002205;<br>00357_DYER_0000002206 - 00357_DYER_0000002208;<br>00357_DYER_0000002228 - 00357_DYER_0000002236;<br>00357_DYER_0000002237 - 00357_DYER_0000002243;<br>00357_DYER_0000002244 - 00357_DYER_0000002250;<br>00357_DYER_0000002251 - 00357_DYER_0000002257;<br>00357_DYER_0000002258 - 00357_DYER_0000002264;<br>00357_DYER_0000002273 - 00357_DYER_0000002282;<br>00357_DYER_0000002283 - 00357_DYER_0000002294;<br>00357_DYER_0000000206 - 00357_DYER_0000000210 | $167,957.04 | $4,700.00 | | $126,107.76 | | $2,032.34 | | | $36,800.24 | $2,032.34 | $349.04 |
| American Anesthesiology of the Carolinas \| Wilmington | 3/6/2010<br>5/25/2010<br>1/30/2018<br>5/24/2023 | 00357_DYER_0000002722<br>00357_DYER_0000002725<br>00357_DYER_0000002727 | 00357_DYER_0000001914<br>00357_DYER_0000001900<br>00357_DYER_0000000138<br>00357_DYER_0000000140 | $8,208.19 | $336.55 | | $2,865.65 | | | | | $5,005.99 | | |
| Delaney Radiologist Group | 6/22/2010<br>8/23/2010<br>11/9/2010<br>5/23/2014<br>8/16/2016<br>1/2/2018<br>8/24/2018<br>12/12/2018 | 00357_DYER_0000002823<br>00357_DYER_0000002824<br>00357_DYER_0000002826<br>00357_DYER_0000002827 | 00357_DYER_0000004221<br>00357_DYER_0000004224 - 00357_DYER_0000004225<br>00357_DYER_0000004230<br>00357_DYER_0000004241<br>00357_DYER_0000004255<br>00357_DYER_0000004267<br>00357_DYER_0000004269<br>00357_DYER_0000004272 | $3,718.00 | $83.51 | | $1,481.06 | | | | | $2,153.43 | | |
| Novant Health Primary Care \| Ogden | 4/10/2017 – 12/27/2017<br>1/2/2018 – 12/19/2018<br>1/9/2019 – 11/11/2019<br>1/23/2020 – 11/23/2020<br>1/11/2021 – 10/12/2021<br>1/12/2022 – 1/19/2022<br>11/7/2023 – 11/27/2023 | 00357_DYER_0000005026 – 00357_DYER_0000005028<br>00357_DYER_0000005030<br>00357_DYER_0000005032<br>00357_DYER_0000005034<br>00357_DYER_0000005038 – 00357_DYER_0000005040<br>00357_DYER_0000005043 – 00357_DYER_0000005048<br>00357_DYER_0000005050<br>00357_DYER_0000005053<br>00357_DYER_0000005055 – 00357_DYER_0000005059<br>00357_DYER_0000005062 – 00357_DYER_0000005063<br>00357_DYER_0000005065 – 00357_DYER_0000005073<br>00357_DYER_0000005075 – 00357_DYER_0000005077<br>00357_DYER_0000005079 – 00357_DYER_0000005092 | 00357_DYER_0000002941 - 00357_DYER_0000003713 | $39,039.00 | $2,146.44 | | $17,452.90 | | | | | $19,439.66 | | |
| Columbus Regional HCS | 6/11/2021 | 00357_DYER_0000010445 | DYER_0000000002 | $350.00 | $49.49 | | $197.96 | | | | | $102.25 | | |
| Advanced Urology | 6/10/2021<br>7/25/2022<br>7/28/2022<br>5/16/2023<br>8/23/2022<br>8/24/2023<br>9/13/2023<br>12/11/2023<br>1/15/2024<br>2/14/2024 | 00357_DYER_0000010505 - 00357_DYER_0000010506<br>00357_DYER_0000010511 -00357_DYER_0000010513<br>00357_DYER_0000010508 -00357_DYER_0000010509<br>00357_DYER_0000010514 -00357_DYER_0000010516<br>00357_DYER_0000010502 -00357_DYER_0000010504<br>00357_DYER_0000010505 - 00357_DYER_0000010506<br>00357_DYER_0000010498 -00357_DYER_0000010501<br>00357_DYER_0000010494 -00357_DYER_0000010496<br>00357_DYER_0000010490 -00357_DYER_0000010492<br>00357_DYER_0000010518 - 00357_DYER_0000010520<br>00357_DYER_0000010522 -00357_DYER_0000010524 | 00357_DYER_0000000752<br>00357_DYER_0000000754 -00357_DYER_0000000755<br>00357_DYER_0000000762 -00357_DYER_0000000765<br>00357_DYER_0000000760<br>00357_DYER_0000000766<br>00357_DYER_0000000768 -00357_DYER_0000000770<br>00357_DYER_0000000772 -00357_DYER_0000000774<br>00357_DYER_0000000776<br>00357_DYER_0000000781<br>/00357_DYER_MEDRECS_0000000312 - 000319 | $2,532.00 | $220.00 | | $1,058.54 | | | | | $1,253.76 | $0.30 | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LabCorp | 6/26/2021 (Pending)<br>8/19/2022 (No Medical Records)<br>8/31/2022<br>9/7/2022 (No Medical Records)<br>10/20/2022<br>1/4/2023<br>3/20/2023<br>4/21/2023<br>4/25/2023<br>6/9/2023<br>7/18/2023<br>9/8/2023 | 00357_DYER_0000010577 - 00357_DYER_0000010578;<br>00357_DYER_0000010579<br>00357_DYER_0000010580<br>00357_DYER_0000010581<br>00357_DYER_0000010582<br>00357_DYER_0000010583<br>00357_DYER_0000010584<br>00357_DYER_0000010585<br>00357_DYER_0000010589<br>00357_DYER_0000010590<br>00357_DYER_0000010591<br>00357_DYER_0000010592 | 00357_DYER_0000000477 - 00357_DYER_0000000481;<br>00357_DYER_0000000487 - 00357_DYER_0000000490;<br>00357_DYER_0000000491 - 00357_DYER_0000000494;<br>00357_DYER_0000000495 - 00357_DYER_0000000499;<br>00357_DYER_0000000513 - 00357_DYER_0000000517;<br>00357_DYER_0000000528 - 00357_DYER_0000000531;<br>00357_DYER_0000000532 - 00357_DYER_0000000535;<br>00357_DYER_0000000541 - 00357_DYER_0000000545;<br>00357_DYER_MEDRECS_0000000144 - 000147<br>00357_DYER_MEDRECS_0000000385 - 0000000651 | $2,573.13 | | | $269.82 | | | | | $2,303.31 | | |
| CVS Pharmacy | 10/5/2015 – 12/18/2015<br>1/23/2016 – 10/24/2016<br>3/20/2017 – 10/23/2017<br>9/7/2018 – 12/14/2018<br>12/30/2019 – 12/30/2019<br>1/3/2020 – 11/24/2020<br>1/18/2021 – 12/10/2021<br>5/23/2022 – 11/5/2022<br>1/4/2023 – 12/11/2023<br>1/18/2024 – 12/30/2024<br>1/18/2025 – 9/9/2025 | 00357_DYER_0000010531<br>00357_DYER_0000010532<br>00357_DYER_0000010533<br>00357_DYER_0000010534<br>00357_DYER_0000010535<br>00357_DYER_0000010536 | Refer to billing records for prescriptions and prescribing providers | $561.25 | $464.50 | | | | | | $94.75 | | | |
| | | | **Totals:** | **$278,532.92** | **$11,623.00** | **$8,702.55** | **$159,864.56** | **$366.62** | **$2,032.34** | **$49.05** | **$94.75** | **$97,265.63** | **$2,157.92** | **$349.04** |