# Exhibit 839

**1st Amended Appendix for David Fancher: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| **Total Charges (Rawlings)** | $6,475.30 |
| **Total Paid (Private Insurance)** | $3,736.60 |
| **Patient Payments (Out-of-Pocket)** | Unknown |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | BCBS of Florida ($) | Adjustments ($) | Balance ($) |
|---|---|---|---|---|---|---|---|---|
| Rawlings Lien | 10/31/2001<br>11/09/2001<br>11/14/2001<br>11/18/2002<br>11/20/2002<br>11/25/2003<br>12/03/2003<br>11/10/2004 | *See Rawlings Lien* | 00275_FANCHER_0000002763<br>00275_FANCHER_0000002764<br>00275_FANCHER_0000002765<br>00275_FANCHER_0000002766<br>00275_FANCHER_0000002767-00275_FANCHER_0000002768;<br>00275_FANCHER_0000000030-00275_FANCHER_0000000032;<br>00275_FANCHER_0000000053<br>00275_FANCHER_VHA_0000000766-00275_FANCHER_VHA_0000000767<br>00275_FANCHER_MEDRECS_0000000057 | $6,475.30 | Unknown | $3,736.60 | Unknown | $0.00 |
| | | | **Totals:** | **$6,475.30** | **Unknown** | **$3,736.60** | **Unknown** | **$0.00** |