# Exhibit 840

**3rd Amended Appendix for Joseph Gleesing: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| **Total Charges (All Providers)** | $382,692.26 |
| **Total Confirmed Paid (excluding Medicare)** | $55,401.45/$185,847.81 |
| **Total Billed (TRICARE)** | $2,130.74* |
| **Total Paid (TRICARE)** | $115.00* |
| **Patient Payments (Out-of-Pocket)** | $13,109.17* |
| **Payments by Insurance Source** | **Paid ($)** |
| **UHC (Confirmed Paid)** | $37,478.20 |
| **UHC (Paid or Adjusted)** | $130,446.36 |
| **Unknown Insurance** | $17,291.70 |
| **JVHL** | $631.55 |
| | |
| **Total Confirmed Paid (excluding Medicare)** | $55,401.45 |
| **Total Unconfirmed Paid (excluding Medicare)** | $185,847.81 |
| | |
| **Medicare (Leukemia)** | $16,943.59 |
| | |

*See Reliance Materials of Dr. Ji; See also MHW TRICARE Reliance File: **PLG-EXPERT_HACKETT-WALLACE_0000000104**

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | UHC Paid Amount ($) | Unknown Insurance Paid Amount ($) | Unverified UHC Paid/Adj Amount ($) | Medicare Paid Amount ($) | JVHL Paid Amount ($) | Adjustments ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Borgress Hospital ProMed | 8/31/2015<br>9/3/2015<br>9/24/2020<br>1/10/2022<br>9/24/2020<br>4/3/2023<br>2/14/2022<br>2/1/2023 | 01486_GLEESING_0000007001 -<br>01486_GLEESING_0000007005;<br>01486_GLEESING_0000003774 | 01486_GLEESING_0000006925 - 0000006929<br>01486_GLEESING_0000000953<br>01486_GLEESING_0000006309 - 06312;<br>01486_GLEESING_0000006318 - 01486_GLEESING_0000006325;<br>01486_GLEESING_MEDRECS_0000018064 -<br>01486_GLEESING_MEDRECS_0000018277;<br>01486_GLEESING_0000006291 - 01486_GLEESING_0000006294;<br>01486_GLEESING_0000006336 - 01486_GLEESING_0000006343 | $1,519.00 | $58.36 | $949.60 | | | | | $511.04 | |
| Borgess Medical Center | 8/31/2015<br>9/3/2015<br>9/28/2015<br>10/22/2015<br>3/22/2016<br>8/9/2016<br>3/20/2017<br>12/2/2017<br>3/15/2018<br>3/20/2018<br>3/21/2018<br>7/2/2018<br>7/5/2018<br>11/6/2018<br>11/7/2018<br>12/5/2018<br>12/11/2018<br>6/10/2019<br>6/14/2019<br>6/21/2019<br>11/5/2019<br>11/21/2019<br>9/24/2020<br>10/6/2020<br>11/5/2020<br>2/2/2021<br>9/27/2022 | 01486_GLEESING_0000010433 - 01486_GLEESING_0000010435<br>01486_GLEESING_0000010439 - 01486_GLEESING_0000010440<br>01486_GLEESING_0000010448<br>01486_GLEESING_0000010450 - 01486_GLEESING_0000010455<br>01486_GLEESING_0000010457 - 01486_GLEESING_0000010464<br>01486_GLEESING_0000010466 - 01486_GLEESING_0000010470 | 01486_GLEESING_0000000935<br>01486_GLEESING_0000000940 - 01486_GLEESING_0000000941<br>01486_GLEESING_0000000957 - 01486_GLEESING_0000000970<br>01486_GLEESING_0000000972 - 01486_GLEESING_0000000973<br>01486_GLEESING_0000000988 - 01486_GLEESING_0000000992<br>01486_GLEESING_0000000993 - 01486_GLEESING_0000000994<br>01486_GLEESING_0000002445<br>01486_GLEESING_0000002618 - 01486_GLEESING_0000002620<br>01486_GLEESING_0000002624 - 01486_GLEESING_0000002625<br>01486_GLEESING_0000002629 - 01486_GLEESING_0000002632<br>01486_GLEESING_0000002642 - 01486_GLEESING_0000002643<br>01486_GLEESING_0000002676 - 01486_GLEESING_0000002679<br>01486_GLEESING_0000002700<br>01486_GLEESING_0000002705 - 01486_GLEESING_0000002706<br>01486_GLEESING_0000002777 - 01486_GLEESING_0000002785<br>01486_GLEESING_0000002801<br>01486_GLEESING_0000002808<br>01486_GLEESING_0000002816 - 01486_GLEESING_0000002819<br>01486_GLEESING_0000002834 - 01486_GLEESING_0000002835<br>01486_GLEESING_0000002839 - 01486_GLEESING_0000002840<br>01486_GLEESING_0000003109<br>01486_GLEESING_0000003126<br>01486_GLEESING_0000003336<br>01486_GLEESING_0000006326 - 01486_GLEESING_0000006335 | $133,610.97 | $5,104.71 | | | $128,379.90 | | | $126.00 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bronson Advanced Cardiac Health | 11/28/2018<br>2/6/2019<br>2/7/2019<br>2/11/2019<br>4/29/2021<br>11/9/2021<br>3/7/2022<br>5/9/2022<br>5/17/2022<br>8/9/2022<br>11/11/2022<br>12/2/2022<br>3/17/2023<br>6/6/2023<br>9/25/2023<br>12/7/2023<br>3/7/2024 | 01486_GLEESING_0000007010<br>01486_GLEESING_0000007011<br>01486_GLEESING_0000007014<br>01486_GLEESING_0000007016<br>01486_GLEESING_0000007018 - 01486_GLEESING_0000007027 | 01486_GLEESING_0000000139 - 01486_GLEESING_0000000141<br>01486_GLEESING_0000000169 - 01486_GLEESING_0000000171<br>01486_GLEESING_0000000184 - 01486_GLEESING_0000000186<br>01486_GLEESING_0000000215<br>01486_GLEESING_0000000235 - 01486_GLEESING_0000000237<br>01486_GLEESING_0000000242 - 01486_GLEESING_0000000244<br>01486_GLEESING_0000000273 - 01486_GLEESING_0000000275<br>01486_GLEESING_0000000303 - 01486_GLEESING_0000000305<br>01486_GLEESING_0000000371 - 01486_GLEESING_0000000375<br>01486_GLEESING_0000000382 - 01486_GLEESING_0000000386<br>01486_GLEESING_0000000390 - 01486_GLEESING_0000000394<br>01486_GLEESING_0000000410 - 01486_GLEESING_0000000411<br>01486_GLEESING_0000000543 - 01486_GLEESING_0000000548<br>01486_GLEESING_BMH_0000002188 -<br>01486_GLEESING_BMH_0000002193<br>01486_GLEESING_BMH_0000002216 -<br>01486_GLEESING_BMH_0000002217<br>01486_GLEESING_0000000530 - 01486_GLEESING_0000000535<br>01486_GLEESING_0000000513 - 01486_GLEESING_0000000530<br>01486_GLEESING_0000000509 - 01486_GLEESING_0000000512 | $7,131.43 | $1,768.07 | | $2,960.39 | | | | $2,086.41 | |
| Helen Newberry Joy Hospital & Healthcare | 7/5/2019 | 01486_GLEESING_0000007114 | 01486_GLEESING_0000006807 | $93.00 | $17.67 | | $70.68 | | | | $4.65 | |
| West Michigan Cancer Center | 9/17/2015 – 10/16/2015;<br>3/31/2016 – 5/10/2016;<br>12/20/2016 – 8/29/2017;<br>3/5/2018 – 6/18/2018;<br>8/13/2018 – 11/29/2018;<br>1/15/2019 – 4/25/2019;<br>6/21/2019 – 10/21/2019;<br>11/21/2019 – 10/19/2020;<br>1/14/2021 | 01486_GLEESING_0000003092<br>01486_GLEESING_0000003195<br>01486_GLEESING_0000003475<br>01486_GLEESING_0000003582<br>01486_GLEESING_0000007160 - 01486_GLEESING_0000007176 | 01486_GLEESING_0000001003 - 01486_GLEESING_0000001004<br>01486_GLEESING_0000001007 - 01486_GLEESING_0000001008<br>01486_GLEESING_0000001009 - 01486_GLEESING_0000001011<br>01486_GLEESING_0000001012 - 01486_GLEESING_0000001015<br>01486_GLEESING_0000001016 - 01486_GLEESING_0000001019<br>01486_GLEESING_0000001020 - 01486_GLEESING_0000001024<br>01486_GLEESING_0000001025 - 01486_GLEESING_0000001028<br>01486_GLEESING_0000001030 - 01486_GLEESING_0000001039<br>01486_GLEESING_0000001090 - 01486_GLEESING_0000001099 | $33,038.00 | $1,799.28 | $154.50 | $12,707.04 | $252.38 | | | $18,124.80 | |
| Multiple Providers (2015-2016) | 3/22/2016<br>6/22/2016 | 01486_GLEESING_0000002998<br>01486_GLEESING_0000002995 | 01486_GLEESING_MEDRECS_0000000154<br>01486_GLEESING_0000000893-01486_GLEESING_0000000896 | $412.00 | $130.00 | $199.11 | | | | | $82.89 | |
| Multiple Providers (2015) | 9/17/2015<br>9/28/2015 | 01486_GLEESING_0000003036<br>01486_GLEESING_0000003048 | 01486_GLEESING_0000000996 - 00998;<br>01486_GLEESING_0000000977 - 00978; | $719.00 | $35.04 | $398.82 | | | | | $285.14 | |
| Multiple Providers (2017-2018) | 5/8/2017<br>11/16/2017<br>12/2/2017<br>2/22/2018<br>3/13/2018<br>3/14/2018<br>3/15/2018<br>3/20/2018<br>3/21/2018<br>4/10/2018<br>4/11/2018<br>5/2/2018 (No Medical Records)<br>7/2/2018<br>7/31/2018 (No Medical Records) | 01486_GLEESING_0000003159 - 01486_GLEESING_0000003178<br>01486_GLEESING_0000003206<br>01486_GLEESING_0000003208 - 01486_GLEESING_0000003219<br>01486_GLEESING_0000003244<br>01486_GLEESING_0000003250 - 01486_GLEESING_0000003252<br>01486_GLEESING_0000003276 | 01486_GLEESING_0000000933 - 01486_GLEESING_0000000934<br>01486_GLEESING_0000000948 - 01486_GLEESING_0000000950<br>01486_GLEESING_0000000764 - 01486_GLEESING_0000000769<br>01486_GLEESING_0000000792 - 01486_GLEESING_0000000795<br>01486_GLEESING_0000001016 - 01486_GLEESING_0000001019<br>01486_GLEESING_0000001029 - 01486_GLEESING_0000001033<br>01486_GLEESING_0000000981 - 01486_GLEESING_0000000984<br>01486_GLEESING_0000000979 - 01486_GLEESING_0000000980<br>01486_GLEESING_0000002403 - 01486_GLEESING_0000002416<br>01486_GLEESING_0000002693 - 01486_GLEESING_0000002701<br>01486_GLEESING_0000002708 - 01486_GLEESING_0000002709<br>01486_GLEESING_0000002694-01486_GLEESING_0000002695<br>01486_GLEESING_0000004169 | $26,491.44 | $1,789.93 | $5,740.93 | | $1,355.20 | | | $17,016.51 | $588.87 |
| Multiple Providers (2017 Only) | 2/3/2017<br>2/8/2017<br>8/22/2017 | 01486_GLEESING_0000001730<br>01486_GLEESING_0000001701<br>01486_GLEESING_0000001706 | 01486_GLEESING_0000002163 - 02164;<br>01486_GLEESING_0000000804 - 00807;<br>01486_GLEESING_000000896 - 00901; | $599.07 | $40.00 | $362.78 | | | | | $179.32 | $16.97 |
| Multiple Providers (2018-2019) | 11/7/2018<br>3/14/2019<br>6/10/2019<br>6/25/2019<br>6/27/2019<br>11/5/2019 | 01486_GLEESING_0000003530<br>01486_GLEESING_0000003476<br>01486_GLEESING_0000003428<br>01486_GLEESING_0000003438<br>01486_GLEESING_0000003411<br>01486_GLEESING_0000003319 | 01486_GLEESING_0000000962 - 00963;<br>01486_GLEESING_0000001090 - 01094;<br>01486_GLEESING_0000000938<br>01486_GLEESING_0000001106 - 01111;<br>01486_GLEESING_0000006804<br>01486_GLEESING_0000000995 | $3,873.00 | $459.77 | $505.23 | | | | | $2,038.40 | |
| Multiple Providers (2019-2020) | 10/6/2020 | 01486_GLEESING_0000003628 | 01486_GLEESING_0000000939 01486_GLEESING_0000000971 - 00972;<br>01486_GLEESING_0000000975 - 00976; | $784.00 | $352.12 | | | $458.88 | | | | |
| Multiple Providers (2021) | 1/14/2021 | 01486_GLEESING_0000003593 - 01486_GLEESING_0000003594 | 01486_GLEESING_0000001142 - 01147 | $18.68 | $18.68 | | | | | | | |
| Multiple Providers (2022) | 8/9/2022 | 01486_GLEESING_0000003755 - 01486_GLEESING_0000003756 | 01486_GLEESING_00000000184 - 00186 | $453.16 | $27.34 | $425.82 | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multiple Providers (2024-2025) (Medicare) | 6/12/2024<br>6/28/2024<br>7/26/2024<br>8/22/2024<br>8/28/2024 (No Medical Records)<br>8/29/2024<br>9/26/2024<br>9/27/2024<br>10/3/2024<br>10/11/2024<br>10/14/2024<br>10/28/2024<br>11/1/2024<br>11/4/2024<br>11/6/2024<br>11/12/2024<br>11/14/2024<br>11/19/2024<br>11/21/2024<br>12/9/2024<br>2/6/2025<br>4/3/2025 | 01486_GLEESING_0000007240 - 01486_GLEESING_0000007247<br>01486_GLEESING_0000007248 - 01486_GLEESING_0000007250<br>01486_GLEESING_0000007250 - 01486_GLEESING_0000007252<br>01486_GLEESING_0000007254 - 01486_GLEESING_0000007255<br>01486_GLEESING_0000007262 - 01486_GLEESING_0000007263<br>01486_GLEESING_0000007265 - 01486_GLEESING_0000007270<br>01486_GLEESING_0000007274 - 01486_GLEESING_0000007278<br>01486_GLEESING_0000007279 - 01486_GLEESING_0000007280<br>01486_GLEESING_0000007290<br>01486_GLEESING_0000007293 - 01486_GLEESING_0000007299<br>01486_GLEESING_0000007301 - 01486_GLEESING_0000007307<br>01486_GLEESING_0000007311 - 01486_GLEESING_0000007314<br>01486_GLEESING_0000007252 - 01486_GLEESING_0000007253<br>01486_GLEESING_0000007283 - 01486_GLEESING_0000007284<br>01486_GLEESING_0000007281 - 01486_GLEESING_0000007282<br>01486_GLEESING_0000007285 - 01486_GLEESING_0000007286<br>01486_GLEESING_0000007286 - 01486_GLEESING_0000007287<br>01486_GLEESING_0000007288 - 01486_GLEESING_0000007289<br>01486_GLEESING_0000007291 - 01486_GLEESING_0000007292 | 01486_GLEESING_0000009977 - 01486_GLEESING_0000009983<br>01486_GLEESING_0000009999<br>01486_GLEESING_0000010005 - 01486_GLEESING_0000010009<br>01486_GLEESING_0000010042 - 01486_GLEESING_0000010047<br>01486_GLEESING_0000010065<br>01486_GLEESING_0000010078 - 01486_GLEESING_0000010079<br>01486_GLEESING_0000010098 - 01486_GLEESING_0000010103<br>01486_GLEESING_0000010124<br>01486_GLEESING_0000010130 - 01486_GLEESING_0000010135<br>01486_GLEESING_0000010157<br>01486_GLEESING_0000010169<br>01486_GLEESING_0000010254 - 10257<br>01486_GLEESING_0000010306 - 10308<br>01486_GLEESING_0000010512 - 01486_GLEESING_0000010513<br>01486_GLEESING_BMH_0000002194 -<br>01486_GLEESING_BMH_0000002200<br>01486_GLEESING_BMH_0000002219 -<br>01486_GLEESING_BMH_0000002220<br>01486_GLEESING_0000010300 - 01486_GLEESING_0000010321<br>01486_GLEESING_0000010262 - 10264<br>01486_GLEESING_0000010267 - 10269<br>01486_GLEESING_0000010273 - 10275<br>01486_GLEESING_0000010276 - 10279<br>01486_GLEESING_0000010280 - 10289<br>01486_GLEESING_0000010290 - 10299<br>01486_GLEESING_0000010280 - 10282<br>01486_GLEESING_0000010283 - 10285 | | | | | | $16,186.48 | | $4,647.00 | $20,833.48 |
| University of Michigan Health System | 11/25/2015<br>6/22/2016<br>8/22/2017 | 01486_GLEESING_0000007317 - 01486_GLEESING_0000007320<br>01486_GLEESING_0000007322 - 01486_GLEESING_0000007324 | 01486_GLEESING_0000000887 - 01486_GLEESING_0000000901<br>01486_GLEESING_0000006761 | $4,050.00 | $1.66 | $759.20 | | | | $631.55 | $2,657.59 | |
| United Healthcare | 8/13/2018<br>8/14/2018<br>8/15/2018<br>9/10/2018<br>9/11/2018<br>9/12/2018<br>9/26/2018 (No Medical Records)<br>10/22/2018<br>11/6/2018<br>11/7/2018<br>11/28/2018<br>11/29/2018<br>12/5/2018<br>12/6/2018<br>12/19/2018<br>7/12/2019<br>10/6/2020<br>10/13/2020<br>2/2/2021<br>11/29/2023<br>12/7/2023<br>3/7/2024 | 01486_GLEESING_0000007336 - 01486_GLEESING_0000007368<br>01486_GLEESING_0000007521 - 01486_GLEESING_0000007560<br>01486_GLEESING_0000007615 - 01486_GLEESING_0000007731<br>01486_GLEESING_0000007770<br>01486_GLEESING_0000007777<br>01486_GLEESING_0000008335 - 01486_GLEESING_0000008380<br>01486_GLEESING_0000008406<br>01486_GLEESING_0000003542<br>01486_GLEESING_0000007676<br>01486_GLEESING_0000008336<br>01486_GLEESING_0000007684<br>01486_GLEESING_0000008344<br>01486_GLEESING_0000007686<br>01486_GLEESING_0000008343 | 01486_GLEESING_0000001069 - 01073<br>01486_GLEESING_0000001074 - 01078<br>01486_GLEESING_0000001079 - 01083<br>01486_GLEESING_0000000989 - 00990<br>01486_GLEESING_0000000991 - 00992<br>01486_GLEESING_0000000935<br>01486_GLEESING_0000000959 - 00961<br>01486_GLEESING_0000000962 - 00963<br>01486_GLEESING_0000000966 - 00970<br>01486_GLEESING_0000000971 - 00972<br>01486_GLEESING_0000001084 - 01089<br>01486_GLEESING_0000003080<br>01486_GLEESING_0000001106 - 01111<br>01486_GLEESING_0000002839 - 02840<br>01486_GLEESING_0000000380<br>01486_GLEESING_0000000381 - 00382<br>01486_GLEESING_0000000371 - 00375<br>01486_GLEESING_BMH_0000002188 - 002193<br>01486_GLEESING_BMH_0000002216 - 002217<br>01486_GLEESING_0000000993 - 994<br>01486_GLEESING_ABH_0000000003 - 0000000009<br>01486_GLEESING_0000001075<br>01486_GLEESING_0000004014 | $116,797.00 | | $27,982.21 | | | | | $52,260.92 | $36,553.87 |
| Unknown Insurance | 6/12/2024<br>10/28/2024<br>12/9/2024<br>2/6/2025<br>4/3/2025 | 01486_GLEESING_0000007238<br>01486_GLEESING_0000007236<br>01486_GLEESING_0000007235<br>01486_GLEESING_0000007233<br>01486_GLEESING_0000007233<br>01486_GLEESING_0000007313 | 01486_GLEESING_BMH_0000002194 - 002200;<br>01486_GLEESING_0000007193<br>01486_GLEESING_0000007194<br>01486_GLEESING_0000007196<br>01486_GLEESING_0000009977 - 009983; 01486_GLEESING_0000009999 | $26,583.98 | $4.63 | | | | | | | $26,579.35 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meijer Pharmacy | 6/16/2018<br>10/22/2018<br>10/24/2018<br>11/17/2018<br>12/18/2018<br>12/19/2018<br>1/10/2019<br>2/28/2019<br>3/19/2019<br>4/14/2019<br>4/28/2019<br>6/7/2019<br>6/17/2019<br>8/7/2019<br>9/4/2019<br>11/1/2019<br>12/4/2019<br>12/28/2019<br>1/19/2020<br>1/31/2020<br>4/30/2020<br>6/17/2020<br>5/9/2022<br>9/1/2023 | 01486_GLEESING_0000007126 - 01486_GLEESING_0000007138<br>01486_GLEESING_0000007144<br>01486_GLEESING_0000007149 | *See Pharmacy Billing* | $445.58 | $445.58 | | | | | | | |
| LabCorp | 9/26/2019<br>4/23/2020<br>10/6/2020<br>4/29/2021<br>11/9/2021<br>5/9/2022<br>11/11/2022<br>6/6/2023<br>12/7/2023<br>6/12/2024<br>12/9/2024<br>6/17/2025 | 01486_GLEESING_0000010530<br>01486_GLEESING_0000010531<br>01486_GLEESING_0000010532<br>01486_GLEESING_0000010533<br>01486_GLEESING_0000010534<br>01486_GLEESING_0000010535<br>01486_GLEESING_0000010536<br>01486_GLEESING_0000010537<br>01486_GLEESING_0000010538<br>01486_GLEESING_0000010539<br>01486_GLEESING_0000010527 - 01486_GLEESING_0000010528;<br>01486_GLEESING_0000010529 | 01486_GLEESING_0000010524- 01486_GLEESING_0000010525<br>01486_GLEESING_0000010491-01486_GLEESING_0000010492<br>01486_GLEESING_0000010493-01486_GLEESING_0000010494<br>01486_GLEESING_0000010497- 01486_GLEESING_0000010498<br>01486_GLEESING_0000010499-01486_GLEESING_0000010500<br>01486_GLEESING_0000010501-01486_GLEESING_0000010502<br>01486_GLEESING_0000010503-01486_GLEESING_0000010504<br>01486_GLEESING_0000000543-01486_GLEESING_0000000544<br>01486_GLEESING_0000010506-01486_GLEESING_0000010509<br>01486_GLEESING_0000010510-01486_GLEESING_0000010511<br>01486_GLEESING_0000010512- 01486_GLEESING_0000010513<br>01486_GLEESING_0000010514-01486_GLEESING_0000010515 | $25,072.95 | $609.09 | | $1,553.59 | | $757.11 | | $18,302.69 | $3,850.47 |
| | | | **Totals:** | **$381,692.26** | **$12,661.93** | **$37,478.20** | **$17,291.70** | **$130,446.36** | **$16,943.59** | **$631.55** | **$118,323.36** | **$88,423.01** |