# Exhibit 841

## Appendix for Bruce Hill: Master Totals + Past Medical Bil

**TRICARE data - No alleged related as presented**
**VHA/CCN - not verifiable as presented**