# Exhibit 842

**3rd Amended Appendix for Allan Howard: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (NHL) | $602,156.27 |
| Total Charges (Kidney) | $237,298.79 |
| Total Charges (All Providers) | $839,455.06 |
| | |
| Total Paid (excluding Medicare)(NHL) | $187,646.02 |
| Total Paid (Kidney) | $56,178.65 |
| Confirmed Paid (excluding Medicare) | $243,824.67 |
| Add'l Paid/Adjusted (Kidney)* | $73,261.00 |
| Total with Additional Paid/Adjusted (Kidney) | $317,085.67 |
| | |
| Patient Payments (NHL) | $903.39 |
| Patient Payments (Kidney) | $6,231.69 |
| Total Patient Payments | $7,135.08 |
| | |
| **Payments by Insurance Source** | **Paid ($)** |
| UHC (Confirmed Paid) | $18,498.16 |
| UHC (Paid or Adjusted) | $73,261.00 |
| Anthem/Blue Cross | $221,343.17 |
| Unknown | $4,047.56 |
| Total Confirmed Paid (excluding Medicare) | $243,888.89 |
| Total Unconfirmed Paid (excluding Medicare) | $317,149.89 |
| | |
| Medicare (NHL only) | $3,275.59 |
| | |

*11/2008-8/4/2011: Billing does not differentiate between adjustments and payments.

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | UHC Paid Amount ($) | Anthem/Blue Cross Paid Amount ($) | Unknown Insurance Paid Amount ($) | Unverified UHC Paid/Adj Amount ($) | Medicare Paid Amount ($) | Adjustments ($) | Balance ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dayton Oncology Hematology | 2/7/2012;<br>2/17/2012 | 00490_HOWARD_0000002376<br>00490_HOWARD_0000002378 | 00490HOWARDMEDRECS0000000252<br>00490HOWARDMEDRECS0000000256 | $966.00 | $289.62 | $243.02 | | | | | $433.36 | | $1,932.00 |
| Kettering Health | 6/6/2023 – 6/12/2023;<br>7/24/2023;<br>8/7/2023 – 8/23/2023;<br>9/6/2023 – 9/29/2023;<br>10/9/2023 – 10/31/2023;<br>11/6/2023 – 11/27/2023 | 00490_HOWARD_0000003532;<br>00490_HOWARD_0000003598 – 00490_HOWARD_0000003640 | 00490HOWARDKH0000000014 – 00490HOWARDKH0000000422;<br>00490_HOWARD_MEDRECS_0000000186 – 00490_HOWARD_MEDRECS_0000000344;<br>00490_HOWARD_0000000255 – 00490_HOWARD_0000000345; | $184,026.95 | $914.75 | $64.22 | $56,365.37 | | | | $126,606.63 | | $367,977.92 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSU Billing (Internal and Urology) - Multiple Providers | 11/18/2008 – 12/23/2008;<br>2/2/2009 – 4/17/2009;<br>7/20/2009 – 7/27/2009;<br>11/20/2009 – 12/16/2010;<br>7/26/2011 – 8/4/2011;<br>8/30/2012;<br>2/18/2013 – 2/28/2013;<br>8/23/2013 – 8/26/2013;<br>2/14/2014 – 2/24/2014;<br>8/18/2014 – 8/28/2014;<br>2/20/2015 – 2/26/2015;<br>10/5/2015;<br>3/28/2016 – 4/4/2016;<br>10/6/2016 – 12/15/2016 | 00490_HOWARD_OWMC_0000000544 –<br>00490_HOWARD_OWMC_0000000600; | 00490_HOWARD_0000003752 – 00490_HOWARD_0000003833;<br>00490_HOWARD_0000003860 – 00490_HOWARD_0000003908;<br>00490_HOWARD_0000003926 – 00490_HOWARD_0000003963;<br>00490_HOWARD_0000003981 – 00490_HOWARD_0000004021;<br>00490_HOWARD_0000004044 – 00490_HOWARD_0000004053;<br>00490_HOWARD_0000004065 – 00490_HOWARD_0000004109;<br>00490_HOWARD_0000004121 – 00490_HOWARD_0000004157;<br>00490_HOWARD_0000004159 – 00490_HOWARD_0000004216;<br>00490_HOWARD_0000004226 – 00490_HOWARD_0000004299;<br>00490_HOWARD_0000004338 – 00490_HOWARD_0000004347 | $118,333.20 | $5,122.12 | $16,737.53 | | $4,047.56 | $73,425.14 | | $19,000.85 | | $236,666.40 |
| OSU Wexner Medical Center | 8/21/2012<br>8/30/2012<br>8/18/2014<br>2/20/2015<br>3/28/2016<br>10/6/2016 | 00490_HOWARD_0000003757 – 00490_HOWARD_0000003800 | 00490_HOWARD_0000001391 - 00490_HOWARD_0000001393;<br>00490_HOWARD_0000001379 - 00490_HOWARD_0000001383;<br>00490_HOWARD_0000001285 - 00490_HOWARD_0000001291;<br>00490_HOWARD_0000001260 - 00490_HOWARD_0000001266;<br>00490_HOWARD_0000001205 - 00490_HOWARD_0000001206;<br>00490_HOWARD_0000001147 - 00490_HOWARD_0000001161; | $3,520.00 | $478.28 | $1,452.41 | | | | | $1,589.31 | | $7,040.00 |
| Barry Fisher, MD | 11/6/2023 - 11/30/2023;<br>12/18/2023<br>12/18/2023<br>01/08/2024 - 01/31/2024;<br>1/8/2024<br>1/8/2024<br>1/29/2024<br>2/8/2024<br>2/19/2024<br>2/19/2024 | 00490_HOWARD_0000003495<br>00490_HOWARD_0000003491<br>00490_HOWARD_0000003492<br>00490_HOWARD_0000003504 - 00490_HOWARD_0000003506;<br>00490_HOWARD_0000003497<br>00490_HOWARD_0000003496<br>00490_HOWARD_0000003498<br>00490_HOWARD_0000003503<br>00490_HOWARD_0000003500<br>00490_HOWARD_0000003499 | 00490HOWARDKH0000000228 - 00490HOWARDKH0000000314;<br>00490HOWARDKH0000000187 - 00490HOWARDKH0000000216;<br>00490HOWARDKH0000000187 - 00490HOWARDKH0000000216;<br>00490HOWARDKH0000000096 - 00490HOWARDKH0000000169;<br>00490HOWARDKH0000000140 - 00490HOWARDKH0000000169;<br>00490HOWARDKH0000000140 - 00490HOWARDKH0000000169;<br>00490HOWARDKH0000000100<br>00490_HOWARD_MEDRECS_0000000178 - 00490_HOWARD_MEDRECS_0000000179;<br>00490HOWARDKH0000000069 - 00490HOWARDKH0000000073;<br>00490HOWARDKH0000000069 - 00490HOWARDKH0000000073; | $399,816.21 | $213.38 | | $130,720.68 | | | | $132,008.61 | | $662,758.88 |
| Kettering Health Medical Center | 12/18/2023<br>8/7/2024<br>8/12/2024<br>10/29/2024<br>11/12/2024<br>2/4/2025<br>2/12/2025<br>2/19/2025 | 00490_HOWARD_MEDRECS_0000000021 -<br>00490_HOWARD_MEDRECS_0000000022; 00490HOWARDKH0000017022<br>00490HOWARDKH0000017024 - 00490HOWARDKH0000017025;<br>00490HOWARDKH0000017026 - 00490HOWARDKH0000017027;<br>00490HOWARDKH0000017028<br>00490HOWARDKH0000017033<br>00490HOWARDKH0000017031<br>00490HOWARDKH0000017034 | 00490HOWARDKH0000000187 - 00490HOWARDKH0000000216;<br>00490HOWARDKH0000000639 - 00490HOWARDKH0000000657;<br>00490HOWARDKH0000000597 - 00490HOWARDKH0000000606;<br>00490HOWARDKH0000000512 - 00490HOWARDKH0000000513;<br>00490HOWARDKH0000000474 - 00490HOWARDKH0000000478;<br>00490HOWARDKH0000017123 - 00490HOWARDKH0000017125;<br>00490HOWARDKH0000017088 - 00490HOWARDKH0000017101;<br>00490HOWARDKH0000017072 - 00490HOWARDKH0000017074; | $123,380.21 | $130.18 | | $32,737.84 | | | $3,275.59 | $87,120.25 | | $246,644.07 |
| Neogenomics | 8/30/2023 10/9/2023 | 00490_HOWARD_0000026333 | 00490_HOWARD_0000026319 - 00490_HOWARD_0000026322;<br>00490_HOWARD_0000026323 - 00490_HOWARD_0000026324; | $9,366.00 | $21.85 | | $1,519.28 | | | | $7,824.87 | | $18,732.00 |
| Quest Diagnostics | 10/7/2015 | 00490_HOWARD_0000026341 | 00490_HOWARD_ VHA_0000000803 | $46.49 | | $0.98 | | | | | $45.51 | | $92.98 |
| | | | **Totals:** | **$839,455.06** | **$7,170.18** | **$18,498.16** | **$221,343.17** | **$4,047.56** | **$73,425.14** | **$3,275.59** | **$374,629.39** | | **$1,541,844.25** |