# Exhibit 843

**1st Amended Appendix for Scott Keller: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $404,537.96 |
| Total Paid (Private Insurance Only) | $109,354.21 |
| Patient Payments (Out-of-Pocket) | $955.00 |
| | |
| **Payments by Insurance Source** | **Paid ($)** |
| BCBS/Federal | $109,716.05 |
| Total Paid (Private Insurance Only) | $109,716.05 |
| | |
| VHA/CCN | $80,971.39 |
| | |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Medical Record Bates (continued) | Total Charges ($) | Patient Payments ($) | VHA/CCN Paid ($) | BCBS/Federal Paid Amount ($) | Adjustments (BCBS)($) | Adjustments (VHA/CCN)($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Providence Sacred Heart Medical Center | 2023 - 2024 | 01501_KELLER_0000002505 -<br>01501_KELLER_0000002527 | 01501_KELLER_PHI_0000000031; 01501_KELLER_PHI_0000000669;<br>01501_KELLER_PHI_0000000328 - 01501_KELLER_PHI_0000000337;<br>01501_KELLER_PHI_0000000076; 01501_KELLER_PHI_0000000819 -<br>01501_KELLER_PHI_0000000830; 01501_KELLER_0000004030 | | $101,303.30 | $150.00 | $38,965.46 | $6,539.14 | $1,532.19 | $54,116.51 | $0.00 |
| Kadlec Regional MC | 2022 - 2025 | 01501_KELLER_0000002536 -<br>01501_KELLER_0000002554 | 01501_KELLER_0000004865 - 01501_KELLER_0000004956; 01501_KELLER_0000004734 -<br>01501_KELLER_0000004851; 01501_KELLER_0000004422 - 01501_KELLER_0000004443;<br>01501_KELLER_0000004306 - 01501_KELLER_0000004308; 01501_KELLER_0000004245 -<br>01501_KELLER_0000004247; 01501_KELLER_0000004128 - 01501_KELLER_0000004129;<br>01501_KELLER_0000004038 - 01501_KELLER_0000004047; | | $239,163.11 | $600.00 | $42,005.93 | $63,571.63 | $24,004.40 | $108,981.15 | $0.00 |
| Multiple Providers | 2012 - 2025 | See *The Rawlings Company Lien Letter on behalf of Blue Cross BlueShield Association dated 5/20/2025 01501_KELLER_0000005360 - 01501_KELLER_0000005401* | 01501_KELLER_0000001738; 01501_KELLER_PCC_0000001327; 01501_KELLER_0000004303;<br>01501_KELLER_0000001736 - 01501_KELLER_0000001739; 01501_KELLER_0000001722 -<br>01501_KELLER_0000001726; 01501_KELLER_0000001497 - 01501_KELLER_0000001519;<br>01501_KELLER_0000001444 - 01501_KELLER_0000001447; 01501_KELLER_0000001438 -<br>01501_KELLER_0000001441; 01501_KELLER_0000001426 - 01501_KELLER_0000001429;<br>01501_KELLER_0000001414 - 01501_KELLER_0000001420; 01501_KELLER_0000001412 -<br>01501_KELLER_0000001414; 01501_KELLER_0000001407 - 01501_KELLER_0000001412;<br>01501_KELLER_0000001400 - 01501_KELLER_0000001407; 01501_KELLER_0000001386 -<br>01501_KELLER_0000001389; 01501_KELLER_0000001382 - 01501_KELLER_0000001386;<br>01501_KELLER_0000001379 - 01501_KELLER_0000001382; 01501_KELLER_0000001374 -<br>01501_KELLER_0000001379; 01501_KELLER_0000001365 - 01501_KELLER_0000001374;<br>01501_KELLER_0000001361 - 01501_KELLER_0000001364; 01501_KELLER_0000001357 -<br>01501_KELLER_0000001361; 01501_KELLER_0000001286 - 01501_KELLER_0000001292;<br>01501_KELLER_0000001282 - 01501_KELLER_0000001286; 01501_KELLER_0000001223 -<br>01501_KELLER_0000001230; 01501_KELLER_0000001216 - 01501_KELLER_0000001221;<br>01501_KELLER_0000001180 - 01501_KELLER_0000001182; 01501_KELLER_0000001083 -<br>01501_KELLER_0000001085; 01501_KELLER_0000001079 - 01501_KELLER_0000001083;<br>01501_KELLER_0000001079 - 01501_KELLER_0000001083; 01501_KELLER_0000001040 -<br>01501_KELLER_0000001045; 01501_KELLER_0000001006 - 01501_KELLER_0000001012; | 01501_KELLER_0000000994 - 01501_KELLER_0000000999;<br>01501_KELLER_PSMMC_0000001378 -<br>01501_KELLER_PSMMC_0000001787; 01501_KELLER_PCC_0000000562 -<br>01501_KELLER_PCC_0000000570; 01501_KELLER_PCC_0000000534 -<br>01501_KELLER_PCC_0000000549; 01501_KELLER_0000000816 -<br>01501_KELLER_0000000838; 01501_KELLER_0000000297 -<br>01501_KELLER_0000000309; 01501_KELLER_PCC_0000000477 -<br>01501_KELLER_PCC_0000000515; 01501_KELLER_PSMMC_0000001358 -<br>01501_KELLER_PSMMC_0000001369;<br>01501_KELLER_PSMMC_0000001215 -<br>01501_KELLER_PSMMC_0000001357;<br>01501_KELLER_PSMMC_0000001104 -<br>01501_KELLER_PSMMC_0000001119; 01501_KELLER_PCC_0000000309;<br>01501_KELLER_PHI_0000000269 - 01501_KELLER_PHI_0000000270;<br>01501_KELLER_PHI_0000000226 - 01501_KELLER_PHI_0000000227;<br>01501_KELLER_PHI_0000000674 - 01501_KELLER_PHI_0000000675 | $62,191.55 | | | $37,985.53 | | | $0.00 |
| Providence St. Joseph's | 2012 - 2023 | 01501_KELLER_0000003977 -<br>01501_KELLER_0000004012 | 01501_KELLER_0000003969 - 01501_KELLER_0000003971; 01501_KELLER_PCC_0000001166 -<br>01501_KELLER_PCC_0000001169; 01501_KELLER_PCC_0000000810 -<br>01501_KELLER_PCC_0000000812; 01501_KELLER_PCC_0000000630 -<br>01501_KELLER_PCC_0000000636; 01501_KELLER_PCC_0000000589 -<br>01501_KELLER_PCC_0000000612; 01501_KELLER_PCC_0000000477 -<br>01501_KELLER_PCC_0000000488; 01501_KELLER_PCC_0000000015 -<br>01501_KELLER_PCC_0000000017 | | $1,880.00 | $205.00 | | $1,257.91 | $417.09 | | $0.00 |
| | | | | Totals: | **$404,537.96** | **$955.00** | **$80,971.39** | **$109,354.21** | **$25,953.68** | | **$0.00** |