# Exhibit 844

## Appendix for Robert Kidd: Master Totals + Past Medical Billing Sumı

**No private pay billing data**

**No TRICARE data**

**VHA/CCN - not verifiable as presented**