# Exhibit 845

## Appendix for Jimmy Laramore: Master Totals + Past Medical Billing

**No private pay billing data**
**No TRICARE data**
**VHA/CCN/TriWest - not verifiable as presented**