# Exhibit 846

## 1st Amended Appendix for Gary McElhiney: Master Totals + Past Medical Billing Summary

| Past Medical Totals | Total ($) |
|---|---|
| Total Billed (TRICARE) | $10,636.95* |
| Total Paid (TRICARE) | $2,145.03* |
| Patient Pay | $2,048.35* |
| **Payments by Insurance Source** | **Paid ($)** |
| TRICARE | $2,145.03 |

*See Reliance Materials of Dr. Hasan.