# Exhibit 847

## Appendix for Frank Mousser: Master Totals + Past Medical Billing Summary

**No alleged related private pay billing**

**No TRICARE data**

**VHA/CCN - not verifiable as presented**