# Exhibit 848

**2nd Amended Appendix for Edgar Peterson: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $614,863.54 |
| Total Paid (All Insurance Except Medicare) | $181,586.90 |
| Patient Payments (Out-of-Pocket) | $10,201.11 |
| **Payments by Insurance Source** | **Paid ($)** |
| Anthem/BCBS | $84,584.15 |
| Cahaba | $264.74 |
| Liability Generic Payments | $32,596.37 |
| Magellan | $5,540.26 |
| Novitas | $81.70 |
| Palmetto | $37,906.54 |
| POMCO | $532.52 |
| UHC | $16,711.63 |
| Unknown Payor/Insurance | $3,368.99 |
| Total Paid (All Insurance Except Medicare) | $181,586.90 |

| | |
|---|---|
| Medicare | $56,563.72 |
| | |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Medical Record Bates (continued) | Total Charges ($) | Patient Payments ($) | Anthem /BCBS Paid Amount ($) | Cahaba Paid Amount ($) | Liability Generic Payments Paid Amount ($) | Magellan Paid Amount ($) | Medicare Paid Amount ($) | Novitas Paid Amount ($) | Palmetto Paid Amount ($) | POMCO Paid Amount ($) | UHC Paid Amount ($) | Unknown Payor/ Insurance Paid Amount ($) | Adjustments ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Methodist Univ. Hospital | 03/31/2022 - 04/05/2022 | 01576_PETERSON_MUH_0000000012 -<br>01576_PETERSON_MUH_0000000024 | 01576_PETERSON_0000000798 - 01576_PETERSON_0000000800 | | $39,981.49 | | | | | | $7,753.89 | | | | $1,556.00 | | $27,501.87 | |
| Semmes Murphey Main Campus | 2024 - 2025 | 01576_PETERSON_SMC_0000000325 -<br>01576_PETERSON_SMC_0000000328 | 01576_PETERSON_0000004181; 01576_PETERSON_0000004215 -<br>01576_PETERSON_0000004216; 01576_PETERSON_0000004218 -<br>01576_PETERSON_0000004223; 01576_PETERSON_0000004224 -<br>01576_PETERSON_0000004228 | | $49,851.00 | | | | | | $18,870.50 | | | | $4,898.81 | | $26,081.69 | |
| Houston Methodist Hosp. | 6/9/2017 | 01576_PETERSON_0000003754 -<br>01576_PETERSON_0000003757 | 01576_PETERSON_0000003592 - 01576_PETERSON_0000003594 | | $115,269.60 | | | | | | $24,664.63 | | | | | $1,316.00 | $89,288.97 | |
| Methodist Univ. Hospital | 2005 - 2020 | 01576_PETERSON_0000003555 -<br>01576_PETERSON_0000003567 | 01576_PETERSON_0000003559 - 01576_PETERSON_0000003560 | | $38,763.07 | $98.88 | $664.88 | | $32,596.37 | | $691.33 | | | $176.40 | | | $4,535.21 | |
| Lakeside Behavioral Health Sys. | 08/10/2005 - 08/17/2005 | 01576_PETERSON_MEDRECS_0000000178 -<br>01576_PETERSON_MEDRECS_0000000185 | 01576_PETERSON_0000000006 - 01576_PETERSON_0000000008 | | $10,230.26 | $4,690.00 | | | | $5,540.26 | | | | | | | | |
| Semmes Murphey Clinic | 2015 - 2024 | 01576_PETERSON_0000003300 -<br>01576_PETERSON_0000003312 | 01576_PETERSON_0000000595 - 01576_PETERSON_0000000597;<br>01576_PETERSON_0000000591 - 01576_PETERSON_0000000593;<br>01576_PETERSON_0000000587 - 01576_PETERSON_0000000589;<br>01576_PETERSON_0000001969 - 01576_PETERSON_0000001971;<br>01576_PETERSON_0000000583 - 01576_PETERSON_0000000585;<br>01576_PETERSON_0000000579 - 01576_PETERSON_0000000581;<br>01576_PETERSON_0000000575 - 01576_PETERSON_0000000577;<br>01576_PETERSON_0000000571 - 01576_PETERSON_0000000573;<br>01576_PETERSON_0000000567 - 01576_PETERSON_0000000569;<br>01576_PETERSON_0000002086 - 01576_PETERSON_0000002089;<br>01576_PETERSON_0000000562 - 01576_PETERSON_0000000564;<br>01576_PETERSON_0000003553; 01576_PETERSON_0000000558 -<br>01576_PETERSON_0000000561; 01576_PETERSON_0000000553 -<br>01576_PETERSON_0000000556; 01576_PETERSON_0000000549 -<br>01576_PETERSON_0000000552; 01576_PETERSON_0000000529;<br>01576_PETERSON_0000000525 - 01576_PETERSON_0000000528;<br>01576_PETERSON_0000000521- 01576_PETERSON_0000000524;<br>01576_PETERSON_0000000516 - 01576_PETERSON_0000000519;<br>01576_PETERSON_0000000510 - 01576_PETERSON_0000000515;<br>01576_PETERSON_0000002399 - 01576_PETERSON_0000002402;<br>01576_PETERSON_0000000505 - 01576_PETERSON_0000000509;<br>01576_PETERSON_0000000499 - 01576_PETERSON_0000000504;<br>01576_PETERSON_0000000494 - 01576_PETERSON_0000000597; | 01576_PETERSON_0000000484; 01576_PETERSON_0000000464 -<br>01576_PETERSON_0000000468; 01576_PETERSON_0000000469;<br>01576_PETERSON_0000000459 - 01576_PETERSON_0000000462;<br>01576_PETERSON_SMC_0000000044 - 01576_PETERSON_SMC_0000000045 | $68,690.00 | $655.80 | | $264.74 | | | $1,155.92 | $81.70 | $37,906.54 | $312.11 | $9,638.02 | | $18,675.17 | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Campbell Clinic Orthopaedics Memphis | 2012-2014, 2022-2023 | 01576_PETERSON_0000003242 - 01576_PETERSON_0000003250 | 01576_PETERSON_0000003268; 01576_PETERSON_0000003266; 01576_PETERSON_0000003288 - 01576_PETERSON_0000003289; 01576_PETERSON_0000003295; 01576_PETERSON_0000003263 - 01576_PETERSON_0000003264; 01576_PETERSON_0000003261 - 01576_PETERSON_0000003262; 01576_PETERSON_0000003259 - 01576_PETERSON_0000003260; 01576_PETERSON_0000003258; 01576_PETERSON_0000003257; 01576_PETERSON_0000003255; 01576_PETERSON_0000003253 - 01576_PETERSON_0000003254; 01576_PETERSON_0000003252 | | $4,488.00 | $85.74 | $198.62 | | | | $1,047.06 | | | $44.01 | $36.34 | | $2,894.80 | $181.43 |
| Sanders Clinic | 2002, 2004-2005, 2008-2014, 2019, 2023 | 01576_PETERSON_0000002770 - 01576_PETERSON_0000002797 | 01576_PETERSON_0000002299; 01576_PETERSON_0000002272; 01576_PETERSON_0000002261; 01576_PETERSON_0000002260; 01576_PETERSON_0000003268; 01576_PETERSON_0000002041; 01576_PETERSON_0000002042; 01576_PETERSON_0000002035; 01576_PETERSON_0000002026; 01576_PETERSON_0000002016 - 01576_PETERSON_0000002017; 01576_PETERSON_0000002002; 01576_PETERSON_0000001998; 01576_PETERSON_0000001999; 01576_PETERSON_0000003946; 01576_PETERSON_0000003911; 01576_PETERSON_0000003901; 01576_PETERSON_0000002091 - 01576_PETERSON_0000002092; 01576_PETERSON_0000002052 - 01576_PETERSON_0000002055; 01576_PETERSON_0000002188 - 01576_PETERSON_0000002189 | | $2,829.86 | | | | | | | | | | | $2,052.99 | $589.67 | $31.57 |
| Methodist Minor Med Ctr | 11/11/2004 | 01576_PETERSON_0000002729 - 01576_PETERSON_0000002740 | 01576_PETERSON_0000001833 | | $202.10 | | $145.51 | | | | | | | | | | $56.59 | |
| Health South Rehab /Encompass Memphis Rehab | 07-08/2019, 01/2020 | 01576_PETERSON_0000002718 - 01576_PETERSON_0000002721 | 01576_PETERSON_0000003453 - 01576_PETERSON_0000003535; 01576_PETERSON_0000003353 - 01576_PETERSON_0000003365 | | $4,067.00 | | | | | | $1,391.81 | | | | | | $2,675.19 | |
| Honeycomb Medical | 03/2022 - 09/2022 | 01576_PETERSON_0000002722 - 01576_PETERSON_0000002728 | 01576_PETERSON_0000000685 - 01576_PETERSON_0000000688; 01576_PETERSON_0000000689 - 01576_PETERSON_0000000695; 01576_PETERSON_0000000696 - 01576_PETERSON_0000000699 | | $1,291.13 | | | | | | $476.83 | | | | $66.45 | | $648.76 | |
| Vanderbilt Univ Med Ctr-Nashville | 5/23/2017 | 01576_PETERSON_0000003316 - 01576_PETERSON_0000003324 | 01576_PETERSON_0000002680 - 01576_PETERSON_0000002681 | | $751.00 | | | | | | $152.38 | | | | | | $598.62 | |
| Walgreens | 2010 - 2024 | 01576_PETERSON_MEDRECS_0000000089 - 01576_PETERSON_MEDRECS_0000000171 | 01576_PETERSON_MEDRECS_0000000089 - 01576_PETERSON_MEDRECS_0000000171 | | $13,661.61 | $4,612.07 | | | | | | | | | | | | $ 9,662.40 |
| Methodist LeBoneur Healthcare | 10/21/2024 - 11/14/2024 | 01576_PETERSON_MH_0000001139 | 01576_PETERSON_MH_0000001139 | | $2,930.00 | | | | | | | | | | | | | $2,930.00 |
| Optum Lien | 2020 - 2024 | 01576_PETERSON_0000004531 - 01576_PETERSON_0000004534 | 01576_PETERSON_0000000798 - 01576_PETERSON_0000000800; 01576_PETERSON_SC_0000000011 - 01576_PETERSON_SC_0000000013 | | $4,966.54 | | | | | | | | | | $516.01 | | | $4,450.53 |
| Rawlings & Associates Lien | 2003 - 2013 | 01576_PETERSON_0000004535 - 01576_PETERSON_0000004557 | 01576_PETERSON_0000002581; 01576_PETERSON_0000002582; 01576_PETERSON_0000002588 - 01576_PETERSON_0000002592; 01576_PETERSON_0000002275; 01576_PETERSON_0000002622 - 01576_PETERSON_0000002623; 01576_PETERSON_0000002274; 01576_PETERSON_0000002585; 01576_PETERSON_0000001833; 01576_PETERSON_VHA_0000000231 - 01576_PETERSON_VHA_0000000233; 01576_PETERSON_0000002624 - 01576_PETERSON_0000002626; 01576_PETERSON_VBA_0000001535; 01576_PETERSON_VBA_0000001464; 01576_PETERSON_0000002627 - 01576_PETERSON_0000002628; 01576_PETERSON_0000002655; 01576_PETERSON_0000002657; 01576_PETERSON_0000002668 - 01576_PETERSON_0000002689; 01576_PETERSON_0000002037; 01576_PETERSON_0000002631 - 01576_PETERSON_0000002632; 01576_PETERSON_VBA_0000001465; 01576_PETERSON_VBA_0000001467 | | $254,576.93 | | $83,575.14 | | | | | | | | | | | $172,501.79 |
| Quest Diagnostics | 2020 - 2024 | 01576_PETERSON_0000004514 - 01576_PETERSON_0000004525 | 01576_PETERSON_0000000538 - 01576_PETERSON_0000000552; 01576_PETERSON_0000000485 - 01576_PETERSON_0000000492; 01576_PETERSON_0000000475 - 01576_PETERSON_0000000482; 01576_PETERSON_0000004295 - 01576_PETERSON_0000004300 | | $1,233.95 | | | | | | $129.58 | | | | | | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Semmes Murphey Clinic PC | 5/21/2025 - 6/2/2025 | 01576_PETERSON_0000004526 - 01576_PETERSON_0000004530 | 01576_PETERSON_0000004558 - 01576_PETERSON_0000004583 | | $1,080.00 | $58.62 | | | | | $229.79 | | | | | | $791.59 | $0.00 |
| | | | | **Totals:** | **$614,863.54** | **$10,201.11** | **$84,584.15** | **$264.74** | **$32,596.37** | **$5,540.26** | **$56,563.72** | **$81.70** | **$37,906.54** | **$532.52** | **$16,711.63** | **$3,368.99** | **$174,338.13** | **$189,757.72** |