# Exhibit 849

## 2nd Amended Appendix for Diane Rothchild: Master Totals + Past Medical Billing Summary

### Master Totals

| Category | Total ($) |
|---|---|
| Total Charges (Private Insurance) | $38,594.44 |
| Total Paid (All Insurance except Medicare) | $2,155.44 |
| Patient Payments (Out-of-Pocket) | $1,645.96 |
| Payments by Insurance Source | Paid ($) |
| Healthlink HMO | $1,279.65 |
| BCBS | $248.88 |
| AARP | $145.93 |
| Unknown Commercial Insurance | $447.82 |
| CoInsurance | $33.16 |
| Total Paid (All Insurance except Medicare) | $2,155.44 |
| | |
| Medicare | $3,720.41 |
| | |

### Past Medical Billing Summary

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | Healthlink HMO Paid Amount ($) | Medicare Paid Amount ($) | BCBS Paid Amount ($) | AARP Paid Amount ($) | Unknown Commercial Insurance Paid Amount ($) | CoInsurance Paid Amount ($) | Adjustments ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Washington University Physicians | 2003-2024 | 00858_ROTHCHILD_0000000806 - 00858_ROTHCHILD_0000000835 | 00858_ROTHCHILD_0000000345; 00858_ROTHCHILD_0000000339 - 00858_ROTHCHILD_0000000341; 00858_ROTHCHILD_0000000335 - 00858_ROTHCHILD_0000000338; 00858_ROTHCHILD_0000000332 - 00858_ROTHCHILD_0000000334; 00858_ROTHCHILD_0000000317 - 00858_ROTHCHILD_0000000320; 00858_ROTHCHILD_0000000304 - 00858_ROTHCHILD_0000000307; 00858_ROTHCHILD_0000000125 - 00858_ROTHCHILD_0000000126; 00858_ROTHCHILD_0000000368 - 00858_ROTHCHILD_0000000370; 00858_ROTHCHILD_0000000128 - 00858_ROTHCHILD_0000000129; 00858_ROTHCHILD_0000000132 - 00858_ROTHCHILD_0000000133; 00858_ROTHCHILD_0000000442 - 00858_ROTHCHILD_0000000444; 00858_ROTHCHILD_0000000134 - 00858_ROTHCHILD_0000000135; 00858_ROTHCHILD_0000000485 - 00858_ROTHCHILD_0000000490; 00858_ROTHCHILD_0000000116 - 00858_ROTHCHILD_0000000124; 00858_ROTHCHILD_0000001399 - 00858_ROTHCHILD_0000001405; 00858_ROTHCHILD_0000001427 - 00858_ROTHCHILD_0000001433 | $7,592.00 | $621.61 | $1,279.65 | $1,851.09 | $118.53 | $145.93 | $0.00 | $0.00 | $3,250.19 | $325.00 |
| CVS Pharmacy | 2008-2009, 2020 | 00858_ROTHCHILD_0000001472 - 00858_ROTHCHILD_0000001484 | 00858_ROTHCHILD_0000001472 - 00858_ROTHCHILD_0000001484 | $924.29 | $924.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Walgreens Pharmacy | 2008 - 2009, 2020 | 00858_ROTHCHILD_0000001496 - 00858_ROTHCHILD_0000001529 | 00858_ROTHCHILD_0000001496 - 00858_ROTHCHILD_0000001529 | $315.67 | $65.28 | | | | | | | | $250.39 |
| St. Lukes Hospital | 2018, 2021, 2022 | 00858_ROTHCHILD_0000001558 - 00858_ROTHCHILD_0000001701 | 00858_ROTHCHILD_0000001012 - 00858_ROTHCHILD_0000001013; 00858_ROTHCHILD_0000001010 - 00858_ROTHCHILD_0000001011; 00858_ROTHCHILD_0000001003 - 00858_ROTHCHILD_0000001009; 00858_ROTHCHILD_0000000893 - 00858_ROTHCHILD_0000000904; 00858_ROTHCHILD_0000000879 - 00858_ROTHCHILD_0000000885 | $27,812.48 | $34.78 | | $1,869.32 | $130.35 | | $316.15 | | $30,268.88 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes-Jewish Hospital | 2018, 2022 | 00858_ROTHCHILD_BJH_0000000001 - 00858_ROTHCHILD_BJH_0000000045 | 00858_ROTHCHILD_0000000368 - 00858_ROTHCHILD_0000000370; 00858_ROTHCHILD_0000000442 - 00858_ROTHCHILD_0000000444 | $1,950.00 | | | | | | $131.67 | $33.16 | $1,784.24 | |
| | | | **Totals:** | **$38,594.44** | **$1,645.96** | **$1,279.65** | **$3,720.41** | **$248.88** | **$145.93** | **$447.82** | **$33.16** | **$35,303.31** | **$575.39** |