# Exhibit 850

### 1st Amended Appendix for Richard Sparks: Master Totals + Past Medical Billing Summary

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $36,602.89 |
| Total Paid (Insurance Only) | $9,045.15 |
| Patient Payments (Out-of-Pocket) | $1,384.15 |
| | |
| Payments by Insurance Source | Paid ($) |
| Anthem Federal BCBS | $8,867.22 |
| Co-Insurance | $177.93 |
| Total Paid (Insurance Only) | $9,045.15 |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | Anthem Federal BCBS Paid Amount ($) | Co-Insurance Paid Amount ($) | Adjustments ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| UNC Health | 2014-2018, 2024 | 00682_SPARKS_0000006655 - 00682_SPARKS_0000006670 | 0682_SPARKS_0000007193 - 0682_SPARKS_0000007196; 00682_SPARKS_0000007160 - 00682_SPARKS_0000007167; 00682_SPARKS_0000007176; 00682_SPARKS_0000007143 - 00682_SPARKS_0000007145; 00682_SPARKS_0000007121- 00682_SPARKS_0000007125; 00682_SPARKS_0000007073 - 0682_SPARKS_0000007080; 00682_SPARKS_0000006992 - 00682_SPARKS_0000006994; 00682_SPARKS_0000006907- 00682_SPARKS_0000006914; 00682_SPARKS_0000006866 - 00682_SPARKS_0000006871; 00682_SPARKS_0000006772 - 00682_SPARKS_0000006778; 00682_SPARKS_0000006711 - 00682_SPARKS_0000006718; 00682_SPARKS_0000006852 | $29,567.96 | $480.00 | $8,867.22 | $177.93 | $19,948.72 | $274.09 |
| Walgreens | 2014-2018 | 00682_SPARKS_0000006671 - 00682_SPARKS_0000006706 | 00682_SPARKS_0000006671 - 00682_SPARKS_0000006706 | $7,034.93 | $904.15 | $0.00 | $0.00 | $0.00 | $6,379.08 |
| | | | Totals: | **$36,602.89** | **$1,384.15** | **$8,867.22** | **$177.93** | **$19,948.72** | **$6,653.17** |