# Exhibit 851

## 3rd Amended Appendix for Jacqueline Tukes: Master Totals + Past Medical Billing Summary

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Billed (TRICARE) | $1,502,393.45* |
| Total Paid (TRICARE) | $108,332.00** |
| Amount Patient Pay | $36,766.07 |
| Payments by Insurance Source | Paid ($) |
| Total Paid (TRICARE) | $106,634.26* |

*See Reliance Material of Dr. Ji; See also MHW TRICARE Reliance File: **PLG-EXPERT_HACKETT-WALLACE_0000000104**

**I was only able to reconcile charges and patient payments for $106,634.26 of $108,332.00 of Dr. Ji's relatedness determinations. Therefore, charges in patient payments may be understated from the reconciliation.