# Exhibit 852

**1st Amended Appendix for Robert Welch: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $5,155.92 |
| Total Paid (KP Medicare) | $3,774.92 |
| Patient Payments (Out-of-Pocket) | $180.00 |
| | |
| **Payments by Insurance Source** | **Paid ($)** |
| KP Medicare | $3,774.92 |
| Total Paid | $3,774.92 |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Medical Record Bates (continued) | Total Charges ($) | Patient Payments ($) | KP Medicare Paid Amount ($) | Adjustments ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| Kaiser Permanente | 2021 - 2024 | 01503_WELCH_0000006766<br>01503_WELCH_0000006772 –<br>01503_WELCH_0000006776<br>01503_WELCH_0000006780 –<br>01503_WELCH_0000006785 | 01503_WELCH_0000003825 - 01503_WELCH_0000003834;<br>01503_WELCH_0000003892 - 01503_WELCH_0000003898;<br>01503_WELCH_0000003917 - 01503_WELCH_0000003924;<br>01503_WELCH_0000003935 - 01503_WELCH_0000003938;<br>01503_WELCH_0000003927; 01503_WELCH_0000003940 -<br>01503_WELCH_0000003943; 01503_WELCH_0000003949 -<br>01503_WELCH_0000003953; 01503_WELCH_0000003955 -<br>01503_WELCH_0000003958; 01503_WELCH_0000003964 -<br>01503_WELCH_0000003967; 01503_WELCH_0000003969 -<br>01503_WELCH_0000003976; 01503_WELCH_0000004010 -<br>01503_WELCH_0000004017; 01503_WELCH_0000004042 -<br>01503_WELCH_0000004048; 01503_WELCH_0000000319 -<br>01503_WELCH_0000000321; 01503_WELCH_0000004163 -<br>01503_WELCH_0000004169; 01503_WELCH_0000004187 -<br>01503_WELCH_0000004190; | 01503_WELCH_0000004192 - 01503_WELCH_0000004197;<br>01503_WELCH_0000004202 - 01503_WELCH_0000004208;<br>01503_WELCH_0000004232 - 01503_WELCH_0000004234;<br>01503_WELCH_0000004313 - 01503_WELCH_0000004316;<br>01503_WELCH_MEDRECS_0000001970 -<br>01503_WELCH_MEDRECS_0000001978;<br>01503_WELCH_0000006525 - 01503_WELCH_0000006530;<br>01503_WELCH_0000006567 - 01503_WELCH_0000006569 | $5,155.92 | $180.00 | $3,774.92 | $1,201.00 | $0.00 |
| | | | | **Totals:** | **$5,155.92** | **$180.00** | **$3,774.92** | **$1,201.00** | **$0.00** |