# Exhibit 856

## NATIVE DOCUMENT

**Please review the native document PLG-EXPERT_HACKETT-WALLACE_0000000091_CONFIDENTIAL.xlsx**

## 2nd Amended Appendix for Stephen Connard: Master Totals + Past Medical Billing Summary

### Master Totals

| Category | Total ($) |
|---|---|
| **Total Charges (All Providers)** | $560,980.97 |
| **Total Paid (Insurance Only)** | $304,589.71 |
| **Patient Payments (Out-of-Pocket)** | Unknown |
| **Payments by Insurance Source** | **Paid ($)** |
| **Total Paid by Insurance (UHC)** | $304,589.71 |

### Past Medical Billing Summary

| Provider | Dates of Service | Billing Record Bates/Document Title | Medical Record Bates | Total Charges ($) | Patient Payments ($) | UHC Paid Amount ($) | Adjustments ($) | Unverified Balance |
|---|---|---|---|---|---|---|---|---|
| University of Maryland Medical Center | 2001-2006 | 000000_01557_CONNARD_UMMS_0000000001 -<br>000000_01557_CONNARD_UMMS_0000003351 | 01557_CONNARD_UMMS_0000000836 – 01557_CONNARD_UMMS_0000003399 | $243,453.54 | Unknown | | Unknown | |
| UHC Lien | 1/7/2008-12/31/2008<br>1/5/2009-12/9/2009<br>1/1/2010-5/13/2010 | 01557_CONNARD_0000001675 - 0000001686 | 01557_CONNARD_UMMS_0000000876<br>01557_CONNARD_0000000108-01557_CONNARD_0000000109<br>01557_CONNARD_0000000246<br>01557_CONNARD_UMMS_0000000263 - 01557_CONNARD_UMMS_0000000386;<br>01557 CONNARD UMMS 0000000393 - 01557 CONNARD UMMS 0000000445;<br>01557_CONNARD_UMMS_0000000661 - 01557_CONNARD_UMMS_0000000666;<br>01557_CONNARD_UMMS_0000000704 - 01557_CONNARD_UMMS_0000000736;<br>01557_CONNARD_UMMS_0000000874 -01557_CONNARD_UMMS_0000000905;<br>01557_CONNARD_UMMS_0000000925 - 01557_CONNARD_UMMS_0000000926;<br>01557 CONNARD UMMS 0000001082 - 01557 CONNARD UMMS 0000001097;<br>01557 CONNARD UMMS 0000001122 - 01557 CONNARD UMMS 0000001146;<br>01557 CONNARD UMMS 0000001160 - 01557 CONNARD UMMS 0000001188;<br>01557 CONNARD UMMS 0000001215 - 01557 CONNARD UMMS 0000001216;<br>01557_CONNARD UMMS_0000001640 - 01557_CONNARD_UMMS_0000001704;<br>01557 CONNARD UMMS 0000001781 - 01557 CONNARD UMMS 0000001792;<br>01557_CONNARD_UMMS_0000001855 - 01557_CONNARD_UMMS_0000001862;<br>01557_CONNARD_UMMS_0000002232 - 01557_CONNARD_UMMS_0000002339;<br>01557 CONNARD UMMS 0000002370 - 01557 CONNARD UMMS 0000002372;<br>01557_CONNARD_UMMS_0000002403 - 01557_CONNARD_UMMS_0000002416;<br>01557 CONNARD UMMS 0000002516;<br>01557_CONNARD_UMMS_0000003015 - 01557_CONNARD_UMMS_0000003059;<br>01557_CONNARD_UMMS_0000003119 - 01557_CONNARD_UMMS_0000003128;<br>01557_CONNARD_UMMS_0000003228 - 01557_CONNARD_UMMS_0000003230 | $317,527.43 | Unknown | $304,589.71 | Unknown | $12,937.72 |
| | | | **Totals:** | **$560,980.97** | **Unknown** | **$304,589.71** | **Unknown** | **$12,937.72** |

| 2025.08.12_UHC Lien_Stephen Connard: 01557_CONNARD_0000001675 - 0000001686 | | | | | | | Auditor Review | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Provider | Date | Billing Bates # | Medical Bates # | Charges | UHC | Unverified Balance | CPT | DX | Notes | Auditor's Determinations |
| University of MD MC / Aaron Rapoport MD | 1/7/2008 | 01557_CONNARD_0000001677 - pg 3 | 01557_CONNARD_UMMS_0000003015 - 01557_CONNARD_UMMS_0000003017 / 01557_CONNARD_UMMS_0000002516 | $ 1,708.56 | $ 1,336.17 | $ 372.39 | | | | Related |
| University of MD MC | 1/31/2008 | 01557_CONNARD_0000001677 - pg 3 | 01557_CONNARD_UMMS_0000003021 - 01557_CONNARD_UMMS_0000003023 | $ 195.24 | $ 143.27 | $ 51.97 | | | | Related |
| University of MD MC | 3/19/2008 | 01557_CONNARD_0000001677 - pg 3 | 01557_CONNARD_UMMS_0000003119 - 01557_CONNARD_UMMS_0000003121 | $ 75.90 | $ 25.14 | $ 50.76 | | | | Related |
| University of MD Pathology Assoc | 4/16/2008 | 01557_CONNARD_0000001677 - pg 3 | 01557_CONNARD_UMMS_0000003126 - 01557_CONNARD_UMMS_0000003128 | $ 1,471.15 | $ 1,254.97 | $ 216.18 | | | | Related |
| University of MD MC | 6/11/2008 | 01557_CONNARD_0000001677 - pg 3 | 01557_CONNARD_UMMS_0000002234 | $ 201.65 | $ 147.61 | $ 54.04 | | | | Related |
| University of MD MC | 6/23/2008 | 01557_CONNARD_0000001677 - pg 3 | 01557_CONNARD_UMMS_0000003029 | $ 152.13 | $ 99.08 | $ 53.05 | | | | Related |
| University of MD MC | 7/7/2008 | 01557_CONNARD_0000001677 - pg 3 | 01557_CONNARD_UMMS_0000002232 | $ 6,157.06 | $ 5,983.91 | $ 173.15 | | | | Related |
| University of MD MC | 7/14/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000002249 | $ 5,954.86 | $ 5,785.75 | $ 169.11 | | | | Related |
| University of MD MC / University of MD Pathology Assoc | 7/21/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000002245 | $ 7,029.16 | $ 6,689.24 | $ 339.92 | | | | Related |
| University of MD MC | 7/28/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000002237 | $ 5,775.25 | $ 5,609.73 | $ 165.52 | | | | Related |
| University of MD MC/ University of MD Pathology Assoc | 8/11/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000003228 - 01557_CONNARD_UMMS_0000003230 | $ 1,658.22 | $ 1,425.74 | $ 232.48 | | | | Related |
| University of MD MC | 9/15/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000000293 - 01557_CONNARD_UMMS_0000000297 | $ 267.41 | $ 212.05 | $ 55.36 | | | | Related |
| University of MD MC | 9/18/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000000263 | $ 2,033.34 | $ 1,842.68 | $ 190.66 | | | | Related |
| University of MD MC | 9/22/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000000268 / 01557_CONNARD_UMMS_0000000313 - 000315 | $ 2,561.00 | $ 2,459.78 | $ 101.22 | | | | Related |
| University of MD MC | 9/25/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000000266 | $ 2,427.57 | $ 2,329.02 | $ 98.55 | | | | Related |
| University of MD MC/ University of MD Pathology Assoc | 10/2/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000000874 | $ 7,877.44 | $ 7,520.59 | $ 356.85 | | | | Related |
| University of MD MC | 10/6/2008 | 01557_CONNARD_0000001678 - pg 4 | 01557_CONNARD_UMMS_0000000272 | $ 2,503.70 | $ 2,403.63 | $ 100.07 | | | | Related |
| University of MD MC | 10/9/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000000274 | $ 2,459.77 | $ 2,360.58 | $ 99.19 | | | | Related |
| University of MD MC | 10/13/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000000904 - 01557_CONNARD_UMMS_0000000906 / 01557_CONNARD_UMMS_0000000876 | $ 2,591.02 | $ 2,489.20 | $ 101.82 | | | | Related |
| University of MD MC | 10/16/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000000878 | $ 2,459.77 | $ 2,385.58 | $ 74.19 | | | | Related |
| University of MD MC | 10/20/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000000880 | $ 2,503.70 | $ 2,403.63 | $ 100.07 | | | | Related |
| University of MD MC | 10/23/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000000882 | $ 2,459.77 | $ 2,360.58 | $ 99.19 | | | | Related |
| University of MD MC | 10/27/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000000884 | $ 2,792.12 | $ 2,686.28 | $ 105.84 | | | | Related |
| University of MD MC | 10/30/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000000890 / 01557_CONNARD_UMMS_0000000925 - 000926 | $ 2,459.77 | $ 2,360.58 | $ 99.19 | | | | Related |
| University of MD MC | 11/3/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000001640 | $ 2,503.70 | $ 2,453.63 | $ 50.07 | | | | Related |
| University of MD MC | 11/6/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000000888 | $ 2,459.77 | $ 2,410.58 | $ 49.19 | | | | Related |
| University of MD MC | 11/10/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000001642 | $ 2,561.00 | $ 2,509.78 | $ 51.22 | | | | Related |
| University of MD MC / Aaron Rapoport MD | 11/11/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000001662 - 01557_CONNARD_UMMS_0000001666 | $ 1,016.10 | $ 879.21 | $ 136.89 | | | | Related |
| University of MD MC | 11/13/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000001650 | $ 2,459.77 | $ 2,410.58 | $ 49.19 | | | | Related |
| University of MD MC | 11/17/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000001652 | $ 2,503.70 | $ 2,453.63 | $ 50.07 | | | | Related |
| University of MD MC | 12/1/2008 | 01557_CONNARD_0000001679 - pg 5 | 01557_CONNARD_UMMS_0000001644 | $ 2,503.70 | $ 2,453.63 | $ 50.07 | | | | Related |
| University of MD MC | 12/3/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000372 - 01557_CONNARD_UMMS_0000000376 | $ 124.15 | $ 121.66 | $ 2.49 | | | | Related |
| University of MD MC | 12/4/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000001654 | $ 2,786.43 | $ 2,730.70 | $ 55.73 | | | | Related |
| University of MD MC | 12/8/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000326 | $ 2,470.90 | $ 2,421.49 | $ 49.41 | | | | Related |
| University of MD MC | 12/11/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000324 | $ 4,805.69 | $ 4,709.58 | $ 96.11 | | | | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| University of MD MC | 12/13/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000346 | $ 267.84 | $ 262.48 | $ 5.36 | | | | Related |
| University of MD MC | 12/15/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000344 | $ 2,610.08 | $ 2,557.88 | $ 52.20 | | | | Related |
| University of MD MC | 12/17/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000378 - 01557_CONNARD_UMMS_0000000382 | $ 186.59 | $ 182.85 | $ 3.74 | | | | Related |
| University of MD MC | 12/18/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000342 | $ 2,659.64 | $ 2,606.45 | $ 53.19 | | | | Related |
| University of MD MC | 12/22/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000332 | $ 2,432.66 | $ 2,384.01 | $ 48.65 | | | | Related |
| University of MD MC | 12/23/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000328 / 01557_CONNARD_UMMS_0000000358 - 000361 | $ 2,753.16 | $ 2,698.10 | $ 55.06 | | | | Related |
| University of MD MC | 12/29/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000322 / 01557_CONNARD_UMMS_0000000393 | $ 2,432.66 | $ 2,384.01 | $ 48.65 | | | | Related |
| University of MD MC | 12/30/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000340 / 01557_CONNARD_UMMS_0000000394 | $ 2,396.35 | $ 2,348.43 | $ 47.92 | | | | Related |
| University of MD MC / Aaron Rapoport MD | 12/31/2008 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000000384 - 01557_CONNARD_UMMS_0000000386 | $ 908.85 | $ 774.10 | $ 134.75 | | | | Related |
| University of MD MC | 1/5/2009 | 01557_CONNARD_0000001680 - pg 6 | 01557_CONNARD_UMMS_0000001215 - 001216, 002273 | $ 2,401.49 | $ 2,303.46 | $ 98.03 | | | | Related |
| University of MD MC | 1/8/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000000352 | $ 2,396.35 | $ 2,298.43 | $ 97.92 | | | | Related |
| University of MD MC | 1/12/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000002254 | $ 2,432.66 | $ 2,334.01 | $ 98.65 | | | | Related |
| University of MD MC | 1/15/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000002256 | $ 2,857.58 | $ 2,750.42 | $ 107.16 | | | | Related |
| University of MD MC | 1/20/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000002259 | $ 2,432.66 | $ 2,334.01 | $ 98.65 | | | | Related |
| University of MD MC | 1/22/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000002261 | $ 2,396.35 | $ 2,298.43 | $ 97.92 | | | | Related |
| University of MD MC | 1/26/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000002265 | $ 2,401.49 | $ 2,303.46 | $ 98.03 | | | | Related |
| University of MD MC | 1/29/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000002265 | $ 2,365.18 | $ 2,267.88 | $ 97.30 | | | | Related |
| University of MD MC | 2/2/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000000436 | $ 2,401.49 | $ 2,303.46 | $ 98.03 | | | | Related |
| University of MD MC | 2/5/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000000438 | $ 2,473.99 | $ 2,374.51 | $ 99.48 | | | | Related |
| University of MD MC | 2/6/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000000415 | $ 596.26 | $ 534.33 | $ 61.93 | | | | Related |
| University of MD MC | 2/9/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000000434 - 000435 | $ 2,401.49 | $ 2,303.46 | $ 98.03 | | | | Related |
| University of MD MC | 2/12/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000000430 - 000431 | $ 2,977.61 | $ 2,868.06 | $ 109.55 | | | | Related |
| University of MD MC | 2/17/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000000441 | $ 2,285.95 | $ 2,190.24 | $ 95.71 | | | | Related |
| University of MD MC | 2/19/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000000445 | $ 2,250.23 | $ 2,155.23 | $ 95.00 | | | | Related |
| University of MD MC | 2/23/2009 | 01557_CONNARD_0000001681 - pg 7 | 01557_CONNARD_UMMS_0000000443 | $ 2,285.95 | $ 2,190.24 | $ 95.71 | | | | Related |
| University of MD MC | 2/27/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000000432 - 433 | $ 2,250.23 | $ 2,155.23 | $ 95.00 | | | | Related |
| University of MD MC | 3/5/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001094 - 001095 | $ 2,285.95 | $ 2,190.24 | $ 95.71 | | | | Related |
| University of MD MC | 3/9/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001085 | $ 2,293.47 | $ 2,197.61 | $ 95.86 | | | | Related |
| University of MD Pathology Assoc | 3/12/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001088 - 001089 | $ 6,269.01 | $ 5,941.63 | $ 327.38 | | | | Related |
| University of MD MC | 3/16/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001096 - 001097 | $ 2,285.95 | $ 2,190.24 | $ 95.71 | | | | Related |
| University of MD MC | 3/19/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001082 - 001083 | $ 2,250.23 | $ 2,205.23 | $ 45.00 | | | | Related |
| University of MD MC | 3/23/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001092 - 001093 | $ 2,285.95 | $ 2,190.24 | $ 95.71 | | | | Related |
| University of MD MC | 3/30/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001086 - 001087 | $ 2,285.95 | $ 2,190.24 | $ 95.71 | | | | Related |
| University of MD MC | 4/2/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001126 - 001127 | $ 2,250.23 | $ 2,155.23 | $ 95.00 | | | | Related |
| University of MD MC | 4/6/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001124 - 001125 | $ 2,285.95 | $ 2,240.24 | $ 45.71 | | | | Related |
| University of MD MC | 4/9/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001130 - 001131 | $ 2,250.23 | $ 2,205.23 | $ 45.00 | | | | Related |
| University of MD MC | 4/13/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001135 - 001136 | $ 2,293.47 | $ 2,247.61 | $ 45.86 | | | | Related |
| University of MD MC | 4/16/2009 | 01557_CONNARD_0000001682 - pg 8 | 01557_CONNARD_UMMS_0000001128 - 001129 | $ 2,250.23 | $ 2,205.23 | $ 45.00 | | | | Related |
| University of MD MC | 4/23/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000001122 - 001123 | $ 2,285.95 | $ 2,240.24 | $ 45.71 | | | | Related |
| University of MD MC | 4/24/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000001132 - 001133 | $ 2,250.23 | $ 2,205.23 | $ 45.00 | | | | Related |
| University of MD MC | 4/27/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000001139 - 001140 | $ 2,285.95 | $ 2,240.24 | $ 45.71 | | | | Related |
| University of MD MC / Aaron Rapoport MD | 4/30/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000001137 - 001138 | $ 2,590.99 | $ 2,425.75 | $ 165.24 | | | | Related |
| University of MD MC | 5/11/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000002287 - 002288 | $ 2,285.95 | $ 2,240.24 | $ 45.71 | | | | Related |
| University of MD MC | 5/14/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000002286 | $ 2,250.23 | $ 2,205.23 | $ 45.00 | | | | Related |
| University of MD MC | 5/26/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000002289 - 002290 | $ 2,285.95 | $ 2,240.24 | $ 45.71 | | | | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| University of MD MC | 5/28/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000002281 | $ 2,250.23 | $ 2,205.23 | $ 45.00 | | | | Related |
| University of MD MC | 6/8/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000002284 | $ 2,293.47 | $ 2,247.61 | $ 45.86 | | | | Related |
| University of MD MC | 6/9/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000002300 | $ 2,250.23 | $ 2,205.23 | $ 45.00 | | | | Related |
| University of MD MC | 6/22/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000002298 | $ 2,285.95 | $ 2,240.24 | $ 45.71 | | | | Related |
| University of MD MC | 6/25/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000002299 | $ 2,250.23 | $ 2,205.23 | $ 45.00 | | | | Related |
| University of MD MC | 7/2/2009 | 01557_CONNARD_0000001683 - pg 9 | 01557_CONNARD_UMMS_0000002311 | $ 695.36 | $ 681.45 | $ 13.91 | | | | Related |
| University of MD MC | 7/6/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000002322 | $ 2,602.77 | $ 2,550.71 | $ 52.06 | | | | Related |
| University of MD MC | 7/23/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000002321 | $ 2,610.21 | $ 2,558.00 | $ 52.21 | | | | Related |
| University of MD MC | 8/13/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000002338 - 01557_CONNARD_UMMS_0000002339 | $ 2,610.21 | $ 2,558.00 | $ 52.21 | | | | Related |
| University of MD MC | 8/20/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000002336 | $ 2,610.21 | $ 2,558.00 | $ 52.21 | | | | Related |
| University of MD MC | 9/3/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000001181 - 001182 | $ 3,543.23 | $ 3,472.37 | $ 70.86 | | | | Related |
| University of MD MC | 9/4/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000001160 - 01557_CONNARD_UMMS_0000001161 /01557_CONNARD_UMMS_0000001163 | $ 264.70 | $ 259.41 | $ 5.29 | | | | Related |
| University of MD MC | 9/10/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_000000117 - 001188 | $ 2,610.21 | $ 2,558.00 | $ 52.21 | | | | Related |
| University of MD MC | 9/17/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000001185 - 001186 | $ 2,610.21 | $ 2,558.00 | $ 52.21 | | | | Related |
| University of MD MC | 9/22/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000001183 - 001184 | $ 2,610.21 | $ 2,558.00 | $ 52.21 | | | | Related |
| University of MD MC | 9/23/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000001146 | $ 2,754.78 | $ 2,699.70 | $ 55.08 | | | | Related |
| University of MD MC | 10/5/2009 | 01557_CONNARD_0000001684 - pg 10 | 01557_CONNARD_UMMS_0000003054 - 01557_CONNARD_UMMS_0000003059 | $ 945.76 | $ 926.84 | $ 18.92 | | | | Related |
| University of MD MC | 10/8/2009 | 01557_CONNARD_0000001685 - pg 11 | 01557_CONNARD_UMMS_0000002372 | $ 2,582.31 | $ 2,530.66 | $ 51.65 | | | | Related |
| University of MD MC | 10/15/2009 | 01557_CONNARD_0000001685 - pg 11 | 01557_CONNARD_UMMS_0000002370 | $ 2,610.21 | $ 2,558.00 | $ 52.21 | | | | Related |
| University of MD MC | 10/26/2009 | 01557_CONNARD_0000001685 - pg 11 | 01557_CONNARD_UMMS_0000002371 | $ 2,610.21 | $ 2,558.00 | $ 52.21 | | | | Related |
| University of MD Pathology Assoc | 10/29/2009 | 01557_CONNARD_0000001685 - pg 11 | 01557_CONNARD_UMMS_0000002403 - | $ 395.40 | $ 89.25 | $ 306.15 | | | | Related |
| University of MD MC | 11/5/2009 | 01557_CONNARD_0000001685 - pg 11 | 01557_CONNARD_UMMS_0000001702 | $ 2,610.21 | $ 2,558.00 | $ 52.21 | | | | Related |
| University of MD MC / Aaron Rapoport MD | 11/9/2009 | 01557_CONNARD_0000001685 - pg 11 | 01557_CONNARD_UMMS_0000001695 - 01557_CONNARD_UMMS_0000001699 | $ 2,118.41 | $ 1,810.60 | $ 307.81 | | | | Related |
| University of MD MC | 11/12/2009 | 01557_CONNARD_0000001685 - pg 11 | 01557_CONNARD_UMMS_0000001703 | $ 2,893.53 | $ 2,785.66 | $ 107.87 | | | | Related |
| University of MD MC | 11/23/2009 | 01557_CONNARD_0000001685 - pg 11 | 01557_CONNARD_UMMS_0000001704 | $ 2,567.43 | $ 2,516.08 | $ 51.35 | | | | Related |
| University of MD MC | 12/1/2009 | 01557_CONNARD_0000001685 - pg 11 | 01557_CONNARD_0000000108 - 01557_CONNARD_0000000109 | $ 13,559.27 | $ 13,288.06 | $ 271.21 | | | | Related |
| Aaron P Rapoport MD | 12/9/2009 | 01557_CONNARD_0000001686 - pg 12 | 01557_CONNARD_UMMS_0000002414 - 01557_CONNARD_UMMS_0000002416 | $ 245.01 | $ 126.68 | $ 118.33 | | | | Related |
| University of MD MC | 1/1/2010 | 01557_CONNARD_0000001686 - pg 12 | *See Lien* | $ 13,435.57 | $ 12,866.84 | $ 568.73 | | | | Related |
| University of MD MC / Aaron Rapoport MD | 2/1/2010 | 01557_CONNARD_0000001686 - pg 12 | 01557_CONNARD_UMMS_0000001781 / 01557_CONNARD_UMMS_0000001788 - 01557_CONNARD_UMMS_0000001792 | $ 7,941.50 | $ 7,423.38 | $ 518.12 | | | | Related |
| University of MD MC | 3/1/2010 | 01557_CONNARD_0000001686 - pg 12 | 01557_CONNARD_0000000246 | $ 12,192.39 | $ 11,748.54 | $ 443.85 | | | | Related |
| University of MD MC | 4/1/2010 | 01557_CONNARD_0000001686 - pg 12 | 01557_CONNARD_UMMS_0000001862 | $ 9,378.17 | $ 8,940.60 | $ 437.57 | | | | Related |
| Aaron P Rapoport MD | 4/28/2010 | 01557_CONNARD_0000001686 - pg 12 | 01557_CONNARD_UMMS_0000001855 | $ 245.01 | $ 96.09 | $ 148.92 | | | | Related |
| University of MD MC | 5/1/2010 | 01557_CONNARD_0000001686 - pg 12 | *See Lien* | $ 7,157.68 | $ 6,914.54 | $ 243.14 | | | | Related |
| Aaron P Rapoport MD | 5/7/2010 | 01557_CONNARD_0000001686 - pg 12 | 01557_CONNARD_UMMS_0000000661 - 000666 | $ 160.01 | $ 124.69 | $ 35.32 | | | | Related |
| Gorgun Akpek MD | 5/8/2010 | 01557_CONNARD_0000001686 - pg 12 | 01557_CONNARD_UMMS_0000000704 - 000705 | $ 960.01 | $ 374.07 | $ 585.94 | | | | Related |
| Gorgun Akpek MD | 5/11/2010 | 01557_CONNARD_0000001686 - pg 12 | 01557_CONNARD_UMMS_0000000728 - 000729 | $ 320.00 | $ 249.38 | $ 70.62 | | | | Related |
| | Total | | | $ 317,527.43 | $ 304,589.71 | $ 12,937.72 | | | | |

| Unrelated Charges | | | | | | |
|---|---|---|---|---|---|---|
| Linda L Lutz MD (Derma) | 8/31/2009 | 01557_CONNARD_0000001684 - pg 10 | | $ 5,962.00 | $ 1,131.85 | $ 4,830.15 |
| University of MD MC | 9/18/2009 | 01557_CONNARD_0000001684 - pg 10 | | $ 5,112.00 | $ 1,165.91 | $ 3,946.09 |
| Linda L Lutz MD (Derma) | 9/21/2009 | 01557_CONNARD_0000001684 - pg 10 | | $ 249.30 | $ 244.31 | $ 4.99 |
| Linda L Lutz MD (Derma) | 10/6/2009 | 01557_CONNARD_0000001684 - pg 10 | | $ 156.00 | $ 49.74 | $ 106.26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Linda L Lutz MD (Derma) | 10/20/2009 | 01557_CONNARD_0000001685 - pg 11 | | $ 156.00 | $ 49.74 | $ 106.26 |
| Linda L Lutz MD (Derma) | 11/10/2009 | 01557_CONNARD_0000001685 - pg 11 | | $ 78.00 | $ 49.74 | $ 28.26 |
| Gorgun Akpek MD | 5/13/2010 | 01557_CONNARD_0000001686 - pg 12 | | $ 320.00 | $ 249.38 | $ 70.62 |
| | | | **Total Unrelated** | $ 12,033.30 | $ 2,940.67 | $ 9,092.63 |

| University of Maryland Medical Center Bates: 000000_01557_CONNARD_UMMS_0000000001 -000000_01557_CONNARD_UMMS_0000003351 (3351 pgs) | | | | Auditor Review | | |
|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | CPT | DX | Notes |
| 06/04/2001 - 06/20/2001 | 01557_CONNARD_UMMS_0000002467 - 01557_CONNARD_UMMS_0000002473 | 01557_CONNARD_UMMS_0000002491 - 01557_CONNARD_UMMS_0000002498 | $ 19,657.10 | | | Related |
| 7/18/2001 | 01557_CONNARD_UMMS_0000002513 | 01557_CONNARD_UMMS_0000002009 | $ 742.65 | | | Related |
| 07/23/2001 - 08/23/2001 | 01557_CONNARD_UMMS_0000001885 - 01557_CONNARD_UMMS_0000001887 | 01557_CONNARD_UMMS_0000001896 - 01557_CONNARD_UMMS_0000001905 | $ 90,108.20 | | | Related |
| 08/24/2001 - 08/31/2001 | 01557_CONNARD_UMMS_0000003256 - 01557_CONNARD_UMMS_0000003258 | 01557_CONNARD_UMMS_0000003263 | $ 4,417.30 | | | Related |
| 9/01/2001 - 09/30/2001 | 01557_CONNARD_UMMS_0000001234 - 01557_CONNARD_UMMS_0000001242 | 01557_CONNARD_UMMS_0000001244 - 01557_CONNARD_UMMS_0000001295 | $ 11,767.10 | | | Related |
| 10/1/2001 | 01557_CONNARD_UMMS_0000001910 | 01557_CONNARD_UMMS_0000001945 | $ 707.42 | | | Related |
| 10/1/2001 | 01557_CONNARD_UMMS_0000001928 | 01557_CONNARD_UMMS_0000001945 | $ 59.32 | | | Related |
| 10/4/2001 - 10/11/2001 | 01557_CONNARD_UMMS_0000001912 - 01557_CONNARD_UMMS_0000001916 | 01557_CONNARD_UMMS_0000001946 | $ 4,181.38 | | | Related |
| 10/18/2001 | 01557_CONNARD_UMMS_0000001926 | 01557_CONNARD_UMMS_0000001932 | $ 253.79 | | | Related |
| 10/22/2001 | 01557_CONNARD_UMMS_0000001924 | 01557_CONNARD_UMMS_0000001942 | $ 387.89 | | AML | Related |
| 10/25/2001 | 01557_CONNARD_UMMS_0000001920 | 01557_CONNARD_UMMS_0000001943 | $ 1,025.01 | | | Related |
| 10/29/2001 | 01557_CONNARD_UMMS_0000001922 | 01557_CONNARD_UMMS_0000001944 | $ 359.11 | | | Related |
| 11/1/2001 | 01557_CONNARD_UMMS_0000001301 | 01557_CONNARD_UMMS_0000001329 | $ 105.53 | | | Related |
| 11/5/2001 | 01557_CONNARD_UMMS_0000001303 | 01557_CONNARD_UMMS_0000001329 | $ 1,934.27 | | | Related |
| 11/8/2001 | 01557_CONNARD_UMMS_0000001305 | 01557_CONNARD_UMMS_0000001335 | $ 2,634.86 | | | Related |
| 11/9/2001 | 01557_CONNARD_UMMS_0000001307 | *See Billing Records* | $ 274.27 | | | Related |
| 11/12/2001 | 01557_CONNARD_UMMS_0000001309 | 01557_CONNARD_UMMS_0000001352 | $ 683.66 | | | Related |
| 11/15/2001 | 01557_CONNARD_UMMS_0000001311 | 01557_CONNARD_UMMS_0000001337 | $ 6,405.53 | | | Related |
| 11/16/2001 | 01557_CONNARD_UMMS_0000001315 | *See Billing Records* | $ 129.04 | | | Related |
| 11/19/2001 | 01557_CONNARD_UMMS_0000001317 | 01557_CONNARD_UMMS_0000001335 - 01557_CONNARD_UMMS_0000001336 | $ 3,737.95 | | | Related |
| 11/19/2001 | 01557_CONNARD_UMMS_0000001319 | 01557_CONNARD_UMMS_0000001354 | $ 428.62 | | | Related |
| 11/26/2001 | 01557_CONNARD_UMMS_0000001321 | 01557_CONNARD_UMMS_0000001358 | $ 1,039.13 | | | Related |
| 11/29/2001 | 01557_CONNARD_UMMS_0000001323 | 01557_CONNARD_UMMS_0000001360 | $ 773.35 | | | Related |
| 12/3/2001 | 01557_CONNARD_UMMS_0000001394 | 01557_CONNARD_UMMS_0000001362 | $ 350.40 | | | Related |
| 12/6/2001 | 01557_CONNARD_UMMS_0000001396 | 01557_CONNARD_UMMS_0000001418 | $ 1,499.65 | | | Related |
| 12/10/2001 | 01557_CONNARD_UMMS_0000001398 | 01557_CONNARD_UMMS_0000001418 | $ 302.00 | | | Related |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/13/2001 | 01557_CONNARD_UMMS_0000001400 | 01557_CONNARD_UMMS_0000001419 | $ | 2,173.61 | | | Related |
| 12/17/2001 | 01557_CONNARD_UMMS_0000001402 | 01557_CONNARD_UMMS_0000001419 | $ | 4,509.58 | | | Related |
| 12/18/2001 | 01557_CONNARD_UMMS_0000001404 | *See Billing Records* | $ | 129.04 | | | Related |
| 12/20/2001 | 01557_CONNARD_UMMS_0000001406 | *See Billing Records* | $ | 700.00 | | | Related |
| 12/21/2001 | 01557_CONNARD_UMMS_0000001408 | 01557_CONNARD_UMMS_0000001465 - 01557_CONNARD_UMMS_0000001466 | $ | 2,581.66 | | | Related |
| 12/24/2001 | 01557_CONNARD_UMMS_0000001410 | 01557_CONNARD_UMMS_0000001469 - 01557_CONNARD_UMMS_0000001470 | $ | 192.84 | | | Related |
| 12/27/2001 | 01557_CONNARD_UMMS_0000001412 | 01557_CONNARD_UMMS_0000001471 - 01557_CONNARD_UMMS_0000001472 | $ | 2,568.92 | | | Related |
| 12/31/2001 | 01557_CONNARD_UMMS_0000001414 | 01557_CONNARD_UMMS_0000001473 - 01557_CONNARD_UMMS_0000001474 | $ | 2,558.68 | | | Related |
| 12/31/2001 | 01557_CONNARD_UMMS_0000001416 | 01557_CONNARD_UMMS_0000001473 - 01557_CONNARD_UMMS_0000001474 | $ | 34.02 | | | Related |
| 1/3/2002 | 01557_CONNARD_UMMS_0000001979 | 01557_CONNARD_UMMS_0000002019 | $ | 1,765.95 | | | Related |
| 1/7/2002 | 01557_CONNARD_UMMS_0000001995 | 01557_CONNARD_UMMS_0000002021 | $ | 173.50 | | | Related |
| 1/10/2002 | 01557_CONNARD_UMMS_0000001997 | 01557_CONNARD_UMMS_0000002023 - 01557_CONNARD_UMMS_0000002024 | $ | 1,080.45 | | | Related |
| 1/14/2002 | 01557_CONNARD_UMMS_0000001981 | 01557_CONNARD_UMMS_0000002025 | $ | 1,275.28 | | | Related |
| 1/15/2002 | 01557_CONNARD_UMMS_0000001983 | *See Billing Records* | $ | 274.29 | | | Related |
| 1/17/2002 | 01557_CONNARD_UMMS_0000001989 | 01557_CONNARD_UMMS_0000002027 | $ | 876.24 | | | Related |
| 1/21/2002 | 01557_CONNARD_UMMS_0000001991 | 01557_CONNARD_UMMS_0000002029 | $ | 314.40 | | | Related |
| 1/24/2002 | 01557_CONNARD_UMMS_0000001987 | 01557_CONNARD_UMMS_0000002031 | $ | 448.50 | | | Related |
| 1/24/2002 | 01557_CONNARD_UMMS_0000001993 | 01557_CONNARD_UMMS_0000002031 - 01557_CONNARD_UMMS_0000002032 | $ | 2,324.67 | | | Related |
| 1/29/2002 | 01557_CONNARD_UMMS_0000001985 | 01557_CONNARD_UMMS_00000020033 - 01557_CONNARD_UMMS_00000020034 | $ | 2,585.66 | | | Related |
| 2/1/2002 | 01557_CONNARD_UMMS_0000002540 | 01557_CONNARD_UMMS_0000002542 | $ | 174.62 | | | Related |
| 2/7/2002 | 01557_CONNARD_UMMS_0000002536 - 01557_CONNARD_UMMS_0000002538 | 01557_CONNARD_UMMS_0000002544 | $ | 1,511.88 | | | Related |
| 2/8/2002 | 01557_CONNARD_UMMS_0000002528 | 01557_CONNARD_UMMS_0000002544 | $ | 548.80 | | | Related |
| 2/14/2002 | 01557_CONNARD_UMMS_0000002534 | 01557_CONNARD_UMMS_0000002542 | $ | 3,333.53 | | | Related |
| 2/21/2002 | 01557_CONNARD_UMMS_0000002530 | 01557_CONNARD_UMMS_0000002542 | $ | 1,891.68 | | | Related |
| 2/26/2002 | 01557_CONNARD_UMMS_0000002532 | 01557_CONNARD_UMMS_0000002543 | $ | 2,022.29 | | | Related |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/7/2002 | 01557_CONNARD_UMMS_0000002058 | 01557_CONNARD_UMMS_0000002068 | $ | 671.37 | | | Related |
| 3/14/2002 | 01557_CONNARD_UMMS_0000002060 | 01557_CONNARD_UMMS_0000002066 /01557_CONNARD_UMMS_0000002068 | $ | 2,587.34 | | | Related |
| 3/21/2002 | 01557_CONNARD_UMMS_0000002062 | 01557_CONNARD_UMMS_0000002068 | $ | 1,094.40 | | | Related |
| 3/27/2002 | 01557_CONNARD_UMMS_0000002064 | 01557_CONNARD_UMMS_0000002068 | $ | 1,170.39 | | | Related |
| 4/4/2002 | 01557_CONNARD_UMMS_0000001481 | 01557_CONNARD_UMMS_0000002068 | $ | 2,123.78 | | | Related |
| 4/11/2002 | 01557_CONNARD_UMMS_0000001485 | 01557_CONNARD_UMMS_0000001503 /01557_CONNARD_UMMS_0000001521 - 01557_CONNARD_UMMS_0000001523 | $ | 2,582.68 | | | Related |
| 4/11/2002 | 01557_CONNARD_UMMS_0000001493 | 01557_CONNARD_UMMS_0000001502 | $ | 444.39 | | | Related |
| 4/12/2002 | 01557_CONNARD_UMMS_0000001483 | 01557_CONNARD_UMMS_0000001501 | $ | 108.81 | | | Related |
| 4/18/2002 | 01557_CONNARD_UMMS_0000001487 | 01557_CONNARD_UMMS_0000001513 /01557_CONNARD_UMMS_0000001525 - 01557_CONNARD_UMMS_0000001527 | $ | 2,929.81 | | | Related |
| 4/26/2002 | 01557_CONNARD_UMMS_0000001489 | 01557_CONNARD_UMMS_0000001515 | $ | 923.09 | | | Related |
| 4/29/2002 | 01557_CONNARD_UMMS_0000001490 | 01557_CONNARD_UMMS_0000001499 | $ | 30.54 | | | Related |
| 5/9/2002 | 01557_CONNARD_UMMS_0000002577 | 01557_CONNARD_UMMS_0000002581 | $ | 2,113.80 | | | Related |
| 5/23/2002 | 01557_CONNARD_UMMS_0000002579 | 01557_CONNARD_UMMS_0000002593 - 01557_CONNARD_UMMS_0000002594 /01557_CONNARD_UMMS_0000002581 | $ | 1,042.87 | | | Related |
| 6/6/2002 | 01557_CONNARD_UMMS_0000002598 | 01557_CONNARD_UMMS_0000002616 - 01557_CONNARD_UMMS_0000002618 | $ | 361.52 | | | Related |
| 6/27/2002 | 01557_CONNARD_UMMS_0000002600 | 01557_CONNARD_UMMS_0000002614 /01557_CONNARD_UMMS_0000002624 - 01557_CONNARD_UMMS_0000002626 | $ | 1,624.12 | | | Related |
| 7/18/2002 | 01557_CONNARD_UMMS_0000002629 | 01557_CONNARD_UMMS_0000002643 - 01557_CONNARD_UMMS_0000002647 | $ | 225.43 | | | Related |
| 8/12/2002 | 01557_CONNARD_UMMS_0000002651 | 01557_CONNARD_UMMS_0000002659 /01557_CONNARD_UMMS_0000002663 - 01557_CONNARD_UMMS_0000002665 | $ | 1,029.41 | | | Related |
| 9/5/2002 | 01557_CONNARD_UMMS_0000002668 | 01557_CONNARD_UMMS_0000002679 /01557_CONNARD_UMMS_0000002681 - 01557_CONNARD_UMMS_0000002683 | $ | 1,972.07 | | | Related |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/25/2002 | 01557_CONNARD_UMMS_0000002670 | 01557_CONNARD_UMMS_0000002677 /01557_CONNARD_UMMS_0000002685 - 01557_CONNARD_UMMS_0000002687 | $ | 267.24 | | | Related |
| 10/24/2002 | 01557_CONNARD_UMMS_0000002691 | 01557_CONNARD_UMMS_0000002705 /01557_CONNARD_UMMS_0000002707 - 01557_CONNARD_UMMS_0000002709 | $ | 2,160.61 | | | Related |
| 10/31/2002 | 01557_CONNARD_UMMS_0000002693 | 01557_CONNARD_UMMS_0000002696 - 01557_CONNARD_UMMS_0000002699 | $ | 196.74 | | | Related |
| 11/7/2002 | 01557_CONNARD_UMMS_0000003142 | 01557_CONNARD_UMMS_0000003148 - 01557_CONNARD_UMMS_0000003150 | $ | 967.30 | | | Related |
| 12/2/2002 | 01557_CONNARD_UMMS_0000002103 /01557_CONNARD_UMMS_0000002105 | 01557_CONNARD_UMMS_0000002131 - 01557_CONNARD_UMMS_0000002133 | $ | 1,407.88 | | | Related |
| 12/16/2002 | 01557_CONNARD_UMMS_0000002107 | 01557_CONNARD_UMMS_0000002135 - 01557_CONNARD_UMMS_0000002137 | $ | 698.05 | | | Related |
| 12/30/2002 | 01557_CONNARD_UMMS_0000002109 | 01557_CONNARD_UMMS_0000002139 - 01557_CONNARD_UMMS_0000002140 | $ | 357.89 | | | Related |
| 12/31/2002 | 01557_CONNARD_UMMS_0000002111 | 01557_CONNARD_UMMS_0000002116 - 01557_CONNARD_UMMS_0000002119 | $ | 51.31 | | | Related |
| 1/30/2003 | 01557_CONNARD_UMMS_0000003342 | 01557_CONNARD_UMMS_0000003346 - 01557_CONNARD_UMMS_000000339 | $ | 548.85 | | | Related |
| 4/10/2003 | 01557_CONNARD_UMMS_0000003269 | 01557_CONNARD_UMMS_0000003276 | $ | 1,218.36 | | | Related |
| 6/5/2003 | 01557_CONNARD_UMMS_0000002712 | 01557_CONNARD_UMMS_0000002720 /01557_CONNARD_UMMS_0000002724 | $ | 143.69 | | | Related |
| 7/2/2003 | 01557_CONNARD_UMMS_0000002727 | *See Billing Records* | $ | 0.03 | | | Related |
| 7/3/2003 | 01557_CONNARD_UMMS_0000002729 | 01557_CONNARD_UMMS_0000002743 /01557_CONNARD_UMMS_0000002749 | $ | 1,028.50 | | | Related |
| 7/7/2003 | 01557_CONNARD_UMMS_0000002731 | 01557_CONNARD_UMMS_0000002745 | $ | 122.77 | | | Related |
| 7/10/2003 | 01557_CONNARD_UMMS_0000002733 | 01557_CONNARD_UMMS_0000002751 - 01557_CONNARD_UMMS_0000002753 | $ | 135.23 | | | Related |
| 7/23/2003 | 01557_CONNARD_UMMS_0000002735 | 01557_CONNARD_UMMS_0000002747 / 01557_CONNARD_UMMS_0000002755 - 01557_CONNARD_UMMS_0000002756 | $ | 131.91 | | | Related |
| 8/28/2003 | 01557_CONNARD_UMMS_0000002760 | 01557_CONNARD_UMMS_0000002774 | $ | 909.82 | | | Related |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/25/2003 | 01557_CONNARD_UMMS_0000003153 | 01557_CONNARD_UMMS_0000003161 - 01557_CONNARD_UMMS_0000003163 | $ 375.23 | | | Related |
| 10/2/2003 | 01557_CONNARD_UMMS_0000002777 | 01557_CONNARD_UMMS_0000002789 /01557_CONNARD_UMMS_0000002796 - 01557_CONNARD_UMMS_0000002798 | $ 16.83 | | | Related |
| 10/16/2003 | 01557_CONNARD_UMMS_0000002779 | 01557_CONNARD_UMMS_0000002791 | $ 212.40 | | | Related |
| 10/23/2003 | 01557_CONNARD_UMMS_0000002781 | 01557_CONNARD_UMMS_0000002800 - 01557_CONNARD_UMMS_0000002801 | $ 598.62 | | | Related |
| 12/2/2003 | 01557_CONNARD_UMMS_0000002806 - 01557_CONNARD_UMMS_0000002808 | 01557_CONNARD_UMMS_0000002821 /01557_CONNARD_UMMS_0000002825 - 01557_CONNARD_UMMS_0000002829 | $ 1,573.68 | | | Related |
| 12/22/2003 | 01557_CONNARD_UMMS_0000002810 | 01557_CONNARD_UMMS_0000002823 | $ 507.07 | | | Related |
| 1/21/2004 | 01557_CONNARD_UMMS_0000002832 | 01557_CONNARD_UMMS_0000002842 /01557_CONNARD_UMMS_0000002849 - 01557_CONNARD_UMMS_0000002851 | $ 375.08 | | | Related |
| 2/18/2004 | 01557_CONNARD_UMMS_0000003166 | 01557_CONNARD_UMMS_0000003178 | $ 571.87 | | | Related |
| 3/25/2004 | 01557_CONNARD_UMMS_0000002854 | 01557_CONNARD_UMMS_0000002869 /01557_CONNARD_UMMS_0000002872 - 01557_CONNARD_UMMS_0000002874 | $ 367.45 | | | Related |
| 4/16/2004 | 01557_CONNARD_UMMS_0000002144 | 01557_CONNARD_UMMS_0000002155 / 01557_CONNARD_UMMS_0000002158 - 01557_CONNARD_UMMS_0000002160 | $ 1,435.75 | | | Related |
| 5/20/2004 | 01557_CONNARD_UMMS_0000002877 | 01557_CONNARD_UMMS_0000002894 | $ 382.59 | | | Related |
| 12/20/2004 | 01557_CONNARD_UMMS_0000002899 | 01557_CONNARD_UMMS_0000002908 - 01557_CONNARD_UMMS_0000002910 | $ 401.89 | | | Related |
| 2/24/2005 | 01557_CONNARD_UMMS_0000002913 | 01557_CONNARD_UMMS_0000002919 / 01557_CONNARD_UMMS_0000002921 - 01557_CONNARD_UMMS_0000002923 | $ 278.67 | | | Related |
| 4/4/2005 | 01557_CONNARD_UMMS_0000002926 | 01557_CONNARD_UMMS_0000002937 - 01557_CONNARD_UMMS_0000002939 | $ 457.00 | | | Related |
| 5/9/2005 | 01557_CONNARD_UMMS_0000003279 | 01557_CONNARD_UMMS_0000003286 - 01557_CONNARD_UMMS_0000003288 | $ 340.10 | | | Related |
| 6/20/2005 | 01557_CONNARD_UMMS_0000002943 /01557_CONNARD_UMMS_0000002945 | 01557_CONNARD_UMMS_0000002947 - 01557_CONNARD_UMMS_0000002954 | $ 3,175.73 | | | Related |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/14/2005 | 01557_CONNARD_UMMS_0000002164 /01557_CONNARD_UMMS_0000002166 | 01557_CONNARD_UMMS_0000002180 | $ | 344.92 | | | Related |
| 7/14/2005 | 01557_CONNARD_UMMS_0000002168 | 01557_CONNARD_UMMS_0000002175 / 01557_CONNARD_UMMS_0000002183 - 01557_CONNARD_UMMS_0000002184 | $ | 673.88 | | | Related |
| 10/10/2005 | 01557_CONNARD_UMMS_0000003291 | 01557_CONNARD_UMMS_0000003298 | $ | 197.85 | | | Related |
| 11/28/2005 | 01557_CONNARD_UMMS_0000002958 | 01557_CONNARD_UMMS_0000002965 /01557_CONNARD_UMMS_0000002970 - 01557_CONNARD_UMMS_0000002972 | $ | 300.15 | | | Related |
| 11/29/2005 | 01557_CONNARD_UMMS_0000002956 | *See Billing Records* | $ | 50.88 | | | Related |
| 1/2/2006 | 01557_CONNARD_UMMS_0000000798 | 01557_CONNARD_UMMS_0000000836 | $ | 91.60 | | | Related |
| 1/2/2006 | 01557_CONNARD_UMMS_0000000810 | 01557_CONNARD_UMMS_0000000836 | $ | 339.87 | | | Related |
| 1/3/2006 | 01557_CONNARD_UMMS_0000000800 | 01557_CONNARD_UMMS_0000000853 | $ | 91.60 | | | Related |
| 1/3/2006 | 01557_CONNARD_UMMS_0000000812 | 01557_CONNARD_UMMS_0000000853 | $ | 266.34 | | | Related |
| 1/4/2006 | 01557_CONNARD_UMMS_0000000802 | 01557_CONNARD_UMMS_0000000838 | $ | 91.60 | | | Related |
| 1/6/2006 | 01557_CONNARD_UMMS_0000000804 | *See Billing Records* | $ | 217.59 | | | Related |
| 1/13/2006 | 01557_CONNARD_UMMS_0000000806 | 01557_CONNARD_UMMS_0000000840 | $ | 252.58 | | | Related |
| 1/13/2006 | 01557_CONNARD_UMMS_0000000820 | 01557_CONNARD_UMMS_0000000861 - 01557_CONNARD_UMMS_000000083 | $ | 97.50 | | | Related |
| 1/15/2006 | 01557_CONNARD_UMMS_0000000808 | 01557_CONNARD_UMMS_0000000842 | $ | 180.35 | | | Related |
| 1/15/2006 | 01557_CONNARD_UMMS_0000000818 | 01557_CONNARD_UMMS_0000000842 | $ | 65.00 | | | Related |
| 2/14/2006 | 01557_CONNARD_UMMS_0000001540 | 01557_CONNARD_UMMS_0000001544 - 01557_CONNARD_UMMS_0000001548 | $ | 3,216.36 | | | Related |
| 2/14/2006 | 01557_CONNARD_UMMS_0000001542 | 01557_CONNARD_UMMS_0000001544 - 01557_CONNARD_UMMS_0000001548 | $ | 81.25 | | | Related |
| 3/3/2006 | 01557_CONNARD_UMMS_0000001572 | 01557_CONNARD_UMMS_0000001596 /01557_CONNARD_UMMS_0000001608 - 01557_CONNARD_UMMS_0000001614 | $ | 196.99 | | | Related |
| 3/8/2006 | 01557_CONNARD_UMMS_0000001574 | 01557_CONNARD_UMMS_0000001618 - 01557_CONNARD_UMMS_0000001624 | $ | 153.14 | | | Related |
| 3/8/2006 | 01557_CONNARD_UMMS_0000001578 | 01557_CONNARD_UMMS_0000001618 - 01557_CONNARD_UMMS_0000001624 | $ | 306.16 | | | Related |
| 3/9/2006 | 01557_CONNARD_UMMS_0000001576 | 01557_CONNARD_UMMS_0000001600 | $ | 577.09 | | | Related |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/10/2006 | 01557_CONNARD_UMMS_0000001580 | 01557_CONNARD_UMMS_0000001598 /01557_CONNARD_UMMS_0000001626 - 01557_CONNARD_UMMS_0000001630 | $ 471.37 | | | Related |
| 3/16/2006 | 01557_CONNARD_UMMS_0000001582 | 01557_CONNARD_UMMS_0000001632 - 01557_CONNARD_UMMS_0000001634 | $ 141.61 | | | Related |
| 3/16/2006 | 01557_CONNARD_UMMS_0000001584 | 01557_CONNARD_UMMS_0000001632 - 01557_CONNARD_UMMS_0000001634 | $ 317.38 | | | Related |
| 3/29/2006 | 01557_CONNARD_UMMS_0000001586 | *See Billing Records* | $ 48.75 | | | Related |
| 4/11/2006 | 01557_CONNARD_UMMS_0000002979 | *See Billing Records* | $ 215.15 | | | Related |
| | | Total | $ 243,453.54 | | | |

| | | | |
|---|---|---|---|
| **Unrelated Charges** | | | |
| 10/24/2001 | 01557_CONNARD_UMMS_0000001918 | 01557_CONNARD_UMMS_0000001975 | $ 72.53 |
| | | Total Unrelated | $ 72.53 |