# Exhibit 857

# NATIVE DOCUMENT

## Please review the native document PLG-EXPERT_HACKETT-WALLACE_0000000052_CONFIDENTIAL.xlsx

**1st Amended Appendix for Jefferson "Mike" Criswell: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $202,673.50 |
| Total Paid (Insurance Only) | $40,321.44 |
| Patient Payments (Out-of-Pocket) | $13,321.05 |

| Payments by Insurance Source | Paid ($) |
|---|---|
| BCBS | $37,699.60 |
| UHC | $2,621.84 |
| Total Paid (Insurance Only) | $40,321.44 |

**Past Medical Billing Summary**

| Provider | Dates of Service | Dates of Service Continued | Billing Record Bates | Billing Record Bates Continued | Medical Record Bates | Medical Records Bates Continued | Total Charges ($) | Patient Payments ($) | BCBS Paid Amount ($) | UHC Paid Amount ($) | Adjustments ($) | Balance ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Georgia Urology | 10/15/2002<br>2/7/2014<br>2/21/2014<br>2/28/2014<br>3/4/2014<br>12/12/2014 | | 01482_CRISWELL_0000005407<br>01482_CRISWELL_0000005408 | | 01482_CRISWELL_ 000050<br>01482_CRISWELL_004365 - 004367;<br>01482_CRISWELL_004371 - 004373;<br>01482_CRISWELL_004362 - 004364;<br>01482_CRISWELL_004374 - 004375;<br>01482_CRISWELL_004368 - 004370 | | $4,372.01 | $324.89 | $1,831.44 | | $2,215.68 | | |
| Piedmont Healthcare | 02/28 - 03/04/2014;<br>3/4/2014 | | 01482_CRISWELL_0000000191<br>01482_CRISWELL_0000005088<br>01482_CRISWELL_0000000232<br>01482_CRISWELL_0000000241 | | 01482_CRISWELL_004374 - 004375 | | $20,273.02 | $966.80 | $2,637.19 | | $16,669.03 | | |
| City of Hope Cancer Center Atlanta (Southeastern Medical Center) | 6/2/2015<br>6/3/2015<br>12/2/2015<br>6/13/2016<br>8/11/2016<br>9/9/2016<br>2/13/2017<br>8/14/2017<br>2/12/2018<br>3/15/2018 - 03/16/2018<br>3/16/2018<br>9/17/2018<br>3/18/2019 | 12/16/2019<br>12/15/2020<br>12/14/2021 1/28/2022<br>1/23/2023<br>1/22/2024<br>1/21/2025 | 01482_CRISWELL_0000005369<br>01482_CRISWELL_0000005370<br>01482_CRISWELL_0000005371<br>01482_CRISWELL_0000005373<br>01482_CRISWELL_0000005374<br>01482_CRISWELL_0000005375<br>01482_CRISWELL_0000005376<br>01482_CRISWELL_0000005378<br>01482_CRISWELL_0000005379<br>01482_CRISWELL_0000005380<br>01482_CRISWELL_0000005381<br>01482_CRISWELL_0000005382<br>01482_CRISWELL_0000005384<br>01482_CRISWELL_0000005385<br>01482_CRISWELL_0000005387 | 01482_CRISWELL_0000005388<br>01482_CRISWELL_0000005389<br>01482_CRISWELL_0000005391<br>01482_CRISWELL_0000005392<br>01482_CRISWELL_0000005393<br>01482_CRISWELL_0000005394<br>01482_CRISWELL_0000005395<br>01482_CRISWELL_0000005396<br>01482_CRISWELL_0000005397<br>01482_CRISWELL_0000005398<br>01482_CRISWELL_0000005399<br>01482_CRISWELL_0000005400<br>01482_CRISWELL_0000005401<br>01482_CRISWELL_0000005402<br>01482_CRISWELL_0000005403 | 01482_CRISWELL_000351 - 000354<br>01482_CRISWELL_000358 - 000361<br>01482_CRISWELL_000362 - 000364<br>01482_CRISWELL_000365 - 000367<br>01482_CRISWELL_000368 - 000372<br>01482_CRISWELL_000375 - 000377<br>01482_CRISWELL_000378 - 000380<br>01482_CRISWELL_000381 - 000383<br>01482_CRISWELL_000384 - 000386<br>01482_CRISWELL_000387 - 000389<br>01482_CRISWELL_000390 - 000391<br>01482_CRISWELL_000393 ; 000403<br>01482_CRISWELL_000397 - 000399<br>01482_CRISWELL_000403 - 000406<br>01482_CRISWELL_000407 - 000412 | 01482_CRISWELL_000419 - 000420<br>01482_CRISWELL_000427 - 000428<br>01482_CRISWELL_000429 - 000430<br>01482_CRISWELL_000433 - 000437<br>01482_CRISWELL_000469<br>01482_CRISWELL_000598 - 000600<br>01482_CRISWELL_001783 - 001784<br>01482_CRISWELL_0000005183 - 5188 | $177,540.97 | $11,999.65 | $33,230.97 | $2,480.99 | $129,829.36 | | |
| Village Medical (Griffin) | 12/16/2022 | | 01482_CRISWELL_0000005092 | | 01482_CRISWELL_001868 - 001874 | | $304.00 | $29.71 | | $109.47 | $164.82 | | |
| LabCorp | 1/14/2022<br>2/6/2023 | | 01482_CRISWELL_0000005423<br>01482_CRISWELL_0000005425 | | 01482_CRISWELL_000368 - 000372<br>01482_CRISWELL_ 000362 - 000364 | | $183.50 | | | $31.38 | | | |
| | | | | | | **Totals:** | **$202,673.50** | **$13,321.05** | **$37,699.60** | **$2,621.84** | **$148,878.89** | **$0.00** | **$0.00** |

| City of Hope Cancer Center Atlanta (Southeastern Medical Center) - 1482_CRISWELL_0000005367 - 1482_CRISWELL_0000005403 (37 pgs) | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | BCBS | United Health Care | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 6/2/2015 | 01482_CRISWELL_0000005369 | 01482_CRISWELL_000407 - 000412 | $ 4,715.07 | $ 1,847.20 | | $ 1,264.75 | $ 1,603.12 | 88321 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis. | Related |
| 6/3/2015 | 01482_CRISWELL_0000005387 | 01482_CRISWELL_001783 - 001784 | $ 696.00 | $ 68.70 | | $ 12.12 | $ 615.18 | 88321 | | Liping Zhang | Related |
| 6/3/2015 | 01482_CRISWELL_0000005387 | 01482_CRISWELL_000433 - 000437 | $ 739.00 | $ 166.15 | | $ 29.32 | $ 543.53 | 99244 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis. | Related |
| 12/2/2015 | 01482_CRISWELL_0000005370 | 01482_CRISWELL_000397 - 000399 | $ 398.00 | $ 246.74 | | $ 15.94 | $ 135.32 | 81001 | | | Related |
| 12/2/2015 | 01482_CRISWELL_0000005387 | 01482_CRISWELL_000397 - 000399 | $ 2,436.00 | $ 174.18 | | $ 30.74 | $ 2,231.08 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis. | Related |
| 6/13/2016 | 01482_CRISWELL_0000005371 | 01482_CRISWELL_000429 - 000430 | $ 2,727.09 | $ 683.84 | | $ 1,116.04 | $ 927.21 | 81003 | | | Related |
| 6/13/2016 | 01482_CRISWELL_0000005388 | 01482_CRISWELL_000429 - 000430 | $ 2,436.00 | | | $ 211.07 | $ 2,224.93 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis. | Related |
| 8/11/2016 | 01482_CRISWELL_0000005373 | 01482_CRISWELL_000403 - 00406 | $ 21,016.36 | $ 11,329.46 | | $ 1,977.03 | $ 7,709.87 | J110, 85025, 81003, J7120, J2250, J3010, J0744, J2370, 88305 x2, 80053, 76000, J110 x2, J2405, J2405 x2 | | | Related |
| 8/11/2016 | 01482_CRISWELL_0000005391 | 01482_CRISWELL_000403 - 00406 | $ 658.00 | $ 60.66 | | $ 3.60 | $ 593.74 | 88305 x2 | | | Related |
| 8/11/2016 | 01482_CRISWELL_0000005391 | 01482_CRISWELL_000393, 000403 | $ 4,499.00 | $ 56.59 | | $ 9.99 | $ 4,432.42 | 51720 | | | Related |
| 8/11/2016 | 01482_CRISWELL_0000005392 | 01482_CRISWELL_000427 - 000428 | $ 7,616.00 | $ 306.38 | | $ 31.66 | $ 7,277.96 | 52214 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis. | Related |
| 8/11/2016 | 01482_CRISWELL_0000005389 | 01482_CRISWELL_000427 - 000428 | $ 1,188.00 | $ 224.48 | | | $ 963.52 | 00912 | | Roger Masters | Related |
| 8/11/2016 | 01482_CRISWELL_0000005389 | 01482_CRISWELL_000427 - 000428 | $ 1,188.00 | $ 226.51 | | | $ 961.49 | 00912 | | Brian Caruthers | Related |
| 9/9/2016 | 01482_CRISWELL_0000005374 | 01482_CRISWELL_ 000469 | $ 8,368.00 | $ 5,522.88 | | | $ 2,845.12 | 74178, Q9967 | | Technical | Related |
| 9/9/2016 | 01482_CRISWELL_0000005392 | 01482_CRISWELL_ 000469 | $ 816.00 | $ 128.41 | | | $ 687.59 | 74178 | | Henry Krebs, professional component | Related |
| 2/13/2017 | 01482_CRISWELL_0000005374 | 01482_CRISWELL_000390 - 000391 | $ 3,152.49 | $ 656.98 | | $ 1,423.66 | $ 1,071.85 | 52000, 81001 | | | Related |
| 2/13/2017 | 01482_CRISWELL_0000005393 | 01482_CRISWELL_000390 - 000391 | $ 2,533.00 | $ 168.86 | | $ 42.21 | $ 2,321.93 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 8/14/2017 | 01482_CRISWELL_0000005375 | 01482_CRISWELL_000598 - 000600 | $ 3,181.49 | $ 1,600.00 | | $ 400.00 | $ 1,181.49 | 81001, 88112, 52000 | | | Related |
| 8/14/2017 | 01482_CRISWELL_0000005393 | 01482_CRISWELL_000387 - 000389 | $ 2,634.00 | $ 139.46 | | $ 34.86 | $ 2,459.68 | 52000 | | | Related |
| 8/14/2017 | 01482_CRISWELL_0000005393 | 01482_CRISWELL_000598 - 000600 | $ 471.00 | | | | $ 471.00 | 88112 | | | Related |
| 8/14/2017 | 01482_CRISWELL_0000005394 | 01482_CRISWELL_000387 - 000389 | $ 260.00 | $ 32.60 | | $ 45.00 | $ 182.40 | 99213 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/12/2018 | 01482_CRISWELL_0000005376 | 01482_CRISWELL_000384 - 000386 | $ 2,805.89 | $ 699.46 | | $ 1,300.54 | $ 805.89 | 85025, 81001, 80053, 36415, J2405, J7120, J0131, J2250, J3010, J1100, J0744, J3010, 76000 x2, J9280 | | OR level 3 1st 30 min, each add'l 15 x3, PACU Level 1 1st 30 min, each add'l 15 x3, PACU level 2 1st 30 mins | Related |
| 2/12/2018 | 01482_CRISWELL_0000005394 | 01482_CRISWELL_000384 - 000386 | $ 2,634.00 | | | $ 174.32 | $ 2,459.68 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 2/12/2018 | 01482_CRISWELL_0000005394 | 01482_CRISWELL_000384 - 000386 | $ 471.00 | | | | $ 471.00 | 88112 | | | Related |
| 2/12/2018 | 01482_CRISWELL_0000005395 | 01482_CRISWELL_000384 - 000386 | $ 260.00 | $ 32.60 | | $ 45.00 | $ 182.40 | 99213 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 3/15/2018 - 03/16/2018 | 01482_CRISWELL_0000005378 | 01482_CRISWELL_00419 - 000420 | $ 28,504.96 | $ 3,200.00 | | $ 800.00 | $ 24,504.96 | 88112, 81001, 52000 | | | Related |
| 3/16/2018 | 01482_CRISWELL_0000005395 | 01482_CRISWELL_000419 - 000420 | $ 2,846.00 | $ 338.26 | | $ 84.57 | $ 2,423.17 | 52234 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 3/16/2018 | 01482_CRISWELL_0000005396 | 01482_CRISWELL_000419 - 000420 | $ 1,644.00 | $ 244.00 | | $ 61.00 | $ 1,339.00 | 00912 | | | Related |
| 3/16/2018 | 01482_CRISWELL_0000005396 | 01482_CRISWELL_000419 - 000420 | $ 1,644.00 | $ 244.00 | | $ 61.00 | $ 1,339.00 | 00912 | | | Related |
| 9/17/2018 | 01482_CRISWELL_0000005379 | 01482_CRISWELL_000381 - 000383 | $ 3,296.23 | $ 1,600.00 | | $ 400.00 | $ 1,296.23 | 81001, 52000 | | | Related |
| 9/17/2018 | 01482_CRISWELL_0000005397 | 01482_CRISWELL_000381 - 000383 | $ 2,739.00 | $ 145.03 | | $ 36.26 | $ 2,557.71 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 9/17/2018 | 01482_CRISWELL_0000005397 | 01482_CRISWELL_000381 - 000383 | $ 490.00 | | | | $ 490.00 | 88112 | | | Related |
| 3/18/2019 | 01482_CRISWELL_0000005379 | 01482_CRISWELL_000378 - 000380 | $ 3,828.95 | $ 705.03 | | $ 1,294.97 | $ 1,828.95 | 88112, 81001, 52000 | | | Related |
| 3/18/2019 | 01482_CRISWELL_0000005397 | 01482_CRISWELL_000378 - 000380 | $ 2,739.00 | | | $ 181.29 | $ 2,557.71 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 3/18/2019 | 01482_CRISWELL_0000005397 | 01482_CRISWELL_000378 - 000380 | $ 490.00 | | | | $ 490.00 | 88112 | | | Related |
| 12/16/2019 | 01482_CRISWELL_0000005380 | 01482_CRISWELL_000375 - 000377 | $ 3,479.40 | $ 1,600.00 | | $ 400.00 | $ 1,479.40 | 88112, 52000, 81001 | | | Related |
| 12/16/2019 | 01482_CRISWELL_0000005398 | 01482_CRISWELL_000375 - 000377 | $ 2,849.00 | $ 150.83 | | $ 37.71 | $ 2,660.46 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 12/16/2019 | 01482_CRISWELL_0000005398 | 01482_CRISWELL_000375 - 000377 | $ 510.00 | | | | $ 510.00 | 88112 | | | Related |
| 12/15/2020 | 01482_CRISWELL_0000005381 | 01482_CRISWELL_000358 - 000361 | $ 2,370.02 | | $436.59 | $ 95.00 | $ 1,838.43 | 52000, 81001, 88112 | | | Related |
| 12/15/2020 | 01482_CRISWELL_0000005399 | 01482_CRISWELL_000358 - 000361 | $ 2,849.00 | | $81.53 | | $ 2,767.47 | 52000, 99024 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 12/15/2020 | 01482_CRISWELL_0000005399 | 01482_CRISWELL_000358 - 000361 | $ 510.00 | | $27.95 | | $ 482.05 | 88112 | | | Related |
| 12/14/2021 | 01482_CRISWELL_0000005382 | 01482_CRISWELL_ 000365 - 000367 | $ 2,595.02 | | $569.67 | $ 95.00 | $ 1,930.35 | | | No codes on billing, OR Level 3 1st 30 min, each add'l 15 x1 | Related |
| 12/14/2021 | 01482_CRISWELL_0000005399 | 01482_CRISWELL_ 000365 - 000367 | $ 2,849.00 | | $78.05 | | $ 2,770.95 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 12/14/2021 | 01482_CRISWELL_0000005400 | 01482_CRISWELL_ 000365 - 000367 | $ 510.00 | | $26.90 | | $ 483.10 | 88112 | | | Related |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2022 | 01482_CRISWELL_0000005384 | 01482_CRISWELL_000368 - 000372 | $ 19,387.00 | | $522.22 | $ 95.00 | $ 18,769.78 | 36415, J0690, J7120, J2252, J3010, J2704, J2405J1100, Q9967, 80048, 87635, 85025, J0330 | | | Related |
| 1/28/2022 | 01482_CRISWELL_0000005400 | 01482_CRISWELL_000368 - 000372 | $ 2,840.00 | | $127.24 | | $ 2,712.76 | 52005 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 1/23/2023 | 01482_CRISWELL_0000005385 | 01482_CRISWELL_ 000362 - 000364 | $ 2,606.00 | | $496.32 | $ 95.00 | $ 2,014.68 | 52000, 88112, 81003 | | | Related |
| 1/23/2023 | 01482_CRISWELL_0000005400 | 01482_CRISWELL_ 000362 - 000364 | $ 2,849.00 | | | | $ 2,849.00 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 1/23/2023 | 01482_CRISWELL_0000005401 | 01482_CRISWELL_ 000362 - 000364 | $ 510.00 | | $26.56 | | $ 483.44 | 88112 | | | Related |
| 1/22/2024 | 01482_CRISWELL_0000005403 | 01482_CRISWELL_000351 - 000354 | $ 390.00 | | $77.09 | | $ 312.91 | 52000 | | HPI: He then subsequently had no recurrent cancer, but persistent granulomatous cystitis and dystrophic calcifications with repeat resection og these areas on a frequent basis | Related |
| 1/22/2024 | 01482_CRISWELL_0000005402 | 01482_CRISWELL_000351 - 000354 | $ 713.00 | | $10.87 | | $ 702.13 | | | Appears to be PSA test | Related |
| 1/21/2025 | 01482_CRISWELL_0000005403 | 01482_CRISWELL_0000005183 - 01482_CRISWELL_0000005188 | $ 390.00 | $ 73.95 | | | $ 316.05 | 52000 | | | Related |
| 1/21/2025 | 01482_CRISWELL_0000005403 | 01482_CRISWELL_0000005183 - 01482_CRISWELL_0000005188 | $ 3,213.00 | $ 557.73 | | $ 95.00 | $ 2,560.27 | 52000 | | | Related |
| | | TOTAL: | $ 177,540.97 | $ 33,230.97 | $ 2,480.99 | $ 11,999.65 | $ 129,829.36 | | | | |

| Provider: Georgia Urology PA . BATES: 01482_CRISWELL_0000005084- 01482_CRISWELL_0000005408 (2 pgs) | | | | | | | Auditor's Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | BCBS | Patient Payment | Write Off | CPT | Dx | Notes | Audtior's Determinations |
| 10/15/2002 | 01482_CRISWELL_0000005407 | 01482_CRISWELL_ 000050 | $ 509.00 | $ 126.18 | $ 20.00 | $ 362.82 | 52000, 81003 | | | Related |
| 2/7/2014 | 01482_CRISWELL_0000005407 | 01482_CRISWELL_004365 - 004367 | $ 201.00 | $ 159.12 | | $ 41.88 | 99203 | | A&P Badder cancer, Overall comments: **Then had persistent granulomatous cysititis and dystrophic ca+s** but no recurrent cancer, recheck a cystoscopy, ROS Constitutional, HEENT, Respiratory, Cardio, GI, GU, Metabolic/Endocrine, Neuro/Psych, Dermatologic, Musculoskeletal, Hematology, Immunology all negative, Exam: Constitional, Head/Face, Extremities, Neuro and Psych normal. | Related |
| 2/21/2014 | 01482_CRISWELL_0000005407 | 01482_CRISWELL_004371 - 004373 | $ 568.00 | $ 247.57 | | $ 320.43 | 52000 | | Pre OP dx :bladder cancer, Findings: anterior, Prostatic, ureteral orifces all normal in appearance, bladder mucosa a cm lession/mass located at the rt lat wall and lat to rt bladder, book cysto rpg turbt mmc. | Related |
| 2/21/2014 | 01482_CRISWELL_0000005407 | 01482_CRISWELL_004371 - 004373 | $ 697.00 | $ 345.00 | | $ 352.00 | | | Bladder Cancer | Related |
| 2/28/2014 | 01482_CRISWELL_0000005408 | 01482_CRISWELL_004362 - 004364 | $ 174.00 | $ 113.32 | $ 45.00 | $ 15.68 | 99214 | | A&P Badder cancer, Overall comments: **Then had persistent granulomatous cysititis and dystrophic ca+s** but no recurrent cancer, proceed with cysto rpg turbt and mmc, ROS Constitutional, GI, GU Neuro/Psych all negative, Exam: Constitional, Respiratory, Cardio, Abdomen, Extremities, Neuro and Psych normal. | Related |
| 2/28/2014 | 01482_CRISWELL_0000005408 | 01482_CRISWELL_004362 - 004364 | $ 22.00 | $ 4.78 | | $ 17.22 | 81003 | | | Related |
| 3/4/2014 | 01482_CRISWELL_0000005408 | 01482_CRISWELL_004374 - 004375 | $ 936.01 | $ 284.07 | $ 50.13 | $ 601.81 | 52224 | | Pre OP dx: bladder lession, history of bladder cancer Post OP dx:bladder lession, history of bladder cancer, Cysto RPG, biopsy, fulguration removal of papillary bladder lession, specimen right floor lession and right dome lession. | Related |
| 12/12/2014 | 01482_CRISWELL_0000005408 | 01482_CRISWELL_004368 - 004370 | $ 568.00 | $ 256.23 | $ 22.01 | $ 289.76 | 52000 | | Pre Opdx:bladder cancer, Findings: anterior, Prostatic, Bladder mucosa, ureteral orifces all normal in appearance, unremarkable. | Related |
| 12/12/2014 | 01482_CRISWELL_0000005408 | 01482_CRISWELL_004368 - 004370 | $ 697.00 | $ 295.17 | $ 187.75 | $ 214.08 | | | | Related |
| | | TOTAL: | $ 4,372.01 | $ 1,831.44 | $ 324.89 | $ 2,215.68 | | | | |

| Unrelated Charges | | | | | |
|---|---|---|---|---|---|
| 7/12/2013 | 01482_CRISWELL_0000005407 | | $ 75.00 | | $ 75.00 |
| 4/15/2014 | 01482_CRISWELL_0000005408 | 01482_CRISWELL_004374 - 004375 | $ 13.02 | | $ 13.02 |
| | | Total | $ 88.02 | | $ 88.02 |

| LabCorp01482_CRISWELL_0000005419 - 01482_CRISWELL_0000005427 | | | | | | Auditor Notes | | |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Billing Bates #** | **Medical Bates #** | **Charges** | **United Health Care Paid** | **Provider** | CPT | Dx | Notes |
| 1/14/2022 | 01482_CRISWELL_0000005423 | 01482_CRISWELL_000368 - 000372 | $ 61.00 | $ 2.76 | Scott Shelfo | | | Related |
| 2/6/2023 | 01482_CRISWELL_0000005425 | 01482_CRISWELL_ 000362 - 000364 | $ 122.50 | $ 28.62 | KINDAL RAY DELAY | 87086, 87186, 87088, 87077 | R30.0 | Dysuria, urine cultures performed; Related. |
| | | Total Related | $ 183.50 | $ 31.38 | | | | |

| Unrelated Charges | | | | | |
|---|---|---|---|---|---|
| 10/4/2017 | | | $ 307.00 | $ 23.48 | |
| 6/19/2020 | | | $ 827.00 | $ 120.37 | |
| 8/28/2024 | | | $ 478.80 | $ 59.65 | |
| | | Total | $ 1,612.80 | $ 203.50 | |

| Piedmont Healthcare with BCBS claims recaps. BATES: 01482_CRISWELL_0000000190 - 01482_CRISWELL_0000000249 (60 pgs) | | | | | | | Auditor's Notes | |
|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | BCBS | Patient Payment | Write Off | Notes | Auditor's Determinations |
| 02/28 - 03/04/2014 | **Bill & w/o**: 01482_CRISWELL_0000000191 **Paid**: 01482_CRISWELL_0000005088 | 01482_CRISWELL_004374 - 004375 | $ 18,449.02 | $ 1,755.48 | $ 811.21 | $ 15,882.33 | See Dr. Shelfo's note on Georgia Urology. | Related |
| 3/4/2014 | 01482_CRISWELL_0000000232 | 01482_CRISWELL_004374 - 004375 | $ 1,450.00 | $ 688.93 | $ 121.57 | $ 639.50 | See Dr. Shelfo's note on Georgia Urology. | Related |
| 3/4/2014 | 01482_CRISWELL_0000000241 | 01482_CRISWELL_004374 - 004375 | $ 374.00 | $ 192.78 | $ 34.02 | $ 147.20 | See Dr. Shelfo's note on Georgia Urology. | Related |
| | | TOTAL: | $ 20,273.02 | $ 2,637.19 | $ 966.80 | $ 16,669.03 | | |

| Village Medical (Griffin) 01482_CRISWELL_0000005089 - 01482_CRISWELL_0000005097 (9 pgs) | | | | | | | Auditor's Notes | |
|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | United Health Care | Patient Payment | Write Off | Notes | Auditor's Determinations |
| 12/16/2022 | 01482_CRISWELL_0000005092 | 01482_CRISWELL_001868 - 001874 | $ 12.00 | $ 7.29 | $ 4.71 | | | Related |
| 12/16/2022 | 01482_CRISWELL_0000005092 | 01482_CRISWELL_001868 - 001874 | $ 292.00 | $ 102.18 | $ 25.00 | $ 164.82 | | Related |
| Total Related | | | $ 304.00 | $ 109.47 | $ 29.71 | $ 164.82 | | |

| Unrelated Charges | | | | | | |
|---|---|---|---|---|---|---|
| 6/17/2022 | | | $ 298.00 | $ 130.73 | | $ 167.27 |
| 7/31/2023 | | | $ 206.00 | $ 64.48 | $ 25.00 | $ 116.52 |
| 8/22/2023 | | | $ 206.00 | $ 64.48 | $ 25.00 | $ 116.52 |
| 8/22/2023 | | | $ 298.00 | $ 127.47 | | $ 170.53 |
| | | Total | $ 1,008.00 | $ 387.16 | $ 50.00 | $ 570.84 |