# Exhibit 858

# NATIVE DOCUMENT

**Please review the native document PLG-EXPERT_HACKETT-WALLACE_0000000113_CONFIDENTIAL.xlsx**

## 2nd Amended Appendix for David Downs: Master Totals + Past Medical Billing Summary

### Master Totals

| Category | Total ($) |
|---|---|
| **Total Billed (TRICARE)** | $131,394.20* |
| **Total Paid (TRICARE)** | $8,002.44* |
| **Amount Patient Pay** | $16,147.23* |
| **Payments by Insurance Source** | **Paid ($)** |
| **TRICARE** | $8,002.44* |

*See Reliance Materials of Dr. Ji; See also MHW TRICARE Reliance File: **PLG-EXPERT_HACKETT-WALLACE_0000000104**