# Exhibit 860

# NATIVE DOCUMENT

## Please review the native document PLG-EXPERT_HACKETT-WALLACE_0000000054_CONFIDENTIAL.xlsx

## 1st Amended Appendix for David Fancher: Master Totals + Past Medical Billing Summary

### Master Totals

| Category | Total ($) |
|---|---|
| **Total Charges (Rawlings)** | $6,475.30 |
| **Total Paid (Private Insurance)** | $3,736.60 |
| **Patient Payments (Out-of-Pocket)** | Unknown |

### Past Medical Billing Summary

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | BCBS of Florida ($) | Adjustments ($) | Balance ($) |
|---|---|---|---|---|---|---|---|---|
| Rawlings Lien | 10/31/2001<br>11/09/2001<br>11/14/2001<br>11/18/2002<br>11/20/2002<br>11/25/2003<br>12/03/2003<br>11/10/2004 | *See Rawlings Lien* | 00275_FANCHER_0000002763<br>00275_FANCHER_0000002764<br>00275_FANCHER_0000002765<br>00275_FANCHER_0000002766<br>00275_FANCHER_0000002767-00275_FANCHER_0000002768;<br>00275_FANCHER_0000000030-00275_FANCHER_0000000032;<br>00275_FANCHER_0000000053<br>00275_FANCHER_VHA_0000000766-00275_FANCHER_VHA_0000000767<br>00275_FANCHER_MEDRECS_0000000057 | $6,475.30 | Unknown | $3,736.60 | Unknown | $0.00 |
| | | | **Totals:** | **$6,475.30** | **Unknown** | **$3,736.60** | **Unknown** | **$0.00** |

Rawlings Lien: **00275_FANCHER_0000007621**

| Corresponding Bates Stamped Medical Records | AdminId | RawlingsFileId | RawlingsClaimId | ProjectName | PatientFirs | PatientLastName | PatientSSN | PatientDOB | Insurer | PatientId | ProviderName | ProviderNu | ClaimNumber | DateOfServiceBegin | DateOfServiceEnd | BilledAmount | PaidAmount | ICD1 | ICD2 | ICD3 | ICD4 | ICD5 | CPT | ICD1_descr | ICD2_desc | ICD3_desc | ICD4_desc | ICD5_desc | CPT_descr | GroupNum | GroupName | PlanType | RawlingsEx | CurrentCat | Auditor's Notes | Auditor's Determinations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00275_FANCHER_0000002767-00275_FANCHER_0000002768 | 149318 | 163024045 | 1070464824 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 13193514860 | 11/09/2001 | 11/09/2001 | $1,180.64 | $ 704.02 | 189.0 | | | | | 352 | NEOP, MLIG, KIDNEY | | | | | CT SCAN/BODY | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002767-00275_FANCHER_0000002768 | 149318 | 163024045 | 1070464645 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 13193514860 | 11/09/2001 | 11/09/2001 | $1,390.50 | $ 825.80 | 189.0 | | | | | 352 | NEOP, MLIG, KIDNEY | | | | | CT SCAN/BODY | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000000030-00275_FANCHER_0000000032;<br>00275_FANCHER_0000002767-00275_FANCHER_0000002768 | 149318 | 163024045 | 1070464724 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | WITTEN CHARLES | 10292 | 13252379320 | 11/14/2001 | 11/14/2001 | $14.00 | $ 3.15 | 189.0 | | | | | 81000 | NEOP, MLIG, KIDNEY | | | | | URINALYSIS, NON-AUTOMATED, W/SCOPE | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000000030-00275_FANCHER_0000000032;<br>00275_FANCHER_0000002767-00275_FANCHER_0000002768 | 149318 | 163024045 | 1070464613 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | WITTEN CHARLES | 10292 | 13252379320 | 11/14/2001 | 11/14/2001 | $90.00 | $ 68.14 | 189.0 | | | | | 99214 | NEOP, MLIG, KIDNEY | | | | | OFFICE/OUTPT VISIT, EST, DETAILED | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | FU Renal cell carcinoma | Related |
| 00275_FANCHER_0000000053 | 149318 | 163024045 | 1070464856 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | WITTEN CHARLES | 10292 | 23312561050 | 11/20/2002 | 11/20/2002 | $14.00 | $ 3.15 | 189.0 | | | | | 81000 | NEOP, MLIG, KIDNEY | | | | | URINALYSIS, NON-AUTOMATED, W/SCOPE | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000000053 | 149318 | 163024045 | 1070464691 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | WITTEN CHARLES | 10292 | 23312561050 | 11/20/2002 | 11/20/2002 | $95.00 | $ 68.14 | 189.0 | | | | | 99214 | NEOP, MLIG, KIDNEY | | | | | OFFICE/OUTPT VISIT, EST, DETAILED | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | FU Renal cell carcinoma | Related |
| 00275_FANCHER_VHA_0000000766-00275_FANCHER_VHA_0000000767 | 149318 | 163024045 | 1070464714 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | WITTEN CHARLES | 10292 | 41216263570 | 12/03/2003 | 12/03/2003 | $14.00 | $ 2.56 | 189.0 | | | | | 81002 | NEOP, MLIG, KIDNEY | | | | | URINALYSIS, NON-AUTOMATED, W/SCOPE | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_VHA_0000000766-00275_FANCHER_VHA_0000000767 | 149318 | 163024045 | 1070464746 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | WITTEN CHARLES | 10292 | 41216263570 | 12/03/2003 | 12/03/2003 | $80.00 | $ 43.68 | 189.0 | | | | | 99213 | NEOP, MLIG, KIDNEY | | | | | OFFICE/OUTPT VISIT, EST, EXP PROB | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | CC: Renal cell carcinoma | Related |
| 00275_FANCHER_MEDRECS_0000000057 | 149318 | 163024045 | 1070464576 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | AHMED SYED | 43968 | 50286207950 | 11/10/2004 | 11/10/2004 | $153.00 | $ 68.14 | 599.7 | | | | | 99214 | HEMATURIA | | | | | OFFICE/OUTPT VISIT, EST, DETAILED | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | Partial note identifies history of renal cell cancer | Related |
| 00275_FANCHER_0000002766 | 149318 | 163024045 | 1070464732 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 13103549680 | 10/31/2001 | 10/31/2001 | $4.64 | $ 2.44 | 189.0 | | | | | 300 | NEOP, MLIG, KIDNEY | | | | | LABORATORY | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002766 | 149318 | 163024045 | 1070464697 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 13103549680 | 10/31/2001 | 10/31/2001 | $22.66 | $ 13.59 | 189.0 | | | | | 301 | NEOP, MLIG, KIDNEY | | | | | LAB/CHEMISTRY | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002766 | 149318 | 163024045 | 1070464761 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 13103549680 | 10/31/2001 | 10/31/2001 | $135.19 | $ 80.55 | 189.0 | | | | | 324 | NEOP, MLIG, KIDNEY | | | | | DX X-RAY/CHEST | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002766 | 149318 | 163024045 | 1070464577 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 13103549680 | 10/31/2001 | 10/31/2001 | $18.54 | $ 11.14 | 189.0 | | | | | 301 | NEOP, MLIG, KIDNEY | | | | | LAB/CHEMISTRY | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002765 | 149318 | 163024045 | 1070464692 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 23233720360 | 11/13/2002 | 11/13/2002 | $140.60 | $ 83.66 | 189.9 | | | | | 324 | NEOP, MLIG, URINARY ORGAN | | | | | DX X-RAY/CHEST | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002764 | 149318 | 163024045 | 1070464603 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 23303946540 | 11/18/2002 | 11/18/2002 | $23.60 | $ 15.60 | 189.9 | | | | | 305 | NEOP, MLIG, URINARY ORGAN | | | | | LAB/HEMATOLOGY | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002764 | 149318 | 163024045 | 1070464852 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 23303946540 | 11/18/2002 | 11/18/2002 | $1,446.15 | $ 862.16 | 189.9 | | | | | 350 | NEOP, MLIG, URINARY ORGAN | | | | | CT SCAN | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002764 | 149318 | 163024045 | 1070464750 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | VERMA AJAY | 43853 | 23442577890 | 11/18/2002 | 11/18/2002 | $244.00 | $ 60.78 | 189.0 | | | | | 74160 | NEOP, MLIG, KIDNEY | | | | | CONTRAST CT SCAN OF ABDOMEN | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002764 | 149318 | 163024045 | 1070464747 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 23303946540 | 11/18/2002 | 11/18/2002 | $1,227.90 | $ 731.32 | 189.9 | | | | | 350 | NEOP, MLIG, URINARY ORGAN | | | | | CT SCAN | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002764 | 149318 | 163024045 | 1070464794 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 23303946540 | 11/18/2002 | 11/18/2002 | $4.85 | $ 0.85 | 189.9 | | | | | 300 | NEOP, MLIG, URINARY ORGAN | | | | | LABORATORY | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002764 | 149318 | 163024045 | 1070464760 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 23303946540 | 11/18/2002 | 11/18/2002 | $28.40 | $ 14.95 | 189.9 | | | | | 301 | NEOP, MLIG, URINARY ORGAN | | | | | LAB/CHEMISTRY | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| 00275_FANCHER_0000002763 | 149318 | 163024045 | 1070464638 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | ADVENTHEALTH FISH MEMORIAL | 318 | 33383710740 | 11/25/2003 | 11/25/2003 | $147.63 | $ 72.78 | 189.0 | | | | | 324 | NEOP, MLIG, KIDNEY | | | | | DX X-RAY/CHEST | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | Related |
| Unrelated Charges | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| No Medical Records | 149318 | 163024045 | 1070464641 | Camp Lejeune | DAVID | FANCHER | 26249XXXX | 11/23/1958 | BCBS of Florida | H52291396-9500013150 | MILLER JACKIE | 57226 | Q100000209880075 | 09/19/2010 | 09/19/2010 | $265.00 | $ 76.43 | 788.1 | | | | | 99283 | SYMPTOM, DYSURIA | | | | | EMERGENCY DEPT VISIT, EXP PROB | 98377 | VOLUSIA COUNTY SCHOOL BOARD | Fully Insured | | | | |