# Exhibit 862

## NATIVE DOCUMENT

**Please review the native document PLG-EXPERT_HACKETT-WALLACE_0000000099_CONFIDENTIAL.xlsx**

**3rd Amended Appendix for Allan Howard: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) | |
|---|---|---|
| **Total Charges (NHL)** | $602,156.27 | |
| **Total Charges (Kidney)** | $237,298.79 | |
| **Total Charges (All Providers)** | $839,455.06 | |
| | | |
| **Total Paid (excluding Medicare)(NHL)** | $187,646.02 | |
| **Total Paid (Kidney)** | $56,178.65 | |
| **Confirmed Paid (excluding Medicare)** | $243,824.67 | |
| **Add'l Paid/Adjusted (Kidney)*** | $73,261.00 | *11/2008-8/4/2011: Billing does not differentiate between adjustments and payments. |
| **Total with Additional Paid/Adjusted (Kidney)** | $317,085.67 | |
| | | |
| **Patient Payments (NHL)** | $903.39 | |
| **Patient Payments (Kidney)** | $6,231.69 | |
| **Total Patient Payments** | $7,135.08 | |
| | | |
| **Payments by Insurance Source** | **Paid ($)** | |
| **UHC (Confirmed Paid)** | $18,498.16 | |
| **UHC (Paid or Adjusted)** | $73,261.00 | |
| **Anthem/Blue Cross** | $221,343.17 | |
| **Unknown** | $4,047.56 | |
| **Total Confirmed Paid (excluding Medicare)** | $243,888.89 | |
| **Total Unconfirmed Paid (excluding Medicare)** | $317,149.89 | |
| | | |
| **Medicare (NHL only)** | $3,275.59 | |
| | | |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | UHC Paid Amount ($) | Anthem/Blue Cross Paid Amount ($) | Unknown Insurance Paid Amount ($) | Unverified UHC Paid/Adj Amount ($) | Medicare Paid Amount ($) | Adjustments ($) | Balance ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dayton Oncology Hematology | 2/7/2012;<br>2/17/2012 | 00490_HOWARD_0000002376<br>00490_HOWARD_0000002378 | 00490HOWARDMEDRECS0000000252<br>00490HOWARDMEDRECS0000000256 | $966.00 | $289.62 | $243.02 | | | | | $433.36 | | $1,932.00 |
| Kettering Health | 6/6/2023 – 6/12/2023;<br>7/24/2023;<br>8/7/2023 – 8/23/2023;<br>9/6/2023 – 9/29/2023;<br>10/9/2023 – 10/31/2023;<br>11/6/2023 – 11/27/2023 | 00490_HOWARD_0000003532;<br>00490_HOWARD_0000003598 – 00490_HOWARD_0000003640 | 00490HOWARDKH0000000014 – 00490HOWARDKH0000000422;<br>00490_HOWARD_MEDRECS_0000000186 – 00490_HOWARD_MEDRECS_0000000344;<br>00490_HOWARD_0000000255 – 00490_HOWARD_0000000345; | $184,026.95 | $914.75 | $64.22 | $56,365.37 | | | | $126,606.63 | | $367,977.92 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSU Billing (Internal and Urology) - Multiple Providers | 11/18/2008 – 12/23/2008;<br>2/2/2009 – 4/17/2009;<br>7/20/2009 – 7/27/2009;<br>11/20/2009 – 12/16/2010;<br>7/26/2011 – 8/4/2011;<br>8/30/2012;<br>2/18/2013 – 2/28/2013;<br>8/23/2013 – 8/26/2013;<br>2/14/2014 – 2/24/2014;<br>8/18/2014 – 8/28/2014;<br>2/20/2015 – 2/26/2015;<br>10/5/2015;<br>3/28/2016 – 4/4/2016;<br>10/6/2016 – 12/15/2016 | 00490_HOWARD_OWMC_0000000544 –<br>00490_HOWARD_OWMC_0000000600; | 00490_HOWARD_0000003752 – 00490_HOWARD_0000003833;<br>00490_HOWARD_0000003860 – 00490_HOWARD_0000003908;<br>00490_HOWARD_0000003926 – 00490_HOWARD_0000003963;<br>00490_HOWARD_0000003981 – 00490_HOWARD_0000004021;<br>00490_HOWARD_0000004044 – 00490_HOWARD_0000004053;<br>00490_HOWARD_0000004065 – 00490_HOWARD_0000004109;<br>00490_HOWARD_0000004121 – 00490_HOWARD_0000004157;<br>00490_HOWARD_0000004159 – 00490_HOWARD_0000004216;<br>00490_HOWARD_0000004226 – 00490_HOWARD_0000004299;<br>00490_HOWARD_0000004338 – 00490_HOWARD_0000004347 | $118,333.20 | $5,122.12 | $16,737.53 | | $4,047.56 | $73,425.14 | | $19,000.85 | | $236,666.40 |
| OSU Wexner Medical Center | 8/21/2012<br>8/30/2012<br>8/18/2014<br>2/20/2015<br>3/28/2016<br>10/6/2016 | 00490_HOWARD_0000003757 – 00490_HOWARD_0000003800 | 00490_HOWARD_0000001391 - 00490_HOWARD_0000001393;<br>00490_HOWARD_0000001379 - 00490_HOWARD_0000001383;<br>00490_HOWARD_0000001285 - 00490_HOWARD_0000001291;<br>00490_HOWARD_0000001260 - 00490_HOWARD_0000001266;<br>00490_HOWARD_0000001205 - 00490_HOWARD_0000001206;<br>00490_HOWARD_0000001147 - 00490_HOWARD_0000001161; | $3,520.00 | $478.28 | $1,452.41 | | | | | $1,589.31 | | $7,040.00 |
| Barry Fisher, MD | 11/6/2023 - 11/30/2023;<br>12/18/2023<br>12/18/2023<br>01/08/2024 - 01/31/2024;<br>1/8/2024<br>1/8/2024<br>1/29/2024<br>2/8/2024<br>2/19/2024<br>2/19/2024 | 00490_HOWARD_0000003495<br>00490_HOWARD_0000003491<br>00490_HOWARD_0000003492<br>00490_HOWARD_0000003504 - 00490_HOWARD_0000003506;<br>00490_HOWARD_0000003497<br>00490_HOWARD_0000003496<br>00490_HOWARD_0000003498<br>00490_HOWARD_0000003503<br>00490_HOWARD_0000003500<br>00490_HOWARD_0000003499 | 00490HOWARDKH0000000228 - 00490HOWARDKH0000000314;<br>00490HOWARDKH0000000187 - 00490HOWARDKH0000000216;<br>00490HOWARDKH0000000187 - 00490HOWARDKH0000000216;<br>00490HOWARDKH0000000096 - 00490HOWARDKH0000000169;<br>00490HOWARDKH0000000140 - 00490HOWARDKH0000000169;<br>00490HOWARDKH0000000140 - 00490HOWARDKH0000000169;<br>00490HOWARDKH0000000100<br>00490_HOWARD_MEDRECS_0000000178 - 00490_HOWARD_MEDRECS_0000000179;<br>00490HOWARDKH0000000069 - 00490HOWARDKH0000000073;<br>00490HOWARDKH0000000069 - 00490HOWARDKH0000000073; | $399,816.21 | $213.38 | | $130,720.68 | | | | $132,008.61 | | $662,758.88 |
| Kettering Health Medical Center | 12/18/2023<br>8/7/2024<br>8/12/2024<br>10/29/2024<br>11/12/2024<br>2/4/2025<br>2/12/2025<br>2/19/2025 | 00490_HOWARD_MEDRECS_0000000021 -<br>00490_HOWARD_MEDRECS_0000000022; 00490HOWARDKH0000017022<br>00490HOWARDKH0000017024 - 00490HOWARDKH0000017025;<br>00490HOWARDKH0000017026 - 00490HOWARDKH0000017027;<br>00490HOWARDKH0000017028<br>00490HOWARDKH0000017033<br>00490HOWARDKH0000017031<br>00490HOWARDKH0000017034 | 00490HOWARDKH0000000187 - 00490HOWARDKH0000000216;<br>00490HOWARDKH0000000639 - 00490HOWARDKH0000000657;<br>00490HOWARDKH0000000597 - 00490HOWARDKH0000000606;<br>00490HOWARDKH0000000512 - 00490HOWARDKH0000000513;<br>00490HOWARDKH0000000474 - 00490HOWARDKH0000000478;<br>00490HOWARDKH0000017123 - 00490HOWARDKH0000017125;<br>00490HOWARDKH0000017088 - 00490HOWARDKH0000017101;<br>00490HOWARDKH0000017072 - 00490HOWARDKH0000017074; | $123,380.21 | $130.18 | | $32,737.84 | | | $3,275.59 | $87,120.25 | | $246,644.07 |
| Neogenomics | 8/30/2023 10/9/2023 | 00490_HOWARD_0000026333 | 00490_HOWARD_0000026319 - 00490_HOWARD_0000026322;<br>00490_HOWARD_0000026323 - 00490_HOWARD_0000026324; | $9,366.00 | $21.85 | | $1,519.28 | | | | $7,824.87 | | $18,732.00 |
| Quest Diagnostics | 10/7/2015 | 00490_HOWARD_0000026341 | 00490_HOWARD_VHA_0000000803 | $46.49 | | $0.98 | | | | | $45.51 | | $92.98 |
| | | | **Totals:** | **$839,455.06** | **$7,170.18** | **$18,498.16** | **$221,343.17** | **$4,047.56** | **$73,425.14** | **$3,275.59** | **$374,629.39** | | **$1,541,844.25** |

**NHL**

| Billing Record | Date | Total Charges | Anthem/Blue Cross | Medicare | UHC | UHC Payment + Adjustment | Unknown Insurance | Patient | Adjustments | Balance | Unverified Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kettering Health 00490_HOWARD_0000003529-00490_HOWARD_0000003670 (142 pgs) | 12/2010-12/2023 | $69,593.85 | $22,668.22 | | | | | $537.98 | $46,387.65 | $- | |
| Barry Fisher, MD 0490_HOWARD_0000003414-00490_HOWARD_0000003506 (93 pgs) | 11/2023-02/2024 | $399,816.21 | $130,720.68 | | | | | $213.38 | $132,008.61 | | $136,873.54 |
| Kettering Health Medical Center 00490_HOWARD_KH_0000017021-00490_HOWARD_KH_0000017034 (14 pgs) | 08/2024-02/2025 | $26,404.00 | $817.58 | $3,275.59 | | | | $130.18 | $22,064.30 | | $116.35 |
| Kettering Health Medical Center 00490_HOWARD_MEDRECS_0000000015-00490_HOWARD_MEDRECS_0000000064 (50 pgs) | 12/18/2023-12/31/2023 | $96,976.21 | $31,920.26 | | | | | | $65,055.95 | $- | |
| Neo - FM Commonwealth (Neogenomics) 00490_HOWARD_0000026333-00490_HOWARD_0000026335 | 08/30/2023, 10/09/2023 | $9,366.00 | $1,519.28 | | | | | $21.85 | $7,824.87 | $- | |
| | TOTAL | $602,156.27 | $187,646.02 | $3,275.59 | $- | | $- | $903.39 | $273,341.38 | $- | $136,989.89 |

**Renal**

| Billing Record | Date | Total Charges | Anthem/Blue Cross | Medicare | UHC | UHC Payment + Adjustment | Unknown Insurance | Patient | Adjustments | Balance | Unverified Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dayton Oncology Hematology 00490_HOWARD_0000002375-00490_HOWARD_0000002378 (4 pgs) | 2/1/2012 | $966.00 | | | $243.02 | | | $289.62 | $433.36 | $- | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kettering Health 00490_HOWARD_0000003529-00490_HOWARD_0000003670 (142 pgs) | 12/2010-12/2023 | $114,433.10 | $33,697.15 | | | | | $341.67 | $80,134.30 | $259.98 | |
| OSU Billing (internal & Urology) 00490_HOWARD_OWMC_0000000544-00490_HOWARD_OWMC_0000000625 (82 pgs) | 2008-2016 | $118,333.20 | | | $16,737.53 | $73,261.00 | $4,047.56 | $5,122.12 | $19,000.85 | | $164.14 |
| OSU Wexner Med Center 00490_HOWARD_0000004676-00490_HOWARD_0000004711 (36 pgs) | 08/2012-10/2016 | $3,520.00 | | | $1,452.41 | | | $478.28 | $1,589.31 | $- | |
| Quest Diagnostics 00490_HOWARD_0000026336 - 00490_HOWARD_0000026353 | 10/7/2015 | $46.49 | | | $0.98 | | | | $45.51 | $- | |
| | TOTAL | $237,298.79 | $33,697.15 | | $18,433.94 | $73,261.00 | $4,047.56 | $6,231.69 | $101,203.33 | $259.98 | $164.14 |

| Provider: Dayton Oncology Hematology | BATES: 00490_HOWARD_0000002375- 00490_HOWARD_0000002378 (4 pgs) | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | UHC | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 2/7/2012 | 00490_HOWARD_0000002376 | 00490HOWARDMEDRECS0000000252 | $ 337.00 | $ 243.02 | $ 30.00 | $ 63.98 | 99244 | 189.0 | | Related |
| 2/17/2012 | 00490_HOWARD_0000002378 | 00490HOWARDMEDRECS0000000256 | $ 629.00 | | $ 259.62 | $ 369.38 | 74176, 71250 | 189.0 | | Related |
| | | **Total Related** | $ 966.00 | $ 243.02 | $ 289.62 | $ 433.36 | | | | |

| Provider: **Kettering Health** BATES: 00490_HOWARD_0000003529- 00490_HOWARD_0000003670 (142 pgs) | | | | | | | | Auditor's Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | Anthem/Blue Cross | UHC | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 6/6/2023 | 00490_HOWARD_0000003598 | 00490_HOWARD_MEDRECS_0000000292 - 00490_HOWARD_0000000344 | $188.00 | $48.50 | | $20.00 | $119.50 | 99213 | R59.0 | | Related |
| 6/7/2023 | 00490_HOWARD_0000003600 - 00490_HOWARD_0000003601 | 00490_HOWARD_0000000334 - 00490_HOWARD_0000000345 | $12,483.32 | $2,727.97 | | $150.00 | $9,605.35 | 80048, 80076, 82550, 83605, 84145, 84443, 84484 x2, 85025, 85378, 87502, 81003, 74045, 74176, G1005, 96360, 99284, 93005 | R59.0 | | Related |
| 6/12/2023 | 00490_HOWARD_0000003599 | 00490_HOWARD_0000000324 - 00490_HOWARD_0000000326 | $279.00 | $78.74 | | $20.00 | $180.26 | 99214 | R59.0 | | Related |
| 7/24/2023 | 00490_HOWARD_0000003602 | 00490_HOWARD_0000000321 - 00490_HOWARD_0000000323 | $188.00 | $60.57 | | $20.00 | $107.43 | 99214 | R59.0 | | Related |
| 8/7/2023 | 00490_HOWARD_0000003605- 00490_HOWARD_0000003606 | 00490_HOWARD_0000000303 - 00490_HOWARD_0000000314 | $1,025.00 | $30.61 | | $7.66 | $986.73 | G0463 | C54.1 | | Related |
| 8/7/2023 | 00490_HOWARD_0000003607 | 00490_HOWARD_0000000310 | $8,803.00 | $340.80 | | $85.20 | $8,377.00 | 88184, 88185 | C64.1 | | Related |
| 8/7/2023 | 00490_HOWARD_0000003608 - 00490_HOWARD_0000003609 | 00490_HOWARD_0000000303 - 00490_HOWARD_0000000314 | $427.00 | $127.86 | | $31.97 | $267.17 | 36415, 80053, 83521, 83615, 84165, 85025 | C64.1 | | Related |
| 8/7/2023 | 00490_HOWARD_0000003610 | 00490_HOWARD_0000000315 | $247.00 | | | | $247.00 | 99204 | C64.1 | | Related |
| 8/14/2023 | 00490_HOWARD_0000003611 - 00490_HOWARD_0000003612 | 00490_HOWARD_0000000297 - 00490_HOWARD_0000000298 | $3,339.02 | $547.62 | | $136.90 | $2,654.50 | 70490, G1004, 71250, G1004 | C64.1 | | Related |
| 8/23/2023 | 00490_HOWARD_0000003610 | 00490_HOWARD_0000000290 | $247.00 | | | | $247.00 | G0463 | C64.1 | | Related |
| 8/23/2023 | 00490_HOWARD_0000003613 | 00490_HOWARD_0000000290 | $279.00 | $67.98 | | $17.00 | $194.02 | 99214 | C64.1 | | Related |
| 9/6/2023 | 00490_HOWARD_0000003615 | 00490_HOWARD_0000000279 - 00490_HOWARD_0000000288 | $1,029.00 | $26.53 | | $6.65 | $995.82 | | | | Related |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/6/2023 | 00490_HOWARD_0000003614 | 00490_HOWARD_0000000284 | $756.00 | $18.82 | | $4.70 | $732.48 | 99214,<br>80074,<br>G0463 | C85.90 | | Related |
| 9/6/2023 | 00490_HOWARD_0000003617 | 00490_HOWARD_0000000279 -<br>00490_HOWARD_0000000288 | $279.00 | $67.98 | | $17.00 | $194.02 | 36415,<br>80053,<br>83615,<br>84550,<br>87389,<br>85025,<br>G0463 | C64.1 | | Related |
| 9/22/2023 | 00490_HOWARD_0000003620 | 00490_HOWARD_0000000260 | $363.00 | $156.11 | | $5.94 | $200.95 | G00463,<br>90686,<br>G0008 | Z23 | | Related |
| 9/22/2023 | 00490_HOWARD_0000003622 | 00490_HOWARD_0000000260 | $279.00 | | | $20.00 | | 99214 | Z23 | | Related |
| 9/25/2023 | 00490_HOWARD_0000003532 | 00490_HOWARD_MEDRECS_0000<br>000192 | $8,239.00 | $4,328.25 | | $149.63 | $3,761.12 | 78815 | C85.90 | | Related |
| 9/29/2023 | 00490_HOWARD_0000003625 | 00490_HOWARD_0000000255 | $279.00 | $67.00 | | $17.00 | $194.02 | 99214 | N40.0 | | Related |
| 10/9/2023 | 00490_HOWARD_0000003627 -<br>0490_HOWARD_0000003629 | 00490_HOWARD_MEDRECS_0000<br>000186 -<br>00490_HOWARD_MEDRECS_0000<br>000191 | $33,140.02 | $8,956.59 | | $150.00 | $24,033.43 | C1769,<br>C1788,<br>85049,<br>85610,<br>88377,<br>88184,<br>88185,<br>88305,<br>88341 x9,<br>77001,<br>36561,<br>38505,<br>G1004,<br>99152,<br>99153,<br>76941,<br>G1004 | C85.15 | | Related |
| 10/11/2023 | 00490_HOWARD_0000003633 | 00490HOWARDKH0000000415 -<br>00490HOWARDKH0000000422 | $274.50 | $136.70 | | | $137.80 | 93306,<br>93356 | Z51.11 | | Related |
| 10/11/2023 | 00490_HOWARD_0000003626 | 00490HOWARDKH0000000014 | $3,753.00 | $1,512.71 | | | $2,240.29 | 93306 | C83.31 | | Related |
| 10/16/2023 | 00490_HOWARD_0000003603 | 00490HOWARDKH0000000378 | $375.00 | $140.96 | | | $234.04 | 99215 | C83.38 | | Related |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/2023 | 00490_HOWARD_0000003634 | 00490HOWARDKH0000000334 -<br>00490HOWARDKH0000000338 | $188.00 | $57.02 | | | $130.98 | 36415,<br>80053,<br>83615,<br>85025,<br>G0463,<br>96411,<br>96413,<br>96415,<br>96417,<br>A9270,<br>96367,<br>96375,<br>96.77,<br>36415,<br>85007,<br>85027,<br>0463,<br>36591 | Z51.12 | | Related |
| 11/6/2023 | 00490_HOWARD_0000003640 | 00490HOWARDKH0000000282 | $279.00 | $84.98 | | | $194.02 | 99213 | C83.38 | | Related |
| 11/22/2023 | 00490_HOWARD_0000003532 | 00490HOWARDKH0000000259 -<br>00490HOWARDKH0000000260 | $8,239.01 | $4,477.88 | | | $3,761.13 | 99213 | C83.38 | | Related |
| 11/27/2023 | 00490_HOWARD_0000003640 | 00490HOWARDKH0000000233 | $279.00 | $84.98 | | | $194.02 | 78815,<br>G1004 | C83.38 | | Related |
| 10/16/2023 - 10/31/2023 | 00490_HOWARD_0000003630 | 00490HOWARDKH0000000374 -<br>00490HOWARDKH0000000409 | $98,770.08 | $32,218.21 | | $20.00 | $66,531.87 | 99214 | C83.38 | | Related |
| | | **Total Related** | $184,026.95 | $56,365.37 | | $879.65 | $126,521.95 | | | | |
| Unrelated | | | | | | | | | | | |
| 3/21/2011 | 00490_HOWARD_0000003563 | 00490_HOWARD_0000000956 | $184.00 | | $64.22 | $35.10 | $84.68 | 36415,<br>81002,<br>99214 | 189.0 | | Unrelated |

## NHL

| Provider: Kettering Health | BATES: 00490_HOWARD_0000003529- 00490_HOWARD_0000003670 (142 pgs) | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | Anthem/Blue Cross | UHC | Patient Payment | Write Off |
| 6/6/2023 | 00490_HOWARD_0000003598 | 00490_HOWARD_MEDRECS_0000000292 - 00490_HOWARD_0000000344 | $188.00 | $48.50 | | $20.00 | $119.50 |
| 6/7/2023 | 00490_HOWARD_0000003600 - 00490_HOWARD_0000003601 | 00490_HOWARD_0000000334 -00490_HOWARD_0000000345 | $12,483.32 | $2,727.97 | | $150.00 | $9,605.35 |
| 6/12/2023 | 00490_HOWARD_0000003599 | 00490_HOWARD_0000000324 -00490_HOWARD_0000000326 | $279.00 | $78.74 | | $20.00 | $180.26 |
| 7/24/2023 | 00490_HOWARD_0000003602 | 00490_HOWARD_0000000321 -00490_HOWARD_0000000323 | $188.00 | $60.57 | | $20.00 | $107.43 |
| 9/6/2023 | 00490_HOWARD_0000003615 | 00490_HOWARD_0000000279 -00490_HOWARD_0000000288 | $1,029.00 | $26.53 | | $6.65 | $995.82 |
| 9/6/2023 | 00490_HOWARD_0000003614 | 00490_HOWARD_0000000284 | $756.00 | $18.82 | | $4.70 | $732.48 |
| 9/6/2023 | 00490_HOWARD_0000003617 | 00490_HOWARD_0000000279 -00490_HOWARD_0000000288 | $279.00 | $67.98 | | $17.00 | $194.02 |
| 9/25/2023 | 00490_HOWARD_0000003532 | 00490_HOWARD_MEDRECS_0000000192 | $8,239.00 | $4,328.25 | | $149.63 | $3,761.12 |
| 10/9/2023 | 00490_HOWARD_0000003627 - 0490_HOWARD_0000003629 | 00490_HOWARD_MEDRECS_0000000186 -00490_HOWARD_MEDRE | $33,140.02 | $8,956.59 | | $150.00 | $24,033.43 |
| 10/11/2023 | 00490_HOWARD_0000003633 | 00490HOWARDKH0000000014 | $274.50 | $136.70 | | | $137.80 |
| 10/11/2023 | 00490_HOWARD_0000003626 | 00490HOWARDKH0000000014 | $3,753.00 | $1,512.71 | | | $2,240.29 |
| 10/24/2023 | 00490_HOWARD_0000003634 | 00490HOWARDKH0000000334 -00490HOWARDKH0000000338 | $188.00 | $57.02 | | | $130.98 |
| 11/6/2023 | 00490_HOWARD_0000003640 | 00490HOWARDKH0000000282 | $279.00 | $84.98 | | | $194.02 |
| 11/22/2023 | 00490_HOWARD_0000003532 | 00490HOWARDKH0000000259 -00490HOWARDKH0000000260 | $8,239.01 | $4,477.88 | | | $3,761.13 |
| 11/27/2023 | 00490_HOWARD_0000003640 | 00490HOWARDKH0000000233 | $279.00 | $84.98 | | | $194.02 |
| | | **Total Related** | $69,593.85 | $22,668.22 | $- | $537.98 | $46,387.65 |

## Renal

| Provider: Kettering Health | BATES: 00490_HOWARD_0000003529- 00490_HOWARD_0000003670 (142 pgs) | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | Anthem/Blue Cross | UHC | Patient Payment | Write Off |
| 8/7/2023 | 00490_HOWARD_0000003605-00490_HOWARD_0000003606 | 00490_HOWARD_0000000303 -00490_HOWARD_0000000314 | $1,025.00 | $30.61 | | $7.66 | $986.73 |
| 8/7/2023 | 00490_HOWARD_0000003607 | 00490_HOWARD_0000000310 | $8,803.00 | $340.80 | | $85.20 | $8,377.00 |
| 8/7/2023 | 00490_HOWARD_0000003608 - 00490_HOWARD_0000003609 | 00490_HOWARD_0000000303 -00490_HOWARD_0000000314 | $427.00 | $127.86 | | $31.97 | $267.17 |
| 8/7/2023 | 00490_HOWARD_0000003610 | 00490_HOWARD_0000000315 | $247.00 | | | | $247.00 |
| 8/14/2023 | 00490_HOWARD_0000003611 - 00490_HOWARD_0000003612 | 00490_HOWARD_0000000297 -00490_HOWARD_0000000298 | $3,339.02 | $547.62 | | $136.90 | $2,654.50 |
| 8/23/2023 | 00490_HOWARD_0000003610 | 00490_HOWARD_0000000290 | $247.00 | | | | $247.00 |
| 8/23/2023 | 00490_HOWARD_0000003613 | 00490_HOWARD_0000000290 | $279.00 | $67.98 | | $17.00 | $194.02 |
| 9/22/2023 | 00490_HOWARD_0000003620 | 00490_HOWARD_0000000260 | $363.00 | $156.11 | | $5.94 | $200.95 |
| 9/22/2023 | 00490_HOWARD_0000003622 | 00490_HOWARD_0000000260 | $279.00 | | | $20.00 | |
| 9/29/2023 | 00490_HOWARD_0000003625 | 00490_HOWARD_0000000255 | $279.00 | $67.00 | | $17.00 | $194.02 |
| 10/16/2023 | 00490_HOWARD_0000003603 | 00490_HOWARD_KH_0000000378 | $375.00 | $140.96 | | | $234.04 |
| 10/16/2023 - 10/31/2023 | 00490_HOWARD_0000003630 | 00490_HOWARD_KH_0000000374 - 00490_HOWARD_KH_00000004 | $98,770.08 | $32,218.21 | | $20.00 | $66,531.87 |
| | | **Total Related** | $114,433.10 | $33,697.15 | | $341.67 | $80,134.30 |

| **Unrelated Charges** | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/24/2010 | | | $1,446.51 | | $300.30 | $175.08 | $971.13 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/21/2011 | 00490_HOWARD_0000003563 | 00490_HOWARD_0000000956 | $184.00 | | $64.22 | $35.10 | $84.68 |
| 4/22/2011 | | | $121.00 | | $32.60 | $31.80 | $56.60 |
| 6/30/2014 | | | $204.00 | | $89.53 | $30.63 | $83.84 |
| 11/28/2014 | | | $172.00 | | $89.90 | $30.00 | $52.10 |
| 11/28/2014 | | | $494.00 | | $126.89 | $31.72 | $335.39 |
| 4/23/2015 | | | $311.00 | | $192.02 | $30.00 | $88.98 |
| 5/28/2015 | | | $745.00 | | $292.35 | $73.09 | $379.56 |
| 7/24/2015 | | | $203.00 | | $91.34 | $30.36 | $81.30 |
| 1/29/2016 | | | $172.00 | | $92.10 | $30.00 | $49.90 |
| 8/16/2016 | | | $227.00 | | $117.03 | $30.00 | $79.97 |
| 10/10/2016 | | | $215.00 | | $105.17 | $30.00 | $79.83 |
| 3/1/2017 | | | $172.00 | | $95.75 | $30.00 | $46.25 |
| 8/16/2020 | | | $355.00 | | | $8.74 | $59.72 |
| 8/16/2020 | | | $342.00 | | | $171.87 | $170.13 |
| 8/16/2020 | | | $24,407.00 | | | | $10,027.89 |
| 8/17/2020 | | | $355.00 | | | | $26.42 |
| 8/17/2020 | | | $224.00 | | | $88.09 | $135.91 |
| 8/18/2020 | | | $120.00 | | | $120.00 | |
| 8/19/2020 | | | $120.00 | | | $120.00 | |
| 8/20/2020 | | | $120.00 | | | $120.00 | |
| 8/21/2020 | | | $120.00 | | | $120.00 | |
| 1/4/2021 | | | $246.00 | $169.93 | | $76.07 | |
| 1/5/2021 | | | $926.00 | | | $337.64 | $588.36 |
| 2/23/2021 | | | $179.00 | $60.57 | | $20.00 | $98.43 |
| 1/6/2022 | | | $205.00 | $109.42 | | | $95.58 |
| 1/17/2023 | | | $216.00 | $109.42 | | | $106.58 |
| 5/15/2023 | | | $537.00 | $231.31 | | $20.00 | $285.69 |
| 9/8/2023 | | | $3,514.00 | $1,335.18 | | $150.00 | $2,028.82 |
| 11/20/2023 | | | $279.00 | $114.71 | | | $164.29 |
| 02/21/2017 - 02/22/2017 | | | $2,921.00 | | $845.60 | $411.40 | $1,664.00 |
| 08/16/2020 - 08/21/2020 | | | $79,224.05 | | | | $32,481.86 |
| 08/16/2020 - 08/21/2020 | | | $443.00 | | | $276.23 | $166.77 |
| 12/08/2014 - 01/06/2015 | | | $1,983.00 | | $134.12 | $153.53 | $1,695.35 |
| **Total** | | | $121,318.56 | $2,130.54 | $2,604.70 | $2,746.25 | $52,100.65 |

| **Provider: OSU Billing (internal & Urology)** BATES: 00490_HOWARD_OWMC_0000000544- 00490_HOWARD_OWMC_0000000625 (82 pgs) | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | UHC | Unknown | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 11/18/2008 | 00490_HOWARD_OWMC_0000000544 | 00490_HOWARD_0000004338 -00490_HOWARD_0000004339 | $ 305.00 | | $ 153.69 | $ 30.00 | $ 121.31 | 99205 | 189.0 | | Related |
| 11/18/2008 | 00490_HOWARD_OWMC_0000000594 - 00490_HOWARD_OWMC_0000000595 | 00490_HOWARD_0000004339 -00490_HOWARD_0000004347 | $ 2,485.00 | | | | | | | | Related |
| 12/03/2008 - 12/06/2008 | 00490_HOWARD_OWMC_0000000596 | 00490_HOWARD_0000004279 | $ 28,034.00 | | | | | | | | Related |
| 12/3/2008 | 00490_HOWARD_OWMC_0000000544 | 00490_HOWARD_0000004298 -00490_HOWARD_0000004299 | $ 4,065.00 | | $ 2,154.67 | | $ 1,910.33 | 50230 | 189.0 | | Related |
| 12/9/2008 -12/21/2008 | 00490_HOWARD_OWMC_0000000597 | 00490_HOWARD_0000004253 | $ 12,235.00 | | | | | | | | Related |
| 12/9/2008 | 00490_HOWARD_OWMC_0000000544 | 00490_HOWARD_0000004253 | $ 144.00 | | $ 54.68 | $ 30.00 | $ 59.32 | 99214 | 189.0 | | Related |
| 12/23/2008 | 00490_HOWARD_OWMC_0000000598 | 00490_HOWARD_0000004226 | $ 122.00 | | | | | | | | Related |
| 12/23/2008 | 00490_HOWARD_OWMC_0000000544 | 00490_HOWARD_0000004226 | $ 93.00 | | $ 23.78 | $ 30.00 | $ 39.22 | | | | Related |
| 2/2/2009 | 00490_HOWARD_OWMC_0000000599 - 00490_HOWARD_OWMC_0000000600 | 00490_HOWARD_0000004209 -00490_HOWARD_0000004215 | $ 4,083.00 | | | | | | | | Related |
| 2/2/2009 | 00490_HOWARD_OWMC_0000000544 | 00490_HOWARD_0000004216 | $ 144.00 | | $ 56.38 | $ 30.00 | $ 57.62 | 99214 | 189.0 | | Related |
| 04/01/2009 - 04/17/2009 | 00490_HOWARD_OWMC_0000000558 - 00490_HOWARD_OWMC_0000000559 | 00490_HOWARD_0000004192 -00490_HOWARD_0000004204 | $ 5,729.00 | | | | | | | | Related |
| 4/6/2009 | 00490_HOWARD_OWMC_0000000545 | 00490_HOWARD_0000004192 | $ 144.00 | | $ 86.38 | $ 30.00 | $ 57.62 | 99214 | 189.0 | | Related |
| 4/6/2009 | 00490_HOWARD_OWMC_0000000544 | 00490_HOWARD_0000004192 | $ 105.00 | | $ 24.86 | | | 99213 | 189.0 | | Related |
| 07/20/2009 - 07/27/2009 | 00490_HOWARD_OWMC_0000000560 | 00490_HOWARD_0000004159 -00490_HOWARD_0000004187 | $ 3,104.00 | | | | | | | | Related |
| 7/27/2009 | 00490_HOWARD_OWMC_0000000545 | 00490_HOWARD_0000004159 | $ 144.00 | | $ 30.00 | | | 99214 | 189.0 | | Related |
| 11/20/2009 | 00490_HOWARD_OWMC_0000000561 | 00490_HOWARD_0000004152 -00490_HOWARD_0000004157 | $ 7,675.00 | | | | | | | | Related |
| 12/10/2009 | 00490_HOWARD_OWMC_0000000562 | 00490_HOWARD_0000004133 | $ 127.00 | | | | | 99214 | 189.0 | | Related |
| 12/10/2009 | 00490_HOWARD_OWMC_0000000545 | 00490_HOWARD_0000004140 -00490_HOWARD_0000004141 | $ 144.00 | | $ 88.10 | | $ 55.90 | | | | Related |
| 6/7/2010 - 06/10/2010 | 00490_HOWARD_OWMC_0000000563 | 00490_HOWARD_0000004125 -00490_HOWARD_0000004131 | $ 3,200.00 | | | | | | | | Related |
| 6/10/2010 | 00490_HOWARD_OWMC_0000000545 | 00490_HOWARD_0000004121 | $ 165.00 | | $ 61.90 | $ 30.00 | $ 73.10 | 99214 | 189.0 | | Related |
| 12/09/2010 - 12/16/2010 | 00490_HOWARD_OWMC_0000000564 | 00490_HOWARD_0000004093 -00490_HOWARD_0000004109 | $ 3,262.00 | | | | | | | | Related |
| 12/16/2010 | 00490_HOWARD_OWMC_0000000545 | 00490_HOWARD_0000004101 | $ 165.00 | | $ 61.90 | $ 30.00 | $ 73.10 | 99214 | 189.0 | | Related |
| 7/26/2011 | 00490_HOWARD_OWMC_0000000565 | 00490_HOWARD_0000004086 -00490_HOWARD_0000004090 | $ 3,065.00 | | | | | | | | Related |
| 8/4/2011 | 00490_HOWARD_OWMC_0000000566 | 00490_HOWARD_0000004081 -00490_HOWARD_0000004083 | $ 140.00 | | | | | 99214 | 189.0 | | Related |
| 8/4/2011 | 00490_HOWARD_OWMC_0000000545 | 00490_HOWARD_0000004081 -00490_HOWARD_0000004083 | $ 175.00 | | $ 66.04 | $ 30.00 | $ 78.96 | | | | Related |
| 8/30/2012 | 00490_HOWARD_OWMC_0000000546 | 00490_HOWARD_0000004065 -00490_HOWARD_0000004067 | $ 175.00 | | $ 70.36 | $ 30.00 | $ 74.64 | 99214 | 189.0 | | Related |
| 2/18/2013 | 00490_HOWARD_OWMC_0000000567 | 00490_HOWARD_0000004047 -00490_HOWARD_0000004053 | $ 1,159.00 | $ 317.66 | | $ 429.07 | $ 412.27 | | | | Related |
| 2/28/2013 | 00490_HOWARD_OWMC_0000000546 | 00490_HOWARD_0000004044 -00490_HOWARD_0000004046 | $ 175.00 | | $ 74.37 | $ 30.00 | $ 70.63 | 99214 | 189.0 | | Related |
| 2/28/2013 | 00490_HOWARD_OWMC_0000000568 | 00490_HOWARD_0000004044 -00490_HOWARD_0000004046 | $ 140.00 | | | $ 90.20 | $ 49.80 | | | | Related |
| 8/23/2013 | 00490_HOWARD_OWMC_0000000569 | 00490_HOWARD_0000004020 -00490_HOWARD_0000004021 | $ 6,587.00 | $ 1,374.22 | | $ 343.55 | $ 4,869.23 | | | | Related |
| 8/26/2013 | 00490_HOWARD_OWMC_0000000570 | 00490_HOWARD_0000004019 -00490_HOWARD_0000004021 | $ 354.00 | $ 200.50 | | $ 27.58 | $ 125.92 | 99214 | 189.0 | | Related |
| 8/26/2013 | 00490_HOWARD_OWMC_0000000546 | 00490_HOWARD_0000004019 -00490_HOWARD_0000004021 | $ 170.00 | | $ 74.90 | $ 30.00 | $ 65.10 | | | | Related |
| 2/14/2014 | 00490_HOWARD_OWMC_0000000571 | 00490_HOWARD_0000003986 -00490_HOWARD_0000003992 | $ 6,643.00 | $ 1,357.41 | | $ 489.05 | $ 4,796.54 | | 189.0, V71.1 | FINDINGS:<br>Lungs and Pleura: No new or suspicious pulmonary nodutes. No change<br>in the few small pulmonary nodules, largest of these measuring 4-5 mm<br>within the right lower lobe on imago 42 and 45, stable over multiple<br>prior studies, likely benign.<br>Tracheobronchial tree: | Related |
| 2/24/2014 | 00490_HOWARD_OWMC_0000000572 | 00490_HOWARD_0000003981 -00490_HOWARD_0000003984 | $ 140.00 | $ 94.98 | | | $ 45.02 | | 189.0, V71.1 | Mr. Howard is seen for his renal cell carcinoma clear cell type. | Related |
| 8/18/2014 | 00490_HOWARD_OWMC_0000000573 | 00490_HOWARD_0000003960 -00490_HOWARD_0000003963 | $ 1,077.00 | $ 584.51 | | $ 146.13 | $ 346.36 | | | Mr. Howard is seen for his renal cell carcinoma clear cell type. | Related |
| 8/28/2014 | 00490_HOWARD_OWMC_0000000574 | 00490_HOWARD_0000003945 -00490_HOWARD_0000003956 | $ 496.00 | $ 288.19 | | $ 48.30 | $ 159.51 | | | Mr. Howard is seen for his renal cell carcinoma clear cell type. | Related |
| 8/28/2014 | 00490_HOWARD_OWMC_0000000575 | 00490_HOWARD_0000003939 -00490_HOWARD_0000003945 | $ 170.00 | | $ 62.78 | $ 30.00 | $ 77.22 | | | Mr. Howard is seen for his renal cell carcinoma clear cell type. | Related |
| 2/20/2015 | 00490_HOWARD_OWMC_0000000576 | 00490_HOWARD_0000003931 -00490_HOWARD_0000003932 | $ 3,065.00 | $ 1,273.26 | | $ 665.74 | $ 1,126.00 | | 189.0, V71.1 | Mr. Howard is seen for his renal cell carcinoma clear cell type. | Related |
| 2/26/2015 | 00490_HOWARD_OWMC_0000000577 | 00490_HOWARD_0000003926 -0490_HOWARD_0000003929 | $ 140.00 | $ 99.74 | | | $ 40.26 | | 189.0, V71.1 | Mr. Howard is seen for his renal cell carcinoma clear cell type. | Related |
| 2/26/2015 | 00490_HOWARD_OWMC_0000000578 | 00490_HOWARD_0000003928 | $ 165.00 | | $ 83.46 | $ 30.00 | $ 51.54 | | | Mr. Howard is seen for his renal cell carcinoma clear cell type. | Related |
| 10/5/2015 | 00490_HOWARD_OWMC_0000000579 | 00490_HOWARD_0000003888 -00490_HOWARD_0000003908 | $ 832.00 | $ 494.14 | | $ 98.60 | $ 239.26 | | | Mr. Howard is seen for his renal cell carcinoma clear cell type. | Related |
| 10/5/2015 | 00490_HOWARD_OWMC_0000000580 | 00490_HOWARD_0000003888 -00490_HOWARD_0000003908 | $ 165.00 | | $ 83.46 | $ 30.00 | $ 51.54 | | | Mr. Howard is seen for his renal cell carcinoma clear cell type. | Related |
| 3/28/2016 | 00490_HOWARD_OWMC_0000000581 | 00490_HOWARD_0000003875 -00490_HOWARD_0000003885 | $ 1,255.00 | $ 354.68 | | $ 536.87 | $ 363.45 | | C64.1, Z03.89, C64.9 | | Related |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2016 | 00490_HOWARD_OWMC_0000000583 | 00490_HOWARD_0000003860 -00490_HOWARD_0000003871 | $ 1,273.00 | $ 743.38 | | $ 160.98 | $ 368.64 | | C64.1 | | Related |
| 4/4/2016 | 00490_HOWARD_OWMC_0000000583 | 00490_HOWARD_0000003860 -00490_HOWARD_0000003871 | $ 170.00 | | $ 82.90 | $ 30.00 | $ 57.10 | | C64.1 | | Related |
| 10/6/2016 | 00490_HOWARD_OWMC_0000000584 | 00490_HOWARD_0000003824-00490_HOWARD_0000003833 | $ 1,106.00 | $ 652.45 | | $ 133.27 | $ 320.28 | | C64.1 | | Related |
| 10/6/2016 | 00490_HOWARD_OWMC_0000000585 | 00490_HOWARD_0000003819 -00490_HOWARD_0000003822 | $ 170.00 | | $ 82.90 | $ 30.00 | $ 57.10 | | C64.1 | | Related |
| 11/10/2016 | 00490_HOWARD_OWMC_0000000588 | 00490_HOWARD_0000003790 -00490_HOWARD_0000003794 | $ 280.00 | | | $ 238.00 | $ 42.00 | | R31.29 | | Related |
| 11/17/2016 | 00490_HOWARD_OWMC_0000000590 | 00490_HOWARD_0000003772 -00490_HOWARD_0000003777 | $ 80.00 | | $ 44.42 | $ 11.11 | $ 24.47 | | C64.9,<br>R31.29 | | Related |
| 11/17/2016 | 00490_HOWARD_OWMC_0000000589 | 00490_HOWARD_0000003772 -00490_HOWARD_0000003773 | $ 420.00 | | $ 156.78 | $ 89.20 | $ 174.02 | | C64.9,<br>R31.29 | | Related |
| 11/10/2016 - 11/30/2016 | 00490_HOWARD_0000003757 -<br>00490_HOWARD_0000003800 | 00490_HOWARD_0000003757 -00490_HOWARD_0000003761 | $ 11,869.20 | $ 8,783.06 | | $ 1,013.94 | $ 2,072.20 | | R31.29 | | Related |
| 11/30/2016 | 00490_HOWARD_OWMC_0000000591 | 00490_HOWARD_0000003759 -00490_HOWARD_0000003761 | $ 780.00 | | $ 362.08 | $ 90.53 | $ 327.39 | | R31.29 | | Related |
| 12/15/2016 | 00490_HOWARD_OWMC_0000000592 | 00490_HOWARD_0000003752 -00490_HOWARD_0000003754 | $ 168.00 | $ 119.35 | | | $ 48.65 | | | Visit Diagnoses<br>• Renal cell cancer, unspecified laterality (primary)<br>• Mlcroscoplc hematuria<br>Visit | Related |
| 12/15/2016 | 00490_HOWARD_OWMC_0000000593 | 00490_HOWARD_0000003752 -00490_HOWARD_0000003754 | $ 55.00 | | $ 6.77 | $ 30.00 | $ 18.23 | | | Visit Diagnoses<br>• Renal cell cancer, unspecified laterality (primary)<br>• Mlcroscoplc hematuria<br>Visit | Related |
| | | **Total Related** | $ 118,333.20 | $ 16,737.53 | $ 4,047.56 | $ 5,122.12 | $ 19,000.85 | | | | |

| Provider: OSU Billing (internal & Urology) BATES: 00490_HOWARD_0000004676- 00490_HOWARD_0000004711 (36 pgs) | | | | | | | Auditor's Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | UHC | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 8/21/2012 | 00490_HOWARD_0000004679 | 00490_HOWARD_0000001391 -00490_HOWARD_0000001393 | $3,065.00 | $1,336.49 | $334.12 | $1,394.39 | 36415, 80051, 80076, 82585, 83615, 84520, 71250 | | Ordered by treating | Related |
| 8/30/2012 | 00490_HOWARD_0000004677 | 00490_HOWARD_0000001379 -00490_HOWARD_0000001383 | $160.00 | $78.54 | | $81.46 | | | Ordered by treating | Related |
| 8/18/2014 | 00490_HOWARD_0000004710 | 00490_HOWARD_0000001285 -00490_HOWARD_0000001291 | $40.00 | $17.58 | | $22.42 | 36415, 80051, 82040, 82247, 82310, 82585, 84075, 84155, 84450, 84460, 84520, 771020 | | Ordered by treating | Related |
| 2/20/2015 | 00490_HOWARD_0000004708 | 00490_HOWARD_0000001260 -00490_HOWARD_0000001266 | $175.00 | | $114.46 | $60.54 | 36415, 80051, 82040, 82247, 82310, 82585, 83615, 84075, 84155, 84450, 84460, 84520, 71250 | | Ordered by treating | Related |
| 3/28/2016 | 00490_HOWARD_0000004701 | 00490_HOWARD_0000001205 -00490_HOWARD_0000001206 | $40.00 | | $24.75 | $15.25 | 36415, 80053, 83615, 85025, 71020 | | Ordered by treating | Related |
| 10/6/2016 | 00490_HOWARD_0000004702 | 00490_HOWARD_0000001147 -00490_HOWARD_0000001161 | $40.00 | $19.80 | $4.95 | $15.25 | 36415, 80051, 82040, 82247, 82310, 82585, 83615, 84075, 84155, 84450, 84460, 84520, 85025, 81001, 99211, 99214, 71020 | | Ordered by treating | Related |
| | | **Total Related** | $3,520.00 | $1,452.41 | $478.28 | $1,589.31 | | | | |
| Unrelated Charges | | | | | | | | | | |
| 8/24/2015 | 00490_HOWARD_0000004700 | 00490_HOWARD_0000001241 | $385.00 | $219.42 | $54.85 | $110.73 | | | | |
| 8/24/2015 | 00490_HOWARD_0000004703 | 00490_HOWARD_0000001241 | $40.00 | $18.28 | | $21.72 | | | | |

| **Provider: Barry Fisher, MD** BATES: 00490_HOWARD_0000003414- 00490_HOWARD_0000003506 (93 pgs) | | | | | | | Auditor's Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | UHC | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 11/6/2023-11/30/2023 | 00490_HOWARD_0000003495 | 00490HOWARDKH0000000228 - 00490HOWARDKH0000000314 | $ 194,816.86 | $ 63,827.86 | $ 20.00 | $ 130,969.00 | 36415, 80053, 83615, 85025, 96411, 96413, 96415, 96417, G0463, A9270, 36591, 96375, 96377, 36415, 80053, 83615, 85025, 96411, 96413, 96415, 96417, G0463, A9270, 96367, 96375, 96377 | Z51.12 | | Related |
| 12/18/2023 | 00490_HOWARD_0000003491 | 00490HOWARDKH0000000187 - 00490HOWARDKH0000000216 | $ 247.00 | | | $ 247.00 | G0463 | C83.38 | | Related |
| 12/18/2023 | 00490_HOWARD_0000003492 | 00490HOWARDKH0000000187 - 00490HOWARDKH0000000216 | $ 188.00 | $ 57.02 | | $ 130.98 | 99213 | C83.38 | | Related |
| 01/08/2024 - 01/31/2024 | 00490_HOWARD_0000003504 - 00490_HOWARD_0000003506 | 00490HOWARDKH0000000096 - 00490HOWARDKH0000000169 | $ 194,924.34 | $ 61,986.11 | $ 20.00 | $ 4.00 | 36415, 83615, 85025, 96411, 96413, 96415, 96417, A9270, 36591, 96375, 96377, 80053, 83615, 84153, 85025, 85025, 96411, 96413, 96415, 96417, G0463, A9270, 36591, 96375, 96377 | Z51.12 | | Related |
| 1/8/2024 | 00490_HOWARD_0000003497 | 00490HOWARDKH0000000140 - 00490HOWARDKH0000000169 | $ 273.00 | | | $ 273.00 | 99214 | C83.38 | | Related |
| 1/8/2024 | 00490_HOWARD_0000003496 | 00490HOWARDKH0000000140 - 00490HOWARDKH0000000169 | $ 279.00 | | $ 86.69 | $ 192.31 | G0463 | C83.38 | | Related |
| 1/29/2024 | 00490_HOWARD_0000003498 | 00490HOWARDKH0000000100 | $ 279.00 | | $ 86.69 | $ 192.31 | 99214 | C83.38 | | Related |
| 2/8/2024 | 00490_HOWARD_0000003503 | 00490_HOWARD_MEDRECS_0000000178 - 00490_HOWARD_MEDRECS_0000000179 | $ 8,257.01 | $ 4,775.99 | | $ 0.01 | 78815, G1004 | C83.38 | | Related |
| 2/19/2024 | 00490_HOWARD_0000003500 | 00490HOWARDKH0000000069 - 00490HOWARDKH0000000073 | $ 273.00 | | | | 99214 | C83.38 | | Related |
| 2/19/2024 | 00490_HOWARD_0000003499 | 00490HOWARDKH0000000069 - 00490HOWARDKH0000000073 | $ 279.00 | $ 73.70 | | | G0463 | C83.38 | | Related |
| | | **Total Related** | $ 399,816.21 | $ 130,720.68 | $ 213.38 | $ 132,008.61 | | | | |

| Provider: Kettering Health Medical Center BATES: 00490_HOWARD_MEDRECS_0000000015- 00490_HOWARD_MEDRECS_0000000064 (50 pgs) | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | Anthem/Blue Cross | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 12/18/2023 | 00490_HOWARD_MEDRECS_0000000021 - 00490_HOWARD_MEDRECS_0000000022 | 00490HOWARDKH0000000187 - 00490HOWARDKH0000000216 | $ 96,976.21 | $ 31,920.26 | | $ 65,055.95 | 36415, 80053, 83615, 85025, 96411, 96413, 96415, 96417, A9270, 36591, 96367, 96375, 96377 | Z51.11 | | Related |
| | | **Total Related** | $ 96,976.21 | $ 31,920.26 | | $ 65,055.95 | | | | |

| Provider: Kettering Health Medical Center BATES: 00490_HOWARD_KH_0000017021- 00490_HOWARD_KH_0000017034 (14 pgs) | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | Anthem/Blue Cross | Medicare | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 8/7/2024 | 00490HOWARDKH0000017022 | 00490HOWARDKH0000000639 - 00490HOWARDKH0000000657 | $8,257.00 | $259.35 | $1,016.64 | $130.18 | $6,850.83 | 78815 | C83.38 | | Related |
| 8/12/2024 | 00490HOWARDKH0000017024 - 00490HOWARDKH0000017025 | 00490HOWARDKH0000000597 - 00490HOWARDKH0000000606 | $1,027.00 | $9.41 | $36.88 | | $980.71 | 80053, 83615, 84153, 85025, G0463 | Z95.828 | Port was clogged. | Related |
| 10/29/2024 | 00490HOWARDKH0000017026 - 00490HOWARDKH0000017027 | 00490HOWARDKH0000000512 - 00490HOWARDKH0000000513 | $7,371.00 | $292.15 | $1,145.22 | | $5,933.63 | 85049, 85610, 77001, 36590, 99152 | Z85.72 | | Related |
| 11/12/2024 | 00490HOWARDKH0000017028 | 00490HOWARDKH0000000474 - 00490HOWARDKH0000000478 | $499.00 | | $23.88 | | $475.12 | 80053, 83615, 85025 | C83.38 | | Related |
| 2/4/2025 | 00490HOWARDKH0000017033 | 00490HOWARDKH0000017123 - 00490HOWARDKH0000017125 | $8,257.00 | $256.67 | $1,006.17 | | $6,887.64 | 78815 | C83.38 | | Related |
| 2/12/2025 | 00490HOWARDKH000001 7031 | 00490HOWARDKH0000017088 - 00490HOWARDKH0000017101 | $792.00 | | $38.51 | | $743.66 | 80053, 83615, 85025, G0463 | C83.38 | | Related |
| 2/19/2025 | 00490HOWARDKH0000017034 | 00490HOWARDKH0000017072 - 00490HOWARDKH0000017074 | $201.00 | | $8.29 | | $192.71 | 80048 | C83.38 | | Related |
| | | **Total Related** | $26,404.00 | $817.58 | $3,275.59 | $130.18 | $22,064.30 | | | | |

| **Unrelated Charges** | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/4/2024 | 00490HOWARDKH0000017030 | | | | | | |

## NHL

| Provider: HHC - CL (LIEN) 00490_HOWARD_0000026354 | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Anthem/Blue Cross Paid | Provider | Facility | CPT | Dx | Notes | Auditor's Determinations |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $98.78 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $74.40 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $67.68 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $66.92 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $66.92 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $50.58 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $49.27 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $18.90 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $16.34 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $13.07 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000026317 -00490_HOWARD_0000026322 | $10.02 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Pending Record Requests |
| 5/10/2024 | *See HHC Lien* | 00490HOWARDKH0000000039 -00490HOWARDKH0000000043 | $86.69 | Kelly Lynn Robbins Miller, MD | KETTERING HEALTH | | | | Pending Record Requests |
| 5/15/2024 | *See HHC Lien* | 00490_HOWARD_0000004792 -00490_HOWARD_0000004794 | $3.47 | Kelly Lynn Robbins Miller, MD | Kettering Health | | | | Pending Record Requests |
| | | **Total Related** | $623.04 | | | | | | Pending Record Requests |

| Unrelated Charges | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/12/2023 | | 00490_HOWARD_0000000324 -00490_HOWARD_0000000326 | $ 78.74 | | | | | | |

| Duplicate Charges | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/6/2023 | *See HHC Lien* | 00490_HOWARD_MEDRECS_0000000292<br>00490_HOWARD_0000000344 | $ 48.50 | Saba Iftikhar Qureshi, MD | ALLIANCE PRIMARY CARE PHYSICIAN | | | | Related; Duplicate |
| 7/24/2023 | *See HHC Lien* | 00490_HOWARD_0000000321 - 00490_HOWARD_0000000323 | $ 60.57 | Saba Iftikhar Qureshi, MD | ALLIANCE PRIMARY CARE PHYSICIAN | | | Patient seen over several visits before being diagnosed with NHL on 8/30/2023 | Related; Duplicate |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000000285 | $ 332.13 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Related; Duplicate |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000000285 | $ 58.98 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Related; Duplicate |
| 8/30/2023 | *See HHC Lien* | 00490_HOWARD_0000000285 | $ 28.46 | Benjamin L. McCalip, M.D. | INTERVENTIONAL PATHOLOGY OF OHI | | | | Related; Duplicate |

| Provider: **Neo - FM Commonwealth (Neogenomics)** Bates: 00490_HOWARD_0000026333- 00490_HOWARD_0000026335 | | | | | | | | | Auditor's Notes | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | Anthem/Blue Cross | Medicare | Patient Payment | Write Off | Provider | Notes | Auditor's Determinations |
| 8/30/2023 | 00490_HOWARD_0000026333 | 00490_HOWARD_0000026319 -00490_HOWARD_0000026322 | $7,314.00 | $1,018.16 | | 21.85 | 6273.99 | Brian Kwok, M.D., Hematopathologist/ Mojdeh Naghashpour, M.D., Ph.D | Ordered by treating provider | Related |
| 10/9/2023 | 00490_HOWARD_0000026333 | 00490_HOWARD_0000026323 -00490_HOWARD_0000026324 | $2,052.00 | $501.12 | | | 1550.88 | Vladislav Chizhevsky, M.D., Pathologist | Ordered by treating provider | Related |
| | | **Total Related** | $9,366.00 | $1,519.28 | $- | $21.85 | $7,824.87 | | | |

| **Provider: Quest Diagnostics** Bates: 00490_HOWARD_0000026336 -00490_HOWARD_0000026353 | | | | | | | Auditor's Notes | |
|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | UHC | Patient Payment | Write Off | Notes | Auditor's Determinations |
| 10/7/2015 | 00490_HOWARD_0000026341 | 00490_HOWARD_ VHA_0000000803 | $46.49 | $0.98 | | 45.51 | Ordered by treating provider | Related |
| | | **Total Related** | $46.49 | $0.98 | $- | $45.51 | | |

| **Unrelated Charges** | | | | | | |
|---|---|---|---|---|---|---|
| 7/24/2015 | 00490_HOWARD_0000026338 | 00490_HOWARD_0000000849 | $599.52 | | $5.41 | $594.11 |
| 9/15/2015 | 00490_HOWARD_0000026340 | 00490_HOWARD_0000000840 | $384.33 | $11.26 | $2.81 | $370.26 |
| 10/28/2015 | 00490_HOWARD_0000026342 | 00490_HOWARD_0000000827 | $302.24 | $10.32 | $2.58 | $289.34 |
| 1/29/2016 | 00490_HOWARD_0000026343 | 00490_HOWARD_0000000807 | $599.52 | | $27.05 | $572.47 |
| 8/16/2016 | 00490_HOWARD_0000026344 | 00490_HOWARD_0000000779 | $844.35 | $34.35 | $6.08 | $803.92 |
| 10/17/2016 | 00490_HOWARD_0000026345 | | $384.33 | $11.27 | $2.81 | $370.25 |
| 11/11/2016 | 00490_HOWARD_0000026346 | 00490_HOWARD_0000000756 | $219.37 | $13.29 | $3.32 | $202.76 |
| 3/1/2017 | 00490_HOWARD_0000026347 | | $796.25 | $7.83 | $27.28 | $761.14 |
| | | **Total** | $4,129.91 | $88.32 | $77.34 | $3,964.25 |