# Exhibit 863

# NATIVE DOCUMENT

**Please review the native document PLG-EXPERT_HACKETT-WALLACE_0000000047_CONFIDENTIAL.xlsx**

**1st Amended Appendix for Scott Keller: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $404,537.96 |
| Total Paid (Private Insurance Only) | $109,354.21 |
| Patient Payments (Out-of-Pocket) | $955.00 |
| | |
| **Payments by Insurance Source** | **Paid ($)** |
| BCBS/Federal | $109,716.05 |
| Total Paid (Private Insurance Only) | $109,716.05 |
| | |
| VHA/CCN | $80,971.39 |
| | |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Medical Record Bates (continued) | Total Charges ($) | Patient Payments ($) | VHA/CCN Paid ($) | BCBS/Federal Paid Amount ($) | Adjustments (BCBS)($) | Adjustments (VHA/CCN)($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Providence Sacred Heart Medical Center | 2023 - 2024 | 01501_KELLER_0000002505 -<br>01501_KELLER_0000002527 | 01501_KELLER_PHI_0000000031; 01501_KELLER_PHI_0000000669;<br>01501_KELLER_PHI_0000000328 - 01501_KELLER_PHI_0000000337;<br>01501_KELLER_PHI_0000000076; 01501_KELLER_PHI_0000000819 -<br>01501_KELLER_PHI_0000000830; 01501_KELLER_0000004030 | | $101,303.30 | $150.00 | $38,965.46 | $6,539.14 | $1,532.19 | $54,116.51 | $0.00 |
| Kadlec Regional MC | 2022 - 2025 | 01501_KELLER_0000002536 -<br>01501_KELLER_0000002554 | 01501_KELLER_0000004865 - 01501_KELLER_0000004956; 01501_KELLER_0000004734 -<br>01501_KELLER_0000004851; 01501_KELLER_0000004422 - 01501_KELLER_0000004443;<br>01501_KELLER_0000004306 - 01501_KELLER_0000004308; 01501_KELLER_0000004245 -<br>01501_KELLER_0000004247; 01501_KELLER_0000004128 - 01501_KELLER_0000004129;<br>01501_KELLER_0000004038 - 01501_KELLER_0000004047; | | $239,163.11 | $600.00 | $42,005.93 | $63,571.63 | $24,004.40 | $108,981.15 | $0.00 |
| Multiple Providers | 2012 - 2025 | See *The Rawlings Company Lien Letter on behalf of Blue Cross BlueShield Association dated 5/20/2025 01501_KELLER_0000005360 - 01501_KELLER_0000005401* | 01501_KELLER_0000001738; 01501_KELLER_PCC_0000001327; 01501_KELLER_0000004303;<br>01501_KELLER_0000001736 - 01501_KELLER_0000001739; 01501_KELLER_0000001722 -<br>01501_KELLER_0000001726; 01501_KELLER_0000001497 - 01501_KELLER_0000001519;<br>01501_KELLER_0000001444 - 01501_KELLER_0000001447; 01501_KELLER_0000001438 -<br>01501_KELLER_0000001441; 01501_KELLER_0000001426 - 01501_KELLER_0000001429;<br>01501_KELLER_0000001414 - 01501_KELLER_0000001420; 01501_KELLER_0000001412 -<br>01501_KELLER_0000001414; 01501_KELLER_0000001407 - 01501_KELLER_0000001412;<br>01501_KELLER_0000001400 - 01501_KELLER_0000001407; 01501_KELLER_0000001386 -<br>01501_KELLER_0000001389; 01501_KELLER_0000001382 - 01501_KELLER_0000001386;<br>01501_KELLER_0000001379 - 01501_KELLER_0000001382; 01501_KELLER_0000001374 -<br>01501_KELLER_0000001379; 01501_KELLER_0000001365 - 01501_KELLER_0000001374;<br>01501_KELLER_0000001361 - 01501_KELLER_0000001364; 01501_KELLER_0000001357 -<br>01501_KELLER_0000001361; 01501_KELLER_0000001286 - 01501_KELLER_0000001292;<br>01501_KELLER_0000001282 - 01501_KELLER_0000001286; 01501_KELLER_0000001223 -<br>01501_KELLER_0000001230; 01501_KELLER_0000001216 - 01501_KELLER_0000001221;<br>01501_KELLER_0000001180 - 01501_KELLER_0000001182; 01501_KELLER_0000001083 -<br>01501_KELLER_0000001085; 01501_KELLER_0000001079 - 01501_KELLER_0000001083;<br>01501_KELLER_0000001079 - 01501_KELLER_0000001083; 01501_KELLER_0000001040 -<br>01501_KELLER_0000001045; 01501_KELLER_0000001006 - 01501_KELLER_0000001012; | 01501_KELLER_0000000994 - 01501_KELLER_0000000999;<br>01501_KELLER_PSMMC_0000001378 -<br>01501_KELLER_PSMMC_0000001787; 01501_KELLER_PCC_0000000562 -<br>01501_KELLER_PCC_0000000570; 01501_KELLER_PCC_0000000534 -<br>01501_KELLER_PCC_0000000549; 01501_KELLER_0000000816 -<br>01501_KELLER_0000000838; 01501_KELLER_0000000297 -<br>01501_KELLER_0000000309; 01501_KELLER_PCC_0000000477 -<br>01501_KELLER_PCC_0000000515; 01501_KELLER_PSMMC_0000001358 -<br>01501_KELLER_PSMMC_0000001369;<br>01501_KELLER_PSMMC_0000001215 -<br>01501_KELLER_PSMMC_0000001357;<br>01501_KELLER_PSMMC_0000001104 -<br>01501_KELLER_PSMMC_0000001119; 01501_KELLER_PCC_0000000309;<br>01501_KELLER_PHI_0000000269 - 01501_KELLER_PHI_0000000270;<br>01501_KELLER_PHI_0000000226 - 01501_KELLER_PHI_0000000227;<br>01501_KELLER_PHI_0000000674 - 01501_KELLER_PHI_0000000675 | $62,191.55 | | | $37,985.53 | | | $0.00 |
| Providence St. Joseph's | 2012 - 2023 | 01501_KELLER_0000003977 -<br>01501_KELLER_0000004012 | 01501_KELLER_0000003969 - 01501_KELLER_0000003971; 01501_KELLER_PCC_0000001166 -<br>01501_KELLER_PCC_0000001169; 01501_KELLER_PCC_0000000810 -<br>01501_KELLER_PCC_0000000812; 01501_KELLER_PCC_0000000630 -<br>01501_KELLER_PCC_0000000636; 01501_KELLER_PCC_0000000589 -<br>01501_KELLER_PCC_0000000612; 01501_KELLER_PCC_0000000477 -<br>01501_KELLER_PCC_0000000488; 01501_KELLER_PCC_0000000015 -<br>01501_KELLER_PCC_0000000017 | | $1,880.00 | $205.00 | | $1,257.91 | $417.09 | | $0.00 |
| | | | | **Totals:** | **$404,537.96** | **$955.00** | **$80,971.39** | **$109,354.21** | **$25,953.68** | | **$0.00** |

| Provider: Providence Sacred Heart Medical Center BATES: 01501_KELLER_0000002505 - 01501_KELLER_0000002527 (23pgs) | | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | TriWest/CCN Paid | BCBS/Federal Paid | Patient Payment | BCBS Adjustment | CCN Adjustment | CPT | Dx | Notes | Auditor's Determinations |
| 2/21/2023 | 01501_KELLER_0000002509 | 01501_KELLER_PHI_0000000031 | $ 657.00 | | | | $ 657.00 | | | | | Related |
| 2/22/2023 | 01501_KELLER_0000002507 | 01501_KELLER_PHI_0000000882 | $ 7,564.33 | | $ 6,539.14 | $ 150.00 | $ 875.19 | | | | | Related |
| 4/28/2023 | 01501_KELLER_0000002506 | 01501_KELLER_PHI_0000000328 - 000337 | $ 2,440.00 | $ 289.03 | | | | $ 2,150.97 | | | | Related |
| 6/12/2023 | 01501_KELLER_0000002508 | 01501_KELLER_PHI_0000000076 | $ 6,468.00 | $ 1,790.76 | | | | $ 4,677.24 | | | | Related |
| 6/12/2023 | 01501_KELLER_0000002511 | 01501_KELLER_PHI_0000000076 | $ 72,416.80 | $ 33,104.06 | | | | $ 39,312.74 | | | | Related |
| 8/21/2024 | 01501_KELLER_0000002525 | 01501_KELLER_PHI_0000000819 - 000830 | $ 393.00 | $ 125.79 | | | | $ 267.21 | | | | Related |
| 8/21/2024 | 01501_KELLER_0000002512 | 01501_KELLER_PHI_0000000819 - 000830 | $ 8,367.17 | $ 3,323.61 | | | | $ 5,043.56 | | | | Related |
| 3/19/2025 | 01501_KELLER_0000002510 | 01501_KELLER_0000004030 | $ 2,997.00 | $ 332.21 | | | | $ 2,664.79 | | | | Related |
| | | **Total Related** | $ 101,303.30 | $ 38,965.46 | $ 6,539.14 | $ 150.00 | $ 1,532.19 | $ 54,116.51 | | | | |

| **Unrelated Charges** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/26/2022 - 12/07/2022 | | | $ 9,609.00 | | $ 8,294.14 | | | $ 1,314.86 |
| 11/26/2022 - 12/07/2022 | | | $ 175,217.43 | | $ 75,567.26 | | | $ 99,650.17 |
| 11/28/2022 | | | $ 185.00 | | $ 165.85 | | | $ 19.15 |
| | | **Total** | $ 185,011.43 | | $ 84,027.25 | | | $ 100,984.18 |

| Provider: Kadlec Regional MC BATES: 01501_KELLER_0000002536 - 01501_KELLER_0000002554 (19pgs) | | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | TriWest/CCN Paid | BCBS/Federal Paid | Patient Payment | BCBS Adjustment | VHA/CCN Adjustment | CPT | Dx | Notes | Auditor's Determinations |
| 10/4/2022 | 01501_KELLER_0000002545 | 01501_KELLER_0000004865 - 01501_KELLER_0000004956 | $ 2,101.00 | | $ 1,191.62 | $ 200.00 | $ 709.38 | | 99220, 93458, 92928 | | | Related |
| 10/4/2022 | 01501_KELLER_0000002549 | 01501_KELLER_0000004865 - 01501_KELLER_0000004956 | $ 48,632.83 | | $ 30,841.86 | $ 100.00 | $ 17,690.97 | | J7030 x2, J1644, J1940, J2001, Q9967 x2, 92928 | | | Related |
| 10/25/2022 | 01501_KELLER_0000002550 | 01501_KELLER_0000004734 - 01501_KELLER_0000004851 | $ 1,160.00 | | $ 696.29 | $ 200.00 | $ 263.71 | | | | | Related |
| 10/25/2022 | 01501_KELLER_0000002551 | 01501_KELLER_0000004734 - 01501_KELLER_0000004851 | $ 36,282.20 | | $ 30,841.86 | $ 100.00 | $ 5,340.34 | | J7030 x2, J1644, J1940, J2001, Q9967 | | | Related |
| 2/7/2024 | 01501_KELLER_0000002539 | 01501_KELLER_0000004422 - 01501_KELLER_0000004443 | $ 14,109.34 | $ 3,251.12 | | | | $ 10,858.22 | J7030, J0689, J1644, J2250, J3010 | | | Related |
| 7/29/2024 | 01501_KELLER_0000002537 | 01501_KELLER_0000004306 - 01501_KELLER_0000004308 | $ 500.00 | $ 256.58 | | | | $ 243.42 | | | | Related |
| 7/29/2024 | 01501_KELLER_0000002542 | 01501_KELLER_0000004306 - 01501_KELLER_0000004308 | $ 22,056.98 | $ 5,829.77 | | | | $ 16,227.21 | Q9966, J1644, J2250, J3010 | | | Related |
| 8/13/2024 | 01501_KELLER_0000002543 - 01501_KELLER_0000002544 | 01501_KELLER_0000004245 - 01501_KELLER_0000004247 | $ 41,717.59 | $ 17,885.18 | | | | $ 23,832.41 | J0689, J1644, J2250, J3010 | | | Related |
| 12/30/2024 | 01501_KELLER_0000002546 | 01501_KELLER_0000004128 - 01501_KELLER_0000004129 | $ 21,688.53 | $ 5,829.77 | | | | $ 15,858.76 | Q9966, J1644, J2250, J3010 | | | Related |
| 12/30/2024 | 01501_KELLER_0000002552 | 01501_KELLER_0000004128 - 01501_KELLER_0000004129 | $ 500.00 | $ 256.58 | | | | $ 243.42 | 36902, 99152, 76937 | | | Related |
| 3/24/2025 | 01501_KELLER_0000002538 | 01501_KELLER_0000004038 - 01501_KELLER_0000004047 | $ 750.00 | $ 387.58 | | | | $ 362.42 | J2250, J2250, J3010, Q9966 | | | Related |
| 3/24/2025 | 01501_KELLER_0000002547 | 01501_KELLER_0000004038 - 01501_KELLER_0000004047 | $ 49,664.64 | $ 8,309.35 | | | | $ 41,355.29 | 36902, 36907, 99152, 76937 | | | Related |
| | | **Total Related** | $ 239,163.11 | $ 42,005.93 | $ 63,571.63 | $ 600.00 | $ 24,004.40 | $ 108,981.15 | | | | |

| **Unrelated Charges** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/06/2023 - 05/08/2023 | | | $ 793.00 | | | $ 632.36 | | $ 160.64 |
| 05/06/2023 - 05/08/2023 | | | $ 26,325.78 | $ 13,868.00 | | | | $ 12,457.78 |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | $ 27,118.78 | $ 13,868.00 | $ - | $ 632.36 | $ 12,618.42 |

| Provider: 2200545 Liens Letter The Rawlings Company - 01501_KELLER_0000005360 - 0000005401 (42 pgs) | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | BCBS/Federal | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 5/8/2013 | 01501_KELLER_0000005363 - pg 4 | 01501_KELLER_0000001738 | $ 477.50 | $ 161.11 | | | 81003, 83970, 80069, 82570, 84550, 84156, 36415 | 585.3, 719.40, 588.81 | | Related |
| 5/9/2013 | 01501_KELLER_0000005364 - pg 5 | 01501_KELLER_PCC_0000001327 | $ 260.00 | $ 166.43 | | | 99214 | 585.3, 2500.00, 719.41, 588.81 | | Related |
| 5/23/2013 | 01501_KELLER_0000005364 - pg 5 | *See Lien* | $ 238.25 | $ 51.30 | | | 80069, 83036, 36415 | 250.00, 585.3 | | Related |
| 8/6/2013 | 01501_KELLER_0000005364 - pg 5 | *See Lien* | $ 212.25 | $ 23.98 | | | 80069, 84550, 36415, | 585.3, 719.40 | | Related |
| 8/7/2013 | 01501_KELLER_0000005364 - pg 5 | *See Lien* | $ 268.00 | $ 179.59 | | | 99214, 81003 | 585.3, 796.2, 250.00, 790.6 | | Related |
| 11/7/2013 | 01501_KELLER_0000005364 - 00000053645 - pgs 5 - 6 | 01501_KELLER_0000004303 | $ 383.25 | $ 54.82 | | | 80069, 82043, 82570, 84550, 36415 | 585.3, 790.6 | | Related |
| 11/12/2013 | 01501_KELLER_0000005365 - pg 6 | *See Lien* | $ 268.00 | $ 179.59 | | | 99214, 81003 | 585.3 | | Related |
| 3/10/2014 | 01501_KELLER_0000005365 - pg 6 | *See Lien* | $ 292.00 | $ 39.46 | | | 80069, 82043, 84550, 36415 | 585.3 | | Related |
| 3/11/2014 | 01501_KELLER_0000005365 - 00000053646 - pgs 6 - 7 | 01501_KELLER_0000001736 - 01501_KELLER_0000001739 | $ 178.00 | $ 121.12 | | | 99213, 81003 | 585.3, 250.00, 588.81 | | Related |
| 12/9/2014 | 01501_KELLER_0000005366 - pg 7 | 01501_KELLER_0000001722 - 01501_KELLER_0000001726 | $ 682.75 | $ 124.64 | | | 80053, 80061, 85025, 83036, 81001, 82043, 36415 | 585.3, 272.4, 250.00, 380.4, 790.3 | | Related |
| 4/30/2017 | 01501_KELLER_0000005369 - pg 10 | 01501_KELLER_0000001497 - 01501_KELLER_0000001519 | $ 477.00 | $ 424.54 | | | 99233 | N17.9, J96.01, J45.909, E860 | | Related |
| 7/17/2017 | 01501_KELLER_0000005369 - pg 10 | 01501_KELLER_0000001444 - 01501_KELLER_0000001447 | $ 252.00 | $ 193.18 | | | 99214 | N18.3, E112.2, E785, Z87.39 | | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2017 | 01501_KELLER_0000005369 - pg 10 | 01501_KELLER_0000001438 -<br>01501_KELLER_0000001441 | $ 252.00 | $ 193.18 | | | 99214 | N18.3,<br>E785,<br>E112.2,<br>Z79.4 | | Related |
| 1/15/2018 | 01501_KELLER_0000005370 - pg 11 | 01501_KELLER_0000001426 -<br>01501_KELLER_0000001429 | $ 253.00 | $ 193.18 | | | 99214 | N18.3,<br>E112.2,<br>E785,<br>Z87.39 | | Related |
| 9/6/2018 | 01501_KELLER_0000005370 - pg 11 | 01501_KELLER_0000001412 -<br>01501_KELLER_0000001414 | $ 87.00 | $ 78.80 | | | 76770 | N18.3 | | Related |
| 9/6/2018 | 01501_KELLER_0000005371 - pg 12 | 01501_KELLER_0000001412 -<br>01501_KELLER_0000001414 | $ 580.48 | $ 460.91 | | | 76770 | N18.3 | | Related |
| 10/2/2018 | 01501_KELLER_0000005371 - pg 12 | 01501_KELLER_0000001407 -<br>01501_KELLER_0000001412 | $ 5.00 | $ 3.00 | | | 36415, 80069,<br>85025, 81001,<br>84550, 84156,<br>82570, 82306,<br>83970 | N18.4 | | Related |
| 10/2/2018 | 01501_KELLER_0000005371 - pg 12 | 01501_KELLER_0000001407 -<br>01501_KELLER_0000001412 | $ 674.62 | $ 233.52 | | | | | | Related |
| 10/9/2018 | 01501_KELLER_0000005371 - pg 12 | 01501_KELLER_0000001400 -<br>01501_KELLER_0000001407 | $ 254.00 | $ 188.90 | | | 99203 | N18.3,<br>R80.9,<br>E660.1,<br>E112.2 | | Related |
| 5/20/2019 | 01501_KELLER_0000005371 - pg 12 | 01501_KELLER_0000001386 -<br>01501_KELLER_0000001389 | $ 5.00 | $ 3.00 | | | 36415, 81001,<br>80069, 84156,<br>82570 | N18.3 | | Related |
| 5/20/2019 | 01501_KELLER_0000005372 - pg 13 | 01501_KELLER_0000001386 -<br>01501_KELLER_0000001389 | $ 285.64 | $ 43.92 | | | | | | Related |
| 5/21/2019 | 01501_KELLER_0000005372 - pg 13 | 01501_KELLER_0000001382 -<br>01501_KELLER_0000001386 | $ 182.00 | $ 117.82 | | | 99213 | N18.3,<br>E112.2,<br>Z87.39,<br>Z79.4 | | Related |
| 11/25/2019 | 01501_KELLER_0000005372 - pg 13 | 01501_KELLER_0000001379 -<br>01501_KELLER_0000001382 | $ 5.00 | $ 3.00 | | | 99213 | N18.4 | | Related |
| 11/25/2019 | 01501_KELLER_0000005372 - pg 13 | 01501_KELLER_0000001379 -<br>01501_KELLER_0000001382 | $ 285.64 | $ 43.92 | | | | | | Related |
| 11/26/2019 | 01501_KELLER_0000005372 - pg 13 | 01501_KELLER_0000001374 -<br>01501_KELLER_0000001379 | $ 182.00 | $ 117.82 | | | | | | Related |
| 5/26/2020 | 01501_KELLER_0000005373 - pg 14 | 01501_KELLER_0000001365 -<br>01501_KELLER_0000001374 | $ 266.00 | $ 202.84 | | | 99214 | N18.4,<br>E834.2,<br>E118,<br>Z79.4 | | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/2020 | 01501_KELLER_0000005373 - pg 14 | 01501_KELLER_0000001361 - 01501_KELLER_0000001364 | $ 5.00 | $ 3.00 | | | 81001, 80069, 84550, 82570, 83735, 84156 | N18.4 | | Related |
| 11/12/2020 | 01501_KELLER_0000005373 - pg 14 | 01501_KELLER_0000001361 - 01501_KELLER_0000001364 | $ 500.00 | $ 79.06 | | | | | | Related |
| 11/17/2020 | 01501_KELLER_0000005373 - pg 14 | 01501_KELLER_0000001357 - 01501_KELLER_0000001361 | $ 266.00 | $ 202.84 | | | 99214 | N18.4, E112.2, E834.2 | | Related |
| 5/24/2021 | 01501_KELLER_0000005374 - pg 15 | 01501_KELLER_0000001286 - 01501_KELLER_0000001292 | $ 199.00 | $ 22.68 | | | 81001, 82570, 84156 | N18.4 | | Related |
| 5/25/2021 | 01501_KELLER_0000005374 - pg 15 | 01501_KELLER_0000001282 - 01501_KELLER_0000001286 | $ 346.00 | $ 211.35 | | | 99214 | N18.4, E834.2, R94.5 | | Related |
| 6/2/2022 | 01501_KELLER_0000005374 - pg 15 | 01501_KELLER_0000001223 - 01501_KELLER_0000001230 | $ 20.00 | $ 3.00 | | | 99072, 36415, 80053, 81001, 84100, 84550, 82570, 83970, 83735, 84156, 82306, 85025 | | | Related |
| 6/2/2022 | 01501_KELLER_0000005374 - 0000005375 - pg 15 - 16 | 01501_KELLER_0000001223 - 01501_KELLER_0000001230 | $ 931.00 | $ 222.82 | | | | | | Related |
| 6/7/2022 | 01501_KELLER_0000005375 - pg 16 | 01501_KELLER_0000001216 - 01501_KELLER_0000001221 | $ 341.00 | $ 249.56 | | | 99214 | N18.4, E112.21, E834.2, J45.909 | | Related |
| 6/20/2022 | 01501_KELLER_0000005375 - 0000005376 - pgs 16 - 17 | 01501_KELLER_0000001180 - 01501_KELLER_0000001182 | $ 20.00 | $ 3.00 | | | 99072, 36415, 80069, 83735 | N18.4 | | Related |
| 6/20/2022 | 01501_KELLER_0000005376 - pg 17 | 01501_KELLER_0000001180 - 01501_KELLER_0000001182 | $ 218.00 | $ 30.76 | | | | | | Related |
| 7/8/2022 | 01501_KELLER_0000005376 - pg 17 | 01501_KELLER_0000001083 - 01501_KELLER_0000001085 | $ 20.00 | $ 3.00 | | | 99072, 36415, 80069, 85025 | N17.9, J96.01, J45.909, E860 | | Related |
| 7/8/2022 | 01501_KELLER_0000005376 - pg 17 | 01501_KELLER_0000001083 - 01501_KELLER_0000001085 | $ 230.00 | $ 32.90 | | | | | | Related |
| 7/19/2022 | 01501_KELLER_0000005376 - pg 17 | 01501_KELLER_0000001079 - 01501_KELLER_0000001083 | $ 356.00 | $ 249.56 | | | 99214 | N17.9, E112.1, E871, N18.4 | | Related |
| 8/30/2022 | 01501_KELLER_0000005376 - pg 17 | 01501_KELLER_0000001040 - 01501_KELLER_0000001045 | $ 20.00 | $ 3.00 | | | 99072, 36415, 80069, 82728, 73540, 84466, 85025 | N17.9, N18.4, D63.1 | | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/30/2022 | 01501_KELLER_0000005377 - pg 18 | 01501_KELLER_0000001040 - 01501_KELLER_0000001045 | $ 559.00 | $ 98.62 | | | | | | Related |
| 9/22/2022 | 01501_KELLER_0000005377 - pg 18 | 01501_KELLER_0000001006 - 01501_KELLER_0000001012 | $ 20.00 | $ 3.00 | | | | | | Related |
| 9/22/2022 | 01501_KELLER_0000005378 - pg 19 | 01501_KELLER_0000001006 - 01501_KELLER_0000001012 | $ 133.00 | $ 15.54 | | | 99214, 90715, 90471, 99072 | N18.4, D63.1 | | Related |
| 10/7/2022 | 01501_KELLER_0000005378 - pg 19 | 01501_KELLER_0000000994 - 01501_KELLER_0000000999 | $ 20.00 | $ 3.00 | | | 99072, 36415, 81001, 80069, 82570, 82728, 83735, 83540, 84156, 84466, 85025 | N18.4, D64.1, D63.1 | | Related |
| 10/7/2022 | 01501_KELLER_0000005378 - 00000053789 - pgs 19 - 20 | 01501_KELLER_0000000994 - 01501_KELLER_0000000999 | $ 879.00 | $ 134.70 | | | | | | Related |
| 10/18/2022 | 01501_KELLER_0000005379 - 0000005380 - pgs 20 - 21 | *See Lien* | $ 356.00 | $ 249.56 | | | 99214 | 17.9, I50.20, E611, N18.4 | | Related |
| 11/4/2022 | 01501_KELLER_0000005380 - pg 21 | 01501_KELLER_PSMMC_0000001378 - 01501_KELLER_PSMMC_0000001787 | $ 430.00 | $ 398.91 | | | 99285 | I13.0, I50.23, N18.4, N17.9 | | Related |
| 11/4/2022 | 01501_KELLER_0000005380 - 0000005384 - pgs 21 - 25 | 01501_KELLER_PSMMC_0000001378 - 01501_KELLER_PSMMC_0000001787 | $ 33,925.17 | $ 23,299.48 | | | | | | Related |
| 11/5/2022 | 01501_KELLER_0000005384 - pg 25 | 01501_KELLER_PSMMC_0000001378 - 01501_KELLER_PSMMC_0000001787 | $ 269.00 | $ 227.95 | | | 99233 | I13.0, E112.2, E785, I48.0 | | Related |
| 11/6/2022 | 01501_KELLER_0000005384 - pg 25 | 01501_KELLER_PSMMC_0000001378 - 01501_KELLER_PSMMC_0000001787 | $ 269.00 | $ 227.95 | | | 99233 | I13.0, E112.2, E785, I48.0 | | Related |
| 11/7/2022 | 01501_KELLER_0000005384 - pg 25 | 01501_KELLER_PSMMC_0000001378 - 01501_KELLER_PSMMC_0000001787 | $ 269.00 | $ 227.95 | | | 99233 | I13.0, E112.2, E785, I48.0 | | Related |
| 11/8/2022 | 01501_KELLER_0000005385 - pg 26 | 01501_KELLER_PSMMC_0000001378 - 01501_KELLER_PSMMC_0000001787 | $ 269.00 | $ 227.95 | | | 99233 | I13.0, E112.2, E785, I48.0 | | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/9/2022 | 01501_KELLER_0000005385 - pg 26 | 01501_KELLER_PSMMC_0000001378 - 01501_KELLER_PSMMC_0000001787 | $ 187.00 | $ 158.64 | | | 99232 | I13.0, E112.2, E785, I48.0 | | Related |
| 11/10/2022 | 01501_KELLER_0000005385 - pg 26 | 01501_KELLER_PSMMC_0000001378 - 01501_KELLER_PSMMC_0000001787 | $ 187.00 | $ 158.64 | | | 99232 | I13.0, E112.2, E785, I48.0 | | Related |
| 11/11/2022 | 01501_KELLER_0000005385 - pg 26 | 01501_KELLER_PSMMC_0000001378 - 01501_KELLER_PSMMC_0000001787 | $ 277.00 | $ 234.88 | | | 99239 | I13.0, E112.2, E785, I48.0 | | Related |
| 11/14/2022 | 01501_KELLER_0000005386 - pg 27 | 01501_KELLER_PCC_0000000562 - 01501_KELLER_PCC_0000000570 | $ 20.00 | $ 3.00 | | | 99072, 36415, 81001, 80069, 82570, 83735, 84156 | N18.4, D63.1, N17.9 | | Related |
| 11/14/2022 | 01501_KELLER_0000005386 - 0000005387 - pgs 27 - 28 | 01501_KELLER_PCC_0000000562 - 01501_KELLER_PCC_0000000570 | $ 417.00 | $ 53.44 | | | | | | Related |
| 11/15/2022 | 01501_KELLER_0000005387 - pg 28 | 01501_KELLER_PCC_0000000534 - 01501_KELLER_PCC_0000000549 | $ 356.00 | $ 249.56 | | | 99496, 99072 | | | Related |
| 11/15/2022 | 01501_KELLER_0000005387 - pg 28 | 01501_KELLER_PCC_0000000534 - 01501_KELLER_PCC_0000000549 | $ 756.00 | $ 591.47 | | | 99214 | N17.9, I50.20, N18.4 | | Related |
| 11/23/2022 | 01501_KELLER_0000005387 - 0000005388 - pgs 28 - 29 | *See Lien* | $ 20.00 | $ 3.00 | | | 99072, 36415, 80053, 84100, 84484, 83735, 85025 | N18.4, I25.10 | | Related |
| 11/23/2022 | 01501_KELLER_0000005388 - pg 29 | *See Lien* | $ 668.00 | $ 84.48 | | | | | | Related |
| 11/27/2022 | 01501_KELLER_0000005388 - pg 29 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 521.00 | $ 468.96 | | | 99223 | N17.9, D50.0 | | Related |
| 11/27/2022 | 01501_KELLER_0000005389 - pg 30 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 521.00 | $ 468.96 | | | 99223 | N18.5, E871, E873, E869 | | Related |
| 11/28/2022 | 01501_KELLER_0000005389 - pg 30 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9, E871 | | Related |
| 11/28/2022 | 01501_KELLER_0000005389 - pg 30 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 269.00 | $ 241.83 | | | 99233 | N17.9, D50.0, N18.4, E871 | | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2022 | 01501_KELLER_0000005389 - pg 30 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 269.00 | $ 241.83 | | | 99233 | N17.9, D64.9, K31.82, A41.9 | | Related |
| 11/29/2022 | 01501_KELLER_0000005389 - pg 30 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9, E871 | | Related |
| 11/30/2022 | 01501_KELLER_0000005389 - pg 30 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9, E871 | | Related |
| 12/1/2022 | 01501_KELLER_0000005389 - pg 30 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9 | | Related |
| 12/2/2022 | 01501_KELLER_0000005390 - pg 31 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9, E876 | | Related |
| 12/3/2022 | 01501_KELLER_0000005390 - pg 31 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9, E876 | | Related |
| 12/4/2022 | 01501_KELLER_0000005390 - pg 31 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9 | | Related |
| 12/5/2022 | 01501_KELLER_0000005390 - pg 31 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9, N18.5, D63.1 | | Related |
| 12/6/2022 | 01501_KELLER_0000005390 - pg 31 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9, N18.5, D63.1 | | Related |
| 12/7/2022 | 01501_KELLER_0000005390 - pg 31 | 01501_KELLER_0000000816 - 01501_KELLER_0000000838 | $ 187.00 | $ 168.30 | | | 99232 | N17.9, N18.5, D63.1 | | Related |
| 12/13/2022 | 01501_KELLER_0000005390 - 0000005391 - pgs 31 - 32 | 01501_KELLER_0000000297 - 01501_KELLER_0000000309 | $ 20.00 | $ 2.55 | | | 99072, 36415 | N18.4, D63.1 | | Related |
| 12/13/2022 | 01501_KELLER_0000005390 - 0000005391 - pgs 31 - 32 | 01501_KELLER_0000000297 - 01501_KELLER_0000000309 | $ 496.00 | $ 404.30 | | | 99215 | N18.4, D50.8, I50.20, E834.2 | | Related |
| 12/13/2022 | 01501_KELLER_0000005391 - 0000005392 - pgs 32 - 33 | 01501_KELLER_0000000297 - 01501_KELLER_0000000309 | $ 879.00 | $ 134.70 | | | 99072, 81001, 80069, 82573, 82728, 83735, 83540, 84156, 84466, 85025 | N18.4, D63.1 | | Related |
| 1/16/2023 | 01501_KELLER_0000005393 - pg 34 | 01501_KELLER_PSMMC_0000001358 - 01501_KELLER_PSMMC_0000001369 | $ 112.00 | $ 5.39 | | | 81001 | N18.4 | | Related |
| 1/18/2023 | 01501_KELLER_0000005393 - pg 34 | 01501_KELLER_PSMMC_0000001215 - 01501_KELLER_PSMMC_0000001357 | $ 26.00 | $ 4.38 | | | 82270 | N18.4 | | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2023 | 01501_KELLER_0000005393 - pg 34 | 01501_KELLER_PSMMC_0000001104 - 01501_KELLER_PSMMC_0000001119 | $ 30.00 | $ 7.28 | | | 36415, 80053, 84100, 82570, 82728, 82735, 80061, 83540, 84156, 84466, 85025, 85046 | N18.4, D63.1, K92.2, I50.20 | | Related |
| 1/30/2023 | 01501_KELLER_0000005393 - 000005395 - pgs 34 - 36 | 01501_KELLER_PSMMC_0000001104 - 01501_KELLER_PSMMC_0000001119 | $ 1,112.00 | $ 152.63 | | | | | | Related |
| 2/7/2023 | 01501_KELLER_0000005396 - pg 37 | *See Lien* | $ 30.00 | $ 7.28 | | | 36415 | N18.4 | | Related |
| 2/7/2023 | 01501_KELLER_0000005396 - pg 37 | *See Lien* | $ 530.00 | $ 364.30 | | | 99215, 99072, 80069 | I13.10, N18.4, D50.9, E834.2 | | Related |
| 2/7/2023 | 01501_KELLER_0000005396 - pg 37 | *See Lien* | $ 97.00 | $ 14.76 | | | | | | Related |
| 3/13/2023 | 01501_KELLER_0000005396 - 0000005397 - pgs 37 - 38 | 01501_KELLER_PCC_0000000309 | $ 30.00 | $ 7.28 | | | 36415, 99072, 80069, 82728, 83735, 83540, 84466, 85025 | N18.4, D63.1 | | Related |
| 3/13/2023 | 01501_KELLER_0000005397 - pg 38 | 01501_KELLER_PCC_0000000309 | $ 680.00 | $ 95.24 | | | | | | Related |
| 3/14/2023 | 01501_KELLER_0000005397 - 0000005398 pgs 38 - 39 | *See Lien* | $ 530.00 | $ 364.30 | | | 99215 | N18.5, I13.10E112.1, D50.9 | | Related |
| 4/10/2023 | 01501_KELLER_0000005398 - pg 39 | *See Lien* | $ 30.00 | $ 7.28 | | | 36415 | | | Related |
| 4/10/2023 | 01501_KELLER_0000005398 - 0000005399 - pgs 39 - 40 | *See Lien* | $ 879.00 | $ 121.80 | | | 99072, 81001, 80069, 82573, 82728, 83735, 83540, 84156, 84466, 85025 | N18.5, D50.9 | | Related |
| 4/11/2023 | 01501_KELLER_0000005399 - pg 40 | *See Lien* | $ 383.00 | $ 257.68 | | | 99214, 99072 | N18.4, I13.10, I50.20, E112.1 | | Related |
| 7/3/2023 | 01501_KELLER_0000005400 - pg 41 | 01501_KELLER_PHI_0000000269 - 01501_KELLER_PHI_0000000270 | $ 15.00 | $ 8.57 | | | 36415 | N18.4, D63.1 | | Related |
| 9/20/2023 | 01501_KELLER_0000005400 - pg 41 | 01501_KELLER_PHI_0000000226 - 01501_KELLER_PHI_0000000227 | $ 15.00 | $ 8.57 | | | 36415 | N18.5, D50.9 | | Related |
| 9/26/2023 | 01501_KELLER_0000005400 - pg 41 | *See Lien* | $ 368.00 | $ 257.68 | | | 99214 | N18.5, E112.1, I50.20, D50.9 | | Related |
| 12/4/2023 | 01501_KELLER_0000005400 - pg 41 | *See Lien* | $ 15.00 | $ 8.57 | | | 36415 | N18.5, D50.9 | | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/2023 | 01501_KELLER_0000005400 - pg 41 | *See Lien* | $ 515.00 | $ 379.92 | | | 99215 | N18.5,<br>E112.1,<br>I50.20,<br>E611 | | Related |
| 1/9/2024 | 01501_KELLER_0000005400 - pg 41 | 01501_KELLER_PHI_0000000674 -<br>01501_KELLER_PHI_0000000675 | $ 16.00 | $ 8.57 | | | 36415 | N18.5,<br>N18.4,<br>D63.1 | | Related |
| 1/29/2024 | 01501_KELLER_0000005401 - pg 42 | | $ 16.00 | $ 8.57 | | | 36415 | N18.5 | | Related |
| 7/26/2024 | 01501_KELLER_0000005401 - pg 42 | *See Lien* | $ 271.00 | $ 207.28 | | | 99215 | N19 | | Related |
| 8/28/2024 | 01501_KELLER_0000005401 - pg 42 | *See Lien* | $ 388.00 | $ 308.50 | | | 99214 | N19 | | Related |
| 3/13/2025 | 01501_KELLER_0000005401 - pg 42 | *See Lien* | $ 194.00 | $ 161.75 | | | 99214 | N19 | | Related |
| | | **Total Related** | $ 62,191.55 | $ 37,985.53 | $ - | $ - | | | | |

| **Unrelated Charges** | | | | | | |
|---|---|---|---|---|---|---|
| 12/10/2014 | | | $ 250.00 | $ 184.91 | | |
| 1/8/2015 | | | $ 250.00 | $ 184.91 | | |
| 4/3/2015 | | | $ 476.25 | $ 85.62 | | |
| 4/7/2015 | | | $ 170.00 | $ 121.84 | | |
| 6/3/2015 | | | $ 131.25 | $ 32.48 | | |
| 6/4/2015 | | | $ 170.00 | $ 121.84 | | |
| 8/31/2015 | | | $ 131.25 | $ 32.48 | | |
| 9/4/2015 | | | $ 250.00 | $ 191.66 | | |
| | | **Total** | $ 1,828.75 | $ 955.74 | $ - | $ - |

| **Duplicate Charges** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2023 | 01501_KELLER_0000005392 - pg 33 | 01501_KELLER_PCC_0000000477 -<br>01501_KELLER_PCC_0000000515 | $ 383.00 | $ 259.56 | | | 99214, G0180,<br>99072 | N18.4,<br>I25.10,<br>I50.20,<br>E834.2 | | Related | Oleksandr Selevestov,<br>MD |
| 7/31/2018 | 01501_KELLER_0000005370 - pg 11 | 01501_KELLER_0000001414 -<br>01501_KELLER_0000001420 | $ 488.33 | $ 99.31 | | | 85025, 80053,<br>81001, 83036,<br>80061 | N18.3,<br>E112.2,<br>Z78.4,<br>E785 | | Related | |

| Provider: Providence St. Joseph's BATES: 01501_KELLER_0000003977-01501_KELLER_0000004012 (36pgs) | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates # | Medical Bates # | Charges | TriWest/CCN | BCBS/Federal | Patient Payment | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 11/6/2012 | 01501_KELLER_0000003981 | 01501_KELLER_0000003969 - 01501_KELLER_0000003971 | $ 245.00 | | $ 164.70 | $ 25.00 | $ 55.30 | | | | Related |
| 6/22/2016 | 01501_KELLER_0000003989 | 01501_KELLER_PCC_0000001166 - 01501_KELLER_PCC_0000001169 | $ 251.00 | | $ 194.49 | $ 30.00 | $ 26.51 | 99214 | | | Related |
| 7/31/2018 | 01501_KELLER_0000004002 | 01501_KELLER_PCC_0000000810 - 01501_KELLER_PCC_0000000812 | $ 253.00 | | $ 197.40 | $ 30.00 | $ 25.60 | 99214 | | | Related |
| 9/14/2022 | 01501_KELLER_0000004005 | 01501_KELLER_PCC_0000000630 - 01501_KELLER_PCC_0000000636 | $ 257.00 | | $ 174.08 | $ 45.00 | $ 37.92 | 99213, 99072 | | | Related |
| 11/3/2022 | 01501_KELLER_0000003991 | 01501_KELLER_PCC_0000000589 - 01501_KELLER_PCC_0000000612 | $ 356.00 | | $ 259.56 | $ 45.00 | $ 51.44 | 99214, 99072 | | | Related |
| 1/4/2023 | 01501_KELLER_0000003988 | 01501_KELLER_PCC_0000000477 - 01501_KELLER_PCC_0000000488 | $ 150.00 | | | | $ 150.00 | 99214, 99072 | | | Related |
| 10/4/2023 | 01501_KELLER_0000003987 | 01501_KELLER_PCC_0000000015 - 01501_KELLER_PCC_0000000017 | $ 368.00 | | $ 267.68 | $ 30.00 | $ 70.32 | | | | Related |
| **Total Related** | | | $ 1,880.00 | $ - | $ 1,257.91 | $ 205.00 | $ 417.09 | | | | |

| **Unrelated Charges** | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/10/2014 | 01501_KELLER_0000003984 | | $ 250.00 | | $ 184.91 | $ 25.00 | $ 40.09 |
| 12/10/2014 | 01501_KELLER_0000003979 | | $ 250.00 | | $ 184.91 | $ 25.00 | $ 40.09 |
| 1/8/2015 | 01501_KELLER_0000003982 | | $ 250.00 | | $ 184.91 | $ 25.00 | $ 40.09 |
| 4/7/2015 | 01501_KELLER_0000003980 | | $ 170.00 | | $ 121.84 | $ 25.00 | $ 23.16 |
| 6/4/2015 | 01501_KELLER_0000003983 | | $ 170.00 | | $ 121.84 | $ 25.00 | $ 23.16 |
| 9/4/2015 | 01501_KELLER_0000003978 | | $ 250.00 | | $ 191.66 | $ 25.00 | $ 33.34 |
| 3/3/2016 | 01501_KELLER_0000004012 | | $ 251.00 | | $ 186.66 | $ 30.00 | $ 34.34 |
| 9/20/2016 | 01501_KELLER_0000004011 | | $ 639.00 | | $ 419.01 | $ 150.00 | $ 69.99 |
| 10/3/2016 | 01501_KELLER_0000004010 | | $ 251.00 | | $ 194.49 | $ 30.00 | $ 26.51 |
| 1/4/2017 | 01501_KELLER_0000004004 | | $ 171.00 | | $ 121.14 | $ 30.00 | $ 19.86 |
| 1/31/2017 | 01501_KELLER_0000004008 | | $ 171.00 | | $ 121.14 | $ 30.00 | $ 19.86 |
| 2/16/2017 | 01501_KELLER_0000004001 | | $ 171.00 | | $ 121.14 | $ 30.00 | $ 19.86 |
| 3/30/2017 | 01501_KELLER_0000004000 | | $ 252.00 | | $ 194.49 | $ 30.00 | $ 27.51 |
| 5/9/2017 | 01501_KELLER_0000003994 | | $ 252.00 | | $ 194.49 | $ 30.00 | $ 27.51 |
| 5/17/2017 | 01501_KELLER_0000004003 | | $ 252.00 | | $ 194.49 | $ 30.00 | $ 27.51 |
| 4/16/2018 | | | $ 253.00 | | $ 197.40 | $ 30.00 | $ 25.60 |
| 8/3/2022 | 01501_KELLER_0000003999 | | $ 356.00 | | $ 259.56 | $ 45.00 | $ 51.44 |
| 9/9/2022 | 01501_KELLER_0000004009 | | $ 453.00 | | $ 375.27 | $ 15.00 | $ 62.73 |
| 1/27/2023 | 01501_KELLER_0000003998 | | $ 383.00 | | $ 259.56 | $ 45.00 | $ 78.44 |
| 3/7/2023 | 01501_KELLER_0000003995 | | $ 383.00 | | $ 259.56 | $ 45.00 | $ 78.44 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/7/2023 | 01501_KELLER_0000003997 | | $ 368.00 | | $ 267.68 | $ 30.00 | $ 70.32 |
| 8/22/2023 | 01501_KELLER_0000003985 | | $ 368.00 | | $ 267.68 | $ 30.00 | $ 70.32 |
| 9/12/2023 | 01501_KELLER_0000003986 | | $ 368.00 | | $ 267.68 | $ 30.00 | $ 70.32 |
| **Total** | | | $ 6,682.00 | $ - | $ 4,891.51 | $ 810.00 | $ 980.49 |