# Exhibit 865

**NATIVE DOCUMENT**

**Please review the native document PLG-EXPERT_HACKETT-WALLACE_0000000095_CONFIDENTIAL.xlsx**

**2nd Amended Appendix for Diane Rothchild: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| **Total Charges (Private Insurance)** | $38,594.44 |
| **Total Paid (All Insurance except Medicare)** | $2,155.44 |
| **Patient Payments (Out-of-Pocket)** | $1,645.96 |
| **Payments by Insurance Source** | **Paid ($)** |
| **Healthlink HMO** | $1,279.65 |
| **BCBS** | $248.88 |
| **AARP** | $145.93 |
| **Unknown Commercial Insurance** | $447.82 |
| **CoInsurance** | $33.16 |
| **Total Paid (All Insurance except Medicare)** | $2,155.44 |
| | |
| **Medicare** | $3,720.41 |
| | |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | Healthlink HMO Paid Amount ($) | Medicare Paid Amount ($) | BCBS Paid Amount ($) | AARP Paid Amount ($) | Unknown Commercial Insurance Paid Amount ($) | CoInsurance Paid Amount ($) | Adjustments ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Washington University Physicians | 2003-2024 | 00858_ROTHCHILD_0000000806 - 00858_ROTHCHILD_0000000835 | 00858_ROTHCHILD_0000000345; 00858_ROTHCHILD_0000000339 - 00858_ROTHCHILD_0000000341; 00858_ROTHCHILD_0000000335 - 00858_ROTHCHILD_0000000338; 00858_ROTHCHILD_0000000332 - 00858_ROTHCHILD_0000000334; 00858_ROTHCHILD_0000000317 - 00858_ROTHCHILD_0000000320; 00858_ROTHCHILD_0000000304 - 00858_ROTHCHILD_0000000307; 00858_ROTHCHILD_0000000125 - 00858_ROTHCHILD_0000000126; 00858_ROTHCHILD_0000000368 - 00858_ROTHCHILD_0000000370; 00858_ROTHCHILD_0000000128 - 00858_ROTHCHILD_0000000129; 00858_ROTHCHILD_0000000132 - 00858_ROTHCHILD_0000000133; 00858_ROTHCHILD_0000000442 - 00858_ROTHCHILD_0000000444; 00858_ROTHCHILD_0000000134 - 00858_ROTHCHILD_0000000135; 00858_ROTHCHILD_0000000485 - 00858_ROTHCHILD_0000000490; 00858_ROTHCHILD_0000000116 - 00858_ROTHCHILD_0000000124; 00858_ROTHCHILD_0000001399 - 00858_ROTHCHILD_0000001405; 00858_ROTHCHILD_0000001427 - 00858_ROTHCHILD_0000001433 | $7,592.00 | $621.61 | $1,279.65 | $1,851.09 | $118.53 | $145.93 | $0.00 | $0.00 | $3,250.19 | $325.00 |
| CVS Pharmacy | 2008-2009, 2020 | 00858_ROTHCHILD_0000001472 - 00858_ROTHCHILD_0000001484 | 00858_ROTHCHILD_0000001472 - 00858_ROTHCHILD_0000001484 | $924.29 | $924.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Walgreens Pharmacy | 2008 - 2009, 2020 | 00858_ROTHCHILD_0000001496 - 00858_ROTHCHILD_0000001529 | 00858_ROTHCHILD_0000001496 - 00858_ROTHCHILD_0000001529 | $315.67 | $65.28 | | | | | | | | $250.39 |
| St. Lukes Hospital | 2018, 2021, 2022 | 00858_ROTHCHILD_0000001558 - 00858_ROTHCHILD_0000001701 | 00858_ROTHCHILD_0000001012 - 00858_ROTHCHILD_0000001013; 00858_ROTHCHILD_0000001010 - 00858_ROTHCHILD_0000001011; 00858_ROTHCHILD_0000001003 - 00858_ROTHCHILD_0000001009; 00858_ROTHCHILD_0000000893 - 00858_ROTHCHILD_0000000904; 00858_ROTHCHILD_0000000879 - 00858_ROTHCHILD_0000000885 | $27,812.48 | $34.78 | | $1,869.32 | $130.35 | | $316.15 | | $30,268.88 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Barnes-Jewish Hospital | 2018, 2022 | 00858_ROTHCHILD_BJH_0000000001 - 00858_ROTHCHILD_BJH_0000000045 | 00858_ROTHCHILD_0000000368 - 00858_ROTHCHILD_0000000370; 00858_ROTHCHILD_0000000442 - 00858_ROTHCHILD_0000000444 | $1,950.00 | | | | | | $131.67 | $33.16 | $1,784.24 | |
| | | | **Totals:** | **$38,594.44** | **$1,645.96** | **$1,279.65** | **$3,720.41** | **$248.88** | **$145.93** | **$447.82** | **$33.16** | **$35,303.31** | **$575.39** |

| Washington University Physicians00858_ROTHCHILD_0000000806- 00858_ROTHCHILD_0000000835 (30 pgs) | | | | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates | Medical Bates | Charges | Healthlink HMO | Medicare | BCBS | AARP | Patient | Write Off | Unverified Balance | CPT | Dx | Notes | Auditor's Determinations |
| 9/3/2003 | 00858_ROTHCHILD_0000000808 | *See billing records* | $ 130.00 | $ 65.78 | | | | $ 15.00 | $ 49.22 | $ - | 99214 | 332.0, 331.1 | | Related |
| 7/28/2004 | 00858_ROTHCHILD_0000000809 | *See billing records* | $ 95.00 | $ 40.96 | | | | $ 15.00 | $ 39.04 | $ - | 99213 | 332.0, 333.0 | | Related |
| 7/27/2005 | 00858_ROTHCHILD_0000000810 | *See billing records* | $ 130.00 | $ 75.08 | | | | $ 15.00 | $ 39.92 | $ - | 99214 | 332.0, 333.0 | | Related |
| 8/9/2006 | 00858_ROTHCHILD_0000000810 | *See billing records* | $ 95.00 | $ 41.44 | | | | $ 20.00 | $ 33.56 | $ - | 99213 | 333.1, 332.0 | | Related |
| 8/8/2007 | 00858_ROTHCHILD_0000000811 | *See billing records* | $ 95.00 | $ 43.33 | | | | | $ 51.67 | $ - | 99213 | 333.1 | | Related |
| 8/13/2008 | 00858_ROTHCHILD_0000000811 | *See billing records* | $ 150.00 | $ 122.45 | | | | $ 20.00 | $ 7.55 | $ - | 99214 | 333.1 | | Related |
| 8/12/2009 | 00858_ROTHCHILD_0000000812 | *See billing records* | $ 150.00 | $ 121.74 | | | | $ 20.00 | $ 8.26 | $ - | 99214 | 333.1 | | Related |
| 1/13/2010 | 00858_ROTHCHILD_0000000813 | *See billing records* | $ 210.00 | $ 190.00 | | | | $ 20.00 | | $ - | 99215 | 333.1 | | Related |
| 3/31/2010 | 00858_ROTHCHILD_0000000813 | *See billing records* | $ 95.00 | $ 72.03 | | | | $ 20.00 | $ 2.97 | $ - | 99213 | 333.1 | | Related |
| 5/26/2010 | 00858_ROTHCHILD_0000000814 | *See billing records* | $ 150.00 | $ 129.46 | | | | $ 20.00 | $ 0.54 | $ - | 99214 | 332.0 | | Related |
| 9/29/2010 | 00858_ROTHCHILD_0000000814 | *See billing records* | $ 160.00 | $ 129.46 | | | | $ 20.00 | $ 10.54 | $ - | 99214 | 332.0 | | Related |
| 6/8/2011 | 0858_ROTHCHILD_0000000815 | *See billing records* | $ 160.00 | $ 123.96 | | | | $ 30.00 | $ 6.04 | $ - | 99214 | 332.0 | | Related |
| 12/14/2011 | 0858_ROTHCHILD_0000000816 | *See billing records* | $ 170.00 | $ 123.96 | | | | $ 30.00 | $ 16.04 | $ - | 99214 | 332.0 | | Related |
| 6/20/2012 | 0858_ROTHCHILD_0000000816 | *See billing records* | $ 170.00 | | $ 82.06 | | | $ 87.94 | | $ - | 99214 | 332.0 | | Related |
| 5/15/2013 | 00858_ROTHCHILD_0000000817 | 00858_ROTHCHILD_0000000345 | $ 170.00 | | $ 84.13 | | | $ 21.03 | $ 64.84 | $ - | 99214 | 333.1, 332.0 | | Related |
| 5/28/2014 | 0858_ROTHCHILD_0000000818 | 00858_ROTHCHILD_0000000339 -<br>ROTHCHILD_0000000341 | $ 170.00 | | $ 84.78 | | | $ 21.19 | $ 64.03 | $ - | 99214 | 332.0 | | Related |
| 7/22/2015 | 00858_ROTHCHILD_0000000819 | 00858_ROTHCHILD_0000000335 -<br>ROTHCHILD_0000000338 | $ 170.00 | | $ 85.33 | | | $ 21.33 | $ 63.34 | $ - | 99214 | 332.0 | | Related |
| 1/22/2016 | 00858_ROTHCHILD_0000000820 | 00858_ROTHCHILD_0000000332 -<br>ROTHCHILD_00000003334 | $ 170.00 | | $ 79.96 | | | $ 90.04 | | $ - | 99214 | Z86.59, R53.82, R41.3,<br>G20 | | Related |
| 7/27/2016 | 00858_ROTHCHILD_0000000821 | 00858_ROTHCHILD_0000000317 -<br>0000000320 | $ 374.00 | | $ 147.31 | | | $ 36.83 | $ 189.86 | $ - | 99214 | G20, F32.9 | | Related |
| 8/16/2017 | 00858_ROTHCHILD_0000000823 | 00858_ROTHCHILD_000304 - 000307 | $ 374.00 | | $ 147.61 | | | $ 36.91 | $ 189.48 | $ - | 99214 | G25.2, G20 | | Related |
| 8/28/2017 | 00858_ROTHCHILD_0000000826 | 00858_ROTHCHILD_0000000304 - 000307 | $ 196.00 | | $ 85.34 | | | $ 21.34 | $ 89.32 | $ - | 99214 | G62.9, G20, M20.21,<br>M20.22 | | Related |
| 9/5/2018 | 00858_ROTHCHILD_0000000828 | 00858_ROTHCHILD_000125 - 000126 | $ 325.00 | | $ 84.28 | $ 21.50 | | | $ 219.22 | $ - | 99214 | | Assessments:<br>9/5/2018 1:00PM<br>1. essential tremor: She has had postural tremor years before the<br>parkinsonism and this still responds to<br>primidone and she does not want to reduce this. That is reasonable since<br>they still helps without major side<br>effects.<br>2. idiopathic Parkinson disease: She has very mild stage 2 PO when ON with<br>excellent response to levodopa<br>and only asymptomatic dyskinesias/dystonia (including the left foot by<br>history). She remains cognitively intact.<br>She has minimal wearing off and it is reasonable to continue the same dose<br>for now. She does have end of<br>dose dystonia in the feet and this may or may not related to whether she<br>takes a dose of levodopa in the<br>evening -- she will check this since she has not been consistent in taking<br>that dose. | Related |
| 11/30/2018 | 00858_ROTHCHILD_0000000828 | 00858_ROTHCHILD_000368 - 000370 | $ 132.00 | | $ 57.07 | $ 14.56 | | | $ 60.37 | $ - | 99213 | | Diane L Rothchild presents to the Orthopedic Injury Clinic today due to Pain<br>of the R ig ht Lower Leg<br>. Diane is 71 yo F with a h/o osteoporosis on Reclast, as well as Parkinson's<br>disease who presents with right<br>lower extremity pain. She reports on Monday she was on a step stool, lost<br>her balance and fell off the stool<br>landed on her right lower leg. | Related |
| 11/30/2018 | 00858_ROTHCHILD_0000000828 | 00858_ROTHCHILD_000368 - 000370 | $ 40.00 | | $ - | $ - | | $ 40.00 | | $ - | | | | |
| 11/30/2018 | 00858_ROTHCHILD_0000000829 | 00858_ROTHCHILD_000368 - 000370 | $ 59.00 | | $ 6.72 | $ 1.71 | | | $ 50.57 | $ - | 73630 | | | Related |
| 11/30/2018 | 00858_ROTHCHILD_0000000829 | 00858_ROTHCHILD_000368 - 000370 | $ 45.00 | | $ 7.00 | $ 1.78 | | | $ 36.22 | $ - | 73610 | | | Related |
| 9/11/2019 | 00858_ROTHCHILD_0000000829 | 00858_ROTHCHILD_000128 - 000129 | $ 325.00 | | $ 86.35 | $ 21.66 | | | $ 216.99 | $ - | 99214 | | Assessments:<br>1. idiopathic Parkinson disease: She continues to have very mild stage 2 PO<br>with excellent response to<br>levodopa. | Related |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2019 | 00858_ROTHCHILD_0000000829 | 00858_ROTHCHILD_000128 - 000129 | $ 112.00 | | $ 29.79 | $ 7.74 | | | $ 74.47 | $ - | 96138 | | | |
| 5/5/2021 | 00858_ROTHCHILD_0000000829 | 00858_ROTHCHILD_0000000207 - 00858_ROTHCHILD_0000000216 | $ 120.00 | | $ 97.32 | $ 24.00 | | | $ (1.32) | $ - | 99443 | | | |
| 2/25/2022 | 00858_ROTHCHILD_0000000832 | 00858_ROTHCHILD_000442 - 000444 | $ 235.00 | | $ 104.22 | $ 25.58 | | | $ 105.20 | $ - | 99214, 72110, 72220 | | Diane L Rothchild is a 74 y.o. who presents to the orthopedic injury clinic with acute low back and posterior pelvic pain. She describes a fall on 2/10/2022. She has Parkinson's and describes a ground level fall, landing on her buttocks. | Related |
| 3/3/2022 | 00858_ROTHCHILD_0000000832 | 00858_ROTHCHILD_0000000446 - 00858_ROTHCHILD_0000000447; | $ 371.00 | | $ 42.72 | $ - | $ 10.49 | | $ 317.79 | $ - | 72192 | | | Related |
| 7/27/2022 | 00858_ROTHCHILD_0000000832 | 00858_ROTHCHILD_0000000227 - 00858_ROTHCHILD_0000000239 | $ 435.00 | | $ 144.06 | $ - | $ 36.07 | | $ 254.87 | $ - | 99215 | | HPI: Since last visit in 512021 symptoms are have continued to gradually progress, specifically her tremor (left- side), handwriting (smaller and messier, confounded by pain in the hands with arthritis), and a bit worse balance. | Related |
| 7/27/2022 | 00858_ROTHCHILD_0000000833 | 00858_ROTHCHILD_0000000227 - 00858_ROTHCHILD_0000000239 | $ 96.00 | | $ 26.18 | $ - | $ 6.26 | | $ 63.56 | $ - | | | | Related |
| 8/11/2022 | 0858_ROTHCHILD_0000000833 | 00858_ROTHCHILD_000485 - 000490 | $ 185.00 | | $ 79.75 | $ - | $ 20.34 | | $ 84.91 | $ - | 97163 | | OT visit and services related to Parkinson'S Disease | Related |
| 8/11/2022 | 0858_ROTHCHILD_0000000833 | 00858_ROTHCHILD_000485 - 000490 | $ 70.00 | | $ 19.31 | $ - | $ 4.93 | | $ 45.76 | $ - | 97535 | | OT visit and services related to Parkinson'S Disease | Related |
| 9/13/2023 | 0858_ROTHCHILD_0000000833 | 00858_ROTHCHILD_000116 - 000124 | $ 435.00 | | $ 113.42 | $ - | $ 28.29 | | $ 293.29 | $ - | 99215 | | Assessment & Plan: She has stage 2 PO with resting tre mor and balance difficulties, and a long-standing history of action and postural tremor (>20 years, initially called essential tremor). | Related |
| 9/13/2023 | 00858_ROTHCHILD_0000000834 | 00858_ROTHCHILD_000116 - 000124 | $ 226.00 | | $ 50.92 | $ - | $ 12.70 | | $ 162.38 | $ - | G2212 | | Add-on complexity code to the service above, related. | |
| 4/1/2024 | 00858_ROTHCHILD_0000000834 | 00858_ROTHCHILD_0000001399 - 001405 | $ 325.00 | | $ 83.66 | $ - | $ 21.30 | | $ 220.04 | $ - | 99214 | | HPI: Mrs. Rothchild presented for a follow up. She had gait freezing and shuffling. The gait freezing started after her visit with Dr. Perlmutter on 09/13/2023. She did not notice gait freezing prior. She had falls and near falls due to imbalance. | Related |
| 4/1/2024 | 00858_ROTHCHILD_0000000834 | 00858_ROTHCHILD_0000001399 - 001405 | $ 147.00 | | $ 21.80 | $ - | $ 5.55 | | $ 119.65 | $ - | 96138 | | Psych/neuro testing related to patient's Parkinson's Disease. | Related |
| 5/29/2024 | 00858_ROTHCHILD_0000000835 | 00858_ROTHCHILD_0000001427 - 001433 | $ 325.00 | | | | | | | $ 325.00 | 99214 | | HPI: Mrs. Rothchild presented for a follow up. She was about the same since her last visit here on 4/1/24. She had PT and completed her session 05/17 and had improved gait freezing. She still had some imbalance with near falls and no falls to the ground. | Related |
| Related | | | $ 7,592.00 | $ 1,279.65 | $ 1,851.09 | $ 118.53 | $ 145.93 | $ 621.61 | $ 3,250.19 | $ 325.00 | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unrelated | | | | | | | | | | |
| 8/10/2017 | 00858_ROTHCHILD_0000000808 | | $ 118.00 | | $ 13.64 | | | $ 3.42 | $ 100.94 | $ - |
| 8/10/2017 | 00858_ROTHCHILD_0000000808 | | $ 417.00 | | $ 54.89 | | | $ 13.72 | $ 348.39 | $ - |
| 8/10/2017 | 00858_ROTHCHILD_0000000808 | | $ 198.00 | | | | | | $ 198.00 | $ - |
| 8/10/2017 | 00858_ROTHCHILD_0000000808 | | $ 196.00 | | $ 72.54 | | | $ 105.32 | $ 18.14 | $ - |
| 5/20/2021 | 00858_ROTHCHILD_0000000830 | | $ 375.00 | | $ 132.71 | $ 33.47 | | | $ 208.82 | $ - |
| 5/20/2021 | 00858_ROTHCHILD_0000000830 | | $ 170.00 | | $ 79.08 | $ - | | | $ 90.92 | $ - |
| 5/20/2021 | 00858_ROTHCHILD_0000000831 | | $ 65.00 | | $ 8.12 | $ 2.00 | | | $ 54.88 | $ - |
| 5/20/2021 | 00858_ROTHCHILD_0000000831 | | $ 92.00 | | $ 10.37 | $ 2.56 | | | $ 79.07 | $ - |
| 2/25/2022 | 00858_ROTHCHILD_0000000831 | | $ 92.00 | | $ 10.14 | $ 2.54 | | | $ 79.32 | $ - |
| 2/25/2022 | 00858_ROTHCHILD_0000000832 | | $ 54.00 | | $ 6.84 | $ 1.71 | | | $ 45.45 | $ - |
| Unrelated | | | $ 1,298.00 | $ 449.41 | $ 186.93 | $ 47.45 | $ - | $ 140.00 | $ 474.21 | $ - |

| CVS Pharmacy00858_ROTHCHILD_0000001472- 00858_ROTHCHILD_0000001484 (13 pgs) | | | | | | | | Auditor's Notes | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates | Charges | Patient | Write Off | Unverified Balance | Note | Prescriber | Auditor Notes | Auditor's Determinations |
| 10/16/2017 | 00858_ROTHCHILD_0000001480 | $ 33.00 | $ 33.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 2/9/2018 | 00858_ROTHCHILD_0000001480 | $ 102.17 | $ 102.17 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 6/24/2018 | 00858_ROTHCHILD_0000001480 | $ 15.00 | $ 15.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 10/14/2018 | 00858_ROTHCHILD_0000001481 | $ 15.00 | $ 15.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 1/9/2019 | 00858_ROTHCHILD_0000001482 | $ 72.92 | $ 72.92 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 3/31/2019 | 00858_ROTHCHILD_0000001482 | $ 84.94 | $ 84.94 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 7/5/2019 | 00858_ROTHCHILD_0000001482 | $ 58.70 | $ 58.70 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 9/23/2019 | 00858_ROTHCHILD_0000001482 | $ 9.00 | $ 9.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 1/9/2020 | 00858_ROTHCHILD_0000001482 | $ 64.26 | $ 64.26 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 4/10/2020 | 00858_ROTHCHILD_0000001483 | $ 6.00 | $ 6.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 7/11/2020 | 00858_ROTHCHILD_0000001476 | $ 6.00 | $ 6.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 1/4/2021 | 00858_ROTHCHILD_0000001476 | $ 6.00 | $ 6.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 4/17/2021 | 00858_ROTHCHILD_0000001476 | $ 6.00 | $ 6.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/27/2021 | 00858_ROTHCHILD_0000001476 | $ 78.92 | $ 78.92 | | $ - | Carb/Levo | Hwang, Helen | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 6/25/2021 | 00858_ROTHCHILD_0000001476 | $ 6.00 | $ 6.00 | | $ - | Carb/Levo | Hwang, Helen | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 12/28/2021 | 00858_ROTHCHILD_0000001477 | $ 6.00 | $ 6.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 4/18/2022 | 00858_ROTHCHILD_0000001477 | $ 60.00 | $ 60.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 8/29/2022 | 00858_ROTHCHILD_0000001477 | $ 60.00 | $ 60.00 | | $ - | Carb/Levo | Perlmutter, Joel | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 11/11/2022 | 00858_ROTHCHILD_0000001478 | $ 60.00 | $ 60.00 | | $ - | Carb/Levo | Heuerman, Rob | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 1/26/2023 | 00858_ROTHCHILD_0000001478 | $ 174.38 | $ 174.38 | | $ - | Carb/Levo | Heuerman, Rob | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| TOTAL | | $ 924.29 | $ 924.29 | $ - | $ - | | | | |

| Walgreens Pharmacy00858_ROTHCHILD_0000001496- 00858_ROTHCHILD_0000001529 (34 pgs) | | | | | | | | | Auditor's Notes | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates | Charges | Patient | Write Off | Unverified Balance | Note | Prescriber | Dispensed | Auditor Notes | Auditor's Determinations |
| 9/24/2008 | 00858_ROTHCHILD_0000001529 | $ 30.09 | $ 14.82 | | $ 15.27 | Carb/Levo | Perlmutter, Joel | 180 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 12/15/2008 | 00858_ROTHCHILD_0000001528 - 0858_ROTHCHILD_0000001529 | $ 30.09 | $ 14.82 | | $ 15.27 | Carb/Levo | Perlmutter, Joel | 180 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 2/25/2009 | 00858_ROTHCHILD_0000001528 - 0858_ROTHCHILD_0000001529 | $ 30.09 | $ 14.82 | | $ 15.27 | Carb/Levo | Perlmutter, Joel | 180 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 6/28/2009 | 00858_ROTHCHILD_0000001528 - 0858_ROTHCHILD_0000001529 | $ 30.09 | $ 14.82 | | $ 15.27 | Carb/Levo | Perlmutter, Joel | 180 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| 9/5/2020 | 00858_ROTHCHILD_0000001502 | $ 195.31 | $ 6.00 | | $ 189.31 | Carb/Levo | Perlmutter, Joel | 1440 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| TOTAL | | $ 315.67 | $ 65.28 | $ - | $ 250.39 | | | | | |

| St. Lukes Hosp00858_ROTHCHILD_0000001558- 00858_ROTHCHILD_0000001701 (144 pgs) | | | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates | Medical Bates | Charges | Unk Commercial Insurance | Medicare | BCBS | Patient | Write Off | Unverified Balance | CPT | Dx | Notes | Auditor's Determinations |
| 1/15/2018 | 00858_ROTHCHILD_0000001685 | *See billing records* | $ 2,942.90 | | $ 171.31 | $ 43.71 | | $ 2,727.88 | $ - | | | | Ordered by treating provider |
| 1/18/2018 | 00858_ROTHCHILD_0000001686 | *See billing records* | $ 2,759.30 | | $ 171.31 | $ 43.71 | | $ 2,544.28 | $ - | | | | Ordered by treating provider |
| 1/23/2018 | 00858_ROTHCHILD_0000001687 | *See billing records* | $ 1,689.90 | | $ 84.41 | $ 21.54 | | $ 1,583.95 | $ - | | | | Ordered by treating provider |
| 1/25/2018 | 00858_ROTHCHILD_0000001688 | 00858_ROTHCHILD_0000001012 - 00858_ROTHCHILD_0000001013 | $ 154.50 | | $ 83.84 | $ 21.39 | | $ 49.27 | $ - | | | | Related |
| 1/27/2018 | 00858_ROTHCHILD_0000001689 | 00858_ROTHCHILD_0000001010 - 00858_ROTHCHILD_0000001011 | $ 347.80 | | $ 22.57 | | | $ 325.23 | $ - | | | | Ordered by treating provider |
| 1/30/2018 | 00858_ROTHCHILD_0000001690 | 00858_ROTHCHILD_0000001003 - 00858_ROTHCHILD_0000001009 | $ 11,541.44 | | $ 71.33 | | | $ 11,470.11 | $ - | | | | Ordered by treating provider |
| 8/11/2021 | 00858_ROTHCHILD_0000001585 - 00858_ROTHCHILD_0000001586 | 00858_ROTHCHILD_0000000893 - 00858_ROTHCHILD_0000000904 | $ 5,433.74 | $ 198.17 | $ 792.63 | | $ 34.78 | $ 4,408.16 | $ - | | | | Related |
| 3/9/2022 | 00858_ROTHCHILD_0000001592 | 00858_ROTHCHILD_0000000879 - 00858_ROTHCHILD_0000000885 | $ 2,942.90 | $ 117.98 | $ 471.92 | | | $ 7,160.00 | $ 4,807.00 | | | | Ordered by treating provider; Conceded to Dr. Hasan determination. |
| Related | | | $ 27,812.48 | $ 316.15 | $ 1,869.32 | $ 130.35 | $ 34.78 | $ 30,268.88 | $ 4,807.00 | | | | |

| Unrelated | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/30/2012 | | | | | | | | | |
| 5/8/2012-05/29/2012 | | | | | | | | | |
| 6/8/2012 | | | | | | | | | |
| 9/17/2012 | | | | | | | | | |
| 10/19/2012 | | | | | | | | | |
| 11/1/2012 | | | | | | | | | |
| 11/26/2012 | | | | | | | | | |
| 2/12/2013 | | | | | | | | | |
| 2/19/2013 | | | | | | | | | |
| 2/20/2013 | | | | | | | | | |
| 2/25/2013 | | | | | | | | | |
| 03/06/2013-04/02/2013 | | | | | | | | | |
| 4/3/2013 | | | | | | | | | |
| 4/4/2013 | | | | | | | | | |
| 4/8/2013 | | | | | | | | | |
| 4/24/2013 | | | | | | | | | |
| 5/23/2013 | | | | | | | | | |
| 6/3/2013-07/01/2013 | | | | | | | | | |
| 07/08/2013-07/11/2013 | | | | | | | | | |
| 7/19/2013 | | | | | | | | | |
| 8/6/2013 | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/8/2013 | | | | | | | | | |
| 8/12/2013 | | | | | | | | | |
| 10/8/2013 | | | | | | | | | |
| 10/18/2013 | | | | | | | | | |
| 11/18/2013- 12/16/2013 | | | | | | | | | |
| 11/27/2013 | | | | | | | | | |
| 12/9/2013 | | | | | | | | | |
| 12/26/2013 | | | | | | | | | |
| 1/20/2014- 02/13/2014 | | | | | | | | | |
| 2/10/2014 | | | | | | | | | |
| 3/27/2014 | | | | | | | | | |
| 3/28/2014 | | | | | | | | | |
| 4/3/2014 | | | | | | | | | |
| 4/3/2014 | | | | | | | | | |
| 4/21/2014 | | | | | | | | | |
| 5/5/2014 | | | | | | | | | |
| 5/21/2014 | | | | | | | | | |
| 6/30/2014 | | | | | | | | | |
| 7/10/2014 | | | | | | | | | |
| 8/15/2014 | | | | | | | | | |
| 9/29/2014 | | | | | | | | | |
| 1/23/2015 | | | | | | | | | |
| 2/19/2015 | | | | | | | | | |
| 3/16/2015 | | | | | | | | | |
| 4/20/2015 | | | | | | | | | |
| 5/4/2015 | | | | | | | | | |
| 5/18/2015 | | | | | | | | | |
| 5/22/2015 | | | | | | | | | |
| 5/29/2015 | | | | | | | | | |
| 6/5/2015 | | | | | | | | | |
| 7/30/2015 | | | | | | | | | |
| 8/10/2015-08/28/2015 | | | | | | | | | |
| 8/13/2015 | | | | | | | | | |
| 10/30/2015 | | | | | | | | | |
| 1/29/2016 | | | | | | | | | |
| 2/15/2016 | | | | | | | | | |
| 4/18/2016 | | | | | | | | | |
| 4/28/2016 | | | | | | | | | |
| 6/9/2016 | | | | | | | | | |
| 8/19/2016 | | | | | | | | | |
| 3/20/2018 | | | | | | | | | |
| 3/29/2018 | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/2/2018 | | | | | | | | | |
| 5/11/2018 | | | | | | | | | |
| 7/17/2018 | | | | | | | | | |
| 9/11/2018 | | | | | | | | | |
| 9/26/2018 | | | | | | | | | |
| 9/28/2018 | | | | | | | | | |
| 1/14/2020 | | | | | | | | | |
| 5/29/2020 | | | | | | | | | |
| 6/3/2020 | | | | | | | | | |
| 10/13/2020 | | | | | | | | | |
| 10/22/2020 | | | | | | | | | |
| 11/3/2020 | | | | | | | | | |
| 11/11/2020 | | | | | | | | | |
| 1/22/2021 | | | | | | | | | |
| 2/25/2021 | | | | | | | | | |
| 3/10/2021 | | | | | | | | | |
| 3/31/2021 | | | | | | | | | |
| 4/12/2021 | | | | | | | | | |
| 4/19/2021 | | | | | | | | | |
| 5/19/2021 | | | | | | | | | |
| 5/25/2021 | | | | | | | | | |
| 6/23/2021 | | | | | | | | | |
| 6/30/2021 | | | | | | | | | |
| 7/19/2021 | | | | | | | | | |
| 10/19/2021 | | | | | | | | | |
| 11/10/2021 | | | | | | | | | |
| 11/10/2021 | | | | | | | | | |
| 11/11/2021 | | | | | | | | | |
| 4/25/2022 | | | | | | | | | |
| 5/23/2022 | | | | | | | | | |
| 9/9/2022 | | | | | | | | | |
| 11/8/2022 | | | | | | | | | |
| 11/10/2022 | | | | | | | | | |
| 12/6/2022 | | | | | | | | | |
| 2/3/2023 | | | | | | | | | |
| 5/8/2023 | | | | | | | | | |
| 5/22/2023 | | | | | | | | | |
| 7/12/2023 | | | | | | | | | |
| 7/13/2023 | | | | | | | | | |
| 11/13/2013 | | | | | | | | | |
| 1/8/2024 | | | | | | | | | |
| 1/9/2024 | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2/2/2024 | | | | | | | | | |
| 4/24/2024 | | | | | | | | | |

| Barnes-Jewish Hosp.00858_ROTHCHILD_BJH_0000000001- 00858_ROTHCHILD_BJH_0000000045 (45 pgs) | | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates | Medical Bates | Charges | Unknown Insurance | Co-insurance Transfer | Fed Adjustment | Patient | Write Off | CPT | Dx | Notes | Auditor's Determinations |
| 11/30/2018 | 00858_ROTHCHILD_BJH_0000000003 | 00858_ROTHCHILD_0000000368 - 00858_ROTHCHILD_0000000370 | $ 1,022.00 | $ 45.81 | $ 11.69 | $ 0.93 | | $ 963.57 | | | | Related |
| 2/25/2022 | 00858_ROTHCHILD_BJH_0000000006 | 00858_ROTHCHILD_0000000442 - 00858_ROTHCHILD_0000000444 | $ 928.00 | $ 85.86 | $ 21.47 | | | $ 820.67 | | | | Related |
| | | Related | $ 1,950.00 | $ 131.67 | $ 33.16 | $ 0.93 | $ - | $ 1,784.24 | | | | |

| Unrelated | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/13/1999 | 00858_ROTHCHILD_BJH_0000000003 | | $ 206.00 | $ - | $ - | $ - | $ - | $ 206.00 |
| 8/10/2017 | 00858_ROTHCHILD_BJH_0000000007 | | $ 892.00 | $ 44.07 | $ 11.25 | $ 0.90 | | $ 835.78 |
| 5/20/2021 | 00858_ROTHCHILD_BJH_0000000004 - 000000005 | | $ 924.00 | | $ 80.87 | | $ 20.23 | $ 822.90 |