# Exhibit 866

# NATIVE DOCUMENT

## Please review the native document PLG-EXPERT_HACKETT-WALLACE_0000000049_CONFIDENTIAL.xlsx

## 1st Amended Appendix for Richard Sparks: Master Totals + Past Medical Billing Summary

### Master Totals

| Category | Total ($) |
|---|---|
| Total Charges (All Providers) | $36,602.89 |
| Total Paid (Insurance Only) | $9,045.15 |
| Patient Payments (Out-of-Pocket) | $1,384.15 |
| | |
| **Payments by Insurance Source** | **Paid ($)** |
| Anthem Federal BCBS | $8,867.22 |
| Co-Insurance | $177.93 |
| Total Paid (Insurance Only) | $9,045.15 |

### Past Medical Billing Summary

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Total Charges ($) | Patient Payments ($) | Anthem Federal BCBS Paid Amount ($) | Co-Insurance Paid Amount ($) | Adjustments ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| UNC Health | 2014-2018, 2024 | 00682_SPARKS_0000006655 - 00682_SPARKS_0000006670 | 0682_SPARKS_0000007193 - 0682_SPARKS_0000007196; 00682_SPARKS_0000007160 - 00682_SPARKS_0000007167; 00682_SPARKS_0000007176; 00682_SPARKS_0000007143 - 00682_SPARKS_0000007145; 00682_SPARKS_0000007121- 00682_SPARKS_0000007125; 00682_SPARKS_0000007073 - 0682_SPARKS_0000007080; 00682_SPARKS_0000006992 - 00682_SPARKS_0000006994; 00682_SPARKS_0000006907- 00682_SPARKS_0000006914; 00682_SPARKS_0000006866 - 00682_SPARKS_0000006871; 00682_SPARKS_0000006772 - 00682_SPARKS_0000006778; 00682_SPARKS_0000006711 - 00682_SPARKS_0000006718; 00682_SPARKS_0000006852 | $29,567.96 | $480.00 | $8,867.22 | $177.93 | $19,948.72 | $274.09 |
| Walgreens | 2014-2018 | 00682_SPARKS_0000006671 - 00682_SPARKS_0000006706 | 00682_SPARKS_0000006671 - 00682_SPARKS_0000006706 | $7,034.93 | $904.15 | $0.00 | $0.00 | $0.00 | $6,379.08 |
| | | | **Totals:** | **$36,602.89** | **$1,384.15** | **$8,867.22** | **$177.93** | **$19,948.72** | **$6,653.17** |

| UCHeatlh Neurosciences Center - Anschutz Medical Campus - 00682_SPARKS_0000006655- 00682_SPARKS_0000006670 (16 pgs) | | | | | | | | | Auditor Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates | Medical Bates | Charges | Anthem Federal BCBS | Co-Insurance | Patient | Write Off | Unverified Balance | CPT | Dx | Notes | Auditor's Determinations |
| 1/2/2014 | 00682_SPARKS_0000006667 | 0682_SPARKS_0000007193 - 0682_SPARKS_0000007196 | $ 126.18 | | | | $ 126.18 | | 99213 | | Parkinson disease (HC CODE) (primary)<br>· Resting tremo | Related |
| 2/11/2014 | 00682_SPARKS_0000006668 | 00682_SPARKS_0000007160 - 00682_SPARKS_000000716 | $ 126.18 | | | | $ 126.18 | | 99213 | | Parkinson's Disease Follow up | Related |
| 1/10/2014 | 00682_SPARKS_0000006669 | 00682_SPARKS_0000007176 | $ 5,097.08 | $ 679.94 | $ 7.25 | $ 150.00 | $ 4,259.89 | | A9577, 70553 | | Parkinson disease (HC CODE) | Related |
| 11/6/2014 | 00682_SPARKS_0000006670 | 00682_SPARKS_0000007143 - 00682_SPARKS_0000007145 | $ 175.00 | | | | $ 175.00 | | 99214 | | Parkinson disease (HC CODE) (primary) | Related |
| 6/5/2015 | 00682_SPARKS_0000006657 | 00682_SPARKS_0000007121 - 007125 | $ 126.18 | | | | $ 126.18 | | 99213 | | Parkinson disease (HC CODE) (primary)<br>· Resting tremor<br>· Dizziness<br>· Fatigue | Related |
| 10/26/2015 | 00682_SPARKS_0000006658 | 00682_SPARKS_0000007073 - 0682_SPARKS_0000007080 | $ 126.18 | | | | $ 126.18 | | 99213 | | Parkinson disease (HC CODE) (primary)<br>· Resting tremor<br>· Mild cognitive impairment<br>· Dizziness | Related |
| 5/5/2016 | 00682_SPARKS_0000006659 | 00682_SPARKS_0000006992 - 00682_SPARKS_0000006994 | $ 1,880.93 | $ 651.67 | | | $ 1,229.26 | | 36415, 80053, 82248, 82607, 83090, 83921, 99214 | | Parkinson disease (HC CODE) (primary)<br>· Tremor<br>· REM sleep behavior disorder | Related |
| 11/29/2017 | 00682_SPARKS_0000006661 | 00682_SPARKS_0000006907 - 00682_SPARKS_0000006914 | $ 1,847.43 | $ 477.19 | | | $ 1,370.24 | | 82306, 82607, 83090, 83921, 99212 | | Parkinson disease (HC CODE) (primary)<br>· Motor fluctuations related to medication use in Parkinson's disease (HC CODE)<br>· Insomnia due to medical condition<br>· Reactive depression<br>· Chronic fatigue<br>· Impairment of balance<br>· REM sleep behavior disorder<br>· Dizziness<br>· Mild cognitive impairment | Related |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/2018 | 00682_SPARKS_0000006662 | 00682_SPARKS_0000006866 - 006871 | $ 140.82 | | | | $ 140.82 | | 99213 | | Mild cognitive impairment (primary)<br>· Motor fluctuations related to medication use in Parkinson's disease (HC CODE)<br>· Parkinson disease (HC CODE)<br>· Chronic fatigue<br>· Insomnia due to medical condition<br>· Reactive depression<br>· REM sleep behavior disorder<br>· Orthostatic hypotension | Related |
| 4/6/2018 | 00682_SPARKS_0000006663 | 00682_SPARKS_0000006852 | $ 15,751.81 | $ 6,037.91 | $ 170.68 | $ 150.00 | $ 9,393.22 | | 78452, A9500, 94761, 93017, 70551 | | Parkinson disease (HC CODE) | Related |
| 11/12/2018 | 00682_SPARKS_0000006665 | 00682_SPARKS_0000006772 - 00678 | $ 3,896.08 | $ 1,020.51 | | $ 180.00 | $ 2,875.57 | | 36415, 80053, 82306, 82607, 83036, 83090, 83921, 84165, 84443, 86334, 85027, G0463 | | Parkinson disease (HC CODE) (primary)<br>· Motor fluctuations related to medication use in Parkinson's disease (HC CODE)<br>· Mild cognitive impairment<br>· Paresthesia<br>· Insomnia due to medical condition<br>· Reactive depression | Related |
| 4/2/2024 | 00682_SPARKS_0000006656 | 00682_SPARKS_0000006711 - 006718 | $ 274.09 | | | | | $ 274.09 | 99214 | G20A2, G20A1 | Parkinson's disease without dyskinesia, with fluctuating manifestations (HC CODE) (primary) | Related |
| | | TOTAL | $ 29,567.96 | $ 8,867.22 | $ 177.93 | $ 480.00 | $ 19,948.72 | $ 274.09 | | | | |

| Walgreens 00682_SPARKS_0000006671- 00682_SPARKS_0000006706 (36 pgs) | | | | | | | | | Auditor's Notes | |
|---|---|---|---|---|---|---|---|---|---|---|
| Medication | Date | Billing Bates | Prescriber | Charges | Anthem Federal BCBS | Patient | Write Off | Unverified Balance | Auditor Notes | Auditor's Determinations |
| Ropinirole | 6/10/2018 | 00682_SPARKS_0000006677 | Epstein, C | $ 341.25 | | $ 30.00 | | $ 311.25 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 8/29/2018 | 00682_SPARKS_0000006677 | Epstein, C | $ 461.74 | | $ 30.00 | | $ 431.74 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 11/15/2018 | 00682_SPARKS_0000006678 | Epstein, C | $ 92.48 | | $ 30.00 | | $ 62.48 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 5/10/2017 | 00682_SPARKS_0000006684 | Epstein, C | $ 281.55 | | $ 30.00 | | $ 251.55 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 8/11/2017 | 00682_SPARKS_0000006684 | Epstein, C | $ 281.55 | | $ 30.00 | | $ 251.55 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 11/13/2017 | 00682_SPARKS_0000006684 | Epstein, C | $ 342.23 | | $ 30.00 | | $ 312.23 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 2/28/2018 | 00682_SPARKS_0000006676 | Epstein, C | $ 407.64 | | $ 30.00 | | $ 377.64 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 7/27/2016 | 00682_SPARKS_0000006688 | Epstein, C | $ 99.71 | | $ 30.00 | | $ 69.71 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 10/24/2016 | 00682_SPARKS_0000006688 | Epstein, C | $ 341.65 | | $ 30.00 | | $ 311.65 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 2/5/2017 | 00682_SPARKS_0000006688 | Epstein, C | $ 379.80 | | $ 30.00 | | $ 349.80 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 2/3/2016 | 00682_SPARKS_0000006688 | Epstein, C | $ 99.71 | | $ 30.00 | | $ 69.71 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 8/12/2014 | 00682_SPARKS_0000006697 | Leehey, M | $ 516.79 | | $ 30.00 | | $ 486.79 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Ropinirole | 11/5/2014 | 00682_SPARKS_0000006697 - 00682_SPARKS_0000006698 | Leehey, M | $ 516.79 | | $ 30.00 | | $ 486.79 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 5/31/2019 | 00682_SPARKS_0000006680 | Leehey, M | $ 10.68 | | $ 10.00 | | $ 0.68 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Carbidopa/Levodopa | 6/7/2017 | 00682_SPARKS_0000006682 | Epstein, C | $ 56.58 | | $ 30.00 | | $ 26.58 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 11/6/2017 | 00682_SPARKS_0000006683 | Epstein, C | $ 73.38 | | $ 30.00 | | $ 43.38 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 6/10/2016 | 00682_SPARKS_0000006689 | Epstein, C | $ 90.12 | | $ 30.00 | | $ 60.12 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 8/28/2016 | 00682_SPARKS_0000006689 | Epstein, C | $ 90.12 | | $ 30.00 | | $ 60.12 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 11/20/2016 | 00682_SPARKS_0000006689 | Epstein, C | $ 90.12 | | $ 30.00 | | $ 60.12 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 2/18/2017 | 00682_SPARKS_0000006689 | Epstein, C | $ 78.13 | | $ 30.00 | | $ 48.13 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 2/11/2016 | 00682_SPARKS_0000006695 | Epstein, C | $ 17.00 | | $ 10.00 | | $ 7.00 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 3/20/2016 | 00682_SPARKS_0000006695 | Epstein, C | $ 17.00 | | $ 10.00 | | $ 7.00 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 4/25/2016 | 00682_SPARKS_0000006695 | Epstein, C | $ 17.00 | | $ 10.00 | | $ 7.00 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Carbidopa/Levodopa | 5/18/2016 | 00682_SPARKS_0000006695 | Epstein, C | $ 17.00 | | $ 10.00 | | $ 7.00 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Entacapone | 11/30/2017 | 00682_SPARKS_0000006684 | Epstein, C | $ 764.52 | | $ 30.00 | | $ 734.52 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Entacapone | 11/29/2017 | 00682_SPARKS_0000006687 | Epstein, C | $ 770.85 | | $ 30.00 | | $ 740.85 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Amantadine | 6/5/2015 | 00682_SPARKS_0000006691 - 00682_SPARKS_0000006692 | Epstein, C | $ 77.62 | | $ 10.00 | | $ 67.62 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Amantadine | 7/8/2015 | 00682_SPARKS_0000006692 | Epstein, C | $ 77.62 | | $ 10.00 | | $ 67.62 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Amantadine | 8/5/2015 | 00682_SPARKS_0000006691 - 00682_SPARKS_0000006692 | Epstein, C | $ 77.62 | | $ 10.00 | | $ 67.62 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Amantadine | 9/3/2015 | 00682_SPARKS_0000006691 - 00682_SPARKS_0000006692 | Epstein, C | $ 77.62 | | $ 10.00 | | $ 67.62 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Amantadine | 10/9/2015 | 00682_SPARKS_0000006694 | Epstein, C | $ 237.00 | | $ 30.00 | | $ 207.00 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Amantadine | 12/21/2015 | 00682_SPARKS_0000006694 | Epstein, C | $ 232.06 | | $ 30.00 | | $ 202.06 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Trihexyphenidyl | 2/29/2016 | 00682_SPARKS_0000006695 | Leehey, M | $ - | | $ 25.38 | | $ 25.38 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Trihexyphenidyl | 7/27/2016 | 00682_SPARKS_0000006695 | Leehey, M | $ - | | $ 25.38 | | $ 25.38 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Trihexyphenidyl | 9/23/2014 | 00682_SPARKS_0000006698 | Leehey, M | $ - | | $ 15.00 | | $ 15.00 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Trihexyphenidyl | 12/18/2013 | 00682_SPARKS_0000006703 | Lobo, I | $ - | | $ 7.71 | | $ 7.71 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Trihexyphenidyl | 5/6/2014 | 00682_SPARKS_0000006706 | Leehey, M | $ - | | $ 16.04 | | $ 16.04 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Alprazolam | 3/18/2014 | 00682_SPARKS_0000006696 | Leehey, M | $ - | | $ 6.00 | | $ 6.00 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Alprazolam | 5/2/2014 | 00682_SPARKS_0000006696 | Leehey, M | $ - | | $ 4.02 | | $ 4.02 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Alprazolam | 6/24/2014 | 00682_SPARKS_0000006696 | Leehey, M | $ - | | $ 4.32 | | $ 4.32 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Alprazolam | 8/15/2014 | 00682_SPARKS_0000006699 | Leehey, M | $ - | | $ 4.14 | | $ 4.14 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Alprazolam | 9/23/2014 | 00682_SPARKS_0000006699 | Leehey, M | $ - | | $ 4.14 | | $ 4.14 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Alprazolam | 11/4/2014 | 00682_SPARKS_0000006699 | Leehey, M | $ - | | $ 4.44 | | $ 4.44 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| Alprazolam | 1/14/2015 | 00682_SPARKS_0000006699 | Leehey, M | $ - | | $ 3.79 | | $ 3.79 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Alprazolam | 3/9/2015 | 00682_SPARKS_0000006699 | Leehey, M | $ - | | $ 3.79 | | $ 3.79 | Pharmaceuticals would be ordered by the provider of record and related to their medical decision making for the patient. | Related |
| | | | | $ 7,034.93 | $ - | $ 904.15 | $ - | $ 6,379.08 | | |