# Exhibit 868

## NATIVE DOCUMENT

**Please review the native document PLG-EXPERT_HACKETT-WALLACE_0000000059_CONFIDENTIAL.xlsx**

**1st Amended Appendix for Robert Welch: Master Totals + Past Medical Billing Summary**

**Master Totals**

| Category | Total ($) |
|---|---|
| **Total Charges (All Providers)** | $5,155.92 |
| **Total Paid (KP Medicare)** | $3,774.92 |
| **Patient Payments (Out-of-Pocket)** | $180.00 |
| | |
| **Payments by Insurance Source** | **Paid ($)** |
| **KP Medicare** | $3,774.92 |
| **Total Paid** | $3,774.92 |

**Past Medical Billing Summary**

| Provider | Dates of Service | Billing Record Bates | Medical Record Bates | Medical Record Bates (continued) | Total Charges ($) | Patient Payments ($) | KP Medicare Paid Amount ($) | Adjustments ($) | Unverified Balance ($) |
|---|---|---|---|---|---|---|---|---|---|
| Kaiser Permanente | 2021 - 2024 | 01503_WELCH_0000006766<br>01503_WELCH_0000006772 –<br>01503_WELCH_0000006776<br>01503_WELCH_0000006780 –<br>01503_WELCH_0000006785 | 01503_WELCH_0000003825 - 01503_WELCH_0000003834;<br>01503_WELCH_0000003892 - 01503_WELCH_0000003898;<br>01503_WELCH_0000003917 - 01503_WELCH_0000003924;<br>01503_WELCH_0000003935 - 01503_WELCH_0000003938;<br>01503_WELCH_0000003927; 01503_WELCH_0000003940 -<br>01503_WELCH_0000003943; 01503_WELCH_0000003949 -<br>01503_WELCH_0000003953; 01503_WELCH_0000003955 -<br>01503_WELCH_0000003958; 01503_WELCH_0000003964 -<br>01503_WELCH_0000003967; 01503_WELCH_0000003969 -<br>01503_WELCH_0000003976; 01503_WELCH_0000004010 -<br>01503_WELCH_0000004017; 01503_WELCH_0000004042 -<br>01503_WELCH_0000004048; 01503_WELCH_0000000319 -<br>01503_WELCH_0000000321; 01503_WELCH_0000004163 -<br>01503_WELCH_0000004169; 01503_WELCH_0000004187 -<br>01503_WELCH_0000004190; | 01503_WELCH_0000004192 - 01503_WELCH_0000004197;<br>01503_WELCH_0000004202 - 01503_WELCH_0000004208;<br>01503_WELCH_0000004232 - 01503_WELCH_0000004234;<br>01503_WELCH_0000004313 - 01503_WELCH_0000004316;<br>01503_WELCH_MEDRECS_0000001970 -<br>01503_WELCH_MEDRECS_0000001978;<br>01503_WELCH_0000006525 - 01503_WELCH_0000006530;<br>01503_WELCH_0000006567 - 01503_WELCH_0000006569 | $5,155.92 | $180.00 | $3,774.92 | $1,201.00 | $0.00 |
| | | | | **Totals:** | **$5,155.92** | **$180.00** | **$3,774.92** | **$1,201.00** | **$0.00** |

| Kaiser Permanente 01503_WELCH_0000006759 - 01503_WELCH_0000006849 (91 pgs) | | | | | | | | Auditor's Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Billing Bates | Medical Bates | Charges | KP Medicare | Patient Payment | Write Off | Unverified Balance | CPT | Dx | Auditor's Determinations | Notes |
| 8/24/2021 | 01503_WELCH_0000006785 | 01503_WELCH_0000003825 - 0000003834 | $ 190.00 | $ 135.00 | $ 10.00 | $ 45.00 | $ - | 99213 | G40.909 | Related | EPILEPSY (primary) G40.909 Yes<br>DAYTIME SOMNOLENCE R40.0 No<br>TREMOR |
| 11/5/2021 | 01503_WELCH_0000006785 | 01503_WELCH_0000003892 - 0000003898 | $ 287.00 | $ 247.00 | $ 10.00 | $ 30.00 | $ - | 97110,<br>97161 | R25.1 | Related | TREMOR [R25.1] |
| 11/16/2021 | 01503_WELCH_0000006784 | 01503_WELCH_0000003917 - 0000003924 | $ 258.00 | $ 195.00 | $ 10.00 | $ 53.00 | $ - | 99214 | G20 | Related | PARKINSONS DISEASE |
| 12/1/2021 | 01503_WELCH_0000006783 -<br>01503_WELCH_0000006784 | 01503_WELCH_0000003935 - 0000003938 | $ 150.00 | $ 126.00 | $ 10.00 | $ 14.00 | $ - | 97110 | 25.1 | Related | TREMOR [R25.1] |
| 12/6/2021 | 01503_WELCH_0000006783 | 01503_WELCH_0000003927 | $ 461.00 | $ 250.00 | | $ 211.00 | $ - | 70551 | G20 | Related | PARKINSONS DISEASE |
| 12/8/2021 | 01503_WELCH_0000006783 | 01503_WELCH_0000003940 - 0000003943 | $ 150.00 | $ 126.00 | $ 10.00 | $ 14.00 | $ - | 97110 | R25.1 | Related | TREMOR [R25.1] |
| 1/7/2022 | 01503_WELCH_0000006782 | 01503_WELCH_0000003949 - 0000003953 | $ 122.00 | $ 106.00 | $ 10.00 | $ 6.00 | $ - | 97110 | R25.1 | Related | TREMOR [R25.1] |
| 1/26/2022 | 01503_WELCH_0000006782 | 01503_WELCH_0000003955 - 0000003958 | $ 122.00 | $ 106.00 | $ 10.00 | $ 6.00 | $ - | 97110 | R25.1 | Related | TREMOR [R25.1] |
| 3/9/2022 | 01503_WELCH_0000006782 | 01503_WELCH_0000003964 - 0000003967 | $ 122.00 | $ 106.00 | $ 10.00 | $ 6.00 | $ - | 97110 | R25.1 | Related | TREMOR [R25.1] |
| 3/10/2022 | 01503_WELCH_0000006781 -<br>01503_WELCH_0000006782 | 01503_WELCH_0000003969 - 0000003976 | $ 190.00 | $ 145.00 | $ 10.00 | $ 35.00 | $ - | 99213 | G31.84 | Related | MILD COGNITIVE IMPAIRMENT G31.84 No<br>PARKINSONS DISEASE G20 Yes<br>ADULT OBSTRUCTIVE SLEEP APNEA, MILD G47.33 |
| 6/8/2022 | 01503_WELCH_0000006780 | 01503_WELCH_0000004010 - 0000004017 | $ 265.00 | $ 242.00 | $ 10.00 | $ 13.00 | $ - | 97110,<br>97161 | R25.1 | Related | TREMOR [R25.1] |
| 7/8/2022 | 01503_WELCH_0000006780 | 01503_WELCH_0000004042 - 0000004048 | $ 122.00 | $ 106.00 | $ 10.00 | $ 6.00 | $ - | 97110 | R25.1 | Related | TREMOR [R25.1] |
| 11/3/2022 | 01503_WELCH_0000006775 -<br>01503_WELCH_0000006776 | 01503_WELCH_0000000319 - 0000000321 | $ 1,298.92 | $ 756.92 | $ 10.00 | $ 532.00 | $ - | 82746,<br>99214,<br>83921,<br>83516,<br>83520 x2,<br>84165.<br>84425.<br>86334.<br>86340 | R53.83 | Related | FATIGUE R53.83 No<br>MACROCYTOSIS D75.89 No<br>LEUKOPENIA D72.819 No<br>PARKINSONS DISEASE G20 |
| 12/2/2022 | 01503_WELCH_0000006775 | 01503_WELCH_0000004163 - 0000004169 | $ 204.00 | $ 184.00 | $ 10.00 | $ 10.00 | $ - | 97161 | R53.83 | Related | TREMOR [R25.1] |
| 1/27/2023 | 01503_WELCH_0000006774 | 01503_WELCH_0000004187 - 0000004190 | $ 122.00 | $ 96.00 | $ 10.00 | $ 16.00 | $ - | | | Related | TREMOR [R25.1] |
| 3/3/2023 | 01503_WELCH_0000006773 -<br>01503_WELCH_0000006774 | 01503_WELCH_0000004192 - 0000004197 | $ 266.00 | $ 180.00 | $ 10.00 | $ 76.00 | $ - | 99214 | G20 | Related | PARKINSONS DISEASE |
| 4/14/2023 | 01503_WELCH_0000006773 | 01503_WELCH_0000004202 - 000004208 | $ 204.00 | $ 169.00 | $ 10.00 | $ 25.00 | $ - | 97110,<br>97165,<br>97161 | G20 | Related | PARKINSONS DISEASE |
| 4/25/2023 | 01503_WELCH_0000006772 -<br>01503_WELCH_0000006773 | 01503_WELCH_0000004232 - 0000004234 | $ 319.00 | $ 276.00 | $ 10.00 | $ 33.00 | $ - | PT Appt | | Related | PARKINSONS DISEASE |
| 6/10/2024 | 01503_WELCH_0000006766 | 01503_WELCH_MEDRECS_0000001970 - 00197 | $ 303.00 | $ 223.00 | $ 10.00 | $ 70.00 | $ - | | | | |
| Related | | | $ 5,155.92 | $ 3,774.92 | $ 180.00 | $ 1,201.00 | $ - | | | | |

| Unrelated | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/9/2021 | 01503_WELCH_0000006787 | | $ 32.00 | $ 31.68 | | $ 0.32 | $ - |
| 3/29/2021 | 01503_WELCH_0000006787 | | $ 147.00 | $ 103.00 | | $ 44.00 | $ - |
| 8/13/2021 | 01503_WELCH_0000006786 | | $ 872.00 | $ 68.00 | | $ 804.00 | $ - |
| 8/13/2021 | 01503_WELCH_0000006786 | | $ 153.00 | $ 70.00 | | $ 83.00 | $ - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/19/2021 | 01503_WELCH_0000006785 - 01503_WELCH_0000006786 | | $ 258.00 | $ 195.00 | $ 10.00 | $ 53.00 | $ - |
| 10/19/2021 | 01503_WELCH_0000006785 | | $ 114.00 | $ 50.00 | | $ 64.00 | $ - |
| 10/19/2021 | 01503_WELCH_0000006785 | | $ 90.00 | $ 40.00 | | $ 50.00 | $ - |
| 12/3/2021 | 01503_WELCH_0000006783 - 01503_WELCH_0000006784 | 01503_WELCH_0000003927 | $ 1,074.00 | $ 535.00 | | $ 539.00 | $ - |
| 3/15/2022 | 01503_WELCH_0000006781 | | $ 190.00 | $ 145.00 | $ 10.00 | $ 35.00 | $ - |
| 4/13/2022 | 01503_WELCH_0000006781 | | $ 51.00 | $ 43.78 | | $ 7.22 | $ - |
| 5/10/2022 | 01503_WELCH_0000006780 | | $ 258.00 | $ 210.00 | $ 10.00 | $ 38.00 | $ - |
| 6/9/2022 | 01503_WELCH_0000006780 | | $ 258.00 | $ 210.00 | $ 10.00 | $ 38.00 | $ - |
| 7/19/2022 | 01503_WELCH_0000006779 | | $ 320.00 | $ 229.00 | $ 10.00 | $ 81.00 | $ - |
| 7/19/2022 | 01503_WELCH_0000006779 | | $ 344.00 | $ 231.00 | | $ 113.00 | $ - |
| 8/4/2022 | 01503_WELCH_0000006779 | | $ 39.00 | $ 23.00 | | $ 16.00 | $ - |
| 8/16/2022 | 01503_WELCH_0000006779 | | $ 535.00 | $ 399.00 | | $ 136.00 | $ - |
| 8/25/2022 | 01503_WELCH_0000006778 | | $ 264.00 | $ 192.00 | | $ 72.00 | $ - |
| 9/6/2022 | 01503_WELCH_0000006778 | | $ 202.00 | $ 137.00 | | $ 65.00 | $ - |
| 9/13/2022 | 01503_WELCH_0000006777 - 01503_WELCH_0000006778 | | $ 51.00 | $ 43.78 | | $ 7.22 | $ - |
| 9/20/2022 | 01503_WELCH_0000006776 - 01503_WELCH_0000006777 | | $ 933.00 | $ 400.00 | | $ 533.00 | $ - |
| 10/31/2022 | 01503_WELCH_0000006776 | | $ 258.00 | $ 210.00 | 10 | $ 38.00 | $ - |
| 11/21/2022 | 01503_WELCH_0000006775 | | $ 175.50 | $ 75.00 | | $ 100.50 | $ - |
| 11/23/2022 | 01503_WELCH_0000006775 | | $ 58.50 | $ 20.00 | | $ 38.50 | $ - |
| 12/7/2022 | 01503_WELCH_0000006774 | | $ 123.00 | $ 85.00 | $ 10.00 | $ 28.00 | $ - |
| 12/23/2022 | 01503_WELCH_0000006774 | | $ 173.00 | $ 75.00 | | $ 98.00 | $ - |
| 4/19/2023 | 01503_WELCH_0000006772 | | $ 266.00 | $ 180.00 | $ 10.00 | $ 76.00 | $ - |
| 6/29/2023 | 01503_WELCH_0000006771 | | $ 285.00 | $ 130.00 | | $ 155.00 | $ - |
| 7/3/2023 | 01503_WELCH_0000006771 | | $ 266.00 | $ 180.00 | $ 10.00 | $ 76.00 | $ - |
| 7/31/2023 | 01503_WELCH_0000006770 - 01503_WELCH_0000006770 | | $ 543.00 | $ 240.00 | | $ 303.00 | $ - |
| 8/4/2023 | 01503_WELCH_0000006770 | | $ 118.00 | $ 40.00 | | $ 78.00 | $ - |
| 9/1/2023 | 01503_WELCH_0000006770 | | $ 183.00 | $ 136.00 | | $ 47.00 | $ - |
| 9/1/2023 | 01503_WELCH_0000006770 | | $ 123.00 | $ 75.00 | $ 10.00 | $ 38.00 | $ - |
| 9/6/2023 | 01503_WELCH_0000006769 | | $ 266.00 | $ 180.00 | $ 10.00 | $ 76.00 | $ - |
| 9/18/2023 | 01503_WELCH_0000006769 | | $ 435.00 | $ 260.00 | $ 10.00 | $ 165.00 | $ - |
| 9/22/2023 | 01503_WELCH_0000006768 - 01503_WELCH_0000006769 | | $ 103.00 | $ 45.00 | | $ 58.00 | $ - |
| 9/26/2023 | 01503_WELCH_0000006768 | | $ 345.00 | $ 286.00 | | $ 59.00 | $ - |
| 10/12/2023 | 01503_WELCH_0000006768 | 01503_WELCH_0000004313 - 0000004316 | $ 196.00 | $ 125.00 | $ 10.00 | $ 61.00 | $ - |
| 11/14/2023 | 01503_WELCH_0000006767 | | $ 464.00 | $ 229.00 | | $ 235.00 | $ - |
| 12/29/2023 | 01503_WELCH_0000006767 | | $ 415.00 | $ 200.00 | $ 10.00 | $ 205.00 | $ - |
| 3/6/2024 | 01503_WELCH_0000006766 | | $ 196.00 | $ 140.00 | $ 10.00 | $ 46.00 | $ - |
| 3/28/2024 | 01503_WELCH_0000006766 | | $ 402.00 | $ 335.00 | | $ 67.00 | $ - |
| 7/7/2024 | 01503_WELCH_0000006765 | | $ 521.00 | $ 295.00 | | $ 226.00 | $ - |
| 8/22/2024 | 01503_WELCH_0000006765 | | $ 323.00 | $ 155.00 | | $ 168.00 | $ - |
| 8/22/2024 | 01503_WELCH_0000006765 | | $ 256.00 | $ 176.00 | | $ 80.00 | $ - |
| 8/27/2024 | 01503_WELCH_0000006764 | | $ 403.00 | $ 310.00 | | $ 93.00 | $ - |
| 9/9/2024 | 01503_WELCH_0000006764 | | $ 402.00 | $ 335.00 | | $ 67.00 | $ - |
| 11/11/2024 | 01503_WELCH_0000006763 | | $ 280.00 | $ 205.00 | $ 10.00 | $ 65.00 | $ - |
| 11/25/2024 | 01503_WELCH_0000006763 | | $ 390.00 | $ 290.00 | $ 10.00 | $ 90.00 | $ - |
| 11/27/2024 | 01503_WELCH_0000006763 | | $ 41.00 | $ 20.00 | | $ 21.00 | $ - |
| 11/27/2024 | 01503_WELCH_0000006763 | | $ 76.00 | $ 35.00 | | $ 41.00 | $ - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/11/2024 | 01503_WELCH_0000006762 | | $ 125.00 | $ 50.00 | | $ 75.00 | $ - |
| 2/11/2025 | 01503_WELCH_0000006762 | | $ 189.00 | $ 80.00 | | $ 109.00 | $ - |
| 2/18/2025 | 01503_WELCH_0000006762 | | $ 57.00 | $ 25.00 | | $ 32.00 | $ - |
| 3/24/2025 | 01503_WELCH_0000006761 | | $ 450.00 | $ 353.00 | | $ 97.00 | $ - |
| 3/28/2025 | 01503_WELCH_0000006761 | | $ 320.00 | $ 320.00 | | | $ - |
| 3/28/2025 | 01503_WELCH_0000006761 | | $ 286.00 | | $ 10.00 | $ 276.00 | $ - |
| 3/28/2025 | 01503_WELCH_0000006761 | | $ 127.00 | $ 50.00 | | $ 77.00 | $ - |
| 4/23/2025 | 01503_WELCH_0000006761 | | $ 147.00 | $ 85.00 | | $ 62.00 | $ - |
| 4/24/2025 | | | $ 48.00 | $ 25.00 | | $ 23.00 | $ - |
| Unrelated | | | $ 16,020.00 | $ 8,051.70 | $ 260.00 | $ 4,079.22 | $ 3,629.08 |