# Exhibit 869

***Richard L Barbano, MD, Ph.D.***
***Diplomat of American Board of Psychiatry and Neurology***
***Diplomat of American Board of Electrodiagnostic Medicine***
***New York State License # 188639***

01/12/2026

Leslie LaMacchia, Esq.
Bell Legal Group
219 Ridge St
Georgetown, SC 29440

RE: Edgar Peterson

Dear Ms. LaMacchia:

I was asked to review several of Edgar Peterson's medical visits to assess relatedness to his Parkinson's diagnosis. The following opinions are given to a reasonable degree of medical certainty.

I was asked to review Edgar Peterson's visits to the Sanders Clinic on 8/31/17 and 9/15/17 as well as his Emergency Room visit to Methodist Hospital on 9/12/17. All three of these visits are related to his development and treatment of superficial venous thrombophlebitis.

Immobility is a significant risk factor for the development of this condition. By the time of these visits, Mr. Peterson's Parkinson's disease he was having significant mobility issues. Given the lack of other reasonable causes for his immobility, it is my opinion that his development of his thrombophlebitis is a direct result of his immobility causally related to his Parkinson's disease.

I reach these conclusions within a reasonable degree of medical certainty. I, Richard L. Barbano, being a doctor fully licensed to practice medicine in the state of New York, pursuant to the applicable provisions of CPLR 2106, affirm that the above report was personally prepared by me, and that I attest to the above opinion under penalty of perjury.

Sincerely,



Richard L. Barbano, M.D., Ph.D.