# Exhibit 870

School of Medicine and Dentistry

Department of Neurology

UNIVERSITY of ROCHESTER MEDICAL CENTER

Medicine *of* the Highest Order

Heidi B. Schwarz, MD, FAAN
Professor of Clinical Neurology
· heidi_schwarz@urmc.rochester.edu
· www.urmc.rochester.edu

January 9, 2025

To Whom It May Concern:

I was asked to review the medical visit of April 6, 2018, from UC Health to assess relatedness to Mr. Sparks' Parkinson's disease (PD) diagnosis. The attached medical record is for a head MRI with report included. This was ordered by Dr. Leehy who was the PD specialist evaluating Mr. Sparks. The head MRI was ordered as part of the evaluation of PD. There is also a pre-procedural checklist for an MRI asking about heart valve replacement, etc which is standard for all MRI scans. Therefore, in short, to a reasonable degree of medical certainty, this April 6, 2018 visit, test and result are directly related to his symptoms of PD.

Respectfully submitted,

Heidi B. Schwarz MD

Heidi B. Schwarz MD FAAN



Case 7:23-cv-00897-RJ Document 843-40 Filed 04/07/26 Page 2 of 2