# Exhibit 871

Associated Urologists of North Carolina, PA

Thomas Longo, M.D.
Urologic Oncologist
Associated Urologists of North Carolina, PA
tlongo@auncurology.com

January 14, 2026

To Whom It May Concern,

I was asked to review the medical visits of June 27, 2014, and December 2, 2014, from New Hanover Regional Medical Center to assess their relatedness to Mrs. Dyer's bladder cancer diagnosis and subsequent condition.

Mrs. Dyer had her bladder removed, and one of the long-term and very common sequelae for those with an ileal conduit includes the development of recurrent urinary tract infections (UTs). The records for her June 27, 2014, visit (00357_DYER_0000002061-73) show that Mrs. Dyer presented to the emergency department with complaints of fever, chills, and diffuse body aches. The records state that two days prior to her ED visit she was placed on antibiotics for a UTI by her primary care physician, and that a subsequent urine culture revealed that the antibiotics were not sensitive to her UTI.

The records for her December 2, 2014, visit (00357_DYER_0000000061-84) show that Mrs. Dyer presented to the emergency department with complaints of left flank discomfort radiating to her left shoulder and chest/axillary area. The emergency department ruled out acute myocardial infarction and kidney stone, and the discharge instructions asked Mrs. Dyer to follow up with her PCP for a UTI diagnosis (urine cultures were pending at time of discharge). Patients with an ileal conduit, like Mrs. Dyer, are at a higher risk of bacteria entering the urine and refluxing to the kidneys. When this happens, patients often experience symptoms similar to that of Mrs. Dyer, including fever and chest pain. Typically, emergency departments rule out other sources of these alternative symptoms, and do so concurrently (such as what the emergency department did in Mrs. Dyers's visits) before placing the patient on appropriate antibiotics.

Therefore, in short, to a reasonable degree of medical certainty, the June 27, 2014, and December 2, 2014, visits, tests, and results are directly related to conditions arising from her symptoms of bladder cancer and bladder cancer treatment.

Respectfully submitted,

Thomas Longo, M.D.