# Exhibit 872

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Document Relates to: | ) |
| *All Cases*, 7:23-CV-897 | ) |
| *Jefferson Criswell v. USA,* 7:23-CV-1482 | ) |
| *Terry F. Dyer v. USA,* 7:23-CV-357 | ) |
| *Mark A. Cagiano v. USA,* 7:23-CV-569 | ) |
| *Jimmy Laramore v. USA,* 7:23-CV-594 | ) |
| *Frank Mousser v. USA,* 7:23-CV-667 | ) |
| *Allan W. Howard v. USA,* 7:23-CV-490 | ) |
| *David W. Fancher v. USA,* 7:23-CV-275 | ) |
| *David Downs v. USA,* 7:23-CV-1145 | ) |
| *Jacqueline Tukes v. USA,* 7:23-CV-1553 | ) |
| *Joseph M. Gleesing v. USA,* 7:23-CV-1486 | ) |
| *Vivian Connard, Representative of Stephen* | ) |
| *Matthew Connard v. USA,* 7:23-CV-1557 | ) |
| *Bruce W. Hill v. USA,* 7:23-CV-28 | ) |
| *Karen Marie Amsler v. USA,* 7:23-CV-284 | ) |
| *Frances Carter, Personal Representative of the* | ) |
| *Estate of Ronald Carter v. USA,* 7:23-CV-1565 | ) |
| *Robert A. Kidd v. USA,* 7:23-CV-1489 | ) |
| *Cometto Davis v. USA,* 7:23-CV-43 | ) |
| *Scott Keller v. USA,* 7:23-CV-1501 | ) |
| *Edgar Allen Peterson, IV v. USA,* 7:23-CV-1576 | ) |
| *Gary McElhiney v. USA,* 7:23-CV-1368 | ) |
| *Diane Rothchild v. USA,* 7:23-CV-858 | ) |
| *Robert Welch v. USA,* 7:23-CV-1503 | ) |
| *Richard Sparks v. USA,* 7:23-CV-682 | ) |

**PLAINTIFFS' FIRST AMENDED DESIGNATION AND DISCLOSURE OF PHASE III "DAMAGES AND OFFSETS" REBUTTAL EXPERT WITNESSES**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Orders of January 2, 2025 (D.E. 312) and September 15, 2025 (D.E. 629-1), the Plaintiffs' Leadership Group and the Track 1 Trial Plaintiffs (collectively, "Plaintiffs"), through undersigned counsel, hereby designate the following Phase III rebuttal expert witnesses who may be called to offer rebuttal opinion testimony on the subjects of "damages and offsets" for Track 1 illnesses:

**KIDNEY CANCER**

Track 1 Trial Plaintiffs for kidney cancer, namely Plaintiffs David Downs, David William Fancher, Allan Wayne Howard, Frank W. Mousser, and Jacqueline Jordan Tukes, hereby designate the following experts who may be called upon to offer rebuttal opinion testimony on the subjects of "damages and offsets" and kidney cancer:

1. **Marjorie Hackett-Wallace, CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
   103 Elbridge Road
   New Britain, CT 06052

2. **Anirban Basu, M.S., PhD.**
   University of Washington
   1959 NE Pacific St., Room H375Q
   Seattle, WA 98195

3. **Peter Rybolt, MBA**
   Cirque Analytics
   1880 Century Park East
   Suite 613
   Los Angeles, CA 90067

**LEUKEMIA**

Track 1 Trial Plaintiffs for leukemia, namely Plaintiffs Bruce Wayne Hill, Joseph Mark Gleesing, Vivian Connard (on behalf of decedent Stephen Matthew Connard), and Karen Marie

Amsler, hereby designate the following experts who may be called upon to offer rebuttal opinion testimony on the subjects of "damages and offsets" and leukemia:

1. **Marjorie Hackett-Wallace, CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
   103 Elbridge Road
   New Britain, CT 06052

2. **Anirban Basu, M.S., PhD.**
   University of Washington
   1959 NE Pacific St., Room H375Q
   Seattle, WA 98195

3. **Peter Rybolt, MBA**
   Cirque Analytics
   1880 Century Park East
   Suite 613
   Los Angeles, CA 90067

**NON-HODGKIN LYMPHOMA**

Track 1 Trial Plaintiffs for Non-Hodgkin Lymphoma, namely Plaintiffs Frances Carter (on behalf of decedent Ronald Carter), Cometto J. Davis, Scott Richard Keller, and Robert Arnold Kidd, Sr., hereby designate the following experts who may be called upon to offer rebuttal opinion testimony on the subjects of "damages and offsets" and Non-Hodgkin Lymphoma:

1. **Marjorie Hackett-Wallace, CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
   103 Elbridge Road
   New Britain, CT 06052

2. **Anirban Basu, M.S., PhD.**
   University of Washington
   1959 NE Pacific St., Room H375Q
   Seattle, WA 98195

3. **Peter Rybolt, MBA**
   Cirque Analytics
   1880 Century Park East
   Suite 613
   Los Angeles, CA 90067

**BLADDER CANCER**

Track 1 Trial Plaintiffs for bladder cancer, namely Plaintiffs Jefferson Criswell, Terry Dyer, Mark Cagiano, and Jimmy Laramore, hereby designate the following experts who may be called upon to offer rebuttal opinion testimony on the subjects of "damages and offsets" and bladder cancer:

1. **Marjorie Hackett-Wallace, CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
103 Elbridge Road
New Britain, CT 06052

2. **Anirban Basu, M.S., PhD.**
University of Washington
1959 NE Pacific St., Room H375Q
Seattle, WA 98195

3. **Peter Rybolt, MBA**
Cirque Analytics
1880 Century Park East
Suite 613
Los Angeles, CA 90067

Track 1 Trial Plaintiff for bladder cancer, namely Terry Dyer, also designates the following expert who may be called upon to offer rebuttal testimony on the subject of the relatedness of medical visits of June 27, 2014 (Bates 00357_DYER_0000002061-73) and December 2, 2014 (00357_DYER_0000000061-84) to her bladder cancer diagnosis and subsequent condition.

4. **Thomas Longo, MD**
Associated Urologists of North Carolina, PA
160 MacGregor Pines Drive
Cary, NC 27511

## PARKINSON'S DISEASE

Track 1 Trial Plaintiffs for Parkinson's Disease, namely Plaintiffs Gary McElhiney, Edgar Peterson, Diane Rothchild, Richard Sparks, and Robert Welch, hereby designate the following experts who may be called upon to offer rebuttal opinion testimony on the subjects of "damages and offsets" and Parkinson's Disease:

1. **Marjorie Hackett-Wallace, CFE, RHIA, CHC, CPIP, CPC, CPMA, CDEO, AAPC Fellow**
   103 Elbridge Road
   New Britain, CT 06052

2. **Anirban Basu, M.S., PhD.**
   University of Washington
   1959 NE Pacific St., Room H375Q
   Seattle, WA 98195

3. **Peter Rybolt, MBA**
   Cirque Analytics
   1880 Century Park East
   Suite 613
   Los Angeles, CA 90067

Track 1 Trial Plaintiff for Parkinson's Disease, namely Richard Sparks, also designates the following expert who may be called upon to offer rebuttal testimony on the subject of the relatedness of the medical visit of April 6, 2018 (00682_SPARKS_0000006850 - 00682_SPARKS_0000006855) for his Parkinson's disease.

4. **Heidi Schwarz, MD, FAAN**
   919 Westfall Road, Building C
   Rochester, NY 14618

Track 1 Trial Plaintiff for Parkinson's Disease, namely Edgar Peterson, also designates the following expert who may be called upon to offer rebuttal testimony on the subject of the relatedness of the medical visits of August 31, 2017 (01576_PETERSON_0000003911), September 12,

2017 (01576_PETERSON_0000003902 – 0000003906) and September 15, 20217 (01576_PETERSON_0000003901) for his Parkinson's disease and subsequent conditions.

5. **Richard Barbano, MD, PhD, FAAN**
919 Westfall Road, Building C, Suite 100
Rochester, NY 14618

## CONCLUSION

For those above-experts designated pursuant to Fed. R. Civ. P. 26(a)(2)(B), Plaintiffs previously served rebuttal reports electronically via a JEFS file-share link and pursuant to the Stipulated Order Establishing Protocol for Document Collection and Production (Case Management Order No. 8) (D.E. 52). With the exception of Drs. Longo, Schwarz, and Barbano, each of said rebuttal reports set forth each expert's qualifications, opinions, fee schedule, and a list of all other cases in which, during the previous 4 years, the witness testified as an expert, as required by Fed. R. Civ. P. 26(a)(2)(B). With respect to Drs. Longo, Schwarz, and Barbano, the expert qualifications, opinions, fee schedule, and a list of all other cases in which, during the previous 4 years, the witness testified as an expert, as required by Fed. R. Civ. P. 26(a)(2)(B), was previously set forth in their expert reports produced February 7, 2025. Any facts and data considered by the above-named experts not already produced in this action and/or not readily available to the public has already been produced pursuant to the stipulated Order Regarding Expert Discovery (Case Management Order No. 17) (D.E. 305).

Plaintiffs make the above amended disclosures subject to the reservation of all rights allowed by the Federal Rules of Civil Procedure, Rules of Evidence, Local Rules, and applicable case law, including the right to supplement or amend this designation in order to address any opinions by Defendant United States of America's experts, the right to offer amended and/or supplemental opinions based on new records, testimony or information, the right to call any of the

above experts as a rebuttal or impeachment witness at trial, and the right to call any expert witness designated or identified by Defendant United States of America.

This the 5th day of February, 2026.

BELL LEGAL GROUP, LLC

By: _/s/ J. Edward Bell, III_______________

J. Edward Bell, III (admitted *pro hac vice*)
219 Ridge St.
Georgetown, S.C. 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on the below-indicated date, I served a copy of the foregoing document upon counsel for Defendant United States of America by electronic mail at the following email address: adam.bain@usdoj.gov.

This the 5th day of February, 2026.

BELL LEGAL GROUP, LLC


By: */s/ J. Edward Bell, III*______________
J. Edward Bell, III (admitted *pro hac vice*)
219 Ridge St.
Georgetown, S.C. 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*