# Exhibit 873

THE CENTER FOR
FORENSIC ECONOMIC STUDIES
Economic & Statistical Analysis
CFES@CFES.COM WWW.CFES.COM
EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Cherry Hill Office**

Chad L. Staller, J.D., MBA, MAC, CVA
*President*
James Markham, Ph.D., J.D., CPCU
*Senior Economist*
Bernard F. Lentz, Ph.D.
*Senior Economist*
David R. Adams
*Senior Economist*
Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*
Brian Conley
*Senior Economist*
Adam Gilham
*Economist*

March 27, 2026

Pat Telan, Esquire
Bell Legal Group
219 South Ridge Street
Georgetown, SC 29440

Re: *Terry L. Dyer v. United States of America*

Dear Mr. Telan:

At your request, we update and replace our October 29, 2025 report based upon receipt of the Therapies Table-Update dated March 3, 2026 of Michael A. Fryar, MS, RN, CRC, CCM, CLCP, QRP. We reserve the right to amend this report upon receipt of any additional relevant information.

## I. Documents Relied Upon

- Complaint
- April 10, 2024 Deposition Transcript of Terry L. Dyer
- Track 1 Plaintiff First Amended Damages Assessment of Terry L. Dyer
- 2014 to 2016, 2018 to 2021 Tax Returns of John and Terry Dyer
- January 24, 2024 Social Security Earnings Statement of Terry L. Dyer
- Bell Legal Group Hours Worked History of Terry L. Dyer (00357_DYER_0000004309 - 00357_DYER_0000004312)
- CFES Damages Checklist
- February 7, 2025 Report of Michael A. Fryar, MS, RN, CRC, CCM, CLCP, QRP ("Fryar Report")
- Therapies Table-Update dated March 3, 2026 of Michael A. Fryar, MS, RN, CRC, CCM, CLCP, QRP

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

20 BRACE ROAD, SUITE 425, CHERRY HILL, NEW JERSEY 08034 • (215) 546-5600 • FAX (215) 732-8158
1725 "I" STREET, NW, SUITE 300, WASHINGTON, DC 20006 • (202) 530-8808

## II. Background

Terry L. Dyer was born on [redacted] 1956.[1] At the time of the diagnosis, she was 52.8 years of age and was employed by Corning as a Security Guard.[2] Mrs. Dyer is currently 68.5 years of age. Mrs. Dyer was employed by Corning from 2007 through 2010.[3] Mrs. Dyer was forced to stop working due to her diagnosis and the ensuing treatments.[4] Mrs. Dyer has worked intermittently for Bell Legal Group beginning in 2022.[5] Mrs. Dyer stopped working in approximately March 2024.[6] Mrs. Dyer completed some college courses, but did not complete a formal degree.[7] Mrs. Dyer is married to John Dyer and together they have two adult children, Jennifer and Sean.[8]

## III. Life Expectancy

Mrs. Dyer's statistical life expectancy, calculated from her age on the current date, is to age 86.0 in the year 2042.[9]

Mrs. Dyer's Healthy Life Expectancy, defined as the age to which an individual has a full range of functional capacity, is to age 81.5 in the year 2038.[10]

## IV. Past Medical and Related Care

Mrs. Dyer's husband has taken care of her since her diagnosis on May 20, 2009.[11] In order to value the services Mr. Dyer has provided to Mrs. Dyer from her diagnosis through December 31, 2025, we provide an illustrative calculation utilizing the historical hourly wages of Home Health/Personal Care Aides in the state of North Carolina. These hourly rates are outlined below in Table A:[12] [13]

---

[1] April 10, 2024 Deposition Transcript of Terry L. Dyer, pp. 113-114
[2] April 10, 2024 Deposition Transcript of Terry L. Dyer, p. 96
[3] April 10, 2024 Deposition Transcript of Terry L. Dyer, pp. 96-97
[4] April 10, 2024 Deposition Transcript of Terry L. Dyer, p. 97
[5] 00357_DYER_0000004309
[6] April 10, 2024 Deposition Transcript of Terry L. Dyer, p. 233
[7] April 10, 2024 Deposition Transcript of Terry L. Dyer, p. 116
[8] April 10, 2024 Deposition Transcript of Terry L. Dyer, p. 45-46
[9] Arias E, Xu, JQ, Kochanek KD. *United States Life Tables, 2022. National vital statistics reports; vol 74 no 2*. Hyattsville, MD: National Center for Health Statistics, 2025.
[10] Expectancy Data. *Healthy Life Expectancy: 2018 Tables*. Shawnee Mission, KS, 2020.
[11] April 10, 2024 Deposition Transcript of Terry L. Dyer, pp. 93-94
[12] *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm. These figures represent only the hourly wage paid, as such our estimates of future care maybe understated should such care be obtained through a third-party provider.
[13] 2024 to 2025 growth is estimated at 6.09%, which is the average annual rate of change in hourly earnings for Home Health/Personal Care Aides from 2020 to 2024.

| Table A: OES Hourly Wage Data - Home Health/Personal Care Aides | |
|---|---|
| **Year(s)** | **OES Data (Hourly)** |
| 2009 | 9.71 |
| 2010 | 9.67 |
| 2011 | 9.43 |
| 2012 | 9.24 |
| 2013 | 9.33 |
| 2014 | 9.34 |
| 2015 | 9.46 |
| 2016 | 9.70 |
| 2017 | 9.90 |
| 2018 | 10.15 |
| 2019 | 10.57 |
| 2020 | 11.02 |
| 2021 | 11.47 |
| 2022 | 12.51 |
| 2023 | 14.03 |
| 2024-25 | 14.81 |

## V. PAST LOST HOUSEHOLD SERVICES

Data from the *2023 American Time Use Survey* ("ATUS") indicates that the number of hours an individual spends performing household services varies depending on 1) their employment status, 2) the presence or absence of dependents in the household, and 3) the age of the youngest dependent.[14] Data from this study, in hours per week, is summarized below:

| Table B: Household Services Women | |
|---|---|
| **Type of Household** | **Hours per Week** |
| Working, no dependent children | 18.97 |
| Retired, age 65-74 | 28.42 |
| Retired, age 75+ | 25.97 |

To estimate the value of past lost household services, we provide an illustrative calculation of one weekly hour of lost household services. The finder of fact may determine how many hours per week Mrs. Dyer has lost attributable to her diagnosis and multiply by our calculation.

[14] *2023 American Time Use Survey*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/tus/

We value past lost household services from May 20, 2009, the date of Mrs. Dyer's approximate diagnosis and value it through December 31, 2025. We utilize the average hourly wage for representative occupations in the state of North Carolina, which was $15.56 in 2024.[15]

To estimate past growth in the value of lost household services, we utilize the historical annual rates of change in average hourly earnings for workers in household services occupational groups[16] in the state of North Carolina.[17]

## VI. Future Cost of Medical and Related Care

### 1. Annual Medical Costs

In order to value Mrs. Dyer's future medical expenses, we utilize the information contained in the February 7, 2025 report and the March 3, 2026 Therapies Table-Update of Michael A. Fryar, MS, RN, CRC, CCM, CLCP, QRP. In his report and Therapies Table-Update, Mr. Fryar outlines the items that Mrs. Dyer will require for the remainder of her life under two scenarios; licensed practical nursing care ("LPN"), or with registered nursing care ("RN") obtained through 1) private hire or the bare wage cost, or 2) through an agency. We categorize all of his projections into four categories: physician services ("PS"), other medical professional services ("OMP"), other necessary items and services ("ONIS"), and one-time costs ("OTC").[18] These costs have been valued from January 1, 2026 through Mrs. Dyer's statistical life expectancy, age 86.0.

### 2. Future Growth of Medical Costs

After 2025, the costs of future physician services, other medical professional services, and other necessary items and services are assumed to grow at annual rate of 2.05%, 1.83%, and 2.57%, respectively. Each rate is equal to the average annual change in the specific component of the

---

[15] Representative occupations include: Home Health and Personal Care Aides, Cooks, Fast Food; Cooks, Institution and Cafeteria; Cooks, Restaurant; Cooks, Short Order; Food Preparation Workers; Dishwashers; Janitors and Cleaners; Maids and Housekeeping Cleaners; Landscaping and Groundskeeping Workers; Office Clerks, General; Helpers – Installation, Maintenance and Repair; Motor Vehicle Operators, All Other. We note these rates represent wages paid for these occupations, and do not contain any markup for overhead costs to a service provider. See: *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm

[16] Household service occupational groups include: Healthcare Support (31-0000), Food Preparation and Serving (35-0000), Building and Grounds Cleaning and Maintenance (37-0000), Personal Care and Service (39-0000), Sales and Related (41-0000), Office and Administrative Support (43-0000), Installation, Maintenance and Repair (49-0000) and Transportation and Material Moving (53-0000) See: *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm

[17] *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm; 2009-10: 1.71%, 2010-11: 1.05%, 2011-12: 0.63%, 2012-13: 1.14%, 2013-14: 1.85%, 2014-15: 1.83%, 2015-16: 2.52%, 2016-17: 1.97%, 2017-18: 3.13%, 2018-19: 2.85%, 2019-20: 4.20%, 2020-21: 3.20%, 2021-22: 6.39%, 2022-23: 6.94%, 2023-25: 3.89% per annum

[18] All items fall under the Track 1 Trial Plaintiff Damages Assessment category of 'future medical expenses'

Consumer Price Index (in the case of other necessary items, the Consumer Price Index itself) between 2004 and 2024.[19]

## VII. Present Value

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received. We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high-grade Municipal Bonds as of September 6, 2025, 4.88%, was used to estimate the return on the principal investment.[20] The average yield on these bonds from 2005 to 2024, 3.78% per year, was used to estimate the return on the reinvested interest.[21]

---

[19] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: (PS) CUUR0000SEMC01, (OMP) CUUR0000SEMC04, and (ONIS) CUUR0000SA0

[20] *Economic Indicators,* August 2025; https://www.govinfo.gov/app/collection/econi

[21] *Economic Report of the President,* March 2025, Table B-42: https://www.govinfo.gov/content/pkg/ERP-2025/pdf/ERP-2025.pdf

## VIII. TABLES

| Table 1: Dyer Value of Home Health/Personal Care Aide Services from May 20, 2009 to December 31, 2025 | | |
|---|---|---|
| **Year** | **Age** | **Annual Loss (One Daily Hour)** |
| 2009 | 53 | 2,197 |
| 2010 | 54 | 3,530 |
| 2011 | 55 | 3,442 |
| 2012 | 56 | 3,373 |
| 2013 | 57 | 3,405 |
| 2014 | 58 | 3,409 |
| 2015 | 59 | 3,453 |
| 2016 | 60 | 3,541 |
| 2017 | 61 | 3,614 |
| 2018 | 62 | 3,705 |
| 2019 | 63 | 3,858 |
| 2020 | 64 | 4,022 |
| 2021 | 65 | 4,187 |
| 2022 | 66 | 4,566 |
| 2023 | 67 | 5,121 |
| 2024 | 68 | 5,406 |
| 2025 | 69 | 5,406 |
| **Summary - Table 1** | | |
| **Lost Services** | | **66,235** |

| Table 2: Dyer Value of Lost Household Services from May 20, 2009 to December 31, 2025 Assuming One Weekly Hour of Loss | | | |
|---|---|---|---|
| **Year** | **Age** | **Hourly Rate** | **Annual Loss (One Weekly Hour)** |
| 2009 | 53 | 10.18 | 328 |
| 2010 | 54 | 10.35 | 538 |
| 2011 | 55 | 10.46 | 544 |
| 2012 | 56 | 10.52 | 547 |
| 2013 | 57 | 10.64 | 554 |
| 2014 | 58 | 10.84 | 564 |
| 2015 | 59 | 11.04 | 574 |
| 2016 | 60 | 11.32 | 589 |
| 2017 | 61 | 11.54 | 600 |
| 2018 | 62 | 11.90 | 619 |
| 2019 | 63 | 12.24 | 637 |
| 2020 | 64 | 12.76 | 663 |
| 2021 | 65 | 13.16 | 685 |
| 2022 | 66 | 14.01 | 728 |
| 2023 | 67 | 14.98 | 779 |
| 2024 | 68 | 15.56 | 809 |
| 2025 | 69 | 16.17 | 841 |
| **Summary - Table 2** | | | |
| **Lost Household Services** | | | **10,599** |

**Table 3: Dyer Future Medical and Related Care**

| Item | Item/Yr | Cost | Cost/Yr | Duration | Category/Growth | FV Cost - Option 1 | PV Cost - Option 1 | FV Cost - Option 2 | PV Cost - Option 2 |
|---|---|---|---|---|---|---|---|---|---|
| Urology Outpatient Clinic Visits | 1.00 | 279.11 | 279.11 | to LE | PS - 2.05% | 5,559 | 3,731 | 5,559 | 3,731 |
| Licensed Professional Counselor/Psychologist/Psychiatrist | 12.00 | 179.82 | 2,157.84 | to LE | OMP - 1.83% | 42,123 | 28,335 | 42,123 | 28,335 |
| Kidney CT Scan/Ultrasound | 1.00 | 1,202.70 | 1,202.70 | to LE | OMP - 1.83% | 23,477 | 15,795 | 23,477 | 15,795 |
| Licensed Practical/Registered Nursing (Base Wage Cost)* | 195.00 | 31.64 | 6,168.83 | to LE | OMP - 1.83% | 120,424 | 81,007 | - | - |
| Licensed Practical/Registered Nursing (Agency Cost)** | 195.00 | 110.00 | 21,450.00 | to LE | OMP - 1.83% | - | - | 418,733 | 281,678 |
| Urostomy Pouch/Bag | 1.00 | 613.96 | 613.96 | to LE | ONIS - 2.57% | 12,820 | 8,559 | 12,820 | 8,559 |
| All Kare Protective Barrier Wipes | 1.00 | 203.18 | 203.18 | to LE | ONIS - 2.57% | 4,244 | 2,833 | 4,244 | 2,833 |
| Counseling Evaluation | - | - | 261.88 | once | OTC - 0% | 262 | 262 | 262 | 262 |
| * - Option 1 only | | | | | **Option 1** | 208,909 | 140,522 | - | - |
| ** - Option 2 only | | | | | **Option 2** | - | - | 507,218 | 341,193 |

## IX. SUMMARY

In Table 1, the illustrative loss of Home Health/Personal Care Aide services is equal to $66,235.[22] In Table 2, the illustrative loss of household services is equal to $10,599.[23] The cost of future medical care in present value dollars ranges from $140,522 to $341,193.

It should be noted that our estimates of economic loss do not include any past medical expenses, Mrs. Dyer's pain and suffering, or any additional elements of non-economic damages.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Please do not hesitate to contact us if you have further questions.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA

Stephen M. Dripps, M.Fin., CVA

[22] As noted above our loss is based upon the above stated illustrative hours. The trier of fact may arrive at a different value based upon our benchmark 1 hour per day and multiply by its determination of the evidence presented at trial of the expected hours of care per day Mr. Dyer provided to Mrs. Dyer.
[23] As noted above our loss is based upon the above stated illustrative hours. The trier of fact may arrive at a different value based upon our benchmark 1 hour per week and multiply by its determination of the evidence presented at trial of the expected hours of household services per week Mrs. Dyer would have performed.