# Exhibit 874

THE CENTER FOR
**FORENSIC ECONOMIC STUDIES**
Economic & Statistical Analysis
CFES@CFES.COM WWW.CFES.COM

EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Cherry Hill Office**

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

March 27, 2026

Pat Telan, Esquire
Bell Legal Group
219 South Ridge Street
Georgetown, SC 29440

Re: *Richard Sparks v. United States of America*

Dear Mr. Telan:

At your request, we update and replace our October 29, 2025 report based upon receipt of the March 3, 2026 Home Care Services-Table Update of Michael A. Fryar, MS, RN, CRC, CCM, CLCP, QRP. We reserve the right to amend this report upon receipt of any additional relevant information.

## I. Documents Relied Upon

- Complaint
- January 26, 2024 Deposition Transcript of Richard Sparks
- CFES Damages Checklist of Richard Sparks
- 2005, 2006 and 2017 to 2022 Tax Returns of Richard Sparks
- January 23, 2024 Social Security Earnings Statement of Richard Sparks
- Personnel File of Richard Sparks (00682_SPARKS_DHS_0000000001-0000000203)
- January 27, 2025 Report of Michael A. Fryar, MS, RN, CRC, CCM, CLCP, QRP ("Fryar Report")
- March 3, 2026 Home Care Services-Table Update of Michael A. Fryar, MS, RN, CRC, CCM, CLCP, QRP

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

20 BRACE ROAD, SUITE 425, CHERRY HILL, NEW JERSEY 08034 • (215) 546-5600 • FAX (215) 732-8158
1725 "I" STREET, NW, SUITE 300, WASHINGTON, DC 20006 • (202) 530-8808

## II. BACKGROUND

Richard Sparks was born on [redacted] 1953.[1] At the time of the diagnosis in 2013, he was approximately 60.2 years of age and was employed by the Federal government as a Customs and Border Protection Officer.[2] Mr. Sparks was employed by the Federal government from approximately 1990 until his premature retirement on April 12, 2017.[3] Absent the diagnosis, Mr. Sparks had no plans on retirement from employment as he enjoyed his line of work.[4] Mr. Sparks completed an Associate's degree.[5] Mr. Sparks presently receives Social Security[6] and Veterans' Affairs disability benefits, with a 100% rating.[7] Mr. Sparks is married to Maria and has two adult children, Tara (DOB: 3/28/1975), and Richard (DOB: 9/9/1977) and resides in Denver, Colorado.[8]

## III. EARNING HISTORY

Mr. Sparks' recent earning history, as reported on his January 23, 2024 Social Security Earnings Statement, is shown in Table A below:

**Table A: Sparks Earning History**

| Year | Earnings |
|---|---|
| 2010 | 73,056 |
| 2011 | 73,287 |
| 2012 | 74,745 |
| 2013 | 75,057 |
| 2014 | 115,321 |
| 2015 | 119,653 |
| 2016 | 121,846 |
| 2017 | 33,330[9] |
| 2018 | 3,945 |
| 2019 | - |
| 2020 | - |
| 2021 | - |
| 2022 | 9,619 |
| 2023 | - |

[1] January 26, 2024 Deposition Transcript of Richard Sparks, p. 33
[2] January 26, 2024 Deposition Transcript of Richard Sparks, p. 83; 00682_SPARKS_DHS_0000000003
[3] January 26, 2024 Deposition Transcript of Richard Sparks, pp. 74-75; 00682_SPARKS_DHS_0000000003
[4] January 26, 2024 Deposition Transcript of Richard Sparks, p. 83
[5] January 26, 2024 Deposition Transcript of Richard Sparks, p. 46
[6] January 26, 2024 Deposition Transcript of Richard Sparks, p. 158
[7] January 26, 2024 Deposition Transcript of Richard Sparks, p. 106
[8] January 26, 2024 Deposition Transcript of Richard Sparks, pp. 6, 34-35
[9] Mr. Sparks' basic pay with the federal government was equal to $93,822 at the time of his premature retirement (00682_SPARKS_DHS_0000000003).

## IV. WORKLIFE AND LIFE EXPECTANCY

We adjust earnings to account for statistical worklife data. Mr. Sparks' statistical worklife expectancy is 6.8 additional years, equivalent to continuous worklife to age 67.0, based on his age and level of education at the time of his diagnosis.[10]

Mr. Sparks' statistical life expectancy, calculated from his age on the current date, is to age 84.7 in the year 2038.[11]

## V. LOST EARNING CAPACITY

To estimate Mr. Sparks' lost earning capacity, we utilize his 2016 annual earnings of $121,846, as our base. We commence our estimate of lost earning capacity from January 1, 2017 and deduct Mr. Sparks' reported 2017 and 2018 earnings of $33,330 and $3,945, respectively.

As a Federal Employees Retirement System ("FERS") participant,[12] Mr. Sparks was required to contribute 0.8%[13] of basic salary. This deduction is reflected in the loss tables of this report.

## VI. PAST GROWTH

To estimate growth from 2016 to 2020, we utilize the actual yearly general schedule increases in the locality pay area of Denver-Aurora, Colorado per the Office of Personnel Management.[14]

---

[10] Skoog, Ciecka and Krueger. *The Markov Process Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors*. Journal of Forensic Economics 28(1), 2019, pp. 15-108.
[11] Arias E, Xu, JQ, Kochanek KD. *United States Life Tables, 2022. National vital statistics reports; vol 74 no 2*. Hyattsville, MD: National Center for Health Statistics, 2025.
[12] 00682_SPARKS_DHS_0000000003
[13] The mandatory employee contribution to the pension fund is equal to 7% - OASDI tax rate (6.2%), or 0.8% (FERS Employee Deduction and Agency Contributions, p. 16).
[14] https://www.opm.gov/policy-data-oversight/pay-leave/pay-systems/general-schedule/ ; 2016-17: 2.41%, 2017-18: 2.07%, 2018-19: 2.07%, 2019-20: 3.27%

## VII. Fringe Benefits

### 1. Marginal Lost FERS Pension Benefits

As mentioned above in Section II, Mr. Sparks prematurely retired as of April 12, 2017. To estimate the marginal loss of FERS pension benefits, we utilize the formula below:[15]

***1.1% of High-3 Average Salary x Years of Service Exceeding 20 Years[16]***

Accordingly, Mr. Sparks would have retired with a high-3 average salary equal to $100,959[17] and an additional four years of service.[18] These criteria result in an annual marginal lost FERS pension benefit equal to $4,442.[19] We commence our estimate from November 1, 2020 and value it through Mr. Sparks' statistical life expectancy, age 84.7.

The cost-of-living-adjustments ("COLA") associated with this benefit is based on the Consumer Price Index.[20] We utilize the historical COLAs from 2022[21] through 2025, 4.9%, 7.7%, 2.2%, and 2.0%, respectively.[22]

We estimate future COLAs at 2% annually, commencing in the year following receipt of benefits. This is consistent with other Federal Government benefit payments such as Social Security and the Federal Employees' Retirement System. The 2% COLA is based upon the Consumer Price Index, if the year over year increase in the CPI is more than 2% but less than 3%, the COLA is equal to 2%.[23] The average annual change in the Consumer Price Index between 2002 and 2022 was equal to 2.50%.[24]

### 2. Thrift Savings Plan ("TSP")

Mr. Sparks also received a TSP benefit. As outlined in the TSP summary of benefits,[25] Mr. Sparks automatically received 1% of basic pay as a contribution on behalf of his government agency regardless if he contributed to his TSP or not. This contribution could increase to as much as 5% in total, based upon Mr. Sparks' own contributions. In 2016, Mr. Sparks was contributed 10% of his basic pay to his TSP account.[26] Accordingly, we utilize the full 5% match in order to value lost TSP matching contributions.

---

[15] https://www.opm.gov/retirement-center/fers-information/computation/
[16] Upon Mr. Sparks' premature retirement he had approximately 27 years of service (1990 to 2017).
[17] We utilize an average of the basic salary from 2018 to 2020, which is estimated at $95,623, $99,331, and $106,401, respectively.
[18] Years 2024 to 2030
[19] 1.1% x $100,451 x 4
[20] U.S. Department of Defense, Military Compensation, http://militarypay.defense.gov/Pay/Retirement.aspx
[21] Retirees are eligible for COLAs after 12 months of retirement.
[22] https://www.myfederalretirement.com/csrs-fers-cola-history/
[23] U.S. Office of Personnel Management; https://www.opm.gov/faqs/topic/retire/index.aspx?cid=422637f6-1d45-4863-9549-b2b605155b40
[24] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CUUR0000SA0
[25] https://www.tsp.gov/making-contributions/contribution-types/#agencyservice-matching-contributions
[26] 00682_SPARKS_DHS_0000000008

## VIII. Taxes

Federal and state taxes are calculated and deducted using Federal and Colorado state tax rates. In calculating Mr. Sparks' income taxes, we assume that he would file as married filing jointly through 2038. The tax rate applied to Mr. Sparks' earnings and benefits range from 10.1% to 11.3%.[27]

## IX. Household Services

Data from the *2023 American Time Use Survey* ("ATUS") indicates that the number of hours an individual spends performing household services varies depending on 1) their employment status, 2) the presence or absence of dependents in the household, and 3) the age of the youngest dependent.[28] Data from this study, in hours per week, is summarized below:

**Table B: Household Services Men**

| Type of Household | Hours per Week |
|---|---|
| Working, no dependent children | 13.02 |
| Retired, age 65-74 | 21.98 |

To estimate the value of lost household services, we provide an illustrative calculation of one weekly hour of lost household services. The finder of fact may determine how many hours per week Mr. Sparks has lost attributable to the diagnosis and multiply by our calculation.

We value our scenario from April 12, 2017, the date of Mr. Sparks' premature retirement and value it through December 31, 2025. We utilize the average hourly wage for representative occupations in the state of Colorado, which was $18.84 in 2023,[29] to value these lost services.[30]

To estimate past growth in the value of lost household services, we utilize the historical annual rates of change in average hourly earnings for workers in household services occupational groups[31] in the state of Colorado.[32] [33]

---

27 https://taxsim.nber.org/taxsim35/

28 *2023 American Time Use Survey*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/tus/

29 No statistical occupational data is available for the state of Colorado in 2024. Accordingly, 2023 data is used.

30 Representative occupations include: Home Health and Personal Care Aides, Cooks, Fast Food; Cooks, Institution and Cafeteria; Cooks, Restaurant; Cooks, Short Order; Food Preparation Workers; Dishwashers; Janitors and Cleaners; Maids and Housekeeping Cleaners; Landscaping and Groundskeeping Workers; Office Clerks, General; Helpers – Installation, Maintenance and Repair; Motor Vehicle Operators, All Other. We note these rates represent wages paid for these occupations, and do not contain any markup for overhead costs to a service provider. See: *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm

31 Household service occupational groups include: Healthcare Support (31-0000), Food Preparation and Serving (35-0000), Building and Grounds Cleaning and Maintenance (37-0000), Personal Care and Service (39-0000), Sales and Related (41-0000), Office and Administrative Support (43-0000), Installation, Maintenance and Repair (49-0000) and Transportation and Material Moving (53-0000) See: *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm

# X. Medical and Related Care

## 1. Annual Medical Costs

In order to value Mr. Sparks' future medical expenses, we utilize the information contained in the January 27, 2025 report and March 3, 2026 updated tables of Michael A. Fryar, MS, RN, CRC, CCM, CLCP, QRP. In his report, Mr. Fryar outlines the items that Mr. Sparks will require for the remainder of his life. We categorize all of his projections into six categories: physician services ("PS"), other medical professional services ("OMP"), facility care ("FC"), prescription drugs ("PD"), other necessary items and services ("ONIS"), and one-time costs ("OTC").[34] These costs have been valued from January 1, 2026 through Mr. Sparks' statistical life expectancy, age 84.7.

## 2. Future Growth of Medical Costs

After 2025, the costs of future physician services, other medical professional services, facility care, prescription drugs, and other necessary items and services are assumed to grow at annual rate of 2.05%, 1.83%, 3.64%, 2.54%, and 2.57%, respectively. Each rate is equal to the average annual change in the specific component of the Consumer Price Index (in the case of other necessary items, the Consumer Price Index itself) between 2004 and 2024.[35]

# XI. Present Value

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received. We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high-grade Municipal Bonds as of September 6, 2025, 4.88%, was used to estimate the return on the principal investment.[36] The average yield on these bonds from 2015 to 2024, 3.36% per year, was used to estimate the return on the reinvested interest.[37]

---

[32] *Occupational Employment Statistics*, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/oes/home.htm; 2016-17: 3.21%, 2017-18: 3.87%, 2018-19: 3.32%, 2019-20: 5.13%, 2020-21: 3.95%, 2021-22: 8.64%, 2022-25: 5.67% per annum

[33] No statistical occupational data is available for the state of Colorado in 2024. Accordingly, 2023 data is used.

[34] Items in this plan fall under the Track 1 Trial Plaintiff Damages Assessment category of 'future medical expenses', 'home care expenses', and or 'non-medical expenses'.

[35] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: (PS) CUUR0000SEMC01, (OMP) CUUR0000SEMC04, (FC) CUUR0000SEMD02, (PD) CUUR0000SEMF01, and (ONIS) CUUR0000SA0

[36] *Economic Indicators,* August 2025; https://www.govinfo.gov/app/collection/econi

[37] *Economic Report of the President,* March 2025, Table B-42: https://www.govinfo.gov/content/pkg/ERP-2025/pdf/ERP-2025.pdf



Case 7:23-cv-00897-RJ Document 843-44 Filed 04/07/26 Page 7 of 12

## XII. TABLES

Table 1 shows lost earning capacity net of taxes and FERS employee contributions assuming worklife to age 67.0.

Table 2 shows the marginal lost FERS pension benefits from November 1, 2020 to age 84.7 assuming worklife to age 67.0.

Table 3 shows the cost of future medical and related care from January 1, 2026 to age 84.7.

Table 4 shows the value of lost household services from April 12, 2017 to December 31, 2025 assuming one weekly hour of lost services.

## XIII. SUMMARY

As outlined in Table 1, the total lost earning capacity is equal to $414,908. In Table 2, the total lost FERS benefits is equal to $72,474. In Table 3, the total cost of future medical and related care is equal to $1,501,924.

In Table 4, the illustrative loss of household services is equal to $7,772.[38]

It should be noted that our estimates of economic loss do not include the value of future medical expenses, Mr. Sparks' pain and suffering, or any additional elements of non-economic damages.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA

Stephen M. Dripps, M.Fin., CVA

[38] As noted above our loss is based upon the above stated illustrative hours. The trier of fact may arrive at a different value based upon our benchmark 1 hour per week and multiply by its determination of the evidence presented at trial of the expected hours of household services per week Mr. Sparks would have performed.

| Table 1: Sparks Value of Lost Earning Capacity Net of Taxes Assuming Worklife to Age 67.0 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year** | **Age** | **Earnings Absent** | **Earnings Given** | **Taxes** | **Lost TSP Contributions** | **FERS Employee Contributions** | **Net Annual Loss** |
| 2017 | 64 | 124,782 | (33,330) | (10,355) | 3,025 | (484) | 83,638 |
| 2018 | 65 | 127,365 | (3,945) | (13,975) | 4,591 | (735) | 113,301 |
| 2019 | 66 | 130,002 | - | (14,720) | 4,988 | (798) | 119,472 |
| 2020 | 67 | 106,060 | - | (12,009) | 5,367 | (859) | 98,559 |
| **Summary - Table 1** | | | | | | | |
| **Total Loss** | | 488,209 | (37,275) | (51,059) | 17,971 | (2,876) | **414,970** |

| Table 2: Sparks Marginal Value of Lost FERS Benefits<br>November 1, 2020 to Age 84.7 | | | | |
|---|---|---|---|---|
| **Year** | **Age** | **Marginal Lost FERS Benefits** | **Taxes** | **Net Annual Loss** |
| 2020 | 67 | 711 | (72) | 639 |
| 2021 | 68 | 4,442 | (450) | 3,992 |
| 2022 | 69 | 4,660 | (472) | 4,188 |
| 2023 | 70 | 5,019 | (508) | 4,511 |
| 2024 | 71 | 5,129 | (519) | 4,610 |
| 2025 | 72 | 5,232 | (530) | 4,702 |
| 2026 | 73 | 5,088 | (515) | 4,573 |
| 2027 | 74 | 4,952 | (501) | 4,451 |
| 2028 | 75 | 4,822 | (488) | 4,334 |
| 2029 | 76 | 4,698 | (476) | 4,222 |
| 2030 | 77 | 4,581 | (464) | 4,117 |
| 2031 | 78 | 4,468 | (452) | 4,016 |
| 2032 | 79 | 4,361 | (441) | 3,920 |
| 2033 | 80 | 4,258 | (431) | 3,827 |
| 2034 | 81 | 4,160 | (421) | 3,739 |
| 2035 | 82 | 4,065 | (412) | 3,653 |
| 2036 | 83 | 3,974 | (402) | 3,572 |
| 2037 | 84 | 3,887 | (393) | 3,494 |
| 2038 | 85 | 2,130 | (216) | 1,914 |
| **Summary - Table 2** | | | | |
| **Past Lost (2020-2025)** | | 25,193 | (2,551) | 22,642 |
| **Future Loss (2026-2038)** | | 55,444 | (5,612) | 49,832 |
| **Total Loss** | | 80,637 | (8,163) | **72,474** |

| Table 3: Sparks Future Medical and Related Care | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Item** | **Item/Yr** | **Cost** | **Cost/Yr** | **Duration** | **Category/Growth** | **FV** | **PV** |
| Neurology/Movement Disorder Clinic Visits | 2.72 | 267.62 | 726.57 | to 2029 | PS - 2.05% | 2,901 | 2,589 |
| Psychiatric and Medication Management | 2.00 | 120.69 | 241.37 | to LE | PS - 2.05% | 3,489 | 2,566 |
| Cognitive Testing | 1.00 | 498.25 | 498.25 | to 2029 | PS - 2.05% | 1,989 | 1,775 |
| Psychological Counseling | 12.00 | 194.18 | 2,330.10 | to 2029 | PS - 2.05% | 9,303 | 8,303 |
| Physical Therapy Evaluation | 2.00 | 179.37 | 358.73 | to 2029 | OMP - 1.83% | 1,425 | 1,272 |
| Occupational Therapy Evaluations | 3.00 | 211.73 | 635.18 | to 2029 | OMP - 1.83% | 2,522 | 2,252 |
| Speech Therapy Treatment (Voice) | 1.57 | 264.50 | 414.90 | to LE | OMP - 1.83% | 5,907 | 4,350 |
| Speech Therapy Evaluation (Swallow) | 0.35 | 264.50 | 93.35 | to LE | OMP - 1.83% | 1,329 | 979 |
| Modified Barium Swallow with SLP | 0.35 | 777.20 | 274.31 | to LE | OMP - 1.83% | 3,905 | 2,876 |
| Skilled Nurse Care | 52.00 | 171.00 | 8,891.74 | 2027 to 2029 | OMP - 1.83% | 18,881 | 16,178 |
| Sinemet 25/100mg | 12.00 | 209.96 | 2,519.52 | to LE | PD - 2.54% | 37,677 | 27,634 |
| Mirtazapine 30mg | 12.00 | 41.63 | 499.50 | to LE | PD - 2.54% | 7,469 | 5,479 |
| Gabapentin, 100mg | 12.00 | 34.19 | 410.22 | to LE | PD - 2.54% | 6,134 | 4,499 |
| Skilled Nursing Facility | 12.00 | 12,642.00 | 151,704.00 | 2029 to LE | FC - 3.64% | 1,820,386 | 1,224,494 |
| Rolling Walker with Seat and Laser | 0.50 | 1,451.50 | 725.75 | to LE | ONIS - 2.57% | 10,875 | 7,975 |
| Power Wheelchair | - | - | 3,744.50 | once in 2027 | ONIS - 2.57% | 3,939 | 3,584 |
| Hoyer Lift | - | - | 2,315.20 | once in 2027 | ONIS - 2.57% | 2,436 | 2,216 |
| Lift Slings for Electric Patient Lift (Hoyer) | - | - | 405.20 | once in 2027 | ONIS - 2.57% | 426 | 388 |
| Fitness/Exercise Program | 1.00 | 663.00 | 663.00 | to LE | ONIS - 2.57% | 9,935 | 7,286 |
| Financial Advisor | 4.00 | 125.41 | 501.64 | to LE | ONIS - 2.57% | 7,517 | 5,513 |
| Lawn Care Service | 32.00 | 65.00 | 2,080.00 | to 2029 | ONIS - 2.57% | 8,408 | 7,502 |
| Housekeeping | 26.00 | 127.00 | 3,302.00 | to 2029 | ONIS - 2.57% | 13,348 | 11,910 |
| Attendant Home Care Services | 624.00 | 42.50 | 26,520.00 | to 2027 | ONIS - 2.57% | 55,102 | 51,318 |
| Attendant Home Care Services | 1,092.00 | 42.50 | 46,410.00 | 2028 to 2029 | ONIS - 2.57% | 91,175 | 77,593 |
| Dermatologist | - | - | 267.62 | once | OTC | 268 | 268 |
| Neuropsychological Comprehensive Testing | 1.00 | 1,565.88 | 1,565.88 | once | OTC | 1,566 | 1,566 |
| Physical Therapy Visits | 60.00 | 292.00 | 17,519.70 | once | OTC | 17,520 | 17,520 |
| Hospital Bed | - | - | 2,039.34 | once | OTC | 2,039 | 2,039 |
| **Values in the 'Cost/Yr' column vary slightly due to rounding.** | | | | | **Total** | **2,147,871** | **1,501,924** |

| Table 4: Sparks Value of Lost Household Services from April 12, 2017 to December 31, 2025 Assuming One Weekly Hours of Lost Services | | | |
|---|---|---|---|
| **Year** | **Age** | **Hourly Rate** | **Annual Loss (One Weekly Hour)** |
| 2017 | 64 | 14.01 | 524 |
| 2018 | 65 | 14.55 | 757 |
| 2019 | 66 | 15.02 | 781 |
| 2020 | 67 | 15.79 | 821 |
| 2021 | 68 | 16.41 | 853 |
| 2022 | 69 | 17.83 | 927 |
| 2023 | 70 | 18.84 | 980 |
| 2024 | 71 | 19.91 | 1,035 |
| 2025 | 72 | 21.04 | 1,094 |
| **Summary - Table 4** | | | |
| **Lost Household Services** | | | **7,772** |