# Exhibit 875

**Accessible Housing Services**
www.AccessibleHousingServices.com

**HOUSING REPORT**

Edgar Peterson

12/16/24

Objective: To determine the feasibility and projected cost of modifying 1509 Goodbar Ave, Memphis, TN 38104 for wheelchair accessibility to meet Edgar Peterson's medical and accessibility needs.

Subject Property: The subject property is a multi-level, 4-bedroom, 2.5-bathroom, 3,592 square-foot house built in 1912 per Shelby County public records. The house is also part of the Central Gardens National Historical District (link). All modifications to the house must comply with the architectural guidelines of the Central Garden Association and the Memphis Landmarks Commission (link). On October 25, 2024, a LiDAR scan of the house was completed, resulting in a floor plan rendering (Appendix A) and a 3D tour of the house (link).

Diagnosis & Activities of Daily Living: Mr. Peterson has Parkinsons and requires assistance for all self-care needs.

Accessibility: Accessibility is a relative term based on the individual's disability. What is accessible for one person may not be accessible for another. This is especially true when an individual is dependent or assisted for self-care requiring additional space for a caregiver. For example, an individual with a lower-level spinal cord injury may be able to transfer independently to a shower chair and be independent with showering, toileting, and grooming. This can be completed in a much smaller bathroom when compared to a high-level spinal cord injury where the individual is dependent for the same ADLS since the bathroom space needs to accommodate the individual, larger equipment, and the caregiver. This is the case with Edgar, he needs additional space in all living areas to accommodate himself and a caregiver.

An additional spatial consideration for individuals who require assistance or are dependent for self-care is office space for the caregivers. An individual with multiple caregivers requires office space to coordinate care, manage medications, and medical documentation. Mr. Peterson may have multiple caregivers who require office space in the future.

Residential Accessibility: Since 1998, the staff at Accessible Housing Services (AHS) has worked exclusively with physically disabled individuals in their homes and are considered industry experts (Appendix E). The population of our clients has ranged in age, diagnosis, prognosis, and function as well as other related factors. Without uniformly accepted codes and standards for privately owned houses, we've used Universal Design to implement the following accessible features we feel define baseline residential accessibility:

- Covered Parking
- Two Barrier-free egresses which are non-mechanical
- Main-level, accessible master bedroom and bathroom
- Main-level, kitchen and living room

- Appropriate flooring
- Proper floor space, turning diameters for a wheelchair as being pushed by a caregiver, sufficient space for transfers and ADLS

Existing Lot and Floor Plan: the exterior of the property consists of a broken concrete driveway and only one concrete sidewalk leading to an exterior door (link). The main level of the house does not have a main-level bedroom or full bathroom. Also, the main level of the house has been under construction for some time with unfinished/unused rooms (link). The strategy to create an accessible living environment would be repurposing the main level floor plan and creating an outdoor living area with covered parking.

Recommended Accessible Modifications: the following recommendations are based on AHS baseline residential accessibility.

- Exterior (Appendix B)
    - Concrete Work: the existing driveway has severely broken concrete which would be very difficult for a wheelchair to use the driveway to access a vehicle or public sidewalk.

    - Covered Parking: covered parking is recommended since Mr. Peterson will require assistance, time, and space for vehicle transfers. Additionally, Mr. Peterson will likely use electronic equipment, which should not get wet. Mr. Peterson's caregiver can protect the equipment from water with an umbrella when transitioning to and from the house.

    - Rear Patio: a concrete patio on the rear of the house is recommended to provide Mr. Peterson an outdoor living area.

- Interior (Appendix C)
    - Main Level Bedroom: the house does not currently have a main level bedroom. A large bedroom and closet can be created by repurposing the family room.

    - Master Closet: Mr. Peterson would require a large walk-in closet for clothing as well as medical supplies. To accommodate a new accessible master suite, the existing main level half bathroom would need to be relocated off the kitchen hallway.

    - Main Level Bathroom: the house does not currently have a main-level bathroom. The recommended bathroom would consist of a barrier-free shower, accessible toilet, and a roll-under sink.

    - Kitchen: the existing kitchen is under construction and not complete. The kitchen should be completed so hired Caregivers can prepare meals for Mr. Peterson. In addition to the kitchen, the existing Butler's pantry would be reconfigured for a half bathroom and passage to the dining room.

Structural Remodeling Considerations: the following property characteristics will significantly impact the remodeling process and increase cost when compared to a traditional house:

- Historical Designation: all work on the property needs to be reviewed and approved by the Central Gardens Association and Memphis Landmarks Commission. This increases cost since licensed professionals are required for this process.

- Age of the House: the house was constructed in 1912. The material cost will be more expensive to conform to the original construction. Also, some mechanical work may require existing mechanical work to be brought up to code.

- Building Characteristics: the main level of the house, where most of the work would likely take place, consists primarily of windows. The "wall of windows" will restrict how the space can be repurposed and need additional work to overcome these restrictions. For example, a bedroom with many windows may need additional heating.

Cost Estimate: The cost estimate for the work outlined in Appendix D is $289,979. It was created using the RS Means data source, which uses December 2024 data for Memphis, TN.

Summary: The cost estimate for the recommended work is $289,979. This estimate includes a 10% contingency for latent issues, change orders, and general exclusions from the cost estimate. I would recommend another 10% contingency ($28,998) to account for historical preservation compliance to include additional professional services and material upgrades not known at this time. A total of $318,977 should be allocated to renovate Mr. Peterson's house to meet his accessibility and medical needs.

______________________________
Eric Anderson
Maryland Licensed Contractor (MHIC 87560)
Maryland Licensed Salesperson (600281)

Appendix A




NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

Page Description:
LOT OVERVIEW

PROJECT DESCRIPTION FOR:
PETERSON, EDGAR
1509 GOODBAR AVE
MEMPHIS, TN, 38104

ACCESSIBLE HOUSING SERVICES
1-800-284-8076
www.AccessibleHousingServices.com

PAGE
1

To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.

Appendix A




NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

**Page Description:**
**EXISTING - 1ST LEVEL FLOOR PLAN**

PROJECT DESCRIPTION FOR:
**PETERSON, EDGAR**
**1509 GOODBAR AVE**
**MEMPHIS, TN, 38104**

**ACCESSIBLE HOUSING SERVICES**
1-800-284-8076
www.AccessibleHousingServices.com

PAGE
2

To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.




NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

**Page Description:**
**EXISTING - 2ND LEVEL FLOOR PLAN**

PROJECT DESCRIPTION FOR:
**PETERSON, EDGAR**
**1509 GOODBAR AVE**
**MEMPHIS, TN, 38104**

**ACCESSIBLE HOUSING SERVICES**
1-800-284-8076
www.AccessibleHousingServices.com

PAGE
3

To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.

# Appendix B




NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

**Page Description:**
**RECOMMENDED EXTERIOR MODIFICATIONS**

PROJECT DESCRIPTION FOR:
**PETERSON, EDGAR**
**1509 GOODBAR AVE**
**MEMPHIS, TN, 38104**

**ACCESSIBLE HOUSING SERVICES**
1-800-284-8076
www.AccessibleHousingServices.com

PAGE
4

To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.

# Appendix B



NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

Page Description:
RECOMMENDED EXTERIOR MODIFICATIONS

PROJECT DESCRIPTION FOR:
PETERSON, EDGAR
1509 GOODBAR AVE
MEMPHIS, TN, 38104

ACCESSIBLE HOUSING SERVICES
1-800-284-8076
www.AccessibleHousingServices.com

PAGE
5

To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.

Appendix C




NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

**Page Description:**
**RECOMMENDED MAIN LEVEL MODIFICATIONS**

PROJECT DESCRIPTION FOR:
**PETERSON, EDGAR**
**1509 GOODBAR AVE**
**MEMPHIS, TN, 38104**

**ACCESSIBLE HOUSING SERVICES**
1-800-284-8076
www.AccessibleHousingServices.com

PAGE
6

To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.




CONFIDENTIAL 01576_PETERSON_0000004321

Appendix C




NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

Page Description:
BEDROOM RENDERING

PROJECT DESCRIPTION FOR:
PETERSON, EDGAR
1509 GOODBAR AVE
MEMPHIS, TN, 38104


ACCESSIBLE HOUSING SERVICES
1-800-284-8076
www.AccessibleHousingServices.com


PAGE
7


To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.




NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

**Page Description:**
**BATHROOM RENDERING**

PROJECT DESCRIPTION FOR:
**PETERSON, EDGAR**
**1509 GOODBAR AVE**
**MEMPHIS, TN, 38104**

**ACCESSIBLE HOUSING SERVICES**
1-800-284-8076
www.AccessibleHousingServices.com



To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.



NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024

PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

**Page Description:**
**BATHROOM RENDERING**

PROJECT DESCRIPTION FOR:
**PETERSON, EDGAR**
**1509 GOODBAR AVE**
**MEMPHIS, TN, 38104**

**ACCESSIBLE HOUSING SERVICES**
1-800-284-8076
www.AccessibleHousingServices.com



To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.



CONFIDENTIAL

Appendix C




NOT TO SCALE - ILLUSTRATION PURPOSE

DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

Page Description:
CLOSET RENDERING

PROJECT DESCRIPTION FOR:
PETERSON, EDGAR
1509 GOODBAR AVE
MEMPHIS, TN, 38104

ACCESSIBLE HOUSING SERVICES
1-800-284-8076
www.AccessibleHousingServices.com

PAGE
10

To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.

Appendix C




DRAWN BY:
PRINT DATE:
12/31/2024
PERSPECTIVES ARE NOT TO SCALE AND MAY NOT REFLECT EXACTLY WHAT IS AVAILABLE FOR THE PROJECT

Page Description:
KITCHEN RENDERING

PROJECT DESCRIPTION FOR:
PETERSON, EDGAR
1509 GOODBAR AVE
MEMPHIS, TN, 38104

ACCESSIBLE HOUSING SERVICES
1-800-284-8076
www.AccessibleHousingServices.com

PAGE
11

NOT TO SCALE - ILLUSTRATION PURPOSE

To the best of our knowledge these plans are drawn to comply with owner's specifications. The contractor and/or homeowner shall verify all dimensions and enclosed drawings. ***Accessible Housing Services.*** is not liable for errors once construction has begun. While every effort has been made in the preparation of these plans to avoid mistakes, the maker can not guarantee against human error. The contractor of the job must check all dimensions and other details prior to construction and be solely responsible thereafter. Contractor is responsible for all code and governing body compliance and all engineering.

Appendix D

## Estimate of Materials and Cost of Construction

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Date:** | 12/20/2024 | | | | | | | | | | |
| | **Project ID:** | 1509 Goodbar Ave | | | | | | | | | | |
| | **Address:** | Memphis, TN, 38104 | | | | | | | | | | |
| | **Scope:** | Main Level Living | | | | | | | | | | |
| **Item #** | **CSI Ref.** | **Description** | **Quantity** | **Unit** | **Wastage** | **Quantity w/ Wastage** | **Unit Material Cost** | **Total Material Cost** | **Unit Labor Cost** | **Total Labor Cost** | **Total Item Cost** | **Trade Cost** |
| | **DIV-01** | **GENERAL** | | | | | | | | | | **$ 20,670** |
| 1 | | Permit | 1.00 | LS | 0% | 1.00 | $ - | $ - | $ 2,600.00 | $ 2,600 | $ 2,600 | |
| 2 | | Supervision | 1.00 | LS | 0% | 1.00 | $ - | $ - | $ 3,900.00 | $ 3,900 | $ 3,900 | |
| 3 | | Final Cleanup | 1.00 | LS | 0% | 1.00 | $ - | $ - | $ 3,250.00 | $ 3,250 | $ 3,250 | |
| 4 | | Mobilization Cost | 1.00 | LS | 0% | 1.00 | $ - | $ - | $ 3,120.00 | $ 3,120 | $ 3,120 | |
| 5 | | Project Overheads | 1.00 | LS | 0% | 1.00 | $ - | $ - | $ 2,600.00 | $ 2,600 | $ 2,600 | |
| 6 | | Bonds | 1.00 | LS | 0% | 1.00 | $ - | $ - | $ 1,950.00 | $ 1,950 | $ 1,950 | |
| 7 | | Temporary Control & Facilities | 1.00 | LS | 0% | 1.00 | $ - | $ - | $ 3,250.00 | $ 3,250 | $ 3,250 | |
| 8 | | Scaffolding @ Elevation | 1.00 | LS | 0% | 1.00 | $ - | $ - | $ - | $ - | $ - | |
| | **DIV-02** | **Site Work/ Existing Conditions** | | | | | | | | | | **$ 60,791** |
| | | **Demolition** | | | | | | | | | | |
| 9 | | Allowance for Demolition Works | 1.00 | LS | 0% | 1.00 | $ - | $ - | $ 12,454.00 | $ 12,454 | $ 12,454 | |
| | | **Site Work** | | | | | | | | | | |
| 10 | | 4" Concrete Driveway | 21.87 | CY | 5% | 22.96 | $ 240.50 | $ 5,522 | $ 461.50 | $ 10,596 | $ 16,117 | |
| | | **Carport** | | | | | | | | | | |
| 11 | | 22'x22' Carport | 484.00 | SF | 5% | 508.20 | $ 53.00 | $ 26,935 | $ 10.40 | $ 5,285 | $ 32,220 | |
| | **DIV-08** | **Opening** | | | | | | | | | | **$ 14,740** |
| | | **Doors** | | | | | | | | | | |
| 12 | | 5-0"x7'-0" Double Leaf Door W/Frame | 1.0 | EA | 0% | 1.00 | $ 2,850.00 | $ 2,850 | $ 390.00 | $ 390 | $ 3,240 | |
| 13 | | 1-4"x5'-0" Single Leaf Door W/Frame | 1.0 | EA | 0% | 1.00 | $ 845.00 | $ 845 | $ 325.00 | $ 325 | $ 1,170 | |
| 14 | | 3-0"x7'-0" Single Leaf Door W/Frame | 1.0 | EA | 0% | 1.00 | $ 1,985.00 | $ 1,985 | $ 325.00 | $ 325 | $ 2,310 | |
| 15 | | 2-6"x7'-0" Single Leaf Door W/Frame | 3.0 | EA | 0% | 3.00 | $ 2,150.00 | $ 6,450 | $ 325.00 | $ 975 | $ 7,425 | |
| | | **Trims @ Door/Window** | | | | | | | | | | |
| 16 | | Wood Trims With Paint | 217.80 | LF | 5% | 228.69 | $ 1.43 | $ 327 | $ 1.17 | $ 268 | $ 595 | |
| | **DIV-09** | **Finishes** | | | | | | | | | | **$ 46,767** |
| | | **Partition Walls** | | | | | | | | | | |
| | | **2x4 Internal Wall** | 77.86 | 9 | | | | | | | | |
| 17 | | 2x4 Studs @ 16" | 535.87 | SF | 5% | 562.67 | $ 5.59 | $ 3,145 | $ 2.86 | $ 1,609 | $ 4,755 | |
| 18 | | 5/8" Type X Gypsum Board | 1,401.48 | SF | 5% | 1,471.55 | $ 1.69 | $ 2,487 | $ 1.04 | $ 1,530 | $ 4,017 | |
| 19 | | 3 1/2" R-19 Batt insulation | 700.74 | SF | 5% | 735.78 | $ 1.17 | $ 861 | $ 0.78 | $ 574 | $ 1,435 | |
| 20 | | 4" Top & Bottom Runner | 233.58 | LF | 5% | 245.26 | $ 5.98 | $ 1,467 | $ 3.38 | $ 829 | $ 2,296 | |
| 21 | | Sealent | 311.44 | LF | 5% | 327.01 | $ 1.43 | $ 468 | $ 1.17 | $ 383 | $ 850 | |
| | | **Floor Finish** | | | | | | | | | | |
| 22 | | Hardwood Flooring | 1,697.58 | SF | 5% | 1,782.46 | $ 3.12 | $ 5,561 | $ 1.56 | $ 2,781 | $ 8,342 | |
| 23 | | White Tile Flooring | 131.92 | SF | 5% | 138.52 | $ 4.23 | $ 585 | $ 2.28 | $ 315 | $ 900 | |
| | | **Wall Finish** | | | | | | | | | | |
| 24 | | Texture & Paint | 4,910.50 | SF | 5% | 5,156.03 | $ 1.04 | $ 5,362 | $ 0.91 | $ 4,692 | $ 10,054 | |
| 25 | | 12x24 Porcelean Tile | 222.70 | SF | 5% | 233.84 | $ 5.20 | $ 1,216 | $ 3.90 | $ 912 | $ 2,128 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Ceiling Work** | | | | | | | | | | |
| 26 | | 5/8" Type X Gypsum Board Ceiling Tape & Paint | 1,830.00 | SF | 5% | 1,921.50 | $ 3.90 | $ 7,494 | $ 2.34 | $ 4,496 | $ 11,990 | |
| | **DIV-10** | **Specialties** | | | | | | | | | | **$ 6,998** |
| | | **Countertop/Splash Back** | | | | | | | | | | |
| 27 | | Counter Top @ kitchen | 40.49 | SF | 5% | 42.51 | $ 65.00 | $ 2,763 | $ 19.50 | $ 829 | $ 3,592 | |
| 28 | | Counter Top @ Bathroom | 14.06 | SF | 5% | 14.76 | $ 65.00 | $ 960 | $ 19.50 | $ 288 | $ 1,247 | |
| | | **Toilet Accessories** | | | | | | | | | | |
| 29 | | Grab Bar | 2.00 | EA | 0% | 2.00 | $ 156.00 | $ 312 | $ 52.00 | $ 104 | $ 416 | |
| 30 | | Toilet Paper Dispenser | 2.00 | EA | 0% | 2.00 | $ 156.00 | $ 312 | $ 52.00 | $ 104 | $ 416 | |
| 31 | | Soap Dispenser | 2.00 | EA | 0% | 2.00 | $ 156.00 | $ 312 | $ 52.00 | $ 104 | $ 416 | |
| 32 | | Mirror | 2.00 | EA | 0% | 2.00 | $ 390.00 | $ 780 | $ 65.00 | $ 130 | $ 910 | |
| | **DIV-11** | **Equipment** | | | | | | | | | | **$ 10,612** |
| 33 | | Fridge | 1.00 | EA | 0% | 1.00 | $ 2,392.00 | $ 2,392 | $ 325.00 | $ 325 | $ 2,717 | |
| 34 | | Freezer | 1.00 | EA | 0% | 1.00 | $ 2,873.00 | $ 2,873 | $ 325.00 | $ 325 | $ 3,198 | |
| 35 | | 36" Convention Cooktop & Oven | 1.00 | EA | 0% | 1.00 | $ 1,105.00 | $ 1,105 | $ 325.00 | $ 325 | $ 1,430 | |
| 36 | | Range Hood | 1.00 | EA | 0% | 1.00 | $ 1,055.60 | $ 1,056 | $ 325.00 | $ 325 | $ 1,381 | |
| 37 | | Dishwasher | 1.00 | EA | 0% | 1.00 | $ 1,561.30 | $ 1,561 | $ 325.00 | $ 325 | $ 1,886 | |
| | **DIV-12** | **Furnishings** | | | | | | | | | | **$ 34,008** |
| 38 | | 24" Deep Base Cabinet | 26.00 | LF | 5% | 27.30 | $ 98.50 | $ 2,689 | $ 33.80 | $ 923 | $ 3,612 | |
| 39 | | 12" Deep Wall Cabinet | 20.00 | LF | 5% | 21.00 | $ 82.00 | $ 1,722 | $ 29.90 | $ 628 | $ 2,350 | |
| 40 | | 16" Deep Wardrobe | 19.01 | LF | 5% | 19.96 | $ 78.00 | $ 1,557 | $ 39.00 | $ 778 | $ 2,335 | |
| 41 | | 24" Deep Wardrobe | 25.76 | LF | 5% | 27.05 | $ 97.50 | $ 2,637 | $ 45.50 | $ 1,231 | $ 3,868 | |
| 42 | | 18" Deep Shelving | 14.01 | LF | 5% | 14.71 | $ 78.00 | $ 1,147 | $ 39.00 | $ 574 | $ 1,721 | |
| 43 | | 16" Deep Shelvings | 16.28 | LF | 5% | 17.09 | $ 71.50 | $ 1,222 | $ 33.80 | $ 578 | $ 1,800 | |
| 44 | | 12" Deep Shelving | 4.68 | LF | 5% | 4.91 | $ 65.00 | $ 319 | $ 33.80 | $ 166 | $ 486 | |
| | | **Plumbing Fixtures** | | | | | | | | | | |
| 45 | | Vanities W/One Being Roll Under | 1.00 | EA | 0% | 1.00 | $ 585.00 | $ 585 | $ 260.00 | $ 260 | $ 845 | |
| 46 | | Pedestal Sink | 1.00 | EA | 0% | 1.00 | $ 585.00 | $ 585 | $ 260.00 | $ 260 | $ 845 | |
| 47 | | Toilet | 2.00 | EA | 0% | 2.00 | $ 715.00 | $ 1,430 | $ 260.00 | $ 520 | $ 1,950 | |
| 48 | | Kitchen Double Sink | 1.00 | EA | 0% | 1.00 | $ 559.00 | $ 559 | $ 260.00 | $ 260 | $ 819 | |
| 49 | | Shower Set | 1.00 | EA | 0% | 1.00 | $ 1,235.00 | $ 1,235 | $ 442.00 | $ 442 | $ 1,677 | |
| | | **Plumbing Pipes/ Fittings** | | | | | | | | | | |
| 50 | | Allowance for Plumbing & Drainage | 1.00 | LS | 0% | 1.00 | $ 7,800.00 | $ 7,800 | $ 3,900.00 | $ 3,900 | $ 11,700 | |
| | **DIV-25** | **Hvac/Mechanical** | | | | | | | | | | **$ 4,745** |
| 51 | | Allowance for Ducts & Ventiltion works | 1.00 | LS | 0% | 1.00 | $ 2,145.00 | $ 2,145 | $ 2,600.00 | $ 2,600 | $ 4,745 | |
| | **DIV-26** | **Electrical** | | | | | | | | | | **$ 23,731** |
| | | **Allowance** | | | | | | | | | | |
| 52 | | Allowance For Electrical Power And Lighting Wiring | 1,830.00 | SF | 5% | 1,921.50 | $ 6.50 | $ 12,490 | $ 5.85 | $ 11,241 | $ 23,731 | |
| **SUB TOTAL** | | | | | | | **Mat. Cost =** | **$ 126,108** | **Lab. Cost =** | **$ 96,953** | **$ 223,061** | **$ 223,061** |
| **INSURANCE** | | | | | | | **5%** | | | | **$ 11,153** | **$ 11,153** |
| **CONTINGENCY** | | | | | | | **10%** | | | | **$ 22,306.06** | **$ 22,306.06** |
| **OVERHEAD AND PROFIT** | | | | | | | **15%** | | | | **$ 33,459** | **$ 33,459** |
| **TOTAL BASE BID** | | | | | | | | | | | **$ 289,979** | **$ 289,979** |
| | | | | | | | | | | | | |
| **GENERAL NOTES FOR CONTRACTOR:** | | | | | | | | | | | | |
| 1. Please adjust the Percentage of Insurance, Contingency and OH/Profit as per your requirements. | | | | | | | | | | | | |
| 2. Please Add the Cost for Items in Div-01 (General) if required. | | | | | | | | | | | | |
| 3. Please verify the Type and Cost of Equipment with Owner if required. | | | | | | | | | | | | |
| 4. Online sources are used for prices. Prices may very depending upon field conditions. It is preferable to check prices before construction. | | | | | | | | | | | | |

FROM THE DESK OF

**DEBORAH L. GROSS, RN, BSN, CCM**

CATASTROPHIC NURSE CASE MANAGER

April 3, 2018

To Whom It May Concern:

I'm writing in regards to Eric Anderson and Accessible Housing Services. I work as a catastrophic nurse case manager for a large national workers compensation insurance company. In my role, one of my responsibilities is securing/ensuring appropriate housing for catastrophically injured workers. Working in that capacity, is how I met Eric.

I first met Eric in January 2008 on a temporary housing assignment in Trenton, NJ for a client who suffered a high level spinal cord injury. Eric's role was to: find an appropriate rental which could be easily modified for wheelchair accessibility, negotiate the lease, create the scope of work for the accessible modifications, solicit bids from contractors and manage the project. Eric not only met, but exceeded all goals and expectations by every party involved. Eric was so effective at this that my client is still in the rental 10 years later.

I have been using Accessible Housing Services for property acquisition and modifications nationally for the past 10 years. In particular, Eric has the uncanny ability to project, with great accuracy, the actual modification costs for any project he sets his eyes on. He also identifies appropriate housing swiftly; likewise, is quick to advise of potential issues or areas of concern. I work with a small team of catastrophic nurse case managers covering the U.S. and Accessible Housing Services' expertise is vital to our operation.

Regards,

Deborah L Gross, RN, BSN, CCM (Apr 3, 2018)

Deborah L. Gross, RN, BSN, CCM

FREEHOLD, NEW JERSEY