# Exhibit 876

# ERRATA SHEET

I, MICHAEL SHAHNASARIAN, PH.D., have read the foregoing pages of my deposition given on February 17, 2026 in the case of In Re: Camp LeJeune Water Litigation, Case No. 7:34-CV-00897, and wish to make the following additions, deletions or corrections:

| PAGE | LINE | CHANGE AND REASON FOR CHANGE |
|---|---|---|
| 25 | 17 | change "probable" to "probably" - Correction |
| 26 | 11 | " " "I" " "it" - " " |
| 33 | 23 | " " "my" " "the" - " " |
| 46 | 14 | " " "there" " "they" - " " |
| 54 | 22 | " " "I reviewed" " "I developed" - " " |
| 108 | 4 | " " "likes" " "linear" - " " |
| 157 | 15 | " " "there" " "they" - " " |
| 157 | 15 | insert "at" after "are" - omission |

In all other respects, the transcript is true and accurate.

MICHAEL SHAHNASARIAN, PH.D.