# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
## NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

**UNITED STATES' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF STATEMENT OF APPEAL REGARDING DOCKET ENTRY 821**

Pursuant to Local Civil Rule 72.4(a)(3), the United States moves for leave to file a short reply of no more than three pages in support of its Statement of Appeal Regarding Docket Entry 821. *See* D.E. 829 (the "Appeal").

Good cause exists because Plaintiffs' response (D.E. 836) contains material mischaracterizations, including information concerning the nature and use of the toxicity criteria and points of departure. In addition, Plaintiffs' response asserts a new issue that was not addressed in the United States' opening brief, namely that the United States lacked leave to file its February 19, 2026 notice (D.E. 815) and thereby waived an argument. *See* D.E. 836 at 8 n.2. The United States attaches as Exhibit 1 the proposed reply, and as Exhibit 2 correspondence with the Court regarding the February 19, 2026 notice.

A limited reply would allow the United States to address these discrete matters and provide the Court with information for an accurate understanding of the governing scientific principles at issue and the record.

Accordingly, the United States respectfully requests leave to file the reply attached as Exhibit 1.

1

Dated: April 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General,
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Chief Litigation Counsel

HAROON ANWAR
SARA J. MIRSKY
Assistant Directors

MARCUS O. TUBIN
Trial Attorney

*/s/ Joshua G. Carpenito*
Joshua G. Carpenito
NC Bar No. 60801
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
310 New Bern Avenue
Raleigh, NC 27601
(202) 880-1518
Joshua.g.carpenito@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2026, I electronically filed the foregoing using the Court's

Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Joshua G. Carpenito*
Joshua G. Carpenito

3