IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE:                                    )
CAMP LEJEUNE WATER LITIGATION   )
                                          )
This Document Relates to:                 )
                                          )
ALL CASES                                 )

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING FUTURE OFFSETS

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56.1, Plaintiffs move for partial summary judgment to deny Defendant's claimed offsets based on potential future awards, benefits, or payments. As explained in the accompanying Memorandum of Law, there is no genuine dispute of fact that any plaintiff's potential future receipt of awards, benefits, or payments under certain government programs is speculative, as confirmed by Defendant's experts' testimony. Both the Camp Lejeune Justice Act and caselaw regarding offsets in other statutes do not permit speculative future offsets. Accordingly, the Court should grant partial summary judgment and deny Defendant's claimed offsets based on potential future awards, benefits, or payments.

*[Signatures follow on next page]*

DATED this 27th day of April, 2026.

| | |
|---|---|
| /s/ _J. Edward Bell, III_ | /s/ _Elizabeth J. Cabraser_ |
| J. Edward Bell, III (admitted *pro hac vice*) | Elizabeth J. Cabraser (admitted *pro hac vice*) |
| Bell Legal Group, LLC | Lieff Cabraser Heimann & Bernstein, LLP |
| 219 Ridge St. | 275 Battery Street, 29th Floor |
| Georgetown, SC 29440 | San Francisco, CA 94111 |
| Telephone: (843) 546-2408 | Telephone: (415) 956-1000 |
| jeb@belllegalgroup.com | ecabraser@lchb.com |
| | |
| *Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |
| | |
| /s/ _W. Michael Dowling_ | /s/ _Robin L. Greenwald_ |
| W. Michael Dowling (NC Bar No. 42790) | Robin L. Greenwald (admitted *pro hac vice*) |
| The Dowling Firm PLLC | Weitz & Luxenberg, P.C. |
| Post Office Box 27843 | 700 Broadway |
| Raleigh, NC 27611 | New York, NY 10003 |
| Telephone: (919) 529-3351 | Telephone: 212-558-5802 |
| mike@dowlingfirm.com | rgreenwald@weitzlux.com |
| | |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |
| /s/ _James A. Roberts, III_ | /s/ _Mona Lisa Wallace_ |
| James A. Roberts, III | Mona Lisa Wallace (N.C. Bar No.: 009021) |
| Lewis & Roberts, PLLC | Wallace & Graham, P.A. |
| 3700 Glenwood Ave., Ste. 410 | 525 North Main Street |
| Raleigh, NC 27612 | Salisbury, NC 28144 |
| Telephone: (919) 981-0191 | Telephone: 704-633-5244 |
| jar@lewis-roberts.com | mwallace@wallacegraham.com |
| | |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |