IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CV-897

IN RE:                                    )
                                          )
CAMP LEJEUNE WATER LITIGATION             )
                                          )                    ORDER
This Document Relates to:                 )
                                          )
ALL CASES                                 )
                                          )

This matter comes before the court on the Plaintiffs' Leadership Group's ("PLG" or

Plaintiffs) motion to seal, [DE-867], ("Motion") four attachments filed at [DE-863-1–4]. These

attachments include unredacted dates of birth. [DE-863-1–4]. Federal Rule of Civil Procedure

5.2(a)(2) permits only the year of an individual's birth, but not the month and day, to be filed

publicly by a party. The PLG states that Defendant identified this issue and requested the PLG

seek this relief. [DE-867] 1. The PLG also states that "[a]ttached hereto Plaintiffs file redacted

copies of the same exhibits, which are identical to the originally filed exhibits besides the redaction

of each deponent's month and day of birth." [DE-867] 1. The only attachment to [DE-867] is a

proposed order [DE-867-1].

IT IS HEREBY ORDERED that, for good cause shown, the Motion is GRANTED IN

PART AND DENIED IN PART. The filed materials at [DE-863-1–4] shall be placed under seal

pending further order of the court. The court, *sua sponte*, orders the PLG to file redacted versions

of the filed materials at [DE-863-1–4], which are to be identical to the originally filed materials

besides the redaction of each deponent's month and day of birth. Upon the PLG's compliance

with the court's *sua sponte* order, the redacted versions shall serve as the publicly filed versions

of the exhibits attached to the PLG's Appendix to their Local Civil Rule 56.1 Statement of Material

Facts [DE-863] in support of their Motion for Partial Summary Judgment Regarding Future Offsets

[DE-860].

SO ORDERED. This 12 day of May, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge