# EXHIBIT A

# Redacted Version of D.E. 863-1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

NO. 7:23-CV-897

IN RE:                                    )
                                          )
Camp Lejeune Water Litigation            )
                                          )
This Document Relates To:                 )
All Cases                                 )

REMOTE VIDEOTAPED DEPOSITION

OF DANIEL CLARKE

APPEARING VIA ZOOM

September 3, 2025

9:33 a.m.

Reported by:  Julie Thomson Riley, RDR, CRR,

Massachusetts CSR No. 1444S95

Registered Professional Reporter

APPEARANCES (REMOTELY):

Representing the Plaintiff Leadership Group:

Wallace & Graham

    by Whitney Wallace, Esquire

    525 North Main Street

    Salisbury, North Carolina 28144

    (704) 633-5244

    wwallace@wallacegraham.com

- and-

Ward and Smith, P.A.

    by Jenna F. Butler, Esquire

    by A. Charles Ellis, Esquire

    127 Racine Drive

    Wilmington, North Carolina 28406-7068

    (910) 794-4829

    (252) 215-4007

    JFB@wardandsmith.com

    ace@wardandsmith.com

(continued)

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 3 of 229

APPEARANCES (REMOTELY) (continued):

Representing the United States:

United States Department of Justice

Civil Division, Torts Branch

Camp Lejeune Justice Act Section

    by Michael W. Cromwell, Assistant US Attorney

    310 New Bern Avenue, Third Floor

    Raleigh, North Carolina 27601

    (202) 305-5981

    michael.w.cromwell@usdoj.gov


-and-


United States Department of Justice

    by Giovanni Antonucci, Assistant US Attorney

    by Joseph B. Turner, Assistant US Attorney

    1100 L. Street, NW

    Washington, DC 20005

    (202) 880-6104

    (202) 436-6895

    giovanni.antonucci@usdoj.gov

    joseph.b.turner@usdoj.gov


(continued)

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 4 of 229

APPEARANCES (REMOTELY) (continued):

United States Department of Veterans Affairs

Veterans Health Administration

by Matthew Solis, VA Office of General Counsel

Also present (remotely):

Chris Clee, as Videographer

I N D E X

Deposition of:                                           Page

Daniel Clarke

    by Ms. Wallace                                        10

E X H I B I T S

No.                                                      Page

Exhibit 1     Document titled "VHA Produced

              Materials," one page.                      18

Exhibit 2     Document titled "Plaintiffs'

              Notice of Deposition of Daniel

              Clarke," nine pages.                       21

Exhibit 3     Document titled "United States'

              Objections and Responses to

              Plaintiffs' Notice of Deposition

              and Request for Production of

              Documents to Daniel Clarke," nine

              pages.                                     21

   (continued)

E X H I B I T S (continued)

No.                                                          Page

Exhibit 4      Résumé of Daniel J. Clarke, MSA,
               six pages.                                      23

Exhibit 6      Letter from Janine Genovese, dated
               March 18, 2025, Bates Stamp Nos.
               CLJA_VHA_0000000002 through
               CLJA_VHA_0000000005.                           48

Exhibit 11     Document titled "Managerial Cost
               Accounting (MCA) Data Definitions,"
               Bates Stamp No. CLJA_ VHA_0000000008. 109

Exhibit 27     Email string, three pages.                    117

Exhibit 25     Document titled "Managerial Cost
               Accounting (MCA)," one page.                   120

Exhibit 5      Excel spreadsheet, Bates Stamp No.
               CLJA_VHA_0000000001.                           124

Exhibit 8      Excel spreadsheet Bates Stamp No.
               CLJA_VHA_0000000006.                           137

Exhibit not    Document titled "Consult
numbered       Requests," Bates Stamp Nos.
               00275_FANCHER_0000007238 through
               00275_FANCHER_0000007241.                      165


(continued)

E X H I B I T S (continued)

No.                                                          Page

Exhibit 9     Excel spreadsheet, Bates Stamp No.
              CLJA_VHA_0000000007.XLSX                        169

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 8 of 229

---------------------------------------------------------

MORNING SESSION

9:33 a.m.

---------------------------------------------------------

THE VIDEOGRAPHER:  Good morning.  We are now on the record.  My name is Chris Clee.  I am the videographer for Golkow, a Veritext division.

Today's date is September 3, 2025, and the time is 9:33 a.m., Eastern Standard Time.

This video deposition is being held in the matter of Camp Lejeune Water Litigation No. 7:23-CV-897 versus United States of America.

The deponent is Daniel Clarke.

Will counsel please introduce themselves.

MS. WALLACE:  Yes.  Good morning.  This is Whitney Wallace.  I'm here for the plaintiffs.

MR. CROMWELL:  Michael Cromwell here on behalf of the United States.  I also have my colleagues, Giovanni Antonucci and Joey Turner with the DOJ as well as Matthew Solis, who's with the VA's OGC office.

MS. WALLACE:  Yes.  And I'm happy to also introduce Jenna Butler and Ben VanSlyke who are

Golkow Technologies,
877-370-3377                    A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 9 of 229

listening in today also with the Plaintiff Litigation Group.

THE VIDEOGRAPHER: The court reporter is Julie Riley and will now swear in the witness.

THE STENOGRAPHER: Good morning. My name is Julie Riley, RDR, CRR, Massachusetts Certified Shorthand Reporter No. 1444S95, and I am your stenographer today.

Today's proceedings are being held remotely via video conferencing. The attorneys participating in this deposition acknowledge and stipulate that I will be administering the oath and reporting remotely.

I have identified the witness as Daniel Clarke by his license.

Mr. Clarke, will you please raise your right hand.

* * *

DANIEL CLARKE, having been identified by the production of his driver's license and duly sworn pursuant to Executive Order 144 was examined and testified as follows:

* * *

MS. WALLACE: Thank you, Ms. Riley.

Golkow Technologies,
877-370-3377　　　　A Veritext Division　　　　www.veritext.com
Case 7:23-cv-00897-RJ　Document 870　Filed 05/12/26　Page 10 of 229

DIRECT EXAMINATION

BY MS. WALLACE:

Q.    Good morning, Mr. Clarke.  How are you, sir?

A.    Good.  Thank you.

Q.    Good.  Before we get started, we've done this in all of our depositions recently.  I just want to put on the record there is a CMO No. 3 that states that before a remote deposition commences, we need to state the following and make sure this is clear for the deponent.

The parties agree that no communication with the deponent by any means including but not limited to text messaging will occur out of the view of the other parties while this deposition is proceeding on the record.

Do you understand that, Mr. Clarke?

A.    I do.

Q.    Great.  Will you please state your name for the record.

A.    Daniel Clarke.

Q.    What is your date of birth?

A.    ███ 1963.

Q.    Who is your current employer?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 11 of 229

A.    Veterans Administration.

Q.    How long have you been employed by the Veterans Administration?

A.    Over 30 years.

Q.    What is your current job title?

A.    I am the acting ACFO.  That is the Associate CFO for Managerial Cost Accounting.

Q.    Do you understand that all of your testimony today is under other and is expected to be truthful?

A.    Yes.

Q.    Is there any reason you might have difficulty testifying fully or truthfully today?

A.    No.

Q.    Where are you currently located?

A.    I'm in my office in Braintree, Massachusetts.

Q.    Is there anyone else there with you in the room?

A.    There is not.

Q.    Do you have any data or materials that are there with you?

A.    Nothing on my desk or on my screens.

Q.    All right.  And if I ask you a question

Golkow Technologies,
877-370-3377                          A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 12 of 229

today, I would ask that you not refer to any materials unless I direct them to your attention; is that fair?

A. Yes.

Q. Do you -- are you -- tell me how familiar you are with the pending Camp Lejeune litigation.

MR. CROMWELL: Object to form.

You may answer.

A. Thank you.

So I know that the PACT Act, which is a major initiative in the VA to help veterans, within that public law, there is an offset for any type of, if you will, settlement or any type of services offered that would be used to quote, unquote, offset that -- either the services offered or the payout, if you will.

Q. Have you read the statute --

A. I have --

Q. -- the CLJA statute?

A. I have looked at it, yeah.

Q. And I believe it uses the word "award"; is that right?

A. I'm not sure.

Q. And you mentioned the PACT Act. Have you had any role in administering the PACT Act on behalf

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 13 of 229

of the VA?

MR. CROMWELL: Object to form.

A. No.

MR. CROMWELL: You may answer.

A. Thank you. No, I have not.

Q. Are you or any of your family members veterans?

A. I had an uncle who passed away who was a Vietnam veteran, yes.

Q. Sorry for your loss.

Are you personally aware of anyone that's filed a Camp Lejeune claim?

A. I am not.

Q. Are you aware today of what your role and your deposition today play in this case?

A. Yes.

Q. Can you describe that in your own words, please.

A. I'm here to speak to the data that was pulled as it relates to the track of patients, the 25 patients that were identified and their diagnostic codes related to Camp Lejeune toxic exposure.

Q. And are you aware that your data has been provided to an economist expert for the government?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 14 of 229

A. No.

Q. Have you had any conversations with economists?

A. No.

Q. And have you -- and have you reviewed any opinions that the government's economists have provided regarding these plaintiffs whose data you pulled?

MR. CROMWELL: Object to foundation.

You may answer.

THE STENOGRAPHER: I'm sorry, Mr. Cromwell. You said object to?

MR. CROMWELL: Foundation.

You can answer, Mr. Clarke.

A. Okay. No, I have not.

Q. Have you or your staff, your department, have you ever provided similar reports for litigation purposes prior to the request of the government in this case?

MR. CROMWELL: Object to form.

You can answer.

A. No, we have not, to my knowledge.

Q. Have you ever given a deposition before?

A. No.

Q. Have you ever been a party in any civil litigation?

A. No.

Q. Can you tell me when you learned you were going to be deposed in this matter.

A. I would say June of this year.

Q. What did you -- can you tell me who is Janine -- would you help me with her last name. Genovese?

A. Genovese, yeah.

Q. Genovese. Is she still employed by the VHA?

A. She resigned. Retired.

Q. When did she retire, sir?

A. So she left the VA in June.

Q. And after that, you learned that you were going to take her place as a deponent regarding the data that your agency pulled?

MR. CROMWELL: Object to form.

You may answer.

A. Okay. Yes.

Q. Were you able to have conversations with Ms. Genovese prior to her departure regarding the data that was pulled?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 16 of 229

A.    Yes.

Q.    Can you tell us generally what you guys talked about during that meeting?

MR. CROMWELL:  Object to form.

You may answer.

A.    Janine was my supervisor.  I'm in charge of the group that pulled the data.  So I was reporting to her, and we had multiple meetings to discuss the approach to pull the data, and then to provide the data to DOJ.

Q.    Do I understand that you were part of the team that pulled the data?

A.    Yes.

Q.    Was it at Janine's direction?  Who was directing that project?

A.    It was a request from the CFO, VHA CFO from DOJ that was brought forward to the managerial cost accounting office.  Janine Genovese was the ACFO at the time.

Q.    Can you tell me who else was on your team that was working on this project?

A.    Certainly.  Kenneth Coburn.

Q.    What's his job title, if you don't mind?

A.    He's a financial analyst.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 17 of 229

Q. Is there anyone else, Mr. Clarke?

A. Tamara Bernard. She is a management analyst; and Belinda Mink, and she is also a management analyst.

Q. Before we take a look at documents, can I ask you what you did to prepare for today's deposition, sir?

A. I reviewed the documents. I spoke with Mr. Cromwell.

Q. Without telling me the subject of your discussions, can you tell me who was present?

A. I know that Matthew Solis from the VA OGC was there.

There were three other individuals from the Department of Justice, and I don't recall their names.

Q. How many times did you all meet?

A. Once.

Q. And what was the duration of that meeting?

A. I believe it was an hour and a half.

Q. And you mentioned that you reviewed the documents. I want to show you our first exhibit if you give me just one moment.

Do you know how to look at the chat,

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 18 of 229

Mr. Clarke?  I'm going to be dropping exhibits into the chat since we're having a remote deposition today.

A.   I don't use Zoom.  I see the chat, yep.

Q.   Okay.  Great.  Let's see if this works for us.

All right.  Mr. Clarke, can you look in the chat and see if you see an Exhibit 1.

(Document was premarked Exhibit No. 1 for identification.)

A.   I do.

Q.   Okay.  I'm going to share it on the screen for you, and you'll -- bear with me.  I have to put it in the chat and then open it.  I can't have it open and then put it in the chat; so, it takes me just one minute to open these.

Oh, I need to screen share, please, whomever set up the Zoom.

(Attorney Wallace shared her screen.)

Q.   Okay.  Mr. Clarke, can you see Exhibit 1 on the screen, sir?

A.   I can.

Q.   When -- I will represent to you that these are exhibits which I have pre-numbered five, six,

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 19 of 229

eight, nine, and eleven, and they contain Bates ranges CLJA_VHA_1 through 8.

Have you -- are these the documents or the Excels that you were mentioning earlier?  Do you recognize these Bates numbers and descriptions?

MR. CROMWELL:  Object to form and foundation.

You may answer.

A.    I don't recognize the naming conventions used in all the descriptions.

Q.    Do you recognize the Bates numbers?

A.    I do not.

Q.    All right.  Can you tell me, in your own words, what documents that you have reviewed in preparation for your deposition today.

A.    Reviewed the narrative that was -- so it looks like VHA CLJA Narrative.  I would assume that's the narrative that I reviewed.

Q.    And are you referring to CLJA_VHA_2 to 5, which is labeled Exhibit 6?

A.    Yes.

MR. CROMWELL:  Object to form.

Q.    So you reviewed the cover letter of Janine Genovese and what other documents, sir?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 20 of 229

A.     Without seeing the documents, the naming conventions are not familiar to me.

Q.     No problem.

Do you independently remember what type of documents you reviewed to prepare for today?

A.     Sure.  There was data that was presented on the 25 plaintiffs with total cost, total direct cost, both for the primary diagnosis and any secondary diagnosis.

There was also a detailed data that was provided that included all services provided to those plaintiffs if found in the VHA database from 2005 to December 2025.

Q.     Do you remember your department producing a Managerial Cost Accounting Data Definitions?

A.     Yes.

Q.     Did you have a hand in that preparation of that document?

A.     Yes.

Q.     Did you prepare it?

A.     With my team, yes.

Q.     The documents that you just mentioned, are you aware of any other documents that have been consulted, reviewed by your team with regard to the

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 21 of 229

plaintiffs and the data that you have provided?

MR. CROMWELL: Object to form.

You may answer.

A. Please restate the question.

Q. Besides the documents that you just named, are you aware of any other documents that your -- you or your team reviewed or consulted in preparing the documents that you just mentioned?

A. No.

MR. CROMWELL: Object to form.

You may answer.

A. Okay. No.

Q. Were you consulted in your subpoena response to this deposition? Have you seen that?

A. I've seen the subpoena, yes.

Q. All right. And I will include it as our Exhibit 2 and 3.

(Documents were premarked Exhibit Nos. 2 and 3 for identification.)

Q. Do you know what documents were or were not produced as a result of your subpoena?

MR. CROMWELL: Object to form and foundation.

You may answer.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 22 of 229

A.    I don't know everything that was provided.

Q.    You were asked to produce any information utilized by your department, the VHA, to formulate an amount that it alleged that your department alleges it has spent or will spend on behalf of any plaintiff under a VA program.

Is it your testimony today that you believe you've produced all such information?

MR. CROMWELL:  Object to form.

You may answer.

A.    Yes.

Q.    Did you review any medical records for the plaintiffs that have not been produced?

A.    No.

Q.    Did you review any cost accounting data that has not been produced?

A.    For this purpose, no.  I'm not sure I understand your question.

Q.    No.  That's a fair clarification.  For this purpose.

And your answer is no to that question?

A.    No.  Yeah.

Q.    Okay.  I want to talk about -- I'm going to put Exhibit 4 into the chat, and this is your CV,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 23 of 229

and I'm going to share it on the screen for you.

A.    Okay.

(Document was premarked Exhibit No. 4 for identification.)

(Attorney Wallace shared her screen.)

Q.    Do you recognize this document, Mr. Clarke?

A.    Yes.

Q.    What is this?

A.    This is the CV I produced for DOJ.

Q.    And when was it last updated?

A.    I don't remember, but it was several months ago.

Q.    Thank you.

I'm going to scroll to the bottom.

(Scrolling.)

Q.    The bottom contains your software experience; is that correct?

A.    Yes.  I see.

Q.    Which one of these softwares did you use to prepare the data that you referenced earlier relevant for our purposes today?

A.    So the data was collected through the CDW, Corporate Data Warehouse.  My team used SQL, Structured Query Language, to pull the data into

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 24 of 229

Excel.

Q. Which one of these -- was VistA used or DSS? I understand DSS is an older system.

A. Yeah, the DSS mainframe is still in existence, and that is our managerial cost accounting database. VistA is the underlying data that comes from the medical record that feeds the CDW.

Q. All right. And it looks like -- I've reviewed your CV -- you had some experience in the Peace Corp. in Malawi. I'm sure that was fascinating.

And then it looks like almost directly after that, you began to work in the VA Boston Health Care System?

A. Yes.

Q. And you mentioned earlier you've had a 30-year career with the VA, which I imagine started in approximately this January 1995 date?

A. Yes.

Q. Would you be able to -- it looks like you started as a social worker for eight years; is that true?

A. Yes.

Q. And then in 2000, you began a management

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 25 of 229

analyst role?

A. Yes.

Q. Where you stated you were responsible for processing Department Cost Management (DCM) system.

Can you tell us what that was.

A. That is a component of the managerial cost accounting system.

Q. And so from that point forward, have you always been in the managerial cost accounting department of the VA?

A. Above that is where I was an administrative officer for geriatric and extended care from 2003 to 2006.

Other than that, I've been affiliated with the managerial cost accounting system, which changed its name from DSS to managerial cost accounting, I forget exactly what year it did.

Q. Would that be approximately the 2005 time frame?

A. I'm not sure.

Q. Okay. And so the 2006 to August 2010 time frame, it says you were a site manager for Decision Support System responsible for the quality and validity of the data in the DSS software for the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 26 of 229

BHCS.

Will you tell us what that job duty entailed, please.

A.    I was a supervisor of processing staff, and I was responsible for the day-to-day operations. Each individual medical center, 170, have a distinct database for managerial cost accounting or decision support system.  Those words can be -- those titles can be used interchangeably.  170 different diverse -- well, 170 databases that pull information from the VistA system that I spoke about a minute ago and from the financial system; so, we've got financial records and medical records that are pulled into the DSS system.

Q.    And those 170 databases, that's the feed -- those are the feeders for the VHA Corporate Data Warehouse?

A.    They are the feeders for the national data extracts, NDEs, that are then fed into the CDW.  So we bring 170 diverse medical centers' data, which includes all of the CBOCs and all of the ancillary facilities that are associated with -- that we call them CBOCs, Community Based Outpatient Clinics that are brought together in the NDEs as a national data

Golkow Technologies,
877-370-3377                         A Veritext Division                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 27 of 229

extract that we then, in turn, publish in the CDW.

Q. And I was looking at the cover letter that your organization produced. It says, "The VHA is the largest health care system in the United States providing health care at 1,380 health care facilities, including 170 VA Medical Centers and 1,193 outpatient sites of care of varying complexity to over 9.1 million veterans enrolled in the VA health care program."

Is that where you got the -- like, that's the 170 databases or is that a coincidence?

A. No, that is correct. That is correct.

Q. Okay. So you have -- so 170 VA Medical Centers all independently produce data for these 9.1 -- you know, approximately 9.1 million veterans, and that goes into the NDE system, which then goes into the CDW, Corporate Data Warehouse, data repository.

Is that -- am I understanding your testimony correctly?

A. That is correct with the caveat that there are three VISNs. These are Veteran Integrated Service Networks, regional offices, if you will. There are three VISNs that have consolidated the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 28 of 229

facilities into one VISN for our processing and financial reporting.

Q. And what's the word that you're using there. Three?

A. VISNs.

Q. Yes. What does that mean?

A. It's a regional office. So it's a VISN, integrated network system.

THE STENOGRAPHER: Would you mind spelling that for me, sir.

THE WITNESS: V-I-S-N.

THE STENOGRAPHER: Thank you.

BY MS. WALLACE:

Q. Is that an acronym?

A. It is.

Q. Do you know what it stands for?

(Zoom connection dropped.)

THE WITNESS: I just answered twice.

MS. WALLACE: Oh, I'm so sorry.

Thank you.

THE STENOGRAPHER: I'm sorry. Hold on a minute. My Zoom went off. Hold on.

MS. WALLACE: All right. Back to your CV, we're going to talk more about the databases --

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 29 of 229

THE STENOGRAPHER: I'm sorry, Ms. Wallace. I'm sorry, Ms. Wallace. My Zoom just quit, and I just came back in; so, I left off at "Do you know what it stands for?" And you were speaking about the acronym for VISN.

MS. WALLACE: Yes.

THE STENOGRAPHER: So that's where I left off. I don't know what else you may have said, but that's --

MS. WALLACE: No problem.

BY MS. WALLACE:

Q. Poor Mr. Clarke might have to tell us one more time. I'd be happy to repeat it, Mr. Clarke, or --

A. Yes, please.

Q. -- will you tell our court reporter one more time what VISN stands for?

A. Sure. VISN, V-I-S-N, Veteran Integrated Service Network.

Q. Thank you.

And I was just telling Mr. Clarke that we're going to talk more about data systems when we look at the cover letter in a moment, but I want to finish going through his résumé.

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 30 of 229

So we're going to look back at Exhibit 4 here. So my understanding -- it looks like then from 2010 to 2018, you moved to the VISN 1, DSS coordinator, which I understand to be a region. VISN 1 is a region of the VA.

Would you describe what you did in that role, please.

A. In that role, I oversaw New England, all the facilities within New England, including the CBOCs, and I also reported to the CFO of VISN 1 and to the network director, and I was responsible for not only the integrity of the data within the New England region but also the reporting of that to the executive leadership board.

Q. Were you working in managerial accounting in that role?

A. Yes.

Q. And then, finally, you became a project and program coordinator for the managerial cost accounting office from March of 2018 to January of 2021.

Can you tell us about that role?

A. In that role, I was responsible for the coordination of projects, but also the program

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 31 of 229

coordination in terms of engaging with the field. So the VISN -- VISNs have council chairs, so a representative from each VISN, like I was in my prior position, we would bring together to coordinate efforts to standardize processes.

Q. And so you helped -- were you a part of the creation of some of these systems?

A. No.

Q. Then you worked to implement?

A. Yes.

Q. Okay. All right. And tell us about your current role, if you will?

A. So currently, a lot of things going on. I'm currently acting as the Associate CFO for managerial cost accounting, in charge of multiple sections within the program office and reporting to the acting VHA CFO, Heather Ford.

I'm also directly supervising about 20 staff, staff focused on clinical operations and financial operations, and I directly supervise three supervisors: one responsible for operations, as it relates to the system, DSS or managerial cost accounting; one responsible for training; and another responsible for the fiscal oversight.

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 32 of 229

I also am engaged with EHRM, and that is the Electronic Health Record Modernization project. I'm a co-chair of the Business Operation Council and report to the acting VHA CFO, who is the executive sponsor of that. The record is Oracle Health that we're implementing nationwide.

Q. Have you been involved in the Oracle EMR implementation and migration?

A. The Oracle what? Could you repeat that.

Q. The Oracle implementation and migration?

A. Yes.

Q. And does that feed the national data extracts as VistA has previously?

A. Yes.

Q. For those sites that have migrated, does VistA continue to feed the national data extract?

A. Yes, in some situations. There's not a prosthetic solution. So we continue to pull data for prosthetics from VistA for those sites that are EHRM or Oracle Health.

Q. All right. And so if I have looked at your résumé and heard your answers correctly, the majority of your VA career has been in managerial cost accounting and decision support; is that true?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 33 of 229

A.   Yes.

Q.   And you are not and have never been in a claims administration role?

A.   Correct.

MR. CROMWELL:  Object to form.

You can answer.

A.   Okay.  Correct.

Q.   And your department is not a department that is responsible for the production of billing records; is that true?

MR. CROMWELL:  Object to form and foundation.

You may answer.

A.   True.

Q.   Which department would that be?

A.   Office of Revenue.

Q.   The Office of Revenue?

A.   Correct.

Q.   Under the VA as well?

A.   Correct.

Q.   Do you know who heads that department?

A.   The Office of Revenue is under the Office of Finance and overseen by the acting VHA CFO, Heather Ford.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 34 of 229

Q.    Thank you.

The managerial cost accounting system that you oversee produces cost allocations for encounters not claims or bills; is that true?

MR. CROMWELL:  Object to form.

You may answer.

A.    True.

Q.    Does your department -- has it ever made or has it ever made future projections of cost accounting?

A.    No.

Q.    The cost allocations under your department, they -- is it true that they spread VA operating expenses such as salaries, utilities, overhead across patients using formulas?

MR. CROMWELL:  Object to form.

You may answer.

A.    So there's direct cost, and there's indirect cost.  In terms of indirect cost, we definitely use a formula to -- called an allocation methodology approach to spread the costs of overhead.

Q.    And is it your testimony that your direct cost allocations do not use a formula?

MR. CROMWELL:  Object to form.

You may answer.

A.   Direct costs are costs like labor which is about 70 percent of our cost, which is directed to a specific department, oncology, orthopedics.  Those labor dollars, those individual staff and their labor dollars are mapped to a specific department based on the level of care, type of care they provide.

Other costs would be supplies and support staff.

Q.   Is that cost assessment done on an individual VA Medical Center basis like one of the 170 VA Medical Centers or is it more comprehensive?

A.   It's a bit more comprehensive in the sense that every single employee is mapped to a specific area, whether that be a direct care department or an indirect overhead department, no matter if they work at a facility, the 170 number, or they work at a CBOC, one of those outpatient based clinics.

Q.   And a CBOC is that the 1,193 outpatient sites of care of varying complexity?

A.   Yes.

Q.   And is that acronym -- could you spell that for the court reporter.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 36 of 229

A. CBOC, Community Based Outpatient -- I believe it's Care or Center, Center. I believe it's Center.

Q. And just so I understand you were saying that when there is a formula to determine direct costs that's not necessarily one VA facility specific. It's more complicated than that?

MR. CROMWELL: Object to form.

You may answer.

A. We have a tool called a labor mapping database where locally the MCA, managerial cost accounting staff local work with the facility to ensure accuracy of labor mapping.

Q. There is a separate labor mapping database that you consult?

A. Correct.

Q. And help me understand what that -- how that database is used by your department?

A. I'll use the same example. Oncology, orthopedics, you'll have an oncologist or a hematologist mapped to the oncology department with a nurse with support staff with associated supplies and equipment.

The same is true with an orthopedic where

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 37 of 229

you would have potentially a nurse practitioner that runs that orthopedic clinic with support from a nurse and maybe a health tech. Those individual hours that are dedicated to that activity for those clinicians or support staff are mapped using that labor mapping tool to that specific department where not only do we have the labor and the financial information, we also bring in the workload information to create that costed product.

Q. And is that oncology for one VA system or oncology in a region of VA systems or oncology in VA systems and CBOC or help me understand?

MR. CROMWELL: Object to form.

You may answer.

A. So with the example I gave, that would be a local either at the facility or potentially at a CBOC, but they would be individual departments based on the location.

Q. It would be a group of individual facilities or one individual facility?

A. One.

Q. Okay. Let's keep going. I'm not totally there yet, but we're going to keep going.

What about -- so I want to understand that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 38 of 229

the -- I want to make it clear that the dollar figures that come out of the systems, the managerial accounting systems, those are estimates of costs that using the software that you've referenced. They are not records of money paid to anyone; is that true?

A.    No.

MR. CROMWELL:  Object to form.

A.    Oh, I'm sorry.  No, that's not true.

Q.    Okay.  What do you disagree with?

A.    They're not estimates.

We take the actual labor dollars, direct it to a department, oncology.  We take other dollars that are, if you will, supply support staff, that support that department, the oncology outpatient clinic, and then we bring in the workload from the VistA system, the underlying feeder systems to come up with the costed product.

So it costs us this much money at that particular facility to provide that level of care.

Q.    How is the labor direct care allocated to a specific patient encounter?

A.    Within each department, we bring the workload from the VistA system.  That is the medical

record.

Each product is an encounter. So we know what level of care was offered during that visit, and that is how individual encounters are costed.

Q. Then do I understand you correctly that the cost allocations are based on a snapshot of the workload at any given point in time, and they would be subject to change?

MR. CROMWELL: Object to form.

You may answer.

A. Okay. So the cost assignment might be a better word than allocation. The indirects are allocated. The directs are assigned based on the level of care provided.

Q. Do you want me to repeat my question?

A. Sure.

Can you still hear me?

Q. Yes.

A. Oh.

Q. I was wondering --

MS. WALLACE: Madam Court Reporter, could you repeat the question that I asked.

THE STENOGRAPHER: Sure. Hold on.

(Last question was read back by the court

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 40 of 229

reporter.)

MR. CROMWELL:  Object to form.  It's been asked and answered.

You may answer.

A.    It's better to use the word cost assignment.  The allocation is based on indirect costs that are allocated down to products through the departments; whereas, the costs in a department are direct costs that are related to labor, supplies, and equipment, and support staff.

Q.    Did you understand my question about these cost assignments would be subject to change --

MR. CROMWELL:  Object to form.

Q.    -- based upon the workload at any given point in time?

A.    So -- okay.  They are variable.  So, yes.

Q.    And the variability, how often is your department taking snapshots of these departments in order to perform cost assignments?

A.    Monthly.

Q.    Monthly.

And so from month to month, if I understand you, direct cost assignments can change based on workload in any given department?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 41 of 229

A.    Yes.   Workload and the amount of time with the labor mapping database that is allocated or directed to that specific department.

Q.    Where does labor mapping database reside? Is it in the CDW?

A.    No.   The output of the labor mapping database is in the CDW, but the labor mapping database is a stand-alone system.

Q.    And you said then -- did you give me a name of the labor mapping database?

A.    That is the name.

Q.    That is the name?

A.    Yeah.

Q.    Okay.  And where does it reside?

A.    It is a -- it is managed by managerial cost accounting office, my office, and it is a tool that is available through a front end to each of the 170 facilities.

Q.    What is the workload based on?

A.    Workload comes from the underlying system VistA and/or Oracle Health, and it's based on an encounter with a practitioner that is vested to diagnose, to treat a veteran, a patient, and document an encounter against that interaction.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 42 of 229

Q.    Do you have experience in coding?

MR. CROMWELL:  Object to form.

You may answer.

A.    When I started in the VA, we started to introduce VistA.  We didn't have an electronic health record, but it was being introduced, and yes, I was coding my encounters that I had with veterans, and that's my experience with coding.

Q.    Do you know if the workload data that you just described, does it involve coding such as ICD-9 or 10 codes or CPT codes or HCPCS or diagnostic pointers?

MR. CROMWELL:  Object to form.

You may answer.

A.    Yes, it does.

Q.    So the workload is determined on the basis of practitioner coding?

MR. CROMWELL:  Object to form.

You may answer.

Q.    Per patient encounter?

A.    Yes, but there's also a coding team that is responsible for oversight of coding.

Q.    What is that team called?

A.    HIM, Health Information Management.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 43 of 229

Q. Is that a department inside the VA?

A. Yes.

Q. Who leads that department?

A. I forg -- Chuck Humes is the individual. I forget the exact title of his program office.

Q. Do you know how many people are in Chuck's department?

A. No.

Q. The HIM?

A. I do not.

Q. And tell me what the role of that department is, please.

MR. CROMWELL: Object to foundation.

You may answer.

A. I wouldn't be able to speak to their responsibilities. I know they oversee coding.

Q. Do you know if they do coding audits?

A. Yes, I know that only from not anything formal, but I certainly through my many years of working here, I'm aware that they do audits.

Q. But to the extent that they do coding audits, that's outside of your knowledge?

A. Correct.

Q. And your department does not do coding

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 44 of 229

audits?

A. Correct.

Q. All right. And so let me make sure I understand correctly, so -- as far as verbiage. So for direct care costs, your department generates -- using a software program, your department generates cost -- I want to use the right word -- tell me the word you wanted me to use. I'm so sorry. I wrote it down. Cost assessments?

A. Oh, assignment.

Q. Okay. Thank you.

-- cost assignments using the software program called labor mapping database --

A. A correction. Using the software called -- you can call it DSS, Decision Support System. It's now owned by Strata. I think it's had multiple names through the many years.

Q. And for indirect care, that is a cost allocation or estimate based on what?

MR. CROMWELL: Object to form.

You may answer.

A. There are methodologies used for the high level administrative overhead that it trickles down to each of those 170 facilities. It's total cost,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 45 of 229

operating cost for those facilities.

The indirect costs for the -- are maintained at the facility level is based on full-time employee equivalent, an FTE number.

Q. The indirect cost estimations are by facility like by 170 VA facilities?

A. Correct.

It trickles down to those community based outpatient centers as well. So it trickles down to every single facility, whether it be the 170 or the CBOCs that sit underneath that facility.

Q. So are the indirect cost estimations calculated based on the entirety of the VA programming -- programs and facilities?

MR. CROMWELL: Object to form and foundation.

You may answer.

A. The indirects are allocated to all VA facilities to include the CBOCs.

Q. Can you give us examples -- and I know you do in your cover letter. We're turning to that shortly, but will you give us examples of the types of cost allocations that would be included in an indirect cost estimation?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 46 of 229

A. So from central office, the work I do in the Office of Finance would be trickled down to all facilities based on total operating cost.

For the local facility, Boston Health Care System as an example, the director's office, the chief of staff's office, those indirect costs are trickled down to all the departments, the oncology, orthopedics, that I used as examples before, based on total FTE within that department.

Q. Would utilities be an expense that's included in the indirect costs estimations?

A. Yes.

Q. Security guards?

A. Yes.

Q. Housekeeping?

A. Yes.

Q. Grounds?

A. Yes.

Q. And administration?

A. Yes.

Q. And so what I think -- tell me if I'm correct on this, so direct costs would be things like the doctor's time, the nurse's time, medications, supplies used for an encounter; and indirect is

everything else?

A. Yes.

Q. All right. Let's look at the cover letter.

Oh, I'm at one hour. I was given the one-hour warning.

Are you -- Mr. Clarke, would you like to take a brief break?

A. If others need to I can, but I'm okay to proceed.

MS. WALLACE: Michael, what would you like?

MR. CROMWELL: We could go another I'd say probably 10, 15 minutes, and then take a break. It's up to you, wherever you're at a good stopping point, but at some point.

MS. WALLACE: Okay. I'm transitioning to the cover letter, but let's go another five minutes or so, and then we'll take a break.

MR. CROMWELL: That works.

MS. WALLACE: Okay.

BY MS. WALLACE:

Q. All right. I am going to put in the chat what has been premarked as Exhibit 6, and I'm going to put it on the screen for you, Mr. Clarke.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 48 of 229

(Document was premarked Exhibit No. 6 for identification.)

(Attorney Wallace shared her screen.)

BY MS. WALLACE:

Q.   Mr. Clarke, do you recognize this document?

A.   Yes.

Q.   What is this?

A.   This is the cover letter that was sent from our office to the Department of Justice, to Michael.

Q.   Can you tell me --

MR. CROMWELL:  And just -- sorry, Whitney.

MS. WALLACE:  No problem.

MR. CROMWELL:  Just for the record, we don't have in the chat yet -- I mean I obviously have the document, but the actual marked version.

MS. WALLACE:  Thank you for telling me that.  Let's take a look at why it didn't get through.

Oh, because I didn't press send.  That's why.

MR. CROMWELL:  No worries.

MS. WALLACE:  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 49 of 229

Page 49

MR. CROMWELL:  We got it.  Thank you.

MS. WALLACE:  No problem.

THE STENOGRAPHER:  I also don't see Exhibit 5 in there.

MS. WALLACE:  That's right.  I have premarked exhibits, and if you can bear with me today, I might go out of order.  It's very possible.

THE STENOGRAPHER:  No worries.  Just wanted to be sure I didn't miss Exhibit 5.

MS. WALLACE:  Thank you.

Thank you.  So the exhibit on the screen, just so the record is clear has Bates Stamp numbers CLJA_VHA_2 to five.

BY MS. WALLACE:

Q.    And you were just telling us that -- or actually my first question about this document is do you recall when you were asked by the DOJ, like, what facilitated this letter when you were first approached by the DOJ with this request?

MR. CROMWELL:  Object to form.

You may answer, if you can.

A.    Can you repeat the question.

Q.    When were you first contacted by the DOJ that facilitated this letter?

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 50 of 229

A.    I don't remember.

Q.    Do you -- were you involved in drafting this letter?

A.    Yes.

Q.    Can you tell me which parts that you drafted.

A.    The letter was drafted by a group to include the three individuals that I listed before, presented to myself and Ms. Genovese for review and editing.

Q.    And so one of the other three individuals you named, and I'm going to say their names again: Tamara Bernard, Kenneth Coburn and Belinda Mink, did the initial draft of this letter?

A.    Yes.

MR. CROMWELL:  Object to form.

You may answer.

A.    Yes.

Q.    And you and/or Janine made edits to the letter?

A.    Yes.

Q.    Can you tell me any edits that you made.

A.    I don't recall.

Q.    The -- and you said Janine was your

supervisor at the time that this letter was written?

A. Yes.

Q. And do you now hold her role?

A. Yes.

Q. I see.

And so your role right before she left was in your résumé. I don't know that it -- was it director of clinical operations and analytics or was it something different?

A. That is correct.

Q. And now your role is associate chief financial officer?

A. For managerial cost accounting, yes.

Q. Who is -- it says, "My primary duties include advising the Chief Financial Officers of the VHA."

Who are they?

A. That would be the acting VHA CFO.

Q. Is that a he or a she?

A. That's Heather Ford.

Q. Okay. Do you -- you testified earlier that you had never been asked to pull data such as this before; correct?

A. Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 52 of 229

Q. Would you agree that typically when billing is created, it is done by a different department that you told me earlier is called -- can you remind us?

A. Office of Revenue.

Q. Office of Revenue; is that true?

MR. CROMWELL: Object to form.

You may answer.

A. Billing is done through the Office of Revenue.

Q. Can you tell us, explain what the purpose of managerial cost accounting is to the VA?

MR. CROMWELL: Object to form.

You may answer.

A. It was established as a decision support tool, hence the name decision support system.

The purpose is to provide cost accounting information for both local, program office, and central office decision-making. It's used in the budget for each of the facilities for the yearly budget for each of the facilities.

Q. It's a decision support tool and a budgeting tool; is that correct?

A. It is a decision support tool, and the

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 53 of 229

cost data is used within the budgeting tool.

Q. In order to allocate resources to VA facilities and C Max [sic]?

A. CBOC.

Q. Sorry.

MR. CROMWELL: Object to form.

You may answer.

A. Okay. It directs money to the VISN which, in turn, allocates money to the facilities. That's where it stops. The CBOCs are under the facilities, and that's managed locally.

Q. So it is a decision support tool and a budgeting tool related to just the 170 VA medical centers?

MR. CROMWELL: Object to form.

You may answer.

A. Okay. Not a budgeting tool. The cost is used, the managerial cost accounting cost is used in the budgeting tool, and, yes, it goes to the VISNs and trickles down. The model also has budget allocation down to the facility level.

Q. And are you saying so it has budget allocation also to the CBOCs in addition to the 170 medical centers?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 54 of 229

A.    The budgeting is done in a different office, and I don't believe it goes to the CBOC level, but that's not within my scope of work.

Q.    Your scope of work is to provide them the data, and they make the budgeting decisions; is that true?

A.    That is true.

Q.    Okay.  Let's take a short 5-minute break.

When we come back, we're going to talk about process.

A.    Okay.

Q.    Okay.  Thank you.

THE VIDEOGRAPHER:  Going off the record.  The time is 10:40 a.m.

(Short break taken.)

THE VIDEOGRAPHER:  All right.  Stand by.

We are now back on the record.  The time is 10:55.

BY MS. WALLACE:

Q.    Thank you.

Mr. Clarke, before our brief break, I was sharing Exhibit No. 6, and I'll put that back on the screen.  This is the cover letter that you've identified coming from your department.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 55 of 229

I wanted to talk about this sentence where my cursor is, and I'll read it. "I provide analysis, oversight models, and financial reports to the Agency leadership to ensure compliance with federal managerial cost accounting practices."

I think you're describing your job duties there. Will you tell us what that sentence means.

A. Well, there's a federal law that requires managerial cost accounting within federal agencies, so within the VA, we have three pillars. We have Veterans Benefits Administration VBA; we have National Cemetery Administration, NCA; and, of course, we have what we're talking about today, Veterans Health Administration.

We are responsible for providing reports to each of these agencies, each of these sections within the agency to help with decision support.

Q. All right. Are you aware are those the only departments that the VA -- that fall under the VA?

MR. CROMWELL: Object to form.

You may answer.

A. Yes. Those are the three pillars of the VA.

Q.     And it says that your colleague that retired had 14 years of her 28-year VHA career as the -- and this is our favorite acronym -- the VISN, Veterans Integrated Service Network Chief Financial Officer.

Did you ever maintain that role?

A.     No.

Q.     What was that role, if you know?

A.     Within the VISN, each of the VISNs has a CFO that manages the VISN budget that's allocated down to the facilities.

Q.     So that's the -- taking the data that your managerial accounting office provides and taking that next step to actually work on the budgeting?

A.     Taking the managerial cost accounting data that's used for the budget model, taking that budget that's allocated to the VISN and managing that at the VISN level is the chief financial officer at the VISN responsibility.

Q.     And am I -- how many VISNs are there or regions?

A.     I believe there's 18 at the moment. You're going to see VISN 22 because some have been consolidated over the years, but I believe there are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 57 of 229

18 active VISNs.

Q.   And so she was the CFO for 22 for 14 years?

A.   Correct.

Q.   For VISN 22?

A.   Yes.

Q.   And each one has their own independent CFO?

A.   Yes.

Q.   That manages the budget based on managerial cost accounting data that comes from your department?

MR. CROMWELL:  Object to form.

You may answer.

A.   So it's the cost data used in the budget model.  The budget model defines the dollars sent to each VISN.

Q.   And the CFO manages the budget that's determined?

A.   Yes.

Q.   All right.  I want to talk about the task that you were given here.

Can you explain in your own words or referring to the exhibit on the screen what you were asked to do by the DOJ?

A.   We were asked to identify costs related to

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 58 of 229

25 veterans or plaintiffs as it relates to diagnostic codes provided by the HOME team. The HOME team provided us with the ICD-9 and 10 codes that would be associated with the five categories: leukemia, kidney cancer, Parkinson's, non -- I can't remember the non-Hopkins [sic] lymphoma, and I get -- it was kidney and -- oh, I forget the fifth one. Bladder.

Q. And you used the words costs. Can you be more specific, because --

A. I --

MR. CROMWELL: Object to form.

Sorry. Go ahead, Whitney.

MS. WALLACE: No. You're fine.

BY MS. WALLACE:

Q. I was just going to clarify there are no costs to these veterans; correct?

MR. CROMWELL: Object to form.

You may answer.

A. I'm not -- I'm not sure. I don't know if -- what billing took place or did not take place if that's what you're asking.

Q. Can you describe what you mean when you use the word "cost," please.

A. Activity-based costing. An encounter, a

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 59 of 229

clinical encounter, that took place between a patient/veteran and a provider.

Q. So are you using -- we used the words previously a cost estimate for indirect cost, cost estimation, and then we used -- you were comfortable with the word "cost assignment" as it related to direct care costs.

Is that what you mean by costs?

A. Yes.

MR. CROMWELL: Object to form.

You may answer.

A. Yes.

Q. So were you specifically asked to perform labor mapping and analysis in order to come up with both direct care cost assignments and indirect cost estimations? Was it that specific of a request?

A. No. I don't believe the DOJ's aware of our labor mapping database. It's an internal tool used to do our cost accounting.

Q. So you were asked -- so tell me one more time. So what did they ask you to do?

A. They asked --

MR. CROMWELL: Object to form. Asked and answered.

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 60 of 229

You may answer.

A. Thank you.

They asked us to identify the costs related to those five categories, those ICD-9 and ICD-10 codes through the time frame of 2005 to December 2025.

Q. Did they give you that time frame?

A. Yes.

Q. And why -- do you know why that particular time frame was selected?

A. I do not.

Q. Do you have encounter cost estimations prior to 2005?

A. We do not.

Q. So the universe of cost assignments and cost estimations starts in approximately 2005?

A. To my knowledge.

Q. Do you know why that particular -- why it starts on that date?

A. I don't believe that corporate data warehouse was active prior to that.

Q. Was managerial accounting such as what you do in practice prior to 2005?

A. Yes.

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 61 of 229

Q. But not the labor mapping database?

MR. CROMWELL: Object to form.

You may answer.

A. So I think you mean not the national data extracts that have the cost?

Q. Yes.

A. And, no, they were not available.

Q. And so as far as what you do with regard to the NDEs and trying to make cost estimations at the encounter level, that program did not exist prior to 2005?

MR. CROMWELL: Object to form.

You may answer.

A. The program existed. What we -- there are 170 hospital systems that have their own database, and my understanding is in 2005, the national data extracts were created to bring all of those 170 facility data into one, if you will, record, based on a number of different NDEs: outpatient treating specialty, pharmacy, et cetera.

Q. So what you produced in this case for these plaintiffs could not have been done prior to 2005?

A. Correct.

Q. So you were given the plaintiffs -- you were given two pieces of information, if I understand the cover letter correctly: the identity of 25 individuals that are -- that were the plaintiffs under the Camp Lejeune Justice Act. Their Social Security numbers is one of the data you were given; is that correct?

A. Yes.

Q. And it looks like you write on page -- and I'll scroll to it -- on page 2 --

(Scrolling.)

Q. -- that you were also provided not by the DOJ but by the VA Office of Patient Care Services Health Outcomes Military Exposures (HOME) Team gave you a chart of ICD-9 and 10 codes; is that correct?

A. Yes.

Q. What is the HOME team?

A. My understanding is that they are responsible for the oversight of exposures, specifically toxic exposures. So we have Agent Orange, which has been around since Vietnam; burn pit, which is recent with the PACT Act.

Q. And if you know, what is -- what's the responsibility of HOME team?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 63 of 229

A.    I do not know.

Q.    Do you know why they were consulted to pull together the list of ICD-9 and 10 codes?

A.    It's my understanding that Janine reached out to them because they were managing a big part of the PACT Act.

Q.    Do you have any independent understanding of why these particular ICD-9 and 10 codes were selected?

A.    I do not.

Q.    Have you personally looked up these ICD-9 and 10 codes that you were provided by HOME team?

A.    As a team we did to validate that they aligned with as a first example bladder cancer.

Q.    Do you know independently whether any of these ICD-9 and 10 codes include cancers for diagnoses that are in remission?

        MR. CROMWELL:  I'll object to form and foundation.

        You may answer.

A.    I do not know.

Q.    Would it surprise you if several of them did include ICD-9 and 10 codes where the cancer was in remission?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 64 of 229

MR. CROMWELL: Object to form.

You may answer.

A. I have -- I don't have an answer. It wouldn't surprise me, but it wouldn't -- I don't know whether they include them or not, and I am not sure.

Q. The bottom of the Exhibit 6 that's on the screen, the first page, with the Bates Stamp VHA_2, it says, "These ICD codes assist in identifying specific care rendered to the 25 patients within the five conditions."

Can you tell me what you and/or your team meant with that sentence?

A. So we had the Social Security numbers, so we could identify the 25 individuals. There were three individuals who were not found at all in the database. We took the remaining patients that were found, the 22, and we used those ICD codes to identify clinical encounters and inpatient stays that were related to those ICD codes.

Q. Related in any way?

MR. CROMWELL: Object to form.

You may answer.

A. We did identify those that were quote,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 65 of 229

unquote, in the primary or first position and those that followed, whether it be in the second or an additional position within the coding.

Q. On that point, let's go to your last page of this exhibit.

Did you help to prepare this page? It starts with "Per VHA Health Information Management System (HIMS) (VHA Coding)."

A. I did.

Q. All right. I want to take a moment and read it. Make sure we have the same understanding.

It says, "For inpatient services," so that's everything that would include hospitalization typically?

A. Yes.

Q. "Coding guidelines direct that the principal diagnosis," so that's the diagnosis that's in the principal spot; right?

A. Yes.

Q. It is, quote, "That condition established after study to be chiefly responsible for occasioning the admission of the patient to the hospital for care," end quote.

And then it goes on to say, "Since diagnoses

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 66 of 229

are only listed one time per code, for inpatient only one diagnosis is listed as primary.  There are many conventions of ICDs that offer direction to combination codes to cover a scenario where one condition may affect another, but only one may be primary."

Did I read that correctly?

A.    Yes.

Q.    What is your -- why was this important to include in your letter, this VHA coding information?

A.    It was gathered from the HIMS, Health Information Management System.  Within the inpatient setting, we have one discharge diagnosis.

So the patient may have been admitted for multiple reasons, but the discharge ICD was based on the primary reason for the admission, so ...

Q.    Are you saying that you think the discharge, the stop code is always the same as the primary or did I misunderstand you?

A.    You misunderstood.

So there's no discussion about stop codes at this point.  So for the inpatient services, there's a discharge ICD that is used and done by coding.

Golkow Technologies,
877-370-3377                          A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 67 of 229

All inpatient records are managed by HIMS, encoded by HIMS.

Q. Did you pull the discharge codes?

A. The discharge ICD.

Q. And you pulled that in your data that you provided?

A. Yes, for those patients that had an inpatient stay related to those five categories of care.

Q. And so it's your testimony that the primary code and the discharge code should match?

MR. CROMWELL: Object to form.

You may answer.

A. Terminology wise I'm not sure, but it seems based on what HIMS provided, yes.

Q. Okay. And do you understand that the primary reason for the admission for inpatient services should -- is the condition that's chiefly responsible for the admission?

Did you understand my question or should I reword it?

A. Reword it, please.

Q. Okay. Thanks. Let me try it again.

Do you understand that the primary reason

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 68 of 229

that a patient goes to the hospital should be coded in the primary position?

MR. CROMWELL: Object to form. Foundation.

You may answer.

A. My understanding is that a patient may present to an inpatient ward and have a diagnosis that is a working diagnosis, and that after treatment, upon discharge, the coders code the record with the primary diagnosis for the patient stay.

Q. I understand.

Let's read the paragraph that starts with "Thus": "Thus, a condition is not both a principal/first-listed and a secondary. The coder must determine by the documentation presented and the Official Guidelines for Coding and Reporting that are effective for that date of surface -- service, which condition to list first. If the documentation is unclear, coders must clarify with the attending provider."

Do you understand that paragraph?

A. Yes.

Q. What does that mean?

A. That means it's related --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 69 of 229

MR. CROMWELL: Object to form.

A. Okay. Sorry.

MR. CROMWELL: That's okay.

You may answer.

A. Okay. That means it's related to the paragraph above, not the first paragraph, but for the outpatient services, and it means that for records that are coded by the coding department that they, in fact, are the ones that do the official coding prior to any quote, unquote, billing that might take place. If they're unclear, then they work with the attending provider to either have documentation updated and/or modify the code.

Q. All right. And let's read the paragraph above it: "For outpatient service."

So that's all of your professional services or primary care visits or oncology, anything not including the hospitalization; right?

MR. CROMWELL: Object to form.

You may answer.

A. All outpatient care.

Q. Okay. And it states "the first listed diagnosis is used in lieu of principal diagnosis."

So are those interchang -- but they're

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 70 of 229

interchangeable meanings for inpatient versus outpatient; is that your understanding? It's just first-listed versus principal?

A. Yes.

Q. And then it says, "List first the ICD code for the diagnosis, condition, problem, or other reason for the encounter/visit shown in the medical record to be chiefly responsible for the services provided," which is the same instruction essentially as for inpatient services. You should always put the first primary or first-listed diagnosis as the condition chiefly responsible for the visit; correct?

A. Yes.

Q. And then --

A. My understanding.

Q. Yes. And then there's this next sentence that says, "List additional codes that describe any coexisting conditions."

Would those additional codes, they would fall into a secondary diagnosis position as far as coding goes?

MR. CROMWELL: Object to form. Foundation.

You may answer.

A. Yes, as I understand it.

Q.    All right.  So we're in agreement that just because one of the ICD-9 and 10 codes that were provided to you in the chart, if those are in a secondary position, that does not necessarily mean it was the reason for the visit.  It could have been coded as a coexisting condition at the time of the visit?

MR. CROMWELL:  Object to form and foundation.

You may answer.

A.    It's something I can't answer.  A clinician would have to answer that.

Q.    Well, you testified earlier that you pulled secondary diagnoses where these ICD-9 and 10 codes fell into the secondary diagnoses positions in your data; is that true?

A.    Yes.

Q.    But according to your cover letter, it looks like you and/or your team is aware that there are occasions where the visit, if one of those diagnoses is in the secondary position, it could have just been coded as a coexisting condition and not related to the visit?

MR. CROMWELL:  Same objection.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 72 of 229

Q.    Are we in agreement on that?

A.    This would be something that a clinician would have to answer.

As an example, somebody goes to podiatry, and they have non-Hodgkin's lymphoma, and as a result, they have issues with their feet.  That is not up to me to determine whether it's related or not.  The clinician coded that, not me.  So I'm not in a position to be able to answer those clinical questions.

Q.    But you pulled the data where these diagnoses are in secondary positions; correct?

A.    Correct.  Yes.

Q.    And you understand that there would need to be further analysis done when the diagnosis code, particularly, when the diagnosis code is in a secondary position as to whether that visit is related to that ICD-9 or 10 code or not; true?

MR. CROMWELL:  Object to form.  Foundation.

You may answer.

A.    I'm not sure.  So repeat the question, so I'm not ...

MS. WALLACE:  Sure.  Madam Court Reporter, would you mind repeating that question, please.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 73 of 229

THE STENOGRAPHER: Sure. Hold on.

(Last question was read back by the court reporter.)

MR. CROMWELL: Same objections.

You may answer.

A. So I would assume that a professional opinion by a practitioner might meet the need of that request. I'm not sure if a deep dive on an individual patient in that particular visit would be required, but that would be up for the health professional to answer.

Q. Then you agree with me that further analysis would need to be done by a practitioner regarding any visit where the diagnosis codes were in a secondary position?

MR. CROMWELL: Object to form and foundation.

You may answer.

A. My answer is I would rely on a health provider physician to answer that question.

Q. Okay. And so in your role, as a managerial cost accountant, or you are not -- you pulled the data, but you are not qualified to answer whether ICD-9s in the secondary position are or are not

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 74 of 229

related -- the visit was or was not related to that code; is that true?

A. Yes.

Q. Okay. You viewed it as your job to pull the data and someone else to further evaluate the relation of the data to the ICD-9 and 10 codes?

MR. CROMWELL: Object to form.

You may answer.

A. If necessary, yes.

Q. I'm sorry. Could you say that answer. I couldn't quite hear it.

A. Sure. If it was necessary to evaluate, that would go -- that would be a different role than a -- somebody from the managerial cost accounting office.

Q. Understood.

And so is that when -- in your sentence here, is that why you and your staff used the word "assist"? "These ICD codes assist in identifying specific care rendered to the 25 patients within the five conditions."

A. Yes.

Q. Okay. And your data assists but does not relate the care; is that fair?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 75 of 229

MR. CROMWELL: Object to form.

You may answer.

A. I didn't catch that. Assist but not relate?

Q. Yeah. Your data assists in identifying care related to the five conditions, but you're not giving an opinion that it's related -- those care are related to the five conditions?

A. Correct.

Q. Okay. We are going to dive into what I consider to be, and you do not, the very complex process that is involved in your cost allocations.

And you actually do describe it thankfully in your cover letter, and we've talked about this earlier a little bit.

So I want to see if we can go step by step to understand how your cost estimations or allocations or assignments are made.

Can we start with the when a patient presents to a VA clinic. Who does the coding for that patient visit? Where does it go next? Can you walk us through in chronology how that works.

MR. CROMWELL: Object to form and foundation.

You can answer, if you know.

A. Based on my experience, a patient is scheduled into an appointment. A patient arrives. They're checked in. The patient sees a provider who documents and codes the encounter, the interaction with the veteran or patient.

If the patient -- then the patient is checked out of the clinic. That's my understanding.

Q. And who does the coding that we just talked about? And when I say the word "coding," I mean who establishes the primary diagnosis, the secondary diagnosis, the CPT codes, the diagnostic pointers, if any? Who does that?

MR. CROMWELL: Object to form and foundation.

You may answer.

A. Based on an outpatient visit, documentation and coding is done by the provider at the time of the visit and/or when recording or documenting the visit.

Q. Do you have any idea how many providers there are under the VA system?

A. I do not.

Q. If -- would you imagine it would be in the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 77 of 229

thousands?

A. Yeah.

MR. CROMWELL: Object to form and foundation.

You may answer.

A. Yeah. You know, 170 large medical centers, I would imagine it's definitely in the thousands, if not hundred thousand plus.

Q. And you serve nine -- over 9 million veterans through that -- through your VHA program?

A. Yes.

Q. All right. And so what -- how is the data that's produced at the provider level, where does it go next?

And I assume we're in an electronic -- you tell me, but are we -- is the VA all electronic or are we -- is it paper?

A. It's all electronic.

Q. Okay.

A. So where does it go next? So this is not within my scope of work.

Q. Okay.

A. I'm really not 100 percent sure on the, if you will, business work flows that relate to revenue

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 78 of 229

in coding.

Q.    At what point do you become aware of the provider coding data that we just discussed in your line of work?

A.    So we process on a monthly basis.  The data is available on a daily basis in the CDW, but we pull a monthly extract of that data.

I do know that -- that the providers are to complete the record 7 days after the encounter.  They have until 7 days after the encounter to complete the record.  That includes at the end of the month where the close-out of those records should be completed by the 7th day, in this case, of October.

Q.    All right.  And do you agree with me that the reliability and validity of your accounting processes to come up with encounter data, it's very dependent upon the accuracy of the provider coding those primary, secondary CPT code diagnoses?

MR. CROMWELL:  Object to form.  Foundation.

You may answer.

A.    We're a derived database, and we pull in the data that is in the CDW or from the VistA record.  So we do depend on the accuracy at the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 79 of 229

provider in coding them.

Q. Is it -- how important is it to your department that the coding be accurate?

MR. CROMWELL: Object to form.

You may answer.

A. In some cases, it's important especially for reporting, not so much for costing because we don't cost the diagnostic code.

Q. You're saying, I believe, that you don't -- you don't do a cost per -- by the diagnostic code in the managerial accounting department?

A. Correct.

MR. CROMWELL: Object to form.

A. Okay. We cost by visit, encounter. Oftentimes it's time based.

Q. But -- so but the code -- all of those codes go into a visit encounter; isn't that true?

A. Yes.

Q. And so how important is the accuracy of all of the coding for a visit encounter to your department?

MR. CROMWELL: Object to form.

A. Very important for --

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 80 of 229

MR. CROMWELL: Go ahead.

A. Okay. Very important for reporting.

Q. And do you -- I think you testified that you're not quite sure where the provider data may go from the provider level before it gets to the CDW.

Did I understand that correctly?

A. True. I don't have a clear understanding of the business work flows for that.

Q. Okay. And are you -- do you have any knowledge of how vigorous or not vigorous any auditing of those codes is within a different department?

MR. CROMWELL: Object to form.

You may answer.

A. I do not.

Q. And in this case, when you pulled the data for these plaintiffs, did you -- did you or any other agency, to your knowledge, do any type of an audit to ensure that the coding was accurate for those plaintiffs?

MR. CROMWELL: Object to form.

You may answer.

A. We did not.

Q. And can you -- I still have the cover

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 81 of 229

letter on the screen for you.

I did want to distinguish, if you know, you put in the last sentence of VHA_00002, quote, "This data does not include Community Care costs," end quote; and then there's a footnote that you link to that describes the CCN system.

Do you have any independent knowledge of how different what you have done for VA data is from the community care billing system that they have? Do you have any knowledge of the difference between the two?

A. I do not.

Q. Do you know that the community care uses a contractor TriWest or Optum that actually processes billing and makes payments to providers which is paid by the VHA? Do you know that?

MR. CROMWELL: Object to form.

You may answer.

A. I'm aware that that is the process.

Q. Okay. And so do you have a general understanding that Community Care Network actually has actual billing and is not -- and does not do cost assessments or cost appropriations for their services through that program? Do you know that?

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 82 of 229

A.     Yes.

MR. CROMWELL:  Object to form.  Foundation.

You may answer.

A.     Yes, I do know that.

Q.     All right.  And now, did you not pull that -- why did you not pull that billing data for your report?

A.     So there's a separate office called IBC, and they maintain that data, and they report out on it.

Q.     And you don't have access in the managerial accounting department to the billing data for Community Care Network; is that true?

A.     We don't utilize that data.

Q.     Are you saying you do have access to it?

A.     Within the VA, I have access to most of the data sources, but there's many data sources I never pull from or look at, but based on my security clearance.

Q.     And I think you testified earlier that you actually don't deal with billing data; is that true?

A.     That is true.

Q.     Okay.  Let's go back to the process.  This is as far as I am:  The provider information is

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 83 of 229

encoded at the encounter level. We're not sure what happens in the meantime, but at some point, the provider data gets into the CDW system, which I understand to be the VA's central data repository; is that true?

A. Yes.

Q. All right. And so I want you to explain to me the next step, what you do with the data that is in the CDW from that point.

MR. CROMWELL: Object to form.

You may answer.

A. So we actually don't pull our data from the CDW; we pull it right from the VistA system that feeds the CDW, and we get a monthly extract from the VistA system.

Q. What's VistA?

A. I forget what it stands for, but it is the underlying electronic health record system. The front-facing GUI product is CPRS.

Q. So the data that you pulled for the plaintiffs, the ICD-9 and 10 data was pulled initially out of the VistA system?

A. So the data we pulled for this request, was done twofold. So we went into the CDW with

those Social Security numbers and those ICDs and identified those clinical encounters.

We then matched that up against our NDEs, national data extracts, for managerial cost accounting. So for the outpatient one, we used the outpatient NDE. For the inpatient, we used what we call the treating specialty NDE.

The primary source data that we bring in to the database comes from the VistA system or the Oracle Health system.

Q. I thought you testified that you pulled directly from VistA and/or Oracle, but I think you're saying you pulled from CDW and which was fed by VistA and Oracle; is that true?

A. I have to repeat that.

MR. CROMWELL: Object to form.

Q. I'm trying to understand did you pull the data from the CDW that was fed by VistA and Oracle or did you pull it directly from VistA or Oracle, the encounter data?

A. So the question was in terms of our cost accounting system, and our monthly extracts to do the processing for cost accounting, each facility pulls their own extracts from the VistA system,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 85 of 229

and/or the Oracle Health system that is ingested into the managerial cost accounting database.

Q. I think we're talking about two different things.

A. We are.

Q. I'm still talking about the encounter data.

A. Okay. So you're talking about how we provided the data for this request?

Q. Yes.

A. Gotcha.

So we went into the CDW, and we used the outpatient visit data files to identify, based on the SSN number and the diagnostic code, to identify those encounters. That's for the outpatient piece.

For the inpatient piece we used the inpatient diagnostic data files, diagnosis data files, and we got those encounters, which are from admission to discharge, that length of stay.

Q. Okay.

A. We took that encounter information and went into our NDEs for outpatient, the outpatient NDE, and we identify, based on those encounters, a cost associated with that level of care or that treatment.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 86 of 229

Did the same for the inpatient by using the MCAO treating speciality NDE.

Q. Understand.

Let's see if I got it. You pulled the encounter data from one database, and you compared it to the cost data from the MCAO outpatient NDE and the MCAO treating specialty NDE in order to do your cost assignments to the encounter?

A. You got it.

Q. Okay. Can you tell me why your patient data does not include some of the coding information that is helpful to understand the clinical encounter, such as CPT codes or diagnostic pointers or CPT descriptors?

MR. CROMWELL: Object to form and foundation.

You may answer, if you know.

A. So our database contains a minimum dataset that allows us to do the cost accounting. We do rely on -- in current state we do rely on the CDW for our reporting purposes. So we will use that definitive data from the CDW to match up our cost accounting for some reporting purposes, where we don't have robust, if you will, clinical codes

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 87 of 229

and/or demographic information relative to the patient. Some of our requests are based on patient status, whether they be service connected or whether they be, you know, Vietnam era, et cetera.

Q. Do you not have access to some of that detailed information I just described through the CDW?

A. We do.

Q. Can you tell me why it wasn't pulled for the encounter-level data?

A. It wasn't pulled into the DSS or managerial cost accounting database because we have limitations on space and processing.

Q. But you agree with me that it would be helpful -- if we were trying to determine what the visit was related to, it would be helpful for that purpose; is that true?

A. No.

MR. CROMWELL: Object to form and foundation.

A. Okay. No. I don't agree.

So we went into the CDW. We identified that clinical encounter based on the Social Security number and the ICD code, whether it be a nine or

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 88 of 229

ten.  We brought that back to the NDEs and matched that up.

Q.    Yes.  And it's -- I understand that it's not relevant to your cost assignment or your cost estimations, but would you agree with me that it would be relevant to better understand the reasons for the clinical visit?

MR. CROMWELL:  Object to form and foundation.

You may answer.

A.    No.  The information exists.  We have access to the information, and having a minimum dataset and a processing environment is more effective and efficient.

Q.    So you disagree with me that it would be more instructive -- including CPT codes or HCPCS codes or CPT descriptors, you disagree that that would be more helpful to someone in understanding the reasons for the clinical visit?

MR. CROMWELL:  Object to form and foundation.

You may answer.

A.    My answer is that information is available to us for reporting purposes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 89 of 229

Q.    Do you disagree with me that it's not --
that's it helpful information to better understand
the clinical visits?

MR. CROMWELL:  Same objection and asked
and answered.

You may answer.

A.    My answer is it is available, and we
accessed it, and we provided it as part of the
report.

MS. WALLACE:  And I'm sorry.  I don't
think it is asked and answered.

Madam Court Reporter, will you ask my
question one more time.  I just want to see if I can
get a direct answer, please.

THE STENOGRAPHER:  Sure.  Hold on.

(Last question was read back by the court
reporter.)

MR. CROMWELL:  I'm sorry.  Are you asking
him to answer it again?

MS. WALLACE:  Yes, please.  I didn't hear
a yes-or-no answer.  I heard a different answer.

BY MS. WALLACE:

Q.    But are you able to answer that question
and if not, you can say so?

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 90 of 229

MR. CROMWELL:  I have the same objections.

You can answer, if you can.

A.    I guess I'm not understanding the question. The information is available.

Q.    Would you agree with me that that information, even though you talked about efficiency and how you wanted an efficient data pull, but would you agree with me that that information is relevant, if someone were trying to have a better understanding of each clinical encounter?

MR. CROMWELL:  Object to form.  Foundation. Asked and answered.

You can answer, if you can.

A.    I'm going to have to say no.  That information is available, and that's what we utilized, and it's within the VA corporate data warehouse.

Q.    I believe -- didn't you testify earlier that a health care provider would need to determine if an encounter is related to a covered diagnosis?

A.    Yes.

Q.    And wouldn't -- as far as pulling extracted data, wouldn't it be helpful to a provider or to us and looking at your data extracts to have more details on the each encounter to better relate them to the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 91 of 229

ICD-9 or 10 code?

MR. CROMWELL: Object to form. Foundation. Asked and answered.

You can answer, if you can.

A. I feel like I've answered it three times. I don't have a further response, I guess.

Q. Okay. So you had -- so what I understand is that you had access to more information on the encounter level but did not pull it into your data because -- or period.

MR. CROMWELL: Object to form.

A. Yes, we have access to additional data that wasn't pulled into this data request.

Q. And that additional data would include the CPT codes and descriptions of those and diagnostic pointers?

A. Oh, apologies. If that's the question, we did pull all that in terms of the ICD-10 codes that were requested. We did pull all of them in from the CDW into the data that was provided to you.

Q. Yes. You pulled ICD-9 and 10 codes?

A. Yes.

Q. Okay. And as far as coding, that -- for the visit encounter, the reason for the visit, that's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 92 of 229

the primary data field that you pulled?

MR. CROMWELL: Object to form.

You can answer.

A. Along with the secondary or additional ICD codes that were used in that particular encounter, yes.

Q. Okay. Let's go back to talking about the -- unless it's time for a break? Is it?

Are you doing okay, Mr. Clarke?

A. Yes. Yep. Fine. Thank you.

Q. Great. Great. Let's go back to talking about the -- your data, your two cost extracts systems. I would like for you to explain to me the -- how the NDEs are created.

A. Okay.

MR. CROMWELL: Object to form.

You may answer.

A. Okay. So on a monthly basis, each medical center processes the data that they ingest into their database. We have a --

Q. And just to pause right there, I think you testified earlier that the things that matter are -- tell me what they're pulling. It's like duration of the visit, the amount of staff that were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 93 of 229

assigned to that department, like tell me what matters that's getting pulled from the individual facilities into the NDE?

MR. CROMWELL: Object to form.

You may answer.

A. So what is being pulled into the database is the financial information. So we have financial extracts, and we have clinical extracts. That is pulled into each of the 170 databases for their monthly processing.

Q. Is it by department? By -- how is it organized?

A. Within each database, they have a structure that is at a department level from the director, chief of staff, those indirects, down to medical service that includes oncology, dermatology, surgical that includes orthopedics, et cetera.

Q. So let's take an example. Let's say it's the oncology department and let's say where I actually have one of the largest VAs in our state, right in Salisbury, North Carolina. So let's say we're at the Salisbury, North Carolina VA, and they're -- let's just say there are a large number of cancer patients in the month of September of 2025.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 94 of 229

The Rowan County VA would take all of those -- so let's say it's hot and heavy in the oncology department. There's lots of treaters that are there. There -- everybody's being called into work. There's lots of cancers going on. They would take the snapshot of that month, like a very heavy cancer treatment month, let's just say, for example, and that's the type of data that might be pulled into your NDE formulas?

A. So --

MR. CROMWELL: Object to form.

You may answer.

A. Okay. So not a snapshot or maybe we can use that word, but it's pulling the actual encounter data that took place for that specific month.

Q. And so if it's a very busy oncology month, for example, that data is going to be or that cost assignment or cost estimate even, for indirect costs, that's going to be higher out of the Rowan County Salisbury VA for that particular month in that example. That would be a higher cost assignment if it was many people that were coming in with cancer in any given month; is that true?

A. No. That's not -- you know, it's very

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 95 of 229

dependent. It's variable. Right?

So if they increase the staff, and increase the staff to the point where they had excessive staff, so they have excessive dollars, in that department, it would be potentially higher costed.

If they saw those patients with the existing staff and didn't bring additional staff in, it's highly likely that would be a hopefully more efficient and less costed clinic encounter.

Q. Okay. And the opposite is true. Let's say there were no cancers in the Rowan County VA for the month of September 2025, it might -- if once this goes through your labor mapping formula, it might be a lower cost assigned to that plaintiff for that care?

MR. CROMWELL: Object to form.

You may answer.

A. Okay. So it would be higher because you have the same staff, but you have less patients.

Q. And what if they -- does it ever happen in the VA where they just don't call somebody in or is that not?

A. You know, I think --

MR. CROMWELL: Object to form.

You can answer.

A.    I think our data allows the administration to monitor that and make decisions about resource allocation.

Q.    But the fluctuation of the cost assignment or cost estimate for indirect, that is in direct relation to what the data shows for that month as to what was going on in any given department?

A.    The indirects within the direct department are based on FTE.  So the number of employees that are assigned to that department, oncology, will impact the indirect allocation.

Q.    But do I understand that -- so there's not just a -- this is a monthly analysis.  So there's not just a flat cost as it relates to a CPT code or to an ICD code.  The fluctuations, as far as I understand, have to do with mapping and resources and doctors and the number of patients coming in to any given department.  Am I understanding that correctly?

A.    You are, yes.

Q.    Okay.  And so if we said one of our plaintiffs, Mr. Criswell, goes in for his checkup for his bladder cancer, and it's a very, very busy

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 97 of 229

month -- they had to hire extra staff -- his cost assignment regardless of the quality of care or what was done at his visit, he might have a higher cost assignment just because it was a busy month in the oncology department?

A.    It's possible.  I think it's -- you know, it's very variable.  So you have an oncology department that might be run by a nurse practitioner at your VA.  You may have at a different VA, in Connecticut, an oncology department that's run by a hematologist.  The pay for those two positions are different; right?  The provider gets more money. And so, likely, based on this same amount of patients seen in both clinics, that you would have a lower cost with the nurse practitioner than you would with a medical doctor.

So it varies based on how the facility staffs that particular department.

Q.    Understood.

And the difference in staffing is really unrelated to any individual plaintiff.  They would have the same visit no matter what.  It really has to do with the collective number of resources for that particular department?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 98 of 229

A. And facility. Correct.

Q. And facility.

Okay. I think we are at a -- I think we're at another hour.

Is it a good time for a break, Mr. Clarke? And I can't remember are you on East Coast time?

A. Yes.

MS. WALLACE: Okay. Michael, I'm happy to keep going. Let's go off the record maybe for a moment.

MR. CROMWELL: Okay.

THE VIDEOGRAPHER: Going off the record. The time is 11:59 a.m.

(Short break taken.)

THE VIDEOGRAPHER: We are now back on the record. The time is 12:12 p.m.

MS. WALLACE: Thank you. Mr. Clarke, I think you're muted.

THE WITNESS: Okay. I'm all set to go.

MS. WALLACE: Perfect. Okay. Great.

BY MS. WALLACE:

Q. All right. Before the break, we were talking about the NDE, and we had established that you took the patient encounter data, and you, I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 99 of 229

believe, and this is in your cover letter, you joined it with the NDE cost assessment data; is that true?

A.    Yes.

Q.    All right.  I want to take a moment and talk about the NDEs and what they are, and I know we've kind of talked about it some today, but the cost numbers that you have presented in those two databases, the MCAO outpatient NDE and the MCAO treating specialty NDE, they -- they're official outputs from the MCA system; is that true?

A.    Yes.

Q.    And each of those NDEs has dozens of fields and formulas that define how costs are assigned; is that true?

A.    Yes.

Q.    And those definitions are explained in a document called the MCAO NDE Technical Guide; is that true?

A.    Yes.

Q.    Can you tell the Court what is that guide?

A.    It provides information relative to the approaches used for processing the derived data from the fiscal system, and from the medical records

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 100 of 229

system.

Q. Do you have access to the MCAO NDE Technical Guide?

A. Right now?

Q. (Nods.)

A. I do not have it. I could get it, but I don't have it in front of me.

Q. But you -- that's available for you to review in your role; is that true?

A. Yes.

Q. Do you know is the MCAO NDE Technical Guide, is that available to the general public?

A. No. It's available to VH -- VA staff that have access to the VA system.

Q. Was it produced to the -- was it produced in this case to support the costs estimations that you produced?

A. Is this an exhibit that was provided?

Q. No. Did you produce the MCAO NDE Technical Guide?

MR. CROMWELL: Object to form.

I guess to who, I guess, would be --

Q. To -- we'll start with to the DOJ?

A. I'm not aware if Janine provided that

document, but it's an available document that is updated on a yearly basis, if needed.

Q. And without the technical guide, I wouldn't be able to tell -- the plaintiffs wouldn't be able to tell what types of costs are included in the direct versus indirect; is that true?

MR. CROMWELL: Object to form.

A. Yes, that's a true statement.

Q. And I also wouldn't be able to tell how overhead costs such as utilities, security, or administration is spread across encounters; is that true?

A. It's true that document provides that information.

Q. And if the allocation roles change from year to year, those changes are only documented in the technical guide; is that true?

MR. CROMWELL: Objection to form.

A. We have other documents --

MR. CROMWELL: Object to form.

You may answer.

A. Thank you.

We have other documents that guide the facilities and their yearly conversion activities.

Q. What are those other documents?

A. So on a yearly basis we have modifications or changes that might take place based on changes that come from either legislation and/or VHA guidance, and we would publish that to the field, so that they're aware of some of those changes that might take place.

Q. All right. Is any of the other guides available to the general public?

A. Not to my knowledge.

Q. So without the NDE technical guide or one of those other guides, no outside auditor could independently verify how the numbers were calculated; is that true?

MR. CROMWELL: Object to form.

A. That is true. They would need those technical guides to understand the process used to identify the cost.

Q. And the outputs that you've produced in this case, for the plaintiffs, the formulas that generated them are not visible to the Court, and they haven't been made visible to the plaintiffs; is that true?

MR. CROMWELL: Object to form.

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 103 of 229

You may answer.

A. MCAO data is not public front-facing, so that would be true.

Q. So the MCA cost estimates, from my perspective, are more like black box outputs?

MR. CROMWELL: Object to form.

Q. Do you understand what I mean by that?

A. Please explain.

Q. I can't tell as I sit here today, based on the information that you -- that I have access to how they were reached?

MR. CROMWELL: Object to form.

You may answer.

A. I would agree.

Q. Let's talk about how the joining process was done between the two systems that we've talked about, the encounter data to the NDE data.

Can you explain to me how that data was joined.

A. We took the SSN numbers, identified the patients within the corporate data warehouse. We looked in the outpatient visit files. We looked in the inpatient diagnosis files, got those encounters.

We looked at those encounters for the

existence of those ICD codes that were provided to us from the HOME team.

We then took that information, and we matched that up against our encounter information for that same visit, same day, same time, to come up with the cost associated with that care that was provided.

Q. And my question is a tiny -- I think it's a little more technical where did you apply -- like how did you actually merge or join the two differing Excels? Like, were they inner joins, outer joins, left joins, right joins?

A. This was all done with --

MR. CROMWELL: Object to form.

A. Okay. So the three individuals that I had identified: Kent Coburn, Tamara Bernard, and Belinda Mink have SQL skills, Structured Query Language, and that's how they did the join.

Q. So you did not personally do the join?

A. Correct.

Q. And the two people that did, tell me it's Kenneth Coburn and Tamara Bernard?

A. And Belinda Mink.

Q. So if I had a question about how the data

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 105 of 229

was joined, you are not the right person to answer that question?

MR. CROMWELL: Object to form.

A. Correct.

Q. Okay. I'm going to ask the same question for -- and let me put Exhibit 6 back on the screen for you in case it helps.

(Attorney Wallace shared her screen.)

Q. I have the same question for how was the data rolled up, and I understand these are technical words, you know, I believe, as far as SQL skills go.

So how was the data rolled up?

A. Rolled up for the purposes of the report, the costing report that we developed?

Q. Yes, sir.

A. Yes. So we took and rolled it up under, you know, if you will, three levels. So we had the total cost. We had primary and secondary codes. We also had the direct care cost, primary and secondary.

We took the inpatient data, if it existed for any of those 25 plaintiffs, and added that to the overall cost, both total and -- excuse me -- total cost and direct cost.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 106 of 229

Q. Did you do that process of rolling up those -- the data or would that have also been those three individuals you just named?

A. It was the three individuals, the team that did that and presented it to myself and Janine.

Q. And if I had questions about how the data was rolled up, they would be the best -- one of the three of them would be the best person to answer that question?

MR. CROMWELL: Object to form.

You may answer.

A. Okay. You know, I'm very aware of how they rolled it up, and it was based on the SSN number and the diagnostic codes.

Q. So are you the right one to answer that question?

A. Sure.

MR. CROMWELL: Object to form.

Q. Okay. Now, it says "provided rolled-up cost data at three levels."

I understood and tell me if I'm misunderstanding that the three levels were the CDW and the two MCAE -- the two NDE databases. Are those the three that were rolled?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 107 of 229

A.    I think what this is alluding to is that it was rolled up based on, you know, the Social Security numbers and the ICDs, either the primary, secondary, and then a combination of primary and secondary together.

Q.    Okay.  And so when you use the word "rolled up," will you tell me what that means to you?  Is that more of a query or explain to me what rolled up means?

A.    Rolled up means that a specific plaintiff veteran, may have had multiple encounters related to their track, and, therefore, it was rolled up into a summarized cost for all of that care through 2005 to December of 2025.

That is for the first iteration of data provided, and then there was a request for all-in data that is not rolled up.

Q.    Was that rolling up process the product of a structured query language, an SQL query?

A.    Yes.

Q.    And did you produce the SQL queries that were done for that process?

A.    I did not --

MR. CROMWELL:  Objection to form.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 108 of 229

A.    Okay.  I did not; the team did.

Q.    The team did?

A.    Yes.

Q.    Where can I find the SQL query?

A.    I don't believe it was requested.

Q.    But you have it?  You could produce it?

MR. CROMWELL:  Object to form.

A.    Yes.

Q.    And what would it tell me?

A.    It's code.  That would tell you the algorithm used to pull the data and to roll the data, summarize the data.

Q.    Do you know what an enterprise resource diagram is?

A.    No.

Q.    Do you have a data dictionary for the NDE files?

A.    Is that a question?

Q.    Yes, it is.

A.    Do we have a data dictionary?  Yes.

Q.    For the NDE files?

A.    I would have to go and see if it's specific to the NDE files or the process.

Q.    You're unsure?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 109 of 229

A. Yes.

Q. Can -- I'm going to put in the chat Exhibit -- what's been previously marked as Exhibit 11.

(Document was premarked Exhibit No. 11 for identification.)

Q. And I'm going to put it on the screen for you as well. This exhibit has a Bates Stamp number of CLJA_VHA_8.

And I'm going to share it for you.

(Attorney Wallace shared her screen.)

Q. What is this? Do you recognize this?

A. Yes.

Q. What is this, please?

A. These are data definitions that were provided to DOJ at their request.

Q. We have talked about a number of these today, but I do want to walk through -- I do want to walk through the MCA Total Cost, MCA Total Direct Care Cost, MCA Stop Code, and the Treating Specialty. I don't think we've discussed those yet today.

Would you mind explaining to me in your own words what the MCA Total Cost that you pulled for the plaintiffs was?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 110 of 229

MR. CROMWELL: Object to form.

You may answer.

A. Thank you.

The total cost is both the indirect and the direct care cost combined to make up the total cost.

Q. Were you asked by the DOJ to pull direct and indirect care costs or was that a decision that was independently made by your agency?

A. I am not sure of that question. That might have come from Janine.

Q. All right. And what is the difference between the MCA Total Cost and the MCA Total Direct Care Cost?

A. So the direct care cost does not include the indirects, and it is truly the cost that includes labor, supplies, equipment, and support staff in that department.

We used oncology as an example, and those costs, those direct care costs are, indeed, married up against the encounters, the clinical information, to come up with a costed direct care cost.

Q. And that's that variable monthly VA-specific facility specific number that is derived through the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 111 of 229

formula in the NDE Technical Guide?

A.   Yes.

MR. CROMWELL:  Objection to form.

Q.   What was your answer, sir?  I'm sorry.

A.   Yes.

Q.   Okay.  And this cost, as I understand it, has this larger trickle down, indirect cost estimation excluded from it, and I think it says, for example, VISN, that's like that regional overhead is out; central office overhead, out; indirect services are out.

Is that -- am I reading that correctly?

A.   Yes.

Q.   Okay.  So if we really -- as far as a cost estimation goes, if we wanted to estimate the costs during that month, of course which we understand fluctuates based on demand and staffing, if we wanted to estimate the cost -- the estimated cost of a care visit during any given month, but we didn't want to include all these external trickle down costs, this is the total that we would look at, MCA total direct care cost?

MR. CROMWELL:  Object to form.

You may answer.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 112 of 229

A.    Yes.

Q.    All right.  And what is and why is it -- what is it and why is it important, the MCA Stop Code, please?

A.    So the MCA Stop Code is a clinical identifier that indicates the level of care that was provided.  Each specific modality of care has a stop code, whether it's in radiology, mental health, medicine, that is the encounter-level data that we use to cost an outpatient product.

Q.    So a stop code is important for cost estimation purposes in the accounting department because -- tell me if I understand correctly -- that is what identifies the department that is being analyzed?

MR. CROMWELL:  Object to form.

A.    The service that --

Q.    Did you answer that, Mr. Clarke?  I'm sorry.  I couldn't hear your answer.

A.    The service that is being provided.  You might have a lab visit 108 stop code.  You might have a dermatology 304 stop code.

Q.    Doctors are important to the coding, to the formula; is that true?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 113 of 229

A. It is -- it's an internal code used by the Office of Finance managerial cost accounting to identify the clinical service provided at the encounter level.

Q. For formula purposes?

MR. CROMWELL: Object to form.

A. It's used in --

MR. CROMWELL: Go ahead.

A. -- the formula for the development of, if you will, the assignment of the cost, yes.

Q. And tell us the -- define and tell us the significance, from your perspective, of the TRT, please, the treating specialty?

A. The treating specialty is internal to VHA. It's not something used in the community. The reason we put this in is because we use the treating specialty NDE to provide the cost data for the inpatient stays.

The treating specialty NDE has all of the data related to that episode of care or length of stay from admission to discharge. They may have been in a psychiatric bed. They may have been in a general medicine bed.

Q. The MCA stop code, the treating specialty

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 114 of 229

code, do you know whether those are found in billing practices or are these criteria unique to the VHA cost assessment accounting process?

MR. CROMWELL: Object to form.

You may answer.

A. They're both unique to the VA.

Q. Is quantifying MCA Total Cost and MCA Direct Care Cost and MCA Indirect Care Costs, is that also a unique process to the VHA as opposed to other billing systems?

MR. CROMWELL: Object to form.

A. So the MCA data is not a billing system. It's an activity-based cost accounting system, and I do believe that we align with the community -- for those that use it, align with the community standards.

Q. What do you mean by "align with the community standards"?

A. For activity-based cost accounting.

Q. Are you saying other -- other insurance providers when they do accounting, they might use total cost or are you -- is it your testimony that it is a unique system to the VHA?

MR. CROMWELL: Object to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 115 of 229

A.     I'm saying that other hospital systems, not to my knowledge any insurance companies, but other hospital systems have activity-based cost accounting systems that they use.  There are other vendors in the community that offer activity-based cost accounting software.

Q.     And do you know whether any of that data is associated with billing practices?

A.     I do not know.

Q.     Do you know -- do you know what -- do you understand what an offset is?

MR. CROMWELL:  Object to form.

A.     Yes, I do.

Q.     Can you define it for me in your understanding.

A.     My understanding is that it is an amount of money that would quote, unquote, offset the original distribution of an award for some kind of payout.

Q.     Typically would a payment need to be provided in order for an offset to apply?

MR. CROMWELL:  Object to form and foundation.

You may answer.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 116 of 229

A.    I don't know.

Q.    Do you -- does the VA bill its veterans?

MR. CROMWELL:  Object to form.

You may answer.

A.    The VA does bill through the Office of Revenue.

Q.    What are the circumstances under which the VA bills?

MR. CROMWELL:  Object to foundation.

You can answer.

Q.    If you know?

A.    I am not familiar with those business work flows.  That would be better answered by the Office of Revenue.

Q.    Are you familiar with the Medical Care Costs Recovery Act?

A.    No, not in detail.

Q.    Do you know -- and I think you testified -- and tell me if I'm wrong -- that the -- you -- in your department, you're not aware of the circumstances that a bill would be given to a veteran; is that true?

A.    That is true.

Q.    Do you know if veterans, under the Camp

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 117 of 229

Lejeune Justice Act, have been provided with their billing if they ask for it?

MR. CROMWELL: Object to form.

A. I don't know that.

Q. You don't know whether they were or were not provided with billing?

A. That is not within our scope of work. I would assume that they would be eligible for that; that they would just request it through Freedom of Information Act, but I don't know the process.

Q. I want to show you an exhibit that has been previously marked as Exhibit 27.

(Document was premarked Exhibit No. 27 for identification.)

Q. And I'm going to put it on the screen for you.

(Attorney Wallace shared her screen.)

Q. Do you know an individual Kimberly M. Rich, a paralegal specialist with the Department of Veteran Affairs Office of General Counsel?

A. No.

Q. All right. This document that's on the screen is a request from my law office, Wallace & Graham, to Kimberly Rich, requesting billing records

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 118 of 229

for Camp Lejeune cases.

Can you see that there on the screen?

A.    Yes.

Q.    And I'm going to scroll up to her response, and this is Kimberly Rich.  The date of this email, as you see, is October 6, 2022, and she's writing it to Jamie Anderson who has an email address of Wallacegraham.com.

Is says, "Hi, Jamie, when VA creates and submits bills, it is to assert a claim for reimbursement for medical care provided at the negligence of a (nongovernmental) third party. Being that VA is a Federal agency, VA does not create a claim for reimbursement when the U.S. government is the liable party.  One Federal agency does not bill another."

Do you see that?

A.    I do.

Q.    And it looks like she then quoted from the Federal Tort Claim Act, stating, "The Federal Tort Claim Act (FTCA) (28 U.S.C 2671) allows the U.S. Government to be sued for the negligent acts of Federal employees.  In these cases, the U.S. Government is the defendant, and we do not generally

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 119 of 229

bill other Federal agencies. Per the Medical Care Cost Recovery Act, the U.S. is entitled to recover for care given to a person under circumstances creating a tort liability upon some third person," and then she bolded this text in parentheses it says, "(other than or in addition to the United States.)"

Do you see that there?

A. I do.

Q. And so does it appear to you from this email that a CLJA claimant was denied access to VA medical billing?

MR. CROMWELL: Object to form and foundation.

A. I have no idea what the request is or I'm not familiar with this at all.

Q. All right. Okay. And I think you testified earlier that -- are you aware as to whether the individuals that you provided searches for, whether they have ever been provided with medical billing or whether they even have ever requested compensation for a medical billing associated with the VHA?

A. I am not aware.

MR. CROMWELL: Object to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 120 of 229

You may answer.

A.   Oh, I'm sorry.

I am not aware.

Q.   And the data that you have pulled has nothing to do with billing; it's cost estimates from your department?

MR. CROMWELL:   Object to form.   Misstates prior testimony.   You may answer.

A.   Yes, it is cost assigned to those clinical encounters.

Q.   I am going to share with you an exhibit. I'm going to number it 25.   It's not previously marked.

(Document was marked Exhibit No. 25 for identification.)

Q.   And I'm going to share it on the screen for you.

(Attorney Wallace shared her screen.)

Q.   Do you recognize the source of this document at the bottom -- oh, gosh.   Sorry.   My popup -- at the bottom of the document.   It says -- it has a URL: www.herc.research.va.gov?

MR. CROMWELL:   Object to form and foundation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 121 of 229

Q. Do you recognize that website?

A. I recognize the HERC, which is a research entity, yes.

Q. What is HERC?

A. So they are -- I forget what the term stands for, but it's a research -- research entity of the VA, and I am aware that they do use our managerial cost accounting data for some of their studies.

Q. Is HERC a department within the VA?

A. Under the -- under research it is.

Q. Okay. So that's part of your agency, part of the VHA?

A. To my knowledge --

MR. CROMWELL: Object to form and foundation.

You may answer.

A. Thank you.

To my knowledge, yes.

Q. All right. And it looks like the way that they classify the managerial cost system I'm going to read what's in highlighted text, the first sentence: "The Managerial Cost Accounting System, (MCA, formerly Decision Support System or DSS) is an

activity-based cost allocation system that generates estimates of the cost of individual VA hospital stays and health care encounters."

Do you disagree with their term "estimates"?

MR. CROMWELL: Object to form.

A. I'm not sure the context that they're using it. I assume they're using it based on summarized data and average costs as opposed to individual level costing.

Q. Do you disagree with their use of the word "estimates"?

MR. CROMWELL: Object to form. Foundation. Asked and answered.

A. Based on not knowing the context, I don't disagree with it.

Q. It looks like they -- later in the document they discuss patient encounters.

Do you see -- do you see the paragraph that says, "Costs of intermediate products are then determined. Examples of intermediate products are chest X-rays, units of blood, 15-minute clinic visits, or days of stay in the intensive care unit."

Do you agree with that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 123 of 229

MR. CROMWELL: Object to form and foundation.

A. Yes.

Q. "They are called intermediate products to distinguish them from the final product -- a patient encounter, which is a bundle of intermediate products."

Do you agree with that?

MR. CROMWELL: Same objections.

A. Yes.

Q. Do you agree with their sentence that "The MCA is the most frequently used source of data for VA economic research"?

A. I don't have knowledge of that.

Q. The second to last paragraph states "MCA relies on preexisting VA databases for information on what care was provided and which patients utilized it. These data are combined with unit cost estimates to estimate the cost of hospital stays and outpatient visits."

Do you agree with that paragraph?

MR. CROMWELL: Object to form and foundation.

You may answer.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 124 of 229

A.   We are a derived database where we extract the clinical and financial information into our database for processing, so, yes, I agree with that.

Q.   Okay.  Great.  Thank you.

All right.  We are going to look at some data.

I am going to put on the screen and in the chat Exhibit -- what's been previously marked as Exhibit 5.

(Document was premarked Exhibit No. 5 for identification.)

Q.   Oh, no.  Close it.

Okay.  I've put in the chat an Excel document that bears the Bates Stamp number CLJA_VHA_1.

And I'm going to put it up on the screen for us.

(Attorney Wallace shared her screen.)

Q.   Do you recognize this exhibit?

A.   Yes.

Q.   What is this?

A.   This is the costed data summarized that we provided to the DOJ.

Q.   And do you know the date of this

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 125 of 229

production?

A. I don't recall the exact date we provided that.

Q. Do you know your cover letter read March? Do you know if it was produced before or how far before that cover letter that this was generated?

A. I believe the first iteration was before that, but I'm not certain on the date.

Q. Who pulled this data?

MR. CROMWELL: Object to form.

You can answer.

A. The team.

Q. The team -- do you know the individual that performed the SQL or the query in order to pull this data?

A. Kenneth Coburn, Belinda Mink, and Tamara Bernard.

Q. So they all were working together to pull this data?

A. Yes. Pull the data, validate the data, and produce the reports.

Q. Do you know what they did to validate the data?

A. They took the SSN numbers and married them

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 126 of 229

up against the CDW, so that we had a dataset that included all visits for those particular SSN numbers, and then used the diagnostic codes to, in turn, pull out the data related to those five tracks. Took that data --

Q. And --

A. Okay.

Q. Please. I'm sorry.

A. Took that data against the DSS or the managerial cost accounting database to match, and we did have exact matches, and that was the validation process.

Q. Do you know what they did to verify that the ICD-9 and 10 codes were correct?

MR. CROMWELL: Object to form.

A. We did not do that.

Q. Do you know why they categorized the data in the way that is depicted on the screen, and I'm going to read for the record what I mean by that. Column P, if you read with me, says "MCA Total Cost Primary Diagnostic Codes Only."

Column Q says, "MCA Total Direct Care Cost Primary Diagnostic Codes Only."

Column S says "MCA Total Cost Secondary

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 127 of 229

Diagnostic Codes Only."

Column T says "MCA Total Direct Care Cost Secondary Diagnostic Codes Only."

Column V says "MCA Total Cost Primary and Secondary Diagnostic Codes."

And column W says "MCA Total Direct Care Cost Primary and Secondary Diagnostic Codes."

Did I read that correctly?

A. Yes.

Q. Do you know why they pulled the data into these six columns and divided it in this manner?

A. I'm not sure if it was a request from DOJ or if the team -- Janine had decided that it would be best to provide additional data. So columns P, Q, S, and T are combined to make up columns V and W.

So I think our intention was to provide more data for decision-making.

Q. When you presented this data, did you or your department have any independent opinion as to which one of these fields was the appropriate one for an offset?

MR. CROMWELL: Object to form and foundation.

You may answer.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 128 of 229

A. No opinion.

Q. And when you produced this information initially to the DOJ, did you produce the source data that supported these totals that are on the screen?

MR. CROMWELL: Object to form.

A. I am not aware that we provided the source data for this rollup until requested to do so, which was after the fact, after we produced this, we were requested for the source data, which we provided.

Q. And when -- do you know whether when your team produced this summary, do you know whether the secondary diagnostic codes only, does that include any -- anywhere where that ICD-9 fell across any secondary diagnosis codes or in the second field?

Are you following me?

A. I am.

So that field -- you know, that column represents any time that the diagnostic code fell into either the secondary column or beyond.

Q. Thank you.

And for the primary diagnostic code, would that ICD-9 or 10 code would have fell into only the primary diagnostic code line is your understanding?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 129 of 229

A.    Correct.  And as the summary had indicated, you know, the primary diagnostic code is the first code in the outpatient environment.

Q.    All right.  And we -- just to be clear for the record, we are under the tab of Exhibit 5 with the Bates stamp VHA_1 that says, Sum cost FY, which I imagine means Fiscal Year, 2005 through FP3 FY2025; is that true?

A.    Yes.

Q.    What's "FP3" stand for?

A.    December of 2024.  We work on a fiscal year basis.  Our fiscal year starts in October.  So next month will be fiscal period one of 2026.

Q.    And so tell me exactly the dates that this data ranges from, please, based on how this is labeled?

A.    Fiscal Year 2005 it starts October 1st of 2020 -- 2004 --

Q.    Through --

A.    -- fiscal period -- understood?

Q.    Yes, sir.

A.    Okay.

Q.    And will you tell me the end date as well?

A.    Sure.  The end date is calendar date

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 130 of 229

December 2024.

Q. December 1, 2024 or December 31, 2024?

A. December 31st.

Q. Okay. I'm exactly at 1:00 if you guys want me to break for lunch.

Do you want to go off the record to discuss?

MR. CROMWELL: Sure.

MS. WALLACE: Are we off the record? Sorry. I usually wait for an announcement.

THE VIDEOGRAPHER: Oh, sorry. Going off the record. The time is 1:00 p.m.

(Lunch recess.)

------------------------------------------------------

AFTERNOON SESSION

1:34 p.m.

------------------------------------------------------

THE VIDEOGRAPHER: We are now back on the record. The time is 1:34 p.m.

BY MS. WALLACE:

Q. Mr. Clarke, I hope you enjoyed your lunch. We're going to get right back into data.

A. Okay.

Q. We -- before the break, we were looking at

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 131 of 229

Exhibit No. 5, which was the Bates Stamp number CLJA_VHA_1, and you were -- I think you had just told me that you are not sure if you produced the underlying data initially to accompany that document?

MR. CROMWELL: Object to form.

You may answer.

A. You'll have to show me the document again. Apologies.

Q. Sure. No problem at all.

(Attorney Wallace shared her screen.)

Q. I'm showing you Exhibit 5.

Do you know if you produced raw data at the same time that you produced this summary document to the DOJ?

A. The raw data -- the raw data -- so let me make sure I'm answering this correctly.

So in terms of how did we produce this data, we definitely used the raw data.

In terms of what DOJ asked of us in terms of produce the raw data or the detailed data, we produced that and gave that to DOJ after the fact.

Q. Okay. And do you know approximately how long after the fact you were asked to pull the raw

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 132 of 229

data?

A.    I don't remember the timeline.

Q.    And if the raw data, which I'm about to show you, I believe, was produced to the Plaintiff Leadership Group on June 23, 2025, does that jog your memory at all as to when you might have pulled the raw data or you just aren't sure?

A.    I'm not sure.  I would suspect it's before that date, and, therefore, DOJ sent it over the fence after that date.

Q.    Okay.  As far as Exhibit No. 5 goes, it is my understanding that this is the document that was produced to DOJ economists in order to quantify VHA costs for these plaintiffs?

MR. CROMWELL:  Object to form and foundation.

You may answer.

A.    I'm not aware of that process.

Q.    And if -- if it is true that this is the reliance material that was provided by the DOJ economists in their expert reports, this -- this data in Exhibit 5 in and of itself does not include any encounter level data.

Do you agree with me?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 133 of 229

MR. CROMWELL:  Object to form.

A.    Yes.

Q.    We're not able to see how many episodes of care, where the primary or secondary diagnoses occurred.  We're not -- we're just -- we're not able to have any type of an encounter-level understanding of this summary table, Exhibit 5; is that true?

MR. CROMWELL:  Object to form.

A.    This is summary data only.  That's true.

Q.    Okay.  Were you given -- were you and your team given the date of diagnoses for the plaintiff prior to pulling this summary data?

A.    Yes.

Q.    You were given each plaintiff's date of diagnoses?

A.    Oh, I don't know the timeline for us being provided the -- I wouldn't say diagnosis.  We were provided the five groups.  That was at the beginning of the request: SSN number and the five groups that included bladder cancer, kidney cancer, et cetera.

Q.    Did you pull those ICD-9 codes and 10 codes -- did you -- for example, I see that you do have it marked in column N which plaintiff is suffering from which disease.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 134 of 229

Do you see that there in column M -- N?

A.    Yes.

Q.    Did you only pull the ICD-9 and 10 codes associated with those diagnoses or did your team do a data joinder for anywhere where any of the ICD-9 and 10s appeared for each of the plaintiffs?

MR. CROMWELL:  Object to form.

You can answer.

A.    So we pulled the data based on that alleged track for each individual.

Q.    The one that's in N?

A.    Correct.

Q.    In the spaces where it says "No SSN Data," tell us what that means, please.

A.    That means that that SSN number did not exist in the corporate data warehouse, nor did it exist in the managerial cost accounting database.

Q.    And so based on the summary document, that's Ronald Lee Carter, and that's Stephen Matthew Connard, and that is Terry Dyer; is that true?

A.    If you highlight them and go slower, I can affirm that's true.

MR. CROMWELL:  Yeah, to the extent you need to look at the spreadsheet, feel free to do so.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 135 of 229

Q.    Yes.  And I'll tell you what I'm going to do just for a second.  If it's okay with you, if you watch me, I'm going to hide some of these, so we can see the screen --

A.    Okay.

Q.    -- a little more clearly together.

A.    Okay.

Q.    Is that better, sir?

A.    Yes.

So Carter, Ronald.

Q.    Yes.

A.    No SSN data.

Conrad, Joseph, Conrad Stephen.

Q.    It's Connard?

A.    Yes.  No SSN number.

And then Dyer, Terry, no SSN data.

Q.    Thank you.

And what does the indicator that's for multiple plaintiffs that says "No Specific ICD Data," what does that mean?

A.    That means we did find the individual within the database, but we did not find any ICD codes related in this case that you've highlighted to non-Hodgkin's lymphoma.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 136 of 229

Q. Understood.

And so if we wanted to read those together -- would you like for me to read them and you follow along or would you like to read them?

A. Please read. Thank you.

Q. Okay. Diane Rothchild --

A. Correct.

Q. -- Jose Vidana, Karen Amsler, Robert Fiolek, Allan Howard, Jacqueline Tukes, Mark Cagiano, and Jimmy Laramore; is that accurate?

A. Yes.

Q. And for the others you've categorized the summaries as indicated in Exhibit 5, you and your team; correct?

A. Yes.

Q. All right. Now, at some point you were asked to produce raw data that was used by which to pull the summary data in Exhibit 5; is that true?

A. Yes.

Q. How did that request come to you and/or your department?

A. My understanding it came from DOJ and that the plaintiff asked for additional information.

Q. Was Ms. Genovese still with your department

at the time that that request came in?

A. Yes.

Q. Who pulled the raw data, and I'm going to show you the exhibit, so we -- I can make sure we're really clear about it.

Okay. I'm going to share with you Exhibit 8, what's been previously marked as Exhibit 8.

(Document was premarked Exhibit No. 8 for identification.)

Q. And I'm going to put it on the screen.

(Attorney Wallace shared her screen.)

Q. Do you recognize this spreadsheet?

A. Yes.

Q. What is this?

A. This is, if you click on the outpatient tab, this is the -- and then slide to the right, this is the raw data for all of the patients that had been seen in the VA for any purpose.

Q. And so can you walk me through how your staff would have taken this raw data and produced the summary reports in Exhibit 5.

A. They would have done that based on the ICD codes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 138 of 229

So if you scroll up, you're going to see -- and then maybe to the left a little bit.

Q. I want to clear all the filters just make sure -- there we go.

A. Excellent.

Q. If you notice, the outpatient tab has approximately -- my goodness, we're in the 6,000s.

A. Yep.

Q. It has approximately 6,700 line items?

A. 6,700 plus.

Q. Okay. All right. And you asked me to scroll to the top?

A. Essentially this provides you with details as it relates to the patient and their SSN number, the station that they were provided the care in, the VISN, which is the regional office that oversees the station; and in some cases the division is different because it would have been a CBOC or potentially could have been a CBOC.

The years, fiscal years that the service was offered or the encounter was generated, and the fiscal period within that fiscal year.

You get the exact date of the visit. That's the calendar date. The fiscal year is just

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 139 of 229

that, October to September 31st.

Encounter number is the number used to identify the service offered.  It's a generated number with the last three digits representing the quote, unquote, stop code.

So column I can be aligned with column M and the last three digits of that encounter number indicates it was a general internal medicine appointment.

Q.    We also have the columns J and K are labeled "Outpatient Total Cost," "Outpatient Total Direct Cost."

Were those numbers derived using the process that you described earlier in your testimony?

A.    Yes.

Q.    These do not represent billing of any kind; is that true?

A.    They do not represent billing.

Q.    And if you -- am I understanding you correctly that if you take column J which says "Outpatient Total Cost" and you subtract column K, that gives you the amount of the indirect cost for that line item?

A.    Correct.

Q.    So we're able to -- even though there's not a column that says outpatient total indirect cost, we're able to quite pretty easily deduce what that was based upon the two columns that we're looking at, J and K, with simple subtraction?

A.    Correct.

Q.    And sitting here today, do you, without having access to the formula that we talked about previously, that manual, we're not able to know exactly what went into the direct cost allocation?

MR. CROMWELL:  Object to form.

A.    Correct.  This gives you the summary cost of that encounter.

Q.    The summary estimated cost, like a reproduced retroactive cost?

A.    It provides --

MR. CROMWELL:  Object to form.

A.    It provides the cost for that encounter. So the managerial cost -- managerial cost accounting system, the activity-based cost accounting system, it provides the cost to deliver that care.

Q.    Yes, and can we agree it's a cost estimation based on the software and formulas that we talked

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 141 of 229

about earlier?

MR. CROMWELL:  Object to form.  Misstates prior testimony.

Q.    You can answer, Mr. Clarke.

A.    So it doesn't estimate.  Right?  It provides the costs based on the direct care costs that are part of that department, in this case, general medicine.  That department has labor cost, potentially supply costs, maybe some equipment costs, and support costs that would go into costing that particular encounter or product.

Q.    Okay.  And this is not a cost that's billed to anyone; correct?

A.    Correct.

Q.    And it's not a recovered cost?

MR. CROMWELL:  Object to form.

A.    It is not a recovered cost.

Q.    And it's based on fluctuations at any given point in time that the care was received at the VA center where the care was received?

MR. CROMWELL:  Object to form.

A.    Yes.

Q.    Do you have -- in your department, I notice that there's no recovered co-pays or other health

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 142 of 229

insurance recoveries, or any type of line item like that in your database extract.

Do you have access to that information?

A. Not to my knowledge. We certainly don't work in that environment in our office. That's the Office of Revenue.

Q. So if the client had paid or been charged a co-pay for any of the services in this exhibit, you're not able to tell me whether -- you're not able to quantify that from your perspective?

A. Correct.

Q. And the same goes for if they had recovered any amount from other health insurance?

A. Correct.

Q. I notice -- we talked a lot earlier about CPT codes. I don't see -- and HCPCS codes for professional services. I do not see any of those in this work, your full data extract here.

Is that true?

A. Yes.

Q. And I think you testified earlier that you do have access to that information, but it wasn't pulled; is that true?

A. It wasn't requested, yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 143 of 229

Q.     Do you see any CPT descriptive column?

A.     It's not included in this dataset.

You have the ICD-9s and 10s.

Q.     Okay.  And that's the universe of really of what we have access to other than the stop code and the stop code descriptions, which are used for formulaic purposes?

MR. CROMWELL:  Object to form.

A.     Correct.

Q.     I was wondering why there is such a large quantity of null results that go all the way across for the primary and secondary sources, and I think I'm able -- if I'm smart enough, I think I can actually query for that, and when I did it the last time, it showed me that it was -- let me get it right.

A.     Query for null, N-U-L-L.

Q.     Exactly.  Query for null.

A.     You could type it in the search above.

Q.     Oh, okay.  Right here (indicating)?

A.     No, I'm sorry.  On the filter itself, yeah.

Q.     Yeah, let's clear our filter first, and then I type it in here, up in search?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 144 of 229

A.    No.  Drop down --

Q.    I type it here (indicating)?

A.    Yeah, drop down on your filter.

Q.    Like that?

Oh, I did something wrong.  Hold on.

Did I do it wrong?

A.    Yeah, just drop down -- go to your filter.

Q.    Oh, go to the drop-down.

Okay.  Okay.  I've got to get the filter button back up.  Let's see this one.

Okay.  Oh, type it here (indicating)?

A.    Yes.

Q.    Thank you.

Oh, and then I can do it for this one too.

Okay.  Did I do that correctly?

A.    Yes.

Q.    And is that pulling -- tell me if I'm wrong -- 5,008 of 6,746 records of --

A.    Yes.

Q.    -- null all the way across?

MR. CROMWELL:  Object to form.

Q.    Why would that be the case?

A.    Scroll to the left, and you're going to see that some of these do not have diagnostic codes

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 145 of 229

based on the provider. So physical therapy, they don't diagnose. They're given an order or a referral to provide care.

The lab, we generally with lab and pharmacy don't have diagnostic codes associated with those either dispensed drugs, in some cases it is, but in most cases it's not, and for the lab draws, we typically do not get an ICD code for the lab work.

Q. What about this primary care medicine?

A. So if you scroll to keep that whole row highlighted --

Q. Mm-hmm.

A. -- we can look to see if, in fact, there's anything -- so there is one, and it's an ICD-9. So prior to introducing ICD-10s, the VA and nationally they used ICD-9 codes until an update was ...

Q. Mm-hmm.

I see. So then is it fair to say that the vast majority of this data pull if 5,008 of 6,746 records are null, the majority of those appear to be laboratory prescription records that would not be associated with an ICD-9 or 10 code.

MR. CROMWELL: Object to form and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 146 of 229

foundation.

You can answer.

A.     In my opinion, yes, but a pharmacist or a lab phlebotomist would be in a better position to answer that; but, yes, that's my understanding.

Q.     This one is null, and it's an X-ray and fluoroscopy.  Should that have an ICD-9 or 10?

MR. CROMWELL:  Object to form and foundation.

A.     My -- I am not 100 percent sure in terms of if an ICD-9, a diagnostic code is required to conduct an X-ray.  I'm not sure.

Q.     What's a PM & RS physician?

A.     Yeah, that's physical medicine and rehabilitation services.

Q.     Okay.  What about this line item that's highlighted that says, "Prosthetic and sensory aids services."

A.     That is essentially a prosthetic device that was offered to the veteran or person.

Q.     And it does not -- it's not typically associated with an ICD-9 or 10?

MR. CROMWELL:  Object to form and foundation.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 147 of 229

You can answer.

A.    I am not sure if it's required in that case.

Q.    All right.  So if we take -- let's clear all the filters.

Sorry.  I'm trying to clear it, but my Zoom is getting in the way.

We should theoretically be able to reproduce the summaries from Exhibit 5 using Exhibit 8; is that true?

A.    That is true.

Q.    Okay.  So if I went over here and let's do Mr. Fancher.  So I'm sorting by Fancher outpatient only.  Okay.  And then I'm going to go over to this column and filter by just the ICD-9 related to his kidney cancer which is C64.1.

Do you want to confirm that with your chart in your cover letter?

MR. CROMWELL:  Object to form.

A.    I do not have anything in front of me.

Q.    Okay.  Can I represent to you that -- well, actually I'll read them to you.  How about that?  It's -- for kidney cancer, ICD-10 is C64.1, 64.2, 64.9, C65.1, C65.2, C65.9, and then the ICD-9 codes

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 148 of 229

are 189.0 through 189.4 and 189.8 to 189.9.

So if I select just that in the primary space, then I make sure that -- and then I look into each one of these to make sure one of those diagnoses is not in these spots. Are you watching me?

A. I am.

Q. Okay. So I'm going through -- let the record reflect I'm going through all the secondary -- I'm going through the primary, and I'm going through all the secondary, which is columns O through X to confirm that --

A. So what you did --

Q. Hmm?

A. Excuse me, but what you did is you filtered on the primary.

Q. Mm-hmm.

A. You would have to release the filter on the primary and go through every single secondary and look for that same code.

Q. Okay. Is there a way to do that all at the same time?

A. No, not to my knowledge.

Q. Okay. So I might miss one doing it this

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 149 of 229

way?

A.   Yeah.

Q.   Okay.  Let's clear.

So on this one -- oh, I'd have to summarize it for each one.  I'd have to summarize the total for each one?

A.   You would.

Q.   So maybe it would be easier to keep the data just like this and highlight it.

Let me ask you this way:  Have you confirmed -- have you looked at this data to confirm that if you do the process that I'm doing right now, trying to make sure that all the primary and secondary for the plaintiffs equal the summary that's in Exhibit 5, have you or your team made sure that that was accurate?

A.   Yes.

MR. CROMWELL:  Object to form and foundation.

THE WITNESS:  Sorry, Michael.

MR. CROMWELL:  That's okay.

You may answer.

A.   Yes, we have.

Q.   Okay.  Is the data that you have pulled in

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 150 of 229

Exhibit 8, is it static in time or does it change over time based on when it is pulled?

A.    The data?

Q.    And when I say the data I mean -- I'm specifically talking about column J and K, like could these amounts change based on the date that the dataset is pulled?

A.    The data would be stagnant for 2005 through 2024. We're still processing Fiscal Year '25. There is data in here that's for three fiscal periods and Fiscal Year '25.

That is subject to change based on the allocation methodology and monthly processing.

Q.    But all data from -- it's your testimony that all data from 2005 to 2024 should be the same.

So if one of these numbers didn't add up for that period, that would not make sense to you?

A.    Correct.

MR. CROMWELL:  Whitney, just for the record, I'm trying to understand where the filters -- did you guys create the filters on the spreadsheet?

MS. WALLACE:  No.  Well -- no --

MR. CROMWELL:  Because I'm not familiar with them providing the filters or us producing them

in that manner.

MS. WALLACE: What do you mean?

MR. CROMWELL: The drop-downs, the arrows that you have for each of these.

MS. WALLACE: Oh, that's just an Excel feature.

MR. CROMWELL: Okay. Well, I --

MS. WALLACE: I didn't put it in any other form. It came exactly in this form. You can just add a drop-down.

MR. CROMWELL: You can add it, but I just want the record to reflect that wasn't how it was produced, and you've labeled it as 006 Bates number, and the actual Bates number doesn't have these filters. I understand it's a function of Excel.

MS. WALLACE: Exactly.

MR. CROMWELL: I understand that you're walking through as an example, but I just want the record to be clear, it wasn't something that they put on or we produced, so that's all.

MS. WALLACE: Yes. Yes. It's a function -- I'm using it as a function of Excel, but all the data is identical as to how it was produced.

MR. CROMWELL: Okay.

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　Document 870　Filed 05/12/26　Page 152 of 229

BY MS. WALLACE:

Q. Okay. So do you have -- has you and your team -- is there any other data source that you have where you've already done the analysis of -- that I was going to do earlier which is like going to the primary diagnoses code and just pulling the relevant fields, if that makes sense.

Do you have a different data that's doing that or did your team do it manually?

MR. CROMWELL: Object to form.

You can answer.

A. They used SQL language to produce the summary data.

Q. From this dataset or -- from this dataset?

A. Yeah.

Q. Okay.

A. So essentially a dataset is developed and within the SQL environment, the bottom part allows them to summarize data based on the query, based on what they want, and that's how they came up with the summarized data.

Q. And I don't have the SQL query that produced -- that took this Exhibit 8 and produced the summary in Exhibit 10?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 153 of 229

MR. CROMWELL:  Object to form.

Q.    Is that true?

MR. CROMWELL:  Sorry, Whitney.  That's my fault.

MS. WALLACE:  No, you're fine.

MR. CROMWELL:  Object to form and foundation.

You may answer.

A.    To my knowledge, you do not.

Q.    Okay.  I have now moved to a tab on Exhibit 8 that's titled "Inpatient."

Can you describe what this sheet is showing us compared to the outpatient sheet.

A.    Sure.  So, again, you've got the SSN number and patient name.  Then you have the location where the inpatient event took place; the encounter number that is associated with that particular inpatient stay or those inpatient stays; the discharge date, if one exists; and then the inpatient total cost for that length of stay.

Q.    Can the --

A.    Next --

Q.    Oh, I'm so sorry.

Where's the -- I see the discharge date.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 154 of 229

Where's the admission date?

A.    I don't believe that was provided.

Q.    So I'm not able to tell the full range of time that they were hospitalized from this chart?

A.    Correct.

Q.    Okay.  And is the same true for the inpatient sheet?  We don't have indirect quantified, but we could do the math by subtracting column F, which is "Inpatient Total Cost" and subtracting column G, "Inpatient Total Fixed Direct Cost" to get the inpatient indirect cost?

A.    Can you scroll over a little bit more, please.

Q.    Yes.

A.    So you have Inpatient Total Cost, Inpatient Total Fixed Direct Cost, and then you have the total, Inpatient Total, which should -- is there a column that's hidden?

Q.    Let's make absolutely sure there's not. One second.

A.    Yeah.  There you go.

Q.    Okay.

A.    I think it was just a spacing issue.

Q.    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 155 of 229

A.    So the total cost you would take column G and H, combine those, and then subtract from the total to get your indirect cost.

So column G, Inpatient Total Fixed Direct Cost.  What does that mean?  That means that it's a fixed cost.  It could be labor, a secretary on a ward.  It could be a piece of equipment.  It's a fixed cost.

Whereas, the Variable Direct Cost is typically labor and supplies, and that will vary depending on one, the treatment of the patient; and two, the length of stay.

Q.    Okay.  Tell me again.

A.    Sure.

Q.    Tell me one more time.  Give me a couple more examples because I just want to make sure I understand.

Inpatient total fix direct cost is what?

A.    Fixed direct is essentially direct cost. That could be equipment, so no matter how many patients you see, that equipment is direct; right? It has to -- even if that patient doesn't use it, it's still equipment on the floor.  That bed is still a piece of equipment on the floor available

Golkow Technologies,
877-370-3377                          A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 156 of 229

for use.

There's also a secretary or a health assistant that would check in patients that would meet their needs. That is a fixed cost, whereas, the nursing staff would be variable direct, and their time spent with the patient at a higher acuity would require more time, and, therefore, a higher cost.

Q. Okay. And now are these costs then specific again to the VA facility where the care is occurring? Like how many secretaries there are or how much equipment is there?

A. Yes.

Q. So the cost to a veteran can depend for fixed direct on which VA facility he goes to, like, for example, if he goes to my Rowan County VA Salisbury facility, which is an expansive, very large, beautiful facility, with a lot of equipment and secretaries, it could be a higher cost than if he had went to a smaller VA facility in a different town?

MR. CROMWELL: Object to form and foundation.

You can answer.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 157 of 229

A.    Thank you.

Potentially.  That larger facility may be more efficient.  They may have a full host of patients in every single bed; whereas, that smaller facility might have two patients in the bed but have a full staffing.

Q.    Yes.  So, again, it's dependent upon not necessarily the quality of care.  It's more dependent on the facility that he goes to for those cost estimations?

A.    Yes.

Q.    Okay.  And I'm understanding you that the variable direct cost, is that more akin to what we were talking about earlier where when I did the very, very busy month in oncology example, and they had to bring in extra staff, like that's where that would come in?

A.    The majority of the variable direct cost on an inpatient would be the nurses that staff the units, but there's also supply costs that are associated with treating those inpatients.

Q.    Supplies for that department during that month?

A.    Yes, in this case, the department equals a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 158 of 229

ward location.

Q. And so if it was a busy month in that ward, regardless of how much care the plaintiff got, it would be -- it could be a higher cost estimate here?

A. Or vice versa.

Q. Or vice versa?

A. If they were in an ICU bed, it's going to be expensive.

Q. Understood.

So these costs estimations, again, vary according to the formulas that we've discussed previously, which vary by hospital and vary by month?

MR. CROMWELL: Object to form.

You can answer.

A. Yes.

Q. And maybe you and I both correct ourselves. It looks like column I shows "Treating Specialty Start Date"?

A. Yeah.

Q. Is that the admission date or is that a different date?

A. It's a different date.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 159 of 229

Q.    Okay.

A.    So the treating specialty date because we based this on the discharge diagnosis, it is related to -- so if you had a patient that was in a nursing home care unit, and then got transferred to the ICU for their Parkinson's disease, that treating specialty date would represent that transfer to an acute care unit for Parkinson's.  We did not include the 500 days that they were in a nursing home care bed, just as it related to the Parkinson's treatment for that patient, and that's an example that is only an example, not related to a specific patient, but as an example.

Q.    On the fixed direct cost, does your formula include any type of equipment depreciation?

A.    It does.

Q.    And that's contained within that manual that we discussed earlier that was not produced?

MR. CROMWELL:  Object to form.

A.    The allocation methodology and the depreciated costs would be available in our technical guides.

Q.    Okay.  So you're saying to the best of your knowledge, the Treating Specialty Start Date,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 160 of 229

which is in column I and the Discharge Date in column E are intended to be limited to the ICD-9 and 10 codes that are either in the primary or secondary positions?

A. Yes.

To the right, you do see the Bed Days of Care.

Q. Do we see CPT codes?

A. No.

Q. Can you say -- I'm sorry. I couldn't hear you.

A. No, you do not. No.

Q. Do we see CPT descriptors?

A. No.

Q. Could your staff or you have pulled those items into this summary, if you'd been asked to do so?

MR. CROMWELL: Object to form.

A. For the inpatient setting, I'm not entirely sure. All inpatient records are coded by the coding team. I believe that they code specific clinical events, but not a daily charge, if you will, or a daily CPT code. So that is nothing we cost by, and I'm not familiar with that process.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 161 of 229

Q.    Okay.  Do you have any confidence looking at the raw data when you see the ICD-9 or 10 codes in the secondary positions, without further analysis, do you have any confidence that those visits are related to those codes?

MR. CROMWELL:  Object to form and foundation.

You may answer.

A.    Same answer as before in that that would be a clinician that would have to answer that.

Q.    And a clinician would have to most likely look at the medical records or have knowledge of the patient?

MR. CROMWELL:  Object to form and foundation.

Q.    If you know.

A.    That would be my opinion, yes.

Q.    Okay.  I wanted to -- all right.  Now, and you testified earlier you are familiar with coding, but I imagine you don't have the codes memorized; is that true?

MR. CROMWELL:  Object to form.

A.    So familiar with the coding as it relates to the request.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 162 of 229

Q.   Yes.  Like out in -- let me be more specific.  You've used ICD-9 and 10 codes in the past?

A.   Yes.

Q.   But not -- not enough to have them memorized because there are a large number of ICD-9 and 10 codes --

A.   Correct.

Q.   -- is that true?

A.   That is true.

Q.   Okay.  I wanted to pull up for your review Mr. Fancher one more time, and I'm going to sort his outpatient visits by his kidney cancer diagnosis.

Do you see that?

A.   Yes.

Q.   I have two visits that I've identified where the ICD-9 -- I'm sorry.  This is definitely an ICD-10 code.  C64.1 is in the primary source position.

Do you have -- what would be your -- so I'm going to look at the dates of that visit.

And it's -- there's two dates.  One is 10/2/2017 and the other is 7/26/2024.

Do you see those dates, date of visit: 10/2/2017 and 7/26/2024?

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 163 of 229

A.    Yes.

Q.    So looking at this data where the C64.1 is in the primary spot, and it does have a stop code description of urology clinic and primary care medicine, primary care corresponding to the 7/26/2024 visit, are you able to tell me with any certainty that the primary diagnosis -- that he was seen for his kidney cancer diagnosis on the 7/26/2024 or the 10/2/2017 date?

MR. CROMWELL:  I'm going to object to form.  Foundation.

You may answer.

A.    Based on the coding rules that we had documented in the summary, it indicates that that primary diagnosis is what the patient was seen for.

Q.    And my understanding from your testimony earlier is that if by the end of the visit -- you used the discharge primary codes in order to pull this data; right?  So if by the end of the visit, they confirmed that it was not a kidney cancer related, then that code should not have been used?

A.    So that was for --

MR. CROMWELL:  Object to form.  Foundation. Misstates prior testimony.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 164 of 229

You may answer.

A.    Okay.  Thank you.

That's for inpatient only where the discharge diagnosis is used, not for outpatient.

Q.    Okay.  Based on your understanding of the coding rules, this diagnosis in column N, if by the end of the visit, he did not have a kidney cancer, they weren't treating him for kidney cancer, it should not reflect that in the primary diagnosis spot; is that true?

MR. CROMWELL:  Object to form.

A.    I'm not a coding expert.  That would be my opinion, yes.

Q.    And so your opinion would be that if the coding was done properly, it should have been kidney cancer was the primary reason for that visit?

A.    Yes.

MR. CROMWELL:  Object to form.  Foundation.

You may answer.

A.    Yes.

Q.    Now I want to show you an exhibit that I'm going to put in the chat.

I'm adding it to the chat, an exhibit with a Bates Stamp No. 00275_Fancher_7238, and I'm going

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 165 of 229

to open it on the screen for you.

(Document referenced but not marked.)

(Attorney Wallace shared her screen.)

Q. Okay. Do you see this date, July 26, 2024?

A. Yes.

Q. And is that one of the dates that we were just looking at for Mr. Fancher?

A. I don't remember.

Q. Okay. 7/26/2024, is that the same date that was on this document --

A. I think you meant to --

Q. -- on the top there?

MR. CROMWELL: Object to form. Foundation.

A. I think you meant to share, but you didn't, but I believe you if that's what was on there.

Q. Okay. Okay. I'll represent to you that that was one of the two dates. It was the same date.

A. Okay.

Q. Okay. And it looks like this was entered, it looks like there was a date/time ordered July 26, new order entered by Katherine Storms.

I want to -- and it looks like he's -- in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 166 of 229

this visit, I'll represent to you that he's seeking --
he's having to use the Community Care Network in
order to get an abdomen and pelvis with contrast
scan performed that was ordered on that date of the
visit that you just had: 7/26/2024.

And I'm going to scroll down to "Pertinent
Patient History."

(Scrolling.)

Q.   Do you see that there?

A.   Yes.

Q.   It says, "Left flank pain radiating
abdomen, history of kidney cancer."

Do you see that?

A.   Yes.

Q.   And above it, it says, "Required ICD-10
diagnosis code: Other: C64.1 left flank pain,
history of kidney cancer."

Do you have enough knowledge of coding to
know that typically a history of kidney cancer has a
Z in front of an ICD-9 or 10 code?

MR. CROMWELL:  Object to form.  Foundation.

A.   I do not have enough knowledge of that.

Q.   Okay.  Do you know what C64.1 is intended
to represent as it relates to kidney cancer?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 167 of 229

MR. CROMWELL: Same objection.

A. I do not.

Q. Does it appear to you from this visit that he's treating primarily related to his kidney cancer if it's left flank pain radiating abdomen as the pertinent patient history?

MR. CROMWELL: Object to form. Foundation.

A. What you're showing me is a consult for community care. So that provider, I assume, the visit on that date was maybe the primary care provider who was doing a consult to the community for this scan.

Q. If I were to tell you that Mr. Fancher had kidney cancer in 1997, and had a nephrectomy, and he's not been treated for recurrence or active kidney cancer since that time, would you agree with me that this visit is not coded correctly if C64.1 is an active kidney cancer diagnostic code?

MR. CROMWELL: Object to foundation and form.

You can answer.

A. I have no knowledge of that at all. It's way out of my scope unfortunately, yeah.

Q. Would you agree with me that -- I think

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 168 of 229

you testified earlier that the primary diagnoses were not evaluated by you and your team prior to being pulled in the datasets?

MR. CROMWELL: Object to form.

A. We did not evaluate them in terms of was the coding accurate and correct. We did not. That's not our role. We pulled the data based on what's in the CDW, the authoritative data source for the VHA.

Q. Would you agree with me that there is possibility for errors in both the primary diagnoses and secondary diagnoses as it comes from numerous providers across the country?

MR. CROMWELL: Object to form. Foundation.

You can answer.

A. In my opinion, I think human error creeps into our daily lives.

Q. I agree with you.

Thank you.

A. Yeah.

Q. I am going to pull in the chat what's been previously marked as Exhibit 9, and it is Bates stamped numbered CLJA_VHA_7.XLSX, and I'm also going to pull it onto the screen for you to review.

A. Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 169 of 229

(Document was premarked Exhibit No. 9 for identification.)

(Attorney Wallace shared her screen.)

Q.    Do you recognize this?

A.    Yes.

Q.    What is this?

A.    This appears to be the same dataset that you -- we reviewed earlier.

Q.    With one exception, I believe, and let's see if you agree with me.  It has an extra tab.

A.    With the detail data to the right?

Q.    Yes.  It has an extra tab that I believe quantifies all care regardless of the ICD-9 or 10 codes previously.

A.    Sure.  So the bottom left, hit that arrow.

Q.    This one (indicating)?

A.    Way on the left.

Q.    Oh, here (indicating)?

A.    Yes.

Are you able to hit that a couple times and get over?

Q.    Ooh.  I think I'm all the way over in column A.

A.    All right.  Let's look at the third tab as

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 170 of 229

presented.

Q. Oh, the third tab. No problem. Let's close this out. The third tab here (indicating)?

A. Now the next tab.

Q. Okay.

A. I think this is what you're talking about in terms of all the data.

Q. Well, actually I think --

A. Oh, no. No.

Q. Right. I think it's the first tab that has the total summary, I believe. It says, Cost Fiscal Year '05 through Fiscal Year '25 --

A. Okay.

Q. -- FP3 December - All Care.

A. Let's click on that.

Okay.

Q. Did you prepare this document?

A. My team did, yes.

Q. Have you reviewed it before today?

A. I have.

Q. Did you review this tab before today, the one with all care?

A. I have.

Q. Your team summarized the all care data,

but I understand -- do I understand correctly you don't have any opinion as to -- let's see. You don't have any opinion as to these costs being relevant to the ICD-9 or 10 codes that were provided to you?

MR. CROMWELL: Object to form.

A. Yeah, I don't remember that being my answer. So it's all in. It's an all-in view, and most of the cost here does not reflect the ICD-10s and 9s that we were provided.

Q. Understood. That's the question I was trying to ask you.

A. Okay.

Q. But this column, the sum, should that be an exact replica of the Exhibit 5 we looked at earlier?

A. I believe so.

Q. Okay. And I think you testified earlier it was not your job to form an opinion as to which, if any, of these cost assessments are relevant to the plaintiffs' track 1 conditions?

MR. CROMWELL: Object to form.

A. Correct.

MS. WALLACE: Okay. I have been going

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 172 of 229

another hour. Do you guys want to take a five or 10-minute break?

THE WITNESS: Yes.

MR. CROMWELL: That works.

MS. WALLACE: All right. I'll see you shortly.

THE VIDEOGRAPHER: All right. We're going off the record. The time is 2:32 p.m.

(Short break taken.)

THE VIDEOGRAPHER: We are now back on the record. The time is 2:46 p.m.

BY MS. WALLACE:

Q. Mr. Clarke, we're getting close to the end, and I want to just appreciate your patience with me today especially as we've talked about a lot of coding and data systems. So thanks for bearing with me.

A. Okay.

Q. I wanted to ask you, were you asked to estimate future medical costs for any of the plaintiffs whose socials you were given?

A. No.

Q. Can managerial accounting be used to develop future medical costs?

A. No. It has not been used in that capacity

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 173 of 229

before.

Q. For your purposes, the cost estimations can only be done retroactively; is that true?

MR. CROMWELL: Object to form.

You can answer.

A. Yes, that is true.

Q. And I know we talked briefly about Community Care Network earlier. Do you know whether -- does Community Care Network use general accounting principles to come up with cost estimates that the VA pays?

MR. CROMWELL: Object to form and foundation.

You can answer.

A. Okay. They do not. So we are the managerial cost accounting system of record for the VA.

Q. In what circumstances, if you know, would Medicare rates be used related to VHA?

MR. CROMWELL: Object to form and foundation.

A. Yeah, my -- very limited knowledge of that. Office of Revenue may use those rates, but I'm not 100 percent sure.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 174 of 229

Q. But if you were asked in your department -- you've been asked to estimate future -- past medical costs for these plaintiffs; true?

A. Apologies. Could you repeat that.

Q. You've -- you were asked to estimate past medical costs for these plaintiffs; is that true?

MR. CROMWELL: Object to form. Misstates prior testimony.

You can answer.

A. Sure. Yeah, so we were asked to provide the managerial cost accounting cost for prior treatment to February -- or December of 2025 for those 25 patients.

Q. And if the DOJ were going to ask an entity of the VA to estimate future medical costs, do you know which department they would rely on for that?

MR. CROMWELL: Object to form.

A. I'm not 100 percent sure.

Q. You've never seen that done in your department?

A. Correct. Never done in my department.

Q. And the only time -- is it true that the only time you're aware of Medicare rates being relied upon would be more in a Community Care

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 175 of 229

Network setting?

MR. CROMWELL: Object to form. Foundation.

You may answer.

A.    Okay.  Totally out of my scope.  I'm not sure.  I'm not sure how that billing works.

Q.    And with regard to the Exhibit 5, the summary data that we looked at earlier, I wanted to confirm it's your testimony that you do not have an opinion on which one of those buckets of costs are appropriate for offset purposes?

MR. CROMWELL: Object to form. Foundation.

A.    Correct.

MR. CROMWELL: You can answer.

A.    Okay.  Yeah, I don't have an opinion.  Yep.

Q.    Okay.  And that wasn't the purpose of why you pulled that data to give an opinion in that regard?

A.    Correct.  It was not the intent but to offer full scope of the costs.

Q.    All right.  Mr. Clarke, I don't think I have any further questions for you, and I greatly appreciate your time today.

A.    Okay.  Nice speaking with you.

MS. WALLACE:  Nice speaking with you.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 176 of 229

MR. CROMWELL: Mr. Clarke, I don't have any questions either.

Thank you very much. I appreciate your time and efforts with this. So I think that's it.

THE WITNESS: Okay.

THE VIDEOGRAPHER: That's the end of today's deposition. The time is 2:50 p.m. We're going off the record.

THE STENOGRAPHER: And, Counsel, could I just have you state your transcript orders.

What would you like, Ms. Wallace?

THE WITNESS: Okay for me to leave?

THE STENOGRAPHER: Yes, thank you, Mr. Clarke.

MR. CROMWELL: You're good to leave.

THE STENOGRAPHER: So, Ms. Wallace, what do you need for a transcript?

MS. WALLACE: Michael, what have we been ordering?

MR. CROMWELL: We have a standing order. I don't think we've been doing a rush or roughs or anything like that. You guys might have a different, because Jenna alluded to that last week.

MS. BUTLER: We have a standing order as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 870     Filed 05/12/26     Page 177 of 229

well, and it does not include roughs.

THE STENOGRAPHER: Okay. I don't have anything about a standing order, so who should I have them contact if they need that.

MS. BUTLER: I mean Golkow definitely has -- were you coordinated through Golkow through Veritext?

THE STENOGRAPHER: I was, but I have not seen any standing orders.

If you have something, that's fine, but if not who should they contact, you, Ms. Butler?

MS. BUTLER: They can contact me, but.

THE STENOGRAPHER: Okay.

MS. BUTLER: Yeah, that's fine if they have any questions. Yep.

THE STENOGRAPHER: Okay. Thank you.

And then, Mr. Cromwell, did you say you had a standing order as well?

MR. CROMWELL: We do. Golkow should have it, but, again, they can reach out to me if need be.

THE STENOGRAPHER: Very good. I will tell them you have the standing orders then.

(Deposition concluded at 2:57 p.m.)

CERTIFICATE OF REPORTER

I, Julie Thomson Riley, RDR, CRR, do certify that the deposition of Daniel Clarke, in the matter Camp Lejeune Water Litigation, on September 3, 2025, was stenographically recorded by me; that the witness provided satisfactory evidence of identification, as prescribed by Executive Order 455 (03-13), issued by the Governor of the Commonwealth of Massachusetts, before being sworn by me, a Notary Public in and for the Commonwealth of Massachusetts; that the transcript produced by me is a true and accurate record of the proceedings to the best of my ability; that I am neither counsel for, related to, nor employed by any of the parties to the above action; and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

September 8, 2025

*Julie Riley*

Julie Thomson Riley, RDR, CRR

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 179 of 229

WITNESS:     Daniel Clarke

DATE:        September 3, 2025

CASE:        In Re:  Camp Lejeune Water Litigation

DISTRIBUTION TO COUNSEL  The original signature page/errata sheet was sent to Michael W. Cromwell, to obtain signature from the deponent.  When signed, please send original to Whitney Wallace, Esquire.

WITNESS INSTRUCTIONS  After reading the transcript of your deposition, please note any change or correction and the reason for it on the errata sheet.  DO NOT make any notations on the transcript itself.  Use additional sheets if necessary.

SIGN AND DATE THE ERRATA SHEET before a notary public and return it, along with the transcript, to your counsel.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 180 of 229

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

IN RE:                                      )
Camp Lejeune Water Litigation              )
                                           )
This Document Relates To:                  )
All Cases                                  )

        I, Daniel Clarke, do hereby certify, under the pains and penalties of perjury, that the foregoing testimony is true and accurate, to the best of my knowledge and belief, with the addition of the following changes/corrections:

Page   Line    Change/Correction
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____
_____|_____|_____

WITNESS MY HAND, this    day of           , 2025.


                              _____
                              Daniel Clarke


cc:  Whitney Wallace, Esquire, et al.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 181 of 229

**&**

**&** 2:3 117:23 146:13

**0**

**0000000001** 6:16
**0000000002** 6:7
**0000000005** 6:8
**0000000006** 6:18
**0000000007....** 7:4
**0000000008** 6:11
**0000007238** 6:21
**0000007241** 6:22
**00002** 81:3
**00275** 6:21,22 164:24
**006** 151:13
**03-13** 178:7
**05** 170:12

**1**

**1** 5:13 18:8,9,20 19:2 30:3,5,10 124:15 129:6 130:2 131:2 171:21
**1,193** 27:6 35:20
**1,380** 27:5
**10** 5:4 42:11 47:13 58:3 60:5 62:15 63:3,8,12 63:16,23 71:2 71:14 72:18 74:6 83:21 91:1 91:18,21 126:14 128:23 133:22 134:3 145:23 146:7 146:22 147:23 152:24 160:3 161:2 162:2,7 162:18 166:15 166:20 169:13 171:4 172:2
**10/2/2017** 162:22,24 163:9
**100** 77:23 146:10 173:24 174:18
**108** 112:21
**109** 6:11
**10:40** 54:14
**10:55** 54:18
**10s** 134:6 143:3 145:16 171:9
**11** 6:9 109:4,5
**1100** 3:17
**117** 6:12
**11:59** 98:13
**120** 6:14
**124** 6:16
**127** 2:15
**12:12** 98:16
**137** 6:18
**14** 56:2 57:2
**144** 9:22
**1444s95** 1:23 9:7
**15** 47:13 122:22
**165** 6:22
**169** 7:4
**170** 26:6,9,10 26:15,20 27:6 27:11,13 35:13 35:18 41:18 44:24 45:6,10 53:13,24 61:15 61:17 77:6 93:9
**18** 5:14 6:6 56:22 57:1
**189.0** 148:1
**189.4** 148:1
**189.8** 148:1
**189.9.** 148:1
**1995** 24:18
**1997** 167:14
**1:00** 130:4,12
**1:34** 130:16,19
**1st** 129:17

**2**

**2** 5:15 19:19 21:17,18 49:13 62:10 64:8
**20** 31:19
**2000** 24:24
**20005** 3:18
**2003** 25:13
**2004** 129:18
**2005** 20:13 25:18 60:5,13 60:16,23 61:11 61:16,23 107:13 129:7 129:17 150:8 150:15
**2006** 25:13,21
**2010** 25:21 30:3
**2018** 30:3,20
**202** 3:9,19,20
**2020** 129:18
**2021** 30:21
**2022** 118:6
**2024** 129:11 130:1,2,2 150:9 150:15 165:4
**2025** 1:14 6:6 8:9 20:13 60:6 93:24 95:12 107:14 132:5 174:12 178:4 178:20 179:2 180:21
**2026** 129:13
**21** 5:17,23
**215-4007** 2:18
**22** 56:23 57:2,4 64:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 182 of 229

**23** 6:4 132:5
**25** 6:13 13:21 20:7 58:1 62:4 64:10,15 74:20 105:22 120:12 120:14 150:9 150:11 170:12 174:13
**252** 2:18
**26** 165:4,22
**2671** 118:21
**27** 6:12 117:12 117:13
**27598** 178:20
**27601** 3:8
**28** 56:2 118:21
**28144** 2:6
**28406-7068** 2:16
**2:32** 172:8
**2:46** 172:11
**2:50** 176:7
**2:57** 177:24

**3**

**3** 1:14 5:18 8:9 10:8 21:17,19 178:4 179:2
**30** 11:4 24:17
**304** 112:22
**305-5981** 3:9
**31** 130:2
**310** 3:7
**31st** 130:3 139:1

**4**

**4** 6:3 22:24 23:3 30:1
**436-6895** 3:20
**455** 178:7
**48** 6:8

**5**

**5** 6:15 19:19 49:4,9 54:8 124:9,10 129:5 131:1,12 132:11,22 133:7 136:13 136:18 137:22 147:9 149:15 171:15 175:6
**5,008** 144:18 145:20
**500** 159:9
**525** 2:5

**6**

**6** 6:5 19:20 47:23 48:1 54:22 64:7 105:6 118:6
**6,000s** 138:7
**6,700** 138:9,10
**6,746** 144:18 145:20
**633-5244** 2:7
**64.2** 147:23
**64.9** 147:24

**7**

**7** 78:9,10
**7.xlsx** 168:22
**7/26/2024** 162:22,24 163:6,9 165:9 166:5
**70** 35:3
**704** 2:7
**7238** 164:24
**794-4829** 2:17
**7:23** 1:2 8:13
**7th** 78:13

**8**

**8** 6:17 19:2 109:9 137:7,8,9 147:10 150:1 152:23 153:11 178:20
**880-6104** 3:19
**897** 1:2 8:13

**9**

**9** 7:3 42:10 58:3 60:4 62:15 63:3 63:8,11,16,23 71:2,14 72:18 74:6 77:9 83:21 91:1,21 126:14 128:14,23 133:21 134:3,5 145:15,17,23 146:7,11,22 147:15,24 160:2 161:2 162:2,6,17 166:20 168:21 169:1,13 171:4
**9.1** 27:8,15,15
**9/19/1963** 10:23
**910** 2:17
**9:33** 1:15 8:3 8:10
**9s** 73:24 143:3 171:10

**a**

**a.m.** 1:15 8:3 8:10 54:14 98:13
**abdomen** 166:3 166:12 167:5
**ability** 178:12
**able** 15:22 24:20 43:15 72:9 89:23 101:4,5,9 133:3 133:5 140:2,4 140:10 142:9 142:10 143:13 147:8 154:3 163:6 169:20
**above** 25:11 69:6,15 143:19 166:15 178:14
**absolutely** 154:19
**access** 82:11,15 82:16 87:5

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 183 of 229

88:12 91:8,12
100:2,14
103:10 119:11
140:9 142:3,22
143:5
**accessed** 89:8
**accompany**
131:4
**accountant**
73:22
**accounting**
6:10,14 11:7
16:18 20:15
22:15 24:5 25:7
25:9,15,16 26:7
30:15,20 31:15
31:23 32:24
34:2,10 36:12
38:3 41:16
51:13 52:12,17
53:18 55:5,9
56:13,15 57:10
59:19 60:22
74:14 78:16
79:11 82:12
84:5,22,23 85:2
86:19,23 87:12
112:12 113:2
114:3,13,19,21
115:4,6 121:8
121:23 126:10
134:17 140:20
140:21 172:22
173:10,16

174:11
**accuracy** 36:13
78:18,24 79:20
**accurate** 79:3
80:19 136:10
149:16 168:6
178:11 180:7
**ace** 2:20
**acfo** 11:6 16:19
**acknowledge**
9:11
**acronym** 28:14
29:5 35:23 56:3
**act** 3:5 12:9,23
12:24 62:5,22
63:6 116:16
117:1,10
118:20,21
119:2
**acting** 11:6
31:14,17 32:4
33:23 51:18
**action** 178:14
178:18
**active** 57:1
60:21 167:15
167:18
**activities**
101:24
**activity** 37:4
58:24 114:13
114:19 115:3,5
122:1 140:21

**acts** 118:22
**actual** 38:12
48:17 81:22
94:14 151:14
**actually** 49:16
56:14 75:13
81:14,21 82:21
83:12 93:20
104:10 143:14
147:22 170:8
**acuity** 156:6
**acute** 159:8
**add** 150:16
151:10,11
**added** 105:22
**adding** 164:23
**addition** 53:23
119:6 180:8
**additional** 65:3
70:17,19 91:12
91:14 92:4 95:7
127:14 136:23
179:14
**address** 118:8
**administering**
9:12 12:24
**administration**
4:3 11:1,3 33:3
46:19 55:11,12
55:14 96:2
101:11
**administrative**
25:12 44:23

**admission**
65:22 66:16
67:17,19 85:18
113:21 154:1
158:22
**admitted** 66:14
**advising** 51:15
**affairs** 4:2
117:20
**affect** 66:5
**affiliated** 25:14
**affirm** 134:22
**afternoon**
130:15
**agencies** 55:9
55:16 119:1
**agency** 15:18
55:3,17 80:18
110:9 118:13
118:15 121:12
**agent** 62:20
**ago** 23:12 26:12
**agree** 10:12
52:1 73:12
78:15 87:14,21
88:5 90:5,8
103:14 122:24
123:8,11,21
124:3 132:24
140:23 167:16
167:24 168:9
168:17 169:10
**agreement** 71:1
72:1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 184 of 229

**ahead** 58:12 80:1 113:8

**aids** 146:17

**akin** 157:13

**al** 180:24

**algorithm** 108:11

**align** 114:14,15 114:17

**aligned** 63:14 139:6

**allan** 136:9

**alleged** 22:4 134:9

**alleges** 22:5

**allocate** 53:2

**allocated** 38:21 39:13 40:7 41:2 45:18 56:10,17

**allocates** 53:9

**allocation** 34:20 39:12 40:6 44:19 53:21,23 96:4 96:12 101:15 122:1 140:11 150:13 159:20

**allocations** 34:3 34:12,23 39:6 45:23 75:12,17

**allows** 86:19 96:2 118:21 152:18

**alluded** 176:23

**alluding** 107:1

**america** 8:13

**amount** 22:4 41:1 92:24 97:13 115:16 139:23 142:13

**amounts** 150:6

**amsler** 136:8

**analysis** 55:2 59:14 72:15 73:13 96:14 152:4 161:4

**analyst** 16:24 17:3,4 25:1

**analytics** 51:8

**analyzed** 112:15

**ancillary** 26:21

**anderson** 118:7

**announcement** 130:10

**answer** 12:7 13:4 14:10,14 14:21 15:20 16:5 19:8 21:3 21:11,24 22:10 22:21 33:6,13 34:6,17 35:1 36:9 37:14 39:10 40:4 42:3 42:14,19 43:14 44:21 45:17 49:21 50:17

52:8,14 53:7,16 55:22 57:12 58:18 59:11 60:1 61:3,13 63:20 64:2,3,23 67:13 68:4 69:4 69:20 70:23 71:10,11,12 72:3,9,20 73:5 73:11,18,19,20 73:23 74:8,10 75:2 76:1,16 77:5 78:21 79:5 80:14,22 81:18 82:3 83:11 86:17 88:10,22 88:23 89:6,7,14 89:19,21,21,23 90:2,13 91:4 92:3,17 93:5 94:12 95:17 96:1 101:21 103:1,13 105:1 106:8,11,15 110:2 111:4,24 112:18,19 114:5 115:24 116:4,10 120:1 120:8 121:17 123:24 125:11 127:24 131:7 132:17 134:8 141:4 146:2,5 147:1 149:22

152:11 153:8 156:24 158:16 161:8,9,10 163:12 164:1 164:19 167:21 168:14 171:8 173:5,14 174:9 175:3,13

**answered** 28:18 40:3 59:24 89:5 89:11 90:12 91:3,5 116:13 122:14

**answering** 131:17

**answers** 32:22

**antonucci** 3:15 8:20

**apologies** 91:17 131:9 174:4

**appear** 119:10 145:21 167:3

**appearances** 2:1 3:1 4:1

**appeared** 134:6

**appearing** 1:13

**appears** 169:7

**apply** 104:9 115:21

**appointment** 76:3 139:9

**appreciate** 172:14 175:22 176:3

Golkow Technologies,
A Veritext Division
877-370-3377                                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 185 of 229

**approach** 16:9 34:21
**approached** 49:19
**approaches** 99:23
**appropriate** 127:20 175:10
**appropriations** 81:23
**approximately** 24:18 25:18 27:15 60:16 131:23 138:7,9
**area** 35:16
**arrives** 76:3
**arrow** 169:15
**arrows** 151:3
**asked** 22:2 39:22 40:3 49:17 51:22 57:23,24 59:13 59:20,22,23 60:3 89:4,11 90:12 91:3 110:7 122:14 131:20,24 136:17,23 138:11 160:16 172:18 174:1,2 174:5,10
**asking** 58:21 89:18

**assert** 118:10
**assessment** 35:11 99:2 114:3
**assessments** 44:9 81:23 171:20
**assigned** 39:13 93:1 95:14 96:11 99:15 120:9
**assignment** 39:11 40:6 44:10 59:6 88:4 94:18,21 96:5 97:2,4 113:10
**assignments** 40:12,19,23 44:12 59:15 60:15 75:18 86:8
**assist** 64:9 74:19,19 75:3
**assistant** 3:6,15 3:16 156:3
**assists** 74:23 75:5
**associate** 11:7 31:14 51:11
**associated** 26:22 36:22 58:4 85:23 104:6 115:8 119:22 134:4

145:5,23 146:22 153:17 157:21
**assume** 19:17 73:6 77:15 117:8 122:8 167:9
**attending** 68:20 69:12
**attention** 12:2
**attorney** 3:6,15 3:16 18:19 23:5 48:3 105:8 109:11 117:17 120:18 124:18 131:11 137:12 165:3 169:3 178:15
**attorneys** 9:10
**audit** 80:19
**auditing** 80:11
**auditor** 102:12
**audits** 43:17,20 43:22 44:1
**august** 25:21
**authoritative** 168:8
**available** 41:17 61:7 78:6 88:23 89:7 90:4,15 100:8,12,13 101:1 102:9 155:24 159:21

**avenue** 3:7
**average** 122:9
**award** 12:20 115:18
**aware** 13:11,14 13:23 20:23 21:6 43:20 55:18 59:17 71:19 78:2 81:19 100:24 102:6 106:12 116:20 119:18 119:23 120:3 121:7 128:7 132:18 174:23

**b**

**b** 3:16 5:11 6:1 7:1
**back** 28:23 29:3 30:1 39:24 54:9 54:17,22 73:2 82:23 88:1 89:16 92:7,11 98:15 105:6 130:18,22 144:10 172:10
**based** 26:23 35:7,19 36:1 37:17 39:6,13 40:6,14,23 41:19,21 44:19 45:3,8,13 46:3 46:8 57:9 58:24 61:18 66:15

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 186 of 229

67:15 76:2,17 79:16 82:18 85:12,22 87:2 87:23 96:10 97:13,17 102:3 103:9 106:13 107:2 111:17 114:13,19 115:3,5 122:1,8 122:15 129:15 134:9,18 137:23 140:5 140:21,24 141:6,18 145:1 150:2,6,12 152:19,19 159:3 163:13 164:5 168:7

**basis** 35:12 42:16 78:5,6 92:18 101:2 102:2 129:12

**bates** 6:6,11,15 6:17,20 7:3 19:1,5,11 49:12 64:8 109:8 124:14 129:6 131:1 151:13 151:14 164:24 168:21

**bear** 18:13 49:6

**bearing** 172:16

**bears** 124:14

**beautiful** 156:18

**bed** 113:22,23 155:23 157:4,5 158:8 159:10 160:6

**began** 24:13,24

**beginning** 133:18

**behalf** 8:19 12:24 22:5

**belief** 180:8

**believe** 12:20 17:20 22:8 36:2 36:2 54:2 56:22 56:24 59:17 60:20 79:9 90:17 99:1 105:11 108:5 114:14 125:7 132:4 154:2 160:21 165:16 169:9,12 170:11 171:17

**belinda** 17:3 50:13 104:16 104:23 125:16

**ben** 8:24

**benefits** 55:11

**bern** 3:7

**bernard** 17:2 50:13 104:16 104:22 125:17

**best** 106:7,8 127:14 159:23 178:12 180:7

**better** 39:12 40:5 88:6 89:2 90:9,24 116:13 135:8 146:4

**beyond** 128:20

**bhcs** 26:1

**big** 63:5

**bill** 116:2,5,21 118:16 119:1

**billed** 141:13

**billing** 33:9 52:2,9 58:20 69:10 81:9,15 81:22 82:6,12 82:21 114:1,10 114:12 115:8 117:2,6,24 119:12,20,22 120:5 139:17 139:19 175:5

**bills** 34:4 116:8 118:10

**birth** 10:22

**bit** 35:14 75:15 138:2 154:12

**black** 103:5

**bladder** 58:7 63:14 96:24 133:20

**blood** 122:22

**board** 30:14

**bolded** 119:5

**boston** 24:13 46:4

**bottom** 23:14 23:16 64:7 120:20,21 152:18 169:15

**box** 103:5

**braintree** 11:16

**branch** 3:4

**break** 47:8,13 47:18 54:8,15 54:21 92:8 98:5 98:14,22 130:5 130:24 172:2,9

**brief** 47:8 54:21

**briefly** 173:7

**bring** 26:20 31:4 37:8 38:16 38:23 61:17 84:8 95:7 157:16

**brought** 16:17 26:24 88:1

**buckets** 175:9

**budget** 52:20 52:21 53:20,22 56:10,16,16 57:9,13,14,16

**budgeting** 52:23 53:1,13 53:17,19 54:1,5 56:14

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 187 of 229

**bundle** 123:6
**burn** 62:21
**business** 32:3
  77:24 80:8
  116:12
**busy** 94:16
  96:24 97:4
  157:15 158:2
**butler** 2:13
  8:24 176:24
  177:5,11,12,14
**button** 144:10

**c**

**c** 53:3
**c64.1** 147:23
  162:18 163:2
  166:16,23
  167:17
**c64.1.** 147:16
**c65.1** 147:24
**c65.2** 147:24
**c65.9** 147:24
**cagiano** 136:9
**calculated**
  45:13 102:13
**calendar**
  129:24 138:24
**call** 26:22 44:15
  84:7 95:21
**called** 34:20
  36:10 42:23
  44:13,15 52:3
  82:8 94:4 99:18
  123:4

**camp** 1:5 3:5
  8:12 12:5 13:12
  13:22 62:5
  116:24 118:1
  178:3 179:3
  180:3
**cancer** 58:5
  63:14,23 93:24
  94:7,23 96:24
  133:20,20
  147:16,23
  162:13 163:8
  163:20 164:7,8
  164:16 166:12
  166:17,19,24
  167:4,14,16,18
**cancers** 63:16
  94:5 95:11
**capacity** 172:24
**care** 24:14
  25:13 27:4,5,5
  27:7,8 35:7,7
  35:16,21 36:2
  38:20,21 39:3
  39:14 44:5,18
  46:4 59:7,15
  62:13 64:10
  65:23 67:9
  69:17,21 74:20
  74:24 75:6,7
  81:4,9,13,21
  82:13 85:23
  90:18 95:15
  97:2 104:6

  105:19 107:13
  109:20 110:5,8
  110:14,15,20
  110:22 111:19
  111:22 112:6,7
  113:20 114:8,8
  116:15 118:11
  119:1,3 122:3
  122:23 123:17
  126:22 127:2,6
  133:4 138:15
  140:22 141:6
  141:19,20
  145:3,10
  156:10 157:8
  158:3 159:5,8,9
  160:7 163:4,5
  166:2 167:9,10
  169:13 170:14
  170:22,24
  173:8,9 174:24
**career** 24:17
  32:23 56:2
**carolina** 1:1 2:6
  2:16 3:8 93:21
  93:22 180:1
**carter** 134:19
  135:10
**case** 13:15
  14:19 61:21
  78:13 80:16
  100:16 102:20
  105:7 135:23
  141:7 144:22

  147:3 157:24
  179:3
**cases** 1:6 79:6
  118:1,23
  138:17 145:6,7
  180:5
**catch** 75:3
**categories** 58:4
  60:4 67:8
**categorized**
  126:17 136:12
**caveat** 27:21
**cboc** 35:19,20
  36:1 37:12,17
  53:4 54:2
  138:18,19
**cbocs** 26:21,23
  30:10 45:11,19
  53:10,23
**cc** 180:24
**ccn** 81:6
**cdw** 23:22 24:7
  26:19 27:1,17
  41:5,7 78:6,23
  80:5 83:3,9,13
  83:14,24 84:13
  84:18 85:11
  86:20,22 87:7
  87:22 91:20
  106:22 126:1
  168:8
**cemetery** 55:12
**center** 26:6
  35:12 36:2,2,3

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 870  Filed 05/12/26  Page 188 of 229

92:19 141:20
**centers** 26:20
27:6,14 35:13
45:9 53:14,24
77:6
**central** 46:1
52:19 83:4
111:10
**certain** 125:8
**certainly** 16:22
43:19 142:4
**certainty** 163:7
**certificate**
178:1
**certified** 9:6
**certify** 178:2
180:6
**cetera** 61:20
87:4 93:17
133:20
**cfo** 11:7 16:16
16:16 30:10
31:14,17 32:4
33:23 51:18
56:10 57:2,7,16
**chair** 32:3
**chairs** 31:2
**change** 39:8
40:12,23
101:15 150:1,6
150:12 179:11
180:9
**changed** 25:15

**changes** 101:16
102:3,3,6 180:8
**charge** 16:6
31:15 160:22
**charged** 142:7
**charles** 2:14
**chart** 62:15
71:3 147:18
154:4
**chat** 17:24 18:2
18:4,8,14,15
22:24 47:22
48:16 109:2
124:8,13
164:22,23
168:20
**check** 156:3
**checked** 76:4,8
**checkup** 96:23
**chest** 122:22
**chief** 46:6
51:11,15 56:4
56:18 93:15
**chiefly** 65:21
67:18 70:8,12
**chris** 4:19 8:7
**chronology**
75:22
**chuck** 43:4
**chuck's** 43:6
**circumstances**
116:7,20 119:3
173:18

**civil** 3:4 15:1
**claim** 13:12
118:10,14,20
118:21
**claimant**
119:11
**claims** 33:3
34:4
**clarification**
22:19
**clarify** 58:15
68:19
**clarke** 1:12 5:3
5:17,22 6:3
8:14 9:15,16,19
10:3,17,21
14:14 17:1 18:1
18:7,20 23:6
29:12,13,21
47:7,24 48:5
54:21 92:9 98:5
98:17 112:18
130:21 141:4
172:13 175:20
176:1,14 178:3
179:1 180:6,23
**classify** 121:21
**clear** 10:11
38:1 49:12 80:7
129:4 137:5
138:3 143:23
147:4,6 149:3
151:19

**clearance** 82:19
**clearly** 135:6
**clee** 4:19 8:7
**click** 137:16
170:15
**client** 142:7
**clinic** 37:2
38:16 75:20
76:8 95:9
122:22 163:4
**clinical** 31:19
51:8 59:1 64:19
72:9 84:2 86:12
86:24 87:23
88:7,19 89:3
90:10 93:8
110:21 112:5
113:3 120:9
124:2 160:22
**clinician** 71:11
72:2,8 161:10
161:11
**clinicians** 37:5
**clinics** 26:23
35:19 97:14
**clja** 6:7,8,11,16
6:18 7:4 12:18
19:2,17,19
49:13 109:9
119:11 124:15
131:2 168:22
**close** 78:12
124:12 170:3
172:13

Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 189 of 229

**cmo** 10:8
**coast** 98:6
**coburn** 16:22
50:13 104:16
104:22 125:16
**code** 66:1,18
67:11,11 68:8
69:13 70:5
72:15,16,18
74:2 78:19 79:8
79:11,17 85:13
87:24 91:1
96:15,16
108:10 109:20
112:4,5,8,11,21
112:22 113:1
113:24 114:1
128:19,22,23
128:24 129:2,3
139:5 143:5,6
145:8,23
146:11 148:20
152:6 160:21
160:23 162:18
163:3,21
166:16,20
167:18
**coded** 68:1 69:8
71:6,22 72:8
160:20 167:17
**coder** 68:14
**coders** 68:8,19
**codes** 13:22
42:11,11 58:2,3

60:5 62:15 63:3
63:8,12,16,23
64:9,18,20 66:4
66:21 67:3
70:17,19 71:2
71:15 73:14
74:6,19 76:5,12
79:18 80:11
86:13,24 88:16
88:17 91:15,18
91:21 92:5
104:1 105:18
106:14 126:3
126:14,21,23
127:1,3,5,7
128:13,15
133:21,22
134:3 135:22
137:24 142:16
142:16 144:24
145:5,17
147:24 160:3,8
161:2,5,20
162:2,7 163:18
169:14 171:4
**coding** 42:1,7,8
42:10,17,21,22
43:16,17,21,24
65:3,8,16 66:10
66:24 68:16
69:8,10 70:21
75:20 76:9,10
76:18 78:1,3,18
79:1,3,21 80:19

86:11 91:23
112:23 160:21
161:19,23
163:13 164:6
164:12,15
166:18 168:6
172:15
**coexisting**
70:18 71:6,22
**coincidence**
27:11
**colleague** 56:1
**colleagues** 8:20
**collected** 23:22
**collective** 97:23
**column** 126:20
126:22,24
127:2,4,6
128:18,20
133:23 134:1
139:6,6,21,22
140:3 143:1
147:15 150:5
154:8,10,18
155:1,4 158:19
160:1,2 164:6
169:23 171:14
**columns** 127:11
127:14,15
139:10 140:5
148:11
**combination**
66:4 107:4

**combine** 155:2
**combined**
110:5 123:18
127:15
**come** 38:2,17
54:9 59:14
78:17 102:4
104:5 110:11
110:22 136:20
157:17 173:10
**comes** 24:6
41:20 57:10
84:9 168:11
**comfortable**
59:5
**coming** 54:24
94:22 96:18
**commences**
10:9
**commonwealth**
178:8,10
**communication**
10:12
**community**
26:23 36:1 45:8
81:4,9,13,21
82:13 113:15
114:14,15,18
115:5 166:2
167:9,11 173:8
173:9 174:24
**companies**
115:2

compared 86:5 153:13

compensation 119:21

complete 78:9 78:11

completed 78:13

complex 75:11

complexity 27:7 35:21

compliance 55:4

complicated 36:7

component 25:6

comprehensive 35:13,14

concluded 177:24

condition 65:20 66:5 67:18 68:13,18 70:6 70:12 71:6,22

conditions 64:11 70:18 74:21 75:6,8 171:21

conduct 146:12

conferencing 9:10

confidence 161:1,4

confirm 147:17 148:12 149:11 175:8

confirmed 149:11 163:20

connard 134:20 135:14

connected 87:3

connecticut 97:10

connection 28:17

conrad 135:13 135:13

consider 75:11

consolidated 27:24 56:24

consult 6:19 36:15 167:8,11

consulted 20:24 21:7,13 63:2

contact 177:4 177:11,12

contacted 49:23

contain 19:1

contained 159:17

contains 23:16 86:18

context 122:7 122:15

continue 32:16 32:18

continued 2:24 3:1,24 4:1 5:24 6:1,24 7:1

contractor 81:14

contrast 166:3

conventions 19:9 20:2 66:3

conversations 14:2 15:22

conversion 101:24

coordinate 31:4

coordinated 177:6

coordination 30:24 31:1

coordinator 30:4,19

corp 24:10

corporate 23:23 26:16 27:17 60:20 90:16 103:21 134:16

correct 23:17 27:12,12,21 33:4,7,18,20 36:16 43:23 44:2 45:7 46:22 51:10,23 52:23 57:3 58:16 61:24 62:7,15 70:12 72:12,13

75:9 79:13 98:1 104:20 105:4 126:14 129:1 134:12 136:7 136:14 140:1,7 140:13 141:13 141:14 142:11 142:14 143:9 150:18 154:5 158:18 162:8 168:6 171:23 174:21 175:12 175:18

correction 44:14 179:11 180:9

corrections 180:8

correctly 27:20 32:22 39:5 44:4 62:3 66:7 80:6 96:20 111:12 112:13 127:8 131:17 139:21 144:15 167:17 171:1

corresponding 163:5

cost 6:9,13 11:7 16:18 20:7,8,15 22:15 24:5 25:4 25:6,9,15,16 26:7 30:19 31:15,22 32:24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 191 of 229

34:2,3,9,12,18
34:19,19,23
35:3,11 36:11
39:6,11 40:5,12
40:19,23 41:16
44:7,9,12,18,24
45:1,5,12,23,24
46:3 51:13
52:12,17 53:1
53:17,18,18
55:5,9 56:15
57:10,13 58:23
59:4,4,4,6,15
59:15,19 60:12
60:15,16 61:5,9
73:22 74:14
75:12,17 79:8
79:10,15 81:23
81:23 84:4,21
84:23 85:2,23
86:6,8,19,22
87:12 88:4,4
92:12 94:17,18
94:21 95:14
96:5,6,15 97:1
97:3,15 99:2,8
102:18 103:4
104:6 105:18
105:19,23,24
105:24 106:20
107:13 109:19
109:20,23
110:4,5,6,13,14
110:15,16,22

111:6,7,14,18
111:18,22
112:10,11
113:2,10,17
114:2,7,8,13,19
114:22 115:3,6
119:2 120:5,9
121:8,21,23
122:1,2 123:18
123:19 126:10
126:20,22,24
127:2,4,7 129:6
134:17 139:11
139:12,22,23
140:4,11,13,15
140:16,19,20
140:20,21,22
140:23 141:8
141:12,15,17
153:20 154:9
154:10,11,15
154:16 155:1,3
155:5,6,8,9,18
155:19 156:4,8
156:14,19
157:10,13,18
158:4 159:14
160:24 170:11
171:9,20 173:2
173:10,16
174:11,11
**costed**  37:9
38:18 39:4 95:5
95:9 110:22

124:22
**costing**  58:24
79:7 105:14
122:10 141:10
**costs**  34:21 35:2
35:2,9 36:6
38:3,19 40:7,8
40:9 44:5 45:2
46:6,11,22
57:24 58:8,16
59:7,8 60:3
81:4 94:19
99:14 100:16
101:5,10 110:8
110:20,20
111:15,21
114:8 116:16
122:9,20
132:14 141:6,6
141:9,9,10
156:9 157:20
158:11 159:21
171:3 172:19
172:23 174:3,6
174:15 175:9
175:19
**council**  31:2
32:3
**counsel**  4:4
8:15 117:20
176:9 178:13
178:16 179:5
179:18

**country**  168:12
**county**  94:1,20
95:11 156:16
**couple**  155:15
169:20
**course**  55:13
111:16
**court**  1:1 9:3
29:16 35:24
39:21,24 72:23
73:2 89:12,16
99:21 102:21
180:1
**cover**  19:23
27:2 29:23
45:21 47:3,17
48:9 54:23 62:3
66:4 71:18
75:14 80:24
99:1 125:4,6
147:18
**covered**  90:19
**cprs**  83:19
**cpt**  42:11 76:12
78:19 86:13,13
88:16,17 91:15
96:15 142:16
143:1 160:8,13
160:23
**create**  37:9
118:14 150:21
**created**  52:2
61:17 92:14

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 192 of 229

| | | | |
|---|---|---|---|
| creates 118:9 | 80:13,21 81:17 | 146:23 147:19 | **d** |
| creating 119:4 | 82:2 83:10 | 149:18,21 | |
| creation 31:7 | 84:16 86:15 | 150:19,23 | d 5:1 |
| creeps 168:15 | 87:19 88:8,20 | 151:3,7,11,17 | daily 78:6 |
| criswell 96:23 | 89:4,18 90:1,11 | 151:24 152:10 | 160:22,23 |
| criteria 114:2 | 91:2,11 92:2,16 | 153:1,3,6 | 168:16 |
| cromwell 3:6 | 93:4 94:11 | 156:22 158:15 | daniel 1:12 5:3 |
| 8:18,18 12:6 | 95:16,24 98:11 | 159:19 160:18 | 5:16,22 6:3 |
| 13:2,4 14:9,11 | 100:21 101:7 | 161:6,14,22 | 8:14 9:14,19 |
| 14:13,20 15:19 | 101:18,20 | 163:10,23 | 10:21 178:3 |
| 16:4 17:9 19:6 | 102:15,24 | 164:11,18 | 179:1 180:6,23 |
| 19:22 21:2,10 | 103:6,12 | 165:13 166:21 | data 6:10 11:21 |
| 21:22 22:9 33:5 | 104:14 105:3 | 167:1,7,19 | 13:19,23 14:7 |
| 33:11 34:5,16 | 106:10,18 | 168:4,13 171:6 | 15:18,24 16:7,9 |
| 34:24 36:8 | 107:24 108:7 | 171:22 172:4 | 16:10,12 20:6 |
| 37:13 38:8 39:9 | 110:1 111:3,23 | 173:4,12,20 | 20:10,15 21:1 |
| 40:2,13 42:2,13 | 112:16 113:6,8 | 174:7,17 175:2 | 22:15 23:20,22 |
| 42:18 43:13 | 114:4,11,24 | 175:11,13 | 23:23,24 24:6 |
| 44:20 45:15 | 115:12,22 | 176:1,15,20 | 25:24 26:17,18 |
| 47:12,19 48:13 | 116:3,9 117:3 | 177:17,19 | 26:20,24 27:14 |
| 48:15,23 49:1 | 119:13,24 | 179:6 | 27:17,17 29:22 |
| 49:20 50:16 | 120:7,23 | crr 1:23 9:6 | 30:12 32:12,16 |
| 52:7,13 53:6,15 | 121:15 122:6 | 178:2,21 | 32:18 42:9 |
| 55:21 57:11 | 122:13 123:1,9 | csr 1:23 | 51:22 53:1 54:5 |
| 58:11,17 59:10 | 123:22 125:10 | current 10:24 | 56:12,15 57:10 |
| 59:23 61:2,12 | 126:15 127:22 | 11:5 31:12 | 57:13 60:20 |
| 63:18 64:1,22 | 128:6 130:8 | 86:20 | 61:4,16,18 62:6 |
| 67:12 68:3 69:1 | 131:6 132:15 | currently 11:15 | 67:5 71:16 |
| 69:3,19 70:22 | 133:1,8 134:7 | 31:13,14 | 72:11 73:23 |
| 71:8,24 72:19 | 134:23 140:12 | cursor 55:2 | 74:5,6,23 75:5 |
| 73:4,16 74:7 | 140:18 141:2 | cv 1:2 8:13 | 77:12 78:3,6,7 |
| 75:1,23 76:14 | 141:16,21 | 22:24 23:9 24:9 | 78:17,23 80:4 |
| 77:3 78:20 79:4 | 143:8 144:21 | 28:23 | 80:16 81:4,8 |
| 79:14,23 80:1 | 145:24 146:8 | | 82:6,9,12,14,17 |
| | | | 82:17,21 83:3,4 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 193 of 229

83:8,12,20,21
83:23 84:4,8,18
84:20 85:6,8,12
85:16,16 86:5,6
86:11,22 87:10
90:7,16,22,23
91:9,12,13,14
91:20 92:1,12
92:19 94:8,15
94:17 96:2,7
98:24 99:2,23
103:2,17,17,18
103:21 104:24
105:10,12,21
106:2,6,20
107:15,17
108:11,12,12
108:16,20
109:15 112:9
113:17,20
114:12 115:7
120:4 121:8
122:9 123:12
123:18 124:6
124:22 125:9
125:15,19,20
125:20,23
126:4,5,9,17
127:10,14,17
127:18 128:4,8
128:10 129:15
130:22 131:4
131:13,16,16
131:19,19,21

131:21 132:1,3
132:7,22,23
133:9,12 134:5
134:9,13,16
135:12,16,20
136:17,18
137:3,18,21
142:18 145:20
149:9,11,24
150:3,4,8,10,14
150:15 151:23
152:3,8,13,19
152:21 161:2
163:2,19 168:7
168:8 169:11
170:7,24
172:16 175:7
175:16
**database** 20:12
24:6 26:7 36:11
36:14,18 41:2,4
41:7,8,10 44:13
59:18 61:1,15
64:17 78:22
84:9 85:2 86:5
86:18 87:12
92:20 93:6,13
124:1,3 126:10
134:17 135:22
142:2
**databases**
26:10,15 27:11
28:24 93:9 99:9
106:23 123:16

**dataset** 86:18
88:13 126:1
143:2 150:7
152:14,14,17
169:7
**datasets** 168:3
**date** 8:9 10:22
24:18 60:19
68:17 118:5
124:24 125:2,8
129:23,24,24
132:9,10
133:11,14
138:23,24
150:6 153:19
153:24 154:1
158:20,22,23
158:24 159:2,7
159:24 160:1
162:23 163:9
165:4,9,19,22
166:4 167:10
179:2,16
**dated** 6:5
**dates** 129:14
162:20,21,23
165:6,18
**day** 26:5,5
78:13 104:5
180:21
**days** 78:9,10
122:23 159:9
160:6

**dc** 3:18
**dcm** 25:4
**deal** 82:21
**december**
20:13 60:6
107:14 129:11
130:1,2,2,3
170:14 174:12
**decided** 127:13
**decision** 25:22
26:7 32:24
44:15 52:15,16
52:19,22,24
53:12 55:17
110:8 121:24
127:17
**decisions** 54:5
96:3
**dedicated** 37:4
**deduce** 140:4
**deep** 73:8
**defendant**
118:24
**define** 99:14
113:11 115:14
**defines** 57:14
**definitely** 34:20
77:7 131:19
162:17 177:5
**definitions** 6:10
20:15 99:17
109:15
**definitive** 86:22

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 194 of 229

**deliver** 140:22
**demand** 111:17
**demographic** 87:1
**denied** 119:11
**department** 3:3 3:14 4:2 14:16 17:15 20:14 22:3,4 25:4,10 33:8,8,15,21 34:8,12 35:4,6 35:16,17 36:18 36:21 37:6 38:13,15,23 40:8,18,24 41:3 43:1,3,7,11,24 44:5,6 46:9 48:10 52:3 54:24 57:10 69:8 79:3,12,22 80:12 82:12 93:1,11,14,19 94:3 95:4 96:8 96:9,11,19 97:5 97:8,10,18,24 110:18 112:12 112:14 116:20 117:19 120:6 121:10 127:19 136:21,24 141:7,8,23 157:22,24 174:1,16,20,21

**departments** 37:17 40:8,18 46:7 55:19
**departure** 15:23
**depend** 78:24 156:14
**dependent** 78:18 95:1 157:7,9
**depending** 155:11
**depicted** 126:18
**deponent** 8:14 10:11,13 15:17 179:7
**deposed** 15:5
**deposition** 1:11 5:2,16,20 8:11 9:11 10:9,15 13:15 14:23 17:7 18:2 19:15 21:14 176:7 177:24 178:3 179:11
**depositions** 10:7
**depreciated** 159:21
**depreciation** 159:15
**derived** 78:22 99:23 110:24 124:1 139:13

**dermatology** 93:16 112:22
**describe** 13:17 30:6 58:22 70:17 75:13 153:12
**described** 42:10 87:6 139:14
**describes** 81:6
**describing** 55:6
**description** 163:4
**descriptions** 19:5,10 91:15 143:6
**descriptive** 143:1
**descriptors** 86:14 88:17 160:13
**desk** 11:23
**detail** 116:17 169:11
**detailed** 20:10 87:6 131:21
**details** 90:23 138:13
**determine** 36:5 68:15 72:7 87:15 90:18
**determined** 42:16 57:17 122:21

**develop** 172:22
**developed** 105:14 152:17
**development** 113:9
**device** 146:19
**diagnose** 41:23 145:2
**diagnoses** 63:17 65:24 71:14,15 71:21 72:12 78:19 133:4,11 133:15 134:4 148:5 152:6 168:1,10,11
**diagnosis** 20:8 20:9 65:17,17 66:2,13 68:6,7 68:9 69:23,23 70:6,11,20 72:15,16 73:14 76:11,12 85:16 90:19 103:23 128:15 133:17 159:3 162:13 163:7,8,15 164:4,6,9 166:16
**diagnostic** 13:21 42:11 58:1 76:12 79:8 79:11 85:13,16 86:13 91:15 106:14 126:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 195 of 229

126:21,23
127:1,3,5,7
128:13,19,22
128:24 129:2
144:24 145:5
146:11 167:18
**diagram**
108:14
**diane** 136:6
**dictionary**
108:16,20
**difference**
81:10 97:20
110:12
**different** 26:9
51:9 52:2 54:1
61:19 74:13
80:11 81:8 85:3
89:21 97:9,12
138:17 152:8
156:20 158:23
158:24 176:23
**differing**
104:10
**difficulty** 11:13
**digits** 139:4,7
**direct** 10:1 12:2
20:7 34:18,22
35:2,16 36:5
38:12,21 40:9
40:23 44:5
46:22 59:7,15
65:16 89:14
96:6,9 101:6

105:19,24
109:19 110:5,7
110:13,15,20
110:22 111:22
114:8 126:22
127:2,6 139:12
140:11 141:6
154:10,16
155:4,9,18,19
155:19,21
156:5,15
157:13,18
159:14
**directed** 35:3
41:3
**directing** 16:15
**direction** 16:14
66:3
**directly** 24:12
31:18,20 84:12
84:19
**director** 30:11
51:8 93:15
**director's** 46:5
**directs** 39:13
53:8
**disagree** 38:10
88:15,17 89:1
122:4,11,16
**discharge**
66:13,15,18,23
67:3,4,11 68:8
85:18 113:21
153:19,24

159:3 160:1
163:18 164:4
**discuss** 16:9
122:18 130:7
**discussed** 78:3
109:21 158:12
159:18
**discussion**
66:21
**discussions**
17:11
**disease** 133:24
159:6
**dispensed**
145:6
**distinct** 26:6
**distinguish**
81:2 123:5
**distribution**
115:18 179:5
**district** 1:1,1
180:1,1
**dive** 73:8 75:10
**diverse** 26:10
26:20
**divided** 127:11
**division** 1:2 3:4
8:8 138:17
180:2
**doctor** 97:16
**doctor's** 46:23
**doctors** 96:18
112:23

**document** 1:6
5:13,15,18 6:9
6:13,19 18:9
20:18 23:3,6
41:24 48:1,6,17
49:16 99:18
101:1,1,13
109:5 117:13
117:22 120:14
120:20,21
122:18 124:10
124:14 131:5,8
131:15 132:12
134:18 137:9
165:2,10 169:1
170:17 180:4
**documentation**
68:15,19 69:13
76:17
**documented**
101:16 163:14
**documenting**
76:19
**documents**
5:22 17:5,8,22
19:3,14,24 20:1
20:5,22,23 21:5
21:6,8,18,20
76:5 101:19,23
102:1
**doing** 92:9
148:24 149:12
152:8 167:11
176:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 196 of 229

**doj** 8:21 16:10 16:17 23:9 49:17,19,23 57:23 62:13 100:23 109:16 110:7 124:23 127:12 128:3 131:15,20,22 132:9,13,20 136:22 174:14
**doj's** 59:17
**dollar** 38:1
**dollars** 35:5,6 38:12,13 57:14 95:4
**downs** 151:3
**dozens** 99:13
**draft** 50:14
**drafted** 50:6,7
**drafting** 50:2
**draws** 145:7
**drive** 2:15
**driver's** 9:21
**drop** 144:1,3,7 144:8 151:3,10
**dropped** 28:17
**dropping** 18:1
**drugs** 145:6
**dss** 24:3,3,4 25:16,24 26:14 30:3 31:22 44:15 87:11 121:24 126:9

**duly** 9:21
**duration** 17:19 92:24
**duties** 51:14 55:6
**duty** 26:2
**dyer** 134:20 135:16

**e**

**e** 5:1,11 6:1 7:1 160:2
**earlier** 19:4 23:20 24:16 51:21 52:3 71:13 75:15 82:20 90:17 92:22 119:18 139:14 141:1 142:15,21 152:5 157:14 159:18 161:19 163:17 168:1 169:8 171:16 171:18 173:8 175:7
**easier** 149:8
**easily** 140:4
**east** 98:6
**eastern** 1:1 8:10 180:1
**economic** 123:13
**economist** 13:24

**economists** 14:3,6 132:13 132:21
**editing** 50:10
**edits** 50:19,22
**effective** 68:17 88:14
**efficiency** 90:6
**efficient** 88:14 90:7 95:9 157:3
**efforts** 31:5 176:4
**ehrm** 32:1,20
**eight** 19:1 24:21
**either** 12:14 37:16 69:12 102:4 107:3 128:20 145:6 160:3 176:2
**electronic** 32:2 42:5 77:15,16 77:18 83:18
**eleven** 19:1
**eligible** 117:8
**ellis** 2:14
**email** 6:12 118:6,7 119:11
**employed** 11:2 15:11 178:13 178:16
**employee** 35:15 45:4 178:15

**employees** 96:10 118:23
**employer** 10:24
**emr** 32:7
**encoded** 67:2 83:1
**encounter** 38:22 39:2 41:22,24 42:20 46:24 58:24 59:1 60:12 61:10 70:7 76:5 78:9,10,17 79:15,18,21 83:1 84:20 85:6 85:20 86:5,8,12 87:10,23 90:10 90:19,24 91:9 91:24 92:5 94:14 95:9 98:24 103:17 104:4 112:9 113:4 123:6 132:23 133:6 138:21 139:2,7 140:14,19 141:11 153:16
**encounters** 34:3 39:4 42:7 64:19 84:2 85:14,17,22 101:11 103:23 103:24 107:11 110:21 120:10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 197 of 229

122:3,18
**engaged** 32:1
**engaging** 31:1
**england** 30:8,9
30:13
**enjoyed** 130:21
**enrolled** 27:8
**ensure** 36:13
55:4 80:19
**entailed** 26:3
**entered** 165:21
165:23
**enterprise**
108:13
**entirely** 160:20
**entirety** 45:13
**entitled** 119:2
**entity** 121:3,6
174:14
**environment**
88:13 129:3
142:5 152:18
**episode** 113:20
**episodes** 133:3
**equal** 149:14
**equals** 157:24
**equipment**
36:23 40:10
110:17 141:9
155:7,20,21,23
155:24 156:12
156:18 159:15
**equivalent** 45:4

**era** 87:4
**errata** 179:6,12
179:16
**error** 168:15
**errors** 168:10
**especially** 79:6
172:15
**esquire** 2:4,13
2:14 179:8
180:24
**essentially** 70:9
138:13 146:19
152:17 155:19
**established**
52:15 65:20
98:23
**establishes**
76:11
**estimate** 44:19
59:4 94:18 96:6
111:15,18
123:19 141:5
158:4 172:19
174:2,5,15
**estimated**
111:18 140:15
**estimates** 38:3
38:11 103:4
120:5 122:2,5
122:12 123:19
173:10
**estimation**
45:24 59:5
111:7,15

112:12 140:23
**estimations**
45:5,12 46:11
59:16 60:12,16
61:9 75:17 88:5
100:16 157:10
158:11 173:2
**et** 61:20 87:4
93:17 133:20
180:24
**evaluate** 74:5
74:12 168:5
**evaluated**
168:2
**event** 153:16
**events** 160:22
**everybody's**
94:4
**evidence** 178:6
**exact** 43:5
125:2 126:11
138:23 171:15
**exactly** 25:17
129:14 130:4
140:11 143:18
151:9,16
**examination**
10:1
**examined** 9:22
**example** 36:19
37:15 46:5
63:14 72:4
93:18 94:7,17
94:21 110:19

111:8 133:22
151:18 156:16
157:15 159:11
159:12,13
**examples** 45:20
45:22 46:8
122:21 155:16
**excel** 6:15,17
7:3 24:1 124:13
151:5,15,22
**excellent** 138:5
**excels** 19:4
104:11
**exception** 169:9
**excessive** 95:3,4
**excluded** 111:8
**excuse** 105:23
148:15
**executive** 9:21
30:14 32:4
178:7
**exhibit** 5:13,15
5:18 6:3,5,9,12
6:13,15,17,19
7:3 17:22 18:8
18:9,20 19:20
21:17,18 22:24
23:3 30:1 47:23
48:1 49:4,9,11
54:22 57:22
64:7 65:5
100:18 105:6
109:3,4,5,8
117:11,12,13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 198 of 229

120:11,14 124:8,9,10,19 129:5 131:1,12 132:11,22 133:7 136:13 136:18 137:4,7 137:8,9,22 142:8 147:9,10 149:15 150:1 152:23,24 153:11 164:21 164:23 168:21 169:1 171:15 175:6

**exhibits** 18:1,24 49:6

**exist** 61:10 134:16,17

**existed** 61:14 105:21

**existence** 24:5 104:1

**existing** 95:6

**exists** 88:11 153:19

**expansive** 156:17

**expected** 11:9

**expense** 46:10

**expenses** 34:14

**expensive** 158:9

**experience** 23:17 24:9 42:1 42:8 76:2

**expert** 13:24 132:21 164:12

**explain** 52:11 57:21 83:7 92:13 103:8,18 107:8

**explained** 99:17

**explaining** 109:22

**exposure** 13:22

**exposures** 62:14,19,20

**extended** 25:12

**extent** 43:21 134:23

**external** 111:20

**extra** 97:1 157:16 169:10 169:12

**extract** 27:1 32:16 78:7 83:14 124:1 142:2,18

**extracted** 90:21

**extracts** 26:19 32:13 61:5,17 84:4,22,24 90:23 92:12 93:8,8

**f**

**f** 2:13 154:8

**facilitated** 49:18,24

**facilities** 26:22 27:5 28:1 30:9 37:19 41:18 44:24 45:1,6,14 45:19 46:3 52:20,21 53:3,9 53:10 56:11 93:3 101:24

**facility** 35:18 36:6,12 37:16 37:20 38:20 45:3,6,10,11 46:4 53:21 61:18 84:23 97:17 98:1,2 110:24 156:10 156:15,17,18 156:20 157:2,5 157:9

**facing** 83:19 103:2

**fact** 69:9 128:9 131:22,24 145:14

**fair** 12:2 22:19 74:24 145:19

**fall** 55:19 70:20

**familiar** 12:4 20:2 116:12,15 119:16 150:23 160:24 161:19 161:23

**family** 13:6

**fancher** 6:21,22 147:13,13 162:12 164:24 165:7 167:13

**far** 44:4 61:8 70:20 82:24 90:21 91:23 96:16 105:11 111:14 125:5 132:11

**fascinating** 24:11

**fault** 153:4

**favorite** 56:3

**feature** 151:6

**february** 174:12

**fed** 26:19 84:13 84:18

**federal** 55:4,8,9 118:13,15,20 118:20,23 119:1

**feed** 26:16 32:12,16

**feeder** 38:17

**feeders** 26:16 26:18

**feeds** 24:7 83:14

**feel** 91:5 134:24

**feet** 72:6

**fell** 71:15 128:14,19,23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 199 of 229

**fence** 132:10
**field** 31:1 92:1
  102:5 128:15
  128:18
**fields** 99:14
  127:20 152:7
**fifth** 58:7
**figures** 38:2
**filed** 13:12
**files** 85:12,16
  85:17 103:22
  103:23 108:17
  108:21,23
**filter** 143:21,23
  144:3,7,9
  147:15 148:18
**filtered** 148:15
**filters** 138:3
  147:5 150:20
  150:21,24
  151:15
**final** 123:5
**finally** 30:18
**finance** 33:23
  46:2 113:2
**financial** 16:24
  26:12,13 28:2
  31:20 37:7
  51:12,15 55:3
  56:4,18 93:7,7
  124:2
**financially**
  178:17

**find** 108:4
  135:21,22
**fine** 58:13
  92:10 153:5
  177:10,14
**finish** 29:24
**fiolek** 136:8
**first** 17:22
  49:16,18,23
  63:14 64:8 65:1
  68:14,18 69:6
  69:22 70:3,5,11
  70:11 107:15
  121:22 125:7
  129:2 143:23
  170:10
**fiscal** 31:24
  99:24 129:7,11
  129:12,13,17
  129:20 138:20
  138:22,22,24
  150:9,10,11
  170:12,12
**five** 18:24 47:17
  49:13 58:4 60:4
  64:11 67:8
  74:21 75:6,8
  126:4 133:18
  133:19 172:1
**fix** 155:18
**fixed** 154:10,16
  155:4,6,8,19
  156:4,15
  159:14

**flank** 166:11,16
  167:5
**flat** 96:15
**floor** 3:7 155:23
  155:24
**flows** 77:24
  80:8 116:13
**fluctuates**
  111:17
**fluctuation**
  96:5
**fluctuations**
  96:16 141:18
**fluoroscopy**
  146:7
**focused** 31:19
**follow** 136:4
**followed** 65:2
**following** 10:10
  128:16 180:8
**follows** 9:22
**footnote** 81:5
**ford** 31:17
  33:24 51:20
**foregoing** 180:7
**forg** 43:4
**forget** 25:17
  43:5 58:7 83:17
  121:5
**form** 12:6 13:2
  14:20 15:19
  16:4 19:6,22
  21:2,10,22 22:9
  33:5,11 34:5,16

34:24 36:8
37:13 38:8 39:9
40:2,13 42:2,13
42:18 44:20
45:15 49:20
50:16 52:7,13
53:6,15 55:21
57:11 58:11,17
59:10,23 61:2
61:12 63:18
64:1,22 67:12
68:3 69:1,19
70:22 71:8
72:19 73:16
74:7 75:1,23
76:14 77:3
78:20 79:4,14
79:23 80:13,21
81:17 82:2
83:10 84:16
86:15 87:19
88:8,20 90:11
91:2,11 92:2,16
93:4 94:11
95:16,24
100:21 101:7
101:18,20
102:15,24
103:6,12
104:14 105:3
106:10,18
107:24 108:7
110:1 111:3,23
112:16 113:6

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 870    Filed 05/12/26    Page 200 of 229

114:4,11,24
115:12,22
116:3 117:3
119:13,24
120:7,23
121:15 122:6
122:13 123:1
123:22 125:10
126:15 127:22
128:6 131:6
132:15 133:1,8
134:7 140:12
140:18 141:2
141:16,21
143:8 144:21
145:24 146:8
146:23 147:19
149:18 151:9,9
152:10 153:1,6
156:22 158:15
159:19 160:18
161:6,14,22
163:11,23
164:11,18
165:13 166:21
167:7,20 168:4
168:13 171:6
171:19,22
173:4,12,20
174:7,17 175:2
175:11
**formal** 43:19
**formerly**
121:24

**formula** 34:20
34:23 36:5
95:13 111:1
112:24 113:5,9
140:9 159:15
**formulaic**
143:7
**formulas** 34:15
94:9 99:14
102:20 140:24
158:12
**formulate** 22:3
**forward** 16:17
25:8
**found** 20:12
64:16,18 114:1
**foundation**
14:9,13 19:7
21:23 33:12
43:13 45:16
63:19 68:3
70:22 71:9
72:19 73:17
75:24 76:15
77:4 78:20 82:2
86:16 87:20
88:9,21 90:11
91:2 115:23
116:9 119:14
120:24 121:16
122:13 123:2
123:23 127:23
132:16 146:1,9
146:24 149:19

153:7 156:23
161:7,15
163:11,23
164:18 165:14
166:21 167:7
167:19 168:13
173:13,21
175:2,11
**fp3** 129:7,10
170:14
**frame** 25:19,22
60:5,7,10
**free** 134:24
**freedom** 117:9
**frequently**
123:12
**front** 41:17
83:19 100:7
103:2 147:20
166:20
**ftca** 118:21
**fte** 45:4 46:9
96:10
**full** 45:4 142:18
154:3 157:3,6
175:19
**fully** 11:13
**function** 151:15
151:22,22
**further** 72:15
73:12 74:5 91:6
161:3 175:21
178:14

**future** 34:9
172:19,23
174:2,15
**fy** 129:6
**fy2025** 129:7

**g**

**g** 154:10 155:1
155:4
**gathered** 66:11
**general** 4:4
81:20 100:12
102:9 113:23
117:20 139:8
141:8 173:9
**generally** 16:2
118:24 145:4
**generated**
102:21 125:6
138:21 139:3
**generates** 44:5
44:6 122:1
**genovese** 6:5
15:9,10,11,23
16:18 19:24
50:9 136:24
**geriatric** 25:12
**getting** 93:2
147:7 172:13
**giovanni** 3:15
8:20
**giovanni.anto...**
3:21
**give** 17:23 41:9
45:20,22 60:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 201 of 229

155:15 175:16
**given** 14:23
39:7 40:14,24
47:5 57:20 62:1
62:2,6 94:23
96:8,19 111:19
116:21 119:3
133:10,11,14
141:19 145:2
172:20
**gives** 139:23
140:13
**giving** 75:7
**go** 47:12,17
49:7 58:12 65:4
74:13 75:16,21
77:14,20 79:18
80:1,4 82:23
92:7,11 98:9,19
105:11 108:22
113:8 130:6
134:21 138:4
141:10 143:11
144:7,8 147:14
148:19 154:21
**goes** 27:16,16
53:19 54:2
65:24 68:1
70:21 72:4
95:13 96:23
111:15 132:11
142:12 156:15
156:16 157:9

**going** 15:5,17
18:1,12 22:23
23:1,14 28:24
29:22,24 30:1
31:13 37:22,23
37:23 47:22,23
50:12 54:9,13
56:23 58:15
75:10 90:14
94:5,17,19 96:8
98:9,12 105:5
109:2,7,10
117:15 118:4
120:11,12,16
121:21 124:5,7
124:16 126:19
130:11,22
135:1,3 137:3,6
137:11 138:1
144:23 147:14
148:8,9,10,11
152:5,5 158:8
162:12,20
163:10 164:22
164:24 166:6
168:20,22
171:24 172:7
174:14 176:8
**golkow** 8:8
177:5,6,19
**good** 8:6,16 9:5
10:3,5,6 47:14
98:5 176:15
177:21

**goodness** 138:7
**gosh** 120:20
**gotcha** 85:10
**government**
13:24 14:19
118:15,22,24
**government's**
14:6
**governor** 178:8
**graham** 2:3
117:24
**great** 10:19
18:5 92:11,11
98:20 124:4
**greatly** 175:21
**grounds** 46:17
**group** 2:2 9:2
16:7 37:19 50:7
132:5
**groups** 133:18
133:19
**guards** 46:13
**guess** 90:3 91:6
100:22,22
**gui** 83:19
**guidance** 102:5
**guide** 99:18,21
100:3,12,20
101:3,17,23
102:11 111:1
**guidelines**
65:16 68:16
**guides** 102:8,12
102:17 159:22

**guys** 16:2 130:4
150:21 172:1
176:22

**h**

**h** 5:11 6:1 7:1
155:2
**half** 17:20
**hand** 9:17
20:17 180:21
**happen** 95:20
**happens** 83:2
**happy** 8:23
29:13 98:8
**hcpcs** 42:11
88:16 142:16
**heads** 33:21
**health** 4:3
24:14 27:4,5,5
27:8 32:2,5,20
37:3 41:21 42:6
42:24 46:4
55:14 62:14
65:7 66:11
73:10,19 83:18
84:10 85:1
90:18 112:8
122:3 141:24
142:13 156:2
**hear** 39:17
74:11 89:20
112:19 160:10
**heard** 32:22
89:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 202 of 229

**heather** 31:17 33:24 51:20
**heavy** 94:2,6
**held** 8:11 9:9
**help** 12:10 15:8 36:17 37:12 55:17 65:6
**helped** 31:6
**helpful** 86:12 87:15,16 88:18 89:2 90:22
**helps** 105:7
**hematologist** 36:21 97:11
**herc** 121:2,4,10
**hi** 118:9
**hidden** 154:18
**hide** 135:3
**high** 44:22
**higher** 94:19,21 95:5,18 97:3 156:6,7,19 158:4
**highlight** 134:21 149:9
**highlighted** 121:22 135:23 145:12 146:17
**highly** 95:8
**hims** 65:8 66:11 67:1,2,15
**hire** 97:1
**history** 166:7 166:12,17,19

167:6
**hit** 169:15,20
**hmm** 145:13,18 148:14,17
**hodgkin's** 72:5 135:24
**hold** 28:21,22 39:23 51:3 73:1 89:15 144:5
**home** 58:2,2 62:14,17,24 63:12 104:2 159:5,9
**hope** 130:21
**hopefully** 95:8
**hopkins** 58:6
**hospital** 61:15 65:23 68:1 115:1,3 122:2 123:19 158:13
**hospitalization** 65:13 69:18
**hospitalized** 154:4
**host** 157:3
**hot** 94:2
**hour** 17:20 47:5 47:6 98:4 172:1
**hours** 37:4
**housekeeping** 46:15
**howard** 136:9
**human** 168:15

**humes** 43:4
**hundred** 77:8

**i**

**ibc** 82:8
**icd** 42:10 58:3 60:4,5 62:15 63:3,8,11,16,23 64:9,18,20 66:15,23 67:4 70:5 71:2,14 72:18 73:24 74:6,19 83:21 87:24 91:1,18 91:21 92:4 96:16 104:1 126:14 128:14 128:23 133:21 134:3,5 135:19 135:22 137:23 143:3 145:8,15 145:16,17,23 146:7,11,22 147:15,23,24 160:2 161:2 162:2,6,17,18 166:15,20 169:13 171:4,9
**icds** 66:3 84:1 107:3
**icu** 158:8 159:5
**idea** 76:21 119:15
**identical** 151:23

**identification** 18:10 21:19 23:4 48:2 109:6 117:14 120:15 124:11 137:10 169:2 178:6
**identified** 9:14 9:20 13:21 54:24 84:2 87:22 103:20 104:16 162:16
**identifier** 112:6
**identifies** 112:14
**identify** 57:24 60:3 64:15,19 64:24 85:12,13 85:22 102:18 113:3 139:3
**identifying** 64:9 74:19 75:5
**identity** 62:3
**imagine** 24:17 76:24 77:7 129:7 161:20
**impact** 96:12
**implement** 31:9
**implementation** 32:8,10
**implementing** 32:6
**important** 66:9 79:2,6,20,24 80:2 112:3,11

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 203 of 229

112:23
**include** 21:16
45:19 50:8
51:15 63:16,23
64:5 65:13
66:10 81:4
86:11 91:14
110:15 111:20
128:13 132:22
159:8,15 177:1
**included** 20:11
45:23 46:11
101:5 126:2
133:20 143:2
**includes** 26:21
78:11 93:16,17
110:17
**including** 10:13
27:6 30:9 69:18
88:16
**increase** 95:2,2
**independent**
57:6 63:7 81:7
127:19
**independently**
20:4 27:14
63:15 102:13
110:9
**indicated** 129:1
136:13
**indicates** 112:6
139:8 163:14
**indicating**
143:20 144:2

144:11 169:16
169:18 170:3
**indicator**
135:18
**indirect** 34:19
34:19 35:17
40:6 44:18 45:2
45:5,12,24 46:6
46:11,24 59:4
59:15 94:18
96:6,12 101:6
110:4,8 111:7
111:10 114:8
139:23 140:3
154:7,11 155:3
**indirects** 39:12
45:18 93:15
96:9 110:16
**individual** 26:6
35:5,12 37:3,17
37:19,20 39:4
43:4 73:9 93:2
97:21 117:18
122:2,10
125:13 134:10
135:21
**individuals**
17:14 50:8,11
62:4 64:15,16
104:15 106:3,4
119:19
**information**
22:2,8 26:10
37:8,8 42:24

52:18 62:2 65:7
66:10,12 82:24
85:20 86:11
87:1,6 88:11,12
88:23 89:2 90:4
90:6,8,15 91:8
93:7 99:22
101:14 103:10
104:3,4 110:21
117:10 123:16
124:2 128:2
136:23 142:3
142:22
**ingest** 92:19
**ingested** 85:1
**initial** 50:14
**initially** 83:22
128:3 131:4
**initiative** 12:10
**inner** 104:11
**inpatient** 64:19
65:12 66:1,12
66:22 67:1,8,17
68:6 70:1,10
84:6 85:15,16
86:1 103:23
105:21 113:18
153:11,16,18
153:18,20
154:7,9,10,11
154:15,16,17
155:4,18
157:19 160:19
160:20 164:3

**inpatients**
157:21
**inside** 43:1
**instruction**
70:9
**instructions**
179:10
**instructive**
88:16
**insurance**
114:20 115:2
142:1,13
**integrated**
27:22 28:8
29:18 56:4
**integrity** 30:12
**intended** 160:2
166:23
**intensive**
122:23
**intent** 175:18
**intention**
127:16
**interaction**
41:24 76:5
**interchang**
69:24
**interchangea...**
70:1
**interchangea...**
26:9
**interested**
178:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 204 of 229

**intermediate** 122:20,21 123:4,6
**internal** 59:18 113:1,14 139:8
**introduce** 8:15 8:24 42:5
**introduced** 42:6
**introducing** 145:16
**involve** 42:10
**involved** 32:7 50:2 75:12
**issue** 154:23
**issued** 178:7
**issues** 72:6
**item** 139:24 142:1 146:16
**items** 138:9 160:16
**iteration** 107:15 125:7

**j**

**j** 6:3 139:10,21 140:6 150:5
**jacqueline** 136:9
**jamie** 118:7,9
**janine** 6:5 15:8 16:6,18 19:23 50:19,24 63:4 100:24 106:5 110:11 127:13

**janine's** 16:14
**january** 24:18 30:20
**jenna** 2:13 8:24 176:23
**jfb** 2:19
**jimmy** 136:10
**job** 11:5 16:23 26:2 55:6 74:4 171:19
**joey** 8:20
**jog** 132:5
**join** 104:10,18 104:19
**joinder** 134:5
**joined** 99:2 103:19 105:1
**joining** 103:15
**joins** 104:11,11 104:12,12
**jose** 136:8
**joseph** 3:16 135:13
**joseph.b.turner** 3:22
**julie** 1:23 9:4,6 178:2,21
**july** 165:4,22
**june** 15:6,15 132:5
**justice** 3:3,5,14 17:15 48:10 62:5 117:1

**k**

**k** 139:10,22 140:6 150:5
**karen** 136:8
**katherine** 165:23
**keep** 37:22,23 98:9 145:11 149:8
**kenneth** 16:22 50:13 104:22 125:16
**kent** 104:16
**kidney** 58:5,7 133:20 147:16 147:23 162:13 163:8,20 164:7 164:8,15 166:12,17,19 166:24 167:4 167:14,16,18
**kimberly** 117:18,24 118:5
**kind** 99:7 115:18 139:18
**know** 12:9 17:12,24 21:20 22:1 27:15 28:16 29:3,8 33:21 39:2 42:9 43:6,16,17,18 45:20 51:7 56:8 58:19 60:9,18

62:23 63:1,2,15 63:21 64:5 76:1 77:6 78:8 81:2 81:13,16,24 82:4 86:17 87:4 94:24 95:23 97:6 99:6 100:11 105:11 105:17 106:12 107:2 108:13 114:1 115:7,9 115:10,10 116:1,11,18,24 117:4,5,10,18 124:24 125:4,5 125:13,22 126:13,17 127:10 128:11 128:12,18 129:2 131:13 131:23 133:16 140:10 161:16 166:19,23 173:7,8,18 174:16
**knowing** 122:15
**knowledge** 14:22 43:22 60:17 80:10,18 81:7,10 102:10 115:2 121:14 121:19 123:14 142:4 148:23

Golkow Technologies,
A Veritext Division
877-370-3377　　　www.veritext.com
Case 7:23-cv-00897-RJ　Document 870　Filed 05/12/26　Page 205 of 229

153:9 159:24 161:12 166:18 166:22 167:22 173:22 180:8

**l**

**l** 3:17 143:17,17
**lab** 112:21 145:4,4,7,8 146:4
**labeled** 19:20 129:16 139:11 151:13
**labor** 35:2,5,6 36:10,13,14 37:6,7 38:12,21 40:9 41:2,4,6,7 41:10 44:13 59:14,18 61:1 95:13 110:17 141:8 155:6,10
**laboratory** 145:22
**language** 23:24 104:17 107:19 152:12
**laramore** 136:10
**large** 77:6 93:23 143:10 156:18 162:6
**larger** 111:7 157:2
**largest** 27:4 93:20

**law** 12:11 55:8 117:23
**leadership** 2:2 30:14 55:4 132:5
**leads** 43:3
**learned** 15:4,16
**leave** 176:12,15
**lee** 134:19
**left** 15:15 29:3 29:7 51:6 104:12 138:2 144:23 166:11 166:16 167:5 169:15,17
**legislation** 102:4
**lejeune** 1:5 3:5 8:12 12:5 13:12 13:22 62:5 117:1 118:1 178:4 179:3 180:3
**length** 85:18 113:20 153:20 155:12
**letter** 6:5 19:23 27:2 29:23 45:21 47:4,17 48:9 49:18,24 50:3,7,14,20 51:1 54:23 62:3 66:10 71:18 75:14 81:1 99:1

125:4,6 147:18
**leukemia** 58:4
**level** 35:7 38:20 39:3,14 44:23 45:3 53:21 54:3 56:18 61:10 77:13 80:5 83:1 85:23 87:10 91:9 93:14 112:6,9 113:4 122:10 132:23 133:6
**levels** 105:17 106:20,22
**liability** 119:4
**liable** 118:15
**license** 9:15,21
**lieu** 69:23
**likely** 95:8 97:13 161:11
**limitations** 87:12
**limited** 10:14 160:2 173:22
**line** 78:4 128:24 138:9 139:24 142:1 146:16 180:9
**link** 81:5
**list** 63:3 68:18 70:5,17
**listed** 50:8 66:1 66:2 68:14 69:22 70:3,11

**listening** 9:1
**litigation** 1:5 8:12 9:1 12:5 14:18 15:2 178:4 179:3 180:3
**little** 75:15 104:9 135:6 138:2 154:12
**lives** 168:16
**local** 36:12 37:16 46:4 52:18
**locally** 36:11 53:11
**located** 11:15
**location** 37:18 153:15 158:1
**long** 11:2 131:24
**look** 17:5,24 18:7 29:23 30:1 47:3 48:19 82:18 111:21 124:5 134:24 145:14 148:3 148:20 161:12 162:20 169:24
**looked** 12:19 32:21 63:11 103:22,22,24 149:11 171:15 175:7

Case 7:23-cv-00897-RJ   Document 870   Filed 05/12/26   Page 206 of 229

**looking** 27:2 90:23 130:24 140:6 161:1 163:2 165:7

**looks** 19:17 24:8,12,20 30:2 62:9 71:19 118:19 121:20 122:17 158:19 165:21,22,24

**loss** 13:10

**lot** 31:13 142:15 156:18 172:15

**lots** 94:3,5

**lower** 95:14 97:15

**lunch** 130:5,13 130:21

**lymphoma** 58:6 72:5 135:24

**m**

**m** 117:18 134:1 139:6

**madam** 39:21 72:23 89:12

**made** 34:8,9 50:19,22 75:18 102:22 110:9 149:15

**main** 2:5

**mainframe** 24:4

**maintain** 56:6 82:9

**maintained** 45:3

**major** 12:10

**majority** 32:23 145:20,21 157:18

**make** 10:10 38:1 44:3 54:5 61:9 65:11 96:3 110:5 127:15 131:17 137:4 138:3 148:3,4 149:13 150:17 154:19 155:16 179:13

**makes** 81:15 152:7

**making** 52:19 127:17

**malawi** 24:10

**managed** 41:15 53:11 67:1

**management** 17:2,4 24:24 25:4 42:24 65:7 66:12

**manager** 25:22

**managerial** 6:9 6:13 11:7 16:17 20:15 24:5 25:6 25:9,15,16 26:7 30:15,19 31:15

31:22 32:23 34:2 36:11 38:2 41:15 51:13 52:12 53:18 55:5,9 56:13,15 57:9 60:22 73:21 74:14 79:11 82:11 84:4 85:2 87:11 113:2 121:8,21 121:23 126:10 134:17 140:20 140:20 172:22 173:16 174:11

**manages** 56:10 57:9,16

**managing** 56:17 63:5

**manner** 127:11 151:1

**manual** 140:10 159:17

**manually** 152:9

**mapped** 35:6 35:15 36:21 37:5

**mapping** 36:10 36:13,14 37:6 41:2,4,6,7,10 44:13 59:14,18 61:1 95:13 96:17

**march** 6:6 30:20 125:4

**mark** 136:9

**marked** 48:17 109:3 117:12 120:13,14 124:8 133:23 137:7 165:2 168:21

**married** 110:20 125:24

**massachusetts** 1:23 9:6 11:17 178:8,10

**match** 67:11 86:22 126:10

**matched** 84:3 88:1 104:4

**matches** 126:11

**material** 132:20

**materials** 5:14 11:21 12:1

**math** 154:8

**matter** 8:12 15:5 35:17 92:22 97:22 155:20 178:3

**matters** 93:2

**matthew** 4:4 8:21 17:12 134:19

**max** 53:3

**mca** 6:10,14 36:11 99:11 103:4 109:19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 207 of 229

109:19,20,23 110:13,13 111:21 112:3,5 113:24 114:7,7 114:8,12 121:24 123:12 123:15 126:20 126:22,24 127:2,4,6

**mcae** 106:23

**mcao** 86:2,6,7 99:9,9,18 100:2 100:11,19 103:2

**mean** 28:6 48:16 58:22 59:8 61:4 68:23 71:4 76:11 103:7 114:17 126:19 135:20 150:4 151:2 155:5 177:5

**meanings** 70:1

**means** 10:13 55:7 68:24 69:5 69:7 107:7,9,10 129:7 134:14 134:15 135:21 155:5

**meant** 64:13 165:11,15

**medical** 22:12 24:7 26:6,13,20 27:6,13 35:12

35:13 38:24 53:13,24 70:7 77:6 92:18 93:16 97:16 99:24 116:15 118:11 119:1 119:12,20,22 161:12 172:19 172:23 174:2,6 174:15

**medicare** 173:19 174:23

**medications** 46:23

**medicine** 112:9 113:23 139:8 141:8 145:10 146:14 163:5

**meet** 17:17 73:7 156:4

**meeting** 16:3 17:19

**meetings** 16:8

**members** 13:6

**memorized** 161:20 162:6

**memory** 132:6

**mental** 112:8

**mentioned** 12:23 17:21 20:22 21:8 24:16

**mentioning** 19:4

**merge** 104:10

**messaging** 10:14

**methodologies** 44:22

**methodology** 34:21 150:13 159:20

**michael** 3:6 8:18 47:11 48:11 98:8 149:20 176:18 179:6

**michael.w.cr...** 3:10

**migrated** 32:15

**migration** 32:8 32:10

**military** 62:14

**million** 27:8,15 77:9

**mind** 16:23 28:9 72:24 109:22

**minimum** 86:18 88:12

**mink** 17:3 50:13 104:17 104:23 125:16

**minute** 18:16 26:11 28:22 54:8 122:22 172:2

**minutes** 47:13 47:17

**misstates** 120:7 141:2 163:24 174:7

**misunderstand** 66:19

**misunderstan...** 106:22

**misunderstood** 66:20

**mm** 145:13,18 148:17

**modality** 112:7

**model** 53:20 56:16 57:14,14

**models** 55:3

**modernization** 32:2

**modifications** 102:2

**modify** 69:13

**moment** 17:23 29:23 56:22 65:10 98:10 99:5

**money** 38:5,19 53:8,9 97:12 115:17

**monitor** 96:3

**month** 40:22,22 78:12 93:24 94:6,7,15,16,20 94:23 95:12

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 208 of 229

96:7 97:1,4
111:16,19
129:13 157:15
157:23 158:2
158:14
**monthly** 40:20
40:21 78:5,7
83:14 84:22
92:18 93:10
96:14 110:23
150:13
**months** 23:12
**morning** 8:2,6
8:16 9:5 10:3
**moved** 30:3
153:10
**msa** 6:3
**multiple** 16:8
31:15 44:17
66:15 107:11
135:19
**muted** 98:18

**n**

**n** 5:1 28:11
29:18 133:23
134:1,11
143:17 164:6
**name** 8:7 9:5
10:19 15:8
25:16 41:10,11
41:12 52:16
153:15
**named** 21:5
50:12 106:3

**names** 17:16
44:17 50:12
**naming** 19:9
20:1
**narrative** 19:16
19:17,18
**national** 26:18
26:24 32:12,16
55:12 61:4,16
84:4
**nationally**
145:16
**nationwide**
32:6
**nca** 55:12
**nde** 27:16 84:6
84:7 85:22 86:2
86:6,7 93:3
94:9 98:23 99:2
99:9,10,18
100:2,11,19
102:11 103:17
106:23 108:16
108:21,23
111:1 113:17
113:19
**ndes** 26:19,24
61:9,19 84:3
85:21 88:1
92:14 99:6,13
**necessarily**
36:6 71:4 157:8
**necessary** 74:9
74:12 179:14

**need** 10:10
18:17 47:9
72:14 73:7,13
90:18 102:16
115:20 134:24
176:17 177:4
177:20
**needed** 101:2
**needs** 156:4
**negligence**
118:12
**negligent**
118:22
**neither** 178:13
**nephrectomy**
167:14
**network** 28:8
29:19 30:11
56:4 81:21
82:13 166:2
173:8,9 175:1
**networks** 27:23
**never** 33:2
51:22 82:18
174:19,21
**new** 3:7 30:8,9
30:13 165:23
**nice** 175:23,24
**nine** 5:17,22
19:1 77:9 87:24
**nods** 100:5
**non** 58:5,6 72:5
135:24

**nongovernme...**
118:12
**north** 1:1 2:5,6
2:16 3:8 93:21
93:22 180:1
**nos** 6:6,20
21:18
**notary** 178:9
179:16
**notations**
179:13
**note** 179:11
**notice** 5:16,20
138:6 141:23
142:15
**null** 143:11,17
143:18 144:20
145:21 146:6
**number** 35:18
45:4 61:19
85:13 87:24
93:23 96:10,18
97:23 106:14
109:8,17
110:24 120:12
124:14 131:1
133:19 134:15
135:15 138:14
139:2,2,3,7
151:13,14
153:15,17
162:6
**numbered** 6:20
18:24 168:22

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 209 of 229

**numbers** 19:5 19:11 49:12 62:6 64:14 84:1 99:8 102:13 103:20 107:3 125:24 126:3 139:13 150:16

**numerous** 168:11

**nurse** 36:22 37:1,3 97:8,15

**nurse's** 46:23

**nurses** 157:19

**nursing** 156:5 159:4,9

**nw** 3:17

**o**

**o** 148:11

**oath** 9:12

**object** 12:6 13:2 14:9,12,20 15:19 16:4 19:6 19:22 21:2,10 21:22 22:9 33:5 33:11 34:5,16 34:24 36:8 37:13 38:8 39:9 40:2,13 42:2,13 42:18 43:13 44:20 45:15 49:20 50:16 52:7,13 53:6,15 55:21 57:11 58:11,17 59:10

59:23 61:2,12 63:18 64:1,22 67:12 68:3 69:1 69:19 70:22 71:8 72:19 73:16 74:7 75:1 75:23 76:14 77:3 78:20 79:4 79:14,23 80:13 80:21 81:17 82:2 83:10 84:16 86:15 87:19 88:8,20 90:11 91:2,11 92:2,16 93:4 94:11 95:16,24 100:21 101:7 101:20 102:15 102:24 103:6 103:12 104:14 105:3 106:10 106:18 108:7 110:1 111:23 112:16 113:6 114:4,11,24 115:12,22 116:3,9 117:3 119:13,24 120:7,23 121:15 122:6 122:13 123:1 123:22 125:10 126:15 127:22 128:6 131:6

132:15 133:1,8 134:7 140:12 140:18 141:2 141:16,21 143:8 144:21 145:24 146:8 146:23 147:19 149:18 152:10 153:1,6 156:22 158:15 159:19 160:18 161:6 161:14,22 163:10,23 164:11,18 165:13 166:21 167:7,19 168:4 168:13 171:6 171:22 173:4 173:12,20 174:7,17 175:2 175:11

**objection** 71:24 89:4 101:18 107:24 111:3 167:1

**objections** 5:19 73:4 90:1 123:9

**obtain** 179:7

**obviously** 48:16

**occasioning** 65:22

**occasions** 71:20

**occur** 10:14

**occurred** 133:5

**occurring** 156:11

**october** 78:14 118:6 129:12 129:17 139:1

**offer** 66:3 115:5 175:19

**offered** 12:13 12:14 39:3 138:21 139:3 146:20

**office** 4:4 8:22 11:16 16:18 28:7 30:20 31:16 33:16,17 33:22,22 41:16 41:16 43:5 46:1 46:2,5,6 48:10 52:5,6,9,18,19 54:2 56:13 62:13 74:15 82:8 111:10 113:2 116:5,13 117:20,23 138:16 142:5,6 173:23

**officer** 25:12 51:12 56:5,18

**officers** 51:15

**offices** 27:23

**official** 68:16 69:9 99:10

**offset** 12:11,13 115:11,17,21 127:21 175:10
**oftentimes** 79:16
**ogc** 8:22 17:12
**oh** 18:17 28:19 38:9 39:19 44:10 47:5 48:21 58:7 91:17 120:2,20 124:12 130:11 133:16 143:20 144:5,8,11,14 149:4 151:5 153:23 169:18 170:2,9
**okay** 14:15 15:21 18:5,12 18:20 21:12 22:23 23:2 25:21 27:13 31:11 33:7 37:22 38:10 39:11 40:16 41:14 44:11 47:9,16,20 48:24 51:21 53:8,17 54:8,11 54:12 67:16,23 69:2,3,5,22 73:21 74:4,23 75:10 77:19,22 79:15 80:2,9

81:20 82:23 85:7,19 86:10 87:21 91:7,23 92:7,9,15,18 94:13 95:10,18 96:22 98:3,8,11 98:19,20 104:15 105:5 106:12,19 107:6 108:1 111:6,14 119:17 121:12 124:4,13 126:7 129:22 130:4 130:23 131:23 132:11 133:10 135:2,5,7 136:6 137:6 138:11 141:12 143:4 143:20 144:9,9 144:11,15 146:16 147:12 147:14,21 148:8,21,24 149:3,21,24 151:7,24 152:2 152:16 153:10 154:6,22,24 155:13 156:9 157:12 159:1 159:23 161:1 161:18 162:11 164:2,5 165:4,9 165:17,17,20

165:21 166:23 168:24 170:5 170:13,16 171:13,18,24 172:17 173:15 175:4,14,15,23 176:5,12 177:2 177:13,16
**older** 24:3
**once** 17:18 95:12
**oncologist** 36:20
**oncology** 35:4 36:19,21 37:10 37:11,11 38:13 38:15 46:7 69:17 93:16,19 94:3,16 96:11 97:5,7,10 110:19 157:15
**ones** 69:9
**ooh** 169:22
**open** 18:14,15 18:16 165:1
**operating** 34:13 45:1 46:3
**operation** 32:3
**operations** 26:5 31:19,20,21 51:8
**opinion** 73:7 75:7 127:19 128:1 146:3

161:17 164:13 164:14 168:15 171:2,3,19 175:9,14,16
**opinions** 14:6
**opposed** 114:9 122:9
**opposite** 95:10
**optum** 81:14
**oracle** 32:5,7,9 32:10,20 41:21 84:10,12,14,18 84:19 85:1
**orange** 62:21
**order** 9:22 40:19 49:7 53:2 59:14 86:7 115:21 125:14 132:13 145:2 163:18 165:23 166:3 176:20 176:24 177:3 177:18 178:7
**ordered** 165:22 166:4
**ordering** 176:19
**orders** 176:10 177:9,22
**organization** 27:3
**organized** 93:12

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 211 of 229

| | | | |
|---|---|---|---|
| **original** 115:18 179:5,8 | **overhead** 34:14 34:21 35:17 44:23 101:10 111:9,10 | **paid** 38:5 81:16 142:7 | **parts** 50:5 |
| **orthopedic** 36:24 37:2 | | **pain** 166:11,16 167:5 | **party** 15:1 118:12,15 |
| **orthopedics** 35:4 36:20 46:8 93:17 | **oversaw** 30:8 | **pains** 180:7 | **passed** 13:8 |
| | **oversee** 34:3 43:16 | **paper** 77:17 | **past** 162:3 174:2,5 |
| **outcome** 178:17 | **overseen** 33:23 | **paragraph** 68:12,21 69:6,6 69:14 122:19 123:15,21 | **patience** 172:14 |
| **outcomes** 62:14 | **oversees** 138:16 | | **patient** 38:22 41:23 42:20 59:2 62:13 65:22 66:14 68:1,5,9 73:9 75:19,21 76:2,3 76:4,6,7,7 86:10 87:2,2 98:24 122:18 123:5 138:14 153:15 155:11 155:22 156:6 159:4,11,12 161:13 163:15 166:7 167:6 |
| **outer** 104:11 | **oversight** 31:24 42:22 55:3 62:19 | **paralegal** 117:19 | |
| **outpatient** 26:23 27:6 35:19,20 36:1 38:15 45:9 61:19 69:7,15 69:21 70:2 76:17 84:5,6 85:12,14,21,21 86:6 99:9 103:22 112:10 123:20 129:3 137:16 138:6 139:11,11,22 140:3 147:14 153:13 162:13 164:4 | **own** 13:17 19:13 57:6,21 61:15 84:24 109:23 | **parentheses** 119:5 | |
| | **owned** 44:16 | **parkinson's** 58:5 159:6,8,10 | |
| | **p** | **part** 16:11 31:6 63:5 89:8 121:12,12 141:7 152:18 | |
| | **p** 126:20 127:14 | | |
| | **p.a.** 2:12 | **participating** 9:11 | |
| | **p.m.** 98:16 130:12,16,19 172:8,11 176:7 177:24 | **particular** 38:20 60:9,18 63:8 73:9 92:5 94:20 97:18,24 126:2 141:11 153:17 | **patients** 13:20 13:21 34:15 64:10,17 67:7 74:20 93:24 95:6,19 96:18 97:14 103:21 123:17 137:18 155:21 156:3 157:4,5 174:13 |
| **output** 41:6 | **pact** 12:9,23,24 62:22 63:6 | | |
| **outputs** 99:11 102:19 103:5 | **page** 5:2,12,14 6:2,14 7:2 62:9 62:10 64:8 65:4 65:6 179:6 180:9 | **particularly** 72:16 | |
| **outside** 43:22 102:12 | | **parties** 10:12 10:15 178:14 178:16 | **pause** 92:21 |
| **overall** 105:23 | **pages** 5:17,23 6:4,12 | | **pay** 97:11 142:8 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 212 of 229

**payment** 115:20
**payments** 81:15
**payout** 12:14 115:19
**pays** 141:24 173:11
**peace** 24:10
**pelvis** 166:3
**penalties** 180:7
**pending** 12:5
**people** 43:6 94:22 104:21
**percent** 35:3 77:23 146:10 173:24 174:18
**perfect** 98:20
**perform** 40:19 59:13
**performed** 125:14 166:4
**period** 91:10 129:13,20 138:22 150:17
**periods** 150:11
**perjury** 180:7
**person** 105:1 106:8 119:3,4 146:20
**personally** 13:11 63:11 104:19

**perspective** 103:5 113:12 142:10
**pertinent** 166:6 167:6
**pharmacist** 146:3
**pharmacy** 61:20 145:5
**phlebotomist** 146:4
**physical** 145:1 146:14
**physician** 73:20 146:13
**piece** 85:14,15 155:7,24
**pieces** 62:2
**pillars** 55:10,23
**pit** 62:22
**place** 15:17 58:20,20 59:1 69:11 94:15 102:3,7 153:16
**plaintiff** 2:2 9:1 22:6 95:14 97:21 107:10 132:4 133:11 133:23 136:23 158:3
**plaintiff's** 133:14
**plaintiffs** 5:15 8:17 14:7 20:7

20:12 21:1 22:13 58:1 61:22 62:1,4 80:17,20 83:21 96:23 101:4 102:20,22 105:22 109:24 132:14 134:6 135:19 149:14 171:21 172:20 174:3,6
**plaintiffs'** 5:20
**play** 13:15
**please** 8:15 9:16 10:19 13:18 18:17 21:4 26:3 29:15 30:7 43:12 58:23 67:22 72:24 89:14,20 103:8 109:14 112:4 113:13 126:8 129:15 134:14 136:5 154:13 179:8 179:11
**plus** 77:8 138:10
**pm** 146:13
**podiatry** 72:4
**point** 25:8 39:7 40:15 47:15,15 65:4 66:22 78:2 83:2,9 95:3

136:16 141:19
**pointers** 42:12 76:13 86:13 91:16
**poor** 29:12
**popup** 120:21
**position** 31:4 65:1,3 68:2 70:20 71:4,21 72:9,17 73:15 73:24 146:4 162:18
**positions** 71:15 72:12 97:11 160:4 161:3
**possibility** 168:10
**possible** 49:7 97:6
**potentially** 37:1 37:16 95:5 138:18 141:9 157:2
**practice** 60:23
**practices** 55:5 114:2 115:8
**practitioner** 37:1 41:22 42:17 73:7,13 97:8,15
**pre** 18:24
**preexisting** 123:16

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 213 of 229

**premarked** 18:9 21:18 23:3 47:23 48:1 49:6 109:5 117:13 124:10 137:9 169:1

**preparation** 19:15 20:17

**prepare** 17:6 20:5,20 23:20 65:6 170:17

**preparing** 21:7

**prescribed** 178:7

**prescription** 145:22

**present** 4:18 17:11 68:6

**presented** 20:6 50:9 68:15 99:8 106:5 127:18 170:1

**presents** 75:20

**press** 48:21

**pretty** 140:4

**previously** 32:13 59:4 109:3 117:12 120:12 124:8 137:7 140:10 158:13 168:21 169:14

**primarily** 167:4

**primary** 20:8 51:14 65:1 66:2 66:6,16,19 67:11,17,24 68:2,9 69:17 70:11 76:11 78:19 84:8 92:1 105:18,19 107:3,4 126:21 126:23 127:4,7 128:22,24 129:2 133:4 143:12 145:10 148:2,10,16,19 149:13 152:6 160:3 162:18 163:3,4,5,7,15 163:18 164:9 164:16 167:10 168:1,10

**principal** 65:17 65:18 68:14 69:23 70:3

**principles** 173:10

**prior** 14:18 15:23 31:4 60:13,21,23 61:11,22 69:10 120:8 133:12 141:3 145:16 163:24 168:2 174:8,11

**probably** 47:13

**problem** 20:3 29:10 48:14 49:2 70:6 131:10 170:2

**proceed** 47:10

**proceeding** 10:16

**proceedings** 9:9 178:12

**process** 54:10 75:12 78:5 81:19 82:23 102:17 103:15 106:1 107:18 107:22 108:23 114:3,9 117:10 126:12 132:18 139:14 149:12 160:24

**processes** 31:5 78:17 81:14 92:19

**processing** 25:4 26:4 28:1 84:23 87:13 88:13 93:10 99:23 124:3 150:9,13

**produce** 22:2 27:14 100:19 107:21 108:6 125:21 128:3 131:18,21 136:17 152:12

**produced** 5:13 21:21 22:8,13 22:16 23:9 27:3 61:21 77:13 100:15,15,17 102:19 125:5 128:2,9,12 131:3,13,14,22 132:4,13 137:21 151:13 151:20,23 152:23,23 159:18 178:11

**produces** 34:3

**producing** 20:14 150:24

**product** 37:9 38:18 39:2 83:19 107:18 112:10 123:5 141:11

**production** 5:21 9:20 33:9 125:1

**products** 40:7 122:20,21 123:4,7

**professional** 1:24 69:16 73:6 73:11 142:17

**program** 22:6 27:9 30:19,24 31:16 43:5 44:6 44:13 52:18

Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 214 of 229

61:10,14 77:10 81:24

**programming** 45:14

**programs** 45:14

**project** 16:15 16:21 30:18 32:2

**projections** 34:9

**projects** 30:24

**properly** 164:15

**prosthetic** 32:18 146:17 146:19

**prosthetics** 32:19

**provide** 16:10 35:8 38:20 52:17 54:4 55:2 113:17 127:14 127:16 145:3 174:10

**provided** 13:24 14:7,17 20:11 20:11 21:1 22:1 39:14 58:2,3 62:12 63:12 67:6,15 70:9 71:3 85:8 89:8 91:20 100:18 100:24 104:1,7

106:19 107:16 109:16 112:7 112:20 113:3 115:21 117:1,6 118:11 119:19 119:20 123:17 124:23 125:2 128:7,10 132:20 133:17 133:18 138:15 154:2 171:4,10 178:6

**provider** 59:2 68:20 69:12 73:20 76:4,18 77:13 78:3,18 79:1 80:4,5 82:24 83:3 90:18,22 97:12 145:1 167:9,11

**providers** 76:21 78:8 81:15 114:21 168:12

**provides** 56:13 99:22 101:13 138:13 140:17 140:19,22 141:6

**providing** 27:5 55:15 150:24

**psychiatric** 113:22

**public** 12:11 100:12 102:9

103:2 178:9 179:16

**publish** 27:1 102:5

**pull** 16:9 23:24 26:10 32:18 51:22 63:3 67:3 74:4 78:7,22 82:5,6,18 83:12 83:13 84:17,19 90:7 91:9,18,19 108:11 110:7 125:14,18,20 126:4 131:24 133:21 134:3 136:18 145:20 162:11 163:18 168:20,23

**pulled** 13:20 14:8 15:18,24 16:7,12 26:14 67:5 71:14 72:11 73:22 80:16 83:20,21 83:23 84:11,13 86:4 87:9,11 91:13,21 92:1 93:2,6,9 94:8 109:23 120:4 125:9 127:10 132:6 134:9 137:3 142:23 149:24 150:2,7 160:15 168:3,7

175:16

**pulling** 90:21 92:23 94:14 133:12 144:17 152:6

**pulls** 84:24

**purpose** 22:17 22:20 52:11,17 87:17 137:19 175:15

**purposes** 14:18 23:21 86:21,23 88:24 105:13 112:12 113:5 143:7 173:2 175:10

**pursuant** 9:21

**put** 10:8 18:13 18:15 22:24 47:22,24 54:22 70:10 81:3 105:6 109:2,7 113:16 117:15 124:7,13,16 137:11 151:8 151:20 164:22

**q**

**qualified** 73:23

**quality** 25:23 97:2 157:8

**quantified** 154:7

**quantifies** 169:13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 215 of 229

**quantify** 132:13 142:10

**quantifying** 114:7

**quantity** 143:11

**queries** 107:21

**query** 23:24 104:17 107:8 107:19,19 108:4 125:14 143:14,17,18 152:19,22

**question** 11:24 21:4 22:18,21 39:15,22,24 40:11 49:16,22 67:20 72:21,24 73:2,20 84:21 89:13,16,23 90:3 91:17 104:8,24 105:2 105:5,9 106:9 106:16 108:18 110:10 171:11

**questions** 72:10 106:6 175:21 176:2 177:15

**quit** 29:2

**quite** 74:11 80:4 140:4

**quote** 12:13 64:24 65:20,23 69:10 81:3,5

115:17 139:4

**quoted** 118:19

**r**

**racine** 2:15

**radiating** 166:11 167:5

**radiology** 112:8

**raise** 9:16

**raleigh** 3:8

**range** 154:3

**ranges** 19:2 129:15

**rates** 173:19,23 174:23

**raw** 131:13,16 131:16,19,21 131:24 132:3,7 136:17 137:3 137:18,21 161:2

**ray** 146:6,12

**rays** 122:22

**rdr** 1:23 9:6 178:2,21

**reach** 177:20

**reached** 63:4 103:11

**read** 12:16 39:24 55:2 65:11 66:7 68:12 69:14 73:2 89:16 121:22 125:4 126:19,20

127:8 136:2,3,4 136:5 147:22

**reading** 111:12 179:10

**really** 77:23 97:20,22 111:14 137:5 143:4

**reason** 11:12 66:16 67:17,24 70:7 71:5 91:24 113:16 164:16 179:12

**reasons** 66:15 88:6,19

**recall** 17:15 49:17 50:23 125:2

**received** 141:19 141:20

**recent** 62:22

**recently** 10:7

**recess** 130:13

**recognize** 19:5 19:9,11 23:6 48:5 109:12 120:19 121:1,2 124:19 137:13 169:4

**record** 8:7 10:8 10:16,20 24:7 32:2,5 39:1 42:6 48:15 49:12 54:13,17

61:18 68:9 70:8 78:9,11,24 83:18 98:9,12 98:16 126:19 129:5 130:6,9 130:12,19 148:9 150:20 151:12,19 172:8,11 173:16 176:8 178:11

**recorded** 178:5

**recording** 76:19

**records** 22:12 26:13,13 33:10 38:5 67:1 69:8 78:12 99:24 117:24 144:18 145:21,22 160:20 161:12

**recover** 119:2

**recovered** 141:15,17,24 142:13

**recoveries** 142:1

**recovery** 116:16 119:2

**recurrence** 167:15

**refer** 12:1

**referenced** 23:20 38:4

165:2
**referral** 145:3
**referring** 19:19 57:22
**reflect** 148:9 151:12 164:9 171:9
**regard** 20:24 61:8 175:6,17
**regarding** 14:7 15:17,23 73:14
**regardless** 97:2 158:3 169:13
**region** 30:4,5 30:13 37:11
**regional** 27:23 28:7 111:9 138:16
**regions** 56:21
**registered** 1:24
**rehabilitation** 146:15
**reimbursement** 118:11,14
**relate** 74:24 75:4 77:24 90:24
**related** 13:22 40:9 53:13 57:24 59:6 60:4 64:20,21 67:8 68:24 69:5 71:23 72:7,18 74:1,1 75:6,7,8

87:16 90:19 107:11 113:20 126:4 135:23 147:16 159:3 159:10,12 161:5 163:21 167:4 173:19 178:13
**relates** 1:6 13:20 31:22 58:1 96:15 138:14 161:23 166:24 180:4
**relation** 74:6 96:7
**relative** 87:1 99:22 178:15
**release** 148:18
**relevant** 23:21 88:4,6 90:8 152:6 171:4,20
**reliability** 78:16
**reliance** 132:20
**relied** 174:24
**relies** 123:16
**rely** 73:19 86:20,20 174:16
**remaining** 64:17
**remember** 20:4 20:14 23:11 50:1 58:5 98:6

132:2 165:8 171:7
**remind** 52:4
**remission** 63:17,24
**remote** 1:11 10:9 18:2
**remotely** 2:1 3:1 4:1,18 9:10 9:13
**rendered** 64:10 74:20
**repeat** 29:13 32:9 39:15,22 49:22 72:21 84:15 174:4
**repeating** 72:24
**replica** 171:15
**report** 32:4 82:7,9 89:9 105:13,14
**reported** 1:23 30:10
**reporter** 1:24 9:3,7 29:16 35:24 39:21 40:1 72:23 73:3 89:12,17 178:1
**reporting** 9:13 16:8 28:2 30:13 31:16 68:16 79:7 80:2 86:21 86:23 88:24

**reports** 14:17 55:3,15 125:21 132:21 137:22
**repository** 27:18 83:4
**represent** 18:23 139:17,19 147:21 159:7 165:17 166:1 166:24
**representative** 31:3
**representing** 2:2 3:2 139:4
**represents** 128:19
**reproduce** 147:9
**reproduced** 140:16
**request** 5:21 14:18 16:16 49:19 59:16 73:8 83:23 85:8 91:13 107:16 109:16 117:9 117:23 119:15 127:12 133:19 136:20 137:1 161:24
**requested** 91:19 108:5 119:21 128:8 128:10 142:24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 217 of 229

**requesting** 117:24

**requests** 6:20 87:2

**require** 156:7

**required** 73:10 146:11 147:2 166:15

**requires** 55:8

**research** 121:2 121:6,6,11 123:13

**reside** 41:4,14

**resigned** 15:13

**resource** 96:3 108:13

**resources** 53:2 96:17 97:23

**response** 21:14 91:6 118:5

**responses** 5:19

**responsibilities** 43:16

**responsibility** 56:19 62:24

**responsible** 25:3,23 26:5 30:11,23 31:21 31:23,24 33:9 42:22 55:15 62:19 65:21 67:19 70:8,12

**restate** 21:4

**result** 21:21 72:6

**results** 143:11

**retire** 15:14

**retired** 15:13 56:2

**retroactive** 140:16

**retroactively** 173:3

**return** 179:17

**revenue** 33:16 33:17,22 52:5,6 52:10 77:24 116:6,14 142:6 173:23

**review** 22:12 22:15 50:9 100:9 162:11 168:23 170:21

**reviewed** 14:5 17:8,21 19:14 19:16,18,23 20:5,24 21:7 24:9 169:8 170:19

**reword** 67:21 67:22

**rich** 117:18,24 118:5

**right** 9:17 11:24 12:21 18:7 19:13 21:16 24:8

28:23 31:11 32:21 44:3,7 47:3,22 49:5 51:6 54:16 55:18 57:19 65:10,18 69:14 69:18 71:1 77:12 78:15 82:5 83:7,13 92:21 93:21 95:1 97:12 98:22 99:5 100:4 102:8 104:12 105:1 106:15 110:12 112:2 117:22 119:17 121:20 124:5 129:4 130:22 136:16 137:17 138:11 141:5 143:16 143:20 147:4 149:12 155:21 160:6 161:18 163:19 169:11 169:24 170:10 172:5,7 175:20

**riley** 1:23 9:4,6 9:24 178:2,21

**robert** 136:8

**robust** 86:24

**role** 12:24 13:14 25:1 30:7 30:8,16,22,23

31:12 33:3 43:11 51:3,6,11 56:6,8 73:21 74:13 100:9 168:7

**roles** 101:15

**roll** 108:11

**rolled** 105:10 105:12,13,16 106:7,13,19,24 107:2,7,9,10,12 107:17

**rolling** 106:1 107:18

**rollup** 128:8

**ronald** 134:19 135:10

**room** 11:19

**rothchild** 136:6

**roughs** 176:21 177:1

**row** 145:11

**rowan** 94:1,19 95:11 156:16

**rs** 146:13

**rules** 163:13 164:6

**run** 97:8,10

**runs** 37:2

**rush** 176:21

**résumé** 6:3 29:24 32:22 51:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 218 of 229

| s |
|---|

**s** 5:11 6:1 7:1 28:11 29:18 126:24 127:15

**salaries** 34:14

**salisbury** 2:6 93:21,22 94:20 156:17

**satisfactory** 178:6

**saw** 95:6

**saying** 36:4 53:22 66:17 79:9 82:15 84:13 114:20 115:1 159:23

**says** 25:22 27:3 51:14 56:1 64:9 65:12 70:5,17 106:19 111:8 118:9 119:6 120:22 122:20 126:20,22,24 127:2,4,6 129:6 134:13 135:19 139:21 140:3 146:17 166:11 166:15 170:11

**scan** 166:4 167:12

**scenario** 66:4

**scheduled** 76:3

**scope** 54:3,4 77:21 117:7

167:23 175:4 175:19

**screen** 18:12,17 18:19,21 23:1,5 47:24 48:3 49:11 54:23 57:22 64:8 81:1 105:6,8 109:7 109:11 117:15 117:17,23 118:2 120:16 120:18 124:7 124:16,18 126:18 128:5 131:11 135:4 137:11,12 165:1,3 168:23 169:3

**screens** 11:23

**scroll** 23:14 62:10 118:4 138:1,12 144:23 145:11 154:12 166:6

**scrolling** 23:15 62:11 166:8

**search** 143:19 143:24

**searches** 119:19

**second** 65:2 123:15 128:15 135:2 154:20

**secondary** 20:9 68:14 70:20 71:4,14,15,21 72:12,17 73:15 73:24 76:12 78:19 92:4 105:18,20 107:4,5 126:24 127:3,5,7 128:13,15,20 133:4 143:12 148:10,11,19 149:13 160:3 161:3 168:11

**secretaries** 156:11,19

**secretary** 155:6 156:2

**section** 3:5

**sections** 31:16 55:16

**security** 46:13 62:6 64:14 82:18 84:1 87:23 101:10 107:3

**see** 18:4,5,8,8 18:20 23:18 49:3 51:5 56:23 75:16 86:4 89:13 108:22 118:2,6,17 119:8 122:19 122:19 133:3

133:22 134:1 135:4 138:1 142:16,17 143:1 144:10 144:23 145:14 145:19 153:24 155:21 160:6,8 160:13 161:2 162:14,23 165:4 166:9,13 169:10 171:2 172:5

**seeing** 20:1

**seeking** 166:1

**seems** 67:15

**seen** 21:14,15 97:14 137:19 163:8,15 174:19 177:9

**sees** 76:4

**select** 148:2

**selected** 60:10 63:9

**send** 48:21 179:8

**sense** 35:14 150:17 152:7

**sensory** 146:17

**sent** 48:9 57:14 132:9 179:6

**sentence** 55:1,7 64:13 70:16 74:17 81:3 121:23 123:11

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 219 of 229

separate 36:14 82:8

september 1:14 8:9 93:24 95:12 139:1 178:4,20 179:2

serve 77:9

service 27:23 29:19 56:4 68:18 69:15 87:3 93:16 112:17,20 113:3 138:20 139:3

services 12:12 12:14 20:11 62:13 65:12 66:22 67:18 69:7,17 70:8,10 81:24 111:10 142:8,17 146:15,18

session 8:2 130:15

set 18:18 98:19

setting 66:13 160:19 175:1

settlement 12:12

several 23:11 63:22

share 18:12,17 23:1 109:10 120:11,16

137:6 165:15

shared 18:19 23:5 48:3 105:8 109:11 117:17 120:18 124:18 131:11 137:12 165:3 169:3

sharing 54:22

sheet 153:12,13 154:7 179:6,12 179:16

sheets 179:14

short 54:8,15 98:14 172:9

shorthand 9:7

shortly 45:22 172:6

show 17:22 117:11 131:8 132:4 137:4 164:21

showed 143:15

showing 131:12 153:13 167:8

shown 70:7

shows 96:7 158:19

sic 53:3 58:6

sign 179:16

signature 178:20 179:5,7

signed 179:7

significance 113:12

similar 14:17

simple 140:6

single 35:15 45:10 148:19 157:4

sir 10:4 15:14 17:7 18:21 19:24 28:10 105:15 111:4 129:21 135:8

sit 45:11 103:9

site 25:22

sites 27:7 32:15 32:19 35:21

sitting 140:8

situations 32:17

six 6:4 18:24 127:11

skills 104:17 105:11

slide 137:17

slower 134:21

smaller 156:20 157:4

smart 143:13

smith 2:12

snapshot 39:6 94:6,13

snapshots 40:18

social 24:21 62:5 64:14 84:1 87:23 107:2

socials 172:20

software 23:16 25:24 38:4 44:6 44:12,14 115:6 140:24

softwares 23:19

solis 4:4 8:21 17:12

solution 32:18

somebody 72:4 74:14 95:21

sorry 13:10 14:11 28:19,21 29:1,2 38:9 44:8 48:13 53:5 58:12 69:2 74:10 89:10,18 111:4 112:19 120:2,20 126:8 130:10,11 143:21 147:6 149:20 153:3 153:23 160:10 162:17

sort 162:12

sorting 147:13

source 84:8 120:19 123:12 128:3,7,10 152:3 162:18 168:8

sources 82:17 82:17 143:12

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 220 of 229

southern 1:2 180:2

space 87:13 148:3

spaces 134:13

spacing 154:23

speak 13:19 43:15

speaking 29:4 175:23,24

specialist 117:19

speciality 86:2

specialty 61:20 84:7 86:7 99:10 109:20 113:13 113:14,17,19 113:24 158:19 159:2,7,24

specific 35:4,6 35:15 36:7 37:6 38:22 41:3 58:9 59:16 64:10 74:20 94:15 107:10 108:22 110:23,24 112:7 135:19 156:10 159:12 160:21 162:2

specifically 59:13 62:20 150:5

spell 35:23

spelling 28:9

spend 22:5

spent 22:5 156:6

spoke 17:8 26:11

sponsor 32:5

spot 65:18 163:3 164:10

spots 148:5

spread 34:13 34:21 101:11

spreadsheet 6:15,17 7:3 134:24 137:13 150:21

sql 23:23 104:17 105:11 107:19,21 108:4 125:14 152:12,18,22

ssn 85:13 103:20 106:13 125:24 126:2 133:19 134:13 134:15 135:12 135:15,16 138:14 153:14

staff 14:16 26:4 31:19,19 35:5 35:10 36:12,22 37:5 38:14 40:10 74:18 92:24 93:15

95:2,3,3,7,7,19 97:1 100:13 110:18 137:21 156:5 157:16 157:19 160:15

staff's 46:6

staffing 97:20 111:17 157:6

staffs 97:18

stagnant 150:8

stamp 6:6,11 6:15,17,20 7:3 49:12 64:8 109:8 124:14 129:6 131:1 164:24

stamped 168:22

stand 41:8 54:16 129:10

standard 8:10

standardize 31:5

standards 114:16,18

standing 176:20,24 177:3,9,18,22

stands 28:16 29:4,17 83:17 121:6

start 75:19 100:23 158:20 159:24

started 10:6 24:17,21 42:4,4

starts 60:16,19 65:7 68:12 129:12,17

state 10:10,19 86:20 93:20 176:10

stated 25:3

statement 101:8

states 1:1 3:2,3 3:14 4:2 8:13 8:19 10:9 27:4 69:22 119:7 123:15 180:1

states' 5:18

static 150:1

stating 118:20

station 138:15 138:17

status 87:3

statute 12:16 12:18

stay 67:8 68:10 85:18 113:21 122:23 153:18 153:20 155:12

stays 64:19 113:18 122:3 123:19 153:18

stenographer 9:5,8 14:11 28:9,12,21 29:1

29:7 39:23 49:3 49:8 73:1 89:15 176:9,13,16 177:2,8,13,16 177:21

**stenographic...** 178:5

**step** 56:14 75:16,16 83:8

**stephen** 134:19 135:13

**stipulate** 9:12

**stop** 66:18,21 109:20 112:4,5 112:7,11,21,22 113:24 139:5 143:5,6 163:3

**stopping** 47:14

**stops** 53:10

**storms** 165:23

**strata** 44:16

**street** 2:5 3:17

**string** 6:12

**structure** 93:14

**structured** 23:24 104:17 107:19

**studies** 121:9

**study** 65:21

**subject** 17:10 39:8 40:12 150:12

**submits** 118:10

**subpoena** 21:13 21:15,21

**subtract** 139:22 155:2

**subtracting** 154:8,9

**subtraction** 140:6

**sued** 118:22

**suffering** 133:24

**sum** 129:6 171:14

**summaries** 136:13 147:9

**summarize** 108:12 149:4,5 152:19

**summarized** 107:13 122:9 124:22 152:21 170:24

**summary** 128:12 129:1 131:14 133:7,9 133:12 134:18 136:18 137:22 140:13,15 149:14 152:13 152:24 160:16 163:14 170:11 175:7

**supervise** 31:20

**supervising** 31:18

**supervisor** 16:6 26:4 51:1

**supervisors** 31:21

**supplies** 35:9 36:22 40:9 46:24 110:17 155:10 157:22

**supply** 38:14 141:9 157:20

**support** 25:23 26:8 32:24 35:9 36:22 37:2,5 38:14,15 40:10 44:15 52:15,16 52:22,24 53:12 55:17 100:16 110:17 121:24 141:10

**supported** 128:4

**sure** 10:10 12:22 20:6 22:17 24:10 25:20 29:18 39:16,23 44:3 49:9 58:19 64:6 65:11 67:14 72:21,23 73:1,8 74:12 77:23 80:4 83:1 89:15 106:17 110:10

122:7 127:12 129:24 130:8 131:3,10,17 132:7,8 137:4 138:4 146:10 146:12 147:2 148:3,4 149:13 149:15 153:14 154:19 155:14 155:16 160:20 169:15 173:24 174:10,18 175:5,5

**surface** 68:17

**surgical** 93:17

**surprise** 63:22 64:4

**suspect** 132:8

**swear** 9:4

**sworn** 9:21 178:9

**system** 24:3,14 25:4,7,15,23 26:8,11,12,14 27:4,16 28:8 31:22 34:2 37:10 38:17,24 41:8,20 44:16 46:5 52:16 65:8 66:12 76:22 81:6,9 83:3,13 83:15,18,22 84:9,10,22,24 85:1 99:11,24

100:1,14
114:12,13,23
121:21,23,24
122:1 140:21
140:21 173:16
**systems** 29:22
31:7 37:11,12
38:2,3,17 61:15
92:13 103:16
114:10 115:1,3
115:4 172:16

**t**

**t** 5:11 6:1 7:1
127:2,15
**tab** 129:5
137:17 138:6
153:10 169:10
169:12,24
170:2,3,4,10,21
**table** 133:7
**take** 15:17 17:5
38:12,13 47:8
47:13,18 48:19
54:8 58:20
65:10 69:11
93:18 94:1,6
99:5 102:3,7
139:21 147:4
155:1 172:1
**taken** 54:15
98:14 137:21
172:9
**takes** 18:15

**talk** 22:23
28:24 29:22
54:9 55:1 57:19
99:6 103:15
**talked** 16:3
75:14 76:10
90:6 99:7
103:16 109:17
140:9,24
142:15 172:15
173:7
**talking** 55:13
85:3,6,7 92:7
92:11 98:23
150:5 157:14
170:6
**tamara** 17:2
50:13 104:16
104:22 125:16
**task** 57:19
**team** 16:12,20
20:21,24 21:7
23:23 42:21,23
58:2,2 62:14,17
62:24 63:12,13
64:12 71:19
104:2 106:4
108:1,2 125:12
125:13 127:13
128:12 133:11
134:4 136:14
149:15 152:3,9
160:21 168:2
170:18,24

**tech** 37:3
**technical** 99:18
100:3,11,19
101:3,17
102:11,17
104:9 105:10
111:1 159:22
**tell** 12:4 15:4,7
16:2,20 17:11
19:13 25:5 26:2
29:12,16 30:22
31:11 43:11
44:7 46:21
48:12 50:5,22
52:11 55:7
59:20 64:12
77:16 86:10
87:9 92:23 93:1
99:21 101:4,5,9
103:9 104:21
106:21 107:7
108:9,10
112:13 113:11
113:11 116:19
129:14,23
134:14 135:1
142:9 144:17
154:3 155:13
155:15 163:6
167:13 177:21
**telling** 17:10
29:21 48:18
49:15

**ten** 88:1
**term** 121:5
122:4
**terminology**
67:14
**terms** 31:1
34:19 84:21
91:18 131:18
131:20,20
146:10 168:5
170:7
**terry** 134:20
135:16
**testified** 9:22
51:21 71:13
80:3 82:20
84:11 92:22
116:18 119:17
142:21 161:19
168:1 171:18
**testify** 90:17
**testifying** 11:13
**testimony** 11:9
22:7 27:19
34:22 67:10
114:22 120:8
139:15 141:3
150:14 163:16
163:24 174:8
175:8 180:7
**text** 10:14
119:5 121:22
**thank** 9:24 10:5
12:8 13:5 23:13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 223 of 229

28:12,20 29:20
34:1 44:11
48:18 49:1,10
49:11 54:12,20
60:2 92:10
98:17 101:22
110:3 121:18
124:4 128:21
135:17 136:5
144:13 157:1
164:2 168:18
176:3,13
177:16
**thankfully** 75:13
**thanks** 67:23 172:16
**theoretically** 147:8
**therapy** 145:1
**thereto** 178:16
**things** 31:13 46:22 85:4 92:22
**think** 44:16 46:21 55:6 61:4 66:17 80:3 82:20 84:12 85:3 89:11 92:21 95:23 96:2 97:6 98:3 98:3,18 104:8 107:1 109:21 111:8 116:18

119:17 127:16
131:2 142:21
143:12,13
154:23 165:11
165:15 167:24
168:15 169:22
170:6,8,10
171:18 175:20
176:4,21
**third** 3:7 118:12 119:4 169:24 170:2,3
**thomson** 1:23 178:2,21
**thought** 84:11
**thousand** 77:8
**thousands** 77:1 77:7
**three** 6:12 17:14 27:22,24 28:4 31:20 50:8 50:11 55:10,23 64:16 91:5 104:15 105:17 106:3,4,8,20,22 106:24 139:4,7 150:10
**time** 8:10,10 16:19 25:18,21 29:13,17 39:7 40:15 41:1 45:4 46:23,23 51:1 54:14,17 59:21 60:5,7,10 66:1

71:6 76:18
79:16 89:13
92:8 98:5,6,13
98:16 104:5
128:19 130:12
130:19 131:14
137:1 141:19
143:15 148:22
150:1,2 154:4
155:15 156:6,7
162:12 165:22
167:16 172:8
172:11 174:22
174:23 175:22
176:4,7
**timeline** 132:2 133:16
**times** 17:17 91:5 169:20
**tiny** 104:8
**title** 11:5 16:23 43:5
**titled** 5:13,15 5:18 6:9,13,19 153:11
**titles** 26:8
**today** 9:1,8 11:9,13 12:1 13:14,15 18:3 19:15 20:5 22:7 23:21 49:7 55:13 99:7 103:9 109:18 109:21 140:8

170:19,21
172:15 175:22
**today's** 8:9 9:9 17:6 176:7
**together** 26:24 31:4 63:3 107:5 125:18 135:6 136:3
**told** 52:3 131:3
**took** 58:20 59:1 64:17 85:20 94:15 98:24 103:20 104:3 105:16,21 125:24 126:5,9 152:23 153:16
**tool** 36:10 37:6 41:16 52:16,22 52:23,24 53:1 53:12,13,17,19 59:18
**top** 138:12 165:12
**tort** 118:20,20 119:4
**torts** 3:4
**total** 20:7,7 44:24 46:3,9 105:18,23,23 109:19,19,23 110:4,5,13,13 111:21,22 114:7,22 126:20,22,24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 224 of 229

127:2,4,6
139:11,11,22
140:3 149:5
153:20 154:9
154:10,15,16
154:17,17
155:1,3,4,18
170:11
**totally** 37:22
175:4
**totals** 128:4
**town** 156:21
**toxic** 13:22
62:20
**track** 13:20
107:12 134:10
171:21
**tracks** 126:5
**training** 31:23
**transcript**
176:10,17
178:10 179:10
179:13,17
**transfer** 159:7
**transferred**
159:5
**transitioning**
47:16
**treat** 41:23
**treated** 167:15
**treaters** 94:3
**treating** 61:19
84:7 86:2,7
99:10 109:20

113:13,14,16
113:19,24
157:21 158:19
159:2,6,24
164:8 167:4
**treatment** 68:8
85:24 94:7
155:11 159:10
174:12
**trickle** 111:7,20
**trickled** 46:2,7
**trickles** 44:23
45:8,9 53:20
**triwest** 81:14
**trt** 113:12
**true** 24:22
32:24 33:10,14
34:4,7,13 36:24
38:6,9 52:6
54:6,7 71:16
72:18 74:2
79:18 80:7
82:13,21,22
83:5 84:14
87:17 94:23
95:10 99:3,11
99:15,19 100:9
101:6,8,12,13
101:17 102:14
102:16,23
103:3 112:24
116:22,23
129:8 132:19
133:7,9 134:20

134:22 136:18
139:18 142:19
142:23 147:10
147:11 153:2
154:6 161:21
162:9,10
164:10 173:3,6
174:3,6,22
178:11 180:7
**truly** 110:16
**truthful** 11:10
**truthfully**
11:13
**try** 67:23
**trying** 61:9
84:17 87:15
90:9 147:6
149:13 150:20
171:12
**tukes** 136:9
**turn** 27:1 53:9
126:4
**turner** 3:16
8:20
**turning** 45:21
**twice** 28:18
**two** 62:2 81:11
85:3 92:12
97:11 99:8
103:16 104:10
104:21 106:23
106:23 140:5
155:12 157:5
162:16,21

165:18
**twofold** 83:24
**type** 12:11,12
20:4 35:7 80:18
94:8 133:6
142:1 143:19
143:24 144:2
144:11 159:15
**types** 45:22
101:5
**typically** 52:1
65:14 115:20
145:8 146:21
155:10 166:19

| u |
| --- |

**u** 143:17
**u.s.** 118:14,21
118:23 119:2
**u.s.c** 118:21
**uncle** 13:8
**unclear** 68:19
69:11
**under** 11:9 22:6
33:19,22 34:12
53:10 55:19
62:5 76:22
105:16 116:7
116:24 119:3
121:11,11
129:5 180:6
**underlying**
24:6 38:17
41:20 83:18
131:4

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 225 of 229

| | | | |
|---|---|---|---|
| **underneath** 45:11 | 163:16 164:5 | **use** 18:4 23:19 | **uses** 12:20 |
| **understand** 10:17 11:8 16:11 22:18 24:3 30:4 36:4 36:17 37:12,24 39:5 40:11,22 44:4 62:2 67:16 67:20,24 68:11 68:21 70:24 72:14 75:17 80:6 83:4 84:17 86:3,12 88:3,6 89:2 91:7 96:13 96:17 102:17 103:7 105:10 111:6,16 112:13 115:11 150:20 151:15 151:17 155:17 171:1,1 | **understood** 74:16 97:19 106:21 129:20 136:1 158:10 171:11 | 34:20,23 36:19 40:5 44:7,8 58:23 86:21 94:14 107:6 112:10 113:16 114:15,21 115:4 121:7 122:11 155:22 156:1 166:2 173:9,23 179:13 | 81:13 |
| | **unfortunately** 167:23 | | **using** 28:3 34:15 37:5 38:4 44:6,12,14 59:3 86:1 122:8,8 139:13 147:9 151:22 |
| | **unique** 114:2,6 114:9,23 | | |
| | **unit** 122:23 123:18 159:5,8 | | |
| | **united** 1:1 3:2,3 3:14 4:2 5:18 8:13,19 27:4 119:6 180:1 | **used** 12:13 19:10 23:23 24:2 26:9 36:18 44:22 46:8,24 52:19 53:1,18 53:18 56:16 57:13 58:8 59:3 59:5,19 64:18 66:23 69:23 74:18 84:5,6 85:11,15 92:5 99:23 102:17 108:11 110:19 113:1,7,15 123:12 126:3 131:19 136:17 139:2 143:6 145:17 152:12 162:2 163:18 163:21 164:4 172:22,24 173:19 | **usually** 130:10 |
| | | | **utilities** 34:14 46:10 101:10 |
| | | | **utilize** 82:14 |
| | **units** 122:22 157:20 | | **utilized** 22:3 90:15 123:18 |
| | **universe** 60:15 143:4 | | |
| **understanding** 27:19 30:2 61:16 62:18 63:4,7 65:11 68:5 70:2,15 76:8 80:7 81:21 88:18 90:3,9 96:19 115:15 115:16 128:24 132:12 133:6 136:22 139:20 146:5 157:12 | **unquote** 12:13 65:1 69:10 115:17 139:5 | | **v** |
| | **unrelated** 97:21 | | **v** 28:11 29:18 127:4,15 |
| | **unsure** 108:24 | | **va** 4:4 12:10 13:1 15:15 17:12 22:6 24:13,17 25:10 27:6,8,13 30:5 32:23 33:19 34:13 35:12,13 36:6 37:10,11 37:11 42:4 43:1 45:6,13,18 52:12 53:2,13 55:10,19,20,24 62:13 75:20 76:22 77:16 81:8 82:16 90:16 93:22 94:1,20 95:11 |
| | **update** 145:17 | | |
| | **updated** 23:10 69:13 101:2 | | |
| | **url** 120:22 | | |
| | **urology** 163:4 | | |
| | **usdoj.gov** 3:10 3:21,22 | | |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 226 of 229

95:21 97:9,9
100:13,14
110:23 114:6
116:2,5,8 118:9
118:13,13
119:11 121:7
121:10 122:2
123:13,16
137:19 141:20
145:16 156:10
156:15,16,20
173:11,17
174:15
**va's** 8:22 83:4
**validate** 63:13
125:20,22
**validation**
126:11
**validity** 25:24
78:16
**vanslyke** 8:24
**variability**
40:17
**variable** 40:16
95:1 97:7
110:23 155:9
156:5 157:13
157:18
**varies** 97:17
**vary** 155:10
158:11,13,13
**varying** 27:7
35:21

**vas** 93:20
**vast** 145:20
**vba** 55:11
**vendors** 115:5
**verbiage** 44:4
**verify** 102:13
126:13
**veritext** 8:8
177:7
**versa** 158:6,7
**version** 48:17
**versus** 8:13
70:1,3 101:6
**vested** 41:22
**veteran** 13:9
27:22 29:18
41:23 59:2 76:6
107:11 116:21
117:20 146:20
156:14
**veterans** 4:2,3
11:1,3 12:10
13:7 27:8,15
42:7 55:11,14
56:4 58:1,16
77:10 116:2,24
**vh** 100:13
**vha** 5:13 6:7,8
6:11,16,18 7:4
15:12 16:16
19:2,17,19
20:12 22:3
26:16 27:3
31:17 32:4

33:23 49:13
51:16,18 56:2
64:8 65:7,8
66:10 77:10
81:3,16 102:4
109:9 113:14
114:2,9,23
119:22 121:13
124:15 129:6
131:2 132:13
168:8,22
173:19
**vice** 158:6,7
**vidana** 136:8
**video** 8:11 9:10
**videographer**
4:19 8:6,8 9:3
54:13,16 98:12
98:15 130:11
130:18 172:7
172:10 176:6
**videotaped**
1:11
**vietnam** 13:9
62:21 87:4
**view** 10:14
171:8
**viewed** 74:4
**vigorous** 80:10
80:10
**visible** 102:21
102:22
**visit** 39:3 70:7
70:12 71:5,7,20

71:23 72:17
73:9,14 74:1
75:21 76:17,19
76:20 79:15,18
79:21 85:12
87:16 88:7,19
91:24,24 92:24
97:3,22 103:22
104:5 111:19
112:21 138:23
162:20,23
163:6,17,19
164:7,16 166:1
166:5 167:3,10
167:17
**visits** 69:17
89:3 122:23
123:20 126:2
161:5 162:13
162:16
**visn** 28:1,7 29:5
29:17,18 30:3,5
30:10 31:2,3
53:8 56:3,9,10
56:17,18,19,23
57:4,15 111:9
138:16
**visns** 27:22,24
28:5 31:2 53:19
56:9,20 57:1
**vista** 24:2,6
26:11 32:13,16
32:19 38:17,24
41:21 42:5

78:23 83:13,15
83:16,22 84:9
84:12,14,18,19
84:24

**w**

**w** 3:6 127:6,15
179:6
**wait** 130:10
**walk** 75:22
109:18,19
137:20
**walking** 151:18
**wallace** 2:3,4
5:4 8:16,17,23
9:24 10:2 18:19
23:5 28:13,19
28:23 29:1,2,6
29:10,11 39:21
47:11,16,20,21
48:3,4,14,18,24
49:2,5,10,14
54:19 58:13,14
72:23 89:10,20
89:22 98:8,17
98:20,21 105:8
109:11 117:17
117:23 120:18
124:18 130:9
130:20 131:11
137:12 150:22
151:2,5,8,16,21
152:1 153:5
165:3 169:3
171:24 172:5

172:12 175:24
176:11,16,18
179:8 180:24
**wallacegraha...**
2:8
**wallacegraha...**
118:8
**want** 10:8
17:22 22:23
29:23 37:24
38:1 39:15 44:7
57:19 65:10
75:16 81:2 83:7
89:13 99:5
109:18,18
111:20 117:11
130:5,6 138:3
147:17 151:12
151:18 152:20
155:16 164:21
165:24 172:1
172:14
**wanted** 44:8
49:9 55:1 90:7
111:15,18
136:2 161:18
162:11 172:18
175:7
**ward** 2:12 68:6
155:7 158:1,3
**wardandsmit...**
2:19,20
**warehouse**
23:23 26:17

27:17 60:21
90:16 103:21
134:16
**warning** 47:6
**washington**
3:18
**watch** 135:3
**watching** 148:5
**water** 1:5 8:12
178:4 179:3
180:3
**way** 64:21
121:20 126:18
143:11 144:20
147:7 148:21
149:1,10
167:23 169:17
169:22
**we've** 10:6
26:12 75:14
99:7 103:16
109:21 158:12
172:15 176:21
**website** 121:1
**week** 176:23
**went** 28:22
83:24 85:11,21
87:22 140:11
147:12 156:20
**whitney** 2:4
8:17 48:13
58:12 150:19
153:3 179:8
180:24

**wilmington**
2:16
**wise** 67:14
**witness** 9:4,14
28:11,18 98:19
149:20 172:3
176:5,12 178:5
179:1,10
180:21
**wondering**
39:20 143:10
**word** 12:20
28:3 39:12 40:5
44:7,8 58:23
59:6 74:18
76:10 94:14
107:6 122:11
**words** 13:17
19:14 26:8
57:21 58:8 59:3
105:11 109:23
**work** 24:13
35:17,18 36:12
46:1 54:3,4
56:14 69:12
77:21,24 78:4
80:8 94:5
116:12 117:7
129:11 142:5
142:18 145:9
**worked** 31:9
**worker** 24:21
**working** 16:21
30:15 43:20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 228 of 229

68:7 125:18
**workload** 37:8
38:16,24 39:7
40:14,24 41:1
41:19,20 42:9
42:16
**works** 18:5
47:19 75:22
172:4 175:5
**worries** 48:23
49:8
**write** 62:9
**writing** 118:7
**written** 51:1
**wrong** 116:19
144:5,6,18
**wrote** 44:8
**wwallace** 2:8
**www.herc.re...**
120:22

167:23 168:19
171:7 173:22
174:10 175:14
177:14
**year** 15:6 24:17
25:17 56:2
101:16,16
129:7,12,12,17
138:22,24
150:9,11
170:12,12
**yearly** 52:20
101:2,24 102:2
**years** 11:4
24:21 43:19
44:17 56:2,24
57:2 138:20,20
**yep** 18:4 92:10
138:8 175:14
177:15

**x**

**x** 5:1,11 6:1 7:1
122:22 146:6
146:12 148:12

**y**

**yeah** 12:19
15:10 22:22
24:4 41:13 75:5
77:2,6 134:23
143:22,23
144:3,7 146:14
149:2 152:15
154:21 158:21

**z**

**z** 166:20
**zoom** 1:13 18:4
18:18 28:17,22
29:2 147:7

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 870 Filed 05/12/26 Page 229 of 229