# EXHIBIT B

Redacted Version of D.E. 863-2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

No. 7:23-CV-897

IN RE:                                    :

CAMP LEJEUNE WATER LITIGATION :

                                          :

                                          :

This Document Relates To:        :

ALL CASES                                 :

          Remote deposition of KIMBERLY RIVAS taken in the above-entitled matter before Suzanne J. Stotz, a Certified Shorthand Reporter (Texas License No. 11942), Certified Realtime Reporter, Registered Professional Reporter, and Notary Public of the State of Texas, on Tuesday, August 26, 2025, commencing at 12:57 p.m. CDT.

A P P E A R A N C E S:

FOR THE PLAINTIFFS:
  (Via Videoconference)
  WALLACE & GRAHAM, P.A.
  BY:  WHITNEY WALLACE, ESQ.
  525 North Main Street
  Salisbury, North Carolina 28144
  (704) 633-5244
  wwallace@wallacegraham.com

  (Via Videoconference)
  WARD & SMITH, P.A.
  BY:  JENNA F. BUTLER, ESQ.
  127 Racine Drive
  Wilmington, North Carolina 28406
  (910) 794-4829
  JFB@wardandsmith.com

  (Via Videoconference)
  WARD & SMITH, P.A.
  BY:  A. CHARLES ELLIS, ESQ.
  120 West Fire Tower Road
  Winterville, North Carolina 28590
  (252) 215-4007
  ACE@wardandsmith.com

  (Via Videoconference)
  WEITZ & LUXENBERG, P.C.
  BY:  BEN VANSLYKE, ESQ.
  3011 West Grand Boulevard, 24th Floor
  Detroit, Michigan 48202
  (313) 800-4170
  bvanslyke@weitzlux.com

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 3 of 218

A P P E A R A N C E S (Continued):

FOR THE DEFENDANT:

    (Via Videoconference)

    UNITED STATES DEPARTMENT OF JUSTICE

    BY:  GIOVANNI ANTONUCCI, ESQ.

    BY:  MICHAEL W. CROMWELL, ESQ.

    BY:  DAVID ORTIZ, ESQ.

    BY:  JOSEPH TURNER, ESQ.

    1100 L Street NW

    Washington, DC 20009

    (202) 880-6104

    Giovanni.Antonucci@usdoj.gov

    Michael.W.Cromwell@usdoj.gov

    David.R.Ortiz@usdoj.gov

    Joseph.B.Turner@usdoj.gov

ALSO PRESENT:

    TANEA VERDICK, Associate General Counsel

        c/o TriWest Healthcare Alliance

        Corporation

    DAVID LANE, Videographer

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 4 of 218

I N D E X

EXAMINATION                    Page No.
KIMBERLY RIVAS
     BY MS. WALLACE                 8

E X H I B I T S

Exhibit            Description              Page No.

Exhibit 1      Plaintiffs' Notice of        17
               Deposition of Kimberly
               Rivas, TriWest
               Director of Claims
               Administration

Exhibit 2      United States'               17
               Objections and
               Responses to
               Plaintiffs' Notice of
               Deposition and
               subpoena of Ms.
               Kimberly Rivas

Exhibit 3      Cover letter, Bates          21
               labeled
               CLJA_TRIWEST_
               0000000002 through
               CLJA_TRIWEST_
               0000000004

Exhibit 13     Letter from the              64
               U.S. Department of
               Justice, dated
               July 16, 2026

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 5 of 218

I N D E X (Continued)

E X H I B I T S (Continued)

| Exhibit | Description | Page No. |
|---|---|---|
| Exhibit 4 | Excel file, Bates labeled CLJA_TRIWEST_ 0000000001 | 80 |
| Exhibit 5 | Excel file, Bates labeled CLJA_TRIWEST_ 0000000005 | 80 |
| Exhibit 10 | U.S. Department of Justice cover letter dated August 6, 2025 | 99 |
| Exhibit 11 | Excel file, Bates labeled CLJA_TRIWEST_ 0000000010 | 99 |
| Exhibit 12 | Excel file, Bates labeled CLJA_TRIWEST_ 0000000009 | 99 |
| Exhibit 6 | U.S. Department of Justice letter, dated June 9, 2025 | 112 |
| Exhibit 7 | Excel file, Bates labeled CLJA_TRIWEST_ 0000000006 | 112 |
| Exhibit 8 | Excel file, Bates labeled CLJA_TRIWEST_ 0000000007 | 112 |

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 6 of 218

I N D E X (Continued)

E X H I B I T S (Continued)

| Exhibit | Description | Page No. |
|---|---|---|
| Exhibit 9 | Excel file, Bates labeled CLJA_TRIWEST_ 0000000008 | 113 |
| Exhibit 14 | Expert Report of Tricia M. Yount, CPA, MAFF | 165 |

(Exhibits attached to transcript.)

THE VIDEOGRAPHER: We are now on the record. My name is David Lane, videographer for Golkow, a Veritext division. Today's date is August 26th, 2025, and the time on the record is 12:57 p.m. Central Time.

This remote video deposition is being held in the matter of Camp Lejeune Water Litigation. Our deponent today is Kimberly Rivas.

All parties to this deposition are appearing remotely and have agreed to the witness being sworn in remotely.

Due to the nature of remote reporting, please pause briefly before speaking to ensure all parties are heard completely.

Our counsel will be noted on the stenographic record.

The court reporter today is Suzanne Stotz and will now swear in the witness.

THE COURT REPORTER: Could you raise your hand, Ms. Rivas.

THE WITNESS: (Complied with request.)

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 8 of 218

K I M B E R L Y   R I V A S,
having first been duly sworn, was examined and
testified as follows:

EXAMINATION

BY MS. WALLACE:

Q.    Good afternoon, Ms. Rivas.

A.    Good afternoon.

Q.    My name is Whitney Wallace.  I'm
with Wallace & Graham, and I'll be asking you
some questions today on behalf of the
Plaintiffs' Leadership Group.

MS. WALLACE:  I wanted to first put
on the record that our CMO Number 3 states
that before remote deposition commences,
the parties agree that no communication
with the deponent by any means, including,
not limited to text messaging, will occur
outside the view of the other parties
while the deposition is preceding.

BY MS. WALLACE:

Q.    Do you understand that that cannot
occur today?

A.    Yeah.

Q.    Okay.  And I understand that you
have two -- you have counsel for the DOJ that

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 9 of 218

are present, and we're also joined by Tanea Verdick, associate general counsel for TriWest Healthcare.

Which attorney is representing you for the purposes of today's deposition?

A.    I don't know the answer to that.

Which attorney is representing me? I believe that's the DOJ.

Q.    All right.  Will you please state your name for the record.

A.    Kimberly Rivas.

Q.    Your date of birth, please?

A.    ███████████    1979.

Q.    Who is your current employer?

A.    TriWest Healthcare Alliance.

Q.    What is your job title at TriWest?

A.    Director of claims administration.

Q.    You've been sworn in under oath, and you understand that all of your -- your answers today must be truthful?

Do you need me to restate the question, or did you freeze on me?

A.    I think we froze.  I just heard all my answers have to be truthful.  Yes.

Q.    Okay.  Great.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 10 of 218

I am going to -- if -- if there are in I questions I ask you today that you do not understand, will you please ask me to repeat them; and I'll be happy to -- to do that?

A.    Yes.

Q.    If you need a break when I'm not taking them, please let me know.

A.    Okay.

Q.    And as the court reporter mentioned, because we're remote, there may be delays.  So let's try to make sure each of us finish our question, our answer before we move forward.

A.    Okay.

Q.    All right.  You are not an employee of the United States government, correct?

A.    No.

Q.    I'm sorry.  Can you say that answer again?

A.    Correct.  I am not an employee of the United States government.

Q.    Where are you currently located?

A.    In Lewisville, Texas.

Q.    Are you in a home?  A hotel?

A.    An apartment.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 11 of 218

Q.      Is there anyone else there with you?

A.      No.

Q.      Do you have any materials that you are -- that you have hard copy with you today?

A.      No.

Q.      Do you have access to data extractions that have been performed by TriWest avail- -- available to you today?

A.      They're in my email, but that is closed at this point.

Q.      All right.  Are you familiar with the Camp Lejeune litigation?

A.      Yes.

Q.      What do you know generally about it?

A.      I just know basic information, that there were military members that lived on Camp Lejeune between the '50s and '80s and may have con- -- contracted diseases due to the water and the -- their living conditions there.

Q.      Do you know anyone who has filed a Camp Lejeune claim?

A.      I do not.

Q.      And are you or your family members

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 12 of 218

veterans?

A. They are not.

Q. Are you aware of what your testimony and your role today plays in this litigation?

MR. ANTONUCCI: Objection. Foundation.

You can answer.

THE WITNESS: I'm aware that -- that I am going to --

THE VIDEOGRAPHER: She froze on me.

THE WITNESS: -- veterans that have submitted claims and their outcome of the award or any award that may be issued to them.

BY MS. WALLACE:

Q. Ms. Rivas, I think your answer froze, and I might have to repeat the question and ask you to answer that again.

Is your internet up and running and strong internet connection?

A. Yeah, it is. I -- I haven't had any problems all morning.

Q. Okay. Let's -- let's -- let me ask that question again.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 13 of 218

Are you aware of what you in your role in your deposition today plays in the Camp Lejeune justice litigation?

MR. ANTONUCCI: Objection. Foundation.

THE WITNESS: Yes. I am aware that I will be answering questions regarding the data that was submitted for a couple of veterans that we did pay out claims on their behalf.

BY MS. WALLACE:

Q. Do you understand that the data that you have provided from TriWest or from the VHA has been provided to the economist in order to quantify potential offsets related to those claimants that you pulled data for?

MR. ANTONUCCI: Objection. Form and foundation.

THE WITNESS: Yes. I understand that that information is used to calculate any offset so as to not pay the recipient un- -- unnecessarily or additional funds more than once.

BY MS. WALLACE:

Q. Have you ever provided a similar

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 14 of 218

data extraction for an individual at the request of DOJ -- DOJ previously?

A. No, I have not.

Q. Have you given a deposition before?

A. No, I have not.

Q. Have you ever been a party in any civil litigation?

A. No, I have not.

Q. Have you testified before an administrative panel before?

A. No, I have not.

Q. When and how did you learn that you were going to be deposed in this matter?

A. Our legal team at TriWest Healthcare Alliance asked for me to -- or one of our direct- -- directors in claims administration to testify, and I was selected to -- to do that by my direct boss.

Q. Who was your direct boss who selected you?

A. Hillary Sheehan.

Q. What's her role, please?

A. She is VP of claims administration.

Q. Did she tell you why you had been selected to do the deposition today?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 15 of 218

A.    Not specifically having anything to do with me, but my understanding is the directors often switch out if there's a situation of this nature where someone needs to testify; and my peer had done it the last time that there was a request, so this was my turn.

Q.    What was your -- what is your peer's name that you just referenced?

A.    Nicole Diaz.

Q.    Does she have a similar job title as you?

A.    The exact same job title.

Q.    Do you guys handle different divisions of claims administration director, or do you guys work together precisely in that role?

A.    We handle different pieces of the business, but essentially, on the same contracts.

Q.    What did you do to prepare for today?

A.    I did review the spreadsheets that were pulled and the data sources for them.  I did review all of the supporting documentation that was sent over, such as the subpoenas.

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 16 of 218

Q.    Did you meet with attorneys?

A.    I did.  I met a -- I had a conversation with the attorneys from the DOJ.

Q.    Which ones were that?

A.    Giovanni and -- I'm sorry.  I don't remember the other names.

Q.    Were any non-attorneys present for those conversations?

A.    No.  The only other people on the line were Tanea Verdick, who's here today, and Brian from TriWest, who is also an attorney.

Q.    Can you tell me how many times that you met in preparation for today's deposition?

A.    Just one.

Q.    Did you, prior to this deposition, have any conversations with other persons that work with a related agency, such as CCN or TRICARE or VHA or Optum?

A.    No.

Q.    Did you do anything else to prepare or review any other documents other than those you've named?

A.    No, I don't believe so.

Q.    Okay.

MS. WALLACE:  I'm going to upload

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 17 of 218

our first two exhibits into the chat. These will be the deposition notice and the responses to your deposition notice.

(Whereupon, Exhibit 1, Plaintiffs' Notice of Deposition of Kimberly Rivas, TriWest Director of Claims Administration, was marked for identification.)

(Whereupon, Exhibit 2, United States' Objections and Responses to Plaintiffs' Notice of Deposition and subpoena of Ms. Kimberly Rivas, was marked for identification.)

MS. WALLACE: I want to make sure I did that correctly for everyone.

Can everyone see -- thumbs up -- that they went through? Okay. Fantastic.

BY MS. WALLACE:

Q. Have you reviewed the -- the Department of Justice's -- the subpoena that we served to you and notice for this deposition, have you reviewed that document?

A. I did.

Q. Were you consulted in drafting the objections to that subpoena by the Department -- that were served by the

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 18 of 218

Department of Justice that's Exhibit 2?

A.    Let me try to open this.

It's asking me to save it rather than open it.

THE VIDEOGRAPHER:  You might have to download before you open it.

THE WITNESS:  Yeah.  I think that's what's happening.  I'm trying.

BY MS. WALLACE:

Q.    Would it be easier for you if I put it on the screen for you to see?

A.    Oh, it's fine here.

Q.    Okay.

A.    It came up.  I've got it.  I was trying to open it directly.

Okay.  I'm sorry.  Could you repeat the question?

Q.    Sure.  Were you consulted when the DOJ provided objections and any documents to your subpoena notice?

A.    I was not.

Q.    Are you -- so you haven't seen Exhibit 2, the answers in Exhibit 2?

A.    I have seen the answers, yes.  I have -- but I was not consulted, like, about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 19 of 218

what -- what the response was. That's what I thought you were asking me.

Q. Okay. Are you aware of any data or materials which you reviewed related to the TriWest data that was pulled that have not been produced to the DOJ?

A. I'm not aware of any additional information, no.

Q. Do you -- do you have a CV?

A. What is a CV?

Q. It's a -- it's called -- it's Latin. Curriculum vitae. It's, like, essentially a resume?

A. Oh, yes, I have a resume. I sent that to Brian this morning and Tanea. It is not updated with this current role, but I have a prior resume that I shared.

Q. And do you know if that was produced prior to your deposition today?

MR. ANTONUCCI: Objection. Foundation.

THE WITNESS: I do not know if it was shared beyond me sharing it with our legal team.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 20 of 218

BY MS. WALLACE:

Q.    Do you -- have you reviewed all of the materials in this case that have been produced in this matter?

And I'll tell you the Bates stamp number.  It's CLJA_TRIWEST_'1 through '10.

Have you seen all of that information or reviewed it prior to our deposition?

MR. ANTONUCCI:  Object to form and foundation.

BY MS. WALLACE:

Q.    It would -- let me tell you what it includes and you tell me if you think that --

A.    Yes, please.

Q.    -- that you've reviewed it.

It's five datasets, two produced in April to the plaintiff group in April, and three produced in June of 2025.  And it's two data dictionaries and one cover letter.

Does that sound consistent with what TriWest has produced in this matter?

A.    Yes.  I've seen three spreadsheets of data and two data dictionaries.

Q.    So just three spreadsheets?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 21 of 218

A.      Yep.  And two data dictionaries.
And then there was a cover letter.  I'm not
sure if -- it was from Kaitlin Band is the one
that I reviewed that is a, like, describes the
data that was pulled, if that's what you're
referring to as a cover letter.

Q.      And did you -- is it your testimony
today that you provided the DOJ with all of the
information that they requested of TriWest?

A.      I personally did not give any of
that information, but the company did supply
everything that I have seen, yes, those
spreadsheets and data dictionary and letter.

Q.      All right.

MS. WALLACE:  I'm going to add
another exhibit, Exhibit 3 into the chat.

(Whereupon, Exhibit 3, Cover
letter, Bates labeled
CLJA_TRIWEST_0000000002 through
CLJA_TRIWEST_0000000004, was marked for
identification.)

BY MS. WALLACE:

Q.      This -- Exhibit 3 is a -- I believe
is the cover letter that you just referenced.

Can you open it, Ms. Rivas?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 22 of 218

A. Yes. That is the exact cover letter that I was referencing, yes.

Q. Okay. And it -- it's authored by Kaitlin Band?

A. Correct.

Q. And what is Kate -- tell me Kaitlin Band's role as it relates to TriWest, please.

A. She is a supervisor in our Payment Integrity area.

Q. Do you supervise her?

A. No. She's in a different area than me. I'm just aware of her through meetings and her name. I have not worked directly with her.

Q. Do you know what her primary role as supervisor entails?

MR. ANTONUCCI: Objection. Foundation.

THE WITNESS: Normally, our supervisors oversee a group of people that would review claims in that area to determine whether or not they were billed properly and, like, if they matched the medical documents that were submitted.

BY MS. WALLACE:

Q. Do you know what her training and

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 23 of 218

expertise is as it relates to pulling the data that's referenced in Exhibit 3?

MR. ANTONUCCI: Objection. Foundation.

THE WITNESS: All of our supervisors and managers have a data source that we can go into SSRS reporting, where we can pull reports from our database that give us claim detail and payment information.

BY MS. WALLACE:

Q. And as you're the one testifying today, do you understand how she pulled the data that's referenced in Exhibit 3?

A. I'm sorry. I think you froze for a second.

Can you hear me?

Q. Yes, I can.

A. Okay.

Q. Would you like for me to repeat my question?

A. Yes, please.

Q. Do you have an understanding as our -- our witness today as to how Ms. Band performed her data extractions that are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 24 of 218

referenced in Exhibit 3?

MR. ANTONUCCI:  Objection.  Form.

THE WITNESS:  Yes.  She explains that she did go in and --- go into our claims management software and confirmed that the beneficiary information was correct and pulled the spreadsheets that correspond to the claims.

BY MS. WALLACE:

Q.    Did you -- have you had independent conversations with Ms. Rivas about the role that she -- she played in the data extractions that are described in Exhibit 3?

MR. ANTONUCCI:  Objection.  Form.

I think you may have meant Ms. Band.

MS. WALLACE:  I did.

BY MS. WALLACE:

Q.    And would you like for me to repeat the question, or can you answer it with that correction?

A.    I can.  Yeah.  I have -- I have not spoken to her directly, no.

Q.    But you've evaluated and/or reviewed the data that she pulled; is that

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 25 of 218

accurate?

A. Yes, that's accurate. These are common reports that we pull in our leadership department across the organization.

Q. How long have you been in the role of claims administration for TriWest?

A. Three years. Just over three years, actually.

Q. How long have you been employed total with TriWest?

A. The same, just over the three years. August of 2022 is when I started.

Q. So you were hired into that role?

A. Correct.

Q. Did you have a background in -- tell me about your background, please.

A. Sure. I have about 11 years in health insurance prior to this, some with Cognizant -- Cognizant, a technology company; and then the rest was with UnitedHealthcare. And with both of those, I oversaw claims production teams.

Q. Were you primarily in a director role, or were you more involved in data analytics?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 26 of 218

A.    I was actually in supervisory and management roles in those -- in those companies and a director when coming to TriWest.

Q.    So less involved in data management or data analytics and software systems than a director role?

A.    Correct, yes.  I'm not involved in the data systems.  All of them require us to pull data, but not in a data systems type role, no.

Q.    And you haven't been in an auditing role?

A.    No.

Q.    Have you -- what kind of education or training have you gotten in your role as director of claims administration for TriWest?

A.    I mean, we've gotten quite a bit of training on the VA Community Care Network program that we oversee.  The same with the TRICARE DOD work that we contract for.

We've had extensive training in our systems that we use every day and in our reporting, our reporting systems where we pull data.  And then as well as just general, like, HIPAA training and things of that that are

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 27 of 218

important for any privacy acts.

Q.    The Exhibit 3 that I have produced, it is a cover letter.  It discusses that TriWest is the current third-party administrator for both the Community Care Network Region 4 and 5, and it's also a regional contractor for -- for the Defense Health Agency, DHA, for the TRICARE program.

Is that accurate?

A.    That's correct.

Q.    Are you the director of claims administration for both of those programs?

A.    Yes.  I'm involved with both of them.  I have teams that work on each contract and oversee claims rework, essentially, or written correspondence that comes in from providers or beneficiaries, and it's generally tied to underpayments, overpayments, or denied claims and where we're being asked to look and validate the outcomes.

Q.    As a part of your training and your daily tasks, are you aware or can you explain how the difference between the TRICARE programs and playbook versus the TriWest CCN programming?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 28 of 218

Are those pretty two distinct programs that you've had to learn?

A.      Yeah, they are very distinct. Obviously the VA CCN program comes from the VA, and those -- those are, you know, regulations and rules that the VA has set up that we operate within.

And then TRICARE is, you know, everything is set up with the DOD; and -- and there's a, you know, complete, separate operations manual that apply to all of that work.

Q.      Do you have different persons that you report to as it relates to TriWest's administration of these two very distinct agencies?

A.      I report to one particular person who oversees.  She's the -- the VP for both of those contracts, but we do work with different people in each of those capacities, yes, as far as different people at the VA versus different people at -- at TRICARE through the DHA.

Q.      Do you have an understanding in your role as director as to how -- as to what percentage of TriWest's work either involves

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 29 of 218

the Community Care VHA program and the TRICARE program?

A.     That's hard to answer.  They both have different needs, and sometimes there's more need.  Right now we spend a lot of time on the TRICARE business because it's -- it was new as of January 1st, 2025; but prior to that, you know, it was all the VA CCN.

So both of them have needs on a daily, weekly, you know, basis, but TRICARE's probably a little bit heavily -- the needs are heavier there right now.

Q.     How large is Tri- -- TriWest is an independent company, correct?

A.     Correct.

Q.     How large is TriWest?

A.     That's a good question.  I don't know specifically.  We did a lot of expansion after -- you know, with the -- with the TRICARE contract, so prior to and during this year.

I can't even give you a solid guess at the number of employees or how large the company is today.

Q.     Would it be thousands of employees if you had to guess?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 30 of 218

A.    At least a thousand, I would guess.

Q.    Is -- is the VA and Department of Defense, are those your -- TriWest's only accounts, or do you have other accounts that TriWest administers?

A.    No.  Those are the two contracts that TriWest administers.

Q.    Solely?

A.    Correct.

Q.    Do you have -- I know you've just been with the company for three years.

But do you have any knowledge as to whether TriWest has previously served in third-party administrator roles on behalf of either the VA or Department of Defense?

A.    Yeah.  It's my understanding that when the company started, they did work with TRICARE with the DOJ before or DOD before.  And then that contract was lost at some point.  I don't remember the year, but that is when the VA CCN business, they took that over; and we did that for many years.  And then just now took -- got the -- awarded the TRICARE contract for the west region.

Q.    Do you have a strong understanding

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 31 of 218

of what laws and regulations apply to TriWest as it administers the programs under the VA and TRICARE?

MR. ANTONUCCI:  Objection to form and foundation.

THE WITNESS:  I wouldn't say a strong understanding of the laws.  I -- I would say that I have a basic understanding of things related to claims processing.

BY MS. WALLACE:

Q.    Well, your -- your testimony is that your knowledge is more related to laws and regulations that affect claims processing?

A.    Yes.

MR. ANTONUCCI:  Object to form.

BY MS. WALLACE:

Q.    Can you -- can you -- can you name any of those?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I don't know about a specific law.  I guess I would say more like -- like, for example, CCN program, we are able to -- you know, the timely filing

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 32 of 218

for a claim is 180 days.  You know, under the TRICARE it's 365.

So there's -- there's just different rules around each one.  That was an example not a specific law.

BY MS. WALLACE:

Q.    Do you -- does TriWest have access to the same claims data as the agencies that it -- that it services, such as TriWest and -- I'm sorry, CCN and TRICARE?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  I don't know that information.

BY MS. WALLACE:

Q.    Do you -- does TriWest have its own independent data system that is not shared with those entities?

A.    Yes.  We have our independent data system that we pull most of our reporting and data from that we often share reporting and information, but it wouldn't be something that they would have access to directly.

Q.    I see.  Do you have any knowledge as to whether the other TPA that services CCN

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 33 of 218

has been asked to provide data in this case, Optum, or have you not had any conversations with -- with other TPAs?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I don't have conversation with other TPAs. I don't know if they've been asked for the same information.

BY MS. WALLACE:

Q. All right. Will you talk to us about your role -- what your daily role as a director of claims administration entails, please.

A. Sure. My daily role is I have two teams that one on the CCN side and the other on TRICARE side, and both of them oversee the work that comes in through written correspondence. So a lot of what I oversee is the processes around those job functions.

So we improve the process, meaning, like, can we get the work done faster or more accurately, things of that nature. And so essentially, we are looking for accuracy in claims payments and -- and reconsidering, you

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 34 of 218

know, claims that maybe were under- or overpaid to get them adjusted properly.

So that is what my team does, and then we communicate back to the providers and/or the beneficiaries with our review outcome.

Q.    So your job involves ensuring that TriWest is processing claims -- claim payments accurately?

A.    Correct.  One -- like, while my team doesn't do direct audits, we're essentially auditing the work that was done to determine if the claim didn't process as expected or per a contract.  Sometimes we would have to loop in other parts of the organization to get some -- some data updated so that the claims may process accurately.

Q.    So in order to identify whether the claims are processing accurately, what -- what type of things does your team do?

A.    We would review fee schedules.  We would review the contract between the provider and the company.  Sometimes providers have an agreement to receive more of a higher percentage if they work that out in the

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 35 of 218

contract.

And then we partner with our payment -- or with our processor, our payment processor, and they would -- are the ones who actually adjust the claims. And we have to ensure that all of the data that we have programmed and all of the fee schedules that are set up, that that processor has those in place so that the claims process according to how they should.

Q. All right. And remind me. So you report to a VP.

Who does your VP report to?

A. She reports to Beth -- Beth Kinsley, our CFO.

Q. And who does your CFO report to?

A. I believe David -- Dave McIntyre, the owner of our organization.

Q. How much interaction do you have in your position with the -- with corresponding supervisors or directors at the VA and Department of Defense?

A. In my specific position, I have very little. The other directors, they oversee the contract portion. I do more of the claims

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 36 of 218

processing part of it.

Nicole Diaz, as I mentioned before, one of the directors, she is more of the liaison that works with the VA. And then Hillary Sheehan, she's now, the VP; but prior to this, she was the director that worked -- [videoconference interference].

Q. Ms. Rivas, I think we froze again right in the middle of your answer.

A. Oh, I'm sorry.

Q. Are you able to repeat that answer? It's okay.

A. Yeah. Nicole Diaz is the director that works with the VA CCN, and Hillary Sheehan manages the relationship with the DHA. She -- she's now the VP, but she was the director. We're backfilling her position right now.

Q. Okay. And so you would -- you might report to her what your team is working on with accuracy in your claims payment systems, and it's her role to report that to the VHA or DOD?

A. Yep, correct. She would -- she would be that liaison that really communicates with the leaders at that entity.

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 37 of 218

Q. All right. And did -- do you know whether for the -- we received several productions.

The -- the one that we've talked about that Kaitlin Band pulled?

A. Uh-huh.

Q. And there was another set of production.

Do you know who -- who queried or produced or the other production?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: We don't. It was my understanding that she collected that information and sent it over.

BY MS. WALLACE:

Q. So any data extractions that have been produced by your organization were pulled by Kaitlin Band?

A. To my knowledge, yes.

Q. All right. Will you describe -- my understanding is that as a result of Exhibit 3, the cover letter, your -- TriWest produced datasets related to two individuals, Jimmy Laramore and Scott Keller; is that true?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 38 of 218

A.    That is correct.

Q.    And both -- for both of the data that we received with that first data production, it was associated not with the TRICARE program, but with the CCN program; is that true?

A.    Correct.  It was all of CCN.

Q.    Did your -- did TriWest also search the TRICARE system and note there were no hits?

A.    When we were asked for this information, it would have been in late 2024. So this -- we -- we didn't have any access to TRICARE prior to that.  We didn't start processing any claims until January 1st of 2025.  That would not have been included in anything that we were asked for.

Q.    All right.  Let me know, can you tell me when you were initially contacted regarding the -- to pull the data?

You said late 2024.

How did that contact occur?

A.    My understanding is the DOJ asked -- asked through contracting to pull that information from our CCN, Community Care, database.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 39 of 218

Q.      Do you know how that happened?

Did DOJ call?

You're -- I'm not sure how that happened.  If you can describe, to the best of your knowledge, as to how that contact occurred.

A.      I actually don't know how that contact occurred.

Q.      But you think it was late in 2024?

A.      Yes.  That's my understanding is these reports we were first notified in late 2024 to pull this information.  There were approximately 25 names that we were provided to pull information for, and we only had claims data for two of them.

Q.      And you -- did you say you did search the TRICARE system, or you didn't yet have contract with the TRICARE system?

A.      Correct.  We did not have the contract yet, so that is not anything we would have had to search.

Q.      So TRICARE was not searched within TriWest database?

A.      Correct.

Q.      To your knowledge?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 40 of 218

A.    Correct.  We did not have TRICARE claims or -- or any of that information prior to 1/1/25.

Q.    Are you -- can you describe what the Community Care Program is that TriWest administers?

A.    Yeah.  Essentially, veterans, you know, usually try to go to the VA; but in a lot of areas a VA is far away, or the VA is maybe backlogged or can't -- doesn't have the ability to provide a certain type of service that's needed.  So they contract out with different providers in the area to perform Community Care.  You know, that's why it is a called the Community Care Network.

They utilize other providers who could fill in those gaps and provide the certain kind of care that's needed; or, like, say, in rural areas, like maybe Montana, a veteran might live a large distance away from a VA; so we would contract with providers in their area to be able to provide care.

Q.    Do you know how many community providers are in the Community Care Network program?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 41 of 218

A. I do not. I couldn't venture a guess.

Q. Would you guess that it's approximately 1.2 million active providers?

A. That wouldn't surprise me. It -- it's a lot. We -- we -- we have a lot of -- like, pretty much all the states on the west half of the U S. So that would sound reasonable.

Q. And you are Regions 4 and 5, which is the west region that, I believe, encompasses approximately 14 states?

A. Yes. And then also Region 5 is Alaska.

Q. All right. And so you as TriWest, because this is a large-scale program that affects 1.2 million medical providers, TriWest helps the VA manage that program; is that fair?

A. That's correct.

Q. All right. Do you have any knowledge as to whether there are copays under the CCN program that the VA collects?

MR. ANTONUCCI: Object to foundation.

THE WITNESS: So no. Generally,

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 42 of 218

the -- the VA Community Care Program would pick up all charges. Veterans should not be held liable for any sort of copay or out-of-pocket expenses if they get, you know, if the providers get the valid referral; and it's all handled and billed to the VA CCN program.

BY MS. WALLACE:

Q. So it is not TriWest's role to collect copay from the veteran; it would be the VA's role.

Is that right?

A. Neither -- neither one -- that is my understanding -- collects copays for the program.

Q. It's your testimony that there are no copays that the VA can collect from a veteran under the Community Care Program?

A. Yeah. Well if the VA collects something, I'm not aware of it. My understanding is the coverage is completely covered, and they wouldn't be billed in any manner if they, you know, get the care under the VA authorization.

Q. Tri- -- and to be clear, TriWest

Golkow Technologies,
877-370-3377                A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 43 of 218

does not pull data on any -- any veteran copays?

A. Correct. TriWest does not charge a veteran copay or have any data on that, correct.

Q. Are you aware that the VA can also secure reimbursement payment from other health providers from a veteran under the Community Care Network program?

MR. ANTONUCCI: Object to foundation.

THE WITNESS: Could you repeat the question, please?

BY MS. WALLACE:

Q. Are you aware that the VA can collect reimbursement under the Community Care Program from a veterans other health insurance?

MR. ANTONUCCI: Same objection.

THE WITNESS: We -- we -- we don't coordinate the benefits with the VA. So with this program, we wouldn't coordinate any sort of bene- -- benefits.

If the veteran would choose to use, like, Medicare or some other personal health insurance, they could do that; and

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 44 of 218

then they might be subjected to copays or payments.

But under the VA program, if they use the -- if they go to those services that were approved by the VA authorization, then we pay for everything; and there wouldn't be any coordination of benefits or other charges for them.

BY MS. WALLACE:

Q. You don't keep data for any VA reimbursements from a veterans other health insurance, correct?

A. Correct. We do not.

Q. Can we agree that it is a -- a very large nationwide undertaking on this -- handling and managing this many medical providers all across the country in your particular regions that would involve a lot of management and coordination and standardization and also database, like, organized database systems?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: Yes, absolutely.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 45 of 218

BY MS. WALLACE:

Q. Can you -- can you tell me, is the CCN program -- my understanding is that it's a contract requirement that all of the CCN claims must be processed electronically as opposed to in paper form.

Is that your understanding as well?

A. No. I -- I mean, we -- we encourage electronic submission, but I do believe there are times we accept paper.

Q. Okay. And so that's your -- that's your -- do you have the -- do you frequently review the contract between TriWest and the CCN?

A. I do not.

Q. All right. And it's -- if it states it is a contract requirement that all CCN claims process electronically, that's not your understanding?

A. I think that if they are submitted -- I think they're converted to electronic format if they're submitted on paper.

Q. Okay. And so the goal of -- of CCN program is to have everything in electronic

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 46 of 218

form?

A.    Yes, that is the goal.

Q.    Can you tell me which data system or systems are used by the VA, CCN, and TriWest for the circulation of all of that data in order to carry out their role in the CCN administration of the process?

A.    I don't know the names of any specific systems that -- that they use and correlate between.

Q.    What system do you use to transmit data from medical providers to the VA in your role as the TPA?

A.    I don't know the name of that system, but that would be suggested by finance that would -- that would be sending those type of files.

Q.    You don't work in that system?

A.    No, I do not.

Q.    Are you familiar with the Care Radius system?

A.    Care Radius is used by the claims area to hold authorizations and referral.  If they use it for other purposes, it's outside of my -- my knowledge or scope.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 47 of 218

Q. Are you able to tell me which database was queried in order to produce the data extractions that have been produced in this case?

A. Not through Care Radius. Like, we have SSRS reporting. Care Radius would give us an idea of the referrals that are available that have been issued to those particular veterans, but the actual claims data would come from our -- our database.

Q. And which database is that?

A. Just our TriWest claims database. If it has a special name, I'm -- I'm not aware.

Q. Do you work inside that database?

A. Not inside it. I only pull reports from it.

Q. You can -- you can do your own queries?

A. Not exact -- I mean, not exactly. There's report -- there are reports that are set up for us to go in and pull, like, say, by a provider PIN or, say, by a veteran's social security number or name.

So there are queries that are set up for us that we would generate a type of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 48 of 218

report and pull -- and use it to pull the from that database. So we wouldn't be able to, like, actually, you know, query anything in the database ourselves.

If we need something that is outside of our general set of standard reporting, we would have to contact our data management team and ask them to pull something like a special one-off report.

Q. And the -- this -- the pull that was done in this case, the data extraction on behalf of Jimmy Laramore and Scott Keller, that would not be, like, a standardized report that you would have had access to; that would have been a special query?

A. The one of them is called the 185, and the other one came from a CCN -- or I'm sorry, the WPS system. So the -- the -- both of them are standard reports, yes.

Q. All right. Was a -- was a special query done to pull those reports at -- with the parameters that were provided by the DOJ?

A. We would have been able to pull a standard report based off of the information provided. So I don't believe there would have

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 49 of 218

needed to be anything extra or special pulled from that -- from that.

Q. If you had been personally asked to do the query for those two gentlemen, is that -- would you have been able to do that unique query?

A. I would have been to pull the 185 report and then the WPS report that were provided.

Q. So both of -- you would have been able to do both data extractions?

A. I would have been able to pull those the reports with a general amount of claims. If they were parsed down any more, like beyond, it looks like based off of the ICD-9 and 10 codes, if -- if the reporting or if the claims specifically when they're -- to know which -- to know which of those codes if they -- that they're possibly connected to, that would be something that would be outside of my realm. But more so, potentially, the PI department would be able to do that, which is likely why they were pulled into this request to pull the data.

Q. Okay. So tell me one more time

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 50 of 218

which was -- what is outside of your realm, what you would not have been comfortable with?

A.    So I would not have the able to pull the claims based off the ICD-9 and 10 codes because that would take more of an in-depth medical.

Q.    And that's what --

THE VIDEOGRAPHER:  She froze again.

MS. WALLACE:  Oh, I'm so sorry.

BY MS. WALLACE:

Q.    I think you froze again.

A.    Oh, okay.

Q.    Did you -- oh, man.  I'm not sure which part of your answer that I missed.

Can you repeat maybe the last couple of things that you said?

A.    Yeah.  I just said the ICD-9 and ICD-10 codes that takes a little bit more of a specific coding background to be able to understand which particular claims are tied to those specific codes, and that would be outside of -- that in-depth review would be outside of what I would be able to do or my team.

Q.    Do you have a background in coding?

A.    I do not.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 51 of 218

Q.     Are you familiar generally with ICD-9 and ICD-10 codes?

A.     Yes, absolutely.  They're on claims, and I mean, we're taught to recognize what it is.  But we wouldn't specifically, you know, have the codes memorized or always know which ones are required or related to the -- the procedure codes that would be billed. You -- you'd generally need to be more of a coder or biller to know some of those specifics.

Q.     All right.  And so you do -- you personally do not have the expertise in order to do the data extraction that Kaitlin performed -- Kaitlin Band performed, correct?

A.     Correct.  Correct.

Q.     And you -- so you did not review her data extractions for quality?

MR. ANTONUCCI:  Objection.  Form.

THE WITNESS:  No.  I re- -- I reviewed all of the information that was provided and all of the claims that were provided from our system.

BY MS. WALLACE:

Q.     You reviewed her data extraction

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 52 of 218

but not the methods that she used to pull that data?

A.    Correct.

Q.    Between -- you've read the -- did you say you have read the contract between CCN and TriWest?

A.    Maybe.  Parts of it, like, three years but not anything recent.  That's not something I review regularly.

Q.    Do you have an understanding of whether it's your company's responsibility to catch errors in provider billing?

A.    Oh, it's absolutely our responsibility to look for any errors in provider billing.

Q.    Does that fall under your department?

A.    Not specifically.  I mean, if we -- if we identify -- I should say it's our responsibility to report if we do find provider billing errors.

So if we find something that doesn't appear right, we would turn that over to our PI department to have them look into it further and investigate.  They would have a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 53 of 218

sort of separate set of processes that would -- that they would look into.

So my job -- my job wouldn't be to identify that it was incorrect; but I might think that something looks suspicious, and I would report that as, like, fraud, waste, and abuse. And then another department would take a deeper dive and outreach the provider or investigate further.

Q. Can you tell me the name of the department that does the deep dive on -- on catching errors in provider billing?

A. Yeah. That would be Payment Integrity.

Q. And that's the department that -- is that the department that Kaitlin Band was in?

A. That's correct.

Q. And you're not the director of that department?

A. I am not.

Q. Do you understand what provider upcoding is?

A. I have a basic understanding of a provider that would upcode generally means they

would -- they would generally add additional services or -- or a code that would -- would warrant more payments than maybe what they actually provided.

Q.    Is that something that your fraud payment department would monitor?

A.    They would review that if they had a reason to review, yes, or they would obtain medical records and compare what was actually -- what services were provided versus what was billed.

Q.    That does not fall on your department?

A.    It does not.

Q.    Do you -- are you familiar with up- -- upcoding as it relates to DR- -- like, categories of DRGs, or is that outside of your area of expertise?

A.    I mean, I'm aware of what it is vaguely; but yeah, it isn't something my team would review.  It's much more the medical scope of things.

Q.    If -- have you seen situations where if a -- if a patient has cancer but they go into the doctor's office for an unrelated

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 55 of 218

reason, such as bronchitis, have you seen situations where the -- the primary code might be upcoded to the cancer diagnosis as opposed to the bronchitis diagnosis; or is that, again, outside of your area of expertise?

A.    That isn't something I would see. I think if -- we -- we -- it's possible that we would notice something like that if we were reviewing a claim in depth, but it isn't something that we would -- that my- -- myself or my team would be able to investigate and deep dive into.

If that would be one of those things that might catch our attention as a potential fraud, waste, and abuse, then that's something we could pass along to our team.  But that isn't something I've seen frequently in my review of claims.

Q.    All right.  And because you don't direct or manage the Fraud, Waste, and Abuse Department, do you -- do you not have an understanding of what they might do regarding -- you know, how they might remedy upcoding in that type of thing; or do you -- do you understand that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 56 of 218

A.    I have a very --

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I have a very general idea of what they would do with that.  It is -- it's not an area that I work within.  But I do know that the -- the general idea is that they would review claims with those same codes.  They would look at similar claims that were billed, and they would obtain medical records to review -- to review the services that were performed and determine whether they match what was billed.

That's the general process for how that is normal- -- normally handled, but not an area that I've worked in specifically.

BY MS. WALLACE:

Q.    Are you familiar in your role as director of claims administration with the audits that have been done by the GAO and the VA Office of Inspector General?

A.    I'm not involved in any audits in my area.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 57 of 218

Q.    Are you aware of what the governmental auditing body of the VHA is as it relates to the CCN program?

A.    I'm not familiar with the auditing really at all.

Q.    And are you familiar with any reports that the governmental -- government accountability office or the VA Office of Inspector General have issued as it relates to the CCN or TRICARE program?

A.    Nope, I'm not.

Q.    Does that -- if they had issued reports regarding accuracy of claim payments, which I believe is under your purview, you're not aware of those audits as well?

A.    No.  If --

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  -- if there are audits that come from that -- like, from an entity such as the VA, those -- those would all go to the Payment Integrity -- OI- -- OIG would go to the Payment Integrity area for auditing.  So that would be an official audit.

And then if it came from, like, the VA, there is a team that -- that does audit claims that are processed; but again, that's outside of my area. So I'm not familiar with those reports or how often those processes would be.

BY MS. WALLACE:

Q. And that's not something that any of your supervisors have shared with you or your other depth heads?

A. No. Not specifics on how that works. No. They would be handled by those -- those appropriate teams.

Q. And your department is not the one that is responsible for catching coding errors -- errors; that's that Fraud, Waste, and Abuse Department?

A. Like, if they had -- yeah. They would do the investigation. We would just turn something in if it looked suspicious.

Q. All right. Let's talk about -- let's see. Let's talk about the data that you guys have pulled from TriWest with regard to this case.

If you look at Exhibit 3, are you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 59 of 218

able to articulate the parameters that the DOJ gave to your company in order to pull data on behalf of Mr. Laramore and Mr. Keller in this case?

A.    Yeah.   So what I understand is that we were asked to pull the claims for them that -- from the VA CCN program; and we were asked to narrow down those claims to claims that could have a ICD-9 or 10 for any of the codes for bladder cancer, kidney cancer, leukemia, non-Hodgkin's lymphoma, and Parkinson's disease.

So we were specifically given those parameters to pull from so we could identify claims for -- for those specific diseases.

Q.    Was your directive to identify any claims that had those ICD-9 or 10 codes, or was your directive to pull any -- any claims where the -- the service was connected to those ICD-9 and 10 codes?

Do you understand the difference in my question?

A.    Yes.   So my understanding is anything that was connected to those.

Q.    So any -- any claim that was

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 60 of 218

connected to those ICD-9 or 10 codes in any capacity?

A. Correct.

Q. Is it your opinion, having reviewed the data, that all of the claims identified are connected with those ICD-9 and 10 codes?

A. To the best of my knowledge, yes.

Q. Were those -- were -- were the claims data pulled, was there any effort made by TriWest to review medical records in connection with the related -- the identified related dates of service?

A. Not that I'm aware of. We don't collect medical records unless necessary unless specifically asked or needed to review them for some particular reason. We don't store them. The VA would do that.

Q. So when -- when an entity like the DOJ asks you to connect any payments made under the CCN program related to these, you know, to bladder cancer, kidney cancer, leukemia, non-Hodgkin's lymphoma, and Parkinson's disease, your only mechanism to provide an answer to that question is -- is to -- is, essentially, that electronic data query?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 61 of 218

MR. ANTONUCCI: Object to form.

THE WITNESS: Yeah. Correct. We would not obtain medical records to review them. We would look at the -- the data that's in our system.

BY MS. WALLACE:

Q. Do you understand -- in your role as a director, do you understand which data sources are pertinent and necessary in order to ensure that each one of those ICD-9 and 10 codes services are connected?

For example, do you understand, like, is a CPT code necessary in order to connect a -- a service to those ICD-9 codes, or say the diagnostic pointer used or necessary to connect those ICD-9 codes to the data service; or is that too in the weeds for you?

MR. ANTONUCCI: Object to form.

THE WITNESS: All of those would be connected and matter potentially, depending on the type of claim, but that isn't something that I would be an expert on, no.

BY MS. WALLACE:

Q. And who would -- who in your entity

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 62 of 218

would be an expert on that?

A. Our medical review staff and in PI, the folks that do the deep dive into the data.

Q. And that's not Kaitlin Band's department; is that true?

A. Nope. That would be her part -- she would be part of that department as well.

Q. Do you -- have you independently looked at the ICD-9 and ICD-10 codes that were provided to you by the government?

Have you looked up what those mean, or do you know what mean?

A. I just have them here on this paper. I haven't looked them up beyond that.

Q. Do you know if they cover active cancers or cancers in remission or a history of cancers, or is that outside of your scope?

A. Yeah. I'm not aware. I haven't researched them that far.

ʹMR. ANTONUCCI: Hey, Whitney, we've been going about an hour. I'd appreciate if we could take a break soon.

MS. WALLACE: Absolutely. Do you guys want to take -- how -- how long do you want to take, Giovanni?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 63 of 218

MR. ANTONUCCI: Ms. Rivas, we can take a short break. We can take a slightly longer one.

Five, ten minutes, what works for you.

THE WITNESS: Five or ten minutes is good.

THE VIDEOGRAPHER: All right. We are going to go off the record. The time is 1:59 p.m.

(Whereupon, a break was taken.)

THE VIDEOGRAPHER: Back on the record at 2:06 p.m.

MR. ANTONUCCI: Before we begin again, I just wanted to note that on page 4 of the United States's objections to the Plaintiffs' Notice of Deposition and Subpoena of Ms. Rivas, there is a typo in the last sentence to Response Number 3. The sentence should read, "The United States directs plaintiffs to the documents United States has already produced with Bates range CLJA_TriWest_'1 through CLJA_TriWest_'10 with the documents with Bates range CLJA_TriWest_'4 through

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 64 of 218

CLJA_TriWest_'8 constitute the unfiltered data sheets created at plaintiffs' request.

And additionally, I'd like to note for the record that Ms. Rivas' CV was produced via email natively to the plaintiffs' counsel today as 10:09 a.m.

BY MS. WALLACE:

Q.   Ms. Rivas, are you ready to restart?

A.   Yes.

Q.   All right.  I'm going to put a document in the chat.  If you could open it for me.  And, in fact, I'm going to put it on the screen for you as well.

(Whereupon, Exhibit 13, Letter from the U.S. Department of Justice, dated July 16, 2026, was previously marked for identification.)

BY MS. WALLACE:

Q.   Can you see my screen, Ms. Rivas?

A.   Yes.

Q.   All right.  This is a letter from the DOJ dated July 16th of 2025, and it's a -- it's a letter that they sent to plaintiffs'

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 65 of 218

counsel regarding offset and data. I don't believe you've seen -- I would be surprised if you had seen this document.

You have not, correct?

A. I have not.

Q. All right. I actually want to show you Attachment A and B that were attached to this document.

Have you ever heard of or seen a CMS, like, a claim form that looks like Attachment A?

It's called a CMS Form 1450.

MR. ANTONUCCI: Object to foundation.

THE WITNESS: Yes, I have.

BY MS. WALLACE:

Q. Are you -- in your expertise, are you able to walk me through what these -- what the codes in green -- now this is a CMS document. The -- I'll represent to you that the letter from the DOJ has advised plaintiffs' leadership that they're going to provide all of the material in green to the plaintiff leadership group to review.

Do you -- would you be able to walk

through some of these codes to tell me what these mean?

MR. ANTONUCCI: Object to foundation.

This is the wrong witness for -- for these questions, Ms. Wallace. I believe Ms. Rivas works for TriWest and not CMS.

MS. WALLACE: Yeah. So these data sources are actually represented on the TriWest data extractions in electronic form, and so I'm trying to understand if she actually is familiar with the -- the coding and the identification of these fields that are in the TriWest data extraction.

MR. ANTONUCCI: Okay. I'm going to continue to object to foundation.

MS. WALLACE: Okay. But you're not instructing her not to answer, correct?

MR. ANTONUCCI: I am not instructing the witness not to answer; however, I do object as to foundation.

MS. WALLACE: All right.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 67 of 218

BY MS. WALLACE:

Q.   Ms. Rivas, can you tell me if you, in your capacity as the administrator for TriWest, are going to identify criteria that are critically important to understanding whether a service -- a community provider service relates to the ICD-9 and ICD-10 codes that the government provided you?

Can you walk me through which fields of this are important to include?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  It's been a really long time since I've actually reviewed claims forms such as this, but I would say that the same things are important that we kind of -- that we spoke with.

Any of the coding where it refers to revenue code -- revenue code, HCPCS code.  Even so much as a bill type can all be impacting the claim payment and the -- the accuracy, like, towards that -- that code.

So as far as giving you, like, any specifics, that would probably be really

Golkow Technologies,
877-370-3377                   A Veritext Division                   www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 68 of 218

outside of my scope as it's been a very long time since I reviewed the actual data on a claim.  I -- I look at things on a much higher level in my current position.

BY MS. WALLACE:

Q.    Do you -- can you tell me the importance of a HCPCS code to -- to ensure that the ICD-9 or ICD-10 code is accurate?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  I wouldn't be able to describe it probably in a -- in an exact enough way, no.  I know that they're related and relevant to each other.

BY MS. WALLACE:

Q.    But you wouldn't be able to tell me -- can you tell me what a HCPCS code is?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  It's similar to like a CPT code.  It's going to be a code that describes the service that was provided.

BY MS. WALLACE:

Q.    And how does that service that was provided relate to the ICD-9 or ICD-10 code for

Golkow Technologies,
877-370-3377                     A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 69 of 218

that -- for that service?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  Those would -- those ICD-9 and 10 are diagnosis codes.  So it would be -- it'd be you're providing a service that would be related to a diagnosis code.

BY MS. WALLACE:

Q.     What does a "diagnosis indicator" mean?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  Do you mean a "diagnosis pointer"?

BY MS. WALLACE:

Q.     Yes.

A.     A diagnosis pointer would just say that a -- say that a claim has multiple diagnosis codes listed.  It would tell you which of the services, which of the HCPCS codes is related to -- which -- which diagnosis code it's related to.

So it could be that it's related to all of the diagnoses on the claim, or it could

Golkow Technologies,
877-370-3377                    A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 70 of 218

just be related -- like, they performed one particular service that could be related to, like, one particular service on the claim -- or one particular, sorry, diagnosis on the claim.

So it directs you to which -- which ones it's connected to.

Q.      Is that a necessary component of determining whether that -- that particular service is related to the ICD-9 code, the diagnostic pointer?

A.      Yes.

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  Yes.

BY MS. WALLACE:

Q.      So you would need to have a diagnostic pointer in order to understand if that service was related to the primary diagnosing code?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  Yes.  Like, on a -- on this type of claim, yes, you would need a diagnosis pointer to tell you which diagnosis code it is related to.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 71 of 218

BY MS. WALLACE:

Q.    And do you know what the difference is between a primary diagnosis and a secondary diagnosis as it relates to coding?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  My only -- my knowledge of that would be the primary would be the first one on the claim, and everything else would be secondary.

BY MS. WALLACE:

Q.    And what does it mean if it's the principle primary diagnosis?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  I don't know how to explain it other than that, or I don't know specifically anything more than it's the primary -- the primary diagnosis code versus the secondary ones.

BY MS. WALLACE:

Q.    Do you know if the primary diagnosis code is the -- is the -- the reason for the admission or the encounter?

MR. ANTONUCCI:  Object to

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 72 of 218

foundation.

THE WITNESS: I wouldn't feel confident saying yes or no either way on that. I believe so, but I don't bill. So I don't know what they -- I don't know how that's determined.

BY MS. WALLACE:

Q. All right. And as far as the upcoding that we talked about earlier, do you know, is it the primary diagnosis or the secondary diagnosis?

Which one helps you categorize the payment grouping, the DRG?

Do you know the answer to that?

MR. ANTONUCCI: Object to foundation.

THE WITNESS: I do not.

BY MS. WALLACE:

Q. Do you know if something is listed in the secondary diagnosis field, whether -- what -- what that is -- would you agree with me that that condition is coexisting; it's just a coexisting position -- I'm sorry, a coexisting diagnosis but not a primary one for the service date?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 73 of 218

MR. ANTONUCCI:  Object to foundation.

BY MS. WALLACE:

Q.   Or do you -- or do you lack the expertise to -- to give that opinion?

A.   Yeah, I would lack the expertise.

Q.   All right.  And so do you know the difference between this Form 1450 and a CMS Form 1500?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  Yes.  The -- the -- the 15- -- sorry.

The 1500 is a medical form.  The other is a hospital form.

BY MS. WALLACE:

Q.   Okay.  And tell us the difference if you will.

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  Yeah.  So medical forms are just -- are -- are used more for often, for, like, things of doctors visits and such.

Hospital forms are used more for

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 74 of 218

inpatient or outpatient, like facility claims. There's, of course, exceptions to both of those, but that's the general use of them.

BY MS. WALLACE:

Q. Do you know whether TriWest as a company is required to pull the data in these claim forms for -- in order to process TriWest's claims for CCN and TRICARE?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: Yeah. So whatever is billed on the claim is pulled into the system to process the claim, processed based offer all the codes and information provided.

BY MS. WALLACE:

Q. Are these green identifiers here fields that you are capturing electronically for TriWest, CCN, and TRICARE claims?

MR. ANTONUCCI: Object to foundation.

THE WITNESS: They're -- they are -- they would be all pulled in our -- our payment processor would pull all of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 75 of 218

them in for processing.  And I'm sure that that is information that could be obtained from our data source that we received from them, but they are not -- they are not always on all the reporting that we pull on a regular basis.

BY MS. WALLACE:

Q.    Which isn't?

A.    Like, for example, the diagnosis pointers, modifiers.  We don't -- our reports don't always go in to that level of detail unless we pull them specifically.

But it would all be -- but it would all be pulled in by our payment processor to process the claim.  I'm just saying on a regular report, some of these fields wouldn't be on there, or they would be a mile long.

Q.    And are you saying that you would have -- you would have collected the diagnostic pointers, but they wouldn't be on your standardized data pulls?

Like, you would still have access to the information, but they're not -- they're not as -- or -- or you don't have access to the diagnostic?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 76 of 218

A.     What I'm saying --

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  What I'm saying is our payment processor would need to pull all of these data points into their system to process the claim.

BY MS. WALLACE:

Q.     So you have -- so you -- TriWest would have access to these data points in order to process a claim?

A.     Yes, correct.

Q.     And you know that -- you do know that in your capacity as director of the claims --

A.     Correct --

Q.     -- administration?

A.     Correct.  All of that would be pertinent for processing a claim.

Q.     Okay.  And as far what is and is not in your area of expertise, you're not in the billing department?

A.     No.  We don't bill claims, so I'm not in any sort of billing department.

Q.     You -- you pay claims?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 77 of 218

MR. ANTONUCCI:  Object to form.

BY MS. WALLACE:

Q.    Correct?  TriWest pays claims to community providers?

MR. ANTONUCCI:  Objection.

THE WITNESS:  We actually don't -- we don't process the claims ourselves.  We contract with a company that processes the claims.  We review what has been processed.

BY MS. WALLACE:

Q.    Are you saying that TriWest contracts with another entity to pay the claims?

A.    Correct.

Q.    What entity is that?

A.    PGBA.  It -- prior it was WPS.  So one of the reports you got was for WPS, and I believe they processed claims until mid-2021; and then PGBA is our current claims processor.

Q.    Are they independent companies?

A.    To my knowledge, yes.

Q.    The data that you pulled in this case, you would have had to seek some of that data from either WPS or PGBA?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 78 of 218

A. Yeah. So that -- it would be data that's in our data repository, our system. However, it would have come from WPS and PGBA, correct.

Q. And is it a part of TriWest's duties and responsibilities to review and verify that data that comes in from WPS and PGBA?

A. Yeah. I mean, there are times that we look on it regular basis and do data evaluation to ensure that we're getting, you know, adequate information. But to what extent, you know, or what extent that data team evaluates that, that's outside of my scope.

Q. Turning back to the exhibit on the screen, this is for the professional services as opposed to hospitalizations, correct?

MR. ANTONUCCI: Object to foundation.

THE WITNESS: Professional services, yes. The 1500 form is, correct.

BY MS. WALLACE:

Q. Is it within your area of expertise to tell me the significance of the first diagnosis code A versus B through L as it

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 79 of 218

relates to billing?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: Yeah. It's the same answer I have as the other form. The diagnosis codes, they do all matter, and they're related by the pointer.

But as far as, like, which one is billed in what order and why, I don't have any expertise on that.

BY MS. WALLACE:

Q. But you -- because you don't have expertise in that area, you also did not review the data extractions for those particular -- you weren't able to crosscheck the data extractions in this case for Mr. Laramore to confirm those -- those pointers and modifiers and CPT codes; is that accurate?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: Correct. Correct. I -- from those reports that were supplied, those -- those appear to be accurate based off of our database of information that was pulled. But they're

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 80 of 218

not -- I didn't do any deep dives into what that data was.

BY MS. WALLACE:

Q.    Okay.  And the significance of a primary diagnosis versus a secondary diagnosis, if I'm asking you those questions, I'm asking the wrong person?

A.    Yeah, that's correct.

Q.    Okay.  Let's take a look -- I'm going to put in the chat a slew of exhibits, if you don't mind, and I'll identify each one as I put it in.

The first one are the two datasets that -- that were provided along with Kaitlin Band's cover letter of March 4th, 2025.  These are Bates stamped CLJA_TriWest_'1.xlsx and CLJA_TRIWEST_'5.xlsx.  And I have them marked as Exhibits 4 and 5 respectively.

(Whereupon, Exhibit 4, Excel file, Bates labeled CLJA_TRIWEST_0000000001, was marked for identification.)

(Whereupon, Exhibit 5, Excel file, Bates labeled CLJA_TRIWEST_0000000005, was marked for identification.)

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 81 of 218

BY MS. WALLACE:

Q.     And, Ms. Rivas, I'm going to put -- just for convenience, I am going to put Exhibit 5 on the screen for you now if that's helpful to you.

A.     Sure.  That's fine.  I'm going to open them as well, though, just to be able to see them a little bit better.

Q.     Perfect.  Do you recognize Exhibit 5?

A.     Yes.

Q.     Who prepared this data extraction?

A.     To the best of my knowledge, this data was -- came from Kaitlin Band.  If she had help assembling it -- for beyond that, I'm not aware.

Q.     Do you have any knowledge if she wrote the query that produced this dataset?

A.     I don't have knowledge of that.

Q.     Do you have knowledge of how she decided to comply with the DOJ's parameters in pulling this dataset?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  It appears that the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 82 of 218

diagnosis code is on here, so she would have -- it looks to me that she would have pulled those claims with the proper diagnosis code that were related to what you have -- what the DOJ asked for.

BY MS. WALLACE:

Q.     Do you know if she only pulled claims where those diagnoses were in the primary diagnosis position as opposed to the secondary position, or do you -- that is outside the scope of your knowledge of this data extraction?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  That is outside the scope of this data extraction.

BY MS. WALLACE:

Q.     It's out -- it's outside the scope of your knowledge?

A.     Correct.

MR. ANTONUCCI:  Same objection.

BY MS. WALLACE:

Q.     So you are unaware if she included -- are you able to tell me if she included any diagnostic pointers in this data

extraction?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  I'm looking at the headers to see if there's any -- any indication of this that in this extraction.

BY MS. WALLACE:

Q.    You -- you -- you're scrolling on your own screen, right?  So I don't --

A.    Yes, I am.

Q.    Okay.  Perfect.

A.    I do not see anything related to diagnose pointers.

Q.    And we discussed earlier that it's not your -- your area of expertise, the relationship between diagnostic -- diagnostic pointers and the primary diagnosis or the service line item?

A.    Correct.  I just know that there's a correlation between the two and how claims pay; but as far as what that is and -- that is outside of my scope.  That's a deeper level of knowledge of coding needed.

Q.    Understood.  Do you understand how

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 84 of 218

Ms. Band determined that each of these dates of service was related to the ICD-9 and 10 codes provided by the DOJ?

MR. ANTONUCCI:  Object to foundation and form.

THE WITNESS:  I don't have any specifics as to how she concluded that other than the diagnosis codes she has listed here on the -- on the form.

BY MS. WALLACE:

Q.     Okay.  And so was you -- and you said you were not able to talk to Ms. Band to ask any clarifying questions?

A.     I did not speak to her.

Q.     Are -- and were you able to verify that each of these dates of service is connected to the ICD-9 and 10 codes?

A.     They appear to be based on the reporting that was pulled.

Q.     But that's outside the scope of your expertise?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  Well, I would trust our reporting.  I use it every day, and it's showing you the dates of service; and

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 85 of 218

it's showing you the diagnosis code. So that would indicate to me that it's related and included in.

BY MS. WALLACE:

Q. Did you do any -- did you make any effort to confirm that the CPT or the H- -- HCPCS codes matched the primary diagnosis?

A. No. That is outside of my scope.

Q. Did you do any evaluation of this data to identify any duplications in billing?

A. Duplications in billing?

So it did not appear that there were duplicate claims submitted. That -- that's what I looked for was whether there was, like, duplicative -- duplicative claims submitted for the same dates of service, and I did not see anything of that nature.

Q. So you did analyze the data for duplication?

A. Yeah. Duplica- -- duplicative claims, yes. Like, the -- like -- like, basically, looking to see if more than one claim was submitted for the same dates of service.

Q. And paid the same?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 86 of 218

A.     Uh-huh, correct.

Q.     Can you take a look, please -- do you know how to sort and filter this data if I asked you to filter it for a date of service?

A.     I'm sorry.  I believe you cut out during the question.

Could you repeat the question?

Q.     Do you -- do you know how to filter this data if I asked you to filter it by date of service?

A.     Yeah.  It would be Column BX is the from, and then BY is the date of service.  It looks like this is line-level data.  So you'll see multiple lines for the same claims on here.

Q.     Okay.  I want you to take a look at -- and you may not be able to answer this for me.  But if you could take a look at the date of service 3/22/22, I'm going to highlight it on the screen for you to make it easier on both of us in blue.

MS. WALLACE:  And let the record reflect that I'm marking Exhibit 5, four columns in blue, that represent date of service 3/22/2022.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 87 of 218

BY MS. WALLACE:

Q.   Can you see my screen?

A.   Yes.

Q.   All right.  Let's scroll over to the payment.

So we -- do you understand which -- can you tell me which column represents the amount paid by the government in this claim data extraction?

A.   The claim paid amount is in Column DC.

Q.   Is that your testimony as to which column I should look at to see what the government paid?

A.   That is what -- that is what we paid and what I would assume the government reimbursed TriWest for, but I can't validate that that was what the government paid.

Q.   So the claim paid amount has repeating similar line items on it.

Could I direct your attention maybe to Columns CW and CX that don't have those duplicates that are filtered for the entire claim payment?

MR. ANTONUCCI:  Objection.  Form.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 88 of 218

Page 88

THE WITNESS:  I see CW and CX.

What was the question?

BY MS. WALLACE:

Q.    I'm concerned that you identified the wrong column as to what was paid, and I'd like you to reconsider your answer and look at CW and CX.

MR. ANTONUCCI:  Object to form.

THE WITNESS:  They're the same -- they're the same totals as in DC.

BY MS. WALLACE:

Q.    So the -- well, they aren't.  So if you look at -- let's look at line 7.

A.    Sorry.  I filtered to that, so they are on the ones -- the lines I'm looking at.  I apologize if it's different from what you're looking at.  Let me unfilter.

Q.    Okay.  So just so we're on the same page, would you be able to minimize your version and look at my screen?

A.    Yeah.  I can try.  It's really small, though, so it's hard for me to read.

Q.    Yeah.  I'm happy to zoom in.  I'd be happy to zoom in for you.

How's that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 89 of 218

A. That's a little better, yep.

Q. Okay. So we are looking at -- let me ask you the question again.

Which one of these columns would represent, if you totaled it all together, the amount that the government paid related to these claims that are in this data extraction, Exhibit Number 5?

MR. ANTONUCCI: Object to form.

BY MS. WALLACE:

Q. And if this is outside of your area of expertise, please just let me know.

MR. ANTONUCCI: Object to form.

THE WITNESS: I'm going to refer to the -- that's a different exhibit -- I need to -- I would need you to right click on the -- the headers for those columns --

BY MS. WALLACE:

Q. Uh-huh.

A. -- so I can read what the headers say.

Q. So you can read them? Sure.

A. Yeah.

Q. Okay.

A. That's the billed amount, and then

CW is the paid amount. And then that's a line, that payment, telling you what that particular line would have paid. So if there's multiple lines for a claim, that'll be there.

Q. Right. Do you want me to keep going?

A. Yes, because I -- I couldn't tell the difference on the others --

Q. Sure.

A. -- from what I was looking at.

Keep going.

That's going to be the check number that was paid on, the paid dates.

Q. CZ column is the check number.

DA states paid date?

A. Yep.

Q. DB states claim billed amount?

A. Billed amount.

Q. DC states claimed paid amount. DD states claim net payment. And DE states -- ooh. It's not coming up for me for some reason.

A. There's nothing in that column it appears.

Q. Oh, okay. That must be why.

So which one of these columns, if you add it all together, represents the amount that the government paid for this data extraction?

MR. ANTONUCCI: Object to form.

THE WITNESS: Paid? So -- so what I'm seeing here -- I'm still trying to, like, add because it's hard to look at your -- this without looking at it myself.

But it appears to me that the paid amount is in Column CW, and that's going to be the for the claim. But I'm -- I still -- I'm not positive why the CW column is different sometimes than the D -- the DC column without looking at this further. I couldn't tell you why they're different right off the top of my head.

It looks to me like there's a line item amount is what's broken down on -- in the CW and CX, and that the DC would be appear to be more of a claim overall payment.

BY MS. WALLACE:

Q. Thank you. And the data dictionaries that were provided to us by

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 92 of 218

TriWest is that within -- or is -- is -- a detailed knowledge of the data dictionaries in these fields, is that within your area of expertise?

A. I've seen the data dictionary. And if we can look -- if you want to refer to that, we can take look and see if it calls out any difference there.

Q. Will you answer my question, which is -- is the -- how the data dictionaries -- the definitions in the data dictionaries, is that within your area of expertise; or is that handled by someone else in a different department?

MR. ANTONUCCI: Object to form.

BY MS. WALLACE:

Q. Familiarity with those criteria and fields?

MR. ANTONUCCI: Object to form.

THE WITNESS: Yeah. I'm familiar with the data dictionary. I don't set the criteria for what they are.

BY MS. WALLACE:

Q. And -- and are you saying you're familiar with it; you just don't remember what

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 93 of 218

the definition is for this particular data extraction?

A.    Correct, yes.  I would need to see the data dictionary to see if it gives additional information or additional description.

Q.    All right.  And so as far as -- because I don't want to move off this exhibit right this second.

But as far as your knowledge, which -- which one of these, if you added up the column, totals the amount paid by the government for this data extraction?

MR. ANTONUCCI:  Objection.  Form.

THE WITNESS:  Again, to the best of my knowledge, DC is the total claim payment that the government would have paid.

And again, I guess I can't reference that being the government paid. That is what TriWest would have paid. And -- and then submitted to the government, and the government most likely returned to money; but I can't verify that.  That's not on this report or in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 94 of 218

scope.

BY MS. WALLACE:

Q.    Okay.  So I'm going to sum the column DC.

And so is it your position that this particular data extraction, the government, VA, and/or TriWest would have paid out $8,609.36?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  Yes, I believe so.

BY MS. WALLACE:

Q.    Okay.  Can you take a look -- and -- and as opposed to summing Column CW, which totals $6,786.76, do you think that would have underestimated what the government paid for this data extraction?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  Yes, I believe so. But again, I think it would be smart to refer to the data dictionary to see if there are any additional descriptions there.

Golkow Technologies,
877-370-3377                      A Veritext Division                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 95 of 218

BY MS. WALLACE:

Q. All right. Can you explain -- can you tell me for the -- for the four rows that I have highlighted in blue, can you -- do you have any expertise or knowledge to be able to tell whether or not that is a duplication error in the TriWest payment system?

A. Not just by looking at this report, no. They'd have to look at the actual claims that are submitted. It's possible one was submitted and then potentially recouped or something or it's a line item. I can't tell from this report and from your highlights there.

Q. Okay. And so you're not able -- now, if I asked you to do a duplication check to this document, would you be able -- do you have the expertise to be able to do that?

A. Me personally? No, I would not be able to go in and do that, but I have team members that be would be able to do that.

Q. Who would -- who would be able to do that?

A. My team that report -- well, my team members that report to me that have access

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 96 of 218

to the system to pull this up specifically and look at this detail on each claim.

Q.    Are you telling me that I would need to see a different dataset than what I'm looking at on the screen?

You couldn't determine if there was a duplication based on the data that was provided?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  Not without looking deeper into it, I would not be able to tell you that.

BY MS. WALLACE:

Q.    Are you saying you don't know if somebody could tell just from this data whether there's a duplication error, or, like, you would have to ask?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  We would generally pull up the claim itself and look to see if there was a duplication.

BY MS. WALLACE:

Q.    You'd pull the claim up in a different form than I'm seeing it right now, like, within your internal claims database?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 97 of 218

A. Right. And look at the actual -- and look at the actual images that were supplied and the -- and the information on those claims.

It looks to me like that those are different line items because -- what -- what -- it's line 39 and 40?

Q. 39 through 42.

A. Correct. So in Column BW, it has different line items showing one, two, and three, that those are different line items. So they appear to be the same claim but different line items.

Q. And is that what you mean, one, one, one, one?

A. Okay. That's not what mine looks like on my screen. So I'm not sure if -- is yours filtered to anything?

Q. I've sorted it by date.

A. Oh, then I'm sorry that they aren't going to line up to what mine shows up on here.

Q. It should be the same -- it should be the same data across fields no matter if it's sorted or not.

A. But I was looking at line 39, so

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 98 of 218

that may not be --

Q.      Oh.

A.      -- the line number if you've sorted it by date.

Q.      I'm looking at the four dates of service for 3/22/2022?

A.      Correct.  And I had it filtered to that, but then I unfiltered it to see what you were talking about with the different vol- -- or the different amounts.

Could we pull the data dictionary, though, to validate what's on there because that would be helpful for me?

Q.      Sure.

A.      It's not something I would have all memorized on -- especially, this is being a WPS report, this -- this is older claims that we wouldn't -- some of these that we wouldn't --

Q.      I will mark as an exhibit -- I have previously marked Exhibits 10, 11, and 12, which represent the cover letter from TriWest and the two data dictionaries that were provided.

MR. ANTONUCCI:  Whitney, the cover letter is Exhibit 3.

Golkow Technologies,
877-370-3377                    A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ   Document 871    Filed 05/12/26   Page 99 of 218

MS. WALLACE: Oh, I -- I was talking about -- is there a data dictionary cover letter?

Let's take a look. It should be Exhibit 10.

I'll share my screen.

(Whereupon, Exhibit 10, U.S. Department of Justice cover letter dated August 6, 2025, was previously marked for identification.)

(Whereupon, Exhibit 11, Excel file, Bates labeled CLJA_TRIWEST_0000000010, was previously marked for identification.)

(Whereupon, Exhibit 12, Excel file, Bates labeled CLJA_TRIWEST_0000000009, was previously marked for identification.)

BY MS. WALLACE:

Q. So this is Exhibit 10 -- this is marked as Exhibit 10 from the Giovanni Antonucci, and it is letter dated August 6th, 2025, that says, "As requested in your letter of July 3, 2025, the United States now produces data dictionaries for the TriWest offsets spreadsheet. These documents have been provided electronically."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 100 of 218

All right.  Let's take a look.

Do you know which one you want to review, Ms. Rivas, or do you -- would you like for me to pull up both?

A.      Yeah.  We'd have to see which one correlates to this report.  One had a 185, I think, in the subject line.  I don't see that on the name of this report, unless you guys have changed the headers.

Q.      Does this -- did you prepare this document, Ms. Rivas?

A.      I did not.

Q.      Do you know who did?

A.      I do not.

Q.      Have you seen it?

A.      The data dictionary?  Yes.

Q.      Have you seen this production?

A.      The one that you have up?

Q.      Yes.

A.      Yes, I've seen this.

Q.      Do you see anything -- if -- if you'd like to direct me to where you want to look regarding the answer on which column to sum in order -- the government paid that amount, I'd be happy to go to whichever tab

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 101 of 218

you'd like.

THE VIDEOGRAPHER:  She's frozen on my end.

MS. WALLACE:  Yeah.

THE WITNESS:  The one you're sharing, are there additional tabs?

I can't see them.

BY MS. WALLACE:

Q.    Yes, there are.

Can you see this tab?

A.    No, I can't -- yeah.  I can't see where -- I can't see where the tab is at, but I do see that there is additional information.

So is that everything on here?

Is that all the options on this one?

Q.    There's one more.  So there's four -- let me -- just for the record so we keep it clean, I'm showing you Exhibit 11, and it is Bates stamped with the last digits 10. And it has four tabs entitled "Claim Status Summary, Claim Status Detail, Claim Line Detail, Claim Billed Paid."

A.    Okay.  The check number, billed

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 102 of 218

amount.  Okay.

So could you go to a different tab?

I'm sorry.  The tabs are covered by the --

Q.      Yes.

A.      -- header.

Q.      And if you want me to stop sharing and you look at those two documents that I put in the chat --

A.      Did you put it in the chat?

Q.      Yeah.  Yeah.  We'll just do it that way.

A.      Which exhibit was that one?

Q.      The one I just had on the screen was Exhibit 11.

Are you searching for those definitions relevant to Exhibit 5?

A.      I am.  It's strange because normally the data dictionary lines you up with the actual labels on the report.  In our reports -- none of our original reports would have both the beneficiaries on the same one, so it's hard to know which tab that they provided you here, whether it was a claim line, a claims -- a status line, a claim detail line,

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 103 of 218

or the overall -- because there's several views that we pull on every single report.

Q.    Okay.  So as far as this deposition goes and that Exhibit 4 and 5 that I've shown you --

A.    Uh-huh.

Q.    -- you're not prepared to walk through with me the column implications and criteria?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  Yeah.  It -- it does have -- it has a paid amount here listed in CW, but it also has a claim paid amount in DC.  And for the four claims that you're referring to, the amounts are exactly the same.

I see where they are not the same on some of the other claims, but I -- I can't speak to why that is different without looking at an actual claim to understand what they have posted here on this report.

BY MS. WALLACE:

Q.    And you told me earlier, you cannot tell whether those are duplicated as it relates

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 104 of 218

to this dataset?

A. Not from -- yeah. Not from this report. That would take reviewing the actual claim because I'm not seeing anywhere where it states that it's recouped or not recouped or -- I'm seeing process and paid, the status of it.

Hold on a minute here.

Yeah. There's nothing on here that indicates -- that I'm seeing on here that indicates that whether that would have been, like, a claim that was processed and then potentially reprocessed for some reason or another.

Some of our reports do only show the paid claims, well, paid or denied, but nothing that's been recouped. I'm not seeing that on this report really.

So it's showing that it was processed and paid here, and I'm showing the first one -- the first two lines are inpatient. The second two -- or sorry. They're -- I see inpatient. They're institutional claims, and then the bottom two lines were professional claims.

But this is not giving me any

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 105 of 218

additional information to identify anything further from what you have here on this report.

Q.   Okay.  And did you know the that the claim ID that's column BS is identical for both of those charges?

MR. ANTONUCCI:  Objection.  Form.

THE WITNESS:  Yes, I noticed that.

BY MS. WALLACE:

Q.   Okay.  But that doesn't tell you, as we sit here, whether it was paid duplicatively in -- or based on your expertise?

A.   No, it does not.

MR. ANTONUCCI:  Object to form.

THE WITNESS:  No.  It does not specifically without looking at the claim because if they did do an adjustment to the claim, then sometimes the last digit changes; but it doesn't show on the report.

BY MS. WALLACE:

Q.   Who would be the best person to answer my question regarding whether this does represent a duplicative payment for the same date of service?

MR. ANTONUCCI:  Objection.  Form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 106 of 218

And I apologize, Whitney. Could you please let me know which claim number you're referring to?

I'm having trouble following along.

MS. WALLACE: No problem. I'm on Exhibit 5, the 3/22/2022 dates of service is what we're talking about, if that's helpful.

THE WITNESS: Yeah. I -- I'm un- -- unfortunately, I -- I don't know from -- from this report.

BY MS. WALLACE:

Q. And can you tell me who would know, please?

A. Like, someone on our claims review staff that could pull up the actual claim in the system in the image.

Q. Who would be the best person to look at the data that's been provided and -- and answer that question?

Would it be Kaitlin Band?

A. I'm not aware of what her specific knowledge or her skill set would be to do that, but I mean, I've worked with other providers or supervisors who work on the CCN program that I

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 107 of 218

know would be able to tell us.

Q. And you said it -- you think that would be a supervisor that would be able to answer these questions?

A. I just am aware of another manager that I've worked with that's very familiar with the -- with this program at CCN and would have the skill set to -- to look this up.

Q. What's her name, please?

A. Ginger Russell.

Q. What's her role at TriWest?

A. She's currently a claims manager.

Q. Is she familiar with -- would she be an individual that could answer detailed questions about CPT codes and diagnostic pointers and primary diagnosis versus secondary diagnosis?

A. I'm not --

MR. ANTONUCCI: Objection. Foundation.

THE WITNESS: I -- I'm not sure if that would even be in her skill set to give you are the specifics that you'd want to that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 108 of 218

BY MS. WALLACE:

Q.     Who -- who could you identify that that would be within their skill set?

MR. ANTONUCCI:  Objection. Foundation.

THE WITNESS:  Possibly someone from our medical review team.  I -- I don't know any of their names off the hand.

BY MS. WALLACE:

Q.     And so you don't know the -- the vast member of your staff that's the most familiar with code billing and coding and payment data systems?

A.     They wouldn't be on my staff, so I don't know.  They'd be in a different work group.

Q.     And remind me which work group.

A.     They'd be our med- -- they'd be in our medical billing and -- billing group. They'd be our -- they've got medical billers and coders.

Q.     Does that department have, like, a different title, or would you just say my medical billing department?

A.     It's like the -- the UM team,

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 109 of 218

Utilization Management.  That's -- would be my best guess.

Q.    Can you tell me who is responsible for doing these data inputs at TriWest?

A.    I don't understand the question.

Q.    Who is responsible for -- for data input at TriWest?

A.    Like, to generate this report?

Q.    Like, entering data.

Is it automatically drawn from the medical -- like, is it automatically drawn from the medical provider so no one is actually entering it, or is there someone that does data entry?

A.    No, no one would enter this.  These reports are generated off of the -- the reporting that comes from the claims data that are our payment processors obtain.

Q.    So are you saying, like, the provider would have input this data electronically, and then TriWest takes that provider data and puts it into their own system?

A.    The provider would submit data on a claim.  That is pulled out and generated by our

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 110 of 218

payment processor, PGBA or WPS prior to 2021. And they assign it a claim number, and that information is all sent to TriWest by the pay- -- by the payment processor.

Q. So as far as inputting data related to -- that's relevant for billing purposes, is that done by the provider and then TriWest audits or checks it for accuracy?

A. No. That -- that would be -- the -- the provider would supply -- would input the information on a claim and submit it.

Q. And then now that -- so the provider is the source of that data?

A. Of the data, yes, that's correct.

Q. Are you aware as a director of TriWest that -- that your agency has been under scrutiny in the past for duplication errors connected with your payment systems?

MR. ANTONUCCI: Objection to form.

THE WITNESS: I'm not aware of that.

BY MS. WALLACE:

Q. Are you familiar with the scrutiny that some auditing agencies -- remember I mentioned the GAO and the Inspector General of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 111 of 218

the VA, that they have also identified -- identified some pass-through errors?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I'm not aware of that.

BY MS. WALLACE:

Q.      Do you know what a pass-through error is?

A.      I do not.

Q.      Do you know how TriWest is paid for its services to the VHA and to DOD?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  The only thing -- the only thing I have any awareness of is reimbursing for claims.

So we process a claim, and then that is submitted back to the VA; and then the VA reimburses us.  But what -- the details and anymore specifics than that is outside of my department.  I just have general understanding of how that works.

BY MS. WALLACE:

Q.      And so you don't know whether

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 112 of 218

TriWest is paid by a claim that it manages or by a provider or the flat rate?

Like, you have no -- no understanding of how TriWest is compensated for its services at the TPA?

MR. ANTONUCCI: Objection. Form and foundation.

THE WITNESS: No, I do not.

BY MS. WALLACE:

Q. Can you tell me -- I'm going to put in -- I'm going to add some additional datasets that -- that the government has produced from your company.

I'm going to add Exhibits 6, 7, 8, and 9.

(Whereupon, Exhibit 6, U.S. Department of Justice letter, dated June 9, 2025, was marked for identification.)

(Whereupon, Exhibit 7, Excel file, Bates labeled CLJA_TRIWEST_0000000006, was marked for identification.)

(Whereupon, Exhibit 8, Excel file, Bates labeled CLJA_TRIWEST_0000000007, was marked for identification.)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 113 of 218

(Whereupon, Exhibit 9, Excel file, Bates labeled CLJA_TRIWEST_0000000008, was marked for identification.)

BY MS. WALLACE:

Q.    So I'm going to show you what's been marked as Exhibit 6.  It's a June 9th letter from the DOJ advising that, "As discussed during the status conference of June 9, 2025, United States now produces the underlying data for the TriWest and TRICARE DHA offsets spreadsheets."

And then it says how they've been shared with us.  And then it -- it included three datasets.

Can you tell me generally what these datasets are, please?

MR. ANTONUCCI:  Objection. Foundation.

BY MS. WALLACE:

Q.    Have you reviewed these three datasets, Exhibits 7, 8, and 9 prior to the deposition today in preparation?

A.    I haven't opened them yet.  I'm working on it.  So let me see them.

Yeah.  These reports are actually

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 114 of 218

the ones that I was familiar with, not the one that you just shared.

Q. Can you tell me what these reports are, and if you -- would you mind telling me in order as to how they're labeled: Exhibit 7, Exhibit 8, Exhibit 9?

A. Exhibit 7 is a report of -- Exhibit 8 -- oh, one second. Let me just check 7 again really quick.

Yep. And 7 is coming from our WPS payment processor. All of the dates of services and receive date are old. So this is telling me this would have been data by WPS.

On -- on Exhibit 8 and 9, those are both going to be current reports from PGBA system, our current payment processor, and with Exhibit 8 being for Jimmy Laramore, and with Exhibit 9 being for Keller.

Q. Do you agree with me that Exhibit 8 and 9, those do not contain the detailed claim data; they're more akin to the -- like, more a receipt of the query that was run against the PGBA claims system?

MR. ANTONUCCI: Object to form and foundation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 115 of 218

THE WITNESS: These -- well, these are going to give you an overview of what was paid and denied. They don't tell you as much information, like containing diagnosis codes and things of that nature.

They are going to give you the overview of what was paid and denied, and these are the reports that I reviewed and that I was looking at prior to this call.

BY MS. WALLACE:

Q. Are you saying that you did not have the opportunity to review Exhibits 4 and 5 prior to this deposition?

A. Yep. Those were not familiar to me. These three reports are the reports that I viewed, and these are the three reports that I look at on a regular basis from any other providers, where they're going to give you the dates of service and the paid amount.

Q. And if we were trying to ascertain whether or not dates of service and payments --

A. Claim information --

Q. -- I'm sorry. Can you hear me?

I think we might have talked over each other accidentally.

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 116 of 218

A.    Yes, I can hear you now.

Q.    Okay.  Let me try -- let me try my question if you don't mind.

Would you agree with me that exhibits -- if -- if we were trying to ascertain whether ICD-9 and ICD-10 codes that the government provided to TriWest were related to the dates of service and to the services provided to the veteran on those particular dates, would Exhibits 4 and 5 be the better datasets in order to do that?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  Could you repeat the question, please?

BY MS. WALLACE:

Q.    Yes.  If we were trying to make a decision as to which ICD-9 and 10 codes that were provided to TriWest by the DOJ were related to the dates of service for a particular veteran, would -- would Exhibits 4 and 5 that contain more detailed claim level data be the better exhibits in order to make that opinion?

A.    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 117 of 218

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  Yes.

BY MS. WALLACE:

Q.    What was your answer?  I'm sorry.

A.    Yes, I would say that.

That claim that you just were asking me about on Exhibit 4 --

Q.    Yes.

A.    -- that looked like --

Q.    I think it was Exhibit 5, but go on.

A.    Let me just make sure this is the one I pulled then, Exhibit 5.  Yep.

From Exhibit 5, it was the one -- one of the duplication -- one of the duplicated claim lines.  That claim's actually found on -- now I've lost my sheet.  Sorry.  Give me one second.

But that claim is actually found on this other report, and I would likely be able to tell you a little bit more about it based off of this other report.

Q.    Great.  Let me finish this question, and we will go right to that, okay?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 118 of 218

A.     Sure.

Q.     So you had just testified that Exhibit 5 and 4 are the better datasets in order to link ICD-9 codes to the services received by the claimant.

And -- and did you testify earlier that those -- you were not -- you're not -- you weren't prepared to discuss those datasets today?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  Yeah.  Those -- those are not reports that I had seen.  These, the three that you just shared, are reports that I have seen; and they are a list of all of the claims that were process add denied.

What you had on the other sheet is not something I'm familiar with.

BY MS. WALLACE:

Q.     All right.  And who would you recommend -- if I wanted to have a deep-dive session on Exhibit 4 and 5 as it relates to diagnostic pointers and CPT codes and which ones are related to the ICD-9 and 10 codes, can

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 119 of 218

you tell me which department of TriWest is the best one and which individual I should talk to in order to have a -- have that conversation?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I would start with Kaitlin -- Kaitlin Band, the person who put this together and got that report.

BY MS. WALLACE:

Q. All right. Do you -- are you able to direct me to more knowledge about the 3/22/2022 using Exhibits 7, 8, or 9?

A. I'm sorry. What's the number that you just referenced?

Q. 3/22/2022?

A. Oh, yes. And I believe that's the other number. Yeah. So on -- on Exhibit 8.

Q. Yep.

A. On -- on Exhibit 8 if you filter to the 3/22 date of service -- I didn't filter it, but I found it on line 16 and 61, whichever one is easier, to filter or to look at that.

Q. Can you tell me how much was paid by the government on 3/22/2022?

A. Yep. I can tell you that what the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 120 of 218

claim paid again. I can't speak to what the government paid because I don't have any of these reports referenced what we paid on behalf of the VA, assuming the VA would have reimbursed us.

Q. Yes.

A. The total paid amount is on Column O for $77.61 --

Q. Yes.

A. -- and $555.30.

Q. Okay. That's -- and can you tell me -- that is O, and then it's line -- can you tell me which line, if you don't mind?

A. It's line 60 and 61, Column O.

Q. If -- so let's -- let's take that. So we know that that's what should have been paid for that date of service, right?

A. Uh-huh.

Q. All right. So let's go back to Exhibit 5. All right. So I want to scroll over.

I want to represent to you that the Department of Justice issued -- had their economist review this data, and he issued a paid amount. He issued a total amount for --

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 121 of 218

for this data extraction totaling 6,786, which is the summation of Column CW.

A. Okay.

Q. Is -- does -- does -- for date of service 3/22/2022 have double charges for $555.30 and $707.61 [sic] that is included in that summation total?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I can't confirm that.

BY MS. WALLACE:

Q. Can you -- so can you see Column CW?

A. I can.

Q. Okay. And the total for that whole column is $6,786.76.

Do you see that?

A. I see that.

Q. And do you see where this $555.30 and the seven hundred -- $77.61 was counted twice?

But we just know from your other dataset that it was only paid -- both of those charges were only paid once.

Would you agree with me that those

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 122 of 218

are double counted in this total here of $6,786.76?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: Yeah. I can't confirm that for a fact. It -- it -- it appears to be that way on that report, but I can't confirm where that data on that report came from.

BY MS. WALLACE:

Q. You can't confirm where this data came from? The --

A. Correct. Like, I can't confirm how that was calculated or where that came from. It looks like that's taken from some sort of report and put onto a couple of tabs.

I'm looking at the official reports on the other exhibits, and that would be more indicative of what actually paid.

Q. But as far as that total, it does include double charges for that date; and we -- you and I have confirmed that it should have just been $555.30 plus $77.61, correct?

MR. ANTONUCCI: Object to form and foundation.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 123 of 218

THE WITNESS: Yep. It appears that may be the case. But without, I guess, identifying where that other information came from, I wouldn't be able to confirm.

BY MS. WALLACE:

Q. Who would?

A. Whoever put that together. As I mentioned, Kaitlin Band --

Q. Okay.

A. -- submitted and reviewed that.

Q. I am going to -- we haven't together looked at Exhibit Number 4, which is -- which is another one of the data extractions that was provided to us. And I'm going to share it for you in -- on the screen.

You mentioned earlier that you are not -- that you did not review Exhibit 4 prior to this deposition and were not involved in this data extraction?

A. I did not.

Q. Do you know generally what this data extraction represents?

A. My understanding is that it's supposed to represent the claims that are associated with the relevant diagnosis codes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 124 of 218

Q. And do you have an understanding as to why the difference between -- you mentioned earlier, like, the WSP [sic] processor versus, was it PLRG?

A. WPS versus PGBA. They're just -- they were two different processors depending on the date of service.

Q. Is that why these two Excel -- so -- so let me ask you -- I'm sorry. Let me ask you it this way.

Exhibit 4 represents a dates of service for Jimmy Laramore, if you agree with me, covering approximately March 30th, 2020, to March 9th, 2021; whereas, Exhibit 5 represents dates of service for Jimmy Laramore covering service ranges of June 8th, 2021, through January 10th, 2025, so a subsequent -- a subsequent set of dates?

MR. ANTONUCCI: Object to form and foundation.

BY MS. WALLACE:

Q. Do you agree with me?

MR. ANTONUCCI: Same objections.

THE WITNESS: That sounds correct for the dates I see on the spreadsheet.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 125 of 218

Page 125

BY MS. WALLACE:

Q.    And are you able to tell me -- I know you did not pull this data, but Exhibit 5 does have more detail in it than Exhibit 4.

Are you qualified to be able to tell me the difference in the data criteria for Exhibit 5 versus Exhibit 4?

A.    I'm not familiar with the difference in it other than Laramore, it appears that Laramore, Exhibit Number 4, is for WPS claims.  And the Exhibit Number 5 has a tab for both Laramore and Keller, which would be the PGBA claims that are more recent.

Q.    Okay.  And the -- like, the reason that these are presented to us in two different Excels is because they came from -- they were pulled from two different database systems; is that accurate?

A.    Two different data sources, correct.  WPS claims would be in a different -- like, our current -- our current database would be items that come in from PGBA.

WPS is probably, like, a historical data that is -- that exists, but isn't as relevant today for what we use due to it being

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 126 of 218

older and by a different payment processor.

Q. Yes. And so the CCN program launched in approximately 2019; is that true?

A. I think that's the best of my ability. It was called something different before that. I believe -- I believe about 2019 is when the name changed to Community Care.

Q. Do you know what the program was from 2013 to 2019 when this other payor database system would have been in effect, or is that beyond your expertise?

A. They were the PC3 program. I don't recall what it stood for, but it was called PC3 before CCN.

Q. Do you know why the data fields would have been different from the data extraction for Exhibit 4 versus Exhibit 5?

A. Not specifically, other than probably coming from different data fields, different databases, saved -- in saved data out in the -- it would be from the databases.

Q. Do you know whether Exhibit 4 represents only hospital billing versus also including professional billing in this?

A. I don't, but let me just see if it

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 127 of 218

has a field for -- if -- they're all labeled as inpatient or outpatient, which would give me the impression that they are hospital claims.

Q. And do you -- are you able to -- can I ask you the same question for Exhibit 5?

Can you tell me whether that pulled hospital and professional claims or just hospital claims?

A. Sure. Let me take a look.

Yes. It has a breakdown on Column BM for institutional versus professional.

Q. And were both provided under Exhibit 5?

A. Yes.

Q. And I think we talked previously, you agreed with me that there are no diagnostic pointers for the professional services in Exhibit 5, correct?

A. I didn't see anything that indicated that, correct.

Q. Do you know if TriWest has had any collaboration or conversations with the -- with the economist for the DOJ in this case as it relates to -- to TriWest datasets?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 128 of 218

A.    I'm not aware of that.

Q.    You haven't?

A.    I have not, no.

Q.    Is it part of your role in claims administration for TriWest to monitor when changes are made to the program?

A.    Not specifically.  I'm more brought in when, like, and notified that there's changes that have been made.  The changes -- yeah.  I don't monitor them firsthand, no.

Q.    But you are aware in your role that there have been changes made to the CCN program, even just in your three years since you've been at the company, correct?

A.    Yeah, absolutely.  Like, just changes in the process or obtaining referrals, things like that, yes.

Q.    Okay.  And it's my understanding that there have -- there -- there are so many changes that the VA CCN provider manual is actually published and updated quarterly; is that true?

A.    That's true.

Q.    Published in January, April, July, and October approximately?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 129 of 218

A.    It sounds correct.

Q.    Do you have -- is -- is it updated even more often than that on occasion, or is that about when it's updated?

A.    It's generally updated on quarterly, but they could issue and update it at any time if they -- they want to.  Something could change in between.

Q.    Do you have any knowledge in your role as to whether those updates affect the care coverage and eligibility and appropriations for the C- -- CCN?

MR. ANTONUCCI:  Objection.  Form and foundation.

THE WITNESS:  They could impact the care.  It just depends on what the update is or, you know, is for.  It could update, like, the level of coverage that we provide or -- yeah, like, the level of care provided.  It just depends on what the update is for.

BY MS. WALLACE:

Q.    Do you understand that the CCN program is -- how it's funded from Congress?

Do you have an understanding of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 130 of 218

that?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: Specifically, no.

BY MS. WALLACE:

Q. Do you understand that it's discretionary funding from Congress on an annual basis?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I don't know that.

BY MS. WALLACE:

Q. Does -- so TriWest, you've told me earlier, you're -- you have two accounts. One is the Department of Defense TRICARE system, and the other is the VHA CCN system.

So a hundred percent of TriWest's company revenue is tied to these two programs; is that right?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: To the best of my knowledge.

BY MS. WALLACE:

Q. Okay. And is it discussed in

your -- at your level as a director of claims administration that the programs are both subject to discretionary annual oversight by Congress?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: It is not.

BY MS. WALLACE:

Q. You're unaware of that?

A. Yeah. It's -- that's not discussed at my level.

Q. Do you know what law -- have you ever heard of the MISSION Act?

MR. ANTONUCCI: Object to form and foundation.

Whitney, I'm struggling to understand how this is related to offsets and damages.

MS. WALLACE: Well, TRICARE has claimed future offsets in this case. So has CCN.

MR. ANTONUCCI: Does that have anything to do with this witness, Whitney?

MS. WALLACE: Yes. It has to do with offsets.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 132 of 218

MR. ANTONUCCI: Okay. I --

MS. WALLACE: And potentially corresponding damages information, which is the subject of our -- that's the scope of our testimony for these witnesses.

MR. ANTONUCCI: That's not the scope of the testimony for this witness, though, right?

MS. WALLACE: Well, I think --

MR. ANTONUCCI: Ms. Rivas is a fact witness here to testify about her personal knowledge with regard to TriWest.

MS. WALLACE: Are you instructing her not to answer my questions?

MR. ANTONUCCI: I am asking for a standing objection to form and foundation to all of your questions that are not about offsets and related damages.

BY MS. WALLACE:

Q. Ms. Rivas, were you asked to calculate any future estimations for care in this case or to just provide data regarding past payments?

A. Just data for past payments.

Q. So would you agree with me that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 133 of 218

payments -- that funding could be restricted in the future as it relates to the CCN program?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I have no knowledge of that.

BY MS. WALLACE:

Q.    And similarly, you don't have knowledge of that as it relates to the TRICARE program?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I don't have knowledge of that.

MR. ANTONUCCI:  Whitney, we've been going for over an hour.

Do you mind if we take another break?

MS. WALLACE:  Not at all.

THE VIDEOGRAPHER:  We are going off the record.  The time is 3:21 p.m.

(Whereupon, a break was taken.)

THE VIDEOGRAPHER:  Back on the record at 3:29 p.m.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 134 of 218

BY MS. WALLACE:

Q. Ms. Rivas, do you still have up on your computer Exhibit 4?

A. Yes. Yes.

Q. You testified earlier that you were not the right witness to be able to confirm that some of the dates of services or CPT codes were connected with the ICD-9 and 10 codes; is that correct?

MS. WALLACE: Object to foundation and form.

THE WITNESS: I'm sorry. You did freeze during that.

Could you repeat the question?

BY MS. WALLACE:

Q. Sure. Sure.

Did you -- am I -- am I summarizing your testimony correctly that you testified earlier that you are not the right individual to examine the CPT names or procedure codes and connect those with an ICD-9 and 10 codes that were provided by the DOJ?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: That's correct.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 135 of 218

BY MS. WALLACE:

Q.    All right.  So if there are line items for Mr. Laramore, such as a glucose blood device for home use, you do not have any independent knowledge on whether that service is connected with his bladder cancer diagnosis, correct?

Can you hear me?

A.    Yeah.  I -- I said correct.

Q.    Oh, I'm so sorry.  I didn't hear the answer.

A.    You didn't hear me?

Q.    No, I didn't.  I'm so sorry.

And I have a similar question.

What if he had telehealth visits, are you in any position to tell me whether identified telehealth visits were or were not related to his bladder cancer diagnoses?

A.    I would not be able to tell that.

Q.    And so as far as it relates to connecting the dates of services on Exhibit 4 and Exhibit 5 to the ICD-9 and 10 codes that are identified in the principal diagnosis section, that is outside of your area of expertise?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 136 of 218

Did you answer, Ms. Rivas?

I'm sorry if I keep talking over you.

A.    Correct.

Q.    Okay.  And are you in a position to tell me why Kaitlin -- why it was important to Kaitlin Band to only pull principal diagnoses related to the bladder cancer ICD-9 and 10 codes as opposed to secondary diagnoses pulled for the bladder ICD-9 and 10 codes?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I -- I'm not certain that that was the case.  I don't know which diagnosis codes -- diagnosis codes she did pull.

BY MS. WALLACE:

Q.    You don't know which diagnosis codes she did pull?

A.    No, not whether it was primary or secondary.

Q.    Do you know why it would matter to Kaitlin or to TriWest to pull primary versus secondary?

A.    I do not.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 137 of 218

MR. ANTONUCCI:  Object to form and foundation.

BY MS. WALLACE:

Q.    And you don't know how that might relate to the payment component of that service record?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I do not.

BY MS. WALLACE:

Q.    And we just -- we talked about this earlier.

In Exhibit 4 are you -- without, you know, consulting a data dictionary or another individual, are you aware of which column is the appropriate one to total if you were trying to ascertain how much the government paid connected with these dates of service?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  I do not.

BY MS. WALLACE:

Q.    And if the economist relied upon this dataset in order to come up with an amount alleged as an offset you -- you independently

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 138 of 218

would not be able to verify the accuracy of --
of that number; is that true?

MR. ANTONUCCI: Object to form and
foundation.

THE WITNESS: Correct.

BY MS. WALLACE:

Q. I should direct those questions to
Kaitlin Band or another individual more
familiar with how this data was pulled and what
is connected with the ICD-9 and 10 codes?

A. Correct.

Q. And as far as your areas of
expertise, you are more comfortable with
Exhibits 7, 8, and 9 that involved the payment
and denials related to claims?

A. Correct.

Q. How often -- do you have a denial
rate error -- error as it relates to Community
Care Network?

A. I do not.

Q. Do you know how often -- how
frequently claims are denied by TriWest?

A. I don't know the rate of denial,
no.

Q. How often was it done in

Mr. Laramore's case?

I think that would be Exhibit 7 or 8.

A.    I mean, he had 13 denied claims on Exhibit Number 7, and there were 114 paid. Four of them were adjusted.  So essentially, 13 out of 118.

Q.    And so Mr. Laramore, just as an example, his access to Community Care payments and services, it can sometimes be denied; is that true?

A.    Services can be denied, but generally, they're going to be based on what the provider bills.

Q.    Okay.  And so they're not -- so it's not a sure thing that he will -- he would get, you know, any particular service, that -- that was recommended by the VA through the Community Care Network?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  If he had a referral for it and went to a -- a provider and they billed appropriately for that service, then there shouldn't be a problem

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 140 of 218

with payment.

BY MS. WALLACE:

Q. So are you assuming, then, that all the 13 denials here, it was an improper provider billing?

A. I haven't reviewed this information to give you an estimate, but it could be based off the way the provider billed. It could be based off of a manual error if someone touched it and just adjusted it wrong -- or reviewed it wrong.

It could be any number of things, but I wouldn't know that without being able to examine each of the claims individually.

Q. Would you say that that percentage of errors is typical with CCN, maybe somewhere around 20 percent?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I wouldn't be able to estimate that.

BY MS. WALLACE:

Q. Can you tell me which -- I think you told me at the beginning there's a department at TriWest that's responsible for --

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 141 of 218

is there a department at TriWest that's responsible for reviewing medical records and comparing that to billing records to confirm that the providers are properly coding and billing?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  Not that I'm aware of that -- that anything that is a standard process.  If there is a suspicion or a reason for us to review them, that could happen, yes; but not just as a standard process to review them, you know, on a regular basis, no.

BY MS. WALLACE:

Q.     And so it's your testimony that TriWest does not regularly review medical records in order -- in their accuracy and audit and billing practices, correct?

A.     No, I didn't say that.  I would say if there is a reason for them to review medical records, we would obtain them, ask for them, and review them.

Q.     But it's not regular procedure?

A.     Not without a reason that would require it, no.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 142 of 218

Q.   Do you have -- do you have any knowledge as to whether your -- your company has been criticized by a governmental oversight agency for not looking at medical records compared to billing in -- in TriWest's history?

A.   I have no knowledge of that.

Q.   Do you have knowledge that TriWest has been -- was -- it was determined that TriWest had over- -- overbilled the VA system in the tens of millions of dollars related to pass-through errors?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I don't have knowledge of that.

BY MS. WALLACE:

Q.   Do you have knowledge that in December of 2021 the VA Office of Inspector General performed an audit and concluded that 37,900 of the Community Care providers billed at higher level codes than their peers accounting for 3.9 million in improper billing services?

MR. ANTONUCCI:  Object to form and foundation.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 143 of 218

THE WITNESS: I have no knowledge of that.

BY MS. WALLACE:

Q. Have you -- do you have knowledge that the December 2021 VA OIG audit determined that VHA staff did not audit medical documentation for billed services as a part of their oversight responsibilities?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I have no knowledge of that.

BY MS. WALLACE:

Q. Do you have knowledge of -- does TriWest have a special investigations unit?

A. The only unit I'm aware of is Payment Integrity, which would review anything that came in that was -- needed in an investigation.

Q. If -- you mentioned that that -- is that entity that the fraud detection entity under TriWest that you're not a part of.

Do you have any knowledge as to when they identify errors, you know, aggregate errors in provider billing, whether they

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 144 of 218

correct -- correct that on a retroactive basis, or it's identified for improvements moving forward?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I think that would depend on the VA's guidance.

BY MS. WALLACE:

Q.    Do you know the answer to that question?

MR. ANTONUCCI:  Same objection.

BY MS. WALLACE:

Q.    I know you're not in that department.

A.    I do know that if -- yeah.  I do know that if there is something that we've either paid wrong or -- or accepted -- that was billed wrong, again, it depends on the VA's discretion.  The VA would tell us whether they want to correct an issue going forward or whether they would want us to perform recoupments or reprocess for additional payment.  It would all be based upon the VA's decision.

Q.    Who would handle that reprocessing

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 145 of 218

under TriWest?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: That reprocessing would be handled by our payment processor PGBA.

BY MS. WALLACE:

Q. Can you -- would you agree with me that the data extractions that we've received in this case are a snapshot in time, and it's in a payment system?

MR. ANTONUCCI: Object to form and foundation.

BY MS. WALLACE:

Q. Do you know what I mean by that question, or would you like for me to rephrase it?

A. Yeah, could you please rephrase it?

Q. I'd be happy to. I've heard -- the data that was pulled in this case, these data extractions, Exhibits 4, 5, 7, 8, and 9, they represent data at the point in time in which they were pulled.

Is it true that the data in your system is subject to change if there's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 146 of 218

reprocessing, if there's updated payments, in -- in that nature?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  It could change if a claim was reprocessed.  So yes, this would have been the data available if the data was pulled.

BY MS. WALLACE:

Q.    How -- can you describe what data being reprocessed means, please?

A.    It would be a claim being reprocessed.  So if we had reason to reprocess a claim due to it being underpaid or overpaid or -- or denied in general and we had reason to reprocess it, we would do that.  PGBA would reprocess that claim and either recoup money that was overpaid or re- -- you know, pay out additional monies if the claim was underpaid.

Q.    Has the DOJ asked your -- your company, to your knowledge, to provide any updates related to the data extractions that you've made after reprocessing -- after any reprocessing?

A.    I'm not aware of the request to pull any updated data.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 147 of 218

Q.    How often do reprocessings occur?

A.    We reprocess claims on a regular basis if there's a need to do so.  This -- like, for example, the older claims -- it only goes back so far, right, to, like, usually within a year or two of processing unless directed by the VA for some other reason.

So like, the claims from the WPS system, for example, we wouldn't be reprocessing any of those.  They're far too old to do that.

So usually with -- most of the time a claim would not be adjusted after like a year -- a year's worth of time.  But if we had reason to do it and we're directed by the VA to make an -- you know, an adjustment, we would.

Q.    Is there a point in time where you consider the data for a particular claim 100 percent stable, meaning there will be no more changes or the possibility of changes is so remote as it's not worth concern?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  The only time I would say that would be the case is when a program closes out.  Like I mentioned,

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 148 of 218

before CCN, it was PC3. So when that program was --

MS. WALLACE: Oops.

THE VIDEOGRAPHER: Frozen.

MS. WALLACE: Yep.

THE WITNESS: -- our finance department would have reconciled all of it with the VA. And therefore, those records would be what they are. There would be no more reprocessing of those claims.

BY MS. WALLACE:

Q. Unfortunately, you cut out for us in the middle of that answer. I'm so sorry.

Would you be willing to restate that answer for the record, please?

A. Yeah. So normally claims are not reprocessed more than a year or two after the fact unless the VA would -- would direct us to do so for some particular reason.

And at a time -- at -- like, for example, I mentioned that the PC3 program was the program prior to CCN. So when that program ended, there was a certain period of time we could reprocess claims under that program. But then, you know, a year or two later kind of --

the finance department at TriWest and the VA would say, okay, we've reconciled everything. The data is what it is. We're not reprocessing. The program's closed.

So there is a point in time where it's not always set; but, like, when a program is closed out, we would no longer adjust claims for it. But up until that point, it could happen if we were directed to do so by the VA for the current program.

Q. Are you prepared to tell us today whether there's been any reprocessings to Jimmy Laramore's claims since these datasets were produced?

A. I don't have that information. It would require pulling new reports.

Q. Do you have any knowledge in your department as it relates to your company paying $179.7 million to resolve overpayments to the Department of Veteran Affairs?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I don't have any knowledge of that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 150 of 218

BY MS. WALLACE:

Q.    Would that be your VP that would?

A.    I don't know.

Q.    If in the case of Jimmy Laramore -- and I want to confirm if you're aware -- is he the only individual who you -- who TriWest identified claims paid related to the ICD-9 and 10 codes, Mr. Laramore as opposed to Mr. Keller?

MR. ANTONUCCI:  Object to the form and to foundation.

THE WITNESS:  I'm not sure I'm following that question.  I think there was Exhibit 4 and 5 --

BY MS. WALLACE:

Q.    Yes.

A.    -- and one was for -- and I believe it was 5 had claims for both Jeremy -- Jimmy Laramore and Keller on it.

Q.    All right.  Let's take a look at that.  I'm going to put on the screen Exhibit 5.

So Tab 1 is Laramore.

Can you see that?

A.    Yep.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 151 of 218

Q. And Tab 2 is Keller.

And it's -- do you see any data in the Keller tab?

A. Oh, nope, I do not. It is empty. So then I would state that that is -- that that was not found.

Q. So independently today do you know whether TriWest is claiming that the government paid claims related to the ICD-9 and 10 codes for Mr. Keller?

A. Yeah. I'm not -- I'm not aware that that would be the case. I'm not familiar with Exhibits 4 and 5.

Q. Okay. And are you aware that Exhibits 4 and 5 are the ones that were provided to the DOJ economist in this case in order to quantify offset damages?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I'm only aware because that's what you told me. I -- I was familiar with 7, 8, and 9, which were the reporting that we pulled for all of their claims.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 152 of 218

BY MS. WALLACE:

Q.     Can you explain to me in your own words what Exhibit 7 shows, that's Bates Number CLJA_TRIWEST_'00006.

A.     Yep.  Exhibit -- Exhibit 7 shows the paid and denied claims and adjusted claims for Jimmy Laramore.

Q.     And that dataset does not contain claim-level detail datasets?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  There is a claim status detail tab and a claim line detail tab.

BY MS. WALLACE:

Q.     Does it --

A.     So --

Q.     I'm sorry.  Please finish.  I'm so sorry.

A.     Oh.  So it's telling you the claim status of whether overall paid or denied, and then it shows the breakdown of the claim lines that were paid on the third tab.

Q.     Are you representing that it has the same level of claims detail as Exhibits 4 and 5?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 153 of 218

MR. ANTONUCCI: Object to form.

THE WITNESS: It does not have the -- it has procedure codes on it, but I don't see anything related to diagnosis codes. So it's not a general field that we normally pull into our standard claim reports, which is likely why the other one was one pulled and compiled.

BY MS. WALLACE:

Q. So Exhibits 7, 8, and 9, which you are familiar with, don't contain sufficient identifying information to link those claims data to the ICD-9 and 10 codes, correct?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: It would be -- I would appear to be missing the diagnosis code. It would have just procedure code. Yes, that's correct.

BY MS. WALLACE:

Q. Do you have any knowledge as to whether if the Community Care Network was asked to pull data for the claimant, Jimmy Laramore, and let's just say claims-level data, would they have access to all of the same fields that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 154 of 218

TriWest does through your shared database systems?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I'm sorry. Did you ask if it was the VA that could -- that would wanted to pull a report?

BY MS. WALLACE:

Q. Yes. So the -- I understand that CCN falls under a department of the VA -- of VHA?

A. Uh-huh.

Q. But my question is, is there a database system that would allow CCN to have the same fields for Jimmy Laramore that you have -- that your company has produced in Exhibits 4 and 5?

A. Yeah. I'm not aware that they would have any access to our database. We would --

Q. Do you know --

A. We would have to generate reports in the same manner from the database to share with them.

Q. Do you know if your data

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 155 of 218

extractions for Jimmy Laramore, for example, have the opportunity to have more detail than the CCN, or do you have access to more information from the providers; or would you imagine that you had somehow transmitted that same information to the VHA for these claims?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I'm sorry. I'm not following because you're referring to VHA, and these claims are under the CCN program.

BY MS. WALLACE:

Q. Is CCA -- isn't the CCN program administered by the Veterans Health Administration?

A. By the VA, yes.

Q. And so would you like -- would you prefer that I just say CCN?

A. Well, the program is called CCN. I'm sorry. I thought you had mentioned something about the DHA in there. If you didn't, I just misheard you.

Q. No. It would have been VHA. I'm sorry. It's my --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 156 of 218

A.     Okay.  I'm sorry.

Q.     No, no problem.

A.     I may have heard DHA, and I was, like, but they're not connected.  Okay.  Thank you.

Q.     I totally understand the confusion. Let me try again.  And if I can -- I just have a -- see if you can answer this question.

How much of TriWest's data that you have pulled in Exhibits 4 and 5 is shared with CCN in a shared database system?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  I'm not aware that there is a shared database system at all between the VA and TriWest.

BY MS. WALLACE:

Q.     And so how would the CCN get access to their own veterans' billing information to the specifications that are in Exhibit 4 and 5?

MR. ANTONUCCI:  Object to form foundation.

THE WITNESS:  So my understanding is when we submit the claim data to them to be reimbursed for our claim, they

would -- that's how they would have the data that was billed and the claim information that was billed and that -- based on -- that was based on what we paid and then what they would reimburse us for.

BY MS. WALLACE:

Q. And tell me what form that would take if you know.

Is that an Excel sheet that you're sharing.

Like, what kind of form is the VA getting to provide reimbursement, and how much data are they getting in order to give you that reimbursement?

A. I don't have any of that --

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: Sorry. I don't have any of that information. That's not handled by my area.

BY MS. WALLACE:

Q. Who has that information?

A. Likely our finance team.

Q. Do you have a name that's the head of your finance team?

A.    I don't know the person who would handle that portion, no.

Q.    And so is it your testimony that you're uncertain how much TriWest claims detail data would be transmitted to CCN as a part of that relationship between the two entities?

MR. ANTONUCCI:  Object to form.

THE WITNESS:  Yeah.  I'm not aware of how much would be transmitted between the two.

BY MS. WALLACE:

Q.    Is it your understanding that the -- should -- if -- if Jimmy Laramore's treatment was paid through either the CCN program or the program that preceded it, should CCN have access to the same payments and dates of service that TriWest does, meaning it would -- they -- they should directly correlate, CCN's data and TriWest as it relates to Jimmy Laramore?

A.    It should have the same claim information, yes, because unless the claims hadn't been submitted over for reimbursement yet.  I'm not sure what cycle that is or how -- the timeliness of how those claims go over, but

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 159 of 218

many of these claims have been processed and paid years ago.  So that information should all be reconciled with the VA; and if that's the case, the VA would have the -- this information about all those claims.

MR. ANTONUCCI:  Excuse me.  Object to form and foundation for the last question.

BY MS. WALLACE:

Q.    So to your knowledge, if the DOJ asked CCN to pull data for Jimmy Laramore and TriWest to pull data for Jim Laramore and he was only a recipient of this -- only under the CCN program, these should -- they should be correlating -- correlating payment amounts for that gentleman.

Is that -- is that within your area of expertise?

MR. ANTONUCCI:  Object to form and foundation.

THE WITNESS:  It would make sense that that's the same as long as all of the claims have been submitted for reimbursement and that there wouldn't be any for Optum, the other -- the other

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 160 of 218

contractor for the other half of the -- the CCN program.

BY MS. WALLACE:

Q. Thank you. That's a really good clarification.

So assuming that it was just a TriWest TPA for that particular claimant?

A. Correct.

Q. Do you, you know, whether Kaitlin Band assumed that all line items for a service date were related to the principal diagnosis of the ICD-9 and 10 codes that she was provided when she performed her data query?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I don't know. I don't know what she assumed.

BY MS. WALLACE:

Q. Do you have any independent knowledge as to whether the line items for Jimmy Laramore or related to his principal diagnoses for the ICD-9 -- 10 and 9 codes that were provided by the DOJ?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: Could you repeat the question?

BY MS. WALLACE:

Q. Yes. Do you have any independent knowledge as to whether the line items for services were connected to the principal diagnosis in Exhibits 4 and 5?

A. I don't other than what's on the worksheet. That -- that's the only knowledge I have of that process.

Q. Do you know if the WPS payment processor has been previously criticized for errors in the tens of millions related to processing the Choice program?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I don't have that information.

BY MS. WALLACE:

Q. And I think you testified earlier you actually haven't reviewed any audits of TriWest by the VA, OIG, or the GAO, correct?

A. That is correct.

Q. That's outside your scope?

A. Correct. It's not handled in my

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 162 of 218

area.

Q.    Have you ever been -- has your VP ever discussed with you errors in processing under the Choice program, or that was before your time?

A.    It was before my time.  I'm only familiar with the Choice program because we received some claim inquiries from it when I first started, but it was a -- the program was already closed and out of scope.  So I'm just familiar with the name of it but no -- no other details.

Q.    As a part of your role, have you performed any auditing or retroactive payment processing relating to the Choice program since you became the director?

A.    No.  The Choice program was closed, and so that was -- like, all of the data had been finalized between finance and VA.  So it wasn't anything that we were able to reprocess.

Q.    So if any of the data from the WPS program was inaccurate, it's -- it -- it was clo- -- it hasn't been reviewed since the time that it was closed, correct?

MR. ANTONUCCI:  Object to form.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 163 of 218

THE WITNESS: Correct it would have been reviewed and closed out between our finance area and the VA. They -- they both agree to --

BY MS. WALLACE:

Q. Okay. And you as a company are not provided any knowledge or details to your understanding from the VA as to whether they were covered from other health payors any of the payments made to the providers; that's not within TriWest's wheelhouse?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: Correct. We don't coordinate any benefits. So if they were paid out by anyone else, we wouldn't have coordinated benefits. The other insurer would have handled the -- the payment.

BY MS. WALLACE:

Q. Do you know about any criticisms to the TRICARE program by the VA or DOD agencies?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: I'm not aware of any- -- anything specific from them, no.

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 164 of 218

BY MS. WALLACE:

Q.    Do you know -- do you have any knowledge about the VA's program integrity tool?

A.    I'm not aware of what that is, no.

Q.    Do you have any knowledge of TRICARE's duplication error tool that they have implemented for TRICARE benefits?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  No, I'm not aware of what that is either.

MS. WALLACE:  All right.  I'm going to take a moment, if you all don't mind, maybe a five-minute break.

THE VIDEOGRAPHER:  All right. We're going to go off the record at 4:02 p.m.

(Whereupon, a break was taken.)

THE VIDEOGRAPHER:  Back on the record at 4:09 p.m.

BY MS. WALLACE:

Q.    Ms. Rivas, I am going to upload into the chat what has been previously marked as Exhibit 14, and I'm going to share it on the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 165 of 218

screen for you as well.

(Whereupon, Exhibit 14, Expert Report of Tricia M. Yount, CPA, MAFF, was previously marked for identification.)

BY MS. WALLACE:

Q.    Ms. Rivas, have you ever seen this report?

A.    I have not.

Q.    Have you ever heard of Tricia Yount?

A.    I have not.

Q.    I want to show you -- I would represent to you that this is the Department of Justice economist's expert report as it re- -- relates to Jimmy Laramore, the individual who TriWest pulled data extractions for.

Do you see that?

A.    Yes.

Q.    I am going to scroll down to page 3.

Do you see the section entitled "Past Medical Expenses"?

A.    Yes.

Q.    All right.  And I'll read aloud for you.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 166 of 218

"According to a report prepared by Kaitlin Band with TriWest Healthcare Alliance dated March 4, 2025, Mr. Laramore has received benefits from TriWest, which administers the Department of Veterans Affairs' Community Care Network in some states, including Texas, totaling $12,479."

Do you see that sentence?

A.    I do.

Q.    Can you tell me using the data extractions that your agency pulled how that number was calculated?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  I don't know where that number comes from, but I can try to total the reports to see if that totals.

BY MS. WALLACE:

Q.    That would be fine.

Which reports are you totaling?

A.    I'm totaling from Number 4 and Number 5, Exhibits 4 and 5.

Exhibit 4 you had stated that where that money total had come from is $5,692.73. And let me just pull up Number 5.  It is

$6,086.

Was your number $12,479.49?

Q.     It is.

A.     Then that's what I got from adding Column CW on Exhibit 4 and 5.

Q.     Is it CW on 4, or is it a different column number, just to be clear?

A.     Oh, I'm sorry.  It's CW on Exhibit 5.  Let me look at Exhibit 4.

I'm sorry.  CQ on Exhibit 4.

Q.     Thank you.  So does it appear to be your understanding that the economist summed Exhibit 5 CW and Exhibit 4 CQ in order to come up with the sum total of alleged governmental payments for the TRICARE CCN program?

MR. ANTONUCCI:  Object to foundation.

THE WITNESS:  Well, the --

BY MS. WALLACE:

Q.     Yeah.  Let me -- I'm so sorry.  Let me change my words.

For the CCN program administered by the VHA with third-party administrator as TriWest.

MR. ANTONUCCI:  Object to

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 168 of 218

foundation.

THE WITNESS: From what you showed me, that's where that total appears to have come from.

BY MS. WALLACE:

Q. Okay. And we -- you've -- you are not the -- the person that I could question related to -- for details related is to Exhibits 4 -- 4 and 5 as to which dates of services were related to the ICD-9 and 10 codes, correct?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: That is correct.

BY MS. WALLACE:

Q. And did you notice that and we only previously had talked about that -- the single duplication error that we discussed before.

Would you agree with me that this amount total includes that duplication error?

MR. ANTONUCCI: Object to form and foundation.

THE WITNESS: If it is an error, it would be included in there; but again, I didn't compile this sheet. So I don't

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 169 of 218

know where that might have come from

but...

BY MS. WALLACE:

Q.    And we don't know if there might

been additional duplication errors?

MR. ANTONUCCI:  Object to form and

foundation.

THE WITNESS:  It appears to be the

total from those columns.

BY MS. WALLACE:

Q.    And you and your department is

unaware of whether the dates of service

included in this sum totals has been audited to

ensure the provider billing was accurate,

correct?

MR. ANTONUCCI:  Object to form and

foundation.

THE WITNESS:  I'm not aware of it

if that has happened or not.

BY MS. WALLACE:

Q.    And you're not aware of the -- any

issues with overpayment related to these

claims?

MR. ANTONUCCI:  Object to form and

foundation.

THE WITNESS: I'm not aware of that either.

BY MS. WALLACE:

Q. I want to show you the second part of that economist's report.

According to a report by the Veterans Affairs dated February 20th, 2025 -- this is the top of page 4 -- Mr. Laramore has received benefits from Community Care Network totaling 19,748.

Do you see that?

A. I do see that.

Q. Have you -- you've not seen that data that's itemized at 19,748; is that correct?

A. That's correct.

Q. And was your entity aware that Community Care Network had also been asked to pull data extraction?

A. I was not.

Q. And so no comparison between those datasets has been done by your agency or company?

A. I'm not aware of any.

Q. And so you're not offering any

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 171 of 218

testimony regarding the -- either the TriWest amount or the Community Care Network as being accurate amounts for Mr. Laramore; is that true?

A.    I have no information on the Community Care Network, but I can -- do feel certain that the claim information that we pulled on our reports would be data from our payment processors should be accurate.

How that matches up to your Exhibit 4 and 5, that's where I'm not aware and -- and how that was determined with their diagnosis codes.

Q.    Okay.  And Exhibit 4 and 5 is what was used to compile the 12,479, correct, not Exhibit --

A.    Correct.

Q.    -- the ones that you had reviewed and were prepared to talk about?

MR. ANTONUCCI:  Object to foundation and to form.

THE WITNESS:  Correct.

MS. WALLACE:  I think that's all the questions that I have for you, Ms. Rivas.  Thank you for your patience

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 172 of 218

with me today.

THE WITNESS:  Thank you.

MR. ANTONUCCI:  No redirect.

THE VIDEOGRAPHER:  All right.  This ends today's deposition.  We're got to go off the record at 4:17 p.m.

(The witness is excused.)

(Deposition of Kimberly Rivas concluded at 4:17 p.m. CDT.)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 173 of 218

C E R T I F I C A T E

I, SUZANNE J. STOTZ, a Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public in and for the State of Texas, do hereby certify that the foregoing is a true and accurate transcript of the stenographic above-captioned matter.

_____

SUZANNE J. STOTZ, CSR, RPR, CRR

Texas Certification No. 11942

DATED:  SEPTEMBER 13, 2025

NOTE:  THE CERTIFICATE APPENDED TO THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS, UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING COURT REPORTER.

Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 174 of 218

E R R A T A   S H E E T

I have read my testimony in the foregoing transcript and believe it to be true and correct to the best of my knowledge and belief with the following changes:

PAGE      LINE            CHANGE

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____  _____

WITNESS SIGNATURE                DATE

Sworn and subscribed to before me this

_____ day of _____ , 2025.

Notary Public of the

State of _____.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 175 of 218

| & | | | |
|---|---|---|---|
| **&** 2:4,9,13,18 8:9 | 51:2 59:9,17 59:20 60:1,6 61:10 62:9 63:24 67:7 68:8,25 69:5 84:2,17 98:20 99:5,7,18,19 101:21 116:6 116:18 118:25 134:8,21 135:22 136:8 136:10 138:10 150:8 151:9 153:13 160:12 160:22 168:10 | **120** 2:14 **12203** 173:12 **127** 2:10 **12:57** 1:16 7:6 **13** 4:21 64:16 139:4,6 140:4 173:18 **14** 6:8 41:12 164:25 165:2 **1450** 65:12 73:8 **15** 73:13 **1500** 73:9,14 78:21 | **20** 140:17 **20009** 3:7 **2013** 126:9 **2019** 126:3,6,9 **202** 3:8 **2020** 124:13 **2021** 77:19 110:1 124:14 124:16 142:18 143:5 **2022** 25:12 **2024** 38:11,20 39:9,12 |

**0**

**0000000001** 5:7 80:20
**0000000002** 4:19 21:19
**0000000004** 4:20 21:20
**0000000005** 5:9 80:23
**0000000006** 5:21 112:21
**0000000007** 5:23 112:24
**0000000008** 6:7 113:2
**0000000009** 5:16 99:15
**0000000010** 5:14 99:12
**00006** 152:4

**1**

**1** 4:11 17:4 20:6 63:23 150:23
**1.2** 41:4,17
**1.xlsx** 80:16
**1/1/25** 40:3
**10** 5:10 20:6 49:16 50:4,18

**100** 147:19
**10:09** 64:7
**10th** 124:17
**11** 5:12 25:17 98:20 99:11 101:20 102:15
**1100** 3:7
**112** 5:17,19,22
**113** 6:5
**114** 139:5
**118** 139:7
**11942** 1:12 173:15
**12** 5:15 98:20 99:14
**12,479** 166:7 171:15
**12,479.49** 167:2

**16** 4:23 64:18 119:21
**165** 6:8
**16th** 64:24
**17** 4:11,14
**179.7** 149:19
**17th** 9:13
**180** 32:1
**185** 48:16 49:7 100:6
**19,748** 170:10 170:14
**1979** 9:13
**1:59** 63:10
**1st** 29:7 38:14

**2**

**2** 4:14 17:8 18:1,23,23 151:1

**2025** 1:15 5:11 5:18 7:5 20:19 29:7 38:15 64:24 80:15 99:9,21,22 112:18 113:9 124:17 166:3 170:7 173:18 174:22
**2026** 4:23 64:18
**20th** 170:7
**21** 4:18
**215-4007** 2:15
**24th** 2:19
**25** 39:13
**252** 2:15
**26** 1:15
**26th** 7:4
**28144** 2:6

Golkow Technologies,
A Veritext Division
877-370-3377  www.veritext.com
Case 7:23-cv-00897-RJ  Document 871  Filed 05/12/26  Page 176 of 218

**28406** 2:10
**28590** 2:15
**2:06** 63:13

**3**

**3** 4:18 8:13
  21:16,17,23
  23:2,14 24:1
  24:13 27:2
  37:22 58:25
  63:19 98:25
  99:22 165:20
**3.9** 142:22
**3/22** 119:20
**3/22/2022**
  86:24 98:6
  106:6 119:12
  119:15,24
  121:5
**3/22/22** 86:18
**3011** 2:19
**30th** 124:13
**313** 2:20
**365** 32:2
**37,900** 142:20
**39** 97:7,8,25
**3:21** 133:21
**3:29** 133:24

**4**

**4** 5:5 27:6
  41:10 63:16,25
  80:18,19 103:4
  115:12 116:10
  116:21 117:8

118:3,23
123:12,17
124:11 125:4,7
125:10 126:17
126:22 134:3
135:21 137:13
145:21 150:14
151:13,15
152:24 154:17
156:10,20
161:7 166:3,21
166:22,23
167:5,6,9,10,13
168:9,9 170:8
171:11,14
**40** 97:7
**42** 97:8
**48202** 2:19
**4:02** 164:18
**4:09** 164:21
**4:17** 172:6,9
**4th** 80:15

**5**

**5** 5:8 27:6
  41:10,13 80:18
  80:22 81:4,10
  86:22 89:8
  102:17 103:4
  106:6 115:12
  116:10,22
  117:11,14,15
  118:3,23
  120:20 124:14

125:3,7,11
126:17 127:5
127:14,19
135:22 145:21
150:14,18,22
151:13,15
152:25 154:17
156:10,20
161:7 166:22
166:22,25
167:5,9,13
168:9 171:11
171:14
**5,692.73.**
  166:24
**5.xlsx.** 80:17
**50s** 11:19
**525** 2:5
**555.30** 121:6,19
  122:23
**555.30.** 120:10

**6**

**6** 5:11,17 99:9
  112:14,16
  113:6
**6,086** 167:1
**6,786** 121:1
**6,786.76** 94:15
  122:2
**6,786.76.**
  121:16
**60** 120:14

**61** 119:21
  120:14
**633-5244** 2:6
**64** 4:21
**6th** 99:20

**7**

**7** 5:19 88:13
  112:14,20
  113:21 114:5,7
  114:9,10
  119:12 138:14
  139:2,5 145:21
  151:22 152:3,5
  153:10
**704** 2:6
**707.61** 121:6
**77.61** 120:8
  121:20 122:23
**794-4829** 2:11
**7:23** 1:2

**8**

**8** 4:5 5:22 64:1
  112:14,23
  113:21 114:6,8
  114:14,17,19
  119:12,17,19
  138:14 139:3
  145:21 151:22
  153:10
**8,609.36** 94:8
**80** 5:5,8
**800-4170** 2:20

Golkow Technologies,
A Veritext Division
877-370-3377      www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 177 of 218

**80s** 11:19
**880-6104** 3:8
**897** 1:2
**8th** 124:16

**9**

**9** 5:18 6:5
49:16 50:4,17
51:2 59:9,17
59:19 60:1,6
61:10,14,16
62:9 67:7 68:8
68:25 69:5
70:9 84:2,17
112:15,18
113:1,9,21
114:6,14,18,20
116:6,18 118:4
118:25 119:12
134:8,21
135:22 136:8
136:10 138:10
138:14 145:21
150:7 151:9,22
153:10,13
160:12,22,22
168:10
**910** 2:11
**99** 5:10,12,15
**9th** 113:6
124:14

**a**

**a.m.** 64:7
**ability** 40:10
126:5
**able** 31:25
36:11 40:22
47:1 48:2,23
49:5,11,12,22
50:3,19,23
55:11 59:1
65:18,25 68:11
68:16 79:15
81:7 82:24
84:12,15 86:16
88:19 95:5,15
95:17,18,20,21
95:22 96:11
107:1,3 117:21
119:10 123:4
125:2,5 127:4
134:6 135:19
138:1 140:13
140:20 162:20
**above** 1:10
173:10
**absolutely**
44:24 51:3
52:13 62:23
128:15
**abuse** 53:7
55:15,20 58:17
**accept** 45:10

**accepted**
144:17
**access** 11:7
32:7,23 38:12
48:14 75:22,24
76:10 95:25
139:9 153:25
154:19 155:3
156:18 158:16
**accidentally**
115:25
**accountability**
57:8
**accounting**
142:22
**accounts** 30:4,4
130:14
**accuracy** 33:24
36:20 57:13
67:22 110:8
138:1 141:17
**accurate** 25:1,2
27:9 68:8
79:18,24
125:18 169:14
171:3,9 173:9
**accurately**
33:23 34:9,17
34:19
**ace** 2:16
**act** 131:13
**active** 41:4
62:15

**acts** 27:1
**actual** 47:9
68:2 95:9 97:1
97:2 102:20
103:20 104:3
106:16
**actually** 25:8
26:1 35:5 39:7
48:3 54:4,10
65:6 66:10,13
67:14 77:6
109:12 113:25
117:17,20
122:19 128:21
161:21
**add** 21:15 54:1
91:2,8 112:11
112:14 118:17
**added** 93:11
**adding** 167:4
**additional**
13:22 19:7
54:1 93:5,5
94:23 101:6,13
105:1 112:11
144:22 146:18
169:5
**additionally**
64:4
**adequate** 78:12
**adjust** 35:5
149:7
**adjusted** 34:2
139:6 140:10

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 178 of 218

147:13 152:6
**adjustment**
  105:16 147:16
**administered**
  155:15 167:22
**administers**
  30:5,7 31:2
  40:6 166:4
**administration**
  4:13 9:17
  14:17,23 15:14
  17:6 25:6
  26:16 27:12
  28:15 33:13
  46:7 56:21
  76:17 128:5
  131:2 155:16
**administrative**
  14:10
**administrator**
  27:5 30:14
  67:3 167:23
**admission**
  71:24
**advised**  65:21
**advising**  113:7
**affairs**  149:20
  166:5 170:7
**affect**  31:14
  129:10
**affects**  41:17
**afternoon**  8:6,7
**agencies**  28:16
  32:8 110:24

163:21
**agency**  16:17
  27:8 110:16
  142:4 166:11
  170:22
**aggregate**
  143:24
**ago**  159:2
**agree**  8:15
  44:14 72:21
  114:19 116:4
  121:25 124:12
  124:22 132:25
  145:8 163:4
  168:19
**agreed**  7:12
  127:17
**agreement**
  34:24
**akin**  114:21
**alaska**  41:14
**alleged**  137:25
  167:14
**alliance**  3:13
  9:15 14:15
  166:2
**allow**  154:14
**aloud**  165:24
**amount**  49:13
  87:8,10,19
  89:6,25 90:1
  90:17,18,19
  91:2,11,19
  93:12 100:25

102:1 103:12
  103:13 115:19
  120:7,25,25
  137:24 168:20
  171:2
**amounts**  98:10
  103:15 159:15
  171:3
**analytics**  25:25
  26:5
**analyze**  85:18
**annual**  130:8
  131:3
**answer**  9:6
  10:12,18 12:8
  12:17,19 24:20
  29:3 36:9,11
  50:14 60:24
  66:20,22 72:14
  79:5 86:16
  88:6 92:9
  100:23 105:22
  106:20 107:4
  107:14 117:5
  132:14 135:11
  136:1 144:9
  148:13,15
  156:8
**answering**  13:7
**answers**  9:20
  9:24 18:23,24
**antonucci**  3:5
  12:6 13:4,17
  19:20 20:10

22:16 23:3
  24:2,14 31:4
  31:16,20 32:11
  33:4 37:11
  41:23 43:10,18
  44:22 51:19
  56:2 57:17
  61:1,18 62:20
  63:1,14 65:13
  66:3,17,21
  67:11 68:9,18
  69:2,12 70:12
  70:20 71:5,14
  71:25 72:15
  73:1,10,19
  74:10,21 76:2
  77:1,5 78:18
  79:2,19 81:23
  82:13,21 83:2
  84:4,22 87:25
  88:8 89:9,13
  91:5 92:15,19
  93:14 94:9,18
  96:9,18 98:24
  99:20 103:10
  105:6,13,25
  107:19 108:4
  110:19 111:3
  111:13 112:6
  113:17 114:24
  116:12 117:1
  118:10 119:4
  121:8 122:3,24
  124:19,23

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 179 of 218

129:13 130:2,9 130:20 131:5 131:14,22 132:1,6,10,15 133:3,11,15 134:23 136:11 137:1,7,20 138:3 139:20 140:18 141:6 142:12,24 143:9 144:4,11 145:2,12 146:3 147:22 149:21 150:10 151:18 152:10 153:1 153:14 154:3 155:7 156:12 156:21 157:16 158:7 159:6,19 160:14,24 161:15 162:25 163:12,22 164:9 166:13 167:16,25 168:12,21 169:6,16,24 171:20 172:3

**anymore** 111:21

**apartment** 10:25

**apologize** 88:16 106:1

**appear** 52:23 79:23 84:18 85:12 91:21 97:12 153:17 167:11

**appearing** 7:12

**appears** 81:25 90:24 91:10 122:7 123:1 125:10 168:3 169:8

**appended** 173:21

**apply** 28:11 31:1 173:22

**appreciate** 62:22

**appropriate** 58:13 137:16

**appropriately** 139:24

**appropriations** 129:12

**approved** 44:5

**approximately** 39:13 41:4,12 124:13 126:3 128:25

**april** 20:18,18 128:24

**area** 22:9,11,20 40:13,22 46:23 54:18 55:5 56:6,17,25

57:24 58:4 76:21 78:23 79:13 83:16 89:11 92:3,12 135:24 157:20 159:17 162:1 163:3

**areas** 40:9,19 138:12

**articulate** 59:1

**ascertain** 115:20 116:6 137:17

**asked** 14:15 27:19 33:1,8 38:10,16,23,23 49:3 59:6,8 60:15 82:5 86:4,9 95:16 132:20 146:19 153:22 159:11 170:18

**asking** 8:9 18:3 19:2 80:6,6 117:8 132:15

**asks** 60:19

**assembling** 81:15

**assign** 110:2

**associate** 3:13 9:2

**associated** 38:4 123:25

**assume** 87:16

**assumed** 160:10,17

**assuming** 120:4 140:3 160:6

**attached** 6:13 65:7

**attachment** 65:7,11

**attention** 55:14 87:21

**attorney** 9:4,7 16:11

**attorneys** 16:1 16:3,7

**audit** 57:25 58:3 141:17 142:19 143:5,6

**audited** 169:13

**auditing** 26:11 34:12 57:2,4 57:24 110:24 162:14

**audits** 34:11 56:22,24 57:15 57:20 110:8 161:21

**august** 1:15 5:11 7:4 25:12 99:9,20

**authored** 22:3

**authorization** 42:24 44:6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 180 of 218

**authorizations** 46:23
**automatically** 109:10,11
**avail** 11:9
**available** 11:9 47:7 146:6
**award** 12:14,14
**awarded** 30:23
**aware** 12:3,9 13:1,6 19:3,7 22:12 27:22 42:20 43:6,15 47:13 54:19 57:1,15 60:13 62:18 81:16 106:22 107:5 110:15,20 111:5 128:1,11 137:15 141:7 143:16 146:24 150:5 151:11 151:14,20 154:18 156:14 158:8 163:24 164:5,11 169:18,21 170:1,17,24 171:11
**awareness** 111:16

**b**

**b** 4:8 5:3 6:3 8:1 65:7 78:25
**back** 34:4 63:12 78:15 111:19 120:19 133:23 147:5 164:20
**backfilling** 36:17
**background** 25:15,16 50:19 50:24
**backlogged** 40:10
**band** 21:3 22:4 23:24 24:16 37:5,19 51:15 53:16 81:14 84:1,12 106:21 119:7 123:8 136:7 138:8 160:10 166:2
**band's** 22:7 62:4 80:15
**based** 48:24 49:15 50:4 74:15 79:24 84:18 96:7 105:11 117:22 139:13 140:7,9 144:23 157:4,4

**basic** 11:17 31:8 53:24
**basically** 85:22
**basis** 29:10 75:6 78:10 115:17 130:8 141:13 144:1 147:3
**bates** 4:18 5:5,8 5:12,15,19,22 6:5 20:5 21:18 63:23,25 80:16 80:20,23 99:12 99:15 101:21 112:21,24 113:2 152:3
**beginning** 140:24
**behalf** 8:10 13:10 30:14 48:12 59:3 120:3
**belief** 174:4
**believe** 9:8 16:23 21:23 35:17 41:11 45:10 48:25 57:14 65:2 66:7 72:4 77:19 86:5 94:11,20 119:16 126:6,6 150:17 174:3

**ben** 2:18
**bene** 43:22
**beneficiaries** 27:17 34:5 102:22
**beneficiary** 24:6
**benefits** 43:20 43:22 44:8 163:15,17 164:8 166:4 170:9
**best** 39:4 60:7 81:13 93:15 105:21 106:18 109:2 119:2 126:4 130:22 174:4
**beth** 35:14,14
**better** 81:8 89:1 116:10,23 118:3
**beyond** 19:23 49:15 62:14 81:15 126:11
**bill** 67:20 72:4 76:23
**billed** 22:21 42:6,22 51:8 54:11 56:10,14 74:13 79:9 89:25 90:17,18 101:24,25 139:24 140:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 181 of 218

142:20 143:7 144:18 157:2,3

**biller** 51:10

**billers** 108:20

**billing** 52:12,15 52:21 53:12 76:22,24 79:1 85:10,11 108:12,19,19 108:24 110:6 126:23,24 140:5 141:3,5 141:18 142:5 142:22 143:25 156:19 169:14

**bills** 139:14

**birth** 9:12

**bit** 26:17 29:11 50:18 81:8 117:22

**bladder** 59:10 60:21 135:6,18 136:8,10

**blood** 135:3

**blue** 86:20,23 95:4

**bm** 127:11

**body** 57:2

**boss** 14:18,19

**bottom** 104:23

**boulevard** 2:19

**break** 10:6 62:22 63:2,11 133:18,22

164:15,19

**breakdown** 127:10 152:21

**brian** 16:11 19:15

**briefly** 7:15

**broken** 91:19

**bronchitis** 55:1 55:4

**brought** 128:7

**bs** 105:4

**business** 15:18 29:6 30:21

**butler** 2:9

**bvanslyke** 2:20

**bw** 97:9

**bx** 86:11

**c**

**c** 2:1 3:1,13 129:12 173:1,1

**calculate** 13:20 132:21

**calculated** 122:14 166:12

**call** 39:2 115:9

**called** 19:11 40:14 48:16 65:12 126:5,13 155:20

**calls** 92:7

**camp** 1:4 7:8 11:13,18,23 13:2

**cancer** 54:24 55:3 59:10,10 60:21,21 135:6 135:18 136:8

**cancers** 62:16 62:16,17

**capacities** 28:20

**capacity** 60:2 67:3 76:14

**captioned** 173:10

**capturing** 74:19

**care** 26:18 27:5 29:1 38:24 40:5,14,15,18 40:22,24 42:1 42:18,23 43:9 43:16 46:20,22 47:5,6 126:7 129:11,16,20 132:21 138:19 139:9,19 142:20 153:22 166:5 170:9,18 171:2,6

**carolina** 1:1 2:6 2:10,15

**carry** 46:6

**case** 20:3 33:1 47:4 48:11 58:24 59:4 77:24 79:16

123:2 127:24 131:20 132:22 136:14 139:1 145:10,20 147:24 150:4 151:12,16 159:4

**cases** 1:6

**catch** 52:12 55:14

**catching** 53:12 58:15

**categories** 54:17

**categorize** 72:12

**cca** 155:14

**ccn** 16:17 27:24 28:4 29:8 30:21 31:24 32:10,25 33:16 36:14 38:5,7 38:24 41:22 42:7 45:3,4,14 45:18,24 46:4 46:6 48:17 52:5 57:3,10 59:7 60:20 74:9,20 106:25 107:7 126:2,14 128:12,20 129:12,23 130:16 131:21 133:2 140:16

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 182 of 218

148:1,22
154:10,14
155:3,11,14,19
155:20 156:11
156:18 158:5
158:14,16
159:11,14
160:2 167:15
167:22
**ccn's** 158:19
**cdt** 1:16 172:9
**central** 7:6
**certain** 40:11
40:18 136:13
148:23 171:7
**certificate**
173:21
**certification**
173:15
**certified** 1:11
1:12 173:4,6
**certify** 173:8
**certifying**
173:25
**cfo** 35:15,16
**change** 129:8
145:25 146:4
167:21 174:6
**changed** 100:9
126:7
**changes** 105:18
128:6,9,9,12,16
128:20 147:20
147:20 174:5

**charge** 43:3
**charges** 42:2
44:8 105:5
121:5,24
122:21
**charles** 2:14
**chat** 17:1 21:16
64:13 80:10
102:9,10
164:24
**check** 90:12,14
95:16 101:25
114:8
**checks** 110:8
**choice** 161:14
162:4,7,15,17
**choose** 43:23
**circulation**
46:5
**civil** 14:7
**claim** 11:23
23:9 32:1 34:8
34:13 55:9
57:13 59:25
61:21 65:10
67:21 68:3
69:19,25 70:3
70:4,23 71:9
74:8,13,14
75:15 76:7,11
76:19 85:23
87:8,10,19,24
90:4,17,20
91:12,21 93:16

96:2,20,23
97:12 101:22
101:23,23,24
102:24,25
103:13,20
104:4,11 105:4
105:15,17
106:2,16
109:25 110:2
110:11 111:18
112:1 114:20
115:22 116:22
117:7,17,20
120:1 146:5,11
146:13,16,18
147:13,18
152:9,11,12,19
152:21 153:6
156:24,25
157:2 158:21
162:8 171:7
**claim's** 117:17
**claimant** 118:5
153:23 160:7
**claimants**
13:16
**claimed** 90:19
131:20
**claiming** 151:8
**claims** 4:12
9:17 12:13
13:9 14:16,23
15:14 17:6
22:20 24:5,8

25:6,21 26:16
27:11,15,19
31:9,14 32:8
33:13,25 34:1
34:8,17,19
35:5,9,25
36:20 38:14
39:14 40:2
45:4,18 46:22
47:9,12 49:14
49:17 50:4,20
51:4,22 55:18
56:8,10,21
58:3 59:6,8,8
59:15,17,18
60:5,9 67:15
74:2,9,20
76:14,23,25
77:3,7,9,14,19
77:20 82:3,8
83:21 85:13,15
85:21 86:14
89:7 95:9
96:25 97:4
98:17 102:25
103:14,18
104:15,22,24
106:15 107:12
109:17 111:17
114:23 118:16
123:24 125:11
125:13,20
127:3,7,8
128:4 131:1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 183 of 218

| | | | |
|---|---|---|---|
| 138:15,22 | 163:2 | 135:22 136:9 | 127:11 137:16 |
| 139:4 140:14 | **closes** 147:25 | 136:10,15,15 | 167:5,7 |
| 147:2,4,8 | **cmo** 8:13 | 136:19 138:10 | **columns** 86:23 |
| 148:10,16,24 | **cms** 65:10,12 | 142:21 150:8 | 87:22 89:4,17 |
| 149:7,13 150:7 | 65:19 66:8 | 151:9 153:3,5 | 91:1 169:9 |
| 150:18 151:9 | 73:8 | 153:13 160:12 | **come** 47:9 |
| 151:24 152:6,6 | **code** 54:2 55:2 | 160:22 168:11 | 57:20 78:3 |
| 152:24 153:12 | 61:13 67:19,19 | 171:13 | 125:22 137:24 |
| 153:24 155:6 | 67:20,23 68:7 | **coding** 50:19 | 166:24 167:13 |
| 155:11 158:4 | 68:8,17,21,21 | 50:24 58:15 | 168:4 169:1 |
| 158:22,25 | 68:25 69:8,22 | 66:14 67:18 | **comes** 27:16 |
| 159:1,5,23 | 70:9,19,25 | 71:4 83:24 | 28:4 33:18 |
| 169:23 | 71:19,23 78:25 | 108:12 141:4 | 78:7 109:17 |
| **clarification** | 82:1,4 85:1 | **coexisting** | 166:16 |
| 160:5 | 108:12 153:18 | 72:22,23,23 | **comfortable** |
| **clarifying** | 153:18 | **cognizant** | 50:2 138:13 |
| 84:13 | **coder** 51:10 | 25:19,19 | **coming** 26:3 |
| **clean** 101:20 | **coders** 108:21 | **collaboration** | 90:21 114:10 |
| **clear** 42:25 | **codes** 49:16,18 | 127:23 | 126:19 |
| 167:7 | 50:5,18,21 | **collect** 42:10,17 | **commences** |
| **click** 89:16 | 51:2,6,8 56:9 | 43:16 60:14 | 8:14 |
| **clja** 4:19,20 5:6 | 59:10,17,20 | **collected** 37:14 | **commencing** |
| 5:9,13,16,20,23 | 60:1,6 61:11 | 75:19 | 1:15 |
| 6:6 20:6 21:19 | 61:14,16 62:9 | **collects** 41:22 | **common** 25:3 |
| 21:20 63:23,24 | 65:19 66:1 | 42:14,19 | **communicate** |
| 63:25 64:1 | 67:7 69:5,20 | **column** 86:11 | 34:4 |
| 80:16,17,20,23 | 69:21 74:15 | 87:7,11,13 | **communicates** |
| 99:12,15 | 79:6,18 84:2,8 | 88:5 90:14,23 | 36:24 |
| 112:21,24 | 84:17 85:7 | 91:11,14,15 | **communication** |
| 113:2 152:4 | 107:15 115:5 | 93:12 94:4,14 | 8:15 |
| **clo** 162:23 | 116:6,18 118:4 | 97:9 100:23 | **community** |
| **closed** 11:11 | 118:24,25 | 103:8 105:4 | 26:18 27:5 |
| 149:4,7 162:10 | 123:25 134:7,8 | 120:8,14 121:2 | 29:1 38:24 |
| 162:17,24 | 134:20,21 | 121:13,16 | 40:5,13,15,23 |

Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 184 of 218

40:24 42:1,18
43:8,16 67:6
77:4 126:7
138:18 139:9
139:19 142:20
153:22 166:5
170:9,18 171:2
171:6

**companies** 26:2
77:21

**company** 21:11
25:19 29:14,23
30:11,17 34:23
59:2 74:7 77:8
112:13 128:14
130:18 142:2
146:20 149:18
154:16 163:6
170:23

**company's**
52:11

**compare** 54:9

**compared**
142:5

**comparing**
141:3

**comparison**
170:21

**compensated**
112:4

**compile** 168:25
171:15

**compiled** 153:8

**complete** 28:10

**completely**
7:17 42:21

**complied** 7:24

**comply** 81:21

**component**
70:7 137:5

**computer**
134:3

**con** 11:20

**concern** 147:21

**concerned** 88:4

**concluded** 84:7
142:19 172:9

**condition** 72:22

**conditions**
11:21

**conference**
113:8

**confident** 72:3

**confirm** 79:17
85:6 121:10
122:6,8,11,13
123:4 134:6
141:3 150:5

**confirmed** 24:5
122:22

**confusion**
156:6

**congress**
129:24 130:7
131:4

**connect** 60:19
61:14,16

134:21

**connected**
49:19 59:19,24
60:1,6 61:11
61:20 70:6
84:17 110:18
134:8 135:6
137:18 138:10
156:4 161:6

**connecting**
135:21

**connection**
12:21 60:11

**consider**
147:18

**consistent**
20:21

**constitute** 64:1

**consulted**
17:23 18:18,25

**consulting**
137:14

**contact** 38:21
39:5,8 48:7

**contacted**
38:18

**contain** 114:20
116:22 152:8
153:11

**containing**
115:4

**continue** 66:18

**continued** 3:1
5:1,3 6:1,3

**contract** 26:20
27:14 29:20
30:19,23 34:14
34:22 35:1,25
39:18,20 40:12
40:21 45:4,13
45:17 52:5
77:8

**contracted**
11:20

**contracting**
38:23

**contractor** 27:7
160:1

**contracts** 15:19
28:19 30:6
77:13

**control** 173:24

**convenience**
81:3

**conversation**
16:3 33:7
119:3

**conversations**
16:8,16 24:11
33:2 127:23

**converted**
45:21

**coordinate**
43:20,21
163:15

**coordinated**
163:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 185 of 218

coordination 44:7,19
copay 42:3,10 43:4
copays 41:21 42:14,17 43:2 44:1
copy 11:5
corporation 3:14
correct 10:16 10:20 22:5 24:7 25:14 26:7 27:10 29:14,15 30:9 34:10 36:23 38:1,7 39:19 39:24 40:1 41:19 43:3,5 44:12,13 51:15 51:16,16 52:3 53:18 60:3 61:2 65:4 66:20 76:12,16 76:18 77:3,15 78:4,17,21 79:21,21 80:8 82:20 83:20 86:1 93:3 97:9 98:7 110:14 122:13,23 124:24 125:20 127:19,21 128:14 129:1 134:9,25 135:7 135:9 136:4 138:5,11,16 141:18 144:1,1 144:20 153:13 153:19 160:8 161:22,23,25 162:24 163:1 163:14 168:11 168:14 169:15 170:15,16 171:15,17,22 174:4
correction 24:21
correctly 17:14 134:18
correlate 46:10 158:19
correlates 100:6
correlating 159:15,15
correlation 83:21
correspond 24:8
corresponden... 27:16 33:18
corresponding 35:20 132:3
counsel 3:13 7:18 8:25 9:2 64:7 65:1

counted 121:20 122:1
country 44:17
couple 13:8 50:16 122:16
course 74:2
court 1:1 7:20 7:22 10:9 173:25
cover 4:18 5:11 20:20 21:2,6 21:17,24 22:1 27:3 37:23 62:15 80:15 98:21,24 99:3 99:8
coverage 42:21 129:11,18
covered 42:22 102:3 163:9
covering 124:13,15
cpa 6:8 165:3
cpt 61:13 68:21 79:18 85:6 107:15 118:24 134:7,20
cq 167:10,13
created 64:2
criteria 67:4 92:17,22 103:9 125:6
critically 67:5

criticisms 163:20
criticized 142:3 161:12
cromwell 3:5
crosscheck 79:15
crr 173:14
csr 173:14
current 9:14 19:16 27:4 68:4 77:20 114:15,16 125:21,21 149:10
currently 10:22 107:12
curriculum 19:12
cut 86:5 148:12
cv 1:2 19:9,10 64:5
cw 87:22 88:1,7 90:1 91:11,13 91:20 94:14 103:13 121:2 121:13 167:5,6 167:8,13
cx 87:22 88:1,7 91:20
cycle 158:24
cz 90:14

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 186 of 218

| **d** | 76:6,10 77:23 | 153:23,24 | 86:12,18,23 |
|---|---|---|---|
| **d** 4:1 5:1 6:1 91:15 | 77:25 78:1,2,7 78:10,13 79:14 | 154:25 156:9 156:24 157:2 | 90:15 97:19 98:4 105:24 |

**d** 4:1 5:1 6:1
91:15
**da** 90:15
**daily** 27:22
29:10 33:12,15
**damages**
131:18 132:3
132:18 151:17
**data** 11:7 13:8
13:12,16 14:1
15:23 19:3,5
20:20,24,24
21:1,5,13 23:1
23:6,14,25
24:12,25 25:24
26:4,5,8,9,9,24
32:8,17,19,21
33:1 34:16
35:6 37:17
38:2,3,19
39:15 43:1,4
44:10 46:3,5
46:12 47:3,9
48:7,11 49:11
49:24 51:14,18
51:25 52:2
58:22 59:2
60:5,9,25 61:4
61:8,16 62:3
64:2 65:1 66:9
66:11,15 68:2
74:7 75:3,21

76:6,10 77:23
77:25 78:1,2,7
78:10,13 79:14
79:15 80:2
81:12,14 82:12
82:16,25 85:10
85:18 86:3,9
86:13 87:9
89:7 91:3,24
92:2,5,10,11,21
93:1,4,13 94:6
94:17,22 96:7
96:15 97:23
98:11,22 99:2
99:23 100:16
102:19 106:19
108:13 109:4,6
109:9,13,17,20
109:22,24
110:5,13,14
113:10 114:13
114:21 116:23
120:24 121:1
122:8,11
123:13,19,22
125:3,6,19,24
126:15,16,19
126:20 132:22
132:24 137:14
138:9 145:9,20
145:20,22,24
146:6,6,9,21,25
147:18 149:3
151:2 153:13

153:23,24
154:25 156:9
156:24 157:2
157:13 158:5
158:19 159:11
159:12 160:13
162:18,21
165:16 166:10
170:14,19
171:8
**database** 23:9
38:25 39:23
44:20,20 47:2
47:10,11,12,14
48:2,4 79:24
96:25 125:17
125:21 126:10
154:1,14,19,23
156:11,15
**databases**
126:20,21
**dataset** 81:18
81:22 96:4
104:1 121:23
137:24 152:8
**datasets** 20:17
37:24 80:13
112:11 113:14
113:16,21
116:11 118:3,8
127:25 149:13
152:9 170:22
**date** 7:4 9:12
72:25 86:4,9

86:12,18,23
90:15 97:19
98:4 105:24
114:12 119:20
120:17 121:4
122:21 124:7
160:11 174:19
**dated** 4:22 5:11
5:18 64:17,24
99:9,20 112:17
166:3 170:7
173:18
**dates** 60:12
84:1,16,25
85:16,23 90:13
98:5 106:6
114:11 115:19
115:21 116:8
116:10,20
124:11,15,18
124:25 134:7
135:21 137:18
158:16 168:9
169:12
**dave** 35:17
**david** 3:6,15
7:2 35:17
**david.r.ortiz**
3:9
**day** 26:22
84:24 174:22
**days** 32:1
**db** 90:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 187 of 218

dc 3:7 87:11 88:10 90:19 91:15,20 93:16 94:4 103:14

dd 90:19

de 90:20

december 142:18 143:5

decided 81:21

decision 116:18 144:24

deep 53:11 55:12 62:3 80:1 118:22

deeper 53:8 83:23 96:11

defendant 3:3

defense 27:7 30:3,15 35:22 130:15

definition 93:1

definitions 92:11 102:17

delays 10:11

denial 138:17 138:23

denials 138:15 140:4

denied 27:18 104:15 115:3,7 118:17 138:22 139:4,10,12 146:14 152:6 152:20

department 3:4 4:22 5:10,17 17:19,25 18:1 25:4 30:2,15 35:22 49:22 52:17,24 53:7 53:11,15,16,20 54:6,13 55:21 58:14,17 62:5 62:7 64:17 76:22,24 92:14 99:8 108:22,24 111:22 112:17 119:1 120:23 130:15 140:25 141:1 144:14 148:7 149:1,18 149:20 154:10 165:13 166:5 169:11

depend 144:7

depending 61:21 124:6

depends 129:16 129:20 144:18

deponent 7:9 8:16

deposed 14:13

deposition 1:9 4:11,16 7:7,11 8:14,19 9:5 13:2 14:4,25 16:13,15 17:2 17:3,5,10,20

19:19 20:9 63:17 103:3 113:22 115:13 123:18 172:5,8

depth 50:6,22 55:9 58:10

describe 37:21 39:4 40:4 68:12 146:9

described 24:13

describes 21:4 68:22

description 4:10 5:4 6:4 93:6

descriptions 94:23

detail 23:9 75:11 96:2 101:23,24 102:25 125:4 152:9,12,12,24 155:2 158:4

detailed 92:2 107:14 114:20 116:22

details 111:21 162:12 163:7 168:8

detection 143:21

determine 22:21 34:13

56:13 96:6

determined 72:6 84:1 142:8 143:5 171:12

determining 70:8

detroit 2:19

device 135:4

dha 27:8 28:22 36:15 113:10 155:22 156:3

diagnose 83:14

diagnoses 69:25 82:8 135:18 136:7,9 160:22

diagnosing 70:19

diagnosis 55:3 55:4 69:5,8,10 69:15,18,20,22 70:4,24,25 71:3,4,13,19,23 72:10,11,20,24 75:9 78:25 79:6 80:5,5 82:1,4,9 83:18 84:8 85:1,7 107:16,17 115:5 123:25 135:6,23 136:15,15,18 153:4,17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 188 of 218

160:11 161:7 171:13

**diagnostic** 61:15 70:10,17 75:19,25 82:25 83:17,17 107:15 118:24 127:17

**diaz** 15:9 36:2 36:13

**dictionaries** 20:20,24 21:1 91:25 92:2,10 92:11 98:22 99:23

**dictionary** 21:13 92:5,21 93:4 94:22 98:11 99:3 100:16 102:19 137:14

**difference** 27:23 59:21 71:2 73:8,17 90:8 92:8 124:2 125:6,9

**different** 15:13 15:17 22:11 28:13,19,21,21 29:4 32:4 40:12 88:16 89:15 91:14,17 92:13 96:4,24 97:6,10,11,12

98:9,10 102:2 103:19 108:15 108:23 124:6 125:15,17,19 125:20 126:1,5 126:16,19,20 167:6

**digit** 105:17

**digits** 101:21

**direct** 14:16,18 14:19 34:11 55:20 87:21 100:22 119:11 138:7 148:18 173:24

**directed** 147:7 147:15 149:9

**direction** 173:24

**directive** 59:16 59:18

**directly** 18:15 22:13 24:23 32:23 158:18

**director** 4:12 9:17 15:14 17:6 25:23 26:3,6,16 27:11 28:24 33:13 36:6,13 36:16 53:19 56:21 61:8 76:14 110:15 131:1 162:16

**directors** 14:16 15:3 35:21,24 36:3

**directs** 63:21 70:5

**discretion** 144:19

**discretionary** 130:7 131:3

**discuss** 118:8

**discussed** 83:15 113:8 130:25 131:10 162:3 168:18

**discusses** 27:3

**disease** 59:12 60:23

**diseases** 11:20 59:15

**distance** 40:20

**distinct** 28:1,3 28:15

**district** 1:1,1

**dive** 53:8,11 55:12 62:3 118:22

**dives** 80:1

**division** 1:2 7:4

**divisions** 15:14

**doctor's** 54:25

**doctors** 73:23

**document** 1:6 17:21 64:13 65:3,8,20

95:17 100:11

**documentation** 15:24 143:7

**documents** 16:21 18:19 22:23 63:21,24 99:24 102:8

**dod** 26:20 28:9 30:18 36:22 111:12 163:21

**doing** 109:4

**doj** 8:25 9:8 14:2,2 16:3 18:19 19:6 21:8 30:18 38:22 39:2 48:22 59:1 60:19 64:24 65:21 82:5 84:3 113:7 116:19 127:24 134:22 146:19 151:16 159:10 160:23

**doj's** 81:21

**dollars** 142:10

**double** 121:5 122:1,21

**download** 18:6

**dr** 54:16

**drafting** 17:23

**drawn** 109:10 109:11

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 189 of 218

**drg** 72:13
**drgs** 54:17
**drive** 2:10
**due** 7:14 11:20
  125:25 146:13
**duly** 8:2
**duplica** 85:20
**duplicate** 85:13
**duplicated**
  103:25 117:16
**duplicates**
  87:23
**duplication**
  85:19 95:6,16
  96:7,16,21
  110:17 117:16
  164:7 168:18
  168:20 169:5
**duplications**
  85:10,11
**duplicative**
  85:15,15,20
  105:23
**duplicatively**
  105:11
**duties** 78:6

**e**

**e** 2:1,1 3:1,1 4:1
  4:8 5:1,3 6:1,3
  8:1 173:1,1
  174:1,1,1
**earlier** 72:9
  83:15 103:24

118:6 123:16
124:3 130:14
134:5,19
137:12 161:20
**easier** 18:10
  86:19 119:22
**eastern** 1:1
**economist**
  13:14 120:24
  127:24 137:23
  151:16 167:12
**economist's**
  165:14 170:5
**education**
  26:14
**effect** 126:10
**effort** 60:9 85:6
**either** 28:25
  30:15 72:3
  77:25 144:17
  146:16 158:14
  164:12 170:2
  171:1
**electronic** 45:9
  45:22,25 60:25
  66:11
**electronically**
  45:5,18 74:19
  99:25 109:21
**eligibility**
  129:11
**ellis** 2:14
**email** 11:10
  64:6

**employed** 25:9
**employee** 10:15
  10:20
**employees**
  29:22,24
**employer** 9:14
**empty** 151:4
**encompasses**
  41:11
**encounter**
  71:24
**encourage** 45:9
**ended** 148:23
**ends** 172:5
**ensure** 7:16
  35:6 61:10
  68:7 78:11
  169:14
**ensuring** 34:7
**entails** 22:15
  33:13
**enter** 109:15
**entering** 109:9
  109:13
**entire** 87:23
**entities** 32:18
  158:6
**entitled** 1:10
  101:22 165:21
**entity** 36:25
  57:21 60:18
  61:25 77:13,16
  143:21,21
  170:17

**entry** 109:14
**error** 95:6
  96:16 111:9
  138:18,18
  140:9 164:7
  168:18,20,23
**errors** 52:12,14
  52:21 53:12
  58:16,16
  110:17 111:2
  140:16 142:11
  143:24,25
  161:13 162:3
  169:5
**especially**
  98:16
**esq** 2:5,9,14,18
  3:5,5,6,6
**essentially**
  15:18 19:13
  27:15 33:24
  34:12 40:7
  60:25 139:6
**estimate** 140:7
  140:21
**estimations**
  132:21
**evaluated**
  24:24
**evaluates** 78:14
**evaluation**
  78:11 85:9
**exact** 15:12
  22:1 47:19

Golkow Technologies,
A Veritext Division
877-370-3377   www.veritext.com
Case 7:23-cv-00897-RJ   Document 871   Filed 05/12/26   Page 190 of 218

68:12
**exactly** 47:19
103:16
**examination**
4:3 8:4
**examine**
134:20 140:14
**examined** 8:2
**example** 31:24
32:5 61:12
75:9 139:9
147:4,9 148:21
155:1
**excel** 5:5,8,12
5:15,19,22 6:5
80:19,22 99:11
99:14 112:20
112:23 113:1
124:8 157:9
**excels** 125:16
**exceptions** 74:2
**excuse** 159:6
**excused** 172:7
**exhibit** 4:10,11
4:14,18,21 5:4
5:5,8,10,12,15
5:17,19,22 6:4
6:5,8 17:4,8
18:1,23,23
21:16,16,17,23
23:2,14 24:1
24:13 27:2
37:22 58:25
64:16 78:15

80:19,22 81:4
81:10 86:22
89:8,15 93:8
98:19,25 99:5
99:7,11,14,18
99:19 101:20
102:13,15,17
103:4 106:6
112:16,20,23
113:1,6 114:5
114:6,6,7,8,14
114:17,18,19
117:8,11,14,15
118:3,23
119:17,19
120:20 123:12
123:17 124:11
124:14 125:3,4
125:7,7,10,11
126:17,17,22
127:5,14,19
134:3 135:21
135:22 137:13
139:2,5 150:14
150:22 152:3,5
152:5 156:20
164:25 165:2
166:23 167:5,9
167:9,10,13,13
171:11,14,16
**exhibits** 6:13
17:1 80:10,18
98:20 112:14
113:21 115:12

116:5,10,21,23
119:12 122:18
138:14 145:21
151:13,15
152:24 153:10
154:17 156:10
161:7 166:22
168:9
**exists** 125:24
**expansion**
29:18
**expected** 34:14
**expenses** 42:4
165:22
**expert** 6:8
61:22 62:1
165:2,14
**expertise** 23:1
51:13 54:18
55:5 65:17
73:5,6 76:21
78:23 79:10,13
83:16 84:21
89:12 92:4,12
95:5,18 105:11
126:11 135:25
138:13 159:18
**explain** 27:22
71:17 95:2
152:2
**explains** 24:3
**extensive** 26:21
**extent** 78:13,13

**extra** 49:1
**extraction** 14:1
48:11 51:14,25
66:16 81:12
82:12,16 83:1
83:7 87:9 89:7
91:4 93:2,13
94:6,17 121:1
123:19,22
126:17 170:19
**extractions**
11:8 23:25
24:12 37:17
47:3 49:11
51:18 66:11
79:14,16
123:14 145:9
145:21 146:21
155:1 165:16
166:11

**f**

**f** 2:9 173:1
**facility** 74:1
**fact** 64:14
122:6 132:10
148:18
**fair** 41:18
**fall** 52:16 54:12
**falls** 154:10
**familiar** 11:12
46:20 51:1
54:15 56:20
57:4,6 58:5

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 191 of 218

66:13 92:20,25
107:6,13
108:12 110:23
114:1 115:14
118:19 125:8
138:9 151:12
151:22 153:11
162:7,11
**familiarity**
92:17
**family** 11:25
**fantastic** 17:16
**far** 28:20 40:9
62:19 67:24
72:8 76:20
79:8 83:22
93:7,10 103:3
110:5 122:20
135:20 138:12
147:5,10
**faster** 33:22
**february** 170:7
**fee** 34:21 35:7
**feel** 72:2 171:6
**field** 72:20
127:1 153:5
**fields** 66:15
67:10 74:19
75:16 92:3,18
97:23 126:15
126:19 153:25
154:15
**file** 5:5,8,12,15
5:19,22 6:5

80:19,22 99:11
99:14 112:20
112:23 113:1
**filed** 11:22
**files** 46:17
**filing** 31:25
**fill** 40:17
**filter** 86:3,4,8,9
119:19,20,22
**filtered** 87:23
88:14 97:18
98:7
**finalized**
162:19
**finance** 46:15
148:6 149:1
157:23,25
162:19 163:3
**find** 52:20,22
**fine** 18:12 81:6
166:19
**finish** 10:12
117:24 152:17
**fire** 2:14
**first** 8:2,12
17:1 38:3
39:11 71:9
78:24 80:13
104:20,20
162:9
**firsthand**
128:10
**five** 20:17 63:4
63:6 164:15

**flat** 112:2
**floor** 2:19
**folks** 62:3
**following** 106:4
150:13 155:10
174:5
**follows** 8:3
**foregoing**
173:8 174:2
**form** 13:17
20:10 24:2,14
31:4,16,20
33:4 37:11
44:22 45:6
46:1 51:19
56:2 57:17
61:1,18 65:10
65:12 66:12
70:12 73:8,9
73:14,15 74:10
76:2 77:1
78:21 79:2,5
79:19 81:23
82:13 84:5,9
84:22 87:25
88:8 89:9,13
91:5 92:15,19
93:14 94:9,18
96:9,18,24
103:10 105:6
105:13,25
110:19 111:3
111:13 112:6
114:24 116:12

117:1 118:10
119:4 121:8
122:3,24
124:19 129:13
130:2,9,20
131:5,14
132:16 133:3
133:11 134:11
134:23 136:11
137:1,7,20
138:3 139:20
140:18 141:6
142:12,24
143:9 144:4
145:2,12 146:3
147:22 149:21
150:10 151:18
152:10 153:1
153:14 154:3
155:7 156:12
156:21 157:7
157:11,16
158:7 159:7,19
160:14,24
161:15 162:25
163:12,22
168:12,21
169:6,16,24
171:21
**format** 45:22
**forms** 67:15
73:22,25 74:8
**forward** 10:13
144:3,20

Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 192 of 218

**found** 117:17 117:20 119:21 151:6
**foundation** 12:7 13:5,18 19:21 20:11 22:17 23:4 31:5,21 32:12 33:5 37:12 41:24 43:11 44:23 56:3 57:18 65:14 66:4,18,23 67:12 68:10,19 69:3,13 70:13 70:21 71:6,15 72:1,16 73:2 73:11,20 74:11 74:22 76:3 78:19 79:3,20 81:24 82:14 83:3 84:5 94:10,19 107:20 108:5 111:4,14 112:7 113:18 114:25 116:13 117:2 118:11 119:5 121:9 122:4,25 124:20 129:14 130:3,10,21 131:6,15 132:16 133:4 133:12 134:10 134:24 136:12 137:2,8 138:4 139:21 140:19 142:13,25 143:10 144:5 145:3,13 149:22 150:11 151:19 153:15 154:4 155:8 156:13,22 157:17 159:7 159:20 160:15 160:25 161:16 163:13,23 164:10 166:14 167:17 168:1 168:13,22 169:7,17,25 171:21

**four** 86:22 95:3 98:5 101:19,22 103:14 139:6
**fraud** 53:6 54:5 55:15,20 58:16 143:21
**freeze** 9:22 134:13
**frequently** 45:12 55:17 138:22
**froze** 9:23 12:11,18 23:15 36:8 50:8,11

**frozen** 101:2 148:4
**functions** 33:20
**funded** 129:24
**funding** 130:7 133:1
**funds** 13:22
**further** 52:25 53:9 91:16 105:2
**future** 131:20 132:21 133:2

**g**

**gao** 56:22 110:25 161:22
**gaps** 40:17
**general** 3:13 9:2 26:24 48:6 49:13 56:4,7 56:15,23 57:9 74:3 110:25 111:23 142:19 146:14 153:5
**generally** 11:15 27:17 41:25 51:1,9 53:25 54:1 96:19 113:15 123:21 129:5 139:13
**generate** 47:25 109:8 154:22
**generated** 109:16,25

**gentleman** 159:16
**gentlemen** 49:4
**getting** 78:11 157:12,13
**ginger** 107:10
**giovanni** 3:5 16:5 62:25 99:19
**giovanni.ant...** 3:8
**give** 21:10 23:9 29:21 47:6 73:5 107:23 115:2,6,18 117:18 127:2 140:7 157:13
**given** 14:4 59:13
**gives** 93:4
**giving** 67:24 104:25
**glucose** 135:3
**go** 23:7 24:4,4 40:8 44:4 47:21 54:25 57:22,23 63:9 75:11 95:20 100:25 102:2 117:11,25 120:19 158:25 164:17 172:5
**goal** 45:24 46:2

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 193 of 218

**goes** 103:4 147:5

**going** 10:1 12:10 14:13 16:25 21:15 62:21 63:9 64:12,14 65:22 66:17 67:4 68:21 80:10 81:2,3,6 86:18 89:14 90:6,11 90:12 91:11 94:3 97:21 112:10,11,14 113:5 114:15 115:2,6,18 123:11,15 133:16,20 139:13 144:20 150:21 164:13 164:17,23,25 165:19

**golkow** 7:3

**good** 8:6,7 29:17 63:7 160:4

**gotten** 26:15,17

**government** 10:16,21 57:7 62:10 67:8 87:8,14,16,18 89:6 91:3 93:13,17,20,23 93:23 94:7,16 100:24 112:12 116:7 119:24 120:2 137:18 151:8

**governmental** 57:2,7 142:3 167:14

**graham** 2:4 8:9

**grand** 2:19

**great** 9:25 117:24

**green** 65:19,23 74:18

**group** 8:11 20:18 22:19 65:24 108:16 108:17,19

**grouping** 72:13

**guess** 29:21,25 30:1 31:23 41:2,3 93:19 109:2 123:2

**guidance** 144:7

**guys** 15:13,15 58:23 62:24 100:8

### h

**h** 4:8 5:3 6:3 85:6 174:1

**half** 41:8 160:1

**hand** 7:23 108:8

**handle** 15:13 15:17 144:25 158:2

**handled** 42:6 56:16 58:12 92:13 145:5 157:20 161:25 163:18

**handling** 44:16

**happen** 141:11 149:9

**happened** 39:1 39:4 169:19

**happening** 18:8

**happy** 10:4 88:23,24 100:25 145:19

**hard** 11:5 29:3 88:22 91:8 102:23

**hcpcs** 67:19 68:7,17 69:21 85:7

**head** 91:17 157:24

**header** 102:6

**headers** 83:5 89:17,20 100:9

**heads** 58:10

**health** 25:18 27:8 43:7,17 43:25 44:11 155:15 163:9

**healthcare** 3:13 9:3,15 14:15 166:2

**hear** 23:17 115:23 116:1 135:8,10,12

**heard** 7:16 9:23 65:9 131:13 145:19 156:3 165:9

**heavier** 29:12

**heavily** 29:11

**held** 7:8 42:3

**help** 81:15

**helpful** 81:5 98:13 106:8

**helps** 41:18 72:12

**hey** 62:20

**higher** 34:24 68:4 142:21

**highlight** 86:18

**highlighted** 95:4

**highlights** 95:13

**hillary** 14:21 36:5,14

**hipaa** 26:25

**hired** 25:13

**historical** 125:23

**history** 62:16 142:5

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 194 of 218

**hits** 38:9
**hodgkin's** 59:11 60:22
**hold** 46:23 104:7
**home** 10:24 135:4
**hospital** 73:15 73:25 126:23 127:3,7,8
**hospitalizatio...** 78:17
**hotel** 10:24
**hour** 62:21 133:16
**how's** 88:25
**huh** 37:6 86:1 89:19 103:6 120:18 154:12
**hundred** 121:20 130:17

**i**

**icd** 49:16 50:4 50:17,18 51:2 51:2 59:9,17 59:19 60:1,6 61:10,14,16 62:9,9 67:7,7 68:8,8,25,25 69:5 70:9 84:2 84:17 116:6,6 116:18 118:4 118:25 134:8

134:21 135:22 136:8,10 138:10 150:7 151:9 153:13 160:12,22 168:10
**idea** 47:7 56:5 56:7
**identical** 105:4
**identification** 17:7,12 21:21 64:19 66:14 80:21,24 99:10 99:13,16 112:19,22,25 113:3 165:4
**identified** 60:5 60:11 88:4 111:1,2 135:17 135:23 144:2 150:7
**identifiers** 74:18
**identify** 34:18 52:19 53:4 59:14,16 67:4 80:11 85:10 105:1 108:2 143:24
**identifying** 123:3 153:12
**image** 106:17
**images** 97:2

**imagine** 155:5
**impact** 129:15
**impacting** 67:21
**implemented** 164:8
**implications** 103:8
**importance** 68:7
**important** 27:1 67:5,10,16 136:6
**impression** 127:3
**improper** 140:4 142:22
**improve** 33:21
**improvements** 144:2
**inaccurate** 162:22
**include** 67:10 122:21
**included** 38:15 82:24,25 85:3 113:13 121:6 168:24 169:13
**includes** 20:14 168:20
**including** 8:16 126:24 166:6
**incorrect** 53:4

**independent** 24:10 29:14 32:17,19 77:21 135:5 160:19 161:4
**independently** 62:8 137:25 151:7
**indicate** 85:2
**indicated** 127:21
**indicates** 104:9 104:10
**indication** 83:6
**indicative** 122:19
**indicator** 69:10
**individual** 14:1 107:14 119:2 134:19 137:15 138:8 150:6 165:15
**individually** 140:14
**individuals** 37:24
**information** 11:17 13:20 19:8 20:8 21:9 21:11 23:10 24:6 32:14,22 33:9 37:15 38:11,24 39:12 39:14 40:2

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 195 of 218

48:24 51:21 74:15 75:2,23 78:12 79:25 93:5 97:3 101:14 105:1 110:3,11 115:4 115:22 123:3 132:3 140:6 149:15 153:12 155:4,6 156:19 157:3,19,22 158:22 159:2,4 161:18 171:5,7

**initially** 38:18
**inpatient** 74:1 104:20,22 127:2
**input** 109:7,20 110:10
**inputs** 109:4
**inputting** 110:5
**inquiries** 162:8
**inside** 47:14,15
**inspector** 56:23 57:9 110:25 142:18
**institutional** 104:22 127:11
**instructing** 66:20,22 132:13
**insurance** 25:18 43:17,25 44:12

**insurer** 163:17
**integrity** 22:9 53:14 57:22,24 143:17 164:3
**interaction** 35:19
**interference** 36:7
**internal** 96:25
**internet** 12:20 12:21
**investigate** 52:25 53:9 55:11
**investigation** 58:19 143:19
**investigations** 143:15
**involve** 44:18
**involved** 25:24 26:4,7 27:13 56:24 123:18 138:14
**involves** 28:25 34:7
**issue** 129:6 144:20
**issued** 12:14 47:8 57:9,12 120:23,24,25
**issues** 169:22
**it'd** 69:6
**item** 83:19 91:19 95:12

**itemized** 170:14
**items** 87:20 97:6,10,11,13 125:22 135:3 160:10,20 161:5

**j**

**j** 1:11 173:4,14
**january** 9:13 29:7 38:14 124:17 128:24
**jenna** 2:9
**jeremy** 150:18
**jfb** 2:11
**jim** 159:12
**jimmy** 37:24 48:12 114:17 124:12,15 149:12 150:4 150:18 152:7 153:23 154:15 155:1 158:13 158:20 159:11 160:21 165:15
**job** 9:16 15:10 15:12 33:20 34:7 53:3,3
**joined** 9:1
**joseph** 3:6
**joseph.b.turner** 3:10

**july** 4:23 64:18 64:24 99:22 128:24
**june** 5:18 20:19 112:18 113:6,9 124:16
**justice** 3:4 4:22 5:11,18 13:3 18:1 64:17 99:8 112:17 120:23 165:14
**justice's** 17:19

**k**

**k** 8:1
**kaitlin** 21:3 22:4,6 37:5,19 51:14,15 53:16 62:4 80:14 81:14 106:21 119:7,7 123:8 136:6,7,23 138:8 160:9 166:2
**kate** 22:6
**keep** 44:10 90:5 90:11 101:20 136:2
**keller** 37:25 48:12 59:3 114:18 125:12 150:9,19 151:1 151:3,10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 196 of 218

**kidney** 59:10 60:21
**kimberly** 1:9 4:4,11,17 7:10 9:11 17:5,11 172:8
**kind** 26:14 40:18 67:17 148:25 157:11
**kinsley** 35:15
**know** 9:6 10:7 11:15,17,22 19:18,22 22:14 22:25 28:5,8 28:10 29:8,10 29:18,19 30:10 31:22,25 32:1 32:13 33:8 34:1 37:1,9 38:17 39:1,7 40:8,14,23 42:5,23 46:8 46:14 48:3 49:18,18 51:6 51:6,10 55:23 56:7 60:20 62:12,15 68:13 71:2,16,18,22 72:5,5,10,14,19 73:7 74:6 76:13,13 78:12 78:13 82:7 83:20 86:3,8 89:12 96:14

100:2,13 102:23 105:3 106:2,10,13 107:1 108:8,10 108:15 111:8 111:11,25 120:16 121:22 123:21 125:3 126:8,15,22 127:22 129:17 130:11 131:12 136:14,18,22 137:4,14 138:21,23 139:17 140:13 141:12 143:24 144:9,13,15,16 145:15 146:17 147:16 148:25 150:3 151:7 154:21,25 157:8 158:1 160:9,16,17 161:11 163:20 164:2 166:15 169:1,4
**knowledge** 30:12 31:13 32:24 37:20 39:5,25 41:21 46:25 60:7 71:8 77:22 81:13,17,19,20 82:11,19 83:24

92:2 93:10,16 95:5 106:23 119:11 129:9 130:23 132:12 133:5,9,14 135:5 142:2,6 142:7,15,17 143:1,4,11,14 143:23 146:20 149:17,24 153:21 159:10 160:20 161:5,9 163:7 164:3,6 174:4

**l**

**l** 3:7 8:1 78:25
**labeled** 4:18 5:6,8,13,15,20 5:22 6:6 21:18 80:20,23 99:12 99:15 112:21 112:24 113:2 114:5 127:1
**labels** 102:20
**lack** 73:4,6
**lane** 3:15 7:2
**laramore** 37:25 48:12 59:3 79:16 114:17 124:12,15 125:9,10,12 135:3 139:8 150:4,8,19,23

152:7 153:23 154:15 155:1 158:20 159:11 159:12 160:21 165:15 166:3 170:8 171:3
**laramore's** 139:1 149:13 158:13
**large** 29:13,16 29:22 40:20 41:16 44:15
**late** 38:11,20 39:9,11
**latin** 19:12
**launched** 126:3
**law** 31:23 32:5 131:12
**laws** 31:1,7,13
**leaders** 36:25
**leadership** 8:11 25:3 65:22,24
**learn** 14:12 28:2
**legal** 14:14 19:24
**lejeune** 1:4 7:8 11:13,19,23 13:3
**letter** 4:18,21 5:11,18 20:20 21:2,6,13,18,24 22:2 27:3 37:23 64:16,23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 197 of 218

64:25 65:21 80:15 98:21,25 99:3,8,20,21 112:17 113:7

**leukemia** 59:11 60:21

**level** 68:4 75:11 83:23 86:13 116:22 129:18 129:19 131:1 131:11 142:21 152:9,24 153:24

**lewisville** 10:23

**liable** 42:3

**liaison** 36:4,24

**license** 1:12

**likely** 49:23 93:23 117:21 153:7 157:23

**limited** 8:17

**line** 16:10 83:19 86:13 87:20 88:13 90:1,3 91:18 95:12 97:6,7 97:10,11,13,21 97:25 98:3 100:7 101:23 102:24,25,25 119:21 120:12 120:13,14 135:2 152:12 160:10,20

161:5 174:6

**lines** 86:14 88:15 90:4 102:19 104:20 104:23 117:17 152:21

**link** 118:4 153:12

**list** 118:16

**listed** 69:20 72:19 84:9 103:12

**litigation** 1:4 7:9 11:13 12:5 13:3 14:7

**little** 29:11 35:24 50:18 81:8 89:1 117:22

**live** 40:20

**lived** 11:18

**living** 11:21

**located** 10:22

**long** 25:5,9 62:24 67:14 68:2 75:17 159:22

**longer** 63:3 149:7

**look** 27:19 52:14,24 53:2 56:9 58:25 61:4 68:3 78:10 80:9

86:2,15,17 87:13 88:6,13 88:13,20 91:8 92:6,7 94:13 95:9 96:2,20 97:1,2 99:4 100:1,23 102:8 106:19 107:8 115:17 119:22 127:9 150:20 167:9

**looked** 58:20 62:9,11,14 85:14 117:10 123:12

**looking** 33:24 83:4 85:22 88:15,17 89:2 90:10 91:9,15 95:8 96:5,10 97:25 98:5 103:20 105:15 115:9 122:17 142:4

**looks** 49:15 53:5 65:10 82:2 86:13 91:18 97:5,16 122:15

**loop** 34:15

**lost** 30:19 117:18

**lot** 29:5,18 33:19 40:8

41:6,6 44:18

**luxenberg** 2:18

**lymphoma** 59:11 60:22

| m |
| --- |

**m** 6:8 8:1 165:3

**made** 60:9,19 128:6,9,12 146:22 163:10

**maff** 6:9 165:3

**main** 2:5

**make** 10:11 17:13 85:5 86:19 116:17 116:23 117:13 147:16 159:21

**man** 50:13

**manage** 41:18 55:20

**management** 24:5 26:2,4 44:19 48:8 109:1

**manager** 107:5 107:12

**managers** 23:6

**manages** 36:15 112:1

**managing** 44:16

**manner** 42:23 154:23

**manual** 28:11 128:20 140:9

**march** 80:15 124:13,14 166:3

**mark** 98:19

**marked** 17:7 17:11 21:20 64:18 80:17,21 80:24 98:20 99:10,13,16,19 112:18,22,25 113:3,6 164:24 165:4

**marking** 86:22

**match** 56:13

**matched** 22:22 85:7

**matches** 171:10

**material** 65:23

**materials** 11:4 19:4 20:3

**matter** 1:10 7:8 14:13 20:4,22 61:20 79:6 97:23 136:22 173:10

**mcintyre** 35:17

**mean** 26:17 45:8 47:19 51:4 52:18 54:19 62:11,12 66:2 69:11,14 71:12 78:9

97:14 106:24 139:4 145:15

**meaning** 33:21 147:19 158:17

**means** 8:16 53:25 146:10 173:23

**meant** 24:15

**mechanism** 60:23

**med** 108:18

**medical** 22:23 41:17 44:16 46:12 50:6 54:9,21 56:11 60:10,14 61:3 62:2 73:14,21 108:7,19,20,24 109:11,12 141:2,16,20 142:4 143:6 165:22

**medicare** 43:24

**meet** 16:1

**meetings** 22:12

**member** 108:11

**members** 11:18 11:25 95:21,25

**memorized** 51:6 98:16

**mentioned** 10:10 36:2 110:25 123:8 123:16 124:2

143:20 147:25 148:21 155:21

**messaging** 8:17

**met** 16:2,13

**methods** 52:1

**michael** 3:5

**michael.w.cr...** 3:9

**michigan** 2:19

**mid** 77:19

**middle** 36:9 148:13

**mile** 75:17

**military** 11:18

**million** 41:4,17 142:22 149:19

**millions** 142:10 161:13

**mind** 80:11 114:4 116:3 120:13 133:17 164:14

**mine** 97:16,21

**minimize** 88:19

**minute** 104:7 164:15

**minutes** 63:4,6

**misheard** 155:23

**missed** 50:14

**missing** 153:17

**mission** 131:13

**modifiers** 75:10 79:17

**moment** 164:14

**money** 93:24 146:16 166:24

**monies** 146:18

**monitor** 54:6 128:5,10

**montana** 40:19

**morning** 12:23 19:15

**move** 10:12 93:8

**moving** 144:2

**multiple** 69:19 86:14 90:3

| n |
| --- |

**n** 2:1 3:1 4:1 5:1 6:1

**name** 7:2 8:8 9:10 15:8 22:13 31:18 46:14 47:13,23 53:10 100:8 107:9 126:7 157:24 162:11

**named** 16:22

**names** 16:6 39:13 46:8 108:8 134:20

**narrow** 59:8

**nationwide** 44:15

**natively** 64:6

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 199 of 218

**nature** 7:14
15:4 33:23
85:17 115:5
146:2
**necessary**
60:14 61:9,13
61:15 70:7
**need** 9:21 10:6
29:5 48:5 51:9
70:16,23 76:5
89:16,16 93:3
96:4 147:3
**needed** 40:12
40:18 49:1
60:15 83:24
143:18
**needs** 15:4 29:4
29:9,11
**neither** 42:13
42:13
**net** 90:20
**network** 26:18
27:6 40:15,24
43:9 138:19
139:19 153:22
166:6 170:9,18
171:2,6
**new** 29:6
149:16
**nicole** 15:9 36:2
36:13
**non** 16:7 59:11
60:22

**nope** 57:11
62:6 151:4
**normal** 56:16
**normally** 22:18
56:16 102:19
148:16 153:6
**north** 1:1 2:5,6
2:10,15
**notary** 1:14
173:7 174:24
**note** 38:9 63:15
64:4 173:21
**noted** 7:18
**notice** 4:11,15
17:2,3,5,10,20
18:20 55:8
63:17 168:16
**noticed** 105:7
**notified** 39:11
128:8
**number** 8:13
20:6 29:22
47:23 63:19
89:8 90:12,14
98:3 101:25
106:2 110:2
119:13,17
123:12 125:10
125:11 138:2
139:5 140:12
152:3 166:12
166:16,21,22
166:25 167:2,7

**nw** 3:7

**o**

**o** 3:13 120:8,12
120:14
**oath** 9:18
**object** 20:10
31:16,20 32:11
33:4 37:11
41:23 43:10
44:22 56:2
57:17 61:1,18
65:13 66:3,18
66:23 67:11
68:9,18 69:2
69:12 70:12,20
71:5,14,25
72:15 73:1,10
73:19 74:10,21
76:2 77:1
78:18 79:2,19
81:23 82:13
83:2 84:4,22
88:8 89:9,13
91:5 92:15,19
94:9,18 96:9
96:18 103:10
105:13 111:3
111:13 114:24
116:12 117:1
118:10 119:4
121:8 122:3,24
124:19 130:2,9
130:20 131:5

131:14 133:3
133:11 134:10
134:23 136:11
137:1,7,20
138:3 139:20
140:18 141:6
142:12,24
143:9 144:4
145:2,12 146:3
147:22 149:21
150:10 151:18
152:10 153:1
153:14 154:3
155:7 156:12
156:21 157:16
158:7 159:6,19
160:14,24
161:15 162:25
163:12,22
164:9 166:13
167:16,25
168:12,21
169:6,16,24
171:20
**objection** 12:6
13:4,17 19:20
22:16 23:3
24:2,14 31:4
43:18 51:19
77:5 82:21
87:25 93:14
105:6,25
107:19 108:4
110:19 112:6

Golkow Technologies,
877-370-3377			A Veritext Division			www.veritext.com
Case 7:23-cv-00897-RJ	Document 871	Filed 05/12/26	Page 200 of 218

113:17 129:13 132:16 144:11

**objections** 4:14 17:9,24 18:19 63:16 124:23

**obtain** 54:8 56:11 61:3 109:18 141:21

**obtained** 75:2

**obtaining** 128:16

**obviously** 28:4

**occasion** 129:3

**occur** 8:17,22 38:21 147:1

**occurred** 39:6 39:8

**october** 128:25

**offer** 74:15

**offering** 170:25

**office** 54:25 56:23 57:8,8 142:18

**official** 57:25 122:17

**offset** 13:21 65:1 137:25 151:17

**offsets** 13:15 99:23 113:11 131:17,20,25 132:18

**oh** 18:12 19:14 36:10 50:9,12

50:13 52:13 90:25 97:20 98:2 99:1 114:8 119:16 135:10 151:4 152:19 167:8

**oi** 57:23

**oig** 57:23 143:5 161:22

**okay** 8:24 9:25 10:8,14 12:24 16:24 17:16 18:13,16 19:3 22:3 23:19 36:12,18 45:11 45:24 49:25 50:12 66:17,19 73:17 76:20 80:4,9 83:12 84:11 86:15 88:18 89:2,24 90:25 94:3,13 95:15 97:16 101:25 102:1 103:3 105:3,9 116:2 117:25 120:11 121:3 121:15 123:9 125:14 128:18 130:25 132:1 136:5 139:15 149:2 151:14 156:1,4 163:6 168:6 171:14

**old** 114:12 147:10

**older** 98:17 126:1 147:4

**once** 13:23 121:24

**ones** 16:4 35:4 51:7 70:6 71:20 88:15 114:1 118:25 151:15 171:18

**ooh** 90:21

**oops** 148:3

**open** 18:2,4,6 18:15 21:25 64:13 81:7

**opened** 113:23

**operate** 28:7

**operations** 28:11

**opinion** 60:4 73:5 116:24

**opportunity** 115:12 155:2

**opposed** 45:5 55:3 78:17 82:9 94:14 136:9 150:8

**options** 101:16

**optum** 16:18 33:2 159:25

**order** 13:14 34:18 46:6 47:2 51:13

59:2 61:9,13 70:17 74:8 76:10 79:9 100:24 114:5 116:11,23 118:4 119:3 137:24 141:17 151:17 157:13 167:13

**organization** 25:4 34:15 35:18 37:18

**organized** 44:20

**original** 102:21

**ortiz** 3:6

**outcome** 12:13 34:6

**outcomes** 27:20

**outpatient** 74:1 127:2

**outreach** 53:8

**outside** 8:18 46:24 48:6 49:20 50:1,21 50:22 54:17 55:5 58:4 62:17 68:1 78:14 82:11,15 82:18 83:23 84:20 85:8 89:11 111:22 135:24 161:24

| | | | |
|---|---|---|---|
| **overall** 91:21 103:1 152:20 | **page** 4:3,10 5:4 6:4 63:16 88:19 165:20 170:8 174:6 | **parkinson's** 59:12 60:22 | **pay** 13:9,21 44:6 76:25 77:13 83:22 110:4 146:17 |
| **overbilled** 142:9 | **paid** 85:25 87:8 87:10,14,16,18 | **parsed** 49:14 | **paying** 149:18 |
| **overpaid** 34:1 146:13,17 | 87:19 88:5 | **part** 27:21 36:1 50:14 62:6,7 78:5 128:4 143:7,22 158:5 162:13 170:4 | **payment** 22:8 23:10 35:3,3 36:20 43:7 53:13 54:6 57:22,23 67:21 72:13 74:25 75:14 76:5 87:5,24 90:2 90:20 91:22 93:17 95:7 105:23 108:13 109:18 110:1,4 110:18 114:11 114:16 126:1 137:5 138:14 140:1 143:17 144:23 145:5 145:11 159:15 161:11 162:14 163:18 171:9 |
| **overpayment** 169:22 | 89:6 90:1,3,13 90:13,15,19 | | |
| **overpayments** 27:18 149:19 | 91:3,6,10 93:12,18,20,21 94:7,16 100:24 | **particular** 28:17 44:18 47:8 50:20 60:16 70:2,3,4 70:8 79:14 90:2 93:1 94:6 116:9,21 139:17 147:18 148:19 160:7 | |
| **oversaw** 25:21 | 101:24 103:12 | | |
| **oversee** 22:19 26:19 27:15 33:17,19 35:24 | 103:13 104:6 104:15,15,19 105:10 111:11 112:1 115:3,7 | | |
| **oversees** 28:18 | 115:19 119:23 | **parties** 7:11,16 8:15,18 | |
| **oversight** 131:3 142:3 143:8 | 120:1,2,3,7,17 120:25 121:23 | **partner** 35:2 | |
| **overview** 115:2 115:7 | 121:24 122:19 137:18 139:5 | **parts** 34:15 52:7 | |
| **own** 32:16 47:17 83:10 109:22 152:2 156:19 | 144:17 150:7 151:9 152:6,20 152:22 157:4 | **party** 14:6 27:4 30:14 167:23 | |
| **owner** 35:18 | 158:14 159:2 163:16 | **pass** 55:16 111:2,8 142:11 | **payments** 33:25 34:8 44:2 54:3 57:13 60:19 115:21 132:23 132:24 133:1 139:9 146:1 158:16 163:10 167:15 |
| **p** | **panel** 14:10 | **past** 110:17 132:23,24 165:22 | |
| **p** 2:1,1 3:1,1 | **paper** 45:6,10 45:23 62:14 | **patience** 171:25 | |
| **p.a.** 2:4,9,13 | **parameters** 48:22 59:1,14 81:21 | **patient** 54:24 | |
| **p.c.** 2:18 | | **pause** 7:15 | |
| **p.m.** 1:16 7:6 63:10,13 133:21,24 164:18,21 172:6,9 | | | |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 202 of 218

**payor** 126:9
**payors** 163:9
**pays** 77:3
**pc3** 126:12,13 148:1,21
**peer** 15:5
**peer's** 15:8
**peers** 142:21
**people** 16:9 22:19 28:20,21 28:22
**percent** 130:17 140:17 147:19
**percentage** 28:25 34:25 140:15
**perfect** 81:9 83:12
**perform** 40:13 144:21
**performed** 11:8 23:25 51:15,15 56:12 70:1 142:19 160:13 162:14
**period** 148:23
**person** 28:17 80:7 105:21 106:18 119:7 158:1 168:7
**personal** 43:24 132:11
**personally** 21:10 49:3

51:13 95:19
**persons** 16:16 28:13
**pertinent** 61:9 76:19
**pgba** 77:17,20 77:25 78:3,8 110:1 114:15 114:23 124:5 125:13,22 145:6 146:15
**pi** 49:21 52:24 62:2
**pick** 42:2
**pieces** 15:17
**pin** 47:22
**place** 35:9
**plaintiff** 20:18 65:23
**plaintiffs** 2:3 4:11 8:11 17:4 63:17,21 64:2 64:7,25 65:21
**plaintiffs'** 4:15 17:10
**playbook** 27:24
**played** 24:12
**plays** 12:4 13:2
**please** 7:15 9:9 9:12 10:3,7 14:22 20:15 22:7 23:22 25:16 33:14 43:13 86:2

89:12 106:2,14 107:9 113:16 116:15 145:18 146:10 148:15 152:17
**plrg** 124:4
**plus** 122:23
**pocket** 42:4
**point** 11:11 30:19 145:22 147:17 149:5,8
**pointer** 61:15 69:15,18 70:10 70:17,24 79:7
**pointers** 75:10 75:20 79:17 82:25 83:14,18 107:16 118:24 127:18
**points** 76:6,10
**portion** 35:25 158:2
**position** 35:20 35:23 36:17 68:4 72:23 82:9,10 94:5 135:16 136:5
**positive** 91:13
**possibility** 147:20
**possible** 55:7 95:10
**possibly** 49:19 108:6

**posted** 103:21
**potential** 13:15 55:15
**potentially** 49:21 61:20 95:11 104:12 132:2
**practices** 141:18
**preceded** 158:15
**preceding** 8:19
**precisely** 15:15
**prefer** 155:19
**preparation** 16:13 113:22
**prepare** 15:20 16:20 100:10
**prepared** 81:12 103:7 118:8 149:11 166:1 171:19
**present** 3:12 9:1 16:7
**presented** 125:15
**pretty** 28:1 41:7
**previously** 14:2 30:13 64:18 98:20 99:9,13 99:16 127:16 161:12 164:24 165:4 168:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 203 of 218

**primarily** 25:23

**primary** 22:14 55:2 70:18 71:3,8,13,19,19 71:22 72:10,24 80:5 82:9 83:18 85:7 107:16 136:20 136:23

**principal** 135:23 136:7 160:11,21 161:6

**principle** 71:13

**prior** 16:15 19:17,19 20:8 25:18 29:7,20 36:5 38:13 40:2 77:17 110:1 113:21 115:9,13 123:17 148:22

**privacy** 27:1

**probably** 29:11 67:25 68:12 125:23 126:19

**problem** 106:5 139:25 156:2

**problems** 12:23

**procedure** 51:8 134:20 141:23 153:3,18

**process** 33:21 34:13,17 35:9 45:18 46:7 56:15 74:8,14 75:15 76:7,11 77:7 104:6 111:18 118:17 128:16 141:9 141:12 161:10

**processed** 45:5 58:3 74:14 77:10,19 104:11,19 159:1

**processes** 33:19 53:1 58:6 77:8

**processing** 31:10,14 34:8 34:19 36:1 38:14 75:1 76:19 147:6 161:14 162:3 162:15

**processor** 35:3 35:4,8 74:25 75:14 76:5 77:20 110:1,4 114:11,16 124:3 126:1 145:5 161:12

**processors** 109:18 124:6 171:9

**produce** 47:2

**produced** 19:6 19:19 20:4,17 20:19,22 27:2 37:10,18,23 47:3 63:22 64:6 81:18 112:12 149:14 154:16

**produces** 99:22 113:9

**production** 25:22 37:8,10 38:4 100:17

**productions** 37:3

**professional** 1:13 78:16,20 104:23 126:24 127:7,12,18 173:5

**program** 26:19 27:8 28:4 29:1 29:2 31:24 38:5,5 40:5,25 41:16,18,22 42:1,7,15,18 43:9,17,21 44:3 45:3,25 57:3,10 59:7 60:20 106:25 107:7 126:2,8 126:12 128:6 128:13 129:24

133:2,10 147:25 148:2 148:21,22,22 148:24 149:6 149:10 155:12 155:14,20 158:15,15 159:14 160:2 161:14 162:4,7 162:9,15,17,22 163:21 164:3 167:15,22

**program's** 149:4

**programmed** 35:7

**programming** 27:25

**programs** 27:12,23 28:2 31:2 130:18 131:2

**proper** 82:3

**properly** 22:22 34:2 141:4

**provide** 33:1 40:11,17,22 60:23 65:22 129:19 132:22 146:20 157:12

**provided** 13:13 13:14,25 18:19 21:8 39:13 48:22,25 49:9

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 204 of 218

51:22,23 54:4
54:10 62:10
67:8 68:22,25
74:16 80:14
84:3 91:25
96:8 98:23
99:25 102:23
106:19 116:7,9
116:19 123:14
127:13 129:20
134:22 151:16
160:12,23
163:7
**provider** 34:22
47:22 52:12,15
52:20 53:8,12
53:22,25 67:6
109:12,20,22
109:24 110:7
110:10,13
112:2 128:20
139:14,23
140:5,8 143:25
169:14
**providers**
27:17 34:4,23
40:13,16,21,24
41:4,17 42:5
43:8 44:17
46:12 77:4
106:24 115:18
141:4 142:20
155:4 163:10

**providing** 69:6
**public** 1:14
173:7 174:24
**published**
128:21,24
**pull** 23:8 25:3
26:9,23 32:20
38:19,23 39:12
39:14 43:1
47:15,21 48:1
48:1,8,10,21,23
49:7,12,24
50:4 52:1 59:2
59:6,14,18
74:7,25 75:5
75:12 76:5
96:1,20,23
98:11 100:4
103:2 106:16
125:3 136:7,16
136:19,23
146:25 153:6
153:23 154:7
159:11,12
166:25 170:19
**pulled** 13:16
15:23 19:5
21:5 23:13
24:7,25 37:5
37:18 49:1,23
58:23 60:9
74:13,24 75:14
77:23 79:25
82:3,7 84:19

109:25 117:14
125:17 127:6
136:9 138:9
145:20,23
146:7 151:23
153:8 156:10
165:16 166:11
171:8
**pulling** 23:1
81:22 149:16
**pulls** 75:21
**purposes** 9:5
46:24 110:6
**purview** 57:14
**put** 8:12 18:10
64:12,14 80:10
80:12 81:2,3
102:8,10
112:10 119:8
122:16 123:7
150:21
**puts** 109:22

**q**

**qualified** 125:5
**quality** 51:18
**quantify** 13:15
151:17
**quarterly**
128:21 129:6
**queried** 37:9
47:2
**queries** 47:18
47:24

**query** 48:3,15
48:21 49:4,6
60:25 81:18
114:22 160:13
**question** 9:22
10:12 12:18,25
18:17 23:21
24:20 29:17
43:13 59:22
60:24 86:6,7
88:2 89:3 92:9
105:22 106:20
109:5 116:3,15
117:25 127:5
134:14 135:14
144:10 145:16
150:13 154:13
156:8 159:8
161:2 168:7
**questions** 8:10
10:2 13:7 66:6
80:6 84:13
107:4,15
132:14,17
138:7 171:24
**quick** 114:9
**quite** 26:17

**r**

**r** 2:1 3:1 8:1,1
173:1 174:1,1
**racine** 2:10
**radius** 46:21,22
47:5,6

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 205 of 218

raise 7:23
range 63:23,25
ranges 124:16
rate 112:2
138:18,23
rather 18:3
read 52:4,5
63:20 88:22
89:20,22
165:24 174:2
ready 64:9
really 36:24
57:5 67:13,25
88:21 104:17
114:9 160:4
realm 49:21
50:1
realtime 1:13
173:6
reason 54:8
55:1 60:16
71:23 90:22
104:12 125:14
141:10,20,24
146:12,14
147:7,15
148:19
reasonable
41:9
recall 126:13
receipt 114:22
receive 34:24
114:12

received 37:2
38:3 75:3
118:5 145:9
162:8 166:3
170:9
recent 52:8
125:13
recipient 13:21
159:13
recognize 51:4
81:9
recommend
118:22
recommended
139:18
reconciled
148:7 149:2
159:3
reconsider 88:6
reconsidering
33:25
record 7:2,5,19
8:13 9:10 63:9
63:13 64:5
86:21 101:19
133:21,24
137:6 148:15
164:17,21
172:6
records 54:9
56:11 60:10,14
61:3 141:2,3
141:17,21
142:4 148:8

recoup 146:16
recouped 95:11
104:5,5,16
recoupments
144:22
redirect 172:3
refer 89:14
92:6 94:22
reference 93:20
referenced 15:8
21:24 23:2,14
24:1 119:14
120:3
referencing
22:2
referral 42:6
46:23 139:22
referrals 47:7
128:16
referring 21:6
103:15 106:3
155:10
refers 67:18
reflect 86:22
regard 58:23
132:12
regarding 13:7
38:19 55:23
57:13 65:1
100:23 105:22
132:22 171:1
region 27:6
30:24 41:11,13

regional 27:7
regions 41:10
44:18
registered 1:13
173:5
regular 75:6,16
78:10 115:17
141:13,23
147:2
regularly 52:9
141:16
regulations
28:5 31:1,14
reimburse
157:5
reimbursed
87:17 120:5
156:25
reimbursement
43:7,16 157:12
157:14 158:23
159:24
reimburseme...
44:11
reimburses
111:20
reimbursing
111:17
relate 68:25
137:5
related 13:15
16:17 19:4
31:9,13 37:24
51:7 60:11,12

60:20 68:14
69:7,22,23,24
70:1,2,9,18,25
79:7 82:4
83:13 84:2
85:3 89:6
110:5 116:7,20
118:25 131:17
132:18 135:18
136:8 138:15
142:10 146:21
150:7 151:9
153:4 160:11
160:21 161:13
168:8,8,10
169:22
**relates** 1:6 22:7
23:1 28:14
54:16 57:3,9
67:7 71:4 79:1
103:25 118:23
127:25 133:2,9
135:20 138:18
149:18 158:19
165:15
**relating** 162:15
**relationship**
36:15 83:17
158:6
**relevant** 68:14
102:17 110:6
123:25 125:25
**relied** 137:23

**remedy** 55:23
**remember** 16:6
30:20 92:25
110:24
**remind** 35:11
108:17
**remission**
62:16
**remote** 1:9 7:7
7:14 8:14
10:10 147:21
**remotely** 7:12
7:13
**repeat** 10:3
12:18 18:16
23:20 24:19
36:11 43:12
50:15 86:7
116:14 134:14
161:1
**repeating**
87:20
**rephrase**
145:16,18
**report** 6:8
28:14,17 35:12
35:13,16 36:19
36:21 47:20
48:1,9,13,24
49:8,8 52:20
53:6 75:16
93:25 95:8,13
95:24,25 98:17
100:6,8 102:20

103:2,22 104:3
104:17 105:2
105:19 106:11
109:8 114:7
117:21,23
119:8 122:7,9
122:16 154:7
165:3,7,14
166:1 170:5,6
**reporter** 1:12
1:13,14 7:20
7:22 10:9
173:5,6,6,25
**reporting** 7:15
23:7 26:23,23
32:20,21 47:6
48:7 49:16
75:5 84:19,24
109:17 151:23
**reports** 23:8
25:3 35:14
39:11 47:15,20
48:19,21 49:13
57:7,13 58:5
75:10 77:18
79:22 102:21
102:21 104:14
109:16 113:25
114:3,15 115:8
115:15,15,16
118:13,15
120:3 122:17
149:16 153:7
154:22 166:17

166:20 171:8
**repository** 78:2
**represent**
65:20 86:23
89:5 98:21
105:23 120:22
123:24 145:22
165:13
**represented**
66:10
**representing**
9:4,7 152:23
**represents** 87:7
91:2 123:22
124:11,14
126:23
**reprocess**
144:22 146:12
146:15,16
147:2 148:24
162:20
**reprocessed**
104:12 146:5
146:10,12
148:17
**reprocessing**
144:25 145:4
146:1,22,23
147:10 148:10
149:4
**reprocessings**
147:1 149:12
**reproduction**
173:22

Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 207 of 218

**request** 7:25 14:2 15:6 49:23 64:3 146:24

**requested** 21:9 99:21

**require** 26:8 141:25 149:16

**required** 51:7 74:7

**requirement** 45:4,17

**researched** 62:19

**resolve** 149:19

**respectively** 80:18

**response** 19:1 63:19

**responses** 4:15 17:3,9

**responsibilities** 78:6 143:8

**responsibility** 52:11,14,20

**responsible** 58:15 109:3,6 140:25 141:2

**rest** 25:20

**restart** 64:10

**restate** 9:21 148:14

**restricted** 133:1

**result** 37:22

**resume** 19:13 19:14,17

**retroactive** 144:1 162:14

**returned** 93:24

**revenue** 67:19 67:19 130:18

**review** 15:22 15:24 16:21 22:20 34:5,21 34:22 45:13 50:22 51:17 52:9 54:7,8,21 55:18 56:8,11 56:12 60:10,15 61:3 62:2 65:24 77:9 78:6 79:13 100:3 106:15 108:7 115:12 120:24 123:17 141:10,12,16 141:20,22 143:17

**reviewed** 17:18 17:21 19:4 20:2,8,16 21:4 24:25 51:21,25 60:4 67:14 68:2 113:20 115:8 123:10 140:6,10 161:21 162:23

163:2 171:18

**reviewing** 55:9 104:3 141:2

**rework** 27:15

**right** 9:9 10:15 11:12 21:14 29:5,12 33:11 35:11 36:9,17 37:1,21 38:17 41:15,20 42:12 45:16 48:20 51:12 52:23 55:19 58:21 63:8 64:12,23 65:6 66:24 72:8 73:7 83:10 87:4 89:16 90:5 91:17 93:7,9 95:2 96:24 97:1 100:1 117:25 118:21 119:10 120:17 120:19,20 130:19 132:8 134:6,19 135:2 147:5 150:20 164:13,16 165:24 172:4

**rivas** 1:9 4:4,12 4:17 7:10,23 8:6 9:11 12:17 17:5,11 21:25 24:11 36:8

63:1,18 64:5,9 64:21 66:7 67:2 81:2 100:3,11 132:10,20 134:2 136:1 164:23 165:6 171:25 172:8

**road** 2:14

**role** 12:4 13:2 14:22 15:16 19:16 22:7,14 24:11 25:5,13 25:24 26:6,9 26:12,15 28:24 33:12,12,15 36:21 42:9,11 46:6,13 56:20 61:7 107:11 128:4,11 129:10 162:13

**roles** 26:2 30:14

**rows** 95:3

**rpr** 173:14

**rules** 28:6 32:4

**run** 114:22

**running** 12:20

**rural** 40:19

**russell** 107:10

**s**

**s** 2:1 3:1 4:8 5:3 6:3 8:1 41:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 208 of 218

174:1
**salisbury** 2:6
**save** 18:3
**saved** 126:20
126:20
**saying** 72:3
75:15,18 76:1
76:4 77:12
92:24 96:14
109:19 115:11
**says** 99:21
113:12
**scale** 41:16
**schedules**
34:21 35:7
**scope** 46:25
54:21 62:17
68:1 78:14
82:11,16,18
83:23 84:20
85:8 94:1
132:4,7 161:24
162:10
**scott** 37:25
48:12
**screen** 18:11
64:15,21 78:16
81:4 83:10
86:19 87:2
88:20 96:5
97:17 99:6
102:14 123:15
150:21 165:1

**scroll** 87:4
120:20 165:19
**scrolling** 83:9
**scrutiny** 110:17
110:23
**search** 38:8
39:17,21
**searched** 39:22
**searching**
102:16
**second** 23:16
93:9 104:21
114:8 117:19
170:4
**secondary** 71:3
71:10,20 72:11
72:20 80:5
82:10 107:16
136:9,21,24
**section** 135:24
165:21
**secure** 43:7
**security** 47:23
**see** 17:15 18:11
32:24 55:6
58:22 64:21
81:8 83:5,13
85:17,22 86:14
87:2,13 88:1
92:7 93:3,4
94:22 96:4,20
98:8 100:5,7
100:21 101:7
101:10,12,12

101:13 103:17
104:21 113:24
121:12,17,18
121:19 124:25
126:25 127:20
150:24 151:2
153:4 156:8
165:17,21
166:8,17
170:11,12
**seeing** 91:7
96:24 104:4,6
104:9,16
**seek** 77:24
**seen** 18:22,24
20:7,23 21:12
54:23 55:1,17
65:2,3,9 92:5
100:15,17,20
118:13,15
165:6 170:13
**selected** 14:17
14:20,25
**sending** 46:16
**sense** 159:21
**sent** 15:25
19:14 37:15
64:25 110:3
**sentence** 63:19
63:20 166:8
**separate** 28:10
53:1
**september**
173:18

**served** 17:20,25
30:13
**service** 40:11
59:19 60:12
61:14,16 67:6
67:7 68:22,24
69:1,7 70:2,3,9
70:18 72:24
83:19 84:2,16
84:25 85:16,24
86:4,10,12,18
86:24 98:6
105:24 106:6
115:19,21
116:8,20
119:20 120:17
121:5 124:7,12
124:15,16
135:5 137:5,19
139:17,25
158:17 160:10
169:12
**services** 32:9
32:25 44:4
54:2,10 56:12
61:11 69:21
78:16,21
111:12 112:5
114:12 116:8
118:4 127:18
134:7 135:21
139:10,12
142:23 143:7
161:6 168:10

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 209 of 218

**session** 118:23

**set** 28:6,9 35:8
37:7 47:21,24
48:6 53:1
92:21 106:23
107:8,22 108:3
124:18 149:6

**seven** 121:20

**several** 37:2
103:1

**share** 32:21
99:6 123:15
154:23 164:25

**shared** 19:17
19:23 32:17
58:9 113:13
114:2 118:14
154:1 156:10
156:11,15

**sharing** 19:23
101:6 102:7
157:10

**sheehan** 14:21
36:5,14

**sheet** 117:18
118:18 157:9
168:25

**sheets** 64:2

**short** 63:2

**shorthand** 1:11
173:5

**show** 65:6
104:14 105:18
113:5 165:12

170:4

**showed** 168:2

**showing** 84:25
85:1 97:10
101:20 104:18
104:19

**shown** 103:4

**shows** 97:21
152:3,5,21

**sic** 121:6 124:3

**side** 33:16,17

**signature**
173:12 174:19

**significance**
78:24 80:4

**similar** 13:25
15:10 56:10
68:20 87:20
135:14

**similarly** 133:8

**single** 103:2
168:17

**sit** 105:10

**situation** 15:4

**situations**
54:23 55:2

**skill** 106:23
107:8,22 108:3

**slew** 80:10

**slightly** 63:3

**small** 88:22

**smart** 94:21

**smith** 2:9,13

**snapshot**
145:10

**social** 47:22

**software** 24:5
26:5

**solely** 30:8

**solid** 29:21

**somebody**
96:15

**soon** 62:22

**sorry** 10:18
16:5 18:16
23:15 32:10
36:10 48:18
50:9 70:4
72:23 73:13
86:5 88:14
97:20 102:3
104:21 115:23
117:5,18
119:13 124:9
134:12 135:10
135:13 136:2
148:13 152:17
152:18 154:5
155:9,21,25
156:1 157:18
167:8,10,20

**sort** 42:3 43:22
53:1 76:24
86:3 122:15

**sorted** 97:19,24
98:3

**sound** 20:21
41:8

**sounds** 124:24
129:1

**source** 23:7
75:3 110:13

**sources** 15:23
61:9 66:10
125:19

**southern** 1:2

**speak** 84:14
103:19 120:1

**speaking** 7:16

**special** 47:13
48:9,15,20
49:1 143:15

**specific** 31:23
32:5 35:23
46:9 50:19,21
59:15 106:22
163:25

**specifically**
15:1 29:18
49:17 51:5
52:18 56:18
59:13 60:15
71:18 75:12
96:1 105:15
126:18 128:7
130:4

**specifications**
156:20

**specifics** 51:11
58:11 67:25

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　Document 871　Filed 05/12/26　Page 210 of 218

84:7 107:23
111:21
**spend** 29:5
**spoke** 67:17
**spoken** 24:23
**spreadsheet**
99:24 124:25
**spreadsheets**
15:22 20:23,25
21:13 24:7
113:11
**ssrs** 23:7 47:6
**stable** 147:19
**staff** 62:2
106:16 108:11
108:14 143:6
**stamp** 20:5
**stamped** 80:16
101:21
**standard** 48:6
48:19,24 141:8
141:11 153:6
**standardization**
44:19
**standardized**
48:13 75:21
**standing**
132:16
**start** 38:13
119:6
**started** 25:12
30:17 162:9
**state** 1:14 9:9
151:5 173:7

174:25
**stated** 166:23
**states** 1:1 3:4
8:13 10:16,21
41:7,12 45:17
63:21,22 90:15
90:17,19,20,20
99:22 104:5
113:9 166:6
**states's** 63:16
**states'** 4:14
17:9
**status** 101:22
101:23 102:25
104:6 113:8
152:12,20
**stenographic**
7:19 173:9
**stood** 126:13
**stop** 102:7
**store** 60:16
**stotz** 1:11 7:21
173:4,14
**strange** 102:18
**street** 2:5 3:7
**strong** 12:21
30:25 31:7
**struggling**
131:16
**subject** 100:7
131:3 132:4
145:25
**subjected** 44:1

**submission**
45:9
**submit** 109:24
110:11 156:24
**submitted**
12:13 13:8
22:23 45:21,22
85:13,16,23
93:22 95:10,11
111:19 123:10
158:23 159:23
**subpoena** 4:16
17:11,19,24
18:20 63:18
**subpoenas**
15:25
**subscribed**
174:21
**subsequent**
124:17,18
**sufficient**
153:11
**suggested**
46:15
**sum** 94:3
100:24 167:14
169:13
**summarizing**
134:17
**summary**
101:23
**summation**
121:2,7

**summed**
167:12
**summing** 94:14
**supervise** 22:10
**supervisor** 22:8
22:15 107:3
**supervisors**
22:19 23:6
35:21 58:9
106:25
**supervisory**
26:1
**supplied** 79:23
97:3
**supply** 21:11
110:10
**supporting**
15:24
**supposed**
123:24
**sure** 10:11
17:13 18:18
21:3 25:17
33:15 39:3
50:13 75:1
81:6 89:22
90:9 97:17
98:14 107:21
117:13 118:1
127:9 134:16
134:16 139:16
150:12 158:24
**surprise** 41:5

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 211 of 218

**surprised** 65:2
**suspicion** 141:9
**suspicious** 53:5
  58:20
**suzanne** 1:11
  7:20 173:4,14
**swear** 7:21
**switch** 15:3
**sworn** 7:13 8:2
  9:18 174:21
**system** 32:17
  32:20 38:9
  39:17,18 46:3
  46:11,15,18,21
  48:18 51:23
  61:5 74:14
  76:6 78:2 95:7
  96:1 106:17
  109:23 114:16
  114:23 126:10
  130:15,16
  142:9 145:11
  145:25 147:9
  154:14 156:11
  156:15
**systems** 26:5,8
  26:9,22,23
  36:21 44:21
  46:4,9 108:13
  110:18 125:17
  154:2

**t**

**t** 4:8 5:3 6:3
  173:1,1 174:1
  174:1
**tab** 100:25
  101:10,12
  102:2,23
  125:11 150:23
  151:1,3 152:12
  152:13,22
**tabs** 101:6,22
  102:3 122:16
**take** 50:5 53:7
  62:22,24,25
  63:2,2 80:9
  86:2,15,17
  92:7 94:13
  99:4 100:1
  104:3 120:15
  127:9 133:17
  150:20 157:8
  164:14
**taken** 1:10
  63:11 122:15
  133:22 164:19
**takes** 50:18
  109:21
**talk** 33:11
  58:21,22 84:12
  119:2 171:19
**talked** 37:4
  72:9 115:24
  127:16 137:11

168:17
**talking** 98:9
  99:2 106:7
  136:2
**tanea** 3:13 9:1
  16:10 19:15
**tasks** 27:22
**taught** 51:4
**team** 14:14
  19:24 34:3,11
  34:20 36:19
  48:8 50:23
  54:20 55:11,16
  58:2 78:13
  95:20,24,25
  108:7,25
  157:23,25
**teams** 25:22
  27:14 33:16
  58:13
**technology**
  25:19
**telehealth**
  135:15,17
**tell** 14:24 16:12
  20:5,13,14
  22:6 25:16
  38:18 45:2
  46:3 47:1
  49:25 53:10
  66:1 67:2 68:6
  68:16,17 69:20
  70:24 73:17
  78:24 82:24

87:7 90:7
  91:16 95:3,6
  95:12 96:12,15
  103:25 105:9
  106:13 107:1
  109:3 112:10
  113:15 114:3
  115:3 117:22
  119:1,23,25
  120:11,13
  125:2,6 127:6
  135:16,19
  136:6 140:23
  144:19 149:11
  157:7 166:10
**telling** 90:2
  96:3 114:4,13
  152:19
**ten** 63:4,6
**tens** 142:10
  161:13
**testified** 8:3
  14:9 118:2
  134:5,18
  161:20
**testify** 14:17
  15:5 118:6
  132:11
**testifying** 23:12
**testimony** 12:4
  21:7 31:12
  42:16 87:12
  132:5,7 134:18
  141:15 158:3

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 871    Filed 05/12/26    Page 212 of 218

171:1 174:2
**texas** 1:12,15
10:23 166:6
173:7,15
**text** 8:17
**thank** 91:24
156:4 160:4
167:11 171:25
172:2
**thing** 55:24
111:15,16
139:16
**things** 26:25
31:9 33:23
34:20 50:16
54:22 55:14
67:16 68:3
73:23 115:5
128:17 140:12
**think** 9:23
12:17 18:7
20:14 23:15
24:15 36:8
39:9 45:20,21
50:11 53:5
55:7 94:15,21
100:7 107:2
115:24 117:11
126:4 127:16
132:9 139:2
140:23 144:6
150:13 161:20
171:23

**third** 27:4
30:14 152:22
167:23
**thought** 19:2
155:21
**thousand** 30:1
**thousands**
29:24
**three** 20:19,23
20:25 25:7,7
25:11 30:11
52:7 97:11
113:14,20
115:15,16
118:14 128:13
**thumbs** 17:15
**tied** 27:18
50:20 130:18
**time** 7:5,6 15:5
29:5 49:25
63:9 67:14
68:2 129:7
133:21 145:10
145:22 147:12
147:14,17,23
148:20,23
149:5 162:5,6
162:24
**timeliness**
158:25
**timely** 31:25
**times** 16:12
45:10 78:9

**title** 9:16 15:10
15:12 108:23
**today** 7:9,20
8:10,22 9:20
10:2 11:5,9
12:4 13:2
14:25 15:21
16:10 19:19
21:8 23:13,24
29:23 64:7
113:22 118:9
125:25 149:11
151:7 172:1
**today's** 7:4 9:5
16:13 172:5
**together** 15:15
89:5 91:2
119:8 123:7,12
**told** 103:24
130:13 140:24
151:21
**took** 30:21,23
**tool** 164:4,7
**top** 91:17 170:8
**total** 25:10
93:16 120:7,25
121:7,15 122:1
122:20 137:16
166:17,24
167:14 168:3
168:20 169:9
**totaled** 89:5
**totaling** 121:1
166:7,20,21

170:10
**totally** 156:6
**totals** 88:10
93:12 94:15
166:17 169:13
**touched** 140:9
**towards** 67:22
**tower** 2:14
**tpa** 32:25 46:13
112:5 160:7
**tpas** 33:3,7
**training** 22:25
26:15,18,21,25
27:21
**transcript** 6:13
173:9,22 174:3
**transmit** 46:11
**transmitted**
155:5 158:5,9
**treatment**
158:14
**tri** 29:13 42:25
**tricare** 16:18
26:20 27:8,23
28:8,22 29:1,6
29:19 30:18,23
31:3 32:2,10
33:17 38:5,9
38:13 39:17,18
39:22 40:1
57:10 74:9,20
113:10 130:15
131:19 133:9
163:21 164:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 213 of 218

167:15
**tricare's** 29:10
 164:7
**tricia** 6:8 165:3
 165:9
**triwest** 3:13
 4:12,19,20 5:6
 5:9,13,16,20,23
 6:6 9:2,15,16
 11:8 13:13
 14:14 16:11
 17:6 19:5 20:6
 20:22 21:9,19
 21:20 22:7
 25:6,10 26:3
 26:16 27:4,24
 29:13,16 30:5
 30:7,13 31:1
 32:7,9,16 34:8
 37:23 38:8
 39:23 40:5
 41:15,17 42:25
 43:3 45:13
 46:4 47:12
 52:6 58:23
 60:10 63:23,24
 63:25 64:1
 66:7,11,15
 67:4 74:6,20
 76:9 77:3,12
 80:16,17,20,23
 87:17 92:1
 93:21 94:7
 95:7 98:21

99:12,15,23
 107:11 109:4,7
 109:21 110:3,7
 110:16 111:11
 112:1,4,21,24
 113:2,10 116:7
 116:19 119:1
 127:22,25
 128:5 130:13
 132:12 136:23
 138:22 140:25
 141:1,16 142:7
 142:9 143:15
 143:22 145:1
 149:1 150:6
 151:8 152:4
 154:1 156:16
 158:4,17,19
 159:12 160:7
 161:22 165:16
 166:2,4 167:24
 171:1
**triwest's** 28:14
 28:25 30:3
 42:9 74:9 78:5
 130:17 142:5
 156:9 163:11
**trouble** 106:4
**true** 37:25 38:6
 62:5 126:3
 128:22,23
 138:2 139:11
 145:24 171:4
 173:8 174:3

**trust** 84:23
**truthful** 9:20
 9:24
**try** 10:11 18:2
 40:8 88:21
 116:2,2 156:7
 166:16
**trying** 18:8,15
 66:12 91:7
 115:20 116:5
 116:17 137:17
**tuesday** 1:15
**turn** 15:6 52:23
 58:19
**turner** 3:6
**turning** 78:15
**twice** 121:21
**two** 8:25 17:1
 20:17,19,24
 21:1 28:1,15
 30:6 33:15
 37:24 39:15
 49:4 80:13
 83:21 97:10
 98:22 102:8
 104:20,21,23
 124:6,8 125:15
 125:17,19
 130:14,18
 147:6 148:17
 148:25 158:6
 158:10
**type** 26:9 34:20
 40:11 46:16

47:25 55:24
 61:21 67:20
 70:23
**typical** 140:16
**typo** 63:18

**u**

**u** 41:8
**u.s.** 4:22 5:10
 5:17 64:17
 99:8 112:17
**uh** 37:6 86:1
 89:19 103:6
 120:18 154:12
**um** 108:25
**un** 13:22
 106:10
**unaware** 82:23
 131:9 169:12
**uncertain**
 158:4
**under** 9:18
 31:2 32:1 34:1
 41:21 42:18,23
 43:8,16 44:3
 52:16 57:14
 60:19 110:16
 127:13 143:22
 145:1 148:24
 154:10 155:11
 159:13 162:4
 173:23
**underestimated**
 94:16

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 871     Filed 05/12/26     Page 214 of 218

**underlying** 113:10

**underpaid** 146:13,18

**underpayments** 27:18

**understand** 8:21,24 9:19 10:3 13:12,19 23:13 50:20 53:22 55:25 59:5,21 61:7,8 61:12 66:12 70:17 83:25 87:6 103:21 109:5 129:23 130:6 131:17 154:9 156:6

**understanding** 15:2 23:23 28:23 30:16,25 31:7,9 37:14 37:22 38:22 39:10 42:14,21 45:3,7,19 52:10 53:24 55:22 59:23 67:5 111:23 112:4 123:23 124:1 128:18 129:25 156:23 158:12 163:8 167:12

**understood** 83:25

**undertaking** 44:15

**unfilter** 88:17

**unfiltered** 64:1 98:8

**unfortunately** 106:10 148:12

**unique** 49:6

**unit** 143:15,16

**united** 1:1 3:4 4:14 10:16,21 17:8 63:16,20 63:22 99:22 113:9

**unitedhealthc...** 25:20

**unnecessarily** 13:22

**unrelated** 54:25

**upcode** 53:25

**upcoded** 55:3

**upcoding** 53:23 54:16 55:24 72:9

**update** 129:6 129:16,17,21

**updated** 19:16 34:16 128:21 129:2,4,5 146:1,25

**updates** 129:10 146:21

**upload** 16:25 164:23

**usdoj.gov** 3:8,9 3:9,10

**use** 26:22 43:23 44:4 46:9,11 46:24 48:1 74:3 84:24 125:25 135:4

**used** 13:20 46:4 46:22 52:1 61:15 73:22,25 171:15

**using** 119:12 166:10

**usually** 40:8 147:5,12

**utilization** 109:1

**utilize** 40:16

**v**

**v** 8:1

**va** 26:18 28:4,4 28:6,21 29:8 30:2,15,21 31:2 35:21 36:4,14 40:8,9 40:9,21 41:18 41:22 42:1,7 42:17,19,24 43:6,15,20

44:3,5,10 46:4 46:12 56:23 57:8,21 58:2 59:7 60:17 94:7 111:1,19 111:20 120:4,4 128:20 139:18 142:9,18 143:5 144:19 147:7 147:15 148:8 148:18 149:1,9 154:6,10 155:17 156:16 157:11 159:3,4 161:22 162:19 163:3,8,21

**va's** 42:11 144:7,18,23 164:3

**vaguely** 54:20

**valid** 42:5

**validate** 27:20 87:17 98:12

**vanslyke** 2:18

**vast** 108:11

**venture** 41:1

**verdick** 3:13 9:2 16:10

**verify** 78:7 84:15 93:24 138:1

**veritext** 7:3

**version** 88:20

**versus** 27:24 28:21 54:10 71:20 78:25 80:5 107:16 124:3,5 125:7 126:17,23 127:11 136:23
**veteran** 40:20 42:10,18 43:1 43:4,8,23 116:9,21 149:20
**veteran's** 47:22
**veterans** 12:1 12:12 13:9 40:7 42:2 43:17 44:11 47:9 155:15 156:19 166:5 170:7
**vha** 13:14 16:18 29:1 36:22 57:2 111:12 130:16 143:6 154:11 155:6,10,24 167:23
**video** 7:7
**videoconfere...** 2:4,8,13,17 3:4 36:7
**videographer** 3:15 7:1,3 12:11 18:5

50:8 63:8,12 101:2 133:20 133:23 148:4 164:16,20 172:4
**view** 8:18
**viewed** 115:16
**views** 103:1
**visits** 73:23 135:15,17
**vitae** 19:12
**vol** 98:9
**vp** 14:23 28:18 35:12,13 36:5 36:16 150:2 162:2

| w |
| --- |

**w** 3:5
**walk** 65:18,25 67:9 103:7
**wallace** 2:4,5 4:5 8:5,8,9,12 8:20 12:16 13:11,24 16:25 17:13,17 18:9 20:1,12 21:15 21:22 22:24 23:11 24:9,17 24:18 31:11,17 32:6,15 33:10 37:16 42:8 43:14 44:9 45:1 50:9,10

51:24 56:19 58:7 61:6,24 62:23 64:8,20 65:16 66:6,9 66:19,24 67:1 68:5,15,23 69:9,16 70:15 71:1,11,21 72:7,18 73:3 73:16 74:5,17 75:7 76:8 77:2 77:11 78:22 79:11 80:3 81:1 82:6,17 82:22 83:8 84:10 85:4 86:21 87:1 88:3,11 89:10 89:18 91:23 92:16,23 94:2 94:12 95:1 96:13,22 99:1 99:17 101:4,8 103:23 105:8 105:20 106:5 106:12 108:1,9 110:22 111:7 111:24 112:9 113:4,19 115:10 116:16 117:4 118:20 119:9 121:11 122:10 123:5 124:21 125:1

129:22 130:5 130:12,24 131:8,19,24 132:2,9,13,19 133:7,19 134:1 134:10,15 135:1 136:17 137:3,10,22 138:6 140:2,22 141:14 142:16 143:3,13 144:8 144:12 145:7 145:14 146:8 148:3,5,11 150:1,15 152:1 152:14 153:9 153:20 154:8 155:13 156:17 157:6,21 158:11 159:9 160:3,18 161:3 161:19 163:5 163:19 164:1 164:13,22 165:5 166:18 167:19 168:5 168:15 169:3 169:10,20 170:3 171:23
**wallacegraha...** 2:7
**want** 17:13 62:24,25 65:6 86:15 90:5

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 216 of 218

92:6 93:8 100:2,22 102:7 107:23 120:20 120:22 129:7 144:20,21 150:5 165:12 170:4

**wanted** 8:12 63:15 118:22 154:7

**ward** 2:9,13

**wardandsmit...** 2:11,16

**warrant** 54:3

**washington** 3:7

**waste** 53:6 55:15,20 58:16

**water** 1:4 7:9 11:20

**way** 68:13 72:3 102:12 122:7 124:10 140:8

**we've** 26:17,21 37:4 62:21 133:15 144:16 145:9 149:2

**weeds** 61:17

**weekly** 29:10

**weitz** 2:18

**weitzlux.com** 2:20

**went** 17:16 139:23

**west** 2:14,19 30:24 41:7,11

**wheelhouse** 163:11

**whichever** 100:25 119:21

**whitney** 2:5 8:8 62:20 98:24 106:1 131:16 131:23 133:15

**willing** 148:14

**wilmington** 2:10

**winterville** 2:15

**witness** 7:13,21 7:24 12:9,12 13:6,19 18:7 19:22 22:18 23:5,24 24:3 31:6,22 32:13 33:6 37:13 41:25 43:12,19 44:24 51:20 56:4 57:19 61:2,19 63:6 65:15 66:5,22 67:13 68:11,20 69:4,14 70:14 70:22 71:7,16 72:2,17 73:12 73:21 74:12,23 76:4 77:6 78:20 79:4,21

81:25 82:15 83:4 84:6,23 88:1,9 89:14 91:6 92:20 93:15 94:11,20 96:10,19 101:5 103:11 105:7 105:14 106:9 107:21 108:6 110:20 111:5 111:15 112:8 115:1 116:14 117:3 118:12 119:6 121:10 122:5 123:1 124:24 129:15 130:4,11,22 131:7,23 132:7 132:11 133:5 133:13 134:6 134:12,25 136:13 137:9 137:21 138:5 139:22 140:20 141:7 142:14 143:1,11 144:6 145:4 146:4 147:23 148:6 149:23 150:12 151:20 152:11 153:2,16 154:5 155:9 156:14 156:23 157:18 158:8 159:21

160:16 161:1 161:17 163:1 163:14,24 164:11 166:15 167:18 168:2 168:14,23 169:8,18 170:1 171:22 172:2,7 174:19

**witnesses** 132:5

**words** 152:3 167:21

**work** 15:15 16:17 26:20 27:14 28:12,19 28:25 30:17 33:17,22 34:12 34:25 46:18 47:14 56:6 106:25 108:15 108:17

**worked** 22:13 36:6 56:17 106:24 107:6

**working** 36:19 113:24

**works** 36:4,14 58:12 63:4 66:7 111:23

**worksheet** 161:9

**worth** 147:14 147:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 217 of 218

| | | |
|---|---|---|
| **wps** 48:18 49:8 77:17,18,25 78:3,7 98:16 110:1 114:10 114:13 124:5 125:11,20,23 147:8 161:11 162:21 | 80:8 85:20 86:11 88:21,23 89:23 92:20 100:5 101:4,11 102:11,11 103:11 104:2,8 106:9 113:25 118:12 119:17 122:5 128:10 128:15 129:19 131:10 135:9 144:15 145:18 148:16 151:11 154:18 158:8 167:20 | **z** |
| **written** 27:16 33:18 | | **zoom** 88:23,24 |
| **wrong** 66:5 80:7 88:5 140:10,11 144:17,18 | | |
| **wrote** 81:18 | | |
| **wsp** 124:3 | | |
| **wwallace** 2:7 | **year** 29:20 30:20 147:6,14 148:17,25 | |
| **x** | **year's** 147:14 | |
| **x** 4:1,8 5:1,3 6:1,3 | **years** 25:7,8,12 25:17 30:11,22 52:8 128:13 159:2 | |
| **y** | **yep** 21:1 36:23 89:1 90:16 114:10 115:14 117:14 119:18 119:25 123:1 148:5 150:25 152:5 | |
| **y** 8:1 | | |
| **yeah** 8:23 12:22 18:7 24:22 28:3 30:16 36:13 40:7 42:19 50:17 53:13 54:20 58:18 59:5 61:2 62:18 66:9 73:6,21 74:12 78:1,9 79:4 | **yount** 6:8 165:3 165:10 | |

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 871 Filed 05/12/26 Page 218 of 218