IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**

**ALL CASES**

**APPENDIX TO LOCAL CIVIL RULE 56.1(a)(2) OPPOSING STATEMENT OF UNDISPUTED MATERIAL FACTS**

The United States respectfully files the attached materials under Local Civil Rule 56.1 and Rule 56 of the Federal Rules of Civil Procedure. All other materials cited in the United States' Local Civil Rule 56.1(a)(2) Opposing Statement of Undisputed Material Facts have been filed as part of the Joint Appendix or as attachments to Plaintiffs' Statement of Material Facts. The United States stands ready to file any additional materials at the Court's request.

| Exhibit | Description |
|---|---|
| A | Ford Dep. Ex. 8 (VA 2026 Budget-in-Brief) |
| B | Young Dep. Ex. 6 (Medicare 2025 Annual Trustees' Report) |
| C | Piper Dep. Ex. 10 (VBA Disability Ratings Schedule) |
| D | Selections from the Transcript of the Deposition of Plaintiff Mousser[1] |
| E | 01368_MCELHINEY_VBA_0000012791 |
| F | 01553_TUKES_DPRIS_0000000320 |
| G | CLJA_USA_YOUNT_0000000139-41 |

[1] The United States files an excerpt for the convenience of the Court.

Dated: June 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

HAROON ANWAR
SARA J. MIRSKY
Assistant Directors

ADAM BAIN
Chief Litigation Counsel

MICHAEL CROMWELL
Senior Trial Counsel

GIOVANNI ANTONUCCI
DAVID ORTIZ
Trial Attorneys

*/s/ David R. Ortiz*
David R. Ortiz
N.C. State Bar No. 55891
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
310 New Bern Avenue, Third Floor
Raleigh, NC 27601
202–451–7756
david.r.ortiz@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353–4426

*Attorneys for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ David R. Ortiz*
David R. Ortiz