# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FRANK MOUSSER, | ) |
| Plaintiffs, | ) |
| VS. | )No. 7:23-cv-00667-D |
| | ) |
| UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

***********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF
FRANK MOUSSER
JANUARY 19, 2024

***********************************************************

ORAL AND VIDEOTAPED DEPOSITION of FRANK MOUSSER, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 19th day of January, 2024, from 8:52 a.m. to 3:33 p.m., before Rebecca Jones, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine, at Holiday Inn Express & Suites, 2801 Jay Road, Seguin, Texas 78155 pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A P P E A R A N C E S

FOR THE PLAINTIFF:

W. MICHAEL DOWLING
THE DOWLING FIRM PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: 512.463.2100
E-mail: mike@dowlingfirm.com

- and -

BRIAN DAULT, ESQUIRE
KELLER POSTMAN, LLC
150 N. Riverside Plaza #4100
Chicago, IL 60606
Telephone: 312.741.5220
E-mail: brian.dault@kellerpostman.com

FOR THE DEFENDANT:

CARSON GARAND
JOSHUA CARPENITO
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department Of Justice
P.O. Box 146, Ben Franklin Station
Washington, DC 20044-0146
Telephone: 202.445.0759
E-mail: carson.m.garand@usdoj.gov

Also present:

Videographer, Jason Lemley

# I N D E X

ORAL AND VIDEOGRAPHER DEPOSITION OF
FRANK MOUSSER


| | Page |
|---|---|
| Appearances.......................... | 2 |
| Exhibits............................. | 3-4 |
| FRANK MOUSSER | |
| Examination By Mr. Garand..... | 6 |
| Signature and Changes................. | 322-323 |
| Reporter's Certificate................ | 324-325 |


EXHIBITS


| No. | Description | Page |
|---|---|---|
| 1 | Notice of Deposition of and Request for Production of Documents to Plaintiff Frank Mousser | 7 |
| 2 | Track 1 Discovery Plaintiff Frank Mousser's Responses to Defendant's Notice of Deposition of Frank Mousser and Request for Production of Documents | 7 |
| 3 | Short-Form Complaint | 20 |
| 4 | VA Compensation Intake Center - 11.17.2022 | 58 |
| 5 | Career Sea Service Eligibility Affidavit | 74 |
| 6 | Discharge Paper | 82 |
| 7 | Department of Veterans Affairs Administrative Decision | 93 |
| 8 | Individual Deployment Record | 113 |
| 9 | Administrative Remarks (1070) | 124 |

EXHIBITS (CONT'D)



| No. | Description | Page |
|---|---|---|
| 10 | Administrative Remarks | 124 |
| 11 | Complaint | 165 |
| 12 | Narrative Summary (Clinical Resume) | 203 |
| 13 | Medical Opinion Disability Benefits Questionnaire | 203 |
| 14 | Specialty Clinic Nurse Note | 218 |
| 15 | Mousser Struggles from Time at Camp Lejeune | 282 |
| 16 | Lawsuit Information Center Published by Miller & Zois, LLC | 295 |

THE VIDEOGRAPHER: We are now on the record. My name is Jason Lemley, I'm a videographer with Golkow Litigation Services. Today's date is January 19th, 2024, and the time is 8:52. This video deposition is being held in Seguin, Texas in the Matter of Frank Mousser versus the United States of America. The deponent is Frank Mousser.

Counsel, please identify yourselves for the video record.

MR. GARAND: My name is Carson Garand, I represent the United States.

MR. CARPENITO: My name is Joshua Carpenito on behalf of the United States.

MR. DOWLING: Mike Dowling on behalf of the Plaintiff.

MR. DAULT: And I'm Brian Dault, I'm from Keller Postman on behalf of the Plaintiff.

THE VIDEOGRAPHER: The court reporter is Rebecca Jones, who will now swear in the witness.

FRANK MOUSSER,

having been first duly sworn, testified as follows:

THE REPORTER: Terrific. Ready to proceed.

EXAMINATION

BY MR. GARAND:

Q. Good morning, Mr. Mousser. My name is Carson Garand as we discussed, and I represent the United States? How are you this morning?

A. Fine. Thank you.

Q. Okay. We are here today in Texas for your deposition taken pursuant to Rule 30 of the Federal Rules of Civil Procedure.

Do you understand that?

A. Yes.

Q. Okay. Let's start by having you state and spell your name for the record, please?

A. My name full?

Q. Yes, please.

A. It's Frank Wayne Mousser, F.R.A.N.K, W.A.Y.N.E, M.O.U.S.S.E.R.

Q. Thank you. Mr. Mousser, I'm going to start by showing you what I've marked as Exhibit 1 for identification, and I'll ask that you examine it.

MR. DOWLING: Carson, just preliminarily, are we stipulating that all objections are reserved except as to form?

MR. GARAND: Correct. Yes, sir.

Q (By Mr. Garand) Mr. Mousser, have you seen this

A. You know, and so -- because, you know, I enjoyed the business. Unfortunately, I -- you know, there was other -- other -- my body had other plans, so...

Q. Would you experience those symptoms weekly, daily?

A. Towards the end they were getting pretty frequent, where I would actually call -- there is entries on my V.A.gov to my doctor about what I was experiencing. Because I basically had, like, a medical diary, and I would -- you know, the fatigue. You know, he said, "Oh, that's low T."

And I'm like, "Doc, I'm 60. Of course, it's going to be low T." You know, I love the V.A. and what they did for me and the medical people, you know, but the road where I'm at today hadn't been -- not an easy one.

Q. Sure.

A. And so, anyway.

Q. Before and, you know, you kind of touched on this a little bit, but before you got sick, were you planning to work part-time at all before fully retiring or just full-time until you retired?

A. No. I planned on working all of the way through -- my wife will tell you she wanted me to work

CHANGES AND SIGNATURE

WITNESS NAME: FRANK MOUSSER

DATE OF DEPOSITION: JANUARY 19, 2024

PAGE LINE CHANGE REASON

I, FRANK MOUSSER, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

______________________________
FRANK MOUSSER

THE STATE OF________________)

COUNTY OF___________________)

, ______________________, on this day personally appeared FRANK MOUSSER, known to me (or proved to me under oath or through attestation of counsel, description of identity card or other document)) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this ____day of ____________, ______.

________________________
NOTARY PUBLIC IN AND FOR
THE STATE OF ___________

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FRANK MOUSSER, )
Plaintiffs, )
VS. )No. 7:23-cv-00667-D
)
UNITED STATES OF AMERICA )
Defendant. )

REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED DEPOSITION OF FRANK MOUSSER
JANUARY 19, 2024

I, Rebecca Jones, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, FRANK MOUSSER, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(e)(1) that the signature of the deponent:

________ was requested by the deponent or a party before the completion of the deposition and is to be returned within 30 days from the date of receipt of the transcript. If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

________ was not requested by the deponent or a party before the completion of the deposition.

That the amount of time used by each party at the deposition is as follows:

Carson Garand (05 hours:25 minutes)

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

FOR THE PLAINTIFF:
CARSON GARAND
JOSHUA CARPENITO
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department Of Justice
P.O. Box 146, Ben Franklin Station
Washington, DC 20044-0146
Telephone: 202.445.0759
E-mail: carson.m.garand@usdoj.gov

FOR THE DEFENDANT:
W. MICHAEL DOWLING
THE DOWLING FIRM PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: 512.463.2100
E-mail: mike@dowlingfirm.com

- and -

BRIAN DAULT, ESQUIRE
KELLER POSTMAN, LLC
1101 150 N. Riverside Plaza #4100
Chicago, IL 60606
Telephone: 312.741.5220
E-mail: brian.dault@kellerpostman.com

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of this action.

Certified to by me this 22nd day of January, 2024.

Rebecca Jones, CSR
Texas CSR #4925
Expiration: 10/31/2025
Firm Registration No. 690
Golkow Litigation Services
One Liberty Place
1650 Market Place, Suite 5150
Philadelphia, PA 19103