IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) **ORDER REGARDING REAPPOINTMENT OF** |
| | ) **SETTLEMENT MASTERS** |
| | ) |
| This Documents Relates to: | ) |
| ALL CASES | ) |

This matter is before the court for the second reappointment of the Settlement Masters. On July 9, 2024, the court entered an order appointing Thomas J. Perrelli and Christopher G. Oprison as Settlement Masters in this litigation for a term of one year, from July 9, 2024 to July 8, 2025, subject to extension by agreement of the parties and further order of the court. Sett. Master and Sett. Liaison Appt. Ord. [D.E. 251] 1; 6, § VI.3 (July 9, 2024). On July 3, 2025, the court reappointed the Settlement Masters for an additional year, from July 9, 2025, to July 8, 2026. [D.E. 418] (July 3, 2025). The parties have advised the court, through the Settlement Liaison, Magistrate Judge James E. Gates, that they agree to further settlement proceedings involving Mr. Perrelli and Mr. Oprison as Settlement Masters. The Settlement Masters have advised the Settlement Liaison that they are willing to continue to serve in that role. It is therefore ORDERED that the terms of Mr. Perrelli and Mr. Oprison as Settlement Masters are EXTENDED for an additional year from July 9, 2026, to July 8, 2027.

SO ORDERED this 30th day of June, 2026.

Richard E Myers II

RICHARD E. MYERS II
Chief United States District Judge