# EXHIBIT 1

| Name of Plaintiff | Track 1 Injury | Also assume to be related to Track 1 |
| --- | --- | --- |
| F. Mousser | Kidney Cancer | Depression, insomnia, adjustment disorder with mixed anxiety and depressed mood, chronic kidney disease stage 3A, erectile dysfunction, severe obstructive sleep apnea, diabetes mellitus Type II, recurrent kidney cancer (metastatic papillary urothelial carcinoma) |
| J. Tukes | Kidney Cancer | Dialysis (tunneled dialysis catheter, peritoneal dialysis); kidney transplant; nonspecific bilateral back pain following partial nephrectomy; chest tightness, chronic diastolic CHF exacerbation; anemia; CKD; ESRD; HTN |
| D. Fancher | Kidney Cancer | Chronic marked atrophy of the right rectus abdominis muscle consistent with asymmetric cosmetic deformity/flank bulge; scarring; hypersensitivity; numbness; spasms. |
| D. Downs | Kidney Cancer | Metastasis of kidney cancer, metastasis to jejunum (bowel) and lymph node, CKD3, anemia |
| A. Howard | Kidney Cancer and NHL | Treatments related to both. |
| J. Criswell | Bladder Cancer | PTSD, depression, anxiety |
| T. Dyer | Bladder Cancer | Parastomal hernia, PTSD, depression, UTIs |
| M. Cagiano | Bladder Cancer | Kidney cancer, chronic renal insufficiency (CKD3), nephrectomy, kidney disease, adrenal mass |
| J. Laramore | Bladder Cancer | No additional |

CONFIDENTIAL

PLG-EXPERT_HACKETT-WALLACE_0000000015

| | | |
|---|---|---|
| G. McElhiney | Parkinson's | Sexual dysfunction; Autonomic dysfunction; Nocturia; Dysphagia; Depression |
| E. Peterson | Parkinson's | Depression, dysphagia, leg pains/difficulty walking |
| D. Rothchild | Parkinson's | Depression, anxiety, low blood pressure |
| R. Sparks | Parkinson's | Vocal fold paresis and atrophy; dizziness; fatigue; cognitive impairment; sleep behavior disorder |
| R. Welch | Parkinson's | Fatigue; cognitive impairment |
| K. Amsler | Leukemia | Leukemic retinopathy, deep vein thrombosis, atrial fibrillation, GVHD (Graft vs. Host Disease), Worsening Bone Loss/Osteoporosis Dry Eye Syndrome (related to GVHD) |
| S. Connard | Leukemia | Chronic Graft vs. Host Disease (GVHD), Grade II gastrointestinal tract GVHD early post-alloHCT, chronic infections, Renal Insufficiency/Acute Renal Failure, squamous cell carcinoma, secondary pulmonary hypertension, mild diffuse non-obstructive multivessel disease, cardiac arrest, hypertension, depressive disorder, avascular necrosis of humeral head, diabetes, Prolonged Pancytopenia (requiring frequent red cells and platelet transfusions), Hypogammaglobulinemia (requiring intravenous immunoglobulin injections) Right subclavian vein thrombosis requiring anticoagulation Pulmonary Issues (noncardiogenic pulmonary edema and bilateral pleural effusions early post-alloHCT) Musculoskeletal Complications (including steroid-induced muscle loss and weakness, and severe scleroderma-like GVHD resulting in limited range of motion and mobility) |

CONFIDENTIAL

PLG-EXPERT_HACKETT-WALLACE_0000000016

| | | |
|---|---|---|
| | | Esophageal Stricture (requiring dilation) |
| J. Gleesing | Leukemia | Anxiety; neuropathy; neutropenia, autoimmune complication associated with underlying CLL; persistent productive cough; bleeding complications related to ibrutinib, including right thigh hematoma and hematuria; immunoglobulin deficiency; generally immunocompromised status. |
| B. Hill | Leukemia | Recurrent sinus and ear infections, Chronic sinus issues, Salmonella colitis and bacteremia-salmonella, requiring hospitalization in 2024, Diarrhea (associated with hypogammaglobulinemia) Myelosuppression (causing treatment delays), Neutropenia (including prolonged neutropenia after treatment with Fludarabine and Pentostatin). Pancytopenia (low white count, platelets, and hemoglobin), Sexual Dysfunction/Erectile Disorder (related to diagnosis and treatment of CLL), Decreased Energy/Lethargy/Fatigue (related to his cancer and associated bone marrow suppression and immune system dysfunction); significant fatigue, Reduced Functional Abilities (caused by CLL diagnosis and treatments. <br><br> Drug Reactions/Toxicities: Pruritus (itching), drug reaction to Lenalidomide. <br><br> Mild ALP elevation (Alkaline Phosphatase) and Transaminitis (elevated AST/ALT) in 2019, found to be secondary to Ibrutinib treatment; hepatotoxicity, including drug-induced liver injury, edema, hypogammaglobulinemia, lymphadenopathy, chronic sinusitis, transaminitis, Cardiotoxicity, secondary to chemotherapy medications. |
| R. Carter | NHL | Chronic infections, chronic kidney disease, anemia, herpes zoster, multifocal multi-agent embolic stroke, Thrombocytopenia leukemic retinopathy and polyneuropathy |

3

CONFIDENTIAL

PLG-EXPERT_HACKETT-WALLACE_0000000017

| S. Keller | NHL | Chronic kidney disease, ESRD, neuropathy, heart failure, and endocrinological issues, Anemia/Thrombocytopenia, neutropenic fever, bacterial bloodstream infection (*Staphylococcus simulans* and *Staphylococcus epidermidis)*<br>Mucositis/Stomatitis (including severe oral mucositis and difficulty swallowing, requiring strong pain medication (MS Contin and Morphine) and Total Parenteral Nutrition (TPN))<br>Gastrointestinal Issues, Bone Issues/Fracture, Hypomagnesemia/Hypocalcemia, Arrhythmias/Pacemaker |
|---|---|---|
| C. Davis | NHL | Exacerbation of Peripheral Neuropathy; Pulmonary Lesions |
| R. Kidd | NHL | Transient Ischemic Attack (TIA) |

4

CONFIDENTIAL

PLG-EXPERT_HACKETT-WALLACE_0000000018