# Exhibit A

| | |
|---|---|
| **From:** | Greenwald, Robin |
| **To:** | Mirsky, Sara J. (CIV); Ed Bell; Eric Flynn; Gjonaj, Diana; Jenna Butler - Ward & Smith |
| **Cc:** | Bain, Adam (CIV); Lipscomb, Bridget (CIV); Platt, Elizabeth K. (CIV); Ortiz, David R (CIV) |
| **Subject:** | [EXTERNAL] RE: CLJA - United States" Motion to Seek Leave re D.E. 886 |
| **Date:** | Wednesday, July 1, 2026 9:52:38 AM |

Sara,

The PLG does not consent to the United States filing further briefing in response to Order 886. Your characterization of our position during the meet and confer is incorrect, as we stated then that we would oppose further briefing. If the United States files a motion for leave to file further briefing in response to Order 886, the PLG will oppose.

Warm regards,

Robin

**From:** Mirsky, Sara J. (CIV) <Sara.J.Mirsky@usdoj.gov>
**Sent:** Tuesday, June 30, 2026 11:27 AM
**To:** Ed Bell <jeb@belllegalgroup.com>; Eric Flynn <eflynn@belllegalgroup.com>; Greenwald, Robin <RGreenwald@weitzlux.com>; Gjonaj, Diana <dgjonaj@weitzlux.com>; Jenna Butler - Ward & Smith <JFB@wardandsmith.com>
**Cc:** Bain, Adam (CIV) <Adam.Bain@usdoj.gov>; Lipscomb, Bridget (CIV) <Bridget.Lipscomb@usdoj.gov>; Platt, Elizabeth K. (CIV) <Elizabeth.K.Platt@usdoj.gov>; Ortiz, David R (CIV) <David.R.Ortiz@usdoj.gov>
**Subject:** CLJA - United States' Motion to Seek Leave re D.E. 886

**CAUTION: THIS EMAIL IS FROM AN EXTERNAL SOURCE. It may contain viruses. Do not click on a link, open or enable any file unless you trust the sender.**

Counsel,

Pursuant to our prior discussions and communications, the United States intends to file a motion to seek leave to respond to Plaintiffs' Leadership Group's Notice of Proposed Order Re: Order 886 and related exhibits (D.E. 891, 891-1, 891-2) (collectively, "PLG's Submission"). The United States previously reserved its right to seek leave to respond to PLG's Submission in my June 26, 2026, email and on page 3 of the United States' Notice of Filing of Proposed Order in Response to D.E. 886 (D.E. 890).

Because PLG did not express opposition to this request during our meet and confer or our email communication, we presume that PLG does not oppose our filing. However, please let us know prior to 12pm tomorrow, July 1, if our presumption is incorrect. If PLG would like to discuss further, we can set up a call prior to that time.

Thank you,

Sara

**Sara J. Mirsky**

Assistant Director

Camp Lejeune Justice Act Section

U.S. Department of Justice

202.451.7726

sara.j.mirsky@usdoj.gov

*This email and any attachments may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and delete or destroy the original transmission and any copies (electronic or paper).*

Like us on Facebook
Follow us on Twitter

## Add us on Google +

Connect with us on LinkedIn

*********************************************************************
The information contained in this message may be privileged and confidential and protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or by replying to the message and deleting it and all of its attachments from your computer.  Thank you.  Weitz & Luxenberg, P.C.
 Every effort is made to keep our network free from viruses.  You should, however, review this e-mail message, as well as any attachment thereto, for viruses.  We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.
 All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg, P.C. are carefully scanned for viruses and content.  The sender should have no expectation of privacy in said transmission.
 In the course of scanning all incoming e-mails to W & L, virus scanning software may block the e-mail and prevent it from being delivered.  Neither the intended recipient nor the sender will receive notice that their transmission has been blocked.
All e-mail to W & L or any individuals at W & L should be followed up by hard copy including attachment(s), as specific file types may be blocked at any time without notice being provided to sender or recipient.
*********************************************************************