# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### No: 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

## [PROPOSED] ORDER GRANTING LEAVE FOR THE UNITED STATES TO FILE A RESPONSE TO PLAINTIFFS' LEADERSHIP GROUP'S NOTICE OF PROPOSED ORDER RE: ORDER 886 AND ACCOMPANYING EXHIBITS (D.E. 891; 891-1; 891-2)

Upon consideration of the United States' Motion for Leave to File a Response to Plaintiffs' Leadership Group's Notice of Proposed Order Re: Order 886 and Accompanying Exhibits (D.E. 891; 891-1; 891-2) ("Motion for Leave"), and all other relevant filings,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. Accordingly, the United States shall file a Response to Plaintiffs' Leadership Group's Notice of Proposed Order Re: Order 886 and Accompanying Exhibits (D.E. 891; 891-1; 891-2) within fourteen (14) days of this Order.

IT IS SO ORDERED. This ___ day of July 2026.

_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge

_____
JAMES C. DEVER III
United States District Judge

1