# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### NO. 7:23-CV-00897

IN RE:

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

**HOWARD v. UNITED STATES**

**No. 7:23-cv-0490**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Alan Wayne Howard ("Plaintiff"), together with the Defendant United States of America ("Defendant"), jointly provide notice that Plaintiff has accepted Defendant's Offer of Judgment to Plaintiff dated July 9, 2026, attached hereto as Exhibit A. Following the filing of this notice of acceptance and the offer, the clerk is to enter judgment.

Dated: July 30, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ J. Edward Bell, III* | STANLEY E. WOODWARD, JR. |
| J. Edward Bell, III (admitted *pro hac vice*) | Associate Attorney General |
| Bell Legal Group, LLC | |
| 219 Ridge St. | JOHN K. ADAMS |
| Georgetown, SC 29440 | Deputy Associate Attorney General |
| Telephone: (843) 546-2408 | |
| jeb@belllegalgroup.com | BRETT A. SHUMATE |
| *Lead Counsel for Plaintiffs* | Assistant Attorney General |
| | Civil Division |
| | |
| | JONATHAN GUYNN |
| | Deputy Assistant Attorney General |
| | Torts Branch |

1

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

HAROON ANWAR
SARA J. MIRSKY
Assistant Directors

ADAM BAIN
Chief Litigation Counsel

*/s/ Sharon Sprayregen*
SHARON SPRAYREGEN
N.Y. 4955704
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
1100 L Street, NW
Washington, DC 20005
202-676-6531
Sharon.v.sprayregen@usdoj.gov


*Counsel for Defendant*
*United States of America*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I electronically filed the foregoing using the Court's

Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Sharon Sprayregen*
SHARON SPRAYREGEN

3