# EXHIBIT A

## `IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
## NO. 7:23-CV-0490

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

**OFFER OF JUDGMENT**

HOWARD v. UNITED STATES

No. 7:23-cv-0490

TO:  ALLAN HOWARD

Pursuant to Federal Rule of Civil Procedure 68, Defendant United States of America hereby makes the following Offer of Judgment in this Action:

1. The United States offers judgment to Allan Howard ("Plaintiff") pursuant to Federal Rule of Civil Procedure 68.

2. The judgment offered by the United States is for the total amount of ONE HUNDRED THOUSAND ($100,000.00) ("Judgment Amount"). The Judgment Amount shall include, without limitation, all costs and fees – no matter how they are designated, and including attorneys' fees, capped at 25 percent, under 28 U.S.C. Section 2678, any expert witness fees, and other costs, including those costs that may be recoverable against the United States by rule, statute, contract, or otherwise.

3. Your acceptance of this Offer of Judgment shall fully and finally resolve all claims, demands, rights, damages, injuries, liabilities, liens, lawsuits, or causes of action of any kind or nature (including whether known, unknown, unforeseen, present, or future) of Plaintiff (including

1

her predecessors, successors, or assigns) against the United States, its agents, servants, or employees arising directly or indirectly from the acts or omissions that give rise to the above-captioned action.

4. If you do not accept this Offer of Judgment in writing within fourteen (14) days after being served, the Offer shall be deemed withdrawn. As a consequence of your non-acceptance, if any judgment that you may obtain in this Action is not more favorable than the Judgment Amount, you must pay the United States its costs incurred after the date the United States made this Offer.

5. This Offer of Judgment is not an admission of liability. Rather, the United States makes this Offer solely: (a) for settlement purposes; (b) in an attempt to resolve this case in a fair and expeditious manner; and (c) to invoke the cost-shifting procedure of Rule 68.

6. Within twenty-one (21) days of the entrance of this Offer of Judgment, the United States will file the necessary forms with the Treasury Department to pay the total amount to Plaintiff from the Judgment Fund and will advise Plaintiff's counsel of record when the required forms have been submitted.

7. Payment of this amount will be made by electronic funds transfer pursuant to instructions provided in writing by Plaintiff's counsel of record upon acceptance of this Offer of Judgment.

8. Plaintiff's counsel of record agrees to distribute the funds to Plaintiff, less attorney's fees and costs.

9. Evidence of an unaccepted Offer of Judgment is not admissible except in a proceeding to determine costs. Fed. R. Civ. P. 68(b).

2

Dated: July 9, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

JOHN K. ADAMS
Deputy Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief
Camp Lejeune Justice Act Section

HAROON ANWAR
SARA J. MIRSKY
Assistant Directors


_/s/ Adam Bain_
ADAM BAIN
IN Bar No. 11134-49
Chief Litigation Counsel
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
1100 L Street, NW
Washington, DC 20005
202-598-0930
adam.bain@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

_Attorneys for Defendant,_
_United States of America_

3

<u>Certificate of Service</u>

I hereby certify that on July 9, 2026, I electronically served the foregoing Offer of Judgment by e-mail to lead counsel for Plaintiffs Leadership Group, Ed Bell.


<u>/s/ Adam Bain</u>
ADAM BAIN

4