# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### NO. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) SUGGESTION OF SUBSEQUENTLY |
| | ) DECIDED AUTHORITY RELATED TO |
| | ) THE UNITED STATES' PHASE II |
| THIS DOCUMENT RELATES TO: | ) BRIEFING |
| ALL CASES | ) |
| | ) |

Pursuant to Local Rule 7.1(h), the United States hereby files this suggestion of subsequently decided authority to notify the Court of an opinion recently published by the Second Circuit Court of Appeals: *Rutledge v. Walgreen Co.*, ---F.4th ----, Nos. 24-916-cv(L), 24-1121(Con), 24-2360(Con), 24-2594-cv, 2026 WL 2015284 (2d Cir. July 13, 2026) ("*In re Acetaminophen — ASD-ADHD Prods. Liab. Litig.*").

Dated: August 3, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　STANLEY E. WOODWARD, JR.
　　　　　　　　　　　　　　　　　　Associate Attorney General

　　　　　　　　　　　　　　　　　　JOHN K. ADAMS
　　　　　　　　　　　　　　　　　　Deputy Associate Attorney General

　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　JONATHAN GUYNN
　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　Torts Branch

　　　　　　　　　　　　　　　　　　BRIDGET BAILEY LIPSCOMB
　　　　　　　　　　　　　　　　　　Chief, Camp Lejeune Justice Act Section

1

ADAM BAIN
Chief Litigation Counsel

SARA J. MIRSKY
Assistant Director

*/s/ Haroon Anwar*
HAROON ANWAR
Assistant Director
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Unit
1100 L Street, NW
Washington, DC 20005
(202) 616-8364
Fax (202) 616-4473
haroon.anwar@usdoj.gov

*Attorneys for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, a copy of the foregoing was filed via the Court's

ECF system and served on counsel of record through the ECF system.

*/s/ Haroon Anwar*
HAROON ANWAR

2