IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-00897

| | | |
|---|---|---|
| IN RE:<br><br>CAMP LEJEUNE WATER LITIGATION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NOTICE OF APPEARANCE |

Please enter the appearance of the following attorney on behalf of Defendant in the above-captioned matter:


Dawn Star Singleton
Trial Attorney
U.S. Department of Justice
DC Bar No. 468859
E-mail: dawn.s.singleton@usdoj.gov
Telephone: (202) 598-6724
Fax: (202) 616-4473

Street Address:
1100 L Street NW
Washington, DC 20002

U.S. Mail Address:[1]
P.O. Box 340, Ben Franklin Station
Washington, DC 20044


DATED this 9th day of September, 2026.

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All materials should be sent via private delivery service to the street address above.

Respectfully submitted,

STANLEY E. WOODARD, JR.
Associate Attorney General

JOHN K. ADAMS
Deputy Associate General Counsel

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

HAROON ANWAR
SARA J. MIRSKY
Assistant Directors
Camp Lejeune Justice Act Section

ADAM BAIN
Chief Litigation Counsel

DAWN STAR SINGLETON
DC Bar No. 468859
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: dawn.s.singleton@usdoj.gov
Telephone: (202) 598-6724
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2026, a copy of the foregoing Notice of Appearance was filed via the Court's ECF system and was served on all counsel of record, pursuant to LCvR 5.1(e) and Fed. R. Civ. Proc. 5(b)(2)(E).

Dawn Singleton
DAWN STAR SINGLETON