IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| | | |
|---|---|---|
| CAMP LEJEUNE WATER LITIGATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Please enter the appearance of the following attorney on behalf of Defendant in the above-captioned matter:


Rachel Schten
Trial Attorney
U.S. Department of Justice
D.C. Bar No. 90045079
E-mail: Rachel.Schten2@usdoj.gov
Telephone: 202-532-5851

Street Address:
1100 L Street NW
Washington, DC 20002

U.S. Mail Address:[1]
P.O. Box 340, Ben Franklin Station
Washington, DC 20044


DATED this 22nd day of September, 2026.

Respectfully submitted,

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All materials should be sent via private delivery service to the street address above.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Chief Litigation Counsel

*/s/ Rachel Schten*
RACHEL SCHTEN
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: Rachel.Schten2@usdoj.gov
Telephone: 202-532-5851

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, a copy of the foregoing Notice of Appearance was filed via the Court's ECF system and served on counsel of record through the ECF system.

*/s/ Rachel Schten*
RACHEL SCHTEN