**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

**No. 7:23-CV-897**

| | |
|---|---|
| IN RE:<br><br>CAMP LEJEUNE WATER LITIGATION<br><br>This Document Relates to:<br>Charles Metcalfe, No. 7:24-cv-00976<br>Larry Abrams, No. 7:24-cv-00982<br>Tony Griffin, No. 7:24-cv-00973<br>Estate of Mark Kopp, No. 7:24-cv-00969<br>Estate of Timothy Coon, No. 7:24-cv-00978<br>Steven Janovitch, No. 7:24-cv-00919 | **[PROPOSED] ORDER** |

This matter is before the Court on the Emergency Motion for Interim Relief Staying September 27, 2026 Deadline to Respond to Elective Option Offers [D.E. 919] and Memorandum of Law in support [D.E. 920] (collectively, the "Motion") filed by Plaintiffs Charles Metcalfe, Larry Abrams, Tony Griffin, the Estate of Mark Kopp, the Estate of Timothy Coon, and Steven Janovitch (collectively, "Movants"). Movants ask the Court to stay the September 27, 2026 deadline to respond to the Elective Option ("EO") offers extended to Movants Metcalfe, Abrams, Griffin, and the Estate of Kopp until after the Court addresses Movants' Motion for Hearing Regarding the Department of Justice's Administration of Elective Option Determinations [D.E. 913, 914] (the "Motion for Hearing") at the next status conference.

Having considered the Motion, the United States' position, and the record, and for good cause shown, the Court finds that a brief stay of the acceptance deadline is appropriate to preserve the status quo and the Court's ability to consider the Motion for Hearing in the ordinary course. Accordingly, the Motion is GRANTED, and it is hereby ORDERED that:

1. The September 27, 2026 deadline to respond to the EO offers set forth in the August 28, 2026 offer letters extended to Movants Metcalfe, Abrams, Griffin, and the Estate of Kopp is STAYED, and the acceptance period under those letters is held in abeyance, until further order of the Court entered after the Motion for Hearing is addressed at the next status conference.
2. While this stay remains in effect, no Movant shall be deemed to have declined an EO offer, and no such offer shall be treated as declined, lapsed, or withdrawn by reason of the expiration of the acceptance period stated in the August 28, 2026 offer letters.
3. The Motion for Hearing will be taken up at the next status conference in this matter, currently set for October 9, 2026.

SO ORDERED, this the ____ day of September, 2026.

____________________________________
Robert B. Jones, Jr.
United States Magistrate Judge