**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:23-CV-897**

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| **CAMP LEJEUNE WATER LITIGATION** | ) |
| | ) |
| **This Document Relates to: ALL CASES** | ) |

**PLAINTIFFS' LEADERSHIP GROUP'S MOTION TO COMPEL DEFENDANT UNITED STATES OF AMERICA TO ALLOW REASONABLE USE OF "MARINE CORPS DATA PROJECT" DOCUMENTS**

The Plaintiffs' Leadership Group (the "PLG"), pursuant to Fed. R. Civ. P. 26 and 37, and LR 7.1, hereby respectfully file PLG's brief in support of PLG's renewed Motion to Compel requesting that the Court order Defendant United States of America's ("Defendant") to allow appropriate use of Marine Corps Data Project ("MCDP") data, under the terms of a proposed Fourth Amended Protective Order. In support of its motion, PLG respectfully directs the Court to its brief in support.

The PLG's ability to use, and share with the DOJ, the data derived from the MCDP in confidential settlement discussions would materially advance and accelerate progress toward a global resolution. This is a pressing matter under this Court's orders regarding such discussions and will be protected under the terms of the accompanying (Proposed) Protective Order and F.R.E. 408.

PLG shows that despite its best efforts, it has been unable to resolve the subject dispute by meet-and-confer discussions. PLG attaches selected meet-and-confer correspondence as aggregate **Exhibit 1** hereto.

Wherefore, PLG respectfully requests that the Court order that Defendant agree to release the relevant MCDP data under the terms of an appropriate Protective Order such that PLG may effectively use the data. The PLG respectfully requests that the Court order that PLG is allowed to use the relevant MCDP data, which PLG already has possession of, for purposes of carrying out PLG's duties under the Court's appointment order herein, including for litigation and resolution purposes, the latter being encompassed within litigation.

Dated: October ___, 2026.


/s/ J. Edward Bell, III
J. Edward Bell, III (admitted *pro hac vice)*
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
*Lead Counsel for Plaintiffs*

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser (admitted *pro hac vice)*
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

/s/ W. Michael Dowling
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

/s/ Robin L. Greenwald
Robin L. Greenwald (admitted *pro hac vice)*
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

/s/ James A. Roberts, III
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P.O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

/s/ Mona Lisa Wallace
Mona Lisa Wallace (N.C. Bar No.: 009021)

Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
mwallace@wallacegraham.com
*Co-Lead Counsel for Plaintiffs*