IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | | |
|---|---|---|
| IN RE:<br><br>CAMP LEJEUNE WATER LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CASES CONTROLLED BY JUDGE FLANAGAN | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

On January 27, 2026, plaintiffs moved in limine to preclude certain offset evidence (DE 805). Order entered on that motion June 5, 2026, on behalf of Chief Judge Richard E. Myers II, Judge Terrence W. Boyle, and Judge James C. Dever III (DE 885). The undersigned now joins in that decision, giving the June 5, 2026, order full force and effect in cases before me.

SO ORDERED, this the 14th day of October, 2026.

LOUISE W. FLANAGAN
United States District Judge