# Exhibit 3

| | |
|---|---|
| **From:** | Mona Wallace |
| **To:** | Mirsky, Sara J. (CIV); Adams, Jennifer E (CIV); Bain, Adam (CIV); Lipscomb, Bridget (CIV); Carpenito, Joshua G. (CIV) |
| **Cc:** | CL \| CO-LEAD & LIAISON COUNSEL |
| **Subject:** | [EXTERNAL] Muster Rolls - Issues |
| **Date:** | Friday, August 7, 2026 10:29:37 AM |

Sara, thank you for providing the final 2 hard drives of what we jointly refer to as the muster rolls. We are in the process of reviewing the data. However, from the reviews we have done to date, it is obvious that the data produced and copied is extremely relevant and necessary for veterans and their families to be able to qualify for the Elective Option potential offers and for the global discussions and ultimate resolution.

Recently, we were surprised to hear from DOJ that letters were sent to approximately 5,000 claimants that indicated that those claimants had only 30 days to submit the necessary proof needed for their pending EO claims. In reviewing the pending EO claims at issue, it became quickly obvious that the data that is needed for most veterans and family members to prove their time on base at Camp Lejeune is within these records.

We would like to request that the DOJ work with us to develop a process which would allow us to submit to the Navy and DOJ, relevant claimants' hits on the military records by file name and bates number. We would propose that there be a central and organized process that would at this time allow only Bill Williams and his staff as an independent vendor to access the data. If you recall, the hard drives were sent to Mr. Williams, are in his possession, he signed the Protective Order and he is the most knowledgeable about the best process to use to access and to share the data.

Please advise if you are willing to meet and confer on this topic and if so, provide a date next week to do so. Time is of the essence since there are concerns regarding the letters sent to those with pending EO claims.

**Mona Lisa Wallace, Esq. | Partner**
**Wallace & Graham, PA**
525 N. Main Street
Salisbury, NC 28144
704-633-5244 | (800) 849-5291
Fax: 704-633-9434
wallacegraham.com