**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:23-CV-897**

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**
**ALL CASES**

**DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR ENTRY OF A *LONE PINE* ORDER**

(Fed. R. Civ. P. 16(b)(3) & 16(c)(2)(L))

Pursuant to Federal Rules of Civil Procedure 16(b)(3) and 16(c)(2)(L), the United States respectfully asks the Court to enter the proposed *Lone Pine* order attached as Exhibit A. The United States' proposed *Lone Pine* order would advance global resolution efforts, assist in managing the size and scope of the litigation, and reduce the potential burdens placed on the Court by requiring new and existing CLJA plaintiffs to provide the type of basic threshold documentation and expert evidence that all CLJA plaintiffs should already have to support the factual and good-faith basis for their claims pursuant to Federal Rule of Civil Procedure 11(b)(3). The United States' proposed *Lone Pine* order would not preclude Track 1 bellwether trials from moving forward. In support of this Motion, the United States submits and relies upon its accompanying Memorandum in Support. The United States met and conferred with PLG before filing this Motion, and PLG objects.

Dated: October 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

ADAM BAIN
Chief Litigation Counsel

SARA J. MIRKSY
Assistant Director

ELIZABETH K. PLATT
TRACI C. MCKEEVER
Senior Trial Counsel

*/s/ Haroon Anwar*
HAROON ANWAR
Assistant Director
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Action Section
1100 L Street, NW
Washington, DC 20005
(202) 598-3946
haroon.anwar@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Haroon Anwar*
HAROON ANWAR