# EXHIBIT A

| Diseases |
| --- |
| Parkinson's Disease |
| Systemic Scleroderma/Sclerosis |
| Multiple Myeloma |
| Kidney Disease |
| Kidney Cancer |
| Liver Cancer (incl. Bile Duct and Gallbladder) |
| Leukemia (adult and child) |
| Non-Hodgkin's Lymphoma |
| Bladder Cancer |
| Hematological Disorders (MDS, Aplastic Anemia, Polycythemia Vera) |
| Esophageal Cancer |
| Prostate Cancer |
| Lung Cancer (non-smoker for 10 years before diagnosis) |
| Breast Cancer |
| Thyroid Cancer |
| Head and Neck Cancer |
| Colorectal Cancer (Colon and Rectal) |
| Non-Cardiac Birth Defects (Neural Tube, Oral Cleft) |
| Cardiac Birth Defects |
| ALS |
| Fetal Death/Stillbirth (>20 weeks) |
| Multiple Sclerosis |
| Autoimmune (RA, Lupus, Sjogren's) |
| Soft Tissue Cancers |
| Hodgkin's Lymphoma |