IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

**IN RE:**

**CAMP LEJEUNE WATER LITIGATION**

**This Document Relates To:**

**ALL CASES**

**NOTICE OF FILING THE UNITED STATES' PROPOSED FOURTH AMENDED STIPULATED PROTECTIVE ORDER**

Pursuant to this Court's October 23, 2026, Order, D.E. 934, the United States hereby files this Notice of Filing the United States' Proposed Fourth Amended Stipulated Protective Order in advance of the hearing scheduled for November 16, 2026. This is being filed in response to Plaintiffs' Leadership Group's ("PLG") Motion to Compel Defendant United States of America to Allow Reasonable Use of "Marine Corps Data Project" ("MCDP") Documents, D.E. 930. The Parties met and conferred regarding this matter most recently on November 6, 2026, and were unable to agree on the terms of the Fourth Amended Stipulated Protective Order and thus agreed to file separate proposals for the Court's consideration. The United States attaches its proposed Fourth Amended Stipulated Protective Order, as well as a redlined copy showing the proposed changes from the Parties' Third Amended Stipulated Protective Order, D.E. 802.

The United States notes that, while it is willing to agree to certain uses of the MCDP documents in the litigation, it is not willing to agree to such use outside of the litigation, including in the administrative process or for purposes of global resolution involving claimants not in litigation.

In addition, authorization of PLG's use within the litigation, as well as agreement to the attached proposed protective order, is contingent upon PLG's answers to several important

questions regarding its intended use. The United States sent these questions and concerns to PLG on October 29, 2026. At the November 6, 2026, meet and confer, PLG noted that it would respond to the United States' questions prior to the hearing on November 16, 2026. The United States received PLG's responses to its questions at approximately 10:30 a.m. on November 9, 2026. Below are some of the questions to which the United States still requires answers.

First, PLG indicated that it has compiled a "chronological master RUC/UIC code list," which "ties the RUC/UIC back to each year the unit was active" and therefore "allows [PLG] to identify if a unit was at Camp Lejeune." Military units are identified by unique Reporting Unit Codes ("RUC") or Unit Identification Codes ("UIC"), and PLG claims, without explanation, that its master list demonstrates which RUCs or UICs were assigned to Camp Lejeune during the statutory period of August 1, 1953, to December 31, 1987. The United States has requested a copy of this list, as well as an explanation of the source(s) from which this list was compiled. Understanding the basis for this document is critical to the United States' evaluation of the assertions PLG will be making about what the information in the MCDP demonstrates.

In addition, PLG advised the Court that an individual could enter a servicemember's name and/or Social Security Number into its electronic platform, which would return "Bates stamp numbers" of MCDP documents corresponding to that servicemember. The United States has requested additional information regarding how those Bates stamp numbers would support a plaintiff's claim, and what that information would provide. The United States has also requested confirmation that PLG will evaluate the corresponding documents and their relevancy before providing them to the United States in support of a plaintiff's case.

PLG has also stated that it will not provide the United States with access to its platform. The United States has requested a demonstration of the platform to determine how PLG will (i)

verify users and track certifications to confirm that users have complied with the protective order governing the use of the MCDP data, and (ii) confirm that the individual requesting information for a plaintiff is the proper representative for that plaintiff.

Dated: November 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Torts Branch

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section

HAROON ANWAR
SARA J. MIRSKY
Assistant Directors

ADAM BAIN
Chief Litigation Counsel

*/s/ Jennifer E. Adams*
JENNIFER E. ADAMS
Virginia Bar No. 80149
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Camp Lejeune Justice Act Section
1100 L Street, NW
Washington, DC 20005
(202) 702-4998
jennifer.e.adams@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Counsel for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2026, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Jennifer E. Adams*
JENNIFER E. ADAMS