# Exhibit 1

# Camp Lejeune Claims Unit (CLCU)

## Injury Detail

| File Count | |
| --- | --- |
| 0 | 562 |

| Injuries by Claim | |
| --- | --- |
| 0 | 39 |

Tier 1:
Kidney, Liver, or Bladder Cancer, Non-Hodgkins Lymphoma, and Leukemia.

Tier 2:
Multiple Myeloma, Parkinson's Disease, Kidney or End Stage Renal Disease, and Systemic Sclerosis or Systemic Scleroderma.

## Claims by Injury (Total)




## Claims by Injury (Deduplicated)

